FILED
CLERK, U.S. DISTRICT COURT
11/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>RICHARD AYVAZYAN<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR 20-579-SVW<br><br>NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT CALENDAR |

To: c/o Ashwin Ram, Esquire

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before United States Duty Magistrate Judge Courtroom No. __341__, _3rd_ floor, United States Courthouse located at:

[X] 255 E. Temple Street
Los Angeles, CA 90012
(213) 894-8288

[ ] 411 W. Fourth Street
Santa Ana, CA 92701
(714) 338-4750

[ ] 3470 Twelfth Street
Riverside, CA 92501
(951) 328-0000

at __1:00__ p.m. on __12/4/2020__, at which time you shall be arraigned on the above Indictment / Information. Upon arraignment, your case will be assigned to a judge of this court before whom you must be prepared to appear on the same day and enter a plea.

**If you fail to appear at the date, time and place indicated, your present bond will be forfeited and the court will issue a warrant for your arrest.**

**IF YOU DO NOT HAVE RETAINED COUNSEL:**

Attorney _____ has been tentatively assigned to represent you in this matter provided there is a finding that you are without sufficient funds to retain a private attorney and upon approval of the Court. If you have already retained a private attorney, show this notice to your attorney at once and contact the assigned attorney and the Deputy Clerk immediately at the designated location above.

Clerk, U. S. District Court

November 19, 2020
Date

By _Kiry K. Gray_
Kiry K. Gray, Clerk of Court

cc: Defendant
Defense Attorney
Assistant U.S. Attorney
[X] PSALA, [ ] PSASA, [ ] PSAED

Bail Status:
[X] Bond
[ ] Detention

Interpreter: [ ] Yes
_____
Language

[X] Rule 5 - in from: Southern District of Florida

CR-43 (10/15)   NOTICE DIRECTING DEFENDANT TO APPEAR FOR ARRAIGNMENT CALENDAR