```
┌─────────────────────────┐
│         FILED           │
│ CLERK, U.S. DISTRICT COURT │
│                         │
│     11/24/2020          │
│                         │
│ CENTRAL DISTRICT OF CALIFORNIA │
│ BY:     JB      DEPUTY   │
└─────────────────────────┘
```

Query   Reports   Utilities   Help   What's New   Log Out

BNDAOR,CLOSED

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:20-mj-03857-AOR All Defendants

2:20-cr-00579-SVW

Case title: USA v. Ayvazyan et al                    Date Filed: 10/21/2020
Other court case number: 20-MJ-5081 Central District of     Date Terminated: 11/18/2020
California

---

Assigned to: Magistrate Judge Alicia M.
Otazo-Reyes

**Defendant (1)**

**Richard Ayvazyan**                    represented by   **David Marc Trontz**
61234-112                                               Donet McMillan & Trontz, PA
*YOB 1978 ENGLISH*                                      3250 Mary Street
*TERMINATED: 11/18/2020*                                Suite 406
*also known as*                                         Coconut Grove, FL 33133
Iuliia Zhadko                                           350-444-0030
*TERMINATED: 11/18/2020*                                Fax: 305-444-0039
                                                        Email: trontz@dmt-law.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Temporary*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

C/D/CA/WARR/COMP/Conspiracy to
Commit Wire Fraud and Bank Fraud

---

Assigned to: Magistrate Judge Alicia M.
Otazo-Reyes

**Defendant (2)**

| | | |
|---|---|---|
| **Marietta Terabelian** | represented by | **Larry Thomas McMillan** |
| 61233-112 | | Donet McMillan & Trontz, PA |
| *YOB 1984 ENGLISH* | | 3250 Mary Street |
| *TERMINATED: 11/18/2020* | | Suite 406 |
| *also known as* | | Coconut Grove, FL 33133 |
| Viktoria Kauichko | | 305-444-0030 |
| *TERMINATED: 11/18/2020* | | Fax: 305-444-0039 |
| | | Email: mcmillan@dmt-law.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Temporary* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| C/D/CA/WARR/COMP/Conspiracy to Commit Wire Fraud and Bank Fraud | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Marty Fulgueira Elfenbein** |
| | | United States Attorney's Office |
| | | Southern District of Florida |
| | | 99 N.E. 4th Street |
| | | Miami, FL 33132 |
| | | 305-961-9112 |
| | | Email: marta.elfenbein@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2020 | 1 | Magistrate Removal of Complaint from Central District of California Case number in the other District 20-MJ-5081 as to Richard Ayvazyan (1), Marietta Terabelian (2). (yha) (Entered: 10/21/2020) |
| 10/21/2020 | 2 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Larry Thomas McMillan appearing for Marietta Terabelian (McMillan, Larry) (Entered: 10/21/2020) |
| 10/21/2020 | 3 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David Marc Trontz appearing for Richard Ayvazyan (Trontz, David) (Entered: 10/21/2020) |
| 10/21/2020 | 4 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Initial Appearance as to Richard Ayvazyan held on 10/21/2020. Date of Arrest or Surrender: 10/20/20. Deft consents to video appearance. Deft waived personal appearance. TEMP PTD. Defense counsel to file notice of temp app. Detention/Report Re: Counsel/Garcia Hearing set for 10/22/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Preliminary Examination/Removal set for 11/10/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Attorney added: David Marc Trontz for Richard Ayvazyan (Digital 13:20:19/13:55:17/14:07:36) Signed by Magistrate Judge Alicia M. Otazo-Reyes on 10/21/2020. (dgj) (Entered: 10/22/2020) |
| 10/21/2020 | 5 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Initial Appearance as to Marietta Terabelian held on 10/21/2020. Date of Arrest or Surrender: 10/20/20. Deft consents to video appearance. Deft waived personal appearance. TEMP PTD. Defense counsel to file notice of temp app. Detention/Report Re: Counsel/Garcia Hearing set for 10/22/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Preliminary Examination/Removal set for 11/10/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Attorney added: Larry Thomas McMillan for Marietta Terabelian (Digital 13:20:19/14:09:58) Signed by Magistrate Judge Alicia M. Otazo-Reyes on 10/21/2020. (dgj) (Entered: 10/22/2020) |
| 10/21/2020 | | Set/Reset Hearings as to Richard Ayvazyan, Marietta Terabelian: Garcia/Rule 44(c) Hearing set for 10/22/2020 01:30 PM in Miami Division before MIA Duty Magistrate. (dgj) (Entered: 10/22/2020) |
| 10/21/2020 | | Attorney update in case as to Richard Ayvazyan, Marietta Terabelian. Attorney Marty Fulgueira Elfenbein for USA added (dgj) (Entered: 10/28/2020) |
| 10/22/2020 | 6 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Detention Hearing as to Richard Ayvazyan held on 10/22/2020. Witness SA Justin Palmerton testified. Bond recommendation/set: Richard Ayvazyan (1) $100K CSB NEBBIA & $150K PSB CO-SIGNED., Garcia/Rule 44(c) Hearing as to Richard Ayvazyan held on 10/22/2020. Deft consents to video appearance. Counsel remains temporary. Deft waived conflict. Court permitted counsel to represent deft for limited purpose of PTD hrg. (Digital 14:59:55) Signed by Magistrate Judge Alicia M. Otazo-Reyes on 10/22/2020. (dgj) (Entered: 10/23/2020) |
| 10/22/2020 | 7 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Detention Hearing as to Marietta Terabelian held on 10/22/2020. Bond recommendation/set: Marietta Terabelian (2) $100 PSB & $75K CSB NEBBIA., Garcia/Rule 44(c) Hearing as to Marietta Terabelian held on 10/22/2020. Deft consents to video. Deft waived conflict. Court permitted counsel to represent deft for limited purpose of PTD hrg. Counsel remains temporary. (Digital 16:01:09) Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge Alicia M. Otazo-Reyes on 10/22/2020. (dgj) (Entered: 10/23/2020) |
| 10/28/2020 | | Set/Reset Hearings as to Richard Ayvazyan, Marietta Terabelian: Removal Hearing reset for 11/2/2020 01:30 PM in Miami Division before MIA Duty Magistrate (per defense counsel's request). (sl) (Entered: 10/28/2020) |
| 10/29/2020 | | Reset Hearings as to Richard Ayvazyan, Marietta Terabelian: **TIME CHANGE ONLY** Removal Hearing reset for 11/2/2020 01:00 PM in Miami Division before MIA Duty Magistrate. (cg1) (Entered: 10/29/2020) |
| 10/29/2020 | | Set/Reset Hearings as to Richard Ayvazyan, Marietta Terabelian: **TIME CHANGE ONLY** Preliminary Examination set for 11/10/2020 11:30 AM in Miami Division before MIA Duty Magistrate. (dgj) (Entered: 10/29/2020) |
| 10/30/2020 | | Reset Hearings as to Richard Ayvazyan, Marietta Terabelian: Removal Hearing reset for 11/10/2020 11:30 AM in Miami Division before MIA Duty Magistrate, along with the preliminary examinations. (Reset per request of the parties.) (cg1) (Entered: 10/30/2020) |
| 10/30/2020 | 8 | $100,000 PSB Bond Entered as to Marietta Terabelian Approved by Magistrate Judge Alicia M. Otazo-Reyes. *Please see bond image for conditions of release.* (mdc) (Additional attachment(s) added on 10/30/2020: # 1 Restricted Bond with 7th Page) (mdc). (Entered: 10/30/2020) |
| 10/30/2020 | 9 | $75,000 CSB Bond Entered as to Marietta Terabelian Approved by Magistrate Judge Alicia M. Otazo-Reyes. *Please see bond image for conditions of release.* (mdc) (Additional attachment(s) added on 10/30/2020: # 1 Restricted Bond with 7th Page) (mdc). (Entered: 10/30/2020) |
| 10/30/2020 | 10 | $100,000 CSB Bond Entered as to Richard Ayvazyan Approved by Magistrate Judge Alicia M. Otazo-Reyes. *Please see bond image for conditions of release.* (mdc) (Additional attachment(s) added on 10/30/2020: # 1 Restricted Bond with 7th Page) (mdc). (Entered: 10/30/2020) |
| 10/30/2020 | 11 | $150,000 PSB Bond Entered as to Richard Ayvazyan Approved by Magistrate Judge Alicia M. Otazo-Reyes. *Please see bond image for conditions of release.* (mdc) (Additional attachment(s) added on 10/30/2020: # 1 Restricted Bond with 7th Page) (mdc). (Entered: 10/30/2020) |
| 10/31/2020 | 12 | Unopposed MOTION to Continue *Removal & Preliminary Hearing* re Set/Reset Hearings, 1 Magistrate Removal In, Set/Reset Hearings by Richard Ayvazyan. Responses due by 11/16/2020 (Attachments: # 1 Text of Proposed Order on Richard Ayvazyans Unopposed Motion to Continue Removal Hearing)(Trontz, David) (Entered: 10/31/2020) |
| 10/31/2020 | 13 | Unopposed MOTION to Continue *Removal & Preliminary Hearing* re Set/Reset Hearings, 1 Magistrate Removal In, Set/Reset Hearings by Marietta Terabelian. Responses due by 11/16/2020 (Attachments: # 1 Text of Proposed Order on Marietta Terabelians Unopposed Motion to Continue Removal & Preliminary Hearing) (McMillan, Larry) (Entered: 10/31/2020) |

| 11/02/2020 | 14 | ORDER granting 13 Motion to Continue as to Marietta Terabelian (2). Preliminary Examination reset for 11/18/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Removal Hearing reset for 11/18/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Signed by Ch. Magistrate Judge John J. O'Sullivan on 11/2/2020. *See attached document for full details.* (cg1) (Entered: 11/02/2020) |
| --- | --- | --- |
| 11/02/2020 | 15 | ORDER granting 12 Motion to Continue as to Richard Ayvazyan (1). Preliminary Examination reset for 11/18/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Removal Hearing reset for 11/18/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Signed by Ch. Magistrate Judge John J. O'Sullivan on 11/2/2020. *See attached document for full details.* (cg1) (Entered: 11/02/2020) |
| 11/12/2020 | 16 | PAPERLESS ORDER as to Richard Ayvazyan, Marietta Terabelian : Preliminary Examination reset for 11/18/2020 11:00 AM in Miami Division before MIA Duty Magistrate; Removal Hearing reset for 11/18/2020 11:00 AM in Miami Division before MIA Duty Magistrate. **TIME CHANGE ONLY** Signed by Magistrate Judge Lisette M. Reid on 11/12/2020. (br) (Entered: 11/12/2020) |
| 11/13/2020 | 17 | TRANSCRIPT of Detention Hearing (Via Zoom) as to Richard Ayvazyan held on 10/22/2020 before Magistrate Judge Alicia M. Otazo-Reyes, 1-42 pages, Court Reporter: Bonnie Joy Lewis, 954-985-8875. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/4/2020. Redacted Transcript Deadline set for 12/14/2020. Release of Transcript Restriction set for 2/11/2021. (apz) (Entered: 11/17/2020) |
| 11/18/2020 | 18 | WAIVER of Preliminary Hearing by Marietta Terabelian (McMillan, Larry) (Entered: 11/18/2020) |
| 11/18/2020 | 19 | WAIVER of Preliminary Hearing by Richard Ayvazyan (Trontz, David) (Entered: 11/18/2020) |
| 11/18/2020 | 20 | Minute Entry for proceedings held before Magistrate Judge Lisette M. Reid: Status Conference Re: Removal as to Richard Ayvazyan held on 11/18/2020. (Digital 11:02:21) (cg1) (Entered: 11/19/2020) |
| 11/18/2020 | 21 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Richard Ayvazyan (cg1) (Entered: 11/19/2020) |
| 11/18/2020 | 22 | ORDER OF REMOVAL ISSUED to the Central District of California as to Richard Ayvazyan. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 11/18/2020. *See attached document for full details.* (cg1) (Entered: 11/19/2020) |
| 11/18/2020 | 23 | Minute Entry for proceedings held before Magistrate Judge Lisette M. Reid: Status Conference Re: Removal as to Marietta Terabelian held on 11/18/2020. (Digital 11:02:21) (cg1) (Entered: 11/19/2020) |
| 11/18/2020 | 24 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Marietta Terabelian (cg1) (Entered: 11/19/2020) |
| 11/18/2020 | 25 | ORDER OF REMOVAL ISSUED to the Central District of California as to Marietta Terabelian. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 11/18/2020. *See attached document for full details.* (cg1) (Entered: 11/19/2020) |

| 11/19/2020 | 26 | Notice of Criminal Transfer to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Richard Ayvazyan, Marietta Terabelian. Your case number is: 2:20-mj-05081-duty. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cg1) (Entered: 11/19/2020) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-3857-OTAZO-REYES

United States of America
        Plaintiff,

    v.

Richard  Ayvazyan,
        Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **Central District of CA, Los Angeles**, an Indictment was filed against the above-named defendant on a charge of **Indictment/CD-CA/Consp to Commit Wire Fraud,** and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lisette Marie Reid at Miami, Florida, which officially committed the defendant for removal to the **Central District of CA, Los Angeles,** it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lisette Marie Reid for removal and posted bail in the amount of **$100,000 corporate surety and  $150,000 personal surety**  which was approved by the United States Magistrate Judge Lisette Marie Reid, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 11/18/20.

Lisette Marie Reid
United States  Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-MJ-3857 Otazo-Reyes

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

**WAIVER OF REMOVAL HEARING**

RICHARD AYVAZAN,

        Defendant.

I, Richard Ayvazyan, charged in a proceeding pending in the U.S. District Court for the Central District of California and having been arrested in the Southern District of Florida and taken before Lisette M. Reid a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/order for my removal to the U.S District Court for the Central District of California where the aforesaid charge is pending against me.

DONE and ORDERED at Miami, Florida this _18_ day of _November_, 2020.

_____
**Witness**

_____
**Signature of Defendant**

_____
LISETTE M. REID
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 13

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**     Date: 10/22/20     Time: 1:30 p.m.

Defendant: 1) Richard Ayvazyan     J#: 61234-112     Case #: 20-mj-3857-Otazo-Reyes

AUSA: _Lindsey Friedman_     Attorney: David Trontz (Temp)

Violation: C/D/CA/Work Comp/Conspiracy/Commit/Wire/Bank Fraud     Surr/Arrest Date:     YOB:

Proceeding: RRC/Status Re: Garcia Hrg./Detention Hrg.     CJA Appt: _____

Bond/PTD Held: ☑Yes ○No _Rebbia_     Recommended Bond: Temp Ptd

Bond Set at: _100K CSB_ _150L PSB_     Co-signed by: _Mother_

☑ Surrender and/or do not obtain passports/travel docs _+ Children_

☑ Report to PTS as directed/or _____ x's a week/month by phone; _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ No firearms

☑ Not to encumber property _-mother_

☑ May not visit transportation establishments _-except to get back to California_

☑ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _Deft_

☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment

✱ ☑ Travel extended to: _C/D CA + S/D FL_

☑ Other: _He is not to use/access bank accounts where_ _not to use signatory in his legal name_

Language: English

Disposition:
*Removal hrg. set 11/10/20*
_Consented to video_
_appearance_
_Counsel remains temporary_
_Garcia hrg. held_

_Deft waived conflict_

_PTD hrg. held_
_S/A Justin Palmerton_
_Sworn + testified_
_The Court permitted_
_counsel to represent_
_the Deft for the_

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel: _____     _limited purpose of_

PTD/Bond Hearing: _____     _the PTD hrg_

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. _14:59:55_     Time in Court: _40 min_

s/Alicia M. Otazo-Reyes     Magistrate Judge

✱ _Travel permitted to C/D CA to get back home. Once in C/D CA Deft's travel will be restricted to C/D CA._

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: $~~$ $150,000 Corporate Surety Bond

### CASE NO.: 20-mJ-3857-Otano-Reyes

UNITED STATES OF AMERICA:

Plaintiff,

v.                                                    USM #: 61234-112

Richard Ayvazyan

Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ ~~$150,000~~ Corporate Surety Bond
100K

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie. Defendant shall travel back to the central District of California where the case is pending.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Richard Ayvazyan

CASE NUMBER: 20 mJ - 3857 Otis Mayo

PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

_(handwritten: inclusion children)_

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (X) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

X k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

X l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court; — mother

X m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.; — except to get back to California

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

X No access to bank accounts for which Defendant is not a signatory

DEFENDANT: Richard Ayvazyan
CASE NUMBER: 20 m J - 3857 - Otero Reyer
PAGE THREE

**X** o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( X ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

   X Location monitoring technology at the discretion of the officer

   __ Radio Frequency (RF) monitoring (Electronic Monitoring)

   __ Active GPS Monitoring

   __ Voice Recognition

   __ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

   X Home Detention: You are restricted to your residence at all times except for:
      ( X ) medical
      ( ) substance abuse or mental health treatment
      ( X ) court appearances
      ( X ) attorney visits or court ordered obligations
      ( X ) religious services
      ( X ) employment
      ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( ) Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
      ( ) employment
      ( ) education
      ( ) religious services
      ( ) medical, substance abuse, or mental health treatment
      ( ) attorney visits
      ( ) court appearances
      ( ) court ordered obligations
      ( ) reporting to Pretrial Services
      ( ) other _____

— q. **Third-Party Custody:** _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

   r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Richard Ayvazyan
CASE NUMBER: 2:0MJ3857 - Otazo Reyes
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1.  (   ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2.  (   ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3.  (   ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4.  (   ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5.  (   ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6.  (   ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7.  (   ) The defendant shall not be involved in any children's or youth organizations.
8.  (   ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9.  (   ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

___ u. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.

___ v. Comply with the following additional conditions of bond:

_____

_____

_____

DEFENDANT:
CASE NUMBER:
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT:
CASE NUMBER:
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 23rd day of October, 20 20 at Miam Dade Florida

Signed and acknowledged before me:

DEFENDANT: (Signature) _____

WITNESS: _____

Mien. _____ FL _____
City    State

_____        _____
City             State

### CORPORATE SURETY

Signed this 23 day of OCTOBER, 20 20 at Miami, Florida

SURETY: FARM BAIL BONDS INC    AGENT: (Signature) _____

MIAMI FLORIDA    PRINT NAME: OSCAR CHIUZ
City        State

### INDIVIDUAL SURETIES

Signed this 26 day of Oct, 20 20 at Mun, Florida

SURETY: (Signature) _____

PRINT NAME: Oscar Chiuz

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City             State

Signed this ___ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City             State

Signed this ___ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City             State

Signed this ___ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City             State

## APPROVAL BY THE COURT

Date: October 30, 2020    _____

UNITED STATES MAGISTRATE JUDGE

ALICIA M. OTAZO-REYES

# POWER OF ATTORNEY
## Financial Casualty & Surety, Inc.

3131 Eastside, Suite 250, Houston, TX 77098
FCSurety@fcsurety.com

Tele.# 877.737.2245

KNOW ALL MEN BY THESE PRESENTS that Financial Casualty & Surety, Inc., a corporation duly organized and existing under the laws of the State of Texas does constitute and appoint and by these presents does make, constitute and appoint the named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power is void if altered or erased, void if used in combination with other Powers of this company or Powers from any other surety, void if used to furnish bail in excess of the maximum stated amount of this Power. This Power Number is unique and can only be used once. The obligation of the surety shall not exceed the sum of:

***Two Hundred Fifty Thousand Dollars and Zero Cents***     ***$250,000.00***

and this original Power-of-Attorney with the original bond MUST together be posted with the court and retained as a part of the court's records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, FINANCIAL CASUALTY & SURETY, INC. has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be affixed this _____22_____ of _____Oct_____ , _____2020_____
Day      Month      Year

Defendant __Richard Ayvazyan__       Premium Charged $ _____

Court __SO District Court__ City __mimi__ State __Fl__ Case Number __20-MJ-3859__

Bond Amount $ __150,000 00__ Charge(s) __Consp. Wire/Bank Fraud to 20-Rey/es__

If Rewrite, Original Number _____

Executing Agent __O. Chifir__

(SEAL)

Chairman of FCS

*NOT VALID IF USED IN Federal Court*

**Micro Printed (Anti-Forgery) Message is Contained in this Document's Border ~ If missing, the Document is FORGED and VOID**

[FCS-103 (12/05)] COPY FOR COURT

**United States District Court**
**Southern District of Florida**

Case Number: _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the
Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF
Case Record in pdf format.

Date: _____

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: $100,000 PSB

CASE NO.: 20 MJ 3857 Otazo-Reyes

UNITED STATES OF AMERICA:

Plaintiff,

v.

USM # : _____

Defendant,

Richard Ayvazyan

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of

$ $100,000 PSB

150 K

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1.  Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2.  May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie. Defendant shall travel back to the central district of California where case is pending.

3.  May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4.  Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5.  Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Richard Ayvazyan
CASE NUMBER: 20mJ-3857 Otis May
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below: *including children*

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (X) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

X k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

X l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court; — mother

X m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.; — except to get back to ~~the~~ California

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

X No access to bank accounts fm -hill Defendant is not a signatory

DEFENDANT: Richard Ayvazyan
CASE NUMBER: 20 m J - 3857 - Otero
PAGE THREE                                         Reyer

☒ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ☒ ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

    ☒ Location monitoring technology at the discretion of the officer
    __ Radio Frequency (RF) monitoring (Electronic Monitoring)
    ☒ Active GPS Monitoring
    __ Voice Recognition
    __ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

    ☒ Home Detention: You are restricted to your residence at all times except for:
        ( ☒ ) medical
        ( ) substance abuse or mental health treatment
        ( ☒ ) court appearances
        ( ☒ ) attorney visits or court ordered obligations
        ( ☒ ) religious services
        ( ☒ ) employment
        ( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( ) Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:
        ( ) employment
        ( ) education
        ( ) religious services
        ( ) medical, substance abuse, or mental health treatment
        ( ) attorney visits
        ( ) court appearances
        ( ) court ordered obligations
        ( ) reporting to Pretrial Services
        ( ) other _____

— q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

    r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Richard Ayvazyan

CASE NUMBER: 20 MT 3857-01

PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. <u>Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:</u>

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.

2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.

3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.

4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.

5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.

6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.

7. ( ) The defendant shall not be involved in any children's or youth organizations.

8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.

9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

\* X u. May travel to and from: C/D CA + S/D FL, and must notify Pretrial Services of travel plans before leaving and upon return.

X v. Comply with the following additional conditions of bond:
Not to use/access bank accounts where he is not signatory in his legal name.

\* Travel permitted to C/D CA to get back home. Once in C/D CA travel is restricted to C/D CA

DEFENDANT: *Richard Ayvazyan*
CASE NUMBER: *20 mj - 3857 - Otazo Reyes*
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT:
CASE NUMBER:
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 23rd day of October, 20 20 at Miami-Dade, Florida
Signed and acknowledged before me:       DEFENDANT: (Signature) _____
WITNESS: _____         _____
_____       _____       Miami                    FL
         City                    State                                City                 State

### CORPORATE SURETY

Signed this _____ day of _____, 20 ___ at _____, Florida
SURETY: _____         AGENT: (Signature) _____
_____       _____         PRINT NAME: _____
         City                    State

### INDIVIDUAL SURETIES

Signed this 23 day of October, 20 20 at 11:58, Florida    Signed this ___ day of _____, 20 ___ at _____, Florida
SURETY: (Signature) Zhaneta Mandzinyan     SURETY: (Signature) _____
PRINT NAME: Zhaneta Mandzinyan             PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: Mother          RELATIONSHIP TO DEFENDANT: _____
Encino          CA                         _____       _____
     City          State                         City                    State

Signed this ___ day of _____, 20 ___ at _____, Florida    Signed this ___ day of _____, 20 ___ at _____, Florida
SURETY: (Signature) _____        SURETY: (Signature) _____
PRINT NAME: _____                PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____  RELATIONSHIP TO DEFENDANT: _____
_____       _____       _____       _____
         City                    State                City                    State

## APPROVAL BY THE COURT

Date: October 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE
ALICIA M. OTAZO-REYES

**United States District Court**
**Southern District of Florida**

Case Number: _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _____