Nicholas Silverman
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 20-cr-00579 (SVW) |
| v. | |
| Richard Ayvazyan, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Silverman, Nicholas P. | of | Steptoe & Johnson LLP |
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 1330 Connecticut Ave. NW |
| 202-429-8096          202-429-3902 | | Washington, DC 20036 |
| *Telephone Number*    *Fax Number* | | |
| nsilverman@steptoe.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Richard Ayvazyan

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| Ram, Ashwin J. | of | Steptoe & Johnson LLP |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 633 W. Fifth St., Suite 1900 |
| 277513          (213) 439-9443          213-439-9599 | | Los Angeles, CA 90071 |
| *Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number* | | |
| aram@steptoe.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated:**

U.S. District Judge/U.S. Magistrate Judge