Nicholas Silverman
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 20-cr-00579 (SVW) |
| v. | |
| Richard Ayvazyan, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Silverman, Nicholas P.
*Applicant's Name (Last Name, First Name & Middle Initial*

202-429-8096        202-429-3902
*Telephone Number*    *Fax Number*

nsilverman@steptoe.com
*E-Mail Address*

of

Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Richard Ayvazyan

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Ram, Ashwin J.
*Designee's Name (Last Name, First Name & Middle Initial*

277513         (213) 439-9443      213-439-9599
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

aram@steptoe.com
*E-Mail Address*

of

Steptoe & Johnson LLP
633 W. Fifth St., Suite 1900
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

**Dated:** December 1, 2020

STEPHEN V. WILSON, U.S. District Judge