# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00579-SVW         Recorder: Terri Hourigan         Date: 12/04/2020

Present: The Honorable Rozella A. Oliver, U.S. Magistrate Judge

Court Clerk: Donnamarie Luengo                    Assistant U.S. Attorney: Julian Andre

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) RICHARD AYVAZYAN<br>BOND-PRESENT | 1) ASHWIN J. RAM<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Stephen V. Wilson.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 1/12/2021 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: DL by TRB

12/7/2020