Ashwin J. Ram
Steptoe & Johnson LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br>Richard Ayvazyan, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:20-cr-00579-SVW<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [✓] Lodged: **(List Documents)**

EX PARTE APPLICATION FOR AN ORDER GRANTING DISCOVERY,
OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER AND
AN ORDER GRANTING DISCOVERY

**Reason:**
[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

December 7, 2020
Date

Ashwin J. Ram
Attorney Name

Richard Ayzazyan
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**