1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Steven V. Wilson<br>Complaint Filed: October 20, 2020 |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court having considered the Application for an Order Granting Discovery, or, in the Alternative for a Protective Order and an Order Granting Discovery and any opposition or replies in support thereof, the Court hereby ORDERS as follows:

1. The government will comply with its discovery obligations pursuant to the Federal Rules of Criminal Procedure, case law, and all applicable ethical rules.

2. To the extent the government believes that disclosing specific information would be prohibited by law, it must produce the document to defense counsel including an unredacted version and a proposed redaction. If the parties cannot agree whether the information should be redacted, the government may file an application with the Court explaining why good cause exists for the redaction and how the redaction has been narrowly tailored to avoid unnecessary withholding of information.

IT IS SO ORDERED.

_____          _____
Judge Stephen V. Wilson                                 Date
U.S. District Court Judge