# EXHIBIT G

## Silverman, Nicholas

| | |
|---|---|
| **From:** | Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov> |
| **Sent:** | Monday, December 7, 2020 4:42 PM |
| **To:** | Silverman, Nicholas; Ram, Ashwin; Keough, Michael |
| **Cc:** | Fenton, Christopher (CRM) |
| **Subject:** | RE: US v. Ayvazyan |

Counsel:

The government cannot agree to the temporary stipulation you proposed.  Additionally, for the reasons we explained on our last call, the government cannot agree to your proposed edits to the protective order we sent you last week.  It therefore appears unlikely we will be able to reach an agreement regarding the terms of an appropriate protective order.  Accordingly, the government intends to move ex parte for a protective order later today or tomorrow.  As a reflection of the concerns you raised regarding defendant's access to discovery during the pandemic, we are including in the proposed protective order language that we expect should resolve that issue.  Our hope is that this application will allow the Court to resolve this issue expeditiously and that the government can then begin producing discovery to the defendants on a rolling basis, as we had always planned.   Please let us know if you oppose the government proceeding by ex parte application.

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Monday, December 7, 2020 11:56 AM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Subject:** RE: US v. Ayvazyan

Counsel,

We are following up again.  As we have informed you in connection with our requests for discovery from early November through last week, we anticipate proceeding to trial in this matter and do not intend to waive our right to a speedy trial.  Nor do we intend to waive our right to meaningfully prepare for trial, which is why we have repeatedly requested discovery and proposed various accommodations to facilitate your forthcoming discovery production.  Trial is set for January 12, 2021, and we intend to proceed.  That gives us 35 days to review discovery if it is produced today.

As we stated in last week's letter stipulation, we agree to abide by the conditions you proposed in your November 30 protective order counteroffer until we can litigate or negotiate a more reasonable order to allow for our client's meaningful involvement and input in trial preparation.  You previously indicated you would get back to us today on the stipulation.  We request that you inform us by 2:00 p.m. today whether you intend to sign the letter stipulation and produce discovery accordingly.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

Steptoe

+1 202 429 8096 direct       Steptoe & Johnson LLP
+1 617 595 6559 mobile       1330 Connecticut Avenue, NW
+1 202 429 3902 fax          Washington, DC 20036
                             www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>
**Sent:** Friday, December 4, 2020 8:05 PM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** RE: US v. Ayvazyan

Counsel,

We will review and get back to you on Monday.

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Friday, December 4, 2020 1:01 PM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Subject:** RE: US v. Ayvazyan

All,

I am just following up on this proposed stipulation to ensure it is consistent with our discussion on Wednesday and acceptable to the government.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax        Washington, DC 20036
                           www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Silverman, Nicholas
**Sent:** Wednesday, December 2, 2020 9:25 PM
**To:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** RE: US v. Ayvazyan

Counsel,

Attached is a proposed stipulation consistent with our discussion today.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax        Washington, DC 20036
                           www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>
**Sent:** Wednesday, December 2, 2020 5:49 PM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** FW: US v. Ayvazyan

Resending the below as I accidently used Ashwin's old DOJ email address.

---

**From:** Andre, Julian L. (USACAC)
**Sent:** Wednesday, December 2, 2020 2:48 PM
**To:** Janakiram, Ashwin (USACAC) <AJanakiram@usa.doj.gov>; Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Subject:** US v. Ayvazyan

Counsel:

As you requested during our call, attached please find word versions of the stipulation and protective order.  Thank you.

Julian

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov