This page is part of your document - DO NOT DISCARD

**20201591967**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

12/07/20 AT 08:00AM

Pages: 0006

| | |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 32.00 |

**LEADSHEET**

202012070300053

00019472564

011534303

SEQ:
01

SECURE - 8:00AM

THIS FORM IS NOT TO BE DUPLICATED

E212089

CR 10-00579-CJC-SMB

3                                                                   EXHIBIT A

FOR REFERENCE ONLY: 20201591967

| | |
|---|---|
| RECORDING REQUEST BY<br><br>UNITED STATES<br><br>WHEN RECORDED MAIL TO<br><br>NAME: Shannen Beckman,<br>          Senior Paralegal<br><br>MAILING   312 N. Spring Street<br>ADDRESS:  14th Floor<br><br>CITY, STATE,  Los Angeles, CA<br>ZIP CODE:      90012 | |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**RECORDING REQUESTED BY SIMPLIFILE**

### TITLE(S)

LIS PENDENS

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

■ Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.

```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-5421
         Facsimile: (213) 894-0142
 9  E-mail: brent.whittlesey@usdoj.go
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-00579-SVW |
| Plaintiff, | LIS PENDENS AS TO REAL PROPERTY LOCATED IN GLENDALE, CALIFORNIA |
| v. | |
| RICHARD AYVAZYAN, Aka "Richard Ayazian" and "Iuliia Zhadko," et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is the subject of this action is located Glendale, California and is more particularly described as follows:

Parcel 1:
Lot 56 of Tract No. 45375, in the City of Glendale, County of Los Angeles, State of California, as per map recorded in Book 1128, Page(s) 55 to 63 inclusive of Maps, in the office of the County Recorder of said County.
Except therefrom all oil and minerals in, on and under said land as reserved by Benjamin Dreyfus in deeds recorded in Book 101, Pages 551 and in Book 107, Page 447 both of Deeds, in said Office of the County Recorder.

Parcel 2:
Non-exclusive easements for access, ingress, egress, encroachments, maintenance, repair, drainage, support and other purposes, all as described in the Master Declaration recorded March 7, 1989 as Instrument No. 1989-354873 and any amendments thereto.

APN: 5663-036-033

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California. Title to the defendant property is in the name of Luliia Zhadko, a single man.

Dated: December 7, 2020         NICOLA T. HANNA
                                United States Attorney
                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                     /s/ Brent A. Whittlesey
                                BRENT A. WHITTLESEY
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 7, 2020**, I served a copy of: **LIS PENDENS AS TO REAL PROPERTY LOCATED IN GLENDALE CALIFORNIA** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: SEE SERVICE LIST

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 7, 2020** at Los Angeles, California.

/s/ *S. Beckman*
SHANNEN BECKMAN

```
                            SERVICE LIST
 1
    Luliia Zhadko
 2  ████████████████████████
 3  Glendale CA 91208

 4
    United Wholesale Mortgage
 5  585 South Boulevard E
    Pontiac, MI 48341
 6
 7  MERS
    PO Box 2026
 8  Flint, MI 48501
 9
10
...
28
```

8                                                              EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 11, 2020**, I served a copy of: **NOTICE OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN GLENDALE CALIFORNIA** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**  Luliia Zhadko
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Glendale, CA 91208

 **X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 11, 2020** at Los Angeles, California.

                                    /s/ ***S. Beckman***
                                    SHANNEN BECKMAN