NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:20-CR-00579-SVW |
|---|---|
| Plaintiff, | **NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN TARZANA, CALIFORNIA** |
| v. | |
| RICHARD AYVAZYAN, Aka "Richard Ayazian" and "Iuliia Zhadko," et al. | |
| Defendants. | |

Pursuant to Section 405.22 of the California Code of civil Procedure, plaintiff United States of America hereby files with the court a copy of the notice of pendency of action (hereinafter the "Lis Pendens") which was filed against the defendant real property at

/ / /

/ / /

the Office of the County Recorder of for Los Angeles County, California.  A copy of the Lis Pendens is attached hereto as Exhibit "A".

Dated: December 11, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　/s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA