**This page is part of your document - DO NOT DISCARD**



**20201591973**



Pages: 0008

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/07/20 AT 08:00AM**

| | |
|---|---:|
| FEES: | 38.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 38.00 |



**L E A D S H E E T**



202012071030041

**00019472581**



011534316

**SEQ:**
**01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

E629179

3

CR 20-00579-

EXHIBIT A

| | |
|---|---|
| RECORDING REQUEST BY | |
| UNITED STATES | |
| WHEN RECORDED MAIL TO | |
| NAME: Shannen Beckman, Senior Paralegal | |
| MAILING ADDRESS: 312 N. Spring Street 14th Floor | |
| CITY, STATE, ZIP CODE: Los Angeles, CA 90012 | |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**RECORDING REQUESTED BY SIMPLIFILE**

TITLE(S)

LIS PENDENS

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

☒ Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.

```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-5421
         Facsimile: (213) 894-0142
 9  E-mail: brent.whittlesey@usdoj.go

10  Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,                                    | No. 2:20-CR-00579-SVW |
|---|---|
| Plaintiff,                                                   | <u>LIS PENDENS AS TO REAL PROPERTY LOCATED IN TARZANA, CALIFORNIA</u> |
| v.                                                           | |
| RICHARD AYVAZYAN,<br>   Aka "Richard Ayazian" and "Iuliia Zhadko," et al. | |
| Defendants.                                                  | |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is the subject of this action is located Tarzana, California and is more particularly described as follows:

```
 1    DESCRIPTION: THE LAND REFERRED TO HEREIN IS SITUATED IN THE
      COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS
 2    DESCRIBED AS FOLLOWS:
      PARCEL 1:
 3    THOSE PORTIONS OF LOT 71 and 72 OF TRACT 2605, IN THE CITY
      OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA,
 4    AS PER MAP RECORDED IN BOOK 27 PAGE 55 ET SEQ. OF MAPS, AND
      THAT PORTION OF PARCEL "A" OF PARCEL MAP L.A. NO. 2015 AS
 5    PER MAP FILED IN BOOK 32 PAGE 19 OF PARCEL MAPS, IN THE
      OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS
 6    FOLLOWS:
      BEGINNING AT A POINT IN THE CENTERLINE OF TOPEKA DRIVE, 40
 7    FEET WIDE, AS SHOWN ON SAID MAP, DISTANT THEREON SOUTH 15°
      10' 00" WEST 178.55 FEET FROM THE NORTHEASTERLY TERMINUS OF
 8    THAT CERTAIN COURSE IN THE CENTERLINE OF TOPEKA DRIVE SHOWN
      ON SAID MAP AS HAVING A BEARING OF NORTH 15° 10' 00" EAST
 9    AND LENGTH OP 1055.19 FEET;
      THENCE SOUTH 74° 50' 00" EAST 56.09 FEET TO THE BEGINNING
10    OF A TANGENT CURVE, CONCAVE TO THE NORTHWEST, HAVING A
      RADIUS OF 129.86 FEET;
11    THENCE EASTERLY ALONG SAID CURVE 128.40 FEET; TO THE TRUE
      POINT OF BEGINNING;
12    THENCE TANGENT TO SAID CURVE NORTH 48° 30' 50" EAST 147.14
      FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE TO THE
13    SOUTHEAST, HAVING A RADIUS OF 100.05 FEET;
      THENCE EASTERLY ALONG SAID CURVE, 125.14 FEET, A RADIAL
14    LINE TO SAID POINT BEARS NORTH 30° 10' 46" EAST;
      THENCE NORTH 10° 52' 46" EAST 45.32 FEET;
15    THENCE SOUTH 84° 29' 18" EAST 182.82 FEET;
      THENCE SOUTH 04° 13' 10" WEST 195.63 FEET TO A POINT IN A
16    CURVE CONCAVE WESTERLY HAVING A RADIUS OF 175.31 FEET; A
      RADIAL LINE TO SAID POINT BEARS NORTH 62° 22' 50" EAST;
17    THENCE CONTINUING EASTERLY AND SOUTHERLY ALONG SAID CURVE
      THROUGH A CENTRAL ANGLE OF 50° 06' 30" AN ARC DISTANCE OF
18    153.32 FEET;
      THENCE TANGENT TO SAID CURVE SOUTH 22° 29' 20" WEST 63.38
19    FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE
      NORTHWEST HAVING A RADIUS OF 375.00 FEET;
20    THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL
      ANGLE OF 13° 52' 00" 90.76 FEET TO THE BEGINNING OF A
21    REVERSE CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF
      161.89 FEET;
22    THENCE SOUTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL
      ANGLE OF 17° 46' 00" 50.20 FEET TO THE BEGINNING OF A
23    REVERSE CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS OF
      75.69 FEET;
24    THENCE SOUTHWESTERLY AND WESTERLY ALONG SAID CURVE, THROUGH
      A CENTRAL ANGLE OF 33° 58' 30" 44.88 FEET TO A POINT OF
25    CUSP IN THE NORTHERLY LINE OF SAID PARCEL "A" SAID
```

```
NORTHERLY LINE BEING A CURVE CONCAVE SOUTHWESTERLY HAVING A
RADIUS OF 30.00'; A RADIAL LINE TO SAID POINT BEARS SOUTH
38° 26' 10" EAST;
THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE
116° 31' 20" AN ARC DISTANCE OF 61.01 FEET;
THENCE SOUTH 10° 54' 50" EAST 92.71 FEET;
THENCE SOUTH 80° 16' 17" WEST 20.00 FEET;
THENCE NORTH 31° 28' 33" WEST 120.33 FEET;
THENCE NORTH 22° 17' 48" WEST 20.00 FEET TO THE BEGINNING
OF A CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 55.69
FEET;
THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL
ANGLE OF 49° 06' 52" AN ARC DISTANCE OF 47.74 FEET TO THE
BEGINNING OF A REVERSE CURVE CONCAVE SOUTHEASTERLY HAVING A
RADIUS OF 181.89 FEET;
THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL
ANGLE OF 17° 46' 00" AN ARC DISTANCE OF 56.40 FEET TO THE
BEGINNING OF A REVERSE CURVE CONCAVE NORTHWESTERLY HAVING A
RADIUS OF 355.00 FEET;
THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL
ANGLE OF 12° 45' 16" AN ARC DISTANCE OF 79.03 FEET;
THENCE NORTH 67° 12' 02" WEST 268.30 FEET;
THENCE NORTH 15° 10' 00" EAST 43.00 FEET;
THENCE NORTH 47° 02' 30" WEST 175.00 FEET TO THE TRUE POINT
OF BEGINNING.
PARCEL 2:
THE RIGHT OF INGRESS AND EGRESS FOR SAID PROPERTY OVER A
ROADWAY EASEMENT FROM TOPEKA DRIVE OVER THAT PORTION OF LOT
71, OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES, COUNTY
OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
BOOK 27, PAGE 55, ET SEQ., OF MAPS, IN THE OFFICE OF THE
COUNTY RECORDER OF SAID COUNTY, INCLUDED WITHIN A STRIP OF
LAND 30.00 FEET IN WITH, LYING 15.00 FEET ON EACH SIDE OF
THE FOLLOWING DESCRIBED CENTER LINE:
BEGINNING AT THE SOUTHWESTERLY CORNER OF THE LAND CONVEYED
TO CIRELLA G. SMITH AND HUSBAND, BY DEED RECORDED JULY 8,
1943 AS INSTRUMENT NO. 118, IN BOOK 20132 PAGE 100,
OFFICIAL RECORDS, SAID CORNER BEING DISTANT 261.45 FEET
NORTHERLY FROM THE SOUTHWESTERLY CORNER OF LOT 71, SAID
TRACT 2605; THENCE NORMAL TO THE EASTERLY LINE OF TOPEKA
DRIVE, SOUTH 74° 50' 00" EAST 36.09 FEET TO THE BEGINNING
OF A TANGENT CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS
OF 129.86 FEET; THENCE NORTHEASTERLY ALONG SAID CURVE,
128.40 FEET; THENCE TANGENT TO SAID CURVE, NORTH 48° 30'
50" EAST 147.14 FEET TO THE BEGINNING OF A TANGENT CURVE
CONCAVE SOUTHERLY, HAVING A RADIUS OF 100.05 FEET; THENCE
EASTERLY ALONG SAID CURVE, 144.70 FEET; THENCE TANGENT TO
SAID CURVE, SOUTH 48° 37' 10" EAST, 161.06 FEET TO THE
BEGINNING OF A TANGENT CURVE CONCAVE WESTERLY, HAVING A
```

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 11, 2020**, I served a copy of: **NOTICE OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN TARZANA CALIFORNIA** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**   Richard Ayvazyan

   Marietta Terabelian
   ███████████████████
   Tarzana, CA 91356


 **X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 11, 2020** at Los Angeles, California.

            /s/ ***S. Beckman***
            SHANNEN BECKMAN

```
    RADIUS OF 175.31 FEET, THENCE SOUTHERLY ALONG SAID CURVE,
    217.57 FEET; THENCE TANGENT TO SAID CURVE, SOUTH 22° 29'
    20" WEST 42.15 FEET TO A POINT.
```

APN: 2176-029-031

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.  Title to the defendant property is in the names of Richard Ayvazyan and Marietta Terabelian, husband and wife as Community Property.

Dated: December 7, 2020         NICOLA T. HANNA
                                United States Attorney
                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                   /s/ *Brent A. Whittlesey*
                                BRENT A. WHITTLESEY
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 7, 2020**, I served a copy of: **LIS PENDENS AS TO REAL PROPERTY LOCATED IN TARZANA CALIFORNIA** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  SEE SERVICE LIST

 **X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 7, 2020** at Los Angeles, California.

/s/ *S. Beckman*
SHANNEN BECKMAN

**SERVICE LIST**

Richard Ayvazyan
███████████████
Tarzana, CA 91356

Marietta Terabelian
███████████████
Tarzana, CA 91356

Gregory Shirin and Private Money Solutions, Inc.
15030 Ventura Blvd #500
Sherman Oaks, CA 91403

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 11, 2020**, I served a copy of: **NOTICE OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN TARZANA CALIFORNIA** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** Richard Ayvazyan

Marietta Terabelian
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Tarzana, CA 91356

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 11, 2020** at Los Angeles, California.

/s/ ***S. Beckman***
SHANNEN BECKMAN