UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:20-CR-00579-SVW-1                                       Date: December 4, 2020

Present: The Honorable Rozella A. Oliver, United States Magistrate Judge

Interpreter: N/A

| Donnamarie Luengo | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| RICHARD AYVAZYAN | | | | N/A | | | |

**Proceedings: (IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce all exculpatory evidence to the defendant under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.