# EXHIBIT A

Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants*. | Case No.  20-CR-00579-SVW<br><br>**[ALTERNATIVE PROPOSED] ORDER GRANTING IN PART GOVERNMENT'S *EX PARTE* APPLICATION FOR CONTINUANCE**<br><br>Judge:   Hon. Stephen V. Wilson |

# [ALTERNATIVE PROPOSED] ORDER

Having considered the government's *ex parte* application for a continuance and findings of excludable delay and all briefs submitted in favor of and opposition to that application, the Court hereby ORDERS:

1. Trial shall commence on [January 12, 2021] [February 12, 2021].

2. The government shall produce its trial exhibits and a list of its anticipated trial witnesses to the defense by Tuesday, December 22, 2020.

3. The government shall be prohibited from offering any evidence in its case-in-chief that has not been produced to the defense by Tuesday, December 22, 2020.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Stephen V. Wilson
United States District Judge