# EXHIBIT C



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Julian L. André*  
*Phone:  (213) 894-6683*  
*E-mail:  Julian.L.Andre@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

December 14, 2020

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
633 West Fifth Street, Suite 1900  
Los Angeles, CA 90071

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
1200 Wilshire Boulevard Suite 406  
Los Angeles, CA 90017

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 92108

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203

*Counsel for Tamara Dadyan*

      Re:    United States v. Ayvazyan et. al,  
                No. CR 2:20-cr-00579-SVW  
                Discovery Production Volume 1

Dear Counsel:

Pursuant to your clients' requests for discovery and the protective order to be entered by the Court (see CR 90), enclosed please find an encrypted disc with discovery bearing Bates Numbers DOJ_PROD_0000000001 to DOJ_PROD_0000003834 and an attached index.[1]  These discovery materials are also being uploaded to Steptoe & Johnson's file sharing system as you requested. The government will continue to produce any additional discovery materials to which your clients are entitled on a rolling basis as they are processed and become available for production.

---

[1] The password to access the discovery materials will be emailed to you separately.

EXHIBIT C

RE: United States v. Ayvazyan et. al
December 14, 2020
Page 2

The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional Jencks material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you agree to the production of reciprocal Jencks material at that time or affirmatively represent that you have no Jencks material to produce. Please inform me whether such an arrangement is acceptable to you.

The enclosed materials and information and any future discovery provided to you may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law, and this discovery is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the scope of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense. Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery. Please contact me immediately if you believe that this notice is insufficient.

Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

*[signature: Julian André]*

JULIAN L. ANDRÉ
Assistant United States Attorney
Major Frauds Section

*[signature]*

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure

EXHIBIT C