# EXHIBIT D

| | |
|---|---|
| **From:** | Silverman, Nicholas |
| **Sent:** | Tuesday, December 15, 2020 9:29 PM |
| **To:** | Andre, Julian L. (USACAC); Ram, Ashwin; Keough, Michael; David Diamond; John Littrell; Law offices of Fred G. Minassian, Inc.; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com |
| **Cc:** | Fenton, Christopher (CRM) |
| **Subject:** | RE: US v. Ayvazyan et al. - Trial Date |
| **Attachments:** | 2020-12-11 Defense Letter re Discovery-c2.pdf |

Counsel,

We do not consent to a continuance.  Our clients are under both house arrest and the cloud of an indictment.  They want to clear their names as soon as possible.  To the extent any continuance is granted, it should comply with the defendants' constitutional rights to a speedy trial, which requires a trial by February 12, 2021.  We disagree that those constitutional rights are (or can be) "suspended indefinitely."  In the event that the government seeks a continuance *and* extension of the speedy trial clock over our objection, we would want the first available trial in March, in order to mitigate the prejudice to our client's liberty and reputation from remaining under indictment and on house arrest.

Our December 11 letter (attached for reference) raised a related issue to which you have not directly responded.  Regardless of whether the government moves for a continuance, we again request that the government produce its case-in-chief exhibit list and witness list by December 22, 2020.  Your December 14 letter referenced the government's production of Jencks and permitting inspection of exhibits, but it did not set a date certain by which the government will identify its exhibits and witnesses.  A cut-off of December 22 provides the government over two months since the issuance of the Complaint and enables the defendants to prepare for trial.  The defendants are the ones who suffer prejudice from a continuance; they should not also suffer prejudice from the government using COVID-19 as a windfall for additional time to investigate and put together a prosecution.

Regards,


**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

| | |
|---|---|
| +1 202 429 8096 direct | Steptoe & Johnson LLP |
| +1 617 595 6559 mobile | 1330 Connecticut Avenue, NW |
| +1 202 429 3902 fax | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

EXHIBIT D

**From:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>
**Sent:** Tuesday, December 15, 2020 2:12 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** US v. Ayvazyan et al. - Trial Date

Counsel:

As you are all undoubtedly aware, jury trials in the Central District of California are suspended indefinitely due to COVID-19. Accordingly, we wanted to get each of your clients' position as to a new trial date for United States v. Ayvazyan et al., No. CR 20-579-SVW. We believe that the earliest trials may resume is March or April 2021. It is also unclear how the District will prioritize jury trials once they resume. The government would therefore propose continuing the trial until May or June 2021, which we believe could serve as a realistic and relatively firm trial date.

Please let us know your respective clients' position regarding the trial date by tomorrow at 4:30 p.m., and any potential trial conflicts you each may have that would impact scheduling a new trial date. If the parties are able to reach an agreement regarding a realistic new trial date, we would be glad to prepare and circulate a stipulation for everyone to review.

Thank you.

Julian

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

2

EXHIBIT D