# EXHIBIT E

| | |
|---|---|
| **From:** | Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov> |
| **Sent:** | Thursday, December 17, 2020 11:50 AM |
| **To:** | Ram, Ashwin; Fenton, Christopher (CRM) |
| **Cc:** | Silverman, Nicholas; Keough, Michael; David Diamond; John Littrell; Law offices of Fred G. Minassian, Inc.; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com |
| **Subject:** | RE: United States v. Ayvazyan et al., No. CR 20-579-SVW - Discovery Cutoff Follow-up |

Ashwin:

The government opposes the relief you are seeking and objects to the ex parte nature of the proposed filing. Such an ex parte application is, at a minimum, premature. The government is working diligently to make the discovery available to you in a timely manner. Indeed, you are inspecting the search warrant evidence at the FBI's office today, and the government will be making an additional discovery production early next week. To the extent your client has concerns regarding discovery in this matter, you should file a properly noticed motion after the Court has selected a new trial date.

As for a briefing schedule, under Judge Wilson's standard procedures, I believe your opposition to the government's ex parte regarding the trial date is due at 3:00 pm tomorrow. The government will need at least 24 hours to respond to whatever you file, but we cannot commit to a briefing schedule on that ex parte application until we see what you have filed.

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

---

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Wednesday, December 16, 2020 9:42 PM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Cc:** Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Subject:** United States v. Ayvazyan et al., No. CR 20-579-SVW - Discovery Cutoff Follow-up

Chris, Julian: On December 15, 2020, you requested the defense position by 4:30 p.m. today (December 16) regarding the government seeking a continuance of the current trial date in United States v. Ayvazyan et al., No. CR 20-579-SVW. We provided a joint response on behalf of all defendants by email at 6:29 p.m. on December 15 (below).

We write to seek your position on our request for a December 22 discovery cutoff (separate and apart from any trial continuance over the objection of the defendants). Although we raised the discovery cutoff with you by letter dated December 11, and again in our December 15 email below, we have not heard or seen a direct response from you to the proposed discovery cutoff. (We recognize that you have implicitly rejected our discovery cutoff request with your insistence on continued "rolling basis" productions over an undefined duration.) To the extent you do not agree to a discovery cutoff in advance of and based on the current January

EXHIBIT E

12 trial date in this matter, we will need to file an *ex parte* application regarding the discovery cutoff tomorrow evening based on the grounds stated in our December 11 and December 15 correspondence. In addition to your substantive response, please advise if you have any objection to the *ex parte* nature of the proposed filing.

Second, as you previously indicated that you would file an *ex parte* application regarding the current trial date, which we assumed would happen after your 4:30 p.m. deadline today, we would like to coordinate on a proposed briefing schedule for our respective *ex parte* applications. Specifically, subject to confirmation from Judge Wilson's chambers, we propose that we be given 24 hours to oppose your *ex parte* application regarding the trial date (assuming it is filed tomorrow), and that you have 24 hours to oppose our *ex parte* application for a December 22 discovery cut-off (assuming it is filed tomorrow).

Third, and finally, we reiterate our request for a list of all witnesses and exhibits the government intends to use in its case-in-chief (including any expert witnesses) by December 22, 2020.

We look forward to hearing from you.

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

| | |
|---|---|
| +1 213 439 9443 direct | Steptoe & Johnson LLP |
| +1 213 439 9599 fax | 633 West Fifth Street |
| | Suite 1900 |
| | Los Angeles, CA 90071 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Silverman, Nicholas
**Sent:** Tuesday, December 15, 2020 6:29 PM
**To:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al. - Trial Date

Counsel,

We do not consent to a continuance. Our clients are under both house arrest and the cloud of an indictment. They want to clear their names as soon as possible. To the extent any continuance is granted, it should comply with the defendants' constitutional rights to a speedy trial, which requires a trial by February 12, 2021. We disagree that those constitutional rights are (or can be) "suspended indefinitely." In the event that the government seeks a continuance *and* extension of the speedy trial clock over our objection, we would want the first available trial in March, in order to mitigate the prejudice to our client's liberty and reputation from remaining under indictment and on house arrest.

EXHIBIT E

Our December 11 letter (attached for reference) raised a related issue to which you have not directly responded.  Regardless of whether the government moves for a continuance, we again request that the government produce its case-in-chief exhibit list and witness list by December 22, 2020.  Your December 14 letter referenced the government's production of Jencks and permitting inspection of exhibits, but it did not set a date certain by which the government will identify its exhibits and witnesses.  A cut-off of December 22 provides the government over two months since the issuance of the Complaint and enables the defendants to prepare for trial.  The defendants are the ones who suffer prejudice from a continuance; they should not also suffer prejudice from the government using COVID-19 as a windfall for additional time to investigate and put together a prosecution.

Regards,


**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

**Steptoe**

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.


**From:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>
**Sent:** Tuesday, December 15, 2020 2:12 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** US v. Ayvazyan et al. - Trial Date

Counsel:

As you are all undoubtedly aware, jury trials in the Central District of California are suspended indefinitely due to COVID-19.  Accordingly, we wanted to get each of your clients' position as to a new trial date for United States v. Ayvazyan et al., No. CR 20-579-SVW.  We believe that the earliest trials may resume is March or April 2021.  It is also unclear how the District will prioritize jury trials once they resume.  The government would therefore propose continuing the trial until May or June 2021, which we believe could serve as a realistic and relatively firm trial date.

Please let us know your respective clients' position regarding the trial date by tomorrow at 4:30 p.m., and any potential trial conflicts you each may have that would impact scheduling a new trial date.  If the parties are able to reach an agreement regarding a realistic new trial date, we would be glad to prepare and circulate a stipulation for everyone to review.

Thank you.

EXHIBIT E

Julian

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

EXHIBIT E