Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, N.W.
Washington D.C., 20036
Telephone: (202) 429-8096
Facsimile: (202) 429-3902

Michael A. Keough (SBN 327037)
**STEPTOE & JOHNSON LLP**
*mkeough@steptoe.com*
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>　　　　　*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF NICHOLAS SILVERMAN REGARDING TRANSCRIPT CITED IN DECEMBER 18 FILING**<br><br>Hon. Stephen V. Wilson |

DECLARATION

I, Nicholas P. Silverman, declare:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia and the District of Columbia. I am admitted *pro hac vice* to the U.S. District Court for the Central District of California.

2. Along with attorneys Ashwin Ram and Michael Keough of Steptoe & Johnson LLP, I represent Richard Ayvazyan, who is a defendant in this case.

3. Yesterday's filing on Ayvazyan's behalf cited a transcript of an August 12, 2020 hearing in *United States v. Cai*, No. 19-cr-761, which has been docketed as Dkt. 190 in that case. As a non-party to *Cai*, I obtained the transcript from the court reporter pursuant to ordinary practice.

4. Until last night, I believed that transcript to be available to the Court and the government via PACER/ECF.

5. Last night, the government informed me that it could not access the cited transcript. From this information, I believe that the cited transcript may be unavailable to the Court as well.

6. I therefore attach the cited transcript as Exhibit A to this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Bethesda, Maryland on December 20, 2020.

Respectfully submitted,
*/s/ Nicholas Silverman*
Nicholas P. Silverman

*Counsel for Defendant Richard Ayvazyan*