NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    E-mail:   Julian.L.Andre@usdoj.gov

DANIEL A. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 302-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>     "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>     "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br><br>    Defendants. | No. CR 20-579-SVW<br><br><u>GOVERNMENT'S REQUEST FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PURSUANT TO THE SPEEDY TRIAL ACT</u><br><br>*GOVERNMENT'S REPLY BRIEF LODGED CONCURRENTLY HEREWITH* |

Plaintiff the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorney Julian L. André, and Department of Justice Trial Attorney Christopher Fenton, hereby seeks leave to file the concurrently lodged reply brief in support of its ex parte application for entry of an order: (1) continuing the trial date in this matter; and (2) excluding time from the Speedy Trial Act calculation for excludable delay.

The government's proposed reply brief is necessary to respond to certain arguments defendant RICHARD AYVAZYAN ("R. AYVAZYAN") made in his opposition, namely, defendant R. AYVAZYAN's affirmative request that the Court set certain pretrial deadlines, including a December 22, 2020 discovery cutoff, and then exclude government evidence if those new deadlines are not met.  Specifically, the government seeks to:

- Provide the Court with an update regarding the status of the government's efforts to produce discovery to defendants in this matter.

- Respond to defendant R. AYVAYZAN's inaccurate claims regarding the government's efforts to produce discovery to defendants in this matter.

- Respond to defendant R. AYVAZYAN's argument that The Honorable John F. Walter's ruling in United States v. Cai, No. CR 19-761-JFW (C.D. Cal.) supports defendants' request that the Court impose a December 22, 2020 discovery cutoff and, and then sanction the government for failing to comply with those new pretrial deadlines.

The government's proposed reply brief does not focus on the government's request for a continuance of the trial date or the issuance of findings of excludable time under the Speedy Trial Act, as those issues were already addressed in the government's initial ex parte application.

On the evening of December 20, 2020, the government emailed counsel for each of the defendants to obtain their respective positions regarding the government's request for leave to file a reply brief. As of the time of this filing, defendants' counsel have not responded to the government's email and their positions regarding this request is unknown.

Dated: December 21, 2020         Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


          /s/
JULIAN L. ANDRÉ
Assistant United States Attorney
CHRISTOPHER FENTON
Department of Justice Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA