1   NICOLA T. HANNA
    United States Attorney
2   BRANDON D. FOX
    Assistant United States Attorney
3   Chief, Criminal Division
    JULIAN L. ANDRÉ (Cal. Bar No. 251120)
4   Assistant United States Attorney
    Major Frauds Section
5        1100 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-6683
7        Facsimile: (213) 894-6269
         E-mail:    Julian.L.Andre@usdoj.gov
8
    DANIEL A. KAHN
9   Acting Chief, Fraud Section
    Criminal Division, U.S. Department of Justice
10  CHRISTOPHER FENTON
    Trial Attorney, Fraud Section
11  Criminal Division, U.S. Department of Justice
         1400 New York Avenue NW, 3rd Floor
12       Washington, DC 20530
         Telephone: (202) 302-0539
13       Facsimile: (202) 514-0152
         E-mail:    Christopher.Fenton@usdoj.gov
14
    Attorneys for Plaintiff
15  UNITED STATES OF AMERICA

16                    UNITED STATES DISTRICT COURT

17               FOR THE CENTRAL DISTRICT OF CALIFORNIA

18  UNITED STATES OF AMERICA,          No. CR 20-579-SVW

19           Plaintiff,               [PROPOSED] ORDER GRANTING THE
                                      GOVERNMENT LEAVE TO FILE REPLY
20               v.                   BRIEF

21  RICHARD AYVAZYAN,
      aka "Richard Avazian" and
22        "Iuliia Zhadko,"
    MARIETTA TERABELIAN,
23    aka "Marietta Abelian" and
          "Viktoria Kauichko,"
24  ARTUR AYVAZYAN,
      aka "Arthur Ayvazyan," and
25  TAMARA DADYAN,

26           Defendants.

27

28

1    For good cause shown, the government's request for leave to file

2  a reply brief in support of its <u>ex parte</u> application for entry of an

3  order: (1) continuing the trial date in this matter; and

4  (2) excluding time from the Speedy Trial Act calculation for

5  excludable delay is GRANTED.

6    IT IS SO ORDERED

7

8

9  DATE                                   HONORABLE STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE

10  Presented by:

11    /s/

12  JULIAN L. ANDRÉ
   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28