Ashwin J. Ram (SBN 227513)
aram@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Michael A. Keough (SBN 327037)
mkeough@steptoe.com
**STEPTOE & JOHNSON LLP**
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, N.W.
Washington D.C., 20036
Telephone: (202) 429-8096
Facsimile: (202) 429-3902

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff,*<br><br>          v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>                    *Defendants*. | Case No. 20-CR-00579-SVW<br><br>**OPPOSITION TO GOVERNMENT'S REQUEST FOR LEAVE TO FILE A REPLY**<br><br>Hon. Stephen V. Wilson |

The government seeks leave to file a 36-page reply (of which 9 pages are a brief) arguing that it did not have an opportunity to address the proposed discovery cut-off of December 22, 2021 applicable if the government's motion to continue is granted. Dkt. 99 at 2.[1] But the discovery cut-off issue is and was integral to the government's ex parte application to continue the trial date. Specifically, if trial may be delayed from January 12, 2021, then a necessary question is whether discovery obligations—whether or not reduced to particular dates—also must be delayed. Because there is no cause to delay discovery obligations, Ayvazyan and the joining defendants requested that the Court not delay the government's discovery obligations and confer upon them the tactical windfall they improperly tried to gain.

Because the proposed December 22 cut-off was rapidly approaching, this request could have been made either as an *ex parte* application or as an opposition to the government's *ex parte* application. Ayvazyan decided not to mimic the government's previous choice to file a dueling *ex parte* application when a matter could have been more efficiently decided based on a single set of pleadings. *See* Dkt. 63, 64, 65, 70, 73, 74, 75. Instead of engaging in inefficient gamesmanship, Ayvazyan filed and the other defendants joined an opposition responding to the issues raised by the government's *ex parte* application. The government knew that the defendants had requested production by a deadline based on the Complaint, Indictment, and initial trial date. Dkt. 96-2; Dkt. 96-4; Dkt. 96-5. The government knew that its request to continue that trial date implicated whether its discovery obligations based on the initial January 12 trial date should also be continued, but the government chose not to address that topic in hopes that the choice to ignore its pretrial discovery obligations would slip through without opposition.[2]

---

[1] The defendants informed the government that it opposed the request for leave several minutes before the request was filed.

[2] On the merits, if the government has already produced substantial discovery as claimed on Dkt. 99-2 at 5, then it will not be prejudiced by identifying its trial exhibits and being limited to the substantial discovery it has produced. Ayvazyan, on the other hand, would be prejudiced by the government's

1 | The government's request for leave to file a reply is an attempt to get a second bite at the apple. It should be denied.

Dated:   December 21, 2020

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
1330 Connecticut Avenue, N.W.
Washington D.C., 20036
Telephone: (202) 429-8096
Facsimile: (202) 429-3902

*Counsel for Defendant Richard Ayvazyan*

---

efforts to wrongfully secure extra post-indictment time to broaden and shift its case from that indicted by the grand jury.