UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579-SVW |
|---|---|
| Plaintiff, | ORDER GRANTING THE GOVERNMENT LEAVE TO FILE REPLY BRIEF |
| v. | |
| RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>      "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>      "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN, | |
| Defendants. | |

For good cause shown, the government's request for leave to file a reply brief in support of its ex parte application for entry of an order: (1) continuing the trial date in this matter; and (2) excluding time from the Speedy Trial Act calculation for excludable delay is GRANTED.

IT IS SO ORDERED

December 22, 2020
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JULIAN L. ANDRÉ
Assistant United States Attorney