Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  20-cr-579 (SVW) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT MOTION TO SUPPRESS EVIDENCE FROM PRETEXTUAL DETENTION AND WARRANTLESS SEARCHES** |
| v. | |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, | Judge:   Hon. Stephen V. Wilson |
| | Date:    April 5, 2021 |
| Defendants. | Time:    11:00 a.m. |

**[PROPOSED] ORDER**

This Court, having considered the Motion to Suppress Evidence from Pretextual Detention and Warrantless Searches, filed by Defendant Richard Ayvazyan, hereby GRANTS the application and ORDERS the following relief:

1. All evidence obtained in connection with the October 19-20, 2020 detention, interrogations, and searches of Richard Ayvazyan and Marietta Terabelian is hereby suppressed and shall not be used or offered as evidence by the government.

2. All evidence obtained as a result of the government's November 3, 2020 search warrant application is hereby suppressed and shall not be used or offered as evidence by the government.

3. All other evidence obtained directly or indirectly as a result of the foregoing detention, interrogations, and searches is hereby suppressed and shall not be used or offered as evidence by the government.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SUPPRESS – WARRANTLESS DETENTION AND SEARCHES