Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM IN SUPPORT OF MOTIONS TO SUPPRESS UNDER SEAL**<br><br>Judge:   Hon. Stephen V. Wilson<br>Date:    April 5, 2021<br>Time:    11:00 a.m. |

APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Richard Ayvazyan hereby applies to the Court for an order permitting Exhibits 4, 6-13, and 15-18 to the following document to be filed under seal:

### DECLARATION OF ASHWIN J. RAM
### IN SUPPORT OF MOTIONS TO SUPPRESS

The aforementioned exhibits are documents produced by U.S. Customs and Border Protection ("CBP") during discovery in the above-captioned matter, subject to the Protective Order entered by the Court on December 11, 2020 (Dkt. 92). The government has indicated that these CBP documents contain sensitive law enforcement information and requested that any CBP documents filed in this action be filed under seal for that reason. *See, e.g.*, *Al Otro Lado, Inc. v. Wolf*, No. 17-CV-02366-BAS-KSC, 2020 WL 4551687, at *6 (S.D. Cal. Aug. 6, 2020) (granting motion to seal document containing sensitive law enforcement information at the request of CBP). Defendant does not oppose this request.

Defendant therefore applies for the aforementioned exhibits to be filed under seal.

Dated:   March 8, 2020               Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*