# EXHIBIT 2

Ashwin J. Ram
213 439 9443
aram@steptoe.com



633 West Fifth Street, Ste. 1900
Los Angeles, CA 90071
213 439 9400 main
www.steptoe.com

December 24, 2020

By Electronic Mail

Christopher Fenton, Trial Attorney
Julian Andre, Assistant United States Attorney
U.S. Attorney's Office for the
Central District of California
312 N Spring St.
Los Angeles, CA 90012

      Re:   *United States v. Richard Ayvazyan et al.*, No. 20-cr-579 (SVW)
            **Request for Discovery**

Dear Counsel:

      As you are aware, the Court "ORDERED [the government] to expeditiously comply with its discovery obligations" well in advance of the March 15, 2021 discovery cut-off. Dkt. 105.

      As noted by both defendant Richard Ayvazyan (Dkt. 63 at 2 n.1) and the government (Dkt. 94 at 9 n.1), one or more defendants intend to move to suppress evidence. We have previously requested discovery on eight or more occasions,[1] including discovery crucial to the suppression filings. However, to date, the government has not provided all discovery of the materials and information critically underling the suppression motions (despite its assurance to the Court that it is "working diligently to produce discovery to [the] defendants in a timely manner." Dkt. 94 at 3). The government's delay in producing evidence relevant to suppression is not only delaying that motion, but potentially prejudicing the viability of such a motion based on the potential spoliation of evidence.

      We request that the government comply with its production obligations immediately, so that we can evaluate all evidence relevant to suppression, file our motion, and provide the Court

---

[1] Previous requests were made on at least the following dates: November 9, 2020; November 18, 2020; November 23, 2020; November 24, 2020; November 30, 2020; December 2, 2020; December 7, 2020; and December 11, 2020. Those requests remain outstanding and we reiterate them.

December 24, 2020
Page 2



sufficient time for evaluation, evidentiary hearings, and argument. We request that all such discovery and privilege logs be produced no later than December 31, 2020.[2]

### A. Discovery Regarding October 19-20, 2020 Selection, Screening, and "Border Stop"[3] of Richard Ayvazyan and/or Marietta Terabelian

We previously requested all communications between any member of the prosecution team and any agency or person related to the October 19-20, 2020 events at Miami International Airport. Nov. 18 Discovery Letter ¶ 2 (attached as Ex. A to this letter). We further requested all documents, notices, bulletins, notes, reports, and statements regarding the selection of Ayvazyan or Terabelian for additional screening, secondary screening, detention, rejection, interrogation, search, or any other treatment. *Id.* ¶ 3. We reiterate those requests here.

For example, this would include entries in the Automated Targeting System or National Targeting Center, reports or communications that Ayvazyan or Terabelian were traveling, reports or communications that Ayvazyan or Terabelian had landed, communications about screening Ayvazyan or Terabelian, communications about findings, directives or requests regarding Ayvazyan or Terabelian, and questions and answers regarding Ayvazyan or Terabelian. This request includes information, documents, recordings, and communications— including (but not limited to) written documents, surveillance footage, electronic records, and related video recordings or audio recordings—whether or not they were reduced to writing or a report at the time. If you take the position that any above-referenced information, document, or communication is privileged, we request that you provide us with a privilege log of the date, time, author(s), recipient(s), content, and the basis for invocation of privilege including whether every participant is a member of the trial team for each purportedly privileged piece of information, document, recording, or communication.

### B. Discovery Regarding the Detention, Interrogation, and Searches of Richard Ayvazyan and Marietta Terabelian

We previously requested (i) all documents, notes, reports, recordings, and statements of or regarding Ayvazyan or Terabelian at Miami International Airport on or about October 19, 2020 including all interactions occurring while they were in any lobby, waiting area, corridor, or secondary screening area; (ii) all emails, text messages, instant messages, phone calls, or other

---

[2] Each request is continuing in nature and includes information, documents (as defined in Ex. A at 2 n.1), and communications that were not memorialized. Unmemorialized information and communications should be promptly memorialized and produced. There appears to be substantial information, documents, recordings, and communications that have not been produced to the defense.

[3] Compl. ¶ 41.

December 24, 2020  
Page 3



communications regarding Ayvazyan or Terabelian; (iii) all audio or visual recordings of Ayvazyan or Terabelian. *Id.* ¶ 4. We reiterate those requests here.

      For example, this would include each interaction with Ayvazyan or Terabelian, audio or visual recordings (including surveillance footage) of Ayvazyan or Terabelian from the moment they deplaned including primary and secondary screening, waiting, and interrogation, all telephone calls made by Ayvazyan or Terabelian, all telephone calls or written communications made regarding Ayvazyan or Terabelian, and all known interactions with Ayvazyan or Terabelian. This would also include all notes and drafts underlying the CBP reports produced thus far, which appear to have been finalized several days after the incident. If you take the position that any above-referenced information, document, recording, or communication is privileged, we request that you provide us with a privilege log of the date, time, author(s), recipient(s), content, and the basis for invocation of privilege including whether every participant is a member of the trial team for each purportedly privileged piece of information, document, recording, or communication.

      We further request that the government produce the name and contact information for each person on duty in CBP North Terminal from the time when American Airlines landed on October 19, 2020 through the time when Ayvazyan and Terabelian left the airport on October 20, 2020. Please identify which of these on-duty persons interacted with Ayvazyan.

      \*      \*      \*

      The government filed a Complaint in conjunction with the above-referenced events. We would have expected the government to recognize the importance of those events—particularly because the defense explicitly flagged that importance in our preindictment discussions with government counsel and in our November 18 discovery letter and subsequent communications. The government, has not, however produced all related discovery it possesses. Please produce that discovery immediately and in any event by December 31, 2020.

Sincerely,

*/s/ Ashwin J. Ram*

| | |
|---|---|
| Ashwin J. Ram | Thomas A. Mesereau, Jr. |
| Michael A. Keough | MESEREAU LAW GROUP |
| Nicholas P. Silverman (*pro hac vice*) | 10100 Santa Monica Boulevard, Suite 300 |
| STEPTOE & JOHNSON LLP | Los Angeles, CA 90067 |
| 633 West Fifth Street, Suite 1900 | Tel: (310) 651-9960 |
| Los Angeles, CA 90071 | Fax: (310) 772-2295 |
| aram@steptoe.com | mesereau@mesereaulaw.com |

*Counsel for Defendant Richard Ayvazyan*



December 24, 2020
Page 4

David D. Diamond
LAW OFFICES OF DAVID D. DIAMOND
1200 Wilshire Boulevard, Suite 406
Los Angeles, CA 90017
Tel: (213) 250-9100
Fax: (213) 250-0161
diamond@dba-law.com

John L. Littrell
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
Fax: (949) 369-3701
jlittrell@bienertkatzman.com

*Counsel for Defendant Marietta Terabelian*

Jennifer J. Wirsching
WIRSCHING LAW
1935 Alpha Road, Suite 216
Glendale, CA 92108
Tel: (424) 901-9280
wirschinglaw@outlook.com

*Counsel for Defendant Artur Ayvazyan*

Fred G. Minassian
LAW OFFICES OF FRED G. MINASSIAN, INC.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203
Tel: (818) 240-2444
Fax: (818) 240-3444
fgminassianlaw@yahoo.com

*Counsel for Defendant Tamara Dadyan*