# EXHIBIT 4

## MANUALLY LODGED FOR FILING UNDER SEAL