# EXHIBIT 5



23901 Calabasas Rd., #1033, Calabasas, CA 91302

(818) 224-2788 • Fax: (818) 224-2789

Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd Suite 1700
Los Angeles, CA 90024

Date: August 5, 2020
Escrow No. 16951-JP
Borrower: Richard Ayvazyan and Marietta Terabelian

Re:   Property Address:   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ENCLOSED PLEASE FIND:

Declaration of Custodian Certifying Business Records
File Copy

We appreciate having the opportunity of working with you. If there are any items you want furnished to you, please let us know so that we may provide them. If you have any questions, please call us.

Sincerely,

Jenica Pivnik
Escrow Officer