# EXHIBIT 6

## MANUALLY LODGED FOR FILING UNDER SEAL