# EXHIBIT 7

## MANUALLY LODGED FOR FILING UNDER SEAL