# EXHIBIT 8
## EXCERPTS FROM TRANSCRIPT OF DOJ_PROD_0000023811 MANUALLY LODGED FOR FILING UNDER SEAL