# EXHIBIT 9

## EXCERPTS FROM TRANSCRIPT OF DOJ_PROD_0000023812 MANUALLY LODGED FOR FILING UNDER SEAL