# EXHIBIT 10
## EXCERPTS FROM TRANSCRIPT OF DOJ_PROD_0000023813 MANUALLY LODGED FOR FILING UNDER SEAL