# EXHIBIT 11

## EXCERPTS FROM TRANSCRIPT OF
## DOJ_PROD_0000023814
## MANUALLY LODGED FOR
## FILING UNDER SEAL