# EXHIBIT 12
## EXCERPTS FROM TRANSCRIPT OF DOJ_PROD_0000023808 MANUALLY LODGED FOR FILING UNDER SEAL