# EXHIBIT 13
## EXCERPTS FROM TRANSCRIPT OF DOJ_PROD_0000023810 MANUALLY LODGED FOR FILING UNDER SEAL