# EXHIBIT 15

## MANUALLY LODGED FOR FILING UNDER SEAL