# EXHIBIT 16

## MANUALLY LODGED FOR FILING UNDER SEAL