# EXHIBIT 17

## MANUALLY LODGED FOR FILING UNDER SEAL