# EXHIBIT 18

## MANUALLY LODGED FOR FILING UNDER SEAL