**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

RICHARD AYVAZYAN,
MARIETTA TERABELIAN,
ARTUR AYVAZYAN,
TAMARA DADYAN,

*Defendants*.

Case No. 20-cr-579 (SVW)

**ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM IN SUPPORT OF MOTIONS TO SUPPRESS UNDER SEAL**

Judge: Hon. Stephen V. Wilson
Date: April 5, 2021
Time: 11:00 a.m.

**ORDER**

This Court, having considered the Application for Leave to File Exhibits to Declaration of Ashwin J. Ram in Support of Motions to Suppress Under Seal, filed by Defendant Richard Ayvazyan, hereby GRANTS the application and ORDERS the following relief:

1. Exhibits 4, 6-13, and 15-18, attached to the Declaration of Ashwin J. Ram in Support of Motions to Suppress, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: March 10, 2021

The Honorable Stephen V. Wilson
United States District Judge