Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge:   Hon. Stephen V. Wilson<br>Date:    April 12, 2021<br>Time:    11:00 a.m. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Richard Ayvazyan hereby applies to the Court for an order permitting (i) page 5, lines 2-6; (ii) page 6, lines 1-4; and (iii) page 21, line 27 through page 22, line 1 of the following document to be filed under seal:

**MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS AND RETURN PROPERTY SEIZED IN SEARCH OF SUBJECT PREMISES-1**

The aforementioned lines describe sensitive information related to two minor children. Redaction of these lines is narrowly tailored to prevent the public disclosure of sensitive information about a minor. *See Fotinos ex rel. R.F. v. Fotinos*, No. C 12-953 CW, 2013 WL 1149778, at *2 (N.D. Cal. Mar. 19, 2013) (ordering litigant to redact and file under seal "portions of documents that contain other sensitive information related to her minor children").

Defendant therefore applies for the aforementioned sensitive information to be filed under seal.

Dated:   March 11, 2020                              Respectfully submitted,

                                                     **STEPTOE & JOHNSON LLP**

                                                     */s/ Ashwin J. Ram*
                                                     Ashwin J. Ram (SBN 227513)
                                                     aram@steptoe.com
                                                     Michael A. Keough (SBN 327037)
                                                     mkeough@steptoe.com
                                                     Nicholas P. Silverman (*pro hac vice*)
                                                     nsilverman@steptoe.com
                                                     633 West Fifth Street, Suite 1900
                                                     Los Angeles, CA 90071
                                                     Telephone: (213) 439-9400
                                                     Facsimile: (213) 439-9599
                                                     *Counsel for Defendant Richard Ayvazyan*