Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE FOR TO FILE SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:   April 12, 2021<br>Time:   11:00 a.m. |

**[PROPOSED] ORDER**

This Court, having considered the Application for Leave to File Sensitive Information Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Page 5, lines 2-6; page 6, lines 1-4; and page 21, line 27 through page 22, line 1 of the Memorandum in Support of Motion to Suppress and Return Property Seized in Search of Subject-1 Premises, filed by Defendant Richard Ayvazyan, shall be filed under seal

**IT IS SO ORDERED.**

Dated:  March __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge