Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S MOTION TO SUPPRESS AND RETURN PROPERTY SEIZED IN SEARCH OF SUBJECT PREMISES-1**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: April 12, 2021<br>Time: 11:00 a.m. |

# [PROPOSED] ORDER

This Court, having considered the Motion to Suppress and Return Property Seized in Search of Subject Premises-1 and Memorandum in Support, filed by Defendant Richard Ayvazyan, hereby GRANTS the application and ORDERS the following relief:

1. All evidence obtained as a result of the government's November 3, 2020 search of Subject Premises-1 is hereby suppressed and shall not be used or offered as evidence by the government.

2. The government shall return all property seized from Subject Premises-1 to Richard Ayvazyan promptly and in any event no later than _____, 2021.

3. The government shall destroy all copies, duplicates, and reproductions of property seized from Subject Premises-1 promptly and in any event no later than _____, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge