Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF RICHARD AYVAZYAN IN SUPPORT OF MOTION TO SUPPRESS AND RETURN PROPERTY SEIZED IN SEARCH OF SUBJECT PREMISES-1**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:   April 12, 2021<br>Time:   11:00 a.m. |

I, Richard Ayvazyan, declare as follows:

1. I am the defendant in the above-captioned matter.

2. A true and correct copy of the receipt from Hyde Park Jewelers for the Cartier Santos XL SS Chrono Cartier watch, model number 4183163389YX, purchased on May 1, 2019 is attached as **Exhibit A**.

3. A true and correct copy of the receipt from Cartier for the Steel 21 Chronoscaph Watch, serial number 2424880317LX, purchased on October 24, 2007 is attached as **Exhibit B**.

4. A true and correct copy of a photo from my wedding to Mary Terebelian and her engagement ring is attached as **Exhibit C**.

5. A true and correct copy of the receipt from Monique Diamond, Corp. for a 2.00 carat diamond purchased on June 30, 2007 is attached as **Exhibit D**.

6. A true and correct copy of a Diamond Certificate number US 84112801D issued by EGL USA for a 3.01 carat round brilliant diamond certified on May 30, 2007 is attached as **Exhibit E**.

7. A true and correct copy of the receipt from Parisien for one 18k ring with 1.85 carats and one 14k ring with 2.87 carats purchased on October 22, 2008 is attached as **Exhibit F**.

8. A true and correct copy of a February 3, 2018 photo of Mary Terebelian wearing the yellow-gold Rolex watch is attached as **Exhibit G**.

9. A true and correct copy of April 19, 2019 photos of myself wearing the stainless steel Rolex watch is attached as **Exhibit H**.

10. A true and correct copy of a August 26, 2017 photo the stainless steel Rolex Datejust watch is attached as **Exhibit I**.

11. A true and correct copy of a July 31, 2017 photo of the platinum ring is attached as **Exhibit J**.

12. A true and correct copy of an engagement photo of myself and Mary

Terebelian wearing the yellow gold necklace is attached as **Exhibit K**.

13. A true and correct copy of the receipt from Sevana Jewelry for a 14k diamond ring purchased on October 31, 2018 is attached as **Exhibit L**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Tarzana, California on March 11, 2021.

Respectfully submitted,

Richard Ayvazyan

2
DECLARATION OF R. AYVAZYAN IN SUPPORT OF MOTION TO SUPPRESS
AND RETURN PROPERTY SEIZED