# EXHIBIT A

# HYDE PARK
#### Jewelers

Denver • Las Vegas • Phoenix
hydeparkjewelers.com • 800.530.2458

**Sold to:**
Marietta TERABELIAN
ENCINO, CA  91316

Email:

**Ship to:**

**Telephone:**
H:
C:

**Salesperson Name:**
836

**Source:**
W

**Transaction Date:**
5/1/2019

**Account Type:**
ML

**Account Number:**
16067455

| Item Number | Description/Reference | Quantity | Sell Price |
|---|---|---|---|
| | *** Sale ***   Receipt #: 928077 | | |
| | Page 1 of 1 | | |
| | SYNCHRONY 5046 6216 2400 6605 APPROVED 001237 | | |
| | SPELLING of name WAS APPROVED BY SYNCHRONY BY Kayla | | |
| 00022350 | SANTOS XL SS CHRONO | | 8,950.00 |
| | 22350  4183163389YX  WCAG087 | | |
| | DECLINED 3 YEAR WATCH CARE PLAN | | |
| 112 | ************6605 | | |
| | | Subtotal | 8,950.00 |
| | | Tax | 693.63 |
| | | Total | 9,643.63 |
| | | Cash | 0.00 |
| | | Tot Paid | 9,643.63 |

FINAL SALE — No Returns or Credits

I acknowledge that the warranty and care instructions have been explained. Platinum Rewards Members: In order to maintain your extended warranty please bring your watch in 18-23 months from the date of purchase for a free inspection.

ALL REFUNDS MUST BE MADE WITHIN 15 DAYS, EXCHANGES WITHIN 30 DAYS. SPECIAL ORDERS, LAYAWAYS, SIZED, ALTERED, OR USED MERCHANDISE IS NOT RETURNABLE. REFUNDS MADE ONLY TO THE PURCHASER OF RECORD & IN THE EXACT METHOD OF ORIGINAL PAYMENT. HYDE PARK WILL NOT ACCEPT WATCHES FOR RETURN WITHOUT PAPERWORK AND PACKAGING. A 5% RESTOCKING FEE MAY BE APPLIED TO RETURNED WATCHES.

PURCHASER AGREES TO PAY THE AMOUNTS DUE ON THIS INVOICE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON REVERSE SIDE. PURCHASER HEREBY GRANTS TO HYDE PARK A PURCHASE MONEY SECURITY INTEREST IN ALL GOODS LISTED ON THIS INVOICE AND IN PROCEEDS FROM SUCH GOODS UNTIL PAYMENT IN FULL INCLUDING ACCRUED INTEREST IS MADE THEREFORE.

**Customer Signature:**

Printed     5/1/2019         I-1210160-T928077-L016-SLC-ST145

002
EXHIBIT A

## TERMS AND CONDITIONS
(including Security Agreement)

**HYDE PARK CHARGE**
My signature on this invoice constitutes acceptance of my indebtedness to Hyde Park as per the Hyde Park charge agreement and any subsequent changes made to that agreement, the terms and provisions of which are incorporated herein by this reference, to be applicable whether or not I have a Hyde Park charge account.

**LAYAWAY AGREEMENT**
I understand that this item listed on the front of this document will be held for me in the Layaway Department of Hyde Park. I agree to pay in full within 3 months. I understand that if merchandise is not paid for on or before 90 days from today it will be returned to stock. All deposits will be held as a store credit. No refunds.

**SERVICE AGREEMENT**
I have received and inspected the article(s) listed or the job referred to on this invoice. The work performed is to my satisfaction and the article(s) are in good order.

**ACCEPTANCE OF MERCHANDISE**
I acknowledge receipt of article(s) described on this Invoice or concur with the shipping address for which the merchandise is to be sent.

**WARRANTIES;**
Warranties are expressed there are no warranties which are implied

**SHIPPING**
Cost of shipping & insurance will not be credited if the item is returned, exchanged, or credited. Purchaser is responsible for all uncollected sales tax.

**SECURITY INTEREST**
For consideration I hereby grant to Hyde Park as a secured party a purchase money security interest in the property identified on the front side hereof, and any and all additions, accessions and substitutions thereto or therefore (hereinafter "Collateral"), to secure payment of the indebtedness evidenced by this instrument.

I agree to keep the Collateral free and clear of any other liens, security interests or encumbrances, and will defend the Collateral against all claims and demand of persons at any time claiming the same or any interest therein.

The Collateral is purchased for personal, family or household purposes.

I shall be in default hereunder if: (i) I should fail to make any payment to Secured Party when due, or should fail to perform or breach any covenant hereof; (ii) the Collateral shall be lost, stolen, destroyed, sold, encumbered, or shall be the subject of any levy seizure or attachment, thereof or thereon; or (iii) I should die, if a corporation or partnership be dissolved, become insolvent, have a receiver appointed for any part of my property, make an assignment for the benefit of creditors, or if proceedings are commenced under any bankruptcy or insolvency laws against me.

Upon such default and at any time thereafter, or if it deems itself insecure, Secured Party may declare all indebtedness secured hereby immediately due and payable and shall have the remedies of a secured party under Article 9 of the Colorado Uniform Commercial Code.

Secured Party's remedies shall be cumulative, and the exercise of one remedy shall not preclude the exercise of other remedies. Secured Party may require me to assemble the Collateral and deliver or make it available to Secured Party at a place to be designated by Secured Party which is reasonably convenient to both parties. Expenses of retaking, holding, preparing for sale, selling the Collateral or the like, and attorney's fees and legal expenses, shall be my responsibility and are part of the obligations hereby secured.

No waiver by Secured Party of any default shall operate as a waiver of any other default or of the same default on a future occasion. The taking of this security agreement shall not waive or impair any other security said Secured Party may have or hereafter acquire for, the payment of the above indebtedness, nor shall the taking of any such additional security waive or impair this security agreement, but said Secured Party may resort to any security it may have in the order it may deem proper, and notwithstanding any collateral security. Secured Party shall retain its rights of set-off against me.

All rights of Secured Party hereunder shall inure to the benefit of its successor and assigns; and all promises and duties of mine shall bind my heirs, successors, assigns, or legal representatives. If there be more than one of us, our liabilities hereunder shall be joint and several.

The terms and provisions of the Retail Installment Credit Agreement between me and Secured Party are confirmed and incorporated herein by this reference.

This instrument is intended to serve as a Security Agreement and a Financing Statement under the Colorado Uniform Commercial Code - Secured Transactions. The Customer is the debtor for purchases hereon.

**ACCEPTANCE OF TERMS**
I accept the policies and terms of Hyde Park Jewelers regarding exchanges and credits set forth on this invoice. Hyde Park has made a care guide available, in stores or online, that we highly recommend reading to help protect and care for the long term beauty and performance of your purchase.

**DIAMONDS**
Hyde Park purchases exclusively through legitimate, reputable suppliers of diamonds that strictly adhere to the Kimberly process. All diamonds purchased are required to have a conflict-free Statement of Warranty on the invoice.

**GEMSTONES**
Gemstone purchasers should be aware that natural gemstones are processed from the time they are extracted from the earth by one or more traditionally accepted practices. All gemstones listed on this sales slip have probably been subjected to a stable and possibly undetectable enhancement process. All relevant information will be readily provided to the best of our knowledge. Prevailing market values are based on these universally practiced and accepted processes by the gem and jewelry trade.

003
EXHIBIT A


# Cartier
## North America

| | |
|---|---|
| **Atlanta, GA**<br>(404) 841-0840 | **Manhasset, NY**<br>**Americana Manhasset**<br>(516) 627-3200 |
| **Bal Harbour, FL**<br>(305) 864-8793 | **McLean, VA**<br>(703) 749-4664 |
| **Beverly Hills, CA**<br>(310) 275-4272 | **Miami, FL**<br>**Saks Fifth Avenue**<br>**Dadeland Mall**<br>(305) 661-7537 |
| **Boca Raton, FL**<br>(561) 367-9100 | **Naples, FL**<br>(239) 594-9594 |
| **Boston, MA**<br>(617) 262-3300 | **New York, NY**<br>**Fifth Avenue**<br>(212) 753-0111 |
| **Charlotte, NC**<br>**Neiman Marcus**<br>**Southpark Mall**<br>(704) 442-7900 | **Madison Avenue**<br>(212) 472-6400 |
| **Chevy Chase, MD**<br>(301) 654-5858 | **White Plains, NY**<br>**Neiman Marcus**<br>**Westchester Mall**<br>Opening Fall 2007 |
| **Chicago, IL**<br>(312) 266-7440 | **Orlando, FL**<br>(407) 248-9886 |
| **Costa Mesa, CA**<br>(714) 540-8231 | **Palm Beach, FL**<br>(561) 655-5913 |
| **Dallas, TX**<br>(972) 726-7670 | **Palo Alto, CA**<br>(650) 325-6170 |
| **Honolulu, HI**<br>**Ala Moana**<br>(808) 955-5533<br>**Royal Hawaiian**<br>(808) 922-7555 | **Phoenix, AZ**<br>(602) 956-0056 |
| | **San Francisco, CA**<br>(415) 397-3180 |
| | **San Juan, PR**<br>(787) 724-4096 |
| **Houston, TX**<br>(713) 871-0177<br>**Neiman Marcus**<br>**Galleria Mall**<br>(713) 621-7100 | **Seattle, WA**<br>(206) 389-6505 |
| | **Short Hills, NJ**<br>(973) 467-9005 |
| **King of Prussia, PA**<br>(610) 205-0450 | **Topanga, CA**<br>**Westfield Topanga Mall**<br>Opening Fall 2007 |
| **Las Vegas, NV**<br>**Caesars Palace**<br>(702) 733-6652<br>**Wynn**<br>(702) 696-0146 | **Toronto, ON**<br>(416) 413-4929 |
| | **Vancouver, BC**<br>(604) 683-6878 |

*Thank You*

*Merci*

ESI BAHADORI

*Cartier*

JOAILLIERS
PARIS    LONDON    NEW YORK

WYNN LAS VEGAS HOTEL & CASINO
3131 LAS VEGAS BOULEVARD SOUTH - LAS VEGAS, NV 89109
TEL 702 696 0146 - FAX 702 731 1906
wynnlasvega          .com

005
EXHIBIT A