# EXHIBIT B

     



JOAILLIERS

PARIS   LONDRES   NEW YORK

LAS VEGAS WYNN - 3131 LAS VEGAS BLVD S - LAS VEGAS, NV 89109
TEL (702) 696-0146  -  FAX (702) 731-1906

Purchased by :
richard ayvazyan

Encino, CA
91316-2529

**Invoice number:**  303403071024005

*Sold by:*  106528

Client copy

October 24th, 2007

| | Quantity | Retail Price | Extended Amount | Tax Amount |
|---|---|---|---|---|
| STEEL 21 CHRONOSCAPH WATCH, QUARTZ CHRONOGRAPH MOVEMENT, DARK GREY DIAL, STEEL BRACELET<br>Article # W10172T2   Serial # 2424880317LX | 1 | 4,100.00 | 4,100.00 | 317.75 |
| Subtotal | | | | 4,100.00 |
| Tax | | | | 317.75 |
| **Total** | | | | **4,417.75** |

RETURN POLICY - Merchandise must be returned within 30 days to the boutique from which it was originally purchased. It must be presented in its original packaging and accompanied by the appropriate sales slip. We will be pleased to arrange an exchange or issue a merchandise credit. NO CASH OR CREDIT CARD REFUNDS will be given. We cannot accept returns of correctly engraved merchandise or items which show signs of wear.

| Cash USD | Amt. | 4,500.00 |
|---|---|---|
| Change USD | Amt. | -82.25 |

Thank You for Your Visit

www.cartier.com

007
EXHIBIT B