# EXHIBIT C



009
EXHIBIT C