# EXHIBIT D

FROM:

**Monique Diamond, Corp.**

FOX JEWELRY PLAZA
608 S. Hill Street, Booth 804
Los Angeles, CA 90014
Tel: (213) 622-0587 • Fax: (213) 622-7781

DATE: 6/30 20 07
TO: ARMAN

**MEMORANDUM**
45272

If customer fails to return goods within terms stated below from date of memorandum, Monique Diamond, Corp. may at its option, decline the goods sold. Customer agrees to return goods to Monique Diamond, Corp. upon demand.

| LOT NO. | PIECES | CARATS | DESCRIPTION | PRICE PER CARAT US $ | TOTAL |
|---|---|---|---|---|---|
| I/53 | 1 | 2.50 | US 822648020 (4v) | | 10000 |

By not returning the goods described above in _____ days, I agree to the terms and conditions of this bailment printed above and on the reverse of this consignment / memorandum.

SIGNATURE OF UNDERSIGNED

011
EXHIBIT D