# EXHIBIT E

*The importance of diamond certification cannot be emphasized enough. Certification provides assurance that professional gemologists have evaluated your diamond in the most thorough manner.*

*EGL USA has been the premier authority on diamond certification since 1974. Our scientific expertise is highly regarded throughout the worldwide jewelry industry. You can be sure that this diamond, and every diamond certified by EGL USA receives the highest level of individual attention.*

*EGL USA official document. KEEP IN A SAFE PLACE.*

**NEW YORK**
6 West 48th Street
3rd Floor
New York, NY 10036
Tel: 212-730-7380
Fax: 212-730-7453

**LOS ANGELES**
550 South Hill Street
Suite 840
Los Angeles, CA 90013
Tel: 213-534-2223
Fax: 213-534-2224

**VANCOUVER**
United Kingdom Building
409 Granville Street
Suite 456
Vancouver, BC, Canada V6C 1T2
Tel: 604-630-0464
Fax: 604-630-0465

**TORONTO**
55 Queen Street East
Suite 500
Toronto, ON, Canada M5C 1R6
Tel: 416-368-1200
Fax: 416-368-2003

**www.EGLUSA.com**

# THE DIAMOND CERTIFICATE

EUROPEAN GEMOLOGICAL LABORATORY E.G.L.

## EGL USA

*Industry Leaders since 1974*

EUROPEAN GEMOLOGICAL LABORATORY E.G.L.

*The World's Most Trusted Name in Gemology™*





issued by the

# EGL • USA

## EUROPEAN GEMOLOGICAL LABORATORY™

Independent educational organization.
Institute for certification of diamonds and precious stones.

**Natural Diamond Report**

This examination has been carried out using the current gemological procedures of E.G.L.

| | |
|---|---|
| Certificate | **US 84112801D** |
| **WEIGHT** | **3.01 CT** |
| Shape and cut | **ROUND BRILLIANT** |
| Measurements | **9.34 - 9.30 x 5.61 mm** |
| **PROPORTIONS** | |
| Depth: | **60.2%** |
| Table: | **63%** |
| Crown: | **10.2%** |
| Pavilion: | **45.1%** |
| Girdle: | **THIN TO THICK FACETED** |
| Culet: | **NONE** |
| **FINISH** | |
| Polish: | **VERY GOOD** |
| Symmetry: | **GOOD** |
| **CLARITY GRADE** | **SI2** |
| **COLOR GRADE** | **G** |
| Fluorescence: | **MEDIUM BLUE** |
| Comments: | |



**EUROPEAN GEMOLOGICAL LABORATORY™**
**EGL USA**

EGL

**MAY 30, 2007** **Los Angeles**

THIS DOCUMENT WAS PRODUCED WITH THE FOLLOWING SECURITY MEASURES:
**Special document paper, ink screens, holographic security seal, tamperproof background designs, EGL embossing and other safety features, custom designed for EGL USA.**

The characteristics of the diamond in this report were based on the information gained from utilizing a variety of gem testing instruments. The following instruments were used as required to complete our examination: 10x magnification with a fully corrected loupe and binocular microscope, millimeter gauge, computer aided non-contact measuring device, spectroscope systems, ProportionScope, electronic balance, master color comparison diamonds, long-wave and short-wave ultraviolet light sources, fiber optic illumination, daylight balanced lighting and other instruments. The diagram is an approximate representation of the type and relative position of internal and external characteristics. Red symbols indicate internal characteristics and green symbols indicate external characteristics.

ORIGINAL

This report is supplied at the request of the customer and is issued for his exclusive use. The report expresses an opinion at the time of examination of the stone. It is not a guarantee, valuation or appraisal of any kind. E.G.L. has made no representation or warranty regarding this report or the diamond described. Since diamond grading is not an exact science this report represents only the best professional opinion of this company. E.G.L. is in no case responsible for differences which could occur by repeated expertise and/or use of other standards, norms, methods or criteria other than those chosen by E.G.L.

ADDITIONAL TERMS AND CONDITIONS ON REVERSE

# CLARITY GRADING SCALES

**The Flawless Grade (FL)** is used to describe diamonds in which a skilled observer, under favorable lighting conditions, cannot see any inclusions or surface blemishes after thorough examination with a binocular microscope at 10 power magnification or with a 10 power corrected loupe. Small extra facets on the pavilion near the girdle, not visible when viewed from above, are permitted as are small naturals when they are confined to the girdle and do not flatten the girdle outline. Internal graining is permitted provided it does not draw any color or texture and is not observable through the crown.

**The Internally Flawless Grade (IF)** describes diamonds which have no internal characteristics observable under the same conditions as described above, but which have minor surface blemishes that are confined to the surface. Grain lines are permitted provided they are not thick or numerous and do not detract from the beauty of the stone. Internal graining is permitted, provided it does not draw color or texture.

**The VVS Grades (Very Very Slightly Included)** are used to describe diamonds which have ***very, very small inclusions*** which are difficult for a skilled observer to see under the conditions as described previously. Colored or textured graining is permitted, provided it is not observable through the crown.

**The VS Grades (Very Slightly Included)** are used to describe those diamonds with ***very small inclusions*** ranging from difficult to somewhat easy to observe under 10 power magnification and favorable lighting conditions.

**The SI Grades (Slightly Included)** are used to describe those stones with ***small inclusions*** which are easy or very easy to see under 10 power magnification and proper lighting. Occasionally, inclusions in the SI category are visible to the unaided eye.

**The I Grades (Included)** are used to describe stones with ***medium or large inclusions*** which are usually obvious to the unaided eye under favorable lighting conditions.

**Every diamond is unique, with a distinctive pattern of internal and external identifying characteristics. The skilled diamond grader takes into consideration the size, nature, location, and number of these characteristics to assign each diamond its proper grade.**

# COLOR GRADING SCALES

CAPE SERIES & BROWN SERIES

| DESCRIPTION | EGL USA | SCAN D.N. |
|---|---|---|
| Colorless | D | River |
| | E | |
| | F | Top Wesselton |
| Near Colorless | G | |
| | H | Wesselton |
| | I | Top Crystal |
| | J | Crystal |
| Faint Yellow<br>Faint Brown | K | Top Cape |
| | L | |
| | M | Cape |
| Very Light Yellow<br>Very Light Brown | N | |
| | O | Light Yellow<br>Light Brown |
| | P | |
| | Q | |
| | R | |

CAPE SERIES & BROWN SERIES

| DESCRIPTION | EGL USA | SCAN D.N. |
|---|---|---|
| Light Yellow<br>Light Brown | S | Yellow<br>Brown |
| | T | |
| | U | |
| | V | |
| | W | |
| | X | |
| | Y | |
| | Z | |
| Yellow<br>Brown | Fancy Yellow<br>Fancy Brown | |
| Canary<br>Coffee | Fancy Intense Yellow<br>Fancy Intense Brown | |

# PROPORTION ANALYSIS




EUROPEAN GEMOLOGICAL LABORATORY
E.G.L.
The Ideal Cut Portfolio


EGL USA
UGS
UNIVERSAL
GEMOLOGICAL
SERVICES
UNIVERSAL GEMOLOGICAL SERVICES INC.
UGS
A MEMBER OF THE EGL USA GROUP


EGL USA
US 84112801D
RBC 3.01 ct
G
SI2
THIN TO THICK FACETED
9.34 - 9.30 x 5.61 mm
60.2% 63%
VERY GOOD GOOD
NONE MEDIUM BLUE