# EXHIBIT F

**parisien**

a jewelry store

625 South
Hill Street, Suite 136-141
Los Angeles, California 90014
email: parisien@sbcglobal.net
Office: (213) 236-2904 • Fax: (213) 629-3162

No. 5041
Date: 10/22/08

Name: Richard Ayvazian

Address: [redacted] Encino CA 91[3]5[6]

Tel: 818 358-1711

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 18934 | 1 | 18k ring 1.85ct | | 2900 |
| 20755 | 2 | 14k ring 2.87ct | | 2800 |
| | 3 | | | 5700 |
| | 4 | | | |
| | 5 | | | |
| | 6 | pd | | |
| | 7 | | | |

Customer's Signature _____ Date _____

020
EXHIBIT F