# EXHIBIT G

Case 2:20-cr-00579-SVW   Document 147-7   Filed 03/11/21   Page 2 of 2   Page ID #:1084



022
EXHIBIT G