# EXHIBIT H



024
EXHIBIT H



025
EXHIBIT H