# EXHIBIT K



031
EXHIBIT K