# EXHIBIT L



# Sevana
### JEWELERY

1020 E. Chevy Chase Dr.
Glendale, CA 91205
Adams / Chevy Chase

YELLOW GOLD
WHITE GOLD
PLATINUM

818.246.4785
818.543.0794

NAME: _____  TEL: _____

ADDRESS: _____  DATE: 10-31-18

| ITEM DESCRIPTION | PRICE |
|---|---|
| R 071960 | |
| R84-10603 W | |
| $10500 | |
| | |
| 14K diam Ring | |

STORE SIGNATURE

TAX
TOTAL $ 1400.00

BY SIGNING THIS RECEIPT I WILL BE FULLY LIABLE FOR MAKING ALL MONTHLY PAYMENTS AGREED UPON SALES. I UNDERSTAND THAT IN THE EVENT OF LATE OR NON PAYMENT SEVANA JEWELRY WILL SEEK A LEGAL ACTION TO COLLECT ANY UNPAID BALANCE ON THE INVOICE. I UNDERSTAND THAT I WILL BE LIABLE TO PAY ALL COLLECTION COSTS AND ANY ADDITIONAL CHARGES INCURRED TO COLLECT UNPAID BALANCE.

ALL SALES ARE FINAL AND NO REFUNDS ARE ACCEPTABLE

EXCHANGE OR STORE CREDIT ONLY WITHIN 6 DAYS FROM PURCHASE WITH AUTHORIZATION OF STORE MANAGEMENT ONLY

033
EXHIBIT L