1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE FOR TO FILE SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge:   Hon. Stephen V. Wilson<br>Date:    April 12, 2021<br>Time:    11:00 a.m. |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO SENSITIVE INFORMATION UNDER SEAL

**ORDER**

This Court, having considered the Application for Leave to File Sensitive Information Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Page 5, lines 2-6; page 6, lines 1-4; and page 21, line 27 through page 22, line 1 of the Memorandum in Support of Motion to Suppress and Return Property Seized in Search of Subject-1 Premises, filed by Defendant Richard Ayvazyan, shall be filed under seal

**IT IS SO ORDERED.**

Dated: March 12, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge