**DECLARATION OF SCOTT PAETTY**

I, Scott Paetty, hereby declare and state as follows:

I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am an attorney assigned to the case of United States v. Richard Ayvazyan et al., No. 20-CR-579(A)-SVW.

1. Exhibit 1 is a true and correct copy of an email from FBI SA Justin Palmerton to Customs and Border Protection ("CBP") Officer Carlos DeSouza.

2. Exhibit 2 is true and correct copy of a photograph obtained from CBP that depicted a credit card in the name of "Viktoria Kauichko" that CBP officers found in defendant Marietta Terabelian's ("Terabelian") luggage after officers conducted a secondary inspection at Miami International Airport ("MIA") upon Terabelian's arrival at around 3:30 p.m. on October 19, 2020.

3. Exhibit 3 is a true and correct copy of a photograph a photograph obtained from CBP that depicted one credit card in the name of "Runyan Tax Services/Viktoria Kauichko," and four credit cards in the name of "Iuliia Zhadko," including cards associated with "Top Quality Contracting" and "Turing Info Solutions that were found in defendant Richard Ayvazyan's ("Ayvazyan") belongings after officers conducted a secondary inspection at MIA upon Ayvazyan's arrival at around 3:30 p.m. on October 19, 2020.

4. Exhibit 4 is a true and correct copy of a directive issued by CBP.

5. Exhibit 5 is a true and correct copy of a report from CBP related to defendant Ayvazyan.

6.    Exhibit 6 is a true and correct copy of a report from CBP related to defendant Terabelian.

7.    Exhibit 7 is a true and correct copy of a tear sheet from CBP that is given to passengers regarding "Inspection of Digital Devices".

8.    Exhibit 8 is a true and correct copy of photographs obtained from CBP that depicted items that were discovered when CBP officers conducted a manual search of defendant Terabelian and defendant Ayvazyan's digital devices.

9.    Exhibit 9 is a true and correct copy of a biographical questionnaire that was provided to defendants Terabalian and Ayvazyan by CBP officers at MIA.

10.    Exhibit 10 is a true and correct copy of a FBI report regarding the arrest of defendants Terabelian and Ayvazyan.

11.    Exhibit 11 is a true and correct copy of a search warrant application in case no. 20-MJ-5282.

12.    Exhibit 12 is a true and correct copy of a search warrant application in case no. 20-MJ-5484.

13.    Exhibit 13 is a true and correct copy of a report regarding the execution of a search warrant in case no. 20-MJ-5286.

14.    Exhibit 14 is a true and correct copy of a letter from CBP to DOJ Trial Attorney Christopher Fenton and the undersigned declarant.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Princeville, Hawaii, on March 15, 2021.

SCOTT PAETTY