# EXHIBIT 9

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**

ADDRESS IN YOUR COUNTRY OF RESIDENCE:_____
_____

PHONE NUMBER: _____

EMAIL ADDRESS: _____

ADDRESS/HOTEL IN THE UNITED STATES FOR YOUR VISIT:
_____
_____

CONTACTS IN THE UNITED STATES:_____
_____

TRAVEL PARTNERS:_____

EMPLOYMENT:_____
_____

OTHER CITIZENSHIP(S): _____

Education:_____
_____

PLANS IN THE UNITED STATES, LENGTH OF STAY:_____
_____

SOCIAL MEDIA ACCOUNT(S):
_____

Father:_____

Mother:_____

Siblings:_____
_____

Spouse:_____

Children:_____
_____

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000151828