John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS, LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700
Fax: (949) 369-3701

*Attorneys for Defendant Marietta Terabelian*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br><br>*Defendants.* | Case No. 20-CR-00579-SVW<br>Hon. Stephen V. Wilson<br><br>**Marietta Terabelian's Notice of Joinder in Richard Ayvazyan's**<br><br>**(1) Motion to Suppress Evidence from Pretextual Detention and Warrantless Searches (CM/ECF doc. no. 130) and**<br><br>**(2) Motion to Suppress and Return Property Seized in Search of Subject Premises-1 (CM/ECF doc. no. 146)** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

By and through counsel, Marietta Terabelian hereby joins Richard Ayvazyan's motion to suppress evidence from pretextual detention and warrantless searches, filed at CM/ECF document number 130 and set for hearing on April 5, 2021, at 11:00 a.m., and his motion to suppress and return property seized in search of subject premises-1, filed at CM/ECF document number 146 and set for hearing on April 12, 2021, at 11:00 a.m.

Dated: March 15, 2021          By: */s/ Ryan V. Fraser*
                                   John L. Littrell
                                   Ryan V. Fraser
                                   BIENERT KATZMAN LITTRELL WILLIAMS, LLP
                                   Attorneys for Defendant Marietta Terabelian

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **Marietta Terabelian's Notice of Joinder in Richard Ayvazyan's (1) Motion to Suppress Evidence from Pretextual Detention and Warrantless Searches (CM/ECF doc. no. 130) and (2) Motion to Suppress and Return Property Seized in Search of Subject Premises-1 (CM/ECF doc. no. 146)** on all interested parties as follows:

**[X] BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2021 at Pasadena, California.

/s/ Elizabeth Garcia
Elizabeth Garcia