Case 2:20-cr-00579-SVW Document 167 Filed 03/09/21 Page 1 of 1 Page ID #:1260

FILED
03/09/2021
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# Memorandum



| | |
|---|---|
| Subject: <br> <u>United States v. Richard Ayvazyan, et al.</u> | Date: <br> March 9, 2021 |
| To: <br> KIRY K. GRAY <br> Clerk, United States District Court <br> Central District of California | From: <br> BRIAN FAERSTEIN <br> SCOTT PAETTY <br> Assistant United States Attorneys <br> Criminal Division |

The above-referenced matter, being filed on March 9, 2021:

- Relates to a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

BRIAN FAERSTEIN
Assistant United States Attorney