

FILED
CLERK, U.S. DISTRICT COURT
03/09/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   PLAINTIFF<br><br>v.<br><br>RICHARD AYVAZYAN, ET AL.,<br><br>                   DEFENDANTS | Initial Indictment:<br>CR 20-00579-SVW<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>CR 20-00579(A)-SVW<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

    and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

☒ **Superseding Indictment**

Upon a careful review of the  March 9, 2021 superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is 8. The previous number of defendants was 4.

    and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

| | |
|---|---|
| March 9, 2021<br>Date | *Brian Faerstein* (signature)<br>BRIAN FAERSTEIN<br>Assistant United States Attorney |