FILED
CLERK, U.S. DISTRICT COURT

March 9, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VM____ DEPUTY

1. TRACY L. WILKISON
   Acting United States Attorney
2. BRANDON D. FOX
   Assistant United States Attorney
3. Chief, Criminal Division
   SCOTT PAETTY (Cal. Bar No. 274719)
4. BRIAN FAERSTEIN (Cal. Bar No. 274850)
   Assistant United States Attorneys
5. Major Frauds/Environmental and Community Safety Crimes Sections
        1100/1300 United States Courthouse
6.      312 North Spring Street
        Los Angeles, California 90012
7.      Telephone: (213) 894-6527/3819
        Facsimile: (213) 894-6269/0141
8.      E-mail:    Scott.Paetty@usdoj.gov/Brian.Faerstein@usdoj.gov

9. Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 20-579(A)-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING FIRST SUPERSEDING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| RICHARD AYVAZYAN, aka "Richard Avazian" and "Iuliia Zhadko," MARIETTA TERABELIAN, aka "Marietta Abelian" and "Viktoria Kauichko," ARTUR AYVAZYAN, aka "Arthur Ayvazyan," TAMARA DADYAN, MANUK GRIGORYAN, aka "Mike Grigoryan," and "Anton Kudiumov," ARMAN HAYRAPETYAN, EDVARD PARONYAN, aka "Edvard Paronian" and "Edward Paronyan," and VAHE DADYAN, Defendant. | **(UNDER SEAL)** |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the first superseding indictment and any related documents in the above-

1

titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until one of the four new defendants charged in the first superseding indictment (defendants Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, or Vahe Dadyan) is arrested and the government files a "Report Commencing Criminal Action" in this matter relating to that defendant.

March 9, 2021
DATE

HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____              _____
DATE                                      HONORABLE MICHAEL R. WILNER
                                          UNITED STATES MAGISTRATE JUDGE