**DECLARATION OF CHRISTOPHER FENTON**

I, Christopher Fenton, hereby declare and state as follows:

I am a Trial Attorney with the Criminal Division, Fraud Section, of the United States Department of Justice.  I am an attorney assigned to the case of United States v. Richard Ayvazyan et al., No. 20-CR-579(A)-SVW.

1. Exhibit 1 is a true and correct copy of the results of a firearms check run by the Federal Bureau of Investigation ("FBI") on defendant Richard Ayvazyan ("R. Ayvazyan").  This document was Bates-stamped DOJ_PROD_0000002185-DOJ_PROD_0000002187, and produced in discovery.

2. Exhibit 2 is a true and correct copy of the results of a firearms check run by the FBI on defendant Artur Ayvazyan.  This document was Bates-stamped DOJ_PROD_0000154368, and produced in discovery.

3. Exhibit 3 is a true and correct copy of a photograph taken on or about October 7, 2020, depicting items found as part of a search by federal law enforcement of trash left curbside outside of the Glendale property that defendants purchased in the name of defendant R. Ayvazyan's alias, "Iuliia Zhadko."  This document was Bates-stamped DOJ_PROD_0000003743, and produced in discovery.

4. Exhibit 4 is a true and correct copy of a photograph depicting a gun safe found during federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000023036, and produced in discovery.

5. Exhibit 5 is a true and correct copy of a receipt seized during federal law enforcement's search of SUBJECT PREMISES-1 on or

about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000030253-DOJ_PROD_0000030254, and produced in discovery.

6. Exhibit 6 is a true and correct copy of a photograph depicting a Glock 27, .40 Caliber Pistol seized during federal law enforcement's search of the Woodland Hills property that defendants purchased using the stolen identity of "A.M." on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000022934, and produced in discovery.

7. Exhibit 7 is a true and correct copy of still photographs made from a recording of aerial surveillance conducted by federal law enforcement of SUBJECT PREMISES-1 on or about the morning of November 5, 2020.  The complete recording was Bates-stamped DOJ_PROD_0000021407, and produced in discovery.

8. Exhibit 8 is a true and correct copy of photographs depicting a grocery bag containing approximately $450,000 in U.S. currency seized during federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  These documents were Bates-stamped DOJ_PROD_0000022573-DOJ_PROD_0000022575, and produced in discovery.

9. Exhibit 9 is a true and correct copy of a photograph depicting an iPhone seized during federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000023169, and produced in discovery.

10. Exhibit 10 is a true and correct copy of a corrected report from the FBI related to federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000154470-DOJ_PROD_0000154471, and produced in discovery.

11.     Exhibit 11 is a true and correct copy of a receipt for property prepared by the FBI and signed by defendant Marietta Terabelian following federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000153585-DOJ_PROD_0000153587, and produced in discovery.

12.     Exhibit 12 is a true and correct copy of photographs depicting items that were discovered when FBI agents conducted a manual search of defendant R. Ayvazyan's iPhone during federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  These documents were Bates-stamped DOJ_PROD1_0000000001-DOJ_PROD1_0000000003, and produced in discovery.

13.     Exhibit 13 is a true and correct copy of a photograph depicting a U.S. passport card belonging to defendant R. Ayvazyan seized during federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000030777, and produced in discovery.

14.     Exhibit 14 is a true and correct copy of a letter and closing statement from Encore Escrow seized during federal law enforcement's search of SUBJECT PREMISES-1 on or about November 5, 2020.  This document was Bates-stamped DOJ_PROD_0000030618-DOJ_PROD_0000030619, and produced in discovery.

15.     Exhibit 15 is a true and correct copy of checks written out of a Radius Bank account using the name of defendant Terabelian's father, N.T., after he was deceased.  These documents were Bates-stamped DOJ_PROD_0000005358-DOJ_PROD_0000005362, and produced in discovery.

16. Exhibit 16 is a true and correct copy of selected screenshots of identifiers for Synchrony Bank account ending number 6605. The complete document was Bates-stamped DOJ_PROD_0000154449, and produced in discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at West Tisbury, Massachusetts, on March 18, 2021.

CHRISTOPHER FENTON