# EXHIBIT 5



# Dean Safe
www.DeanSafe.com

**Invoice**

| North Hollywood Location | Simi Valley Location | West LA Location | Date | Invoice # |
|---|---|---|---|---|
| 6020 Laurel Canyon Blvd. | 4440 Industrial Street | 11284 Washington Pl. | 8/12/2020 | 2178 |
| North Hollywood, CA 91606 | Simi Valley, CA 93063 | Culver City, CA 90230 | | |
| 818-997-1234 | 805-526-5443 | 310-945-4099 | | |

**PAID 08/12/2020**

**Bill To**
Rich Ayva
Tarazana, CA 91356

**Ship To**

| P.O. Number | Ship Date | Ship Via | Sales Person |
|---|---|---|---|
| | 8/12/2020 | Delivery | Mary |

| Qty | Item Code | Description | Price | Amount |
|---|---|---|---|---|
| 1 | LIB Lincoln 25 Wh... | Liberty Lincoln 25 White Marble<br>Black Chrome Hardware<br>Mechanical Lock<br>90 Minutes Fire Rating<br>OD: 60.5" t x 30"w x 24.5"d/28.5 OA<br>ID: 53 x 23.5 x 14<br>733 Lbs. | 2,599.00 | 2,599.00T |
| 1 | AMG NF-6032E5 ... | AmSec NF 6032 Gun Metal Gray<br>Black Nickel Trim<br>ESL-5 Electronic Lock<br>90 Minute Fire Rating<br>Power Outlet<br>Door Organizer<br>OD: 59.25"h x 30"w x 21"d - 24 OA<br>761 Lbs. | 1,599.00 | 1,599.00T |
| 1 | Burg Wachter CL1... | Burg Wachter CL 10E Burglary/Fire Safe  WILL CALL'ed  IN SIMI 8-12<br>30 Minute @ 1500 DF<br>12.6 x 17.13 x 14.96, 97 lbs. | 599.00 | 599.00T |
| 1 | DRI DR-12 | Dri-Rod 12 inch Dehumidifier  **BRING ROD WITH SAFES** | | 0.00T |
| 2 | GSS MM | Gun Storage Solutions Mag Mounts for Metal Magazines  ALL OTHER ACCESS TAKEN FROM SIMI | 9.99 | 19.98T |

And in consideration of the delivery of said merchandise title shall not pass to the purchaser until all sums due under this contract are fully paid in cash.  That if any default shall be made in the payments as herein agreed, or if prior to said payment in full, the merchandise shall be sold or moved from the possession of the undersigned, said Company or its agents may, without process of law, take possession of and recover possession of said merchandise, and for the use thereof retain any payments that may have been made thereon. Dean Security, Inc. will not be held responsible for the contents stored inside or use of the item purchased

This contract is subject to the approval of Dean Security Safe Company, and no agreement of any kind, not stated herein, shall become part of this contract.
ALL PAST DUE ACCOUNTS: If not paid within 15 days of invoice will incur a service charge of 1.5% per month.
ATTORNEY'S FEES: In the event a suit shall be brought by either party to enforce the provisions of this Agreement, the party against whom judgement in any such suit is rendered shall pay to the other party a reasonable attorney's fee and shall be entitled to a specific provision in the judgement awarding such prevailing party such reasonable attorney's fees.

| | |
|---|---|
| Subtotal | |
| Sales Tax (9.5%) | |
| Total | |
| Payments/Credits | |
| **Balance Due** | |

Delivered By          Date          X _____
Signature indicates merchandise was received in good condition and releases Dean Safe of all liability for any damages to the delivery location and/or merchandise.

Page 1



# Dean Safe
www.DeanSafe.com

**Invoice**

| North Hollywood Location | Simi Valley Location | West LA Location | Date | Invoice # |
|---|---|---|---|---|
| 6020 Laurel Canyon Blvd. | 4440 Industrial Street | 11284 Washington Pl. | 8/12/2020 | 2178 |
| North Hollywood, CA 91606 | Simi Valley, CA 93063 | Culver City, CA 90230 | | |
| 818-997-1234 | 805-526-5443 | 310-945-4099 | | |

**PAID 08/12/2020**

**Bill To**
Rich Ayva
Tarazana, CA 91356

**Ship To**

| P.O. Number | Ship Date | Ship Via | Sales Person |
|---|---|---|---|
| | 8/12/2020 | Delivery | Mary |

| Qty | Item Code | Description | Price | Amount |
|---|---|---|---|---|
| 2 | LD Gun Magnet | Lockdown Gun Concealment Magnet<br>S: USPS First Class Mail 8 oz (yellow Envelope) | 24.99 | 49.98T |
| 1 | GSS HH4 | Gun Storage Solutions 4-Pack Gun Hangers | 19.99 | 19.99T |
| 1 | LIB Safe Cover 20-... | Liberty Safe Cover 20-25 - 13917 Dual Zipper | 39.99 | 39.99T |
| 1 | LD Puck | Lockdown Puck<br>Tamper, Humidity, Temperature Alert System | 95.00 | 95.00T |
| 1 | Delivery In-Home ... | Delivery In-Home 401-750 lbs  Lin 25 | 250.00 | 250.00T |
| 1 | Delivery Standard ... | Delivery Standard Garage 751 - 1100 lbs.  NF 6032<br>Delivery Aug 25 AFTERNOON 12 - 5<br>PLEASE CALL AHEAD | 100.00 | 100.00T |

And in consideration of the delivery of said merchandise title shall not pass to the purchaser until all sums due under this contract are fully paid in cash.  That if any default shall be made in the payments as herein agreed, or if prior to said payment in full, the merchandise shall be sold or moved from the possession of the undersigned, said Company or its agents may, without process of law, take possession of and recover possession of said merchandise, and for the use thereof retain any payments that may have been made thereon. Dean Security, Inc. will not be held responsible for the contents stored inside or use of the item purchased

This contract is subject to the approval of Dean Security Safe Company, and no agreement of any kind, not stated herein, shall become part of this contract.
ALL PAST DUE ACCOUNTS: If not paid within 15 days of invoice will incur a service charge of 1.5% per month.
ATTORNEY'S FEES: In the event a suit shall be brought by either party to enforce the provisions of this Agreement, the party against whom judgement in any such suit is rendered shall pay to the other party a reasonable attorney's fee and shall be entitled to a specific provision in the judgement awarding such prevailing party such reasonable attorney's fees.

| | |
|---|---|
| Subtotal | $5,371.94 |
| Sales Tax (9.5%) | $510.33 |
| Total | $5,882.27 |
| Payments/Credits | -$5,882.27 |
| Balance Due | $0.00 |

Delivered By         Date         X _____
Signature indicates merchandise was received in good condition and releases Dean Safe of all liability for any damages to the delivery location and/or merchandise.

Page 2