# EXHIBIT 7