# EXHIBIT 11

FD-597 (Rev. 4-13-2015)                                              Page ___1___ of ___3___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 290-LA-3280255

On (date) 11/05/2020        item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Richard Ayvazyan

(Street Address) 4910 Topeka Drive

(City) Tarzana CA 91356

Description of Item (s): 1) One Blue 16 GB Flash Drive

2) 2 Western Union Receipts / 1 PLS Financial Receipt

3) Audemas Piguet Black Wristwatch w/ Gold Interior

4) ~~Audemas Piguet Black Wristwatch w/~~

4) Black Computer Tablet Serial FC-24-5204-0947-B788-10

5) 1 Gold Debit Mastercard  Richard Ayvazyan 5165294845292043

6) Uncounted Cash

7) 1 White Router 323-10888-01

8) iPhone 8 Black Serial F71VM296IC67

9) iPhone 7 White Serial 717TK0PQHG76

10) 1 Light Green iPhone

11) 1 Navy iPhone + Charger

12) Uncounted Cash

13) Uncounted Cash

14) One teal iPhone

15) One Letter

16) Uncounted Cash

17) 1 Black iPhone Model A1660  ID BCG-E3085A + Charger

18) Misc Financial Records

Received By: _Justin Palm_____ (Signature)        Received From: _Marietta Terabelian_____ (Signature)

Printed Name/Title: SA Justin Palmerton        Printed Name/Title:

FD-597 (Rev. 4-13-2015)

Page __2__ of __3__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 290 - LA - 3280255

On (date) 11/05/2020

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Richard Ayvazyan

(Street Address) 4910 Topeka Drive

(City) Tarzana CA 91356

Description of Item (s):

19) Misc Financial Docs
20) 1 Citi Mastercard 5424181262763886 Marietta Terabelian
21) 1 Ledger Nanos Cryptocurrency Hardware Wallet
22) 2 Black Routers (Spectrum)
23) Misc Business Docs
24) One Brown Camo Audemars Piguet Watch
25) One Silver Audemars Piguet Watch
26) One Rose Gold Audemars Piguet Watch
27) Misc Financial Docs
28) Misc Checkbooks & Checks
29) Uncounted Cash
30) 1 Silver Rolex w/ Blackface Oyster Perpetual Datejust
31) 1 Silver Rolex w/ Pinkface Oyster Perpetual Datejust
32) 1 Silver Rolex Watch w/ Navy Face Oyster Perpetual Datejust
33) 1 Silver Cartier Watch
34) 1 Gold Rolex
35) 1 Silver Diamond Ring
36) 1 18K Diamond Ring
37) 1 Silver Diamond Ring

Received By: _(Signature)_

Printed Name/Title: SA Justin Palmerton

Received From: MARIETTA TERABELIAN _(Signature)_

Printed Name/Title: _[signature]_

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

FD-597 (Rev. 4-13-2015)                                                    Page 3 of 3

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 290-LA-3280255

On (date) 11/05/2020

item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Richard Ayvazyan

(Street Address) 4910 Topeka Drive

(City) Tarzana CA 91356

Description of Item (s):
38) 1 Diamond Ring
39) 1 Ring w/ Red Stone
40) 1 Ring RRA
41) 1 Silver Cartier Watch
42) 1 US Passport Card Richard Ayvazyan
43) 2 Social Security cards Richard Ayvazyan + Marietta Terabelian
44) Misc Receipts
45) 60 Gold Canadian Coin
46) 1 Vertu Phone C-024035 + Simcard + key
47) 1 Omen Laptop + Charger SN# 5C0022GMS7
48) 1 Gold Cross Necklace
49) 1 Black iPhone IMEI 356991067360263

Received By: _(Signature)_
Printed Name/Title: SA Justin Palmerton

Received From: MARIETTA TERABELIAN _(Signature)_
Printed Name/Title:

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000153587