# EXHIBIT 13



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000030777