# EXHIBIT 14



23901 Calabasas Rd., #1033, Calabasas, CA 91302

(818) 224-2788 • Fax: (818) 224-2789

Mr. Richard Ayvazyan and Mrs. Marietta Terabelian

Encino, CA 91316

Date: June 25, 2020
Escrow No. 16951-JP
Re:
Tarzana, CA 91356

Dear Mr. Ayvazyan and Mrs. Terabelian:

The above referenced escrow closed on June 25, 2020. In connection therewith, we are enclosing the following documents:

   Check payable to you in the amount of $1,145.22
   Closing/Settlement Statement. PLEASE RETAIN FOR INCOME TAX PURPOSES.
   Home Protection Policy
   Natural Hazard Disclosure Receipts signed by all
   Los Angeles Building & Safety Report
   Retrofitting Invoice
   Fully Executed Certificate of Compliance
   Seller's FIRPTA
   Seller's 593-C Withholding Form

Your escrow will be held by our office for a period of five years from the close of escrow. It has been a pleasure to have handled your escrow, and we trust we may be of service to you in the future.

Sincerely,
Encore Escrow Company, Inc.

Jenica Piynik
Escrow Officer



23901 Calabasas Rd., #1033, Calabasas, CA 91302

(818) 224-2788 • Fax: (818) 224-2789

Prepared by: Jenica Pivnik

## BUYER'S FINAL SETTLEMENT STATEMENT

**PROPERTY:** Tarzana, CA 91356

**DATE:** June 25, 2020

**CLOSING/RECORD DATE:** June 25, 2020
**CLOSE/SIGNING DATE:** June 25, 2020
**DISBURSEMENT DATE:** June 25, 2020

**BUYER:** Richard Ayvazyan and Marietta Terabelian

**ESCROW NO.:** 16951-JP

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | 3,250,000.00 | |
| Deposit from Allstate Towing Transport LLC FBO Buyer | | 93,000.00 |
| Deposit from Inception Ventures, Inc. FBO Buyer | | 65,000.00 |
| Deposit from Marietta Terabelian | | 565,000.00 |
| Deposit from Inception Ventures, Inc. FBO Buyer | | 435,000.00 |
| Deposit from Time Line Transport Inc. | | 110,000.00 |
| New 1st Trust Deed - Gregory Shirin and Private Money Solutions, Inc. | | 2,112,500.00 |
| **LOAN INFORMATION - Gregory Shirin and Private Money Solutions, Inc.** | | |
| **[Charges $114,588.45]** | | |
| Origination Charge | 63,375.00 | |
| BPO | 750.00 | |
| Background Check | 390.00 | |
| Processing Fee | 750.00 | |
| Underwriting Fee | 695.00 | |
| Legal/Doc Draw Fee | 1,150.00 | |
| Prepaid Interest less $1976.65 | 47,478.45 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $18,414.78/semi-annually from 06/25/2020 to 07/01/2020 | 613.83 | |
| **OTHER DEBITS/CREDITS** | | |
| State Farm Insurance Companies for Homeowner's Insurance | 6,044.00 | |
| Sunrun, Inc. for Fee to Waive Credit Requirement | 250.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Progressive Title Company** | | |
| Title - Lender's Title Insurance | 1,843.00 | |
| Title - Notary Fee to Rosario P. Flores | 250.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee/Inspection Fee | 100.00 | |
| Recording Grant Deed | 34.00 | |
| Recording Trust Deed | 159.00 | |
| Recording Service Fee | 20.00 | |
| **ESCROW CHARGES - Encore Escrow Company, Inc.** | | |
| Title - Escrow Fee $1.50/thou+$200 base | 5,075.00 | |
| Title - Loan Tie-In Fee | 250.00 | |
| Title - Messenger Fee | 65.00 | |
| **Total Refund** | 1,145.22 | |
| **TOTAL** | $ 3,380,500.00 | $ 3,380,500.00 |

### SAVE THIS STATEMENT FOR INCOME TAX PURPOSES