# EXHIBIT 15





Case 2:20-cr-00579-SVW Document 188-16 Filed 03/18/21 Page 3 of 6 Page ID #:1645

Confidential Information Subject To Protective Order  DOJ_PROD_0000005361



Confidential Information Subject To Protective Order

DOJ_PROD_0000005362





Confidential Information Subject To Protective Order