# EXHIBIT 16





```
TO ADD AN ADDITIONAL CUSTOMER:
 ROLE TYPE                                EXTERNAL CUST ID           CB CODE

 X = SELECT      D = DELETE   S = SWAP    U = UPDATE
 ENTER = CU3     PF2 = PIR    PF3 = CU7   PF4  = CU2    PF5  = AIS   PF6  = CU4
 PF7   = BKWD    PF8 = FWD    PF9 = CU5   PF10 = CU6    PF11 = ANH   PF12 = PI1

4B                    ☼:00.1                                              10/02
     @CU3 N18061161550356040215706
 @CU3 ENP                CUSTOMER ADDRESS/PHONE/E-MAIL DETAIL   03/16/21 16:04:53
                              5302 = SYNCHRONY PSCC                   PAGE 2 OF 5

       EXT CUST ID: N18061161550356040215706        CUST/PIID RELATIONSHIPS: 001

              HOME: _                   FLAG:    TYPE:    UPDT DT:
          BUSINESS:                     FLAG:    TYPE:    UPDT DT:
            MOBILE:                     FLAG:    TYPE:    UPDT DT:
               FAX:                     FLAG:    TYPE:    UPDT DT:
             PAGER:                     FLAG:    TYPE:    UPDT DT:
       CLIENT CONT:                     FLAG:    TYPE:    UPDT DT:

            E-HOME:       @FIBERONEMEDIA.COM                 ST: Y    SL: Y
            E-WORK:                                          ST:      SL:

         ADDRESS 1:                              ADDR IND: Y VALD BYPS: Y ART: U
         ADDRESS 2:                              MAIL CODE: 075   MAIL CD UPD: 0
              CITY: ENCINO                       STATE: CA  ZIP/POST: 91316-3463
                                                 BULK ID:

 PF3 = CU1    PF4  = CU2    PF6  = CU4   PF7  = BKWD      PF8 = FWD
 PF9 = CU5    PF10 = CU6    PF11 = PI1   PF12 = @ANS

4B                    ☼:00.1                                              07/16
     @CU3 N19099181124668164081659
 @CU3 CD                  CUSTOMER DETAILS                      03/16/21 16:06:40
```

```
@C05 CD                    CUSTOMER DETAILS                  05/10/21 10:00:40
                      5302 = SYNCHRONY PSCC                         PAGE 1 OF 5

         EXT CUST ID: N19099181124668164081659      CUST/PIID RELATIONSHIPS: 001

            CUST NAME: ABELIAN,MARIETA T              NAME SEQ CODE: 0
        ALT CUST NAME:                                              BRLL IN:
               PREFIX:                       QUALIFICATION:
           FIRST NAME:
          MIDDLE NAME:
            LAST NAME:
               SUFFIX:                       TITLE:
     CL ASSGND CUST #:
                  DOB: 07071980       SSN/SIN:              COMBINE: Y
       DECEASED CODE: N           EMPLOYEE CODE:     MOTHERS MDN NAME:
     SALUTATION CODE: U      SOLICITATION CODE:     CCC ID:
      NAME OVERRIDE CD:      ADDRESS OVERRIDE CD:
          LAST CHG DT: 04092019              LAST CHG CODE: 79168
        LAST CHG TIME: 18:11:24              LAST CHG SOURCE: MQ38 188

     PF3 = CU1     PF4  = CU2   PF5  = CU3 CIM  PF6  = CU4      PF8 = FWD
     PF9 = CU5     PF10 = CU6   PF11 = PI1       PF12 = @ANS
```

```
  @CMS CISDISPLAY
M█████████,S█████**█████████████████**ENCINO*CA*91316-3463*████████████6605*0
                                                          ACCOUNT #        6605
CMDS   S=SELECT   C/U=UPDATE   D=DELETE                                PAGE 012
C USER  TYPE   DATE   TIME              MEMO TEXT
  188   ECS    050619 1608  CCTR - LOGIN SUCCESS - [SUSANNA644]
  188   ECS    050619 1350  CCTR - LOGIN SUCCESS - [SUSANNA644]
  WEB   ECS    050319 1715  DEPT: CCTR CALLER: NA REASON: EBill Notify STATUS:  s+
  188   ECS    050319 1311  CCTR - LOGIN SUCCESS - [SUSANNA644]
  188   ECS    050219 1525  CCTR - LOGIN SUCCESS - [SUSANNA644]
  ##    CITCHG 050219 0042  CIT EFF          20190702      !2839LF! NRML
  ##    975    050219 0042  JR12A001 DEFERRED/NO INT IF PD IN FULL
  PI8   WS     050119 1358  CONTACT METHOD:PHONE || CALLER TYPE:AUTHORIZED USER |+
  NA    969    041219 0000  MDPLNA   Plastic Inserts Sent = 01
  ##    763    041119 0036  NM-763 = E; PREV EBPP INDICATOR =
  188   762    041019 1902  NM-762 = 0000015006; PREV UNIQUE ID = 0000000000
```

```
 188 ECS        041019 1902 CCTR - EBILL ENROLL
 188 ECS        041019 1902 CCTR - LOGIN SUCCESS - [SUSANNA644]
 188 194        041019 0000  PID-194 CARDS = 001 MARIETA T ABELIAN
 188 13         040919 1811 PID-013 = 001;  PREV PI COUNT = 000
 ##  9542       040919 1811 NM954-02N190991811124668164081659CUST NEW ROLE = 03
  F2=ADD NEW MEMO    PF5=PI1         F7=BACK   F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY                          V2MEMTRN  00
 4B                  :00.1                                              01/03

   @CMS CISDISPLAY
M        ,S      **                   **ENCINO*CA*91316-3463*         6605*0
                                                       ACCOUNT #          6605
 CMDS  S=SELECT   C/U=UPDATE   D=DELETE                            PAGE 013
 C USER  TYPE   DATE   TIME                       MEMO TEXT
   188 ECS        040919 1810 CCTR - OTP VALIDATION SUCCESS
   188 ECS        040919 1810 CCTR - OTP INITIATED
   188 ECS        040919 1805 CCTR - LOGIN SUCCESS - [SUSANNA644]
   188 ECS        040919 1805 CCTR - RESET SECURITY QUEST FLOW SUCCESSFUL
   MGT 9          030119 2006 NM-009 10000.00  ; OLD LINE = 35000.00
   188 ECS        112718 1418 CCTR - INCOME UPDATED SUCCESSFULLY
   188 ECS        112718 1418 CCTR - EMAIL ADDRESS UPDATED FROM :       @FIBERONEME+
   188 5699       112718 1418 NM-056 BUSINESS PHONE CHANGED FROM:  0000000000  14:18
   188 ECS        112718 1416 CCTR - LOGIN SUCCESS - [SUSANNA644]
   188 9          030718 1644 NM-009 35000.00  ; OLD LINE = 6000.00




  F2=ADD NEW MEMO    PF5=PI1         F7=BACK   F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY                          V2MEMTRN  00
 4B                  :00.1                                              01/03
```