SCOTT PAETTY (Cal. Bar No. 274719)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
USAO-Criminal Division
312 N. Spring Street, Los Angeles, CA 90012
Tel: (213) 894-3819 Email: brian.faerstein@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 20-579(A)-SVW |
| v. | |
| RICHARD AYVAZYAN, ET AL. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: **(List Documents)**

EX PARTE APPLICATION TO SEAL
[proposed] ORDER TO SEAL
DOCUMENTS UNDER SEAL

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 29, 2021                           /s/BRIAN FAERSTEIN
Date                                     Attorney Name
                                         UNITED STATES OF AMERICA
                                         Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*