```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
 4  BRIAN FAERSTEIN (Cal. Bar No. 274850)
    Assistant United States Attorneys
 5  Major Frauds/Environmental and Community Safety Crimes Sections
         1100/1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-6527/3819
         Facsimile: (213) 894-6269/0141
 8       E-mail:    Scott.Paetty@usdoj.gov/Brian.Faerstein@usdoj.gov

 9  DANIEL S. KAHN
    Acting Chief, Fraud Section
10  Criminal Division, U.S. Department of Justice
    CHRISTOPHER FENTON
11  Trial Attorney, Fraud Section
    Criminal Division, U.S. Department of Justice
12       1400 New York Avenue NW, 3rd Floor
         Washington, DC 20530
13       Telephone: (202) 320-0539
         Facsimile: (202) 514-0152
14       E-mail:    Christopher.Fenton@usdoj.gov

15  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
16
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING CLAW-BACK OF CONFIDENTIAL DISCOVERY FROM DEFENDANTS |
| v. | |
| RICHARD AYVAZYAN, aka "Richard Avazian" and "Iuliia Zhadko," MARIETTA TERABELIAN, aka "Marietta Abelian" and "Viktoria Kauichko," ARTUR AYVAZYAN, aka "Arthur Ayvazyan," and TAMARA DADYAN, MANUK GRIGORYAN, aka "Mike Grigoryan," and "Anton Kudiumov," ARMAN HAYRAPETYAN, EDVARD PARONYAN, | |

aka "Edvard Paronian" and
"Edward Paronyan," and
VAHE DADYAN,

   Defendants.

The Court has read and considered the government's ex parte application for an order clawing back confidential discovery materials from the possession, custody, and control of defendants, filed by the government in this matter, which this Court incorporates by reference into this order, and FOR GOOD CAUSE SHOWN the Court hereby FINDS AND ORDERS as follows:

1. Counsel for each of the defendants shall take possession of all discovery materials designated as confidential under the protective order previously entered by the Court in this case (ECF 92), whether in hard copy or digital format, that counsel previously provided to their respective clients in this case.

2. Once counsel for each of the defendants takes possession of the aforementioned discovery materials, counsel shall notify counsel for the government in writing.

IT IS SO ORDERED.

DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
BRIAN FAERSTEIN
SCOTT PAETTY
Assistant United States Attorneys
CHRISTOPHER FENTON
DOJ Trial Attorney

2