Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Steptoe & Johnson LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-cr-579 (SVW) |
| v. | |
| RICHARD AYVAZYAN, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Page 3, lines 19-21 and page 22, lines 5-6 of the Joint Reply in Support of Motions to Suppress and Return Property Seized in Search of Subject Premises-1; and
2. Exhibits A, B, C, and D to the Declaration of Ashwin J. Ram in Support of Reply in Support of Motion to Suppress and Return Property Seized in Search of Subject Premises-1.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 29, 2021
Date

/s/ Ashwin J. Ram
Attorney Name

Defendant Richard Ayvazyan
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  **NOTICE OF MANUAL FILING OR LODGING**