Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:   April 12, 2021<br>Time:   11:00 a.m. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Richard Ayvazyan hereby applies to the Court for an order permitting him to file page 3, lines 19-21 and page 22, lines 5-6 of the Joint Reply in Support of Motions to Suppress and Return Property Seized from Subject Premises-1, and the four exhibits accompanying the Declaration of Ashwin Ram in Support of Joint Reply in Support of Motions to Suppress and Return Property Seized from Subject Premises-1 under seal.

The aforementioned lines of the Joint Reply in Support of Motions to Suppress and Return Property Seized from Subject Premises-1 describe sensitive information related to minor children consistent with the portions of Dkt. 146 that were filed under seal pursuant to Dkt. 148 and defendant respectfully requests that these lines be filed under seal for the same reasons.

The aforementioned exhibits merit filing under seal for different reasons. Exhibits A, B, and C were produced by the government subject to the protective order and contain third-party information that appears to be sensitive. Exhibit A contains FBI surveillance requests dated September 23, 2020 and October 26, 2020, which reference potential government law enforcement techniques and third-parties' private information. Exhibit B contains a government report of a trash pull from a third party's home and photos of their refuse including prescription medication. Exhibit C contains third-party sales and purchase information, financial account information, and potentially sensitive business information regarding profit margins. Exhibit D contains photographs of a document that has been filed under seal.

Defendant therefore applies for the aforementioned exhibits to be filed under seal.

//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:   March 29, 2020 | Respectfully submitted, |
| 2 | | **STEPTOE & JOHNSON LLP** |
| 3 | | |
| 4 | | */s/ Ashwin J. Ram*<br>Ashwin J. Ram (SBN 227513) |
| 5 | | *aram@steptoe.com*<br>Michael A. Keough (SBN 327037) |
| 6 | | *mkeough@steptoe.com*<br>Nicholas P. Silverman (*pro hac vice*) |
| 7 | | *nsilverman@steptoe.com* |
| 8 | | 633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071 |
| 9 | | Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599 |
| 10 | | |
| 11 | | *Counsel for Defendant Richard Ayvazyan* |