Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:   April 12, 2021<br>Time:   11:00 a.m. |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL

# [PROPOSED] ORDER

This Court, having considered the Application for Leave to File Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Page 3, lines 19-21 and page 22, lines 5-6 of the Joint Reply in Support of Motions to Suppress and Return Property Seized from Subject Premises-1 shall be filed under seal; and

2. Exhibits A, B, C, and D to the Declaration of Ashwin J. Ram in Support of Reply in Support of Motion to Suppress and Return Property Seized in Search of Subject Premises-1, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: March __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge