Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF JOINT REPLY IN SUPPORT OF MOTIONS TO SUPPRESS AND RETURN PROPERTY SEIZED IN SEARCH OF SUBJECT PREMISES-1**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:    April 12, 2021<br>Time:   11:00 a.m. |

DECLARATION OF A. RAM IN SUPPORT OF JOINT REPLY – MOTIONS TO SUPPRESS AND RETURN PROPERTY

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. A true and correct copy of the Federal Bureau of Investigation's Physical Surveillance Request, dated September 23, 2020, and Renewal Request, dated October 26, 2020, which were produced by the Government as DOJ_PROD0000152041 and DOJ_PROD_0000152446, respectively, are attached as **Exhibit A**.

3. A true and correct copy of an October 9, 2020 Federal Bureau of Investigation report and three of the attached photographs, produced by the Government as DOJ_PROD_0000152146, DOJ_PROD_0000003741, DOJ_PROD_0000003742, and DOJ_PROD_0000003749, respectively, is attached as **Exhibit B**.

4. A true and correct copy of the production from Gentleman Timepieces, produced by the Government as DOJ_PROD_0000016645 is attached as **Exhibit C.**

5. On November 5, 2020, I requested a copy of the Search Warrant being executed pursuant to Fed. R. Crim. P. 41(f)(1)(C). I was handed fifteen pages, which I contemporaneously photographed and transmitted via email. A true and correct copy of all 15 photographs transmitted on November 5 is attached as **Exhibit D**. When I requested a copy of the Affidavit underlying the Search Warrant on site, a government agent indicated that it was under seal and not available for me to review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on March 29, 2020.

Respectfully submitted,
/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

1
DECLARATION OF A. RAM IN SUPPORT OF JOINT REPLY – MOTIONS TO SUPPRESS AND RETURN PROPERTY