# EXHIBIT A

## MANUALLY LODGED FOR FILING UNDER SEAL