# EXHIBIT B

## MANUALLY LODGED FOR FILING UNDER SEAL