# EXHIBIT C

## MANUALLY LODGED FOR FILING UNDER SEAL