# EXHIBIT D

## MANUALLY LODGED FOR FILING UNDER SEAL