Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>  *Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION TO EXTEND TIME TO RESPOND TO THE GOVERNMENT'S** ***EX PARTE*** **APPLICATION FOR MODIFIED PROTECTIVE ORDER**<br><br>Hon. Stephen V. Wilson |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. On March 29, 2021, at approximately 8:00 p.m. Pacific time (11:00 p.m. Eastern time), I received a notification from the Court's ECF system indicating that the government had filed an *ex parte* application. The application was 29 pages long and included over one hundred pages of supporting documents, including a declaration with 13 exhibits.

3. The defense received no notice of this application, and no attempt was made by the government to meet and confer prior to its filing.

4. After filing its application, the government sent an email directing defense counsel to the Court's website for rules regarding responses to *ex parte* applications and implying that the defense would only have nineteen hours to file a response.

5. If the defense had been asked for its position, the defense would not have consented to the *ex parte* nature of the filing because such a filing is plainly inappropriate.

6. On March 30, 2021, I sought the government's position on the defense's request to convert the government's application (Dkt. 219) to a noticed motion, or in the alternative, to grant the defense until 3:00 p.m. on Wednesday, March 31 to respond to the government's *ex parte* application. The government stated that it does not object to the defense's request to grant an extension until 3:00 p.m. on Wednesday, March 31 to respond, but objects to the defense's request to convert the *ex parte* application to a noticed motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on March 30, 2020.

//

//

1
DECLARATION OF A. RAM IN SUPPORT OF APPLICATION TO EXTEND TIME

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*