Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S *EX PARTE* APPLICATION FOR MODIFIED PROTECTIVE ORDER**<br><br>Hon. Stephen V. Wilson |

[PROPOSED] ORDER GRANTING APPLICATION TO EXTEND TIME

# [PROPOSED] ORDER

This Court, having considered Defendants' Application to Extend Time to Respond to Government's *Ex Parte* Application for Modified Protective Order (Dkt. 219), hereby GRANTS the application and ORDERS the following relief:

1. The government's *ex parte* application is hereby converted to a noticed motion and set for hearing on April 26, 2021.

OR

2. Defendants shall have until 3:00 p.m. on March 31, 2021 to respond to the Government's *Ex Parte* Application for Modified Protective Order.

**IT IS SO ORDERED.**

Dated: March __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge