1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff,*<br><br>                    v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>                    *Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:   Hon. Stephen V. Wilson<br>Date:    April 12, 2021<br>Time:    11:00 a.m. |

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL

**ORDER**

This Court, having considered the Application for Leave to File Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Page 3, lines 19-21 and page 22, lines 5-6 of the Joint Reply in Support of Motions to Suppress and Return Property Seized from Subject Premises-1 shall be filed under seal; and

2. Exhibits A, B, C, and D to the Declaration of Ashwin J. Ram in Support of Reply in Support of Motion to Suppress and Return Property Seized in Search of Subject Premises-1, shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  Mar 30, 2021

The Honorable Stephen V. Wilson
United States District Judge

1

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL