Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Steptoe & Johnson LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-cr-579 (SVW) |
| v. | |
| RICHARD AYVAZYAN, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Page 7, lines 19-23 & n.3 and page 8, lines 1-2, 6-7 of Defendant Richard Ayvazyan's Response to Government's *Ex Parte* Application for Modified Protective Order (Dkt. 219).
2. Exhibit 4 to the Declaration of Ashwin J. Ram in Support of Defendant Richard Ayvazyan's Response to Government's *Ex Parte* Application for Modified Protective Order (Dkt. 219).

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| March 31, 2021 | /s/ Ashwin J. Ram |
|---|---|
| Date | Attorney Name |
| | Defendant Richard Ayvazyan |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**