Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>   v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>   *Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANT RICHARD AYVAZYAN'S RESPONSE TO GOVERNMENT'S *EX PARTE* APPLICATION FOR MODIFIED PROTECTIVE ORDER**<br><br>Hon. Stephen V. Wilson |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. A true and correct copy of the March 12, 2021, letter from the government to defense counsel enclosing a USB drive with Discovery Production Volume 12 is attached as **Exhibit 1**.

3. A true and correct copy of the March 18, 2021, letter from the government to defense counsel enclosing a disc with Discovery Production Volume 15 is attached as **Exhibit 2**.

4. A true and correct copy of the March 26, 2021, letter from the government to defense counsel enclosing a USB drive with Discovery Production Volume 16 is attached as **Exhibit 3**.

5. A true and correct copy of Richard Ayvazyan's Relativity History from the inception of his account through December 21, 2020 is attached as **Exhibit 4**. This History is automatically generated by the Relativity platform and is set to reflect every "File Download"; "Print"; or "View" action performed by Ayvazyan's account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on March 31, 2020.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*