# EXHIBIT 1



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Scott Paetty*
*Phone: (213) 894-6527*
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

March 12, 2021

Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond
Diamond and Associates
1200 Wilshire Boulevard Suite 406
Los Angeles, CA 90017

John Lewis Littrell
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

 Re: United States v. Ayvazyan et. al,
  No. CR 2:20-cr-00579-SVW
  Discovery Production Volume 12

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (see CR 92), enclosed please find the following discovery and attached index:[1]

- (i) disc bearing Bates numbers DOJ_PROD_0000030806 to DOJ_PROD_0000065716; and
- (ii) USB drive bearing Bates numbers DOJ_PROD_0000065717 to DOJ_PROD_0000103503, and DOJ_PROD_0000103528 to DOJ_PROD_0000147558.

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: United States v. Ayvazyan et. al
March 12, 2021
Page 2

These discovery materials relate to both the allegations in the original indictment as well as the allegations in the first superseding indictment that was unsealed yesterday. Indeed a substantial amount of the information being produced today relates to: (i) new charges against the original defendants; and (ii) new defendants. Rather than wait for the Court to enter a new scheduling order, the government is the rolling production of these additional discovery materials out beginning on the same day that the first superseding indictment was unsealed.

In addition, enclosed please find a USB drive bearing Bates numbers DOJ_PROD_DV_0000000001 to DOJ_PROD_DV_0000126001. As you know, the government has already produced, and continues to produce, a forensic copy of each digital devices seized by the government pursuant to various search warrants. The government is having data for certain of these digital devices produced in a load file format viewable on platforms like Relativity. You have requested, and the government has agreed, to produce a copy of these load files to you. As detailed in the attached index, this production includes load files for two of the digital devices for which the government has already produced a forensic copy. This data was reviewed by an independent filter team before it was made available to the prosecution team. As part of that review process, the filter team withheld any potentially privileged information it identified as part of its review. The data in this production therefore may contain less information than the forensic copy already produced to you.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section


Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division