# EXHIBIT 2



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Scott Paetty*
*Phone: (213) 894-6527*
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

March 18, 2021

| | |
|---|---|
| Ashwin J. Ram<br>Michael A. Keough<br>Nicholas P. Silverman<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>*Counsel for Richard Ayvazyan*<br><br>David D. Diamond<br>Diamond and Associates<br>1200 Wilshire Boulevard Suite 406<br>Los Angeles, CA 90017<br><br>John Lewis Littrell<br>Bienert Katzman PC<br>903 Calle Amanecer Suite 350<br>San Clemente, CA 92673<br><br>*Counsel for Marietta Terabelian* | Thomas A. Mesereau, Jr.<br>Mesereau Law Group<br>10100 Santa Monica Boulevard Suite 300<br>Los Angeles, CA 90067<br><br>Jennifer J. Wirsching<br>Attorney at Law<br>1935 Alpha Road Suite 216<br>Glendale, CA 91208<br><br>*Counsel for Artur Ayvazyan*<br><br>Fred G. Minassian<br>Law Offices of Fred G. Minassian, Inc.<br>101 N. Brand Blvd., Suite 1970<br>Glendale, CA 91203<br><br>*Counsel for Tamara Dadyan* |

    Re:    <u>United States v. Ayvazyan et. al</u>,
              No. CR 2:20-cr-00579-SVW
              Discovery Production Volume 15

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (<u>see</u> CR 92), enclosed please find a disc with discovery bearing Bates Numbers DOJ_PROD_0000154359 to DOJ_PROD_0000154471 and an attached index.[1]  These discovery materials are also being uploaded to Steptoe & Johnson's file sharing system as you requested.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: United States v. Ayvazyan et. al
March 18, 2021
Page 2

statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section


Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure

**United States v. Ayvazyan et al.**
**Discovery Production 15**
**Index**

| Description | Production BEGDOC | Production ENDDOC |
|---|---|---|
| 2021.03.15 - MOI - Ani Kesisoglu | DOJ_PROD_0000154359 | DOJ_PROD_0000154361 |
| 2021.03.16 - MOI - Prakash Sheth | DOJ_PROD_0000154362 | DOJ_PROD_0000154364 |
| 2021.03.17 - MOI - Mark Gavranovic | DOJ_PROD_0000154365 | DOJ_PROD_0000154367 |
| Ayvazyan Arthur - Firearms | DOJ_PROD_0000154368 | DOJ_PROD_0000154368 |
| Synchrony Bank | DOJ_PROD_0000154369 | DOJ_PROD_0000154464 |
| JPMC - Hart Construction | DOJ_PROD_0000154465 | DOJ_PROD_0000154469 |
| Topeka_Search_302 | DOJ_PROD_0000154470 | DOJ_PROD_0000154471 |