# EXHIBIT 4

## UNDER SEAL & *IN CAMERA*