Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S MOTION TO ENFORCE THE COURT'S DECEMBER 22, 2020 DISCOVERY ORDER**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: May 3, 2021<br>Time: 11:00 a.m. |

[PROPOSED] ORDER GRANTING MOTION TO ENFORCE DECEMBER 22, 2020 DISCOVERY ORDER

# [PROPOSED] ORDER

This Court, having considered Defendant Richard Ayvazyan's Motion to Enforce the Court's December 22, 2020 Discovery Order, hereby GRANTS the motion and ORDERS the following relief:

1. The case against all originally charged defendants is dismissed;

OR, in the alternative,

The documents produced on March 12, March 18, and March 26, 2021 may not be introduced in the government's case-in-chief.

2. The government must turn over any exculpatory material as soon as possible. Any document produced after the March 15, 2021 discovery deadline may not be introduced in the government's case-in-chief.

3. The government must identify its exhibits and witnesses promptly, but in no event later than April 15, 2020.

**IT IS SO ORDERED.**

Dated: April __, 2021

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
The Honorable Stephen V. Wilson
United States District Judge