UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00579 | Date | April 2, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter

| Paul M. Cruz | Lisa Gonzalez | Brian R. Faerstein<br>Christopher Fenton<br>Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvayan | X | | X | Ashwin J. Ram<br>Michael A. Keough<br>Nicholas P. Silverman | X<br>X<br>X | | X<br>X<br>X |
| 2) Marietta Terabelian | X | | X | David D. Diamond<br>John L. Littrell<br>Ryan V. Fraser | X<br>X<br>X | | X<br>X<br>X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr. | X | | X |
| 4) Tamara Dadyan | X | | X | Fred G. Minassian | X | | X |
| 5) Manuk Grigoryan | X | | X | John Hanusz | X | | X |
| 6) Arman Hayrapetyan | | X | X | Jilbert Tahmazian | X | | X |
| 7) Edvard Paronyan | X | | X | Michael G. Freedman | X | | X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

**Proceedings:** VIDEO HEARING re EX PARTE APPLICATION for Protective Order Government's Ex Parte Application for Modified Protective Order [219]

    Case called. Appearances taken. The Court is advised that a Waiver of Appearance has been filed for defendant, Arman Hayrapetyan. All appearances, including the Court, are made via Zoom.

    Court and counsel confer. The matter is submitted. Order to issue.

| | 1 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | | PMC | |

cc: USPO
    USM
    PSLA