# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Kendall Allen | 2a. Contact Phone Number: (415) 365-6736 | 3a. Contact E-mail Address: keallen@steptoe.com |
| 1b. Attorney Name (if different): Ashwin J. Ram | 2b. Attorney Phone Number: (213) 439-9400 | 3b. Attorney E-mail Address: aram@steptoe.com; mkeough@steptoe.com; nsilverman@steptoe.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

5. Name & Role of Party Represented: Defendant Richard Ayvazyan

6. Case Name: United States of America v. Richard Ayvazyan, et al.

7a. District Court Case Number: 2:20-CR-00579

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
   ☐ DIGITALLY RECORDED
   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Lisa Gonzalez

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2021 | Wilson | Hearing on Gov't's Ex Parte Application for Protective Order | ● | ○ | ○ | ○ | ● | ○ | ● _____ | EXPEDITED (7-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 5, 2021   Signature: /s/ Ashwin J. Ram

G-120 (06/18)