**DECLARATION OF SCOTT PAETTY**

I, Scott Paetty, hereby declare and state as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am an attorney assigned to the case of <u>United States v. Richard Ayvazyan et al.</u>, No. 20-CR-579(A)-SVW. I make this declaration in support of the government's <u>ex parte</u> application for entry of an order: (1) continuing the trial date in this matter; and (2) excluding time from the Speedy Trial Act calculation for excludable delay.

2. On April 5, 2021, I emailed counsel for defendants RICHARD AVYAZYAN ("R. AYVAZYAN"), MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, MANUK GRIGORYAN, ARMAN HAYRAPETYAN, EDVARD PARONYAN, and VAHE DADYAN and requested that counsel meet and confer with the government on a proposed new trial date in this proceeding. I explained that, based on the government's understanding, jury summons had yet to be issued for the Western Division of the Central District of California as of the date of my email and, taking into account the approximate seven-week lead time necessary for the issuance of jury summons prior to trial, it did not appear possible that a jury would be available for the current May 4, 2021 trial date. I requested that counsel apprise the government of their respective availability for trial so the parties could jointly propose a new trial date to the Court.

3. On April 5, 2021, Michael Keough, counsel for R. AYVAZYAN, responded to my email stating that he was writing on behalf of all the defendants in the case. In sum and substance, Mr. Keough requested that the government dismiss the case rather than seek a second continuance of the trial date. Mr. Keough stated that if the

government did not voluntarily dismiss the case, the defendants would oppose a second request for a continuance and intended to move to dismiss the case.  Mr. Keough further stated that should the government seek a second continuance over the defendants' objection, defense counsel asked that the government request that trial commence no later than June 15, 2021.  Mr. Keough also stated that the defendants objected to any request to exclude additional time under the Speedy Trial Act.  In addition, Mr. Keough requested that the government identify its witnesses and trial exhibits by April 15, 2021, regardless of whether the government seeks a second continuance over the defendants' objection, stating that the defendants would move <u>ex parte</u> seeking that relief should the government not agree to do so.  Finally, Mr. Keough requested that the government immediately provide the identity of any confidential informants and evidence related to such individuals following discussion of confidential informants during the April 2, 2021 hearing in this proceeding.

    4.   On April 6, 2021, Department of Justice Trial Attorney Christopher Fenton, who also represents the government in this case, responded to Mr. Keough's email explaining that the government was seeking to meet and confer in good faith on a new trial date in light of the fact that trial could not take place on May 4, 2021 due to the apparent unavailability of a jury on that date.  Mr. Fenton explained that while the government sought to engage in a dialogue about a new trial date, the government would move <u>ex parte</u> to request a new trial date if the defendants were not amenable to such a discussion.  Mr. Fenton also explained that the government previously provided discovery regarding a confidential informant on March 12 and 13, 2021, provided the name of that confidential informant, and stated

that the government had produced the additional discovery within its possession regarding that confidential informant earlier in the day on April 6, 2021.

5.   As of the time of this filing on April 7, 2021, the government has not received a response from the defense to Mr. Fenton's email described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Princeville, Hawaii, on April 7, 2021.

_____
SCOTT PAETTY

3