Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF OPPOSITION TO GOVERNMENT'S EX PARTE APPLICATION FOR CONTINUANCE AND EXCLUSION OF TIME (DKT. 264)**<br><br>Hon. Stephen V. Wilson |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. On April 5, 2021, the government contacted defense counsel regarding defense counsel's availability for a continued trial date. On the same day, defense counsel responded and stated our opposition to another continuance, but in the event a continuance is granted, requested that trial proceed no later than June 15, 2021. A true and correct copy of the correspondence is attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on April 8, 2020.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*