HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 204-4200

Counsel for Manuk Grigoryan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUK GRIGORYAN,<br><br>Defendant. | Case No. 20CR-00579(A)-SVW<br><br>**MANUK GRIGORYAN'S JOINDER IN OPPOSITION TO GOVERNMENT'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE (DKT. NOS. 264 & 267)** |

Manuk Grigoryan, by and through counsel, hereby joins in the Opposition to the Government's *Ex Parte* Application to Continue Trial Date from May 4, 2021 to August 24, 2021 (Dkt. Nos. 264 & 267).

Dated: April 8, 2021            Respectfully submitted,

                                */s/ John Hanusz*
                                John Hanusz

                                Counsel for Mr. Grigoryan