Peter Johnson (State Bar No. 252542)
Email: peter@peterjohnsonlaw.com
Law Office of Peter Johnson
409 N. Pacific Coast Hwy, 651
Redondo Beach, California 90027
Telephone: (310) 295-1785

Attorney for Defendant
VAHE DADYAN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VAHE DADYAN (Defendant #8) <br> Defendant | Case No. 20-CR-579-SVW <br><br> **DEFENDANT VAHE DADYAN'S JOINDER IN DEFENDANT R. AYVAZYAN, TEREBELIAN, A. AYVAZYAN AND T. DADYAN'S OPPOSITION TO SECOND *EX PARTE* APPLICATION TO CONTINUE TRIAL FROM 05/04/2021 to 08/24/2021 [DOC. # 264 AND 267]** |

    Defendant Vahe Dadyan, through his counsel, Peter Johnson, hereby joins in Defendant R. Ayvazyan, Terebelian, A. Ayvazyan and T. Dadyan's Opposition to the government's *ex parte* application to continue the trial from May 4, 2021 to August 24, 2021 [Doc. # 267].

DATED: April 8, 2021            Respectfully submitted,
                                     By: _____/s/_____
                                     PETER JOHNSON
                                     Attorney for Defendant Vahe Dadyan