```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/3819
     Facsimile: (213) 894-6269/0141
     E-mail:    Scott.Paetty@usdoj.gov/Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue NW, 3rd Floor
     Washington, DC 20530
     Telephone: (202) 320-0539
     Facsimile: (202) 514-0152
     E-mail:    Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>RICHARD AYVAZYAN,<br>   aka "Richard Avazian" and<br>        "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>   aka "Marietta Abelian" and<br>        "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>   aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>   aka "Mike Grigoryan," and<br>        "Anton Kudiumov,"<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN, | No. CR 20-579(A)-SVW<br><br>[PROPOSED] ORDER GRANTING THE GOVERNMENT LEAVE TO FILE REPLY BRIEF |

|   |   |
|---|---|
| | aka "Edvard Paronian" and "Edward Paronyan," and |
| VAHE DADYAN, | |
| Defendants. | |

For good cause shown, the government's request for leave to file a reply brief in support of its second ex parte application for an order (1) continuing the trial date in this matter from May 4, 2021, to August 24, 2021, and (2) excluding time from the Speedy Trial Act calculation for excludable delay, is GRANTED.

IT IS SO ORDERED.

_____       _____
DATE                                  HONORABLE STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
SCOTT PAETTY
Assistant United States Attorney