**DECLARATION OF CHRISTOPHER FENTON**

I, Christopher Fenton, hereby declare and state as follows:

I am a Trial Attorney with the Criminal Division, Fraud Section, of the United States Department of Justice. I am an attorney assigned to the case of United States v. Richard Ayvazyan et al., No. 20-CR-579(A)-SVW.

1. Exhibit 1 is a true and correct copy of an email dated December 17, 2020 from counsel for the government to counsel for defendant RICHARD AYVAZYAN.

2. Exhibit 2 is a true and correct copy of an email dated January 4, 2021 from counsel for the government to counsel for defendant RICHARD AYVAZYAN.

3. Exhibit 3 is a true and correct copy of an email dated January 29, 2021 from counsel for the government to counsel for defendant RICHARD AYVAZYAN.

4. Exhibit 4 is a true and correct copy of a compilation of correspondence concerning the production of discovery sent by counsel for the government to counsel for defendant RICHARD AYVAZYAN, et al., from December 14, 2020 through and including April 9, 2021. This exhibit is being filed under seal.

5. Exhibit 5 is a true and correct copy of an email dated April 8, 2021 from counsel for defendant ARTUR AYVAZYAN to counsel for the government.

//
//

6.   Exhibit 6 is a true and correct copy of an email dated January 4, 2021 from counsel for the government to counsel for defendant RICHARD AYVAZYAN.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at West Tisbury, Massachusetts, on April 12, 2021.

_____
CHRISTOPHER FENTON