# EXHIBIT 1

| | |
|---|---|
| **From:** | Andre, Julian L. (USACAC) |
| **To:** | Ram, Ashwin; John Littrell |
| **Cc:** | Silverman, Nicholas; David Diamond; Law offices of Fred G. Minassian, Inc.; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Keough, Michael; Fenton, Christopher (CRM) |
| **Subject:** | RE: US v. Ayvazyan et al. - 12/17 Evidence Review |
| **Date:** | Thursday, December 17, 2020 6:59:48 PM |

Ashwin and John:

I understand from Agent Palmerton that you were able to complete your inspection and copying of the documentary search warrant evidence today at the FBI's offices.   Please confirm that this correct.   The FBI is planning to send the evidence to another facility to be scanned and/or photographed for discovery production purposes as soon as possible.  Thus, if you need more time to review the evidence, please let us know immediately and we will do our best to find another mutually convenient time for you to conduct a further review before the evidence is sent for scanning.  Thank you.

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

**From:** Andre, Julian L. (USACAC)
**Sent:** Wednesday, December 16, 2020 8:20 AM
**To:** Keough, Michael <mkeough@Steptoe.com>; Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Cc:** Silverman, Nicholas <nsilverman@steptoe.com>; Ram, Ashwin <aram@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Subject:** RE: US v. Ayvazyan et al. - 12/17 Evidence Review

Counsel:

The government is making the documentary evidence from all seven search locations, as well as the credit cards seized incident to the arrests of Mr. Ayvazyan and Ms. Terabelian in Miami, available for you to inspect and copy on behalf of all four defendants.  You will be able to bring in and use your own portable scanning equipment, but my understanding is that may be more practical for you to photograph some of the evidence and we recommend that you be prepared to do so.  You will not be able to access the FBI's WiFi network.  We think you should be able to use a mobile hotspot, but we cannot guarantee that you will have service.

Should you need more time to inspect the search warrant evidence, we can arrange for additional time for you to do so.  Moreover, should you have questions about the evidence after you complete

your review, we are agreeable to discussing those issues at that time.  Also, please keep in mind that the government intends to have all of the documentary evidence scanned and photographed once your review is complete so that complete copies can be produced to all four defendants in discovery.

As we previously discussed, we are working diligently to process the digital devices seized pursuant to search warrants and will begin producing copies of the seized digital devices to you as soon as they become available.  We anticipate the devices seized incident to the Miami arrests should be available by early next week.

Finally, please immediately provide us with the names of the two support staff that will be assisting with the review tomorrow.  If we do not get their names to security this morning, they will not be able to access the building tomorrow.

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

---

**From:** Keough, Michael <mkeough@Steptoe.com>
**Sent:** Tuesday, December 15, 2020 6:13 PM
**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Cc:** Silverman, Nicholas <nsilverman@steptoe.com>; Ram, Ashwin <aram@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Subject:** RE: US v. Ayvazyan et al. - 12/17 Evidence Review

Counsel –

Thank you for confirming our access to these documents on this Thursday, December 17 from 9 a.m. to 4:30 p.m.  We will confirm the names of our two support staff as soon as we have them.

In order to facilitate an efficient review of these documents, can you confirm the following:

1. Can you provide additional information about the universe of documents that will be provided for review at the FBI's offices?  Are these documents that were seized pursuant to the search warrant for Mr. Ayvazyan's residence, or are the documents from other sources as well?
2. Are any of the documents that will be provided for review on Thursday contained in the production that was made on December 14?
3. Are there any documents in the FBI's possession that will not be provided for review?

4. Can you provide additional information about the volume of documents (number of boxes, estimated number of pages, etc)?
5. How are the documents presently organized?  Will our support staff be able to manipulate documents (remove from folders, remove and replace staples, etc) in order to facilitate scanning?
6. Are there documents in formats other than standard letter-sized paper?
7. Will our support staff have access to a wireless network, or be able to use a mobile hotspot that our staff brings themselves?
8. Can you confirm that the room will have power outlets for our equipment?
9. Finally, we intend to scan the documents rather than photocopy them.  Please confirm that you will allow us to bring scanning equipment into the room.

Please let us know if you have any questions.  We are available to meet and confer by phone today or tomorrow if that would be helpful.

Best,
Mike

Michael A Keough | Steptoe & Johnson LLP | mkeough@steptoe.com | +1 415 365 6717

**From:** Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>
**Sent:** Tuesday, December 15, 2020 11:00 AM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com
**Cc:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Subject:** US v. Ayvazyan et al. - 12/17 Evidence Review

Counsel:

We write to confirm that the government will make the physical search warrant evidence in United States v. Ayvazyan et al., No. CR 20-579-SVW, available for you to inspect and review at the FBI's offices in Westwood on Thursday, December 17th, at 9:00 a.m.  We understand that Ashwin Ram, John Littrell, and two support staff members will be conducting the review on behalf of all four defendants.  Please provide us with the full names of the two support staff members as soon as possible, as the FBI needs to add them to the security list in order for them to be allowed in the building.

The address for the FBI's office is as follows:

Federal Bureau of Investigation
11000 Wilshire Blvd, Suite 1700
Los Angeles, California 90024

Please call Special Agent Justin Palmerton at (310) 824-3740 when you arrive, and he will come accompany you to security.

Additionally, please note the following regarding the review process:

(1)  An FBI Agent will need to be present at all times to maintain chain of custody over the evidence.  The government cannot and will not provide you with a private room to conduct the review.

(2)  Agent Palmerton and the other agents have been directed not to answer any substantive questions or discuss the case with you.  If you have substantive questions during your review of the evidence, please direct those questions to Christopher Fenton or myself.

(3)  As you have requested, you will be permitted to make copies of the search warrant materials using your own equipment provided that you agree any such copies will be subject to the terms of the Court's protective order (CR 92).

(4)  All parties will be required to wear face masks at all times and comply with any other posted COVID-19 health and safety requirements.

(5)  You will need to complete your review by no later than 4:30 pm.  If you are unable to complete your review by then, we will do our best to find another mutually convenient time for you to complete the review at a later date.

Please let us know if you have any further questions.


Julian

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov