# EXHIBIT 2

| From: | Fenton, Christopher (CRM) |
|---|---|
| To: | Silverman, Nicholas |
| Cc: | Ram, Ashwin; Keough, Michael; David Diamond; John Littrell; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc.; Andre, Julian L. (USACAC); Paul, Annamelda (CRM) |
| Subject: | RE: Correspondence re Production Issues |
| Date: | Monday, January 4, 2021 6:28:00 PM |
| Attachments: | 2020.12.24 Ltr-c2.pdf |

Nicholas –

Thank you for your letter regarding the discovery that the government has produced to date.

In your letter, you wrote that the government's productions appear to be "missing" metadata typically produced in criminal cases and maintained in the ordinary course of business. That is not correct. To the extent that a third-party who produced information to the government included the types of metadata that the government typically produces in criminal cases, then the government included that metadata as part of discovery. If, however, a third-party who produced information to the government did not include such metadata, then the government could not and did not include it.

In your letter, you inquired about eleven documents that you believed may have been redacted and requested that the government produce unredacted versions.

- The documents Bates-stamped DOJ_PROD_0000002347 and DOJ_PROD_0000002352 were not redacted.
- The document Bates-stamped DOJ_PROD_0000001086 was redacted by the producing party; the government, therefore, does not have an unredacted copy of this document.
- As part of a production the government expects to make this week, the government will produce unredacted versions of the documents Bates-stamped DOJ_PROD_0000002026 and DOJ_PROD_0000002034.
- The redactions made in the remaining documents concern loans or companies that are not the subject of the indictment against the defendants, but that are the subject of the government's ongoing investigation. Should the government obtain a superseding indictment charging your clients with crimes or otherwise seek to introduce evidence at trial relating to these loans or companies, the government will expeditiously produce these documents in unredacted form at that time.

In your letter, you asked the government to verify that the government's first production contained 612 files, its second production contained 471 files, and its third production contained 21 files. We can confirm that these file counts are correct.

Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building

Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Thursday, December 24, 2020 4:47 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>; Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>
**Subject:** Correspondence re Production Issues

Counsel,

Please see the attached correspondence.

Per your request, we sent a hard drive to Special Agent Palmerton via overnight mail.  The outgoing tracking number is 772475368046.  The password is included in a cover letter, but for reference it is: YtShCT4(;B?Z7K$5
As with the previous hard drive shipment, we have enclosed a prepaid return envelope for overnight shipment.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct     Steptoe & Johnson LLP
+1 617 595 6559 mobile     1330 Connecticut Avenue, NW
+1 202 429 3902 fax        Washington, DC 20036
                           www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.