# EXHIBIT 3

| | |
|---|---|
| **From:** | Fenton, Christopher (CRM) |
| **To:** | Silverman, Nicholas |
| **Cc:** | Ram, Ashwin; Keough, Michael; David Diamond; John Littrell; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc.; Andre, Julian L. (USACAC); Paul, Annamelda (CRM) |
| **Subject:** | RE: Correspondence re Production Issues |
| **Date:** | Friday, January 29, 2021 2:25:00 PM |

Nicholas –

Thank you for sending a complete and corrected copy of your letter.

As you know, the government has already produced six volumes of discovery. Each volume is accompanied by a detailed index. And all of the documents produced to date are fully text-searchable.

In your letter dated January 21, you repeat your claim that the government's productions appear to be missing certain metadata and you now take that a step further to suggest that the government is hiding and refusing to produce this metadata. You are wrong. First, your suggestion that the government is hiding and refusing to produce certain metadata simply does not make sense in light of the nature of the documents at issue, which includes loan applications, bank and telephone records, and subscriber information produced by third-parties. Second, we have confirmed that some of the specific metadata fields you identified, such as Last Author, is not typically produced by the U.S. Attorney's Office or the Department of Justice's Fraud Section. Third, we fail to see how the allegedly missing metadata for these types of third-party business records, such as bank records, is even relevant here. Finally, you suggest that the government is hiding or refusing to produce certain metadata relating to pictures that agents took during a preliminary review of evidence contained on the defendants' iPhones. This too does not make sense given that (i) you are talking about pictures taken by agents; and (ii) the government has already produced to you a complete forensic image of the defendants' iPhones. The government does not have an objection to having its litigation support staff confer with your litigation support staff where appropriate and necessary because there is a problem that requires resolution, however, that does not appear to be the case here.

In your letter, you also take issue with the fact that the government redacted information concerning loans or companies that are not the subject of the indictment against the defendants but are the subject of the government's ongoing investigation. You assert that this information is material to the preparation of the defense because the documents at issue "involved an alleged victim's determination that the redacted loan applications were 'related' to allegedly fraudulent applications." That is not correct – the documents at issue do not involve an alleged victim's determination that the redacted loan applications were related to the allegedly fraudulent applications. Moreover, should the government obtain a superseding indictment charging your clients with crimes or otherwise seek to introduce evidence at trial relating to these loans or companies, the government will expeditiously produce these documents in unredacted form at that time.

Thank you and have a nice weekend.


Christopher Fenton

Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Thursday, January 21, 2021 7:24 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@CRM.USDOJ.GOV>
**Subject:** RE: Correspondence re Production Issues

I apologize. Please see the corrected letter attached.

Regards,


**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

| | |
|---|---|
| +1 202 429 8096 direct | Steptoe & Johnson LLP |
| +1 617 595 6559 mobile | 1330 Connecticut Avenue, NW |
| +1 202 429 3902 fax | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Sent:** Thursday, January 21, 2021 7:20 PM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc.

<fgminassianlaw@yahoo.com>; Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: Correspondence re Production Issues

Nicholas –

We received your letter. It references an Exhibit A, but no Exhibit A was attached. Also, footnote 2 appears to end mid-sentence and to be missing a clause. If you resend a complete letter, we are happy to review and respond.

Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Thursday, January 21, 2021 7:05 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@CRM.USDOJ.GOV>
**Subject:** RE: Correspondence re Production Issues

Christopher,

Please see the attached correspondence.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Sent:** Monday, January 4, 2021 6:28 PM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: Correspondence re Production Issues

Nicholas –

Thank you for your letter regarding the discovery that the government has produced to date.

In your letter, you wrote that the government's productions appear to be "missing" metadata typically produced in criminal cases and maintained in the ordinary course of business. That is not correct. To the extent that a third-party who produced information to the government included the types of metadata that the government typically produces in criminal cases, then the government included that metadata as part of discovery. If, however, a third-party who produced information to the government did not include such metadata, then the government could not and did not include it.

In your letter, you inquired about eleven documents that you believed may have been redacted and requested that the government produce unredacted versions.

- The documents Bates-stamped DOJ_PROD_0000002347 and DOJ_PROD_0000002352 were not redacted.
- The document Bates-stamped DOJ_PROD_0000001086 was redacted by the producing party; the government, therefore, does not have an unredacted copy of this document.
- As part of a production the government expects to make this week, the government will produce unredacted versions of the documents Bates-stamped DOJ_PROD_0000002026 and DOJ_PROD_0000002034.
- The redactions made in the remaining documents concern loans or companies that are not the subject of the indictment against the defendants, but that are the subject of the government's ongoing investigation. Should the government obtain a superseding indictment charging your clients with crimes or otherwise seek to introduce evidence at trial relating to these loans or companies, the government will expeditiously produce these documents in unredacted form at that time.

In your letter, you asked the government to verify that the government's first production contained 612 files, its second production contained 471 files, and its third production contained 21 files. We can confirm that these file counts are correct.

Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Thursday, December 24, 2020 4:47 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>; Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>
**Subject:** Correspondence re Production Issues

Counsel,

Please see the attached correspondence.

Per your request, we sent a hard drive to Special Agent Palmerton via overnight mail. The outgoing tracking number is 772475368046. The password is included in a cover letter, but for reference it is: YtShCT4(;B?Z7K$5
As with the previous hard drive shipment, we have enclosed a prepaid return envelope for overnight shipment.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct     Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax           Washington, DC 20036
                                           www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be

confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.