# EXHIBIT 5

| | |
|---|---|
| **From:** | Jennifer Wirsching |
| **To:** | Fenton, Christopher (CRM) |
| **Cc:** | Law offices of Fred G. Minassian, Inc.; mesereau@mesereaulaw.com; Paetty, Scott (USACAC); Faerstein, Brian (USACAC); Paul, Annamelda (CRM) |
| **Subject:** | Re: Digital Devices - Artur Ayvazyan, Tamara Dadyan |
| **Date:** | Thursday, April 8, 2021 7:00:52 PM |

Christopher-

We hope you are also safe and well. We respectfully decline to provide any information in relation to your queries referenced below.

Best,

Jennifer

Jennifer J. Wirsching
Thomas A. Mesereau, Jr

*Attorneys for Artur Ayvazyan*

Fred G. Minassian

*Attorney for Tamara Dadyan*


> On Apr 8, 2021, at 3:21 PM, Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov> wrote:
>
>
> Jennifer, Fred and Thomas –
>
> We hope this email finds you well.  We write to follow up with respect to the March 26, 2021 correspondence (attached) as it relates to your respective clients Artur Ayvazyan and Tamara Dadyan.  As we explained in our March 26 letter, the FBI's Computer Analysis and Response Team (CART) continues to encounter technical difficulties or other constraints in accessing and copying certain digital devices seized pursuant to the search warrant executed at 17450 Weddington Street in Encino, California on November 5, 2020.
>
> Two devices – namely an Apple MacBook and an Apple iPad – are encrypted and the CART's team's efforts to date have been unsuccessful in unlocking and opening these devices.  If your clients are agreeable to provide the passwords, the CART team will immediately unlock and open the devices and produce a complete forensic image to your clients, as we have already done with 43 digital devices in this case.  <u>Please advise us by tomorrow, Friday, April 9 at 5pm Pacific as to whether your clients are agreeable to provide these passwords.</u>  If your clients do not provide the passwords, the CART team will continue its efforts to unlock the devices and we will produce the complete forensic image as soon as it

becomes available.

Separately, as explained in our March 26 letter, there is a HP laptop computer that has a damaged hard drive and will need to be shipped to a lab on the East Coast for further analysis, which, to the extent such analysis is undertaken, could result in the destruction of the hard drive with no guarantee that any data will be extracted.  Before CART undertakes such analysis, we would request your clients' written consent to proceed.  <u>Please advise us by tomorrow, Friday, April 9 at 5pm Pacific as to whether your clients are willing to provide consent to conduct the further analysis of the damaged hard drive in light of the known risks</u>.

Thank you.


Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

<2021.03.26 Discovery Letter 16 - Production 16.pdf>