# EXHIBIT 6

| | |
|---|---|
| **From:** | Andre, Julian L. (USACAC) |
| **To:** | Silverman, Nicholas |
| **Cc:** | Ram, Ashwin; Keough, Michael; John Littrell; David Diamond; Law offices of Fred G. Minassian, Inc.; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; Fenton, Christopher (CRM) |
| **Subject:** | RE: US v. Ayvazyan - Digital Device Data (Dec. 24 production) |
| **Date:** | Monday, January 4, 2021 6:35:50 PM |

Nick:

We produced to the defendants complete forensic copies of the seven digital devices. This is the FBI's standard method of producing copies of digital devices as it allows the defense to access all of the data on the devices and to conduct its own review of the devices. We understand that there are a number of commercially available software programs that the defense can use to access, search, and review the data on the forensic copies. We further understand that there are a number of free software programs available online that would allow the defense to review the forensic copies, including a free version of FTK Imager available for download from AccessData at https://accessdata.com.

The government does not have the type of "logistical report" referenced in your email and has not otherwise distilled the information into some "other PDF format." We have not yet produced any of these types of reports because the government has prioritized providing the defense with complete forensic copies of the devices and therefore has not yet completed its own review of the devices. We will produce any discoverable reports generated as part of the government's review of the devices once the government's review is complete and such reports are generated.

Additionally, we are planning to produce copies of additional digital devices to you on or before Monday, January 11, 2021. We, however, have been advised that some of the forensic images are very large and will likely require additional storage space. Would it be possible for you to send another 2TB or larger external hard-drive to Agent Palmerton tomorrow that the FBI can use to load the additional digital data? The hard-drive should be sent to the following address:

> Justin Palmerton, Special Agent
> Federal Bureau of Investigation
> 11000 Wilshire Blvd, Suite 1700
> Los Angeles, California 90024

Thank you.

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Thursday, December 31, 2020 10:04 AM

**To:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@CRM.USDOJ.GOV>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Subject:** US v. Ayvazyan - Digital Device Data (Dec. 24 production)

Julian and Chris,

I have been advised that we would need to forensically extract the digital device data at significant cost in order to process the data produced on Dec. 24. In our experience (both Ashwin's experience at C.D. Cal. and our experience with other cases around the country), much if not all of the same information is usually available in a logistical report or other PDF format. Did the production include the logistical reports? If so, we have not been able to locate them. Perhaps it would make sense to have a follow-up call with our technical personnel in order to facilitate efficient production and review?

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.