1 | TRACY L. WILKISON
Acting United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
Assistant United States Attorney
6 | Asset Forfeiture Section
   1400 United States Courthouse
7 |    312 North Spring Street
   Los Angeles, California 90012
8 |    Telephone: (213) 894-5421
   Facsimile: (213) 894-0142
9 | E-mail: brent.whittlesey@usdoj.gov

10 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

11

                    UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                          WESTERN DIVISION
14

UNITED STATES OF AMERICA,          No. 2:20-CR-00579-(A)-SVW
15
            Plaintiff,             **NOTICE OF GOVERNMENT'S FILING OF
16                                 RECORDED LIS PENDENS AS TO REAL
                  v.               PROPERTY LOCATED IN PALM DESERT,
17                                 CALIFORNIA**

RICHARD AYVAZYAN,
18 |    Aka "Richard Ayazian" and
          "Iuliia Zhadko," et al.
19
            Defendants.
20

21

22       Pursuant to Section 405.22 of the California Code of Civil

23 | Procedure, plaintiff United States of America hereby files with the

24 | court a copy of the notice of pendency of action (hereinafter the

25 | "Lis Pendens") which was filed against the defendant real property at

26 | / / /

27 | / / /

28

1   the Office of the County Recorder of for Riverside County,

2   California.  A copy of the Lis Pendens is attached hereto as Exhibit

3   "A".

4    Dated: April 16, 2021          TRACY L. WILKISON
                                     Acting United States Attorney
5                                    BRANDON D. FOX
                                     Assistant United States Attorney
6                                    Chief, Criminal Division
                                     STEVEN R. WELK
7                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture Section

8

9                                       /s/ *Brent A. Whittlesey*
                                     BRENT A. WHITTLESEY
10                                   Assistant United States Attorney

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2