DOC #2021-0237459
04/15/2021 04:42 PM Fees: $26.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: KAREN #277

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

NAME: Shannen Beckman, Senior Paralegal
MAILING ADDRESS: U.S. Attorney's Office
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

Space above this line for recorder's use only

# RECORDING REQUESTED BY SIMPLIFILE

## LIS PENDENS

Title of Document

**TRA:**_____

**DTT:** _____

### Exemption reason declared pursuant to Government Code 27388.1

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

☑ Exempt from the fee per GC 27388.1 (a) (1); executed or recorded by a government agency.

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 238 (Rev. 01/2018)          Available in Alternate Formats

3

EXHIBIT A

```
1   TRACY L. WILKISON
    Acting United States Attorney
2   BRANDON D. FOX
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
    Assistant United States Attorney
6   Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-5421
        Facsimile: (213) 894-0142
9   E-mail: brent.whittlesey@usdoj.go

10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

12                          UNITED STATES DISTRICT COURT

13                     FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | No.2:20-CR-00579-SVW |
| 15          Plaintiff, | LIS PENDENS AS TO REAL PROPERTY |
| 16              v. | LOCATED IN PALM DESERT, CALIFORNIA |
| 17  RICHARD AYVAZYAN, | |
| 18     Aka "Richard Ayazian" and | |
|            "Iuliia Zhadko," et al. | |
| 19 | |
| 20          Defendants. | |
| 21 | |

22

23       NOTICE IS HEREBY GIVEN that the foregoing action has been

24  commenced and is now pending in the United States District Court for

25  the Central District of California between the parties above-named

26  for the forfeiture of said real property.  The real property which is

27  the subject of this action is located in Palm Desert, California and

28  is more particularly described as follows:

EXHIBIT A

Described real property in the County of Riverside, State of California:

PARCEL 1:

LOT 8 OF TRACT NO. 36554-1 IN THE CITY OF PALM DESERT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AS PER MAP RECORDED IN THE BOOK 438 PAGES 98 AND 99, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF CALIFORNIA.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL 1 ABOVE, ON AND OVER THE "COMMON AREA" AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR ENCORE PALM DESERT ("DECLARATION") RECORDED IN THE OFFICE OF SAID COUNTY RECORDER OF CALIFORNIA ON DECEMER 23, 2013 AS INSTRUMENT NO. 2013-0591271, FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS AND EGRESS OF THE AMENITIES LOCATED THEREON.  THE COMMON AREA IS FOR THE USE OF OWNERS OF LOTS WHICH ARE SUBJECT TO THE DECLARATION AND IS NOT FOR THE USE OF THE GENERAL PUBLIC.

APN: 694-331-008

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.  Title to the defendant property is in the name of Viktoria Kauichko, a single woman.

Dated: April 14, 2021

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

EXHIBIT A

1

<u>PROOF OF SERVICE BY MAILING</u>

2    I am over the age of 18 and not a party to the within

3  action.  I am employed by the Office of the United States

4  Attorney, Central District of California.  My business address

5  is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

6    On **<u>April 12, 2021</u>**, I served a copy of: **<u>LIS PENDENS AS TO</u>**

7  **<u>REAL PROPERTY LOCATED IN PALM DESERT CALIFORNIA</u>** upon each person

8  or entity named below by enclosing a copy in an envelope

9  addressed as shown below and placing the envelope for collection

10  and mailing on the date and at the place shown below following

11  our ordinary office practices.

12  **TO:  SEE SERVICE LIST**

13  **_X_**   I am readily familiar with the practice of this office for

14  collection and processing correspondence for mailing.  On the

15  same day that correspondence is placed for collection and

16  mailing, it is deposited in the ordinary course of business with

17  the United States Postal Service in a sealed envelope with

18  postage fully prepaid.

19    I declare under penalty of perjury under the laws of the

20  United States of America that the foregoing is true and correct.

21    I declare that I am employed in the office of a member of

22  the bar of this court at whose direction the service was made.

23    Executed on: **<u>April 12, 2021</u>** at Los Angeles, California.

24

25      /s/ *S. Beckman*
       SHANNEN BECKMAN

26

27

28

6                                              EXHIBIT A

SERVICE LIST

1

2   Viktoria Kauichko
    ███████████████████████
3   Palm Desert, CA   92211-2978

4   Viktoria Kauichko
    ████████████████████████████
5   Woodland Hills, CA 91367

6   United Shore Financial Services, LLC,
    585 South Boulevard E
7   Pontiac, MI 48341

8   MERS
    P.O. Box 2026
9   Flint, MI 48501-2026

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7                                    EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **April 16, 2021**, I served a copy of: **NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN PALM DESERT CALIFORNIA** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE SERVICE LIST**

**_X_**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **April 16, 2021** at Los Angeles, California.

/s/ ***S. Beckman***
SHANNEN BECKMAN

**SERVICE LIST**

Viktoria Kauichko
███████████████████████
Palm Desert, CA   92211-2978

Viktoria Kauichko
██████████████████████████
Woodland Hills, CA 91367

United Shore Financial Services, LLC,
585 South Boulevard E
Pontiac, MI 48341

MERS
P.O. Box 2026
Flint, MI 48501-2026