Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S DECEMBER 22, 2020 DISCOVERY ORDER UNDER SEAL**<br><br>Judge: Hon. Stephen V. Wilson<br>Date:  May 3, 2021<br>Time:  11:00 a.m. |

APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Richard Ayvazyan hereby applies to the Court for an order permitting the exhibits to the Declaration of Ashwin J. Ram in Support of Reply in Support of Motion to Enforce the Court's December 22, 2020 Discovery Order to be filed under seal.

The aforementioned exhibits were produced by the government subject to the protective order and contain third-party information that appears to be sensitive. Exhibit A is a tax document that contains a third-party's private information. Exhibits B, C, and D are FBI investigation reports, which reference potential government law enforcement techniques and third-parties' private information.

Defendant therefore applies for the aforementioned exhibits to be filed under seal.

Dated:   April 19, 2021              Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ Ashwin J. Ram
Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*