Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT RICHARD AYVAZYAN'S MOTION TO ENFORCE THE COURT'S DECEMBER 22, 2020 DISCOVERY ORDER**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:   May 3, 2021<br>Time:   11:00 a.m. |

DECLARATION OF A. RAM IN SUPPORT OF REPLY - MOTION TO ENFORCE

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. A true and correct copy of 2019 Form 940 for Top Quality Contracting, produced by the government as DOJ_PROD_0000104381, is attached as **Exhibit A**.

3. A true and correct copy of an FBI FD-302 of an interview with Mary Smbatian, dated February 24, 2021 and produced by the government as DOJ_PROD_0000154473, is attached as **Exhibit B**.

4. A true and correct copy of a January 12, 2021 FBI FD-302 describing a CART technical request submitted by Agent Palmerton on January 4, 2021, produced by the government as DOJ_PROD_0000153808, is attached as **Exhibit C**.

5. A true and correct copy of an FBI FD-302 confirming CART's completion of data extraction from two iPhones on January 26, 2021, produced by the government as DOJ_PROD_0000153995, is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on April 19, 2020.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

1
DECLARATION OF A. RAM IN SUPPORT OF REPLY - MOTION TO ENFORCE