**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM UNDER SEAL**<br><br>Judge: Hon. Stephen V. Wilson<br>Date:  May 3, 2021<br>Time:  11:00 a.m. |

# ORDER

This Court, having considered Defendant Richard Ayvazyan's Application for Leave to File Exhibits to Declaration of Ashwin J. Ram Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Exhibits A-D to the Declaration of Ashwin J. Ram in Support of Reply in Support of Motion to Enforce the Court's December 22, 2020 Discovery Order, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: April 20, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge