Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT**<br><br>Judge:  Hon. Stephen V. Wilson<br>Current Hearing Date:   May 24, 2021<br>Requested Hearing Date: May 3, 2021<br>Time:   11:00 a.m. |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

**[PROPOSED] ORDER**

This Court, having considered the Motion to Dismiss for Prosecutorial Misconduct and Memorandum in Support, filed by Defendant Richard Ayvazyan, hereby GRANTS the application and ORDERS the following relief:

1. The indictment and superseding indictment are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge