Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff,*<br><br>              v.<br><br>RICHARD AYVAZYAN,<br>*et al.*<br><br>                    *Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF RICHARD AYVAZYAN IN SUPPORT OF MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT**<br><br>Judge:   Hon. Stephen V. Wilson<br>Current Hearing Date:     May 24, 2021<br>Requested Hearing Date:  May 3, 2021<br>Time:   11:00 a.m. |

DECLARATION OF R. AYVAZYAN IN SUPPORT OF MOTION TO DISMISS

I, Richard Ayvazyan, declare as follows:

1. I am one of the defendants in the above-captioned matter.

2. The events described in this declaration are to the best of my recollection.

3. My cell phone number is 818-███-6000. It has not changed at any point during this case.

4. On the morning of March 11, 2021, I was awakened between 6:00 a.m. and 7:00 a.m. because my cell phone was ringing.

5. I answered the phone by saying "Hello?"

6. The caller said "Richard, tell Manuk to come out."

7. I was confused by the fact that this person addressed me by name and was talking about an acquaintance of mine early in the morning. I asked the caller who they were.

8. The caller identified himself as FBI Special Agent Justin Palmerton.

9. I told Agent Palmerton to call my lawyer, who I identified by name. Specifically, I stated "Why are you calling me? I have an attorney. His name is Ashwin Ram. Call Ashwin Ram."

10. Agent Palmerton kept talking to me about Manuk. He stated that he knew where Manuk was and "you should tell Manuk to come outside."

11. At that point, I hung up on Agent Palmerton.

12. I did not consent to be contacted directly by the government or Agent Palmerton at any time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles County, California on April 21, 2021.

Respectfully submitted,

_____
Richard Ayvazyan

1
DECLARATION OF R. AYVAZYAN IN SUPPORT OF MOTION TO DISMISS