Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>     v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>          *Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT**<br><br>Judge:  Hon. Stephen V. Wilson<br>Current Hearing Date:     May 24, 2021<br>Requested Hearing Date:  May 3, 2021<br>Time:   11:00 a.m. |

DECLARATION OF A. RAM IN SUPPORT OF MOTION TO DISMISS

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. On March 11, 2021 between 6:30 a.m. and 7:30 a.m., I received a call called trial attorney Christopher Fenton in connection with the superseding indictment and the government's efforts to locate and arrest Manuk Grigoryan.

3. After speaking to my client, Richard Ayvazyan, I called attorney Fenton back. I asked attorney Fenton whether he knew that the government had called my client Richard Ayvazyan. Attorney Fenton did not deny that this had occurred.

4. Attorney Fenton responded, in substance, that he did not think that the government had called Ayvazyan intentionally. In explaining how they would have unintentionally called Ayvazyan, he stated, in substance, that "They all pass around these phones and we thought we were calling the number of Manuk's mother [or mother-in-law]."

5. I did not consent to either government attorneys or Agent Palmerton contacting my client directly at any time.

6. A true and correct copy of the transcript of the April 2, 2021 hearing in this matter is attached as **Exhibit A**.

7. A true and correct copy of the FD-302 related to Manuk Grigoryan's arrest, which was produced by the government as DOJ_PROD_0000159963, is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on April 21, 2021.

Respectfully submitted,
/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

1
DECLARATION OF A. RAM IN SUPPORT OF MOTION TO DISMISS