# EXHIBIT B

29O-LA-3280255 Serial 147

-1 of 1-

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     03/17/2021

    On March 11, 2021, pursuant to an arrest warrant issued in the Central District of California, signed by the Honorable Michael R. Wilsner, Magistrate Judge, Special Agents (SAs) of the FBI and IRS located and arrested MANUK GRIGORYAN (GRIGORYAN) at ███████████████, Glendale, CA 91207. After identifying themselves, SAs took GRIGORYAN into custody without incident. GRIGORYAN was transported by IRS SAs Anton Chu, Geffrey Clark, Ryan Bennett and Michael Schwartz to the Metropolitan Detention Center in Los Angeles, California.

    A copy of the arrest warrant is attached as a 1A.

Investigation on  03/11/2021  at  Los Angeles, California, United States (In Person)

File #  29O-LA-3280255                                                   Date drafted  03/16/2021

by  Justin Palmerton

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000159963