Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>           v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>           *Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**DEFENDANT RICHARD AYVAZYAN'S NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR MOTION TO DISMISS TO BE HEARD ON SHORTENED TIME**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   May 24, 2021<br>Requested Hearing Date: May 3, 2021 |

# NOTICE OF *EX PARTE* APPLICATION FOR MOTION TO DISMISS TO BE HEARD ON SHORTENED TIME

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Richard Ayvazyan hereby applies to the Court for an order hearing Defendant's Motion to Dismiss the Superseding Indictment on shortened time.  Defendant respectfully requests that the Court set the following hearing and briefing schedule:

Hearing Date:   May 3, 2021 at 11:00 a.m.

Opposition Due:   April 28, 2021

(No reply anticipated.)

This application is based upon this notice, the application in support, the accompanying Declaration of Ashwin J. Ram, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   April 21, 2021            Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

## APPLICATION

Under Local Rule 6-1, this Court "may set a shorter time" to hear motions before it. As set forth in the accompanying declaration of Ashwin J. Ram, good cause exists to hear the Defendant's Motion to Dismiss the Superseding Indictment (the "Motion to Dismiss") on shortened time.

The interests of judicial efficiency will be served by hearing Defendant's Motion to Dismiss on the same date as the other pending motion in this action. The Defendant's Motion to Enforce the Court's December 22, 2021 Discovery Order (Dkt. 248, the "Motion to Enforce") is currently set for hearing on May 3, 2021. The Motion to Dismiss and the Motion to Enforce include common issues, and the resources of the Court and the parties will be conserved if the motions are heard together. Further, should the Court grant the Motion to Dismiss, the several pending suppression motions (Dkts. 130, 135, 136, 146, and 149) would be moot. Hearing the Motion to Dismiss before these suppression motions are heard would thus also promote judicial efficiency.

The government will not be prejudiced by hearing the motion on shortened time. The government will still have a full 7 days to respond as if the motion were to proceed on a normally noticed schedule. Both sides will benefit from having the Court address the Motion to Dismiss and the Motion to Enforce (as well as the pending suppression motions) during the May 3, 2021 hearing, so that the parties may sharpen their preparation for the June 15, 2021 trial in light of the Court's rulings.

## CONCLUSION

For the foregoing reasons, the Court should hear the Defendant's Motion to Dismiss the Superseding Indictment on shortened time. The motion should be heard on May 3, 2021, with the opposition due on April 28, 2021 and without a reply from the Defendant.

Dated:   April 21, 2021                    Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*