Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>Defendants. | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S *EX PARTE* APPLICATION FOR MOTION TO DISMISS TO BE HEARD ON SHORTENED TIME**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   May 24, 2021<br>Requested Hearing Date: May 3, 2021 |

[PROPOSED] ORDER GRANTING APPLICATION FOR MOTION TO DISMISS
TO BE HEARD ON SHORTENED TIME

# [PROPOSED] ORDER

This Court, having considered Defendant Richard Ayvazyan's *Ex Parte* Application for Motion to Dismiss to Be Heard on Shortened Time, hereby GRANTS the application and ORDERS the following relief:

1. Defendant's Motion to Dismiss the Superseding Indictment is set for hearing on Monday, May 3, 2021 at 11:00 a.m.

2. The government's opposition papers shall be filed by Wednesday, April 28, 2021.

**IT IS SO ORDERED.**

Dated: April __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge