Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANT RICHARD AYVAZYAN'S *EX PARTE* APPLICATION FOR MOTION TO DISMISS TO BE HEARD ON SHORTENED TIME**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   May 24, 2021<br>Requested Hearing Date: May 3, 2021 |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. On April 21, 2021, Defendant Ayvazyan filed a Motion to Dismiss the Superseding Indictment (the "Motion to Dismiss").

3. Good cause exists to hear this motion on shortened time at the May 3, 2021 hearing when Defendant's Motion to Enforce the Court's December 22, 2021 Discovery Order (Dkt. 248, the "Motion to Enforce") is currently set to be heard. Hearing these motions together will promote judicial efficiency, as the Motion to Dismiss and the Motion to Enforce include common issues, and the resources of the Court and the parties will be conserved if the motions are heard together. Further, should the Court grant the Motion to Dismiss, the several pending suppression motions (Dkts. 130, 135, 136, 146, and 149) would be moot. Hearing the Motion to Dismiss before these suppression motions are heard would thus also promote judicial efficiency.

4. The government will not be prejudiced by hearing the motion on shortened time. The government will still have a full 7 days to respond as if the motion were to proceed on a normally noticed schedule. Both sides will benefit from having the Court address the Motion to Dismiss and the Motion to Enforce (as well as the pending suppression motions) during the May 3, 2021 hearing, so that the parties may sharpen their preparation for the June 15, 2021 trial in light of the Court's rulings.

5. Prior to filing this *ex parte* application, counsel for Ayvazyan notified the government, who indicated that they opposed this request.

1
DECLARATION OF A. RAM IN SUPPORT OF *EX PARTE* APP. FOR MOTION TO DISMISS TO BE HEARD ON SHORTENED TIME

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed at Los Angeles, California on April 21, 2020.

Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*