<u>DECLARATION OF JUSTIN PALMERTON</u>

I, Justin Palmerton, hereby declare and state as follows:

1. I am a special agent with the Federal Bureau of Investigation ("FBI"). The FBI is one of the federal agencies charged with investigating fraud related to the Paycheck Protection Program ("PPP") and the Economic Injury Disaster Loan ("EIDL") program. I am one of the agents assigned to the investigation that resulted in the indictment and first superseding indictment in <u>United States v. Richard Ayvazyan</u>, CR 20-579(A)-SVW. This declaration is based on my personal observations and information obtained from various law enforcement personnel and witnesses during the course of this investigation. As a result of my involvement in this investigation, I know the following and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On the morning of March 11, 2021, I was responsible for executing a warrant for the arrest of Manuk Grigoryan, who had been added as a defendant in the first superseding indictment in this case.

3. Based on the investigation, Grigoryan was known to spend time at two locations: (i) his primary residence, located on Dora Street, Sun Valley; and (ii) his parents' residence, located on Willard Street in North Hollywood. I, along with other FBI agents, attempted to find and make contact with Grigoryan at both locations, and no one answered the door at either residence.

4. I telephoned Grigoryan directly and, while I was in the process of identifying myself as an FBI Special Agent, he hung up. I followed up by repeatedly telephoning the same number, and he did not answer.

5.   I then decided to telephone Manuk Grigoryan's mother, A.G., whom I understood resided on Willard Street and whom I believed could be of assistance in locating her son.

6.   I recalled that a witness I had interviewed during the course of the investigation, M.S., had given me a list of telephone numbers, including A.G.'s telephone number, which I included in an FBI Form 302 report ("302 report") memorializing the interview. While sitting in my car, I reviewed an electronic copy of the FBI 302 report on my phone or laptop in order to retrieve A.G.'s telephone number. I scrolled to a list of telephone numbers listed in the report.

7.   Instead of dialing A.G.'s telephone number, I mistakenly dialed the number immediately below that telephone number on the list, which belonged to defendant Richard Ayvazyan. At the time, I did not know that I had mistakenly dialed Ayvazyan's telephone number and instead believed that I had dialed A.G.'s telephone number.

8.   Unexpectedly, a male voice answered the telephone. Believing the male voice to belong to Manuk Grigoryan, A.G.'s son, I identified myself, informed him that the FBI had a warrant for his arrest, and instructed him to exit his parents' residence. The male voice on the other end responded, "Bro, call my fucking lawyer. His name is Ashwin," and then hung up.

9.   I immediately telephoned Department of Justice Trial Attorney Christopher Fenton, who is also assigned to this case. I told him I had spoken with Manuk Grigoryan and that Grigoryan told me he is represented by Ashwin Ram. I asked Mr. Fenton to contact Mr. Ram about Grigoryan's surrender and Mr. Fenton agreed to do so.

10. Several minutes later, Mr. Fenton telephoned me back. He told me he had spoken to Mr. Ram. According to Mr. Fenton, Mr. Ram had explained that Mr. Ram only represents Ayvazyan and that Mr. Ram did not represent Grigoryan. Mr. Ram further explained that Ayvazyan had reported to him that Ayvazyan had received a telephone call from me.

11. When, on March 11, 2021, I accidentally telephoned Richard Ayvazyan, I did not intend to contact Ayvazyan directly and, in fact, did not realize that I had spoken to Ayvazyan directly until Mr. Fenton later told me about his conversation with Mr. Ram.

12. I reviewed the declaration that Ayvazyan submitted in support of his motion to dismiss. (ECF 289-2.) In his declaration, Ayvazyan states that, during the telephone call at issue, I addressed him by the name Richard Ayvazyan and stated: "Richard, tell Manuk to come out." (Id. ¶¶ 6-7.) That did not happen. During the telephone call, I did not address Richard Ayvazyan by name because I did not know I had contacted Ayvazyan and I did not understand at that time that I was speaking with Ayvazyan. Rather, as explained above, when I dialed the telephone, my intention was to contact A.G. and, when I heard a male voice answer the telephone, I believed it was Manuk Grigoryan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 3, 2021.

JUSTIN PALMERTON