# EXHIBIT 1

| | |
|---|---|
| **From:** | Palmerton, Justin (LA) (FBI) |
| **To:** | Fenton, Christopher (CRM); Andre, Julian L. (USACAC) |
| **Cc:** | Massino, Timothy J. (Off. Inspector Gen.); Clark Geffrey B |
| **Subject:** | Possible Subject Identification |
| **Date:** | Tuesday, August 4, 2020 8:37:43 PM |
| **Attachments:** | 202008041555.pdf |
| | Ayvazyan, Richard.pdf |

Hey all,

I think I found out the identity of one of our subjects. I just received partial information from Encore Escrow in regards to the wire transfer they received in the name of Iuliia Zhadko/ Timeline Transport.

There is an email discussion with a Richard Ayvazyan discussing the $110,000 wire as well as another from BoFA for $65K. I ran this individuals name in our database and it hit off a case from 2017, where he was listed as a possible participant in a mortgage fraud ring.

Additionally, I ran his name in CLEAR and some of the businesses he's associated with included, Fetch Industries, one of our fraudulent loan applicants.

See attached Encore documents and the CLEAR report. I'll continue working with Encore on getting all the documentation they have, to include the address of the house purchased. I'm also interested in the $65,000 wire transfer discussed in the email and we should definitely cut a subpoena to BoFA for records on Ayvazyan.

Thanks all and talk to you soon,

Justin Palmerton
Special Agent
Federal Bureau of Investigation
Los Angeles Field Office
White Collar Crimes
Tel: 310-996-3941

| ENCORE ESCROW COMPANY INC. | | |
|---|---|---|
| CALABASAS TRUST ACCOUNT 23901 CALABASAS RD., SUITE 1033 CALABASAS, CA 91302 | TRUST RECEIPT NUMBER: | 016143 |
| | COMPANY 0943   OFFICE 0001 | R# 16143 |
| | ESCROW NO. 16951-JP | DATE 06/24/2020 |

Received From: Time Line Transport Inc.

Amount of: ONE HUNDRED TEN THOUSAND AND 00/100 DOLLARS     $ 110,000.00

[ ] Cash   [ ] Check   [X] Wire   Received After Hour [ ]
[ ] Draft  [ ] Cashier Chk  [ ] Money Order   Benefit of [X] Buyer  [ ] Other  [ ] Seller

ABA / CK#

Received by: Jenica Pivnik

FILE COPY

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000161158




6/24/20 01:13 PM   7024052771 via VSI-FAX                                   Page 1 of 1 #1122561

# CITY NATIONAL BANK
### AN RBC COMPANY

If you have questions regarding this Wire Transfer
please call (213)673-7825 or (800)575-5502.

ADVICE OF CREDIT
================

| | |
|---|---|
| AMOUNT: | $ 110,000.00 |
| ACCOUNT #: | *****8261 |
| ACCOUNT NAME: | ENCORE ESCROW COMPANY |
| TRANSACTION: | [redacted] |
| FROM: | RADIUS BANK |
| FED REFERENCE: | [redacted] |
| ORIGINATING BANK: | FIRST TRADE UNION |
| ORIGINATOR: | TIME LINE TRANSPORT INC<br>[redacted]<br>CHATSWORTH, CA  91311 |
| RECEIVER: | ENCORE ESCROW COMPANY<br>(CALABASAS TRUST ACCOUNT)<br>23901 CALABASAS ROAD #1033<br>CALABASAS CA  91302 |
| SENDER REFERENCE: | 20200624000220 |

Disclaimer: the information contained in this facsimile transmission is confidential and may also contain legally privileged information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile transmission in error, notify the sender immediately by telephone and return the original message to us by mail. Thank you.

**Account Name:** Encore Calabasas     **Account Number:** ▮
1 of 1 Total for Account

| | | | |
|---|---|---|---|
| **Amount** | $110,000 | **CCY** | USD |
| **Credit or Debit** | Credit | **Account** | Encore Calabasas |
| **Received** | 13:13:25.12 | **Processed** | 13:12:17.00 |
| **Value Date** | 06/24/2020 | **Network Reference** | IMAD: 0624MMQFMPQM000089062416 12FT03   Ref: 20200624000220 |
| **Host Reference** | 200624010303 | **Sender Reference** | 20200624000220 |
| **Exchange Rate** | $0.00 | **Contract Number** | |

| | |
|---|---|
| **Originator Information** | 3110050172<br>TIME LINE TRANSPORT INC<br>▮<br>CHATSWORTH, CA  91311 |
| **Debit Account #** | ▮ |
| **Debit Name** | RADIUS BANK |
| **Debit Address** | BOSTON, MA |
| **Originator Bank** | 211075086<br>FIRST TRADE UNION |
| **Beneficiary Account #** | ▮ |
| **Beneficiary Information** | ENCORE ESCROW COMPANY<br>(CALABASAS TRUST ACCOUNT)<br>23901 CALABASAS ROAD #1033<br>CALABASAS CA  91302 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                    DOJ_PROD_0000161160

## Wire Activity Summary and Per Item Detail

ENCORE ESCROW COMPANY
Prepared on: 08/04/2020


**CITY NATIONAL BANK**
AN RBC COMPANY

**Date Range Reported:** 06/24/2020 - 06/24/2020

| Account Name | Account | Total Debits | Total Debit Amount (USD) | Total Credits | Total Credit Amount (USD) |
|---|---|---|---|---|---|
| Encore Calabasas | 555248261 | 0 | $0.00 | 1 | $110,000.00 |
| **TOTAL FOR 1 Accounts** | | 0 | $0.00 | 1 | $110,000.00 |

**Jenica Cohen Pivnik**

**From:** Richard Ayvazyan <​>
**Sent:** Wednesday, June 24, 2020 10:04 AM
**To:** Jenica Cohen Pivnik
**Subject:** Fwd: Your Same Day wire transfer was successfully sent

Jenica,

This one went through for 65k. The other one for 110k I don't have confirmation yet. I will send that over as soon as I get it.

Thanks,

---------- Forwarded message ---------
From: **Online Transfers from Bank of America** <bankofamericatransfers@mail.transfers.bankofamerica.com>
Date: Wed, Jun 24, 2020 at 9:56 AM
Subject: Your Same Day wire transfer was successfully sent
To: <​>

We have successfully sent the following transfer:

```
*******************************************
Item #:        
Amount:        $65,000.00
To:            Encore Escrow
Fee:           30.00
Send on Date:  06/24/2020
Service:       Same Day
*******************************************
```

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab. You can always check your transfer status on the Review Transfer screen at www.bankofamerica.com.

Sincerely,

Member Service

www.bankofamerica.com

---

This is a service email from Bank of America. Please note that you may receive service emails in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

Read our privacy policy: http://www.bankofamerica.com/privacy

1

Please don't reply directly to this automatically-generated email message.

Bank of America Email, 8th Floor-NC1-002-08-25, 101 South Tryon St., Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender:

http://www.bankofamerica.com/help/equalhousing.cfm

(C) 2020 Bank of America Corporation. All rights reserved.

This email was sent to: rich@inceptionfund.com

--
Richard Ayvazyan
Founding Partner
Direct:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain confidential or proprietary information intended only for the use of the addressee(s) named above or may contain information that is legally privileged. If you are not the intended addressee, or the person responsible for delivering it to the intended addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message and any copies immediately thereafter.

Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000161163