# EXHIBIT 3



**BEVERLY HILLS ESCROW**

118 South Beverly Drive, Suite 222, Beverly Hills, CA 90212
(310) 273-9850 | Fax: (310) 274-1676

To:   Beverly Hills Escrow                  Date:      July 23, 2020
      118 South Beverly Drive, Suite 222    Escrow No.  44960-LL
      Beverly Hills, CA 90212


Property Address:   ████████████      Glendale, CA 91208-3027

### THIRD PARTY DEPOSIT

I hand you herewith the sum of **$238,614.19** which you are to deposit to the above numbered escrow and use for the account of and subject to the instructions of Buyer(s), Iuliia Zhadko, who is/are purchaser(s) in said escrow, if said escrow is consummated.

In the event that this escrow is not consummated, it is understood that all funds deposited in this escrow, including the above mentioned funds, LESS any costs and charges incurred, shall be disbursed ONLY in accordance with mutually signed disbursement/cancellation instructions of the Buyer and Seller herein.

**APPROVED AND ACCEPTED**

RUNYAN TAX SERVICE INC

By: _Vihlar Kundb_____
                Authorized Signer


Address: ██████████████████
         STUDIO CITY, CA 91604

Telephone No.: ████████████

The undersigned BUYER(S) acknowledge(s) receipt of a copy of this instruction, and agree to same.

_Iiure Zhadko_____
Iuliia Zhadko

Confidential Information Subject To Protective Order