1  Ashwin J. Ram (SBN 227513)
2  aram@steptoe.com
   Michael A. Keough (SBN 327037)
3  mkeough@steptoe.com
4  Nicholas P. Silverman (*pro hac vice*)
   nsilverman@steptoe.com
5  **STEPTOE & JOHNSON LLP**
6  633 West Fifth Street, Suite 1900
   Los Angeles, CA 90071
7  Telephone: (213) 439-9400
8  Facsimile: (213) 439-9599

9  *Counsel for Defendant Richard Ayvazyan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT**<br><br>Judge:        Hon. Stephen V. Wilson<br>Hearing Date: May 24, 2021<br>Time:         11:00 a.m. |
|---|---|

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

**[PROPOSED] ORDER**

This Court, having considered the Motion to Dismiss for Prosecutorial Misconduct and Memorandum in Support, filed by Defendant Richard Ayvazyan, hereby GRANTS the application and ORDERS the following relief:

☐ The indictment and superseding indictment are dismissed with prejudice.

☐ The government is ordered to produce discovery regarding its internal decision-making about whether and how to charge different individuals within fourteen days.

☐ The government is ordered to produce all grand jury exhibits and transcripts within seven days.

☐ The government is ordered to produce all grand jury subpoenas within seven days.

☐ The government is ordered to identify all trial exhibits and witness testimony that could have been affected or shaped by tainted evidence or otherwise derived from tainted evidence within seven days.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge