Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>  *Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANT RICHARD AYVAZYAN'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date:  May 24, 2021<br>Time:  11:00 a.m. |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. A true and correct copy of the May 7, 2021 letter from counsel for Defendant Richard Ayvazyan to the government regarding the government's discovery obligations is attached as **Exhibit A**.

3. A true and correct copy of the May 7, 2021 letter from counsel for Defendant Richard Ayvazyan to the government seeking discovery on evidence tainted by coerced statements is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on May 10, 2021.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

1
DECLARATION OF A. RAM IN SUPPORT OF REPLY – MOTION TO DISMISS