# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 2:20-cr-00579 | Date May 11, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter None present

| J. Remigio for Paul M. Cruz | N/A | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| USA v. Ayvazyan et al - None present | | | | Not Present | | | |

**Proceedings:**   IN CHAMBERS re SUBPOENAED DOCUMENTS

On May 6, 2021, the Court received subpoenaed items.

Either party may inspect the subpoenaed items before commencement of the trial or other contested proceeding upon request to the courtroom deputy clerk.

Counsel who prepared the original subpoenaed items in the case, upon request to the courtroom deputy clerk, may review and copy the subpoenaed items prior to trial or other contested proceeding.

Unless otherwise ordered, subpoenaed items will be returned to the attorney or party who requested issuance of the subpoena at the conclusion of the trial, contested proceeding, or upon any pretrial disposition of the case.

            :      
Initials of Deputy Clerk    jre