TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:   Scott.Paetty@usdoj.gov
                Catherine.S.Ahn@usdoj.gov
                Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT RICHARD AYVAZYAN'S MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT (ECF 289); DECLARATION OF CATHERINE AHN; GOVERNMENT'S SUR-REPLY AND EXHIBITS 1 AND 2 ATTACHED THERETO |
| v. | |
| RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>      "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>      "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and | |

|   |
|---|
| "Anton Kudiumov,"<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN,<br>  aka "Edvard Paronian" and<br>      "Edward Paronyan," and<br>VAHE DADYAN,<br><br>        Defendants. |

Plaintiff the United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty, Catherine Ahn, and Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, hereby applies <u>ex parte</u> to file a Sur-Reply in response to defendant Richard Ayvazyan's ("defendant") reply brief (ECF 326) in support of his motion to dismiss the indictment for prosecutorial misconduct (ECF 289).

On April 21, 2021, defendant Richard Ayvazyan ("defendant") filed a motion to dismiss the indictment in this case for prosecutorial misconduct. (ECF 289.)  The government opposed the motion to dismiss the indictment (ECF 310) and defendant subsequently filed his reply memorandum in support of the motion (CR 329).  In his reply, defendant raises, for the first time, new claims related to state investigations.  (ECF 329 at 2-5.)  Since these claims are new, the government requests permission to file a sur-reply solely addressing defendant's new claims so that the written record will reflect the additional, contextual facts contained in the government's proposed brief.  Defendant does not oppose this <u>ex parte</u> application.  (<u>See</u> Ahn Decl. ¶ 3.)

//

//

The government's proposed sur-reply, its two attached exhibits, and the Declaration of Catherine Ahn are attached.

Dated: May 12, 2021                    Respectfully submitted,

                                       TRACY L. WILKISON
                                       Acting United States Attorney

                                       BRANDON D. FOX
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                           /s/
                                       CATHERINE AHN
                                       SCOTT PAETTY
                                       BRIAN FAERSTEIN
                                       Assistant United States Attorneys
                                       CHRISTOPHER FENTON
                                       Department of Justice Trial Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case. I make this declaration in support of the government's ex parte application for leave to file a sur-reply to defendant Richard Ayvazyan's motion to dismiss the indictment.

2. Attached hereto is a true and correct copy of the government's proposed sur-reply to defendant's motion to dismiss the indictment. The government seeks to file this sur-reply to address new allegations of alleged misconduct that were raised for the first time in defendant's reply brief in support of the motion to dismiss the indictment. The government has therefore not had an opportunity to address the new allegations. Also attached to the sur-reply as Exhibits 1 and 2 are true and correct copies of two letters sent to defendants on May 3, 2021, and April 26, 2021, respectively.

3. On May 12, 2021, the government emailed defendant's counsel requesting their position on the government's filing of sur-reply addressing their allegations related to the federal government and the state's decision to press charges. On May 12, 2021, counsel advised they did not oppose such a sur-reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 12, 2021.

CATHERINE AHN