TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:    Scott.Paetty@usdoj.gov
                Catherine.S.Ahn@usdoj.gov
                Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:    Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>    "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>    "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and | No. CR 20-579(A)-SVW<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY TO MOTION TO DISMISS INDICTMENT FOR PROSECUTORIAL MISCONDUCT (ECF 289) |

```
        "Anton Kudiumov,"
ARMAN HAYRAPETYAN,
EDVARD PARONYAN,
   aka "Edvard Paronian" and
       "Edward Paronyan," and
VAHE DADYAN,

         Defendants.
```

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's unopposed ex parte application for leave to file a sur-reply to the motion to dismiss the indictment for prosecutorial misconduct is GRANTED. The government may file a sur-reply to defendant's motion to dismiss indictment, and the Court shall accept for filing, and deem as filed, the government's sur-reply to defendant's motion to dismiss indictment that is attached to the government's ex parte application for leave to file a sur-reply to the motion to dismiss indictment, as well as the exhibits attached thereto.

_____          _____
DATE                                     HONORABLE STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
CATHERINE AHN
Assistant United States Attorney