# Exhibit 2



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Scott Paetty*
*Phone: (213) 894-6527*
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

<u>**BY EMAIL**</u>

April 26, 2021

Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond
Diamond and Associates
1200 Wilshire Boulevard Suite 406
Los Angeles, CA 90017

John Lewis Littrell
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz
Hanusz Law, PC
800 Wilshire Blvd, Ste 1050
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian
Tahmazian Law Firm, P.C.
1518 West Glenoaks Boulevard
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman
Werksman Jackson & Quinn LLP
888 West Sixth Street, 4th Floor
Los Angeles, California 90017

*Counsel for Edvard Paronyan*

Peter Johnson
Peter Johnson Law
409 North Pacific Coast Hwy, 651
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

**Gov't. Exhibit 2 - Page 1 of 3**

RE: United States v. Ayvazyan et. al
April 26, 2021
Page 2

      Re:    United States v. Ayvazyan et. al,
              No. CR 2:20-cr-00579(A)-SVW

Dear Counsel:

We write to inform you about additional information we learned about late last week relating to a search executed in December 2020 at defendant Manuk Grigoryan's residence, located at 10537 Dora Street, Sun Valley, California, 91352. The search was conducted pursuant to a California state search warrant obtained by the Los Angeles Police Department (LAPD) on December 17, 2020.

Specifically, on April 20, 2021, the Internal Revenue Service, Criminal Investigation (IRS-CI), received information from LAPD about a search of defendant Grigoryan's residence that was conducted on December 17, 2020, in connection with an arrest of defendant Grigoryan on that date. On April 22, 2021, IRS-CI obtained a copy of the underlying California state search warrant as well as photocopies of some of the documents and photographs of evidence seized by LAPD pursuant to the search. IRS-CI provided a copy of the state search warrant to us, a copy of which we are producing along with this letter and pursuant to the Court's protective order (see CR 92). In informing us about the search of defendant Grigoryan's residence, IRS-CI described to us the contents of some of the documents and evidence obtained during the search but did not provide us with a copy of any of the documents or photographs of evidence. We have arranged for the filter team to produce to you, pursuant to the Court's protective order, a copy of the documents and photographs of evidence obtained from LAPD. We will not be reviewing these documents and photographs and will not be using them in the government's case-in-chief in this matter. As far as we are aware, these documents and photographs in the possession of IRS-CI include only a portion of the items seized by the state and do not include all of the items seized.

The state search warrant enclosed with this letter is Bates-stamped DOJ_PROD_0000160614 – DOJ_PROD_0000160624 and is password-protected. We will send you the password to access the PDF document by separate correspondence. The filter team will separately be providing you with copies of the materials IRS-CI obtained from LAPD.

//

//

//

RE: <u>United States v. Ayvazyan et. al</u>
April 26, 2021
Page 3


Please let us know if you have any questions.

Very truly yours,

*[signature]*

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section

*[signature]*

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure