Meghan Newcomer
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CR-00579 (SVW) |
| v. | |
| RICHARD AYVAZYAN, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Newcomer, Meghan          of     STEPTOE & JOHNSON LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     1114 Avenue of the Americas
                                 New York, NY 10036

(212) 506-3900     (212) 506-3950
*Telephone Number*   *Fax Number*

mnewcomer@steptoe.com
*E-Mail Address*                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Richard Ayvazyan

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Ram, Ashwin J.                  of     STEPTOE & JOHNSON LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     633 W. Fifth St., Suite 1900
                                 Los Angeles, CA 90071

277513          (213) 439-9443     (213) 439-9599
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

aram@steptoe.com
*E-Mail Address*                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                 **U.S. District Judge/U.S. Magistrate Judge**