TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/2424/3819
     Facsimile: (213) 894-6269/0141
     E-mail:   Scott.Paetty@usdoj.gov
               Catherine.S.Ahn@usdoj.gov
               Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue NW, 3rd Floor
     Washington, DC 20530
     Telephone: (202) 320-0539
     Facsimile: (202) 514-0152
     E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY TO MOTION TO DISMISS INDICTMENT FOR PROSECUTORIAL MISCONDUCT (ECF 289) |
| v. | |
| RICHARD AYVAZYAN, aka "Richard Avazian" and "Iuliia Zhadko," MARIETTA TERABELIAN, aka "Marietta Abelian" and "Viktoria Kauichko," ARTUR AYVAZYAN, aka "Arthur Ayvazyan," and TAMARA DADYAN, MANUK GRIGORYAN, aka "Mike Grigoryan," and | [331] |

|   |   |
|---|---|
| 1 | "Anton Kudiumov," |
| | ARMAN HAYRAPETYAN, |
| 2 | EDVARD PARONYAN, |
| |    aka "Edvard Paronian" and |
| 3 |       "Edward Paronyan," and |
| | VAHE DADYAN, |
| 4 | |
| |       Defendants. |
| 5 | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's unopposed *ex parte* application for leave to file a sur-reply to the motion to dismiss the indictment for prosecutorial misconduct is GRANTED. The government may file a sur-reply to defendant's motion to dismiss indictment, and the Court shall accept for filing, and deem as filed, the government's sur-reply to defendant's motion to dismiss indictment that is attached to the government's *ex parte* application for leave to file a sur-reply to the motion to dismiss indictment, as well as the exhibits attached thereto.

May 13, 2021
DATE

/s/ Stephen V. Wilson
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
CATHERINE AHN
Assistant United States Attorney