Meghan Newcomer
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>RICHARD AYVAZYAN, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-CR-00579 (SVW)<br><br>~~[PROPOSED]~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [332] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Newcomer, Meghan                            of   STEPTOE & JOHNSON LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         1114 Avenue of the Americas
(212) 506-3900          (212) 506-3950              New York, NY 10036
*Telephone Number*      *Fax Number*
mnewcomer@steptoe.com
*E-Mail Address*                             *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Richard Ayvazyan

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Ram, Ashwin J.                              of   STEPTOE & JOHNSON LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         633 W. Fifth St., Suite 1900
277513         (213) 439-9443       (213) 439-9599   Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
aram@steptoe.com
*E-Mail Address*                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   May 14, 2021                              /s/ Stephen K. Wilson
                                                  U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~[PROPOSED]~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1