Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT MOTION FOR A *KASTIGAR* HEARING, TO DISQUALIFY THE PROSECUTION TEAM, AND TO DISMISS**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:  June 14, 2021<br>Requested Hearing Date: June 7, 2021<br>Time:                          11:00 a.m. |

# [PROPOSED] ORDER

This Court, having considered Defendants Richard Ayvazyan and Marietta Terabelian's Joint Motion for a *Kastigar* Hearing, To Disqualify the Prosecution Team, and To Dismiss, hereby GRANTS the motion and ORDERS the following relief:

- ☐ A *Kastigar* hearing is ordered to commence on June __, 2021 at 11:00 a.m. The government is ordered to produce all related discovery at least seven days before that date.
- ☐ The prosecution team is disqualified.
- ☐ The indictment and superseding indictment are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge