Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANTS RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT MOTION FOR A *KASTIGAR* HEARING, TO DISQUALIFY THE PROSECUTION TEAM, AND TO DISMISS**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   June 14, 2021<br>Requested Hearing Date: June 7, 2021<br>Time:                              11:00 a.m. |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. A true and correct copy of the May 7, 2021 letter from counsel for Defendant Richard Ayvazyan to the government seeking discovery on evidence tainted by coerced statements is attached as **Exhibit A**.

3. A true and correct copy of the May 17, 2021 email from the government to counsel for Defendant Richard Ayvazyan in response to counsel's aforementioned May 7, 2021 letter is attached as **Exhibit B**.

4. A true and correct copy of a Federal Bureau of Investigation Electronic Communication, dated June 16, 2020, produced by the government as DOJ_PROD_0000151831, and redacted in compliance with the Local Rules, is attached as **Exhibit C**.

5. A true and correct copy of a Federal Bureau of Investigation FD-302, dated November 16, 2020 and produced by the government as DOJ_PROD_0000153418 and DOJ_PROD_0000153419, is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on May 17, 2021.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

1

DECLARATION OF A. RAM IN SUPPORT OF MOTION FOR *KASTIGAR* HEARING, DISQUALIFICATION, AND DISMISSAL