# EXHIBIT B

| | |
|---|---|
| **From:** | Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov> |
| **Sent:** | Monday, May 17, 2021 8:57 AM |
| **To:** | Silverman, Nicholas |
| **Cc:** | Ram, Ashwin; Keough, Michael; Paetty, Scott (USACAC); Ahn, Catherine S. (USACAC) |
| **Subject:** | RE: United States v. Ayvazyan, No. 20-cr-579 (C.D. Cal.) |

Nicholas,

We're in receipt of your May 7 letters.

With respect to your letter relating to the recently-filed state criminal case, our response is set forth in the sur-reply we filed on May 12, 2021 (ECF 331).

With respect to your letter relating to <u>Kastigar</u>, we disagree that it applies here.


Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Friday, May 7, 2021 6:05 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>
**Subject:** United States v. Ayvazyan, No. 20-cr-579 (C.D. Cal.)

Dear Counsel,

Please see the attached letters regarding discovery and the taint of the unlawfully compelled evidence from the Miami airport stop.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com



| | |
|---|---|
| +1 202 429 8096 direct | Steptoe & Johnson LLP |
| +1 617 595 6559 mobile | 1330 Connecticut Avenue, NW |
| +1 202 429 3902 fax | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

2