# EXHIBIT C

29O-LA-3280255 Serial 1

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Guardian 652392_LA  **Date:** 06/16/2020

**From:** LOS ANGELES
　　　　LA-WCC-1 (SSA R. ALEXANDER )
　　**Contact:** ALEXANDER RICHARD, ▮▮▮▮▮

**Approved By:** ALEXANDER RICHARD

**Drafted By:** ALEXANDER RICHARD

**Case ID #:** 29O-LA-3280255     (U) Iulia Zhadko; T▮▮▮ P▮▮▮▮▮; V▮▮▮ A▮▮▮▮; PPP Loan Fraud

**Synopsis:** (U) Iulia Zhadko; T▮▮▮ P▮▮▮▮▮; V▮▮▮ A▮▮▮▮; PPP Loan Fraud

**Details:** Wells Fargo received notification from Celtic Bank that ACH credits related to
multiple loans and accounts were opened with fraudulent documentation including false identifications and business documents and submitted to receive PPP assistance related to the federal COVID-19 economic relief stimulus program.

♦♦

UNCLASSIFIED//LES