# EXHIBIT D

FD-302 (Rev. 5-8-10)

29O-LA-3280255 Serial 67
-1 of 1-

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/16/2020

Pursuant to a search warrant signed on November 12, 2020 by the Honorable Alka Sagar, Magistrate Judge, FBI Special Agents Justin Palmerton and Lynne Zellhart opened and searched the photographs on the below digital devices:

- One black iPhone 7, model number A1660, FCC ID ▮▮▮▮085A
- One silver iPhone, IMEI ▮▮▮▮▮▮▮▮7280
- One gray iPhone, IMEI ▮▮▮▮▮▮▮▮6966
- One yellow iPhone, IMEI ▮▮▮▮▮▮▮▮6016
- One mint green iPhone, IMEI ▮▮▮▮▮▮▮▮2051

No other media or applications on the digital devices were accessed or searched.

65 photographs were taken of photographs seen on the digital devices and are attached to this report as a 1A.

---

Investigation on  11/13/2020  at  Los Angeles, California, United States (In Person)

File #  29O-LA-3280255                                                          Date drafted  11/13/2020

by  Justin Palmerton

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000153418    PAGE 11
                                                                                                EXHIBIT D

```
                        UNCLASSIFIED
              Physical 1A/1C Cover Sheet for Serial Export


    Created From:           29O-LA-3280255
                            Serial 67
    Package:                1A57
    Stored Location:        None
    Summary:                (U) Photographs taken
                            during search
    Acquired By:            Justin Palmerton
    Acquired On:            2020-11-13
    Attachment:             (U) Photographs taken
                            during search
```