Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>      *Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DEFENDANT RICHARD AYVAZYAN'S NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR *KASTIGAR* MOTION TO BE HEARD ON SHORTENED TIME**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:    June 14, 2021<br>Requested Hearing Date:  June 7, 2021 |

## NOTICE OF *EX PARTE* APPLICATION FOR *KASTIGAR* MOTION TO BE HEARD ON SHORTENED TIME

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Richard Ayvazyan hereby applies to the Court for an order hearing Defendant's Motion for a *Kastigar* Hearing, To Disqualify the Prosecution Team, and To Dismiss (the "*Kastigar* Motion") on shortened time.

This application is based upon this notice, the application in support, the accompanying Declaration of Ashwin J. Ram, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   May 17, 2021                    Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

## **APPLICATION**

Under Local Rule 6-1, this Court "may set a shorter time" to hear motions before it.  As set forth in the accompanying declaration of Ashwin J. Ram, good cause exists to hear the Defendant's Motion for a *Kastigar* Hearing, To Disqualify the Prosecution Team, and To Dismiss (the "*Kastigar* Motion") on shortened time—specifically, at the pre-trial conference set for June 7, 2021.  As set forth in detail in the *Kastigar* Motion, because the Court found that the government compelled involuntary statements from defendant Ayvazyan and defendant Marietta Terabelian in violation of the Fifth Amendment, the government therefore bears the heavy burden of proving that neither its evidence nor its non-evidentiary activities are tainted by information directly or indirectly derived from those statements.  *See Kastigar v. United States*, 406 U.S. 441, 462 (1972); *United States v. Danielson*, 325 F.3d 1054, 1072 (9th Cir. 2003); *United States v. Benson*, No. 12-cr-00480, 2016 WL 215233, at *1, 4 (N.D. Cal. Jan. 19, 2016).

Hearing this motion prior to trial will promote judicial efficiency by allowing the Court to hold a *Kastigar* hearing in the week before trial, and in turn decide which evidence is admissible in light of the *Kastigar* Motion.  If these issues are not addressed at a hearing prior to trial, the government will have to prove that it has met its burden under *Kastigar* for each and every piece of evidence, including witness statements, before that evidence is admitted.  Such an approach will be burdensome for the Court, the jury, and the parties.  *See, e.g.*, *United States v. North*, 910 F.2d 843, 860-63, *on pet. for reh'g*, 920 F.2d 940 (D.C. Cir. 1990) ("A pre-trial hearing is the most common choice."); *United States v. Macchia*, 861 F. Supp. 182, 189 (E.D.N.Y. 1994) (stating "under normal circumstances a *Kastigar* hearing should be con-ducted before trial").

The government will not be prejudiced by hearing the motion on shortened time.  The timing of the government's opposition will not be affected.  All parties will benefit from having the Court address the *Kastigar* Motion (and hold a *Kastigar* hearing) prior

1

to the June 15 trial, which will promote the efficient presentation of admissible evidence (and will preserve the resources of the parties and the Court if trial cannot proceed because the government has failed to meet its burden under *Kastigar*).

## **CONCLUSION**

For the foregoing reasons, the Court should hear the Defendant's *Kastigar* Motion on shortened time.  The motion should be heard at the pre-trial conference on June 7, 2021.

Dated:  May 17, 2021                  Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

2