Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S *EX PARTE* APPLICATION FOR *KASTIGAR* MOTION TO BE HEARD ON SHORTENED TIME**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   June 14, 2021<br>Requested Hearing Date:  June 7, 2021 |

**[PROPOSED] ORDER**

This Court, having considered Defendant Richard Ayvazyan's *Ex Parte* Application for *Kastigar* Motion to Be Heard on Shortened Time, hereby GRANTS the application and ORDERS the following relief:

1. Defendant's Motion for a *Kastigar* Hearing, To Disqualify the Prosecution Team, and To Dismiss (the "*Kastigar* Motion") is set for hearing on Monday, June 7, 2021 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: May __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge

1
[PROPOSED] ORDER GRANTING APPLICATION FOR *KASTIGAR* MOTION TO BE HEARD ON SHORTENED TIME