Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> RICHARD AYVAZYAN, *et al.*, <br><br> *Defendants*. | Case No. 20-cr-579 (SVW) <br><br> **DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANT RICHARD AYVAZYAN'S *EX PARTE* APPLICATION FOR *KASTIGAR* MOTION TO BE HEARD ON SHORTENED TIME** <br><br> Hon. Stephen V. Wilson <br><br> Current Hearing Date: June 14, 2021 <br> Requested Hearing Date: June 7, 2021 |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. On May 17, 2021, Defendant Ayvazyan filed a Motion for a *Kastigar* Hearing, To Disqualify the Prosecution Team, and To Dismiss (the "*Kastigar* Motion"). As set forth in detail in the *Kastigar* Motion, because the Court found that the government compelled involuntary statements from defendant Ayvazyan and defendant Marietta Terabelian in violation of the Fifth Amendment, the government therefore bears the affirmative duty of proving that it has not and will not make either evidentiary or non-evidentiary use of the tainted information.

3. Good cause exists to hear this motion on shortened time at the pre-trial conference on June 7, 2021, the week before trial is set to begin on June 15, 2021. To the extent the case is not dismissed, hearing this motion prior to trial will promote judicial efficiency by allowing the Court to hold a *Kastigar* hearing in the week before trial, and in turn decide which evidence is admissible in light of the *Kastigar* Motion. If these issues are not addressed at a hearing prior to trial, the government will have to prove that it has met its burden under *Kastigar* for each and every piece of evidence, including statements from witnesses, before that evidence is admitted. Such an approach will be burdensome for the Court, the jury, and the parties.

4. This motion was not made for purposes of delay. On April 26, 2021, this Court issued its ruling that the government had compelled involuntary statements from Ayvazyan and Terabelian. After reviewing the extent of the governments now-tainted evidence in light of the April 26, 2021 ruling, counsel for Ayvazyan reviewed a subset of facially tainted evidence produced in discovery. Counsel then conferred with the government, sending a letter on May 7, 2021 inquiring about the government's exposure to taint and necessary discovery and relief. On Monday, May 17, 2021,

counsel for the government declined to provide a substantive response, stating only that it did not agree that *Kastigar* applied to the Fifth Amendment violation in this case. The Motion was filed that night.

5. The government will not be prejudiced by hearing the motion on shortened time. The timing of the government's opposition will not be affected. All parties will benefit from having the Court address the *Kastigar* Motion (and hold a *Kastigar* hearing) prior to the June 15 trial, which will promote the efficient presentation of admissible evidence (and will preserve the resources of the parties and the Court if trial cannot proceed because the government has failed to meet its burden under *Kastigar*).

6. Prior to filing this *ex parte* application, counsel for Ayvazyan notified the government and asked whether it opposes the request. The government stated that it opposes the request.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on May 17, 2021.

Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*