John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Attorneys for Defendant MARIETTA TERABELIAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN, *et al.*,<br><br>   Defendants. | Case No. 2:20-cr-579-SVW<br><br>Hon. Stephen V. Wilson<br><br>**DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF AYVAZYAN & TERABELIAN'S JOINT MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS**<br><br><u>Hearing Information:</u><br>Date: June 7, 2021<br>Time: 11:00 a.m.<br><br>Trial Date: June 15, 2021 |

I, Ryan V. Fraser, declare as follows:

1. I am an attorney admitted to practice in the State of California, and an attorney at the law firm of Bienert Katzman Littrell Williams, LLP, attorneys for defendant Marietta Terabelian in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of Richard Ayvazyan and Marietta Terabelian's Joint Motion *In Limine* to Exclude Evidence of Prior Convictions.

2. A true and correct copy of a two-page PDF letter I received from counsel for Richard Ayvazyan is referenced in the Motion as **Exhibit "A."** This constitutes the government's May 10, 2021, letter to counsel for Richard Ayvazyan giving notice of the government's intention to introduce evidence at trial of his prior convictions.

3. A true and correct copy of a two-page PDF letter I received via email from government counsel is referenced in the Motion as **Exhibit "B."** This constitutes the government's May 10, 2021, letter to counsel for Marietta Terabelian giving notice of the government's intention to introduce evidence at trial of her prior conviction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of May, 2021, at Glendale, California.

                                                 */s/ Ryan V. Fraser*
                                                 Declarant

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 601 W. 6th Street, Suite 720, Los Angeles, CA 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF AYVAZYAN & TERABELIAN'S JOINT MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS** on all interested parties as follows:

**[X]   BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2021 at Los Angeles, California.

*/s/ Elizabeth Garcia*
Elizabeth Garcia