# EXHIBIT B



# United States Department of Justice

### United States Attorney's Office
### Central District of California

---

*Scott Paetty / Christopher Fenton*  
Phone:      (213) 894-6527 / (202) 320-0539  
Facsimile:  (213) 894-6269  
E-mail:     spaetty@usdoj.gov /  
            christopher.fenton@usdoj.gov  

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California  90012*

May 10, 2021

<u>**VIA EMAIL**</u>

David D. Diamond  
Diamond and Associates  
1200 Wilshire Boulevard Suite 406  
Los Angeles, CA 90017  
diamond@dba-law.com  

John Lewis Littrell  
Ryan Vaughan Fraser  
Bienert Katzman Littrell Williams LLP  
903 Calle Amanecer, Suite 350  
San Clemente, CA 92673  
jlittrell@bklwlaw.com  
rfraser@bklwlaw.com  

      Re:    <u>United States v. Terabelian et al.</u>  
               LA CR No. 20-00579-SVW  
               Rule 404(b) Notice  

Dear Counsel:

      This letter is to provide notice of the government's intent to introduce certain evidence of your client Marietta Terabelian's ("defendant") "crimes, wrongs, or other acts" on the theory that the evidence is admissible to prove identity, motive, opportunity, intent, preparation, plan, knowledge, absence of mistake, or lack of accident.  <u>See</u> Fed. R. Evid. 404(b)(2).  Specifically, the government intends to introduce evidence of the following:

- Defendant's prior conviction for conspiracy to commit bank fraud in violation of 18 U.S.C. § 371, as specified in the Plea Agreement and Judgment and Commitment Order, Dkt. 55, 90, in <u>United States v. Marietta Terabelian</u>, SA CR No. 11-180-CJC (the "2012 Bank Fraud Case").

      In the 2012 Bank Fraud Case, defendant admitted to, <u>inter alia</u>, conspiring with her co-defendant to commit bank fraud against multiple banks by submitting false documentation to substantiate false income and obtain loans and lines of credit she and her co-conspirator would not have qualified for based on their actual income.  Defendant's prior conviction involved her using a similar modus operandi as here to commit bank fraud.  Specifically, defendant and her

Scott Paetty / Christopher Fenton
<u>United States v. Ayvazyan et al.</u>, CR No. 20-00579(A)-SVW
May 10, 2021
Page 2

husband, Richard Ayvazyan, also a co-defendant in this case, victimized federally-insured banks by submitting fabricated income and tax records in support of fraudulent loan applications. Therefore, the government believes that the evidence is admissible under Rule 404(b)(2) of the Federal Rules of Evidence.

The government reserves the right to supplement this notice in response to any argument or defense that defendant presents at trial.

Should you have any questions regarding the foregoing, please do not hesitate to call.

Very truly yours,


Scott Paetty
Assistant United States Attorney
Major Frauds Section

Christopher Fenton
Trial Attorney
Fraud Section, Department of Justice