**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of United States v. Ayvazyan, et. al, CR No. 20-579(A)-SVW. I make this declaration in support of the government's ex parte application for reconsideration of scheduling order setting a Kastigar hearing (ECF 341).

2. On May 17, 2021, defendants Richard Ayvazyan and Marietta Terabelian filed a motion seeking a Kastigar hearing disqualification of the prosecution team, and dismissal (ECF 338) and an ex parte application to be heard on shortened time (ECF 339). The next day, on May 18, 2021, the Court issued a scheduling notice setting a Kastigar hearing for May 26, 2021 and ordering the government to file a declaration responsive to the dictates of Kastigar by May 24, 2021 (ECF 341). The government did not have an opportunity to respond to either of the motions filed by defense.

3. On May 19, 2021, the government asked defense counsel if they opposed the filing of the government's ex parte application, and counsel for defendant Ayvazyan responded that he opposed. As of the time of this filing, counsel for defendant Terabelian has not yet responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 19, 2021.

_____
CATHERINE AHN