Thomas A. Mesereau Jr.,
Mesereau Law Group P.C.
10100 Santa Monica Blvd. Suite 300
Los Angeles, CA 90067
310-651-9960
mesereau@mesereaulaw.com

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Rd, Suite 216
Glendale, CA 91208
424-902-9280
wirschinglaw@outlook.com

Counsel for Artur Ayvazyan

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Ave, Suite 1970
Glendale, CA 91203
fgminassian@yahoo.com

Counsel for Tamara Dadyan

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTUR AYVAZYAN <br> TAMARA DADYAN <br><br> Defendant. | Case No. 20CR-00579-SVW <br><br> **ARTUR AYVAZYAN AND TAMARA DADYAN'S JOINDER IN RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S MOTION FOR A *KASTIGAR* HEARING, TO DISQUALIFY THE PROSECUTION TEAM, AND TO DISMISS (DKT. NO. 338)** |

## JOINDER

Artur Ayvazyan and Tamara Dadyan, by and through counsel, hereby join in Richard Ayvazyan and Marietta Terabelian's Motion for a *Kastigar* Hearing, to Disqualify the Prosecution Team, and to Dismiss. Dkt. No. 338. Artur

Ayvazyan and Tamara Dadyan were initially charged in this matter by Complaint on November 3, 2020, nearly a month after law enforcement officials compelled involuntary testimony from Mr. Richard Ayvazyan and Ms. Terabelian, and obtained access to their digital devices in violation of the Fifth Amendment. Dkt. No. 1 Set in a similar position to Manuk Girgorian as stated above, Artur Ayvazyan and Tamara Dadyan further incorporate the additional bases and arguments presented in Manuk Grigorian's Joinder. Dkt. 346.

Dated: May 19, 2021                    Respectfully submitted,

                                       */s/ Jennifer J. Wirsching*
                                       Jennifer J. Wirsching
                                       Counsel for Artur Ayvazyan