UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:20-cr-00579-SVW | Date | May 21, 2021 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Maria Bustillos | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | | X | Ashwin Ram<br>Michael A. Keough<br>Megan Newcomer | X<br>X<br>X | | X<br>X<br>X |
| 2) Marietta Terabelian | | | X | John L. Littrell<br>Ryan Fraser | X<br>X | | X<br>X |
| 3) Artur Ayvazyan | | | X | Jennifer J. Wirsching | X | | X |
| 4) Tamara Dadyan | | | X | Fred G. Minassian | X | | X |
| 5) Manuk Grigoryan | | | X | John Hanusz | X | | X |
| 6) Arman Hayrapetyan | | X | | Jilbert Tahmazian | X | | X |
| 7) Edvard Paronyan | | | X | Michael Freedman | X | | X |
| 8) Vahe Dadyan | | | X | Peter Johnson | X | | X |

**Proceedings:**   VIDEO STATUS CONFERENCE

Case called.  Attorneys state their appearances.  All appearances, including the Court, are made via zoom.

Court and counsel confer.  The government is ordered to promptly respond to to Defendant Hayrapetyan's Motion for Second Review/Reconsideration of Order Setting Conditions of Release/Detention [355].

The Court orders that all proposed jury instructions be submitted no later than May 27, 2021.  The Government is ordered to file the excerpts of the indictment that it will read to the jury panel no later than May 27, 2021.

| | 1 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | PMC | |

cc:  USPO
     USM
     PSLA