| | |
|---|---|
| Ashwin J. Ram (SBN 227513)<br>aram@steptoe.com<br>Michael A. Keough (SBN 327037)<br>mkeough@steptoe.com<br>Meghan L. Newcomer (*pro hac vice*)<br>mnewcomer@steptoe.com<br>Nicholas P. Silverman (*pro hac vice*)<br>nsilverman@steptoe.com<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>*Counsel for Defendant Richard Ayvazyan*<br><br>Fred G. Minassian (SBN 170974)<br>fgminassian@yahoo.com<br>**LAW OFFICES OF FRED G. MINASSIAN, INC.**<br>101 N. Brand Ave, Suite 1970<br>Glendale, CA 91203<br>Telephone: (818) 240-2444<br><br>*Counsel for Defendant Tamara Dadyan* | John L. Littrell (SBN 221601)<br>jlittrell@bklwlaw.com<br>Ryan V. Fraser (SBN 272196)<br>rfraser@bklwlaw.com<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (213) 528-3400<br>Facsimile: (949) 369-3701<br><br>*Counsel for Defendant Marietta Terabelian*<br><br>Thomas A. Mesereau Jr. (SBN 91182)<br>mesereau@mesereaulaw.com<br>**MESEREAU LAW GROUP, P.C.**<br>10100 Santa Monica Blvd., Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 651-9960<br><br>Jennifer J. Wirsching (SBN 263141)<br>wirschinglaw@outlook.com<br>**ATTORNEY AT LAW**<br>1935 Alpha Rd, Suite 216<br>Glendale, CA 91208<br>Telephone: (424) 902-9280<br><br>*Counsel for Defendant Artur Ayvazyan* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM UNDER SEAL**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   June 21, 2021<br>Requested Hearing Date: June 14, 2021<br>Time:                                11:00 a.m. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the defendants hereby apply to the Court for an order permitting Exhibits A, B, C, and D to the following document to be filed under seal:

**DECLARATION OF ASHWIN J. RAM
IN SUPPORT OF MOTION TO EXCLUDE DIGITAL DEVICE FILES**

The aforementioned exhibits are pleadings that remain under seal upon motion of the government. The defendants therefore apply for the aforementioned exhibits to be filed under seal until such time as the underlying pleadings are unsealed.

Dated:  May 24, 2021            Respectfully submitted,

                                **STEPTOE & JOHNSON LLP**

                                */s/ Ashwin J. Ram*
                                Ashwin J. Ram (SBN 227513)
                                *aram@steptoe.com*
                                Michael A. Keough (SBN 327037)
                                *mkeough@steptoe.com*
                                Meghan L. Newcomer (*pro hac vice*)
                                *mnewcomer@steptoe.com*
                                Nicholas P. Silverman (*pro hac vice*)
                                *nsilverman@steptoe.com*
                                **STEPTOE & JOHNSON LLP**
                                633 West Fifth Street, Suite 1900
                                Los Angeles, CA 90071
                                Telephone: (213) 439-9400
                                Facsimile: (213) 439-9599

                                *Counsel for Defendant Richard Ayvazyan*

                                [SIGNATURES CONTINUE ON NEXT PAGE]

*/s/ John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

*/s/ Thomas A. Mesereau Jr.*
Thomas A. Mesereau Jr. (SBN 91182)
*mesereau@mesereaulaw.com*
**MESEREAU LAW GROUP, P.C.**
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 651-9960

Jennifer J. Wirsching (SBN 263141)
*wirschinglaw@outlook.com*
**ATTORNEY AT LAW**
1935 Alpha Rd, Suite 216
Glendale, CA 91208
Telephone: (424) 902-9280

*Counsel for Defendant Artur Ayvazyan*

*/s/ Fred G. Minassian*
Fred G. Minassian (SBN 170974)
*fgminassian@yahoo.com*
**LAW OFFICES OF FRED G. MINASSIAN, INC.**
101 N. Brand Ave, Suite 1970
Glendale, CA 91203
Telephone: (818) 240-2444

*Counsel for Defendant Tamara Dadyan*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.