| | |
|---|---|
| Ashwin J. Ram (SBN 227513)<br>aram@steptoe.com<br>Michael A. Keough (SBN 327037)<br>mkeough@steptoe.com<br>Meghan L. Newcomer (*pro hac vice*)<br>mnewcomer@steptoe.com<br>Nicholas P. Silverman (*pro hac vice*)<br>nsilverman@steptoe.com<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>*Counsel for Defendant Richard Ayvazyan*<br><br>Fred G. Minassian (SBN 170974)<br>fgminassian@yahoo.com<br>**LAW OFFICES OF FRED G. MINASSIAN, INC.**<br>101 N. Brand Ave, Suite 1970<br>Glendale, CA 91203<br>Telephone: (818) 240-2444<br><br>*Counsel for Defendant Tamara Dadyan* | John L. Littrell (SBN 221601)<br>jlittrell@bklwlaw.com<br>Ryan V. Fraser (SBN 272196)<br>rfraser@bklwlaw.com<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (213) 528-3400<br>Facsimile: (949) 369-3701<br><br>*Counsel for Defendant Marietta Terabelian*<br><br>Thomas A. Mesereau Jr. (SBN 91182)<br>mesereau@mesereaulaw.com<br>**MESEREAU LAW GROUP, P.C.**<br>10100 Santa Monica Blvd., Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 651-9960<br><br>Jennifer J. Wirsching (SBN 263141)<br>wirschinglaw@outlook.com<br>**ATTORNEY AT LAW**<br>1935 Alpha Rd, Suite 216<br>Glendale, CA 91208<br>Telephone: (424) 902-9280<br><br>*Counsel for Defendant Artur Ayvazyan* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>*et al.*,<br><br>　　　　*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM UNDER SEAL**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:　June 21, 2021<br>Requested Hearing Date:　June 14, 2021<br>Time:　　　　　　　　　11:00 a.m. |

**[PROPOSED] ORDER**

This Court, having considered defendants' Application for Leave to File Exhibits to Declaration of Ashwin J. Ram Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Exhibits A-D to the Declaration of Ashwin J. Ram in Support of Motion to Exclude Digital Device Files shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____, 2021     _____
The Honorable Stephen V. Wilson
United States District Judge