| | |
|---|---|
| Ashwin J. Ram (SBN 227513) <br> *aram@steptoe.com* <br> Michael A. Keough (SBN 327037) <br> *mkeough@steptoe.com* <br> Meghan L. Newcomer (*pro hac vice*) <br> *mnewcomer@steptoe.com* <br> Nicholas P. Silverman (*pro hac vice*) <br> *nsilverman@steptoe.com* <br> **STEPTOE & JOHNSON LLP** <br> 633 West Fifth Street, Suite 1900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 439-9400 <br> Facsimile: (213) 439-9599 <br><br> *Counsel for Defendant Richard Ayvazyan* <br><br> Fred G. Minassian (SBN 170974) <br> *fgminassian@yahoo.com* <br> **LAW OFFICES OF FRED G. MINASSIAN, INC.** <br> 101 N. Brand Ave, Suite 1970 <br> Glendale, CA 91203 <br> Telephone: (818) 240-2444 <br><br> *Counsel for Defendant Tamara Dadyan* | John L. Littrell (SBN 221601) <br> *jlittrell@bklwlaw.com* <br> Ryan V. Fraser (SBN 272196) <br> *rfraser@bklwlaw.com* <br> **BIENERT KATZMAN LITTRELL WILLIAMS, LLP** <br> 601 W. 5th Street, Suite 720 <br> Los Angeles, CA 90071 <br> Telephone: (213) 528-3400 <br> Facsimile: (949) 369-3701 <br><br> *Counsel for Defendant Marietta Terabelian* <br><br> Thomas A. Mesereau Jr. (SBN 91182) <br> *mesereau@mesereaulaw.com* <br> **MESEREAU LAW GROUP, P.C.** <br> 10100 Santa Monica Blvd., Suite 300 <br> Los Angeles, CA 90067 <br> Telephone: (310) 651-9960 <br><br> Jennifer J. Wirsching (SBN 263141) <br> *wirschinglaw@outlook.com* <br> **ATTORNEY AT LAW** <br> 1935 Alpha Rd, Suite 216 <br> Glendale, CA 91208 <br> Telephone: (424) 902-9280 <br><br> *Counsel for Defendant Artur Ayvazyan* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> RICHARD AYVAZYAN, <br> MARIETTA TERABELIAN, <br> ARTUR AYVAZYAN, <br> TAMARA DADYAN, <br> *et al.,* <br><br> *Defendants.* | Case No.  20-cr-579 (SVW) <br><br> **[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE DIGITAL DEVICE FILES FROM DEVICES OBTAINED ON NOVEMBER 5, 2020** <br><br> Hon. Stephen V. Wilson <br><br> Current Hearing Date:  June 21, 2021 <br> Requested Hearing Date: June 14, 2021 <br> Time:                                11:00 a.m. |

# [PROPOSED] ORDER

This Court, having considered Defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, and Tamara Dadyan's Motion to Exclude Digital Device Files from Devices Obtained on November 5, 2020, hereby GRANTS the motion and ORDERS the following relief:

1. The government is prohibited from offering evidence from digital devices obtained during its November 5, 2020 execution of search warrants.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge