| | |
|---|---|
| Ashwin J. Ram (SBN 227513)<br>*aram@steptoe.com*<br>Michael A. Keough (SBN 327037)<br>*mkeough@steptoe.com*<br>Meghan L. Newcomer (*pro hac vice*)<br>*mnewcomer@steptoe.com*<br>Nicholas P. Silverman (*pro hac vice*)<br>*nsilverman@steptoe.com*<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>*Counsel for Defendant Richard Ayvazyan*<br><br>Fred G. Minassian (SBN 170974)<br>*fgminassian@yahoo.com*<br>**LAW OFFICES OF FRED G. MINASSIAN, INC.**<br>101 N. Brand Ave, Suite 1970<br>Glendale, CA 91203<br>Telephone: (818) 240-2444<br><br>*Counsel for Defendant Tamara Dadyan* | John L. Littrell (SBN 221601)<br>*jlittrell@bklwlaw.com*<br>Ryan V. Fraser (SBN 272196)<br>*rfraser@bklwlaw.com*<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (213) 528-3400<br>Facsimile: (949) 369-3701<br><br>*Counsel for Defendant Marietta Terabelian*<br><br>Thomas A. Mesereau Jr. (SBN 91182)<br>*mesereau@mesereaulaw.com*<br>**MESEREAU LAW GROUP, P.C.**<br>10100 Santa Monica Blvd., Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 651-9960<br><br>Jennifer J. Wirsching (SBN 263141)<br>*wirschinglaw@outlook.com*<br>**ATTORNEY AT LAW**<br>1935 Alpha Rd, Suite 216<br>Glendale, CA 91208<br>Telephone: (424) 902-9280<br><br>*Counsel for Defendant Artur Ayvazyan* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>*et al.*,<br><br>    *Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF MOTION TO EXCLUDE DIGITAL DEVICE FILES**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date: June 21, 2021<br>Requested Hearing Date: June 14, 2021<br>Time: 11:00 a.m. |

DECLARATION OF ASHWIN J. RAM

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. A true and correct copy of the search warrant for the November 5, 2020 search of Richard Ayvayzan and Marietta Terabelian's home, produced in discovery as DOJ_PROD_0000002626, is attached hereto as **Exhibit A**.

3. A true and correct copy of the search warrant for the November 5, 2020 search of Artur Ayvayzan and Tamara Dadyan's home, produced in discovery as DOJ_PROD_0000002894, is attached hereto as **Exhibit B**.

4. A true and correct copy of the government's *ex parte* application for an extension of time is attached hereto as **Exhibit C**. This document was produced in discovery on May 13, 2021 as DOJ_PROD_0000162873.

5. A true and correct copy of the government's *ex parte* application to seal its extension request is attached hereto as **Exhibit D**. This document was produced in discovery on May 13, 2021 as DOJ_PROD_0000162894.

6. True and correct copies of three FD-302 memoranda from the FBI, produced in discovery as DOJ_PROD_0000153655, DOJ_PROD_0000153807, and DOJ_PROD_0000153808, are attached hereto as **Exhibit E**. The documents have been redacted in compliance with electronic filing rules.

7. A true and correct copy of the government's February 1, 2021 discovery production cover letter is attached hereto as **Exhibit F**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on May 24, 2021.

Respectfully submitted,
/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

1
DECLARATION OF ASHWIN J. RAM