# EXHIBIT E

29O-LA-3280255 Serial 94

-1 of 1-

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/04/2021

A CART technical request, Submission ID (SUID) 238582, was submitted requesting discovery copies to the defense for evidence items 1B4, 1B5, 1B95, 1B123, 1B124, 1B125, and 1B126. Special Agent (SA) Ryan Kielman received a bitlocker encrypted Western Digital 2.0TB hard drive (S/N: ▮▮▮▮▮▮▮▮) from SA Palmerton on 12/16/2020. SA Kielman received authorization from SA Palmerton on 12/17/2020 to forensically wipe and format the hard drive per CART procedures.

SA Kielman wiped the hard drive and copied evidence items 1B4, 1B5, 1B95, 1B123, 1B124, 1B125, and 1B126 to the hard drive designated as DELA1-RK. Images were verified by matching SHA256 or MD5 hash.

SA Kielman released the hard drive to SA Palmerton on 12/21/2020.

The CART request is completed.

Investigation on   12/21/2020   at   Los Angeles, California, United States (In Person)

File #   29O-LA-3280255                                                        Date drafted   12/28/2020

by   KIELMAN RYAN W

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000153655

29O-LA-3280255 Serial 101
- 1 of 1 -

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     01/12/2021

A CART technical request, Submission ID (SUID) 239017, was submitted requesting discovery copies to the defense for evidence items 1B40, 1B41 (QLA1B41_2-ET & QLA1B41_3-ET), 1B75, 1B77, 1B121, and 1B122. Special Agent (SA) Ryan Kielman received a bitlocker encrypted Seagate Backup Plus Portable Drive hard drive, Bar Code ▮▮▮▮ (S/N: ▮▮▮▮) from SA Palmerton on 01/04/2021. SA Kielman forensically wiped and formatted the hard drive per CART procedures.

SA Kielman copied evidence items 1B40, 1B41 (QLA1B41_2-ET & QLA1B41_3-ET), 1B75, 1B77, 1B121, and 1B122 to the hard drive designated as DELA2-RK. Images were verified by matching MD5 hash.

SA Kielman released DELA2-RK to SA Palmerton on 01/07/2020.

The CART request is completed.

Investigation on  01/07/2021  at  Los Angeles, California, United States (In Person)

File #  29O-LA-3280255                                           Date drafted  01/12/2021

by  KIELMAN RYAN W

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000153807

FD-302 (Rev. 5-8-10)

29O-LA-3280255 Serial 102
-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/12/2021

A CART technical request, Submission ID (SUID) 239018, requested a working copy be provided to DOJ main for taint review for evidence items 1B4, 1B5, 1B95, 1B123, 1B124, 1B125, and 1B126. Special Agent (SA) Ryan Kielman received a WD My Passport Ultra (S/N:      ) from SA Palmerton on 01/04/2021 and forensically wiped and formatted the hard drive per CART procedures. SA Kielman received a written request from AUSA Julian Andre requesting the working copy for the purposes of DOJ taint review on 1/11/2021.

SA Kielman copied evidence items 1B4, 1B5, 1B95, 1B123, 1B124, 1B125, and 1B126 to the hard drive designated as DELA3-RK. Images were verified by matching MD5 hash.

SA Kielman released DELA3-RK to SA Palmerton on 01/07/2020.

The CART request is completed.

| | |
|---|---|
| Investigation on  01/11/2021  at Los Angeles, California, United States (In Person) | |
| File #  29O-LA-3280255 | Date drafted  01/12/2021 |
| by  KIELMAN RYAN W | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                 DOJ_PROD_0000153808