# EXHIBIT F



**United States Department of Justice**

**United States Attorney's Office**
**Central District of California**

*Julian L. André*
*Phone: (213) 894-6683*
*E-mail: Julian.L.Andre@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

February 1, 2021

Ashwin J. Ram *(w/o enclosures)*
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

HBR HLS / Steptoe & Johnson LLP *(w/ enclosure)*
c/o LexisNexis Data Center Dock
Alex Ashton
Managed Technology Services
601 Benjamin Drive
Springfield, OH 45502

*Counsel for Richard Ayvazyan*

David D. Diamond *(w/o enclosures)*
Diamond and Associates
1200 Wilshire Boulevard Suite 406
Los Angeles, CA 90017

John Lewis Littrell *(w/o enclosures)*
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr. *(w/o enclosures)*
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching *(w/o enclosures)*
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 92108

*Counsel for Artur Ayvazyan*

Fred G. Minassian *(w/o enclosures)*
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

Re: United States v. Ayvazyan et. al,
No. CR 2:20-cr-00579-SVW

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (see CR 92), enclosed please find an external hard-drive containing forensic copies of the following digital devices seized in connection with the government's investigation:

1. One Blue/Black AT&T Flip Phone, seized from 17450 Weddington St.
2. One Black Glossy AT&T Flip Phone, seized from 17450 Weddington St.
3. One Blue/Black AT&T Flip Phone, seized from 17450 Weddington St.
4. One Grey Samsung Verizon Flip Phone, seized from 17450 Weddington St.
5. One Samsung cell phone, seized from 17450 Weddington St.
6. One Samsung cell phone, seized from 17450 Weddington St.
7. One black iPhone, seized from 17450 Weddington St.
8. One black iPhone, seized from 17450 Weddington St.
9. One black iPhone, seized from 17450 Weddington St.
10. One black iPhone, seized from 4910 Topeka Ave.
11. One Vertu Phone, seized from 4910 Topeka Ave.
12. One black iPhone, seized from 4910 Topeka Ave.
13. One teal iPhone, seized from 4910 Topeka Ave.
14. One Navy Blue iPhone, seized from 4910 Topeka Ave.
15. One light green iPhone, seized from 4910 Topeka Ave.
16. One white iPhone, seized from 4910 Topeka Ave.
17. One black iPhone, seized from 4910 Topeka Ave.
18. One cell phone, seized from 17450 Weddington St.
19. One Samsung Tablet, seized from 17450 Weddington St.
20. Two flash drives, seized from 17450 Weddington St.

Copies of these digital devices are being provided to all four defendants in this case based on your December 11, 2020, joint-letter stating that "each defendant provides a limited consent that their electronic data may be shared with the other three defendants currently in the case for the purposes of their defense in this case." Please let us know immediately if you have any difficulties accessing the copies of the digital devices.

Additionally, the FBI is working diligently to image the remaining digital devices that were seized in connection with this investigation. We will produce copies to you on a rolling basis as soon as copies of the devices are available. However, please note that many of the remaining digital devices are encrypted, damaged, or are otherwise inaccessible at this time. It will take the FBI longer to access any encrypted or damaged digital devices and produce forensic copies of those devices to the defense.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

///

///

///

Please let me know if you have any questions.

Very truly yours,

JULIAN L. ANDRÉ
Assistant United States Attorney
Major Frauds Section

cc: Christopher Fenton, Department of Justice Trial Attorney

Enclosure