Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

Fred G. Minassian (SBN 170974)
fgminassian@yahoo.com
**LAW OFFICES OF FRED G. MINASSIAN, INC.**
101 N. Brand Ave, Suite 1970
Glendale, CA 91203
Telephone: (818) 240-2444

*Counsel for Defendant Tamara Dadyan*

John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

Thomas A. Mesereau Jr. (SBN 91182)
mesereau@mesereaulaw.com
**MESEREAU LAW GROUP, P.C.**
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 651-9960

Jennifer J. Wirsching (SBN 263141)
wirschinglaw@outlook.com
**ATTORNEY AT LAW**
1935 Alpha Rd, Suite 216
Glendale, CA 91208
Telephone: (424) 902-9280

*Counsel for Defendant Artur Ayvazyan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　　　　v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>*et al.*,<br><br>　　　　　*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**JOINT NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:　June 21, 2021<br>Requested Hearing Date:　June 14, 2021<br>Time:　　　　　　　　　11:00 a.m. |

*EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME

## NOTICE OF *EX PARTE* APPLICATION FOR MOTION TO BE HEARD ON SHORTENED TIME

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, and Tamara Dadyan hereby apply to the Court for an order hearing Joint Motion to Exclude Digital Device Files from Devices Obtained on November 5, 2020 on shortened time.

This application is based upon this notice, the application in support, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   May 24, 2021          Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

[SIGNATURES CONTINUE ON NEXT PAGE]

|   |   |
|---|---|
| 1 | */s/ John L. Littrell* |
| 2 | John L. Littrell (SBN 221601) |
|   | *jlittrell@bklwlaw.com* |
| 3 | Ryan V. Fraser (SBN 272196) |
| 4 | *rfraser@bklwlaw.com* |
|   | **BIENERT KATZMAN LITTRELL** |
| 5 | **WILLIAMS, LLP** |
| 6 | 601 W. 5th Street, Suite 720 |
|   | Los Angeles, CA 90071 |
| 7 | Telephone: (213) 528-3400 |
| 8 | Facsimile: (949) 369-3701 |
| 9 | *Counsel for Defendant Marietta Terabelian* |

*/s/ Thomas A. Mesereau Jr.*
Thomas A. Mesereau Jr. (SBN 91182)
*mesereau@mesereaulaw.com*
**MESEREAU LAW GROUP, P.C.**
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 651-9960

Jennifer J. Wirsching (SBN 263141)
*wirschinglaw@outlook.com*
**ATTORNEY AT LAW**
1935 Alpha Rd, Suite 216
Glendale, CA 91208
Telephone: (424) 902-9280

*Counsel for Defendant Artur Ayvazyan*

*/s/ Fred G. Minassian*
Fred G. Minassian (SBN 170974)
*fgminassian@yahoo.com*
**LAW OFFICES OF FRED G. MINASSIAN, INC.**
101 N. Brand Ave, Suite 1970
Glendale, CA 91203
Telephone: (818) 240-2444

*Counsel for Defendant Tamara Dadyan*

2
*EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE
FILES TO BE HEARD ON SHORTENED TIME

## APPLICATION

Under Local Rule 6-1, this Court "may set a shorter time" to hear motions before it. Good cause exists to hear the Joint Motion to Exclude Digital Device Files on shortened time—on or before June 14, 2021. As set forth in detail in the Motion, the government disclosed on Friday, May 21, 2021 that it has failed to comply with its obligations with respect to the off-site review of digital devices obtained pursuant to Warrants. The rules and Warrants permit the government only to temporarily seize digital devices for as long as it takes to complete a reasonable responsiveness review. Here, the government skipped the responsiveness review altogether and provided the raw, seized device data to the prosecution team. The prosecution team is currently sifting through unreviewed, unseized data and claims that it will decide what to use against the digital device owners, and *then* mark data as responsive and seize it. The government's conduct is the twenty-first century version of a general warrant.

Because this is a motion to exclude evidence, hearing this motion prior to trial will promote judicial efficiency by allowing the Court to decide what evidence is inadmissible prior to trial. The government will not be prejudiced by hearing the motion on shortened time. The timing of the government's opposition will not be affected.

## CONCLUSION

For the foregoing reasons, the Court should hear the Defendant's Motion to Exclude Digital Device Files on shortened time. The motion should be heard on or before June 14, 2021.

//
//
//
//
//

1

EX PARTE APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME

| | | |
|---|---|---|
| 1 | Dated: May 24, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | **STEPTOE & JOHNSON LLP** |
| 4 | | */s/ Ashwin J. Ram* |
| 5 | | Ashwin J. Ram (SBN 227513) |
| | | *aram@steptoe.com* |
| 6 | | Michael A. Keough (SBN 327037) |
| 7 | | *mkeough@steptoe.com* |
| | | Meghan L. Newcomer (*pro hac vice*) |
| 8 | | *mnewcomer@steptoe.com* |
| 9 | | Nicholas P. Silverman (*pro hac vice*) |
| | | *nsilverman@steptoe.com* |
| 10 | | **STEPTOE & JOHNSON LLP** |
| | | 633 West Fifth Street, Suite 1900 |
| 11 | | Los Angeles, CA 90071 |
| 12 | | Telephone: (213) 439-9400 |
| | | Facsimile: (213) 439-9599 |
| 13 | | |
| 14 | | *Counsel for Defendant Richard Ayvazyan* |
| 15 | | */s/ John L. Littrell* |
| 16 | | John L. Littrell (SBN 221601) |
| | | *jlittrell@bklwlaw.com* |
| 17 | | Ryan V. Fraser (SBN 272196) |
| 18 | | *rfraser@bklwlaw.com* |
| | | **BIENERT KATZMAN LITTRELL** |
| 19 | | **WILLIAMS, LLP** |
| 20 | | 601 W. 5th Street, Suite 720 |
| | | Los Angeles, CA 90071 |
| 21 | | Telephone: (213) 528-3400 |
| 22 | | Facsimile: (949) 369-3701 |
| 23 | | *Counsel for Defendant Marietta Terabelian* |
| 24 | | [SIGNATURES CONTINUE ON NEXT PAGE] |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

*EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME

|   |   |
|---|---|
| | /s/ Thomas A. Mesereau Jr. |
| | Thomas A. Mesereau Jr. (SBN 91182) |
| | mesereau@mesereaulaw.com |
| | **MESEREAU LAW GROUP, P.C.** |
| | 10100 Santa Monica Blvd., Suite 300 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 651-9960 |

Jennifer J. Wirsching (SBN 263141)
*wirschinglaw@outlook.com*
**ATTORNEY AT LAW**
1935 Alpha Rd, Suite 216
Glendale, CA 91208
Telephone: (424) 902-9280

*Counsel for Defendant Artur Ayvazyan*

/s/ Fred G. Minassian
Fred G. Minassian (SBN 170974)
*fgminassian@yahoo.com*
**LAW OFFICES OF FRED G. MINASSIAN, INC.**
101 N. Brand Ave, Suite 1970
Glendale, CA 91203
Telephone: (818) 240-2444

*Counsel for Defendant Tamara Dadyan*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3
*EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME