Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

Fred G. Minassian (SBN 170974)
fgminassian@yahoo.com
**LAW OFFICES OF FRED G. MINASSIAN, INC.**
101 N. Brand Ave, Suite 1970
Glendale, CA 91203
Telephone: (818) 240-2444

*Counsel for Defendant Tamara Dadyan*

John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

Thomas A. Mesereau Jr. (SBN 91182)
*mesereau@mesereaulaw.com*
**MESEREAU LAW GROUP, P.C.**
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 651-9960

Jennifer J. Wirsching (SBN 263141)
*wirschinglaw@outlook.com*
**ATTORNEY AT LAW**
1935 Alpha Rd, Suite 216
Glendale, CA 91208
Telephone: (424) 902-9280

*Counsel for Defendant Artur Ayvazyan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, *et al.,* <br><br> *Defendants.* | Case No.  20-cr-579 (SVW) <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME** <br><br> Hon. Stephen V. Wilson <br><br> Current Hearing Date:   June 21, 2021 <br> Requested Hearing Date:  June 14, 2021 <br> Time:                          11:00 a.m. |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME

**[PROPOSED] ORDER**

This Court, having considered Defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, and Tamara Dadyan's Application for Motion to Exclude Digital Devices to Be Heard on Shortened Time, hereby GRANTS the application and ORDERS the following relief:

1.     The government's opposition to the above-referenced motion is due May 31, 2021.

2.     The defendants' reply in support of the above-referenced motion is due June 7, 2021.

3.     Hearing on the above-referenced motion is set for Monday, June 14, 2021 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2021     _____

The Honorable Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR MOTION TO EXCLUDE DIGITAL DEVICE FILES TO BE HEARD ON SHORTENED TIME