# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>        v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>*et al.*,<br><br>        *Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION   OF ASHWIN J. RAM UNDER SEAL**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:   June 21, 2021<br>Requested Hearing Date:  June 14, 2021<br>Time:                         11:00 a.m. |

      This Court, having considered defendants' Application for Leave to File Exhibits to Declaration of Ashwin J. Ram Under Seal, hereby GRANTS the application and ORDERS the following relief:

      1.    Exhibits A-D to the Declaration of Ashwin J. Ram in Support of Motion to Exclude Digital Device Files shall be filed under seal.

      **IT IS SO ORDERED.**

Dated: May 27, 2021

                                                    The Honorable Stephen V. Wilson<br>                                                    United States District Judge