| | |
|---|---|
| Ashwin J. Ram (SBN 227513)<br>aram@steptoe.com<br>Michael A. Keough (SBN 327037)<br>mkeough@steptoe.com<br>Meghan L. Newcomer (*pro hac vice*)<br>mnewcomer@steptoe.com<br>Nicholas P. Silverman (*pro hac vice*)<br>nsilverman@steptoe.com<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>*Counsel for Defendant Richard Ayvazyan* | John L. Littrell (SBN 221601)<br>jlittrell@bklwlaw.com<br>Ryan V. Fraser (SBN 272196)<br>rfraser@bklwlaw.com<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (213) 528-3400<br>Facsimile: (949) 369-3701<br><br>*Counsel for Defendant Marietta Terabelian* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*,<br>    *Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM UNDER SEAL**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date: June 28, 2021<br>Requested Hearing Date: June 14, 2021<br>Time: 11:00 a.m. |

APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the defendants hereby apply to the Court for an order permitting Exhibits A-H to the following document to be filed under seal:

**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF JOINT MOTION TO DISMISS UNDER FED. R. CRIM. P. 12(B) OR CONTINUE THE TRIAL TO HOLD A PRE-TRIAL *KASTIGAR* HEARING**

The aforementioned exhibits contain a substantial amount of potential identifying information including numerous social security numbers and account numbers, as well as potentially sensitive business information about businesses that applied for PPP or EIDL loans.  The defendants therefore apply for the aforementioned exhibits to be filed under seal.

Dated:   May 30, 2021

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

[SIGNATURES CONTINUE ON NEXT PAGE]

 

         */s/ John L. Littrell*
         John L. Littrell (SBN 221601)
         *jlittrell@bklwlaw.com*
         Ryan V. Fraser (SBN 272196)
         *rfraser@bklwlaw.com*
         **BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
         601 W. 5th Street, Suite 720
         Los Angeles, CA 90071
         Telephone: (213) 528-3400
         Facsimile: (949) 369-3701

         *Counsel for Defendant Marietta Terabelian*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.