| | |
|---|---|
| Ashwin J. Ram (SBN 227513) <br> *aram@steptoe.com* <br> Michael A. Keough (SBN 327037) <br> *mkeough@steptoe.com* <br> Meghan L. Newcomer (*pro hac vice*) <br> *mnewcomer@steptoe.com* <br> Nicholas P. Silverman (*pro hac vice*) <br> *nsilverman@steptoe.com* <br> **STEPTOE & JOHNSON LLP** <br> 633 West Fifth Street, Suite 1900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 439-9400 <br> Facsimile: (213) 439-9599 <br><br> *Counsel for Defendant Richard Ayvazyan* | John L. Littrell (SBN 221601) <br> *jlittrell@bklwlaw.com* <br> Ryan V. Fraser (SBN 272196) <br> *rfraser@bklwlaw.com* <br> **BIENERT KATZMAN LITTRELL WILLIAMS, LLP** <br> 601 W. 5th Street, Suite 720 <br> Los Angeles, CA 90071 <br> Telephone: (213) 528-3400 <br> Facsimile: (949) 369-3701 <br><br> *Counsel for Defendant Marietta Terabelian* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> RICHARD AYVAZYAN, <br> MARIETTA TERABELIAN, <br> *et al.*, <br><br> *Defendants*. | Case No. 20-cr-579 (SVW) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM UNDER SEAL** <br><br> Hon. Stephen V. Wilson <br><br> Current Hearing Date:  June 28, 2021 <br> Requested Hearing Date: June 14, 2021 <br> Time:    11:00 a.m. |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL

**[PROPOSED] ORDER**

This Court, having considered defendants' Application for Leave to File Exhibits to Declaration of Ashwin J. Ram Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Exhibits A-H to the Declaration of Ashwin J. Ram in Support of Motion to Dismiss Under Fed. R. Crim. P. 12(b) or Continue the Trial to Hold a Pre-Trial *Kastigar* Hearing shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge