Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN, MARIETTA TERABELIAN, *et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS UNDER FED. R. CRIM. P. 12(B) OR CONTINUE THE TRIAL TO HOLD A PRE-TRIAL KASTIGAR HEARING**<br><br>Judge: Hon. Stephen V. Wilson<br>Current Hearing Date: June 28, 2021<br>Requested Hearing Date: June 14, 2021<br>Time: 11:00 a.m. |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR CONTINUE

**[PROPOSED] ORDER**

This Court, having considered the Joint Motion to Dismiss Under Fed. R. Crim. P. 12(b) or Continue the Trial to Hold a Pre-Trial *Kastigar* Hearing and Memorandum in Support, filed by Defendants Richard Ayvazyan and Marietta Terabelian, hereby GRANTS the application and ORDERS the following relief:

☐ The indictment and superseding indictment are dismissed with prejudice.

☐ The trial is continued from June 15, 2021 until July 6, 2021. A pre-trial *Kastigar* hearing is set for June __, 2021. The government is ordered to produce all related discovery—including the items listed in Category One of the defense's discovery request filed as Dkt. 353-1—by June 15, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge