Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*,<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF JOINT MOTION TO DISMISS UNDER FED. R. CRIM. P. 12(B) OR CONTINUE THE TRIAL TO HOLD A PRE-TRIAL *KASTIGAR* HEARING**<br><br>Judge:  Hon. Stephen V. Wilson<br>Current Hearing Date:  June 28, 2021<br>Requested Hearing Date: June 14, 2021<br>Time:                              11:00 a.m. |

DECLARATION OF A. RAM IN SUPPORT OF
MOTION TO DISMISS OR CONTINUE FOR PRE-TRIAL *KASTIGAR* HEARING

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. On the night of May 21, 2021 the government produced a document labeled "Summary Exhibit – 151 Loans (Draft for Circulation 05.21.2021).pdf." The government later stated that this was a chart of the 151 loans referenced in paragraph 32 of the superseding indictment (Dkt. 154). A true and correct copy of the document is attached as **Exhibit A**.

3. The government previously produced an FD-302 regarding the November 13, 2020 search of tainted digital devices by S.A. Justin Palmerton and S.A. Lynne Zellhart, which has been filed with the Court as Dkt. 338-6. Dkt. 338-6 notes that the agents reviewed an undisclosed number of files and took 65 photographs, but it does not attach those photographs. On the night of May 27, 2021, the government identified the 65 photographs as follows:

   a. DOJ_PROD_0000002001 - DOJ_PROD_0000002056 (produced on December 14, 2020 and January 8, 2021)
   b. DOJ_PROD_0000104877 - DOJ_PROD_0000104888 (produced on March 12, 2021 and mislabeled as "Photos from Search of [Co-Defendants' residence]")

Combined with the CBP photographs received and used by the government, this results in at least 209 photographs of tainted evidence that were used by the government. This does not include the taint of other files that were reviewed but not photographed or the government's continued review after November 13, 2020.

4. Attached as **Exhibit B** is a true and correct photograph taken by the government of tainted evidence related to Annandale Nursery, produced in discovery as DOJ_PROD_0000002008.

5. Attached as **Exhibit C** are true and correct copies of documents related to SBA record searches regarding Annandale Nursery, produced in discovery as DOJ_PROD_0000078852; DOJ_PROD_0000078853; and DOJ_PROD_0000078854.

6. Attached as **Exhibit D** is a true and correct photograph taken by the government of tainted evidence related to Camilo Amaya, produced in discovery as DOJ_PROD_0000104877.

7. Attached as **Exhibit E** are true and correct copies of documents related to SBA record searches regarding Camilo Amaya, produced in discovery as DOJ_PROD_0000079767; DOJ_PROD_0000079377; and DOJ_PROD_0000079378.

8. Attached as **Exhibit F** is a true and correct photograph taken by the government of tainted evidence related to Lilia Turcan, produced in discovery as DOJ_PROD_0000104878.

9. Attached as **Exhibit G** are true and correct copies from responses to December 2020 government subpoenas regarding Lilia Turcan, produced in discovery as DOJ_PROD_0000137140 and DOJ_PROD_0000129747

9. Attached as **Exhibit H** are true and correct copies of documents related to SBA record searches regarding Gevorg Boyrazyan and Bayview Consulting, produced in discovery as DOJ_PROD_0000079164 and DOJ_PROD_0000079165.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on May 30, 2021.

Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*