| | |
|---|---|
| Ashwin J. Ram (SBN 227513) | John L. Littrell (SBN 221601) |
| aram@steptoe.com | jlittrell@bklwlaw.com |
| Michael A. Keough (SBN 327037) | Ryan V. Fraser (SBN 272196) |
| mkeough@steptoe.com | rfraser@bklwlaw.com |
| Meghan L. Newcomer (*pro hac vice*) | **BIENERT KATZMAN LITTRELL** |
| mnewcomer@steptoe.com | **WILLIAMS, LLP** |
| Nicholas P. Silverman (*pro hac vice*) | 601 W. 5th Street, Suite 720 |
| nsilverman@steptoe.com | Los Angeles, CA 90071 |
| **STEPTOE & JOHNSON LLP** | Telephone: (213) 528-3400 |
| 633 West Fifth Street, Suite 1900 | Facsimile: (949) 369-3701 |
| Los Angeles, CA 90071 | |
| Telephone: (213) 439-9400 | *Counsel for Defendant Marietta Terabelian* |
| Facsimile: (213) 439-9599 | |

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> RICHARD AYVAZYAN, MARIETTA TERABELIAN, *et al.*, <br><br> *Defendants*. | Case No. 20-cr-579 (SVW) <br><br> **JOINT *EX PARTE* APPLICATION FOR MOTION TO DISMISS UNDER FED. R. CRIM. P. 12(B) OR CONTINUE THE TRIAL TO HOLD A PRE-TRIAL *KASTIGAR* HEARING TO BE HEARD ON SHORTENED TIME** <br><br> Hon. Stephen V. Wilson <br><br> Current Hearing Date:   June 28, 2021 <br> Requested Hearing Date: June 14, 2021 <br> Time:                                 11:00 a.m. |

**NOTICE OF *EX PARTE* APPLICATION FOR MOTION TO DISMISS UNDER FED. R. CRIM. P. 12(B) OR CONTINUE THE TRIAL TO HOLD A PRE-TRIAL *KASTIGAR* HEARING TO BE HEARD ON SHORTENED TIME**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Richard Ayvazyan and Marietta Terabelian, Artur Ayvazyan, and Tamara Dadyan hereby apply to the Court for an order hearing the above-referenced motion on shortened time.

Under Local Rule 6-1, this Court "may set a shorter time" to hear motions before it. Good cause exists to hear the Joint Motion to Dismiss Under Fed. R. Crim. P. 12(b) or Continue the Trial to Hold a Pre-Trial *Kastigar* Hearing on shortened time—on or before June 14, 2021. First, there are new grounds for dismissal because the government has disclosed new evidence of the use of tainted information to obtain the indictment. Second, the Court has indicated its intention to wait until after trial based on the defendants' request for a June 15, 2021 trial. Because the defendants' interest in a June 15, 2021 trial is in tension with their constitutional interest in avoiding a prejudicial trial on a tainted indictment, they understand that one of their interests must yield and respectfully seek a *Kastigar* hearing before trial—even if it means losing their previously sought after June 15 trial date.

Because this is a motion to dismiss or hold a pre-trial hearing, any hearing on this motion must occur prior to trial and the government will not be prejudiced by hearing the motion on shortened time. Defendants therefore request that the Court hear the motion on or before June 14, 2021.

//
//
//
//
//
//

| | |
|---|---|
| Dated:   May 30, 2021 | Respectfully submitted, |
| | **STEPTOE & JOHNSON LLP** |
| | */s/ Ashwin J. Ram*<br>Ashwin J. Ram (SBN 227513)<br>*aram@steptoe.com*<br>Michael A. Keough (SBN 327037)<br>*mkeough@steptoe.com*<br>Meghan L. Newcomer (*pro hac vice*)<br>*mnewcomer@steptoe.com*<br>Nicholas P. Silverman (*pro hac vice*)<br>*nsilverman@steptoe.com*<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599 |
| | *Counsel for Defendant Richard Ayvazyan* |
| | */s/ John L. Littrell*<br>John L. Littrell (SBN 221601)<br>*jlittrell@bklwlaw.com*<br>Ryan V. Fraser (SBN 272196)<br>*rfraser@bklwlaw.com*<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (213) 528-3400<br>Facsimile: (949) 369-3701 |
| | *Counsel for Defendant Marietta Terabelian* |

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.