**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of United States v. Ayvazyan, et. al, CR No. 20-579(A)-SVW. I make this declaration in support of the Government's Motion in Limine #2 to Admit Evidence Inextricably Intertwined with the Charged Offenses.

2. The "T.D. iPhone Text Excerpts" included in the above-referenced motion are true and correct copies of excerpts of text messages extracted from an Apple iPhone X bearing serial number DNQW1LPFJCLJ and an Apple ID including T. Dadyan's name, logged as evidence item 1B21 (the "T.D. iPhone"). This digital device was seized on or about November 5, 2020 from SUBJECT PREMISES-4. The text messages are, as indicated, excerpts of the participants' conversation. The text messages were exchanged between participants identified within the digital device as: "Rich New" with a phone number ending in -4170, "tammy (owner)" with a phone number ending in -5533, and an email address bearing T. Dadyan's name also identified as "(owner)". A forensic copy of this digital device and a searchable report of its readable contents, post-filter review, were produced to defendants with Bates no. DOJ_PROD_0000160626.

3. Exhibit 1 is a true and correct copy of photographs of checks taken on or about November 5, 2020, at SUBJECT PREMISES-5. Copies of these images were previously produced to defense with Bates no. DOJ_PROD_0000022702 and DOJ_PROD_0000022704.

4. Exhibit 2 is a true and correct copy of the front and back of a paper containing handwritten notes found on or about November 5, 2020, at SUBJECT PREMISES-2. Copies of these notes were previously

1  produced to defense with Bates no. DOJ_PROD_0000023682 and
2  DOJ_PROD_0000023683.
3      5.   Exhibit 3 is a true and correct copy of a file attached to
4  text message 3976 extracted from the T.D. iPhone, sent from
5  "+18184145533 tammy" on or about July 28, 2020 Coordinated Universal
6  Time ("UTC"), titled "LK Design Employee Report -Clean.pdf."
7      6.   Exhibit 4 contains four pages, each of which are a true and
8  correct copy of a file attached to text messages extracted from the
9  T.D. iPhone, sent from "+18184145533 tammy."  Exhibit 4 page 1 is a
10 true and correct copy of a file attached to text message 3504, sent
11 on or about July 3, 2020 UTC, titled "IMG_5861.jpg."  Exhibit 4 page
12 2 is a true and correct copy of a file attached to text message 3510,
13 sent on or about July 3, 2020 UTC, titled "IMG_2124.jpeg."  Exhibit 4
14 page 3 is a true and correct copy of a file attached to text message
15 3645, sent on or about July 10, 2020 UTC, titled "IMG_6512.jpg."
16     I declare under penalty of perjury under the laws of the United
17 States of America that the foregoing is true and correct and that
18 this declaration is executed at Los Angeles, California, on May 31,
19 2021.

CATHERINE AHN