Catherine Ahn (Cal. Bar No. 248286)
US Attorney's Office (CDCA), Major Frauds
312 North Spring Street, Los Angeles CA 90012
213-894-2424 / catherine.s.ahn@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S)<br>v.<br>Richard Ayvazyan, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>20-cr-579(A)-SVW<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Exhibits 1 – 4 (the documents sought to be filed under seal), attached to the Government's Motion in Limine #2 to Admit Evidence Inextricably Intertwined with the Charged Offenses (with service to parties)

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| | |
|---|---|
| 5/31/2021<br>Date | Catherine Ahn<br>Attorney Name<br>United States of America<br>Party Represented |

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING