**Michael G. Freedman (State Bar No. 281279)**
**THE FREEDMAN FIRM PC**
**800 Wilshire Blvd., Suite 1050**
**Los Angeles, California  90017**
**Telephone: (213) 816-1700**
**Facsimile: (213) 816-1706**
**Email: Michael@thefreedmanfirm.com**

**Attorney for Defendant Edvard Paronyan**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br> EDVARD PARONYAN,<br><br>  Defendant. | Case No.: 20-CR-579(A)-SVW<br><br>**DEFENDANT EDVARD PARONYAN'S JOINDER IN DEFENDANTS' PROPOSED JURY INSTRUCTIONS (DKT. 372)** |

Defendant Edvard Paronyan, by and through his counsel of record, Michael G. Freedman, hereby joins in the Proposed Jury Instructions filed by co-defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, and Vahe Dadyan.  (Dkt. 372).

Dated: May 31, 2021                                    Respectfully submitted,


                                                                        By:   */s/ Michael G. Freedman*
                                                                                Michael G. Freedman
                                                                                Attorney for Defendant
                                                                                Edvard Paronyan