TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/2424/3819
     Facsimile: (213) 894-6269/0141
     E-mail:    Scott.Paetty@usdoj.gov
                Catherine.S.Ahn@usdoj.gov
                Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue NW, 3rd Floor
     Washington, DC 20530
     Telephone: (202) 320-0539
     Facsimile: (202) 514-0152
                E-mail:  Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>     "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>     "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and | No. CR 20-579(A)-SVW<br><br>GOVERNMENT'S RESPONSE TO DEFENDANTS RICHARD AYVAZYAN'S AND MARIETTA TERABELIAN'S *EX PARTE* APPLICATION FOR MOTION TO DISMISS TO BE HEARD ON SHORTENED TIME (ECF 382); MEMORANDUM OF POINTS AND AUTHORITIES |

1      "Anton Kudiumov,"
  ARMAN HAYRAPETYAN,
2   EDVARD PARONYAN,
    aka "Edvard Paronian" and
3       "Edward Paronyan," and
  VAHE DADYAN,
4
       Defendants.
5

6     Plaintiff United States of America, by and through its counsel

7 of record, the Acting United States Attorney for the Central District

8 of California, Assistant United States Attorneys Scott Paetty,

9 Catherine S. Ahn, and Brian Faerstein, and Department of Justice

10 Trial Attorney Christopher Fenton, hereby files this response to

11 defendants Richard Ayvazyan's and Marietta Terabelian's notice of ex

12 parte application and ex parte application for motion to dismiss to

13 be heard on shortened time (ECF 382).

14     This response is based upon the attached memorandum of points

15 and authorities, the files and records in this case, and such further

16 evidence and argument as the Court may permit.

17  Dated: May 31, 2021         Respectfully submitted,

18                                     TRACY L. WILKISON
                                    Acting United States Attorney
19
                                    BRANDON D. FOX
20                                     Assistant United States Attorney
                                    Chief, Criminal Division
21

22                                       /s/
                                    SCOTT PAETTY
23                                     CATHERINE S. AHN
                                    BRIAN FAERSTEIN
24                                     Assistant United States Attorneys
                                    CHRISTOPHER FENTON
25                                     Department of Justice Trial Attorney

26                                     Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
27

28

                           2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants Richard Ayvazyan and Marietta Terabelian ("defendants") have filed their fifth motion or request for dismissal in two months.  (See ECF 248 at 7-9; ECF 267 at 4-5; ECF 289, ECF 338.)  This Court has denied all defendants' previous motions.  In their most recent effort, filed on the eve of trial (ECF 289), defendants again seek dismissal of the case against them raising what amounts to a retread of past arguments, or in the alternative request a three-week continuance to hold a pre-trial Kastigar hearing.  The Court has already considered holding a pre-trial Kastigar hearing and rejected the idea.  The Court should do so again here.  The post-trial Kastigar hearing is the proper forum to address defendants' claims of taint, which the government intends to oppose.  The government will be ready to proceed to trial on June 15, 2021, and the Court has made accommodations to conduct trial on that date. There is no good cause under the law or the facts of this case to hold a pre-trial Kastigar hearing or to deviate from the current trial date.

Therefore, the government respectfully requests that the Court grant leave for the government to file its opposition to defendants' motion on June 7, 2021, which is the date defendants proposed for the government's response, and set any hearing on the matter to be held at the pretrial conference on June 14, 2021.