**DECLARATION OF CHRISTOPHER FENTON**

I, Christopher Fenton, hereby declare and state as follows:

I am a Trial Attorney with the Criminal Division, Fraud Section, of the United States Department of Justice. I am an attorney assigned to the case of United States v. Richard Ayvazyan et al., No. 20-CR-579(A)-SVW.

1. Exhibits 1 and 2 contain true and accurate copies of digital photographs from a smartphone belonging to Artur Ayvazyan, which was Bates-stamped and produced in discovery at DOJ_PROD_0000163654.

2. Exhibits 3 and 4 contain true and accurate copies of digital photographs from a smartphone belonging to Tamara Dadyan, which was Bates-stamped and produced in discovery at DOJ_PROD_0000163655.

3. Exhibit 5 contains a true and accurate copy of digital photographs from a smartphone belonging to Marietta Terabelian, which was Bates-stamped and produced in discovery at DOJ_PROD_0000163656.

4. Exhibits 6 and 7 contain true and accurate copies of digital photographs from a smartphone belonging to Richard Ayvazyan, which was Bates-stamped and produced in discovery at DOJ_PROD_0000163657.

5. Exhibit 8 is a true and correct copy of an email dated January 4, 2021 from counsel for the government to counsel for defendants.

6. Exhibit 9 is a true and correct copy of a letter dated February 26, 2021 from counsel for the government to counsel for the defendants.

7. Exhibit 10 is a true and correct copy of a letter dated April 26, 2021 from counsel for the government to counsel for the defendants.

8. Exhibit 11 is a true and correct copy of a letter dated April 30, 2021 from counsel for the government to counsel for the defendants.

9. Exhibit 12 is a true and correct copy of a letter dated May 26, 2021 from counsel for the government to counsel for the defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at West Tisbury, Massachusetts, on May 31, 2021.

CHRISTOPHER FENTON