# EXHIBITS 1 - 7

[Filed Under Seal]