# EXHIBIT 9



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Scott Paetty*  
*Phone: (213) 894-6527*  
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

February 26, 2021

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036  

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
1200 Wilshire Boulevard Suite 406  
Los Angeles, CA 90017  

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673  

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067  

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 91208  

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203  

*Counsel for Tamara Dadyan*

    Re:    <u>United States v. Ayvazyan et. al</u>,  
           No. CR 2:20-cr-00579-SVW  
           Discovery Production Volume 10

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (<u>see</u> CR 92), enclosed please find a USB drive with discovery bearing Bates Numbers DOJ_PROD_0000023643 to DOJ_PROD_0000030805 and an attached index.[1]  These discovery materials are also being uploaded to Steptoe & Johnson's file sharing system as you requested.

As you know, the government has already produced, and continues to produce, a forensic copy of each of the digital devices seized by the government pursuant to various search warrants.  The

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: United States v. Ayvazyan et. al
February 26, 2021
Page 2

government is having Cellebrite reports prepared for certain of these digital devices. You have requested, and the government has agreed, to produce a copy of these Cellebrite reports to you. As detailed in the attached index, this production includes Cellebrite reports for three of the digital devices for which the government has already produced a forensic copy. The Cellebrite reports were reviewed by an independent filter team before the Cellebrite reports were made available to the prosecution team. As part of that review process, the filter team redacted from each Cellebrite report any potentially privileged information it identified as part of its review. Each Cellebrite report in this production therefore may contain redactions and, if so, would contain less information than the forensic copy already produced to you.

This production also includes photographs taken by federal law enforcement of the evidence seized from certain premises pursuant to a search warrant. The photographed evidence was previously made available to you for inspection and was inspected by you on December 17, 2020. Should you wish to inspect this evidence again, please let us know and the government will work with federal law enforcement to make arrangements.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section


Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure

United States v. Ayvazyan et. al
Discovery Production 10 – Volume 10
Index

| Description | Production BEGDOC | Production ENDDOC |
|---|---|---|
| Viktoria Kauichko iPhone 11 (+▇) | DOJ_PROD_0000023643 | DOJ_PROD_0000023643 |
| Iuliia Zhadko iPhone 11 (+▇) | DOJ_PROD_0000023644 | DOJ_PROD_0000023644 |
| Viktoria Kauichko iPhone 7 (+▇) | DOJ_PROD_0000023645 | DOJ_PROD_0000023645 |
| Photos of Evidence Seized from Premises Pursuant to Search Warrants | DOJ_PROD_0000023646 | DOJ_PROD_0000030805 |