# EXHIBIT 11



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Scott Paetty*  
*Phone: (213) 894-6527*  
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

April 30, 2021

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
1200 Wilshire Boulevard Suite 406  
Los Angeles, CA 90017

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz  
Hanusz Law, PC  
800 Wilshire Blvd, Ste 1050  
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian  
Tahmazian Law Firm, P.C.  
1518 West Glenoaks Boulevard  
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman  
The Freedman Firm  
800 Wilshire Blvd., Suite 1050  
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson  
Peter Johnson Law  
409 North Pacific Coast Hwy, 651  
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: United States v. Ayvazyan et. al
April 30, 2021
Page 2

     Re:    United States v. Ayvazyan et. al,
              No. CR 2:20-cr-00579-SVW
              Discovery Production Volume 21

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (see CR 92), enclosed please find a USB drive with discovery bearing Bates Number DOJ_PROD_0000160625 to DOJ_PROD_0000160628[1] As detailed in the attached index, this production includes Cellebrite reports containing information from four of the digital devices for which the government previously produced a forensic copy to counsel for the four original defendants (namely, Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, and Tamara Dadyan). As we previously explained to you, this data was reviewed by an independent filter team before it was made available to the prosecution team. As part of that review process, the filter team withheld any potentially privileged information it identified as part of its review. The data in this production therefore may contain less information than the forensic copy already produced to counsel for the four original defendants. The data is not separately being uploaded to Steptoe & Johnson's file sharing system or USAfx due to size limitations.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

*[signature]*

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section

*[signature]*

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: <u>United States v. Ayvazyan et. al</u>
April 30, 2021
Page 3


Enclosure

**United States v. Ayvazyan et al.**
**Discovery Production 21**
**Index**

| Description | Production BEGDOC | Production ENDDOC |
|---|---|---|
| Cellebrite Report (1B85) | DOJ_PROD_0000160625 | DOJ_PROD_0000160625 |
| Cellebrite Report (1B21) | DOJ_PROD_0000160626 | DOJ_PROD_0000160626 |
| Cellebrite Report (QLA5_AJ_1B17) | DOJ_PROD_0000160627 | DOJ_PROD_0000160627 |
| Cellebrite Report (1B81) | DOJ_PROD_0000160628 | DOJ_PROD_0000160628 |