# EXHIBIT 12



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Scott Paetty*  
*Phone: (213) 894-6527*  
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

---

**BY FEDEX & EMAIL**

May 26, 2021

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
3500 West Olive Avenue  
Suite 300  
Burbank, California 91505

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz  
Hanusz Law, PC  
800 Wilshire Blvd, Ste 1050  
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian  
Tahmazian Law Firm, P.C.  
1518 West Glenoaks Boulevard  
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman  
The Freedman Firm  
800 Wilshire Blvd., Suite 1050  
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson  
Peter Johnson Law  
409 North Pacific Coast Hwy, 651  
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: United States v. Ayvazyan et. al
May 26, 2021
Page 2

    Re:    United States v. Ayvazyan et. al,
           No. CR 2:20-cr-00579-SVW
           Discovery Production – Seized Materials

Dear Counsel:

We write with respect to the following digital devices:

- 1B17 – Artur Ayvazyan's iPhone
- 1B21 – Tamara Dadyan's iPhone
- 1B81 – Marietta Terabelian's iPhone
- 1B85 – Richard Ayvazyan's iPhone

On February 1, 2021, the government produced a complete forensic copy of each of the above-listed iPhones to counsel for defendants Richard Ayvazyan, Marietta Terabelian, Tamara Dadyan, and Artur Ayvazyan.  As you know, an independent filter team then generated a Cellebrite report for each of these iPhones and conducted an independent review for potentially privileged materials.  Upon the independent filter team's completion of its review of each of the Cellebrite reports for the above-listed iPhones, the independent filter team released a redacted copy of the Cellebrite reports to the prosecution team and the prosecution team, in turn, produced them to you.  The redacted copy of the Cellebrite reports for the above-listed iPhones were produced to counsel for all defendants on April 30, 2021.  Members of the prosecution team then conducted a review of the redacted Cellebrite reports for the above-listed iPhones to identify the materials that are within the scope of the applicable search warrants that would be seized.  Although the deadline to complete the responsiveness review for these iPhones is July 3, 2021, the review has been completed five and a half weeks early.

Pursuant to your clients' requests for discovery and the Court's protective order (see CR 92), enclosed please find a disc with discovery bearing Bates Numbers DOJ_PROD_0000163654 to DOJ_PROD_0000163657 and an attached index.[1]  These discovery materials include the materials from the above-listed iPhones that the prosecution team has seized pursuant to the applicable search warrants.  This is a subset of the discovery that was previously produced to you.  These discovery materials are also being uploaded to Steptoe & Johnson's file sharing system and USAfx, as some of you have requested.

The prosecution team is reviewing these materials to determine what materials from these iPhones will be used a trial exhibits at trial.  The prosecution team will disclose those trial exhibits on June 1, 2021, pursuant to the Court's April 16, 2021 order (CR 284).

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: United States v. Ayvazyan et. al
May 26, 2021
Page 3

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

SCOTT PAETTY
CATHERINE AHN
Assistant United States Attorneys
Major Frauds Section

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure

**United States v. Ayvazyan et al.**
**Discovery Production – Seized Materials**
**Index**

| Description | Production BEGDOC | Production ENDDOC |
|---|---|---|
| 1B17 – Reproduced Cellebrite Report | DOJ_PROD_0000163654 | DOJ_PROD_0000163654 |
| 1B21 – Reproduced Cellebrite Report | DOJ_PROD_0000163655 | DOJ_PROD_0000163655 |
| 1B81 – Reproduced Cellebrite Report | DOJ_PROD_0000163656 | DOJ_PROD_0000163656 |
| 1B85 – Reproduced Cellebrite Report | DOJ_PROD_0000163657 | DOJ_PROD_0000163657 |