1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 2:20-cr-579 (SVW)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF ASHWIN J. RAM UNDER SEAL**<br><br>Hon. Stephen V. Wilson<br><br>Current Hearing Date:  June 28, 2021<br>Requested Hearing Date: June 14, 2021<br>Time:                    11:00 a.m. |

# ORDER

This Court, having considered defendants' Application for Leave to File Exhibits to Declaration of Ashwin J. Ram Under Seal, hereby GRANTS the application and ORDERS the following relief:

1. Exhibits A-H to the Declaration of Ashwin J. Ram in Support of Motion to Dismiss Under Fed. R. Crim. P. 12(b) or Continue the Trial to Hold a Pre-Trial *Kastigar* Hearing shall be filed under seal.

**IT IS SO ORDERED.**

Dated: June 2, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge