Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. RICHARD AYVAZYAN, *et al.*, *Defendants*. | Case No. 20-cr-579 (SVW) **DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANTS' OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* #2 TO ADMIT EVIDENCE INEXTRICABLY INTERTWINED WITH THE CHARGED OFFENSES** Judge: Hon. Stephen V. Wilson Hearing Date: June 14, 2021 Time: 11:00 a.m. |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of the Indictment filed on April 26, 2021 in the matter of *People of the State of California v. Dadyan, et al.*, Case No. BA484293 before the Superior Court of the State of California, Los Angeles County.

3. Attached as **Exhibit B** is a true and correct copy of an email from the government to defense counsel dated May 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on June 4, 2021.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*