Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
Meghan Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>　　　　v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>　　　　*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING CROSS-MOTION TO STRIKE**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: June 15, 2021<br>Time: 8:30 a.m. |

[PROPOSED] ORDER GRANTING CROSS-MOTION TO STRIKE

# [PROPOSED] ORDER

This Court, having considered the Cross-Motion to Strike Paragraphs 10-18 of the Superseding Indictment, filed by Defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, and Tamara Dadyan, hereby GRANTS the motion and ORDERS the following relief:

1. The government's application to redact the Superseding Indictment for use at trial (Dkt. 422) is denied.

2. Paragraphs 10-18 of the Superseding Indictment are hereby stricken.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge