Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
Meghan Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF OPPOSITION TO GOVERNMENT'S MOTION TO REDACT SUPERSEDING INDICTMENT FOR USE AT TRIAL (DKT. 422) AND CROSS-MOTION TO STRIKE PARAGRAPHS 10-18 OF THE SUPERSEDING INDICTMENT**<br><br>Judge:  Hon. Stephen V. Wilson<br>Date:  June 15, 2021<br>Time:  8:30 a.m. |

DECLARATION OF A. RAM IN SUPPORT OF OPPOSITION TO TRIAL
INDICTMENT AND CROSS-MOTION TO STRIKE

1   I, Ashwin J. Ram, declare as follows:

2   1.   I am an attorney licensed to practice law in the state of California.  I am a

3   partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant

4   Richard Ayvazyan in the above-captioned matter.

5   2.   On the evening of Wednesday, May 26, 2021, counsel for defendant

6   Richard Ayvazyan sent a draft set of proposed jury instructions to the government for

7   their consideration.  Those instructions contained a proposed instruction related to

8   multiple conspiracies.  Based on the Ninth Circuit Model Jury Instructions, the

9   proposed multiple conspiracies instruction would inform the jury in relevant part that

10  "If you find that the single conspiracy to commit wire fraud and bank fraud charged in

11  Count 1 did not exist, then you must return a not guilty verdict, even though you may

12  find that some other conspiracy existed."  A true and correct copy of the May 26, 2021

13  email transmitting those instructions is attached as **Exhibit A**.

14  3.   A true and correct copy of a May 27, 2021 email from the government,

15  proposing for the first time to redact Paragraph 32 from the Superseding Indictment for

16  use at trial, is attached as **Exhibit B**.

17  I declare under penalty of perjury that the foregoing is true and correct.

18  Executed at Los Angeles, California on June 7, 2021.

19

20  Respectfully submitted,
    */s/ Ashwin J. Ram*

21  Ashwin J. Ram

22  *Counsel for Defendant Richard Ayvazyan*

23

24

25

26

27

28

1

DECLARATION OF A. RAM IN SUPPORT OF OPPOSITION TO TRIAL
INDICTMENT AND CROSS-MOTION TO STRIKE