# EXHIBIT A

| | |
|---|---|
| **From:** | Keough, Michael |
| **Sent:** | Wednesday, May 26, 2021 10:34 PM |
| **To:** | Fenton, Christopher (CRM); Paetty, Scott (USACAC); Ahn, Catherine S. (USACAC) |
| **Cc:** | David Diamond; George Mgdesyan; John Littrell; Law offices of Fred G. Minassian, Inc.; Newcomer, Meghan; Ryan V. Fraser; Wirschinglaw@outlook.com; john@hanuszlaw.com; mesereau@mesereaulaw.com; Peter Johnson; Ram, Ashwin; Silverman, Nicholas |
| **Subject:** | US v. Ayvazyan et al - Jury Instructions |
| **Attachments:** | Proposed Joint Defense Jury Instructions-c2.DOCX |

Dear Counsel:

Please find attached a set of proposed defense jury instructions on behalf of all defendants except Arman Hayrapetyan (whose position on the proposed instructions we do not know). These are not yet finalized, but we are providing a draft to you at this stage. Where the proposed defense instructions are different from the government's, we have highlighted that language in yellow. We are available to meet and confer tomorrow if you would like to discuss the defense's proposed instructions.

Given that the Court has asked for the instructions by tomorrow, we would propose that the government file its instructions as being proposed by the government, and the defense file its instructions as being proposed by the defense. This will allow the Court to consider instructions from the two sets (as opposed to a set from each defendant as well as the government).

Best,
Mike


**Michael A. Keough**
Associate
*Admitted in California and New York*
mkeough@Steptoe.com
+1 415 365 6717 direct | +1 415 365 6699 fax

Steptoe
Steptoe & Johnson LLP
One Market Plaza | Spear Tower, Suite 3900 | San Francisco, CA 94105
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.