# EXHIBIT B

| | |
|---|---|
| **From:** | Ahn, Catherine S. (USACAC) <Catherine.S.Ahn@usdoj.gov> |
| **Sent:** | Thursday, May 27, 2021 2:24 AM |
| **To:** | Fenton, Christopher (CRM); Ram, Ashwin; Silverman, Nicholas; Keough, Michael; Law offices of Fred G. Minassian, Inc.; David Diamond; John Littrell; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan |
| **Cc:** | Fenton, Christopher (CRM); Paetty, Scott (USACAC) |
| **Subject:** | Trial Indictment |
| **Attachments:** | Ayvazyan Trial Indictment_Redacted.pdf |

Counsel:

The government intends to proceed to trial on a trial indictment that (a) removes paragraph 32 and renumbers the remaining paragraphs; (b) deletes the phrase "devised, participated in, and" from lines 11 and 12 in paragraph 60; and (c) adds the sub-title "trial indictment" to the first page.

For ease of reference, I have redacted paragraph 32 and the relevant phrase in paragraph 60 from the First Superseding Indictment, attached. We would remove that language, renumber, and add the title to a clean version. Please advise by the end of the day your client's position with respect to our anticipated motion to proceed on a trial indictment with the changes described.

Sincerely,

**Catherine S. Ahn | Assistant United States Attorney**
**Criminal Division | Major Frauds**
✉ catherine.s.ahn@usdoj.gov | ☏ 213.894.2424
🌐 https://www.justice.gov/usao-cdca