Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF JOINT REPLY IN SUPPORT OF MOTION TO EXCLUDE DIGITAL DEVICE FILES FROM DEVICES OBTAINED ON NOVEMBER 5, 2020**<br><br>Hon. Stephen V. Wilson<br><br>Hearing Date:  June 14, 2021<br>Time:  1:30 p.m. |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of the transcript of the Status Conference Hearing held on May 21, 2021 in the above-captioned matter, obtained from the Court Reporter.

3. Attached as **Exhibit B** is a true and correct copy of a CART Process Report regarding device 1B17 dated May 27, 2021 and produced by the government on May 29, 2021 as DOJ_PROD_0000164355.

4. Attached as **Exhibit C** is a true and correct copy of Examiner Andrew Juang's CART Notes produced by the government on May 29, 2021 as DOJ_PROD_0000163721, with immaterial but potentially sensitive numbers redacted.

5. Attached as **Exhibit D** is a true and correct copy of a GrayKey Progress Report for device 1B17 generated January 27, 2021 and produced by the government on May 29, 2021 as DOJ_PROD_0000163719, with immaterial but potentially sensitive numbers redacted.

6. Attached as **Exhibit E** is a true and correct copy of Examiner Gregory J. Parra's CART Notes dated January 11, 2021 and produced by the government on May 29, 2021 as DOJ_PROD_0000163697, with immaterial but potentially sensitive numbers redacted and children's phone information redacted.

7. Attached as **Exhibit F** is a true and correct copy of a GrayKey Progress Report for device 1B81 generated January 27, 2021 and produced by the government on May 29, 2021 as DOJ_PROD_0000163680, with immaterial but potentially sensitive numbers redacted.

8. Attached as **Exhibit G** is a true and correct copy of a GrayKey Progress Report for device 1B85 generated January 27, 2021 and produced by the government

on May 29, 2021 as DOJ_PROD_0000163663, with immaterial but potentially sensitive numbers redacted.

9. Attached as **Exhibit H** is a true and correct copy of the government's February 1, 2021 letter to defense counsel, with street address numbers redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on June 7, 2021.

                                        Respectfully submitted,

                                        */s/ Ashwin J. Ram*
                                        Ashwin J. Ram

                                        *Counsel for Defendant Richard Ayvazyan*