# EXHIBIT B

18-21 (Rev. 08-15-2017)



**Federal Bureau of Investigation**
**Los Angeles Computer Analysis**
**Response Team (CART)**

11000 Wilshire Blvd, Suite #1700,
Los Angeles, CA 90024

## PROCESS REPORT

| | | | |
|---|---|---|---|
| **To:** | Special Agent Justin Palmerton<br>Los Angeles Field Office | **Date:**<br>**Case ID:**<br>**Request No.:** | May 27, 2021<br>29O-LA-3280255<br>SUID 238391 |
| **Request Date:** | January 8, 2021 | | |

**Submitted Evidence Items:**

| Item # | QLA# | Description |
|---|---|---|
| 1B17 | QLA5_AJ | iPhone 11, SN: F4GCLGHTN72Q [Examined] |

**Details:**

    Federal Bureau of Investigation (FBI) Special Agent (SA) Justin Palmerton submitted a CART Exam request, SUID: 238391, to complete a mobile extraction for evidence item 1B17, an iPhone 11, Serial Number (SN): F4GCLGHTN72Q. A performance evaluation of the validated FBI forensic examination workstations used were conducted and recorded in a log as successful. The legal authority to examine the item submitted was covered under search warrants provided by SA Palmerton.

    On January 27, 2021, FBI CART Information Technology Specialist (ITS) Forensic Examiner (FE) Andrew Jaung completed the iPhone extraction for evidence item 1B17.

    The following processes were performed:
- A physical inventory of the submitted evidence was completed
- Photographs of evidence
- Hardware and system information obtained
- Data processed on submitted item
- Created cell phone extraction files
- Verified data integrity
- Universal Forensic Extraction Device (UFED) Reader report was generated

**Derivative Evidence/Copies:**

N/A

**Disposition of Items:**

    1B17 was returned to the Los Angeles Evidence Control Center (ECC) for storage.

29O-LA-3280255
SUID 238391
Page 1 of 2

51
EXHIBIT B

Examiner: **Andrew Jaung**
Digitally signed by Andrew Jaung
Date: 2021.05.27 16:00:18 -04'00'

ITS-FE Andrew Jaung

Los Angeles Division
Computer Analysis Response Team

29O-LA-3280255
SUID 238391

Page 2 of 2