# EXHIBIT C



| FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES |
|---|---|
| | Examiner: ITS-FE Andrew Jaung |
| | UCFN: 29O-LA-3280255 |
| | Submission ID: 238391 |

THIS DOCUMENT AND ITS CONTENTS ARE THE PROPERTY OF THE FEDERAL BUREAU OF INVESTIGATION. DISTRIBUTION OF THIS DOCUMENT OR ITS CONTENTS IS STRICTLY PROHIBITED.

| Case Agent: | Special Agent (SA) Justin Palmerton | Phone: | |
|---|---|---|---|
| Date Assigned: | 1/08/2021 | Title/Sub: | IULIA ZHADKO; T███████ P███████; V███████ A███████; PPP LOAN FRAUD |
| Legal Authority: | Serial #64 | | |

| Item # | Date | Init | Notes |
|---|---|---|---|
| | 1/14/2021 | AJ | Received evidence items directly from Evidence Control Center (ECC) on 01/14/2021 at 15:45<br><br>\| Item # \| QLA# \| Description \|<br>\| 1B6 \| QLA1_AJ \| Motorola Model XT1921-3, IMEI: ███████1206 \|<br>\| 1B8 \| QLA2_AJ \| Alcatel 4044T Go Flip \|<br>\| 1B12 \| QLA3_AJ \| Verizon SIM card #: ███████3997 \|<br>\| 1B14 \| QLA4_AJ \| Verizon SIM card #: ███████4894 \|<br>\| 1B17 \| QLA5_AJ \| iPhone 11 \|<br>\| 1B18 \| QLA6_AJ \| iPhone 7, Model A1660 \| |
| | 1/14/2021 | AJ | Legal authority for all evidence items, signed on 11/03/2020 in the form of a Search and Seizure Warrant, was reviewed and valid. Duration of review will be 120 days or on 03/03/2021. |
| | 1/19/2021 | AJ | Powered up ███1333 and ███3017 workstations, Windows 10, 64-bit, passed POST without error. Will use these workstations for work documented below unless specifically noted otherwise.<br><br>Created a forensically prepared storage area on the LA-F03 SAN: \\LA-F03\Cases05\AJ_29O-LA-3280255_238391 |
| QLA1_AJ_1B6 | 1/27/2021 | AJ | [INSPECTION]<br>Inspected QLA1_AJ_1B6, a Motorola Model XT1921-3, IMEI: ███████1206. QLA1_AJ_1B6 was clean with no distinctive markings. Power was not on. Back cover was removed from QLA1_AJ_1B6 to expose the internal components. Device was not powered on.<br><br>[PHOTOS] |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                DOJ_PROD_0000163721

54
EXHIBIT C



| | FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES |
|---|---|---|
| | | Examiner: ITS-FE Andrew Jaung |
| | | UCFN: 29O-LA-3280255 |
| | | Submission ID: 238391 |

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | | <br><br>[IMAGE PROCESS]<br>Utilized Cellebrite Premium to conduct an Advanced Logical, File System, and Physical extraction |
| QLA1_AJ_1B6 | 2/1/2021 | AJ | Utilized Cellebrite Physical Analyzer v7.38.0.51 to process the extraction. |



| | FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES<br>Examiner: ITS-FE Andrew Jaung<br>UCFN: 29O-LA-3280255<br>Submission ID: 238391 |
|---|---|---|

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | | <br>Cellebrite UFED Reader report was generated |
| QLA2_AJ_1B8 | 1/20/2021 | AJ | [INSPECTION]<br>Inspected QLA2_AJ_1B8, an Alcatel 4044T Go Flip. QLA2_AJ_1B8 was clean with no distinctive markings. Power was not on. Back cover was removed from QLA2_AJ_1B8 to expose the internal components. Was unable to image device due to connectivity issues.<br><br>[PHOTOS] |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163723

56
EXHIBIT C



**FEDERAL BUREAU OF INVESTIGATION**
COMPUTER ANALYSIS RESPONSE TEAM
LOS ANGELES DIVISION
11000 Wilshire Blvd., Los Angeles, CA 90024

**CART NOTES**
Examiner: ITS-FE Andrew Jaung
UCFN: 29O-LA-3280255
Submission ID: 238391

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| QLA3_AJ_1B12 | 1/20/2021 | AJ | [INSPECTION]  |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER            DOJ_PROD_0000163724

| | FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES |
|---|---|---|
|  | | Examiner: ITS-FE Andrew Jaung |
| | | UCFN: 29O-LA-3280255 |
| | | Submission ID: 238391 |

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | | Inspected QLA3_AJ_1B12, a Verizon SIM card #: ███████3997.<br><br>[PHOTOS]<br><br><br>[IMAGE PROCESS]<br>Utilized Cellebrite UFED v7.38.0.12 to conduct a SIM extraction |
| QLA3_AJ_1B12 | 1/20/2021 | AJ | Utilized Cellebrite Physical Analyzer v7.38.0.51 to process the extraction. |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000163725

58
EXHIBIT C



**FEDERAL BUREAU OF INVESTIGATION**
COMPUTER ANALYSIS RESPONSE TEAM
LOS ANGELES DIVISION
11000 Wilshire Blvd., Los Angeles, CA 90024

**CART NOTES**
Examiner: ITS-FE Andrew Jaung
UCFN: 29O-LA-3280255
Submission ID: 238391

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | | Cellebrite UFED Reader report was generated  |
| QLA4_AJ_1B14 | 1/20/2021 | AJ | [INSPECTION] Inspected QLA4_AJ_1B14, a Verizon SIM card #: ▮▮▮▮4894. [PHOTOS] |

Page **6** of **10**

| | FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES<br>Examiner: ITS-FE Andrew Jaung<br>UCFN: 29O-LA-3280255<br>Submission ID: 238391 |
|---|---|---|



This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | | [IMAGE PROCESS]<br>Utilized Cellebrite UFED v7.38.0.12 to conduct an SIM extraction |
| QLA4_AJ_1B14 | 1/20/2021 | AJ | Utilized Cellebrite Physical Analyzer v7.38.0.51 to process the extraction.Cellebrite UFED Reader report was generated |
| QLA5_AJ_1B17 SM1 | 1/27/2021 | AJ | [INSPECTION]<br>Inspected QLA5_AJ_1B17, an iPhone 11. QLA5_AJ_1B17 was clean with no distinctive markings. Power was not on. Device was locked.<br><br>[PHOTOS] |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163727

60
EXHIBIT C

| | FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES<br>Examiner: ITS-FE Andrew Jaung<br>UCFN: 29O-LA-3280255<br>Submission ID: 238391 |
|---|---|---|



This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | | [IMAGE PROCESS]<br>Attempted to conduct a GrayKey, OS Version: 1.6.9, App Bundle: 1.15.8 (GK), full file system extraction of QLA5, but was unsuccessful. GK was able to obtain a Before First Unlock (BFU) extraction of the device.<br><br>GK was unable to obtain the passcode for the device and does not support brute force method at this time.<br><br>BFU extraction was saved onto SM1, a forensically wiped Samsung 1TB SSD, SN: ███████794N and copied to the source folder. |
| QLA5_AJ_1B17 | 1/27/2021 | AJ | Attempted Passcode found on QLA6_AJ_1B18: 1031, on this device. Passcode did not work. |
| QLA5_AJ_1B17 | 1/29/2021 | AJ | Utilized Cellebrite Physical Analyzer v7.38.0.51 to process the BFU extraction.<br><br>Cellebrite UFED Reader report was generated |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000163728



| | FEDERAL BUREAU OF INVESTIGATION<br>COMPUTER ANALYSIS RESPONSE TEAM<br>LOS ANGELES DIVISION<br>11000 Wilshire Blvd., Los Angeles, CA 90024 | CART NOTES |
|---|---|---|
| | | Examiner: ITS-FE Andrew Jaung |
| | | UCFN: 29O-LA-3280255 |
| | | Submission ID: 238391 |

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| | | |  |
| QLA6_AJ_1B18 | 1/27/2021 | AJ | [INSPECTION]<br>Inspected QLA6_AJ_1B18, an iPhone 7, Model A1660. QLA6_AJ_1B18 was clean with no distinctive markings. Power was not on. Device was locked<br><br>[PHOTOS]<br><br>[IMAGE PROCESS] |

Page 9 of 10



**FEDERAL BUREAU OF INVESTIGATION**
COMPUTER ANALYSIS RESPONSE TEAM
LOS ANGELES DIVISION
11000 Wilshire Blvd., Los Angeles, CA 90024

**CART NOTES**
Examiner: ITS-FE Andrew Jaung
UCFN: 29O-LA-3280255
Submission ID: 238391

This document and its contents are the property of the Federal Bureau of Investigation. Distribution of this document or its contents is STRICTLY prohibited.

| Item # | Date | Init | Notes |
|---|---|---|---|
| QLA6_AJ_1B18 | 1/29/2021 | AJ | GK was used to obtain the passcode: 1031. GK full file system was also obtained.<br><br>Cellebrite UFED Reader report was generated<br> |
|  | 4/19/2021 | AJ | Was asked by case agent to create 4 Blu-Ray Discs (BD-R) containing the extractions of 1B6, 1B12, and 1B14.<br><br>DEFENSE COPY – Mobile extractions for evidence items 1B6 (Motorola Model: XT1921-3, IMEI: ▮▮▮▮1206), 1B12 (Verizon SIM card #: ▮▮▮▮3997), and 1B14 (Verizon SIM card #: ▮▮▮▮4894) |

END OF NOTES

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163730

63
EXHIBIT C