# EXHIBIT D



# GrayKey Progress Report

## Evidence ID: QLA5_AJ_1B17-29O-LA-3280255

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8
Report generation time: 2021-01-27 01:17:16 UTC



## Target Device Information

| | |
|---|---|
| Device Name | Arthurs iPhone |
| Software Version | 14.1 [18A8395] |
| Model | iPhone 11 [iPhone12,1 N104AP] |
| Unique Device ID (UDID) | ████████████████802E |
| Serial Number | ██████N72Q |
| Unique Chip ID (ECID) | ████████8814 |
| WiFi MAC Address | f4:db:e3:0d:7c:25 |
| Bluetooth MAC Address | f4:db:e3:0d:fb:1d |
| Phone Number | ██████7103 |
| IMEI | ██████3541 |
| Data Partition Size | 80.39GB (86321041408 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iCloud Backup, Last Backup Date: 2020-11-03 04:56:12 UTC |
| Owner Name | Arthur Ay |
| Accounts | Allstatetowingandtransport1@gmail.com, arthurayvazyan@msn.com, arthurayvazyan72213@yahoo.com, ArthurAyvazyan87@gmail.com, ASTtransport1@gmail.com |

## Event Log

2021-01-26 22:34:35 UTC: Initial access started.
2021-01-27 00:39:06 UTC: Initial access succeeded.
2021-01-27 00:39:08 UTC: On-device agent started. Device Time: 2020-11-06 18:13:42 -08:00
 Device Boot Time: 2020-11-06 15:59:27 -08:00
2021-01-27 00:39:08 UTC: Connected to on-device agent.
2021-01-27 00:39:34 UTC: Passcode bruteforce started.
2021-01-27 00:39:39 UTC: Passcode bruteforce complete. Result: Failure
2021-01-27 00:39:39 UTC: Keychain extraction started.
2021-01-27 00:39:39 UTC: Keychain extraction complete. Result: Success
2021-01-27 00:39:39 UTC: Filesystem extraction started.
2021-01-27 00:44:10 UTC: Passcode suggestions added.
2021-01-27 00:44:15 UTC: Passcode suggestions added.
2021-01-27 00:44:21 UTC: Passcode suggestions added.
2021-01-27 01:14:37 UTC: Filesystem extraction complete. Result: Success
2021-01-27 01:14:42 UTC: On-device agent uninstalled.
2021-01-27 01:17:16 UTC: Progress report generated.



## Extraction Result Summary

All hashes are SHA256

| Partial BFU Filesystem size | 45.64GB (49007703758 bytes) |
|---|---|
| Partial BFU Filesystem Hash | 915ca9383273c51721a7f9ba58f1ca2eeb1304327ff37b83fcfb1e8ccf0d061e |
| Keychain Summary | 51 Keys, 26 Certificates, 364 General passwords |
| Keychain Hash | 9fef16166a70c29530defb4cf5dd7c5d3c3eac830422c1e7f6b747aab896c0ab |