# EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

Gregory J Parra

Digitally signed by
Gregory J Parra
Date: 2021.05.18 07:51:55
-07'00'

1/11/2021

1B20

Samsung Galaxy Tablet model SM-T377V

Connect 1B20 to exam computer ____ 4124.  Connect previously wiped staging drive to exam computer via USB drive dock.  The staging drive will be used to host the extractions.  Use UFED4PC version 7.38.012 for the following extraction types:

Advanced Logical

Opened extraction with Physical Analyzer version 7.38

Create UFED reader report for the investigator.



| ▲ ✓ General | |
|---|---|
| ✓ Android ID | ____d64a |
| ✓ Detected manufacturer | Verizon |
| ✓ Detected model | SM-T377V |
| ✓ Phone revision | 7.1.1 NMF26X T377VVRU1CRF3 |
| ✓ ESN | ____131 |
| ✓ Advertising ID | a0dacaa4-5f45-4892-aabd-b95e228010d7 |
| ✓ Phone date/time | 1/11/2021 2:49:48 PM -05:00 |
| ✓ Client Used for Extraction | Yes |
| ✓ Time Zone | (UTC-05:00)  New_York  (America) |
| ✓ Advertising ID #1 | a0dacaa4-5f45-4892-aabd-b95e228010d7 |

1B94

Vertu Constellation RHV-8 phone including at&t SIM card white and blue in color.  Connect phone to exam computer via Cellebrite cable #124. Use UFED4PC version 7.38.012 for the following extraction types:

Processed SIM card AT&T

Process phone File system

Open extraction in Physical Analyzer version 7.38

Create UFED reader report for the investigator.  The extraction and UFED report was saved to CART staging media.

| Detected manufacturer | Nokia |
|---|---|
| IMEI | ____2198 |
| Serial | ____6653 |
| Product code | 0530976 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163697

68
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Product basic code | 0202743 |
| Module code | 0202743 |
| Hardware number | 5011 |
| User code | 12345 |
| IMSI | ▮▮▮▮4936 |
| ICCID | ▮▮▮▮9364 |
| ICCID | 8901260430019263495 (Previous) |
| Bluetooth activity | Off |
| Bluetooth status | Shown |
| Bluetooth device name | Vertu Constellation |
| ICCID | ▮▮▮▮9364 |
| IMSI | ▮▮▮▮4936 |
| ACC | 0x0040 = Class 6 |

1B21

iPhone X Model A1901, S/n DNQW1LPFJCLJ, IMEI 35 304309 615074 6, 64GB

Eject SIM, power phone, verify Airplane mode is on, Airplane mode verified on, insert SIM.  Connect
1B21 to exam computer ▮▮▮4124.  Use UFED4PC version 7.38.012 for the following extraction types:

File system

Open extraction in Physical Analyzer version 7.38

Create UFED reader report for the investigator.

The extraction and UFED report were saved to CART staging media.

| | |
|---|---|
| MSISDN | +1 (818) 414-5533 |
| IMEI | ▮▮▮0746 |
| Detected Phone Model Identifier | iPhone10,6 |
| Owner Name | iPhone |
| Is encrypted | True |

Page **2** of **21**

69
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Serial | DNQW1LPFJCLJ |
| ICCID | ████████6794 |
| Unique ID | ████████████f083 |
| OS Version | 14.1 |
| Message Retention Duration | Forever |
| Apple ID | ttammydadyan@aol.com |
| iCloud account present | True |
| Last Activation Time | 11/5/2020 7:29:42 PM(UTC+0) |
| Model number | D221AP |
| Last user ICCID | ████████6794 |
| Last used MSISDN | ██████5533 |
| AirDrop ID | ██████150d |
| Last Cloud Backup Date | 2020-11-05T08:47:55.000+00:00 |
| Advertising Id (IDFA) #1 E331B91E-D9CE-4C46-9C78-94DF148F6645 | |
| Bluetooth device address | c8:3c:85:54:d0:03 |
| Serial | █████JCLJ |
| IMSI | █████8679 |
| IMEI | █████0746 |
| ICCID | ████████6794 |
| Unique ID | ████████████f083 |
| WiFi address | c8:3c:85:54:d0:02 |
| Detected modeliPhone | (D221AP) |
| Phone date/time | 11/5/2020 7:58:20 PM(UTC+0) |
| Detected Phone Model Identifier | iPhone10,6 |
| OS Version | 14.1 |
| Time Zone | (UTC-08:00)  Los_Angeles  (America) |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163699

70
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

Locale language en_US

| | |
|---|---|
| Phone date/time | 11/5/2020 7:58:39 PM(UTC+0) |
| Sync host name Computer: | GBP - C1MRRHH9H3QF\User: Diagnostics |
| Sync host name Computer: | natalie's MacBook Air\User: Tammy |
| Sync host name Computer: | tammy's MacBook Pro\User: tammy |
| Location Services Enabled | False |
| MSISDN | 5533 |
| Find my iPhone enabled | True |
| Detected Phone Model | iPhone X |

1B80

iPhone 7 Model A1778, S/n ███████HG7G, IMEI 35██████7449 9 6, 32GB

Eject SIM, power phone, verify Airplane mode is on, Airplane mode verified on, insert SIM.  Connect
1B80 to exam computer F5264124. Use UFED4PC version 7.38.012 for the following extraction types:

File system

Logical

Open extraction in Physical Analyzer version 7.38

Create UFED reader report for the investigator.

The extractions and UFED report were saved to CART staging media.

| | |
|---|---|
| Detected model | MN9E2 |
| Phone revision | 13.3.1 (17D50) |
| IMEI | 4499 |
| Serial | HG7G |
| ICCID | 6045 |
| MSISDN | -3026 |
| MSISDN Type | MSISDN |
| IMSI | 9604 |

Page 4 of 21

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Bluetooth device address | c0:d0:12:c9:26:28 |
| WiFi address | c0:d0:12:c9:26:0c |
| Unique Device ID | d5f8 |
| Advertising ID | 1D88C782-A4DE-4185-ABD5-5E8D3F3BEA62 |
| E-mail devices. | Email extraction on Apple devices is only available for jail-broken |
| OS Version | 13.3.1 |
| Detected Phone Model Identifier | iPhone9,3 |
| Detected Phone Model | iPhone 7 (A1778) |
| Owner Name | iPhone |
| ICCID | 6045 |
| IMEI | 4499 |
| MSISDN | -3026 |
| Serial | HG7G |
| Is encrypted | True |
| Unique ID | 5d5f8 |
| Message Retention Duration | Forever |
| iCloud account present | False |
| Last Activation Time | 10/31/2020 4:10:48 AM(UTC+0) |
| Model number | D101AP |
| MSISDN | + 300 |
| Last user ICCID | 6045 |
| Last used MSISDN | 3026 |
| ICCID | 2050 |
| Unique ID | d5f8 |
| Detected model | iPhone (D101AP) |

Page 5 of 21

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Phone date/time | 11/5/2020 5:20:28 PM(UTC+0) |
| Detected Phone Model Identifier | iPhone9,3 |
| Detected Phone Model  iPhone 7 (A1778) | |
| OS Version | 13.3.1 |
| Time Zone | (UTC-08:00) Los_Angeles (America) |
| Locale languageen | _US |
| Location Services Enabled | False |
| MSISDN | '1▮▮▮▮3026 |

1B96

iPhone 6 model A1549, S/n , IMEI 35 6▮▮▮▮6026 3 no SIM card

Power on, Passcode Protected, Need GrayKey, power off.

1/27/2021

Partial file system extraction using GrayKey



**GrayKey Progress Report**
**Evidence ID: 1B96-GP**
**Examiner Name: FE Greg Parra**
GrayKey Serial # 82c21f0244591a20
GrayKey Software: OS Version: 1.6.9, App Bundle 1.15.8
Report generation time: 2021-01-27 17:36:38 UTC



**Target Device Information**

| | |
|---|---|
| Device Name | iPhone |
| Software Version | 10.3.3 [14G60] |
| Model | iPhone 6 [iPhone7,2 N61AP] |
| Unique Device ID (UDID) | |
| Serial Number | |
| Unique Chip ID (ECID) | 7446791205015334 |
| WiFi MAC Address | 70:14:a6:0c:e3:9f |
| Bluetooth MAC Address | 70:14:a6:0c:e3:a0 |
| Phone Number | 2569 |
| IMEI | |
| Data Partition Size | 6.62GB (9260445696 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iCloud Backup, Last Backup Date 2017-06-15 07:18:37 UTC |
| Owner Name | Ayvazyan |
| Accounts | |

1/28/2021

Open Graykey extraction using Physical Analyzer version 7.38.  Create UFED Report for the investigator.

| | |
|---|---|
| Message Retention Duration | Forever |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163702

73
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Apple ID | ███████████████ |
| Apple ID | ██████████ |
| Apple ID | ███████████████ |
| iCloud account present | True |
| Owner Name | ██████ iPhone |
| Last Activation Time | 1/6/2018 7:59:15 AM(UTC+0) |
| Model number | N61AP |
| Last user ICCID | █████████████ |
| Last used MSISDN | ███████ |
| Serial | █████████ |
| IMEI | █████████ |
| Unique ID | ██████████████████ |
| AirDrop ID | ████████ |
| Last Cloud Backup Date | 2017-06-15T07:18:37.000+00:00 |
| Advertising Id (IDFA) #1 | ██████████████████ |
| Location Services Enabled | True |
| VoiceMemo Size (bytes) | 0 |
| VoiceMemo Entries | 0 |
| UserData Size (bytes) | '10664935424 |
| UserData Entries | 7934 |
| Storage available (Bytes) | '1362444288 |
| Book Size (bytes) | 8192 |
| Book Entries | 0 |
| Application Size (bytes) | '4261539840 |
| Application Entries | 27 |
| Logs Size (bytes) | 15507456 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163703

74
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Logs Entries | 501 |
| Ringtone Size (bytes) | 0 |
| Ringtone Entries | 0 |
| Proofing Size (bytes) | 0 |
| Proofing Entries0 | |
| Storage capacity (Bytes) | '12313587712 |
| Wi-Fi MAC address | |
| MAC address | |
| MAC address | |
| Time Zone | (UTC-08:00) Los_Angeles (America) |
| Locale languageen_ | US |
| ICCID | |
| MSISDN | |
| Find my iPhone enabled | True |
| Detected Phone Model | iPhone 6 |

1B79

1/12/2021

iPhone 8 model A1905, S/n [REDACTED] C67, IMEI [REDACTED] 117 7

Eject SIM, power phone, verify Airplane mode is on, Airplane mode verified on, insert SIM. Connect 1B79 to exam computer [REDACTED] 124. Use UFED4PC version 7.38.012 for the following extraction types:

Filesystem

Logical

Open extraction in Physical Analyzer version 7.38.

Create UFED reader report for the investigator.

The extraction and UFED report were saved to CART staging media

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000163704



Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Detected model | MQ6G2 |
| Phone revision | 13.3 (17C54) |
| IMEI | ▉1177 |
| Serial | ▉UJC67 |
| ICCID | ▉47053 |
| MSISDN | ▉6360 |
| MSISDN Type | MSISDN |
| IMSI | ▉2103 |
| Bluetooth device address | d4:a3:3d:d0:de:87 |
| WiFi address | d4:a3:3d:d0:de:86 |
| Unique Device ID | ▉8f6c |
| Advertising ID | 61E64807-CF17-4D74-B797-7A8C3C4E9333 |
| E-mail | Email extraction on Apple devices is only available for jail-broken devices. |
| Serial | ▉UJC67 |
| Unique ID | ▉8f6c |
| OS Version | 13.3 |
| Owner Name | iPhone |
| ICCID | ▉7053 |
| Detected Phone Model Identifier | iPhone10,4 |
| IMEI | ▉1177 |
| Is encrypted | True |
| MSISDN | ▉6360 |
| Message Retention Duration | Forever |
| iCloud account present | False |
| Last Activation Time | 10/29/2020 12:54:31 AM(UTC+0) |
| Model number | D201AP |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163705

76
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| ICCID | 6327 |
| Last used MSISDN | +1 360 |
| MSISDN | |
| Last user ICCID | 7053 |
| AirDrop ID | f39a |
| Unique ID | e8f6c |
| Detected modeliPhone (D201AP) | |
| Phone date/time | 11/5/2020 4:56:06 PM(UTC+0) |
| Detected Phone Model Identifier | iPhone10,4 |
| OS Version | 13.3 |
| Time Zone | (UTC-08:00) Los_Angeles (America) |
| Locale languageen | _US |
| Location Services Enabled | False |
| MSISDN | 6360 |

1B130

1/11/2021

iPhone 11 passcode protected

Process with Graykey GrayKey Serial #: 82c21ff2d4991a20 GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163706

77
EXHIBIT E



Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

## GrayKey Progress Report

### Evidence ID: 1B130_LA3280255


GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7
Report generation time: 2021-01-11 19:51:26 UTC

### Target Device Information

| | |
|---|---|
| Device Name | TAMARAs iPhone |
| Software Version | 14.0 [18A373] |
| Model | iPhone 11 [iPhone12,1 N104AP] |
| Unique Device ID (UDID) | ██████████████402E |
| Serial Number | F4HD5K40N72J |
| Unique Chip ID (ECID) | ██████662 |
| WiFi MAC Address | 64:0b:d7:78:4c:35 |
| Bluetooth MAC Address | 64:0b:d7:7b:2b:29 |
| IMEI | ██████5499 |
| Data Partition Size | 24.30GB (26088579072 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.7 |
| Backup State | iCloud Backup, Last Backup Date: 2020-10-30 08:02:41 UTC |
| Owner Name | TAMARA DADYAN |
| Accounts | ttammydadyan@aol.com |

Extraction copied to staging drive using TeraCopy version 3.26

1/12/2021

Open extraction in Physical Analyzer version 7.38.

Create UFED reader report for case agent review.

1/11/2021

1B131

iPhone 7 Passcode protected

Process with Graykey GrayKey Serial #: 82c21ff2d4991a20 GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7.



Page **11** of **21**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

## GrayKey Progress Report



### Evidence ID: 1B131_LA3280255

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7
Report generation time: 2021-01-13 02:55:25 UTC

### Target Device Information

| Device Name | iPhone |
|---|---|
| Software Version | 12.4 [16G77] |
| Model | iPhone 7 (Global) [iPhone9,1 D10AP] |
| Unique Device ID (UDID) | ███████████████9876c |
| Serial Number | ██████G6W |
| Unique Chip ID (ECID) | █████2438 |
| WiFi MAC Address | c4:2a:d0:2c:1b:f7 |
| Bluetooth MAC Address | c4:2a:d0:23:9e:92 |
| IMEI | N/A |
| Data Partition Size | 1.72GB (1845952512 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.7 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | Assiya Yessekenova |
| Accounts | alcarazanthony30@gmail.com, babakfarid11@yahoo.com, yessass22@gmail.com |

1/26/2021

Open extraction in Physical Analyzer version 7.38.

Create UFED reader report for the investigator.

1/11/2021

1B132

iPhone 7 Passcode protected

Process with Graykey GrayKey Serial #: 82c21ff2d4991a20 GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7.



Page **12** of **21**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163708

79
EXHIBIT E



Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

# GrayKey Progress Report



## Evidence ID: 1B132_LA3280255

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7
Report generation time: 2021-01-14 23:06:55 UTC

## Target Device Information

| | |
|---|---|
| Device Name | iPhone |
| Software Version | 13.2.2 [17B102] |
| Model | iPhone 7 (Global) [iPhone9,1 D10AP] |
| Unique Device ID (UDID) | ⬛⬛⬛⬛⬛6c46 |
| Serial Number | ⬛⬛⬛HG6W |
| Unique Chip ID (ECID) | ⬛⬛⬛8006 |
| WiFi MAC Address | 98:ca:33:1c:5b:3f |
| Bluetooth MAC Address | 98:ca:33:1c:5b:57 |
| IMEI | N/A |
| Data Partition Size | 1.93GB (2076848128 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.7 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | lilia turcan |
| Accounts | turcan4849@gmail.com |

1/26/2021

Open extraction in Physical Analyzer version 7.38.

Create UFED reader report for the investigator.

1/27/2021

1B81

iPhone 12 Passcode protected

The phone was passcode protected and required a GrayKey extraction.  GrayKey version 1.6.9 was successful completing a File System Extraction.  The extraction was opened using Physical Analyzer version 7.38 where a UFED Reader report was created for the investigator. The extraction and UFED report were saved to CART staging media.



Page **13** of **21**



Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

## GrayKey Progress Report



### Evidence ID: 1B81-GP

### Examiner Name: FE Greg Parra

GrayKey Serial #: 82c21f2d4991a20
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8
Report generation time: 2021-01-27 18:47:41 UTC

### Target Device Information

| Device Name | iPhone |
|---|---|
| Software Version | 14.1 [18A8395] |
| Model | iPhone 12 [iPhone13,2 D53AP] |
| Unique Device ID (UDID) | ████401E |
| Serial Number | ████K0DY1 |
| Unique Chip ID (ECID) | ████8910 |
| WiFi MAC Address | f8:10:93:73:c4:8d |
| Bluetooth MAC Address | f8:10:93:7a:81:d7 |
| Phone Number | ████2262 |
| Data Partition Size | 18.16GB (19502047232 bytes) |
| Lock State | After First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iTunes Backup, Not Encrypted, Last Backup Date: Never |
| Owner Name | Mary Abelian |
| Accounts | mary.abelian@yahoo.com |

| | |
|---|---|
| Message Retention Duration | Forever |
| Apple ID | mary.abelian@yahoo.com |
| iCloud account present | True |
| Owner Name | iPhone |
| Last Activation Time | 11/5/2020 2:46:45 AM(UTC+0) |
| Model number | D53gAP |
| Last user ICCID | ████1786 |
| Last used MSISDN | ████2262 |
| IMEI | ████923 |
| Unique ID | ████401E |
| Serial | ████0DY1 |
| AirDrop ID | ████6c58 |
| Time Zone | (UTC-08:00) Los_Angeles (America) |
| Advertising Id (IDFA) | #17ABDF073-A596-4345-9970-2FB4A0EED951 |
| Location Services Enabled | True |
| Wi-Fi MAC address | F8:10:93:73:C4:8D |

Page **14** of **21**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| MAC address | FA:10:93:6C:5C:22 |
| MAC address | FA:10:93:6C:5C:DD |
| ICCID | ████████1786 |
| MSISDN | ██████2262 |
| IMSI | ██████8134 |

1B85

iPhone7 Passcode protected

Process with Graykey GrayKey Serial #: 82c21ff2d4991a20 GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7.

# GrayKey Progress Report



## Evidence ID: 1B85-GP

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8
Report generation time: 2021-01-27 16:17:12 UTC

## Target Device Information

| | |
|---|---|
| Device Name | iPhone |
| Software Version | 13.6 [17G68] |
| Model | iPhone 7 (Global) [iPhone9,1 D10AP] |
| Unique Device ID (UDID) | ████████████████b6fc2 |
| Serial Number | ████HG6W |
| Unique Chip ID (ECID) | ████0982 |
| WiFi MAC Address | 10:30:25:d2:aa:9f |
| Bluetooth MAC Address | 10:30:25:d5:58:16 |
| Phone Number | ████6000 |
| IMEI | N/A |
| Data Partition Size | 4.16GB (4469571584 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | Rich Ayvazyan |
| Accounts | rich@fliper.com |

Passcode found was ████████ The extraction was opened using Physical Analyzer version 7.38 where a UFED Reader report was created for the investigator.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER DOJ_PROD_0000163711

82
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

1B82

iPhone 12 Passcode protected

Tried passcode ▮▮▮▮ (same passcode found by GrayKey for 1B85) Successful

Process with Graykey Serial #: 82c21ff2d4991a20 GrayKey Software: OS Version: 1.6.8.1, App Bundle:
1.15.7.

 GRAYSHIFT

## GrayKey Progress Report



**Evidence ID: 1B82-GP**

**Examiner Name: FE Greg Parra**

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8
Report generation time: 2021-01-27 16:48:30 UTC

### Target Device Information

| Device Name | 18183s iPhone |
|---|---|
| Software Version | 14.1 [18A8395] |
| Model | iPhone 12 [iPhone13,2 D53gAP] |
| Unique Device ID (UDID) | ▮▮▮▮001E |
| Serial Number | ▮▮▮▮0DY0 |
| Unique Chip ID (ECID) | ▮▮▮▮2014 |
| WiFi MAC Address | 44:90:bb:12:b:85 |
| Bluetooth MAC Address | 44:90:bb:09:51:84 |
| Phone Number | +1▮▮▮▮2224 |
| IMEI | ▮▮▮▮3489 |
| Data Partition Size | 14.17GB (15216377856 bytes) |
| Lock State | After First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iCloud Backup. Last Backup Date: Never |
| Owner Name | Richard Ayvazyan |
| Accounts | rich@fliper.com, ayva11@yahoo.com, rich@inceptionfund.com |

| | |
|---|---|
| Message Retention Duration | Forever |
| Apple ID | rich@fliper.com |
| iCloud account present | True |
| Owner Name | 18183's iPhone |
| Last Activation Time | 11/5/2020 12:25:05 AM(UTC+0) |
| Model number | D53gAP |
| Last user ICCID | ▮▮▮▮6316 |
| Last used MSISDN | ▮▮▮▮2224 |
| IMEI | ▮▮▮▮3489 |
| Unique ID | ▮▮▮▮001E |

Page **16** of **21**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000163712

83
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| Serial | ▮DY0 |
| AirDrop ID | ▮c1df |
| Advertising Id (IDFA) #1 | CD706079-67CC-478F-B8B3-63289281E119 |
| Bluetooth device address | <string>44:90:BB:09:51:84</string> |
| Location Services Enabled | True |
| VoiceMemo Size (bytes) | 0 |
| VoiceMemo Entries | 0 |
| UserData Size (bytes) | '5373538304 |
| UserData Entries | -27605 |
| Storage available (Bytes) | '106449174528 |
| Book Size (bytes) | 0 |
| Book Entries | 0 |
| Application Size (bytes) | '7254872064 |
| Application Entries | 34 |
| Logs Size (bytes) | 18403328 |
| Logs Entries | 252 |
| Ringtone Size (bytes) | 0 |
| Ringtone Entries | 0 |
| Proofing Size (bytes) | 0 |
| Proofing Entries | 0 |
| Storage capacity (Bytes) | '120941821952 |
| Sync host name Computer: | LAPTOP-25T8112K\User: 18183 |
| Wi-Fi MAC address | 44:90:BB:12:2B:85 |
| MAC address | 46:90:BB:0F:1B:3F |
| MAC address | 46:90:BB:0F:1B:C0 |
| ICCID | ▮6316 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163713

84
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| MSISDN | ███ 2224 |
| IMSI | ███ 7280 |
| Time Zone | (UTC-08:00) Los_Angeles (America) |
| Find my iPhone enabled | True |

1B83

iPhone11 Passcode protected

Process with Graykey GrayKey Serial #: 82c21ff2d4991a20 GrayKey Software: OS Version: 1.6.8.1, App Bundle: 1.15.7.

# GrayKey Progress Report



## Evidence ID: 1B83-GP

## Examiner Name: FE Greg Parra

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8
Report generation time: 2021-01-27 23:00:10 UTC

### Target Device Information

| Device Name | iPhone |
|---|---|
| Software Version | 14.1 [18A8395] |
| Model | iPhone 11 [iPhone12.1 N104AP] |
| Unique Device ID (UDID) | ███ |
| Serial Number | ███ |
| Unique Chip ID (ECID) | ███ |
| WiFi MAC Address | ███ |
| Bluetooth MAC Address | ███ |
| Phone Number | |
| IMEI | ███ |
| Data Partition Size | 110.18GB (118309068800 bytes) |
| Lock State | After First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | ███ Ayvazyan |
| Accounts | ███ |

2/1/2021

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163714

85
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

Open extraction using Physical Analyzer version 7.38

**Notes password required**

Enter the password below or click Load from file to load a list of passwords
from a text file (dictionary). The file must include a list of passwords, with each
password on a separate line. Click Cancel to skip this specific app and continue
decoding.

| Load from file | | OK | Cancel |

| | |
|---|---|
| Message Retention Duration | Forever |
| Apple ID | ▇▇▇▇▇▇▇ |
| iCloud account present | True |
| Owner Name | iPhone |
| Last Activation Time | 10/31/2020 10:26(UTC+0) |
| Model number | N104AP |
| Last used MSISDN | ▇▇▇▇▇ |
| Last user ICCID | ▇▇▇▇▇▇ |
| Unique ID | ▇▇▇▇▇▇▇ |
| IMEI | ▇▇▇▇▇ |
| Serial | ▇▇▇▇ |
| AirDrop ID | ▇▇▇▇ |
| Time Zone | (UTC-08:00)  Los_Angeles  (America) |
| Advertising Id (IDFA) #1 | ▇▇▇▇▇▇▇ |
| Advertising Id (IDFA) #2 | ▇▇▇▇▇▇▇ |
| Bluetooth device address | ▇▇▇▇▇▇ |
| Location Services Enabled | True |
| VoiceMemo Size (bytes) | 0 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163715

86
EXHIBIT E

Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

| | |
|---|---|
| VoiceMemo Entries | 0 |
| UserData Size (bytes) | '49121513472 |
| UserData Entries | -21745 |
| Storage available (Bytes) | -2144534528 |
| Book Size (bytes) | 98304 |
| Book Entries | 0 |
| Application Size (bytes) | '10012459008 |
| Application Entries | 60 |
| Logs Size (bytes) | 15822848 |
| Logs Entries | 205 |
| Ringtone Size (bytes) | 6021120 |
| Ringtone Entries | 4 |
| Proofing Size (bytes) | 0 |
| Proofing Entries | 0 |
| Storage capacity (Bytes) | '119888605184 |
| Wi-Fi MAC address | ▄▄▄▄▄▄▄▄▄ |
| MAC address | ▄▄▄▄▄▄▄▄▄ |
| MAC address | ▄▄▄▄▄▄▄▄▄ |
| ICCID | ▄▄▄▄▄▄▄▄▄▄▄ |
| MSISDN | ▄▄▄▄▄▄ |
| IMSI | ▄▄▄▄▄▄▄ |
| Automatic time zone | True |
| Find my iPhone enabled | True |
| Detected Phone Model | iPhone 11 |

The extraction was opened using Physical Analyzer version 7.38 where a UFED Reader report was created for the investigator.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163716

87
EXHIBIT E



Notes
29O-LA-3280255
SUID 238390 & 238399
ITS-FE Gregory J Parra
(Note, SUID 238399 include 1B130, 1B131 & 1B132)
(Note, SUID 238390 include 1B20, 1B21, 1B79, 1B80, 1B81, 1B82, 1B83, 1B85, 1B94 & 1B96)

The cell phone extractions and UFED reports were copied to USB hard drives previously provided by the investigative team.



Page **21** of **21**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER