# EXHIBIT F




# GrayKey Progress Report

## Evidence ID: 1B81-GP

## Examiner Name: FE Greg Parra

GrayKey Serial #: 82c21ff2d4991a20  
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8  
Report generation time: 2021-01-27 18:47:41 UTC

## Target Device Information

| Device Name | iPhone |
|---|---|
| Software Version | 14.1 [18A8395] |
| Model | iPhone 12 [iPhone13,2 D53gAP] |
| Unique Device ID (UDID) | ████████████████401E |
| Serial Number | ████████0DY1 |
| Unique Chip ID (ECID) | ████████████8910 |
| WiFi MAC Address | f8:10:93:73:c4:8d |
| Bluetooth MAC Address | f8:10:93:7a:81:d7 |
| Phone Number | ██████2262 |
| Data Partition Size | 18.16GB (19502047232 bytes) |
| Lock State | After First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iTunes Backup, Not Encrypted, Last Backup Date: Never |
| Owner Name | Mary Abelian |
| Accounts | mary.abelian@yahoo.com |

## Event Log

2021-01-27 17:38:30 UTC: Initial access started.  
2021-01-27 18:28:13 UTC: Initial access succeeded.  
2021-01-27 18:28:15 UTC: On-device agent started. Device Time: 2021-01-27 10:15:30 -08:00  
 Device Boot Time: 2020-11-04 18:46:34 -08:00  
2021-01-27 18:28:15 UTC: Connected to on-device agent.  
2021-01-27 18:28:41 UTC: Passcode bruteforce started.  
2021-01-27 18:28:45 UTC: Passcode bruteforce complete. Result: Failure  
2021-01-27 18:28:45 UTC: Keychain extraction started.  
2021-01-27 18:28:46 UTC: Keychain extraction complete. Result:  Success  
2021-01-27 18:28:46 UTC: Filesystem extraction started.  
2021-01-27 18:46:32 UTC: Filesystem extraction complete. Result:  Success  
2021-01-27 18:46:37 UTC: On-device agent uninstalled.  
2021-01-27 18:47:41 UTC: Progress report generated.

## Extraction Result Summary

| All hashes are SHA256 | |
|---|---|
| Instant AFU Filesystem size | 24.70GB (26518059158 bytes) |



| Instant AFU Filesystem Hash | 14ad9a27682253e533533c7ebccb46af9096e19db3edd66c96b97229309730ea |
|---|---|
| Keychain Summary | 15 Keys, 14 Certificates, 64 Internet passwords, 313 General passwords |
| Keychain Hash | 1aa6ede969d67db779d95d99bb1712230c1369fde24bb19808f4cdf844386b4d |