# EXHIBIT G



# GrayKey Progress Report

## Evidence ID: 1B85-GP

GrayKey Serial #: 82c21ff2d4991a20
GrayKey Software: OS Version: 1.6.9, App Bundle: 1.15.8
Report generation time: 2021-01-27 16:17:12 UTC



## Target Device Information

| | |
|---|---|
| Device Name | iPhone |
| Software Version | 13.6 [17G68] |
| Model | iPhone 7 (Global) [iPhone9,1 D10AP] |
| Unique Device ID (UDID) | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇b6fc2 |
| Serial Number | ▇▇▇▇▇▇HG6W |
| Unique Chip ID (ECID) | ▇▇▇▇▇▇▇0982 |
| WiFi MAC Address | 10:30:25:d2:aa:9f |
| Bluetooth MAC Address | 10:30:25:d5:58:16 |
| Phone Number | ▇▇▇▇▇▇6000 |
| IMEI | N/A |
| Data Partition Size | 4.16GB (4469571584 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 1.15.8 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | Rich Ayvazyan |
| Accounts | rich@fliper.com |

## Event Log

2021-01-27 16:03:10 UTC: Initial access started.
2021-01-27 16:06:22 UTC: Initial access succeeded.
2021-01-27 16:06:24 UTC: On-device agent started. Device Time: 2020-11-20 04:30:23 -08:00
 Device Boot Time: 2020-11-20 04:27:32 -08:00
2021-01-27 16:06:24 UTC: Connected to on-device agent.
2021-01-27 16:06:42 UTC: Passcode bruteforce started.
2021-01-27 16:08:02 UTC: Passcode bruteforce complete. Result: Success
2021-01-27 16:08:06 UTC: Keychain extraction started.
2021-01-27 16:08:06 UTC: Keychain extraction complete. Result: Success
2021-01-27 16:08:06 UTC: Filesystem extraction started.
2021-01-27 16:16:06 UTC: Filesystem extraction complete. Result: Success
2021-01-27 16:16:11 UTC: On-device agent uninstalled.
2021-01-27 16:17:12 UTC: Progress report generated.

## Extraction Result Summary

All hashes are SHA256

| | |
|---|---|
| Full Filesystem size | 10.26GB (11012102431 bytes) |



| Full Filesystem Hash | e9ff052e61019cfe6e830026441684ab641108c7ef73e86c347413ef6dc88235 |
|---|---|
| Keychain Summary | 36 Keys, 9 Certificates, 122 Internet passwords, 184 General passwords |
| Keychain Hash | 9708e11785ca588fe7fd99673885a070d4112d1f3c9bf0fc6382417c1037bcff |
| Passcode (or unlock mechanism) | ▮▮▮▮ |