**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of United States v. Ayvazyan, et. al, CR No. 20-579(A)-SVW. I make this declaration in support of the Government's Reply in Support of the Government's Motion in Limine #2 to Admit Evidence Inextricably Intertwined with the Charged Offenses.

2. The "T.D. iPhone Text Excerpts" included in the above-referenced motion are true and correct copies of excerpts of text messages extracted from an Apple iPhone X bearing serial number DNQW1LPFJCLJ and an Apple ID including T. Dadyan's name, logged as evidence item 1B21 (the "T.D. iPhone"). This digital device was seized on or about November 5, 2020 from SUBJECT PREMISES-4. The text messages are, as indicated, excerpts of the participants' conversation. The text messages were exchanged between participants identified within the digital device as: "Rich New" with a phone number ending in -4170, "tammy (owner)" with a phone number ending in -5533, and an email address bearing T. Dadyan's name also identified as "(owner)". A forensic copy of this digital device and a searchable report of its readable contents, post-filter review, were produced to defendants with Bates no. DOJ_PROD_0000160626.

3. Exhibit 1 (filed under seal) is a true and correct copy of a PDF file exchanged between "tammy" and "Rich New" in the text message conversation described in paragraph 2, with file name "GREEN LABEL TAX ID.pdf." Exhibit 4 (filed under seal) is also a true and correct copy of PDF files exchanged in the same text message

conversation, with file names "EGIA SEPTEMBER 1 PAYSTUB.pdf" and "TONY GLEB PAYSTSUB.pdf".

4.   Exhibit 2 (filed under seal) contains are true and correct copies of identification documents found at the residence of T. Dadyan and A. Ayvazyan that were previously filed under seal as Exhibit 8, attached to the Declaration of Chrisopher Fenton (ECF 207).  Exhibit 2 further contains true and correct copies of images found in digital devices 1B21 and 1B17, as described in the exhibit, whose user information indicated they belonged to and/or were used by A. Ayvazyan and T. Dadyan.

5.   Exhibit 3 (filed publicly with redactions) are true and correct copies of payroll reports submitted with PPP applications for LK Design and Journeymen Construction, and submitted with an EIDL application for Mykhail D. DBA MD Acquisition Services.  They have been redacted to remove the purported full federal tax identification numbers and the purported full addresses of the businesses.  Exhibit 6 (filed publicly with redactions) is similarly redacted true and correct copy of payroll reports submitted with PPP applications for Redline Auto Collision Inc., Fiber One Media, Inc., Mod Interiors, Inc., and Hart Construction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 7, 2021.

CATHERINE AHN