# Government Exhibit 3

Report generated by
**gusto**

## LK Design - Paycheck Protection Program Report

SPY GLASS Dr ◆ Porter Ranch, CA, 91326
Date Range: 2019-01-01 to 2019-12-31 ◆ 8666 ◆ Created On: 2020-06-10

**Average Monthly Payroll Cost**
**$110,661.33**

**Current Jobs**
**22**

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Feb '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Mar '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Apr '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| May '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jun '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jul '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Aug '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Sep '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Oct '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Nov '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Dec '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jan-Dec | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |

Report generated by
**gusto**

## Journeymen Construction, Inc - Paycheck Protection Program Report

█████ Ventura Blvd ◆ Suite 125 ◆ Woodland Hills, CA 91367
Date Range: 2019-01-01 to 2019-12-31 ◆ █████████ 1833 ◆ Created On: 2020-06-10

**Average Monthly Payroll Cost**        **Current Jobs**
**$110,661.33**                          **22**

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Feb '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Mar '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Apr '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| May '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jun '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jul '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Aug '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Sep '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Oct '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Nov '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Dec '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jan-Dec | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |

Report generated by

**gusto**

# Mykhail Diuzhenko DBA MD Acquisition Services,  - Paycheck Protection Program Report

███ Mariano St ◆ Woodland Hills, CA 91367
Date Range: 2019-01-01 to 2019-12-31 ◆ ███████7800 ◆ Created On: 2020-06-10

| Average Monthly Payroll Cost | Current Jobs |
|:---:|:---:|
| **$110,661.33** | **22** |

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Feb '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Mar '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Apr '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| May '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jun '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jul '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Aug '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Sep '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Oct '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Nov '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Dec '19 | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |
| Jan-Dec | 22 | $97,828.00 | $97,828.00 | $12,833.33 | $0.00 | $0.00 | $110,661.33 |