# Government Exhibit 6

Report generated by


## Redline Auto Collision Inc - Paycheck Protection Program Report

███ San Fernando Road◆ ◆ Pacoima, CA 91331
Date Range: 2019-01-01 to 2019-12-31 ◆ ███████3353◆ Created On: 2020-04-10

| Average Monthly Payroll Cost | Current Jobs |
|:---:|:---:|
| **$52,075.25** | **12** |

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Feb '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Mar '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Apr '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| May '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jun '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jul '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Aug '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Sep '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Oct '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Nov '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Dec '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jan-Dec | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |

Report generated by


## Fiber One Media, Inc - Paycheck Protection Program Report

███ Magnolia Blvd ◆ Suite 110 ◆ Sherman Oaks, CA, 91403
Date Range: 2019-01-01 to 2019-12-31 ◆ ███████ 9762 ◆ Created On: 2020-04-10

| Average Monthly Payroll Cost | Current Jobs |
|---|---|
| **$52,075.25** | **12** |

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Feb '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Mar '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Apr '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| May '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jun '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jul '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Aug '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Sep '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Oct '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Nov '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Dec '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jan-Dec | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |

Report generated by
**gusto**

## Mod Interiors, Inc - Paycheck Protection Program Report

███ Ventura Blvd ◆ Suite 224 ◆ Encino, CA 91436
Date Range: 2019-01-01 to 2019-12-31 ◆ ███ ███ 3016 ◆ Created On: 2020-04-10

| Average Monthly Payroll Cost | Current Jobs |
|---|---|
| **$52,075.25** | **12** |

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Feb '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Mar '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Apr '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| May '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jun '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jul '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Aug '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Sep '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Oct '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Nov '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Dec '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jan-Dec | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |

Report generated by
**gusto**

## Hart Construction - Paycheck Protection Program Report

_____ Radio Road ◆ Sute C34 ◆ Palm Springs, CA 92262
Date Range: 2019-01-01 to 2019-12-31 ◆ _____3589 ◆ Created On: 2020-04-10

**Average Monthly Payroll Cost**          **Current Jobs**
**$52,075.25**                             **12**

| Month | Jobs | Gross Payroll | Adjusted Earnings | (+) ER State Taxes | (+) ER Benefits | (+) ER Retirement | (=) Monthly Payroll Cost |
|---|---|---|---|---|---|---|---|
| Jan '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Feb '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Mar '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Apr '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| May '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jun '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jul '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Aug '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Sep '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Oct '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Nov '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Dec '19 | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |
| Jan-Dec | 12 | $49,135.25 | $49,135.25 | $2,940.00 | $0.00 | $0.00 | $52,075.25 |

