CATHERINE S. AHN (Cal. Bar No. 248286)
1100 United States Courthouse
312 North Spring Street, Los Angeles, California 90012
(213) 894-2424; catherine.s.ahn@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-579-(A)-SVW |
| v. | |
| RICHARD AYVAZYAN, ET AL. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Exhibits 1-2 and 4-5 (the documents sought to be filed under seal), attahced to the Reply to the Government's Motion in Limine #2 (with service to parties)

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 2, 2021                    Catherine S. Ahn
Date                            Attorney Name
                                United States of America
                                Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            **NOTICE OF MANUAL FILING OR LODGING**