Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO PRECLUDE SUMMARY WITNESS**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: June 14, 2021<br>Time: 11:00 a.m. |

# [PROPOSED] ORDER

This Court, having considered Defendants' Motion *in limine* to Preclude Summary Witness, hereby GRANTS the motion and ORDERS the following relief:

1. The government is precluded from calling Marylee Robinson or any summary witness to testify at trial and the government is precluded from using its proposed summary charts at trial;

   Or, in the alternative;

2. The summary witness's testimony is limited to the seventeen loans charged in the redacted superseding indictment, the testimony will be accompanied by limiting instructions, the government must produce updated summary charts pertaining only to the seventeen loans charged in the indictment, and the summary charts will not be submitted to the jury.

**IT IS SO ORDERED.**

Dated: _____, 2021

The Honorable Stephen V. Wilson
United States District Judge