Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE SUMMARY WITNESS**<br><br>Judge: Hon. Stephen V. Wilson<br>Hearing Date: June 14, 2021<br>Time: 11:00 a.m. |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of the government's May 18, 2021 letter to defense counsel.

3. Attached as **Exhibit B** is a true and correct copy of a May 24, 2021 email exchange between the government and defense counsel.

4. Attached as **Exhibit C** is a true and correct copy of the transcript of the Status Conference Hearing held on May 21, 2021 in the above-captioned matter, obtained from the Court Reporter.

5. Attached as **Exhibit D** is a true and correct copy of the government's Summary Chart Exhibit re Tracing, emailed to defense counsel on June 1, 2021, with street address numbers redacted.

6. Attached as **Exhibit E** is a true and correct copy of the government's Summary Chart Exhibit re COVID-19 Disaster Relief Loan Application, emailed to defense counsel on June 1, 2021, with dates of birth and street address numbers redacted.

7. Attached as **Exhibit F** is a true and correct copy of the government's June 1, 2021 email to defense counsel regarding summary chart exhibits.

8. Attached as **Exhibit G** is a true and correct copy of a June 5, 2021 email exchange between the government and defense counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on June 8, 2021.

Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

DECLARATION OF A. RAM IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE SUMMARY WITNESS