# EXHIBIT D

# Bank Account Records Reviewed (1 of 2)

DRAFT

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 1 | Secureline Realty and Funding Inc | Tamara Dadyan | Comerica Bank | x8935 | 12/05/13 | 01/08/20 | 07/31/20 | 1.d |
| 2 | Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | x1754 | 11/20/14 | 01/13/20 | 07/31/20 | 1.e |
| 3 | Redline Auto Collision Inc | Edvard Paronyan | JPMorgan Chase | x1732 | 04/26/16 | 04/24/20 | 11/30/20 | 1.l |
| 4 | ABC Realty Advisors Inc, Tamara T Dadyan | Tamara Dadyan | JPMorgan Chase | x8366 | 03/07/17 | 05/27/20 | 08/31/20 | 7.a |
| 5 | Anna Dzukaeva | Anna Dzukaeva | Capital One | x1441 | 03/21/17 | 01/23/20 | 12/31/20 | 1.s |
| 6 | Marietta Terabelian | Marietta Terabelian | Bank of America | x1475 | 01/16/18 | 03/02/20 | 01/26/21 | 7.e |
| 7 | Artashes Grigoryan dba G&A Diamonds | Artashes Grigoryan | US Bank | x1964 | 06/09/18 | 06/09/18 | 11/30/20 | 1.k |
| 8 | Allstate Towing & Transport LLC | Artur Ayvazyan | US Bank | x5135 | 08/12/19 | 04/22/20 | 11/30/20 | 1.j |
| 9 | Voyage Limo LLC | Vahe Dadyan | Wells Fargo | x7900 | 08/20/19 | 03/02/20 | 11/30/20 | 1.m |
| 10 | Iuliia Zhadko | Iuliia Zhadko | Wells Fargo | x8054 | 09/04/19 | 09/01/19 | 06/12/20 | 1.g |
| 11 | Arman Hayrapetyan DBA Sabala Construction | Arman Hayrapetyan | JPMorgan Chase | x9906 | 12/10/19 | 03/02/20 | 11/30/20 | 1.a |
| 12 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x1511 | 02/11/20 | 02/11/20 | 05/29/20 | 1.b |
| 13 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x9066 | 02/11/20 | 03/03/20 | 05/29/20 | 1.c |

# Bank Account Records Reviewed (2 of 2)

DRAFT

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 14 | Iuliia Zhadko dba Top Quality Contracting | Iuliia Zhadko | Wells Fargo | x3517 | 03/18/20 | 03/18/20 | 06/12/20 | 1.f |
| 15 | Viktoria Kauichko | Viktoria Kauichko | Wells Fargo | x2085 | 03/19/20 | 03/20/20 | 09/18/20 | 7.d |
| 16 | Anton Kudiumov | Anton Kudiumov | Bank of America | x7572 | 05/02/20 | 06/29/20 | 01/21/21 | 7.b |
| 17 | Time Line Transport Inc | Iuliia Zhadko | Radius Bank | x0172 | 05/04/20 | 05/04/20 | 09/30/20 | 1.n |
| 18 | Allstate Towing & Transport LLC | Artur Ayvazyan | Bank of America | x7695 | 05/09/20 | 05/11/20 | 09/30/20 | 1.h |
| 19 | Inception Ventures Inc, Richard Ayvazyan | Richard Ayvazyan | Bank of America | x4043 | 06/01/20 | 06/01/20 | 10/31/20 | 7.c |
| 20 | Redline Auto Mechanics | Anton Kudiumov | Bank of America | x16271 | 06/23/20 | 06/23/20 | 08/31/20 | 1.o |
| 21 | Runyan Tax Service Inc | Viktoria Kauichko | Bank of America | x9700 | 06/25/20 | 06/25/20 | 08/31/20 | 1.p |
| 22 | Iuliia Zhadko | Iuliia Zhadko | JPMorgan Chase | x6822 | 07/10/20 | 07/20/20 | 01/20/21 | 7.g |
| 23 | Mod Interiors Inc | Nazar Terabelian | Radius Bank | x2395 | 07/21/20 | 07/21/20 | 09/30/20 | 1.q |
| 24 | Turing Info Solutions Inc | Iuliia Zhadko | JPMorgan Chase | x5268 | 07/29/20 | 07/29/20 | 01/29/21 | 1.r |

# EIDL/PPP Loan Files Reviewed (1 of 2)

DRAFT

| | Business Applicant | Individual Applicant | Lender | Loan/App # | Amount | GX # |
|---|---|---|---|---|---|---|
| 1 | Allstate Towing and Transport LLC | Artur Ayvazyan | Cross River Bank | X47310 | $ 124,000 | 2.f |
| 2 | Anna Dzukaeva dba Six Star Farms | Anna Dzukaeva | Newtek | X8209 | 244,500 | 2.q |
| 3 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMC | X7707 | 112,500 | 6.x |
| 4 | G A Diamonds | Artashes Grigoryan | SBA | X0719 | 150,000 | 2.g |
| 5 | Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | X7709 | 122,838 | 2.d |
| 6 | Hart Construction | Michael Hart | WebBank | X57310 | 130,000 | 2.b |
| 7 | Journeymen Construction | Viktoria Kauichko | SBA | X2210 | 158,000 | 5.c |
| 8 | Mark Zindroski dba Top Quality Contracting | Mark Zindroski | Celtic Bank | X7304 | 113,750 | 6.y |
| 9 | Mark Zindroski dba Top Quality Contracting | Mark Zindroski | Celtic Bank | X7706 | 130,000 | 2.e |
| 10 | Mod Interiors Inc | Nazar Terabelian | Newtek | X8101 | 384,100 | 2.o |
| 11 | Mod Interiors Inc | Nazar Terabelian | SBA | X8350 | 150,000 | 5.m |
| 12 | Redline Auto Collision Inc | Edvard Paronyan | Celtic Bank | X7404 | 130,187 | 2.j |
| 13 | Redline Auto Mechanics | Anton Kudiumov | SBA | X7034 | 159,000 | 5.w |

# EIDL/PPP Loan Files Reviewed (2 of 2)

DRAFT

| | Business Applicant | Individual Applicant | Lender | Loan/App # | Amount | GX # |
|---|---|---|---|---|---|---|
| 14 | Redline Auto Mechanics Inc | Anton Kudiumov | Celtic Bank | X8006 | 276,600 | 2.m |
| 15 | Runyan Tax Service, Inc | Viktoria Kauichko | Seattle Bank | X8104 | 276,653 | 2.n |
| 16 | Sabala Construction | Donald Sabala | Cross River Bank | X7303 | 113,750 | 6.a |
| 17 | Sabala Construction | Donald Sabala | WebBank | X7305 | 182,637 | 2.a |
| 18 | Secureline Realty and Funding Inc | Tamara Dadyan | Comerica Bank | X7410 | 137,500 | 2.c |
| 19 | Time Line Transport Inc | Iuliia Zhadko | Newtek AB | X7903 | 122,400 | 6.l |
| 20 | Time Line Transport Inc | Iuliia Zhadko | Celtic Bank | X8007 | 122,400 | 6.j |
| 21 | Time Line Transport, Inc | Iuliia Zhadko | SBA | X3854 | 160,000 | 2.l |
| 22 | Top Quality Contracting | Iuliia Zhadko | SBA | X0246 | 118,100 | 6.q |
| 23 | Top Quality Contracting | Iuliia Zhadko | Customers Bank | X7202 | 185,000 | 6.p |
| 24 | Turing Info Solutions | Iuliia Zhadko | SBA | X2336 | 150,000 | 6.s |
| 25 | Turing Info Solutions | Iuliia Zhadko | Newtek | X8210 | 384,100 | 2.p |
| 26 | Voyage Limo | Vahe Dadyan | Celtic Bank | X7400 | 157,500 | 2.k |

# Use of EIDL/PPP Funds to Purchase Calle La Primavera Property

DRAFT

● Transaction Amount
● EIDL/PPP Funds

EIDL/PPP Loans:
$434,153

**Voyage Limo**
Wells Fargo
X7900

07/03/20
$155,000
$155,000

**Celtic Bank**
**PPP LN# X7400**

05/20/20
$157,500

**Seattle Bank**
**PPP LN# X8104**

07/21/20
$276,653

**Runyan Tax Service (Viktoria Kauichko)**
BOA X9700

07/23/20
$238,614
$238,614

EIDL/PPP Funds Used:
$238,614

**Beverly Hills Escrow**

**Purchaser: Iuliia Zhadko**

**Closing Date: 07/27/20**

**Purchase Price: $1 Million**

Source: GX # 1.m, 1.p, https://www.zillow.com/homedetails/







# Use of EIDL/PPP Funds to Purchase Anastacia Lane Property

DRAFT

● Transaction Amount
● EIDL/PPP Funds

**EIDL/PPP Loans: $593,400**

**EIDL/PPP Funds Used: $110,300**

- **EIDL APP# X7034** → 06/23/20 to 06/29/20, $158,900 → **Redline Auto Mech. (Anton Kudiumov)** BOA X16271
- **Liberty SFB PPP LN# X8006** → 06/30/20, $276,600 → **Redline Auto Mech. (Anton Kudiumov)** BOA X16271
- **Redline Auto Mech. (Anton Kudiumov)** BOA X16271 → 06/29/20 to 07/09/20, $140,000, $137,410 → **Anton Kudiumov** BOA X7572
- **Anton Kudiumov** BOA X7572 → 07/09/20, $93,200, $93,200 → **Perfect Escrow Inc.**
- **EIDL APP# X2210** → 05/22/20, $157,900 → **Viktoria Kauichko** BOA X2085
- **Viktoria Kauichko** BOA X2085 → 06/01/20, $17,100, $17,100 → **Perfect Escrow Inc.**

**Perfect Escrow Inc.**
**Purchaser: Viktoria Kauichko**
**Closing Date: 07/10/20**
**Purchase Price: $600,000**

Source: GX # 1.o, 7.b, 7.d, https://www.zillow.com/homedetails/[redacted]

Use of EIDL/PPP Funds to Purchase Topeka Drive Property
DRAFT
EIDL/PPP Loans: $959,225
● Transaction Amount
● EIDL/PPP Funds
EIDL/PPP Funds Used: $639,807
EIDL APP# X3854
06/22/20 $149,900
Time Line Transport Inc (Iuliia Zhadko) Radius Bank X0172
06/24/20 $110,000 $110,000
Cross River Bank PPP LN# X47310
05/05/20 $124,000
Allstate Towing & Transport LLC US Bank X5135
05/21/20 $80,000 $80,000
Allstate Towing & Transport LLC BOA X7695
06/03/20 $93,000 $80,000
EIDL APP# X0719
06/16/20 $144,900
G&A Diamonds US Bank X1964
06/19/20 $100,000 $100,000
Marietta Terabelian BOA X1475
06/22/20 $565,000 $249,807
Encore Escrow
Purchasers: Richard Ayvazyan & Marietta Terabelian
Closing Date: 06/25/20
Purchase Price: $3.25 Million
Celtic PPP LN# X7404
05/11/20 $130,187
EIDL APP# X5799
06/08/20 $149,900
Redline Auto Collision Inc. JPMC X1732
06/17/20 $150,000 $150,000
Wells Fargo PPP LN# X7709
05/07/20 $122,838
Secureline Realty and Funding Inc. Wells Fargo X1754
06/12/20 $120,000 $120,000
ABC Realty Advisors Inc. JPMC X8366
06/17/20 $200,000 $200,000
Inception Ventures Inc BOA X4043
06/22/20 to 06/24/20 $500,000 $200,000
Comerica Bank PPP LN# X7410
05/11/20 $137,500
Secureline Realty and Funding Inc. Comerica Bank X8935
05/26/20 $136,000 $136,000
Source: GX # 1.d, 1.e, 1.h, 1.j, 1.k, 1.l, 1.n, 7.a, 7.c, 7.e

# Other Uses of EIDL/PPP Funds
# May 2020

DRAFT

EXHIBIT D

# Other Uses of EIDL/PPP Funds
# June 2020 to September 2020

DRAFT

Other Uses of EIDL/PPP Funds
December 2020 to January 2021
DRAFT
Transaction Amount
EIDL/PPP Funds
EIDL/PPP Loans:
$534,000
EIDL
APP# X2336
08/12/20
$149,900
PPP
LN# X8210
08/25/20
$384,100
Turing Info
Solutions
(Iuliia Zhadko)
JPMC X5268
12/21/20
$47,000
$47,000
12/22/20
$86,000
$86,000
Iuliia Zhadko
JPMC X6822
12/23/20
$50,000
$50,000
12/24/20
$75,000
$75,000
TD
Ameritrade
X3630
01/14/21
$22,000
$22,000
coinbase
Source: GX # 1.r, 7.g

# Anna Dzukaeva – X1441 Account Activity
# August 01, 2020 – January 22, 2021

DRAFT

| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
|---|---|---|---|---|
| 08/01/20 | Prior Month Ending Balance | $ - | $ - | $ 184,605.46 |
| 08/04/20 | Fay Servicing | - | 14,566.67 | 170,038.79 |
| 08/17/20 | Newtek Small Business Finance (PPP) | 244,500.00 | - | 414,538.79 |
| ***08/18/20*** | ***Fay Servicing*** | ***-*** | ***14,566.67*** | ***399,972.12*** |
| ***08/27/20*** | ***Fay Servicing*** | ***-*** | ***16,751.67*** | ***383,220.45*** |
| 08/31/20 | Interest | 23.75 | - | 383,244.20 |
| 08/31/20 | Chrysler Capital | - | 600.00 | 382,644.20 |
| 09/01/20 | Anna Dzukaeva (X3531) | - | 23,000.00 | 359,644.20 |
| ***09/15/20*** | ***ABC Realty Advisors Inc (X2061)*** | ***-*** | ***45,000.00*** | ***314,644.20*** |
| ***09/24/20*** | ***Secureline Realty & Funding Inc*** | ***-*** | ***48,000.00*** | ***266,644.20*** |
| 09/30/20 | Interest | 26.34 | - | 266,670.54 |
| 10/07/20 | Bed Bath & Beyond | - | 267.08 | 266,403.46 |
| 10/19/20 | Chrysler Capital | - | 600.00 | 265,803.46 |
| 10/23/20 | LA Parking Meter | - | 2.00 | 265,801.46 |
| 10/31/20 | Interest | 22.55 | - | 265,824.01 |
| 11/05/20 | Chrysler Capital | - | 600.00 | 265,224.01 |
| 11/25/20 | Anna Dzukaeva (X3531)(Cashier's Check) | 36,054.05 | - | 301,278.06 |
| 11/25/20 | Fidelity National Title Company | 1,548.20 | - | 302,826.26 |
| 11/30/20 | Interest | 22.16 | - | 302,848.42 |
| 12/28/20 | Chrysler Capital | - | 600.00 | 302,248.42 |
| 12/31/20 | Interest | 25.64 | - | 302,274.06 |
| **01/22/21** | **Ending Balance** | | | **$302,274.06** |

Source: GX #1.s

# Transactions Between Identified Parties
# April 2020 to October 2020

DRAFT

