# EXHIBIT E

# EIDL/PPP Applications Submitted Using Zhadko, Kauichko, and Kudiumov Names

**DRAFT**

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| **Iuliia Zhadko** DOB: SSN: *6090 | Top Quality Contracting | 03/30/20 | SBA | $ 112,100 | Disbursed | 6.q |
| | | 04/08/20 | TCF National Bank | $ 185,000 | Withdrawn | 6.r |
| | | 04/13/20 | Customers Bank | $ 185,000 | Disbursed | 6.p |
| | Time Line Transport | 05/04/20 | Celtic Bank | $ 113,750 | Cancelled | 6.i |
| | | 06/25/20 | Celtic Bank | $ 122,400 | Disbursed | 6.j |
| | | 06/15/20 | SBA | $ 150,000 | Disbursed | 6.k |
| | | 07/01/20 | Newtek | $ 122,400 | Disbursed | 6.l |
| | Classic Nursery | 05/26/20 | SBA | $ 150,000 | Duplicate | 4.i |
| | Turing Info Solutions | 07/29/20 | SBA | $ 150,000 | Disbursed | 6.s |
| | | 08/03/20 | Newtek | $ 384,100 | Disbursed | 6.t |
| **Viktoria Kauichko** DOB: SSN: *9924 | Journeymen Construction | 03/31/20 | SBA | $ 150,000 | Disbursed | 5.c |
| | Fiber One Media | 04/09/20 | SBA | $ 150,000 | Disbursed | 4.q |
| | | 04/14/20 | Customers Bank | $ 130,000 | Disbursed | 4.p |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Cancelled | 4.r |
| | | 06/17/20 | WebBank | $ 276,652 | Cancelled | 4.s |
| | | 05/21/20 | SBA | $ 150,000 | Disbursed | 4.o |
| | Runyan Tax Service | 06/23/20 | SBA | $ 150,000 | Disbursed | 5.x |
| | | 07/13/20 | Seattle Bank | $ 276,653 | Disbursed | 5.y |
| **Anton Kudiumov** DOB: SSN: *2161 | Nelson's Nursery | 05/27/20 | SBA | $ 49,000 | Disbursed | 5.o |
| | Fadehaus Barbershop | 06/12/20 | WebBank | $ 182,637 | Cancelled | 4.n |
| | | 06/16/20 | SBA | $ 150,000 | Disbursed | 4.m |
| | Redline Auto Mechanics | 06/18/20 | SBA | $ 159,000 | Disbursed | 5.w |
| | | 06/25/20 | Celtic Bank | $ 276,600 | Disbursed | 5.v |
| | TM Events | 07/07/20 | SBA | $ 150,000 | Disbursed | 6.n |
| | | 07/22/20 | Newtek | $ 276,600 | Disbursed | 6.o |

# EIDL/PPP Applications Submitted Using ▮ Canoga Address

DRAFT

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| **Viktoria Kauichko** DOB: ▮ SSN: *9924 | Journeymen Construction | 03/31/20 | SBA | $ 150,000 | Disbursed | 5.c |
| | Fiber One Media | 04/09/20 | SBA | $ 150,000 | Disbursed | 4.q |
| | | 04/14/20 | Customers Bank | $ 130,000 | Disbursed | 4.p |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Cancelled | 4.r |
| | | 06/17/20 | WebBank | $ 276,652 | Cancelled | 4.s |
| | Runyan Tax Service | 05/21/20 | SBA | $ 150,000 | Disbursed | 4.o |
| | | 06/23/20 | SBA | $ 150,000 | Disbursed | 5.x |
| | | 07/13/20 | Seattle Bank | $ 276,653 | Disbursed | 5.y |
| **Anton Kudiumov** DOB: ▮ SSN: *2161 | Nelson's Nursery | 05/27/20 | SBA | $ 49,000 | Disbursed | 5.o |
| | Fadehaus Barbershop | 06/12/20 | WebBank | $ 182,637 | Cancelled | 4.n |
| | | 06/16/20 | SBA | $ 150,000 | Disbursed | 4.m |
| | Redline Auto Mechanics | 06/18/20 | SBA | $ 159,000 | Disbursed | 5.w |
| | TM Events | 07/07/20 | SBA | $ 150,000 | Disbursed | 6.n |
| | | 07/22/20 | Newtek | $ 276,600 | Disbursed | 6.o |

# Example Loans Applied for by Companies Included in First Superseding Indictment (1 of 2)

**DRAFT**

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| All State Towing and Transport 1 | Artur Ayvazyan | 06/24/20 | SBA | $ 150,000 | Disbursed | 4.f |
| Allstate Towing and Transport LLC | Artur Ayvazyan | 05/02/20 | Cross River Bank | $ 124,000 | Disbursed | 4.g |
| G&A Diamonds | Artashes Grigoryan | 04/08/20 | SBA | $ 145,000 | Disbursed | 4.w |
| | | 05/03/20 | Cross River Bank | $ 113,750 | Disbursed | 4.v |
| Hart Construction | Michael Hart | 04/18/20 | WebBank | $ 130,000 | Disbursed | 5.b |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Disbursed | 4.z |
| | | 07/07/20 | SBA | $ 150,000 | Disbursed | 5.i |
| | Arman Hayrapetyan | 04/07/20 | JPMC | $ 112,500 | Disbursed | 5.a |
| Mod Interiors | Armen Injijian | 04/10/20 | Cross River Bank | $ 130,187 | Cancelled | 5.l |
| | | 04/22/20 | CDC | $ 130,000 | Disbursed | 5.k |
| | | 04/23/20 | Celtic Bank | $ 130,000 | Disbursed | 5.j |
| | Nazar Terabelian | 07/21/20 | SBA | $ 150,000 | Disbursed | 5.m |
| | | 07/23/20 | Newtek | $ 384,100 | Disbursed | 5.n |
| Redline Auto Collision | Edvard Paronyan | 04/02/20 | SBA | $ 150,000 | Disbursed | 5.u |
| | | 05/07/20 | Celtic Bank | $ 130,187 | Disbursed | 5.t |
| Redline Auto Mechanics | Anton Kudiumov | 06/18/20 | SBA | $ 150,000 | Disbursed | 5.w |
| | | 06/25/20 | Celtic Bank | $ 276,600 | Disbursed | 5.v |
| Runyan Tax Service | Viktoria Kauichko | 06/23/20 | SBA | $ 150,000 | Disbursed | 5.x |
| | | 07/20/20 | Seattle Bank | $ 276,653 | Disbursed | 5.y |

# Example Loans Applied for by Companies Included in First Superseding Indictment (2 of 2)

**DRAFT**

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| **Sabala Construction** | Medet Murat | 04/01/20 | SBA | $ 150,000 | Disbursed | 6.c |
| | Donald Sabala | 04/03/20 | Bank of America | $ 16,776 | Cancelled | 5.z |
| | | 04/16/20 | WebBank | $ 182,637 | Disbursed | 6.b |
| | | 04/30/20 | Cross River Bank | $ 113,750 | Disbursed | 6.a |
| **Secureline Realty and Funding** | Tamara Dadyan | 03/31/20 | SBA | $ 41,500 | Disbursed | 6.e |
| | | 05/12/20 | Comerica | $ 137,500 | Disbursed | 6.d |
| **Time Line Transport** | Iuliia Zhadko | 05/04/20 | Celtic Bank | $ 113,750 | Cancelled | 6.i |
| | | 06/15/20 | SBA | $ 150,000 | Disbursed | 6.k |
| | | 06/25/20 | Celtic Bank | $ 122,400 | Disbursed | 6.j |
| | | 07/01/20 | Newtek | $ 122,400 | Disbursed | 6.l |
| **Top Quality Contracting** | Iuliia Zhadko | 03/30/20 | SBA | $ 112,100 | Disbursed | 6.q |
| | | 04/08/20 | TCF National Bank | $ 185,000 | Withdrawn | 6.r |
| | | 04/13/20 | Customers Bank | $ 185,000 | Disbursed | 6.p |
| | Mark Zindroski | 05/01/20 | Celtic Bank | $ 113,750 | Disbursed | 6y |
| **Turing Info Solutions** | Iuliia Zhadko | 07/29/20 | SBA | $ 150,000 | Disbursed | 6.s |
| | | 08/03/20 | Newtek | $ 384,100 | Disbursed | 6.t |

# Comparison of PPP/EIDL Loan Applications – Group 1

**DRAFT**

| Business | Name | Approx. Application Date | Lender | Approx. Application Amount | Status | Same Payroll Report | Same Form 940 | GX No. |
|---|---|---|---|---|---|---|---|---|
| **Fiber One Media** | Viktoria Kauichko | 04/14/20 | Customers Bank | $ 130,000 | Disbursed | X | X | 3.e |
|  |  | 04/28/20 | Celtic Bank | $ 130,000 | Cancelled | X | n/a | 3.f |
| **Mod Interiors** | Armen Injijian | 04/23/20 | Celtic Bank | $ 130,000 | Disbursed | X | X | 3.m |
| **VLA Construction** | Veronique Loizu | 04/23/20 | WebBank | $ 130,000 | Cancelled | X | n/a | 3.s |
|  |  | 04/30/20 | Celtic Bank | $ 130,000 | Disbursed | X | n/a | 3.r |
| **Hart Construction** | Michael Hart | 04/28/20 | Celtic Bank | $ 130,000 | Disbursed | X | X | 3.i |
| **Redline Auto Collision** | Edvard Paronyan | 05/07/20 | Celtic Bank | $ 130,187 | Disbursed | X | n/a | 3.o |
| **GAZ Construction** | Greg Zadikov | 06/16/20 | Square Capital | $ 122,838 | Disbursed | X | X | 3.h |
| **Accounting Management & Tax Service** | Medet Murat | 07/17/20 | Newtek | $ 130,100 | Disbursed | X | X | 3.a |

## Comparison of PPP/EIDL Loan Applications – Group 2

DRAFT

| Business | Name | Approx. Application Date | Lender | Approx. Application Amount | Status | Same Payroll Report | Same Form 940 | GX No. |
|---|---|---|---|---|---|---|---|---|
| **Allstate Towing and Transport LLC** | Artur Ayvazyan | 05/02/20 | Cross River Bank | $ 124,000 | Disbursed | n/a | X | 3.c |
| **Escrow Doc** | Roza Avakian | 05/13/20 | Bank of America | $ 108,850 | Disbursed | n/a | X | 3.d |
| **Voyage Limo** | Vahe Dadyan | 05/18/20 | Celtic Bank | $ 157,500 | Disbursed | n/a | X | 3.t |
| **Montradath** | Diana Saakyan | 05/20/20 | Celtic Bank | $ 113,750 | Disbursed | n/a | X | 3.n |
| **Journeymen Construction** | Oleksandr Moroz | 05/29/20 | Celtic Bank | $ 113,750 | Cancelled | n/a | X | 3.j |
| **All State Towing and Transport 1** | Artur Ayvazyan | 06/24/20 | SBA | $ 150,000 | Disbursed | n/a | X | 3.b |

81
EXHIBIT E

## Comparison of PPP/EIDL Loan Applications – Group 3

DRAFT

| Business | Name | Approx. Application Date | Lender | Approx. Application Amount | Status | Same Payroll Report | Same Form 940 | GX No. |
|---|---|---|---|---|---|---|---|---|
| Fiber One Media | Viktoria Kauichko | 06/17/20 | WebBank | $ 276,652 | Cancelled | X | n/a | 3.g |
| Redline Auto Mechanics | Anton Kudiumov | 06/25/20 | Celtic Bank | $ 276,600 | Disbursed | X | X | 3.p |
| Runyan Tax Service | Viktoria Kauichko | 07/13/20 | Seattle Bank | $ 276,653 | Disbursed | X | X | 3.q |
| MD Acquisition Services | Mykhail Diuzhenko | 07/18/20 | SBA | $ 150,000 | Declined | X | X | 3.l |
| L K Design | Liudmyla Kopytova | 07/25/20 | Newtek | $ 244,500 | Disbursed | X | n/a | 3.k |