# EXHIBIT G

| | |
|---|---|
| **From:** | Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov> |
| **Sent:** | Sunday, June 6, 2021 8:58 PM |
| **To:** | Silverman, Nicholas; Paetty, Scott (USACAC); Ahn, Catherine S. (USACAC); Paul, Annamelda (CRM) |
| **Cc:** | Ram, Ashwin; Keough, Michael; Newcomer, Meghan; John Littrell; rfraser@bklwlaw.com; Law offices of Fred G. Minassian, Inc.; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; michael@thefreedmanfirm.com; john@hanuszlaw.com; George Mgdesyan; peter@peterjohnsonlaw.com |
| **Subject:** | RE: Missing Exhibits |

Nicholas – Thank you for your email.  The references to government exhibits 7, 8 and 9 are citation errors, not omissions.  We will update the summary chart exhibits to reflect the corrected citations and re-circulate.

Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Saturday, June 5, 2021 3:24 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Ahn, Catherine S. (USACAC) <cahn@usa.doj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Newcomer, Meghan <mnewcomer@Steptoe.com>; John Littrell <jlittrell@bklwlaw.com>; rfraser@bklwlaw.com; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; michael@thefreedmanfirm.com; john@hanuszlaw.com; George Mgdesyan <george@mgdesyanlaw.com>; peter@peterjohnsonlaw.com
**Subject:** Missing Exhibits

Counsel:

The summary witness charts produced by the government reference exhibits that were not produced.  The government's June 1 Trial Exhibits list does not include entries for exhibits 7, 8 or 9, nor have those exhibits been provided to defendants in the electronic exhibit binders provided after June 1.  The government's failure to identify or produce exhibits 7, 8, and 9 by June 1 violates the Court's April 26, 2021 Order, Dkt. 295 ("The government shall produce its witness and exhibit lists at least two weeks prior to trial, but no later than June 1, 2021."), making those exhibits inadmissible at trial.  Defendants therefore request that you provide updated summary witness charts that do not rely on exhibits 7, 8, or 9.

Regardless of the inadmissibility of those exhibits, defendants request that the government produce those exhibits immediately.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.