TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/2424/3819
     Facsimile: (213) 894-6269/0141
     E-mail: Scott.Paetty@usdoj.gov/Catherine.Ahn@usdoj.gov/
           Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue NW, 3rd Floor
     Washington, DC 20530
     Telephone: (202) 320-0539
     Facsimile: (202) 514-0152
     E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
|      Plaintiff, | GOVERNMENT'S PROPOSED VERDICT FORMS FOR DEFENDANTS |
|       v. | Trial Date: June 15, 2021 |
| RICHARD AYVAZYAN, | Trial Time: 9:00 a.m. |
| aka "Richard Avazian" and | Location:   Courtroom of the |
|   "Iuliia Zhadko," | Hon. Stephen V. |
| MARIETTA TERABELIAN, | Wilson |
|   aka "Marietta Abelian" and | |
|   "Viktoria Kauichko," | |
| ARTUR AYVAZYAN, | |
| aka "Arthur Ayvazyan," and | |
| TAMARA DADYAN, | |
| MANUK GRIGORYAN, | |
|   aka "Mike Grigoryan," and | |
|   "Anton Kudiumov," | |

1

ARMAN HAYRAPETYAN,
EDVARD PARONYAN,
aka "Edvard Paronian" and
    "Edward Paronyan," and
VAHE DADYAN,

            Defendants.

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorneys Scott Paetty, Catherine Ahn, Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, hereby submits the government's proposed verdict form with respect to defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan.

On June 6, 2021, the government provided a proposed verdict form to all defendants seeking their comments or objections.  On June 8, 2021, the government received a response from counsel for defendant Richard Ayvazyan advising that they intended to submit an alternative verdict form on behalf of defendant Richard Ayvazyan and would provide the government a coordinated response by the end of the day.  The government noted its openness to discussing with counsel the changes they planned to propose, however, as of the time of this filing, the government has not heard further from counsel for Richard Ayvazyan.

The government also heard from counsel for Marietta Terabelian requesting certain changes, including that the proposed order of "guilty" and "not guilty" be switched to place

1  "not guilty" first, consistent with the presumption of

2  innocence.   The attached proposed verdict form incorporates

3  counsel for defendant Terabelian's requested changes except for

4  the reversed order of "guilty" and "not guilty."   The

5  government, however, notes for the Court counsel for defendant

6  Terabelian's objection to the order of "guilty" and "not guilty"

7  in the government's proposed verdict form.   Counsel for

8  defendant Vahe Dadyan also requested the changes described

9  above, and counsel for defendant Arman Hayrapetyan expressed

10  concurrence with those requested changes.

11      As of the time of this filing, the government has not heard

12  further from any defense counsel and therefore files the

13  attached as the government's proposed verdict forms as to

14  defendants Richard Ayvazyan, Marietta Terabelian, Artur

15  Ayvazyan, Tamara Dadyan, Arman Hayrapetyan, Edvard Paronyan, and

16  Vahe Dadyan.

17  DATED: June 8, 2021            Respectfully submitted,

18                                TRACY L. WILKISON
                                   Acting United States Attorney
19
                                   SCOTT M. GARRINGER
20                                 Assistant United States Attorney
                                   Chief, Criminal Division
21
                                        /s/
22                                 _____
                                   SCOTT PAETTY
23                                 CATHERINE AHN
                                   BRIAN FAERSTEIN
24                                 Assistant United States Attorneys
                                   CHRISTOPHER FENTON
25                                 Department of Justice Trial
                                   Attorney
26
                                   Attorneys for Plaintiff
27                                 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
| Plaintiff, | VERDICT FORM FOR DEFENDANT |
| v. | RICHARD AYVAZYAN |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, MANUK GRIGORYAN, ARMAN HAYRAPETYAN, EDVARD PARONYAN, and VAHE DADYAN, | |
| Defendants. | |

1

As to the following counts charged against defendant RICHARD AYVAZYAN:

## COUNT ONE

### Conspiracy to Commit Wire Fraud and Bank Fraud

1.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____      GUILTY

_____      NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____      GUILTY

_____      NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

1

2 **COUNT FOUR**

3 **Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)**

4 We, the jury in the above-captioned case, unanimously find

5 the defendant RICHARD AYVAZYAN:

6 _____    GUILTY

7 _____    NOT GUILTY

8 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

9 charged in Count Four of the First Superseding Indictment, with

10 respect to the transfer of approximately $130,000 in PPP loan

11 proceeds from Lender B, sent by means of an interstate wire,

12 into TQC Bank 3 Account, on or about May 8, 2020.

13

14 **COUNT FIVE**

15 **Wire Fraud (Secureline Realty PPP Loan Wire Transfer)**

16 We, the jury in the above-captioned case, unanimously find

17 the defendant RICHARD AYVAZYAN:

18 _____    GUILTY

19 _____    NOT GUILTY

20 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

21 charged in Count Five of the First Superseding Indictment, with

22 respect to the transfer of approximately $137,500 in PPP loan

23 proceeds from Lender E, sent by means of an interstate wire,

24 into Secureline Realty Bank 6 Account, on or about May 11, 2020.

25

26 *Continue to next page.*

27

4

**COUNT SIX**

**Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

**COUNT SEVEN**

**Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.

_Continue to next page._

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

1

2

## COUNT FOURTEEN

3

### Bank Fraud (Top Quality Contracting PPP Loan Submission)

4        We, the jury in the above-captioned case, unanimously find

5    the defendant RICHARD AYVAZYAN:

6                _____      GUILTY

7                _____      NOT GUILTY

8    of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

9    2(b), as charged in Count Fourteen of the First Superseding

10   Indictment, with respect to the submission of application for

11   PPP loan to Lender B in the name of Top Quality Contracting, on

12   or about April 30, 2020.

13

14

## COUNT FIFTEEN

15

### Bank Fraud (Allstate Towing PPP Loan Submission)

16       We, the jury in the above-captioned case, unanimously find

17   the defendant RICHARD AYVAZYAN:

18               _____      GUILTY

19               _____      NOT GUILTY

20   of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

21   2(b), as charged in Count Fifteen of the First Superseding

22   Indictment, with respect to the submission of application for

23   PPP loan to Lender C in the name of Allstate Towing, on or about

24   May 2, 2020.

25

26   *Continue to next page.*

27

**COUNT SIXTEEN**

**Bank Fraud (Redline Auto Collision PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

**COUNT SEVENTEEN**

**Bank Fraud (Secureline Realty PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

11

**COUNT TWENTY**

**Bank Fraud (Runyan Tax Service PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

**COUNT TWENTY-ONE**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2(b), as it relates to the name of M.Z., as charged in Count Twenty-One of the First Superseding Indictment.

*Continue to next page.*

**COUNT TWENTY-TWO**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and California driver's license number of N.T., as charged in Count Twenty-Two of the First Superseding Indictment.

*Continue to next page.*

**COUNT TWENTY-SIX**

**Conspiracy to Engage in Money Laundering**

26.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

26.b.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.

*Continue to next page.*

## **COUNT TWENTY-EIGHT**

### **Money Laundering**

28.a.  We, the jury in the above-captioned case,
unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C.
§§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Twenty-Eight
of the First Superseding Indictment, with respect to the
transfer of $47,000 from Turing Info Bank 5 Account to Zhadko
Bank 5 Account on or about December 21, 2020.

28.b.  Please address the following only if you have found
the defendant RICHARD AYVAZYAN guilty in question 28.a above:

We, the jury in the above-captioned case, unanimously find
the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Money Laundering in Count Twenty-
Eight while on pretrial release in the above-captioned case, in
violation of 18 U.S.C. § 3147, as charged in Count Twenty-Eight
of the First Superseding Indictment.

*Continue to next page.*

**COUNT TWENTY-NINE**

**Money Laundering**

29.a.  We, the jury in the above-captioned case,
unanimously find the defendant RICHARD AYVAZYAN:

＿＿＿＿＿＿＿        GUILTY

＿＿＿＿＿＿＿        NOT GUILTY

of Money Laundering, in violation of 18 U.S.C.
§§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Twenty-Nine of
the First Superseding Indictment, with respect to the transfer
of $86,000 from Turing Info Bank 5 Account to Zhadko Bank 5
Account on or about December 22, 2020.

29.b.  Please address the following only if you have found
the defendant RICHARD AYVAZYAN guilty in question 29.a above:

We, the jury in the above-captioned case, unanimously find
the defendant RICHARD AYVAZYAN:

＿＿＿＿＿＿＿        GUILTY

＿＿＿＿＿＿＿        NOT GUILTY

of committing the offense of Money Laundering in Count Twenty-
Nine while on pretrial release in the above-captioned case, in
violation of 18 U.S.C. § 3147, as charged in Count Twenty-Nine
of the First Superseding Indictment.

*Continue to next page.*

## **COUNT THIRTY**

### **Money Laundering**

30.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Thirty of the First Superseding Indictment, with respect to the transfer of $50,000 from Zhadko Bank 5 Account to Online Broker account ending -3630, which was opened on December 21, 2020 in the name of Iuliia Zhadko, on or about December 23, 2020.

30.b.  Please address the following only if you have found the defendant RICHARD AYVAZYAN guilty in question 30.a above:

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Money Laundering in Count Thirty while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Thirty of the First Superseding Indictment.

*Continue to next page.*

**COUNT THIRTY-ONE**

**Money Laundering**

31.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Thirty-One of the First Superseding Indictment, with respect to the transfer of $75,000 from Zhadko Bank 5 Account to Online Broker account ending -3630, which was opened on December 21, 2020 in the name of Iuliia Zhadko, on or about December 24, 2020.

31.b.  Please address the following only if you have found the defendant RICHARD AYVAZYAN guilty in question 31.a above:

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of committing the offense of Money Laundering in Count Thirty-One while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Thirty-One of the First Superseding Indictment.

*Continue to next page.*

## COUNT THIRTY-TWO

### Money Laundering

32.a.  We, the jury in the above-captioned case,
unanimously find the defendant RICHARD AYVAZYAN:

_____     GUILTY

_____     NOT GUILTY

of Money Laundering, in violation of 18 U.S.C.
§§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Thirty-Two of
the First Superseding Indictment, with respect to the transfer
of $22,000 from Turing Info Bank 5 Account to Digital Currency
Exchange account ending -8efe, which was opened on January 7,
2021 in the name of Iuliia Zhadko, on or about January 13, 2021.


32.b.  Please address the following only if you have found
the defendant RICHARD AYVAZYAN guilty in question 32.a above:

We, the jury in the above-captioned case, unanimously find
the defendant RICHARD AYVAZYAN:

_____     GUILTY

_____     NOT GUILTY

of committing the offense of Money Laundering in Count Thirty-
Two while on pretrial release in the above-captioned case, in
violation of 18 U.S.C. § 3147, as charged in Count Thirty-Two of
the First Superseding Indictment.


The foreperson should now sign and date this verdict form.

_____          _____

DATED                                FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
| Plaintiff, | VERDICT FORM FOR DEFENDANT |
| v. | MARIETTA TERABELIAN |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, MANUK GRIGORYAN, ARMAN HAYRAPETYAN, EDVARD PARONYAN, and VAHE DADYAN, | |
| Defendants. | |

As to the following counts charged against defendant MARIETTA TERABELIAN:

## **COUNT ONE**

### **Conspiracy to Commit Wire Fraud and Bank Fraud**

1.a.  We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____          GUILTY

_____          NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.


1.b.  We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____          GUILTY

_____          NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).


*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

3

**COUNT FOUR**

**Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

**COUNT FIVE**

**Wire Fraud (Secureline Realty PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

4

**COUNT SIX**

**Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

**COUNT SEVEN**

**Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.

*Continue to next page.*

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

6

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

**COUNT FOURTEEN**

**Bank Fraud (Top Quality Contracting PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fourteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Top Quality Contracting, on or about April 30, 2020.

**COUNT FIFTEEN**

**Bank Fraud (Allstate Towing PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fifteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender C in the name of Allstate Towing, on or about May 2, 2020.

*Continue to next page.*

**COUNT SIXTEEN**

**Bank Fraud (Redline Auto Collision PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____ GUILTY

_____ NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

**COUNT SEVENTEEN**

**Bank Fraud (Secureline Realty PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____ GUILTY

_____ NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

10

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

## COUNT TWENTY

### Bank Fraud (Runyan Tax Service PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

## COUNT TWENTY-TWO

### Aggravated Identity Theft

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and California driver's license number of N.T., as charged in Count Twenty-Two of the First Superseding Indictment.

*Continue to next page.*

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____      GUILTY

_____      NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).


26.b.  We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____      GUILTY

_____      NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.


The foreperson should now sign and date this verdict form.


_____        _____

DATED                           FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
| Plaintiff, | VERDICT FORM FOR DEFENDANT ARTUR AYVAZYAN |
| v. | |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, MANUK GRIGORYAN, ARMAN HAYRAPETYAN, EDVARD PARONYAN, and VAHE DADYAN, | |
| Defendants. | |

As to the following counts charged against defendant ARTUR AYVAZYAN:

**COUNT ONE**

**Conspiracy to Commit Wire Fraud and Bank Fraud**

1.a.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

### COUNT TWO

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

### COUNT THREE

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

3

### COUNT FOUR

### Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____         GUILTY

_____         NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

### COUNT FIVE

### Wire Fraud (Secureline Realty PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____         GUILTY

_____         NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

4

## COUNT SIX

### Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

## COUNT SEVEN

### Wire Fraud (Voyage Limo PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.
*Continue to next page.*

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

## COUNT TEN

### Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

## COUNT ELEVEN

### Wire Fraud (Mod Interiors PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

1

2

3                              **COUNT TWELVE**

4              **Wire Fraud (A.D. PPP Loan Wire Submission)**

5       We, the jury in the above-captioned case, unanimously find

6  the defendant ARTUR AYVAZYAN:

7              _____        GUILTY

8              _____        NOT GUILTY

9  of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

10 charged in Count Twelve of the First Superseding Indictment,

11 with respect to the submission of application for PPP loan to

12 Lender F in the name of A.D., sent by means of an interstate

13 wire, on or about August 13, 2020.

14

15                             **COUNT THIRTEEN**

16        **Bank Fraud (H. Construction PPP Loan Submission)**

17      We, the jury in the above-captioned case, unanimously find

18 the defendant ARTUR AYVAZYAN:

19             _____        GUILTY

20             _____        NOT GUILTY

21 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

22 2(b), as charged in Count Thirteen of the First Superseding

23 Indictment, with respect to the submission of application for

24 PPP loan to Lender H in the name of H. Construction, on or about

25 April 18, 2020.

26

27 *Continue to next page.*

                                   8

## COUNT FOURTEEN

### Bank Fraud (Top Quality Contracting PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fourteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Top Quality Contracting, on or about April 30, 2020.

## COUNT FIFTEEN

### Bank Fraud (Allstate Towing PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fifteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender C in the name of Allstate Towing, on or about May 2, 2020.

*Continue to next page.*

1

2

3                       **COUNT SIXTEEN**

4     **Bank Fraud (Redline Auto Collision PPP Loan Submission)**

5         We, the jury in the above-captioned case, unanimously find

6    the defendant ARTUR AYVAZYAN:

7              _____        GUILTY

8              _____        NOT GUILTY

9    of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

10   2(b), as charged in Count Sixteen of the First Superseding

11   Indictment, with respect to the submission of application for

12   PPP loan to Lender B in the name of Redline Auto Collision, on

13   or about May 7, 2020.

14

15                      **COUNT SEVENTEEN**

16    **Bank Fraud (Secureline Realty PPP Loan Submission)**

17        We, the jury in the above-captioned case, unanimously find

18   the defendant ARTUR AYVAZYAN:

19             _____        GUILTY

20             _____        NOT GUILTY

21   of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

22   2(b), as charged in Count Seventeen of the First Superseding

23   Indictment, with respect to the submission of application for

24   PPP loan to Lender E in the name of Secureline Realty, on or

25   about May 9, 2020.

26

27   *Continue to next page.*

                              10

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

1

2

3                          **COUNT TWENTY**

4        **Bank Fraud (Runyan Tax Service PPP Loan Submission)**

5        We, the jury in the above-captioned case, unanimously find

6    the defendant ARTUR AYVAZYAN:

7              _____     GUILTY

8              _____     NOT GUILTY

9    of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

10   2(b), as charged in Count Twenty of the First Superseding

11   Indictment, with respect to the submission of application for

12   PPP loan to Lender A in the name of Runyan Tax Service, on or

13   about July 13, 2020.

14

15                       **COUNT TWENTY-FOUR**

16                   **Aggravated Identity Theft**

17       We, the jury in the above-captioned case, unanimously find

18   the defendant ARTUR AYVAZYAN:

19             _____     GUILTY

20             _____     NOT GUILTY

21   of Aggravated Identity Theft, in violation of 18 U.S.C.

22   §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and

23   date of birth of A.D., as charged in Count Twenty-Four of the

24   First Superseding Indictment.

25

26   *Continue to next page.*

27

                                  12

**COUNT TWENTY-SIX**

**Conspiracy to Engage in Money Laundering**

26.a.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).


26.b.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.


The foreperson should now sign and date this verdict form.


_____        _____

DATED                              FOREPERSON

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          No. CR 20-00579(A)-SVW

11        Plaintiff,                    VERDICT FORM FOR DEFENDANT
                                        TAMARA DADYAN
12              v.

13   RICHARD AYVAZYAN,
     MARIETTA TERABELIAN,
14   ARTUR AYVAZYAN,
     TAMARA DADYAN,
15   MANUK GRIGORYAN,
     ARMAN HAYRAPETYAN,
16   EDVARD PARONYAN, and
     VAHE DADYAN,
17
          Defendants.
18

19

20

21

22

23

24

25

26

27

1

As to the following counts charged against defendant TAMARA DADYAN:

<u>**COUNT ONE**</u>

<u>**Conspiracy to Commit Wire Fraud and Bank Fraud**</u>

1.a.  We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____  GUILTY

_____  NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____  GUILTY

_____  NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

## COUNT FOUR

### Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

## COUNT FIVE

### Wire Fraud (Secureline Realty PPP Loan Wire Transfer)

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

**COUNT SIX**

**Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

**COUNT SEVEN**

**Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.
*Continue to next page.*

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

## COUNT TWELVE

### Wire Fraud (A.D. PPP Loan Wire Submission)

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

## COUNT THIRTEEN

### Bank Fraud (H. Construction PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

8

**COUNT FOURTEEN**

**Bank Fraud (Top Quality Contracting PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fourteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Top Quality Contracting, on or about April 30, 2020.

**COUNT FIFTEEN**

**Bank Fraud (Allstate Towing PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fifteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender C in the name of Allstate Towing, on or about May 2, 2020.

*Continue to next page.*

**COUNT SIXTEEN**

**Bank Fraud (Redline Auto Collision PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

**COUNT SEVENTEEN**

**Bank Fraud (Secureline Realty PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

11

## COUNT TWENTY

### Bank Fraud (Runyan Tax Service PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

## COUNT TWENTY-FOUR

### Aggravated Identity Theft

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____    GUILTY

_____    NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and date of birth of A.D., as charged in Count Twenty-Four of the First Superseding Indictment.

*Continue to next page.*

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).


26.b.  We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.


*Continue to next page.*

## COUNT THIRTY-THREE

### Attempted Bank Fraud

33.a.  We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Attempted Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirty-Three of the First Superseding Indictment, with respect to the attempted execution of a scheme to obtain funds from the A.D. Bank 8 Account, on or about January 22, 2021.


33.b.  Please address the following only if you have found the defendant TAMARA DADYAN guilty in question 33.a above:

We, the jury in the above-captioned case, unanimously find the defendant TAMARA DADYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Attempted Bank Fraud in Count Thirty-Three while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Thirty-Three of the First Superseding Indictment.


The foreperson should now sign and date this verdict form.

_____        _____

DATED                              FOREPERSON

14

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN, and<br>VAHE DADYAN,<br><br>              Defendants. | No. CR 20-00579(A)-SVW<br><br>VERDICT FORM FOR DEFENDANT<br>ARMAN HAYRAPETYAN |

As to the following counts charged against defendant ARMAN HAYRAPETYAN:

## COUNT ONE

### Conspiracy to Commit Wire Fraud and Bank Fraud

1.a.  We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

**COUNT FOUR**

**Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

**COUNT FIVE**

**Wire Fraud (Secureline Realty PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

4

1

2
### COUNT SIX

3
### Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)

4
We, the jury in the above-captioned case, unanimously find

5
the defendant ARMAN HAYRAPETYAN:

6
_____   GUILTY

7
_____   NOT GUILTY

8
of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

9
charged in Count Six of the First Superseding Indictment, with

10
respect to the transfer of approximately $130,187 in PPP loan

11
proceeds from Lender B, sent by means of an interstate wire,

12
into Redline Auto Collision Bank 5 Account, on or about May 11,

13
2020.

14

15
### COUNT SEVEN

16
### Wire Fraud (Voyage Limo PPP Loan Wire Transfer)

17
We, the jury in the above-captioned case, unanimously find

18
the defendant ARMAN HAYRAPETYAN:

19
_____   GUILTY

20
_____   NOT GUILTY

21
of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

22
charged in Count Seven of the First Superseding Indictment, with

23
respect to the transfer of approximately $157,500 in PPP loan

24
proceeds from Lender B, sent by means of an interstate wire,

25
into Voyage Limo Bank 3 Account, on or about May 20, 2020.

26
*Continue to next page.*

27

5

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

7

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

**COUNT FOURTEEN**

**Bank Fraud (Top Quality Contracting PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fourteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Top Quality Contracting, on or about April 30, 2020.

**COUNT FIFTEEN**

**Bank Fraud (Allstate Towing PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fifteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender C in the name of Allstate Towing, on or about May 2, 2020.

*Continue to next page.*

**COUNT SIXTEEN**

**Bank Fraud (Redline Auto Collision PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

**COUNT SEVENTEEN**

**Bank Fraud (Secureline Realty PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

**COUNT TWENTY**

**Bank Fraud (Runyan Tax Service PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

**COUNT TWENTY-FIVE**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____   GUILTY

_____   NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2(b), as it relates to the name and social security number of M.H., as charged in Count Twenty-Five of the First Superseding Indictment.

*Continue to next page.*

12

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____    GUILTY

_____    NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).


26.b.  We, the jury in the above-captioned case, unanimously find the defendant ARMAN HAYRAPETYAN:

_____    GUILTY

_____    NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.


The foreperson should now sign and date this verdict form.


_____          _____

DATED                                  FOREPERSON

13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
|---|---|
| Plaintiff, | VERDICT FORM FOR DEFENDANT |
| | EDVARD PARONYAN |
| v. | |
| RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN, and<br>VAHE DADYAN, | |
| Defendants. | |

1

As to the following counts charged against defendant EDVARD PARONYAN:

## COUNT ONE

### Conspiracy to Commit Wire Fraud and Bank Fraud

1.a.  We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____          GUILTY

_____          NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____          GUILTY

_____          NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____       GUILTY

_____       NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____       GUILTY

_____       NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

3

1

2

3                          **<u>COUNT FOUR</u>**

4    **<u>Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)</u>**

5         We, the jury in the above-captioned case, unanimously find

6    the defendant EDVARD PARONYAN:

7              _____      GUILTY

8              _____      NOT GUILTY

9    of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

10   charged in Count Four of the First Superseding Indictment, with

11   respect to the transfer of approximately $130,000 in PPP loan

12   proceeds from Lender B, sent by means of an interstate wire,

13   into TQC Bank 3 Account, on or about May 8, 2020.

14

15                          **<u>COUNT FIVE</u>**

16    **<u>Wire Fraud (Secureline Realty PPP Loan Wire Transfer)</u>**

17        We, the jury in the above-captioned case, unanimously find

18   the defendant EDVARD PARONYAN:

19             _____      GUILTY

20             _____      NOT GUILTY

21   of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

22   charged in Count Five of the First Superseding Indictment, with

23   respect to the transfer of approximately $137,500 in PPP loan

24   proceeds from Lender E, sent by means of an interstate wire,

25   into Secureline Realty Bank 6 Account, on or about May 11, 2020.

26

27   *Continue to next page.*

4

1

2

3                          **<u>COUNT SIX</u>**

4      **<u>Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)</u>**

5           We, the jury in the above-captioned case, unanimously find

6    the defendant EDVARD PARONYAN:

7                _____        GUILTY

8                _____        NOT GUILTY

9    of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

10   charged in Count Six of the First Superseding Indictment, with

11   respect to the transfer of approximately $130,187 in PPP loan

12   proceeds from Lender B, sent by means of an interstate wire,

13   into Redline Auto Collision Bank 5 Account, on or about May 11,

14   2020.

15

16                         **<u>COUNT SEVEN</u>**

17        **<u>Wire Fraud (Voyage Limo PPP Loan Wire Transfer)</u>**

18          We, the jury in the above-captioned case, unanimously find

19   the defendant EDVARD PARONYAN:

20               _____        GUILTY

21               _____        NOT GUILTY

22   of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

23   charged in Count Seven of the First Superseding Indictment, with

24   respect to the transfer of approximately $157,500 in PPP loan

25   proceeds from Lender B, sent by means of an interstate wire,

26   into Voyage Limo Bank 3 Account, on or about May 20, 2020.

27   *Continue to next page.*

1
2
3                          **COUNT EIGHT**

4          **Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

5      We, the jury in the above-captioned case, unanimously find

6   the defendant EDVARD PARONYAN:

7              _____        GUILTY

8              _____        NOT GUILTY

9   of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

10  charged in Count Eight of the First Superseding Indictment, with

11  respect to the transfer of approximately $149,900 in EIDL loan

12  proceeds from the SBA, sent by means of an interstate wire, into

13  G&A Diamonds Bank 4 Account, on or about June 16, 2020.

14
15                          **COUNT NINE**

16     **Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

17      We, the jury in the above-captioned case, unanimously find

18  the defendant EDVARD PARONYAN:

19             _____        GUILTY

20             _____        NOT GUILTY

21  of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

22  charged in Count Nine of the First Superseding Indictment, with

23  respect to the transfer of approximately $150,000 in EIDL loan

24  proceeds from the Redline Auto Collision Bank 5 Account, sent by

25  means of an interstate wire, to Terabelian Bank 2 Account, on or

26  about June 17, 2020.

27  *Continue to next page.*

                               6

1

2

3 **COUNT TEN**

4 **Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

5 We, the jury in the above-captioned case, unanimously find

6 the defendant EDVARD PARONYAN:

7 _____        GUILTY

8 _____        NOT GUILTY

9 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

10 charged in Count Ten of the First Superseding Indictment, with

11 respect to the transfer of approximately $149,900 in EIDL loan

12 proceeds from the SBA, sent by means of an interstate wire, into

13 Timeline Transport Bank 1 Account, on or about June 22, 2020.

14

15 **COUNT ELEVEN**

16 **Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

17 We, the jury in the above-captioned case, unanimously find

18 the defendant EDVARD PARONYAN:

19 _____        GUILTY

20 _____        NOT GUILTY

21 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

22 charged in Count Eleven of the First Superseding Indictment,

23 with respect to the transfer of approximately $384,150 in PPP

24 loan proceeds from Lender F, sent by means of an interstate

25 wire, into Mod Interiors Bank 7 Account, on or about July 31,

26 2020.

27 *Continue to next page.*

7

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____         GUILTY

_____         NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____         GUILTY

_____         NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

1

2

3 **COUNT FOURTEEN**

4 **Bank Fraud (Top Quality Contracting PPP Loan Submission)**

5 We, the jury in the above-captioned case, unanimously find

6 the defendant EDVARD PARONYAN:

7 _____   GUILTY

8 _____   NOT GUILTY

9 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

10 2(b), as charged in Count Fourteen of the First Superseding

11 Indictment, with respect to the submission of application for

12 PPP loan to Lender B in the name of Top Quality Contracting, on

13 or about April 30, 2020.

14

15 **COUNT FIFTEEN**

16 **Bank Fraud (Allstate Towing PPP Loan Submission)**

17 We, the jury in the above-captioned case, unanimously find

18 the defendant EDVARD PARONYAN:

19 _____   GUILTY

20 _____   NOT GUILTY

21 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

22 2(b), as charged in Count Fifteen of the First Superseding

23 Indictment, with respect to the submission of application for

24 PPP loan to Lender C in the name of Allstate Towing, on or about

25 May 2, 2020.

26

27 *Continue to next page.*

1

2

3
## COUNT SIXTEEN

4
### Bank Fraud (Redline Auto Collision PPP Loan Submission)

5
We, the jury in the above-captioned case, unanimously find

6
the defendant EDVARD PARONYAN:

7
_____      GUILTY

8
_____      NOT GUILTY

9
of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

10
2(b), as charged in Count Sixteen of the First Superseding

11
Indictment, with respect to the submission of application for

12
PPP loan to Lender B in the name of Redline Auto Collision, on

13
or about May 7, 2020.

14

15
## COUNT SEVENTEEN

16
### Bank Fraud (Secureline Realty PPP Loan Submission)

17
We, the jury in the above-captioned case, unanimously find

18
the defendant EDVARD PARONYAN:

19
_____      GUILTY

20
_____      NOT GUILTY

21
of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

22
2(b), as charged in Count Seventeen of the First Superseding

23
Indictment, with respect to the submission of application for

24
PPP loan to Lender E in the name of Secureline Realty, on or

25
about May 9, 2020.

26

27
*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____        GUILTY

_____        NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.


**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____        GUILTY

_____        NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

### COUNT TWENTY

### Bank Fraud (Runyan Tax Service PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____      GUILTY

_____      NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

*Continue to next page.*

### COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

26.b.  We, the jury in the above-captioned case, unanimously find the defendant EDVARD PARONYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.

The foreperson should now sign and date this verdict form.

_____        _____
DATED                          FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

             v.

RICHARD AYVAZYAN,
MARIETTA TERABELIAN,
ARTUR AYVAZYAN,
TAMARA DADYAN,
MANUK GRIGORYAN,
ARMAN HAYRAPETYAN,
EDVARD PARONYAN, and
VAHE DADYAN,

          Defendants.

No. CR 20-00579(A)-SVW

VERDICT FORM FOR DEFENDANT VAHE
DADYAN

1

As to the following counts charged against defendant VAHE DADYAN:

## COUNT ONE

### Conspiracy to Commit Wire Fraud and Bank Fraud

1.a.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

1

2

### COUNT SEVEN

3

### Wire Fraud (Voyage Limo PPP Loan Wire Transfer)

4 We, the jury in the above-captioned case, unanimously find

5 the defendant VAHE DADYAN:

6 _____    GUILTY

7 _____    NOT GUILTY

8 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

9 charged in Count Seven of the First Superseding Indictment, with

10 respect to the transfer of approximately $157,500 in PPP loan

11 proceeds from Lender B, sent by means of an interstate wire,

12 into Voyage Limo Bank 3 Account, on or about May 20, 2020.

13

14

### COUNT EIGHT

15

### Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)

16 We, the jury in the above-captioned case, unanimously find

17 the defendant VAHE DADYAN:

18 _____    GUILTY

19 _____    NOT GUILTY

20 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

21 charged in Count Eight of the First Superseding Indictment, with

22 respect to the transfer of approximately $149,900 in EIDL loan

23 proceeds from the SBA, sent by means of an interstate wire, into

24 G&A Diamonds Bank 4 Account, on or about June 16, 2020.

25

26 *Continue to next page.*

27

3

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020. *Continue to next page.*

4

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

**COUNT TWENTY**

**Bank Fraud (Runyan Tax Service PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

*Continue to next page.*

7

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____  GUILTY

_____  NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).


26.b.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____  GUILTY

_____  NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.


*Continue to next page.*

### COUNT TWENTY-SEVEN

### Money Laundering

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Twenty-Seven of the First Superseding Indictment, with respect to the transfer of $155,000 from Voyage Limo Bank 3 Account to Runyan Tax Bank 2 Account, on or about July 3, 2020.

The foreperson should now sign and date this verdict form.

_____          _____

DATED                                  FOREPERSON