```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
 4  CATHERINE AHN (Cal. Bar No. 248286)
    BRIAN FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Major Frauds/Environmental and Community Safety Crimes Sections
 6       1100/1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6527/2424/3819
 8       Facsimile: (213) 894-6269/0141
         E-mail:    Scott.Paetty@usdoj.gov
 9                  Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10
    DANIEL S. KAHN
11  Acting Chief, Fraud Section
    Criminal Division, U.S. Department of Justice
12  CHRISTOPHER FENTON
    Trial Attorney, Fraud Section
13  Criminal Division, U.S. Department of Justice
         1400 New York Avenue NW, 3rd Floor
14       Washington, DC 20530
         Telephone: (202) 320-0539
15       Facsimile: (202) 514-0152
         E-mail:    Christopher.Fenton@usdoj.gov
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>      "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>      "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and<br>      "Anton Kudiumov,"<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN, | No. CR 20-579(A)-SVW<br><br><u>GOVERNMENT'S NOTICE OF LODGING OF OF TRIAL EXHIBIT LIST, WITNESS LIST AND SUMMARY CHARTS</u><br><br>Hearing Date: June 14, 2021<br>Hearing Time: 1:30 p.m.<br>Trial Date:   June 15, 2021<br>Location:     Courtroom of the<br>              Hon. Stephen V.<br>              Wilson |

aka "Edvard Paronian" and
      "Edward Paronyan," and
VAHE DADYAN,

      Defendants.

Pursuant to the Court's orders (ECF 449, 455), Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorneys Scott Paetty, Catherine S. Ahn, and Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, hereby files the government's trial exhibit list, witness list, and summary charts that were provided to defense counsel on June 1, 2021.  The witness list is attached hereto as Exhibit 1.  Also attached as Exhibit 1a is a revised list of the government's witnesses removing witnesses that may not be necessary at trial if: (i) the parties were to stipulate to certain facts such as the interstate nature of the wires underlying the wire fraud counts or FDIC-insured status of the banks relating to the bank fraud counts; and/or (ii) the Court were to rule that certain certified business records were authentic and admissible pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence such that testimony from custodians of records was not necessary.  Exhibit 2 is a copy of the government's exhibit list.  Exhibit 3 is a copy of the government's summary charts.  The government respectfully notes that the summary chart identifying the 151 loans were provided to defense following the conference on May 21, 2021, during which the government agreed to provide defense counsel with a list of the 151 loans referenced in

//

the First Superseding Indictment.  The government does not intend to use the list of 151 loans at trial during direct examination.

Dated: June 9, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


                            /s/
SCOTT PAETTY
CATHERINE S. AHN
BRIAN FAERSTEIN
Assistant United States Attorneys
CHRISTOPHER FENTON
Department of Justice Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA