# EXHIBIT 1

| Last Name | First Name | Entity | Title |
|---|---|---|---|
| Abril | Shelly | Gusto | Lead, Compliance Payroll Team |
| Amer | Faway (Frank) | TBK Tax & Financial Services | Tax Preparer |
| Banda | Lidia | Wells Fargo | Business Support Consultant |
| Bopp | Bradley | VPN Performive LLC | Senior Network Architect |
| Bowdler | Caitlin | SA Caitlin Bowdler | Special Agent |
| Casey | Kathleen | Broward County Sheriffs Office | Detention Communications Supervisor |
| Christensen | Kyle | WebBank | VP Strategic Operations Department |
| Clark | Geffrey | IRS-CI | Special Agent |
| Clemons | Denise | JPMorgan Chase | Transactions Specialist IV |
| Cortez | Isai | Bismark Tax, Inc. | Tax Preparer |
| McGibbon | Robert | FDIC | RMS Filed Supervisor |
| Durke | Bruce | (Palm Desert Tax) Law Office of Bruce Durke | Attorney / CPA |
| Fard | Alexander | Fard Tax and Accounting, Inc. | Tax Preparer |
| Farrer | Anthony | Gentlemen Time Pieces | Owner |
| Felando | Nicolas M. | DHS-CBP | Special Agent |
| Fitzgerald | Breanna | CA DMV | Senior Motor Vehicles Technician |
| Gamero | Rosa | Olaf Lansgaard Esq. | Legal Assistant |
| Goldfeder | Phil | Cross River Bank | SVP Public Affairs |
| Goral | David | DMG Tax Consulting | Tax Preparer |
| Grandner | Anna Liza | Cross River | VP Platform Delivery |
| Guerro | Elias | FBI Aetna | Special Agent |
| Guralnik | Elaine | Private Money Solutions | VP of Operations |
| Hakopyan | Artur | Manpower Group (Translation) | Translator |
| Halum | Amira | Halum Real Estate Group | Broker Associate |
| Hart | Michael | Hart Construction | Owner |
| Hernandez | Victoria | IRS | Court Witness Coordinator |
| Hoffman | Randall E. | JPMorgan Chase | Executive Director for Risk Policy Management |
| Hoingberg | Jesse | Cross River | SVP IT Chief of Staff |
| Hutchinson | Julie | Al Fresco Patio Collection | Owner |
| Jaung | Andrew | FBI Cart | Forensic Examiner |
| Kendrick | Michael | Landmark Escrow | Escrow Office |
| Kim | Spencer | FBI SA Canoga | Special Agent |
| Kong | Yu "Sandy" | JPMorgan Chase | VP for Strategic Analytics |
| Kwok | Angel | Perfect Escrow | Sr. Escrow Officer |
| Levoy | Lola | Beverly Hills Escrow | President / CFO of BHE |
| Littwin | Kathleen | SBA | Attorney-Advisor / Percipient Witness |
| Louissaint | Theodora Y | CBP | Officer |
| Marroquin | Dulce Maria | Bank of America | Court Appearance Operations Analyst |
| Massino | Timothy | SBA-OIG | Special Agent |
| Masterman | Justin | Celtic Bank | Senior Compliance Manager, BSA Officer |
| McDonald | Madison | FBI Weddington | Special Agent |
| Mensick | Tyler | Radius Bank (Lending Club) | VP Regional Sales & Relationship Executive, Escrow Director |
| Mercado | Cel | Tax Shop LLC | Tax Preparer |
| Mitschke | Debbie | Capital One | Operations Specialist |
| Modi | Pinal | CA EDD Legal | Records Examiner |
| Okafor | Jasime | 6150 Canoga | Assistant Community Manager |
| Parra | Greg | FBI Cart | Forensic Examiner |
| Pivnik | Jenica | Encore Escrow | Branch Manager, Escrow Officer |
| Remington | Susan | US Bank | Marketing Operations Leader |
| Robinson | Marylee | Stout | Summary Witness re Tracing |
| Rodriguez | Samantha | Coinbase Global Inc. | Senior Global Intelligence Investigator |
| Rosado | Adrian | CBP | Officer |
| Runyan | Jack | Runyan Tax Service, Inc. | Tax Preparer |
| Sabala | Donald | Sabala Construction | Owner |
| Santisteban | Luis | FBI SA Victory | Special Agent |
| Sauza | Samuel | Sauza Dental | Owner |
| Schirtz | Connie | CV Escrow | Senior Escrow Auditor; Compliance Dept. |
| Smbatian | Mary | Multi Zone Realty | Loan Broker / Owner |
| Steiner | Diana | Seattle Bank | EVP Credit and Loan Operations |
| Stier | Thomas | Newtek Small Business Finance | SVP Business Development at Newtek Business Services Corp |
| Zellhart | Lynne | FBI Topeka | Special Agent |
| Zindroski | Mark | Top Quality Contracting | Owner |
| | | Comerica | Custodian of Records |
| | | United Wholesale Mortgage | Custodian of Records |