# EXHIBIT 1A

| Last Name | First Name | Entity | Title |
|-----------|-----------|--------|-------|
| Abril | Shelly | Gusto | Lead, Compliance Payroll Team |
| Bowdler | Caitlin | SA Caitlin Bowdler | Special Agent |
| Casey | Kathleen | Broward County Sheriffs Office | Detention Communications Supervisor |
| Clark | Geffrey | IRS-CI | Special Agent |
| Fard | Alexander | Fard Tax and Accounting, Inc. | Tax Preparer |
| Farrer | Anthony | Gentlemen Time Pieces | Owner |
| Felando | Nicolas M. | DHS-CBP | Special Agent |
| Fitzgerald | Breanna | CA DMV | Senior Motor Vehicles Technician |
| Hakopyan | Artur | Manpower Group (Translation) | Translator |
| Halum | Amira | Halum Real Estate Group | Broker Associate |
| Hart | Michael | Hart Construction | Owner |
| Hernandez | Victoria | IRS | Court Witness Coordinator |
| Jaung | Andrew | FBI Cart | Forensic Examiner |
| Kim | Spencer | FBI SA Canoga | Special Agent |
| Littwin | Kathleen | SBA | Attorney-Advisor / Percipient Witness |
| Louissaint | Theodora Y | CBP | Officer |
| Massino | Timothy | SBA-OIG | Special Agent |
| Masterman | Justin | Celtic Bank | Senior Compliance Manager, BSA Officer |
| McDonald | Madison | FBI Weddington | Special Agent |
| Mitschke | Debbie | Capital One | Operations Specialist |
| Modi | Pinal | CA EDD Legal | Records Examiner |
| Okafor | Jasime | 6150 Canoga | Assistant Community Manager |
| Parra | Greg | FBI Cart | Forensic Examiner |
| Robinson | Marylee | Stout | Summary Witness re Tracing |
| Rosado | Adrian | CBP | Officer |
| Runyan | Jack | Runyan Tax Service, Inc. | Tax Preparer |
| Schirtz | Connie | CV Escrow | Senior Escrow Auditor; Compliance Dept. |
| Zellhart | Lynne | FBI Topeka | Special Agent |
| Zindroski | Mark | Top Quality Contracting | Owner |