# EXHIBIT 2

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 4.a | A.D. dba Six Star Farms (EIDL) | Loan File | DOJ_PROD_0000092043 | DOJ_PROD_0000092057 | DOJ_PROD_0000165012 |
| 4.b | A.D. dba Six Star Farms (EIDL) | Loan File | DOJ_PROD_0000092058 | DOJ_PROD_0000092061 | DOJ_PROD_0000165012 |
| 4.c | ABC Legal Services and Management (EIDL) | Loan File | DOJ_PROD_0000091509 | DOJ_PROD_0000091512 | DOJ_PROD_0000165012 |
| 4.d | ABC Realty Advisors Inc (EIDL) | Loan File | DOJ_PROD_0000091513 | DOJ_PROD_0000091526 | DOJ_PROD_0000165012 |
| 4.e | ABC Realty Advisors, Inc. (BOA PPP) | Loan File | DOJ_PROD_0000000001 DOJ_PROD_0000016828 DOJ_PROD_0000016846 | DOJ_PROD_0000000084 DOJ_PROD_0000016834 DOJ_PROD_0000016872 | DOJ_PROD_0000095029 |
| 4.f | All State Towing and Transport 1 (EIDL) | Loan File | DOJ_PROD_0000001233 | DOJ_PROD_0000001307 | DOJ_PROD_0000165012 |
| 4.g | All State Towing and Transport LLC (Cross River Bank PPP) | Loan File | DOJ_PROD_0000000085 DOJ_PROD_0000044087 DOJ_PROD_0000000787 | DOJ_PROD_0000000119 DOJ_PROD_0000044095 DOJ_PROD_0000000832 | DOJ_PROD_0000165012 |
| 4.h | Cactus Mart (EIDL) | Loan File | DOJ_PROD_0000093033 | DOJ_PROD_0000093124 | DOJ_PROD_0000165012 |
| 4.i | Classic Nursery (EIDL) | Loan File | DOJ_PROD_0000079447 | DOJ_PROD_0000079459 | DOJ_PROD_0000165012 |
| 4.j | Crystalcare Home Health Inc. (Customers PPP) | Loan File | DOJ_PROD_0000109116 | DOJ_PROD_0000109282 | DOJ_PROD_0000162806 |
| 4.k | EM Construction Co (EIDL) | Loan File | DOJ_PROD_0000079962 | DOJ_PROD_0000080013 | DOJ_PROD_0000165012 |
| 4.l | EM Jewelry (Celtic PPP) | Loan File | DOJ_PROD_0000045236 | DOJ_PROD_0000045275 | DOJ_PROD_0000164359 |
| 4.m | Fadehaus Barbershop (EIDL) | Loan File | DOJ_PROD_0000001307 | DOJ_PROD_0000001377 | DOJ_PROD_0000165012 |
| 4.n | Fadehaus Barbershop (WebBank PPP) | Loan File | DOJ_PROD_0000023483 | DOJ_PROD_0000023518 | DOJ_PROD_0000023482 DOJ_PROD_0000162821 |
| 4.o | Fiber One Media (Secureline) (EIDL) | Loan File | DOJ_PROD_0000001378 | DOJ_PROD_0000001448 | DOJ_PROD_0000165012 |
| 4.p | Fiber One Media, Inc. (Customers Bank PPP) | Loan File | DOJ_PROD_0000000572 | DOJ_PROD_0000000652 | DOJ_PROD_0000162807 |
| 4.q | Fiber One Media, Inc. (EIDL) | Loan File | DOJ_PROD_0000001449 | DOJ_PROD_0000001522 | |
| 4.r | Fiber One Media, Inc. (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000346 | DOJ_PROD_0000000374 | DOJ_PROD_0000164359 |
| 4.s | Fiber One Media, Inc. (WebBank PPP) | Loan File | DOJ_PROD_0000023519 | DOJ_PROD_0000023556 | DOJ_PROD_0000023482 DOJ_PROD_0000162821 |
| 4.t | First class property management (EIDL) | Loan File | DOJ_PROD_0000091603 | DOJ_PROD_0000091617 | DOJ_PROD_0000165012 |
| 4.u | Five Diamonds Limousine Corp (EIDL) | Loan File | DOJ_PROD_0000079807 | DOJ_PROD_0000079816 | DOJ_PROD_0000165012 |
| 4.v | G&A Diamonds (Cross River PPP) | Loan File | DOJ_PROD_0000000833 | DOJ_PROD_0000000877 | DOJ_PROD_0000165012 |
| 4.w | G&A Diamonds (EIDL) | Loan File | DOJ_PROD_0000001523 | DOJ_PROD_0000001595 | DOJ_PROD_0000165012 |
| 4.x | Green Label Nutrienrs (EIDL) | Loan File | DOJ_PROD_0000080382 DOJ_PROD_0000082911 | DOJ_PROD_0000080452 DOJ_PROD_0000082924 | DOJ_PROD_0000165012 |
| 4.y | Grigor Akopyan (EIDL) | Loan File | DOJ_PROD_0000080524 | DOJ_PROD_0000080577 | DOJ_PROD_0000165012 |
| 4.z | Hart Construction (Celtic PPP) | Loan File | DOJ_PROD_0000044196 DOJ_PROD_0000044851 DOJ_PROD_0000044975 DOJ_PROD_0000151651 | DOJ_PROD_0000044229 DOJ_PROD_0000044888 DOJ_PROD_0000044978 DOJ_PROD_0000151747 | DOJ_PROD_0000164359 |
| 5.a | Hart Construction (JPMC PPP) | Loan File | DOJ_PROD_0000074787 DOJ_PROD_0000076455 | DOJ_PROD_0000074801 DOJ_PROD_0000076469 | DOJ_PROD_0000165012 |
| 5.b | Hart Construction (WebBank PPP) | Loan File | DOJ_PROD_0000104706 | DOJ_PROD_0000104734 | DOJ_PROD_0000165012 |
| 5.c | Journeymen Construction (EIDL) | Loan File | DOJ_PROD_0000001596 | DOJ_PROD_0000001650 | DOJ_PROD_0000165012 |
| 5.d | Liudmyla Kopytova/LK Design (EIDL) | Loan File | DOJ_PROD_0000091764 | DOJ_PROD_0000091777 | DOJ_PROD_0000165012 |
| 5.e | Liudmyla Kopytova/LK Design (EIDL) | Loan File | DOJ_PROD_0000091778 | DOJ_PROD_0000091789 | DOJ_PROD_0000165012 |
| 5.f | Liudmyla Kopytova/LK Design (Fountainhead PPP) | Loan File | DOJ_PROD_0000109932 | DOJ_PROD_0000110032 | DOJ_PROD_0000109962 |
| 5.g | MD Acquisition Services (EIDL) | Loan File | DOJ_PROD_0000091802 | DOJ_PROD_0000091822 | DOJ_PROD_0000165012 |
| 5.h | MD Acquisition Services (Wells Fargo PPP) | Loan File | DOJ_PROD_0000078228 | DOJ_PROD_0000078264 | DOJ_PROD_0000078233 DOJ_PROD_0000078232 |
| 5.i | Michael Hart (Hart Construction) (EIDL) | Loan File | DOJ_PROD_0000081414 | DOJ_PROD_0000081487 | DOJ_PROD_0000165012 |
| 5.j | Mod Interiors (Celtic PPP) | Loan File | DOJ_PROD_0000000194 DOJ_PROD_0000000295 | DOJ_PROD_0000000206 DOJ_PROD_0000000311 | DOJ_PROD_0000162825 |
| 5.k | Mod Interiors (CDC SBF PPP) | Loan File | DOJ_PROD_0000000156 DOJ_PROD_0000104215 | DOJ_PROD_0000000193 DOJ_PROD_0000104296 | DOJ_PROD_0000165012 |
| 5.l | Mod Interiors (Cross River PPP) | Loan File | DOJ_PROD_0000017889 | DOJ_PROD_0000017912 | DOJ_PROD_0000165012 |
| 5.m | Mod Interiors (EIDL) | Loan File | DOJ_PROD_0000081488 | DOJ_PROD_0000083374 | DOJ_PROD_0000165012 |
| 5.n | Mod Interiors (Newtek PPP) | Loan File | DOJ_PROD_0000001014 DOJ_PROD_0000147553 | DOJ_PROD_0000001162 DOJ_PROD_0000147558 | DOJ_PROD_0000164362 |
| 5.o | Nelson's Nursery (EIDL) | Loan File | DOJ_PROD_0000001651 | DOJ_PROD_0000001721 | DOJ_PROD_0000165012 |
| 5.p | Ocean Choice Seafood Corp (EIDL) | Loan File | DOJ_PROD_0000093457 | DOJ_PROD_0000093468 | DOJ_PROD_0000165012 |
| 5.q | Ocean Choice Seafood Corp (EIDL) | Loan File | DOJ_PROD_0000093469 | DOJ_PROD_0000093482 | DOJ_PROD_0000165012 |
| 5.r | Ocean Choice Seafood Corp (Fountainhead PPP) | Loan File | DOJ_PROD_0000164368 | DOJ_PROD_0000164462 | DOJ_PROD_0000165012 |
| 5.s | Ocean Choice Seafood Corp (Newtek PPP) | Loan File | DOJ_PROD_0000137588 | DOJ_PROD_0000137648 | DOJ_PROD_0000164362 |
| 5.t | Redline Auto Collision (Celtic) | Loan File | DOJ_PROD_0000000375 DOJ_PROD_0000044979 | DOJ_PROD_0000000414 DOJ_PROD_0000044982 | DOJ_PROD_0000164359 |
| 5.u | Redline Auto Collision (EIDL) | Loan File | DOJ_PROD_0000001722 DOJ_PROD_0000001763 DOJ_PROD_0000104875 | DOJ_PROD_0000001760 DOJ_PROD_0000001785 DOJ_PROD_0000104875 | DOJ_PROD_0000165012 |
| 5.v | Redline Auto Mechanics Inc. (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000415 | DOJ_PROD_0000000448 | DOJ_PROD_0000164359 |
| 5.w | Redline Auto Mechanics Inc. (EIDL) | Loan File | DOJ_PROD_0000001786 | DOJ_PROD_0000001857 | DOJ_PROD_0000165012 |
| 5.x | Runyan Tax Service, Inc (EIDL) | Loan File | DOJ_PROD_0000022102 | DOJ_PROD_0000022151 | DOJ_PROD_0000165012 |
| 5.y | Runyan Tax Service, Inc (Seattle Bank PPP) | Loan File | DOJ_PROD_0000001177 | DOJ_PROD_0000001232 | DOJ_PROD_0000165015 |
| 5.z | Sabala Construction (BOA PPP) | Loan File | DOJ_PROD_0000068923 DOJ_PROD_0000069285 | DOJ_PROD_0000068998 DOJ_PROD_0000069287 | DOJ_PROD_0000165012 |
| 6.a | Sabala Construction (Cross River PPP) | Loan File | DOJ_PROD_0000072908 | DOJ_PROD_0000072943 | DOJ_PROD_0000165012 |
| 6.b | Sabala Construction (WebBank PPP) | Loan File | DOJ_PROD_0000128736 | DOJ_PROD_0000128772 | DOJ_PROD_0000165012 |
| 6.c | Sabala Construction (EIDL) | Loan File | DOJ_PROD_0000082328 | DOJ_PROD_0000082393 | DOJ_PROD_0000165012 |
| 6.d | Secureline Realty & Funding (Comerica PPP) | Loan File | DOJ_PROD_0000000455 | DOJ_PROD_0000000480 | DOJ_PROD_0000000454 DOJ_PROD_0000163143 |
| 6.e | Secureline Realty & Funding (EIDL) | Loan File | DOJ_PROD_0000082394 | DOJ_PROD_0000082445 | DOJ_PROD_0000165012 |
| 6.f | Secureline Realty & Funding (Wells Fargo PPP) | Loan File | DOJ_PROD_0000000723 | DOJ_PROD_0000000750 | DOJ_PROD_0000000751 |
| 6.g | A.D. dba Six Star Farms (Newtek PPP) | Loan File | DOJ_PROD_0000110217 | DOJ_PROD_0000110278 | DOJ_PROD_0000164362 |
| 6.h | Tia Mia Daycare (EIDL) | Loan File | DOJ_PROD_0000092076 | DOJ_PROD_0000092084 | DOJ_PROD_0000165012 |
| 6.i | Time Line Transport Inc (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000312 | DOJ_PROD_0000000316 | DOJ_PROD_0000164359 |
| 6.j | Time Line Transport Inc (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000317 | DOJ_PROD_0000000341 | DOJ_PROD_0000164359 |

| | | | | | |
|---|---|---|---|---|---|
| 6.k | Time Line Transport Inc (EIDL) | Loan File | DOJ_PROD_0000082642 | DOJ_PROD_0000082712 | DOJ_PROD_0000165012 |
| 6.l | Time Line Transport Inc (Newtek PPP) | Loan File | DOJ_PROD_0000000878 | DOJ_PROD_0000000948 | DOJ_PROD_0000164362 |
| 6.m | Time Line Transport Inc (Radius Bank PPP) | Loan File | DOJ_PROD_0000002440 | DOJ_PROD_0000002449 | DOJ_PROD_0000164490 |
| 6.n | TM Events Inc. (EIDL) | Loan File | DOJ_PROD_0000001858 | DOJ_PROD_0000001930 | DOJ_PROD_0000165012 |
| 6.o | TM Events Inc. (Newtek PPP) | Loan File | DOJ_PROD_0000000949 | DOJ_PROD_0000001013 | DOJ_PROD_0000164362 |
| 6.p | Top Quality Contracting (Customers Bank PPP) | Loan File | DOJ_PROD_0000000507 | DOJ_PROD_0000000571 | DOJ_PROD_0000162808 |
| 6.q | Top Quality Contracting (EIDL) | Loan File | DOJ_PROD_0000001931 | DOJ_PROD_0000002000 | DOJ_PROD_0000165012 |
| 6.r | Top Quality Contracting (TCF National Bank PPP) | Loan File | DOJ_PROD_0000017712 | DOJ_PROD_0000017725 | DOJ_PROD_0000000654 |
| 6.s | Turing Info Solutions (EIDL) | Loan File | DOJ_PROD_0000082728 | DOJ_PROD_0000082741 | DOJ_PROD_0000165012 |
| 6.t | Turing Info Solutions (Newtek PPP) | Loan File | DOJ_PROD_0000104612 | DOJ_PROD_0000104684 | DOJ_PROD_0000164362 |
| 6.u | VLA Construction Inc. (CDC SBF PPP) | Loan File | DOJ_PROD_0000104178 | DOJ_PROD_0000104214 | DOJ_PROD_0000156516 |
| 6.v | Voyage Limo (EIDL) | Loan File | DOJ_PROD_0000083179 | DOJ_PROD_0000083192 | DOJ_PROD_0000165012 |
| 6.w | Voyage Limo LLC (Celtic) | Loan File | DOJ_PROD_0000045107 DOJ_PROD_0000045127 | DOJ_PROD_0000045108 DOJ_PROD_0000045180 | DOJ_PROD_0000164359 |
| 6.x | Armen Hayrapetyan dba Hart Construction (JPMC PPP) | Loan File | DOJ_PROD_0000076455 | DOJ_PROD_0000076493 | DOJ_PROD_0000164250 |
| 6.y | Mark Zindroski dba Top Quality Contracting (Celtic PPP) | Loan File | DOJ_PROD_0000000342 | DOJ_PROD_0000000345 | DOJ_PROD_0000164359 |