# EXHIBIT 3

| SBA Loan Number | Company | Applicant | Approximate Amount of Loan | Lender | Approximate Amount of Advance | Approximate Date of Application |
|---|---|---|---|---|---|---|
| 7397528003 | Top Quality Contracting | Iuliia Zhadko | $ 112,100.00 | SBA EIDL | $ 6,000.00 | 3/30/2020 |
| 8982217406 | EM Construction Co. | Artem Zherdov | $ 113,900.00 | SBA EIDL | $ 4,000.00 | 3/30/2020 |
| 9229757409 | Journeymen Construction | Viktoria Kauichko | $ 150,000.00 | SBA EIDL | $ 8,000.00 | 3/31/2020 |
| 3599197810 | GAZ Construction | Artem Serba | $ 145,400.00 | SBA EIDL | N/A | 3/31/2020 |
| N/A | Mod Interiors Inc. | Armen Injijian | N/A | SBA EIDL | $ 2,000.00 | 3/31/2020 |
| 1572687903 | Secureline Realty and Funding | Tamara Dadyan | $ 41,500.00 | SBA EIDL | $ 2,000.00 | 3/31/2020 |
| 3867617802 | Sabala Construction | Medet Murat | $ 150,000.00 | SBA EIDL | $ 8,000.00 | 4/1/2020 |
| N/A | Western Lending Group | Ara Haritunian | N/A | SBA EIDL | N/A | 4/1/2020 |
| 6498697801 | Redline Auto Collision, Inc. | Edvard Paronyan | $ 150,000.00 | SBA EIDL | $ 4,000.00 | 4/2/2020 |
| 1947567910 | Byraya | Raisa Aytayan | $ 11,500.00 | SBA EIDL | $ 2,000.00 | 4/3/2020 |
| 6365307208 | VLA Construction Inc. | Medet Murat | $ 125,000.00 | CDC SBF | N/A | 4/6/2020 |
| 8322067806 | Arsa Medical Wholesale Inc. | Arshak Sarukhanyan | $ 45,000.00 | SBA EIDL | N/A | 4/6/2020 |
| 2876987707 | Arman Hayrapetyan dba Hart Construction Co. | Arman Hayrapetyan | $ 112,500.00 | JPMC | N/A | 4/7/2020 |
| 1867967302 | Artem Zherdov dba EM Construction Co. | Artem Zherdov | $ 113,750.00 | CDC SBF | N/A | 4/7/2020 |
| 4373237909 | G&A Diamonds | Artashes Grigoryan | $ 145,000.00 | SBA EIDL | N/A | 4/8/2020 |
| N/A | Top Quality Contracting | Iuliia Zhadko | $ 185,000.00 | TCF National | N/A | 4/8/2020 |
| 5158157900 | Fiber One Media, Inc. | Viktoria Kauichko | $ 150,000.00 | SBA EIDL | $10,000 | 4/9/2020 |
| 5940737701 | Medz Abrank | Leoncio Galver | $ 91,443.00 | Bank of America | N/A | 4/9/2020 |
| 9570387801 | Mod Interiors Inc. | Armen Injijian | $ 130,187.00 | Cross River Bank | N/A | 4/10/2020 |
| 1092007202 | Top Quality Contracting | Iuliia Zhadko | $ 185,000.00 | Ready Capital | N/A | 4/13/2020 |
| 1166027201 | Fiber One Media, Inc. | Viktoria Kauichko | $ 130,000.00 | Ready Capital | N/A | 4/14/2020 |
| 6324297309 | ABC Realty Advisors, Inc. | Arsen Dadyan | $ 117,938.00 | Bank of America | N/A | 4/16/2020 |
| 7841957309 | EM Construction | Artem Zherdov | $ 130,188.00 | Wells Fargo | N/A | 4/16/2020 |
| 8343777305 | Sabala Construction | Donald Sabala | $ 182,637.00 | WebBank | N/A | 4/16/2020 |
| 8405457310 | Hart Construction | Michael Hart | $ 130,000.00 | WebBank | N/A | 4/18/2020 |
| 8873877308 | Samuel Sauza DDS Inc. | Samuel Sauza | $ 182,500.00 | WebBank | N/A | 4/21/2020 |
| 8005117303 | Samuel Sauza DDS Inc. | Samuel Sauza | $ 182,000.00 | Celtic Bank | N/A | 4/21/2020 |
| 3519707700 | Samuel Sauza DDS Inc. | Samuel Sauza | $ 182,500.00 | Celtic Bank | N/A | 4/21/2020 |
| 9623977207 | Mod Interiors | Armen Inijian | $ 130,000.00 | CDC SBF | N/A | 4/22/2020 |
| 4233347709 | Secureline Realty and Funding Inc. | Tamara Dadyan | $ 122,838.00 | Wells Fargo | N/A | 4/22/2020 |
| 8587147703 | VLA Construction Inc. | Veronique Loizu | $ 130,000.00 | WebBank | N/A | 4/23/2020 |
| 7533987207 | Jobe Construction | Richard Jobe | $ 131,195.00 | CDC SBF | N/A | 4/25/2020 |
| 3401977705 | Jobe Construction | Richard Jobe | $ 131,000.00 | Celtic Bank | N/A | 4/26/2020 |
| 3769327206 | Fetch Industries, Inc. | Artem Serba | $ 182,637.00 | Celtic Bank | N/A | 4/27/2020 |
| 8008827310 | Fiber One Media, Inc. | Viktoria Kauichko | $ 130,000.00 | Celtic Bank | N/A | 4/28/2020 |
| 8012517303 | VLA Construction Inc. | Veronique Loizu | $ 182,000.00 | Celtic Bank | N/A | 4/28/2020 |
| 8004847308 | Fetch Industries, Inc. | Artem Serba | $ 182,000.00 | Celtic Bank | N/A | 4/29/2020 |
| 4363847301 | Hart Construction | Michael Hart | $ 130,000.00 | Celtic Bank | N/A | 4/29/2020 |
| 3350827705 | Mod Interiors | Armen Inijian | $ 130,000.00 | Celtic Bank | N/A | 4/30/2020 |
| 7536197310 | Hart Construction | Michael Hart | $ 130,000.00 | Celtic Bank | N/A | 4/30/2020 |
| 3728857706 | Mark Zindroski | Mark Zindroski | $ 130,000.00 | Celtic Bank | N/A | 4/30/2020 |
| 6810687303 | Sabala Construction | Donald Sabala | $ 113,750.00 | Cross River Bank | N/A | 4/30/2020 |
| 7615287300 | VLA Construction Inc. | Veronique Loizu | $ 130,000.00 | Celtic Bank | N/A | 4/30/2020 |
| 8311047304 | Top Quality Contracting | Mark Zindroski | $ 113,750.00 | Celtic Bank | N/A | 5/1/2020 |
| 9464047310 | Allstate Towing and Transport LLC | A. Ayvazyan | $ 124,000.00 | Cross River Bank | N/A | 5/2/2020 |
| 1622727400 | Arsa Medical Wholesale Inc. | Arshak Sarukhanyan | $ 182,500.00 | Celtic Bank | N/A | 5/2/2020 |
| 1021127402 | GAZ Construction | Greg Zadikov | $ 131,000.00 | Celtic Bank | N/A | 5/2/2020 |
| 9917507310 | G&A Diamonds | Artashes Grigoryan | $ 113,750.00 | Cross River Bank | N/A | 5/3/2020 |
| 1138297400 | Arsa Medical Wholesale Inc. | Arshak Sarukhanyan | $ 130,000.00 | Celtic Bank | N/A | 5/3/2020 |
| 1082287408 | Manukyan Construction | Anna Manukyan | $ 131,195.00 | Celtic Bank | N/A | 5/3/2020 |
| 9983787300 | Samuel Sauza DDS Inc. | Samuel Sauza | $ 182,500.00 | Celtic Bank | N/A | 5/3/2020 |
| 3787437709 | Jupiter Digital Solutions LLC | Donald Sabala | $ 182,500.00 | Celtic Bank | N/A | 5/3/2020 |
| 1483477407 | Arsa Medical Wholesale Inc. | Arshak Sarukhanyan | $ 182,500.00 | WebBank | N/A | 5/4/2020 |
| 1764807406 | Time Line Transport | Iuliia Zhadko | $ 113,750.00 | Celtic Bank | N/A | 5/5/2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2380977406 | Comfort Diagnostics Inc. | Artavasd Ginosyan | $ 172,837.00 | WebBank | N/A | 5/5/2020 |
| 1883137409 | Kohl Pictures, Inc. | Mark Kohl | $ 182,637.00 | Celtic Bank | N/A | 5/5/2020 |
| 2272687405 | Comfort Diagnostics Inc. | Artavasd Ginosyan | $ 182,637.00 | Celtic Bank | N/A | 5/5/2020 |
| 2538947409 | A V Employment Agency | Vartan Babaekian | $ 182,637.00 | Celtic Bank | N/A | 5/6/2020 |
| 3230267404 | Redline Auto Collision | Edward Paronian | $ 130,187.00 | Celtic Bank | N/A | 5/7/2020 |
| 3921567410 | Fetch Industries, Inc. | Artem Serba | $ 182,500.00 | Cross River Bank | N/A | 5/8/2020 |
| 5429177408 | Escrow Doc | Roza Avakian | $ 108,850.00 | Bank of America | N/A | 5/8/2020 |
| 3280417410 | Secureline Realty and Funding Inc. | Dadyan | $ 137,500.00 | Comerica | N/A | 5/9/2020 |
| 1783987801 | Arsa Medical Wholesale Inc. | Arshak Sarukhanyan | $ 172,838.13 | Square Capital | N/A | 5/13/2020 |
| N/A | Time Line Transport | Iuliia Zhadko | $ 122,413.00 | Radius Bank | N/A | 5/16/2020 |
| 7788177409 | Manukyan Construction | Anna Manukyan | $ 131,195.00 | Cross River Bank | N/A | 5/17/2020 |
| 8336877400 | Voyage Limo | Vahe Dadyan | $ 157,500.00 | Celtic Bank | N/A | 5/18/2020 |
| 3863457402 | GAZ Construction | Greg Zadikov | $ 130,000.00 | Celtic Bank | N/A | 5/19/2020 |
| 9484687409 | Montradath | Diana Saakyan | $ 113,750.00 | Celtic Bank | N/A | 5/20/2020 |
| 7345337900 | Fiber One Media | Viktoria Kauichko | $ 150,000.00 | SBA EIDL | $10,000 | 5/21/2020 |
| 7251417801 | EM Jewelry | Artem Zherdov | $ 95,500.00 | Celtic Bank | N/A | 5/21/2020 |
| 8092777909 | Manukyan Construction | Anna Manukyan | $ 150,000.00 | SBA EIDL | $10,000 | 5/22/2020 |
| 5922197810 | Greenshop Hydro Inc. | Anna Manukyan | $ 150,000.00 | SBA EIDL | $10,000 | 5/25/2020 |
| N/A | Classic Nursery | Iuliia Zhadko | $ 150,000.00 | SBA EIDL | N/A | 5/26/2020 |
| 6939687903 | Nelson's Nursery | Anton Kudiumov | $ 49,000.00 | SBA EIDL | $ 7,000.00 | 5/27/2020 |
| 6844657902 | AVH TRANS | Vartan Babaekian | $ 150,000.00 | SBA EIDL | N/A | 5/27/2020 |
| 5926707805 | Cactus Mart | Olena Sosunova | $ 150,000.00 | SBA EIDL | N/A | 5/27/2020 |
| 5929297808 | Long Canyon Nursery | Anastasia Baranovska | $ 150,000.00 | SBA EIDL | $ 8,000.00 | 5/27/2020 |
| 5409217410 | Journeymen Construction | Oleksandr Moroz | $ 113,750.00 | Celtic Bank | N/A | 5/29/2020 |
| 4603748106 | Green Label Nutrienrs | Tamara Dadyan | $ 150,000.00 | SBA EIDL | $10,000 | 5/29/2020 |
| N/A | Six Star Farms | Anna Dzukaeva | N/A | SBA EIDL | N/A | 5/29/2020 |
| 9221107800 | VB Trucking Inc. | Varuzhan Berberyan | $ 182,637.00 | Celtic Bank | N/A | 6/2/2020 |
| 7659127910 | New World Trading | Misak Arakelyan | $ 150,000.00 | SBA EIDL | $10,000 | 6/7/2020 |
| 6936497910 | Four Seasons Wholesale Nursery | Medet Murat | $ 150,000.00 | SBA EIDL | $ 9,000.00 | 6/8/2020 |
| 9523477801 | New World Empire Trading Inc. | Misak Arakelyan | $ 244,500.00 | Fountainhead SBF | N/A | 6/8/2020 |
| 6946667906 | Annandale Nursery | Liubov Podoba | $ 150,000.00 | SBA EIDL | $10,000 | 6/9/2020 |
| 2280997905 | New World Empire Trading Inc. | Misak Arakelyan | $ 244,570.00 | WebBank | N/A | 6/11/2020 |
| 2946297904 | Fadehaus Barbershop | Anton Kudiumov | $ 182,637.00 | WebBank | N/A | 6/12/2020 |
| 2228807908 | Escrow Doc | Roza Avakian | $ 107,500.00 | Cross River Bank | N/A | 6/15/2020 |
| 8674417906 | Time Line Transport, Inc. | Iuliia Zhadko | $ 150,000.00 | SBA EIDL | $10,000 | 6/15/2020 |
| 8740807904 | Fadehaus Barbershop | Anton Kudiumov | $ 150,000.00 | SBA EIDL | $10,000 | 6/16/2020 |
| 8738337906 | Apex Health and Safety Consultants | Anna Manukyan | $ 150,000.00 | SBA EIDL | $10,000 | 6/16/2020 |
| 4025937410 | Greg Zadikov | Greg Zadikov | $ 122,838.13 | Square Capital | N/A | 6/16/2020 |
| 7559407903 | Fiber One Media, Inc. | Viktoria Kauichko | $ 276,652.00 | WebBank | N/A | 6/17/2020 |
| 9977727907 | Dental Sauza | Arman Hayrapetyan | $ 150,000.00 | SBA EIDL | $10,000 | 6/17/2020 |
| N/A | Ocean Choice Seafood Corp | Olena Sosunova | N/A | SBA EIDL | N/A | 6/17/2020 |
| N/A | Six Star Farms | Anna Dzukaeva | N/A | SBA EIDL | N/A | 6/17/2020 |
| N/A | Ocean Choice Seafood Corp. | Olena Sosunova | $ 150,000.00 | SBA EIDL | N/A | 6/17/2020 |
| 2836978009 | Redline Auto Mechanics | Anton Kudiumov | $ 150,000.00 | SBA EIDL | $ 7,000.00 | 6/18/2020 |
| | Escrow Doc | Roza Avakian | N/A | SBA EIDL | N/A | 6/18/2020 |
| 2743418006 | Radgistics Inc. | Arshak Sarukhanyan | $ 150,000.00 | SBA EIDL | $10,000 | 6/18/2020 |
| 1582778002 | New World Empire Trading Inc | Misak Arakelyan | $ 244,500.00 | Celtic Bank | N/A | 6/19/2020 |
| N/A | LK Design | Liudmyla Kopytova | N/A | SBA EIDL | N/A | 6/19/2020 |
| 4016978002 | Byraya Mgmt | Raisa Aytayan | $ 150,000.00 | SBA EIDL | $ 3,000.00 | 6/20/2020 |
| 4290728000 | KGG Home | Gagik Khachatryan | $ 150,000.00 | SBA EIDL | $ 7,000.00 | 6/20/2020 |
| N/A | Abc Legal Services and Management | Greta Akopyan | N/A | SBA EIDL | N/A | 6/21/2020 |
| N/A | First Class Property Management | Romana Cias | N/A | SBA EIDL | N/A | 6/21/2020 |
| 8154808102 | Runyan Tax Service, Inc. | Viktoria Kauichko | $ 150,000.00 | SBA EIDL | $10,000 | 6/23/2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4320038007 | Journeymen Construction, Inc. | Oleksandr Moroz | $ 276,600.00 | Celtic Bank | N/A | 6/23/2020 |
| 1984878000 | Liudmyla Kopytova/LK Design | Liudmyla Kopytova | $ 244,500.00 | Fountainhead SBF | N/A | 6/23/2020 |
| 1141138101 | Allstate Towing and Transport LLC | A. Ayvazyan | $ 150,000.00 | SBA EIDL | $10,000 | 6/24/2020 |
| N/A | Abc Legal Services and Management | Greta Akopyan | N/A | SBA EIDL | N/A | 6/24/2020 |
| N/A | Escrow doc | Roza Avakian | N/A | SBA EIDL | N/A | 6/24/2020 |
| 4974908007 | Time Line Transport / Iuliia Zhadko | Iuliia Zhadko | $ 122,400.00 | Celtic Bank | N/A | 6/25/2020 |
| 5312528006 | Redline Auto Mechanics Inc. | Anton Kudiumov | $ 276,600.00 | Celtic Bank | N/A | 6/27/2020 |
| N/A | Ocean Choice Seafood Corp. | Olena Sosunova | N/A | SBA EIDL | N/A | 6/29/2020 |
| 6714107903 | Time Line Transport | Iuliia Zhadko | $ 122,400.00 | Newtek SBF | N/A | 7/1/2020 |
| 6315218007 | New Acre Farm Produce Inc. | Thanh Phuoc Tran | $ 210,000.00 | Cross River Bank | N/A | 7/1/2020 |
| 6703878106 | Bayview Consulting | Gevorg Boyrazyan | $ 150,000.00 | SBA EIDL | $10,000 | 7/2/2020 |
| 8424988002 | Nazar Terabelian | Nazar Terabelian | $ 150,000.00 | SBA EIDL | $10,000 | 7/2/2020 |
| 7769958103 | Journeymen Construction | Oleksandr Moroz | $ 150,000.00 | SBA EIDL | N/A | 7/5/2020 |
| 8017108108 | Accounting Management & Tax Service, Inc. | Medet Murat | $ 150,000.00 | SBA EIDL | $10,000 | 7/6/2020 |
| 7697997402 | TM Events Inc. | Anton Kudiumov | $ 150,000.00 | SBA EIDL | $ 7,000.00 | 7/7/2020 |
| 8268648100 | Michael Hart (Hart Construction) | Michael Hart | $ 150,000.00 | SBA EIDL | $10,000 | 7/7/2020 |
| 4973198104 | Runyan Tax Service, Inc. | Viktoria Kauichko | $ 276,653.00 | Seattle Bank | N/A | 7/14/2020 |
| 4914458110 | Anthony Alcaraz | Anthony Alcaraz | $ 150,000.00 | SBA EIDL | N/A | 7/15/2020 |
| 3571818201 | RAC | Emilia Ghazakhetsyan | $ 150,000.00 | SBA EIDL | N/A | 7/16/2020 |
| 4341508201 | Susanna Sukiasyan | Susanna Sukiasyan | $ 150,000.00 | SBA EIDL | N/A | 7/16/2020 |
| 5929068108 | Accounting Management & Tax Service | Medet Murat | $ 130,100.00 | Newtek SBF | N/A | 7/17/2020 |
| 8321058100 | MD Acquisition Services | Mykhail Diuzhenko | $ 244,570.00 | Wells Fargo | N/A | 7/18/2020 |
| N/A | MD Acquisition Services | Mykhail Diuzhenko | N/A | SBA EIDL | N/A | 7/18/2020 |
| 5232248103 | Ocean Choice Seafood Corp. | Olena Susonova | $ 331,600.00 | Fountainhead SBF | N/A | 7/18/2020 |
| 6016418106 | Nik Trucking Inc. | Arman Hayrapetyan | $ 40,500.00 | SBA EIDL | N/A | 7/20/2020 |
| N/A | LK Design | Liudmyla Kopytova | N/A | SBA EIDL | N/A | 7/21/2020 |
| 3877708206 | Mod Interiors Inc. | Nazar Terabelian | $ 150,000.00 | SBA EIDL | N/A | 7/21/2020 |
| N/A | Tia Mia Daycare | Estephanie Reynoso | N/A | SBA EIDL | N/A | 7/21/2020 |
| N/A | Western Lending Group | Ara Haritunian | N/A | SBA EIDL | N/A | 7/21/2020 |
| 8091948100 | Info Logistics | Maxim Shevchenko | $ 276,600.00 | Newtek SBF | N/A | 7/22/2020 |
| 8105748101 | Mod Interiors | Nazar Terabelian | $ 384,100.00 | Newtek SBF | N/A | 7/23/2020 |
| 9018658105 | Liudmyla Kopytova | Liudmyla Kopytova | $ 244,500.00 | Newtek SBF | N/A | 7/25/2020 |
| 8105508110 | TM Events Inc. | Anton Kudiumov | $ 276,600.00 | Newtek SBF | N/A | 7/27/2020 |
| N/A | Status Physical Therapy Inc. | Aram Fahradyan | N/A | SBA EIDL | N/A | 7/27/2020 |
| 5289128201 | Turcan Tours | Lilia Turcan | $ 146,200.00 | SBA EIDL | N/A | 7/28/2020 |
| 5847778203 | Turing Info Solutions | Iuliia Zhadko | $ 150,000.00 | SBA EIDL | N/A | 7/29/2020 |
| 4178738210 | Turing Info Solutions | Iuliia Zhadko | $ 384,100.00 | Newtek SBF | N/A | 8/3/2020 |
| 5669568206 | US Medical Supply Inc. | Anastasiya Rysik | $ 244,500.00 | Newtek SBF | N/A | 8/3/2020 |
| 4664448201 | Bell Property Management LLC | Maxim Shevchenko | $ 244,570.00 | Seattle Bank | N/A | 8/4/2020 |
| 4011028207 | Marco Rivas | Marco Rivas | $ 150,000.00 | SBA EIDL | N/A | 8/4/2020 |
| 4187108200 | Ocean Choice Seafood Corp. | Olena Susonova | $ 384,100.00 | Newtek SBF | N/A | 8/5/2020 |
| 5402698200 | Camilo Amaya | Camilo Amaya | $ 146,800.00 | SBA EIDL | N/A | 8/7/2020 |
| 5669308209 | Anna Dzukaeva | Anna Dzukaeva | $ 244,500.00 | Newtek SBF | N/A | 8/13/2020 |
| 2177268210 | Redline Auto Mechanics Inc. | Anton Kudiumov | $ 255,996.00 | Cross River Bank | N/A | 8/20/2020 |
| | | | $ 21,647,962.26 | | | |

# EIDL/PPP Applications Submitted Using Zhadko, Kauichko, and Kudiumov Names

DRAFT

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| **Iuliia Zhadko** DOB: 01/15/90 SSN: *6090 | Top Quality Contracting | 03/30/20 | SBA | $ 112,100 | Disbursed | 6.q |
| | | 04/08/20 | TCF National Bank | $ 185,000 | Withdrawn | 6.r |
| | | 04/13/20 | Customers Bank | $ 185,000 | Disbursed | 6.p |
| | Time Line Transport | 05/04/20 | Celtic Bank | $ 113,750 | Cancelled | 6.i |
| | | 06/25/20 | Celtic Bank | $ 122,400 | Disbursed | 6.j |
| | | 06/15/20 | SBA | $ 150,000 | Disbursed | 6.k |
| | | 07/01/20 | Newtek | $ 122,400 | Disbursed | 6.l |
| | Classic Nursery | 05/26/20 | SBA | $ 150,000 | Duplicate | 4.i |
| | Turing Info Solutions | 07/29/20 | SBA | $ 150,000 | Disbursed | 6.s |
| | | 08/03/20 | Newtek | $ 384,100 | Disbursed | 6.t |
| | | | | | | |
| **Viktoria Kauichko** DOB: 01/09/89 SSN: *9924 | Journeymen Construction | 03/31/20 | SBA | $ 150,000 | Disbursed | 5.c |
| | Fiber One Media | 04/09/20 | SBA | $ 150,000 | Disbursed | 4.q |
| | | 04/14/20 | Customers Bank | $ 130,000 | Disbursed | 4.p |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Cancelled | 4.r |
| | | 06/17/20 | WebBank | $ 276,652 | Cancelled | 4.s |
| | | 05/21/20 | SBA | $ 150,000 | Disbursed | 4.o |
| | Runyan Tax Service | 06/23/20 | SBA | $ 150,000 | Disbursed | 5.x |
| | | 07/13/20 | Seattle Bank | $ 276,653 | Disbursed | 5.y |
| | | | | | | |
| **Anton Kudiumov** DOB: 03/19/94 SSN: *2161 | Nelson's Nursery | 05/27/20 | SBA | $ 49,000 | Disbursed | 5.o |
| | Fadehaus Barbershop | 06/12/20 | WebBank | $ 182,637 | Cancelled | 4.n |
| | | 06/16/20 | SBA | $ 150,000 | Disbursed | 4.m |
| | Redline Auto Mechanics | 06/18/20 | SBA | $ 159,000 | Disbursed | 5.w |
| | | 06/25/20 | Celtic Bank | $ 276,600 | Disbursed | 5.v |
| | TM Events | 07/07/20 | SBA | $ 150,000 | Disbursed | 6.n |
| | | 07/22/20 | Newtek | $ 276,600 | Disbursed | 6.o |

# EIDL/PPP Applications Submitted Using 6150 Canoga Address

DRAFT

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| **Viktoria Kauichko** DOB: 01/09/89 SSN: *9924 | Journeymen Construction | 03/31/20 | SBA | $ 150,000 | Disbursed | 5.c |
| | Fiber One Media | 04/09/20 | SBA | $ 150,000 | Disbursed | 4.q |
| | | 04/14/20 | Customers Bank | $ 130,000 | Disbursed | 4.p |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Cancelled | 4.r |
| | | 06/17/20 | WebBank | $ 276,652 | Cancelled | 4.s |
| | | 05/21/20 | SBA | $ 150,000 | Disbursed | 4.o |
| | Runyan Tax Service | 06/23/20 | SBA | $ 150,000 | Disbursed | 5.x |
| | | 07/13/20 | Seattle Bank | $ 276,653 | Disbursed | 5.y |
| | | | | | | |
| **Anton Kudiumov** DOB: 03/19/94 SSN: *2161 | Nelson's Nursery | 05/27/20 | SBA | $ 49,000 | Disbursed | 5.o |
| | Fadehaus Barbershop | 06/12/20 | WebBank | $ 182,637 | Cancelled | 4.n |
| | | 06/16/20 | SBA | $ 150,000 | Disbursed | 4.m |
| | Redline Auto Mechanics | 06/18/20 | SBA | $ 159,000 | Disbursed | 5.w |
| | TM Events | 07/07/20 | SBA | $ 150,000 | Disbursed | 6.n |
| | | 07/22/20 | Newtek | $ 276,600 | Disbursed | 6.o |

# Example Loans Applied for by Companies Included in First Superseding Indictment (1 of 2)

DRAFT

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| All State Towing and Transport 1 | Artur Ayvazyan | 06/24/20 | SBA | $ 150,000 | Disbursed | 4.f |
| Allstate Towing and Transport LLC | Artur Ayvazyan | 05/02/20 | Cross River Bank | $ 124,000 | Disbursed | 4.g |
| G&A Diamonds | Artashes Grigoryan | 04/08/20 | SBA | $ 145,000 | Disbursed | 4.w |
| | | 05/03/20 | Cross River Bank | $ 113,750 | Disbursed | 4.v |
| Hart Construction | Michael Hart | 04/18/20 | WebBank | $ 130,000 | Disbursed | 5.b |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Disbursed | 4.z |
| | | 07/07/20 | SBA | $ 150,000 | Disbursed | 5.i |
| | Arman Hayrapetyan | 04/07/20 | JPMC | $ 112,500 | Disbursed | 5.a |
| Mod Interiors | Armen Injijian | 04/10/20 | Cross River Bank | $ 130,187 | Cancelled | 5.l |
| | | 04/22/20 | CDC | $ 130,000 | Disbursed | 5.k |
| | | 04/23/20 | Celtic Bank | $ 130,000 | Disbursed | 5.j |
| | Nazar Terabelian | 07/21/20 | SBA | $ 150,000 | Disbursed | 5.m |
| | | 07/23/20 | Newtek | $ 384,100 | Disbursed | 5.n |
| Redline Auto Collision | Edvard Paronyan | 04/02/20 | SBA | $ 150,000 | Disbursed | 5.u |
| | | 05/07/20 | Celtic Bank | $ 130,187 | Disbursed | 5.t |
| Redline Auto Mechanics | Anton Kudiumov | 06/18/20 | SBA | $ 150,000 | Disbursed | 5.w |
| | | 06/25/20 | Celtic Bank | $ 276,600 | Disbursed | 5.v |
| Runyan Tax Service | Viktoria Kauichko | 06/23/20 | SBA | $ 150,000 | Disbursed | 5.x |
| | | 07/20/20 | Seattle Bank | $ 276,653 | Disbursed | 5.y |

# Example Loans Applied for by Companies Included in First Superseding Indictment (2 of 2)

DRAFT

| Name | Business | Approx. Application Date | Lender | Approx. Application Amount | Status | GX # |
|---|---|---|---|---|---|---|
| Sabala Construction | Medet Murat | 04/01/20 | SBA | $ 150,000 | Disbursed | 6.c |
| | Donald Sabala | 04/03/20 | Bank of America | $ 16,776 | Cancelled | 5.z |
| | | 04/16/20 | WebBank | $ 182,637 | Disbursed | 6.b |
| | | 04/30/20 | Cross River Bank | $ 113,750 | Disbursed | 6.a |
| Secureline Realty and Funding | Tamara Dadyan | 03/31/20 | SBA | $ 41,500 | Disbursed | 6.e |
| | | 05/12/20 | Comerica | $ 137,500 | Disbursed | 6.d |
| Time Line Transport | Iuliia Zhadko | 05/04/20 | Celtic Bank | $ 113,750 | Cancelled | 6.i |
| | | 06/15/20 | SBA | $ 150,000 | Disbursed | 6.k |
| | | 06/25/20 | Celtic Bank | $ 122,400 | Disbursed | 6.j |
| | | 07/01/20 | Newtek | $ 122,400 | Disbursed | 6.l |
| Top Quality Contracting | Iuliia Zhadko | 03/30/20 | SBA | $ 112,100 | Disbursed | 6.q |
| | | 04/08/20 | TCF National Bank | $ 185,000 | Withdrawn | 6.r |
| | | 04/13/20 | Customers Bank | $ 185,000 | Disbursed | 6.p |
| | Mark Zindroski | 05/01/20 | Celtic Bank | $ 113,750 | Disbursed | 6y |
| Turing Info Solutions | Iuliia Zhadko | 07/29/20 | SBA | $ 150,000 | Disbursed | 6.s |
| | | 08/03/20 | Newtek | $ 384,100 | Disbursed | 6.t |

# Comparison of PPP/EIDL Loan Applications – Group 1

DRAFT

| Business | Name | Approx. Application Date | Lender | Approx. Application Amount | Status | Same Payroll Report | Same Form 940 | GX No. |
|---|---|---|---|---|---|---|---|---|
| Fiber One Media | Viktoria Kauichko | 04/14/20 | Customers Bank | $ 130,000 | Disbursed | X | X | 3.e |
| | | 04/28/20 | Celtic Bank | $ 130,000 | Cancelled | X | n/a | 3.f |
| Mod Interiors | Armen Injijian | 04/23/20 | Celtic Bank | $ 130,000 | Disbursed | X | X | 3.m |
| VLA Construction | Veronique Loizu | 04/23/20 | WebBank | $ 130,000 | Cancelled | X | n/a | 3.s |
| | | 04/30/20 | Celtic Bank | $ 130,000 | Disbursed | X | n/a | 3.r |
| Hart Construction | Michael Hart | 04/28/20 | Celtic Bank | $ 130,000 | Disbursed | X | X | 3.i |
| Redline Auto Collision | Edvard Paronyan | 05/07/20 | Celtic Bank | $ 130,187 | Disbursed | X | n/a | 3.o |
| GAZ Construction | Greg Zadikov | 06/16/20 | Square Capital | $ 122,838 | Disbursed | X | X | 3.h |
| Accounting Management & Tax Service | Medet Murat | 07/17/20 | Newtek | $ 130,100 | Disbursed | X | X | 3.a |

# Comparison of PPP/EIDL Loan Applications – Group 2

DRAFT

| Business | Name | Approx. Application Date | Lender | Approx. Application Amount | Status | Same Payroll Report | Same Form 940 | GX No. |
|---|---|---|---|---|---|---|---|---|
| **Allstate Towing and Transport LLC** | Artur Ayvazyan | 05/02/20 | Cross River Bank | **$ 124,000** | Disbursed | n/a | X | 3.c |
| **Escrow Doc** | Roza Avakian | 05/13/20 | Bank of America | **$ 108,850** | Disbursed | n/a | X | 3.d |
| **Voyage Limo** | Vahe Dadyan | 05/18/20 | Celtic Bank | **$ 157,500** | Disbursed | n/a | X | 3.t |
| **Montradath** | Diana Saakyan | 05/20/20 | Celtic Bank | **$ 113,750** | Disbursed | n/a | X | 3.n |
| **Journeymen Construction** | Oleksandr Moroz | 05/29/20 | Celtic Bank | **$ 113,750** | Cancelled | n/a | X | 3.j |
| **All State Towing and Transport 1** | Artur Ayvazyan | 06/24/20 | SBA | **$ 150,000** | Disbursed | n/a | X | 3.b |

# Comparison of PPP/EIDL Loan Applications – Group 3

DRAFT

| Business | Name | Approx. Application Date | Lender | Approx. Application Amount | Status | Same Payroll Report | Same Form 940 | GX No. |
|---|---|---|---|---|---|---|---|---|
| Fiber One Media | Viktoria Kauichko | 06/17/20 | WebBank | $ 276,652 | Cancelled | X | n/a | 3.g |
| Redline Auto Mechanics | Anton Kudiumov | 06/25/20 | Celtic Bank | $ 276,600 | Disbursed | X | X | 3.p |
| Runyan Tax Service | Viktoria Kauichko | 07/13/20 | Seattle Bank | $ 276,653 | Disbursed | X | X | 3.q |
| MD Acquisition Services | Mykhail Diuzhenko | 07/18/20 | SBA | $ 150,000 | Declined | X | X | 3.l |
| L K Design | Liudmyla Kopytova | 07/25/20 | Newtek | $ 244,500 | Disbursed | X | n/a | 3.k |

# Bank Account Records Reviewed (1 of 2)

DRAFT

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 1 | Secureline Realty and Funding Inc | Tamara Dadyan | Comerica Bank | x8935 | 12/05/13 | 01/08/20 | 07/31/20 | 1.d |
| 2 | Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | x1754 | 11/20/14 | 01/13/20 | 07/31/20 | 1.e |
| 3 | Redline Auto Collision Inc | Edvard Paronyan | JPMorgan Chase | x1732 | 04/26/16 | 04/24/20 | 11/30/20 | 1.l |
| 4 | ABC Realty Advisors Inc, Tamara T Dadyan | Tamara Dadyan | JPMorgan Chase | x8366 | 03/07/17 | 05/27/20 | 08/31/20 | 7.a |
| 5 | Anna Dzukaeva | Anna Dzukaeva | Capital One | x1441 | 03/21/17 | 01/23/20 | 12/31/20 | 1.s |
| 6 | Marietta Terabelian | Marietta Terabelian | Bank of America | x1475 | 01/16/18 | 03/02/20 | 01/26/21 | 7.e |
| 7 | Artashes Grigoryan dba G&A Diamonds | Artashes Grigoryan | US Bank | x1964 | 06/09/18 | 06/09/18 | 11/30/20 | 1.k |
| 8 | Allstate Towing & Transport LLC | Artur Ayvazyan | US Bank | x5135 | 08/12/19 | 04/22/20 | 11/30/20 | 1.j |
| 9 | Voyage Limo LLC | Vahe Dadyan | Wells Fargo | x7900 | 08/20/19 | 03/02/20 | 11/30/20 | 1.m |
| 10 | Iuliia Zhadko | Iuliia Zhadko | Wells Fargo | x8054 | 09/04/19 | 09/01/19 | 06/12/20 | 1.g |
| 11 | Arman Hayrapetyan DBA Sabala Construction | Arman Hayrapetyan | JPMorgan Chase | x9906 | 12/10/19 | 03/02/20 | 11/30/20 | 1.a |
| 12 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x1511 | 02/11/20 | 02/11/20 | 05/29/20 | 1.b |
| 13 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x9066 | 02/11/20 | 03/03/20 | 05/29/20 | 1.c |

# Bank Account Records Reviewed (2 of 2)

DRAFT

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 14 | Iuliia Zhadko dba Top Quality Contracting | Iuliia Zhadko | Wells Fargo | x3517 | 03/18/20 | 03/18/20 | 06/12/20 | 1.f |
| 15 | Viktoria Kauichko | Viktoria Kauichko | Wells Fargo | x2085 | 03/19/20 | 03/20/20 | 09/18/20 | 7.d |
| 16 | Anton Kudiumov | Anton Kudiumov | Bank of America | x7572 | 05/02/20 | 06/29/20 | 01/21/21 | 7.b |
| 17 | Time Line Transport Inc | Iuliia Zhadko | Radius Bank | x0172 | 05/04/20 | 05/04/20 | 09/30/20 | 1.n |
| 18 | Allstate Towing & Transport LLC | Artur Ayvazyan | Bank of America | x7695 | 05/09/20 | 05/11/20 | 09/30/20 | 1.h |
| 19 | Inception Ventures Inc, Richard Ayvazyan | Richard Ayvazyan | Bank of America | x4043 | 06/01/20 | 06/01/20 | 10/31/20 | 7.c |
| 20 | Redline Auto Mechanics | Anton Kudiumov | Bank of America | x16271 | 06/23/20 | 06/23/20 | 08/31/20 | 1.o |
| 21 | Runyan Tax Service Inc | Viktoria Kauichko | Bank of America | x9700 | 06/25/20 | 06/25/20 | 08/31/20 | 1.p |
| 22 | Iuliia Zhadko | Iuliia Zhadko | JPMorgan Chase | x6822 | 07/10/20 | 07/20/20 | 01/20/21 | 7.g |
| 23 | Mod Interiors Inc | Nazar Terabelian | Radius Bank | x2395 | 07/21/20 | 07/21/20 | 09/30/20 | 1.q |
| 24 | Turing Info Solutions Inc | Iuliia Zhadko | JPMorgan Chase | x5268 | 07/29/20 | 07/29/20 | 01/29/21 | 1.r |

# EIDL/PPP Loan Files Reviewed (1 of 2)

DRAFT

| | Business Applicant | Individual Applicant | Lender | Loan/App # | Amount | GX # |
|---|---|---|---|---|---|---|
| 1 | Allstate Towing and Transport LLC | Artur Ayvazyan | Cross River Bank | X47310 | $ 124,000 | 2.f |
| 2 | Anna Dzukaeva dba Six Star Farms | Anna Dzukaeva | Newtek | X8209 | 244,500 | 2.q |
| 3 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMC | X7707 | 112,500 | 6.x |
| 4 | G A Diamonds | Artashes Grigoryan | SBA | X0719 | 150,000 | 2.g |
| 5 | Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | X7709 | 122,838 | 2.d |
| 6 | Hart Construction | Michael Hart | WebBank | X57310 | 130,000 | 2.b |
| 7 | Journeymen Construction | Viktoria Kauichko | SBA | X2210 | 158,000 | 5.c |
| 8 | Mark Zindroski dba Top Quality Contracting | Mark Zindroski | Celtic Bank | X7304 | 113,750 | 6.y |
| 9 | Mark Zindroski dba Top Quality Contracting | Mark Zindroski | Celtic Bank | X7706 | 130,000 | 2.e |
| 10 | Mod Interiors Inc | Nazar Terabelian | Newtek | X8101 | 384,100 | 2.o |
| 11 | Mod Interiors Inc | Nazar Terabelian | SBA | X8350 | 150,000 | 5.m |
| 12 | Redline Auto Collision Inc | Edvard Paronyan | Celtic Bank | X7404 | 130,187 | 2.j |
| 13 | Redline Auto Mechanics | Anton Kudiumov | SBA | X7034 | 159,000 | 5.w |

# EIDL/PPP Loan Files Reviewed (2 of 2)

DRAFT

| | Business Applicant | Individual Applicant | Lender | Loan/App # | Amount | GX # |
|---|---|---|---|---|---|---|
| 14 | Redline Auto Mechanics Inc | Anton Kudiumov | Celtic Bank | X8006 | 276,600 | 2.m |
| 15 | Runyan Tax Service, Inc | Viktoria Kauichko | Seattle Bank | X8104 | 276,653 | 2.n |
| 16 | Sabala Construction | Donald Sabala | Cross River Bank | X7303 | 113,750 | 6.a |
| 17 | Sabala Construction | Donald Sabala | WebBank | X7305 | 182,637 | 2.a |
| 18 | Secureline Realty and Funding Inc | Tamara Dadyan | Comerica Bank | X7410 | 137,500 | 2.c |
| 19 | Time Line Transport Inc | Iuliia Zhadko | Newtek AB | X7903 | 122,400 | 6.l |
| 20 | Time Line Transport Inc | Iuliia Zhadko | Celtic Bank | X8007 | 122,400 | 6.j |
| 21 | Time Line Transport, Inc | Iuliia Zhadko | SBA | X3854 | 160,000 | 2.l |
| 22 | Top Quality Contracting | Iuliia Zhadko | SBA | X0246 | 118,100 | 6.q |
| 23 | Top Quality Contracting | Iuliia Zhadko | Customers Bank | X7202 | 185,000 | 6.p |
| 24 | Turing Info Solutions | Iuliia Zhadko | SBA | X2336 | 150,000 | 6.s |
| 25 | Turing Info Solutions | Iuliia Zhadko | Newtek | X8210 | 384,100 | 2.p |
| 26 | Voyage Limo | Vahe Dadyan | Celtic Bank | X7400 | 157,500 | 2.k |

# Use of EIDL/PPP Funds to Purchase Calle La Primavera Property

DRAFT

● Transaction Amount
● EIDL/PPP Funds
EIDL/PPP Loans: $434,153
EIDL/PPP Funds Used: $238,614
Voyage Limo
Wells Fargo
X7900
07/03/20
$155,000
$155,000
Celtic Bank
PPP LN# X7400
05/20/20
$157,500
Seattle Bank
PPP LN# X8104
07/21/20
$276,653
Runyan Tax Service (Viktoria Kauichko)
BOA X9700
07/23/20
$238,614
$238,614
Beverly Hills Escrow
Purchaser: Iuliia Zhadko
Closing Date: 07/27/20
Purchase Price: $1 Million

Source: GX # 1.m, 1.p, https://www.zillow.com/homedetails/834-Calle-La-Primavera-Glendale-CA-91208/82830055_zpid/

# Use of EIDL/PPP Funds to Purchase Anastacia Lane Property

DRAFT

Transaction Amount
EIDL/PPP Funds
EIDL/PPP Funds Used: $110,300
EIDL/PPP Loans: $593,400
EIDL APP# X7034
06/23/20 to 06/29/20
$158,900
Liberty SFB PPP LN# X8006
06/30/20
$276,600
Redline Auto Mech. (Anton Kudiumov) BOA X16271
06/29/20 to 07/09/20
$140,000
$137,410
Anton Kudiumov BOA X7572
07/09/20
$93,200
$93,200
Perfect Escrow Inc.
Purchaser: Viktoria Kauichko
Closing Date: 07/10/20
Purchase Price: $600,000
EIDL APP# X2210
05/22/20
$157,900
Viktoria Kauichko BOA X2085
06/01/20
$17,100
$17,100

CRMLS

Source: GX # 1.o, 7.b, 7.d, https://www.zillow.com/homedetails/74203-Anastacia-Ln-Palm-Desert-CA-92211/122433189_zpid/

# Use of EIDL/PPP Funds to Purchase Topeka Drive Property

DRAFT



# Other Uses of EIDL/PPP Funds
# May 2020

DRAFT

Source: GX # 1.a, 1.b, 1.c, 1.f, 1.g

# Other Uses of EIDL/PPP Funds
# June 2020 to September 2020

DRAFT




Source: GX # 1.n, 1.p, 1.q, 1.s

# Other Uses of EIDL/PPP Funds December 2020 to January 2021

DRAFT

● Transaction Amount
● EIDL/PPP Funds
EIDL/PPP Loans:
$534,000
EIDL
APP# X2336
08/12/20
$149,900
PPP
LN# X8210
08/25/20
$384,100
Turing Info Solutions (Iuliia Zhadko)
JPMC X5268
12/21/20
$47,000
$47,000
12/22/20
$86,000
$86,000
Iuliia Zhadko
JPMC X6822
12/23/20
$50,000
$50,000
12/24/20
$75,000
$75,000
TD Ameritrade
X3630
01/14/21
$22,000
$22,000
coinbase
Source: GX # 1.r, 7.g

# Anna Dzukaeva – X1441 Account Activity
# August 01, 2020 – January 22, 2021

DRAFT

| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
|---|---|---|---|---|
| 08/01/20 | Prior Month Ending Balance | $ - | $ - | $ 184,605.46 |
| 08/04/20 | Fay Servicing | - | 14,566.67 | 170,038.79 |
| 08/17/20 | Newtek Small Business Finance (PPP) | 244,500.00 | - | 414,538.79 |
| ***08/18/20*** | ***Fay Servicing*** | ***-*** | ***14,566.67*** | ***399,972.12*** |
| ***08/27/20*** | ***Fay Servicing*** | ***-*** | ***16,751.67*** | ***383,220.45*** |
| 08/31/20 | Interest | 23.75 | - | 383,244.20 |
| 08/31/20 | Chrysler Capital | - | 600.00 | 382,644.20 |
| 09/01/20 | Anna Dzukaeva (X3531) | - | 23,000.00 | 359,644.20 |
| ***09/15/20*** | ***ABC Realty Advisors Inc (X2061)*** | ***-*** | ***45,000.00*** | ***314,644.20*** |
| ***09/24/20*** | ***Secureline Realty & Funding Inc*** | ***-*** | ***48,000.00*** | ***266,644.20*** |
| 09/30/20 | Interest | 26.34 | - | 266,670.54 |
| 10/07/20 | Bed Bath & Beyond | - | 267.08 | 266,403.46 |
| 10/19/20 | Chrysler Capital | - | 600.00 | 265,803.46 |
| 10/23/20 | LA Parking Meter | - | 2.00 | 265,801.46 |
| 10/31/20 | Interest | 22.55 | - | 265,824.01 |
| 11/05/20 | Chrysler Capital | - | 600.00 | 265,224.01 |
| 11/25/20 | Anna Dzukaeva (X3531)(Cashier's Check) | 36,054.05 | - | 301,278.06 |
| 11/25/20 | Fidelity National Title Company | 1,548.20 | - | 302,826.26 |
| 11/30/20 | Interest | 22.16 | - | 302,848.42 |
| 12/28/20 | Chrysler Capital | - | 600.00 | 302,248.42 |
| 12/31/20 | Interest | 25.64 | - | 302,274.06 |
| **01/22/21** | **Ending Balance** | | | **$302,274.06** |

Source: GX #1.s

# Transactions Between Identified Parties
# April 2020 to October 2020

DRAFT

Source: GX #1.a-1.s, 7.a-7.h