1 | Ashwin J. Ram (SBN 227513)
2 | aram@steptoe.com
3 | Michael A. Keough (SBN 327037)
  | mkeough@steptoe.com
4 | Meghan L. Newcomer (*pro hac vice*)
5 | mnewcomer@steptoe.com
  | Nicholas P. Silverman (*pro hac vice*)
6 | nsilverman@steptoe.com
  | **STEPTOE & JOHNSON LLP**
7 | 633 West Fifth Street, Suite 1900
8 | Los Angeles, CA 90071
  | Telephone: (213) 439-9400
9 | Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S *EX PARTE* APPLICATION TO COMPEL GOVERNMENT DISCLOSURE OF ACTUAL TRIAL EXHIBITS AND RELATED MATERIAL**<br><br>Hon. Stephen V. Wilson<br><br>Trial Date:   June 15, 2021 |

# [PROPOSED] ORDER

This Court, having considered Defendant Richard Ayvazyan's *Ex Parte* Application to Compel Government Disclosure of Actual Trial Exhibits and Related Material, hereby GRANTS the application and ORDERS the following relief:

1. The government shall designate the exhibits it actually intends to use at trial and provide an electronic set of its exhibits to the defense by June 10, 2021;

2. The government shall identify which witnesses it expects will testify as to which exhibits by June 11, 2021;

3. The government shall provide electronic copies of its witness binders to the defense by June 11, 2021; and

4. The government to provide summaries of expected witness testimony for each witness expected to testify during the first week of trial by June 11, 2021.

**IT IS SO ORDERED.**

Dated: June __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge