Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>Defendants. | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANT RICHARD AYVAZYAN'S *EX PARTE* APPLICATION TO COMPEL GOVERNMENT DISCLOSURE OF ACTUAL TRIAL EXHIBITS AND RELATED MATERIAL**<br><br>Hon. Stephen V. Wilson<br><br>Trial Date:   June 15, 2021 |

DECLARATION OF A. RAM IN SUPPORT OF *EX PARTE* APPLICATION

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. Defendant Ayvazyan brings the application on an *ex parte* basis as trial is less than one week away and the government still has not provided a complete set of exhibits to the defense. The application should be heard on an expedited basis so that the defendants receive the government's exhibits – which it should have provided on June 1 – prior to trial so that the defendants can prepare.

3. Prior to filing this *ex parte* application, counsel for Ayvazyan notified the government and asked whether it opposes the request. The government stated it opposes the request.

4. Attached as **Exhibit A** is a true and correct copy of the Trial Exhibit List provided to defense counsel by the government at 12:00 a.m. on June 2, 2021.

5. Attached as **Exhibit B** is a true and correct copy of the List of Exhibits and Witnesses filed on July 7, 2011 in the matter of *United States v. Oniha*, Case No. 2:11-cr-00140-SVW (C.D. Cal. July 7, 2011) (Wilson, J.)

6. Attached as **Exhibit C** is a true and correct copy of an email exchange dated June 3, 2021 between the government and counsel for defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on June 9, 2021.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*

DECLARATION OF A. RAM IN SUPPORT OF *EX PARTE* APPLICATION