# EXHIBIT B

# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR11-140-SVW | Title | U.S.A. vs. Oniha |
|---|---|---|---|
| Judge | STEPHEN V. WILSON | | |
| Dates of Trial or Hearing | 07/05/11-07/07/11 | | |
| Court Reporters or Tape No. | Anne Kielwasser & Nichole Rhynard | | |
| Deputy Clerks | Paul M. Cruz | | |

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| William Kanellis, AUSA | Matthew J. Lombard, retained |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | | |

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WILLIAM G. KANELLIS
Trial Attorney
CHARLES G. LA BELLA
Deputy Chief
Fraud Section, Criminal Division
United States Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2558
    Facsimile: (213) 894-2387
    Email: william.kanellis@usdoj.gov
            charles.labella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

            UNITED STATES DISTRICT COURT

       FOR THE CENTRAL DISTRICT OF CALIFORNIA

                WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-140-SVW |
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | |
| CAMILLUS EHIGIE and EVANS ONIHA, | |
| Defendants. | |

*Camillus Ehigie  JUL -6 2011*

1. Francisca Alvarado  **JUL -6 2011**

2. Ana Arias

3. Michael Barcelona

4. Maria Bernard

5. Donald Bohn  **JUL -6 2011**

6. Dr. Charles Brown  **JUL -6 2011**

7. Dr. Jack Farahi  **JUL -6 2011**

8. Patricia Gonzalez

9. Felipe Guitierez   JUL -6 2011

10. Dr. Vernon Hattori   JUL -6 2011

11. Carrie Kokenis

12. Dr. Joseph Knotz   JUL -6 2011

13. Irene LeBlanc   JUL -6 2011

14. Janine Li

15. Dr. George Marks

16. Rene' Olivas   JUL -6 2011

17. Dr. Sona Patel

18. Zeva Pettigrew

19. Brent Person   JUL -6 2011

20. Fermin Rivas

21. Jeff Shamburger   JUL -6 2011

22. Cirilia Serafio   JUL -6 2011

23. Frank Williams

24. Delois Winbush

*[handwritten: Defense witness]*

*[handwritten: Bright]* JUL -6 2011

DATED: July 5, 2011        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

CHARLES G. LA BELLA
Deputy Chief

_____
WILLIAM G. KANELLIS
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice

Attorneys for Plaintiff
United States of America

2

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WILLIAM G. KANELLIS
Trial Attorney
CHARLES G. LA BELLA
Deputy Chief
Fraud Section, Criminal Division
United States Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2558
    Facsimile:  (213) 894-2387
    Email:     william.kanellis@usdoj.gov
              charles.labella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CAMILLUS EHIGIE and<br><br>EVANS ONIHA,<br><br>        Defendants. | Case No. CR 11-140-SVW<br><br><u>GOVERNMENT'S EXHIBIT LIST</u> |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | SGS Referral - Caravan Medical Supplies - 12/18/2007 | | |
| 2 | SGS Referral - Osbed Medical Supply - 6/3/2008 | | |
| 3 | DASR Reports on 4/15/2008, 8/21/2009, and 12/10/2009 - Osbed; DASR Report on 12/23/2009 - Caravan | | |

| EX. No. | Description | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 4 | Medicare Provider Application - Caravan Medical Supplies | | |
| 5 | Medicare Provider Application - Osbed Medical Supply | | |
| 6 | Medicare Provider Application - Prosperity Home Health | JUL - 6 2011 | JUL - 6 2011 |
| 7 | EFT Agreement - Caravan | | |
| 8 | EFT Agreement - Osbed | | |
| 9 | EFT Agreement - Prosperity | | |
| 10 | Photographs of Caravan | | |
| 11 | Photographs of Osbed | | |
| 12 | Photographs of Prosperity | | |
| 13 | Articles of Incorporation - Caravan | | |
| 14 | Articles of Incorporation - Osbed | | |
| 15 | Articles of Incorporation - Prosperity | | |
| 16 | **Intentionally Left Blank** | | |
| 17 | Bank Records - Prosperity - Wells Fargo | | |
| 18 | Bank Records - Osbed - Wells Fargo | | |
| 19 | Prosperity - Trust Solutions 7/15/2006 | | |
| 20 | Prosperity - Trust Solutions 7/30/2008 | | |
| 21 | DMV Photograph - Camillus Ehigie | | |
| 22 | DMV Photograph - Evans Oniha | | |
| 23 | **Intentionally Left Blank** | | |
| 24 | **Intentionally Left Blank** | | |
| 25 | Medicare Claims Data - Caravan | | |
| 26 | Medicare Claims Data - Osbed | | |
| 27 | Medicare Claims Data - Prosperity | | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 28 | EDI Agreement - Caravan | | |
| 29 | **Intentionally Left Blank** | | |
| 30 | EDI Agreement - Prosperity | | |
| 31 | Medicare Site Inspections - Caravan | | |
| 32 | Medicare Site Inspections - Osbed | | |
| 33 | Medicare Site Inspections - Prosperity | | |
| 34 | Standards for DME Providers | | |
| 35 | Standards for Home Health Care | | |
| 36 | **Intentionally Left Blank** | | |
| 37 | **Intentionally Left Blank** | | |
| 38 | **Intentionally Left Blank** | | |
| 39 | **Intentionally Left Blank** | | |
| 40 | Patient File - Osbed - Ana Arias | | |
| 41 | DMV Photograph - Dr. Sona Patel | | |
| 42 | Patient File - Caravan - Francisca Alvarado | | |
| 43 | Patient File - Caravan - Cirila Serafio | | |
| 44 | Attestation - Dr. Sona Patel - 8/7/2007 | | |
| 45 | Attestation - Dr. Sona Patel - 10/5/2010 | | |
| 46 | Patient List shown to Dr. Sona Patel - Caravan - 10/5/2010 | | |
| 47 | Patient List shown to Dr. Sona Patel - Osbed - 10/5/2010 | | |
| 48 | **Intentionally Left Blank** | | |
| 49 | **Intentionally Left Blank** | | |
| 50 | Patient File - Caravan - Felipe Gutierrez | JUL -6 2011 | |

3

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 51 | Photographs - Felipe Gutierrez Residence | | |
| 52 | DMV Photograph - Dr. Charles Brown | | |
| 53 | Attestation - Dr. Charles Brown - 10/25/2010 | | |
| 54 | Patient List shown to Dr. Charles Brown - Caravan - 10/25/2010 | | |
| 55 | **Intentionally Left Blank** | | |
| 56 | **Intentionally Left Blank** | | |
| 57 | Patient File - Osbed - Maria Bernard | | |
| 58 | DMV Photograph - Dr. George Marks | | |
| 59 | Attestation - Dr. George Marks - 11/11/2007 | | |
| 60 | Attestation - Dr. George Marks - 12/22/2009 | | |
| 61 | Prescription - Dr. George Marks | | |
| 62 | **Intentionally Left Blank** | | |
| 63 | Medicare Summary Notice - Explanation of Benefits - Provided by Frank Williams | | |
| 64 | Patient File - Osbed - Helena Williams Glover | | |
| 65 | Patient File - Osbed - Frank Williams | | |
| 66 | DMV Photograph - Dr. Jack Farahi | | |
| 67 | DMV Photograph - Fermin Rivas | | |
| 68 | Photographs - Helena Williams Glover Residence | | |
| 69 | Paperwork provided by Helena Williams Glover | | |
| 70 | Patient File - Osbed - Delois Winbush | | |

4

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 71 | Patient File - Prosperity - Delois Winbush | | |
| 72 | Attachments from Prosperity - Delois Winbush | | |
| 73 | Patient File - Prosperity - Jeff Shamburger | | |
| 74 | Attestation - Dr. Jack Farahi - 1/4/2010 | | |
| 75 | Patient List shown to Dr. Jack Farahi - 1/4/2010 | | |
| 76 | Prescription - Dr. Jack Farahi | | |
| 77 | **Intentionally Left Blank** | | |
| 78 | **Intentionally Left Blank** | | |
| 79 | Patient File - Prosperity - Irene LeBlanc | | |
| 80 | DMV Photograph - Dr. Vernon Hattori | | |
| 81 | Attestation - Dr. Vernon Hattori - 12/23/2009 | | |
| 82 | Patient List shown to Dr. Vernon Hattori - 12/23/2009 | | |
| 83 | Prescription - Dr. Vernon Hattori | | |
| 84 | **Intentionally Left Blank** | | |
| 85 | **Intentionally Left Blank** | | |
| 86 | DMV Photograph - Dr. Joseph Knotz | | |
| 87 | Patient List shown to Dr. Joseph Knotz | | |
| 88 | Prescription - Dr. Joseph Knotz | | |
| 89 | **Intentionally Left Blank** | | |
| 90 | Electronic Recording of Patricia Gonzalez and Camillus Ehigie - 3/10/2010 - 1D2 | | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 91 | Transcription of Recording of Patricia Gonzalez and Camillus Ehigie - 3/10/2010 - 1D2 | | |
| 92 | Evans Oniha - Business Card - Prosperity Home Health | JUL -6 2011 | JUL -6 2011 |
| 93 | Electronic Recording of Patricia Gonzalez - 3/10/2010 - 1D3 | | |
| 94 | Transcription of Recording of Consensual of Patricia Gonzalez - 3/10/2010 - 1D3 | | |
| 95 | Still photographs taken from Electronic Recording of Patricia Gonzalez - 3/10/2010 - 1D3 | | |
| 96 | Electronic Recording of Camillus Ehigie - 9/3/2009 | | |
| 97 | Transcription of Recording of Camillus Ehigie - 9/3/2009 | | |
| 98 | **Intentionally Left Blank** | | |
| 99 | Electronic Recording of Evans Oniha - 1/15/2010 | JUL -6 2011 | JUL -6 2011 |
| 100 | Transcription of Recording of Evans Oniha - 1/15/2010 | JUL -6 2011 | |
| 101 | Withdrawal Slips - Prosperity - Wells Fargo | JUL -6 2011 | JUL -6 2011 |
| 102 | Electronic Recording of Camillus Ehigie - 1/27/2010 | | |
| 103 | Transcription of Recording of Camillus Ehigie - 1/27/2010 | | |
| 104 | Electronic Recording of Christina Lynn Anderson - 4/1/2010 - 1D4 | | |
| 105 | Transcription of Recording of Christina Lynn Anderson - 4/1/2010 - 1D4 | | |
| 106 | Electronic Recording of Fermin Rivas - 4/29/2010 - 1D5 | | |
| 107 | Transcription of Recording of Fermin Rivas - 4/29/2010 - 1D5 | | |

6

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 108 | Electronic Recording of Patricia Gonzalez and Camillus Ehigie - 5/19/2010 - 1D6 | | |
| 109 | Transcription of Recording of Patricia Gonzalez and Camillus Ehigie - 5/19/2010 - 1D6 | | |
| 110 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 5/25/2010 - 1D7 | | |
| 111 | Transcription of Recording of Patricia Gonzalez and Camillus Ehigie - 5/25/2010 - 1D7 | | |
| 112 | Merkerson Certificate | | |
| 113 | Checks from Prosperity Home Health | JUL -6 2010 | JUL -6 2010 |
| 114 | Dead beneficiary certifications | | |
| 115 | DBA for Caravan | | |
| 116 | DBA for Osbed | | |
| 117 | DBA for Prosperity | | |
| 118 | Checks from Osbed Medical Supply | | |
| 119 | Camillus Ehigie - Signed Consent to Search Property | | |
| 120 | SGS Medicare Investigation - Prosperity Home Health - initiated 10/5/2007 | | |
| 121 | Prescriptions from Camillus Ehigie's home | | |
| 122 | Prescriptions from Osbed Medical Supply Search | | |
| 123 | Training Log Binder from Osbed | | |
| 124 | Osbed Equipment Assembly Instructions | | |
| 125 | Box used to send patient charts to SGS by Camillus Ehigie | | |
| 126 | Osbed Medical Supplies Assessment of Living Area | | |

7

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 127 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 12/15/2010 - 1D8 | | |
| 128 | Transcription of Recording of Patricia Gonzalez and Evans Oniha - 12/15/2010 - 1D8 | | |
| 129 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 2/1/2011 - 1D10 | | |
| 130 | Transcription of Recording of Patricia Gonzalez and Evans Oniha - 2/1/2011 - 1D10 | | |
| 131 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 2/2/2011 - 1D12 | | |
| 132 | Transcription of Recording of Patricia Gonzalez and Evans Oniha - 2/2/2011 - 1D12 | | |
| 133 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 2/4/2011 - 1D13 | | |
| 134 | Transcription of Recording of Patricia Gonzalez and Evans Oniha - 2/4/2011 - 1D13 | | |
| 135 | Electronic Recording of Fermin Rivas - 2/23/2010 | | |
| 136 | Transcription of Recording of Fermin Rivas - 2/23/2010 | | |
| 137 | Electronic Recording of Fermin Rivas - 1/13/2010 | | |
| 138 | Transcription of Recording of Fermin Rivas - 1/13/2010 | | |
| 139 | Electronic Recording of Russell Merkerson - 1/14/2010 | | |
| 140 | Transcription of Recording of Russel Merkerson - 1/14/2010 | | |

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 141 | Electronic Recording of Patricia Gonzalez and Camillus Ehigie - 3/9/2010 - 1D1 | | |
| 142 | Transcription of Recording of Patricia Gonzalez and Camillus Ehigie - 3/9/2010 - 1D1 | | |
| 143 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 1/31/2011 - 1D9 | | |
| 144 | Transcription of Recording of Patricia Gonzalez and Evans Oniha - 1/31/2011 - 1D9 | | |
| 145 | Electronic Recording of Patricia Gonzalez and Evans Oniha - 2/1/2011 - 1D11 | | |
| 146 | Transcription of Recording of Patricia Gonzalez and Evans Oniha - 2/1/2011 - 1D11 | | |
| 300 | **Intentionally Left Blank** | | |
| 301 | Summary Chart - 11 Count Beneficiaries' Claims Data | | |
| 302 | Summary Chart - Total Billing from Caravan, Osbed, and Prosperity | | |
| 303 | Summary Chart - Claims Data Ct. 2 | | |
| 304 | Summary Chart - Claims Data Ct. 8 | | |
| 305 | Summary Chart - Claims Data Ct. 4 | | |
| 306 | Summary Chart - Claims Data (Caravan and Osbed) - Referring Physician Dr. Sona Patel | | |
| 307 | Summary Chart - Claims Data Ct. 6 | | |
| 308 | Summary Chart - Claims Data (Caravan) - Referring Physician Dr. Charles Brown | | |
| 309 | Summary Chart - Claims Data Ct. 3 | | |
| 310 | Summary Chart - Claims Data (Osbed) - Referring Physician Dr. George Marks | | |

9

| EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 311 | Summary Chart - Claims Data Ct. 5 | | |
| 312 | Summary Chart - Claims Data Ct. 10 | | |
| 313 | Summary Chart - Claims Data Ct. 12 | | |
| 314 | Summary Chart - Claims Data (Osbed and Prosperity) - Referring Physician Dr. Jack Farahi | | |
| 315 | Summary Chart - Claims Data Ct. 11 | | |
| 316 | Summary Chart - Claims Data (Prosperity and Osbed) - Referring Physician Dr. Vernon Hattori | | |
| 317 | Summary Chart - Claims Data Ct. 9 | | |
| 318 | Summary Chart - Claims Data (Prosperity) - Dr. Joseph Knotz | | |
| 319 | Summary Chart - HCPCS Codes and Descriptions | | |
| 320 | Summary Chart - Passed Beneficiaries Claims Data - Osbed | | |
| 321 | Summary Chart - Passed Beneficiaries Claims Data - Caravan | | |
| 322 | Summary Chart - Claims Data Ct. 7 | | |
| 147 | New Customer Info Sheet | JUL - 6 2011 | JUL - 6 2011 |

D Exhibit 1 - LeBlanc Patient File   JUL - 6 2011   JUL - 6 2011

10

DATED: July 5, 2011

Respectfully Submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

CHARLES G. LA BELLA
Deputy Chief
Fraud Section, Criminal Division

_____
WILLIAM G. KANELLIS
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

Attorneys for Plaintiff
United States of America