# EXHIBIT C

| | |
|---|---|
| **From:** | Ahn, Catherine S. (USACAC) <Catherine.S.Ahn@usdoj.gov> |
| **Sent:** | Thursday, June 3, 2021 1:01 PM |
| **To:** | Silverman, Nicholas; Fenton, Christopher (CRM); Ram, Ashwin; Keough, Michael; Law offices of Fred G. Minassian, Inc.; David Diamond; John Littrell; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan; rfraser@bklwlaw.com; Newcomer, Meghan |
| **Cc:** | Paetty, Scott (USACAC); Paul, Annamelda (CRM) |
| **Subject:** | RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List |

Nicholas:

Just to follow-up, we are still working on the electronic binders that we agreed to provide you as a courtesy, and are hoping to provide most, if not all of the documents today. I've rolled up my sleeves to help get this moving quickly myself, and will be in touch once we have the upload.

Sincerely,

Catherine S. Ahn | Assistant United States Attorney
Criminal Division | Major Frauds
✉ catherine.s.ahn@usdoj.gov | ☎ 213.894.2424
https://www.justice.gov/usao-cdca

---

**From:** Ahn, Catherine S. (USACAC)
**Sent:** Wednesday, June 2, 2021 5:21 PM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>; rfraser@bklwlaw.com; Newcomer, Meghan <mnewcomer@Steptoe.com>
**Cc:** Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List

Nicholas,

I appreciate your checking in. We are working to build those electronic binders for you in an easily readable format and hope to provide those to you in the next day or so.

Sincerely,
Catherine

Catherine S. Ahn | Assistant United States Attorney
Criminal Division | Major Frauds
✉ catherine.s.ahn@usdoj.gov | ☎ 213.894.2424
https://www.justice.gov/usao-cdca

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Wednesday, June 2, 2021 5:10 PM

**To:** Ahn, Catherine S. (USACAC) <cahn@usa.doj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>; rfraser@bklwlaw.com; Newcomer, Meghan <mnewcomer@Steptoe.com>
**Cc:** Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List

Hi Catherine,

Just following up to see if you were planning to send these today or when we might expect the electronic binder of exhibits. I understand that the government has multiple workstreams and do not mean to be insensitive to that fact. I am just checking in because I want to make sure that you are not waiting on anything on our end.

Thanks,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

Steptoe

+1 202 429 8096 direct         Steptoe & Johnson LLP
+1 617 595 6559 mobile         1330 Connecticut Avenue, NW
+1 202 429 3902 fax            Washington, DC 20036
                               www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Silverman, Nicholas
**Sent:** Wednesday, June 2, 2021 3:02 PM
**To:** 'Ahn, Catherine S. (USACAC)' <Catherine.S.Ahn@usdoj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>; rfraser@bklwlaw.com; Newcomer, Meghan <mnewcomer@Steptoe.com>
**Cc:** Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List

Thank you Catherine. We understand your explanation and appreciate the government's willingness to produce electronic versions of its exhibits in the interests of comity. To that end, we are happy to receive the exhibits via USfx or Steptoe's Sharefile link, whichever is more convenient.

Regards,

Nicholas P. Silverman
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct
+1 617 595 6559 mobile
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Ahn, Catherine S. (USACAC) <Catherine.S.Ahn@usdoj.gov>
**Sent:** Wednesday, June 2, 2021 2:38 PM
**To:** Silverman, Nicholas <nsilverman@steptoe.com>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>; rfraser@bklwlaw.com; Newcomer, Meghan <mnewcomer@Steptoe.com>
**Cc:** Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List

Nicholas,

The government directly provided the exhibits you referenced in order to ensure counsel had notice and understood what items from the digital devices were going to be presented at trial. We also provided the additional documents in GEX 100-114 in part because we wanted to make sure the memorandum referenced in that report was provided with the exhibit list for context. It took substantial resources to compile the Bates number references, but we did so to make sure all parties had notice and understood exactly what we wanted to use in a manner that was fully transparent.

That being said, in the interests of comity, we can send you the electronic versions. Given the native versions, which you previously received, are of higher quality, these will be in the native format.

Sincerely,
Catherine

`Catherine S. Ahn | Assistant United States Attorney`
`Criminal Division | Major Frauds`
✉ catherine.s.ahn@usdoj.gov | ☎ 213.894.2424
https://www.justice.gov/usao-cdca

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Wednesday, June 2, 2021 9:09 AM
**To:** Ahn, Catherine S. (USACAC) <cahn@usa.doj.gov>; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com;

3

peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>; rfraser@bklwlaw.com; Newcomer, Meghan <mnewcomer@Steptoe.com>
**Cc:** Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List

Counsel,

We only received exhibits 10-29 and 100-114.  Can you please try to upload the remaining exhibits again?

In the event that you did not attempt to upload the remaining exhibits last night, please do so today.  We understand that you have electronic binders of the exhibits and ask that you please produce those binders to us.  Because of the way the government is proposing to structure exhibits, it would take defense counsel multiple days to pull each of the exhibits together.  For example, GX 57 appears to require pulling 101 different documents comprising hundreds or thousands of pages of scanned documents and combining those documents in a specific order that is not alpha-numerical.  Because there are only 12 days left to prepare for trial, we cannot spend multiple days pulling together exhibits.

We are happy to receive the government's exhibits electronically or we will send someone to pick them up today from Main Justice or the U.S. Attorney's Office for the Central District of California.

Regards,

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

**Steptoe**

+1 202 429 8096 direct     Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax           Washington, DC 20036
                                          www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Ahn, Catherine S. (USACAC) <Catherine.S.Ahn@usdoj.gov>
**Sent:** Wednesday, June 2, 2021 3:00 AM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>; rfraser@bklwlaw.com
**Cc:** Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Trial Exhibit List

Counsel –

Please find attached the Government's Exhibit List.  We have provided it in excel format for your ease of review.  The official list will, of course, remove a number of the explanatory columns, which have been provided for your reference.

In some cases (e.g., digital devices), we have separated and identified the underlying documents.  Those will be made available to you through the file sharing system.

The government provides its trial exhibit list with the following caveats.

The government reserves: (1) the right to develop demonstrative exhibits based on the attached list of exhibits and content (the government will provide prior notice of a demonstrative exhibit to defense prior to presenting it to the jury); (2) the right to refresh a witness's recollection with exhibits not listed in here; (3) the right to change layout/presentment as needed for technology or other presentation purposes but underlying content remains the same; (4) the right to remove information from summary exhibits or correct information, as needed; (5) the right to not seek admission of all the information in the list; (6) to use additional information not listed in rebuttal or to respond to challenges as to the content; (7) to the extent physical exhibits are included, the right to replace or supplement the physical exhibits with digital representations of them, as needed (the government will provide prior notice of any digital representations of the physical exhibit prior to presentment to the jury and, as always, will make the physical exhibit available for inspection upon request).

Thank you.