TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
        1100/1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-6527/2424/3819
        Facsimile: (213) 894-6269/0141
        E-mail:     Scott.Paetty@usdoj.gov
                    Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
        1400 New York Avenue NW, 3rd Floor
        Washington, DC 20530
        Telephone: (202) 320-0539
        Facsimile: (202) 514-0152
        E-mail:     Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>  "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>  "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and<br>  "Anton Kudiumov,"<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN, | No. CR 20-579(A)-SVW<br><br>GOVERNMENT'S AMENDED NOTICE OF<br>LODGING OF TRIAL EXHIBIT LIST<br><br>Hearing Date: June 14, 2021<br>Hearing Time: 1:30 p.m.<br>Trial Date:   June 15, 2021<br>Location:     Courtroom of the<br>              Hon. Stephen V.<br>              Wilson |

1  aka "Edvard Paronian" and
        "Edward Paronyan," and
2  VAHE DADYAN,

3          Defendants.

4

5       Plaintiff United States of America, by and through its counsel

6  of record, the Acting United States Attorney for the Central District

7  of California, Assistant United States Attorneys Scott Paetty,

8  Catherine S. Ahn, and Brian Faerstein, and Department of Justice

9  Trial Attorney Christopher Fenton, hereby files this amended notice

10 of lodging of the government's trial exhibit list (previously filed

11 as Exhibit 2 to the Government's Notice of Lodging of Trial Exhibit

12 List, Witness List, and Summary Charts, ECF 464-3).  Due to a

13 formatting error when converting the exhibit list to a PDF file from

14 Excel, the list was inadvertently incomplete.  A corrected version of

15 the government's trial exhibit list that was provided to defense

16 counsel on June 1, 2021, is attached.

17  Dated: June 9, 2021            Respectfully submitted,

18                                TRACY L. WILKISON
                                  Acting United States Attorney
19
                                  SCOTT M. GARRINGER
20                                Assistant United States Attorney
                                  Chief, Criminal Division
21

22                                    /s/
                                  _____
23                                SCOTT PAETTY
                                  CATHERINE S. AHN
24                                BRIAN FAERSTEIN
                                  Assistant United States Attorneys
25                                CHRISTOPHER FENTON
                                  Department of Justice Trial Attorney
26
                                  Attorneys for Plaintiff
27                                UNITED STATES OF AMERICA

28