# EXHIBIT 2

| Exhibit No. | Company | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| **EXHIBIT NO. 1 - Bank Records from FSI** | | | | | |
| 1.a | Sabala Construction (JPMC 9906) | Bank records | DOJ_PROD_0000092851 | DOJ_PROD_0000092906 | DOJ_PROD_0000165003 |
| 1.b | Hart Construction (JPMC 1511) | Bank records | DOJ_PROD_0000073055<br>DOJ_PROD_0000074802<br>DOJ_PROD_0000074828 | DOJ_PROD_0000073055<br>DOJ_PROD_0000074816<br>DOJ_PROD_0000074875 | DOJ_PROD_0000073046<br>DOJ_PROD_0000165003 |
| 1.c | Hart Construction (JPMC 9066) | Bank records | DOJ_PROD_0000074817<br>DOJ_PROD_0000098824<br>DOJ_PROD_0000100603 | DOJ_PROD_0000074825<br>DOJ_PROD_0000098827<br>DOJ_PROD_0000100609 | DOJ_PROD_0000165003 |
| 1.d | Secureline Realty (Comerica 8935) | Bank records | DOJ_PROD_0000000481<br>DOJ_PROD_0000022179<br>DOJ_PROD_0000156499 | DOJ_PROD_0000000502<br>DOJ_PROD_0000022199<br>DOJ_PROD_0000156499 | DOJ_PROD_0000000454<br>DOJ_PROD_0000116155<br>DOJ_PROD_0000163143 |
| 1.e | Secureline Realty (Wells Fargo 1754) | Bank records | DOJ_PROD_0000000756<br>DOJ_PROD_0000070959<br>DOJ_PROD_0000091442 | DOJ_PROD_0000000785<br>DOJ_PROD_0000070965<br>DOJ_PROD_0000091493 | DOJ_PROD_0000017886<br>DOJ_PROD_0000091458<br>DOJ_PROD_0000091459 |
| 1.f | Top Quality Contracting (Wells Fargo 3517) | Bank records | DOJ_PROD_0000000703<br>DOJ_PROD_0000070595<br>DOJ_PROD_0000070641<br>DOJ_PROD_0000070796<br>DOJ_PROD_0000164247 | DOJ_PROD_0000000722<br>DOJ_PROD_0000070618<br>DOJ_PROD_0000070642<br>DOJ_PROD_0000070837<br>DOJ_PROD_0000164247 | DOJ_PROD_0000070692<br>DOJ_PROD_0000070711<br>DOJ_PROD_0000164249 |
| 1.g | Zhadko (Wells Fargo 8054) | Bank records | DOJ_PROD_0000021683<br>DOJ_PROD_0000070662<br>DOJ_PROD_0000070796<br>DOJ_PROD_0000070838 | DOJ_PROD_0000021720<br>DOJ_PROD_0000070676<br>DOJ_PROD_0000070836<br>DOJ_PROD_0000070838 | DOJ_PROD_0000070692<br>DOJ_PROD_0000070711 |
| 1.h | Allstate Towing (BofA 7695) | Bank records | DOJ_PROD_0000003835<br>DOJ_PROD_0000003843<br>DOJ_PROD_0000069360<br>DOJ_PROD_0000069445<br>DOJ_PROD_0000016835 | DOJ_PROD_0000003838<br>DOJ_PROD_0000003880<br>DOJ_PROD_0000069391<br>DOJ_PROD_0000069446<br>DOJ_PROD_0000016842 | DOJ_PROD_0000095019<br>DOJ_PROD_0000095017<br>DOJ_PROD_0000095022 |
| 1.j | Allstate Towing (US Bank 5135) | Bank records | DOJ_PROD_0000003802<br>DOJ_PROD_0000100801 | DOJ_PROD_0000003834<br>DOJ_PROD_0000100803 | DOJ_PROD_0000162836 |
| 1.k | G&A Diamonds (US Bank 1964) | Bank records | DOJ_PROD_0000016670<br>DOJ_PROD_0000016704<br>DOJ_PROD_0000100793<br>DOJ_PROD_0000100802 | DOJ_PROD_0000016672<br>DOJ_PROD_0000016737<br>DOJ_PROD_0000100800<br>DOJ_PROD_0000100802 | DOJ_PROD_0000162836 |
| 1.l | Redline Auto Collision (JPMC 1732) | Bank records | DOJ_PROD_0000018328<br>DOJ_PROD_0000018680<br>DOJ_PROD_0000018691<br>DOJ_PROD_0000018733<br>DOJ_PROD_0000021929<br>DOJ_PROD_0000163567 | DOJ_PROD_0000018363<br>DOJ_PROD_0000018681<br>DOJ_PROD_0000018691<br>DOJ_PROD_0000019614<br>DOJ_PROD_0000022091<br>DOJ_PROD_0000163570 | DOJ_PROD_0000018096<br>DOJ_PROD_0000018683<br>DOJ_PROD_0000021900<br>DOJ_PROD_0000164250 |
| 1.m | Voyage Limo (Wells Fargo 7900) | Bank records | DOJ_PROD_0000043140<br>DOJ_PROD_0000078604<br>DOJ_PROD_0000078729<br>DOJ_PROD_0000078795<br>DOJ_PROD_0000078807<br>DOJ_PROD_0000164247 | DOJ_PROD_0000043143<br>DOJ_PROD_0000078607<br>DOJ_PROD_0000078794<br>DOJ_PROD_0000078795<br>DOJ_PROD_0000078807<br>DOJ_PROD_0000164247 | DOJ_PROD_0000078595<br>DOJ_PROD_0000078596<br>DOJ_PROD_0000164249 |
| 1.n | Timeline Transport (Radius 0172) | Bank records | DOJ_PROD_0000000503<br>DOJ_PROD_0000005337<br>DOJ_PROD_0000007971 | DOJ_PROD_0000000506<br>DOJ_PROD_0000005357<br>DOJ_PROD_0000007980 | DOJ_PROD_0000164490 |
| 1.o | Redline Auto Mechanics (BofA 6271) | Bank records | DOJ_PROD_0000004037<br>DOJ_PROD_0000004052<br>DOJ_PROD_0000004098 | DOJ_PROD_0000004041<br>DOJ_PROD_0000004073<br>DOJ_PROD_0000004099 | DOJ_PROD_0000095035 |
| 1.p | Runyan Tax Service (BofA 9700) | Bank records | DOJ_PROD_0000003988<br>DOJ_PROD_0000003996<br>DOJ_PROD_0000004026<br>DOJ_PROD_0000069412 | DOJ_PROD_0000003992<br>DOJ_PROD_0000004013<br>DOJ_PROD_0000004036<br>DOJ_PROD_0000069439 | DOJ_PROD_0000095017<br>DOJ_PROD_0000095033 |
| 1.q | Mod Interiors (Radius 2395) | Bank records | DOJ_PROD_0000005358<br>DOJ_PROD_0000005375<br>DOJ_PROD_0000007949<br>DOJ_PROD_0000065641<br>DOJ_PROD_0000065654<br>DOJ_PROD_0000110344 | DOJ_PROD_0000005364<br>DOJ_PROD_0000005378<br>DOJ_PROD_0000007949<br>DOJ_PROD_0000065648<br>DOJ_PROD_0000065669<br>DOJ_PROD_0000110346 | DOJ_PROD_0000164490 |
| 1.r | Turing Info Solutions (JPMC 5268) | Bank records | DOJ_PROD_0000077395<br>DOJ_PROD_0000099289<br>DOJ_PROD_0000099316 | DOJ_PROD_0000077403<br>DOJ_PROD_0000099302<br>DOJ_PROD_0000099334 | DOJ_PROD_0000076496<br>DOJ_PROD_0000099254<br>DOJ_PROD_0000099313 |
| 1.s | A.D. dba Six Farms (Capital One 1441) | Bank records | DOJ_PROD_0000137065<br>DOJ_PROD_0000137097<br>DOJ_PROD_0000137136<br>DOJ_PROD_0000143555 | DOJ_PROD_0000137088<br>DOJ_PROD_0000137109<br>DOJ_PROD_0000137137<br>DOJ_PROD_0000143563 | DOJ_PROD_0000137095<br>DOJ_PROD_0000137134<br>DOJ_PROD_0000137138<br>DOJ_PROD_0000137199<br>DOJ_PROD_0000143564 |
| 1.t | Bureau of Fiscal Services | ACH Payment Paths | DOJ_PROD_0000162788 | DOJ_PROD_0000162805 | |
| **EXHIBIT NO. 2 - PPP/EIDL Loan Files from FSI** | | | | | |
| 2.a | Sabala Construction (Webbank PPP) | Loan file | DOJ_PROD_0000128735<br>DOJ_PROD_0000128771 | DOJ_PROD_0000128769<br>DOJ_PROD_0000128772 | DOJ_PROD_0000128734<br>DOJ_PROD_0000128735<br>DOJ_PROD_0000162823 |
| 2.b | Hart Construction (Webbank PPP) | Loan file | DOJ_PROD_0000104705 | DOJ_PROD_0000104734 | DOJ_PROD_0000104704<br>DOJ_PROD_0000104705<br>DOJ_PROD_0000162815 |
| 2.c | Secureline Realty (Comerica PPP) | Loan file | DOJ_PROD_0000000455<br>DOJ_PROD_0000022178 | DOJ_PROD_0000000480<br>DOJ_PROD_0000022178 | DOJ_PROD_0000000454<br>DOJ_PROD_0000116155<br>DOJ_PROD_0000163143 |
| 2.d | Secureline Realty (Wells Fargo PPP) | Loan file | DOJ_PROD_0000000723 | DOJ_PROD_0000000750 | DOJ_PROD_0000000751 |
| 2.e | Top Quality Contracting (Celtic PPP) | Loan file | DOJ_PROD_0000000217 | DOJ_PROD_0000000294 | DOJ_PROD_0000164359 |
| 2.f | Allstate Towing (Cross River PPP) | Loan file | DOJ_PROD_0000000787 | DOJ_PROD_0000000832 | DOJ_PROD_0000165006 |
| 2.g | G&A Diamonds (EIDL) | Loan file | DOJ_PROD_0000001525<br>DOJ_PROD_0000104871 | DOJ_PROD_0000001595<br>DOJ_PROD_0000104872 | DOJ_PROD_0000163289 |
| 2.h | G&A Diamonds (Cross River PPP) | Loan file | DOJ_PROD_0000000833 | DOJ_PROD_0000000877 | DOJ_PROD_0000165006 |
| 2.i | Redline Auto Collision (EIDL) | Loan file | DOJ_PROD_0000001722<br>DOJ_PROD_0000001763<br>DOJ_PROD_0000104875 | DOJ_PROD_0000001760<br>DOJ_PROD_0000001785<br>DOJ_PROD_0000104875 | DOJ_PROD_0000163289 |
| 2.j | Redline Auto Collision (Celtic PPP) | Loan file | DOJ_PROD_0000000375<br>DOJ_PROD_0000000414<br>DOJ_PROD_0000044979 | DOJ_PROD_0000000407<br>DOJ_PROD_0000000414<br>DOJ_PROD_0000044982 | DOJ_PROD_0000164359 |
| 2.k | Voyage Limo (Celtic PPP) | Loan file | DOJ_PROD_0000045127<br>DOJ_PROD_0000045144 | DOJ_PROD_0000045139<br>DOJ_PROD_0000045180 | DOJ_PROD_0000164359 |
| 2.l | Timeline Transport (EIDL) | Loan file | DOJ_PROD_0000082665 | DOJ_PROD_0000082712 | DOJ_PROD_0000163289 |
| 2.m | Redline Auto Mechanics (Celtic PPP) | Loan file | DOJ_PROD_0000000415 | DOJ_PROD_0000000448 | DOJ_PROD_0000164359 |
| 2.n | Runyan Tax Service (Seattle Bank PPP) | Loan file | DOJ_PROD_0000001163 | DOJ_PROD_0000001232 | DOJ_PROD_0000165015 |
| 2.o | Mod Interiors (Newtek PPP) | Loan file | DOJ_PROD_0000001014<br>DOJ_PROD_0000147553 | DOJ_PROD_0000001161<br>DOJ_PROD_0000147558 | DOJ_PROD_0000164362 |
| 2.p | Turing Info Solutions (Newtek PPP) | Loan file | DOJ_PROD_0000104612 | DOJ_PROD_0000104684 | DOJ_PROD_0000164362 |
| 2.q | A.D. dba Six Farms (Newtek PPP) | Loan file | DOJ_PROD_0000110217 | DOJ_PROD_0000110283 | DOJ_PROD_0000164362 |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 3.a | Accounting Management & Tax Service (Newtek PPP) | Loan File | DOJ_PROD_0000104446 | DOJ_PROD_0000104527 | DOJ_PROD_0000164362 |
| 3.b | All State Towing and Transport 1 (EIDL) | Loan File | DOJ_PROD_0000001233 | DOJ_PROD_0000001306<br>DOJ_PROD_0000079686 | DOJ_PROD_0000165012 |
| 3.c | Allstate Towing and Transport LLC (Cross River PPP) | Loan File | DOJ_PROD_0000000787 | DOJ_PROD_0000000832 | DOJ_PROD_0000164359 |
| 3.d | Escrow Doc (BOA PPP) | Loan File | DOJ_PROD_0000069457<br>DOJ_PROD_0000104025<br>DOJ_PROD_0000161321 | DOJ_PROD_0000069540<br>DOJ_PROD_0000104025<br>DOJ_PROD_0000161321 | DOJ_PROD_0000095018<br>DOJ_PROD_0000147559<br>DOJ_PROD_0000164999 |
| 3.e | Fiber One (Customers Bank PPP) | Loan File | DOJ_PROD_0000000572 | DOJ_PROD_0000000652 | DOJ_PROD_0000162807 |
| 3.f | Fiber One (Celtic PPP) | Loan File | DOJ_PROD_0000000342 | DOJ_PROD_0000000374 | DOJ_PROD_0000164359 |
| 3.g | Fiber One (WebBank PPP) | Loan File | DOJ_PROD_0000023520 | DOJ_PROD_0000023556 | DOJ_PROD_0000023482<br>DOJ_PROD_0000023519<br>DOJ_PROD_0000162821 |
| 3.h | Gaz Construction (Square Capital PPP) | Loan File | DOJ_PROD_0000109362<br>DOJ_PROD_0000109365 | DOJ_PROD_0000109362<br>DOJ_PROD_0000109387 | DOJ_PROD_0000109364 |
| 3.i | Hart Construction (Celtic PPP) | Loan File | DOJ_PROD_0000044196<br>DOJ_PROD_0000044851<br>DOJ_PROD_0000044975 | DOJ_PROD_0000044229<br>DOJ_PROD_0000044888<br>DOJ_PROD_0000044978 | DOJ_PROD_0000164359 |
| 3.j | Journeymen Construction Inc (Celtic PPP) | Loan File | DOJ_PROD_0000070178 | DOJ_PROD_0000070251 | DOJ_PROD_0000164359 |
| 3.k | Liudmyla Kopytova dba LK Design (Newtek PPP) | Loan File | DOJ_PROD_0000110140 | DOJ_PROD_0000110216 | DOJ_PROD_0000164362 |
| 3.l | MD Acquisition (EIDL) | Loan File | DOJ_PROD_0000091802 | DOJ_PROD_0000091822 | DOJ_PROD_0000165012 |
| 3.m | Mod Interiors, Inc (Celtic PPP) | Loan File | DOJ_PROD_0000000194<br>DOJ_PROD_0000000295<br>DOJ_PROD_0000044305 | DOJ_PROD_0000000206<br>DOJ_PROD_0000000311<br>DOJ_PROD_0000044347 | DOJ_PROD_0000164359 |
| 3.n | Montradath (Celtic PPP) | Loan File | DOJ_PROD_0000045181 | DOJ_PROD_0000045209 | DOJ_PROD_0000164359 |
| 3.o | Redline Auto Collision (Celtic PPP) | Loan File | DOJ_PROD_0000000375<br>DOJ_PROD_0000044979 | DOJ_PROD_0000000414<br>DOJ_PROD_0000044982 | DOJ_PROD_0000164359 |
| 3.p | Redline Auto Mechanics (Celtic PPP) | Loan File | DOJ_PROD_0000000415 | DOJ_PROD_0000000448 | DOJ_PROD_0000164359 |
| 3.q | Runyan Tax Service, Inc (Seattle Bank PPP) | Loan File | DOJ_PROD_0000001162 | DOJ_PROD_0000001232 | DOJ_PROD_0000162827 |
| 3.r | VLA Construction (Celtic PPP) | Loan File | DOJ_PROD_0000044348<br>DOJ_PROD_0000044375 | DOJ_PROD_0000044356<br>DOJ_PROD_0000044540 | DOJ_PROD_0000164359 |
| 3.s | VLA Construction (WebBank PPP) | Loan File | DOJ_PROD_0000104688 | DOJ_PROD_0000104703 | DOJ_PROD_0000104686<br>DOJ_PROD_0000104687<br>DOJ_PROD_0000162813 |
| 3.t | Voyage Limo LLC (Celtic PPP) | Loan File | DOJ_PROD_0000045107<br>DOJ_PROD_0000045127 | DOJ_PROD_0000045108<br>DOJ_PROD_0000045180 | DOJ_PROD_0000164359 |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 4.a | A.D. dba Six Star Farms (EIDL) | Loan File | DOJ_PROD_0000092043 | DOJ_PROD_0000092057 | DOJ_PROD_0000165012 |
| 4.b | A.D. dba Six Star Farms (EIDL) | Loan File | DOJ_PROD_0000092058 | DOJ_PROD_0000092061 | DOJ_PROD_0000165012 |
| 4.c | ABC Legal Services and Management (EIDL) | Loan File | DOJ_PROD_0000091509 | DOJ_PROD_0000091512 | DOJ_PROD_0000165012 |
| 4.d | ABC Realty Advisors Inc (EIDL) | Loan File | DOJ_PROD_0000091513 | DOJ_PROD_0000091526 | DOJ_PROD_0000165012 |
| 4.e | ABC Realty Advisors, Inc. (BOA PPP) | Loan File | DOJ_PROD_0000000001 DOJ_PROD_0000016828 DOJ_PROD_0000016846 | DOJ_PROD_0000000084 DOJ_PROD_0000016834 DOJ_PROD_0000016872 | DOJ_PROD_0000095029 |
| 4.f | All State Towing and Transport 1 (EIDL) | Loan File | DOJ_PROD_0000001233 | DOJ_PROD_0000001307 | DOJ_PROD_0000165012 |
| 4.g | All State Towing and Transport LLC (Cross River Bank PPP) | Loan File | DOJ_PROD_0000000085 DOJ_PROD_0000044087 DOJ_PROD_0000000787 | DOJ_PROD_0000000119☐ DOJ_PROD_0000044095 DOJ_PROD_0000000832 | DOJ_PROD_0000165012 |
| 4.h | Cactus Mart (EIDL) | Loan File | DOJ_PROD_0000093033 | DOJ_PROD_0000093124 | DOJ_PROD_0000165012 |
| 4.i | Classic Nursery (EIDL) | Loan File | DOJ_PROD_0000079447 | DOJ_PROD_0000079459 | DOJ_PROD_0000165012 |
| 4.j | Crystalcare Home Health Inc. (Customers PPP) | Loan File | DOJ_PROD_0000109116 | DOJ_PROD_0000109282 | DOJ_PROD_0000162806 |
| 4.k | EM Construction Co (EIDL) | Loan File | DOJ_PROD_0000079962 | DOJ_PROD_0000080013 | DOJ_PROD_0000165012 |
| 4.l | EM Jewelry (Celtic PPP) | Loan File | DOJ_PROD_0000045236 | DOJ_PROD_0000045275 | DOJ_PROD_0000164359 |
| 4.m | Fadehaus Barbershop (EIDL) | Loan File | DOJ_PROD_0000001307 | DOJ_PROD_0000001377 | DOJ_PROD_0000165012 |
| 4.n | Fadehaus Barbershop (WebBank PPP) | Loan File | DOJ_PROD_0000023483 | DOJ_PROD_0000023518 | DOJ_PROD_0000023482 DOJ_PROD_0000162821 |
| 4.o | Fiber One Media (Secureline) (EIDL) | Loan File | DOJ_PROD_0000001378 | DOJ_PROD_0000001448 | DOJ_PROD_0000165012 |
| 4.p | Fiber One Media, Inc. (Customers Bank PPP) | Loan File | DOJ_PROD_0000000572 | DOJ_PROD_0000000652 | DOJ_PROD_0000162807 |
| 4.q | Fiber One Media, Inc. (EIDL) | Loan File | DOJ_PROD_0000001449 | DOJ_PROD_0000001522 | |
| 4.r | Fiber One Media, Inc. (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000346 | DOJ_PROD_0000000374 | DOJ_PROD_0000164359 |
| 4.s | Fiber One Media, Inc. (WebBank PPP) | Loan File | DOJ_PROD_0000023519 | DOJ_PROD_0000023556 | DOJ_PROD_0000023482 DOJ_PROD_0000162821 |
| 4.t | First class property management (EIDL) | Loan File | DOJ_PROD_0000091603 | DOJ_PROD_0000091617 | DOJ_PROD_0000165012 |
| 4.u | Five Diamonds Limousine Corp (EIDL) | Loan File | DOJ_PROD_0000079807 | DOJ_PROD_0000079816 | DOJ_PROD_0000165012 |
| 4.v | G&A Diamonds (Cross River PPP) | Loan File | DOJ_PROD_0000000833 | DOJ_PROD_0000000877 | DOJ_PROD_0000165012 |
| 4.w | G&A Diamonds (EIDL) | Loan File | DOJ_PROD_0000001523 | DOJ_PROD_0000001595 | DOJ_PROD_0000165012 |
| 4.x | Green Label Nutrienrs (EIDL) | Loan File | DOJ_PROD_0000080382 DOJ_PROD_0000082911 | DOJ_PROD_0000080452 DOJ_PROD_0000082924 | DOJ_PROD_0000165012 |
| 4.y | Grigor Akopyan (EIDL) | Loan File | DOJ_PROD_0000080524 | DOJ_PROD_0000080577 | DOJ_PROD_0000165012 |
| 4.z | Hart Construction (Celtic PPP) | Loan File | DOJ_PROD_0000044196 DOJ_PROD_0000044851 DOJ_PROD_0000044975 DOJ_PROD_0000151651 | DOJ_PROD_0000044229 DOJ_PROD_0000044888 DOJ_PROD_0000044978 DOJ_PROD_0000151747 | DOJ_PROD_0000164359 |
| 5.a | Hart Construction (JPMC PPP) | Loan File | DOJ_PROD_0000074787 DOJ_PROD_0000076455 | DOJ_PROD_0000074801 DOJ_PROD_0000076469 | DOJ_PROD_0000165012 |
| 5.b | Hart Construction (WebBank PPP) | Loan File | DOJ_PROD_0000104706 | DOJ_PROD_0000104734 | DOJ_PROD_0000165012 |
| 5.c | Journeymen Construction (EIDL) | Loan File | DOJ_PROD_0000001596 | DOJ_PROD_0000001650 | DOJ_PROD_0000165012 |
| 5.d | Liudmyla Kopytova/LK Design (EIDL) | Loan File | DOJ_PROD_0000091764 | DOJ_PROD_0000091777 | DOJ_PROD_0000165012 |
| 5.e | Liudmyla Kopytova/LK Design (EIDL) | Loan File | DOJ_PROD_0000091778 | DOJ_PROD_0000091789☐ | DOJ_PROD_0000165012 |
| 5.f | Liudmyla Kopytova/LK Design (Fountainhead PPP) | Loan File | DOJ_PROD_0000109932 | DOJ_PROD_0000110032 | DOJ_PROD_0000109962 |
| 5.g | MD Acquisition Services (EIDL) | Loan File | DOJ_PROD_0000091802 | DOJ_PROD_0000091822 | DOJ_PROD_0000165012 |
| 5.h | MD Acquisition Services (Wells Fargo PPP) | Loan File | DOJ_PROD_0000078228 | DOJ_PROD_0000078264 | DOJ_PROD_0000078233 DOJ_PROD_0000078232 |
| 5.i | Michael Hart (Hart Construction) (EIDL) | Loan File | DOJ_PROD_0000081414 | DOJ_PROD_0000081487 | DOJ_PROD_0000165012 |
| 5.j | Mod Interiors (Celtic PPP) | Loan File | DOJ_PROD_0000000194 DOJ_PROD_0000000295 | DOJ_PROD_0000000206 DOJ_PROD_0000000311 | DOJ_PROD_0000162825 |
| 5.k | Mod Interiors (CDC SBF PPP) | Loan File | DOJ_PROD_0000000156 DOJ_PROD_0000104215 | DOJ_PROD_0000000193 DOJ_PROD_0000104296 | DOJ_PROD_0000165012 |
| 5.l | Mod Interiors (Cross River PPP) | Loan File | DOJ_PROD_0000017889 | DOJ_PROD_0000017912 | DOJ_PROD_0000165012 |
| 5.m | Mod Interiors (EIDL) | Loan File | DOJ_PROD_0000081488 | DOJ_PROD_0000083374 | DOJ_PROD_0000165012 |
| 5.n | Mod Interiors (Newtek PPP) | Loan File | DOJ_PROD_0000001014 DOJ_PROD_0000147553 | DOJ_PROD_0000001162 DOJ_PROD_0000147558 | DOJ_PROD_0000164362 |
| 5.o | Nelson's Nursery (EIDL) | Loan File | DOJ_PROD_0000001651 | DOJ_PROD_0000001721 | DOJ_PROD_0000165012 |
| 5.p | Ocean Choice Seafood Corp (EIDL) | Loan File | DOJ_PROD_0000093457 | DOJ_PROD_0000093468 | DOJ_PROD_0000165012 |
| 5.q | Ocean Choice Seafood Corp (EIDL) | Loan File | DOJ_PROD_0000093469 | DOJ_PROD_0000093482 | DOJ_PROD_0000165012 |
| 5.r | Ocean Choice Seafood Corp (Fountainhead PPP) | Loan File | DOJ_PROD_0000164368 | DOJ_PROD_0000164462 | DOJ_PROD_0000165012 |
| 5.s | Ocean Choice Seafood Corp (Newtek PPP) | Loan File | DOJ_PROD_0000137588 | DOJ_PROD_0000137648 | DOJ_PROD_0000164362 |
| 5.t | Redline Auto Collision (Celtic) | Loan File | DOJ_PROD_0000000375 DOJ_PROD_0000044979 | DOJ_PROD_0000000414 DOJ_PROD_0000044982 | DOJ_PROD_0000164359 |
| 5.u | Redline Auto Collision (EIDL) | Loan File | DOJ_PROD_0000001722 DOJ_PROD_0000001763 DOJ_PROD_0000104875 | DOJ_PROD_0000001760 DOJ_PROD_0000001785 DOJ_PROD_0000104875 | DOJ_PROD_0000165012 |
| 5.v | Redline Auto Mechanics Inc. (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000415 | DOJ_PROD_0000000448 | DOJ_PROD_0000164359 |
| 5.w | Redline Auto Mechanics Inc. (EIDL) | Loan File | DOJ_PROD_0000001786 | DOJ_PROD_0000001857 | DOJ_PROD_0000165012 |
| 5.x | Runyan Tax Service, Inc (EIDL) | Loan File | DOJ_PROD_0000022102 | DOJ_PROD_0000022151 | DOJ_PROD_0000165012 |
| 5.y | Runyan Tax Service, Inc (Seattle Bank PPP) | Loan File | DOJ_PROD_0000001177 | DOJ_PROD_0000001232 | DOJ_PROD_0000165015 |
| 5.z | Sabala Construction (BOA PPP) | Loan File | DOJ_PROD_0000068923 DOJ_PROD_0000069285 | DOJ_PROD_0000068998 DOJ_PROD_0000069287 | DOJ_PROD_0000165012 |
| 6.a | Sabala Construction (Cross River PPP) | Loan File | DOJ_PROD_0000072908 | DOJ_PROD_0000072943 | DOJ_PROD_0000165012 |
| 6.b | Sabala Construction (WebBank PPP) | Loan File | DOJ_PROD_0000128736 | DOJ_PROD_0000128772 | DOJ_PROD_0000165012 |
| 6.c | Sabala Construction (EIDL) | Loan File | DOJ_PROD_0000082328 | DOJ_PROD_0000082393 | DOJ_PROD_0000165012 |
| 6.d | Secureline Realty & Funding (Comerica PPP) | Loan File | DOJ_PROD_0000000455 | DOJ_PROD_0000000480 | DOJ_PROD_0000000454 DOJ_PROD_0000163143 |
| 6.e | Secureline Realty & Funding (EIDL) | Loan File | DOJ_PROD_0000082394 | DOJ_PROD_0000082445 | DOJ_PROD_0000165012 |
| 6.f | Secureline Realty & Funding (Wells Fargo PPP) | Loan File | DOJ_PROD_0000000723 | DOJ_PROD_0000000750 | DOJ_PROD_0000000751 |
| 6.g | A.D. dba Six Star Farms (Newtek PPP) | Loan File | DOJ_PROD_0000110217 | DOJ_PROD_0000110278 | DOJ_PROD_0000164362 |
| 6.h | Tia Mia Daycare (EIDL) | Loan File | DOJ_PROD_0000092076 | DOJ_PROD_0000092084 | DOJ_PROD_0000165012 |
| 6.i | Time Line Transport Inc (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000312 | DOJ_PROD_0000000316 | DOJ_PROD_0000164359 |
| 6.j | Time Line Transport Inc (Celtic Bank PPP) | Loan File | DOJ_PROD_0000000317 | DOJ_PROD_0000000341 | DOJ_PROD_0000164359 |
| 6.k | Time Line Transport Inc (EIDL) | Loan File | DOJ_PROD_0000082642 | DOJ_PROD_0000082712 | DOJ_PROD_0000165012 |

| | | | | | |
|---|---|---|---|---|---|
| 6.l | Time Line Transport Inc (Newtek PPP) | Loan File | DOJ_PROD_0000000878 | DOJ_PROD_0000000948 | DOJ_PROD_0000164362 |
| 6.m | Time Line Transport Inc (Radius Bank PPP) | Loan File | DOJ_PROD_0000002440 | DOJ_PROD_0000002449 | DOJ_PROD_0000164490 |
| 6.n | TM Events Inc. (EIDL) | Loan File | DOJ_PROD_0000001858 | DOJ_PROD_0000001930 | DOJ_PROD_0000165012 |
| 6.o | TM Events Inc. (Newtek PPP) | Loan File | DOJ_PROD_0000000949 | DOJ_PROD_0000001013 | DOJ_PROD_0000164362 |
| 6.p | Top Quality Contracting (Customers Bank PPP) | Loan File | DOJ_PROD_0000000507 | DOJ_PROD_0000000571 | DOJ_PROD_0000162808 |
| 6.q | Top Quality Contracting (EIDL) | Loan File | DOJ_PROD_0000001931 | DOJ_PROD_0000002000 | DOJ_PROD_0000165012 |
| 6.r | Top Quality Contracting (TCF National Bank PPP) | Loan File | DOJ_PROD_0000017712 | DOJ_PROD_0000017725 | DOJ_PROD_0000000654 |
| 6.s | Turing Info Solutions (EIDL) | Loan File | DOJ_PROD_0000082728 | DOJ_PROD_0000082741 | DOJ_PROD_0000165012 |
| 6.t | Turing Info Solutions (Newtek PPP) | Loan File | DOJ_PROD_0000104612 | DOJ_PROD_0000104684 | DOJ_PROD_0000164362 |
| 6.u | VLA Construction Inc. (CDC SBF PPP) | Loan File | DOJ_PROD_0000104178 | DOJ_PROD_0000104214 | DOJ_PROD_0000156516 |
| 6.v | Voyage Limo (EIDL) | Loan File | DOJ_PROD_0000083179 | DOJ_PROD_0000083192 | DOJ_PROD_0000165012 |
| 6.w | Voyage Limo LLC (Celtic) | Loan File | DOJ_PROD_0000045107 DOJ_PROD_0000045127 | DOJ_PROD_0000045108 DOJ_PROD_0000045180 | DOJ_PROD_0000164359 |
| 6.x | Armen Hayrapetyan dba Hart Construction (JPMC PPP) | Loan File | DOJ_PROD_0000076455 | DOJ_PROD_0000076493 | DOJ_PROD_0000164250 |
| 6.y | Mark Zindroski dba Top Quality Contracting (Celtic PPP) | Loan File | DOJ_PROD_0000000342 | DOJ_PROD_0000000345 | DOJ_PROD_0000164359 |

**Government Exhibits 10-24 (Digital Devices)**

| GEX | -sub | Description | Source |
|---|---|---|---|
| | | **1B21** | |
| 10 | | Text Message Excerpt (tammy to Rich New) | 1B21 - Conversation - Instant Messages |
| 10 | 1-70 | Text Message file attachments | 1B21 - Conversation - Instant Messages - attachments |
| *10* | *X* | *Conversation History* | *1B21 - Conversation - Instant Messages - tammy to Rich New (not for admission)* |
| 11 | | Text Message Excerpt (tammy to Rich New) | 1B21 - Conversation - Instant Messages |
| 12 | | Photo of 1B21 | Photograph by CART Examiner Parra (DOJ_PROD 163668) |
| 12 | | Photo of User Information and Accounts | Photograph by CART Examiner Parra (DOJ_PROD_0000163669-670) |
| 13 | a | User Information | 1B21 - User Information (Cellebrite) |
| 13 | b | Identification Cards | 1B21 - Media - Images (see subfolder with images) |
| 13 | c | Checkbooks | 1B21 - Media - Images (see subfolder with images) |
| 13 | d | SBA Applications | 1B21 - Media - Images (see subfolder with images) |
| 13 | e | Tax Documents | 1B21 - Media - Images (see subfolder with images) |
| 13 | f | Mail | 1B21 - Media - Images (see subfolder with images) |
| 13 | g | Photograph | 1B21 - Media - Images (see subfolder with images) |
| 13 | h | Web History Artifact | 1B21 - Web History (Cellebrite) |
| 13 | i | Screenshot | 1B21 - Media - Images (see subfolder with images) |
| | | **1B81** | |
| 14 | | GrayKey Output - User Information | CART Examiner Parra (DOJ_PROD_0000163680-681) |
| 15 | | Photo | CART Examiner Parra (DOJ_PROD_0000163674) |
| 16 | a | User Information | 1B81 - User Information (Cellebrite) |
| 16 | b | Handwritten Notes | 1B81 - Media - Images (see subfolder with images) |
| 16 | c | Travel Authorization | 1B81 - Media - Images (see subfolder with images) |
| | | **1B85** | |
| 17 | | GrayKey Output - User Information | CART Examiner Parra (DOJ_PROD_0000163663-664) |
| 18 | | Photograph | CART Examiner Parra (DOJ_PROD_0000163677-678) |
| 19 | a | User Information | 1B85 - User Information (Cellebrite) |
| 19 | b | Identification | 1B85 - Media - Images (see subfolder with images) |
| 19 | c | Financial Information | 1B85 - Media - Images (see subfolder with images) |
| 19 | d | Handwritten Notes | 1B85 - Media - Images (see subfolder with images) |
| 19 | e | Photograph of EIDL Website | 1B85 - Media - Images (see subfolder with images) |
| 20 | | Richard Ayvazyan to 310-300-0005 | 1B85 - Conversation - Instant Messages (Cellebrite) |
| | | **1B17** | |
| 21 | | GrayKey Output - User Information | CART Examiner Jaung (DOJ_PROD_0000163719-720) |
| 22 | | Photograph (Redacted) | CART Examiner Parra (DOJ_PROD_0000163728 (excerpt)) |
| 23 | | User Information | 1B17 - User Information (Cellebrite) |
| 24 | a | ID Editing | 1B81 - Media - Images (see subfolder with images) |
| 24 | b | Identification | 1B81 - Media - Images (see subfolder with images) |
| 24 | c | Financial Information | 1B81 - Media - Images (see subfolder with images) |
| 24 | d | SBA Application Images | 1B81 - Media - Images (see subfolder with images) |
| 24 | e | Banking Information | 1B81 - Media - Images (see subfolder with images) |
| | | *Government Exhibits 25-29 Reserved* | |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 30 | Beverly Hills Escrow | Escrow documents related to 834 Calle La Primavera, Glendale, CA, correspondence, emails, | DOJ_PROD_0000004581<br>DOJ_PROD_0000004533<br>DOJ_PROD_0000004597<br>DOJ_PROD_0000004605<br>DOJ_PROD_0000004623<br>DOJ_PROD_0000004802<br>DOJ_PROD_0000004934<br>DOJ_PROD_0000004885<br>DOJ_PROD_0000004895<br>DOJ_PROD_0000004908<br>DOJ_PROD_0000004976<br>DOJ_PROD_0000005011<br>DOJ_PROD_0000005020<br>DOJ_PROD_0000005122<br>DOJ_PROD_0000005124<br>DOJ_PROD_0000005060 | DOJ_PROD_0000004583<br>DOJ_PROD_0000004533<br>DOJ_PROD_0000004598<br>DOJ_PROD_0000004606<br>DOJ_PROD_0000004625<br>DOJ_PROD_0000004802<br>DOJ_PROD_0000004934<br>DOJ_PROD_0000004885<br>DOJ_PROD_0000004896<br>DOJ_PROD_0000004912<br>DOJ_PROD_0000004984<br>DOJ_PROD_0000005011<br>DOJ_PROD_0000005021<br>DOJ_PROD_0000005123<br>DOJ_PROD_0000005124<br>DOJ_PROD_0000005061 | DOJ_PROD_0000163732 |
| 31 | CV Escrow | Escrow documents related to 74104 Imperial Court West, Palm Desert, CA, correspondence, emails | DOJ_PROD_0000110469<br>DOJ_PROD_0000110480<br>DOJ_PROD_0000110514<br>DOJ_PROD_0000110526<br>DOJ_PROD_0000110942<br>DOJ_PROD_0000110966<br>DOJ_PROD_0000111010<br>DOJ_PROD_0000111020<br>DOJ_PROD_0000111217<br>DOJ_PROD_0000111232<br>DOJ_PROD_0000111306 | DOJ_PROD_0000110475<br>DOJ_PROD_0000110495<br>DOJ_PROD_0000110514<br>DOJ_PROD_0000110527<br>DOJ_PROD_0000110944<br>DOJ_PROD_0000110968<br>DOJ_PROD_0000111011<br>DOJ_PROD_0000111036<br>DOJ_PROD_0000111224<br>DOJ_PROD_0000111232<br>DOJ_PROD_0000111306 | DOJ_PROD_0000162834 |
| 32 | Encore Escrow | Escrow documents related to 4910 Topeka Drive, Tarzana, CA, correspondence, emails | DOJ_PROD_0000005488<br>DOJ_PROD_0000005560<br>DOJ_PROD_0000005638<br>DOJ_PROD_0000005658<br>DOJ_PROD_0000005662<br>DOJ_PROD_0000005674<br>DOJ_PROD_0000005829<br>DOJ_PROD_0000005831<br>DOJ_PROD_0000005854<br>DOJ_PROD_0000005856<br>DOJ_PROD_0000005732<br>DOJ_PROD_0000005739 | DOJ_PROD_0000005489<br>DOJ_PROD_0000005562<br>DOJ_PROD_0000005639<br>DOJ_PROD_0000005659<br>DOJ_PROD_0000005663<br>DOJ_PROD_0000005678<br>DOJ_PROD_0000005829<br>DOJ_PROD_0000005832<br>DOJ_PROD_0000005854<br>DOJ_PROD_0000005856<br>DOJ_PROD_0000005732<br>DOJ_PROD_0000005740 | DOJ_PROD_0000005862 |
| 33 | Perfect Escrow | Viktoria Kauichko and Escrow documents related to Anastacia Ln, Palm Desert, CA, correspondence emails | DOJ_PROD_0000006350<br>DOJ_PROD_0000006434<br>DOJ_PROD_0000006439<br>DOJ_PROD_0000006368<br>DOJ_PROD_0000006379<br>DOJ_PROD_0000006406<br>DOJ_PROD_0000006575<br>DOJ_PROD_0000006674<br>DOJ_PROD_0000007319<br>DOJ_PROD_0000007447<br>DOJ_PROD_0000007324<br>DOJ_PROD_0000007329<br>DOJ_PROD_0000007334<br>DOJ_PROD_0000007479<br>DOJ_PROD_0000007509<br>DOJ_PROD_0000007528<br>DOJ_PROD_0000007769<br>DOJ_PROD_0000007877 | DOJ_PROD_0000006350<br>DOJ_PROD_0000006435<br>DOJ_PROD_0000006440<br>DOJ_PROD_0000006368<br>DOJ_PROD_0000006380<br>DOJ_PROD_0000006406<br>DOJ_PROD_0000006575<br>DOJ_PROD_0000006674<br>DOJ_PROD_0000007322<br>DOJ_PROD_0000007451<br>DOJ_PROD_0000007328<br>DOJ_PROD_0000007333<br>DOJ_PROD_0000007343<br>DOJ_PROD_0000007488<br>DOJ_PROD_0000007511<br>DOJ_PROD_0000007528<br>DOJ_PROD_0000007775<br>DOJ_PROD_0000007877 | DOJ_PROD_0000006468 |
| 34 | Belgium NY | Invoices, checks for Mod Interiors | DOJ_PROD_0000110342<br>DOJ_PROD_0000110349 | DOJ_PROD_0000110346<br>DOJ_PROD_0000110356 | DOJ_PROD_0000110347 |
| 35 | Coinbase | User attributes, Drivers licenses, photographs | DOJ_PROD_0000130409<br>DOJ_PROD_0000134289<br>DOJ_PROD_0000134296 | DOJ_PROD_0000130413<br>DOJ_PROD_0000134295<br>DOJ_PROD_0000134306 | DOJ_PROD_0000163137 |
| 36 | Fay Servicing | Notes, account history, loan application | DOJ_PROD_0000147673 | DOJ_PROD_0000148051 | DOJ_PROD_0000163372 |
| 37 | Gentleman Timepieces | Sales data, bank records, text messages | DOJ_PROD_0000164246<br>DOJ_PROD_0000164141<br>DOJ_PROD_0000164171<br>DOJ_PROD_0000164113<br>DOJ_PROD_0000016645<br>DOJ_PROD_0000164240<br>DOJ_PROD_0000164236<br>DOJ_PROD_0000164230<br>DOJ_PROD_0000164102 | DOJ_PROD_0000164246<br>DOJ_PROD_0000164149<br>DOJ_PROD_0000164189<br>DOJ_PROD_0000164123<br>DOJ_PROD_0000016651<br>DOJ_PROD_0000164240<br>DOJ_PROD_0000164239<br>DOJ_PROD_0000164235<br>DOJ_PROD_0000164229 | DOJ_PROD_0000165009 |
| 38 | Italy 2000 | Furniture invoices | DOJ_PROD_0000096598 | DOJ_PROD_0000096610 | DOJ_PROD_0000164357 |
| 39 | Picadilly Jewelers | Jewelry invoices, checks | DOJ_PROD_0000130290 | DOJ_PROD_0000130317 | DOJ_PROD_0000130318 |
| 40 | Robinhood | Contact information, ACH details and transfers, account summary, portfolio summary | DOJ_PROD_0000008018 | DOJ_PROD_0000008068 | DOJ_PROD_0000164463 |
| 41 | TD Ameritrade | Account application, statements, ACH statements, account information | DOJ_PROD_0000055421<br>DOJ_PROD_0000055420 | DOJ_PROD_0000055461<br>DOJ_PROD_0000055420 | DOJ_PROD_0000055402 |
| 42 | The Point at WA (Greystar) | Activity log, application information, lease information and agreements, resident ledger, account statement, correspondence re 6150 Canoga Ave., #337, Woodland Hills, CA | DOJ_PROD_0000045423<br>DOJ_PROD_0000065445 | DOJ_PROD_0000045512<br>DOJ_PROD_0000065516 | DOJ_PROD_0000162831 |
| 43 | Halum Real Estate Group | Escrow documents related to 74104 Imperial Court West, Palm Desert, CA, correspondence, emails, texts messages | DOJ_PROD_0000134474<br>DOJ_PROD_0000134516<br>DOJ_PROD_0000134573<br>DOJ_PROD_0000134485<br>DOJ_PROD_0000134574<br>DOJ_PROD_0000134617<br>DOJ_PROD_0000134604<br>DOJ_PROD_0000165021<br>DOJ_PROD_0000165022<br>DOJ_PROD_0000165023 | DOJ_PROD_0000134484<br>DOJ_PROD_0000134518<br>DOJ_PROD_0000134573<br>DOJ_PROD_0000134513<br>DOJ_PROD_0000134583<br>DOJ_PROD_0000134617<br>DOJ_PROD_0000134606<br>DOJ_PROD_0000165021<br>DOJ_PROD_0000165022<br>DOJ_PROD_0000165023 | DOJ_PROD_0000165019 |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 44 | U.S. Department of Homeland Security/Customs Border Protection | TECS Records and Certification | DOJ_PROD_0000163380<br>DOJ_PROD_0000163152<br>DOJ_PROD_0000163420 | DOJ_PROD_0000163419<br>DOJ_PROD_0000163152<br>DOJ_PROD_0000163420 | |
| 45 | California Employment Development Department | Certificate of Facts | DOJ_PROD_0000164252 | DOJ_PROD_0000164267 | |
| 46 | California Employment Development Department | Compilation of Certified Records and Letters re Absence of Records | DOJ_PROD_0000151751 | DOJ_PROD_0000151800 | |
| 47 | Internal Revenue Service | Certifications of No Records | DOJ_PROD_0000164268 | DOJ_PROD_0000164354 | |
| 48 | Internal Revenue Service | Certifications of No Records | DOJ_PROD_0000147567 | DOJ_PROD_0000147582 | |
| 49 | FDIC | FDIC Certificatons | DOJ_PROD_0000162730 | DOJ_PROD_000016277 | |
| 50 | Broward County Jail | Marietta Terabelian Jail Call Transcripts and Recordings, call log | DOJ_PROD_0000163364<br>DOJ_PROD_0000016807<br>DOJ_PROD_0000016814<br>DOJ_PROD_0000016803 | DOJ_PROD_0000163368<br>DOJ_PROD_0000016807<br>DOJ_PROD_0000016814<br>DOJ_PROD_0000016803 | |
| 51 | California Department of Motor Vehicles | DMV Records | DOJ_PROD_0000162772 | DOJ_PROD_0000162777 | |
| 52 | Gusto | Gusto Account Records – Medet Murat and others | DOJ_PROD_0000108935<br>DOJ_PROD_0000130184 | DOJ_PROD_0000130154<br>DOJ_PROD_0000130288 | |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 53.a | Capital One Bank | Audio recording - January 28, 2021 (7b78997a-5ed9-43c5-93a7-aa596d39669f) | DOJ_PROD_0000163596 | DOJ_PROD_0000163596 | DOJ_PROD_0000163606 |
| 53.b | Capital One Bank | Audio recording - January 28, 2021 (90b980e0-0e01-4602-8797-adf106922f89) | DOJ_PROD_0000163597 | DOJ_PROD_0000163597 | DOJ_PROD_0000163606 |
| 53.c | Capital One Bank | Audio recording - January 25, 2021 (345a9b06-31b8-4c0b-a47e-87d134854338) | DOJ_PROD_0000163598 | DOJ_PROD_0000163598 | DOJ_PROD_0000163606 |
| 53.d | Capital One Bank | Audio recording - January 28, 2021 (02569de8-bfb2-4631-ad28-877d3b57b486) | DOJ_PROD_0000163599 | DOJ_PROD_0000163599 | DOJ_PROD_0000163606 |
| 53.e | Capital One Bank | Audio recording - February 3, 2021 (05123ad1-d851-4423-acb0-317f60cc7fa1) | DOJ_PROD_0000163600 | DOJ_PROD_0000163600 | DOJ_PROD_0000163606 |
| 53.f | Capital One Bank | Audio recording - January 22, 2021 (b6a6e53a-2011-490c-af87-7d248b342bcf) | DOJ_PROD_0000163601 | DOJ_PROD_0000163601 | DOJ_PROD_0000163606 |
| 53.g | Capital One Bank | Audio recording - January 25, 2021 (b8cb682c-212a-46d5-90eb-7ac9766778a7) | DOJ_PROD_0000163602 | DOJ_PROD_0000163602 | DOJ_PROD_0000163606 |
| 53.h | Capital One Bank | Audio recording - January 22, 2021 (bd0105f8-3fd3-4a8a-a804-f30b99121a36) | DOJ_PROD_0000163603 | DOJ_PROD_0000163603 | DOJ_PROD_0000163606 |
| 53.i | Capital One Bank | Audio recording - January 25, 2021 (eda1b5aa-0b20-484d-b219-604df6f50b87) | DOJ_PROD_0000163604 | DOJ_PROD_0000163604 | DOJ_PROD_0000163606 |
| 53.j | Capital One Bank | Call Log | DOJ_PROD_0000163605 | DOJ_PROD_0000163605 | DOJ_PROD_0000163606 |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 54 | Canoga | Blank Check for Artem Serba, Blank Checks for Leonard Hupp dba Hupp Construction, Citibank letter to Arman Hayrapetyan, Envelope addressed to Olena Sosunova with notes re V. Kauichko. A. Kudimouv etc, Mail addressed to Edit Madtyan (Wife of M. Grigoryan), Mlife Platinum Card for Manuk Grigoryan, Notes for VLA, Jobe, GAZ, Sabala (Key Piece) | DOJ_PROD_0000022704<br>DOJ_PROD_0000022701<br>DOJ_PROD_0000022710<br>DOJ_PROD_0000022712<br>DOJ_PROD_0000022689<br>DOJ_PROD_0000022694 | DOJ_PROD_0000022704<br>DOJ_PROD_0000022701<br>DOJ_PROD_0000022710<br>DOJ_PROD_0000022712<br>DOJ_PROD_0000022689<br>DOJ_PROD_0000022694 | N/A |
| 55 | Aetna | Correspondence from BoA to Mod Interiors, 20210217_162534, Anna Manukyan EDD-Chase-State Insurance-Wells Fargo, Arman Hayrapetyan Hand written notes, Fictitious Business Name Manukyan Construction, Anna Manukyan Financial Records (Chase, Wells Fargo, United Wholesale, Synchrony, Chrsler etc, Anna Manukyan Statements - Chrysler - UWM | DOJ_PROD_0000023675<br>DOJ_PROD_0000023737<br>DOJ_PROD_0000023714<br>DOJ_PROD_0000023682<br>DOJ_PROD_0000023684<br>DOJ_PROD_0000023712<br>DOJ_PROD_0000023740<br>DOJ_PROD_0000023814 | DOJ_PROD_0000023677<br>DOJ_PROD_0000023737<br>DOJ_PROD_0000023733<br>DOJ_PROD_0000023683<br>DOJ_PROD_0000023693<br>DOJ_PROD_0000023713<br>DOJ_PROD_0000023809<br>DOJ_PROD_0000023837 | N/A |
| 56 | Topeka | Photos taken of digital photos graphs of the Zhadko and Kauichko credit cards from phones found at Topeka, Topeka-American Express-Capital-Other Mail 7, Encore Escrow Envelope, Copy of photos of bags of cash found in bushes, physical watches seized from Topeka, physical gold coins seized from Topeka | DOJ_PROD_0000000001<br>DOJ_PROD_0000030313<br>DOJ_PROD_0000030618<br>xxxxx<br>PLACEHOLDER<br>PLACEHOLDER | DOJ_PROD_0000000003<br>DOJ_PROD_0000030364<br>DOJ_PROD_0000030665<br>xxxxx<br>PLACEHOLDER<br>PLACEHOLDER | N/A |
| 57 | Weddington | Copies and/ or photos of checks, checkbooks, etc. | DOJ_PROD_0000024180<br>DOJ_PROD_0000024574<br>DOJ_PROD_0000024972<br>DOJ_PROD_0000024975<br>DOJ_PROD_0000024978<br>DOJ_PROD_0000024997<br>DOJ_PROD_0000026573<br>DOJ_PROD_0000026578<br>DOJ_PROD_0000026603<br>DOJ_PROD_0000026605<br>DOJ_PROD_0000026801<br>DOJ_PROD_0000026805<br>DOJ_PROD_0000027340<br>DOJ_PROD_0000027985<br>DOJ_PROD_0000027987<br>DOJ_PROD_0000028000<br>DOJ_PROD_0000028008<br>DOJ_PROD_0000028709<br>DOJ_PROD_0000028716<br>DOJ_PROD_0000028719<br>DOJ_PROD_0000028721<br>DOJ_PROD_0000028729<br>DOJ_PROD_0000028740<br>DOJ_PROD_0000030205<br>DOJ_PROD_0000030208<br>DOJ_PROD_0000024165<br>DOJ_PROD_0000024179<br>DOJ_PROD_0000024161<br>DOJ_PROD_0000024157<br>DOJ_PROD_0000026520<br>DOJ_PROD_0000026684<br>DOJ_PROD_0000026798<br>DOJ_PROD_0000026722<br>DOJ_PROD_0000026934<br>DOJ_PROD_0000027251<br>DOJ_PROD_0000027504<br>DOJ_PROD_0000027535<br>DOJ_PROD_0000027879<br>DOJ_PROD_0000027912<br>DOJ_PROD_0000023905<br>DOJ_PROD_0000024154 | DOJ_PROD_0000024182<br>DOJ_PROD_0000024581<br>DOJ_PROD_0000024972<br>DOJ_PROD_0000024975<br>DOJ_PROD_0000024982<br>DOJ_PROD_0000024999<br>DOJ_PROD_0000026576<br>DOJ_PROD_0000026579<br>DOJ_PROD_0000026603<br>DOJ_PROD_0000026605<br>DOJ_PROD_0000026803<br>DOJ_PROD_0000026807<br>DOJ_PROD_0000027340<br>DOJ_PROD_0000027985<br>DOJ_PROD_0000027987<br>DOJ_PROD_0000028008<br>DOJ_PROD_0000028005<br>DOJ_PROD_0000028712<br>DOJ_PROD_0000028716<br>DOJ_PROD_0000028719<br>DOJ_PROD_0000028726<br>DOJ_PROD_0000028736<br>DOJ_PROD_0000028740<br>DOJ_PROD_0000030205<br>DOJ_PROD_0000030208<br>DOJ_PROD_0000024165<br>DOJ_PROD_0000024179<br>DOJ_PROD_0000024162<br>DOJ_PROD_0000024158<br>DOJ_PROD_0000026523<br>DOJ_PROD_0000026685<br>DOJ_PROD_0000026798<br>DOJ_PROD_0000026765<br>DOJ_PROD_0000026934<br>DOJ_PROD_0000027251<br>DOJ_PROD_0000027504<br>DOJ_PROD_0000027702<br>DOJ_PROD_0000027885<br>DOJ_PROD_0000027919<br>DOJ_PROD_0000023916<br>DOJ_PROD_0000024154 | N/A (all rows) |
| | Weddington | Identification documents | DOJ_PROD_0000023922<br>DOJ_PROD_0000023990<br>DOJ_PROD_0000024016<br>DOJ_PROD_0000027997<br>DOJ_PROD_0000028011<br>DOJ_PROD_0000028019<br>DOJ_PROD_0000028727<br>DOJ_PROD_0000028760<br>DOJ_PROD_0000024350<br>DOJ_PROD_0000026500<br>DOJ_PROD_0000026504<br>DOJ_PROD_0000026506<br>DOJ_PROD_0000027432<br>DOJ_PROD_0000027502<br>DOJ_PROD_0000027759<br>DOJ_PROD_0000027761<br>DOJ_PROD_0000027767<br>DOJ_PROD_0000029512 | DOJ_PROD_0000023930<br>DOJ_PROD_0000023990<br>DOJ_PROD_0000024017<br>DOJ_PROD_0000027997<br>DOJ_PROD_0000028016<br>DOJ_PROD_0000028022<br>DOJ_PROD_0000028727<br>DOJ_PROD_0000028761<br>DOJ_PROD_0000024350<br>DOJ_PROD_0000026501<br>DOJ_PROD_0000026504<br>DOJ_PROD_0000026506<br>DOJ_PROD_0000027432<br>DOJ_PROD_0000027502<br>DOJ_PROD_0000027759<br>DOJ_PROD_0000027761<br>DOJ_PROD_0000027767<br>DOJ_PROD_0000029512 | N/A (all rows) |
| | Weddington | PPP and EIDL | DOJ_PROD_0000026617<br>DOJ_PROD_0000026774<br>DOJ_PROD_0000026944<br>DOJ_PROD_0000027258<br>DOJ_PROD_0000027222<br>DOJ_PROD_0000027869<br>DOJ_PROD_0000027894<br>DOJ_PROD_0000027910<br>DOJ_PROD_0000027924<br>DOJ_PROD_0000024123 | DOJ_PROD_0000026655<br>DOJ_PROD_0000026780<br>DOJ_PROD_0000026988<br>DOJ_PROD_0000027258<br>DOJ_PROD_0000027238<br>DOJ_PROD_0000027878<br>DOJ_PROD_0000027897<br>DOJ_PROD_0000027910<br>DOJ_PROD_0000027938<br>DOJ_PROD_0000024123 | N/A (all rows) |
| | Weddington | Handwritten notes | DOJ_PROD_0000023857<br>DOJ_PROD_0000024152<br>DOJ_PROD_0000024223<br>DOJ_PROD_0000024983<br>DOJ_PROD_0000024986<br>DOJ_PROD_0000026800<br>DOJ_PROD_0000027999<br>DOJ_PROD_0000024702<br>DOJ_PROD_0000026502<br>DOJ_PROD_0000026508<br>DOJ_PROD_0000026513<br>DOJ_PROD_0000026516<br>DOJ_PROD_0000026795<br>DOJ_PROD_0000027252<br>DOJ_PROD_0000027442<br>DOJ_PROD_0000027506<br>DOJ_PROD_0000027517<br>DOJ_PROD_0000027707<br>DOJ_PROD_0000027763<br>DOJ_PROD_0000027765<br>DOJ_PROD_0000027777<br>DOJ_PROD_0000027779<br>DOJ_PROD_0000027782<br>DOJ_PROD_0000027827<br>DOJ_PROD_0000027829<br>DOJ_PROD_0000027849<br>DOJ_PROD_0000027851<br>DOJ_PROD_0000027922<br>DOJ_PROD_0000029505 | DOJ_PROD_0000023869<br>DOJ_PROD_0000024152<br>DOJ_PROD_0000024226<br>DOJ_PROD_0000024983<br>DOJ_PROD_0000024986<br>DOJ_PROD_0000026800<br>DOJ_PROD_0000027999<br>DOJ_PROD_0000024702<br>DOJ_PROD_0000026502<br>DOJ_PROD_0000026510<br>DOJ_PROD_0000026513<br>DOJ_PROD_0000026519<br>DOJ_PROD_0000026795<br>DOJ_PROD_0000027252<br>DOJ_PROD_0000027442<br>DOJ_PROD_0000027507<br>DOJ_PROD_0000027517<br>DOJ_PROD_0000027707<br>DOJ_PROD_0000027763<br>DOJ_PROD_0000027766<br>DOJ_PROD_0000027777<br>DOJ_PROD_0000027779<br>DOJ_PROD_0000027782<br>DOJ_PROD_0000027827<br>DOJ_PROD_0000027829<br>DOJ_PROD_0000027849<br>DOJ_PROD_0000027851<br>DOJ_PROD_0000027922<br>DOJ_PROD_0000029505 | N/A (all rows) |
| | Weddington | List of emails | DOJ_PROD_0000027996<br>DOJ_PROD_0000027515<br>DOJ_PROD_0000027519 | DOJ_PROD_0000027996<br>DOJ_PROD_0000027516<br>DOJ_PROD_0000027519 | N/A (all rows) |
| 58 | Victory | Victory - IZ Mailing label | DOJ_PROD_0000030236 | DOJ_PROD_0000030236 | N/A |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
|  | | **TELEPHONE RECORDS** | | | |
| 59 | AT&T (310-300-0005) | Subscriber and informaton, toll records | DOJ_PROD_0000045361<br>DOJ_PROD_0000045365<br>DOJ_PROD_0000045371<br>DOJ_PROD_0000045384<br>DOJ_PROD_0000045348<br>DOJ_PROD_0000045410 | DOJ_PROD_0000045363<br>DOJ_PROD_0000045365<br>DOJ_PROD_0000045372<br>DOJ_PROD_0000045389<br>DOJ_PROD_0000045348<br>DOJ_PROD_0000045410 | DOJ_PROD_0000163298 |
| 60 | AT&T (747-271-8243) | Subscriber information,toll records | DOJ_PROD_0000151258<br>DOJ_PROD_0000151106<br>DOJ_PROD_0000151275 | DOJ_PROD_0000151269<br>DOJ_PROD_0000151257<br>DOJ_PROD_0000151298 | DOJ_PROD_0000163299 |
| 61 | T-Mobile (747-333-4170) | Subscriber information, toll records | DOJ_PROD_0000008511<br>DOJ_PROD_0000008506 | DOJ_PROD_0000008511<br>DOJ_PROD_0000008506 | DOJ_PROD_0000008505 |
| 62 | AT&T (818-266-3314) | Subscriber and payment information, toll records | DOJ_PROD_0000045352<br>DOJ_PROD_0000045367<br>DOJ_PROD_0000045376<br>DOJ_PROD_0000045348<br>DOJ_PROD_0000045410 | DOJ_PROD_0000045353<br>DOJ_PROD_0000045367<br>DOJ_PROD_0000045377<br>DOJ_PROD_0000045348<br>DOJ_PROD_0000045410 | DOJ_PROD_0000163298 |
| 63 | Sprint (818-355-7030) | Subscriber and payment information, toll records | DOJ_PROD_0000110335<br>DOJ_PROD_0000110336<br>DOJ_PROD_0000110338 | DOJ_PROD_0000110335<br>DOJ_PROD_0000110336<br>DOJ_PROD_0000110339 | DOJ_PROD_0000110325 |
| 64 | T-Mobile (818-397-4226) | Subscriber and payment information, toll records | DOJ_PROD_0000008512<br>DOJ_PROD_0000008507 | DOJ_PROD_0000008512<br>DOJ_PROD_0000008507 | DOJ_PROD_0000008505 |
| 65 | AT&T (818-414-5533) | toll records for phone seized at 17540 Weddington | DOJ_PROD_0000010703 | DOJ_PROD_0000016204 | |
| 66 | AT&T (818-442-8777) | Subscriber and payment information, toll records | DOJ_PROD_0000045357<br>DOJ_PROD_0000045370<br>DOJ_PROD_0000045348<br>DOJ_PROD_0000045410 | DOJ_PROD_0000045358<br>DOJ_PROD_0000045370<br>DOJ_PROD_0000045348<br>DOJ_PROD_0000045410 | DOJ_PROD_0000163298 |
| 67 | T-Mobile (818-471-0360) | Subscriber information, toll records | DOJ_PROD_0000105151<br>DOJ_PROD_0000110301<br>DOJ_PROD_0000105147<br>DOJ_PROD_0000110292 | DOJ_PROD_0000105151<br>DOJ_PROD_0000110301<br>DOJ_PROD_0000105147<br>DOJ_PROD_0000110292 | DOJ_PROD_0000105146<br>DOJ_PROD_0000110290 |
| 68 | T-Mobile (818-485-7163) | Subscriber information, toll records | DOJ_PROD_0000008520<br>DOJ_PROD_0000008515 | DOJ_PROD_0000008520<br>DOJ_PROD_0000008515 | DOJ_PROD_0000008514 |
| 69 | AT&T (818-551-6005 (home phone) | Subscriber information | DOJ_PROD_0000045366 | DOJ_PROD_0000045366 | DOJ_PROD_0000163298 |
| 70 | Verizon (818-570-6000) | toll records for phone seized at 4910 topeka | DOJ_PROD_0000008538 | DOJ_PROD_0000008571 | DOJ_PROD_0000008553 |
| 71 | T-Mobile (818-593-9816) | Subscriber information, toll records | DOJ_PROD_0000008521<br>DOJ_PROD_0000008516 | DOJ_PROD_0000008521<br>DOJ_PROD_0000008516 | DOJ_PROD_0000008514 |
| 72 | T-Mobile (818-751-4971) | Subscriber information, toll records | DOJ_PROD_0000158097<br>DOJ_PROD_0000158096 | DOJ_PROD_0000158097<br>DOJ_PROD_0000158096 | DOJ_PROD_0000158085 |
|  | | **IP ADDRESSES** | | | |
| 73 | Charter Communications | 104.34.75.188 (6/24/2020)<br>104.34.75.188 (5/6/2020)<br>2605:e000:1527:f55:e48b:d80a:7c93:b072<br>2605:e000:1527:f55:4033:3414:5a6:af2d<br>2605:e000:1527:f55:c925:5063:7dda:6c9<br>2605:e000:1701:4cd5:a80f:4a1f:7e30:7a0<br>2605:e000:1701:4cd5:6434:50cd:36ad:4b46<br>2605:e000:1701:4cd5:1c51:346e:6c62:efa7<br>23.242.208.63 (5/182020)<br>75.83.234.33 (05/14/2020; 05/10/2020; 05/07/2020; 05/05/2020; 05/03/2020)<br>75.83.234.33 (05/03/2020 - 5/14/2020)<br>75.83.234.33, 9/17/2020<br>75.83.234.33, 10/1/2020<br>68.119.132.88 (4/24/2020)<br>104.34.75.188 (4/28/2020 and 5/8/2020)<br>45.48.164.99 (5/1/2020)<br>75.83.234.33  (9/17/2020 and 10/1/2020) | DOJ_PROD_0000005307<br>DOJ_PROD_00000053010<br><br><br><br><br><br>DOJ_PROD_0000016628<br>DOJ_PROD_0000055351<br>DOJ_PROD_0000065434<br><br>DOJ_PROD_0000104305<br>DOJ_PROD_0000104308<br>DOJ_PROD_0000158124<br><br><br>DOJ_PROD_0000108300<br>DOJ_PROD_0000158124 | DOJ_PROD_0000005307<br>DOJ_PROD_00000053010<br><br><br><br><br><br>DOJ_PROD_0000016642<br>DOJ_PROD_0000055351<br>DOJ_PROD_0000065434<br><br>DOJ_PROD_0000104305<br>DOJ_PROD_0000104308<br>DOJ_PROD_0000158124<br><br><br>DOJ_PROD_0000108300<br>DOJ_PROD_0000158124 | DOJ_PROD_0000005308<br>DOJ_PROD_0000005311<br><br><br><br><br><br>DOJ_PROD_0000016643<br>DOJ_PROD_0000055352<br>DOJ_PROD_0000065435<br><br>DOJ_PROD_0000104306<br>DOJ_PROD_0000104309<br>DOJ_PROD_0000158125<br><br><br>DOJ_PROD_0000108302<br>DOJ_PROD_0000158125 |
|  | | **DEATH CERTIFICATES** | | | |
| 74 | | Olaf Landsgard Death Certificate | DOJ_PROD_0000151312 | DOJ_PROD_0000151312 | |
| 75 | | Nazar Terabelyan Death Certificate | DOJ_PROD_0000163178 | DOJ_PROD_0000163178 | |
|  | | **BORDER STOP** | | | |
| 76 | | Physical credit cards seized from Richard Ayvazyan and Marietta Terabelian at Miami International Airport | PLACEHOLDER | | |
| 77 | | American Airlines Boarding Passes (Richard Ayvazyan/Marietta Terabelian) | DOJ_PROD_0000030745 | DOJ_PROD_0000030758 | |
| | | | | | |
| 78 | | Physical Gusto documents seized from 17450 Weddington St., Encino, CA | PLACEHOLDER | | |
| 79 | | Physical Notary Stamps seized from 17450 Weddington St., Encino, CA | PLACEHOLDER | | |
| 80 | | Assorted documents seized from 17450 Weddington St., Encino, CA (including Rosa Escrow, Osbaldo Velasquez, and ABC Realty Advisors) | DOJ_PROD_0000025022<br>DOJ_PROD_0000027910<br>DOJ_PROD_0000027887 | DOJ_PROD_0000025171<br>DOJ_PROD_0000027945<br>DOJ_PROD_0000027897 | N/A |
| 81 | Trash Pulls | Documents retrieved from trash at 20547 Aetna St., Woodland Hills, CA | DOJ_PROD_0000003702<br>DOJ_PROD_0000022572 | DOJ_PROD_0000003727<br>DOJ_PROD_0000022572 | N/A |
| 82 | Trash Pulls | Documents retrieved from trash at 17450 Weddington St., Encino, CA | DOJ_PROD_0000003674<br>DOJ_PROD_0000022554 | DOJ_PROD_0000003701<br>DOJ_PROD_0000022571 | N/A |
| 83 | | Abbott & Hast Mortuary Invoices | DOJ_PROD_0000163305 | DOJ_PROD_0000163306 | DOJ_PROD_0000163608 |
| 84 | | Glendale Gas and Power Invoices | DOJ_PROD_0000164499 | DOJ_PROD_0000164536 | DOJ_PROD_0000164497 |

| Exhibit No. | Company/Record | Description | Production BegDoc | Production EndDoc | Certification |
|---|---|---|---|---|---|
| 85 | ABC Realty (JPMC 8366) | Signature card, bank statements | DOJ_PROD_0000019615 | DOJ_PROD_0000019635 | DOJ_PROD_0000021881 |
| 86 | Anton Kudiumov (BofA 7572) | Signature card, bank statements | DOJ_PROD_0000103805 DOJ_PROD_0000103823 DOJ_PROD_0000103915 | DOJ_PROD_0000103805 DOJ_PROD_0000103866 DOJ_PROD_0000103915 | DOJ_PROD_0000096593 DOJ_PROD_0000095036 |
| 87 | Inception Ventures (BofA 4043) | Bank records | DOJ_PROD_0000069392 DOJ_PROD_0000069447 | DOJ_PROD_0000069411 DOJ_PROD_0000069448 | DOJ_PROD_0000095017 |
| 88 | Kauicko (Wells Fargo 2085) | Checks, index, application review, transaction detail | DOJ_PROD_0000005382 DOJ_PROD_0000005397 | DOJ_PROD_0000005394 DOJ_PROD_0000005480 | DOJ_PROD_0000005395 |
| 89 | Marietta Terabelian (BofA 9690, 1475) | Signature card, bank statements | DOJ_PROD_0000017120 DOJ_PROD_0000017216 | DOJ_PROD_0000017125 DOJ_PROD_0000017266 | DOJ_PROD_0000095028 |
| 90 | Mod Interiors (BofA 9103) | Opening document, signature card, bank statements | DOJ_PROD_0000016932 | DOJ_PROD_0000016984 | DOJ_PROD_0000095025 |
| 91 | Zhadko (JPMC 6822) | Signature card, bank statements, checks | DOJ_PROD_0000077502 DOJ_PROD_0000077531 DOJ_PROD_0000099260 DOJ_PROD_0000099277 | DOJ_PROD_0000077504 DOJ_PROD_0000077536 DOJ_PROD_0000099262 DOJ_PROD_0000099288 | DOJ_PROD_0000076497 DOJ_PROD_0000099255 |
| 92 | D.S dba Montradth (BofA 722&) | Signature card, bank statements | DOJ_PROD_0000070022 | DOJ_PROD_0000070163 | DOJ_PROD_0000096590 |

| Exhibit No. | Company/Record | Description | Source and Certification |
|---|---|---|---|
| 100 | Bank of America (9700) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 101 | Bank of America (9713) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 102 | Bank of the West (0531) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 103 | Bank of the West (5239) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 104 | Bank of the West (7337) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 105 | Bank of America (7227) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 106 | First Republic (2169) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 107 | Inception Ventures | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 108 | JPMC 8366 (ABC Realty) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 109 | US Bank (5135) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 110 | Wells Fargo (5076) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 111 | Wells Fargo (5700) | Signature card, bank statements, bank records | See Additional Banks Subfolder |
| 112 | SBA - PPP Loan Searches | Result of SBA Searches | SBA-OIG MOA - Receipt of Records - May 28, 2021 (Attachment 3) |
| 113 | SBA - PPP Loan Searches 2 | Result of SBA Searches | SBA-OIG MOA - Receipt of Records - May 28, 2021 (Attachment 4) |
| 114 | SBA - EIDL Loan Searches | Result of SBA Searches | SBA-OIG MOA - Receipt of Records - May 28, 2021 (Attachment 5) |