| Exhibit No. | Description | 902(11) Certification |
|---|---|---|
| **EXHIBIT NO. 1: Bank Records from First Superceding Indictment** | | |
| 1.a | Sabala Construction (JP Morgan Chase 9906) | A-1 |
| 1.b | Hart Construction (JP Morgan Chase 1511) | A-1 |
| 1.c | Hart Construction (JP Morgan Chase 9066) | A-1 |
| 1.d | Secureline Realty (Comerica 8935) | A-2 |
| 1.e | Secureline Realty (Wells Fargo 1754) | A-3 |
| 1.f | Top Quality Contracting (Wells Fargo 3517) | A-3 |
| 1.g | Zhadko (Wells Fargo 8054) | A-3 |
| 1.h | Allstate Towing (Bank of America 7695) | A-4 |
| 1.j | Allstate Towing (US Bank 5135) | A-5 |
| 1.k | G&A Diamonds (US Bank 1964) | A-5 |
| 1.l | Redline Auto Collision (JP Morgan Chase 1732) | A-1 |
| 1.m | Voyage Limo (Wells Fargo 7900) | A-3 |
| 1.n | Timeline Transport (Radius 0172) | B-12 |
| 1.o | Redline Auto Mechanics (Bank of America 6271) | A-4 |
| 1.p | Runyan Tax Service (Bank of America 9700) | A-4 |
| 1.q | Mod Interiors (Radius 2395) | B-12 |
| 1.r | Turing Info Solutions (JP Morgan Chase 5268) | A-1 |
| 1.s | A.D. dba Six Farms (Capital One 1441) | A-6 |
| **EXHIBIT NO. 2: PPP/EIDL Loan Files from First Superceding Indictment** | | |
| 2.a | Sabala Construction (Webbank PPP) | B-1 |
| 2.b | Hart Construction (Webbank PPP) | B-1 |
| 2.c | Secureline Realty (Comerica PPP) | A-2 |
| 2.d | Secureline Realty (Wells Fargo PPP) | A-3 |
| 2.e | Top Quality Contracting (Celtic PPP) | B-2 |
| 2.f | Allstate Towing (Cross River PPP) | B-3 |
| 2.g | G&A Diamonds (SBA EIDL) | B-4 |
| 2.h | G&A Diamonds (Cross River PPP) | B-3 |
| 2.i | Redline Auto Collision (SBA EIDL) | B-4 |
| 2.j | Redline Auto Collision (Celtic PPP) | B-2 |
| 2.k | Voyage Limo (Celtic PPP) | B-2 |
| 2.l | Timeline Transport (SBA EIDL) | B-4 |
| 2.m | Redline Auto Mechanics (Celtic PPP) | B-2 |
| 2.n | Runyan Tax Service (Seattle Bank PPP) | B-5 |
| 2.o | Mod Interiors (Newtek PPP) | B-6 |
| 2.p | Turing Info Solutions (Newtek PPP) | B-6 |
| 2.q | A.D. dba Six Farms (Newtek PPP) | B-6 |
| **EXHIBIT NOS. 3 - 6: Other PPP/EIDL Loan Files That Were Part of the Conspiracy** | | |
| 3.a | Accounting Management & Tax Service (Newtek PPP) | B-6 |
| 3.b | All State Towing and Transport 1 (SBA EIDL) | B-4 |
| 3.c | Allstate Towing and Transport LLC (Cross River PPP) | B-3 |
| 3.d | Escrow Doc (Bank of America PPP) | A-4 |
| 3.e | Fiber One  (Customers Bank PPP) | B-7 |
| 3.f | Fiber One (Celtic PPP) | B-2 |
| 3.g | Fiber One (WebBank PPP) | B-1 |
| 3.h | Gaz Construction (Square Capital PPP) | B-8 |
| 3.i | Hart Construction (Celtic PPP) | B-2 |
| 3.j | Journeymen Construction Inc (Celtic PPP) | B-2 |
| 3.k | Liudmyla Kopytova dba LK Design (Newtek PPP) | B-6 |
| 3.l | MD Acquisition (SBA EIDL) | B-4 |

| Exhibit No. | Description | 902(11) Certification |
|---|---|---|
| 3.m | Mod Interiors, Inc. (Celtic PPP) | B-2 |
| 3.n | Montradath (Celtic PPP) | B-2 |
| 3.o | Redline Auto Collision (Celtic PPP) | B-2 |
| 3.p | Redline Auto Mechanics (Celtic PPP) | B-2 |
| 3.q | Runyan Tax Service, Inc (Seattle Bank PPP) | B-5 |
| 3.r | VLA Construction (Celtic PPP) | B-2 |
| 3.s | VLA Construction (WebBank PPP) | B-1 |
| 3.t | Voyage Limo LLC (Celtic PPP) | B-2 |
| 4.a | A.D. dba Six Star Farms (SBA EIDL) | B-4 |
| 4.b | A.D. dba Six Star Farms (SBA EIDL) | B-4 |
| 4.c | ABC Legal Services and Management (SBA EIDL) | B-4 |
| 4.d | ABC Realty Advisors Inc (SBA EIDL) | B-4 |
| 4.e | ABC Realty Advisors, Inc. (Bank of America PPP) | A-4 |
| 4.f | All State Towing and Transport 1 (SBA EIDL) | B-4 |
| 4.g | All State Towing and Transport LLC (Cross River Bank PPP) | B-3 |
| 4.h | Cactus Mart (SBA EIDL) | B-4 |
| 4.i | Classic Nursery (SBA EIDL) | B-4 |
| 4.j | Crystalcare Home Health Inc. (Customers Bank PPP) | B-7 |
| 4.k | EM Construction Co (SBA EIDL) | B-4 |
| 4.l | EM Jewelry (Celtic PPP) | B-2 |
| 4.m | Fadehaus Barbershop  (SBA EIDL) | B-4 |
| 4.n | Fadehaus Barbershop (WebBank PPP) | B-1 |
| 4.o | Fiber One Media (Secureline) (SBA EIDL) | B-4 |
| 4.p | Fiber One Media, Inc.  (Customers Bank PPP) | B-7 |
| 4.q | Fiber One Media, Inc.  (SBA EIDL) | B-4 |
| 4.r | Fiber One Media, Inc. (Celtic Bank PPP) | B-2 |
| 4.s | Fiber One Media, Inc. (WebBank PPP) | B-1 |
| 4.t | First class property management (SBA EIDL) | B-4 |
| 4.v | G&A Diamonds (Cross River PPP) | B-3 |
| 4.w | G&A Diamonds  (SBA EIDL) | B-4 |
| 4.x | Green Label Nutrienrs (SBA EIDL) | B-4 |
| 4.y | Grigor Akopyan (SBA EIDL) | B-4 |
| 4.z | Hart Construction  (Celtic Bank PPP) | B-2 |
| 5.a | Hart Construction  (JP Morgan Chase PPP) | A-1 |
| 5.b | Hart Construction  (WebBank PPP) | B-1 |
| 5.c | Journeymen Construction (SBA EIDL) | B-4 |
| 5.d | Liudmyla Kopytova/LK Design (SBA EIDL) | B-4 |
| 5.e | Liudmyla Kopytova/LK Design (SBA EIDL) | B-4 |
| 5.f | Liudmyla Kopytova/LK Design (Fountainhead PPP) | B-9 |
| 5.g | MD Acquisition Services (SBA EIDL) | B-4 |
| 5.h | MD Acquisition Services (Wells Fargo PPP) | A-3 |
| 5.i | Michael Hart (Hart Construction) (SBA EIDL) | B-4 |
| 5.j | Mod Interiors (Celtic Bank PPP) | B-2 |
| 5.k | Mod Interiors (CDC SBF PPP) | B-10 |
| 5.l | Mod Interiors (Cross River Bank PPP) | B-3 |
| 5.m | Mod Interiors (SBA EIDL) | B-4 |
| 5.n | Mod Interiors  (Newtek PPP) | B-6 |
| 5.o | Nelson's Nursery (SBA EIDL) | B-4 |
| 5.p | Ocean Choice Seafood Corp (SBA EIDL) | B-4 |
| 5.q | Ocean Choice Seafood Corp (SBA EIDL) | B-4 |

| Exhibit No. | Description | 902(11) Certification |
|---|---|---|
| 5.r | Ocean Choice Seafood Corp (Fountainhead PPP) | B-9 |
| 5.s | Ocean Choice Seafood Corp (Newtek PPP) | B-6 |
| 5.t | Redline Auto Collision (Celtic Bank PPP) | B-2 |
| 5.u | Redline Auto Collision (SBA EIDL) | B-4 |
| 5.v | Redline Auto Mechanics Inc. (Celtic Bank PPP) | B-2 |
| 5.w | Redline Auto Mechanics Inc. (SBA EIDL) | B-4 |
| 5.x | Runyan Tax Service, Inc (SBA EIDL) | B-4 |
| 5.y | Runyan Tax Service, Inc (Seattle Bank PPP) | B-5 |
| 5.z | Sabala Construction (Bank of America PPP) | A-4 |
| 6.a | Sabala Construction (Cross River Bank PPP) | B-3 |
| 6.b | Sabala Construction (WebBank PPP) | B-1 |
| 6.c | Sabala Construction (SBA EIDL) | B-4 |
| 6.d | Secureline Realty & Funding (Comerica Bank PPP) | A-2 |
| 6.e | Secureline Realty & Funding (SBA EIDL) | B-4 |
| 6.f | Secureline Realty & Funding (Wells Fargo PPP) | A-3 |
| 6.g | A.D. dba Six Star Farms (Newtek PPP) | B-6 |
| 6.h | Tia Mia Daycare (SBA EIDL) | B-4 |
| 6.i | Time Line Transport Inc (Celtic Bank PPP) | B-2 |
| 6.j | Time Line Transport Inc (Celtic Bank PPP) | B-2 |
| 6.k | Time Line Transport Inc (SBA EIDL) | B-4 |
| 6.l | Time Line Transport Inc (Newtek PPP) | B-6 |
| 6.m | Time Line Transport Inc (Radius Bank PPP) | B-12 |
| 6.n | TM Events Inc. (SBA EIDL) | B-4 |
| 6.o | TM Events Inc. (Newtek PPP) | B-6 |
| 6.p | Top Quality Contracting (Customers Bank PPP) | B-7 |
| 6.q | Top Quality Contracting (SBA EIDL) | B-4 |
| 6.r | Top Quality Contracting (TCF National Bank PPP) | B-11 |
| 6.s | Turing Info Solutions (SBA EIDL) | B-4 |
| 6.t | Turing Info Solutions (Newtek PPP) | B-6 |
| 6.u | VLA Construction Inc. (CDC SBF PPP) | B-10 |
| 6.w | Voyage Limo LLC (Celtic) | B-2 |
| 6.x | Armen Hayrapetyan dba Hart Construction (JPMC PPP) | A-1 |
| 6.y | Mark Zindroski dba Top Quality Contracting (Celtic PPP) | B-2 |
| **EXHIBIT NOS. 30-33: Escrow Records** | | |
| 30 | Beverly Hills Escrow | C-1 |
| 31 | CV Escrow | C-2 |
| 32 | Encore Escrow | C-3 |
| 33 | Perfect Escrow | C-4 |
| **EXHIBIT NOS. 34-42: Receipts and Business Records re Sale of Goods and Services, Brokerage and Cryptocurrency Account Records, and Leasing Records** | | |
| 34 | Belgium NY | D-1 |
| 35 | Coinbase | D-2 |
| 36 | Fay Servicing | D-3 |
| 37 | Abbott & Hast Mortuary | D-4 |
| 38 | Italy 2000 | D-5 |
| 39 | Picadilly Jewelers | D-6 |
| 40 | Robinhood | D-7 |
| 41 | TD Ameritrade | D-8 |
| 42 | The Point at WA (Greystar) | D-9 |

| Exhibit No. | Description | 902(11) Certification |
|---|---|---|
| **EXHIBIT NO. 49: FDIC Records** | | |
| 49 | FDIC Certificatons | G |
| **EXHIBIT NO. 53: Bank Records re Count 33** | | |
| 53.a - 53.j | Capital One Bank | A-6 |
| **EXHIBIT NOS. 59-72: Telephone Records** | | |
| 59 | AT&T (0005) | E-1 |
| 60 | AT&T (8243) | E-1 |
| 61 | T-Mobile (4170) | E-2 |
| 62 | AT&T (3314) | E-1 |
| 63 | Verizon (7030) | E-3 |
| 64 | T-Mobile (4226) | E-2 |
| 65 | AT&T (5533) | E-1 |
| 66 | AT&T (8777) | E-1 |
| 67 | T-Mobile (0360) | E-2 |
| 68 | T-Mobile (7163) | E-2 |
| 69 | AT&T (6005) | E-1 |
| 70 | Verizon (6000) | E-3 |
| 71 | T-Mobile (9816) | E-2 |
| 72 | T-Mobile (4971) | E-2 |
| **EXHIBIT NO. 73: IP Address Records** | | |
| 73 | Charter Communications | F |
| **EXHIBIT NOS. 85-92, 100-111: Bank Records** | | |
| 85 | ABC Realty (JP Morgan Chase 8366) | A-1 |
| 86 | Anton Kudiumov (Bank of America 7572) | A-4 |
| 87 | Inception Ventures (Bank of America 4043) | A-4 |
| 88 | Kauicko (Wells Fargo 2085) | A-3 |
| 89 | Marietta Terabelian (Bank of America 9690, 1475) | A-4 |
| 90 | Mod Interiors (Bank of America 9103) | A-4 |
| 91 | Zhadko (JP Morgan Chase 6822) | A-1 |
| 92 | D.S dba Montradth (Bank of America 722&) | A-4 |
| 100 | Runyan Tax Service Inc (Bank of America 9700) | A-4 |
| 101 | Runyan Tax Service Inc (Bank of America 9713) | A-4 |
| 102 | Tamara Dadyan (Bank of the West 0531) | A-7 |
| 103 | AM & AM Financial Services, Inc (Bank of the West 5239) | A-7 |
| 104 | Liudmyla Koptova (Bank of the West 7337) | A-7 |
| 105 | Diana Saakyan dba Montadrath (Bank of America 7227) | A-4 |
| 106 | AM & AM Financial Services, Inc (First Republic Bank 2169) | A-8 |
| 107 | Inception Ventures (Bank of America 4043) | A-4 |
| 108 | ABC Realty (JP Morgan Chase 8366) | A-1 |
| 109 | Allstate Towing & Transport (US Bank 5135) | A-5 |
| 110 | New Acre Farm Produce Inc (Wells Fargo 5076) | A-3 |
| 111 | Mykhail Diuzhenko dba MD Acquisition Services (Wells Fargo 5700) | A-3 |