# Exhibit A

# Exhibit A-1

**DECLARATION**

**Case No. : R 20 15846**

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 09/29/2020

By: *Anthony J. Gugliuzza*

Anthony J Gugliuzza
Doc Review Sr Specialist II
JPMORGAN CHASE BANK, N.A.

SB1166803-F1

SUBP91a

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## DECLARATION
### Case No. : R 20 14888

Brian E Jenkins, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 09/29/2020

By: _____

Brian E Jenkins
Doc Review Sr Specialist II
JPMORGAN CHASE BANK, N.A.

SB1161765-F1

SUBP91a

## DECLARATION
### Case No. : R 21 01629

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 11/12/2020

By: _Suzanne L Story_
Suzanne L Story
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1177757-F2

SUBP91a

FOIA Confidential Treatment Requested
JPMC-DOJ00102649

# DECLARATION
## Case No. : R 21 02070

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12/02/2020

By: _Suzanne L Story_
    Suzanne L Story
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1181718-F2

SUBP91a

FOIA Confidential Treatment Requested
JPMC-DOJ00105101

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000021900

**DECLARATION**
**Case No.:** <u>R 20 12873; 2020R01004</u>

Kaye L Sutton,  certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.

2.  My business address is 7610 W Washington St, Indianapolis, IN 46231.

3.  I am Document Review Sr Specialist I and Custodian of Records for JPMORGAN
    CHASE BANK, N.A. (hereinafter referred to as the "Bank") in the National Subpoena
    Processing Department located in Indianapolis, Indiana.

4.  Based on my knowledge of the Bank's business records practices and procedures, the
    enclosed records are a true and correct copy of the original documents kept by the Bank
    in the ordinary course of business.

5.  Based on my knowledge of the Bank's business records practices and procedures, the
    records were made at or near the time of the occurrence of the matters set forth in the
    records by, or from, information transmitted by a person with knowledge of those
    matters.

6.  It is the regular practice of the Bank to make such a record of transactions in the
    ordinary course of business.


I declare under penalty of perjury, under the laws of the State of California, that the foregoing is
true and correct.


Dated: _____08/14/2020_____

By:_____
Kaye L Sutton
Document Review Sr Specialist I
JPMORGAN CHASE BANK, N.A.

DOJ_PROD_0000073046

# DECLARATION
### Case No. : R 20 14890, 2020R01004

Teresa Waggoner, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated:  9/15/20

By: *Teresa Waggoner*
Teresa Waggoner
Doc Review Sr Specialist II
JPMORGAN CHASE BANK, N.A.

SB1161774-F1

SUBP91a

 DOJ_PROD_0000076497

# DECLARATION
## Case No. : R 20 14890, 2020R01004

Teresa Waggoner, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated:  9/15/20

By:  *Teresa Waggoner*
    Teresa Waggoner
    Doc Review Sr Specialist II
    JPMORGAN CHASE BANK, N.A.

SB1161774-F1

SUBP91a

## DECLARATION
### Case No. : R 21 04718

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated:_____02/05/2021_____

By:_____

Debra S Allen
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1197842-F3

SUBP91a

FOIA Confidential Treatment Requested
JPMC-DOJ00125517

## DECLARATION
### Case No. : R 21 04718

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.


Dated:_____02/05/2021_____

By:_____
        Debra S Allen
        Transactions Specialist IV
        JPMORGAN CHASE BANK, N.A.


SB1197842-F3


SUBP91a


FOIA Confidential Treatment Requested
JPMC-DOJ00125517

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## DECLARATION
### Case No. : R 21 04718

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 2/10/2021

By: _Suzanne L Story_
Suzanne L Story
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1197842-F4

SUBP91a

FOIA Confidential Treatment Requested
JPMC-DOJ00125763

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099314

# DECLARATION OF CUSTODIAN
# CERTIFYING BUSINESS RECORDS

Randall E. Hoffman, certifies and declares as follows:

1.    I am over the age of 18 years and not a party to this action.

2.    My business address is 1111 Polaris Parkway OH1-1260, Columbus Ohio, 43240.

3.    I am an Executive Director for Risk Policy Management for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the Business Banking Unit located in Columbus Ohio.

4.    Based on my knowledge of the Bank's business records practices and procedures, the following bates stamped records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business:

   a.   JPMC-DOJ00047384 – JPMC-DOJ00047398
   b.   JPMC-DOJ00093203 – JPMC-DOJ00093227
   c.   JPMC-DOJ00096700 – JPMC-DOJ00096722
   d.   JPMC-DOJ00112256 – JPMC-DOJ00112384

5.    Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6.    It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   _5/27/21_

By: _____

Randall Hoffman
Executive Director
Business Banking Risk
111 Polaris Parkway OH-1260
Columbus OH 43240

## DECLARATION OF CUSTODIAN
## CERTIFYING BUSINESS RECORDS

<u>Jennifer Arney</u> certifies and declares as follows:

1.    I am over the age of 18 years and not a party to this action.

2.    My business address is 7610 W. Washington St, Indianapolis, IN 46231.

3.    I am a Transactions Manager for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing located in Indianapolis, IN.

4.    Attached to this declaration is an Appendix ("Appendix A") that outlines certain records produced by the Bank and their corresponding Bates numbers.  Based on my knowledge of the Bank's business records practices and procedures, the records outlined in Appendix A are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5.    Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6.    It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/28/2021

By: *Jennifer Arney*
Jennifer Arney

Transactions Manager

JPMorgan Chase Bank, N.A.

**Appendix A**

The following documents were produced by JPMorgan Chase Bank, N.A in response to grand jury subpoenas #14691, #1452, #1595, #0210, #1629, #2070, #2940, #2936, #3165, #3285, #3294, #3799, #3840, #4718, and #5439.

1. JPMC-DOJ00047399 – JPMC-DOJ00047422

2. JPMC-DOJ00048211 – JPMC-DOJ00048258

3. JPMC-DOJ00083951 – JPMC-DOJ00034003

4. JPMC-DOJ00084004 – JPMC-DOJ00084027

5. JPMC-DOJ00088448 – JPMC-DOJ00088514

6. JPMC-DOJ00088131 – JPMC-DOJ00088265

7. JPMC-DOJ00091187 – JPMC-DOJ00091225

8. JPMC-DOJ00091226 – JPMC-DOJ00092605

9. JPMC-DOJ00093058 – JPMC-DOJ00093143

10. JPMC-DOJ00096154 – JPMC-DOJ00096249

11. JPMC-DOJ00099238 – JPMC-DOJ00099307

12. JPMC-DOJ00102649 – JPMC-DOJ00102666

13. JPMC-DOJ00105100 – JPMC-DOJ00105302

14. JPMC-DOJ00112798 – JPMC-DOJ00113518

15. JPMC-DOJ00114490 – JPMC-DOJ00116532

16. JPMC-DOJ00116572 – JPMC-DOJ00116575

17. JPMC-DOJ00116734 – JPMC-DOJ00116973

18. JPMC-DOJ00117382 – JPMC-DOJ00117453

19. JPMC-DOJ00118551 – JPMC-DOJ00118553

20. JPMC-DOJ00118554 – JPMC-DOJ00118631

21. JPMC-DOJ00118632 – JPMC-DOJ00118657

22. JPMC-DOJ00125510 – JPMC-DOJ00125574

23. JPMC-DOJ00125762 – JPMC-DOJ00125844

24. JPMC-DOJ00127494 – JPMC-DOJ00128043

25. JPMC-DOJ00128044 – JPMC-DOJ00128699

26. JPMC-DOJ00131017 – JPMC-DOJ00131017

27. JPMC-DOJ00113170 – JPMC-DOJ00113176

28. JPMC-DOJ00134020 – JPMC-DOJ00134020

29. JPMC-DOJ00142856 – JPMC-DOJ00143082

30. JPMC-DOJ00143149 – JPMC-DOJ00143152

31. JPMC-DOJ00144847 – JPMC-DOJ00144907

2

## DECLARATION OF CUSTODIAN
## CERTIFYING BUSINESS RECORDS

Jennifer Arney certifies and declares as follows:

1.      I am over the age of 18 years and not a party to this action.

2.      My business address is 7610 W. Washington St, Indianapolis, IN 46231.

3.      I am a Transactions Manager for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in National Subpoena Processing located in Indianapolis, IN.

4.      Based on my knowledge of the Bank's business records practices and procedures, the following bates stamped records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business:

    a.   JPMC-DOJ00196698 to JPMC-DOJ00196701

5.      Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6.      It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   06/02/2021_____


                                    By:  *Jennifer Arney*
                                    Jennifer Arney

                                    Transactions Manager

                                    JPMorgan Chase Bank, N.A.

# Exhibit A-2

1        DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2        I, Christine M Butler_____, hereby declare as follows:
                    (name)

3        1.   I am a duly authorized custodian of records for

4
    Comerica Bank_____ (the "Business Entity").  In that capacity, I am
5   (name of business entity)

6   knowledgeable about the matters set forth herein and I am qualified

    and authorized to make this declaration.
7

8             a.   My job title/position is:

9             b.   I have been employed in this capacity for

10  5 years_____ and by the Business Entity for  5 years_____.
        (duration)                                       (duration)

11            c.   My job duties are:  LPS Analyst

12

13

14
              d.   I am knowledgeable about the matters set forth herein
15
    and the relevant record-keeping practices of the Business Entity
16
    based upon (check all that apply):
17
        [×] Training.
18
        [×] Familiarity with relevant policy/policies.
19
        [x] Hands-on experience.
20
        [ ] Supervision of one or more others with hands-on experience.
21
        [ ] Other.  Describe:
22

23

24

25
        2.   Attached hereto or enclosed herewith are *originals/true and*
26
    *correct duplicates* of a record or records of a regularly conducted
27
    activity of the Business Entity named above.  for subpoena request #14502 for documents
28                                                  that were released on 09/11/2020.
                                                    See release letter.

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.   I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at ___Comerica Bank___,
                                                    (place document was signed)

17  on __05/06/2021__.
       (date document was signed)

18                                  _Christine M Butler_
                                    (signature)

19

20                                  Christine M Butler
                                    (typed or printed name)

21

22

23

24

25

26

27

28

2

Comerica Bank

September 10, 2020

Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd. Ste 1700
Los Angeles, CA 90024

**Subject**   **Case Name:**   **Secureline Realty and Funding Inc**
**File No.:**   **R 20 14502**
**Our Reference No.: L-20-2418**

Dear Justin Palmerton:

In response to the request served on Comerica Bank in the matter referenced above, enclosed are copies of the following bank records and/or information for the period(s) listed on the service:

**1) Loan Account No :** 8718308049
**Caption :**      Secureline Realty and Funding Inc
**Records and/or Information: Loan records and payment history for paycheck protection loan.**

**2) Account No :** 1894838935
**Caption :**      Secureline Realty and Funding Inc
**Records and/or Information: Bank statements, deposit with offset and canceled check.**

Due to Comerica Bank's policy regarding our customer's privacy, the first five digits of the Social Security and/or Tax Identification Number(s) have been redacted.

An examination of our files, based upon the information you provided, does not reveal any additional accounts and/or records for the period(s) listed on the service.

Please note the signature card for account 1894838935 is not available. I apologize for any inconvenience this may cause.

Thank you,

*Christine M Butler*

**Christine Butler**, LPS Analyst
CMBUTLER@comerica.com
Phone Number: (734) 632-3233
Fax Number: (734) 632-3472
Legal Processing Services - M/C 7546
P.O. Box 75000
Detroit, Michigan 48275

Confidential Information Subject to Protective Order

1      <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2      I,   <u>Lori Drummond</u>  , hereby declare as follows:

              (name)

3      1.  I am a duly authorized custodian of records for

4

  <u>Comerica Bank</u>  (the "Business Entity"). In that capacity, I am

5  (name of business entity)

knowledgeable about the matters set forth herein and I am qualified

6

and authorized to make this declaration.

7

8      a.  My job title/position is: Sr. LPS Analyst

9      b.  I have been employed in this capacity for

10  <u>9 years</u>  and by the Business Entity for  <u>33 years</u>.

    (duration)                         (duration)

11      c.  My job duties are:

12

13

14

15      d.  I am knowledgeable about the matters set forth herein

16 and the relevant record-keeping practices of the Business Entity

17 based upon (check all that apply):

18  [X] Training.

19  [x] Familiarity with relevant policy/policies.

20  [X] Hands-on experience.

21  [ ] Supervision of one or more others with hands-on experience.

22  [ ] Other. Describe:

23

24

25

26      2.  Attached hereto or enclosed herewith are *originals/true and*

27 *correct duplicates* of a record or records of a regularly conducted

28 activity of the Business Entity named above.

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4       3.   I certify that the attached record(s):

5           a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7           b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9           c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.   This declaration is executed at <u> Livonia, Michigan </u>,

                                            (place document was signed)

17  on <u> January 7, 2021 </u>.

        (date document was signed)

18                                        *Lori Drummond*

19                                        (signature)

20                                        Lori Drummond

                                      (typed or printed name)

21

22

23

24

25

26

27

28

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER   DOJ_PROD_0000116156

# Exhibit A-3

## WELLS FARGO BANK, N.A.
## BUSINESS RECORDS DECLARATION

**Wells Fargo Matter Number:  WF2020023949**

I, Bonnie Libby, declare:

1. I am a duly authorized and qualified witness to certify the authenticity of the attached records of Wells Fargo Bank, N.A. (hereinafter "Wells Fargo").

2. I am over the age of 18 years and competent to testify to the facts stated herein.

3. Wells Fargo reserves the right to designate another Custodian of Records as it deems appropriate in the event an actual appearance is required concerning the records produced.

4. The records produced are bates labeled WF000001 – WF000028.  These are copies of business records that are kept and maintained by Wells Fargo.

5. The copies of the business records provided are true copies of records maintained by Wells Fargo and are produced pursuant to the request for production of documents issued in the matter of: Grand Jury Subpoena for Green Label Nutrients.

6. These records were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records, and it was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit information therein to be included in such record.

7. The records enclosed may include copies of documents in the possession of Wells Fargo, but not necessarily created by Wells Fargo personnel or representatives.  If such documents are included, it is within the ordinary course of business for Wells Fargo to maintain said documents.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct on this 2nd day of September, 2020.


*Bonnie A. Libby*

Bonnie Libby
Wells Fargo Center
90 South 7th Street, N9305-179
Minneapolis, MN 55479

Confidential Information Subject to Protective Order



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Brian Dost, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24152403

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Signature Cards | XXXXXX7865 | 3 | 3 |
| Statements | XXXXXX7865 | 19 | 19 |
| Checks/Debits | XXXXXX7865 | 0 | 0 |
| All transactions requested are electronic and no images are available. | | | |
| Checks/Debits | XXXXXX2085 | 7 | 7 |
| Signature Cards | XXXXXX2085 | 3 | 3 |
| Deposits with offsets | XXXXXX7865 | 0 | 0 |
| All transactions requested are electronic and no images are available. | | | |
| Wire Automated | XXXXXX2085 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| WFAuto Applications | XXXXXX5209 | 3 | 3 |
| WFAuto Statements | XXXXXX5209 | 1 | 1 |
| Deposits with offsets | XXXXXX2085 | 5 | 5 |
| Wire Automated | XXXXXX7865 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX2085 | 30 | 30 |
| **Total Copies Delivered:** | | | **71** |

Additional comments: Unable to locate any records of safe deposit boxes under the name of Viktoria Kauichko.

Case No: 24152403; Agency Case No: R2015900

Confidential Information Subject To Protective Order          DOJ_PROD_0000005395

**Additional comments:**

The bank's standard record retention period is seven years.


I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 7th day of October, 2020, in the City of Tempe, State of ARIZONA.


Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.


Case No: 24152403; Agency Case No: R2015900

Confidential Information Subject To Protective Order

DOJ_PROD_0000005396



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Terry Holland, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24001974

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Wire Request | XXXXXX1754 | 0 | 0 |
| Unable to locate an wires for account number 3700601754 for the time frame requested. | | | |
| Deposits with offsets | XXXXXX1754 | 6 | 6 |
| Checks/Debits | XXXXXX1754 | 4 | 4 |
| Statements | XXXXXX1754 | 24 | 24 |
| Signature Cards | XXXXXX1754 | 6 | 6 |
| | | **Total Copies Delivered:** | **40** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 3rd day of September, 2020, in the City of Tempe, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 24001974; Agency Case No: Not Provided

1 of 1

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Eli Tully, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A)  Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)  It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)  The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 23757370

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Large Currency | XXXXXX8120 | 3 | 3 |
| Wire Automated | XXXXXX0817 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX3957 | 11 | 11 |
| Signature Cards | XXXXXX3517 | 4 | 4 |
| Large Currency | XXXXXX3335 | 14 | 14 |
| Account Balance | XXXXXX3517 | 0 | 0 |
| Account 8763003517 balance as of 07/01/02 as $0.00. | | | |
| Signature Cards | XXXXXX3335 | 2 | 2 |
| Deposits with offsets | XXXXXX3517 | 2 | 2 |
| Wire Automated | XXXXXX3517 | 1 | 1 |
| Large Currency | XXXXXX3517 | 0 | 0 |
| Unable to locate large currency for the time frame requested. | | | |
| Account Balance | XXXXXX3957 | 0 | 0 |
| Account 8717873957 balance as of 07/01/20 as $0.00. | | | |
| Statements | XXXXXX8120 | 8 | 8 |
| Account Balance | XXXXXX6148 | 0 | 0 |
| Account 7921356148 balance as of 07/01/20 as $0.00. | | | |
| Account Balance | XXXXXX8120 | 0 | 0 |
| Account 6131808120 balance as of 07/01/20 is approximately $32955.57. | | | |

Case No: 23757370; Agency Case No: Not Provided

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000070711

| | | | |
|---|---|--:|--:|
| Deposits with offsets | XXXXXX8120 | 15 | 15 |
| Statements | XXXXXX0817 | 11 | 11 |
| Statements | XXXXXX3517 | 16 | 16 |
| Large Currency | XXXXXX6148 | 0 | 0 |
| Unable to locate large currency for the time frame requested. | | | |
| Wire Automated | XXXXXX3335 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| XCC Statements | XXXXXXXXXXXX5283 | 4 | 4 |
| Checks/Debits | XXXXXX6148 | 3 | 3 |
| Account Balance | XXXXXX3335 | 0 | 0 |
| Account 6130263335 balance as of 07/01/20 is approximately $10,471.51. | | | |
| Wire Automated | XXXXXX6148 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX0817 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX3517 | 24 | 24 |
| SARS | | 4 | 4 |
| SARS will follow | | | |
| Signature Cards | XXXXXX0817 | 0 | 0 |
| Signature card combined with account ending in -3957 | | | |
| Statements | XXXXXX8054 | 38 | 38 |
| Signature Cards | XXXXXX8120 | 4 | 4 |
| Large Currency | XXXXXX8054 | 0 | 0 |
| Unable to locate large currency for the time frame requested. | | | |
| Account Balance | XXXXXX8054 | 0 | 0 |
| Account 6282618054 balance as of 07/01/2020 $0.00 | | | |
| Signature Cards | XXXXXX6148 | 3 | 3 |
| Checks/Debits | XXXXXX3335 | 8 | 8 |
| Wire Automated | XXXXXX8054 | 2 | 2 |
| Signature Cards | XXXXXX8054 | 2 | 2 |
| Wire Automated | XXXXXX3957 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX8120 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX0817 | 0 | 0 |

Case No: 23757370; Agency Case No: Not Provided

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000070712

| | | | |
|---|---|---|---|
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX8054 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX3957 | 15 | 15 |
| Checks/Debits | XXXXXX8120 | 5 | 5 |
| Deposits with offsets | XXXXXX3335 | 3 | 3 |
| Deposits with offsets | XXXXXX6148 | 9 | 9 |
| Deposits with offsets | XXXXXX8054 | 15 | 15 |
| Account Balance | XXXXXX0817 | 0 | 0 |
| Account 6663400817 balance as of 07/01/20 as $0.00. | | | |
| Statements | XXXXXX3335 | 9 | 9 |
| Deposits with offsets | XXXXXX3957 | 10 | 10 |
| Signature Cards | XXXXXX3957 | 4 | 4 |
| Statements | XXXXXX6148 | 20 | 20 |

**Total Copies Delivered:** **269**

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.  Executed on this 10th day of July, 2020, in the City of Tempe, State of ARIZONA.

_[signature]_

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 23757370; Agency Case No: Not Provided

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000070713

Case Number   Document ID   Research ID   Document Type Description
File Name
-----------   -----------   -----------   -------------------------          ---------
23757370      5247730       23757832      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_8120_Doc_ID_5247730.pdf
23757370      5247731       23757780      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_3335_Doc_ID_5247731.pdf
23757370      5247732       23757821      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_6148_Doc_ID_5247732.pdf
23757370      5247734       23757826      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_3517_Doc_ID_5247734.pdf
23757370      5247737       23757809      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_3957_Doc_ID_5247737.pdf
23757370      5247736       23757833      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_8120_Doc_ID_5247736.pdf
23757370      5247714       23757828      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_3517_Doc_ID_5247714.pdf
23757370      5247716       23757781      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_3335_Doc_ID_5247716.pdf
23757370      5247720       23757810      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_3957_Doc_ID_5247720.pdf
23757370      5247722       23757816      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_8054_Doc_ID_5247722.pdf
23757370      5247728       23757822      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_6148_Doc_ID_5247728.pdf
23757370      5245782                     Legal Doc
Legal_Doc_Doc_ID_5245782_d9a4f73590a449c2aab3a26f8db19a00.pdf
23757370      5282518       23757937      Miscellaneous Doc
Miscellaneous_Doc_Account_Last_Four_Numbers_8120_Doc_ID_5282518_9968c8f15cdc4b
f8bc4705a81fc529f2.pdf
23757370      5282664       23757947      Miscellaneous Doc
Miscellaneous_Doc_Account_Last_Four_Numbers_3335_Doc_ID_5282664_9cb2edcf8afb40f
98250cf9ab73752dd.pdf
23757370      5283971                     Records Delivered
Records_Delivered_Doc_ID_5283971_f4ed58ef4b5d45e8839360b1f4837ec1.pdf
23757370      5246598                     Signature Cards
Signature_Cards_f8e99863258f4fa3a14b506407e9ad18.pdf
23757370      5246602                     Signature Cards
Signature_Cards_29d82c81149a4498a1af8c2188d88c6b.pdf
23757370      5246611                     Signature Cards
Signature_Cards_a2a1be7b64b2400d8b940a8b3e7d5042.pdf
23757370      5246614                     Signature Cards
Signature_Cards_40ba36cdcbe64395809e819393b07655.pdf
23757370      5246615                     Signature Cards
Signature_Cards_c3d4b03dbc994aed87f33de40faee3e8.pdf
23757370      5246621                     Signature Cards
Signature_Cards_67d14bd34e8e4de8b9f62a93e2fd06e8.pdf
23757370      5258126       23757769      Statements
Statements_Account_Last_Four_Numbers_5283_Doc_ID_5258126_077d7eae9fd548929a3e

bc4a40923250.pdf
23757370      5247706      23757834      Statements
Statements_Account_Last_Four_Numbers_8120_Doc_ID_5247706.pdf
23757370      5247707      23757806      Statements
Statements_Account_Last_Four_Numbers_0817_Doc_ID_5247707.pdf
23757370      5247708      23757829      Statements
Statements_Account_Last_Four_Numbers_3517_Doc_ID_5247708.pdf
23757370      5247709      23757783      Statements
Statements_Account_Last_Four_Numbers_3335_Doc_ID_5247709.pdf
23757370      5247710      23757811      Statements
Statements_Account_Last_Four_Numbers_3957_Doc_ID_5247710.pdf
23757370      5247711      23757817      Statements
Statements_Account_Last_Four_Numbers_8054_Doc_ID_5247711.pdf
23757370      5247712      23757823      Statements
Statements_Account_Last_Four_Numbers_6148_Doc_ID_5247712.pdf
23757370      5246349      23757830      Wire Request
Wire_Request_Account_Last_Four_Numbers_3517_Doc_ID_5246349_b04e12acf1e74aafb4
efcf3d68189c83.pdf
23757370      5246366      23757818      Wire Request
Wire_Request_Account_Last_Four_Numbers_8054_Doc_ID_5246366_048503ba31fd4ce086
4097ad3d8797d1.pdf
23757370                   Miscellaneous Doc
E:\LDFC\23757\23757370\256211\Processed\289045\23757370\Transactions.dat

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Brian Dost, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

   A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

   B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

   C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24438534

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Wire Automated | XXXXXX5700 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX5700 | 4 | 4 |
| Large Currency | XXXXXX5700 | 0 | 0 |
| Unable to locate Large Currency Transaction Reports for customer and period requested. | | | |
| Deposits with offsets | XXXXXX5700 | 0 | 0 |
| All transactions requested are electronic and no images are available. | | | |
| Checks/Debits | XXXXXX5700 | 4 | 4 |
| Certified Checks | XXXXXX5700 | 0 | 0 |
| Unable to locate any certified checks for the time frame requested. | | | |
| SARS | | 0 | 0 |
| Unable to locate any SARS for time frame 05/18/2020 to 11/18/2020. | | | |
| Statements | XXXXXX5700 | 26 | 26 |
| **Total Copies Delivered:** | | | **34** |

Additional comments: Unable to locate any safe deposit box records under the name of Mykhail Diuzhenko.

### Additional comments:

The bank's standard record retention period is seven years.

Case No: 24438534; Agency Case No: R2102133

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000078233

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.  Executed on this 4th day of December, 2020, in the City of Tempe, State of ARIZONA.

_____

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 24438534; Agency Case No: R2102133

2 of 2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000078234



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Terry Holland, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24493556

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Checks/Debits | XXXXXX7900 | 33 | 33 |
| Wire Automated | XXXXXX7900 | 1 | 1 |
| Statements | XXXXXX7900 | 66 | 66 |
| Signature Cards | XXXXXX5076 | 7 | 7 |
| Wire Automated | XXXXXX5076 | 11 | 11 |
| Signature Cards | XXXXXX7900 | 4 | 4 |
| Deposits with offsets | XXXXXX5076 | 186 | 186 |
| Checks/Debits | XXXXXX5076 | 76 | 76 |
| Deposits with offsets | XXXXXX7900 | 34 | 34 |
| Statements | XXXXXX5076 | 121 | 121 |
| | | **Total Copies Delivered:** | **539** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 10th day of December, 2020, in the City of Tempe, State of ARIZONA.

_Holland_

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 24493556; Agency Case No: R2103116

1 of 1

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000078596

```
Case Number   Document ID   Research ID   Document Type Description
File Name
-----------   -----------   -----------   -------------------------          ---------
24493556      6011942       24493710      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_5076_Doc_ID_6011942.pdf
24493556      6011945       24493704      Checks_Debits
Checks_Debits_Account_Last_Four_Numbers_7900_Doc_ID_6011945.pdf
24493556      6011943       24493711      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_5076_Doc_ID_6011943.pdf
24493556      6011940       24493705      Deposits with offsets
Deposits_with_offsets_Account_Last_Four_Numbers_7900_Doc_ID_6011940.pdf
24493556      6009047                     Legal Doc
Legal_Doc_Doc_ID_6009047.pdf
24493556      6014309                     Records Delivered
Records_Delivered_Doc_ID_6014309.pdf
24493556      6009437                     Signature Cards
Signature_Cards_Doc_ID_6009437.pdf
24493556      6009442                     Signature Cards
Signature_Cards_Doc_ID_6009442.pdf
24493556      6009455                     Signature Cards
Signature_Cards_Doc_ID_6009455.pdf
24493556      6011941       24493706      Statements
Statements_Account_Last_Four_Numbers_7900_Doc_ID_6011941.pdf
24493556      6011944       24493712      Statements
Statements_Account_Last_Four_Numbers_5076_Doc_ID_6011944.pdf
24493556      6009432       24493709      Wire Request
Wire_Request_Account_Last_Four_Numbers_7900_Doc_ID_6009432.pdf
24493556      6009435       24493713      Wire Request
Wire_Request_Account_Last_Four_Numbers_5076_Doc_ID_6009435.pdf
24493556                                  Miscellaneous Doc
E:\LDFC\24493\24493556\280982\Processed\319433\24493556\Transactions.dat
```

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Terry Holland, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24629982

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX1754 | 27 | 27 |
| Checks/Debits | XXXXXX1754 | 5 | 5 |
| Wire Automated | XXXXXX1754 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX1754 | 11 | 11 |
| Signature Cards | XXXXXX1754 | 6 | 6 |
| Note to Client | | 0 | 0 |
| Unable to locate account number 8763003517 within the requested time frame. | | | |
| | | **Total Copies Delivered:** | **49** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 15th day of January, 2021, in the City of Tempe, State of ARIZONA.

Holland

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 24629982; Agency Case No: Not Provided

1 of 1

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Case Number | Document ID | Research ID | Document Type Description | File Name |
|-------------|-------------|-------------|--------------------------|-----------|
| 24629982 | 6144047 | 24630161 | Checks_Debits | |

Checks_Debits_Account_Last_Four_Numbers_1754_Doc_ID_6144047.pdf

| 24629982 | 6144048 | 24630162 | Deposits with offsets | |

Deposits_with_offsets_Account_Last_Four_Numbers_1754_Doc_ID_6144048.pdf

| 24629982 | 6143951 | | Legal Doc | |

Legal_Doc_Doc_ID_6143951.pdf

| 24629982 | 6144100 | | Records Delivered | |

Records_Delivered_Doc_ID_6144100.pdf

| 24629982 | 6144079 | 24630826 | Signature Cards | |

Signature_Cards_Account_Last_Four_Numbers_1754_Doc_ID_6144079.pdf

| 24629982 | 6144049 | 24630163 | Statements | |

Statements_Account_Last_Four_Numbers_1754_Doc_ID_6144049.pdf

| 24629982 | | | Miscellaneous Doc | |

E:\LDFC\24629\24629982\285845\Processed\325135\24629982\Transactions.dat

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000091458

## WELLS FARGO BANK, N.A.
## BUSINESS RECORDS DECLARATION

**Wells Fargo Matter Number:  WF2020018680**


I, Bonnie Libby, declare:

1.  I am a duly authorized and qualified witness to certify the authenticity of the attached records of Wells Fargo Bank, N.A. (hereinafter "Wells Fargo").

2.  I am over the age of 18 years and competent to testify to the facts stated herein.

3.  Wells Fargo reserves the right to designate another Custodian of Records as it deems appropriate in the event an actual appearance is required concerning the records produced.

4.  The records produced are bates labeled WF000001 – WF000002.  These are copies of business records that are kept and maintained by Wells Fargo.

5.  The copies of the business records provided are true copies of records maintained by Wells Fargo and are produced pursuant to the request for production of documents issued in the matter of: Federal Grand Jury Subpoena.

6.  These records were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records, and it was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit information therein to be included in such record.

7.  The records enclosed may include copies of documents in the possession of Wells Fargo, but not necessarily created by Wells Fargo personnel or representatives.  If such documents are included, it is within the ordinary course of business for Wells Fargo to maintain said documents.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct on this 27th day of May, 2021.


*Bonnie A. Libby*

Bonnie Libby
Wells Fargo Center
90 South 7th Street, N9305-179
Minneapolis, MN 55479

## WELLS FARGO BANK, N.A.
## BUSINESS RECORDS DECLARATION

**Wells Fargo Matter Number:  WF2020018680**

I, Bonnie Libby, declare:

1. I am a duly authorized and qualified witness to certify the authenticity of the attached records of Wells Fargo Bank, N.A. (hereinafter "Wells Fargo").

2. I am over the age of 18 years and competent to testify to the facts stated herein.

3. Wells Fargo reserves the right to designate another Custodian of Records as it deems appropriate in the event an actual appearance is required concerning the records produced.

4. The records produced are bates labeled WF000003 – WF000012.  These are copies of business records that are kept and maintained by Wells Fargo.

5. The copies of the business records provided are true copies of records maintained by Wells Fargo and are produced pursuant to the request for production of documents issued in the matter of: Federal Grand Jury Subpoena.

6. These records were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records, and it was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit information therein to be included in such record.

7. The records enclosed may include copies of documents in the possession of Wells Fargo, but not necessarily created by Wells Fargo personnel or representatives.  If such documents are included, it is within the ordinary course of business for Wells Fargo to maintain said documents.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct on this 1st day of June, 2021.

*Bonnie A. Libby*

Bonnie Libby
Wells Fargo Center
90 South 7th Street, N9305-179
Minneapolis, MN 55479

Exhibit A-4

Bank of America Legal Order Processing
Regarding reference number: #21-02060
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-21-02060-DOJ-0000001 to BOA-21-02060-DOJ-0000152

3.) <u>Production.</u>
  X    The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                         OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C. Rash
Digitally signed by Sean
C. Rash
Date: 2021.02.26 16:02:12
-05'00'

Date:_____2.26.21_____  Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #21-02110
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**
BOA-21-02110-DOJ-0000001 to BOA-21-02110-DOJ-0000078

3.) <u>Production.</u>
  X    The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                            OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:   2.26.21        Signature: Sean C. Rash

Digitally signed by
Sean C. Rash
Date: 2021.02.26
16:03:56 -05'00'

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Bank of America Legal Order Processing
Regarding reference number: #R 21 00199
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

### Additional Comments:

BOA-00199-DOJ-0000001 to BOA-00199-DOJ-0000190

3.) Production.
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                      OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C. Rash

Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:28:25 -05'00'

Date:_____2.26.21_____ Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #02823
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

## DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, SEAN RASH, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-02823-DOJ-0000001 to BOA-02823-DOJ-0000018

3.) <u>Production.</u>
  X_____The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                             OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:_____2.26.21_____Signature:_____
Sean C. Rash
Digitally signed by Sean C. Rash
Date: 2021.02.26 15:31:55 -05'00'

Bank of America Legal Order Processing
Regarding reference number: #12792, #12793,
#12794
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-12793-DOJ-0000001 to BOA-12793-DOJ-0000467

3.) <u>Production.</u>
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                        OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C. Rash
Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:38:33 -05'00'

Date:   2.26.21        Signature:_____

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Bank of America Legal Order Processing
Regarding reference number: #13554, #13555
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-13554-DOJ-0000001 to BOA-13554-DOJ-0000211

3.) <u>Production.</u>
  X      The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                            OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C.
Rash

Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:41:23 -05'00'

Date:_____2.26.21_____ Signature:_____

DOJ_PROD_0000095026

Bank of America Legal Order Processing
Regarding reference number: #13673
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

### Additional Comments:

BOA-13673-DOJ-0000001 to BOA-13673-DOJ-0000515

3.) <u>Production.</u>
  __X__ The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                                            OR
  _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C. Rash
Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:46:09 -05'00'

Date: _____2.26.21_____ Signature: _____

Bank of America Legal Order Processing
Regarding reference number: #14491
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-14491-DOJ-0000001 to BOA-14491-DOJ-0000083

3.) <u>Production.</u>
  X_____The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C.
Rash
    Digitally signed by
    Sean C. Rash
    Date: 2021.02.26
    15:48:14 -05'00'

Date:___2.26.21_____Signature:_____

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Bank of America Legal Order Processing
Regarding reference number: #15519
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-15519-DOJ-0000001 to BOA-15519-DOJ-0000044

3.) <u>Production.</u>
  X_____The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                                                              OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C. Rash
Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:55:01 -05'00'

Date:_____2.26.21_____ Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #15753
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-15753-DOJ-0000001 to BOA-15753-DOJ-0000406

3.) <u>Production.</u>
   __X____The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                           OR
   _____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C.
Rash
Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:56:43 -05'00'

Date:___2.26.21_____Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #15755
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-15755-DOJ-0000001 to BOA-15755-DOJ-0000064

3.) <u>Production.</u>
  X      The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                       OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C.
Rash
     Digitally signed by
Sean C. Rash
Date: 2021.02.26
15:57:57 -05'00'

Date:_____2.26.21_____Signature:_____

DOJ_PROD_0000095035

Bank of America Legal Order Processing
Regarding reference number: #15756
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

## DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Sean Rash, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

BOA-15756-DOJ-0000001 to BOA-15756-DOJ-0000035

3.) Production.
 X_____The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                              OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Sean C. Rash    Digitally signed by Sean
                C. Rash
                Date: 2021.02.26 15:59:43
                -05'00'

Date:____2.26.21_____Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #3248
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:


BOA-3248-DOJ-0000001- BOA-3248-DOJ-0000143

3.) <u>Production.</u>
  X_____ The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                                    OR
  _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Brittany DAmore
Digitally signed by Brittany DAmore
Date: 2021.03.01
11:25:57 -05'00'

Date:03/01/2021  Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #03249
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA-3249-DOJ-0000001- BOA-3249-DOJ-0000142

3.) <u>Production.</u>

  X    The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Brittany DAmore
Digitally signed by Brittany DAmore
Date: 2021.03.01 11:33:09 -05'00'

Date:03/01/2021  Signature:_____

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Bank of America Legal Order Processing
Regarding reference number: #04712
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I,  Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:


BOA-04712-DOJ-0000001- BOA-04712-DOJ-0000112


3.) <u>Production.</u>
  X        The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                        OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Brittany DAmore
Digitally signed by
Brittany DAmore
Date: 2021.03.01
11:52:08 -05'00'

Date:03/01/2021  Signature:_____

Bank of America Legal Order Processing
Regarding reference number: #05639
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I,Brittany D'Amore am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:


BOA-05639-DOJ-0000001 - BOA-05639-DOJ-0000024


3.) <u>Production.</u>
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Brittany DAmore
Digitally signed by
Brittany DAmore
Date: 2021.03.01
11:58:22 -05'00'

Date:03/01/2021_Signature:_____

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Bank of America Legal Order Processing
Regarding reference number: #21-02110
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:


BOA-21-02110-DOJ-0000086


3.) <u>Production.</u>
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR

        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Brittany DAmore
Digitally signed by Brittany DAmore
Date: 2021.03.07 21:43:47 -05'00'

Date:03/07/2021__Signature:_____

Bank of America Legal Order Processing Regarding
reference number: #21-02110
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA-21-02110-0000082 to BOA-02110-0000085

3.) <u>Production.</u>
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                      OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _05/31/2021___   Signature: _____

Brittany DAmore
Digitally signed by Brittany DAmore
Date: 2021.05.31 15:20:44 -04'00'

DOJ_PROD_0000164999

Bank of America Legal Order Processing Regarding
reference number: #15753
Court case number:
Court or issuer: United States Attorney's Office
for the Central District of California
Court case name:

DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA- 15753-DOJ-0000408 to BOA-15753-DOJ-0000413

3.) <u>Production.</u>
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                 OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:  06/01/2021    Signature:  Brittany DAmore

Brittany DAmore
Digitally signed by
Brittany DAmore
Date: 2021.06.01
13:17:52 -04'00'

# Exhibit A-5

## <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, Chandra Bunbury, hereby declare as follows:

1.    I am a duly authorized custodian of records for U.S. Bank National Association, and its affiliated and predecessor corporations (the "Business Entity").  In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

a.  My job title/position is:  Legal Records Coordinator

b.  I have been employed in this capacity for 8 years and 8 months and by the Business Entity for 10 years and 5 months.

c.  My job duties are:

Researching bank databases, requesting records, retrieving data and coordinating productions on behalf of the bank for third party legal matters.

d.  I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[X] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[X] Other.  Describe: With regards to spreadsheet records related to U.S. Bank National Association's ACAPS and Apply systems, the information provided by colleagues who directly collected the bank records.

DOJ_PROD_0000162836

2.      The records produced on the indicated dates listed below, in response to the indicated subpoenas listed below, and within the indicated bates ranges listed in the below chart are true and correct duplicates of a record or records of a regularly conducted activity of the Business Entity named above.

| Date Produced | Subpoena No. | Beginning Bates No. | Ending Bates No. |
|---|---|---|---|
| 8/18/2020 | #13261 | USB13261-01-0000001 | USB13261-01-0000062 |
| 9/8/2020 | #14208 | USB14208-01-0000001 | USB14208-01-0001567 |
| 9/18/2020 | #14212<br>#14214 | USB14212-01-0000001<br>USB14214-01-0000001 | USB14212-01-0000230<br>USB14214-01-0000205 |
| 10/7/2020 | #14897<br>#14905<br>#14908 | USB14897-01-0000001<br>USB14905-01-0000001<br>USB14908-01-0000001 | USB14897-01-0000145<br>USB14905-01-0000124<br>USB14908-01-0000103 |
| 11/3/2020 | #00217 | USB00217-01-0000001 | USB00217-01-0000033 |
| 11/18/2020 | #15949<br>#14208 | USB15949-01-0000001 | USB15949-01-0000049 |
| 12/21/2020 | #02083 | USB02083-01-0000001 | USB02083-01-0000104 |
| 1/13/2021 | #03318 | USB3318-01-0000001 | USB3318-01-0000068 |
| 1/26/2021 | #04495 | USB4495-01-0000001 | USB4495-01-0000229 |
| 2/9/2021 | #02083 | USB02083-02-0000001 | USB02083-02-0000034 |
| 2/20/2021 | #04721 | USB4721-01-0000001 | USB4721-01-0000040 |
| 3/4/2021 | #05110 | USB5110-01-0000001 | USB5110-01-0000960 |
| 3/8/2021 | #05121<br>#05124 | USB5121-01-0000001<br>USB5124-01-0000001 | USB5121-01-0000480<br>USB5124-01-0000692 |
| 3/10/2021 | #04495<br>#04489 | USB4495-02-0000001<br>USB14897-01-0000001 | USB4495-02-0000001<br>USB14897-01-0000001 |
| 4/2/2021 | #04495<br>#05710<br>#05711<br>#05928<br>#14905 | USB4495-02-0000001<br>USB5710-01-0000001<br>USB5711-01-0000001<br>USB05928-01-0000001<br>USB14905-02-0000001 | USB4495-02-0000001<br>USB5710-01-0000854<br>USB5711-01-0001935<br>USB05928-01-0000153<br>USB14905-02-0000020 |

3.     I certify that the records referenced above:

a.     were made at or near the time of the occurrence of the matters set forth therein,

b.     were made by, or from information transmitted by, a person with knowledge of those matters;

c.     were kept in the course of the regularly conducted activity of the Business Entity;

d.     were made by and in the course of the regularly conducted activity as a regular practice;

e.     if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at  Minneapolis, Minnesota on May 7, 2021.

 /s/ Chandra Bunbury
Signature

Chandra Bunbury
Print Name

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Exhibit A-6

**For Capital One Use Only**
File Nos. 2020058480

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1. I, the below-signed Declarant, am an adult citizen of the United States of America.

2. This Declaration is made in conjunction with Capital One's response to the subpoenas, search warrant, summons, or legal request issued by **Julian L. Andre, AUSA** in the matter of **Grand Jury Subpoena No. R 21 03251**, dated **December 11, 2020** ("**Subpoena**").

3. The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4. I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

   a) Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

   c) Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

Karen Parsons  Digitally signed by Karen Parsons
                Date: 2021.01.21 14:44:49 -05'00'

_____          _____1/21/2021_____
Signature of Declarant                     Date of Declaration

Karen Parsons

_____
Printed Name of Declarant

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000137095

**For Capital One Use Only**
File Nos. 2020058480

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1.  I, the below-signed Declarant, am an adult citizen of the United States of America.

2.  This Declaration is made in conjunction with Capital One's response to the subpoenas, search warrant, summons, or legal request issued by **Julian L. Andre, AUSA** in the matter of **Grand Jury Subpoena No. R 21 03251**, dated **December 11, 2020** ("**Subpoena**").

3.  The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4.  I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

    a)  Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

    c)  Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

Karen Parsons
Digitally signed by Karen Parsons
Date: 2021.01.22 11:08:11 -05'00'

_____                    ___1/22/2021___
Signature of Declarant                              Date of Declaration

Karen Parsons

_____
Printed Name of Declarant

*For Capital One Use Only*
File Nos. 2020058480

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1. I, the below-signed Declarant, am an adult citizen of the United States of America.

2. This Declaration is made in conjunction with Capital One's response to the subpoenas, search warrant, summons, or legal request issued by **Julian L. Andre, AUSA** in the matter of **Grand Jury Subpoena No. R 21 03251**, dated **December 11, 2020** ("**Subpoena**").

3. The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4. I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

    a) Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b) Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

    c) Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

Karen Parsons
Digitally signed by Karen Parsons
Date: 2021.01.22 15:17:23
-05'00'

_____
Signature of Declarant

_____
1/22/2021
Date of Declaration

Karen Parsons

_____
Printed Name of Declarant

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**For Capital One Use Only**
File Nos. 2020058480

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1. I, the below-signed Declarant, am an adult citizen of the United States of America.

2. This Declaration is made in conjunction with Capital One's response to the subpoenas, search warrant, summons, or legal request issued by **Julian L. Andre, AUSA** in the matter of **Grand Jury Subpoena No. R 21 03251**, dated **December 11, 2020** ("**Subpoena**").

3. The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4. I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

   a) Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

   c) Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

Karen Parsons
Digitally signed by Karen Parsons
Date: 2021.01.22 11:08:11 -05'00'

_____
Signature of Declarant

_____1/22/2021_____
Date of Declaration

Karen Parsons

_____
Printed Name of Declarant

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**For Capital One Use Only**
File Nos. 2021061408

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1. I, the below-signed Declarant, am an adult citizen of the United States of America.

2. This Declaration is made in conjunction with Capital One's response to the subpoenas, search warrant, summons, or legal request issued by **Julian L. Andre, AUSA** in the matter of **Case No. R 21 05177,** dated **February 3, 2021** ("**Subpoena**").

3. The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4. I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

   a) Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

   c) Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

Karen Parsons   Digitally signed by Karen Parsons
Date: 2021.02.08 09:25:26 -05'00'

_____                    ____2/8/2021____
Signature of Declarant                                        Date of Declaration

Karen Parsons

_____
Printed Name of Declarant

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1. I, the below-signed Declarant, am an adult citizen of the United States of America.

2. This Declaration is made in conjunction with Capital One's response to the subpoena issued by **the United States Attorney's Office for the Central District of California** in the matter of **Confidential Federal Grand Jury Subpoena dated October 19, 2020 ("Subpoena").**

3. The documents attached hereto represent such information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and is a true and accurate representation of the information reflected in Capital One's systems of record.

4. I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

   a) Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

   c) Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

John Allen
Digitally signed by John Allen
Date: 2021.05.21
14:41:24 -05'00'

_____
Signature of Declarant

05/21/2021
_____
Date of Declaration

John Allen
_____
Printed Name of Declarant

DOJ_PROD_0000163606

Exhibit A-7



**BANK OF THE WEST**
**BNP PARIBAS**

November 20, 2020

Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Drive #1700
Los Angeles, CA  90024
SENT VIA ELECTRONIC MAIL ONLY TO: JPALMERTON@FBI.GOV

RE:   **Legal Order** -- CA Federal Grand Jury
      **In the matter of:** Misak Arakelyan, et al.
      **Call No:** R 21 02471

To Whom It May Concern:

Enclosed are documents in connection with the above matter in response to the California Federal Grand Jury subpoena served on Bank of the West.

Should you have any questions in regard to this matter, please contact us at (402) 918-1250 option 2 or at the mailing address listed below.

Sincerely,

Don Store
Operations Coordinator II
Fax # 402-918-6582

Log Number: 112020000001

Branch Service Center
PO Box 2573, Omaha, NE 68103

Equal Housing Lender. 🏠 Member FDIC.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Don Storc_ , hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

_Bank of the West_ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.   My job title/position is:  Operations Coordinator II

b.   I have been employed in this capacity for

_172 months_ and by the Business Entity for _178 months_,
(duration)                                      (duration)

c.   My job duties are:

Providing account documentation for subpoena research requests.

d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[&] Training.

[&] Familiarity with relevant policy/policies.

[&] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~/true and

correct duplicates of a record or records of a regularly conducted

activity of the Business Entity named above.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.   I certify that the attached record(s):

5             a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7             b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9             c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11            d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13            e.   if not original records, are exact duplicates of

14  original records.

15       I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at ___Omaha, NE_____,

                                                        (place document was signed)

17  on ___November 20, 2020_____.

              (date document was signed)

18                                          _____

                                                        (signature)

19

20                                          Don Storc

                                            _____

                                                (typed or printed name)

21

22

23

24

25

26

27

28

2



**BANK OF THE WEST**
**BNP PARIBAS**

November 25, 2020

Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Drive #1700
Los Angeles, CA  90024
SENT VIA ELECTRONIC MAIL ONLY TO: JPALMERTON@FBI.GOV

RE:     **Legal Order** – CA Federal Grand Jury
        **In the matter of:** Misak Arakelyan, et al.
        **Call No:** R 21 02471

To Whom It May Concern:

Enclosed are documents in connection with the above matter in response to the California Federal Grand
Jury subpoena served on Bank of the West.

Should you have any questions in regard to this matter, please contact us at (402) 918-1250 option 2 or at
the mailing address listed below.

Sincerely,

Don Store
Operations Coordinator II
Fax # 402-918-6582

Log Number: 112020000001

Branch Service Center
PO Box 2573, Omaha, NE 68103

Equal Housing Lender. 🏠 Member FDIC.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, ___Don Storc___, hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

___Bank of the West___ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

      a.   My job title/position is:  Operations Coordinator II

      b.   I have been employed in this capacity for

___172 months___ and by the Business Entity for ___178 months___.
(duration)                                                              (duration)

      c.   My job duties are:

Providing account documentation for subpoena research requests.


      d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[*] Training.

[*] Familiarity with relevant policy/policies.

[*] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:



2.   Attached hereto or enclosed herewith are originals/true and

correct duplicates of a record or records of a regularly conducted

activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein,

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at ___Omaha, NE___,
                                                 (place document was signed)
on ___November 25, 2020___.
    (date document was signed)

                                 (signature)

                               Don Storc
                               (typed or printed name)

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



January 11, 2021

Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd. #1700
Los Angeles, CA  90024
SENT VIA ELECTRONIC MAIL ONLY TO: JPALMERTON@FBI.GOV

RE:     **Legal Order** – CA Federal Grand Jury
        **In the matter of:** Liudmyla Kopytova LK Design, et al.
        **Call No:** R 21 03250

To Whom It May Concern:

Enclosed are documents in connection with the above matter in response to the California Federal Grand Jury subpoena served on Bank of the West.

Should you have any questions in regard to this matter, please contact us at (402) 918-1250 option 2 or at the mailing address listed below.

Sincerely,

Don Store
Operations Coordinator II
Fax # 402-918-6582

Log Number: 121720000009

Branch Service Center
PO Box 2573, Omaha, NE 68103

Equal Housing Lender. ⌂ Member FDIC.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, __Don Storc_____, hereby declare as follows:
    (name)

1.  I am a duly authorized custodian of records for

__Bank of the West____ (the "Business Entity"). In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

        a.   My job title/position is:   Operations Coordinator II

        b.   I have been employed in this capacity for

__174 months____ and by the Business Entity for __180 months____.
    (duration)                                      (duration)

        c.   My job duties are:


    Providing account documentation for subpoena research requests.


        d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

        [§] Training.

        [§] Familiarity with relevant policy/policies.

        [§] Hands-on experience.

        [ ] Supervision of one or more others with hands-on experience.

        [ ] Other. Describe:




    2.   Attached hereto or enclosed herewith are ~~originals~~/true and

correct duplicates of a record or records of a regularly conducted

~~activity~~ of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

3.    I certify that the attached record(s):

a.    was/were made at or near the time of the occurrence of the matters set forth therein,

b.    was/were made by, or from information transmitted by, a person with knowledge of those matters;

c.    was/were kept in the course of the regularly conducted activity of the Business Entity;

d.    was/were made by and in the course of the regularly conducted activity as a regular practice;

e.    if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at ___Omaha, NE_____,
                                                                (place document was signed)
on ___January 11, 2021_____.
      (date document was signed)

_____
(signature)

Don Storc
_____
(typed or printed name)

2



**BANK OF THE WEST**
**BNP PARIBAS**

November 25, 2020

Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Drive #1700
Los Angeles, CA  90024
SENT VIA ELECTRONIC MAIL ONLY TO: JPALMERTON@FBI.GOV

**RE:**    **Legal Order** – CA Federal Grand Jury
           **In the matter of:** Misak Arakelyan, et al.
           **Call No:** R 21 02471

To Whom It May Concern:

Enclosed are documents in connection with the above matter in response to the California Federal Grand Jury subpoena served on Bank of the West.

Should you have any questions in regard to this matter, please contact us at (402) 918-1250 option 2 or at the mailing address listed below.

Sincerely,

Don Storc
Operations Coordinator II
Fax # 402-918-6582

Log Number: 112020000001

Branch Service Center
PO Box 2573, Omaha, NE 68103

Equal Housing Lender. 🏠 Member FDIC.



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1    **DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD**

2    I, _____Don Storc_____, hereby declare as follows:
                (name)

3    1.    I am a duly authorized custodian of records for

4    _____Bank of the West_____ (the "Business Entity"). In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7            a.    My job title/position is:   Operations Coordinator II

8            b.    I have been employed in this capacity for

9    
10   _____172 months_____ and by the Business Entity for _____178 months_____.
        (duration)                                          (duration)

11           c.    My job duties are:

12           Providing account documentation for subpoena research requests.

13

14           d.    I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17       [✓] Training.

18       [✓] Familiarity with relevant policy/policies.

19       [✓] Hands-on experience.

20       [ ] Supervision of one or more others with hands-on experience.

21       [ ] Other.   Describe:

22

23

24

25   2.    Attached hereto or enclosed herewith are ~~originals~~/*true and*

26   *correct duplicates of* a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein,

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at ___Omaha, NE___,
(place document was signed)

on ___November 25, 2020___.
(date document was signed)

_Don Storc_ (signature)

Don Storc
(typed or printed name)

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000136773

# Exhibit A-8

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, <u>Sunshine J. SMith</u>, hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

<u>First Republic Bank</u> (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.   My job title/position is: VP, Subpoena Compliance

b.   I have been employed in this capacity for

<u>4 years</u> and by the Business Entity for <u>22 years</u>.
(duration)                                              (duration)

c.   My job duties are:

Management and supervision of the intake, research and processing of all subpoenas served on First Republic Bank.

d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[X] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~/*true and
correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.   I certify that the attached record(s):

5             a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7             b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9             c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11            d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13            e.   if not original records, are exact duplicates of

14  original records.

15       I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at ___San Francisco, CA___,
                                                    (place document was signed)

17  on ___January 14, 2021___.
       (date document was signed)

18                                    _____
                                      (signature)

19

20                                    ___Sunshine J. Smith___
                                      (typed or printed name)

21

22

23

24

25

26

27

28

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000129356