# Exhibit B

# Exhibit B-1



January 11, 2021


Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd, Suite 1700
Los Angeles, CA 90024


      Re:    Confidential Federal Grand Jury Subpoena
              Sabala Construction
              Loan No. 8343777305; Loan App. No. 16348980


Dear Special Agent Palmerton:

This letter is in response to a subpoena WebBank received September 22, 2020 relative to an account with
WebBank/PayPal Business Loans (PPBL).  WebBank is the credit issuer for the PPBL business lending
program. The loans originated by WebBank are subsequently serviced by the lending partner.

The subpoena requested account documents regarding customer Sabala Construction, including the account
application.  These documents have been compiled and are included herein.

As a result of my position at WebBank, I declare that all records submitted in response to the subpoena are
true and correct copies and were made during the normal course of business activity at or near the time set
forth in the records by those involved in regular business operations. This declaration is intended to satisfy
the requirements of Rule 902(11) and Rule 902(13) of the FEDERAL RULES OF EVIDENCE.

Please contact me if you have any questions regarding the documentation provided.

Sincerely,

Matt McQueen
Vice President
(801) 456 – 8352

Member FDIC
Equal Opportunity Lender
Equal Housing Lender

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000128734

# DOCUMENT INVENTORY

| CUSTOMER INFORMATION | | | |
|---|---|---|---|
| First Name: | ███████████ | DOB: | █████████ |
| Last Name: | ███████████ | SSN: | █████████ |
| Email: | ███████████ | Phone Number: | █████████ |
| **BUSINESS INFORMATION** | | | |
| Legal Name: | Sabala Construction | DBA: | n/a |
| Tax ID: | *8846 | Phone Number: | 833-872-2252 |

| INVENTORY | | | |
|---|---|---|---|
| **Item** | **No. of Pages** | **Date** | **Description** |
| 1 | 1 | 4/16/2020 | Application Data |
| 2 | 4 | 4/16/2020 | PPP Borrower Application (SBA Form 2483) |
| 3 | 3 | 5/1/2020 | SBA PPP Loan Note |
| 4 | 11 | 4/16/2020 | SBA PPP Loan Agreement |
| 5 | 2 | 4/16/2020 | DocuSign Certificate |
| 6 | 4 | 2/29-3/31 2020 | Chase Bank Statement |
| 7 | 3 | 1-12/2019 | Payroll Report |
| 8 | 1 | 9/25/2019 | County Clerk Business Record |
| 9 | 2 | 4/15/2020 | Paycheck Protection Plan Detail |
| 10 | 2 | n/a | Original Lead Information |
| 11 | 2 sheets/tabs | n/a | Excel Spreadsheet-PPP Loan Calculator |
| 12 | 1 | n/a | Activity History |
| 13 | 1 | n/a | Advance History |
| 14 | 1 | n/a | Note & Call History |
| 15 | 1 | n/a | Transactions |

DOJ_PROD_0000128735

Reference:   Subpoena #15882
             Records produced on 1/11/2021

1          DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2      I, _____Matt I. McQueen_____ , hereby declare as follows:
                        (name)

3      1.   I am a duly authorized custodian of records for

4    _____WebBank_____ (the "Business Entity").  In that capacity, I am
      (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7          a.   My job title/position is: BSA Officer

8          b.   I have been employed in this capacity for

9    _____9 yrs_____ and by the Business Entity for ___1 yr, 10 mos___ .
           (duration)                                          (duration)

10         c.   My job duties are:

11              Day-to-day compliance for the Bank Secrecy Act.

12

13         d.   I am knowledgeable about the matters set forth herein

14   and the relevant record-keeping practices of the Business Entity

15   based upon (check all that apply):

16       [X] Training.

17       [X] Familiarity with relevant policy/policies.

18       [ ] Hands-on experience.

19       [ ] Supervision of one or more others with hands-on experience.

20       [ ] Other.  Describe:

21

22

23

24

25   2.   Attached hereto or enclosed herewith are xxxxxxxxxxxx/true and

26   correct duplicates of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein,

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.  if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at _____Salt Lake City, UT_____,
                                             (place document was signed)

on _____5/6/2021_____.
   (date document was signed)

                                    _____
                                    (signature)

                                    Matt I. McQueen
                                    (typed or printed name)

2



January 12, 2021


Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd, Suite 1700
Los Angeles, CA 90024


Re:     Confidential Federal Grand Jury Subpoena
        Fadehaus Barbershop
        Fiber One Media, Inc


Dear Special Agent Palmerton:

This letter is in response to a subpoena WebBank received September 3, 2020 relative to an account with WebBank/PayPal Business Loans (PPBL).  WebBank is the credit issuer for the PPBL business lending program. The loans originated by WebBank are subsequently serviced by the lending partner.

The subpoena requested account documents regarding customers Fadehaus Barbershop and Fiber One Media, Inc, including the account applications.  These documents have been compiled and are included herein.

As a result of my position at WebBank, I declare that all records submitted in response to the subpoena are true and correct copies and were made during the normal course of business activity at or near the time set forth in the records by those involved in regular business operations. This declaration is intended to satisfy the requirements of Rule 902(11) and Rule 902(13) of the FEDERAL RULES OF EVIDENCE.

Please contact me if you have any questions regarding the documentation provided.


Sincerely,


Matt McQueen
Vice President
(801) 456 – 8352


215 South State Street Suite 1000, Salt Lake City, Utah 84111
Telephone number: 801.456.8350

Member FDIC
Equal Opportunity Lender
Equal Housing Lender

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# DOCUMENT INVENTORY

| CUSTOMER INFORMATION | | | |
|---|---|---|---|
| First Name: | ███████ | DOB: | ███████ |
| Last Name: | ███████ | SSN: | ███████ |
| Email: | | Phone Number: | ███████ |
| **BUSINESS INFORMATION** | | | |
| Legal Name: | Fadehaus Barbershop | DBA: | Fadehaus Barbershop |
| Tax ID: | *4982 | Phone Number: | 818-422-2241 |

| INVENTORY | | | |
|---|---|---|---|
| Item | No. of Pages | Date | Description |
| 1 | 1 | 6/12/2020 | Application Data |
| 2 | 4 | 6/12/2020 | PPP Borrower Application (SBA Form 2483) |
| 3 | 4 | 2/1-2/29/2020 | Bank of America Bank Statement |
| 4 | 1 | 8/20/2017 | Driver's License |
| 5 | 1 | n/a | CA SOS Business Search |
| 6 | 11 | 6/12/2020 | SBA PPP Loan Agreement |
| 7 | 3 | 6/12/2020 | SBA PPP Loan Note |
| 8 | 1 | 6/26/2020 | Note & Call History Details |
| 9 | 2 | n/a | Original Lead Information |
| 10 | 2 | 6/11/2020 | Paycheck Protection Plan Detail |
| 11 | 3 | n/a | Payroll Information |
| 12 | 2 | 6/8/2020 | SBA PPP Letter |

# DOCUMENT INVENTORY

| CUSTOMER INFORMATION | | | |
|---|---|---|---|
| First Name: | ███████████ | DOB: | ████████ |
| Last Name: | ███████████ | SSN: | ████████ |
| Email: | ███████████ | Phone Number: | ████████ |
| BUSINESS INFORMATION | | | |
| Legal Name: | Fiber One Media, Inc | DBA: | n/a |
| Tax ID: | *3267 | Phone Number: | 818-593-9816 |

| INVENTORY | | | |
|---|---|---|---|
| Item | No. of Pages | Date | Description |
| 1 | 1 | 6/15/2020 | Application Data |
| 2 | 2 sheets/tabs | n/a | Excel Spreadsheet-PPP Loan Calculator |
| 3 | 4 | 6/17/2020 | PPP Borrower Application (SBA Form 2483) |
| 4 | 4 | 2/1-2/29 2020 | Bank of America Bank Statement |
| 5 | 2 | 6/17/2020 | DocuSign Certificate |
| 6 | 11 | 6/17/2020 | SBA PPP Loan Agreement |
| 7 | 3 | 6/18/2020 | SBA PPP Loan Note |
| 8 | 1 | 6/23/2020 | Note & Call History Details |
| 9 | 2 | n/a | Original Lead Information |
| 10 | 2 | 6/15/2020 | Paycheck Protection Plan Detail |
| 11 | 4 | n/a | Payroll Information |
| 12 | 2 | 6/8/2020 | SBA PPP Letter |

Reference:   Subpoena #14974
Records produced on 1/12/2021

1            DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2        I, _____Matt I. McQueen_____ , hereby declare as follows:
                         (name)

3        1.   I am a duly authorized custodian of records for

4        _____WebBank_____ (the "Business Entity").  In that capacity, I am
         (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7             a.   My job title/position is: BSA Officer

8             b.   I have been employed in this capacity for

9    _____9 yrs_____ and by the Business Entity for _____1 yr, 10 mos_____.
         (duration)                                          (duration)

10            c.   My job duties are:

11               Day-to-day compliance for the Bank Secrecy Act.

12

13

14            d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17       [X] Training.

18       [X] Familiarity with relevant policy/policies.

19       [ ] Hands-on experience.

20       [ ] Supervision of one or more others with hands-on experience.

21       [ ] Other.  Describe:

22

23

24

25       2.   Attached hereto or enclosed herewith are xxxxxxxxxxxx/true and

26   correct duplicates of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

(Circle either "originals" or "true and correct duplicates" and
strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of
the matters set forth therein,

        b.   was/were made by, or from information transmitted by,
a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted
activity of the Business Entity;

        d.   was/were made by and in the course of the regularly
conducted activity as a regular practice;

        e.  if not original records, are exact duplicates of
original records.

    I declare under penalty of perjury that the foregoing is true
and correct.  This declaration is executed at   Salt Lake City, UT  ,
                                  (place document was signed)
on   5/6/2021  .
    (date document was signed)

                                    (signature)

                                Matt I. McQueen
                              (typed or printed name)

2



August 12, 2020


Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd, Suite 1700
Los Angeles, CA 90024


      Re:     VLA Construction Inc
                Confidential Federal Grand Jury Subpoena


Dear Agent Palmerton:

This letter is in response to a subpoena WebBank received July 29, 2020 relative to an account with WebBank/PayPal Business Loans (PPBL).  WebBank is the credit issuer for the PPBL business lending program. The loans originated by WebBank are subsequently serviced by the lending partner.

The subpoena requested account documents regarding customer VLA Construction Inc, including account application.  These documents have been compiled and are included herein.

As a result of my position at WebBank, I declare that all records submitted in response to the subpoena are true and correct copies and were made during the normal course of business activity at or near the time set forth in the records by those involved in regular business operations.

Please contact me if you have any questions regarding the documentation provided.

Sincerely,

Matt McQueen
Vice President
(801) 456 – 8352


---

215 South State Street Suite 1000, Salt Lake City, Utah 84111
Telephone number: 801.456.8350

Member FDIC
Equal Opportunity Lender
Equal Housing Lender

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER         DOJ_PROD_0000104686

# DOCUMENT INVENTORY

| CUSTOMER INFORMATION | | | |
|---|---|---|---|
| First Name: | ███████████ | DOB: | ████████ |
| Last Name: | ███████████ | SSN: | ████████ |
| Email: | ███████████ | Phone Number: | ████████ |
| BUSINESS INFORMATION | | | |
| Legal Name: | VLA Construction, Inc | DBA: | N/A |
| Tax ID: | **9981 | Phone Number: | 800-398-8529 |

| INVENTORY | | | |
|---|---|---|---|
| Item | No. of Pages | Date | Description |
| 1 | 1 | 4/23/2020 | Application Information |
| 2 | 1 | N/A | Business License |
| 3 | 4 | 3/2020 | BoA Bank Statement |
| 4 | 4 | 1/1/2019-12/31/2019 | Payroll-PPP Report |
| 5 | 2 | 6/3/2020 | Paycheck Protection Plan Detail |
| 6 | 2 sheets/tabs | N/A | Spreadsheet-PPP Loan Calculator |
| 7 | 1 | 5/14/2020 | Fraud Note |
| 8 | 2 | 5/15/2020 | Adverse Action Notification |
| 9 | 1 | 5/14/2020 | Call Note |
| 10 | 2 | 6/1/2018 | Original Lead Info |

Reference:   Subpoena #12917
             Records produced on 8/12/2020

1            DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, _____Matt I. McQueen_____, hereby declare as follows:
                      (name)

3    1.   I am a duly authorized custodian of records for

4    _____WebBank_____ (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7         a.   My job title/position is: BSA Officer

8         b.   I have been employed in this capacity for

9    _____9 yrs_____ and by the Business Entity for _____1 yr, 10 mos_____.
          (duration)                                           (duration)

10        c.   My job duties are:

11        Day-to-day compliance for the Bank Secrecy Act.

12

13

14        d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17       [X] Training.

18       [X] Familiarity with relevant policy/policies.

19       [ ] Hands-on experience.

20       [ ] Supervision of one or more others with hands-on experience.

21       [ ] Other.  Describe:

22

23

24

25   2.   Attached hereto or enclosed herewith are xxxxxxxxxxxxx/true and

26   correct duplicates of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

(Circle either "originals" or "true and correct duplicates" and
strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of
the matters set forth therein,

        b.   was/were made by, or from information transmitted by,
a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted
activity of the Business Entity;

        d.   was/were made by and in the course of the regularly
conducted activity as a regular practice;

        e.  if not original records, are exact duplicates of
original records.

    I declare under penalty of perjury that the foregoing is true
and correct.  This declaration is executed at _____,
                                      Salt Lake City, UT

                                          (place document was signed)

on     5/6/2021
     (date document was signed)

                          (signature)

                          Matt I. McQueen
                          (typed or printed name)

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    DOJ_PROD_0000162814



August 29, 2020


Special Agent Justin Palmerton
Federal Bureau of Investigation
11000 Wilshire Blvd, Suite 1700
Los Angeles, CA 90024


      Re:    Hart Construction
             Confidential Federal Grand Jury Subpoena
             USAO No. 2020R01004; R 20 13019


Dear Special Agent Palmerton:

This letter is in response to a subpoena WebBank received July 29, 2020 relative to an account with
WebBank/PayPal Business Loans (PPBL).  WebBank is the credit issuer for the PPBL lending platform.
Loans originated by WebBank are subsequently serviced by the lending partner.

The subpoena requested any and all documents regarding customer Hart Construction, including the loan
agreements.  These documents have been compiled and are included herein.

As a result of my position at WebBank, I declare that all records submitted in response to the subpoena
are true and correct copies and were made during the normal course of business activity at or near the
time set forth in the records by those involved in regular business operations. This declaration is intended
to satisfy the requirements of Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Please contact me if you have any questions regarding the documentation provided.


Sincerely,


Matt McQueen
Vice President
(801) 456 – 8352

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER        DOJ_PROD_0000104704

# DOCUMENT INVENTORY

| CUSTOMER INFORMATION | | | |
|---|---|---|---|
| First Name: | ███████████ | DOB: | ██████████ |
| Last Name: | ███████████ | SSN: | ██████████ |
| Email: | ███████████ | Phone Number: | ██████████ |
| BUSINESS INFORMATION | | | |
| Legal Name: | Hart Construction | DBA: | N/A |
| Tax ID: | *9260 | Phone Number: | 760-267-4056 |

| INVENTORY | | | |
|---|---|---|---|
| Item | No. of Pages | Date | Description |
| 1 | 1 | 4/17/2020 | Application Data |
| 2 | 2 Sheets/tabs | n/a | Excel Spreadsheet-PPP Loan Calculator |
| 3 | 4 | 3/2020 | Chase Bank Statement |
| 4 | 1 | 9/25/2019 | Business License |
| 5 | 11 | 4/18/2020 | SBA PPP Loan Agreement |
| 6 | 3 | 5/1/2020 | SBA PPP Loan Note |
| 7 | 4 | 2020 | Payroll |
| 8 | 4 | 4/18/2020 | SBA Form 2483 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Reference:   Subpoena #13019
            Records produced on 8/29/2020

1            <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2       I, <u>Matt I. McQueen</u>, hereby declare as follows:
                  (name)

3       1.   I am a duly authorized custodian of records for

4    <u>WebBank</u>      (the "Business Entity").  In that capacity, I am
    (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7            a.   My job title/position is: BSA Officer

8            b.   I have been employed in this capacity for

9    <u>9 yrs</u>      and by the Business Entity for   <u>1 yr, 10 mos</u>   .
       (duration)                                           (duration)

10           c.   My job duties are:

11       Day-to-day compliance for the Bank Secrecy Act.

12

13

14           d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17       [X] Training.

18       [X] Familiarity with relevant policy/policies.

19       [ ] Hands-on experience.

20       [ ] Supervision of one or more others with hands-on experience.

21       [ ] Other.  Describe:

22

23

24

25       2.   Attached hereto or enclosed herewith are xxxxxxxxxxx/*true and*

26   *correct duplicates* of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.    I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at _____Salt Lake City, UT_____,
                                                        (place document was signed)

17 on _____5/6/2021_____.
        (date document was signed)

18                                          _____
                                                        (signature)

19

20                                          Matt I. McQueen
                                            _____
                                                (typed or printed name)

21

22

23

24

25

26

27

28

                                    2

# Exhibit B-2

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2  I, <u>Justin Masterman</u>, hereby declare as follows:
     (name)

3  1. I am a duly authorized custodian of records for

4

<u>Celtic Bank Corporation</u> (the "Business Entity").  In that capacity, I am
(name of business entity)

5 knowledgeable about the matters set forth herein and I am qualified

6 and authorized to make this declaration.

7
    a. My job title/position is: **BSA Officer**

8    b. I have been employed in this capacity for

9
<u>2 years</u> and by the Business Entity for <u>3 years</u>.

10  (duration)        (duration)
    c. My job duties are:

11

12  Oversee and manage the BSA/AML Program at Celtic Bank Corporation

13

14    d. I am knowledgeable about the matters set forth herein

15 and the relevant record-keeping practices of the Business Entity

16 based upon (check all that apply):

17  [X] Training.

18  [X] Familiarity with relevant policy/policies.

19  [X] Hands-on experience.

20  [X] Supervision of one or more others with hands-on experience.

21  [ ] Other.  Describe:

22

23  2. The record(s) produced within the indicated Bates range(s) listed

24 below are *correct duplicates* of a record or records of a regularly

25 conducted activity of the Business Entity named above:

26

27

28       See Attachment A

1

2      3.   I certify that the record(s) referenced above:

3          a.   was/were made at or near the time of the occurrence of

4 the matters set forth therein,

5          b.   was/were made by, or from information transmitted by,

6 a person with knowledge of those matters;

7          c.   was/were kept in the course of the regularly conducted

8 activity of the Business Entity;

9          d.   was/were made by and in the course of the regularly

10 conducted activity as a regular practice;

11          e.   if not original records, are exact duplicates of

12 original records.

13

14

15    I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at <u>Celtic Bank Corporation</u>,
                                              (place document was signed)

17 on <u>05/26/2021</u>.
       (date document was signed)

18                                *Justin Masterman*
                                  (signature)

19

20                                Justin Masterman
                                  (typed or printed name)

21

22

23

24

25

26

27

28

2

Attachment A

| Entity | Loan Nos. | Beginning Bates | Ending Bates |
|---|---|---|---|
| A V Employment Agency | 25389474-09 | DOJ_PROD_0000055262<br>DOJ_PROD_0000093667 | DOJ_PROD_0000055285<br>DOJ_PROD_0000093708 |
| AA Appliances LLC | 71514374-07 | DOJ_PROD_0000044590 | DOJ_PROD_0000044660 |
| Arsa Medical Wholesale Inc. | 11382974-00 | DOJ_PROD_0000044096<br>DOJ_PROD_0000044541 | DOJ_PROD_0000044096<br>DOJ_PROD_0000044689 |
| Comfort Diagnostics Inc. | N/A | DOJ_PROD_0000044571 | DOJ_PROD_0000044589 |
| EM Construction Co. | 35731377-07 | DOJ_PROD_0000045224 | DOJ_PROD_0000045235 |
| EM Jewelry dba EM Construction or Artem Zherdov | 92065874-03 | DOJ_PROD_0000045236<br>DOJ_PROD_0000045320 | DOJ_PROD_0000045301<br>DOJ_PROD_0000045328 |
| Fetch Industries, Inc. | 80048473-08<br>37693272-06 | DOJ_PROD_0000044097<br>DOJ_PROD_0000044690 | DOJ_PROD_0000044195<br>DOJ_PROD_0000044850 |
| Fiber One Media, Inc. | N/A | DOJ_PROD_0000000342 | DOJ_PROD_0000000374 |
| Gaz Construction | 10211274-02<br>38634574-02 | DOJ_PROD_0000055304 | DOJ_PROD_0000055346 |
| Hart Construction | 43638473-01<br>75361973-10 | DOJ_PROD_0000044196<br>DOJ_PROD_0000044851<br>DOJ_PROD_0000044975<br>DOJ_PROD_0000151651 | DOJ_PROD_0000044229<br>DOJ_PROD_0000044888<br>DOJ_PROD_0000044978<br>DOJ_PROD_0000151750 |
| Jobe Construction | 34019777-05 | DOJ_PROD_0000044230<br>DOJ_PROD_0000044889 | DOJ_PROD_0000044283<br>DOJ_PROD_0000044890 |
| Journeymen Construction Inc. | 54092174-10<br>43200380-07 | DOJ_PROD_0000070178 | DOJ_PROD_0000070291 |
| Jupiter Digital Solutions LLC - Sabala Construction | 37874377-09 | DOJ_PROD_0000044983 | DOJ_PROD_0000045012 |
| Manukyan Construction | 10822874-08 | DOJ_PROD_0000044284<br>DOJ_PROD_0000044891 | DOJ_PROD_0000044304<br>DOJ_PROD_0000044908 |
| Mod Interiors, Inc. | 33508277-05 | DOJ_PROD_0000000194<br>DOJ_PROD_0000000295<br>DOJ_PROD_0000044305 | DOJ_PROD_0000000206<br>DOJ_PROD_0000000311<br>DOJ_PROD_0000044347 |
| Montradath | 94846874-09 | DOJ_PROD_0000045181 | DOJ_PROD_0000045209 |
| New World Empire Trading Inc | 15827780-02 | DOJ_PROD_0000045057<br>DOJ_PROD_0000045085<br>DOJ_PROD_0000055217 | DOJ_PROD_0000045066<br>DOJ_PROD_0000045102<br>DOJ_PROD_0000055261 |
| Redline Auto Collision Inc. | 32302674-04 | DOJ_PROD_0000000375<br>DOJ_PROD_0000044979 | DOJ_PROD_0000000414<br>DOJ_PROD_0000044982 |
| Redline Auto Mechanics Inc. | 53125280-06 | DOJ_PROD_0000000415 | DOJ_PROD_0000000448 |
| Samuel Sauza, D.D.S. Inc | 99837873-00<br>80051173-03 | DOJ_PROD_0000044909 | DOJ_PROD_0000044931 |
| Time Line Transport | 17648074-06 | DOJ_PROD_0000000207<br>DOJ_PROD_0000000312<br>DOJ_PROD_0000000449<br>DOJ_PROD_0000044932 | DOJ_PROD_0000000216<br>DOJ_PROD_0000000341<br>DOJ_PROD_0000000453<br>DOJ_PROD_0000044932 |
| Top Quality Contracting | 37288577-06<br>83110473-04 | DOJ_PROD_0000000217 | DOJ_PROD_0000000294 |
| VB Trucking Inc. | 92211078-00 | DOJ_PROD_0000044937 | DOJ_PROD_0000044974 |
| Verchna, Inc. | 45932373-01 | DOJ_PROD_0000044933<br>DOJ_PROD_0000055462 | DOJ_PROD_0000044936<br>DOJ_PROD_0000055499 |
| VLA Construction Inc. | 76152873-00<br>80125173-03 | DOJ_PROD_0000044348<br>DOJ_PROD_0000044375 | DOJ_PROD_0000044356<br>DOJ_PROD_0000044540 |
| Voyage Limo, LLC | 83368774-00 | DOJ_PROD_0000045107<br>DOJ_PROD_0000045127 | DOJ_PROD_0000045108<br>DOJ_PROD_0000045180 |

# Exhibit B-3

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, <u>Eli Hazan</u>, hereby declare as follows:
      (name)

1.   I am a duly authorized custodian of records for
<u>Cross River Bank</u> (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified
and authorized to make this declaration.

    a.   My job title/position is:

    b.   I have been employed in this capacity for
<u>5 Years</u> and by the Business Entity for <u>7 Years</u>.
  (duration)                       (duration)

    c.   My job duties are:

    d.   I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity
based upon (check all that apply):

[ x ] Training.

[ x ] Familiarity with relevant policy/policies.

[ x ] Hands-on experience.

[ x ] Supervision of one or more others with hands-on experience.

[ x ] Other.  Describe:

2.   The record(s) produced within the indicated Bates range(s) listed
below are *correct duplicates* of a record or records of a regularly
conducted activity of the Business Entity named above:

See Attachment A

1
2        3.    I certify that the record(s) referenced above:
3            a.   was/were made at or near the time of the occurrence of
4    the matters set forth therein,
5            b.   was/were made by, or from information transmitted by,
6    a person with knowledge of those matters;
7            c.   was/were kept in the course of the regularly conducted
8    activity of the Business Entity;
9            d.   was/were made by and in the course of the regularly
10   conducted activity as a regular practice;
11           e.   if not original records, are exact duplicates of
12   original records.
13
14
15       I declare under penalty of perjury that the foregoing is true
16   and correct.  This declaration is executed at _____Spring Valley, NY__,
                                                      (place document was signed)
17   on ____6/01/2021_____.
        (date document was signed)
18                                     _Eli Hazan_____
                                        (signature)
19
20                                     _Eli Hazan_____
                                        (typed or printed name)
21
22
23
24
25
26
27
28

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    DOJ_PROD_0000165007

Attachment A

| Entity | Loan Nos. | Beginning Bates | Ending Bates |
|---|---|---|---|
| Allstate Towing and Transport LLC | 94640473-10 | DOJ_PROD_0000000786 | DOJ_PROD_0000000832 |
| Escrow Doc San Ramon | 22288079-08 | DOJ_PROD_0000078152 | DOJ_PROD_0000078224 |
| Fetch Industries, Inc. | 39215674-10 | DOJ_PROD_0000151574 | DOJ_PROD_0000151629 |
| G&A Diamonds | 99175073-10 | DOJ_PROD_0000000833 | DOJ_PROD_0000000877 |
| Kohl Pictures, Inc. | 84316177-06 | DOJ_PROD_0000072698 DOJ_PROD_0000151630 | DOJ_PROD_0000072907 DOJ_PROD_0000151650 |
| Manukyan Construction | 77881774-09 | DOJ_PROD_0000072634 | DOJ_PROD_0000072697 |
| Mod Interiors Inc. | 95703878-01 | DOJ_PROD_0000017889 | DOJ_PROD_0000017912 |
| New Acre Farm Produce Inc. | 63152180-07 | DOJ_PROD_0000076398 | DOJ_PROD_0000076446 |
| New Acres Farm, LLC | 37500581-06 | DOJ_PROD_0000092907 | DOJ_PROD_0000092959 |
| Sabala Construction | 68106873-03 | DOJ_PROD_0000072908 | DOJ_PROD_0000072943 |

Exhibit B-4

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, <u>Kathleen Littwin</u>, hereby declare as follows:
      (name)

1.   I am a duly authorized ~~custodian of records~~ ^employee representative^ for
~~U.S. Small Business Administration~~ ~~(the "Business Entity")~~ (the "SBA"). In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

      a.   My job title/position is: Attorney Advisor/Liaison to the Office of the Inspector General

      b.   I have been employed in this capacity for
15 years total (10 years as Liaison)   and by the ~~Business Entity~~ SBA for   15 years total (10 years as Liaison)   .
(duration)                                                        (duration)

      c.   My job duties are: Prepare and certify SBA ODA records; serve as a Liaison to SBA OIG related to
fraud in SBA ODA programs; serve as a subject matter expert regarding SBA ODA policies and procedures; oversee SBA ODA fraud teams; review and
address SBA ODA applications / loans with suspected fraud or identity theft; and refer concerns of fraud, waste and abuse to SBA OIG for investigation.


      d.   I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the ~~Business Entity~~ SBA
based upon (check all that apply):

      [✓] Training.

      [✓] Familiarity with relevant policy/policies.

      [✓] Hands-on experience.

      [✓] Supervision of one or more others with hands-on experience.

      [✓] Other.   Describe: Establishing and drafting internal guidance regarding same


2.   The record(s) produced within the indicated Bates range(s) listed
below are *correct duplicates* of a record or records of a regularly
conducted activity of the ~~Business Entity~~ SBA named above:

                    DOJ_PROD_0000001525 to DOJ_PROD_0000001595
                    DOJ_PROD_0000001722 to DOJ_PROD_0000001785
                    DOJ_PROD_0000082665 to DOJ_PROD_0000082712
                    DOJ_PROD_0000104871 to DOJ_PROD_0000104872
                    DOJ_PROD_0000104875 to DOJ_PROD_0000104876

3.    I certify that the record(s) referenced above:

         a.   was/were made at or near the time of the occurrence of the matters set forth therein,

         b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

         c.   was/were kept in the course of the regularly conducted activity of the ~~Business Entity~~ SBA;

         d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

         e.   if not original records, are exact duplicates of original records.


     I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at McKinney, Texas          ,
                                                             (place document was signed)
on May 19, 2021               .

KATHLEEN LITTWIN  Digitally signed by KATHLEEN LITTWIN
                  Date: 2021.05.19 12:53:17 -05'00'
    (date document was signed)
                                        (signature)

                                        Kathleen Littwin
                                        (typed or printed name)

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1  <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2  I, <u>Nora Hobbie</u>, hereby declare as follows:
   (name)

3  1.   I am a duly authorized ~~custodian of records~~ for
   employee representative

4  <u>U.S. Small Business Administration</u> (the "~~Business Entity~~"). In that capacity, I am
   (name of business entity)                    SBA

5  knowledgeable about the matters set forth herein and I am qualified

6  and authorized to make this declaration.

7

8  a.   My job title/position is: Attorney Advisor/Liaison to Office of the Inspector General

9  b.   I have been employed in this capacity for

10 <u>15 years total (5 as Liaison)</u> and by the ~~Business Entity~~ for <u>15 years total (5 as Liaison)</u>
   (duration)                          SBA                           (duration)

11 c.   My job duties are:

12 Prepare and certify SBA ODA records; serve as a Liaison to SBA OIG related to fraud in
   SBA ODA programs; serve as a subject matter expert regarding SBA ODA policies and
13 procedures; oversee SBA ODA fraud teams; review and address SBA ODA applications /
   loans with suspected fraud or identity theft; and refer concerns of fraud, waste and
14 abuse to SBA OIG for investigation.

   d.   I am knowledgeable about the matters set forth herein
15 and the relevant record-keeping practices of the Business Entity

16 based upon (check all that apply):

17 [✓] Training.

18 [✓] Familiarity with relevant policy/policies.

19 [✓] Hands-on experience.

20 [✓] Supervision of one or more others with hands-on experience.

21 [✓] Other.  Describe: Establishing and drafting internal guidance regarding same

22

23
   2.   The record(s) produced within the indicated Bates range(s) listed
24 below are *correct duplicates* of a record or records of a regularly

25 conducted activity of the ~~Business Entity~~ named above:
                                SBA
26

27

28                    See Attachment A

1

2        3.    I certify that the record(s) referenced above:

3              a.   was/were made at or near the time of the occurrence of

4    the matters set forth therein,

5              b.   was/were made by, or from information transmitted by,

6    a person with knowledge of those matters;

7              c.   was/were kept in the course of the regularly conducted

8    activity of the ~~Business Entity~~ SBA;

9              d.   was/were made by and in the course of the regularly

10   conducted activity as a regular practice;

11             e.   if not original records, are exact duplicates of

12   original records.

13

14

15      I declare under penalty of perjury that the foregoing is true

16   and correct.  This declaration is executed at <u>Watauga, Texas</u>,
                                                    (place document was signed)

17   on <u>June 1, 2021</u>.
        (date document was signed)

                                         *Nora Hobbie*
18                                       _____
                                         (signature)
19
                                         Nora Hobbie
20                                       _____
                                         (typed or printed name)

21

22

23

24

25

26

27

28

2

Attachment A

| Rapid Application No. | Applicant | BeginningBates | EndingBates | Individual POC Name_1 |
|---|---|---|---|---|
| 3306374670 | Abc legal services and management | DOJ_PROD_0000091509 | DOJ_PROD_0000091512 | Greta Akopyan |
| 3600336227 | ABC Realty Advisors inc | DOJ_PROD_0000091513 | DOJ_PROD_0000091526 | Arsen Dadyan |
| 3306434995 | All State Towing and Transport 1 | DOJ_PROD_0000001233 | DOJ_PROD_0000001306 | Artur Ayvazyan |
| 3304258690 | Cactus Mart | DOJ_PROD_0000093033 | DOJ_PROD_0000093124 | Olena Sosunova |
| 3304248332 | Classic Nursery | DOJ_PROD_0000079447 | DOJ_PROD_0000079459 | Iuliia Zhadko |
| 3300422397 | EM Construction Co | DOJ_PROD_0000079962 | DOJ_PROD_0000080013 | Artem Zherdov |
| 3304685294 | Fadehaus Barbershop | DOJ_PROD_0000001307 | DOJ_PROD_0000001377 | Anton Kudiumov |
| 3000205737 | Fiber One Media | DOJ_PROD_0000001378 | DOJ_PROD_0000001448 | Viktoria Kauichko |
| 3303411011 | Fiber One Media, Inc. (Secureline) | DOJ_PROD_0000001449 | DOJ_PROD_0000001522 | Viktoria Kauichko |
| 3305673239 | First class property management | DOJ_PROD_0000091603 | DOJ_PROD_0000091617 | Romana Cias |
| 3304273475 | Green Label Nutrienrs | DOJ_PROD_0000080382 | DOJ_PROD_0000080452 | Tamara Dadyan |
| 3307401790 | Grigor Akopyan | DOJ_PROD_0000080524 | DOJ_PROD_0000080577 | Grigor Akopyan |
| 3600282210 | Journeymen Construction | DOJ_PROD_0000091596 | DOJ_PROD_0000001650 | Viktoria Kauichko |
| 3305384548 | Lk Design | DOJ_PROD_0000091764 | DOJ_PROD_0000091777 | Liudmyla Kopytova |
| 3311465328 | Lk design | DOJ_PROD_0000091778 | DOJ_PROD_0000091789 | Liudmyla Kopytova |
| 3311278252 | MD Acquisition Services | DOJ_PROD_0000091802 | DOJ_PROD_0000091822 | Mykhail Diuzhenko |
| 3309076030 | Michael Hart (Hart Construction) | DOJ_PROD_0000081414 | DOJ_PROD_0000081487 | Michael Hart |
| 3311548350 | Mod Interiors | DOJ_PROD_0000081488 DOJ_PROD_0000083366 | DOJ_PROD_0000081544 DOJ_PROD_0000083374 | Nazar Terabelian |
| 3304259658 | Nelson's Nursery | DOJ_PROD_0000001651 | DOJ_PROD_0000001721 | Anton Kudiumov |
| 3305133964 | Ocean Choice Seafood Corp | DOJ_PROD_0000093457 | DOJ_PROD_0000093468 | Olena Sosunova |
| 3307395272 | Ocean Choice Seafood Corp | DOJ_PROD_0000093469 | DOJ_PROD_0000093482 | Olena Sosunova |
| 3305357034 | Redline Auto Mechanics | DOJ_PROD_0000001786 | DOJ_PROD_0000001857 | Anton Kudiumov |
| 3305919545 | Runyan Tax Service, Inc | DOJ_PROD_0000022102 | DOJ_PROD_0000022151 | Viktoria Kauichko |
| 3300976819 | Sabala Construction | DOJ_PROD_0000082328 | DOJ_PROD_0000082393 | Medet Murat |
| 3600341266 | Secureline Realty and Funding | DOJ_PROD_0000082394 | DOJ_PROD_0000082445 | Tamara Dadyan |
| 3304273550 | Six star farms | DOJ_PROD_0000092043 | DOJ_PROD_0000092057 | Anna Dzukaeva |
| 3304953271 | Six star Farms | DOJ_PROD_0000092058 | DOJ_PROD_0000092061 | Anna Dzukaeva |
| 3311458857 | Tia Mia Daycare | DOJ_PROD_0000092076 | DOJ_PROD_0000092084 | Estephanie Reynoso |
| 3309254454 | TM Events Inc. | DOJ_PROD_0000001858 | DOJ_PROD_0000001930 | Anton Kudiumov |
| 3600140246 | Top Quality Contracting | DOJ_PROD_0000001931 | DOJ_PROD_0000000000 | Iuliia Zhadko |
| 3312192336 | Turing Info Solutions | DOJ_PROD_0000082728 | DOJ_PROD_0000082741 | Iuliia Zhadko |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Exhibit B-5

1    DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, _____Josh Williams_____, hereby declare as follows:
                    (name)

3    1.   I am a duly authorized custodian of records for

4    ___Seattle Bank___ (the "Business Entity"). In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7         a.   My job title/position is: EVP, Chief Banking Officer

8         b.   I have been employed in this capacity for

9    ___6 years___ and by the Business Entity for ___6 Years___.
        (duration)                                      (duration)

10        c.   My job duties are:
                         Manages the sales function for
11                       commercial and residential lending.
                         Responsible for marketing and family
12                       office services. Manages Treasury.

13        d.   I am knowledgeable about the matters set forth herein

14   and the relevant record-keeping practices of the Business Entity

15   based upon (check all that apply):

16        [ ] Training.

17        [X] Familiarity with relevant policy/policies.

18        [X] Hands-on experience.

19        [X] Supervision of one or more others with hands-on experience.

20        [ ] Other.  Describe:

21

22        2.   The record(s) produced within the indicated Bates range(s) listed

23   below are *correct duplicates* of a record or records of a regularly

24   conducted activity of the Business Entity named above:

25

26                         See Attachment A

1
2       3.   I certify that the record(s)referenced above:
3            a.   was/were made at or near the time of the occurrence of
4  the matters set forth therein,
5            b.   was/were made by, or from information transmitted by,
6  a person with knowledge of those matters;
7            c.   was/were kept in the course of the regularly conducted
8  activity of the Business Entity;
9            d.   was/were made by and in the course of the regularly
10 conducted activity as a regular practice;
11           e.   if not original records, are exact duplicates of
12 original records.
13
14
15     I declare under penalty of perjury that the foregoing is true
16 and correct.  This declaration is executed at _____Seattle Bank_____,
                                                      (place document was signed)
17 on _____June 1, 2021_____.
       (date document was signed)

18                                    Josh Williams
                                    _____
19                                    (signature)

                                      Josh Williams
20                                    _____
                                    (typed or printed name)
21
22
23
24
25
26
27
28
                                      2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000165016

Attachment A

| Entity | Loan Nos. | Beginning Bates | Ending Bates |
|---|---|---|---|
| Runyan Tax Service, Inc | 49731981-04 | DOJ_PROD_0000001162 | DOJ_PROD_0000001232 |
| Bell Property Management, LLC | 46644482-01 | DOJ_PROD_0000109283 | DOJ_PROD_0000109358 |
| TM Events Inc. | | DOJ_PROD_0000163612 | DOJ_PROD_0000163647-003 |

**Signature:** _Josh Williams (Jun 1, 2021 17:14 PDT)_

**Email:** jwilliams@seattlebank.com

Exhibit B-6

DocuSign Envelope ID: 5D8F70F4-2F0C-4E86-B07B-F9711DB2AB0A

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, _____Brittany Thames_____, hereby declare as follows:
                    (name)

3    1.   I am a duly authorized custodian of records for Newtek Small

4    Business Finance, LLC      (the "Business Entity").  In that capacity, I am

5    (name of business entity)
     knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7
          a.   My job title/position is: Closing Coordinator

8
          b.   I have been employed in this capacity for

9
10   ___2 years_____ and by the Business Entity for _____2 years_____.
         (duration)                                              (duration)
11        c.   My job duties are:

12   Coordinate collection and completion of documents and other pre-closing requirements
     for Newtek Small Business Finance, LLC loans

13

14        d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17   [X] Training.

18   [X] Familiarity with relevant policy/policies.

19   [X] Hands-on experience.

20   [ ] Supervision of one or more others with hands-on experience.

21   [ ] Other.  Describe:

22

23   2.   The record(s) produced within the indicated Bates range(s) listed

24   below are *correct duplicates* of a record or records of a regularly

25   conducted activity of the Business Entity named above:

26

27

28                        See Attachment A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DocuSign Envelope ID: 5D8F70F4-2F0C-4E86-B07B-F9711DB2AB0A

1

2      3.   I certify that the record(s) referenced above:

3            a.   was/were made at or near the time of the occurrence of

4  the matters set forth therein,

5            b.   was/were made by, or from information transmitted by,

6  a person with knowledge of those matters;

7            c.   was/were kept in the course of the regularly conducted

8  activity of the Business Entity;

9            d.   was/were made by and in the course of the regularly

10 conducted activity as a regular practice;

11           e.   if not original records, are exact duplicates of

12 original records.

13

14

15    I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at _Nassau County, New York_,

17 on _5/28/2021 | 10:28 AM EDT_.

18

19

20

21

22

23

24

25

26

27

28

(place document was signed)

(date document was signed)

DocuSigned by:

_Brittany Thames_

C7DE83539B9E46A

(signature)

Brittany Thames

(typed or printed name)

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000164363

DocuSign Envelope ID: 5D8F70F4-2F0C-4E86-B07B-F9711DB2AB0A

Attachment A

| Entity | Loan Nos. | Beginning Bates | Ending Bates |
|---|---|---|---|
| Accounting Management & Tax Service, Inc. | 59290681-08 | DOJ_PROD_0000104446 | DOJ_PROD_0000104527 |
| All or Nothing Logistics | 54062582-05 | DOJ_PROD_0000104528 | DOJ_PROD_0000104529 |
| Anna Dzukaeva DBA Six Star Farms | 56693082-09 | DOJ_PROD_0000110217 | DOJ_PROD_0000110278 |
| Bart1Co Inc | 64325081-08 | DOJ_PROD_0000110033 | DOJ_PROD_0000110139 |
| Info Logistics, Inc. | 80919481-00 | DOJ_PROD_0000104530 | DOJ_PROD_0000104611 |
| Liudmyla Kopytova DBA LK Design | 90186581-05 | DOJ_PROD_0000110140 | DOJ_PROD_0000110216 |
| Mod Interiors Inc. | 81057481-01 | DOJ_PROD_0000001014 DOJ_PROD_0000147553 | DOJ_PROD_0000001161 DOJ_PROD_0000147558 |
| Ocean Choice Seaford Corp. | 41871082-00 | DOJ_PROD_0000137588 | DOJ_PROD_0000137648 |
| Time Line Transport | 67141079-03 | DOJ_PROD_0000000878 DOJ_PROD_0000083054 DOJ_PROD_0000083609 DOJ_PROD_0000151801 | DOJ_PROD_0000000948 DOJ_PROD_0000083124 DOJ_PROD_0000083679 DOJ_PROD_0000151801 |
| TM Events Inc. | 81055081-10 | DOJ_PROD_0000000949 | DOJ_PROD_0000001013 |
| Turing Info Solutions, Inc. | 41787382-10 | DOJ_PROD_0000104612 | DOJ_PROD_0000104684 |
| U.S. Medical Supply | 56695682-06 | DOJ_PROD_0000128648 | DOJ_PROD_0000128733 |
| Western Lending Group | 29755082-04 | DOJ_PROD_0000137502 | DOJ_PROD_0000137587 |

# Exhibit B-7

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.     The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.     The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]   Records produced on October 8, 2020 in response to September 24, 2020 subpoena (No. 15959), bearing Bates Nos. CHH-RC_0000001 - 0000173.

3.     The records are originals or duplicate copies of domestic (United States) business records;

4.     The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.     The records were kept in the course of a regularly conducted business activity; and

6.     The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

 Elizabeth Bastedo
_____
Printed Name

 Authorized Person
_____
Title

 ReadyCap Lending, LLC
_____
Company Name

 200 Connell Drive, Suite 4000, Berkeley Heights, NJ 07922
_____
Business Address

 5/10/2021
_____
Date of Declaration/Execution

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]   Records produced on September 15, 2020 in response to September 1, 2020 subpoena (No. 14591), bearing Bates Nos. FOMI-RC_0000001 - 00001081.

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

   Elizabeth Bastedo
_____
Printed Name

   Authorized Person
_____
Title

   ReadyCap Lending, LLC
_____
Company Name

 200 Connell Drive, Suite 4000, Berkeley Heights, NJ 07922
_____
Business Address

   5/10/2021
_____
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]  Records produced on July 20, 2020 in response to July 14, 2020 subpoena (No. 12273), bearing Bates Nos. TQ-RC_0000001 - 0000065.

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

  Elizabeth Bastedo
_____
Printed Name

  Authorized Person
_____
Title

  ReadyCap Lending, LLC
_____
Company Name

200 Connell Drive, Suite  4000, Berkeley Heights, NJ 07922
_____
Business Address

  5/10/2021
_____
Date of Declaration/Execution

# Exhibit B-8

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Megan Brady**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Square, Inc. and my job responsibilities include overseeing the custody of the records of my employer.  I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the subpoena received by Square, Inc. on **August 20, 2020** for case R 20 14353, I reviewed Square, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

      a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

      b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

      c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the subpoena directed to Square, Inc. referred to above

This the **Third of September, 2020**.

SQUARE, INC.

_____

By: **Megan Brady**

DOJ_PROD_0000109364

# Exhibit B-9

**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE CENTRAL DISTRICT OF CALIFORNIA**

IN RE:   Grand Jury Subpoena Number
         #R 21 02124

Liudmyla Kopytova DBA LK
Design. SBA Loan
#19848780-00


I, Jim Walters located at 3216 West Lake Mary Blvd.
<u>                       Name and address             </u>

Lake Mary, Florida 32746

declare the following:

1.   I am employed by Fountainhead Small Business Finance

2.   My title is <u> Vice President </u> As a result of my employment I
     am familiar with the record keeping practices.

3.   I have reviewed the records that will be provided in response
     to subpoena number #R 21 02124. Those records are attached to
     this affidavit and made part hereof by specific reference.

4.   The records submitted in response to this subpoena:

     a.   were made at or near the time of the occurrence of the
          matters set forth by, or from information transmitted
          by, a person with knowledge of those matters;
     b.   were kept in the course of a regularly conducted business
          activity;
     c.   were made by the regularly conducted activity as a
          regular practice.


     I declare under penalty of perjury that the foregoing is true
and correct.


Executed on <u> 11/23/2020       </u>
                      Date


                                        _____
                                                  Signature

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

<u>DECLARATION OF CUSTODIAN OF RECORDS</u>

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is ___**Michael Bland**_____
                (name of declarant)

     I am a United States citizen, and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

     I am in receipt of a United States District Court Grand Jury Subpoena for the Central District of California, signed by **Clerk of Court Kiry K Gray** requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

     (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

     (2) were kept in the course of the regularly conducted business activity; and

     (3) were made by the regularly conducted business activity as a regular practice.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____6/1/2021_____

                           _____
                           (signature of declarant)

                           _Michael Bland_____
                           (name of declarant)

                           _Fountainhead SBF LLC_____
                           (name of business/firm)

                           _3216 W Lake Mary Blvd_____
                           (business address)

                           _Lake Mary, FL 32746_____

# Exhibit B-10

2020r03494 - 010

MOD INTERIORS
CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _____Shelli Hayman_____, declare, pursuant to Title 28, U.S.C. § 1746,

      (Print Name)

that I am employed by ___CDC Small Business Finance Corp._____ and that my official title

      (Name of Business)

or position is _____V.P. of Production_____.  I further declare that I am a custodian of records

      (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of ___CDC Small Business Finance Corp._____.

      (Name of Business)

I further state that:

1)    Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2)    such records were kept in the course of a regularly conducted business activity;

3)    the business activity made such records as a regular practice; and

4)    if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

_____07-24-20_____        _____Shelli Hayman_____

(Date of Execution)          (Print Name)

_Orange County, CA___       _____

(Place of Execution)          (Signature)

**VLA CONSTRUCTION - MERAT**

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, ___Shelli Hayman___, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by ___CDC Small Business Finance Corp.___ and that my official title
(Name of Business)

or position is ___V.P. of Production___. I further declare that I am a custodian of
records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of ___CDC Small Business Finance Corp.___.
(Name of Business)

I further state that:

1)      Such records were made, at or near the time of the occurrence of the matters set
forth by (or from information transmitted by) a person with knowledge of those
matters;

2)      such records were kept in the course of a regularly conducted business activity;

3)      the business activity made such records as a regular practice; and

4)      if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

___08-17-20___                          ___Shelli Hayman___
(Date of Execution)                     (Print Name)

___Orange County, CA___                 ___Shelli Hayman___
(Place of Execution)                    (Signature)

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Exhibit B-11

1
<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2
I, __Courtney Lubrant__, hereby declare as follows:
(name)

3
1.   I am a duly authorized custodian of records for

4
__TCF Bank__ (the "Business Entity"). In that capacity, I am

5
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

6
and authorized to make this declaration.

7

8
a.   My job title/position is: **Subpoena Specialist**

9
b.   I have been employed in this capacity for

10
__1 year__ and by the Business Entity for __12 years__.
(duration)                                            (duration)

11
c.   My job duties are:

12
**Processing subpoenas.**

13

14
d.   I am knowledgeable about the matters set forth herein

15
and the relevant record-keeping practices of the Business Entity

16
based upon (check all that apply):

17
[X] Training.

18
[X] Familiarity with relevant policy/policies.

19
[X] Hands-on experience.

20
[ ] Supervision of one or more others with hands-on experience.

21
[ ] Other.  Describe:

22

23

24

25
2.   Attached hereto or enclosed herewith are ~~originals/true~~ *and*

26
*correct duplicates* of a record or records of a regularly conducted

27
activity of the Business Entity named above.

28

Confidential Information Subject to Protective Order

DOJ_PROD_0000000655
Confidential Information Subject to Protective Order

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein,

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at ___Plymouth, MN___,

                                              (place document was signed)

on ___7/10/2020___.

    (date document was signed)

*Courtney Lubrant*

    (signature)

Courtney Lubrant

    (typed or printed name)

# Exhibit B-12

DocuSign Envelope ID: 49F19CF4-9A4B-4A04-8749-BBB1F4C2036A

1

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2

I, <u>Jonathan (Jon) Almond</u>, hereby declare as follows:
(name)

3

1.   I am a duly authorized custodian of records for

4

<u>LendingClub Bank, N.A.</u>   (the "Business Entity").   In that capacity, I am
(name of business entity)

5

knowledgeable about the matters set forth herein and I am qualified

6

and authorized to make this declaration.

7

a.   My job title/position is:

8

b.   I have been employed in this capacity for

9

10

<u>4 months</u>   and by the Business Entity for   <u>17 months</u>.
(duration)                                          (duration)

11

c.   My job duties are:

12

Management of the BSA department at LendingClub Bank, N.A. (formerly Radius Bank).

13

Note Radius Bank was acquired by LendingClub on 02/01/2021. Prior to the acquisition I was
employed for 13 months as BSA Officer of Radius Bank. Since the acquisition, my title is
BSA Manager at LendingClub Bank, N.A.

14

d.   I am knowledgeable about the matters set forth herein

15

and the relevant record-keeping practices of the Business Entity

16

based upon (check all that apply):

17

[✓] Training.

18

[✓] Familiarity with relevant policy/policies.

19

[✓] Hands-on experience.

20

[ ] Supervision of one or more others with hands-on experience.

21

[ ] Other.  Describe:

22

23

2.   The record(s) produced within the indicated Bates range(s) listed

24

below are *correct duplicates* of a record or records of a regularly

25

conducted activity of the Business Entity named above:

26

27

28

See Attachment A

DocuSign Envelope ID: 49F19CF4-9A4B-4A04-8749-BBB1F4C2036A

1

2     3.   I certify that the record(s) referenced above:

3       a.   was/were made at or near the time of the occurrence of

4 the matters set forth therein,

5       b.   was/were made by, or from information transmitted by,

6 a person with knowledge of those matters;

7       c.   was/were kept in the course of the regularly conducted

8 activity of the Business Entity;

9       d.   was/were made by and in the course of the regularly

10 conducted activity as a regular practice;

11       e.   if not original records, are exact duplicates of

12 original records.

13

14

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at    Boston, Massachusetts  ,

                                                         (place document was signed)

17 on     05/28/2021    .

18     (date document was signed)

                        DocuSigned by:

                        —A07ADC0CF144423

19                     (signature)

20                     Jonathan (Jon) Almond

                    (typed or printed name)

21

22

23

24

25

26

27

28

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER     DOJ_PROD_0000164491

DocuSign Envelope ID: 49F19CF4-9A4B-4A04-8749-BBB1F4C2036A

Attachment A

| Date produced | Entity | Acct Nos. | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| 2/18/2021 | Accounting Management & Tax Service, Inc. | 7160077064 | DOJ_PROD_0000055353 | DOJ_PROD_0000055389 |
| 10/22/2020 2/26/2021 | Anton Kudiumov | 4111699233 | DOJ_PROD_0000007892 DOJ_PROD_0000065609 | DOJ_PROD_0000007895 DOJ_PROD_0000065622 |
| 10/22/2020 | Fadehaus Barbershop | 7160175402 | DOJ_PROD_0000007930 DOJ_PROD_0000065624 | DOJ_PROD_0000007948 DOJ_PROD_0000065640 |
| 8/17/2020 | Fetch Industries Inc | 5110098387 | DOJ_PROD_0000045018 | DOJ_PROD_0000045034 |
| 10/13/2020 2/23/2021 2/26/2021 | Nazar Terabelian or Mod Interiors Inc. | 7160092395 | DOJ_PROD_0000005358 DOJ_PROD_0000007949 DOJ_PROD_0000065641 DOJ_PROD_0000055390 | DOJ_PROD_0000005378 DOJ_PROD_0000007966 DOJ_PROD_0000065672 DOJ_PROD_0000055391 |
| 7/7/2020 10/16/2020 12/3/2020 2/26/2021 | Iulia Zhadko or Time Line Transport Inc. | 3110050172 6110319643 | DOJ_PROD_0000000503 DOJ_PROD_0000005337 DOJ_PROD_0000007971 DOJ_PROD_0000021256 DOJ_PROD_0000045013 DOJ_PROD_0000065696 | DOJ_PROD_0000000506 DOJ_PROD_0000005357 DOJ_PROD_0000007989 DOJ_PROD_0000021281 DOJ_PROD_0000045221 DOJ_PROD_0000065716 |
| 10/21/2020 2/26/2021 | TM Events Inc. | 7160096566 | DOJ_PROD_0000000503 DOJ_PROD_0000005337 DOJ_PROD_0000065673 | DOJ_PROD_0000000506 DOJ_PROD_0000005357 DOJ_PROD_0000065695 |
| 8/17/2020 | VLA Construction | 5110097997 | DOJ_PROD_0000045035 | DOJ_PROD_0000045055 |

**DocuSign**

## Certificate Of Completion

Envelope Id: 49F19CF49A4B4A048749BBB1F4C2036A                                    Status: Completed
Subject: Please DocuSign: 902(11) Certification_Radius 05282021.pdf
PPP 2nd Draw Indicator:
Source Envelope:
Document Pages: 3                         Signatures: 1                          Envelope Originator:
Certificate Pages: 4                      Initials: 0                            Jon Almond
AutoNav: Enabled                                                                 1 Harbor St Ste 201
EnvelopeId Stamping: Enabled                                                     Boston, MA  02210-2445
Time Zone: (UTC-05:00) Eastern Time (US & Canada)                               jalmond@radiusbank.com
                                                                                IP Address: 104.225.165.199

## Record Tracking

Status: Original                          Holder: Jon Almond                     Location: DocuSign
          5/28/2021 5:21:33 PM                    jalmond@radiusbank.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jonathan (Jon) Almond<br>jalmond@lendingclub.com<br>Security Level: Email, Account Authentication (None) | *DocuSigned by:*<br>A07ADC0CF144423...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 104.225.165.199 | Sent: 5/28/2021 5:23:02 PM<br>Viewed: 5/28/2021 5:26:34 PM<br>Signed: 5/28/2021 5:27:14 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 5/28/2021 5:26:34 PM<br>   ID: b129198e-7746-45e4-af99-a983f792ee4d | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 5/28/2021 5:23:02 PM |
| Certified Delivered | Security Checked | 5/28/2021 5:26:34 PM |
| Signing Complete | Security Checked | 5/28/2021 5:27:14 PM |
| Completed | Security Checked | 5/28/2021 5:27:14 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 2/27/2015 9:27:13 AM
Parties agreed to: Jonathan (Jon) Almond

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Radius Bank (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents, you may request delivery from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may change your mind at any time and tell us that you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Radius Bank:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: customerservice@radiusbank.com

**To advise Radius Bank of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at customerservice@radiusbank.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address.
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Radius Bank**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to customerservice@radiusbank.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number.

**To withdraw your consent with Radius Bank**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to customerservice@radiusbank.com and in the body of such request you must state your e-mail, full name, US Postal Address, telephone number, and request to withdraw your consent from receiving electronic disclosures and notices. We do not need any other information from you to withdraw consent.  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.

**Required hardware and software**

| Operating Systems: | Windows 7 or later or Mac OS X |
|---|---|
| Browsers (for SENDERS): | Chrome 40+, Firefox 35+, Internet Explorer 9+, or Safari 7+ |
| Browsers (for SIGNERS): | Chrome 40+, Firefox 35+, Internet Explorer 9+, or Safari 7+ |
| Email: | Access to a valid email account |
| Screen Resolution: | 1024 x 768 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

\*\* These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time

providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Radius Bank as described above, I consent to receive through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Radius Bank during the course of my relationship with you.

DOJ_PROD_0000164496