# Exhibit C

# Exhibit C-1

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, __Lola Levoy__ (name), hereby declare as follows:

1. I am a duly authorized custodian of records for __Beverly Hills Escrow__ (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

    a. My job title/position is: __President__

    b. I have been employed in this capacity for __57 yrs__ (duration) and by the Business Entity for __51 yrs__ (duration).

    c. My job duties are: __Open an Escrow, process it from beginning to end.__

    d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[✓] Training.
[✓] Familiarity with relevant policy/policies.
[✓] Hands-on experience.
[✓] Supervision of one or more others with hands-on experience.
[ ] Other.   Describe:

2. The record(s) produced within the indicated Bates range(s) listed below are *correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above:

    DOJ_PROD_0000004396 to DOJ_PROD_0000005305

3. I certify that the record(s) referenced above:

    a. was/were made at or near the time of the occurrence of the matters set forth therein,

    b. was/were made by, or from information transmitted by, a person with knowledge of those matters;

    c. was/were kept in the course of the regularly conducted activity of the Business Entity;

    d. was/were made by and in the course of the regularly conducted activity as a regular practice;

    e. if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at Beverly Hills Escrow (place document was signed), on May 25, 2021 (date document was signed).

_____
(signature)

Lola Levoy
(typed or printed name)

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000163733

# Exhibit C-2

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, __Corrue Schirr__ (name), hereby declare as follows:

1. I am a duly authorized custodian of records for __CV Escrow, INC__ (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

   a. My job title/position is: Sr. Escrow Auditor/Compliance Dept

   b. I have been employed in this capacity for __Approx 10 yrs__ (duration) and by the Business Entity for __12.5 yrs__ (duration).

   c. My job duties are:
      1. Coordinate with our legal counsel in production of business records

   d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

   [X] Training.
   [X] Familiarity with relevant policy/policies.
   [X] Hands-on experience.
   [ ] Supervision of one or more others with hands-on experience.
   [ ] Other.  Describe:

2. Attached hereto or enclosed herewith are ~~originals~~ /true and correct duplicates of a record or records of a regularly conducted activity of the Business Entity named above.

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4      3.  I certify that the attached record(s):
5          a.  was/were made at or near the time of the occurrence of
6  the matters set forth therein,
7          b.  was/were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9          c.  was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11         d.  was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13         e.  if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at  GLENDALE, CALIFORNIA ,
                                                 (place document was signed)
17  on  11-13-2020                .
       (date document was signed)
18                                              _____
                                                          (signature)
19
                                                CONNIE J. SCHIRTZ
20                                              _____
                                                    (typed or printed name)
21
22
23
24
            Records Produced: CV 00001 to CV 00846
25
26
27
28

                                    2

# Exhibit C-3

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, **Jenila Pimik** (name), hereby declare as follows:

1. I am a duly authorized custodian of records for **Encore Escrow Co Inc.** (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

   a. My job title/position is: **Escrow Officer, Branch Manager**

   b. I have been employed in this capacity for **19 years** (duration) and by the Business Entity for **19 years** (duration).

   c. My job duties are: **Processing paperwork pursuant to signed agreements for real property transactions, as well as the collection + disbursement of funds for same.**

   d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

   [✓] Training.

   [✓] Familiarity with relevant policy/policies.

   [✓] Hands-on experience.

   [✓] Supervision of one or more others with hands-on experience.

   [ ] Other. Describe:

2. Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein;

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of original records.

   I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at _Calabasas, CA_ (place document was signed), on _August 05, 2020_ (date document was signed).

_(signature)_

_Jenica Pinnik_ (typed or printed name)

Confidential Information Subject To Protective Order     DOJ_PROD_0000005864

# Exhibit C-4

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, **Angel Kwok** (name), hereby declare as follows:

1. I am a duly authorized custodian of records for **Perfect Escrow Inc.** (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

    a. My job title/position is: **Senior Escrow Officer**

    b. I have been employed in this capacity for **3+ years** (duration) and by the Business Entity for **30+ years** (duration).

    c. My job duties are: **Handle Escrow transactions/Services for A to Z.**

    d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

    [✓] Training.

    [✓] Familiarity with relevant policy/policies.

    [✓] Hands-on experience.

    [✓] Supervision of one or more others with hands-on experience.

    [ ] Other. Describe:

2. Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above.

```
 1
 2  (Circle either "originals" or "true and correct duplicates" and
 3  strike out the other term.)
 4      3.   I certify that the attached record(s):
 5          a.   was/were made at or near the time of the occurrence of
 6  the matters set forth therein,
 7          b.   was/were made by, or from information transmitted by,
 8  a person with knowledge of those matters;
 9          c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.   if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at Arcadia California,
                                                   (place document was signed)
17  on  10/22/2020          .
       (date document was signed)
18                                          _____
                                                  (signature)
19
                                            Angel Kwok,
20                                          _____
                                               (typed or printed name)
21
22
23
24
25
26
27
28
                                  2
```