# Exhibit D

# Exhibit D-1

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, <u>ASHISH S KARNAVAT (PRESIDENT)</u>, hereby declare as follows:
   (name)

1.   I am a duly authorized custodian of records for

<u>BELGIUM NEW YORK LLC</u> (the "Business Entity"). In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is: **PRESIDENT**

    b.   I have been employed in this capacity for

<u>8 MONTHS</u>   and by the Business Entity for   <u>8 MONTHS</u>  .
(duration)                                  (duration)

    c.   My job duties are:

        **UPPER MANAGEMENT**

    d.   I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity
based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are ⎡originals⎤ true and
correct *duplicates* of a record or records of a regularly conducted
activity of the Business Entity named above.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000110347

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4      3.   I certify that the attached record(s):
5          a.   was were made at or near the time of the occurrence of
6  the matters set forth therein,
7          b.   was were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9          c.   was were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.   was were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.   if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at _____ NEW YORK _____,
                                                         (place document was signed)
17  on ____ 12/17/20 ____.
         (date document was signed)
18                                                      _____
                                                        (signature)
19
20                                                      ASHISH S KARNAVAT (PRESIDENT)
                                                        (typed or printed name)
21
22
23
24
25
26
27
28

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Exhibit D-2



May 13, 2021

**Coinbase, Inc.: Certificate of Authenticity of Business Records**

I, Samantha Rodriguez, am employed at Coinbase, Inc., PO Box 26409, San Francisco, California, 94126.

I am familiar with the type of documents and records received, created, and relied upon by Coinbase, Inc. in the ordinary course of its business. After a reasonable and diligent search for documents responsive to the Deposition Subpoena for Production of Business Records ("Subpoena") seeking business records related to Coinbase Customers. I was able to identify and prepare for production in response to the Subpoena the following documents:

**Confidential Coinbase Compliance Report (.csv file) for Coinbase Customer(s)**

DOJ_PROD_0000130408 to DOJ_PROD_0000130413
DOJ_PROD_0000134259 to DOJ_PROD_0000134309

I further certify that:

    A) such records were created at or near the time of the occurrence of the matters set forth, or from information transmitted by a person with knowledge of those matters;

    B) such records were kept in the ordinary course of business activity at Coinbase, Inc.; and

    C) the business activity made such records available as a regular practice.

I certify that the foregoing is true and correct to the best of my knowledge.

By: */s/ Samantha Rodriguez*
    Samantha Rodriguez

    Coinbase, Inc.
    *Samantha.Rodriguez@coinbase.com*

Coinbase

PO Box 26409 | San Francisco, CA | 94126

Exhibit D-3

Subpoena # 05958
Records produced on March 2, 2021

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, <u>Melissa Sequete</u>, hereby declare as follows:
  (name)

1.   I am a duly authorized custodian of records for

<u>Fay Servicing, LLC</u>   (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is: AVP, Trials + Mediations

    b.   I have been employed in this capacity for

<u>3½ years</u>   and by the Business Entity for   <u>3½ years</u>   .
  (duration)                                        (duration)

    c.   My job duties are: Review business records to
            testify at trials and depositions.


    d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [✓] Training.

    [✓] Familiarity with relevant policy/policies.

    [✓] Hands-on experience.

    [✓] Supervision of one or more others with hands-on experience.

    [ ] Other.  Describe:




2.   Attached hereto or enclosed herewith are *originals/true and

correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

1
2   (Circle either "originals" or "true and correct duplicates" and
3   strike out the other term.)
4       3.   I certify that the attached record(s):
5           a.   was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7           b.   was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9           c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.   if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at  Boca Raton, FL     ,
                                                  (place document was signed)
17  on  May 21, 2021        .
        (date document was signed)
18                                    M Sequete
                                      (signature)
19
                                      Melissa Sequete
20                                    (typed or printed name)
21
22
23
24
25
26
27
28
                                      2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER            DOJ_PROD_0000163373

Exhibit D-4

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, _Arthur Pogosyan_ , hereby declare as follows:
         (name)

3    1.    I am a duly authorized custodian of records for

4
5    _Abbott & Hast Mortuary_ (the "Business Entity").  In that capacity, I am
     (name of business entity)
     knowledgeable about the matters set forth herein and I am qualified

6
7    and authorized to make this declaration.

8          a.    My job title/position is: Assistant Director

9          b.    I have been employed in this capacity for

10   _21 years_    and by the Business Entity for _Abbott & Hast Mortuary_
        (duration)                                        (duration)
11         c.    My job duties are: Assist families with funeral arrangements

12

13

14
15         d.    I am knowledgeable about the matters set forth herein

16   and the relevant record-keeping practices of the Business Entity

17   based upon (check all that apply):

18         [✓] Training.

19         [✓] Familiarity with relevant policy/policies.

20         [✓] Hands-on experience.

21         [ ] Supervision of one or more others with hands-on experience.

22         [ ] Other.  Describe:

23

24   2.    The record(s) produced within the indicated Bates range(s) listed

25   below are *correct duplicates* of a record or records of a regularly

26   conducted activity of the Business Entity named above:

27

28             DOJ_PROD_0000163305 to DOJ_PROD_0000163306

3.   I certify that the record(s) referenced above:

(a)   was/were made at or near the time of the occurrence of the matters set forth therein,

(b)   was/were made by, or from information transmitted by, a person with knowledge of those matters;

(c)   was/were kept in the course of the regularly conducted activity of the Business Entity;

(d)   was/were made by and in the course of the regularly conducted activity as a regular practice;

e.   if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at Abbot & Hast Martua

1434 W Kenneth, CA.
(place document was signed)

on   5 | 24 | 2021   .
(date document was signed)

(signature)

Arthur Pogosyan
(typed or printed name)

2

# Exhibit D-5

1   DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2   I, *Matthew Mat__*, hereby declare as follows:

3

4       1.    I am a duly authorized custodian of records for

5   *ITALY 2000* (the "Business Entity").  In that capacity, I am

    (name of business entity)

6   knowledgeable about the matters set forth herein and I am qualified

7   and authorized to make this declaration.

8           a.    My job title/position is:

9           b.    I have been employed in this capacity for

10  *36 Years* and by the Business Entity for *36 Years*.

    (duration)                                   (duration)

11          c.    My job duties are:

12  *General Manager*

13

14

15          d.    I am knowledgeable about the matters set forth herein

16  and the relevant record-keeping practices of the Business Entity

17  based upon (check all that apply):

18      [ ] Training.

19      [ ] Familiarity with relevant policy/policies.

20      [ ] Hands-on experience.

21      [ ] Supervision of one or more others with hands-on experience.

22      [ ] Other.  Describe:

23

24      2.    The record(s) produced within the indicated Bates range(s) listed

25  below are *correct duplicates* of a record or records of a *regularly*

26  conducted activity of the Business Entity named above:

27

28          DOJ_PROD_0000096598 to DOJ_PROD_0000096610

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                DOJ_PROD_0000164357

1
2      3.   I certify that the record(s) referenced above:
3          a.   was/were made at or near the time of the occurrence of
4 the matters set forth therein,
5          b.   was/were made by, or from information transmitted by,
6 a person with knowledge of those matters;
7          c.   was/were kept in the course of the regularly conducted
8 activity of the Business Entity;
9          d.   was/were made by and in the course of the regularly
10 conducted activity as a regular practice;
11          e.   if not original records, are exact duplicates of
12 original records.
13
14
15      I declare under penalty of perjury that the foregoing is true
16 and correct.  This declaration is executed at _Los Angeles._,

(place document was signed)

17 on __5/27/2021__ .

(date document was signed)

18

19 _____

(signature)

20 __Matthew Metlin.__

(typed or printed name)

21
22
23
24
25
26
27
28

2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000164358

# Exhibit D-6

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, <u>BERC CALGICIOGLU</u>   , hereby declare as follows:
(name)

1.    I am a duly authorized custodian of records for

<u>Picadilly Jewelers</u>   (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.    My job title/position is: Owner

b.    I have been employed in this capacity for

<u>42 years</u>   and by the Business Entity for   <u>42 years</u>   .
(duration)                                                      (duration)

c.    My job duties are: Owner

d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[ ] Training.

[ ] Familiarity with relevant policy/policies.

[X] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.    Attached hereto or enclosed herewith are *originals/true and*

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

(Circle either ~~"originals"~~ or "true and correct duplicates" and
strike out the other term.)

   3.   I certify that the attached record(s):

      a.   was/were made at or near the time of the occurrence of
the matters set forth therein,

      b.   was/were made by, or from information transmitted by,
a person with knowledge of those matters;

      c.   was/were kept in the course of the regularly conducted
activity of the Business Entity;

      d.   was/were made by and in the course of the regularly
conducted activity as a regular practice;

      e.   if not original records, are exact duplicates of
original records.

   I declare under penalty of perjury that the foregoing is true
and correct.   This declaration is executed at  Los Angeles, California  ,
                                                (place document was signed)
on   January 7, 2021        .
     (date document was signed)

                                    _____
                                    (signature)

                                    BERC CALGICIOGLU
                                    (typed or printed name)

                                    2

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                    DOJ_PROD_0000130319

# Exhibit D-7

<u>Declaration of Custodian of Records</u>

I, the undersigned, hereby declare:

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business entity named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.  Specifically, as a result of my position I am familiar with the company's recordkeeping practices and systems.

I hereby certify that, to the best of my knowledge, the records provided herewith and in response to the subpoena or request for documents in the matter of Federal Grand Jury Subpoena, Call# R 20 12232 (2020YNBBK_000001 - 2020YNBBK_000052) that:

      (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;
      (2) were kept in the course of regularly conducted business activity; and
      (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 28, 2021  .

                      /s/ Bianca Walters
                      (signature of the declarant)

                      Bianca Walters
                      (name of declarant)

                      Senior Paralegal
                      (title of declarant)

                      Robinhood Markets Inc
                      (responding entity)

                      85 Willow Road
                      (business address)

                      Menlo Park, CA 94025

# Exhibit D-8

**[FOR DOMESTIC U.S. RECORDS]**

## DECLARATION OF ALISON BEARDSLEY CERTIFYING RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, <u>Alison Beardsley</u> declare that:

1. I am employed by TD Ameritrade, Inc., as Paralegal, Subpoenas & Garnishments and by reason of my position am authorized and qualified to make this declaration. I am the custodian of records and I am familiar with the company's record keeping practices.

2. I further certify that the documents attached hereto are true copies of records that were:

    (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
    (b) kept in the course of regularly conducted business activity; and
    (c) made by the regularly conducted business activity as a regular practice.

I declare that the foregoing is true and correct. Executed on 2/16/21 .

Paralegal
Legal Process Department
TD Ameritrade Inc.

State of Nebraska

County of Douglas

Sworn to and subscribed before me this <u>16th</u> day of <u>February, 2021</u> .

Notary Public

GENERAL NOTARY - State of Nebraska
DANA BROWN
My Comm. Exp. April 3, 2023

DOJ_PROD_000055402

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Exhibit D-9

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, *Jasmine Ohafor*, hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

*The Pointe at Warner Center* (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

     a.   My job title/position is: *Assistant Community Manager*

     b.   I have been employed in this capacity for

*4 years* and by the Business Entity for *Greystar*.
(duration)                                                          (duration)

     c.   My job duties are:

     d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are *originals/true and*

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.   I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at _The Pontent Worry Center_

17 on _5/9/2021_ .
              (date document was signed)                    (place document was signed)

18                                          _____

19                                          (signature)

20                                          _Jasmine Okafor_
                                            (typed or printed name)

21

22

23     Records Produced:
       Novemeber 16, 2020 DOJ_PROD_0000045423 to DOJ_PROD_0000045512
24     December 4, 2020 2 hard drives from the property camera system
       February 4, 2021 DOJ_PROD_0000065445 to DOJ_PROD_0000065516
25

26

27

28

                                    2