# Exhibit E

# Exhibit E-1

3134573   ADB



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Adam Beebe**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T**, and they were made by **AT&T** as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

January 17, 2021                                *Adam Beebe*

Date                                             Signature

3159597   LLJ



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Leilani Jimenez**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by **AT&T**, and my title is **Legal Compliance Analyst**.   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**.  I further state that:

a.  All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T**  as a regular practice; and

b.  Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1.   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2.   The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

February 26, 2021                                              *Leilani Jimenez*

---
Date                                                              Signature

3079566   NMD



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Nicholas DeRoy**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by **AT&T**, and my title is **Legal Compliance Analyst**.   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**.  I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T**  as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

   1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

   2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

June 2, 2021                                         *Nicholas DeRoy*

_____     _____
Date                                                         Signature

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000165129

# Exhibit E-2



Law Enforcement Relations
1605 Cedar Crest Blvd, Allentown, PA 18104
Phone: (973) 292-8911 Fax: (973) 292-8697

November 08, 2020

T-Mobile / MetroPCS Tracking ID: 2954543

I, Hector Esteves, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.2954543 in response to a lawful request issued to the company.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 9565 | 01/01/2020 | 10/16/2020 | Call Details No Cells |
| 9565 | 01/01/2020 | 10/16/2020 | Subscriber Info |
| 4170 | 01/01/2020 | 10/16/2020 | Call Details No Cells |
| 4170 | 01/01/2020 | 10/16/2020 | Subscriber Info |
| 4226 | 01/01/2020 | 10/16/2020 | Call Details No Cells |
| 4226 | 01/01/2020 | 10/16/2020 | Subscriber Info |

I further state that:
 A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
 B) Such records were kept in the course of regularly conducted business activity;
 C) The business activity made such records as a regular practice; and
 D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Law Enforcement Relations Group



Law Enforcement Relations
1605 Cedar Crest Blvd, Allentown, PA 18104
Phone: (973) 292-8911 Fax: (973) 292-8697

November 08, 2020

T-Mobile / MetroPCS Tracking ID: 2954546

I, Hector Esteves, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age.
I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.2954546 in response to a lawful request issued to the company.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7163 | 01/01/2020 | 09/03/2020 | Call Details No Cells |
| 7163 | 01/01/2020 | 09/03/2020 | Subscriber Info |
| 9816 | 01/01/2020 | 09/03/2020 | Subscriber Info |
| 9816 | 01/01/2020 | 09/03/2020 | Call Details No Cells |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
      information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Law Enforcement Relations Group

Confidential Information Subject To Protective Order



Law Enforcement Relations
1605 Cedar Crest Blvd, Allentown, PA 18104
Phone: (973) 292-8911 Fax: (973) 292-8697                                                                November 08, 2020

---

T-Mobile / MetroPCS Tracking ID: 2954544

I, Hector Esteves, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.2954544 in response to a lawful request issued to the company.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 0360 | 01/01/2020 | 09/03/2020 | Call Details No Cells |
| 0360 | 01/01/2020 | 09/03/2020 | Subscriber Info |

I further state that:
 A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
     information transmitted by) a person with knowledge of those matters;
 B) Such records were kept in the course of regularly conducted business activity;
 C) The business activity made such records as a regular practice; and
 D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

                                                                                                    Sincerely

                                                                                                    *[signature]*

                                                                                                    Law Enforcement Relations Group

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                              DOJ_PROD_0000105146



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697

December 09, 2020

T-Mobile / MetroPCS Tracking ID: 2992877

I, Sharissa Neeranjan, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.2992877 in response to a lawful request issued to the company.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 0360 | 01/01/2020 | 09/03/2020 | Call Details No Cells |
| 0360 | 01/01/2020 | 09/03/2020 | Subscriber Info |
| 0360 | 01/01/2020 | 09/03/2020 | Data Sessions |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
     information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Law Enforcement Relations Group



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                                                                                  March 20, 2021

T-Mobile / MetroPCS Tracking ID: 3129233

I, Stephanie Wheeler, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.3129233 in response to a lawful request issued to the company.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 4971 | 04/02/2020 | 04/02/2020 | Call Details No Cells |
| 4971 | 04/02/2020 | 04/02/2020 | Subscriber Info |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
       information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

                                                                                                         Sincerely

                                                                                                       *Stephanie Wheeler*

                                                                              Law Enforcement Relations Group

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                                                              DOJ_PROD_0000158085

# Exhibit E-3

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)**

I, __Matthew Griffin_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

1. I am employed by __Verizon Wireless_____ ("the Provider"), my title is __Subpoena Coordinator_____, and I have been employed in this capacity since approximately __February 2020_____ and by the Provider since approximately __July 2019_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved based upon (check all that apply):

[ x ] Training.

[ x ] Familiarity with relevant policy/policies.

[ x ] Hands-on experience.

[ x ] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2. I state and certify that the records attached hereto, enclosed herewith, or made accessible by URL or online portal ("the Records"), are true duplicates of the original records in the custody of the Provider. The Records are responsive to the legal process which process is either attached hereto, enclosed herewith, or assigned the Provider's internal reference number __20321910_____.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER       DOJ_PROD_0000110325

3.  I further state and certify that the Records:

a.  were made at or near the time of the occurrence of the matters set forth therein;

b.  were made by, or from information transmitted by, a person with knowledge of those matters;

c.  were kept in the course of the regularly conducted activity of the Provider;

d.  were made by and in the course of the regularly conducted activity as a regular practice; and

e.  were generated by the Provider's electronic process or system that produces an accurate result, to wit:

   1.  the Records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Provider in a manner to ensure that they are true duplicates of the original records; and

   2.  the process or system is regularly verified by the Provider, and at all times pertinent to the Records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| 12/10/2020 | \S\ Matthew Griffin |
|---|---|
| Date | Signature |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

September 16, 2020

LELAFEDBI
11000 WILSHIRE BOULEVARD SUITE 1700
LOS ANGELES CA 90024

**Verizon Case #: 20210387**
**Docket / File #: 29O-LA-3280255**

State of New Jersey

ss:

County of Somerset

I, MALLORY PETERSON, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ MALLORY PETERSON

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    DOJ_PROD_0000008553

file:///S:/Jobe Construction/12 - Trial Prep/902(11) Certifications - Bates Stamped/GEX CERTS/Telephone Records/70/DOJ_PROD_0000008553.html    1/1