# Exhibit F

STATE OF MISSOURI    )
                     )
COUNTY OF ST. LOUIS  )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Madison Deranja, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal I. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 104.34.75.188, 6/24/2020 3:28:00 AM, Pacific in response to a lawful request dated 7/13/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

08/22/2020
_____
Date

*Madison Deranja*

_____
Madison Deranja, Paralegal I
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
madison.deranja@charter.com
www.charter.com/lea

STATE OF MISSOURI     )
                      )
COUNTY OF ST. LOUIS   )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Fatima Arslan Brdarevic, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 104.34.75.188, 5/6/2020 12:00:00 AM, Pacific; 104.34.75.188, 5/6/2020 11:59:00 PM, Pacific in response to a lawful request dated 7/22/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

09/02/2020
─────────────
Date

─────────────
Fatima Arslan Brdarevic, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Fatima.Brdarevic@charter.com
www.charter.com/lea

STATE OF MISSOURI  )
                   )
COUNTY OF ST. LOUIS )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Dana Shannon, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 2605:e000:1701:4cd5:1c51:346e:6c62:efa7, 3/30/2020 9:42:00 AM, Pacific; 71.95.147.114, 4/5/2020 4:30:00 PM, Pacific; 2605:e000:1418:1bde:f52a:41f4:3a1:7a46, 6/12/2020 5:34:00 AM, Pacific; 2605:e000:1701:4cd5:6434:50cd:36ad:4b46, 6/15/2020 4:30:00 PM, Pacific; 2605:e000:1418:4460:115f:be31:bffe:b1f, 4/12/2020 4:30:00 PM, Pacific; 2605:e000:1527:f55:e48b:d80a:7c93:b072, 4/8/2020 4:30:00 PM, Pacific; 2605:e000:1527:f55:4033:3414:5a6:af2d, 6/16/2020 4:30:00 PM, Pacific; 2605:e000:1701:4cd5:2818:b33f:16ab:210, 3/31/2020 4:30:00 PM, Pacific; 2605:e000:1701:4cd5:b0cb:4a0d:2a4c:6643, 6/23/2020 4:30:00 PM, Pacific; 2605:e000:1527:f55:c925:5063:7dda:6c9, 6/16/2020 4:30:00 PM, Pacific; 69.75.40.94, 4/3/2020 4:30:00 PM, Pacific; 2605:e000:1701:4cd5:a80f:4a1f:7e30:7a0, 5/27/2020 4:30:00 PM, Pacific; 104.32.244.169, 6/29/2020 4:30:00 PM, Pacific; 47.51.51.130, 5/27/2020 4:30:00 PM, Pacific; 23.240.177.62, 6/25/2020 4:30:00 PM, Pacific; 104.33.205.7, 4/3/2020 4:30:00 PM, Pacific; 23.242.208.63, 5/29/2020 4:30:00 PM, Pacific; 47.41.194.223, 6/18/2020 4:30:00 PM, Pacific; 47.51.51.130, 4/2/2020 4:30:00 PM, Pacific; 23.242.208.63, 3/31/2020 4:30:00 PM, Pacific; 47.41.194.223, 6/18/2020 4:30:00 PM, Pacific; 47.51.51.130, 4/2/2020 4:30:00 PM, Pacific; 2606:6000:6916:5e00:1129:b629:4bee:3c89, 8/8/2020 4:30:00 PM, Pacific; 75.83.238.222, 5/14/2020 4:30:00 PM, Pacific; 75.82.118.220, 7/16/2020 4:30:00 PM, Pacific in response to a lawful request dated 10/23/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

Confidential Information Subject To Protective Order

11/23/2020 

Date

Dana Shannon, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Dana.Shannon@charter.com
www.charter.com/lea

STATE OF MISSOURI     )
                      )
COUNTY OF ST. LOUIS   )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Privacy Specialist II, Legal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 23.242.208.63, 5/18/2020 9:30:00 PM, Pacific in response to a lawful request dated 1/14/2021 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

02/19/2021

Date

*[signature]*

ShaRayne Jackson, Privacy Specialist II, Legal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea

STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Privacy Specialist II, Legal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 23.242.208.63, 5/18/2020 9:30:00 PM, Pacific in response to a lawful request dated 1/14/2021 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

02/19/2021

Date

*[signature]*

ShaRayne Jackson, Privacy Specialist II, Legal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000065435

STATE OF MISSOURI          )
                           )
COUNTY OF ST. LOUIS        )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Anya Oliver, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is LEROC Team Lead. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 75.83.234.33, 5/14/2020 9:00:00 AM, Pacific; 75.83.234.33, 5/10/2020 5:21:00 AM, Pacific; 75.83.234.33, 5/7/2020 10:09:00 AM, Pacific; 75.83.234.33, 5/5/2020 3:19:00 PM, Pacific; 75.83.234.33, 5/3/2020 5:17:00 PM, Pacific in response to a lawful request dated 9/2/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

10/08/2020
_____
Date

*[signature]*
_____
Anya Oliver, LEROC Team Lead
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Anya.Oliver@charter.com
www.charter.com/lea

STATE OF MISSOURI        )
                         )
COUNTY OF ST. LOUIS      )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal II. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 75.83.234.33, 5/3/2020 12:00:00 AM, Pacific; 75.83.234.33, 5/14/2020 11:59:00 PM, Pacific in response to a lawful request dated 9/2/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

10/13/2020
_____
Date

_____
ShaRayne Jackson, Paralegal II
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea

STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Anya Oliver, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is LEROC Team Lead. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 68.119.132.88, 4/24/2020 4:32:00 PM, Pacific; 104.34.75.188, 4/28/2020 4:28:00 PM, Pacific; 104.34.75.188, 5/8/2020 2:21:00 PM, Pacific; 45.48.164.99, 5/1/2020 6:35:00 PM, Pacific in response to a lawful request dated 9/23/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

11/17/2020
_____
Date

_____
Anya Oliver, LEROC Team Lead
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Anya.Oliver@charter.com
www.charter.com/lea

STATE OF MISSOURI      )
                       )
COUNTY OF ST. LOUIS    )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Fatima Arslan Brdarevic, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Privacy Specialist I. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 75.83.234.33, 9/17/2020 4:36:00 AM, GMT, 0; 75.83.234.33, 10/1/2020 9:03:00 PM, GMT, 0 in response to a lawful request dated 2/24/2021 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

04/06/2021
_____
Date

_____
Fatima Arslan Brdarevic, Privacy Specialist I
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Fatima.Brdarevic@charter.com
www.charter.com/lea