# Exhibit G



**LEGAL DIVISION**
Federal Deposit Insurance Corporation

April 29, 2021

Scott Paetty, Assistant United States Attorney
United States Attorney's Office
Major Fraud Section, Central District of California
1100 U.S. Courthouse
312 N. Spring Street
Los Angeles, California 90012

Dear Mr. Paetty:

By email dated April 29, 2021, you requested proof of the insured status of eight depository institutions: (1) Seattle Bank, Seattle, Washington; (2) Celtic Bank, Salt Lake City, Utah; (3) Cross River Bank, Teaneck, New Jersey; (4) Wells Fargo Bank, National Association, Sioux Falls, South Dakota; (5) Comerica Bank, Dallas, Texas; (6) Bank of America, National Association, Charlotte, North Carolina; (7) WebBank, Salt Lake City, Utah; and (8) Capital One, National Association, McLean, Virginia, for the time period March 1, 2020, through February 28, 2021.

In response to that request, we are enclosing Certificates of Authenticity that these institution were an insured depository institution on the dates in question.

Please review the enclosed documents upon receipt to make sure that they satisfy your requirements.  If I can be of further assistance in this matter, please let me know.

Sincerely,

Nicholas Kazmerski
Counsel

Legal Division
550 17th Street NW, Washington, D.C. 20429-9990
www.fdic.gov

## CERTIFICATE OF AUTHENTICITY

1.  I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2.  I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of Seattle Bank, Seattle, Washington, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by—or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3.  I further certify that insurance applicable to the main office of Seattle Bank, is applicable to any domestic (U.S.) branch office of Seattle Bank.

4.  I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of Seattle Bank, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Seattle Bank, retained its status as an insured depository institution of the FDIC from August 2, 1999, through and including February 28, 2021.

5. I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6. The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087151**



**Federal Deposit Insurance Corporation**

**550 17th Street, NW**

**WASHINGTON, DC 20429**

## FINANCIAL INSTITUTION STRUCTURE REPORT

**EXCERPT FROM FDIC RECORDS**

| | |
|---|---|
| **INSTITUTION NAME:** | **Seattle Bank** |
| | **600 University Street, Suite 1850** |
| | **Seattle, WA 98101 - 1129** |
| **INSURANCE DATE:** | **08/2/1999** |
| **CERTIFICATE #:** | **35139** |
| **REGISTRATION DATE:** | |
| **OFFICIAL MAILING ADDRESS** | **600 University Street, Suite 1850** |
| | **Seattle, WA 98101 - 1129** |
| **CLASS:** | |
| **ACTIVE:** | **Active** |
| **STATUS:** | **Current** |
| **FORMER BANK NAME(S):** | **Seattle Savings Bank** |
| **FUND:** | **DIF** |

---

**ACTION DATE**

| | |
|---|---|
| 08/2/1999 | Seattle Savings Bank, Seattle, WA, was admitted to membership in the FDIC \|e 08/02/1999 |
| 10/22/1999 | Main office relocated from 229 Eastlake Avenue East, Suite 200 to 2825 Eastlake Avenue East, Suite 250, Seattle, WA \|e 10/22/1999 |
| 05/20/2002 | Main office relocated from 2825 Eastlake Avenue East, Suite 250 to 190 Queen Anne Avenue North #500, Seattle, WA \|e 05/20/2002 |
| 12/2/2008 | Title changed from Seattle Savings Bank to "Seattle Bank" \|e 12/2/2008 |
| 12/7/2011 | Main office relocated from 190 Queen Anne Ave., N #100 to 600 University Street, Suite 1850, Seattle, WA \|e 12/07/2011 |

EXHIBIT A (Cardfile)

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
DOJ_PROD_0000162733

CERTIFICATION

I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby certify and attest that the attached duplicate copy of the certificate of insurance issued to Seattle Bank, Seattle, Washington, is a true and correct copy of the original.

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087151**

DUPLICATE

# FEDERAL DEPOSIT INSURANCE CORPORATION

WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in



**SEATTLE BANK**

**SEATTLE**

**WASHINGTON**

are insured to the maximum amount provided by the

Federal Deposit Insurance Act



No: **35139**

In testimony whereof, witness my signature and the seal of the
Corporation this **2ND** day of **DECEMBER, 2008**

Attest: *Robert E. Feldman*

EXECUTIVE SECRETARY

*Sheila C. Bair*

CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# CERTIFICATE OF AUTHENTICITY

1.  I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2.  I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of Celtic Bank, Salt Lake City, Utah, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by—or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3.  I further certify that insurance applicable to the main office of Celtic Bank, is applicable to any domestic (U.S.) branch office of Celtic Bank.

4.  I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of Celtic Bank, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Celtic Bank, retained its status as an insured depository institution of the FDIC from March 1, 2001, through and including February 28, 2021.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

5. I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6. The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087152**



# Federal Deposit Insurance Corporation
## 550 17th Street, NW
## WASHINGTON, DC 20429

## Financial Institution Structure Report

**Excerpt From FDIC Records**

| | |
|---|---|
| Institution Name: | Celtic Bank |
| | 268 South State Street, Suite 300 |
| | Salt Lake City, UT 84111 - 0000 |
| Insurance Date: | 03/1/2001 |
| Certificate #: | 57056 |
| Registration Date: | |
| Official Mailing Address: | 268 South State Street, Suite 300 |
| | Salt Lake City, UT 84111 - 0000 |
| Class: | Insured Commercial Banks, State, Not Members of FRS |
| Active: | Active |
| Status: | Historical |
| Former Bank Name(s): | |

---

ACTION DATE

---

03/01/2001 - Celtic Bank, Salt Lake City, UT was admitted to membership in the FDIC

06/13/2001 - Main office relocated to 340 East 400 South , Salt Lake City, UT

08/28/2009 - Main office relocated to 340 East 400 South , Salt Lake City, UT

04/09/2012 - Main office relocated to 268 South State Street, Suite 300 , Salt Lake City, UT

EXHIBIT A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
Run Date:Fri, May 7 2021 10:44 AM
DOJ_PROD_0000162738

CERTIFICATION


I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby

certify and attest that the attached duplicate copy of the certificate of insurance issued to Celtic

Bank, Salt Lake City, Utah, is a true and correct copy of the original.


DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087152**

DUPLICATE

# FEDERAL DEPOSIT INSURANCE CORPORATION

### WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in



**CELTIC BANK**

**SALT LAKE CITY**

**UTAH**

are insured to the maximum amount provided by the
Federal Deposit Insurance Act



No: **57056**

In testimony whereof, witness my signature and the seal of the
Corporation this **1ST** day of **MARCH, 2001**

Attest: *Robert E. Feldman*
EXECUTIVE SECRETARY

*Donna Tanone*
CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF AUTHENTICITY

1. I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2. I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of Cross River Bank, Teaneck, New Jersey, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by—or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3. I further certify that insurance applicable to the main office of Cross River Bank, is applicable to any domestic (U.S.) branch office of Cross River Bank.

4. I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of Cross River Bank, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Cross River Bank, retained its status as an insured depository institution of the FDIC from June 23, 2008, through and including February 28, 2021.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

5.  I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6.  The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087153**

CERTIFICATION


I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby

certify and attest that the attached duplicate copy of the certificate of insurance issued to Cross

River Bank, Teaneck, New Jersey, is a true and correct copy of the original.


DATED:  May 10, 2021

_____

Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087153**

**DUPLICATE**

# FEDERAL DEPOSIT INSURANCE CORPORATION

### WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in



**CROSS RIVER BANK**

**TEANECK**

**NEW JERSEY**

are insured to the maximum amount provided by the

Federal Deposit Insurance Act



No: **58410**

In testimony whereof, witness my signature and the seal of the Corporation this **23RD** day of **JUNE, 2008**

Attest: _Robert E. Feldman_
EXECUTIVE SECRETARY

_Sheila C. Bair_
CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



**Federal Deposit Insurance Corporation**

**550 17th Street, NW**

**WASHINGTON, DC 20429**


**FINANCIAL INSTITUTION STRUCTURE REPORT**

**EXCERPT FROM FDIC RECORDS**

| | |
|---|---|
| **INSTITUTION NAME:** | **Cross River Bank** |
| | **885 Teaneck Road** |
| | **Teaneck, NJ 07666 - 0000** |
| **INSURANCE DATE:** | **06/23/2008** |
| **CERTIFICATE #:** | **58410** |
| **REGISTRATION DATE:** | |
| **OFFICIAL MAILING ADDRESS** | **885 Teaneck Road** |
| | **Teaneck, NJ 07666 - 0000** |
| **CLASS:** | **Insured Commercial Banks, State, Not Members of FRS** |
| **ACTIVE:** | **Active** |
| **STATUS:** | **Current** |
| **FORMER BANK NAME(S):** | |
| **FUND:** | **DIF** |

**ACTION DATE**

| | |
|---|---|
| 06/23/2008 | Cross River Bank, Teaneck, NJ, was admitted to membership in the FDIC \|e 06/23/2008 |

EXHIBIT A (Cardfile)

Run Date:Fri, May 7 2021 11:12 AM

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000162745

## CERTIFICATE OF AUTHENTICITY

1. I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2. I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of Wells Fargo Bank, National Association, Sioux Falls, South Dakota, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by— or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3. I further certify that insurance applicable to the main office of Wells Fargo Bank, National Association, is applicable to any domestic (U.S.) branch office of Wells Fargo Bank, National Association.

4. I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of Wells Fargo Bank, National Association, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Wells Fargo Bank, National Association, retained its status as an insured depository institution of the FDIC from January 1, 1934, through and including February 28, 2021.

5. I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6. The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087154**



# Federal Deposit Insurance Corporation
## 550 17th Street, NW
## WASHINGTON, DC 20429

### Financial Institution Structure Report

**Excerpt From FDIC Records**

| | |
|---|---|
| Institution Name: | Wells Fargo Bank, National Association |
| | 101 N. Phillips Avenue |
| | Sioux Falls, SD 57104 - 0000 |
| Insurance Date: | 01/1/1934 |
| Certificate #: | 3511 |
| Registration Date: | 12/4/1933 |
| Official Mailing Address: | Sixth & Marquette Avenue Macn9305-152 |
| | Minneapolis, MN 55479 - 0000 |
| Class: | Insured Commercial Bank, National, Member FRS |
| Active: | Active |
| Status: | Historical |
| Former Bank Name(s): | Crocker First National Bank of San Francisco |
| | Crocker National Bank |
| | Crocker-Anglo National Bank |
| | Crocker-Citizens National Bank |

---

ACTION DATE

---

02/10/1956 - Title changed to Crocker-Anglo National Bank

11/01/1963 - Title changed to Crocker-Citizens National Bank

07/01/1971 - Title changed to Crocker National Bank

06/14/1972 - Main office relocated to 1 Montgomery Street , San Francisco, CA

06/26/1978 - Title changed to Crocker National Bank

01/08/1979 - Title changed to Crocker National Bank

05/30/1986 - Title changed to Wells Fargo Bank, National Association

05/15/1988 - Main office relocated to 1 Montgomery Street , San Francisco, CA

05/31/1988 - Main office relocated to 420 Montgomery Street , San Francisco, CA

09/16/1988 - Main office relocated to 420 Montgomery Street , San Francisco, CA

07/08/2000 - Main office relocated to 464 California Street , San Francisco, CA

02/20/2004 - Main office relocated to 101 N. Phillips Avenue , Sioux Falls, SD

EXHIBIT A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Run Date:Fri, May 7 2021 10:58 AM

DOJ_PROD_0000162748

CERTIFICATION


I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby

certify and attest that the attached duplicate copy of the certificate of insurance issued to Wells

Fargo Bank, National Association, Sioux Falls, South Dakota, is a true and correct copy of the

original.


DATED:  May 10, 2021

Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087154**

**DUPLICATE**

# FEDERAL DEPOSIT INSURANCE CORPORATION
WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in



**WELLS FARGO BANK,
NATIONAL ASSOCIATION**

**SIOUX FALLS**

**SOUTH DAKOTA**

are insured to the maximum amount provided by the
Federal Deposit Insurance Act



No: **3511**

Attest: *Robert E. Feldman*

EXECUTIVE SECRETARY

In testimony whereof, witness my signature and the seal of the

Corporation this **20TH** day of **FEBRUARY, 2004**

CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF AUTHENTICITY

1. I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2. I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of Comerica Bank, Dallas, Texas, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by—or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3. I further certify that insurance applicable to the main office of Comerica Bank, is applicable to any domestic (U.S.) branch office of Comerica Bank.

4. I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of Comerica Bank, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Comerica Bank, retained its status as an insured depository institution of the FDIC from January 1, 1934, through and including February 28, 2021.

DOJ_PROD_0000162751

5.  I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6.  The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087155**



# Federal Deposit Insurance Corporation
## 550 17th Street, NW
## WASHINGTON, DC 20429

### Financial Institution Structure Report

**Excerpt From FDIC Records**

| | |
|---|---|
| Institution Name: | Comerica Bank |
| | 1717 Main Street |
| | Dallas, TX 75201 - 4612 |
| Insurance Date: | 01/1/1934 |
| Certificate #: | 983 |
| Registration Date: | 11/21/1933 |
| Official Mailing Address: | 1717 Main Street |
| | Dallas, TX 75201 - 0000 |
| Class: | Insured Commercial or Savings Banks, State, Members FRS |
| Active: | Active |
| Status: | Historical |
| Former Bank Name(s): | Comerica Bank-Detroit |
| | The Detroit Bank |
| | The Detroit Bank and Trust Company |
| | The Detroit Savings Bank |

## ACTION DATE

01/14/1936 - Title changed to The Detroit Bank

08/31/1956 - Title changed to The Detroit Bank and Trust Company

02/23/1976 - Main office relocated to 211 West Fort Street , Detroit, MI

11/15/1982 - Title changed to Comerica Bank-Detroit

05/01/1991 - Title changed to Comerica Bank

11/22/1993 - Main office relocated to One Detroit Center , Detroit, MI

11/01/2007 - Main office relocated to 1717 Main Street , Dallas, TX

EXHIBIT A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

CERTIFICATION

I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby certify and attest that the attached duplicate copy of the certificate of insurance issued to Comerica Bank, Dallas, Texas, is a true and correct copy of the original.

DATED:  May 10, 2021

Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087155**

**DUPLICATE**

# FEDERAL DEPOSIT INSURANCE CORPORATION

W A S H I N G T O N, D. C.

Hereby certifies that the deposits of each depositor in



**COMERICA BANK**

**DALLAS**

**TEXAS**

are insured to the maximum amount provided by the

F e d e r a l   D e p o s i t   I n s u r a n c e   A c t



No: **983**

In testimony whereof, witness my signature and the seal of the

Corporation this **1ST** day of **NOVEMBER, 2007**

Attest: _Robert E. Feldman_

EXECUTIVE SECRETARY

_Sheila C. Bair_

CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF AUTHENTICITY

1.  I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2.  I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of Bank of America, National Association, Charlotte, North Carolina, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by— or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3.  I further certify that insurance applicable to the main office of Bank of America, National Association, is applicable to any domestic (U.S.) branch office of Bank of America, National Association.

4.  I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of Bank of America, National Association, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Bank of America, National Association, retained its status as an insured depository institution of the FDIC from January 1, 1934, through and including February 28, 2021.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

5.  I further certify that the records accompanying this certificate are copies of photographs,

    microphotographs, photographic film or reproductions of records preserved in an

    electronic medium or format capable of being read or scanned by computer and

    reproduced from such electronic medium or format by printing or other form of

    reproduction of electronically stored data.


6.  The FDIC is a Federal banking agency as defined under the provisions of section 3 of the

    Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of

    the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding

    paragraph "shall be deemed to be an original record for all purposes, including

    introduction in evidence in all State and Federal courts or administrative agencies, and

    shall be admissible to prove any act, transaction, occurrence, or event therein recorded."


DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087156**



# Federal Deposit Insurance Corporation
## 550 17th Street, NW
## WASHINGTON, DC 20429

## Financial Institution Structure Report

**Excerpt From FDIC Records**

| | |
|---|---|
| Institution Name: | Bank of America, National Association |
| | 100 North Tryon St |
| | Charlotte, NC 28202 - 0002 |
| Insurance Date: | 01/1/1934 |
| Certificate #: | 3510 |
| Registration Date: | 12/4/1933 |
| Official Mailing Address: | 101 South Tryon Street Nc1-002-Ll-05 |
| | Charlotte, NC 28280 - 0002 |
| Class: | Insured Commercial Bank, National, Member FRS |
| Active: | Active |
| Status: | Historical |
| Former Bank Name(s): | Bank of America National Trust and Savings Association |

---

ACTION DATE

07/23/1999 - Main office relocated to 101 South Tryon Street , Charlotte, NC

07/23/1999 - Title changed to Bank of America, National Association

03/18/2008 - Main office relocated to 101 South Tryon Street Nc1-002-Ll-05, Charlotte, NC

06/25/2012 - Main office relocated to 100 North Tryon St , Charlotte, NC

EXHIBIT A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
Run Date:Fri, May 7 2021 06:57 PM
DOJ_PROD_0000162758

CERTIFICATION


I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby certify and attest that the attached duplicate copy of the certificate of insurance issued to Bank of America, National Association, Charlotte, North Carolina, is a true and correct copy of the original.

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087156**

DUPLICATE

# FEDERAL DEPOSIT INSURANCE CORPORATION

### WASHINGTON, D.C.

Hereby certifies that the deposits of each depositor in



**BANK OF AMERICA,
NATIONAL ASSOCIATION**

**CHARLOTTE**

**NORTH CAROLINA**

are insured to the maximum amount provided by the
Federal Deposit Insurance Act



No: **3510**

In testimony whereof, witness my signature and the seal of the

Corporation this **23RD** day of **JULY, 1999**

Attest: *Robert E. Feldman*
EXECUTIVE SECRETARY

*Donna Tanoue*
CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF AUTHENTICITY

1. I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make certifications regarding the records of the FDIC.

2. I further certify that the attached records marked "Exhibit A" and pertaining to the admission and history of WebBank, Salt Lake City, Utah, as a federally insured depository institution are official records of the FDIC and that (A) the records were made at or near the time of the matters described in them by—or from information transmitted by—someone with knowledge; (B) the records were kept in the course of a regularly conducted activity of the FDIC; and (C) making the records was a regular practice of the FDIC.

3. I further certify that insurance applicable to the main office of WebBank, is applicable to any domestic (U.S.) branch office of WebBank.

4. I further certify that, after diligent search, no record or entry in the official records of the FDIC has been found to exist which terminated the status of WebBank, as an insured depository institution under the provisions of section 8 of the Federal Deposit Insurance Act, 12 U.S.C. 1818, and that WebBank, retained its status as an insured depository institution of the FDIC from May 15, 1997, through and including February 28, 2021.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

5. I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6. The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087157**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



# Federal Deposit Insurance Corporation
## 550 17th Street, NW
## WASHINGTON, DC 20429

## Financial Institution Structure Report

**Excerpt From FDIC Records**

| | |
|---|---|
| Institution Name: | WebBank |
| | 215 South State Street, Suite 1000 |
| | Salt Lake City, UT 84111 - 0000 |
| Insurance Date: | 05/15/1997 |
| Certificate #: | 34404 |
| Registration Date: | |
| Official Mailing Address: | 215 South State Street, Suite 1000 |
| | Salt Lake City, UT 84111 - 3518 |
| Class: | Insured Commercial Banks, State, Not Members of FRS |
| Active: | Active |
| Status: | Current |
| Former Bank Name(s): | WebBank Corporation |

---

ACTION DATE

---

05/15/1997 - WebBank Corporation, Park City, UT was admitted to membership in the FDIC

03/20/2000 - Main office relocated to 6440 South Wasatch Boulevard, Suite 300 , Salt Lake City, UT

10/10/2000 - Title changed to WebBank

09/19/2011 - Main office relocated to 215 South State Street, Suite 800 , Salt Lake City, UT

09/28/2015 - Main office relocated to 215 South State Street, Suite 1000 , Salt Lake City, UT

EXHIBIT A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
Run Date:Fri, May 7 2021 06:59 PM

DOJ_PROD_0000162763

CERTIFICATION

I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby certify and attest that the attached duplicate copy of the certificate of insurance issued to WebBank, Salt Lake City, Utah, is a true and correct copy of the original.

DATED:  May 10, 2021

Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087157**

DUPLICATE

# F E D E R A L   D E P O S I T   I N S U R A N C E   C O R P O R A T I O N

### W A S H I N G T O N ,   D. C.

Hereby certifies that the deposits of each depositor in



**WEBBANK**

**SALT LAKE CITY**

**UTAH**

are insured to the maximum amount provided by the

F e d e r a l   D e p o s i t   I n s u r a n c e   A c t



No: **34404**

In testimony whereof, witness my signature and the seal of the

Corporation this **10TH** day of **OCTOBER, 2000**

Attest: _Robert E. Feldman_

EXECUTIVE SECRETARY

_Donna Tanoue_

CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF AUTHENTICITY

1.  I, Nicholas Kazmerski, hereby certify and attest that I am a Counsel at the Federal
    Deposit Insurance Corporation ("FDIC"), and that I am qualified and authorized to make
    certifications regarding the records of the FDIC.

2.  I further certify that the attached records marked "Exhibit A" and pertaining to the
    admission and history of Capital One, National Association, McLean, Virginia, as a
    federally insured depository institution are official records of the FDIC and that (A) the
    records were made at or near the time of the matters described in them by—or from
    information transmitted by—someone with knowledge; (B) the records were kept in the
    course of a regularly conducted activity of the FDIC; and (C) making the records was a
    regular practice of the FDIC.

3.  I further certify that insurance applicable to the main office of Capital One, National
    Association, is applicable to any domestic (U.S.) branch office of Capital One, National
    Association.

4.  I further certify that, after diligent search, no record or entry in the official records of the
    FDIC has been found to exist which terminated the status of Capital One, National
    Association, as an insured depository institution under the provisions of section 8 of the
    Federal Deposit Insurance Act, 12 U.S.C. 1818, and that Capital One, National
    Association, retained its status as an insured depository institution of the FDIC from
    January 1, 1934, through and including February 28, 2021.

                DOJ_PROD_0000162766

5. I further certify that the records accompanying this certificate are copies of photographs, microphotographs, photographic film or reproductions of records preserved in an electronic medium or format capable of being read or scanned by computer and reproduced from such electronic medium or format by printing or other form of reproduction of electronically stored data.

6. The FDIC is a Federal banking agency as defined under the provisions of section 3 of the Federal Deposit Insurance Act, 12 U.S.C. 1813(z).  Under the provisions of section 10 of the Federal Deposit Insurance Act, 12 U.S.C. 1820(f), a record described in the preceding paragraph "shall be deemed to be an original record for all purposes, including introduction in evidence in all State and Federal courts or administrative agencies, and shall be admissible to prove any act, transaction, occurrence, or event therein recorded."

DATED:  May 10, 2021

_____
Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087158**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



# Federal Deposit Insurance Corporation
## 550 17th Street, NW
## WASHINGTON, DC 20429

## Financial Institution Structure Report

**Excerpt From FDIC Records**

| | |
|---|---|
| Institution Name: | Capital One, National Association |
| | 1680 Capital One Drive |
| | Mclean, VA 22102 - 3407 |
| Insurance Date: | 01/1/1934 |
| Certificate #: | 4297 |
| Registration Date: | 12/4/1933 |
| Official Mailing Address: | 1680 Capital One Drive |
| | Mclean, VA 22102 - 3407 |
| Class: | Insured Commercial Bank, National, Member FRS |
| Active: | Active |
| Status: | Historical |
| Former Bank Name(s): | Hibernia National Bank |
| | The Hibernia National Bank in New Orleans |

---

ACTION DATE

---

04/20/1973 - Main office relocated to Carondelet, Gravier & Union Streets , New Orleans, LA

01/01/1987 - Title changed to Hibernia National Bank

07/01/1994 - Main office relocated to 313 Carondelet Street , New Orleans, LA

04/24/2006 - Title changed to Capital One, National Association

07/01/2007 - Main office relocated to 1680 Capital One Drive , Mclean, VA

EXHIBIT A

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
Run Date:Fri, May 7 2021 07:04 PM

DOJ_PROD_0000162768

CERTIFICATION


I, Nicholas Kazmerski, Counsel at the Federal Deposit Insurance Corporation, hereby

certify and attest that the attached duplicate copy of the certificate of insurance issued to Capital

One, National Association, McLean, Virginia, is a true and correct copy of the original.


DATED:  May 10, 2021

Nicholas Kazmerski
Counsel
Federal Deposit Insurance Corporation

**087158**

DUPLICATE

# FEDERAL DEPOSIT INSURANCE CORPORATION

### W A S H I N G T O N, D.C.

Hereby certifies that the deposits of each depositor in



**CAPITAL ONE, NATIONAL ASSOCIATION**

**MCLEAN**

**VIRGINIA**

are insured to the maximum amount provided by the
Federal Deposit Insurance Act



No: **4297**

In testimony whereof, witness my signature and the seal of the
Corporation this **1ST** day of **JULY, 2007**

Attest: *Robert E. Feldman*
EXECUTIVE SECRETARY

*Sheila C. Bair*
CHAIRMAN OF THE BOARD OF DIRECTORS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER