1 | TRACY L. WILKISON
Acting United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
4 | CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
5 | Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
6 |     1100/1300 United States Courthouse
        312 North Spring Street
7 |     Los Angeles, California 90012
        Telephone: (213) 894-6527/2424/3819
8 |     Facsimile: (213) 894-6269/0141
        E-mail:     Scott.Paetty@usdoj.gov
9 |                 Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10 |
DANIEL S. KAHN
11 | Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
12 | CHRISTOPHER FENTON
Trial Attorney, Fraud Section
13 | Criminal Division, U.S. Department of Justice
        1400 New York Avenue NW, 3rd Floor
14 |     Washington, DC 20530
        Telephone: (202) 320-0539
15 |     Facsimile: (202) 514-0152
        E-mail:     Christopher.Fenton@usdoj.gov
16 |
Attorneys for Plaintiff
17 | UNITED STATES OF AMERICA

18 |                    UNITED STATES DISTRICT COURT

19 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

20 |                                    │  No. CR 20-579(A)-SVW

21 |                                    │  GOVERNMENT'S OPPOSITION TO
     RICHARD AYVAZYAN,                  │  DEFENDANT'S *EX PARTE* MOTION TO
22 |   aka "Richard Avazian" and        │  COMPEL ACTUAL TRIAL EXHIBITS AND
         "Iuliia Zhadko,"               │  SUMMARY CHARTS AND RELATED
23 | MARIETTA TERABELIAN,               │  MATERIAL
       aka "Marietta Abelian" and       │
24 |       "Viktoria Kauichko,"          │  Hearing Date: June 14, 2021
     ARTUR AYVAZYAN,                     │  Hearing Time: 1:30 p.m.
25 |   aka "Arthur Ayvazyan," and        │  Trial Date:   June 15, 2021
     TAMARA DADYAN,                      │  Location:     Courtroom of the
26 | MANUK GRIGORYAN,                    │                Hon. Stephen V.
       aka "Mike Grigoryan," and         │                Wilson
27 |       "Anton Kudiumov,"             │
     ARMAN HAYRAPETYAN,                  │
28 | EDVARD PARONYAN,                    │

1    aka "Edvard Paronian" and
        "Edward Paronyan," and
2 VAHE DADYAN,

3          Defendants.

4

5       Plaintiff United States of America, by and through its counsel

6 of record, the Acting United States Attorney for the Central District

7 of California, Assistant United States Attorneys Scott Paetty,

8 Catherine Ahn, and Brian Faerstein, and Department of Justice Trial

9 Attorney Christopher Fenton, hereby files this opposition to

10 defendant Richard Ayvazyan's motion to compel actual trial exhibits

11 and related material (ECF 465).

12       Defendant's motion is unnecessary.  The government has – as a

13 matter of comity – already been working diligently to provide defense

14 the electronic copies of exhibits.  The government has spent

15 significant time and resources compiling the documents and re-

16 producing them to defense counsel through the multiple cloud-based

17 locations counsel have used for prior productions.  The government

18 has provided them as they become available.  At this point, the

19 government's compilation and re-production is nearly complete and it

20 is continuing to work and focus on preparing these exhibits for the

21 government's use at trial and for a cooperation-based early provision

22 and re-production to counsel.

23       Furthermore, defendant's claim that the government has not

24 complied with the Court's order is simply wrong.  To the contrary,

25 the government not only met, but exceeded the letter and spirit of

26 the Court's order.  While the government would be prepared to provide

27 defense a copy of its trial exhibit binder – whether electronic or

28 otherwise – on the day of trial, the Court's order did not require

1 actual production of physical exhibits or an electronic binder of

2 exhibits on June 1, 2021.  The government prepared, and provided, a

3 list in a format that the government believed would be the most

4 useful to defense as a document they could work with to identify

5 documents from the government's prior productions, as opposed to the

6 type of list used during trial designed to keep track of what has or

7 has not been admitted into evidence.[1]  The government produced to

8 defense an excel spreadsheet with columns that identified the

9 specific exhibit, and provided a description as well as the assigned

10 bates range for the exhibit.  Significantly, the government's trial

11 exhibit list contained tabs showing counsel how the government

12 categorized each type of evidence according to content or use.  This

13 detailed information provided a mechanism to quickly search and

14 manage the data on the list.  The list was also text-searchable so

15 counsel could easily copy and paste descriptions or bates numbers to

16 search their respective discovery systems and the government's

17 detailed production log, if needed.  Providing it in this format

18 disclosed more, rather than less, information to defense counsel and,

19 in principle, would make it easier to use as a working document.

20         The motion to compel should be denied.

21

22

23

24

25

26

27         [1] The document attached as Exhibit A to the counsel's
declaration is a converted PDF version of the native Excel
spreadsheet the government produced.  The Excel spreadsheet the

28 government produced was fully searchable and did not contain the
numerous pages of empty columns reflected in counsel's conversion.

1    Dated: June 9, 2021                  Respectfully submitted,

2                                         TRACY L. WILKISON
                                          Acting United States Attorney
3
                                          SCOTT M. GARRINGER
4                                         Assistant United States Attorney
                                          Chief, Criminal Division
5
                                                 /s/
6                                         CATHERINE S. AHN
                                          SCOTT PAETTY
7                                         BRIAN FAERSTEIN
                                          Assistant United States Attorneys
8                                         CHRISTOPHER FENTON
                                          Department of Justice Trial Attorney
9
                                          Attorneys for Plaintiff
10                                        UNITED STATES OF AMERICA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4