1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   SCOTT PAETTY (Cal. Bar No. 274719)
4  CATHERINE AHN (Cal. Bar No. 248286)
   BRIAN FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Major Frauds/Environmental and Community Safety Crimes Sections
6       1100/1300 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6527/2424/3819
8       Facsimile: (213) 894-6269/0141
        E-mail:    Scott.Paetty@usdoj.gov
9                  Catherine.S.Ahn@usdoj.gov
                   Brian.Faerstein@usdoj.gov
10
   DANIEL S. KAHN
11 Acting Chief, Fraud Section
   Criminal Division, U.S. Department of Justice
12 CHRISTOPHER FENTON
   Trial Attorney, Fraud Section
13 Criminal Division, U.S. Department of Justice
        1400 New York Avenue NW, 3rd Floor
14      Washington, DC 20530
        Telephone: (202) 320-0539
15      Facsimile: (202) 514-0152
        E-mail:    Christopher.Fenton@usdoj.gov
16
   Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18                      UNITED STATES DISTRICT COURT

19                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

20 | No. CR 20-579(A)-SVW

21 RICHARD AYVAZYAN, | GOVERNMENT'S *EX PARTE* APPLICATION
     aka "Richard Avazian" and | FOR PERMISSION TO FILE TRIAL
22     "Iuliia Zhadko," | MEMORANDUM OVER 25 PAGES;
   MARIETTA TERABELIAN, | DECLARATION OF CATHERINE AHN;
23   aka "Marietta Abelian" and | [PROPOSED] ORDER
       "Viktoria Kauichko,"
24 ARTUR AYVAZYAN, | Trial Date:   June 15, 2021
     aka "Arthur Ayvazyan," and | Location:     Courtroom of the
25 TAMARA DADYAN, | Hon. Stephen V.
   MANUK GRIGORYAN, | Wilson
26   aka "Mike Grigoryan," and
       "Anton Kudiumov,"
27 ARMAN HAYRAPETYAN,
   EDVARD PARONYAN,
28   aka "Edvard Paronian" and

|   |   |
|---|---|
| "Edward Paronyan," and VAHE DADYAN,          Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorneys Scott Paetty, Catherine Ahn, and Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, hereby files this ex parte application for an order permitting the government to file a trial memorandum exceeding 25 pages, as authorized in Central District of California Local Rule 11-6.  Specifically, the government requests permission to file its 37-page trial memorandum.  The government's trial memorandum is being filed concurrently herewith.  This application is based on the attached declaration of Catherine Ahn

Dated: June 9, 2021             Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

      /s/
CATHERINE S. AHN
SCOTT PAETTY
BRIAN FAERSTEIN
Assistant United States Attorneys
CHRISTOPHER FENTON
Department of Justice Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA