# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>RICHARD AYVAZYAN, et al.<br><br>Defendants. | CASE NO.  2:20-cr-579-SVW<br><br>**ORDER REGARDING PARTIAL SEQUESTRATION OF JURY.** |

    Due to the difficulty of holding trials during this pandemic, and in order to ensure an efficient and streamlined trial, the Court is partially sequestering the jury in this case during lunch.

    It is therefore ORDERED that the Clerk of the Court shall, pursuant to the provisions of 28 U.S.C. 1871(e), expend sums to pay for lunch for all jurors in this case until the conclusion of the trial.

    **IT IS SO ORDERED.**

Date: June 10, 2021

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE