UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW |
| Plaintiff, | ORDER |
| v. | |
| RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>    "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>    "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and | |

1

|  |
|---|
| "Anton Kudiumov,"<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN,<br>   aka "Edvard Paronian" and<br>      "Edward Paronyan," and<br>VAHE DADYAN,<br><br>         Defendants. |

For good cause shown, IT IS HEREBY ORDERED THAT:  The government's ex parte application to file a trial memorandum exceeding 25 pages is GRANTED.

IT IS SO ORDERED.

 Dated:  June 10, 2021

*[signature]*
_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
CATHERINE AHN
Assistant United States Attorney

2