CATHERINE S. AHN (Cal. Bar No. 248286)
1100 United States Courthouse
312 North Spring Street, Los Angeles, California 90012
(213) 894-2424; catherine.s.ahn@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> RICHARD AYVAZYAN, ET AL. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 20-579-(A)-SVW <br><br> **NOTICE OF MANUAL FILING** <br> **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☐ Lodged:  (**List Documents)**

Exhibits 1-4 (the documents sought to be filed under seal), attahced to the Government's Supplement to its Motion in Limine #2 (with service to parties).

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

6/11/2021
_____
Date

/s/ Catherine Ahn
_____
Attorney Name
 United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*