UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 2:20-cr-579-SVW     Date: June 11, 2021

Present: The Honorable: Stephen V. Wilson, U.S. District Judge

Interpreter: NA

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Richard Ayvazyan | | | X | N/A | | | |
| Marietta Terabelian | | | X | N/A | | | |
| Artur Ayvazyan | | | X | N/A | | | |
| Tamara Dadyan | | | X | N/A | | | |
| Arman Hayrapetyan | | | X | N/A | | | |
| Vahe Dadyan | | | X | N/A | | | |

**Proceedings:** ORDER DENYING [451], GRANTING [407], DENYING [465], AND DENYING [499].

During the conference on June 11, 2021, the Court found that—subject to the exceptions stated on the record—the summary charts and the summary witness's testimony challenged by Defendants, *see* Dkt. 451, are admissible and comply with FRE 1006 and all other Federal Rules of Evidence. For those reasons, Defendants' motion, *see* Dkt. 451, is DENIED. The Government is ORDERED to comply with the exceptions stated on the record.

The Government's ex parte application for a first amended bill of particulars, *see* Dkt. 407, is GRANTED.

Defendants' ex parte application to compel the disclosure of trial exhibits, *see* Dkt. 465, is DENIED as moot.

Defendant Terabelian's motion to suppress, *see* Dkt. 499, is DENIED for the reasons stated in the Court's prior order. *See generally* Dkt. 296.

Initials of Deputy Clerk : PG