Peter Johnson (State Bar No. 252542)
Email: peter@peterjohnsonlaw.com
Peter Johnson Law, P.C.
409 N. Pacific Coast Hwy, 651
Redondo Beach, California 90027
Telephone: (310) 295-1785

Attorney for Defendant
VAHE DADYAN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VAHE DADYAN (Defendant #8) <br> Defendant | Case No. 20-CR-579-SVW <br><br> **DEFENDANT VAHE DADYAN'S JOINDER IN DEFENDANT R. AYVAZYAN AND M. TERABELIAN'S OPPOSITION TO MOTION *IN LIMINE* TO ADMIT SELF-AUTHENTICATING BUSINESS RECORDS [468];** |

Defendant Vahe Dadyan, through his counsel, Peter Johnson, hereby joins in Defendant Richard Ayvazyan and Marietta Terabelian Opposition to the Government' Motion *in Limine* to Admit Self-Authenticating Business Records [468].

DATED: June 13, 2021                    Respectfully submitted,
                                        By: _____/s/_____
                                        PETER JOHNSON
                                        Attorney for Defendant Vahe Dadyan

1