| | |
|---|---|
| Ashwin J. Ram (SBN 227513) | John L. Littrell (SBN 221601) |
| *aram@steptoe.com* | *jlittrell@bklwlaw.com* |
| Michael A. Keough (SBN 327037) | Ryan V. Fraser (SBN 272196) |
| *mkeough@steptoe.com* | *rfraser@bklwlaw.com* |
| Meghan L. Newcomer (*pro hac vice*) | **BIENERT KATZMAN LITTRELL** |
| *mnewcomer@steptoe.com* | **WILLIAMS, LLP** |
| Nicholas P. Silverman (*pro hac vice*) | 601 W. 5th Street, Suite 720 |
| *nsilverman@steptoe.com* | Los Angeles, CA 90071 |
| **STEPTOE & JOHNSON LLP** | Telephone: (213) 528-3400 |
| 633 West Fifth Street, Suite 1900 | Facsimile: (949) 369-3701 |
| Los Angeles, CA 90071 | |
| Telephone: (213) 439-9400 | *Counsel for Defendant Marietta Terabelian* |
| Facsimile: (213) 439-9599 | |

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN, MARIETTA TERABELIAN, *et al.*,<br><br>Defendants. | Case No.  20-cr-579 (SVW)<br><br>**JOINT APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* #4 TO ADMIT BUSINESS RECORDS UNDER FRE 902(11)**<br><br>Hon. Stephen V. Wilson |

APPLICATION FOR LEAVE TO FILE SUR-REPLY

The defendants request the Court's permission to file a short sur-reply addressing new arguments raised in the government's reply that are material and misrepresents the facts. The defendants' proposed sur-reply is attached as Exhibit 1.

Dated: June 13, 2021           Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

*/s/ John L. Littrell*
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.