# EXHIBIT 1

| | |
|---|---|
| Ashwin J. Ram (SBN 227513)<br>*aram@steptoe.com*<br>Michael A. Keough (SBN 327037)<br>*mkeough@steptoe.com*<br>Meghan L. Newcomer (*pro hac vice*)<br>*mnewcomer@steptoe.com*<br>Nicholas P. Silverman (*pro hac vice*)<br>*nsilverman@steptoe.com*<br>**STEPTOE & JOHNSON LLP**<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9599<br><br>*Counsel for Defendant Richard Ayvazyan* | John L. Littrell (SBN 221601)<br>*jlittrell@bklwlaw.com*<br>Ryan V. Fraser (SBN 272196)<br>*rfraser@bklwlaw.com*<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (213) 528-3400<br>Facsimile: (949) 369-3701<br><br>*Counsel for Defendant Marietta Terabelian* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>RICHARD AYVAZYAN, MARIETTA TERABELIAN, *et al.*,<br><br>    *Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**PROPOSED SUR-REPLY IN OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* #4 TO ADMIT BUSINESS RECORDS UNDER FRE 902(11)**<br><br>Hon. Stephen V. Wilson |

The government's Reply makes a number of specious arguments such as chastising the defendants for not stipulating to admissibility *before* the government identified its exhibits and attempting to shift the burden to the defendants to provide an evidentiary basis to exclude evidence rather than the government bearing the burden to produce and demonstrate the admissibility of evidence.  The fact that the government's exhibits require extensive revision, alteration, and renumbering (*see* Reply at 5-6, Dkt. 516)[1] is symptomatic of the issues caused by government's belated production of exhibits in this case, which did not conclude until June 11 and appears to have now reopened.  Under the circumstances, the government should produce the exhibits it proposes to send to the jury before seeking to admit them.

The government's most explosive—and flatly incorrect—argument is that a chat message from Iuliia Zhadko to Radius Bank regarding his plan to use his Radius Bank account during an October 10-20 trip to Turks and Caicos somehow supports the argument that Richard Ayvazyan is responsible for Iuliia Zhadko's October 13 purchase *in California using a different JPMorgan Chase account*.  To make this argument, the government flatly misrepresents the record, misquoting the defendants' previous submission and misrepresenting the JPMorgan Chase account used while Ayvazyan was in Turks and Caicos to be the Radius account at issue in GX 1.n.  The relevant JPMorgan Chase account is attached hereto as Exhibit 2.  They are ***two different accounts***—and the evidence indicates that they were controlled by ***two different people*** posing as Iuliia Zhadko.  The government's misrepresentations should be rejected, and its motion to admit exhibits that it has not demonstrated to be admissible should be denied.

---

[1] The defendants will await the government's production of its revised exhibits.  In the meantime, the government's request to admit altered exhibits makes no sense.  The government must create an exhibit that it proposes to give to the jury, then explain to the Court and the defense why the exhibit is admissible, and then await the Court's decision.  Just as the defendants cannot stipulate to the admissibility of exhibits that do not yet exist, the Court cannot be expected to rule upon the admissibility of exhibits that do not yet exist.

1
PROPOSED SUR-REPLY

| | | |
|---|---|---|
| 1 | Dated:   June 13, 2021 | Respectfully submitted, |

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*


*/s/ John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.