# EXHIBIT 2

# Account Ending x5268


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020
Account Number: **000000684555268**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00022014 DRE 703 142 30520 NNNNNNNNNNN T  1 000000000 60 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



---

### CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $444,645.43 |
| Checks Paid | 5 | -100,000.00 |
| ATM & Debit Card Withdrawals | 1 | -875.99 |
| Electronic Withdrawals | 3 | -26,735.23 |
| **Ending Balance** | **9** | **$317,034.21** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1002  ^ | | 10/13 | $27,000.00 |
| 1003  ^ | | 10/13 | 17,000.00 |
| 1004  ^ | | 10/13 | 18,000.00 |
| 1005  ^ | | 10/13 | 22,500.00 |
| 1006  ^ | | 10/13 | 15,500.00 |
| **Total Checks Paid** | | | **$100,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/14 | Card Purchase | 10/13 Lamps Plus 55-46 818-886-5267 CA Card 3537 | $875.99 |
| **Total ATM & Debit Card Withdrawals** | | | **$875.99** |

### ATM & DEBIT CARD SUMMARY

Iuliia Zhadko  Card 3537

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $875.99 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |

Page 1 of 2

---

**SB1197842-F3**                    **35**

FOIA Confidential Treatment Requested
JPMC-DOJ00125553

**CHASE** ◼

October 01, 2020 through October 30, 2020
Account Number:   **000000684555268**

|  |  |
|---|---|
| Total Card Purchases | $875.99 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | 10/02 Online ACH Payment 5263765689 To Time Line (_######0172) | $8,213.00 |
| 10/06 | 10/05 Online ACH Payment 5263959395 To Time Line (_######0172) | 9,322.23 |
| 10/09 | 10/09 Online ACH Payment 5264468269 To Tq (_########0762) | 9,200.00 |
| **Total Electronic Withdrawals** | | **$26,735.23** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/02 | $436,432.43 |
| 10/06 | 427,110.20 |
| 10/09 | 417,910.20 |
| 10/13 | 317,910.20 |
| 10/14 | 317,034.21 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**SB1197842-F3**                                                     **36**

FOIA Confidential Treatment Requested
JPMC-DOJ00125554

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099292



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00021428 DRE 703 142 33820 NNNNNNNNNNN T 1 000000000 60 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845

October 31, 2020 through November 30, 2020
Account Number:  **000000684555268**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $317,034.21 |
| Fees | 1 | -25.00 |
| Ending Balance | 1 | $317,009.21 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | Chase ACH Payments Monthly Fee | $25.00 |
| **Total Fees** | | **$25.00** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/02 | $317,009.21 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 1 of 2

**SB1197842-F3**                                    **37**

FOIA Confidential Treatment Requested
JPMC-DOJ00125555

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099293



October 31, 2020 through November 30, 2020

Account Number: **000000684555268**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   •   Your name and account number
   •   The dollar amount of the suspected error
   •   A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

**SB1197842-F3**                                                                    **38**

FOIA Confidential Treatment Requested
JPMC-DOJ00125556

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                           DOJ_PROD_0000099294



CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2020 through December 31, 2020
Account Number: **000000684555268**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00021344 DRE 703 142 00121 NNNNNNNNNNN T  1 000000000 60 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $317,009.21 |
| Deposits and Additions | 6 | 297,000.00 |
| Checks Paid | 6 | -297,000.00 |
| Electronic Withdrawals | 4 | -211,000.00 |
| Fees | 1 | -25.00 |
| **Ending Balance** | **17** | **$105,984.21** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | Reversal | $63,125.00 |
| 12/17 | Reversal | 58,750.00 |
| 12/17 | Reversal | 48,350.00 |
| 12/17 | Reversal | 45,625.00 |
| 12/17 | Reversal | 41,900.00 |
| 12/21 | Reversal | 39,250.00 |
| **Total Deposits and Additions** | | **$297,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1058 ^ | | 12/15 | $45,625.00 |
| 1059 ^ | | 12/15 | 63,125.00 |
| 1060 ^ | | 12/15 | 58,750.00 |
| 1061 ^ | | 12/15 | 48,350.00 |
| 1062 ^ | | 12/15 | 41,900.00 |
| 1063 ^ | | 12/17 | 39,250.00 |
| **Total Checks Paid** | | | **$297,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

FOIA Confidential Treatment Requested
JPMC-DOJ00125557

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099295

**CHASE** ⬡

December 01, 2020 through December 31, 2020
Account Number:  **000000684555268**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | 12/21 Online Transfer To Chk ...6822 Transaction#: 10858303886 | $47,000.00 |
| 12/21 | 12/21 Online Transfer To Chk ...6994 Transaction#: 10858307674 | 26,000.00 |
| 12/22 | 12/22 Online Transfer To Chk ...6822 Transaction#: 10863765421 | 86,000.00 |
| 12/30 | 12/30 Online Transfer To Chk ...6822 Transaction#: 10902599165 | 52,000.00 |
| **Total Electronic Withdrawals** | | **$211,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Chase ACH Payments Monthly Fee | $25.00 |
| **Total Fees** | | **$25.00** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $316,984.21 |
| 12/15 | 59,234.21 |
| 12/17 | 277,734.21 |
| 12/21 | 243,984.21 |
| 12/22 | 157,984.21 |
| 12/30 | 105,984.21 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4

**SB1197842-F3**  **40**

FOIA Confidential Treatment Requested
JPMC-DOJ00125558

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000099296



December 01, 2020 through December 31, 2020

Account Number:   **000000684555268**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**SB1197842-F3**                                                                                                    **41**

FOIA Confidential Treatment Requested
JPMC-DOJ00125559

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                        DOJ_PROD_0000099297



December 01, 2020 through December 31, 2020
Account Number:    000000684555268

This Page Intentionally Left Blank

Page 4 of 4

**SB1197842-F3**                    **42**

FOIA Confidential Treatment Requested
JPMC-DOJ00125560

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000099298



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2021 through January 29, 2021
Account Number:   **000000684555268**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020887 DRE 703 142 03021 NNNNNNNNNNNN T 1 000000000 60 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $105,984.21 |
| Deposits and Additions | 5 | 128,461.00 |
| Checks Paid | 3 | -72,781.00 |
| Electronic Withdrawals | 4 | -85,000.00 |
| Fees | 1 | -25.00 |
| **Ending Balance** | **13** | **$76,639.21** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | Online Transfer From Chk ...6822 Transaction#: 11056419768 | $20,000.00 |
| 01/25 | Online Transfer From Chk ...6994 Transaction#: 11056421446 | 20,000.00 |
| 01/25 | Online Transfer From Mma ...2757 Transaction#: 11056427145 | 20,000.00 |
| 01/27 | Reversal | 42,800.00 |
| 01/27 | Reversal | 25,661.00 |
| **Total Deposits and Additions** | | **$128,461.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1026   ^ | | 01/26 | $42,800.00 |
| 1027   ^ | | 01/25 | 4,320.00 |
| 1028   ^ | | 01/26 | 25,661.00 |
| **Total Checks Paid** | | | **$72,781.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

**SB1197842-F3**                                                                 **43**

FOIA Confidential Treatment Requested
JPMC-DOJ00125561

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099299

**CHASE** ⬤

January 01, 2021 through January 29, 2021

Account Number: **000000684555268**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/08 | Orig CO Name:Coinbase.Com        Orig ID:1455293997 Desc Date:SD1300 CO Entry Descr:8889087930Sec:Web    Trace#:021214862990040 Eed:210108   Ind ID:Qmh6Nsa68Efe Ind Name:Iuliia Zhadko | $20,000.00 |
| 01/11 | Orig CO Name:Coinbase.Com        Orig ID:1455293997 Desc Date:210111 CO Entry Descr:8889087930Sec:Web    Trace#:021214864193694 Eed:210111   Ind ID:X4Ri2Scyp8Efe Ind Name:Iuliia Zhadko | 15,000.00 |
| 01/14 | Orig CO Name:Coinbase.Com        Orig ID:1455293997 Desc Date:210114 CO Entry Descr:8889087930Sec:Web    Trace#:021214862161286 Eed:210114   Ind ID:X6Q4B6648Efe Ind Name:Iuliia Zhadko | 22,000.00 |
| 01/19 | 01/17 Online Transfer To Chk ...6994 Transaction#: 11021479985 | 28,000.00 |
| **Total Electronic Withdrawals** | | **$85,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | Chase ACH Payments Monthly Fee | $25.00 |
| **Total Fees** | | **$25.00** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/04 | $105,959.21 |
| 01/08 | 85,959.21 |
| 01/11 | 70,959.21 |
| 01/14 | 48,959.21 |
| 01/19 | 20,959.21 |
| 01/25 | 76,639.21 |
| 01/26 | 8,178.21 |
| 01/27 | 76,639.21 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4

**SB1197842-F3**

**44**

FOIA Confidential Treatment Requested
JPMC-DOJ00125562

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                        DOJ_PROD_0000099300



January 01, 2021 through January 29, 2021
Account Number:   **000000684555268**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**SB1197842-F3**                                                                                    **45**

FOIA Confidential Treatment Requested
JPMC-DOJ00125563

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099301



January 01, 2021 through January 29, 2021
Account Number:    000000684555268

This Page Intentionally Left Blank

Page 4 of 4

FOIA Confidential Treatment Requested
JPMC-DOJ00125564

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099302

# Account Ending x6822



CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 18, 2020 through October 19, 2020

Account Number: **000000683386822**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00954551 DRE 703 219 29420 NNNNNNNNNN  1 000000000 12 0000

IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



**Good news — We're including more deposit options to help meet monthly service fee waiver requirements for Chase Total® Checking, Chase College Checking(SM), and Chase Checking(SM) accounts**

Beginning September 13, we'll automatically include additional electronic deposit payments to waive the monthly service fee. This includes payroll deposits that many independent or freelance employees (ride-sharing services, restaurant delivery services, etc.) receive through the Real Time Payment network or third-party services that facilitate payments to your debit card using the Visa® or Mastercard® network. If you have questions, please call the number at the top of your statement or review the Additional Banking Services and Fees disclosure at chase.com/disclosures for specific requirements for your account.

**We'll no longer offer the Visa Benefits Package on Chase debit cards**

Effective December 1, 2020, we'll no longer offer the Visa Benefits Package (such as Concierge Services and Purchase Security) on eligible Chase debit cards. This doesn't affect any benefit packages on Chase credit cards. Benefits you may have with this package will remain in effect for eligible purchases made prior to December 1.

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking(SM) or Chase First Checking(SM). Our Standard Overdraft Practice and Chase Debit Card Coverage(SM) are not available for Chase High School Checking(SM).

We're changing when we waive overdraft fees for Chase Private Client Checking(SM) accounts. Please see the last page of this statement for more information.

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

Page 1 of 4

**SB1197842-F3**                                          **23**

FOIA Confidential Treatment Requested
JPMC-DOJ00125541

**CHASE** ⬤

September 18, 2020 through October 19, 2020
Account Number: **000000683386822**

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $3,050.27 |
| Deposits and Additions | 11,000.10 |
| Ending Balance | $14,050.37 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $0.14 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $3,050.27 |
| 09/25 | Turing Info Solu Payroll | PPD ID: 9200502232 | 11,000.00 | 14,050.27 |
| 10/19 | Interest Payment | | 0.10 | 14,050.37 |
| | Ending Balance | | | $14,050.37 |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account. Here are the two ways you can continue to avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $22,452.00)

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 4

**SB1197842-F3**                                    **24**

FOIA Confidential Treatment Requested
JPMC-DOJ00125542

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099280



September 18, 2020 through October 19, 2020
Account Number:   **000000683386822**



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices.

- **What are the standard overdraft practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

  We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):
  - Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**
  Under our standard overdraft practices:
  - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
  - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**
  - For Chase Sapphire$^{SM}$ Checking accounts, we waive the Insufficient Funds and Returned Item fees if items(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.
  - For Chase Private Client Checking$^{SM}$ accounts, we waive the Chase overdraft fees.
    - Effective November 8, we waive the Insufficient Funds and Returned Item fees if item(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.

Page 3 of 4

**SB1197842-F3**                                                                                    **25**

FOIA Confidential Treatment Requested
JPMC-DOJ00125543

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                              DOJ_PROD_0000099321



September 18, 2020 through October 19, 2020
Account Number:   000000683386822

This Page Intentionally Left Blank

Page 4 of 4

**SB1197842-F3**                    **26**

FOIA Confidential Treatment Requested
JPMC-DOJ00125544

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099282



**CHASE** ◻
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 20, 2020 through November 18, 2020
Account Number: **000000683386822**

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00056292 DRE 703 219 32420 NNNNNNNNNNN  1 000000000 12 0000

IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $14,050.37 |
| Deposits and Additions | 0.11 |
| Ending Balance | $14,050.48 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.11 |
| Interest Paid Year-to-Date | $0.25 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $14,050.37 |
| 11/18 | Interest Payment | 0.11 | 14,050.48 |
| | Ending Balance | | $14,050.48 |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account.  Here are the two ways you can continue to avoid this fee during any statement period.
• **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $23,660.00)

• **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

Page 1 of 2

**SB1197842-F3**                          **27**

FOIA Confidential Treatment Requested
JPMC-DOJ00125545

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                          DOJ_PROD_0000099283



October 20, 2020 through November 18, 2020

Account Number:   **000000683386822**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC

  JPMorgan Chase Bank, N.A. Member FDIC

**SB1197842-F3**                                    **28**

FOIA Confidential Treatment Requested
JPMC-DOJ00125546

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099284



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 19, 2020 through December 16, 2020
Account Number:   **000000683386822**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00057819 DRE 703 219 35220 NNNNNNNNNNN  1 000000000 12 0000

IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



---

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $14,050.48 |
| Deposits and Additions | 0.10 |
| Electronic Withdrawals | -5,000.00 |
| **Ending Balance** | **$9,050.58** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $0.35 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $14,050.48 |
| 12/14 | Etoro USA    18214027   P0026R9E0Ajbed  Web ID: 1208900069 | -5,000.00 | 9,050.48 |
| 12/16 | Interest Payment | 0.10 | 9,050.58 |
| | **Ending Balance** | | **$9,050.58** |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account.  Here are the two ways you can continue to avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $22,298.00)

- **OR,** authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

Page 1 of 2

**SB1197842-F3**                                                                                      **29**

FOIA Confidential Treatment Requested
JPMC-DOJ00125547

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                          DOJ_PROD_0000099285

 **CHASE ◻**

November 19, 2020 through December 16, 2020

Account Number: **000000683386822**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   •    Your name and account number
   •    The dollar amount of the suspected error
   •    A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

**SB1197842-F3**                                                                    **30**

FOIA Confidential Treatment Requested
JPMC-DOJ00125548

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                      DOJ_PROD_0000099286



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 17, 2020 through January 20, 2021
Account Number: **000000683386822**

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00060127 DRE 703 219 02121 NNNNNNNNNNN  1 000000000 12 0000

IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $9,050.58 |
| Deposits and Additions | 185,000.29 |
| Electronic Withdrawals | -173,600.00 |
| **Ending Balance** | **$20,450.87** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.29 |
| Interest Paid Year-to-Date | $0.29 |

Interest paid in 2020 for account 000000683386822 was $0.35.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $9,050.58 |
| 12/21 | Online Transfer From Chk ...5268 Transaction#: 10858303886 | 47,000.00 | 56,050.58 |
| 12/22 | Online Transfer From Chk ...5268 Transaction#: 10863765421 | 86,000.00 | 142,050.58 |
| 12/23 | TD Ameritrade Cl Sec Tr    27990363018D216 Web ID: 6470533629 | -50,000.00 | 92,050.58 |
| 12/23 | Etoro USA    18538798    P002Cpne0Abed  Web ID: 1208900069 | -4,000.00 | 88,050.58 |
| 12/24 | TD Ameritrade    ACH IN    A9X6Lfh9JC       Web ID: 3470533629 | -75,000.00 | 13,050.58 |
| 12/30 | Online Transfer From Chk ...5268 Transaction#: 10902599165 | 52,000.00 | 65,050.58 |
| 01/04 | TD Ameritrade    ACH IN    A9X6Lfh9Jk       Web ID: 3470533629 | -40,000.00 | 25,050.58 |
| 01/05 | Etoro USA    18943754    P002Jtue0Abed  Web ID: 1208900069 | -4,600.00 | 20,450.58 |
| 01/20 | Interest Payment | 0.29 | 20,450.87 |
| | **Ending Balance** | | **$20,450.87** |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account.  Here are the two ways you can
continue to avoid this fee during any statement period.
• **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $53,619.00)

• **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

Page 1 of 2

**SB1197842-F3**

**31**

FOIA Confidential Treatment Requested
JPMC-DOJ00125549

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099287



December 17, 2020 through January 20, 2021

Account Number:     000000683386822

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

**SB1197842-F3**                                                                              **32**

FOIA Confidential Treatment Requested
JPMC-DOJ00125550

# Account Ending x6994


**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 15, 2020 through October 14, 2020
Account Number:   **000000619396994**

---

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00510291 DRE 703 219 28920 NNNNNNNNNNN  1 000000000 09 0000
IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



**Good news — We're including more deposit options to help meet monthly service fee waiver requirements for Chase Total® Checking, Chase College Checking<sup>SM</sup>, and Chase Checking<sup>SM</sup> accounts**

Beginning September 13, we'll automatically include additional electronic deposit payments to waive the monthly service fee. This includes payroll deposits that many independent or freelance employees (ride-sharing services, restaurant delivery services, etc.) receive through the Real Time Payment network or third-party services that facilitate payments to your debit card using the Visa® or Mastercard® network. If you have questions, please call the number at the top of your statement or review the Additional Banking Services and Fees disclosure at chase.com/disclosures for specific requirements for your account.

**We'll no longer offer the Visa Benefits Package on Chase debit cards**

Effective December 1, 2020, we'll no longer offer the Visa Benefits Package (such as Concierge Services and Purchase Security) on eligible Chase debit cards.  This doesn't affect any benefit packages on Chase credit cards.  Benefits you may have with this package will remain in effect for eligible purchases made prior to December 1.

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking<sup>SM</sup> or Chase First Checking<sup>SM</sup>. Our Standard Overdraft Practice and Chase Debit Card Coverage<sup>SM</sup> are not available for Chase High School Checking<sup>SM</sup>.

We're changing when we waive overdraft fees for Chase Private Client Checking<sup>SM</sup> accounts. Please see the last page of this statement for more information.

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

| **CHECKING SUMMARY** | Chase Total Checking | |
|---|---|---|
| | | AMOUNT |
| Beginning Balance | | $12,956.54 |
| Deposits and Additions | | 0.29 |
| ATM & Debit Card Withdrawals | | -295.62 |
| Electronic Withdrawals | | -2,118.51 |
| **Ending Balance** | | **$10,542.70** |

Page 1 of 4

**SB1197842-F3**                                                   **11**

FOIA Confidential Treatment Requested
JPMC-DOJ00125529

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                    DOJ_PROD_0000099267

 CHASE

September 15, 2020 through October 14, 2020
Account Number: **000000619396994**

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $12,956.54 |
| 09/15 | Card Purchase          09/13 Avra Beverly Hills Beverly Hills CA Card 5890 | -170.71 | 12,785.83 |
| 09/15 | Card Purchase With Pin  09/15 The Home Depot #6632 Woodland Hls CA Card 5890 | -39.32 | 12,746.51 |
| 09/16 | Card Purchase          09/15 76 - Saeideh Nikakht Woodland Hls CA Card 5890 | -73.03 | 12,673.48 |
| 09/16 | Mosaic          Sure Pay          PPD ID: Cscsm73826 | -805.91 | 11,867.57 |
| 09/30 | Card Purchase          09/29 Dnh*Godaddy.Com 480-5058855 AZ Card 5890 | -12.56 | 11,855.01 |
| 10/02 | Capital One          Mobile Pmt 027539801123579 Web ID: 9279744980 | -701.66 | 11,153.35 |
| 10/05 | 10/02 Online Payment 10398614139 To Charter Communications-Spectrum | -379.94 | 10,773.41 |
| 10/06 | Franchise Tax Bo Payments  74631643          Pm Tel ID: 1282532045 | -231.00 | 10,542.41 |
| 10/14 | Capital One N.A. Capitalone          PPD ID: 1510394779 | 0.28 | 10,542.69 |
| 10/14 | Capital One N.A. Capitalone          PPD ID: 1510394779 | 0.01 | 10,542.70 |
| | Ending Balance | | $10,542.70 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**SB1197842-F3**                    **12**

FOIA Confidential Treatment Requested
JPMC-DOJ00125530

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000099268



September 15, 2020 through October 14, 2020
Account Number:   **000000619396994**



## Overdraft and Overdraft Fee Information for Your Chase Checking Account

### What You Need to Know About Overdrafts and Overdraft Fees

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices.

- **What are the standard overdraft practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

  We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):
  - Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**
  Under our standard overdraft practices:
  - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
  - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**
  - For Chase Sapphire<sup>SM</sup> Checking accounts, we waive the Insufficient Funds and Returned Item fees if items(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.
  - For Chase Private Client Checking<sup>SM</sup> accounts, we waive the Chase overdraft fees.
    - Effective November 8, we waive the Insufficient Funds and Returned Item fees if item(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.

Page 3 of 4

**SB1197842-F3**                                                                                           **13**

FOIA Confidential Treatment Requested
JPMC-DOJ00125531

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                              DOJ_PROD_0000099269



September 15, 2020 through October 14, 2020
Account Number:   **000000619396994**

This Page Intentionally Left Blank

Page 4 of 4

**SB1197842-F3**                                    **14**

FOIA Confidential Treatment Requested
JPMC-DOJ00125532

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099270



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 15, 2020 through November 13, 2020
Account Number: **000000619396994**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010762 DRE 703 219 31920 NNNNNNNNNN  1 000000000 09 0000
IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $10,542.70 |
| ATM & Debit Card Withdrawals | -11.46 |
| Electronic Withdrawals | -1,036.91 |
| **Ending Balance** | **$9,494.33** |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $10,542.70 |
| 10/16 | Mosaic    Sure Pay          PPD ID: Cscsm73826 | -805.91 | 9,736.79 |
| 10/30 | Card Purchase        10/29 Dnh*Godaddy.Com 480-5058855 AZ Card 5890 | -11.46 | 9,725.33 |
| 11/06 | Franchise Tax Bo Payments  75168275    Pm Tel ID: 1282532045 | -231.00 | 9,494.33 |
| | **Ending Balance** | | **$9,494.33** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.  Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

**SB1197842-F3**                                    **15**



October 15, 2020 through November 13, 2020
Account Number:     000000619396994

This Page Intentionally Left Blank

Page 2 of 2

**SB1197842-F3**                    **16**

FOIA Confidential Treatment Requested
JPMC-DOJ00125534

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099272



**CHASE ⬡**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00008501 DRE 703 219 34720 NNNNNNNNNNN  1 000000000 09 0000
IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845

November 14, 2020 through December 11, 2020
Account Number:   **000000619396994**

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



---

## CHECKING SUMMARY | Chase Total Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $9,494.33 |
| ATM & Debit Card Withdrawals | -23.17 |
| Electronic Withdrawals | -1,036.91 |
| **Ending Balance** | **$8,434.25** |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$9,494.33** |
| 11/17 | Mosaic    Sure Pay | PPD ID: Cscsm73826 | -805.91 | 8,688.42 |
| 11/30 | Card Purchase | 11/29 Dnh*Godaddy.Com 480-5058855 AZ Card 5890 | -10.60 | 8,677.82 |
| 12/07 | Franchise Tax Bo Payments  75552054 | Pm Tel ID: 1282532045 | -231.00 | 8,446.82 |
| 12/09 | Card Purchase | 12/07 Dnh*Godaddy.Com 480-5058855 AZ Card 5890 | -12.57 | 8,434.25 |
| | **Ending Balance** | | | **$8,434.25** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 1 of 2

**SB1197842-F3**                                                                     **17**

FOIA Confidential Treatment Requested
JPMC-DOJ00125535

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                 DOJ_PROD_0000099273



November 14, 2020 through December 11, 2020
Account Number:   000000619396994

This Page Intentionally Left Blank

Page 2 of 2

**SB1197842-F3**

**18**

FOIA Confidential Treatment Requested
JPMC-DOJ00125536

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000099274



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 12, 2020 through January 14, 2021
Account Number:   **000000619396994**

00008350 DRE 703 219 01521 NNNNNNNNNNN  1 000000000 09 0000
IULIIA ZHADKO
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $8,434.25 |
| Deposits and Additions | 26,001.32 |
| Electronic Withdrawals | -20,638.23 |
| **Ending Balance** | **$13,797.34** |

The monthly service fee for this account was waived as an added feature of Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $8,434.25 |
| 12/16 | Mosaic      Sure Pay          PPD ID: Cscsm73826 | -805.91 | 7,628.34 |
| 12/21 | Online Transfer From Chk ...5268 Transaction#: 10858307674 | 26,000.00 | 33,628.34 |
| 12/21 | Etoro USA      18428382   P002Alse0Ajbed  Web ID: 1208900069 | -3,000.00 | 30,628.34 |
| 01/05 | Passbook       P2P       Iuliia Zhadko   Web ID: 452441988 | -1,600.00 | 29,028.34 |
| 01/06 | Franchise Tax Bo Payments  76031492    Pm Tel ID: 1282532045 | -231.00 | 28,797.34 |
| 01/11 | Radius Bank      Radius Tri         Web ID: 9211075086 | 0.94 | 28,798.28 |
| 01/11 | Radius Bank      Radius Tri         Web ID: 9211075086 | 0.38 | 28,798.66 |
| 01/11 | Citibank, N.A.    Deposit   340322235049695 Web ID: Cbnacctfnd | -15,000.00 | 13,798.66 |
| 01/11 | Radius Bank      Radius Tri         Web ID: 9211075086 | -1.32 | 13,797.34 |
| | **Ending Balance** | | **$13,797.34** |

Page 1 of 2

**SB1197842-F3** 19

FOIA Confidential Treatment Requested
JPMC-DOJ00125537

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                DOJ_PROD_0000099275



December 12, 2020 through January 14, 2021
Account Number:     000000619396994

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**SB1197842-F3**                                                    **20**

FOIA Confidential Treatment Requested
JPMC-DOJ00125538

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                      DOJ_PROD_0000099276

# Account Ending x2757

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020

Account Number: **000003897572757**

00159752 DRE 703 142 30520 NNNNNNNNNNN T 1 000000000 61 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



---

## SAVINGS SUMMARY | Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $24,500.33 |
| Deposits and Additions | 1 | 0.20 |
| Ending Balance | 1 | $24,500.53 |
| | | |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.20 |
| Interest Paid Year-to-Date | | $0.53 |

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $24,500.33 |
| 10/30 | Interest Payment | 0.20 | 24,500.53 |
| | Ending Balance | | $24,500.53 |

15 deposited items are provided with your account each month.  There is a $0.40 fee for each additional deposited item.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.  Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 1 of 2

---

**SB1197842-F3**                                                          **49**

FOIA Confidential Treatment Requested
JPMC-DOJ00125567

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099305



October 01, 2020 through October 30, 2020
Account Number:     000003897572757

This Page Intentionally Left Blank

Page 2 of 2

**SB1197842-F3**                                                    **50**

FOIA Confidential Treatment Requested
JPMC-DOJ00125568

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099306



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 31, 2020 through November 30, 2020
Account Number:  **000003897572757**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00159804 DRE 703 142 33620 NNNNNNNNNNN T  1 000000000 61 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



## SAVINGS SUMMARY | Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $24,500.53 |
| Deposits and Additions | 1 | 0.21 |
| **Ending Balance** | **1** | **$24,500.74** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.21 |
| Interest Paid Year-to-Date | | $0.74 |

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $24,500.53 |
| 11/30 | Interest Payment | 0.21 | 24,500.74 |
| | **Ending Balance** | | **$24,500.74** |

15 deposited items are provided with your account each month.  There is a $0.40 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.  Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

FOIA Confidential Treatment Requested
JPMC-DOJ00125569

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099307



October 31, 2020 through November 30, 2020

Account Number:   **000003897572757**

This Page Intentionally Left Blank

Page 2 of 2

**SB1197842-F3**

**52**

FOIA Confidential Treatment Requested
JPMC-DOJ00125570

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000099308



**CHASE** 🏦
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2020 through December 31, 2020
Account Number: **000003897572757**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00123441 DRE 703 144 00121 NNNNNNNNNNN T  1 000000000 61 0000
TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845



---

| **SAVINGS SUMMARY** | Chase Business Total Savings | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $24,500.74 |
| Deposits and Additions | 1 | 0.21 |
| **Ending Balance** | **1** | **$24,500.95** |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.21 |
| Interest Paid Year-to-Date | | $0.95 |

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

---

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $24,500.74 |
| 12/31 | Interest Payment | 0.21 | 24,500.95 |
| | **Ending Balance** | | **$24,500.95** |

15 deposited items are provided with your account each month.  There is a $0.40 fee for each additional deposited item.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

FOIA Confidential Treatment Requested
JPMC-DOJ00125571

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000099309



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2021 through January 29, 2021
Account Number:     **000003897572757**

---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00159816 DRE 703 142 03021 NNNNNNNNNNN T 1 000000000 61 0000

TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367



---

## SAVINGS SUMMARY   Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$24,500.95** |
| Deposits and Additions | 1 | 0.16 |
| Electronic Withdrawals | 1 | -20,000.00 |
| **Ending Balance** | **2** | **$4,501.11** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.16 |
| Interest Paid Year-to-Date | | $0.16 |

Interest paid in 2020 for account 000003897572757 was $0.95.

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$24,500.95** |
| 01/25 | 01/24 Online Transfer To Chk ...5268 Transaction#: 11056427145 | -20,000.00 | 4,500.95 |
| 01/29 | Interest Payment | **0.16** | 4,501.11 |
| | **Ending Balance** | | **$4,501.11** |

15 deposited items are provided with your account each month.  There is a $0.40 fee for each additional deposited item.

FOIA Confidential Treatment Requested
JPMC-DOJ00125800

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                         DOJ_PROD_0000099351



January 01, 2021 through January 29, 2021
Account Number:   **000003897572757**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

FOIA Confidential Treatment Requested
JPMC-DOJ00125801

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER       DOJ_PROD_0000099352

**DUPLICATE  STATEMENT**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2021 through January 29, 2021
Account Number:  **000003897572757**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00538057 DRE 703 210 03021 NNNNNNNNNNN  1 000000000 61

TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367



### SAVINGS SUMMARY  Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$24,500.95** |
| Deposits and Additions | 1 | 0.16 |
| Electronic Withdrawals | 1 | -20,000.00 |
| **Ending Balance** | **2** | **$4,501.11** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.16 |
| Interest Paid Year-to-Date | | $0.16 |

Interest paid in 2020 for account 000003897572757 was $0.95.

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$24,500.95** |
| 01/25 | 01/24 Online Transfer To Chk ...5268 Transaction#: 11056427145 | -20,000.00 | 4,500.95 |
| 01/29 | Interest Payment | **0.16** | 4,501.11 |
| | **Ending Balance** | | **$4,501.11** |

15 deposited items are provided with your account each month.  There is a $0.40 fee for each additional deposited item.

FOIA Confidential Treatment Requested
JPMC-DOJ00125802

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000099353

 **CHASE**

January 01, 2021 through January 29, 2021
Account Number:   **000003897572757**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

FOIA Confidential Treatment Requested
JPMC-DOJ00125803

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER          DOJ_PROD_0000099354