| | |
|---|---|
| Ashwin J. Ram (SBN 227513) | John L. Littrell (SBN 221601) |
| *aram@steptoe.com* | *jlittrell@bklwlaw.com* |
| Michael A. Keough (SBN 327037) | Ryan V. Fraser (SBN 272196) |
| *mkeough@steptoe.com* | *rfraser@bklwlaw.com* |
| Meghan L. Newcomer (*pro hac vice*) | **BIENERT KATZMAN LITTRELL** |
| *mnewcomer@steptoe.com* | **WILLIAMS, LLP** |
| Nicholas P. Silverman (*pro hac vice*) | 601 W. 5th Street, Suite 720 |
| *nsilverman@steptoe.com* | Los Angeles, CA 90071 |
| **STEPTOE & JOHNSON LLP** | Telephone: (213) 528-3400 |
| 633 West Fifth Street, Suite 1900 | Facsimile: (949) 369-3701 |
| Los Angeles, CA 90071 | |
| Telephone: (213) 439-9400 | *Counsel for Defendant Marietta Terabelian* |
| Facsimile: (213) 439-9599 | |

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-579 (SVW) |
| *Plaintiff,* | **Notice of Withdrawal of Application** |
| v. | Hon. Stephen V. Wilson |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, *et al.*, | Hearing Date: June 14, 2021 |
| | Time: 1:30 p.m. |
| *Defendants*. | |

The defendants' application to file a sur-reply (Dkt. 518) was filed after the Court ruled on the underlying motion, but before the defendants received the ECF notification (Dkt. 517). The defendants did not intend to file an application related to a motion that had already been ruled upon and concede that their application to file a sur-reply is moot in light of the Court's Order. The defendants therefore withdraw the application.

Dated:   June 13, 2021

Respectfully submitted,

*/s/ Nicholas P. Silverman*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

*/s/ John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.