Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANTS RICHARD AYVAZYAN AND VAHE DADYAN'S *EX PARTE* APPLICATION TO COMPEL GOVERNMENT DISCLOSURE OF DISCOVERY RELATED TO MARYLEE ROBINSON**<br><br>Hon. Stephen V. Wilson<br><br>Trial Date:   June 15, 2021 |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of a June 12, 2021 letter from the government to defense counsel describing the work that Stout Risius Ross, LLC performs for the Department of Justice.

3. Attached as **Exhibit B** is a true and correct copy of a June 13, 2021 email between the government and defense counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 13, 2021.

Respectfully submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*