# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Scott Paetty*
*Phone: (213) 894-6527*
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

**BY EMAIL**

June 12, 2021

Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond
Diamond and Associates
3500 West Olive Avenue
Suite 300
Burbank, California 91505

John Lewis Littrell
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz
Hanusz Law, PC
800 Wilshire Blvd, Ste 1050
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian
Tahmazian Law Firm, P.C.
1518 West Glenoaks Boulevard
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman
The Freedman Firm
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson
Peter Johnson Law
409 North Pacific Coast Hwy, 651
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: United States v. Ayvazyan et. al
June 12, 2021
Page 2

      Re:    United States v. Ayvazyan et. al,
                No. CR 2:20-cr-00579-SVW
                Notice re: Stout Fees and Scope of Work

Dear Counsel:

We write in connection with the work provided by Stout to the U.S. Department of Justice ("DOJ"), as directed by the Court today.

Stout performs a variety of work for the DOJ. As related to the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Stout:

- Reviews and analyzes data sets, including loan applications and supporting documentation submitted to government agencies and/or financial institutions;
- Reviews and analyzes corporate financial records, including payroll records, income statements, debt instruments, operating expenses, forecasts, budgets, sales, profits, and other company financial records;
- Reviews and analyzes company audit work papers and other relevant audit-related documents;
- Traces proceeds and analyzes flow of loan funds for certain transactions and individuals;
- Reviews and analyzes transaction records for evidence of money laundering or other efforts to conceal proceeds of fraud and other crimes; and
- Reviews and assesses loan and grant programs for risk and anti-fraud metrics.

As of May 31, 2021, Stout has billed the DOJ $353,166 related to Los Angeles-based loan fraud, including but not limited to this case. Marylee Robinson's hourly rate is $395.00.

Please let me know if you have any questions, or would like to further discuss any of the above.

Very truly yours,

*[signature]*

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section

RE: <u>United States v. Ayvazyan et. al</u>
June 12, 2021
Page 3

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure