# EXHIBIT B

| | |
|---|---|
| **From:** | Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov> |
| **Sent:** | Saturday, June 12, 2021 9:36 PM |
| **To:** | Newcomer, Meghan; Paul, Annamelda (CRM); Paetty, Scott (USACAC); Ahn, Catherine S. (USACAC) |
| **Cc:** | Ram, Ashwin; Silverman, Nicholas; Keough, Michael; Law offices of Fred G. Minassian, Inc.; David Diamond; John Littrell; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan |
| **Subject:** | RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Notice re Summary Witness and Draft Summary Chart Agreement |

Counsel –

The government disagrees with your characterization of the events at the hearing and the Court's order. At yesterday's hearing, counsel inquired about Marylee Robinson's potential bias based on the amount DOJ paid her employer, Stout. The Court ordered the government to produce information related to the amount of money that Stout received for the work it performed in connection with the engagement relating to the investigation of the defendants. Later that day, the government produced the Court-ordered information, detailing the scope of work Stout performed in connection with CARES Act cases generally and providing the amount Stout charged for the work it performed on Los-Angeles based loan fraud, including with respect to this case. The government also disclosed the hourly rate at which Stout bills for Ms. Robinson's time. The government has thus complied with the Court's order.

In your email, you write that "Judge Wilson agreed that defendants are entitled to test Ms. Robinson's assumptions and conclusions." The government does not recall Judge Wilson agreeing with your characterization of the summary witness as an expert witness. In fact, Judge Wilson made clear that she is not an expert witness. The summary witness will summarize extremely voluminous information as set forth in the notice that the government provided on May 18. The summary witness is not making assumptions or drawing conclusions.

We understand you to request the drafts of the summary chart exhibits provided by Stout to DOJ. We will be producing a copy of those charts to you in an upcoming production.


Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

---

**From:** Newcomer, Meghan <mnewcomer@Steptoe.com>
**Sent:** Saturday, June 12, 2021 1:06 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>; Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Ahn, Catherine S. (USACAC) <cahn@usa.doj.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael

<mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Notice re Summary Witness and Draft Summary Chart Agreement

Counsel,

At yesterday's hearing, Judge Wilson ordered you to produce discovery regarding Ms. Robinson's work, which you stated was limited to consideration of materials provided by the government and drafting of charts. The six bullet points in the government's letter do not satisfy either the letter or the spirit of the Court's order. To determine the scope of Ms. Robinson's work and be able to effectively inform the jury about the distinction between Ms. Robinson's conclusions and those of the government, defendants require, at a minimum, that the following items be produced today:

1. All correspondence between the government and Ms. Robinson and her team at Stout Risius Ross, LLC. To the extent communications did not occur in writing, defendants request the notes of any telephone calls, video calls or in person meetings with Ms. Robinson, and a list of participants in those calls and meetings. This includes but is not limited to all written statements of Ms. Robinson related to this case.
2. All documents given to Ms. Robinson by the government.
3. All drafts of the summary chart and related work product that Ms. Robinson provided and any edits that the government made.
4. The government's letter states: "As of May 31, 2021, Stout has billed the DOJ $353,166 related to Los Angeles-based loan fraud, including but not limited to this case." Therefore, defendants request a breakdown of the $353,166 paid to Stout with descriptions of the work performed, to enable defendants to understand the amount of fees attributable to work on this case, as well as exactly what that work entailed. To the extent Ms. Robinson's firm has billed the DOJ for loan fraud based outside of Los Angeles, defendants request information about the amount Ms. Robinson's firm has billed for that work, as well as a description of that work.

Judge Wilson agreed that defendants are entitled to test Ms. Robinson's assumptions and conclusions. The above materials are necessary to enable defendants to do so, and are part of the scope of Ms. Robinson's work. Please let us know if you will agree to produce these documents and communications today, and if not, if you are available to meet and confer this afternoon. We are available after 1pm.

Best,
Meghan

**Meghan Newcomer**
Associate
Pronouns: she/her/hers

Steptoe

+1 212 378 7543 direct     Steptoe & Johnson LLP
+1 302 354 3381 mobile     1114 Avenue of the Americas
+1 212 506 3950 fax        New York, NY 10036
                           www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Sent:** Saturday, June 12, 2021 1:44 AM
**To:** Ram, Ashwin <aram@Steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Keough, Michael <mkeough@Steptoe.com>; Law offices of Fred G. Minassian, Inc. <fgminassianlaw@yahoo.com>; David Diamond <diamond@ladefender.com>; John Littrell <jlittrell@bienertkatzman.com>; mesereau@mesereaulaw.com; Wirschinglaw@outlook.com; john@hanuszlaw.com; peter@peterjohnsonlaw.com; jilbert@jilbertlaw.com; rfraser@bklwlaw.com; michael@thefreedmanfirm.com; George Mgdesyan <george@mgdesyanlaw.com>
**Cc:** Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>; Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>; Ahn, Catherine S. (USACAC) <Catherine.S.Ahn@usdoj.gov>
**Subject:** RE: US v. Ayvazyan et al., No. CR 20-579-SVW - Notice re Summary Witness and Draft Summary Chart Agreement

Counsel – Please see the attached correspondence relating to Stout. Thank you.

Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

**From:** Fenton, Christopher (CRM)
**Sent:** Tuesday, May 18, 2021 5:57 PM
**To:** 'Ram, Ashwin' <aram@Steptoe.com>; 'Silverman, Nicholas' <nsilverman@steptoe.com>; 'Keough, Michael' <mkeough@Steptoe.com>; 'Law offices of Fred G. Minassian, Inc.' <fgminassianlaw@yahoo.com>; 'David Diamond' <diamond@ladefender.com>; 'John Littrell' <jlittrell@bienertkatzman.com>; 'mesereau@mesereaulaw.com' <mesereau@mesereaulaw.com>; 'Wirschinglaw@outlook.com' <Wirschinglaw@outlook.com>; 'john@hanuszlaw.com' <john@hanuszlaw.com>; 'peter@peterjohnsonlaw.com' <peter@peterjohnsonlaw.com>; 'jilbert@jilbertlaw.com' <jilbert@jilbertlaw.com>; 'rfraser@bklwlaw.com' <rfraser@bklwlaw.com>; 'michael@thefreedmanfirm.com' <michael@thefreedmanfirm.com>; 'George Mgdesyan' <george@mgdesyanlaw.com>
**Cc:** Paul, Annamelda (CRM) <Annamelda.Paul@usdoj.gov>; Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Ahn, Catherine S. (USACAC) <cahn@usa.doj.gov>
**Subject:** US v. Ayvazyan et al., No. CR 20-579-SVW - Notice re Summary Witness and Draft Summary Chart Agreement

Counsel –

Please see the attached correspondence providing notice re a summary witness that the government intends to call to testify at trial. Also attached is a draft summary chart agreement. Thank you.


Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530

3

202.320.0539
christopher.fenton@usdoj.gov