Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS RICHARD AYVAZYAN AND VAHE DADYAN'S *EX PARTE* APPLICATION TO COMPEL GOVERNMENT DISCLOSURE OF DISCOVERY RELATED TO MARYLEE ROBINSON**<br><br>Hon. Stephen V. Wilson<br><br>Trial Date:   June 15, 2021 |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

# [PROPOSED] ORDER

This Court, having considered Defendants Richard Ayvazyan and Vahe Dadyan's *Ex Parte* Application to Compel Government Disclosure of Discovery Related to Marylee Robinson, hereby GRANTS the application and ORDERS the following relief:

1. The government is ordered to produce to defendants all correspondence between the government and Ms. Robinson and her team at Stout Risius Ross, LLC. To the extent communications did not occur in writing, the government is orderd to provide the notes of any telephone calls, video calls or in person meetings with Ms. Robinson, and a list of participants in those calls and meetings. This includes but is not limited to all statements of Ms. Robinson related to this case as required by Fed. R. Crim. P. 26.2.

2. The government is ordered to produce to defendants all documents given to Ms. Robinson by the government.

3. The government is ordered to produce to defendants all drafts of the summary chart and related work product that Ms. Robinson provided and any edits that the government made to those charts.

4. The government is ordered to produce to defendants a breakdown of the $353,166 paid to Stout Risius Ross, LL with descriptions of the work performed. To the extent Ms. Robinson's firm has billed the DOJ for loan fraud based outside of Los Angeles, the government is ordered to produce to defendants information about the amount Ms. Robinson's firm has billed for that work, as well as a description of that work.

**IT IS SO ORDERED.**

Dated: June __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge