# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00579-SVW | Date | June 11, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter: Not Present

| Patricia Gomez | Terri Hourigan | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn<br>Daniel G. Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | | X | 1) Ashwin Ram | X | | X |
| | | | | Michael A. Keough | X | | X |
| 2) Marietta Terabelian | | | X | Nicholas P. Silverman | X | | X |
| | | | | Meghan Newcomer | X | | X |
| 3) Artur Ayvazyan | | | X | | | | |
| | | | | 2) John Lewis Littrell | X | | X |
| 4) Tamara Dadyan | | | X | Ryan Fraser | X | | X |
| | | | | 3) Jennifer J. Wirsching | X | | X |
| 6) Arman Hayrapetyan | | X | | | | | |
| | | | | 4) Jennifer J. Wirsching -stand-in | X | | X |
| 7) Edvard Paronyan | | | X | | | | |
| | | | | 6) Jilbert Tahmazian | X | | |
| 8) Vahe Dadyan | | | X | | | | X |
| | | | | 7) Michael Freedman | X | | |
| | | | | | | | X |
| | | | | 8) Peter Johnson | X | | |
| | | | | | | | X |

**Proceedings:** ZOOM STATUS CONFERENCE

Case called. Attorneys state their appearances. All appearances, including the Court, are made via zoom.

The Court and counsel discuss pre-trial issues. The matter is adjourned.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

cc: USPO
USM
PSLA

                                                                                                 2 : 16

Initials of Deputy Clerk    PG

cc: