Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL
WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.,*<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**JOINT NOTICE OF STANDING *KASTIGAR* OBJECTION**<br><br>Hon. Stephen V. Wilson |

NOTICE OF STANDING OBJECTION

1    The defendants have lodged objections to the government's non-evidentiary and

2  evidentiary use of tainted information, and have requested the discovery necessary to

3  ensure their rights are vindicated.  *See* Dkt. 338, 351, 354, 381, 440.  The government

4  has not yet produced the discovery necessary to prove that *any* of its argument, strategy,

5  witness testimony, or evidence is free of taint—particularly because it appears that each

6  member of the government's case team has been tainted.  Rather than object constantly

7  and risk interfering with the Court's efforts to hold an orderly trial, the defendants state

8  for the record their standing objection to the government's argument, strategy, witness

9  testimony, evidence, and all other use of tainted information.  The defendants

10  understand that the Court has held that the *Kastigar* issues will be litigated after trial,

11  and file this notice only to avoid any potential argument related to waiver or forfeiture

12  of rights.[1]

13

14    Dated:   June 14, 2021          Respectfully submitted,

15                                    */s/ Ashwin J. Ram*

16                                    Ashwin J. Ram (SBN 227513)
                                      *aram@steptoe.com*

17                                    Michael A. Keough (SBN 327037)

18                                    *mkeough@steptoe.com*
                                      Meghan L. Newcomer (*pro hac vice*)

19                                    *mnewcomer@steptoe.com*

20                                    Nicholas P. Silverman (*pro hac vice*)
                                      *nsilverman@steptoe.com*

21                                    **STEPTOE & JOHNSON LLP**

22                                    633 West Fifth Street, Suite 1900
                                      Los Angeles, CA 90071

23                                    Telephone: (213) 439-9400

24                                    Facsimile: (213) 439-9599

25                                    *Counsel for Defendant Richard Ayvazyan*

26

27  ---
   [1] The government similarly stated its agreement not to construe any stipulation agreed upon by the
   defendants as a waiver of any Kastigar objection, which enabled the defendants to agree to FDIC-

28  insurance and interstate wires stipulations that should streamline trial.

1
NOTICE OF STANDING OBJECTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL**
**WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta Terabelian*

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF STANDING OBJECTION