TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
  1100/1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-6527/2424/3819
  Facsimile: (213) 894-6269/0141
  E-mail: Scott.Paetty@usdoj.gov/Catherine.Ahn@usdoj.gov/
     Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
  1400 New York Avenue NW, 3rd Floor
  Washington, DC 20530
  Telephone: (202) 320-0539
  Facsimile: (202) 514-0152
  E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
|    Plaintiff, | STIPULATION REGARDING |
|      v. | INTERSTATE WIRE TRANSFERS |
| RICHARD AYVAZYAN,<br>aka "Richard Avazian" and<br>  "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br> aka "Marietta Abelian" and<br>   "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br> aka "Mike Grigoryan," and<br>  "Anton Kudiumov," | |

1

1  ARMAN HAYRAPETYAN,
   EDVARD PARONYAN,
2  aka "Edvard Paronian" and
       "Edward Paronyan," and
3  VAHE DADYAN,

4          Defendants.

5

6       Plaintiff United States of America, by and through its

7  counsel of record, the Acting United States Attorney for the

8  Central District of California, Assistant United States

9  Attorneys Scott Paetty, Catherine Ahn, Brian Faerstein, and

10 Department of Justice Trial Attorney Christopher Fenton, and

11 defendant Richard Ayvazyan, individually and by and through his

12 counsel of record Ashwin J. Ram; defendant Marietta Terabelian,

13 individually and by and through her counsel of record John Lewis

14 Littrell; defendant Artur Ayvazyan, individually and by and

15 through his counsel of record Thomas A. Mesereau, Jr. and

16 Jennifer J. Wirsching; defendant Tamara Dadyan, individually and

17 by and through her counsel of record Fred G. Minassian;

18 defendant Arman Hayrapetyan, individually and by and through his

19 counsel of record Jilbert Tahmazian; hereby agree and stipulate

20 as follows:

21 //

22 //

23

24

25

26

27

28

## STIPULATION AS TO INTERSTATE WIRES

1.  This stipulation solely relates to the fact that certain wires actually traveled in interstate commerce.  It does not include an agreement regarding whether the defendants knew these wires occurred or knew that these wires traveled in interstate commerce, or that either fact was foreseeable.  It also does not include an agreement regarding whether these wires were in furtherance of the scheme alleged by the government.

2.  A wire transfer of $182,637.00, sent on May 1, 2020, from WebBank to a JPMorgan Chase, N.A. account in the name of Sabala Construction, was a wire transmission that traveled in interstate commerce from Utah to California.

3.  A wire transfer of $124,000.00, sent on May 5, 2020, from Cross River Bank to a U.S. Bank account in the name of Allstate Towing and Transport LLC, was a wire transmission that traveled in interstate commerce from New Jersey, Pennsylvania, or Texas to Kansas.

4.  A wire transfer of $130,000.00, sent on May 7, 2020, from Celtic Bank to a Wells Fargo Bank, N.A. account in the name of Iuliia Zhadko dba Top Quality Contracting, was a wire transmission that traveled in interstate commerce from Utah to Minnesota.

5.  A wire transfer of $137,500.00, sent on May 11, 2020, from Comerica Bank to a Comerica Bank account in the name of Secureline Realty and Funding, Inc., was a wire transmission that traveled in interstate commerce from Ohio to California.

6.  A wire transfer of $130,187.00, sent on May 8, 2020, from Celtic Bank to a JPMorgan Chase, N.A. account in the name of Redline Auto Collision Inc., was a wire transmission that traveled in interstate commerce from Utah to California.

7.  A wire transfer of $157,500.00, sent on May 19, 2020, from Celtic Bank to a Wells Fargo Bank, N.A. account in the name of Voyage Limo LLC, was a wire transmission that traveled in interstate commerce from Utah to Minnesota.

8.  A wire transfer of $149,900.00, sent on June 16, 2020, from the United States Small Business Administration ("SBA") to a U.S. Bank account in the name of G&A Diamonds, was a wire transmission that traveled in interstate commerce from Colorado to Missouri to New Jersey to Colorado.

9.  A wire transfer of $150,000.00, sent on June 17, 2020, from a JPMorgan Chase, N.A. account in the name of Redline Auto Collision Inc. to a Bank of America, N.A. account in the name of Marietta Terabelian, was a wire transmission that traveled in interstate commerce from California to Pennsylvania or Texas to California.

10. A wire transfer of $149,900.00, sent on June 22, 2020, from the SBA to a Radius Bank (a/k/a LendingClub Bank) account in the name of Timeline Transport, Inc., was a wire transmission that traveled in interstate commerce from Colorado to Missouri to New Jersey to Massachusetts.

11. A wire transfer of $384,100.00, sent on July 31, 2020, from Capital One, N.A. to a Radius Bank account in the

1        name of Mod Interiors, Inc., was a wire transmission that

2        traveled in interstate commerce from Illinois or Virginia

3        to Arkansas to Georgia to Massachusetts.

4   12. The submission of a PPP loan application on August 13,

5        2020, to Newtek Small Business Finance in the name of

6        Anna Dzukaeva, was a wire transmission that traveled in

7        interstate commerce from California to Arizona.

8   13. This stipulation is being entered into freely and

9        voluntarily by all parties.

10 //

11 //

12 //

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1   The parties agree and stipulate that this stipulation be entered

2   into evidence at the trial in this matter.

3   DATED: June 14, 2021              Respectfully submitted,

4                                     TRACY L. WILKISON
                                      Acting United States Attorney
5
                                      SCOTT M. GARRINGER
6                                     Assistant United States Attorney
                                      Chief, Criminal Division
7

8                                     _____
                                      SCOTT PAETTY
9                                     CATHERINE AHN
                                      BRIAN FAERSTEIN
10                                    Assistant United States Attorneys
                                      CHRISTOPHER FENTON
11                                    Department of Justice Trial
                                      Attorney
12
                                      Attorneys for Plaintiff
13                                    UNITED STATES OF AMERICA

14

15  DATED: June 14, 2021              _____
                                      ASHWIN J. RAM
16                                    Attorney for Defendant
                                      RICHARD AYVAZYAN
17

18  DATED: June 14, 2021              _____

19                                    RICHARD AYVAZYAN

20
    DATED: June 14, 2021              _____
21                                    JOHN LEWIS LITTRELL
                                      Attorneys for Defendant
22                                    MARIETTA TERABELIAN

23
    DATED: June 14, 2021              _____
24                                    MARIETTA TERABELIAN

25

26

27

28

DATED: June 14, 2021

THOMAS A. MESEREAU, JR.
JENNIFER J. WIRSCHING
Attorneys for Defendant
ARTUR AYVAZYAN

DATED: June 14, 2021

ARTUR AYVAZYAN

DATED: June 14, 2021

FRED G. MINASSIAN
Attorney for Defendant
TAMARA DADYAN

DATED: June 14, 2021

TAMARA DADYAN

DATED: June ___, 2021

JILBERT TAHMAZIAN
Attorney for Defendant
ARMAN HAYRAPETYAN

DATED: June ___, 2021

ARMAN HAYRAPETYAN