TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail: Scott.Paetty@usdoj.gov/Catherine.Ahn@usdoj.gov/
        Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>    "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>    "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and<br>    "Anton Kudiumov," | No. CR 20-00579(A)-SVW<br><br>STIPULATION AS TO STATUS AS FDIC INSURED |

1

| | |
|---|---|
| 1 | ARMAN HAYRAPETYAN, |
|   | EDVARD PARONYAN, |
| 2 | aka "Edvard Paronian" and |
|   | "Edward Paronyan," and |
| 3 | VAHE DADYAN, |
| 4 | Defendants. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorneys Scott Paetty, Catherine Ahn, Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, and defendant Richard Ayvazyan, individually and by and through his counsel of record Ashwin J. Ram; defendant Marietta Terabelian, individually and by and through her counsel of record John Lewis Littrell; defendant Artur Ayvazyan, individually and by and through his counsel of record Thomas A. Mesereau, Jr. and Jennifer J. Wirsching; defendant Tamara Dadyan, individually and by and through her counsel of record Fred G. Minassian; defendant Arman Hayrapetyan, individually and by and through his counsel of record Jilbert Tahmazian; and defendant Vahe Dadyan, individually and by and through his counsel of record, Peter Johnson, hereby agree and stipulate as follows:

//
//

**STIPULATION AS TO STATUS AS FDIC INSURED**

1. From March 1, 2020 through August 31, 2020, WebBank was a bank with deposits insured by the Federal Deposit Insurance Corporation ("FDIC").
2. From March 1, 2020 through August 31, 2020, Celtic Bank was a bank with deposits insured by the FDIC.
3. From March 1, 2020 through August 31, 2020, Cross River Bank was a bank with deposits insured by the FDIC.
4. From March 1, 2020 through August 31, 2020, Comerica Bank was a bank with deposits insured by the FDIC.
5. From March 1, 2020 through August 31, 2020, Seattle Bank was a bank with deposits insured by the FDIC.
6. From January 1, 2021 through February 28, 2021, Capital One, N.A. was a bank with deposits insured by the FDIC.
7. This stipulation is being entered into freely and voluntarily by all parties.

//
//
//
//
//
//
//
//
//

1    The parties agree and stipulate that this stipulation be
2 entered into evidence at the trial in this matter.
3 DATED: June 14, 2021            Respectfully submitted,
4                                 TRACY L. WILKISON
                                  Acting United States Attorney
5
                                  SCOTT M. GARRINGER
6                                 Assistant United States Attorney
                                  Chief, Criminal Division
7
                                  _____
8                                 SCOTT PAETTY
                                  CATHERINE AHN
9                                 BRIAN FAERSTEIN
                                  Assistant United States Attorneys
10                                CHRISTOPHER FENTON
                                  Department of Justice Trial
11                                Attorney

12                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
13

14
15 DATED: June 14, 2021           _____
                                  ASHWIN J. RAM
16                                Attorney for Defendant
                                  RICHARD AYVAZYAN
17

18 DATED: June 14, 2021           _____
                                  RICHARD AYVAZYAN
19

20
   DATED: June 14, 2021           _____
21                                JOHN LEWIS LITTRELL
                                  Attorneys for Defendant
22                                MARIETTA TERABELIAN

23
   DATED: June 14, 2021           _____
24                                MARIETTA TERABELIAN
25
26
27
28

                                      4

```
DATED: June 14, 2021        _____
                            THOMAS A. MESEREAU, JR.
                            JENNIFER J. WIRSCHING
                            Attorneys for Defendant
                            ARTUR AYVAZYAN


DATED: June 14, 2021        _____
                            ARTUR AYVAZYAN


DATED: June 14, 2021        _____
                            FRED G. MINASSIAN
                            Attorney for Defendant
                            TAMARA DADYAN


DATED: June 14, 2021        _____
                            TAMARA DADYAN


DATED: June 14, 2021        _____
                            JILBERT TAHMAZIAN
                            Attorney for Defendant
                            ARMAN HAYRAPETYAN


DATED: June __, 2021        _____
                            ARMAN HAYRAPETYAN


DATED: June 14, 2021        _____
                            PETER JOHNSON
                            Attorney for Defendant
                            VAHE DADYAN


DATED: June 14, 2021        _____
                            VAHE DADYAN
```

5