UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:20-cr-00579-SVW                                                     Date: June 14, 2021

Present: The Honorable:  **STEPHEN V. WILSON U.S. DISTRICT JUDGE**

Interpreter  Hermineh Panossian, Interpreter (Armenian Language)

| Paul Cruz | Miriam Baird | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | Ashwin J. Ram | X | | X |
| | | | | Michael A. Keough | X | | X |
| | | | | Nicholas P. Silverman | X | | X |
| | | | | Megan Newcomer | X | | X |
| 2) Marietta Terabelian | X | | X | John L. Littrell | X | | X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr. | X | | X |
| | | | | Jennifer J. Wirsching | X | | X |
| 4) Tamara Dadyan | X | | X | Fred G. Minassian | X | | X |
| 5) Arman Hayrapetyan | X | | X | Laura Crawford for J. Tahmazian | X | | X |
| 6) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

**Proceedings:** PRETRIAL CONFERENCE

   Case called.  Attorneys state their appearances. The Court and counsel discuss outstanding pretrial issues.

cc

                                                                                                  :   54
                                                    **Initials of Deputy Clerk**   PMC

---

CR-11 (04/15)                             Criminal Minutes – General                    Page 1 of 1