# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:20-cr-00579-SVW |
| Date | June 15, 2021 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | Armenian Language Interpreters: Hermineh Panossian & Ani Amiryan |

| Paul M. Cruz | Katie Thibodeaux | Christopher Fenton/Scott Paetty/Catherine Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | Ashwin J. Ram/Michael A. Keough | X | | X |
| | | | | Nicholas Silverman Megan Newcomer | X | | X |
| 2) Marietta Terabelian | X | | X | John L. Littrell/Ryan Fraser | | | |
| 3) Artur Ayvazyan | X | | X | Thomas Mesereau Jr/Jennifer Wirsching | X | | X |
| 6) Arman Hayrapetyan | | | X | Jilbert Tahmazian | | | X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

____ Day **COURT TRIAL**        1st Day **JURY TRIAL**        ____ Death Penalty Phase

[ ] One day trial;   [X] Begun (1st day);   [X] Held & continued;   [ ] Completed by jury verdict/submitted to court.

[X] The Jury is impaneled and sworn.

[X] Opening statements made   **Plaintiff & Defendants**

[ ] Witnesses called, sworn and testified.

[ ] Exhibits identified        [ ] Exhibits admitted

[ ] Government rests.   [ ] Defendant(s) _____ rest.

[ ] Motion for mistrial by _____ is [ ] granted [ ] denied [ ] submitted

[ ] Motion for judgment of acquittal (FRCrP 29) is [ ] granted [ ] denied [ ] submitted

[ ] Closing arguments made   [ ] Court instructs jury   [ ] Bailiff sworn

[ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

[ ] Alternates excused   [ ] Jury retires to deliberate   [ ] Jury resumes deliberations

[ ] Finding by Court as follows:        [ ] Jury Verdict as follows:

Dft # ____ Guilty on count(s) ____        ____ Not Guilty on count(s) ____

[ ] Jury polled        [ ] Polling waived

[ ] Filed Witness & Exhibit lists   [ ] Filed Jury notes   [ ] Filed Jury Instructions   [ ] Filed Jury Verdict

[ ] Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

[ ] Dft # ____ remanded to custody.   [ ] Remand/Release# _____ issd.   [ ] Dft # ____ released from custody.

[ ] Bond exonerated as to Dft # ____

[X] Case continued to **June 16, 2021 at 9:00 a.m.** for further trial/further jury deliberation.

[ ] Other:

                                                                    8 : 15

Initials of Deputy Clerk     PMC