UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00579-SVW | Date | June 16, 2021 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | Hermineh R. Panossian & Liliya Boshyan | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn, |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | 1) Ashwin J. Ram; Michael A. Keough; Nicholas P. Silverman; Megan Newcomer | X X X X | | X X X X |
| 2) Marietta Terabelian | X | | X | 2) John Lewis Littrell; Ryan Fraser | X X | | X X |
| 3) Artur Ayvazyan | X | | X | 3) Jennifer J. Wirsching; Thomas A. Mesereau, Jr. | X X | | X X |
| 6) Arman Hayrapetyan | | | X | 6) Jilbert Tahmazian | X | | X |
| 8) Vahe Dadyan | X | | X | 8) Peter Johnson | | | |

| | Day COURT TRIAL | 2nd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |

| | |
|---|---|
| | The Jury is impaneled and sworn. |
| X | Opening statements made by     Defendants |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified         X  Exhibits admitted |
| | Government rests.         Defendant(s)                                                     rest. |
| | Motion for mistrial by              is         granted         denied         submitted |
| | Motion for judgment of acquittal (FRCrP 29)    is    granted    denied    submitted |
| | Closing arguments made    Court instructs jury         Bailiff sworn |
| | Clerk  reviewed  admitted    exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
| | Alternates excused         Jury retires to deliberate         Jury resumes deliberations |
| | Finding by Court as follows:         Jury Verdict as follows: |
| Dft # | Guilty on count(s)         Not Guilty on count(s) |
| | Jury polled         Polling waived |
| | Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict |
| Dft # | Referred to Probation Office for Investigation & Report and continued to                for sentencing. |
| Dft # | remanded to custody.   Remand/Release#       issd.   Dft #       released from custody. |
| | Bond exonerated as to Dft # |
| X | Case continued to    June 17, 2021 at 9:00 a.m.    for further trial/further jury deliberation. |
| | Other: |

|  |  |
|---|---|
| 6 : 50 | |
| Initials of Deputy Clerk | PMC |