Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**PROPOSED VERDICT FORM**<br><br>Hon. Stephen V. Wilson |

**As to Count One of the Indictment, charging a single or unitary Conspiracy to Commit Wire Fraud and Bank Fraud, do you find each of the following Defendants**:

|  | Not Guilty | Guilty Beyond a Reasonable Doubt |
|---|---|---|
| Artur Ayvazyan | ☐ | ☐ |
| Richard Ayvazyan | ☐ | ☐ |
| Vahe Dadyan | ☐ | ☐ |
| Marietta Terabelian | ☐ | ☐ |

**As to Counts Two through Twelve of the Indictment, charging the transmission of wires for the purpose of executing a single or unitary scheme or artifice to defraud, do you find each of the following Defendants:**

|  | Not Guilty on All Counts | Guilty Beyond a Reasonable Doubt on All Counts | Guilty on Some Counts |
|---|---|---|---|
| Artur Ayvazyan | ☐ | ☐ | ☐ |
| Richard Ayvazyan | ☐ | ☐ | ☐ |
| Vahe Dadyan | ☐ | [Not Charged in All Counts] | ☐ |
| Marietta Terabelian | ☐ | ☐ | ☐ |

**A. As to each Count, do you find proof by a preponderance of the evidence that the wire was sent to or from the Central District of California?**

|  | No | Yes |
|---|---|---|
| Count Two | ☐ | ☐ |
| Count Three | ☐ | ☐ |
| Count Four | ☐ | ☐ |
| Count Five | ☐ | ☐ |
| Count Six | ☐ | ☐ |
| Count Seven | ☐ | ☐ |
| Count Eight | ☐ | ☐ |
| Count Nine | ☐ | ☐ |
| Count Ten | ☐ | ☐ |
| Count Eleven | ☐ | ☐ |
| Count Twelve | ☐ | ☐ |

**B. If you find the Defendants Not Guilty on All Counts or Guilty on All Counts, skip to Count Thirteen below. If you find one or more of the Defendants Guilty on Some Counts, as to each defendant on which counts do you find the Defendant Guilty Beyond a Reasonable Doubt?**

Artur Ayvazyan: _____

Richard Ayvazyan: _____

Vahe Dadyan: _____

Marietta Terabelian: _____

**As to <u>Counts Thirteen through Twenty</u> of the Indictment, charging the execution of a single or unitary bank fraud scheme or artifice, do you find each of the following Defendants:**

|  | Not Guilty on All Counts | Guilty Beyond a Reasonable Doubt on All Counts | Guilty on Some Counts |
|---|---|---|---|
| Artur Ayvazyan | ☐ | ☐ | ☐ |
| Richard Ayvazyan | ☐ | ☐ | ☐ |
| Vahe Dadyan | ☐ | [Not Charged in All Counts] | ☐ |
| Marietta Terabelian | ☐ | ☐ | ☐ |

**A.  If you find the Defendants Not Guilty on All Counts or Guilty on All Counts, skip to Count Twenty-One below.**

**B.  If you find one or more of the Defendants Guilty on Some Counts, as to each defendant on which counts do you find the Defendant Guilty Beyond a Reasonable Doubt?**

Artur Ayvazyan: _____

Richard Ayvazyan: _____

Vahe Dadyan: _____

Marietta Terabelian: _____

- 2 -

**As to Count Twenty-One of the Indictment, charging Aggravated Identity Theft in Relation to a Felony, do you find Defendant Richard Ayvazyan:**

\_\_\_\_\_ Not Guilty          \_\_\_\_\_ Guilty Beyond a Reasonable Doubt

**As to Count Twenty-Two of the Indictment, charging Aggravated Identity Theft in Relation to a Felony:**

**Do you find Defendant Richard Ayvazyan:**

\_\_\_\_\_ Not Guilty          \_\_\_\_\_ Guilty Beyond a Reasonable Doubt

**Do you find Defendant Marietta Terabelian:**

\_\_\_\_\_ Not Guilty          \_\_\_\_\_ Guilty Beyond a Reasonable Doubt

**As to Count Twenty-Four of the Indictment, charging Aggravated Identity Theft in Relation to a Felony, do you find Defendant Artur Ayvazyan:**

\_\_\_\_\_ Not Guilty          \_\_\_\_\_ Guilty Beyond a Reasonable Doubt

**As to Count Twenty-Six of the Indictment, charging a single or unitary Conspiracy to Commit Money Laundering, do you find each of the following Defendants**

|  | Not Guilty | Guilty Beyond a Reasonable Doubt |
|---|---|---|
| Artur Ayvazyan | ☐ | ☐ |
| Richard Ayvazyan | ☐ | ☐ |
| Vahe Dadyan | ☐ | ☐ |
| Marietta Terabelian | ☐ | ☐ |

**As to Count Twenty-Seven of the Indictment, charging Concealment Money Laundering, do you find Defendant Vahe Dadyan:**

_____ Not Guilty          _____ Guilty Beyond a Reasonable Doubt

**As to Counts Twenty-Eight through Thirty-Two of the Indictment, charging Concealment Money Laundering,** do you find Defendant Richard Ayvazyan:

|  | Not Guilty | Guilty Beyond a Reasonable Doubt |
|---|---|---|
| Count Twenty-Eight | ☐ | ☐ |
| Count Twenty-Nine | ☐ | ☐ |
| Count Thirty | ☐ | ☐ |
| Count Thirty-One | ☐ | ☐ |
| Count Thirty-Two | ☐ | ☐ |

I certify that the foregoing verdict form is accurate:

_____                    _____
DATE                                    Foreperson Signature