# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
| Plaintiff, | VERDICT FORM FOR DEFENDANT RICHARD AYVAZYAN |
| v. | |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, and VAHE DADYAN, | |
| Defendants. | |

As to the following counts charged against defendant
RICHARD AYVAZYAN:

<u>**COUNT ONE**</u>

**<u>Conspiracy to Commit Wire Fraud and Bank Fraud</u>**

1.a.  We, the jury in the above-captioned case, unanimously
find the defendant RICHARD AYVAZYAN:

_____          GUILTY

_____          NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C.
§ 1349, as charged in Count One of the First Superseding
Indictment, by conspiring to commit Wire Fraud, in violation of
18 U.S.C. § 1343.


1.b.  We, the jury in the above-captioned case, unanimously
find the defendant RICHARD AYVAZYAN:

_____          GUILTY

_____          NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C.
§ 1349, as charged in Count One of the First Superseding
Indictment, by conspiring to commit Bank Fraud, in violation of
18 U.S.C. § 1344(2).


*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

**COUNT FOUR**

**Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

**COUNT FIVE**

**Wire Fraud (Secureline Realty PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

4

**COUNT SIX**

**Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

**COUNT SEVEN**

**Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.

*Continue to next page.*

5

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

**COUNT FOURTEEN**

**Bank Fraud (Top Quality Contracting PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fourteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Top Quality Contracting, on or about April 30, 2020.

**COUNT FIFTEEN**

**Bank Fraud (Allstate Towing PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fifteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender C in the name of Allstate Towing, on or about May 2, 2020.

_Continue to next page._

## COUNT SIXTEEN

### Bank Fraud (Redline Auto Collision PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

## COUNT SEVENTEEN

### Bank Fraud (Secureline Realty PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

**COUNT TWENTY**

**Bank Fraud (Runyan Tax Service PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

**COUNT TWENTY-ONE**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2(b), as it relates to the name of M.Z., as charged in Count Twenty-One of the First Superseding Indictment.

*Continue to next page.*

**COUNT TWENTY-TWO**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and California driver's license number of N.T., as charged in Count Twenty-Two of the First Superseding Indictment.

*Continue to next page.*

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

26.b.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.

*Continue to next page.*

## **COUNT TWENTY-EIGHT**

### **Money Laundering**

28.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Twenty-Eight of the First Superseding Indictment, with respect to the transfer of $47,000 from Turing Info Bank 5 Account to Zhadko Bank 5 Account on or about December 21, 2020.

28.b.  Please address the following only if you have found the defendant RICHARD AYVAZYAN guilty in question 28.a above:

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Money Laundering in Count Twenty-Eight while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Twenty-Eight of the First Superseding Indictment.

_Continue to next page._

## **COUNT TWENTY-NINE**

### **Money Laundering**

29.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Twenty-Nine of the First Superseding Indictment, with respect to the transfer of $86,000 from Turing Info Bank 5 Account to Zhadko Bank 5 Account on or about December 22, 2020.

29.b.  Please address the following only if you have found the defendant RICHARD AYVAZYAN guilty in question 29.a above:

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of committing the offense of Money Laundering in Count Twenty-Nine while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Twenty-Nine of the First Superseding Indictment.

*Continue to next page.*

## **COUNT THIRTY**

### **Money Laundering**

30.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Thirty of the First Superseding Indictment, with respect to the transfer of $50,000 from Zhadko Bank 5 Account to Online Broker account ending -3630, which was opened on December 21, 2020 in the name of Iuliia Zhadko, on or about December 23, 2020.

30.b.  Please address the following only if you have found the defendant RICHARD AYVAZYAN guilty in question 30.a above:

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Money Laundering in Count Thirty while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Thirty of the First Superseding Indictment.

*Continue to next page.*

## **COUNT THIRTY-ONE**

### **Money Laundering**

31.a.  We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Thirty-One of the First Superseding Indictment, with respect to the transfer of $75,000 from Zhadko Bank 5 Account to Online Broker account ending -3630, which was opened on December 21, 2020 in the name of Iuliia Zhadko, on or about December 24, 2020.

31.b.  Please address the following only if you have found the defendant RICHARD AYVAZYAN guilty in question 31.a above:

We, the jury in the above-captioned case, unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Money Laundering in Count Thirty-One while on pretrial release in the above-captioned case, in violation of 18 U.S.C. § 3147, as charged in Count Thirty-One of the First Superseding Indictment.

*Continue to next page.*

**COUNT THIRTY-TWO**

**Money Laundering**

32.a.   We, the jury in the above-captioned case,
unanimously find the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C.
§§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Thirty-Two of
the First Superseding Indictment, with respect to the transfer
of $22,000 from Turing Info Bank 5 Account to Digital Currency
Exchange account ending -8efe, which was opened on January 7,
2021 in the name of Iuliia Zhadko, on or about January 13, 2021.


32.b.   Please address the following only if you have found
the defendant RICHARD AYVAZYAN guilty in question 32.a above:

We, the jury in the above-captioned case, unanimously find
the defendant RICHARD AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of committing the offense of Money Laundering in Count Thirty-
Two while on pretrial release in the above-captioned case, in
violation of 18 U.S.C. § 3147, as charged in Count Thirty-Two of
the First Superseding Indictment.


The foreperson should now sign and date this verdict form.


_____        _____

DATED                           FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00579(A)-SVW |
|---|---|
| Plaintiff, | VERDICT FORM FOR DEFENDANT MARIETTA TERABELIAN |
| v. | |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, and VAHE DADYAN, | |
| Defendants. | |

1     As to the following counts charged against defendant

2   MARIETTA TERABELIAN:

3   **COUNT ONE**

4   **Conspiracy to Commit Wire Fraud and Bank Fraud**

5     1.a.  We, the jury in the above-captioned case, unanimously

6   find the defendant MARIETTA TERABELIAN:

7     _____     GUILTY

8     _____     NOT GUILTY

9   of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C.

10  § 1349, as charged in Count One of the First Superseding

11  Indictment, by conspiring to commit Wire Fraud, in violation of

12  18 U.S.C. § 1343.

13

14    1.b.  We, the jury in the above-captioned case, unanimously

15  find the defendant MARIETTA TERABELIAN:

16    _____     GUILTY

17    _____     NOT GUILTY

18  of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C.

19  § 1349, as charged in Count One of the First Superseding

20  Indictment, by conspiring to commit Bank Fraud, in violation of

21  18 U.S.C. § 1344(2).

22

23  *Continue to next page.*

24

25

26

27

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

3

**COUNT FOUR**

**Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

       _____       GUILTY

       _____       NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

**COUNT FIVE**

**Wire Fraud (Secureline Realty PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

       _____       GUILTY

       _____       NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

**COUNT SIX**

**Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____         GUILTY

_____         NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

**COUNT SEVEN**

**Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____         GUILTY

_____         NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.

*Continue to next page.*

5

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

1

2 **COUNT FOURTEEN**

3 **Bank Fraud (Top Quality Contracting PPP Loan Submission)**

4 We, the jury in the above-captioned case, unanimously find

5 the defendant MARIETTA TERABELIAN:

6 _____   GUILTY

7 _____   NOT GUILTY

8 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

9 2(b), as charged in Count Fourteen of the First Superseding

10 Indictment, with respect to the submission of application for

11 PPP loan to Lender B in the name of Top Quality Contracting, on

12 or about April 30, 2020.

13

14 **COUNT FIFTEEN**

15 **Bank Fraud (Allstate Towing PPP Loan Submission)**

16 We, the jury in the above-captioned case, unanimously find

17 the defendant MARIETTA TERABELIAN:

18 _____   GUILTY

19 _____   NOT GUILTY

20 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

21 2(b), as charged in Count Fifteen of the First Superseding

22 Indictment, with respect to the submission of application for

23 PPP loan to Lender C in the name of Allstate Towing, on or about

24 May 2, 2020.

25

26 *Continue to next page.*

27

**COUNT SIXTEEN**

**Bank Fraud (Redline Auto Collision PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

**COUNT SEVENTEEN**

**Bank Fraud (Secureline Realty PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

1

2                              **COUNT EIGHTEEN**

3                **Bank Fraud (Voyage Limo PPP Loan Submission)**

4        We, the jury in the above-captioned case, unanimously find

5    the defendant MARIETTA TERABELIAN:

6                _____     GUILTY

7                _____     NOT GUILTY

8    of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

9    2(b), as charged in Count Eighteen of the First Superseding

10   Indictment, with respect to the submission of application for

11   PPP loan to Lender E in the name of Voyage Limo, on or about May

12   18, 2020.

13

14                             **COUNT NINETEEN**

15          **Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

16       We, the jury in the above-captioned case, unanimously find

17   the defendant MARIETTA TERABELIAN:

18               _____     GUILTY

19               _____     NOT GUILTY

20   of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

21   2(b), as charged in Count Nineteen of the First Superseding

22   Indictment, with respect to the submission of application for

23   PPP loan to Lender B in the name of Redline Auto Mechanics, on

24   or about June 25, 2020.

25

26   *Continue to next page.*

27

**COUNT TWENTY**

**Bank Fraud (Runyan Tax Service PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____       GUILTY

_____       NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

**COUNT TWENTY-TWO**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____       GUILTY

_____       NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and California driver's license number of N.T., as charged in Count Twenty-Two of the First Superseding Indictment.

*Continue to next page.*

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____       GUILTY

_____       NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

26.b.  We, the jury in the above-captioned case, unanimously find the defendant MARIETTA TERABELIAN:

_____       GUILTY

_____       NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.

The foreperson should now sign and date this verdict form.

_____          _____

DATED                              FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

          v.

RICHARD AYVAZYAN,
MARIETTA TERABELIAN,
ARTUR AYVAZYAN, and
VAHE DADYAN,

       Defendants.

No. CR 20-00579(A)-SVW

VERDICT FORM FOR DEFENDANT
ARTUR AYVAZYAN

1

As to the following counts charged against defendant ARTUR AYVAZYAN:

<strong><u>COUNT ONE</u></strong>

<strong><u>Conspiracy to Commit Wire Fraud and Bank Fraud</u></strong>

1.a.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____        GUILTY

_____        NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

**COUNT TWO**

**Wire Fraud (S. Construction PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Two of the First Superseding Indictment, with respect to the transfer of approximately $182,637 in PPP loan proceeds from Lender H, sent by means of an interstate wire, into S. Construction Bank 5 Account, on or about May 1, 2020.

**COUNT THREE**

**Wire Fraud (Allstate Towing PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Three of the First Superseding Indictment, with respect to the transfer of approximately $124,000 in PPP loan proceeds from Lender C, sent by means of an interstate wire, into Allstate Towing Bank 4 Account, on or about May 5, 2020.

*Continue to next page.*

**COUNT FOUR**

**Wire Fraud (Top Quality Contracting PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Four of the First Superseding Indictment, with respect to the transfer of approximately $130,000 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into TQC Bank 3 Account, on or about May 8, 2020.

**COUNT FIVE**

**Wire Fraud (Secureline Realty PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Five of the First Superseding Indictment, with respect to the transfer of approximately $137,500 in PPP loan proceeds from Lender E, sent by means of an interstate wire, into Secureline Realty Bank 6 Account, on or about May 11, 2020.

*Continue to next page.*

**COUNT SIX**

**Wire Fraud (Redline Auto Collision PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

＿＿＿＿＿＿＿       GUILTY

＿＿＿＿＿＿＿       NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Six of the First Superseding Indictment, with respect to the transfer of approximately $130,187 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Redline Auto Collision Bank 5 Account, on or about May 11, 2020.

**COUNT SEVEN**

**Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

＿＿＿＿＿＿＿       GUILTY

＿＿＿＿＿＿＿       NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Seven of the First Superseding Indictment, with respect to the transfer of approximately $157,500 in PPP loan proceeds from Lender B, sent by means of an interstate wire, into Voyage Limo Bank 3 Account, on or about May 20, 2020.

*Continue to next page.*

**COUNT EIGHT**

**Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eight of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into G&A Diamonds Bank 4 Account, on or about June 16, 2020.

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

*Continue to next page.*

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____     GUILTY

_____     NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

*Continue to next page.*

7

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

**COUNT THIRTEEN**

**Bank Fraud (H. Construction PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Thirteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender H in the name of H. Construction, on or about April 18, 2020.

*Continue to next page.*

**COUNT FOURTEEN**

**Bank Fraud (Top Quality Contracting PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fourteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Top Quality Contracting, on or about April 30, 2020.

**COUNT FIFTEEN**

**Bank Fraud (Allstate Towing PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Fifteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender C in the name of Allstate Towing, on or about May 2, 2020.

*Continue to next page.*

**COUNT SIXTEEN**

**Bank Fraud (Redline Auto Collision PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Sixteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Collision, on or about May 7, 2020.

**COUNT SEVENTEEN**

**Bank Fraud (Secureline Realty PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Seventeen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Secureline Realty, on or about May 9, 2020.

*Continue to next page.*

1

2 **COUNT EIGHTEEN**

3 **Bank Fraud (Voyage Limo PPP Loan Submission)**

4    We, the jury in the above-captioned case, unanimously find

5 the defendant ARTUR AYVAZYAN:

6         _____    GUILTY

7         _____    NOT GUILTY

8 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

9 2(b), as charged in Count Eighteen of the First Superseding

10 Indictment, with respect to the submission of application for

11 PPP loan to Lender E in the name of Voyage Limo, on or about May

12 18, 2020.

13

14 **COUNT NINETEEN**

15 **Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

16    We, the jury in the above-captioned case, unanimously find

17 the defendant ARTUR AYVAZYAN:

18         _____    GUILTY

19         _____    NOT GUILTY

20 of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and

21 2(b), as charged in Count Nineteen of the First Superseding

22 Indictment, with respect to the submission of application for

23 PPP loan to Lender B in the name of Redline Auto Mechanics, on

24 or about June 25, 2020.

25

26 *Continue to next page.*

27

11

**COUNT TWENTY**

**Bank Fraud (Runyan Tax Service PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____         GUILTY

_____         NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

**COUNT TWENTY-FOUR**

**Aggravated Identity Theft**

We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____         GUILTY

_____         NOT GUILTY

of Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a), and 2(b), as it relates to the name and date of birth of A.D., as charged in Count Twenty-Four of the First Superseding Indictment.

*Continue to next page.*

## COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

26.b.  We, the jury in the above-captioned case, unanimously find the defendant ARTUR AYVAZYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.

The foreperson should now sign and date this verdict form.

_____     _____

DATED                       FOREPERSON

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,              No. CR 20-00579(A)-SVW

11            Plaintiff,                    VERDICT FORM FOR DEFENDANT VAHE
                                            DADYAN
12                 v.

13   RICHARD AYVAZYAN,
     MARIETTA TERABELIAN,
14   ARTUR AYVAZYAN, and
     VAHE DADYAN,
15
16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

As to the following counts charged against defendant VAHE DADYAN:

**COUNT ONE**

**Conspiracy to Commit Wire Fraud and Bank Fraud**

1.a.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Wire Fraud, in violation of 18 U.S.C. § 1343.

1.b.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____     GUILTY

_____     NOT GUILTY

of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the First Superseding Indictment, by conspiring to commit Bank Fraud, in violation of 18 U.S.C. § 1344(2).

*Continue to next page.*

1

2 **COUNT SEVEN**

3 **Wire Fraud (Voyage Limo PPP Loan Wire Transfer)**

4 We, the jury in the above-captioned case, unanimously find

5 the defendant VAHE DADYAN:

6 _____ GUILTY

7 _____ NOT GUILTY

8 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

9 charged in Count Seven of the First Superseding Indictment, with

10 respect to the transfer of approximately $157,500 in PPP loan

11 proceeds from Lender B, sent by means of an interstate wire,

12 into Voyage Limo Bank 3 Account, on or about May 20, 2020.

13

14 **COUNT EIGHT**

15 **Wire Fraud (G&A Diamonds EIDL Loan Wire Transfer)**

16 We, the jury in the above-captioned case, unanimously find

17 the defendant VAHE DADYAN:

18 _____ GUILTY

19 _____ NOT GUILTY

20 of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as

21 charged in Count Eight of the First Superseding Indictment, with

22 respect to the transfer of approximately $149,900 in EIDL loan

23 proceeds from the SBA, sent by means of an interstate wire, into

24 G&A Diamonds Bank 4 Account, on or about June 16, 2020.

25

26 *Continue to next page.*

27

**COUNT NINE**

**Wire Fraud (Redline Auto Collision EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Nine of the First Superseding Indictment, with respect to the transfer of approximately $150,000 in EIDL loan proceeds from the Redline Auto Collision Bank 5 Account, sent by means of an interstate wire, to Terabelian Bank 2 Account, on or about June 17, 2020.

**COUNT TEN**

**Wire Fraud (Timeline Transport EIDL Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Ten of the First Superseding Indictment, with respect to the transfer of approximately $149,900 in EIDL loan proceeds from the SBA, sent by means of an interstate wire, into Timeline Transport Bank 1 Account, on or about June 22, 2020.

*Continue to next page.*

4

**COUNT ELEVEN**

**Wire Fraud (Mod Interiors PPP Loan Wire Transfer)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Eleven of the First Superseding Indictment, with respect to the transfer of approximately $384,150 in PPP loan proceeds from Lender F, sent by means of an interstate wire, into Mod Interiors Bank 7 Account, on or about July 31, 2020.

**COUNT TWELVE**

**Wire Fraud (A.D. PPP Loan Wire Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____    GUILTY

_____    NOT GUILTY

of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2(a), as charged in Count Twelve of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender F in the name of A.D., sent by means of an interstate wire, on or about August 13, 2020.

*Continue to next page.*

**COUNT EIGHTEEN**

**Bank Fraud (Voyage Limo PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____  GUILTY

_____  NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Eighteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender E in the name of Voyage Limo, on or about May 18, 2020.

**COUNT NINETEEN**

**Bank Fraud (Redline Auto Mechanics PPP Loan Submission)**

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____  GUILTY

_____  NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Nineteen of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender B in the name of Redline Auto Mechanics, on or about June 25, 2020.

*Continue to next page.*

## COUNT TWENTY

### Bank Fraud (Runyan Tax Service PPP Loan Submission)

We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2), 2(a), and 2(b), as charged in Count Twenty of the First Superseding Indictment, with respect to the submission of application for PPP loan to Lender A in the name of Runyan Tax Service, on or about July 13, 2020.

*Continue to next page.*

### COUNT TWENTY-SIX

### Conspiracy to Engage in Money Laundering

26.a.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).


26.b.  We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), as charged in Count Twenty-Six of the First Superseding Indictment, by conspiring to Engage in Unlawful Monetary Transactions in Property Derived from Bank and Wire Fraud, in violation of 18 U.S.C. § 1957.

*Continue to next page.*

**COUNT TWENTY-SEVEN**

**Money Laundering**

   We, the jury in the above-captioned case, unanimously find the defendant VAHE DADYAN:

_____   GUILTY

_____   NOT GUILTY

of Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2(b), as charged in Count Twenty-Seven of the First Superseding Indictment, with respect to the transfer of $155,000 from Voyage Limo Bank 3 Account to Runyan Tax Bank 2 Account, on or about July 3, 2020.


The foreperson should now sign and date this verdict form.


_____        _____

DATED                          FOREPERSON