UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | 2:20-cr-00579-SVW | | Date | June 17, 2021 |
|---|---|---|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | | |
| Interpreter | Hermineh Panossian & Liliya Boshyan, Armenian Language Interpreters | | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvzyan | X | | X | Ashwin J. Ram<br>Michael A. Keough<br>Nicholas P. Silverman<br>Megan Newcomer | X<br>X<br>X<br>X | | X<br>X<br>X<br>X |
| 2) Marietta Terabelian | X | | X | John L. Littrell<br>Ryan Fraser | X<br>X | | X<br>X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr.<br>Jennifer J. Wirshing | X<br>X | | X<br>X |
| 6) Arman Hayrapetyan | | | X | Jilbert Tahmazian | X | | X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

|   | Day COURT TRIAL | 3rd | Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|---|
|   | One day trial; |   | Begun (1st day); | X | Held & continued; |   | Completed by jury verdict/submitted to court. |
|   | The Jury is impaneled and sworn. |
|   | Opening statements made by |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified | X | Exhibits admitted |
|   | Government rests. |   | Defendant(s) |   | rest. |
|   | Motion for mistrial by |   | is |   | granted |   | denied |   | submitted |
|   | Motion for judgment of acquittal (FRCrP 29) |   | is |   | granted |   | denied |   | submitted |
|   | Closing arguments made |   | Court instructs jury |   | Bailiff sworn |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
|   | Alternates excused |   | Jury retires to deliberate |   | Jury resumes deliberations |
|   | Finding by Court as follows: |   | Jury Verdict as follows: |
| Dft # |   | Guilty on count(s) |   | Not Guilty on count(s) |
|   | Jury polled |   | Polling waived |
|   | Filed Witness & Exhibit lists |   | Filed Jury notes |   | Filed Jury Instructions |   | Filed Jury Verdict |
|   | Dft # |   | Referred to Probation Office for Investigation & Report and continued to |   | for sentencing. |
|   | Dft # |   | remanded to custody. |   | Remand/Release# |   | issd. |   | Dft # |   | released from custody. |
|   | Bond exonerated as to Dft # |
| X | Case continued to | June 21, 2021 at 9:00 a.m. |   | for further trial/further jury deliberation. |
|   | Other: |

|   |   | 7 | : | 36 |
|---|---|---|---|---|
|   |   | Initials of Deputy Clerk | | PMC |