UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00579-SVW | Date | June 21, 2021 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | Hermineh Panossian & Liliya Boshyan | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton / Scott Paetty / Catherine Ahn |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | 1) Ashwin J. Ram / Michael A. Keough / Nicholas P. Silverman / Megan Newcomer | X X X X | | X X X X |
| 2) Marietta Terabelian | X | | X | 2) John L. Littrell / Ryan Fraser | | | |
| 3) Artur Ayvazyan | | | | 3) Thomas A. Mesereau, Jr. / Jennifer J. Wirsching | X X | | X X |
| 6) Arman Hayrapetyan | | | X | 6) Jilbert Tahmazian | | | X |
| 8) Vahe Dadyan | X | | X | 8) Peter Johnson | X | | X |

___ Day COURT TRIAL    4th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified   X Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____   ___ Not Guilty on count(s) _____

___ Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X Case continued to June 22, 2021 at 9:00 a.m. for further trial/further jury deliberation.

___ Other:

7 : 40

Initials of Deputy Clerk   PMC