Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Counsel for Defendant Richard Ayvazyan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD AYVAZYAN'S MOTION FOR JUDGMENT OF ACQUITTAL**<br><br>Hon. Stephen V. Wilson |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | This Court, having considered Defendant Richard Ayvazyan's Motion for |
| 3 | Judgment of Acquittal, hereby GRANTS the motion and ORDERS the following relief: |
| 4 | 1.  The court enters a judgment of acquittal pursuant to Fed. R. Crim. P. 29.  The |
| 5 | charges against defendant Richard Ayvazyan are DISMISSED. |

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge