# EXHIBIT 1

| | |
|---|---|
| **From:** | Keough, Michael |
| **To:** | Fenton, Christopher (CRM); Paetty, Scott (USACAC); Ahn, Catherine S. (USACAC) |
| **Cc:** | Ram, Ashwin; Silverman, Nicholas; Newcomer, Meghan |
| **Subject:** | USA v. Ayvazyan - Summary Charts |
| **Date:** | Tuesday, June 22, 2021 3:48:09 PM |
| **Attachments:** | DX1000-c2.pdf<br>DX1100-c2.pdf |

Dear Counsel –

Please see attached a set of summary charts that we intend to introduce into evidence with a summary witness this afternoon. We are bringing paper copies of the summary charts to court as well.

Best,
Mike

**Michael A. Keough**
Associate
*Admitted in California and New York*
mkeough@Steptoe.com
+1 415 365 6717 direct | +1 415 365 6699 fax

## Steptoe

Steptoe & Johnson LLP
One Market Plaza | Spear Tower, Suite 3900 | San Francisco, CA 94105
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.