# EXHIBIT 2

## IP Address: ▮▮.234.33

**Subscriber Information:** Manuk Grigoryan  
▮▮▮▮▮▮ Sun Valley, CA 91352-2808  
▮▮▮▮▮▮▮▮@YAHOO.COM

(GEX 73.i)

| Activity Type | Description | Exhibit Number |
|---|---|---|
| Transaction | Venmo account, "A▮▮ M▮▮▮▮▮" | DX 74 |
| Accessed account | Robinhood login information for account #▮▮▮▮0831; customer name: A▮▮ M▮▮▮▮ | DX 102 & 103 |
| Login | Google subscriber information, "Viktoria Kauichko" | DX 24 |
| Login | User ID login information for PPP loan application for G&A Diamonds; applicant name: A▮▮▮▮ G▮▮▮▮ | GEX 2.h |
| Login | User ID login information for US Bank, "A▮▮▮▮ G▮▮▮▮ dba G&A Diamonds" account | GEX 1.k |
| Login | Google subscriber information, "M▮▮▮ M▮▮" | DX 40 |
| Login | Google subscriber information, "O▮▮ S▮▮▮▮▮" | DX 43 |
| Accessed account | Robinhood login information for account #▮▮▮▮8449; customer name: Anton Kudiumov | DX 41 & 42 |

DX1000_001

## IP Address: ▮▮.75.188

**Subscriber Information:** Victor Kauichko, ▮▮▮▮, Woodland Hills, CA 91367-3749
▮▮▮▮@gmail.com

(GEX 73.a)

| Activity Type | Description | Exhibit Number |
|---|---|---|
| Accessed account | User ID login information for JPMC account, "Manuk Grigoryan" | DX 19 |
| Accessed account | User ID login information for JPMC account, "Iuliia Zhadko" | DX 19 |
| Accessed account | User ID login information for Bank of America; User ID: iuliiazhadko | DX 20 |
| Signature IP Address | PPP loan application for Fiber One Media; applicant name: Viktoria Kauichko | GEX 3.e |
| Login; reset user password | User ID login information for PPP loan application for G&A Diamonds; applicant name: A▮▮▮ G▮▮▮ | GEX 2.h |
| Login | Account login information for US Bank, "A▮▮▮ G▮▮▮ dba G&A Diamond" account | GEX 1.k |
| Accessed account | User ID login information for Bank of America; User ID: tqcontracting | DX 20 |
| Signature IP Address | User ID login information for PPP loan application for Mod Interiors; applicant name: A▮ ▮ | GEX 3.m |
| Signature IP Address | User ID login information for PPP loan application for H▮ Construction; applicant name: M▮▮ H▮ | GEX 3.i |
| Login | User log for Radius bank account for Time Line Transport | GEX 1.n |

## IP Address: ▓▓▓.59.10

**Subscriber Information:** N/A

| Activity Type | Description | Exhibit Number |
|---|---|---|
| Accessed account | User ID login information for JPMC, "Manuk Grigoryan" account | DX 19 |
| Accessed account | User ID login information for JPMC, "Iuliia Zhadko" account | DX 19 |
| Login | Account login information for US Bank account, "Viktoria Kauichko" account | DX 23 |
| Login | User log for Radius bank account for Time Line Transport | GEX 1.n |
| Accessed account | User ID login information for JPMC, "Edvard Paronyan" account | DX 19 |

DX1000_003

## IP Address: ▓▓▓.74.128

**Subscriber Information:** N/A

| Activity Type | Description | Exhibit Number |
|---|---|---|
| Accessed account | User ID login information for JPMC account, "Iuliia Zhadko" | DX 19 |
| Accessed account | User ID login information for JPMC, "Manuk Grigoryan" account | DX 19 |
| Accessed account | User ID login information for Bank of America; User ID: iuliiazhadko | DX 20 |
| Login | Account login information for US Bank account, "Viktoria Kauichko" | DX 23 |
| Login | User log for Radius bank account for Time Line Transport | GEX 1.n |

## IP Address: ▮▮▮▮.126.12

**Subscriber Information:** N/A

| Activity Type | Description | Exhibit Number |
|---|---|---|
| Accessed account | User ID login information for TD Ameritrade, "Iuliia Zhadko" account | GEX 41.b |
| Login; user send money; bank added | Action log for Coinbase, "Iuliia Zhadko" account | DX 75 |
| Account recovery started | Action log for Coinbase, "N▮▮▮ T▮▮▮▮▮▮" account | GEX 35.b |

DX1000_005