# EXHIBIT 3

## IP Address: ▇▇▇.208.63

**Subscriber Information:** ▇▇▇▇▇▇▇▇▇▇▇, Encino, CA 91316   (GEX 73.d)
▇▇▇▇▇▇@hotmail.com

| Activity Type | Description | Exhibit Number |
|---|---|---|
| Application IP Address | Rapid Intake Form Data Lookup for EIDL loan application for ABC Legal Services; applicant name: G▇▇ A▇▇▇ | GEX 4.c |
| Application IP Address | Intake Application Summary for EIDL loan application for ABC Realty Advisors; applicant name: Tammy Dadyan | GEX 4.d |
| Application IP Address | Rapid Intake Form Data Lookup for EIDL loan application for Green Label Nutrients; applicant name: Tamara Dadyan | GEX 4.x |
| Application IP Address | Rapid Intake Form Data Lookup for EIDL loan application for Secureline Realty and Funding; applicant name: Tamara Dadyan | GEX 6.e |
| Application IP Address | Rapid Intake Form Data Lookup for EIDL loan application for Six Star Farms; applicant name: A▇▇ D▇▇▇ | GEX 4.b |
| Application IP Address | Intake Application Summary for EIDL loan application for Tia Mia Daycare; applicant name: E▇▇▇▇ R▇▇▇ | GEX 6.h |
| Login | User ID login information for PPP loan application for Montadrath; applicant name: D▇▇ S▇▇▇ | GEX 3.n |
| Signature IP Address | PPP loan application for LK Design; applicant name: L▇▇▇ K▇▇▇ | GEX 5.f |

DX1100_001