UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | 2:20-cr-00579-SVW | Date | June 22, 2021 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | Hermineh Panossian & Liliya Boshyan |
|---|---|

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton / Scott Paetty / Catherine Ahn |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | Ashwin J. Ram / Michael A. Keough / Nicholas P. Silverman / Megan Newcomer | X / X / X / X | | X / X / X / X |
| 2) Marietta Terabelian | X | | X | John L. Littrell / Ryan Fraser | X / X | | X / X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr. / Jennifer J. Wirsching | X / X | | X / X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

___ Day COURT TRIAL    5th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

X Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) _____ is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:         Jury Verdict as follows:
Dft # ___ Guilty on count(s) ___      Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to June 23, 2021 at 9:00 a.m. for further trial/further jury deliberation.

Other:

                                                        7 : 02
                                        Initials of Deputy Clerk    PMC

CR-78 (10/08)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1