Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>  v.<br><br>RICHARD AYVAZYAN, *et al*.,<br><br>  *Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**APPLICATION FOR LEAVE TO FILE NOTICE OF RECORD SUPPORT FOR REQUESTED JURY INSTRUCTIONS UNDER SEAL AND IN CAMERA**<br><br>Hon. Stephen V. Wilson |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the defendant hereby applies to the Court for an order permitting the redacted portions of the following document to be filed under seal and in camera:

**NOTICE OF RECORD SUPPORT FOR REQUESTED JURY INSTRUCTIONS**

The aforementioned submission contains sensitive information regarding the defense case theory and litigation strategy. Particularly in light of the prospect of post-trial litigation in this matter, the defendant hereby applies for the aforementioned notice to be filed under seal and in camera.

Dated:   June 23, 2021          Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*