Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br>　　　　　　*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE NOTICE OF RECORD SUPPORT FOR PROPOSED JURY INSTRUCTIONS UNDER SEAL AND IN CAMERA**<br><br>Hon. Stephen V. Wilson |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL AND IN CAMERA

Case 2:20-cr-00579-SVW   Document 578-1   Filed 06/23/21   Page 2 of 2   Page ID #:6854

**[PROPOSED] ORDER**

This Court, having considered defendants Application for Leave to File Notice of Record Support for Requested Jury Instructions Under Seal and In Camera, hereby GRANTS the application and ORDERS the following relief:

1. The Notice of Record Support for Requested Jury Instructions shall be filed under seal and in camera.

**IT IS SO ORDERED.**

Dated: _____, 2021        _____
                                 The Honorable Stephen V. Wilson
                                 United States District Judge

1
[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL AND IN CAMERA