1     UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA

3      WESTERN DIVISION

4       - - -

5  HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

6

7  UNITED STATES OF AMERICA,   )
            )
8     Plaintiffs,    )
            )
9            )
            )
10    vs.       ) No. CR 20-00579-SVW
            )
11            )
            )
12  RICHARD AYVAZYAN, et al.,  )
            )
13     Defendants.    )
  _____)

14

15

16    REPORTER'S TRANSCRIPT OF PROCEEDINGS

17    *[ZOOM] STATUS CONFERENCE HEARING*

18     LOS ANGELES, CALIFORNIA

19     FRIDAY, MAY 21, 2021

20 _____

21     MARIA R. BUSTILLOS
     OFFICIAL COURT REPORTER
22     C.S.R. 12254
    UNITED STATES COURTHOUSE
23    350 WEST 1ST STREET
     SUITE 4455
24   LOS ANGELES, CALIFORNIA 90012
     (213) 894-2739
25

**A P P E A R A N C E S**

ON BEHALF OF THE PLAINTIFFS,
UNITED STATES OF AMERICA:        OFFICE OF THE UNITED STATES
                                 ATTORNEY
                                 GENERAL CRIMES SECTION
                                 BY:  SCOTT PAETTY, ESQ.
                                 312 NORTH SPRING STREET
                                 12TH FLOOR
                                 LOS ANGELES, CA 90012
                                 (213)894-6527


                                 U.S. DEPARTMENT OF JUSTICE
                                 BY:  CHRISTOPHER FENTON,
                                 ESQ.
                                 1400 NEW YORK AVENUE NW
                                 WASHINGTON, D.C. 20530
                                 (202)320-0539

                                 OFFICE OF THE UNITED STATES
                                 ATTORNEY
                                 ORGANIZED CRIME DRUG
                                 ENFORCEMENT TASK FORCE
                                 SECTION
                                 BY:  CATHERINE SUN AHN
                                 312 NORTH SPRING STREET
                                 SUITE 1400
                                 LOS ANGELES, CA 90012
                                 (213)894-0141


ON BEHALF OF THE DEFENDANTS,
RICHARD AYVAZYAN, et al.:        STEPTOE and JOHNSON, LLP
                                 BY:  ASHWIN J. RAM, ESQ.
                                 633 WEST 5TH STREET
                                 SUITE 1900
                                 LOS ANGELES, CA 90071
                                 (213)439-9443


                                 STEPTOE and JOHNSON, LLP
                                 BY:  NICHOLAS P. SILVERMAN,
                                 ESQ.
                                 1330 CONNECTICUT AVENUE NW
                                 WASHINGTON, D.C. 20036
                                 (202)429-8096

UNITED STATES DISTRICT COURT

```
 1                    A P P E A R A N C E S  (CONT'D)

 2


 3        ON BEHALF OF THE DEFENDANTS,
          et al.:                        BIENERT KATZMAN LITTRELL
 4                                       WILLIAMS, LLP
                                         BY:  JOHN LEWIS LITTRELL,
 5                                       ESQ.
                                         903 CALLE ALMANECER
 6                                       SUITE 350
                                         SAN CLEMENTE, CA 92673
 7                                       (949)369-3700

 8
                                         JENNIFER J. WIRSCHING LAW
 9                                       BY:  JENNIFER J. WIRSCHING,
                                         ESQ.
10                                       1935 ALPHA ROAD
                                         SUITE 216
11                                       GLENDALE, CA 91208
                                         (424)901-9280
12
                                         HANUSZ LAW, P.C.
13                                       BY:  JOHN HANUSZ
                                         800 WILSHIRE BOULEVARD
14                                       SUITE 1050
                                         LOS ANGELES, CA 90017
15                                       (213)204-4200

16

17        ON BEHALF OF THE DEFENDANTS,
          RICHARD AYVAZYAN, et al.:      THE FREEDMAN FIRM
18                                       BY:  MICHAEL G. FREEDMAN,
                                         ESQ.
19                                       800 WILSHIRE BOULEVARD
                                         SUITE 1050
20                                       LOS ANGELES, CA 90017
                                         (213)816-1700
21

22                                       LAW OFFICE OF PETER JOHNSON
                                         BY:  PETER JOHNSON, ESQ.
23                                       409 NORTH PACIFIC COAST
                                         HIGHWAY
24                                       SUITE 651
                                         REDONDO BEACH, CA 90277
25                                       (310)295-1785
```

|   |   |
|---|---|
| 1 | **A P P E A R A N C E S** (CONT'D) |
| 2 | |
| 3 | ON BEHALF OF THE PLAINTIFFS, |
| 4 | UNITED STATES OF AMERICA:      BIENERT KATZMAN LITTRELL |

1

2

3    ON BEHALF OF THE PLAINTIFFS,
4    UNITED STATES OF AMERICA:      BIENERT KATZMAN LITTRELL
                                    WILLIAMS, LLP
5                                   BY:  RYAN V. FRAZER, ESQ.
                                    601 WEST 5TH STREET
6                                   SUITE 720
                                    LOS ANGELES, CA 90071
7                                   (213)528-3200

8                                   LAW OFFICES OF FRED G.
                                    MINASSIAN
9                                   BY:  FRED G. MINASSIAN, ESQ.
                                    101 NORTH BRAND BOULEVARD
10                                  GLENDALE, CA 91203
                                    (818)240-2444
11
                                    STEPTOE and JOHNSON, LLP
12                                  BY:  MEGHAN NEWCOMER
                                    1114 AVENUE OF THE AMERICAS
13                                  NEW YORK, NY 10036
                                    (212)506-3900
14

15
     ON BEHALF OF THE DEFENDANTS,
16   RICHARD AYVAZYAN, et al.:      STEPTOE and JOHNSON, LLP
                                    BY:  MICHAEL A. KEOUGH, ESQ.
17                                  1 MARKET STREET SPEAR TOWER
                                    SUITE 3900
18                                  SAN FRANCISCO, CA 94105
                                    (415)365-6717
19

20                                  TAHMAZIAN LAW FIRM, P.C.
                                    BY:  JILBERT TAHMAZIAN, ESQ.
21                                  1518 WEST GLENOAKS BOULEVARD
                                    GLENDALE, CA 91201
22                                  (818)242-8201

23

24

25

1

**I N D E X**

2                                                                     PAGE

[ZOOM] STATUS CONFERENCE HEARING:                                      6

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | LOS ANGELES, CALIFORNIA; FRIDAY, MAY 21, 2021 |
| 2 | -o0o- |
| 3 | (COURT IN SESSION AT 1:41 P.M.) |
| 4 | THE COURTROOM DEPUTY:  We're here on |
| 5 | CR 20-00579-SVW:  *United States of America v. Richard* |
| 6 | *Ayvazyan, et al.* |
| 7 | Please state your appearances. |
| 8 | MR. FENTON:  Good afternoon. |
| 9 | Christopher Fenton appearing for the Government and Scott |
| 10 | Paetty and Catherine Ahn. |
| 11 | MR. RAM:  Good afternoon, Your Honor. |
| 12 | Ashwin Ram on behalf of defendant Richard Ayvazyan, and I'm |
| 13 | joined by co-counsel Nick Silverman, Michael Keough and |
| 14 | Meghan Newcomer. |
| 15 | MR. LITTRELL:  John Littrell and Ryan Frazer for |
| 16 | Marietta Terabelian. |
| 17 | MS. WIRSCHING:  Jennifer Wirsching for |
| 18 | Artur Ayvazyan. |
| 19 | MR. LITTRELL:  Jilbert Tahmazian for |
| 20 | Arman Hayrapetyan. |
| 21 | MR. HANUSZ:  John Hanusz for Manuk Grigorian. |
| 22 | MR. FREEDMAN:  Michael Freedman for |
| 23 | Edvard Paronyan. |
| 24 | MR. JOHNSON:  And Peter Johnson for |
| 25 | Vahe Dadyan. |

```
1              THE COURT:  This is a pretrial conference.  We

2    may have another -- I don't know at this point, I wanted

3    to ask the Government some questions, because they have

4    the laboring task, at least at the outset of the trial

5    in terms of witnesses that you -- that you intend to

6    call.  Can you describe just the categories of witnesses

7    as a start?

8              MR. FENTON:  Yes, Your Honor.  So the

9    Government anticipates calling agents who were on site

10   at the various premises that were searched from which

11   evidence was taken, cart examiners who will testify to

12   the digital devices that were seized.

13             THE COURT:  Say that last category again.  What

14   did you say?

15             MR. FENTON:  An FBI cart examiner.

16             MR. RAM:  Cart.

17             MR. FENTON:  Cart.  Yes, who will testify.

18             THE COURT:  What does that mean?

19             MR. FENTON:  It will be a forensic specialist

20   from the FBI who will testify about the digital devices

21   that were seized.

22             THE COURT:  What about them?

23             MR. FENTON:  To testify that the evidence that

24   we're presenting are forensically sound copies from

25   evidence taken of those digital devices.
```

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  Okay.  I'll get back to that.
 2         Okay.  Go ahead.
 3              MR. FENTON:  We'll have a summary witness who
 4    will testify about tracing the PPP and EIDL loans and
 5    how that money was even used.  We'll have a witness from
 6    the Small Business Administration who will testify about
 7    the PPP and EIDL loan programs.  We'll have some victims
 8    who fit into three different categories.  One would be a
 9    lender victim.  One would be --
10              THE COURT:  A lender victim, meaning a bank?
11              MR. FENTON:  That's correct.  So it would be a
12    bank who lent funds.
13              THE COURT:  And so how would the bank be a
14    victim, monetarily or in some other way?
15              MR. FENTON:  So yes, the bank would be a victim
16    monetarily, and this witness would testify to the
17    materiality of the false and misleading statements
18    allegedly made by the defendants.
19              THE COURT:  Well, how -- give me an example of
20    how a bank would lose money in the scheme alleged.
21              MR. FENTON:  Well, in this particular instance,
22    the banks were originating the SBA loans, and they were
23    using their own funds that were guaranteed by the SBA.
24              THE COURT:  Well, wouldn't the banks --
25    wouldn't the banks be reimbursed by the SBA?  Weren't
```

1  they secured?

2      MR. FENTON:  Potentially -- that is

3  potentially --

4      THE COURT:  So how would you present the banks

5  as victims if under the program -- and most SBA programs

6  are Government secured.  It is hard to understand why

7  they would be a -- a victim -- I'll get back to that.

8  Okay.  Go ahead.

9      MR. FENTON:  We would also -- we would also

10  offer the identity theft victims, including the victims

11  whose identities -- victim -- theft victims mentioned in

12  the superseding indictment.

13      THE COURT:  How many -- in -- how many in that

14  category?

15      MR. FENTON:  We anticipate that there will be

16  about five.

17      THE COURT:  All right.  Let me get back to the

18  summary witness.  I'm sure you're aware of the

19  requirements of 2006 of the Evidence Code that the

20  summary charts would have to be prepared in advance of

21  trial and presented to the -- to the Defense counsel so

22  that they can effectively cross-examine the summary

23  witness or object in some way that the summary --

24  doesn't reflect the underlying evidence.  And my

25  experience with the summary charts is that they

UNITED STATES DISTRICT COURT

```
 1   generally include in a column, a trial -- the trial
 2   exhibits which support whatever the summary chart
 3   reflects.  Is that the format you're intending to use?
 4            MR. FENTON:  Yes, Your Honor.  We provided
 5   notice to the defendants about that summary witness'
 6   testimony, and we have circulated a draft summary
 7   exhibit agreement so that we can share that information
 8   with the Defense counsel.
 9            THE COURT:  So -- so in short, you're saying
10   that the Defense lawyers have a copy of the chart that
11   you intend to use?
12            MR. FENTON:  No, Your Honor.  I'm saying that
13   we've circulated the agreement that they sign.  Once
14   that agreement is signed, we will be prepared to
15   circulate --
16            THE COURT:  What is the requirement of the
17   agreement?
18            MR. FENTON:  The requirement just states that
19   at this point the agreements -- that the summary
20   exhibits are in draft form, and we're going to share a
21   draft copy with them in advance of the June 1st due
22   date --
23            THE COURT:  Well --
24            MR. FENTON:  -- and then they cannot use that
25   to cross-examine the summary witness at trial.
```

1           THE COURT:  I see.

2           MR. FENTON:  That will be the final version

3    that is used.

4           THE COURT:  I see.  So June 1st is when you

5    intend to supply the final version?

6           MR. FENTON:  That's correct, Your Honor.

7    That's the date set by the Court.  We fully intend to

8    comply.

9           THE COURT:  All right.  Okay.  Regarding the

10   categories of -- of witnesses -- in this -- you know, to

11   some extent while a large ex- -- depends on the position

12   of Defense lawyers -- and I won't get into that with

13   them individually now, but my thinking is -- and this is

14   just -- just my thinking, that if there are certain

15   underlying exhibits which are not in dispute -- I never

16   understood how a defendant benefits by having a jury see

17   a parade full of witnesses who reaffirm the obvious.

18   That always was -- my thought that it subliminally

19   affirms the strength of the Government's case.  So here,

20   in particular, there are records in different

21   categories.  And I'm only talking about authenticity.

22   In other words, this is only with regard to

23   authenticity.  This is nothing -- nothing to do with any

24   other objection that any Defense lawyer has in mind.  In

25   other words, this piece of paper is what it purports to

1  be.  That's the foundation for authenticity.  So take

2  bank records, for example -- records of -- bank records,

3  I would hope that we wouldn't have to parade a bunch of

4  bank custodians to weigh business record foundations or

5  bank records.  Similarly, with the applications for the

6  EI -- I forget these acronyms.  It is EIDL, is that

7  the -- the acronyms PPP or --

8           MR. FENTON:  That's correct, PPP and EIDL.

9           THE COURT:  Yeah.  And those applications -- I

10  mean, whatever -- whatever the debate is, the

11  authenticity would be that this was something that was

12  in the files of the appropriate agency, SPA treasury,

13  whatever agency had it, and that's all.  That's what I

14  would consider authenticity.  With regard to the -- with

15  regard to the -- and the bank records will also include

16  the wire transfers.  In other words, that would just

17  be -- again, there was a wire transfer actually made

18  from this bank to wherever it went.  That's all I'm

19  discussing.  Nothing about the probative value or any

20  other objection that could be raised or so forth.

21           Have you discussed that with the Defense

22  lawyers, Mr. Fenton?

23           MR. FENTON:  Yes, Your Honor.  So in -- in both

24  respects.  So we have circulated a notice of our

25  intention to submit documents, pursuant to 902 that

1   include loan files and bank records and then certain

2   other categories of information that are

3   noncontroversial, like IP address information, telephone

4   records and FCIC certifications.

5          THE COURT:  I see.  All right.

6          MR. FENTON:  The second thing, Your Honor, is

7   to your second point, we have circulated a stipulation

8   that we are hopeful that the parties will sign,

9   stipulating to the fact that the wires underlying the

10  wire fraud counts -- the substantive wire fraud counts

11  are, indeed, interested wires.

12         THE COURT:  I see.  All right.  Any other

13  stipulations that are doable would be appreciated.

14         MR. FENTON:  Your Honor, to your point, I

15  just want to -- there are some additional witnesses that

16  the Court would be interested -- there are some

17  additional witnesses, I just want to put the Court

18  notice of.

19         THE COURT:  Go ahead.

20         MR. FENTON:  To establish the falsity of the

21  statements that were made in the loan applications, we

22  intend to put forth witnesses talking about the absence

23  of certain records.  So, for example, we anticipate

24  having a witness from the Internal Revenue Service who

25  will testify to the fact that there were not tax filings

1    that were submitted -- the tax filings that were

2    attached to these applications were not submitted.  We

3    anticipate having a California EDD employment department

4    employee who will testify to the absence of records with

5    respect to the payment of unemployment tax.  And we

6    anticipate having a California DMV, Department of Motor

7    Vehicle's witness testify about the fact that certain

8    driver's licenses are fake because there is an absence

9    of records with respect to -- to those records, as well.

10         We also anticipate having a Department of

11   Homeland Security representative testify about the

12   absence of records and also travel records with respect

13   to the individuals who are the subject of these stolen

14   identities.  And the Government has provided notice

15   to --

16         THE COURT:  Say -- say the last category

17   again -- travel records what?  Would you repeat that.

18         MR. FENTON:  Yes, Your Honor.

19         The last -- the last department that I

20   mentioned is the Department of Homeland Security.  And

21   we will have a witness who will admit records that show

22   the travel history for the individuals whose identities

23   are being used with respect to -- to apply for these

24   loans.  Essentially, it's to establish that these

25   individuals are Russian foreign exchange students or

1   European foreign exchange students who were at some

2   point in time in the country for only moments,

3   Your Honor.

4        THE COURT:  I see.  In terms of the counts in

5   the indictment, which of the -- are there any counts

6   where the -- any one of the defendants applied for some

7   loan in their own name or each -- or was it one of what

8   you call the -- how did you -- the term fictitious -- it

9   wasn't "fictitious" -- what was the term you used in the

10  indictment for the -- for the -- the people who you say

11  don't exist?  What was the term?

12        MR. FENTON:  Sync or synthetic.

13        THE COURT:  Synthetic, right.  So aside from

14  the alleged synthetic borrowers and the corporate

15  entities that -- that -- in these loan applications, did

16  an individual have to make the application on behalf of

17  an entity, correct?

18        MR. FENTON:  That's correct, Your Honor.

19        THE COURT:  So it would seem like the

20  individuals would be officers who are owners of the

21  business that apply to the loan -- at least, on the

22  paper, correct?

23        MR. FENTON:  That's correct, Your Honor.

24        THE COURT:  And in any of the counts, do the --

25  do any of the defendants apply for a loan in their name

UNITED STATES DISTRICT COURT

1    or the name of -- of a business they own?

2              MR. FENTON:  Yes, Your Honor.

3              THE COURT:  How many counts?

4              MR. FENTON:  Six.

5              THE COURT:  I see.  And was it a particular

6    defendant or more than one?

7              MR. FENTON:  There are four defendants who

8    apply for loans using their own name.

9              THE COURT:  I see.  And -- I see.  All right.

10   With -- with some of the witnesses that you outlined who

11   are not in the custodian of record type category, there

12   still might be some room for stipulation, but that's up

13   to the parties and the Government.

14             You know, before I forget, one of the

15   defendants -- I'm having trouble with his name.  It's a

16   Hayrapetyan -- Hayrapetyan is the best I can do.  I

17   probably butchered his name -- Hayrapetyan.  He's the

18   defendant in custody.  And he's made a motion for

19   modification of bond.  I would like the Government to

20   respond to that promptly.

21             MR. FENTON:  Yes, Your Honor.

22             The Government opposes Mr. --

23             THE COURT:  Yeah, I want to see it on paper.

24             MR. FENTON:  Oh, yes, Your Honor.

25             THE COURT:  Yeah.

1    MR. FENTON:  We'll submit a -- we'll submit a

2    response promptly.

3    THE COURT:  Yeah, promptly.  And the other

4    point I wanted to make is that I want the parties to

5    submit jury instructions by May 27th.  And my approach

6    to jury instructions I think is traditional.  I take the

7    general instructions to the extent they're applicable

8    from the Ninth Circuit model pattern instruction

9    criminal.

10    And to the extent that any cause of action is

11    the subject of an instruction in that manual, I

12    generally look first to that manual.  I mean, it's not

13    full proof, but it is generally subject to Ninth Circuit

14    scrutiny and -- and there are occasions when the

15    Ninth Circuit criticizes an instruction like that, and

16    it's modified; but those are my general preferences.

17    And in terms of instructions, I generally like to use

18    the least amount of instructions to convey the necessary

19    outline -- legal outline to the jury.  And I certainly

20    will not be receptive to any instruction from the

21    Government or the Defense which is argumentative, either

22    in language or as just an instruction which is designed

23    to support an argument.  Arguments are different than

24    instructions.  So essentially it is causes of action,

25    elements, any terms within the instructions that are

1    so-called words of art that meet further definition and

2    then any defenses -- any instructions that relate to

3    defenses.

4            So to the extent you can agree and then have

5    some which are always in dispute.  Present it.  That

6    would be all the best.  If not, we'll do it -- if not,

7    we'll do it anyway it comes up.  I'll deal with it.

8            Oh, one other thought as you're preparing for

9    trial -- and this is something that I feel very strongly

10   about -- it's the abuse of opening statement.  I will

11   not allow opening statements that delve into argument.

12   And I'm well-aware for many years of all the deft of

13   hand that lawyers have to make something that isn't

14   argument seem like it isn't an argument.  I mean,

15   example, the evidence will show that every plaintiff --

16   every prosecution witness is lying.  We will show you in

17   this case that the Government has no case or that --

18   whatever.  The opening statement should be a preview of

19   the evidence, not a preview of your argument.  And so

20   whatever your prior experience is, it'll be embarrassing

21   for you if I interrupt your opening statement.  And if

22   it goes over the line, I will.  It's not a good start

23   for the Government, and it's not a good start for the

24   Defense.  Sometimes the Government starts out these

25   cases with an argument, which I've never liked, sort of

```
1    a -- a first sentence of what -- something like, this
2    case is about cheating or about ripping off the
3    Government.  Don't do that.  Just -- then that gets me
4    to a second point.  And I'll enforce with it the
5    defendants as vigorously as I will with the Government.
6    Count on it.
7         And the other point is this:  The -- I read the
8    indictment a couple days ago again -- the
9    amended indictment.  And generally, I allow the
10   Government during the jury selection which will --
11   before the jury selection begins to read the indictment.
12   I'm not going to allow the Government to read the -- the
13   indictment in its entirety, because there are counts
14   which are structurally repetitive, but I will allow you
15   to read the -- I think it's the first 13 pages of the
16   amended indictment which is the descriptive portion of
17   the conspiracy.  And I think if my memory is correct, at
18   page 27 of the indictment, you have a description of the
19   wire fraud count.  And then you can tell the jury there
20   are counts derivative of that -- maybe read one or
21   two -- read just one to give the jury a flavor.
22        Let me ask you about this, the wire fraud and
23   the conspiracy charge.  There are obvious differences
24   between conspiracy and wire fraud, but there are also
25   many similarities.  In fact, the Rules of Evidence with
```

```
 1   regard to the hearsay exception is similarly applied to

 2   mail and wire fraud cases and to conspiracy cases.  So

 3   in a nutshell, what is the difference between the wire

 4   fraud and the conspiracy?  Understanding that the wire

 5   fraud is the object of a conspiracy, was that it?  Is

 6   that it, Mr. Fenton?

 7             MR. FENTON:  Yes, Your Honor.

 8             THE COURT:  That the wire fraud is the

 9   substantive object of the conspiracy?

10             MR. FENTON:  As is the bank fraud.

11             THE COURT:  Bank fraud.  I see.  But -- but in

12   terms of the actual fraud -- the scheme that you allege,

13   it is the scheme alleged in the conspiracy count,

14   correct?

15             MR. FENTON:  That's correct.  With respect to

16   the 1349 conspiracy.  The money laundering conspiracy

17   under 1956(h) would be potentially different.

18             THE COURT:  I'm sorry.  I didn't hear you.

19   You --

20             MR. FENTON:  So there's two conspiracies

21   alleged in the indictment.  The first is the conspiracy

22   to commit wire fraud and bank fraud, which is the

23   conspiracy that you just referenced, but there's also a

24   conspiracy to commit money laundering, as well.

25             THE COURT:  And that -- that is a separate
```

```
 1   conspiracy?
 2          MR. FENTON:  That is pled, yes, as a separate
 3   conspiracy.
 4          THE COURT:  All right.  I'll have to reexamine
 5   that.  So maybe you can re -- I missed that.  How long
 6   is that description, the money laundering conspiracy,
 7   how many pages?
 8          MR. FENTON:  That is on page -- it begins at
 9   page 40 to 42.
10          THE COURT:  All right.  So you -- I'll allow
11   you to read the -- of course, I'll tell the jury --
12   prospective jury members that the indictment is -- is
13   merely the way a case begins in federal court.  It has
14   no value other than that, but you can read the -- the
15   conspiracy 1 to 13 regarding the bank fraud and wire
16   fraud as objects.  You can read the -- the conspiracy
17   for the money laundering, and you can read the short --
18   the shorter version of the mail fraud -- the wire
19   fraud section; that's at page 27, I think.  There's some
20   description of wire fraud.  I'll allow you to read that.
21          Okay.  Now, because of the number of
22   defendants, the Court was concerned about logistics --
23   and before we began, I heard Mr. Cruz giving you some
24   information about the fact that I have secured the
25   multi-defendant courtroom, which is on the 10th floor.
```

```
 1    It's a larger courtroom.  It has two jury boxes which
 2    will enable the Court to spread the jurors in a way
 3    consistent with the court's guidelines.  And -- but, of
 4    course, there are -- there's at least one or two lawyers
 5    for every defendant.  The counsel tables as I see them,
 6    won't allow more than one lawyer to be with a defendant
 7    at the counsel table.  So if there's more than one
 8    lawyer, the principal lawyer will be at the counsel
 9    table and the other lawyer or lawyers will have to be
10    close by in the gallery -- and we'll keep some rows
11    available for that purpose.
12          I trust you received the order that I issued
13    this morning.  Did everyone get that?
14          MR. RAM:  Yes, Your Honor.
15          THE COURT:  All right.  Then that was all I had
16    on my agenda.  Anything further from anybody?
17          MR. FENTON:  Your Honor, the Government had one
18    question about the order that you had issued this
19    morning.  Since the Court has reset the date for the
20    Kastigar hearing, the Government assumes that the Court
21    is also resetting the date for the Government's
22    submission of its Kastigar brief --
23          THE COURT:  Yes.
24          MR. FENTON:  -- which is due on May 24; is that
25    correct, Your Honor?
```

UNITED STATES DISTRICT COURT

 1          THE COURT:  Yes, that's correct.  That's

 2    correct.

 3          MR. FENTON:  Thank you, Your Honor.

 4          MR. RAM:  Your Honor, this is Ashwin Ram.  I'm

 5    not pictured on the screen for some reason.  My camera

 6    is on.

 7          THE COURT:  Oh, okay.

 8          MR. RAM:  But I'm the black box.

 9          THE COURT:  Ram?

10          MR. RAM:  Yes, Your Honor, representing

11    Richard Ayvazyan.  I just have a couple housekeeping

12    issues to address.  And before we do, Your Honor

13    mentioned the order from this morning.  A couple points

14    to raise with Your Honor for consideration:  The first

15    is, that one part of the *Kastigar* inquiry and challenge

16    is to the original and superseding indictments

17    themselves.  And specifically that there is a direct

18    connection between evidence in those indictments and

19    information that would be subject to the *Kastigar*

20    hearing.  So for that reason, Your Honor, we'd like to

21    ask the Court if it -- with respect to the defendant

22    Ayvazyan and Mari Terabelian, if there could be a

23    *Kastigar* hearing before the trial, because otherwise,

24    the defect is in the actual charging document itself.

25          THE COURT:  I'm following what you're saying.

```
 1              MR. RAM:  Yeah.

 2              THE COURT:  What's your other point?

 3              MR. RAM:  The other point, Your Honor, is just

 4    in terms of the mechanics of this and prejudice to --

 5    potential prejudice to the Defense -- so in other words,

 6    if there's information the Government knows is derived

 7    from that information, that would -- obviously, that

 8    wouldn't be admissible at the proceedings, regardless,

 9    right?  And that really is the point for clarification.

10    So in other words, if the Government is aware of a

11    witness statement or piece of evidence that could be

12    directly tied or indirectly tied to any of the tainted

13    evidence, which is some, you know, 500,000 pages of

14    information, is it the Court's position that the

15    Government is precluded from using that information at

16    trial, Your Honor?

17              THE COURT:  Well, the -- the -- the -- the

18    order was clear.  It is -- there is a taint from using

19    coerced testimony.  I've made the Court's position clear

20    in the order, and it's up to the Government to abide by

21    the -- the -- the well-established case law.  And at

22    this point, it's my view, given as you said, the number

23    of exhibits and documents, it would be best -- or the

24    only feasible way I know of is to have the trial and

25    have the *Kastigar* hearing after the trial.  And so the
```

1  Government, I'm sure, whether they agree with my ruling

2  or not, is to present its case in accordance.  Is there

3  any problem with that, Mr. Fenton?

4          MR. FENTON:  No, Your Honor.  The Government

5  fully understands the Court's order and fully intends to

6  comply.

7          THE COURT:  Okay.  Well, thank you all for your

8  participation.

9          MR. RAM:  Your Honor, just real quick on the

10 housekeeping issues, if we could.

11         THE COURT:  Is that Ram?

12         MR. RAM:  Yes, yes, Your Honor.

13         So we'll proceed with the housekeeping issues.

14 One thing I'd request if Your Honor would indulge, if we

15 could file on the record just a motion speaking to the

16 actual taint and -- both, the allegation of the taint

17 and the indictment itself, so it's on the record,

18 Your Honor.  It will be a very brief motion just to

19 highlight --

20         THE COURT:  You don't need my permission to

21 file anything.  If you think you have something that's

22 in your client's best interest or you think it's

23 necessary to protect the record, by all means go

24 forward.

25         MR. RAM:  I appreciate that, Your Honor.  And I

1  won't waste the Court's time highlighting those issues.

2  We'll reserve that for our filing.  I believe Mr.

3  Silverman is going to highlight a few of the

4  housekeeping issues in the advance of trial.

5          MR. SILVERMAN:  Good afternoon, Your Honor.

6          THE COURT:  Oh, there he is.  Nicholas

7  Silverman.

8          MR. LITTRELL:  Yes, Your Honor.  I also

9  represent Mr. Ayvazyan.  And I just had a few small

10  discovery-related housekeeping matters that we wanted to

11  raise on the record today.  The first is that the

12  Court's order requires the Government, obviously, to

13  produce its exhibits and the witness list by June 1st.

14  We wanted to request on the record that they also

15  produce grand jury transcripts of -- of witness

16  testimony.  Those haven't been produced to us yet, and

17  my understanding is they would be covered by the gist of

18  the Court's order, if not the latter.

19          THE COURT:  What's your position in that

20  regard, Mr. Fenton?

21          MR. FENTON:  The Government -- and the

22  Government's taken this position in the various briefing

23  on the motions for prosecutorial misconduct -- the

24  defendants have not demonstrated a need for those

25  transcripts.

```
 1              THE COURT:  So in other words, the transcripts
 2    are -- are -- are not within the Jencks Act, correct?
 3              MR. FENTON:  That's is correct, Your Honor.
 4    If, however, the agent who testified before the grand
 5    jury were to take the stand, the Government would
 6    disclose those transcripts in compliance with the
 7    Jencks's Act.
 8              THE COURT:  And so with regard to the
 9    categories of witnesses that you just mentioned, aside
10    from custodian witnesses, did these witnesses testify
11    before the grand jury?
12              MR. FENTON:  No, Your Honor.
13              THE COURT:  All right.  That clears up the --
14    was there something else, Mr. Silverman?
15              MR. SILVERMAN:  Yes, Your Honor.  Our discovery
16    letter which the Government filed yesterday afternoon
17    contained three categories of information unrelated to
18    the Kastigar hearing which we feel that the Government
19    should produce by June 1st at the latest, but first was
20    a list of loans that the Government alleges are part of
21    the 151 loans in the paragraph 32 of the superseding
22    indictment, so we know what the allegations are that our
23    clients are allegedly responsible for.
24              THE COURT:  So you -- you want to have a
25    description of the loan -- of the loan in terms of
```

```
 1    what -- what would you want?  What type of description?
 2          MR. SILVERMAN:  The date, the lender, the
 3    company and the amount would allow us to identify which
 4    loans are in question.
 5          THE COURT:  And which loans, PPP and the
 6    other....
 7          MR. SILVERMAN:  The EIDL, Your Honor.
 8          THE COURT:  The EIDL.  Any objection to that,
 9    Mr. Fenton?
10          MR. FENTON:  No, Your Honor.
11          THE COURT:  All right then, that will be done.
12          MR. SILVERMAN:  The second category of
13    information that we have requested, Your Honor, was
14    Brady information and evidence in the possession of any
15    arm of the Prosecution, including, for example, the LAPD
16    which has participated with the federal Government in
17    this case on search warrant execution in this case and
18    investigation.
19          THE COURT:  Well, I mean, Brady is the
20    Government's obligation.  They're always on notice that
21    they have a -- a -- a duty to honor both, the letter and
22    spirit of Brady.  I'm sure the Government is aware of
23    that.  And I'm sure the Government is aware that the
24    consequences of not abiding by that can be severe.  I
25    can't do anymore at this point.  I don't know what's in
```

```
1    the recesses of their files.

2          MR. SILVERMAN:  Yes, Your Honor.  The third

3    category in our letter was that the Government should be

4    compelled to produce -- or at least identify the results

5    of the responsiveness review from the phones that it

6    seized under the search warrant.  These are the --

7          THE COURT:  I'm not following what you're

8    saying, "responsiveness"?

9          MR. SILVERMAN:  Yes, Your Honor.

10         THE COURT:  What does that mean?

11         MR. SILVERMAN:  Rule 41 permits the Government

12   to temporarily over-seize electronic data and then

13   engage in a responsiveness review to see which files are

14   responsive.

15         THE COURT:  I see.  Yes.

16         MR. SILVERMAN:  We are -- we have requested

17   that the Government identify which files were identified

18   as responsive, and therefore, have been seized from the

19   four co-defendants whose phones were seized and maybe

20   used at trial.

21         THE COURT:  What's your position in that

22   regard, Mr. Fenton?

23         MR. FENTON:  Your Honor, the deadline under the

24   magistrate judge's order is July 3rd.  So the Government

25   is still continuing its responsiveness review.  With
```

```
1   that said, we fully expect to identify for that -- for
2   the Court and for all parties the exhibits that we
3   intend to use at trial by June 1st, and I think that by
4   the time that we are ready to go to trial on June 15,
5   the Government will have fully completed its
6   responsiveness review and can share that
7   information with --
8           THE COURT:  I want to make sure I'm following
9   this issue correctly.  What I'm perceiving is that
10  Mr. Silverman is saying that when these electronic
11  devices were seized, the Government is allowed to peruse
12  them at least in the first instance to see what is -- is
13  pertinent to the warrant or the investigation.  And
14  what, again, is your point?  I am correct; that's part
15  of it, right, Mr. Silverman?
16          MR. SILVERMAN:  Yes, Your Honor.
17          THE COURT:  And what do you want the Government
18  to tell you?  I mean, that is probably what you did.  I
19  mean, so what more do you want to know?
20          MR. SILVERMAN:  Your Honor, based on the fact
21  that the responsiveness review is apparently still
22  ongoing, we anticipate making a motion to suppress which
23  we will draft and put on file in the near future.
24          MR. FENTON:  The deadline for the Government to
25  complete its responsiveness review is July 3rd, pursuant
```

UNITED STATES DISTRICT COURT

```
 1    to the magistrate judge's order.  The defendant sounds
 2    like they're going to be -- I guess they're filing
 3    motions to suppress evidence that is being reviewed in
 4    compliance with a Court order.
 5            THE COURT:  Why aren't they -- why aren't
 6    things being reviewed at this juncture?  The indictment
 7    originally which at least contained the outline of many
 8    of the charges, not all -- was November of 2020.  This
 9    indictment -- the amended indictment by my calculation,
10    was March -- some date in March -- it's a long time
11    ago -- and weren't these phones seized -- are these the
12    phones that were seized in the searches?
13            MR. FENTON:  Yes, the searches from the
14    premises.
15            THE COURT:  What date was that?
16            MR. FENTON:  In November -- complete -- so,
17    Your Honor --
18            THE COURT:  Why does it take all this time for
19    the Government to do things?
20            MR. FENTON:  Well, the Government -- the
21    Government produced a complete forensic copy of these
22    devices to Defense counsel months ago, beginning in
23    December.
24            THE COURT:  When you say "forensic copy," what
25    do you mean?
```

1    MR. FENTON:  A copy of the data that is

2  contained in the phones.

3    THE COURT:  When you say "data," what does that

4  mean?

5    MR. FENTON:  So for a smart phone like an

6  iPhone that would include text messages, e-mails, web

7  browser history, things of that nature.

8    THE COURT:  So wait, did you just tell them

9  what you're telling me now, just the generic description

10  of what was found or did it go further than that?

11    MR. FENTON:  No, so, Your Honor, we made a copy

12  of the devices and provided them to the Defense, and

13  then we did a filter review for privilege.  So what has

14  taken time is that we have a filter team that is

15  reviewing the data on the phone to ensure that no

16  privileged communications are released to the

17  prosecution team.  And that is what -- that's what's

18  taking the time is the filter review.

19    THE COURT:  And that has been ongoing since

20  November?

21    MR. FENTON:  Yes, Your Honor.

22    THE COURT:  I see.  All right.  I understand.

23  Okay.

24    MR. RAM:  Your Honor --

25    THE COURT:  Yes.

```
 1          MR. RAM:  -- if I may, this is Mr. Ram again.
 2   So in the black bottom screen, no camera -- so this is
 3   part of the problem:  You know, the Government said on
 4   June 1st it's going to finally tell us which of the 151
 5   loans that they've alleged are involved in the
 6   conspiracies they charged are -- are going to be
 7   relevant to trial.  It's the same issue with this
 8   responsiveness review.  They gave us an image of an --
 9   of entire devices; but the image is not the evidence
10   that the Government's allowed to even have or seize or
11   used for trial, right?  So they gave us -- it's like a
12   needle in a haystack issue.  They say, here's the
13   haystack.  We'll let you know which needles we're going
14   to pull out and use at trial later -- or that we can
15   even use under the terms of the search warrant.  So
16   we're in the -- in the difficult position of trying to
17   prepare for a trial, right?  And we're ready -- you
18   know, we're ready -- we've been asking for this trial
19   for months now, but the Government hasn't identified the
20   actual evidence that's going to be in play here or near
21   the universe in any way.  It's unclear --
22          THE COURT:  I understand what you're saying.
23   You don't have to say it twice.
24          The -- the -- essentially, what the
25   defendant -- or this defendant wants, I guess -- who do
```

```
 1    you represent, which defendant?
 2            MR. RAM:  Mr. Richard Ayvazyan.
 3            THE COURT:  So that's the defendant that has
 4    been sort of making the motions and doing the brief
 5    writing that the other defendants -- or most of them
 6    have joined in on?
 7            So --
 8            MR. RAM:  And, Your Honor, I didn't --
 9            THE COURT:  Why is it, Mr. Fenton, that you
10    can't, at least, give the defendants the -- the identity
11    or description of the loans that -- that you're going to
12    attempt to have evidence about?
13            MR. FENTON:  Your Honor, we -- we will give
14    them a list, but we have produced discovery with respect
15    to all of those loans.
16            THE COURT:  But in other words --
17            MR. FENTON:  In a detailed e-mail.
18            THE COURT:  In discovery, there are -- let me
19    clarify this:  When you gave the loan files to the
20    Defense, were those all the loan files that you intend
21    to use?
22            MR. FENTON:  Yes, Your Honor.
23            THE COURT:  So --
24            MR. FENTON:  It's their e-mails.
25            THE COURT:  So in other words, the -- it wasn't
```

UNITED STATES DISTRICT COURT

```
 1   like you gave the defendants a thousand loan files, and

 2   you plan to use a hundred.  Every loan file that you

 3   gave to them is going to be the subject of some count,

 4   conspiracy or substantive?

 5            MR. FENTON:  No, there are some additional

 6   loans that are included there, but it is not a thousand.

 7            THE COURT:  Well --

 8            MR. FENTON:  Well, there are some additional

 9   loans, but --

10            THE COURT:  Well, you say a hundred 50 loans or

11   thereabouts, how many additional loan files did you

12   provide to the Defense in the discovery?

13            MR. FENTON:  I think that we have produced

14   around 250 loan files.

15            THE COURT:  So the universe is 250?

16            MR. FENTON:  Right.

17            THE COURT:  And you're intending to use a

18   hundred 50 to 250?

19            MR. FENTON:  Right.

20            THE COURT:  Why can't you at this point tell

21   them what the hundred 50 are?

22            MR. FENTON:  Your Honor, we can, and we are

23   agreeable to do so.

24            THE COURT:  Well, do it.  Do it now.  Let's not

25   wait.  Do it now.
```

```
 1            MR. FENTON:  We will do it.  Yes, Your Honor.
 2            THE COURT:  Now.  Just get back there and do
 3   it.
 4            And with regard to the other -- the phone --
 5   digital device issues, am I correctly understanding that
 6   when these phones were seized, pictures were taken of
 7   what was on the phone?
 8            MR. FENTON:  Some pictures were taken at the
 9   time that they were seized -- this is for the phones
10   that were seized at the border stop.
11            THE COURT:  It wasn't like a Miami situation?
12            MR. FENTON:  Correct, Your Honor.  Correct.
13            THE COURT:  So the phones that were -- or
14   phone, whatever it was seized there, there were pictures
15   taken of it, correct?
16            MR. FENTON:  That's correct, Your Honor.
17            THE COURT:  And were those pictures provided to
18   the defendant?
19            MR. FENTON:  Yes, Your Honor.  They were
20   produced in discovery.
21            THE COURT:  Okay.  So now, we're talking about
22   digital devices really cell phones, correct.
23            MR. FENTON:  Yes, Your Honor.
24            THE COURT:  They -- they -- these are the ones
25   that were seized in these -- in the searches of the --
```

1    of some of the defendant's homes, correct?

2          MR. FENTON:  That is correct, Your Honor.

3          THE COURT:  And you -- in those digital

4    devices, are you saying that you still haven't decided

5    which -- what information in those -- on those phones

6    you intend to use?

7          MR. FENTON:  No, Your Honor.  We have produced

8    a report of that information to the Defense counsel, and

9    now are in the process of identifying which pieces of

10   information we'll seize and use as exhibits at trial.

11   And we will do that by June 1st by the deadline.

12         THE COURT:  And so what is going to be the

13   universe of -- of text messages or other things that you

14   think are relevant on these phones at trial?

15         MR. FENTON:  So the universe will include text

16   messages between some of the defendants and also some

17   pictures -- digital photographs that were on -- that are

18   on these phones; and it will be a discreet set.

19         THE COURT:  What will the photographs be of?

20         MR. FENTON:  The photographs are primarily of

21   credit cards, identification documents, PPP loans, loan

22   applications, and those are the primary accounts.

23         THE COURT:  And so are you saying at this time

24   you don't know which of those items will be used?

25         MR. FENTON:  Your Honor, we're saying that

```
 1    we're in the process of making final decisions about

 2    which ones we will use at trial.  And that -- and our

 3    goal --

 4          THE COURT:  But -- but some of these things,

 5    like the loan applications -- are these loan

 6    applications that were different than the ones in this

 7    case?

 8          MR. FENTON:  No, no, Your Honor.

 9          THE COURT:  So -- so some of this information

10    the defendants have already?

11          MR. FENTON:  Well, the defendants have all of

12    this information, because we made available the report

13    of the phones, and we've provided an image, and we've

14    also provided a searchable report.  So, for example,

15    Your Honor, in order to run a search --

16          THE COURT:  What do you mean by "an image"?  An

17    image of what?

18          MR. FENTON:  It's a report.  So the report is a

19    viewable image of the contents of the phone.  So the

20    defendants can go in to that -- to the report.  And if

21    they wanted to search it, for -- so, for example,

22    Iuliia Zhadko which is one of the names that you've seen

23    discussed a lot in this case -- the defendants can type

24    that name into the search function and search the entire

25    content of the phone.  The defendants have that ability
```

1    to get it, because we've already produced all that data

2    to them.

3            THE COURT:  I see.  Okay.

4            MR. FENTON:  So the defendants are essentially

5    saying, we haven't identified which documents we're

6    going to use at trial.

7            THE COURT:  I understand your position, but on

8    June 3rd, you intend to go the extra step?

9            MR. FENTON:  That's correct, Your Honor.

10           THE COURT:  All right.  Well, that's all I

11   wanted to accomplish now.  We may need to have another

12   hearing.  I mean, it is really up to the parties, but it

13   will be helpful I think to everyone if things that are

14   not in dispute, at least as to authenticity, are agreed

15   on; and we can trim down the number of -- of witnesses.

16   Okay.  Thank you.

17           MR. JOHNSON:  Your Honor, this is Peter Johnson

18   on behalf of Vahe Dadyan.  I know that the Court

19   described the reading of the portions of the indictment

20   that will be read to the jury.  I would just simply ask

21   on the record, because I didn't hear everything -- that

22   the Government identify those specific portions of the

23   indictment that will be read and produce that to the

24   Defense lawyers.

25           THE COURT:  I'll make that order.

1          MR. JOHNSON:  Thank you.

2          THE COURT:  Thank you.  That's it.  Thank you,

3     Your Honor.

4          MS. WIRSCHING:  Thank you, Your Honor.

5             (Whereupon proceeding adjourned.)

6                        - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

```
 1                    C E R T I F I C A T E

 2

 3

 4

 5      UNITED STATES OF AMERICA          :

 6                   vs.                   :   No. CR 20-00579-SVW

 7      RICHARD AYVAZYAN, et al.           :

 8

 9

10   I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

11   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

12   CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

13   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

14   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

15   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

16   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

17   OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

18   FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

19   REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

20   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

21

22   /S/_____        05/28/2021

23   MARIA R. BUSTILLOS                 DATE
     OFFICIAL REPORTER
24

25
```

## /

/S [1] - 41:22

## 0

05/27/2021 [1] - 41:22

## 1

1 [2] - 4:17, 21:15
10036 [1] - 4:13
101 [1] - 4:9
1050 [2] - 3:14, 3:19
10th [1] - 21:25
1114 [1] - 4:12
12254 [1] - 1:22
12TH [1] - 2:6
13 [2] - 19:15, 21:15
1330 [1] - 2:24
1349 [1] - 20:16
1400 [2] - 2:10, 2:15
15 [1] - 30:4
151 [2] - 27:21, 33:4
1518 [1] - 4:21
1900 [1] - 2:20
1935 [1] - 3:10
1956(h [1] - 20:17
1:41 [1] - 6:3
1ST [1] - 1:23
1st [7] - 10:21, 11:4,
26:13, 27:19, 30:3,
33:4, 37:11

## 2

20-00579-SVW [3] -
1:10, 6:5, 41:6
20036 [1] - 2:25
2006 [1] - 9:19
202)320-0539 [1] -
2:11
202)429-8096 [1] -
2:25
2020 [1] - 31:8
2021 [2] - 1:18, 6:1
20530 [1] - 2:10
21 [2] - 1:18, 6:1
212)506-3900 [1] -
4:13
213 [1] - 1:24
213)204-4200 [1] -
3:15
213)439-9443 [1] -
2:21
213)528-3200 [1] - 4:6
213)816-1700 [1] -
3:20
213)894-0141 [1] -
2:16
213)894-6527 [1] - 2:7
216 [1] - 3:10
24 [1] - 22:24

250 [3] - 35:14, 35:15,
35:18
27 [2] - 19:18, 21:19
27th [1] - 17:5
28 [1] - 41:13

## 3

310)295-1785 [1] -
3:25
312 [2] - 2:5, 2:15
32 [1] - 27:21
350 [2] - 1:23, 3:6
3900 [1] - 4:17
3rd [3] - 29:24, 30:25,
39:8

## 4

40 [1] - 21:9
409 [1] - 3:23
41 [1] - 29:11
415)365-6717 [1] -
4:18
42 [1] - 21:9
424)901-9280 [1] -
3:11
4455 [1] - 1:23

## 5

50 [3] - 35:10, 35:18,
35:21
500,000 [1] - 24:13
5TH [2] - 2:20, 4:5

## 6

6 [1] - 5:2
601 [1] - 4:5
633 [1] - 2:20
651 [1] - 3:24

## 7

720 [1] - 4:5
753 [1] - 41:12

## 8

800 [2] - 3:13, 3:19
818)240-2444 [1] -
4:10
818)242-8201 [1] -
4:22
894-2739 [1] - 1:24

## 9

90012 [3] - 1:24, 2:6,
2:16

90017 [2] - 3:14, 3:20
90071 [2] - 2:21, 4:6
902 [1] - 12:25
90277 [1] - 3:24
903 [1] - 3:5
91201 [1] - 4:21
91203 [1] - 4:10
91208 [1] - 3:11
92673 [1] - 3:6
94105 [1] - 4:18
949)369-3700 [1] - 3:7

## A

abide [1] - 24:20
abiding [1] - 28:24
ability [1] - 38:25
ABOVE [1] - 41:15
ABOVE-ENTITLED [1]
- 41:15
absence [4] - 13:22,
14:4, 14:8, 14:12
abuse [1] - 18:10
accomplish [1] -
39:11
accordance [1] - 25:2
accounts [1] - 37:22
acronyms [2] - 12:6,
12:7
Act [2] - 27:2, 27:7
action [2] - 17:10,
17:24
actual [4] - 20:12,
23:24, 25:16, 33:20
additional [5] - 13:15,
13:17, 35:5, 35:8,
35:11
address [2] - 13:3,
23:12
adjourned [1] - 40:5
Administration [1] -
8:6
admissible [1] - 24:8
admit [1] - 14:21
advance [3] - 9:20,
10:21, 26:4
affirms [1] - 11:19
afternoon [4] - 6:8,
6:11, 26:5, 27:16
agency [2] - 12:12,
12:13
agenda [1] - 22:16
agent [1] - 27:4
agents [1] - 7:9
ago [3] - 19:8, 31:11,
31:22
agree [2] - 18:4, 25:1
agreeable [1] - 35:23
agreed [1] - 39:14
agreement [4] - 10:7,
10:13, 10:14, 10:17
agreements [1] -
10:19
ahead [3] - 8:2, 9:8,
13:19

Ahn [1] - 6:10
AHN [1] - 2:14
al [7] - 1:12, 2:19, 3:3,
3:17, 4:16, 6:6, 41:7
allegation [1] - 25:16
allegations [1] - 27:22
allege [1] - 20:12
alleged [5] - 8:20,
15:14, 20:13, 20:21,
33:5
allegedly [2] - 8:18,
27:23
alleges [1] - 27:20
allow [8] - 18:11, 19:9,
19:12, 19:14, 21:10,
21:20, 22:6, 28:3
allowed [2] - 30:11,
33:10
ALMANECER [1] - 3:5
ALPHA [1] - 3:10
amended [3] - 19:9,
19:16, 31:9
AMERICA [4] - 1:7,
2:3, 4:3, 41:5
America [1] - 6:5
AMERICAS [1] - 4:12
amount [2] - 17:18,
28:3
AND [3] - 41:10,
41:13, 41:15
AND/OR [1] - 41:19
ANGELES [9] - 1:17,
1:24, 2:6, 2:16, 2:21,
3:14, 3:20, 4:6, 6:1
anticipate [6] - 9:15,
13:23, 14:3, 14:6,
14:10, 30:22
anticipates [1] - 7:9
ANY [1] - 41:18
anyway [1] - 18:7
appearances [1] - 6:7
appearing [1] - 6:9
applicable [1] - 17:7
application [1] - 15:16
applications [8] -
12:5, 12:9, 13:21,
14:2, 15:15, 37:22,
38:5, 38:6
applied [2] - 15:6,
20:1
apply [4] - 14:23,
15:21, 15:25, 16:8
appreciate [1] - 25:25
appreciated [1] -
13:13
approach [1] - 17:5
appropriate [1] -
12:12
ARE [1] - 41:19
argument [5] - 17:23,
18:11, 18:14, 18:19,
18:25
argumentative [1] -
17:21
arguments [1] - 17:23

arm [1] - 28:15
Arman [1] - 6:20
art [1] - 18:1
Artur [1] - 6:18
ASHWIN [1] - 2:19
Ashwin [2] - 6:12,
23:4
aside [2] - 15:13, 27:9
assumes [1] - 22:20
AT [1] - 6:3
attached [1] - 14:2
attempt [1] - 34:12
ATTORNEY [2] - 2:4,
2:12
authenticity [6] -
11:21, 11:23, 12:1,
12:11, 12:14, 39:14
available [2] - 22:11,
38:12
AVENUE [3] - 2:10,
2:24, 4:12
aware [5] - 9:18,
18:12, 24:10, 28:22,
28:23
AYVAZYAN [5] - 1:12,
2:19, 3:17, 4:16,
41:7
Ayvazyan [7] - 6:6,
6:12, 6:18, 23:11,
23:22, 26:9, 34:2

## B

bank [16] - 8:10, 8:12,
8:13, 8:15, 8:20,
12:2, 12:4, 12:5,
12:15, 12:18, 13:1,
20:10, 20:11, 20:22,
21:15
banks [4] - 8:22, 8:24,
8:25, 9:4
based [1] - 30:20
BEACH [1] - 3:24
began [1] - 21:23
beginning [1] - 31:22
begins [3] - 19:11,
21:8, 21:13
behalf [3] - 6:12,
15:16, 39:18
BEHALF [6] - 2:3,
2:18, 3:3, 3:17, 4:3,
4:15
benefits [1] - 11:16
best [4] - 16:16, 18:6,
24:23, 25:22
between [4] - 19:24,
20:3, 23:18, 37:16
BIENERT [2] - 3:3, 4:3
black [2] - 23:8, 33:2
bond [1] - 16:19
border [1] - 36:10
borrowers [1] - 15:14
bottom [1] - 33:2
BOULEVARD [4] -
3:13, 3:19, 4:9, 4:21

**box** [1] - 23:8
**boxes** [1] - 22:1
**Brady** [3] - 28:14, 28:19, 28:22
**BRAND** [1] - 4:9
**brief** [3] - 22:22, 25:18, 34:4
**briefing** [1] - 26:22
**browser** [1] - 32:7
**bunch** [1] - 12:3
**Business** [1] - 8:6
**business** [3] - 12:4, 15:21, 16:1
**BUSTILLOS** [3] - 1:21, 41:10, 41:23
**butchered** [1] - 16:17
**BY** [15] - 2:5, 2:9, 2:14, 2:19, 2:23, 3:4, 3:9, 3:13, 3:18, 3:22, 4:4, 4:9, 4:12, 4:16, 4:20

**C**

**C.S.R** [1] - 1:22
**CA** [12] - 2:6, 2:16, 2:21, 3:6, 3:11, 3:14, 3:20, 3:24, 4:6, 4:10, 4:18, 4:21
**calculation** [1] - 31:9
**CALIFORNIA** [5] - 1:2, 1:17, 1:24, 6:1, 41:12
**California** [2] - 14:3, 14:6
**CALLE** [1] - 3:5
**camera** [2] - 23:5, 33:2
**cannot** [1] - 10:24
**cards** [1] - 37:21
**cart** [4] - 7:11, 7:15, 7:16, 7:17
**case** [11] - 11:19, 18:17, 19:2, 21:13, 24:21, 25:2, 28:17, 38:7, 38:23
**cases** [3] - 18:25, 20:2
**categories** [7] - 7:6, 8:8, 11:10, 11:21, 13:2, 27:9, 27:17
**category** [6] - 7:13, 9:14, 14:16, 16:11, 28:12, 29:3
**Catherine** [1] - 6:10
**CATHERINE** [1] - 2:14
**causes** [1] - 17:24
**cell** [1] - 36:22
**CENTRAL** [2] - 1:2, 41:11
**certain** [4] - 11:14, 13:1, 13:23, 14:7
**certainly** [1] - 17:19
**certifications** [1] - 13:4
**CERTIFY** [1] - 41:12
**challenge** [1] - 23:15

**charge** [1] - 19:23
**charged** [1] - 33:6
**CHARGED** [1] - 41:18
**charges** [1] - 31:8
**charging** [1] - 23:24
**chart** [2] - 10:2, 10:10
**charts** [2] - 9:20, 9:25
**cheating** [1] - 19:2
**CHRISTOPHER** [1] - 2:9
**Christopher** [1] - 6:9
**Circuit** [3] - 17:8, 17:13, 17:15
**CIRCUIT** [1] - 41:18
**circulate** [1] - 10:15
**circulated** [4] - 10:6, 10:13, 12:24, 13:7
**clarification** [1] - 24:9
**clarify** [1] - 34:19
**clear** [2] - 24:18, 24:19
**clears** [1] - 27:13
**CLEMENTE** [1] - 3:6
**client's** [1] - 25:22
**clients** [1] - 27:23
**close** [1] - 22:10
**co** [2] - 6:13, 29:19
**co-counsel** [1] - 6:13
**co-defendants** [1] - 29:19
**COAST** [1] - 3:23
**Code** [1] - 9:19
**CODE** [1] - 41:13
**coerced** [1] - 24:19
**column** [1] - 10:1
**commit** [2] - 20:22, 20:24
**communications** [1] - 32:16
**company** [1] - 28:3
**compelled** [1] - 29:4
**complete** [3] - 30:25, 31:16, 31:21
**completed** [1] - 30:5
**compliance** [2] - 27:6, 31:4
**comply** [2] - 11:8, 25:6
**concerned** [1] - 21:22
**CONFERENCE** [4] - 1:16, 5:2, 41:17, 41:20
**conference** [1] - 7:1
**CONFORMANCE** [2] - 41:16, 41:19
**CONNECTICUT** [1] - 2:24
**connection** [1] - 23:18
**consequences** [1] - 28:24
**consider** [1] - 12:14
**consideration** [1] - 23:14
**consistent** [1] - 22:3
**conspiracies** [2] - 20:20, 33:6

**conspiracy** [19] - 19:17, 19:23, 19:24, 20:2, 20:4, 20:5, 20:9, 20:13, 20:16, 20:21, 20:23, 20:24, 21:1, 21:3, 21:6, 21:15, 21:16, 35:4
**CONT'D** [2] - 3:1, 4:1
**contained** [3] - 27:17, 31:7, 32:2
**content** [1] - 38:25
**contents** [1] - 38:19
**continuing** [1] - 29:25
**convey** [1] - 17:18
**copies** [1] - 7:24
**copy** [6] - 10:10, 10:21, 31:21, 31:24, 32:1, 32:11
**corporate** [1] - 15:14
**correct** [24] - 8:11, 11:6, 12:8, 15:17, 15:18, 15:22, 15:23, 19:17, 20:14, 20:15, 22:25, 23:1, 23:2, 27:2, 27:3, 30:14, 36:12, 36:15, 36:16, 36:22, 37:1, 37:2, 39:9
**CORRECT** [1] - 41:14
**correctly** [2] - 30:9, 36:5
**counsel** [8] - 6:13, 9:21, 10:8, 22:5, 22:7, 22:8, 31:22, 37:8
**count** [4] - 19:6, 19:19, 20:13, 35:3
**country** [1] - 15:2
**counts** [8] - 13:10, 15:4, 15:5, 15:24, 16:3, 19:13, 19:20
**couple** [3] - 19:8, 23:11, 23:13
**course** [2] - 21:11, 22:4
**Court** [1] - 11:7, 13:16, 13:17, 21:22, 22:2, 22:19, 22:20, 23:21, 30:2, 31:4, 39:18
**court** [2] - 21:13
**COURT** [111] - 1:1, 1:21, 6:3, 7:1, 7:13, 7:18, 7:22, 8:1, 8:10, 8:13, 8:19, 8:24, 9:4, 9:13, 9:17, 10:9, 10:16, 10:23, 11:1, 11:4, 11:9, 12:9, 13:5, 13:12, 13:19, 14:16, 15:4, 15:13, 15:19, 15:24, 16:3, 16:5, 16:9, 16:23, 16:25, 17:3, 20:8, 20:11, 20:18, 20:25, 21:4, 21:10, 22:15, 22:23, 23:1, 23:7,

23:9, 23:25, 24:2, 24:17, 25:7, 25:11, 25:20, 26:6, 26:19, 27:1, 27:8, 27:13, 27:24, 28:5, 28:8, 28:11, 28:19, 29:7, 29:10, 29:15, 29:21, 30:8, 30:17, 31:5, 31:15, 31:18, 31:24, 32:3, 32:8, 32:19, 32:22, 32:25, 33:22, 34:3, 34:9, 34:16, 34:18, 34:23, 34:25, 35:7, 35:10, 35:15, 35:17, 35:20, 35:24, 36:2, 36:11, 36:13, 36:17, 36:21, 36:24, 37:3, 37:12, 37:19, 37:23, 38:4, 38:9, 38:16, 39:3, 39:7, 39:10, 39:25, 40:2, 41:10, 41:11
**Court's** [6] - 24:14, 24:19, 25:5, 26:1, 26:12, 26:18
**court's** [1] - 22:3
**COURTHOUSE** [1] - 1:22
**courtroom** [2] - 21:25, 22:1
**COURTROOM** [1] - 6:4
**covered** [1] - 26:17
**CR** [3] - 1:10, 6:5, 41:6
**credit** [1] - 37:21
**CRIME** [1] - 2:13
**CRIMES** [1] - 2:4
**criminal** [1] - 17:9
**criticizes** [1] - 17:15
**cross** [2] - 9:22, 10:25
**cross-examine** [2] - 9:22, 10:25
**Cruz** [1] - 21:23
**custodian** [2] - 16:11, 27:10
**custodians** [1] - 12:4
**custody** [1] - 16:18

**D**

**D.C** [2] - 2:10, 2:25
**Dadyan** [2] - 6:25, 39:18
**data** [5] - 29:12, 32:1, 32:3, 32:15, 39:1
**date** [7] - 10:22, 11:7, 22:19, 22:21, 28:2, 31:10, 31:15
**DATE** [1] - 41:23
**days** [1] - 19:8
**deadline** [3] - 29:23, 30:24, 37:11
**deal** [1] - 18:7
**debate** [1] - 12:10
**December** [1] - 31:23

**decided** [1] - 37:4
**decisions** [1] - 38:1
**defect** [1] - 23:24
**defendant** [14] - 6:12, 11:16, 16:6, 16:18, 21:25, 22:5, 22:6, 23:21, 31:1, 33:25, 34:1, 34:3, 36:18
**defendant's** [1] - 37:1
**Defendants** [1] - 1:13
**defendants** [20] - 8:18, 10:5, 15:6, 15:25, 16:7, 16:15, 19:5, 21:22, 26:24, 29:19, 34:5, 34:10, 35:1, 37:16, 38:10, 38:11, 38:20, 38:23, 38:25, 39:4
**DEFENDANTS** [4] - 2:18, 3:3, 3:17, 4:15
**Defense** [15] - 9:21, 10:8, 10:10, 11:12, 11:24, 12:21, 17:21, 18:24, 24:5, 31:22, 32:12, 34:20, 35:12, 37:8, 39:24
**defenses** [2] - 18:2, 18:3
**definition** [1] - 18:1
**deft** [1] - 18:12
**delve** [1] - 18:11
**demonstrated** [1] - 26:24
**department** [2] - 14:3, 14:19
**DEPARTMENT** [1] - 2:8
**Department** [3] - 14:6, 14:10, 14:20
**DEPOSIT** [1] - 41:19
**DEPUTY** [1] - 6:4
**derivative** [1] - 19:20
**derived** [1] - 24:6
**describe** [1] - 7:6
**described** [1] - 39:19
**description** [7] - 19:18, 21:6, 21:20, 27:25, 28:1, 32:9, 34:11
**descriptive** [1] - 19:16
**designed** [1] - 17:22
**detailed** [1] - 34:17
**device** [1] - 36:5
**devices** [9] - 7:12, 7:20, 7:25, 30:11, 31:22, 32:12, 33:9, 36:22, 37:4
**difference** [1] - 20:3
**differences** [1] - 19:23
**different** [5] - 8:8, 11:20, 17:23, 20:17, 38:6
**difficult** [1] - 33:16
**digital** [7] - 7:12, 7:20, 7:25, 36:5, 36:22, 37:3, 37:17

**direct** [1] - 23:17
**directly** [1] - 24:12
**disclose** [1] - 27:6
**discovery** [6] - 26:10, 27:15, 34:14, 34:18, 35:12, 36:20
**discovery-related** [1] - 26:10
**discreet** [1] - 37:18
**discussed** [2] - 12:21, 38:23
**discussing** [1] - 12:19
**dispute** [3] - 11:15, 18:5, 39:14
**DISTRICT** [5] - 1:1, 1:2, 1:5, 41:11
**DIVISION** [1] - 1:3
**DMV** [1] - 14:6
**DO** [1] - 41:12
**doable** [1] - 13:13
**document** [1] - 23:24
**documents** [4] - 12:25, 24:23, 37:21, 39:5
**done** [2] - 8:11, 20:17
**down** [1] - 39:15
**draft** [4] - 10:6, 10:20, 10:21, 30:23
**driver's** [1] - 14:8
**DRUG** [1] - 2:13
**due** [2] - 10:21, 22:24
**during** [1] - 19:10
**duty** [1] - 28:21

### E

**e-mail** [1] - 34:17
**e-mails** [2] - 32:6, 34:24
**EDD** [1] - 14:3
**Edvard** [1] - 6:23
**effectively** [1] - 9:22
**EI** [1] - 12:6
**EIDL** [6] - 8:4, 8:7, 12:6, 12:8, 28:7, 28:8
**either** [1] - 17:21
**electronic** [2] - 29:12, 30:10
**elements** [1] - 17:25
**embarrassing** [1] - 18:20
**employee** [1] - 14:4
**employment** [1] - 14:3
**enable** [1] - 22:2
**enforce** [1] - 19:4
**ENFORCEMENT** [1] - 2:13
**engage** [1] - 29:13
**ensure** [1] - 32:15
**entire** [2] - 33:9, 38:24
**entirety** [1] - 19:13
**entities** [1] - 15:15
**ENTITLED** [1] - 41:15
**entity** [1] - 15:17

**ESQ** [12] - 2:5, 2:9, 2:19, 2:24, 3:5, 3:9, 3:18, 3:22, 4:4, 4:9, 4:16, 4:20
**essentially** [4] - 14:24, 17:24, 33:24, 39:4
**establish** [2] - 13:20, 14:24
**established** [1] - 24:21
**et** [7] - 1:12, 2:19, 3:3, 3:17, 4:16, 6:6, 41:7
**European** [1] - 15:1
**Evidence** [2] - 9:19, 19:25
**evidence** [14] - 7:11, 7:23, 7:25, 9:24, 18:15, 18:19, 23:18, 24:11, 24:13, 28:14, 31:3, 33:9, 33:20, 34:12
**ex** [1] - 11:11
**examine** [2] - 9:22, 10:25
**examiner** [1] - 7:15
**examiners** [1] - 7:11
**example** [7] - 8:19, 12:2, 13:23, 18:15, 28:15, 38:14, 38:21
**exception** [1] - 20:1
**exchange** [2] - 14:25, 15:1
**execution** [1] - 28:17
**exhibit** [1] - 10:7
**exhibits** [7] - 10:2, 10:20, 11:15, 24:23, 26:13, 30:2, 37:10
**exist** [1] - 15:11
**expect** [1] - 30:1
**experience** [2] - 9:25, 18:20
**extent** [4] - 11:11, 17:7, 17:10, 18:4
**extra** [1] - 39:8

### F

**fact** [6] - 13:9, 13:25, 14:7, 19:25, 21:24, 30:20
**fake** [1] - 14:8
**false** [1] - 8:17
**falsity** [1] - 13:20
**FBI** [2] - 7:15, 7:20
**FCIC** [1] - 13:4
**feasible** [1] - 24:24
**federal** [2] - 21:13, 28:16
**FEE** [1] - 41:18
**FEES** [1] - 41:18
**FENTON** [84] - 2:9, 6:8, 7:8, 7:15, 7:17, 7:19, 7:23, 8:3, 8:11, 8:15, 8:21, 9:2, 9:9, 9:15, 10:4, 10:12,
10:18, 10:24, 11:2, 11:6, 12:8, 12:23, 13:6, 13:14, 13:20, 14:18, 15:12, 15:18, 15:23, 16:2, 16:4, 16:7, 16:21, 16:24, 17:1, 20:7, 20:10, 20:15, 20:20, 21:2, 21:8, 22:17, 22:24, 23:3, 25:4, 26:21, 27:3, 27:12, 28:10, 29:23, 30:24, 31:13, 31:16, 31:20, 32:1, 32:5, 32:11, 32:21, 34:13, 34:17, 34:22, 34:24, 35:5, 35:8, 35:13, 35:16, 35:19, 35:22, 36:1, 36:8, 36:12, 36:16, 36:19, 36:23, 37:2, 37:7, 37:15, 37:20, 37:25, 38:8, 38:11, 38:18, 39:4, 39:9
**Fenton** [8] - 6:9, 12:22, 20:6, 25:3, 26:20, 28:9, 29:22, 34:9
**few** [2] - 26:3, 26:9
**fictitious** [2] - 15:8, 15:9
**file** [4] - 25:15, 25:21, 30:23, 35:2
**filed** [1] - 27:16
**files** [10] - 12:12, 13:1, 29:1, 29:13, 29:17, 34:19, 34:20, 35:1, 35:11, 35:14
**filing** [2] - 26:2, 31:2
**filings** [2] - 13:25, 14:1
**filter** [3] - 32:13, 32:14, 32:18
**final** [3] - 11:2, 11:5, 38:1
**finally** [1] - 33:4
**FIRM** [2] - 3:17, 4:20
**first** [8] - 17:12, 19:1, 19:15, 20:21, 23:14, 26:11, 27:19, 30:12
**fit** [1] - 8:8
**five** [1] - 9:16
**flavor** [1] - 19:21
**floor** [1] - 21:25
**FLOOR** [1] - 2:6
**following** [3] - 23:25, 29:7, 30:8
**FOR** [3] - 41:10, 41:11, 41:18
**FORCE** [1] - 2:13
**FOREGOING** [1] - 41:13
**foreign** [2] - 14:25, 15:1
**forensic** [3] - 7:19, 31:21, 31:24
**forensically** [1] - 7:24

**forget** [2] - 12:6, 16:14
**form** [1] - 10:20
**FORMAT** [1] - 41:16
**format** [1] - 10:3
**forth** [2] - 12:20, 13:22
**forward** [1] - 25:24
**foundation** [1] - 12:1
**foundations** [1] - 12:4
**four** [2] - 16:7, 29:19
**FRANCISCO** [1] - 4:18
**fraud** [19] - 13:10, 19:19, 19:22, 19:24, 20:2, 20:4, 20:5, 20:8, 20:10, 20:11, 20:12, 20:22, 21:15, 21:16, 21:18, 21:19, 21:20
**Frazer** [1] - 6:15
**FRAZER** [1] - 4:4
**FRED** [2] - 4:8, 4:9
**Freedman** [1] - 6:22
**FREEDMAN** [3] - 3:17, 3:18, 6:22
**FRIDAY** [2] - 1:18, 6:1
**full** [2] - 11:17, 17:17
**fully** [3] - 11:7, 25:5, 30:1, 30:5
**function** [1] - 38:24
**funds** [2] - 8:12, 8:23
**future** [1] - 30:23

### G

**gallery** [1] - 22:10
**general** [2] - 17:7, 17:16
**GENERAL** [1] - 2:4
**generally** [5] - 10:1, 17:12, 17:13, 17:17, 19:9
**generic** [1] - 32:9
**gist** [1] - 26:17
**given** [1] - 24:22
**GLENDALE** [3] - 3:11, 4:10, 4:21
**GLENOAKS** [1] - 4:21
**goal** [1] - 38:3
**Government** [47] - 6:9, 7:3, 7:9, 9:6, 14:14, 16:13, 16:19, 16:22, 17:21, 18:17, 18:23, 18:24, 19:3, 19:5, 19:10, 19:12, 22:17, 22:20, 24:6, 24:10, 24:15, 24:20, 25:1, 25:4, 26:12, 26:21, 27:5, 27:16, 27:18, 27:20, 28:16, 28:22, 28:23, 29:3, 29:11, 29:17, 29:24, 30:5, 30:11, 30:17, 30:24, 31:19, 31:20, 31:21, 33:3, 33:19, 39:22
**Government's** [5] -

11:19, 22:21, 26:22, 28:20, 33:10
**grand** [3] - 26:15, 27:4, 27:11
**Grigorian** [1] - 6:21
**guaranteed** [1] - 8:23
**guess** [2] - 31:2, 33:25
**guidelines** [1] - 22:3

### H

**hand** [1] - 18:13
**HANUSZ** [3] - 3:12, 3:13, 6:21
**Hanusz** [1] - 6:21
**hard** [1] - 9:6
**Hayrapetyan** [4] - 6:20, 16:16, 16:17
**haystack** [2] - 33:12, 33:13
**hear** [2] - 20:18, 39:21
**heard** [1] - 21:23
**HEARING** [2] - 1:16, 5:2
**hearing** [6] - 22:20, 23:20, 23:23, 24:25, 27:18, 39:12
**hearsay** [1] - 20:1
**HELD** [1] - 41:15
**helpful** [1] - 39:13
**HEREBY** [1] - 41:12
**highlight** [2] - 25:19, 26:3
**highlighting** [1] - 26:1
**HIGHWAY** [1] - 3:23
**history** [2] - 14:22, 32:7
**Homeland** [2] - 14:11, 14:20
**homes** [1] - 37:1
**honor** [1] - 28:21
**Honor** [68] - 6:11, 7:8, 10:4, 10:12, 11:6, 12:23, 13:6, 13:14, 14:18, 15:3, 15:18, 15:23, 16:2, 16:21, 16:24, 20:7, 22:14, 22:17, 22:25, 23:3, 23:4, 23:10, 23:12, 23:14, 23:20, 24:3, 24:16, 25:4, 25:9, 25:12, 25:14, 25:18, 25:25, 26:5, 26:8, 27:3, 27:12, 27:15, 28:7, 28:10, 28:13, 29:2, 29:9, 29:23, 30:16, 30:20, 31:17, 32:11, 32:21, 32:24, 34:8, 34:13, 34:22, 35:22, 36:1, 36:12, 36:16, 36:19, 36:23, 37:2, 37:7, 37:25, 38:8, 38:15, 39:9, 39:17, 40:3, 40:4
**HONORABLE** [1] - 1:5

UNITED STATES DISTRICT COURT

hope [1] - 12:3
hopeful [1] - 13:8
housekeeping [5] - 23:11, 25:10, 25:13, 26:4, 26:10
hundred [4] - 35:2, 35:10, 35:18, 35:21

**I**

identification [1] - 37:21
identified [3] - 29:17, 33:19, 39:5
identify [5] - 28:3, 29:4, 29:17, 30:1, 39:22
identifying [1] - 37:9
identities [3] - 9:11, 14:14, 14:22
identity [2] - 9:10, 34:10
image [6] - 33:8, 33:9, 38:13, 38:16, 38:17, 38:19
IN [5] - 6:3, 41:10, 41:15, 41:16, 41:19
include [5] - 10:1, 12:15, 13:1, 32:6, 37:15
included [1] - 35:6
including [2] - 9:10, 28:15
indeed [1] - 13:11
indictment [18] - 9:12, 15:5, 15:10, 19:8, 19:9, 19:11, 19:13, 19:16, 19:18, 20:21, 21:12, 25:17, 27:22, 31:6, 31:9, 39:19, 39:23
indictments [2] - 23:16, 23:18
indirectly [1] - 24:12
individual [1] - 15:16
individually [1] - 11:13
individuals [4] - 14:13, 14:22, 14:25, 15:20
indulge [1] - 25:14
information [18] - 10:7, 13:2, 13:3, 21:24, 23:19, 24:6, 24:7, 24:14, 24:15, 27:17, 28:13, 28:14, 30:7, 37:5, 37:8, 37:10, 38:9, 38:12
inquiry [1] - 23:15
instance [2] - 8:21, 30:12
instruction [5] - 17:8, 17:11, 17:15, 17:20, 17:22
instructions [8] -

17:5, 17:6, 17:7, 17:17, 17:18, 17:24, 17:25, 18:2
intend [9] - 7:5, 10:11, 11:5, 11:7, 13:22, 30:3, 34:20, 37:6, 39:8
intending [2] - 10:3, 35:17
intends [1] - 25:5
intention [1] - 12:25
interest [1] - 25:22
interested [2] - 13:11, 13:16
Internal [1] - 13:24
interrupt [1] - 18:21
investigation [2] - 28:18, 30:13
involved [1] - 33:5
IP [1] - 13:3
iPhone [1] - 32:6
IS [2] - 41:13, 41:16
issue [3] - 30:9, 33:7, 33:12
issued [2] - 22:12, 22:18
issues [6] - 23:12, 25:10, 25:13, 26:1, 26:4, 36:5
it'll [1] - 18:20
items [1] - 37:24
itself [2] - 23:24, 25:17
Iuliia [1] - 38:22

**J**

Jencks [1] - 27:2
Jencks's [1] - 27:7
Jennifer [1] - 6:17
JENNIFER [2] - 3:8, 3:9
Jilbert [1] - 6:19
JILBERT [1] - 4:20
JOHN [2] - 3:4, 3:13
John [2] - 6:15, 6:21
Johnson [2] - 6:24, 39:17
JOHNSON [9] - 2:19, 2:23, 3:22, 3:22, 4:11, 4:16, 6:24, 39:17, 40:1
joined [2] - 6:13, 34:6
JUDGE [1] - 1:5
judge's [2] - 29:24, 31:1
JUDICIAL [2] - 41:17, 41:20
July [2] - 29:24, 30:25
juncture [1] - 31:6
June [9] - 10:21, 11:4, 26:13, 27:19, 30:3, 30:4, 33:4, 37:11, 39:8
jurors [1] - 22:2
jury [15] - 11:16, 17:5,

17:6, 17:19, 19:10, 19:11, 19:19, 19:21, 21:11, 21:12, 22:1, 26:15, 27:5, 27:11, 39:20
JUSTICE [1] - 2:8

**K**

Kastigar [7] - 22:20, 22:22, 23:15, 23:19, 23:23, 24:25, 27:18
KATZMAN [2] - 3:3, 4:3
keep [1] - 22:10
Keough [1] - 6:13
KEOUGH [1] - 4:16
knows [1] - 24:6

**L**

laboring [1] - 7:4
language [1] - 17:22
LAPD [1] - 28:15
large [1] - 11:11
larger [1] - 22:1
last [4] - 7:13, 14:16, 14:19
latest [1] - 27:19
latter [1] - 26:18
laundering [4] - 20:16, 20:24, 21:6, 21:17
LAW [5] - 3:8, 3:12, 3:22, 4:8, 4:20
law [1] - 24:21
lawyer [5] - 11:24, 22:6, 22:8, 22:9
lawyers [7] - 10:10, 11:12, 12:22, 18:13, 22:4, 22:9, 39:24
least [9] - 7:4, 15:21, 17:18, 22:4, 29:4, 30:12, 31:7, 34:10, 39:14
legal [1] - 17:19
lender [3] - 8:9, 8:10, 28:2
lent [1] - 8:12
LESS [1] - 41:18
letter [3] - 27:16, 28:21, 29:3
LEWIS [1] - 3:4
licenses [1] - 14:8
line [1] - 18:22
list [3] - 26:13, 27:20, 34:14
Littrell [1] - 6:15
LITTRELL [6] - 3:3, 3:4, 4:3, 6:15, 6:19, 26:8
LLP [6] - 2:19, 2:23, 3:4, 4:4, 4:11, 4:16
loan [18] - 8:7, 13:1, 13:21, 15:7, 15:15,

15:21, 15:25, 27:25, 34:19, 34:20, 35:1, 35:2, 35:11, 35:14, 37:21, 38:5
loans [15] - 8:4, 8:22, 14:24, 16:8, 27:20, 27:21, 28:4, 28:5, 33:5, 34:11, 34:15, 35:6, 35:9, 35:10, 37:21
logistics [1] - 21:22
look [1] - 17:12
LOS [9] - 1:17, 1:24, 2:6, 2:16, 2:21, 3:14, 3:20, 4:6, 6:1
lose [1] - 8:20
lying [1] - 18:16

**M**

magistrate [2] - 29:24, 31:1
mail [3] - 20:2, 21:18, 34:17
mails [2] - 32:6, 34:24
manual [2] - 17:11, 17:12
Manuk [1] - 6:21
March [2] - 31:10
Mari [1] - 23:22
MARIA [3] - 1:21, 41:10, 41:23
Marietta [1] - 6:16
MARKET [1] - 4:17
materiality [1] - 8:17
MATTER [1] - 41:15
matters [1] - 26:10
MAY [2] - 1:18, 6:1
mean [12] - 7:18, 12:10, 17:12, 18:14, 28:19, 29:10, 30:18, 30:19, 31:25, 32:4, 38:16, 39:12
meaning [1] - 8:10
means [1] - 25:23
mechanics [1] - 24:4
meet [1] - 18:1
MEGHAN [1] - 4:12
Meghan [1] - 6:14
members [1] - 21:12
memory [1] - 19:17
mentioned [4] - 9:11, 14:20, 23:13, 27:9
merely [1] - 21:13
messages [3] - 32:6, 37:13, 37:16
Miami [1] - 36:11
MICHAEL [2] - 3:18, 4:16
Michael [2] - 6:13, 6:22
might [1] - 16:12
MINASSIAN [2] - 4:8, 4:9
mind [1] - 11:24

misconduct [1] - 26:23
misleading [1] - 8:17
missed [1] - 21:5
model [1] - 17:8
modification [1] - 16:19
modified [1] - 17:16
moments [1] - 15:2
monetarily [2] - 8:14, 8:16
money [6] - 8:5, 8:20, 20:16, 20:24, 21:6, 21:17
months [2] - 31:22, 33:19
morning [3] - 22:13, 22:19, 23:13
most [2] - 9:5, 34:5
motion [4] - 16:18, 25:15, 25:18, 30:22
motions [3] - 26:23, 31:3, 34:4
Motor [1] - 14:6
MR [117] - 6:8, 6:11, 6:15, 6:19, 6:21, 6:22, 6:24, 7:8, 7:15, 7:16, 7:17, 7:19, 7:23, 8:3, 8:11, 8:15, 8:21, 9:2, 9:9, 9:15, 10:4, 10:12, 10:18, 10:24, 11:2, 11:6, 12:8, 12:23, 13:6, 13:14, 13:20, 14:18, 15:12, 15:18, 15:23, 16:2, 16:4, 16:7, 16:21, 16:24, 17:1, 20:7, 20:10, 20:15, 20:20, 21:2, 21:8, 22:14, 22:17, 22:24, 23:3, 23:4, 23:8, 23:10, 24:1, 24:3, 25:4, 25:9, 25:12, 25:25, 26:5, 26:8, 26:21, 27:3, 27:12, 27:15, 28:2, 28:7, 28:10, 28:12, 29:2, 29:9, 29:11, 29:16, 29:23, 30:16, 30:20, 30:24, 31:13, 31:16, 31:20, 32:1, 32:5, 32:11, 32:21, 32:24, 33:1, 34:2, 34:8, 34:13, 34:17, 34:22, 34:24, 35:5, 35:8, 35:13, 35:16, 35:19, 35:22, 36:1, 36:8, 36:12, 36:16, 36:19, 36:23, 37:2, 37:7, 37:15, 37:20, 37:25, 38:8, 38:11, 38:18, 39:4, 39:9, 39:17, 40:1
MS [2] - 6:17, 40:4
multi [1] - 21:25
multi-defendant [1] -

21:25

**N**

name [7] - 15:7, 15:25, 16:1, 16:8, 16:15, 16:17, 38:24
names [1] - 38:22
nature [1] - 32:7
near [2] - 30:23, 33:20
necessary [2] - 17:18, 25:23
need [3] - 25:20, 26:24, 39:11
needle [1] - 33:12
needles [1] - 33:13
never [2] - 11:15, 18:25
NEW [2] - 2:10, 4:13
NEWCOMER [1] - 4:12
Newcomer [1] - 6:14
NICHOLAS [1] - 2:23
Nicholas [1] - 26:6
Nick [1] - 6:13
Ninth [3] - 17:8, 17:13, 17:15
noncontroversial [1] - 13:3
NORTH [4] - 2:5, 2:15, 3:23, 4:9
nothing [2] - 11:23, 12:19
notice [5] - 10:5, 12:24, 13:18, 14:14, 28:20
November [3] - 31:8, 31:16, 32:20
number [3] - 21:21, 24:22, 39:15
nutshell [1] - 20:3
NW [2] - 2:10, 2:24
NY [1] - 4:13

**O**

object [3] - 9:23, 20:5, 20:9
objection [3] - 11:24, 12:20, 28:8
objects [1] - 21:16
obligation [1] - 28:20
obvious [1] - 11:17, 19:23
obviously [2] - 24:7, 26:12
occasions [1] - 17:14
OF [24] - 1:2, 1:7, 1:15, 2:3, 2:3, 2:8, 2:12, 2:18, 3:3, 3:17, 3:22, 4:3, 4:3, 4:8, 4:12, 4:15, 41:5, 41:11, 41:14, 41:17, 41:20
offer [1] - 9:10

OFFICE [3] - 2:3, 2:12, 3:22
officers [1] - 15:20
OFFICES [1] - 4:8
OFFICIAL [3] - 1:21, 41:10, 41:23
ON [6] - 2:3, 2:18, 3:3, 3:17, 4:3, 4:15
once [1] - 10:13
one [16] - 8:8, 8:9, 15:6, 15:7, 16:6, 16:14, 18:8, 19:20, 19:21, 22:4, 22:6, 22:7, 22:17, 23:15, 25:14, 38:22
ones [3] - 36:24, 38:2, 38:6
ongoing [2] - 30:22, 32:19
opening [4] - 18:10, 18:11, 18:18, 18:21
opposes [1] - 16:22
order [13] - 22:12, 22:18, 23:13, 24:18, 24:20, 25:5, 26:12, 26:18, 29:24, 31:1, 31:4, 38:15, 39:25
ORGANIZED [1] - 2:13
original [1] - 23:16
originally [1] - 31:7
originating [1] - 8:22
other... [1] - 28:6
otherwise [1] - 23:23
outline [3] - 17:19, 31:7
outlined [1] - 16:10
outset [1] - 7:4
over-seize [1] - 29:12
own [4] - 8:23, 15:7, 16:1, 16:8
owners [1] - 15:20

**P**

P.C [2] - 3:12, 4:20
P.M [1] - 6:3
PACIFIC [1] - 3:23
PAETTY [1] - 2:5
Paetty [1] - 6:10
page [4] - 19:18, 21:8, 21:9, 21:19
PAGE [2] - 5:2, 41:16
pages [3] - 19:15, 21:7, 24:13
paper [3] - 11:25, 15:22, 16:23
parade [2] - 11:17, 12:3
paragraph [1] - 27:21
Paronyan [1] - 6:23
part [4] - 23:15, 27:20, 30:14, 33:3
participated [1] - 28:16
participation [1] -

25:8
particular [2] - 8:21, 11:20, 16:5
parties [5] - 13:8, 16:13, 17:4, 30:2, 39:12
pattern [1] - 17:8
payment [1] - 14:5
people [1] - 15:10
perceiving [1] - 30:9
permission [1] - 25:20
permits [1] - 29:11
pertinent [1] - 30:13
peruse [1] - 30:11
PETER [2] - 3:22, 3:22
Peter [2] - 6:24, 39:17
phone [7] - 32:5, 32:15, 36:4, 36:7, 36:14, 38:19, 38:25
phones [13] - 29:5, 29:19, 31:11, 31:12, 32:2, 36:6, 36:9, 36:13, 36:22, 37:5, 37:14, 37:18, 38:13
photographs [3] - 37:17, 37:19, 37:20
pictured [1] - 23:5
pictures [5] - 36:6, 36:8, 36:14, 36:17, 37:17
piece [2] - 11:25, 24:11
pieces [1] - 37:9
plaintiff [1] - 18:15
Plaintiffs [1] - 1:8
PLAINTIFFS [2] - 2:3, 4:3
plan [1] - 35:2
play [1] - 33:20
pled [1] - 21:2
point [15] - 7:2, 10:19, 13:7, 13:14, 15:2, 17:4, 19:4, 19:7, 24:2, 24:3, 24:9, 24:22, 28:25, 30:14, 35:20
points [1] - 23:13
portion [1] - 19:16
portions [2] - 39:19, 39:22
position [8] - 11:11, 24:14, 24:19, 26:19, 26:22, 29:21, 33:16, 39:7
possession [1] - 28:14
potential [1] - 24:5
potentially [3] - 9:2, 9:3, 20:17
PPP [6] - 8:4, 8:7, 12:7, 12:8, 28:5, 37:21
precluded [1] - 24:15
preferences [1] - 17:16

prejudice [2] - 24:4, 24:5
premises [2] - 7:10, 31:14
prepare [1] - 33:17
prepared [2] - 9:20, 10:14
preparing [1] - 18:8
present [3] - 9:4, 18:5, 25:2
presented [1] - 9:21
presenting [1] - 7:24
PRESIDING [1] - 1:5
pretrial [1] - 7:1
preview [2] - 18:18, 18:19
primarily [1] - 37:20
primary [1] - 37:22
principal [1] - 22:8
privilege [1] - 32:13
privileged [1] - 32:16
probative [1] - 12:19
problem [2] - 25:3, 33:3
proceed [1] - 25:13
proceeding [1] - 40:5
PROCEEDINGS [2] - 1:15, 41:15
proceedings [1] - 24:8
process [2] - 37:9, 38:1
produce [2] - 26:13, 26:15, 27:19, 29:4, 39:23
produced [7] - 26:16, 31:21, 34:14, 35:13, 36:20, 37:7, 39:1
program [1] - 9:5
programs [2] - 8:7, 9:5
promptly [1] - 16:20, 17:2, 17:3
proof [1] - 17:13
prosecution [2] - 18:16, 32:17
Prosecution [1] - 28:15
prosecutorial [1] - 26:23
prospective [1] - 21:12
protect [1] - 25:23
provide [1] - 35:12
provided [6] - 10:4, 14:14, 32:12, 36:17, 38:13, 38:14
pull [1] - 33:14
purports [1] - 11:25
purpose [1] - 22:11
PURSUANT [1] - 41:12
pursuant [2] - 12:25, 30:25
put [3] - 13:17, 13:22, 30:23

**Q**

questions [1] - 7:3
quick [1] - 25:9

**R**

raise [2] - 23:14, 26:11
raised [1] - 12:20
RAM [16] - 2:19, 6:11, 7:16, 22:14, 23:4, 23:8, 23:10, 24:1, 24:3, 25:9, 25:12, 25:25, 32:24, 33:1, 34:2, 34:8
ram [2] - 23:9, 33:1
Ram [5] - 6:12, 23:4, 25:11
re [1] - 21:5
read [13] - 19:7, 19:11, 19:12, 19:15, 19:20, 19:21, 21:11, 21:14, 21:16, 21:17, 21:20, 39:20, 39:23
reading [1] - 39:19
ready [3] - 30:4, 33:17, 33:18
reaffirm [1] - 11:17
real [1] - 25:9
really [3] - 24:9, 36:22, 39:12
reason [2] - 23:5, 23:20
received [1] - 22:12
receptive [1] - 17:20
recesses [1] - 29:1
record [8] - 12:4, 16:11, 25:15, 25:17, 25:23, 26:11, 26:14, 39:21
records [16] - 11:20, 12:2, 12:5, 12:15, 13:1, 13:4, 13:23, 14:4, 14:9, 14:12, 14:17, 14:21
REDONDO [1] - 3:24
REDUCTION [1] - 41:19
reexamine [1] - 21:4
referenced [1] - 20:23
reflect [1] - 9:24
reflects [1] - 10:3
regard [8] - 11:22, 12:14, 12:15, 20:1, 26:20, 27:8, 29:22, 36:4
regarding [2] - 11:9, 21:15
regardless [1] - 24:8
REGULATIONS [2] - 41:16, 41:20
reimbursed [1] - 8:25
relate [1] - 18:2
related [1] - 26:10

46

**released** [1] - 32:16
**relevant** [2] - 33:7, 37:14
**repeat** [1] - 14:17
**repetitive** [1] - 19:14
**report** [6] - 37:8, 38:12, 38:14, 38:18, 38:20
**REPORTED** [1] - 41:14
**REPORTER** [3] - 1:21, 41:10, 41:23
**REPORTER'S** [1] - 1:15
**represent** [2] - 26:9, 34:1
**representative** [1] - 14:11
**representing** [1] - 23:10
**request** [2] - 25:14, 26:14
**requested** [2] - 28:13, 29:16
**requirement** [2] - 10:16, 10:18
**requirements** [1] - 9:19
**requires** [1] - 26:12
**reserve** [1] - 26:2
**reset** [1] - 22:19
**resetting** [1] - 22:21
**respect** [7] - 14:5, 14:9, 14:12, 14:23, 20:15, 23:21, 34:14
**respects** [1] - 12:24
**respond** [1] - 16:20
**response** [1] - 17:2
**responsible** [1] - 27:23
**responsive** [2] - 29:14, 29:18
**responsiveness** [8] - 29:5, 29:8, 29:13, 29:25, 30:6, 30:21, 30:25, 33:8
**results** [1] - 29:4
**Revenue** [1] - 13:24
**review** [9] - 29:5, 29:13, 29:25, 30:6, 30:21, 30:25, 32:13, 32:18, 33:8
**reviewed** [2] - 31:3, 31:6
**reviewing** [1] - 32:15
**Richard** [4] - 6:5, 6:12, 23:11, 34:2
**RICHARD** [5] - 1:12, 2:19, 3:17, 4:16, 41:7
**ripping** [1] - 19:2
**ROAD** [1] - 3:10
**room** [1] - 16:12
**rows** [1] - 22:10
**Rule** [1] - 29:11

**Rules** [1] - 19:25
**ruling** [1] - 25:1
**run** [1] - 38:15
**Russian** [1] - 14:25
**Ryan** [1] - 6:15
**RYAN** [1] - 4:4

**S**

**SAN** [2] - 3:6, 4:18
**SBA** [4] - 8:22, 8:23, 8:25, 9:5
**scheme** [3] - 8:20, 20:12, 20:13
**SCOTT** [1] - 2:5
**Scott** [1] - 6:9
**screen** [2] - 23:5, 33:2
**scrutiny** [1] - 17:14
**search** [7] - 28:17, 29:6, 33:15, 38:15, 38:21, 38:24
**searchable** [1] - 38:14
**searched** [1] - 7:10
**searches** [3] - 31:12, 31:13, 36:25
**second** [4] - 13:6, 13:7, 19:4, 28:12
**SECTION** [3] - 2:4, 2:14, 41:12
**section** [1] - 21:19
**secured** [3] - 9:1, 9:6, 21:24
**Security** [2] - 14:11, 14:20
**see** [17] - 11:1, 11:4, 11:16, 13:5, 13:12, 15:4, 16:5, 16:9, 16:23, 20:11, 22:5, 29:13, 29:15, 30:12, 32:22, 39:3
**seem** [2] - 15:19, 18:14
**seize** [3] - 29:12, 33:10, 37:10
**seized** [13] - 7:12, 7:21, 29:6, 29:18, 29:19, 30:11, 31:11, 31:12, 36:6, 36:9, 36:10, 36:14, 36:25
**selection** [2] - 19:10, 19:11
**sentence** [1] - 19:1
**separate** [2] - 20:25, 21:2
**Service** [1] - 13:24
**SESSION** [1] - 6:3
**set** [2] - 11:7, 37:18
**severe** [1] - 28:24
**share** [3] - 10:7, 10:20, 30:6
**short** [2] - 10:9, 21:17
**shorter** [1] - 21:18
**show** [3] - 14:21, 18:15, 18:16
**sign** [2] - 10:13, 13:8

**signed** [1] - 10:14
**SILVERMAN** [12] - 2:23, 26:5, 27:15, 28:2, 28:7, 28:12, 29:2, 29:9, 29:11, 29:16, 30:16, 30:20
**Silverman** [5] - 6:13, 26:3, 26:7, 30:10, 30:15
**silverman** [1] - 27:14
**similarities** [1] - 19:25
**similarly** [2] - 12:5, 20:1
**simply** [1] - 39:20
**site** [1] - 7:9
**situation** [1] - 36:11
**six** [1] - 16:4
**Small** [1] - 8:6
**small** [1] - 26:9
**smart** [1] - 32:5
**so-called** [1] - 18:1
**sometimes** [1] - 18:24
**sorry** [1] - 20:18
**sort** [2] - 18:25, 34:4
**sound** [1] - 7:24
**sounds** [1] - 31:1
**SPA** [1] - 12:12
**speaking** [1] - 25:15
**SPEAR** [1] - 4:17
**specialist** [1] - 7:19
**specific** [1] - 39:22
**specifically** [1] - 23:17
**spirit** [1] - 28:22
**spread** [1] - 22:2
**SPRING** [2] - 2:5, 2:15
**stand** [1] - 27:5
**start** [3] - 7:7, 18:22, 18:23
**starts** [1] - 18:24
**state** [1] - 6:7
**statement** [4] - 18:10, 18:18, 18:21, 24:11
**statements** [3] - 8:17, 13:21, 18:11
**states** [1] - 10:18
**STATES** [12] - 1:1, 1:7, 1:22, 2:3, 2:12, 4:3, 41:5, 41:11, 41:13, 41:17, 41:20
**States** [1] - 6:5
**STATUS** [2] - 1:16, 5:2
**STENOGRAPHICAL-LY** [1] - 41:14
**step** [1] - 39:8
**STEPHEN** [1] - 1:5
**STEPTOE** [4] - 2:19, 2:23, 4:11, 4:16
**still** [4] - 16:12, 29:25, 30:21, 37:4
**stipulating** [1] - 13:9
**stipulation** [2] - 13:7, 16:12
**stipulations** [1] - 13:13
**stolen** [1] - 14:13

**stop** [1] - 36:10
**STREET** [6] - 1:23, 2:5, 2:15, 2:20, 4:5, 4:17
**strength** [1] - 11:19
**strongly** [1] - 18:9
**structurally** [1] - 19:14
**students** [2] - 14:25, 15:1
**subject** [5] - 14:13, 17:11, 17:13, 23:19, 35:3
**subliminally** [1] - 11:18
**submission** [1] - 22:22
**submit** [4] - 12:25, 17:1, 17:5
**submitted** [2] - 14:1, 14:2
**substantive** [3] - 13:10, 20:9, 35:4
**SUITE** [10] - 1:23, 2:15, 2:20, 3:6, 3:10, 3:14, 3:19, 3:24, 4:5, 4:17
**summary** [11] - 8:3, 9:18, 9:20, 9:22, 9:23, 9:25, 10:2, 10:5, 10:6, 10:19, 10:25
**SUN** [1] - 2:14
**superseding** [3] - 9:12, 23:16, 27:21
**supply** [1] - 11:5
**support** [2] - 10:2, 17:23
**suppress** [2] - 30:22, 31:3
**sync** [1] - 15:12
**synthetic** [3] - 15:12, 15:13, 15:14

**T**

**table** [2] - 22:7, 22:9
**tables** [1] - 22:5
**TAHMAZIAN** [2] - 4:20, 4:20
**Tahmazian** [1] - 6:19
**taint** [3] - 24:18, 25:16
**tainted** [1] - 24:12
**task** [1] - 7:4
**TASK** [1] - 2:13
**tax** [3] - 13:25, 14:1, 14:5
**team** [2] - 32:14, 32:17
**telephone** [1] - 13:3
**temporarily** [1] - 29:12
**Terabelian** [2] - 6:16, 23:22
**term** [3] - 15:8, 15:9, 15:11

**terms** [8] - 7:5, 15:4, 17:17, 17:25, 20:12, 24:4, 27:25, 33:15
**testified** [1] - 27:4
**testify** [12] - 7:11, 7:17, 7:20, 7:23, 8:4, 8:6, 8:16, 13:25, 14:4, 14:7, 14:11, 27:10
**testimony** [2] - 10:6, 24:19, 26:16
**text** [3] - 32:6, 37:13, 37:15
**THAT** [2] - 41:12, 41:15
**THE** [129] - 2:3, 2:3, 2:12, 2:18, 3:3, 3:17, 3:17, 4:3, 4:12, 4:15, 6:4, 7:1, 7:13, 7:18, 7:22, 8:1, 8:10, 8:13, 8:19, 8:24, 9:4, 9:13, 9:17, 10:9, 10:16, 10:23, 11:1, 11:4, 11:9, 12:9, 13:5, 13:12, 13:19, 14:16, 15:4, 15:13, 15:19, 15:24, 16:3, 16:5, 16:9, 16:23, 16:25, 17:3, 20:8, 20:11, 20:18, 20:25, 21:4, 21:10, 22:15, 22:23, 23:1, 23:7, 23:9, 23:25, 24:2, 24:17, 25:7, 25:11, 25:20, 26:6, 26:19, 27:1, 27:8, 27:13, 27:24, 28:5, 28:8, 28:11, 28:19, 29:7, 29:10, 29:15, 29:21, 30:8, 30:17, 31:5, 31:15, 31:18, 31:24, 32:3, 32:8, 32:19, 32:22, 32:25, 33:22, 34:3, 34:9, 34:16, 34:18, 34:23, 34:25, 35:7, 35:10, 35:15, 35:17, 35:20, 35:24, 36:2, 36:11, 36:13, 36:17, 36:21, 36:24, 37:3, 37:12, 37:19, 37:23, 38:4, 38:9, 38:16, 39:3, 39:7, 39:10, 39:25, 40:2, 41:10, 41:11, 41:13, 41:14, 41:15, 41:16, 41:17, 41:19, 41:20
**theft** [2] - 9:10, 9:11
**themselves** [1] - 23:17
**thereabouts** [1] - 35:11
**therefore** [1] - 29:18
**they've** [1] - 33:5
**thinking** [2] - 11:13, 11:14
**third** [1] - 29:2

THIS [1] - 41:18
thousand [2] - 35:1, 35:6
three [2] - 8:8, 27:17
tied [2] - 24:12
TITLE [1] - 41:13
TO [1] - 41:12
today [1] - 26:11
TOWER [1] - 4:17
tracing [1] - 8:4
traditional [1] - 17:6
TRANSCRIPT [4] - 1:15, 41:14, 41:16, 41:18
transcripts [4] - 26:15, 26:25, 27:1, 27:6
transfer [1] - 12:17
transfers [1] - 12:16
travel [3] - 14:12, 14:17, 14:22
treasury [1] - 12:12
trial [23] - 7:4, 9:21, 10:1, 10:25, 18:9, 23:23, 24:16, 24:24, 24:25, 26:4, 29:20, 30:3, 30:4, 33:7, 33:11, 33:14, 33:17, 33:18, 37:10, 37:14, 38:2, 39:6
trim [1] - 39:15
trouble [1] - 16:15
TRUE [1] - 41:13
trust [1] - 22:12
trying [1] - 33:16
twice [1] - 33:23
two [4] - 19:21, 20:20, 22:1, 22:4
type [3] - 16:11, 28:1, 38:23

U

U.S [1] - 2:8
unclear [1] - 33:21
under [5] - 9:5, 20:17, 29:6, 29:23, 33:15
underlying [3] - 9:24, 11:15, 13:9
understood [1] - 11:16
unemployment [1] - 14:5
United [1] - 6:5
UNITED [12] - 1:1, 1:7, 1:22, 2:3, 2:12, 4:3, 41:5, 41:11, 41:13, 41:17, 41:20
universe [4] - 33:21, 35:15, 37:13, 37:15
unrelated [1] - 27:17
up [5] - 16:12, 18:7, 24:20, 27:13, 39:12

V

Vahe [2] - 6:25, 39:18
value [2] - 12:19, 21:14
various [2] - 7:10, 26:22
Vehicle's [1] - 14:7
version [3] - 11:2, 11:5, 21:18
victim [6] - 8:9, 8:10, 8:14, 8:15, 9:7, 9:11
victims [5] - 8:7, 9:5, 9:10, 9:11
view [1] - 24:22
viewable [1] - 38:19
vigorously [1] - 19:5
vs [2] - 1:10, 41:6

W

wait [2] - 32:8, 35:25
wants [1] - 33:25
warrant [4] - 28:17, 29:6, 30:13, 33:15
WASHINGTON [2] - 2:10, 2:25
waste [1] - 26:1
web [1] - 32:6
weigh [1] - 12:4
well-aware [1] - 18:12
well-established [1] - 24:21
WEST [4] - 1:23, 2:20, 4:5, 4:21
WESTERN [1] - 1:3
WILLIAMS [2] - 3:4, 4:4
WILSHIRE [2] - 3:13, 3:19
WILSON [1] - 1:5
wire [15] - 12:16, 12:17, 13:10, 19:19, 19:22, 19:24, 20:2, 20:3, 20:4, 20:8, 20:22, 21:15, 21:18, 21:20
wires [2] - 13:9, 13:11
WIRSCHING [4] - 3:8, 3:9, 6:17, 40:4
Wirsching [1] - 6:17
WITH [2] - 41:16, 41:19
witness [13] - 8:3, 8:5, 8:16, 9:18, 9:23, 10:25, 13:24, 14:7, 14:21, 18:16, 24:11, 26:13, 26:15
witness' [1] - 10:5
witnesses [12] - 7:5, 7:6, 11:10, 11:17, 13:15, 13:17, 13:22, 16:10, 27:9, 27:10, 39:15

words [9] - 11:22, 11:25, 12:16, 18:1, 24:5, 24:10, 27:1, 34:16, 34:25
writing [1] - 34:5

Y

years [1] - 18:12
yesterday [1] - 27:16
YORK [2] - 2:10, 4:13

Z

Zhadko [1] - 38:22
ZOOM [2] - 1:16, 5:2