# EXHIBIT B

# PLACEHOLDER FOR SLIDES FILED IN CAMERA