Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
Meghan Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-579-SVW |
| Plaintiff, | |
| | Hon. Stephen V. Wilson |
| v. | **PROPOSED FORFEITURE VERDICT FORM** |
| RICHARD AYVAZYAN, *et al.*, | |
| Defendants. | |

## COUNTS ONE THROUGH TWENTY

As to each property and each defendant, do you find that the government has proved (a) that the property constitutes proceeds obtained by the defendant as a result of the offenses charged in counts 1-20 or was derived from proceeds obtained by the defendant as a result of the offenses charged in counts 1-20, and (b) that there is a nexus between the property alleged to be forfeitable and the offense giving rise to the forfeiture allegation?

If you find from your consideration of all the evidence that the government has proved each of these elements by a preponderance of the evidence as to only a portion of the property you are considering and as to the defendant you are considering, then you should write in the amount corresponding to that portion for which the government has carried its burden.

|  | R. Ayvazyan | M. Terabelian | A. Ayvazyan | V. Dadyan |
|---|---|---|---|---|
| Property a - $12,520 |  |  |  |  |
| Property b – Allstate bank account |  |  |  |  |
| Property c - $451,185 |  |  |  |  |
| Property d.I – AP watch serial J52335 |  |  |  |  |
| Property d.II – Rolex serial 4U95Z313 |  |  |  |  |
| Property d.III – Cartier serial 880317LX |  |  |  |  |
| Property d.IV – AP watch serial K23313 |  |  |  |  |
| Property d.V – AP watch serial LU44845K |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| Property d.VI – AP watch serial LW3397N | | | | |
| Property d.VII – 1979 gold bullion coin | | | | |
| Property d.VIII – two 1980 gold bullion coins | | | | |
| Property d.IX – ten 1982 gold bullion coins | | | | |
| Property d.X – 17 1983 gold bullion coins | | | | |
| Property d.XI – five 1984 gold bullion coins | | | | |
| Property d.XII – five 1985 gold bullion coins | | | | |
| Property d.XIII – ten 1986 gold bullion coins | | | | |
| Property d.XIV – ten 1987 gold bullion coins | | | | |
| Property d.XV – rose gold cross-shaped pendant | | | | |
| Property e.III – Rolex serial W44P7238 | | | | |
| Property e.IV – white gold earrings with diamond studs | | | | |

| Property | | | | |
|---|---|---|---|---|
| Property e.V – white gold earrings with diamonds | | | | |
| Property e.VII – gold neck chain (24") | | | | |
| Property e.VIII – gold cross pendant | | | | |
| Property e.IX – gold neck chain (16") | | | | |
| Property e.XI – fabric cord bracelet with diamond | | | | |
| Property f - $3,422 | | | | |
| Property g – Ledger | | | | |
| Property h – Runyan Tax BOA account | | | | |
| Property i – Topeka Dr. residence | | | | |
| Property j – Calle La Primavera residence | | | | |
| Property k – Imperial Court residence | | | | |

## COUNT TWENTY-SIX

As to each property and each defendant, do you find that the government has proved (a) that the property was involved in the offenses as charged in Count 26 or is property traceable to real or personal property involved in that offense; and (b) that there

is a nexus between the property alleged to be forfeitable and the offense giving rise to the forfeiture allegation.

If you find from your consideration of all the evidence that the government has proved each of these elements by a preponderance of the evidence as to only a portion of the property you are considering and as to the defendant you are considering, then you should write in the amount corresponding to that portion for which the government has carried its burden.

|  | R. Ayvazyan | M. Terabelian | A. Ayvazyan | V. Dadyan |
|---|---|---|---|---|
| Property a - $12,520 |  |  |  |  |
| Property b – Allstate bank account |  |  |  |  |
| Property c - $451,185 |  |  |  |  |
| Property d.I – AP watch serial J52335 |  |  |  |  |
| Property d.II – Rolex serial 4U95Z313 |  |  |  |  |
| Property d.III – Cartier serial 880317LX |  |  |  |  |
| Property d.IV – AP watch serial K23313 |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| Property d.V – AP watch serial LU44845K | | | | |
| Property d.VI – AP watch serial LW3397N | | | | |
| Property d.VII – 1979 gold bullion coin | | | | |
| Property d.VIII – two 1980 gold bullion coins | | | | |
| Property d.IX – ten 1982 gold bullion coins | | | | |
| Property d.X – 17 1983 gold bullion coins | | | | |
| Property d.XI – five 1984 gold bullion coins | | | | |
| Property d.XII – five 1985 gold bullion coins | | | | |

| | | | | |
|---|---|---|---|---|
| Property d.XIII – ten 1986 gold bullion coins | | | | |
| Property d.XIV – ten 1987 gold bullion coins | | | | |
| Property d.XV – rose gold cross-shaped pendant | | | | |
| Property e.III – Rolex serial W44P7238 | | | | |
| Property e.IV – white gold earrings with diamond studs | | | | |
| Property e.V – white gold earrings with diamonds | | | | |
| Property e.VII – gold neck chain (24") | | | | |
| Property e.VIII – gold cross pendant | | | | |

| | | | | |
|---|---|---|---|---|
| Property e.IX – gold neck chain (16") | | | | |
| Property e.XI – fabric cord bracelet with diamond | | | | |
| Property f - $3,422 | | | | |
| Property g – Ledger | | | | |
| Property h – Runyan Tax BOA account | | | | |
| Property i – Topeka Dr. residence | | | | |
| Property j – Calle La Primavera residence | | | | |
| Property k – Imperial Court residence | | | | |

.

Dated:   June 26, 2021              Respectfully submitted,

8
PROPOSED FORFEITURE VERDICT

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*