UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                     v.<br><br>RICHARD AYVAZYAN,<br>   aka "Richard Avazian" and<br>        "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>   aka "Marietta Abelian"<br>     and<br>        "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>   aka "Arthur Ayvazyan,"<br>     and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>   aka "Mike Grigoryan," and<br>        "Anton Kudiumov,"<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN,<br>   aka "Edward Paronian" and<br>        "Edward Paronyan,"<br>     and<br>VAHE DADYAN,<br><br>                Defendants. | CR 2:20-579(A)-SVW<br><br>GOVERNMENT'S PROPOSED FORFEITURE<br>SPECIAL VERDICT FORMS |

     Plaintiff United States of America, by and through its counsel
of record, the Acting United States Attorney for the Central District
of California, Assistant United States Attorneys Scott Paetty,

Catherine Ahn, Brian Faerstein, Dan Boyle, and Department of Justice Trial Attorney Christopher Fenton, hereby submits the government's proposed verdict form with respect to defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, and Vahe Dadyan.

Dated: June 27, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        _____/s/_____
                                        DAN G. BOYLE

                                        CATHERINE AHN
                                        SCOTT PAETTY
                                        BRIAN FAERSTEIN
                                        Assistant United States Attorneys
                                        CHRISTOPHER FENTON
                                        Department of Justice Trial Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          CR 2:20-579(A)-SVW

11              Plaintiff,              FORFEITURE SPECIAL VERDICT FORM=
                                        FOR DEFENDANT RICHARD AYVAZYAN
12                 v.

13   RICHARD AYVAZYAN,
     MARIETTA TERABELIAN,
14   ARTUR AYVAZYAN,
     TAMARA DADYAN,
15   MANUK GRIGORYAN,
     ARMAN HAYRAPETYAN,
16   EDVARD PARONYAN,
     VAHE DADYAN,
17
18              Defendants.

19

20

21

22

23

24

25

26

27

28

                                        3

We, the jury in the above-captioned case, present the following unanimous verdict as to defendant RICHARD AYVAZYAN:

### COUNT ONE

Following the guilty verdict against Defendant RICHARD AYVAZYAN on Count 1 of the First Superseding Indictment ("FSI"), the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

1. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

   YES ☐         NO ☐

   **Please proceed to Question 2.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

2. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

   YES ☐         NO ☐

4

**Please proceed to Question 3.**

All of the convicted defendant's right, title and interest in certain real property located in Palm Desert, California identified by Assessors Parcel Number 694-331-008

3.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 4.**

$74,557.79 in bank funds seized from Bank of America account number ending in 7695 held in the name of Allstate Towing & Transport LLC

4.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 5.**

$65,990.43 in bank funds seized from Bank of America account ending in '9700 in the name of Runyan Tax Service Inc.

5.  Do you unanimously find by the preponderance of the

evidence that this property is subject to forfeiture
because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offense
committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 6.**


$451,185.00 in U.S. Currency seized on November 5, 2020, in
various areas and backyard of a Tarzana, California
residence

6.   Do you unanimously find by the preponderance of the
evidence that this property is subject to forfeiture
because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offense
committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 7.**


$3,422.00 in U.S. Currency seized on November 20, 2020,
from Richard Ayvazyan and Marietta Terabelian at Miami
International Airport

7.   Do you unanimously find by the preponderance of the
evidence that this property is subject to forfeiture
because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offense
committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 8.**

One Audermars Piguet, Royal Oak 18 carat rose gold wrist watch, model 26331, serial number J52335

8.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐         NO  ☐

**Please proceed to Question 9.**

One Rolex Datejust stainless steel wrist watch, model 126334, serial number 4U95Z313

9.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐         NO  ☐

**Please proceed to Question 10.**

One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313

10.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐         NO  ☐

7

**Please proceed to Question 11.**

One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

11.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 12.**

One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

12.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐        NO  ☐

**Please proceed to Question 13.**

 One Rolex Day-Date watch, serial number W44P7238

13.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 14.**

Sixty Gold Bullion Coins

14. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offense
    committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 15.**

One 14 carat yellow gold 24" neck chain

15. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offense
    committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 16.**

One Pair of 14 carat white gold earrings with diamond studs

16. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offense
    committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 17.**

**COUNTS TWO THROUGH TWELVE, TWENTY-TWO, and TWENTY-FOUR**

Following the guilty verdict against Defendant RICHARD AYVAZYAN on Counts 2-12, 22, and 24 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

17.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

YES  ☐      NO  ☐

**Please proceed to Question 18.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

18.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

YES  ☐      NO  ☐

**Please proceed to Question 19.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

19.   Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds
      obtained directly or indirectly as a result of the offenses
      committed in Counts 2-12, 22, and 24?

      YES  ☐          NO  ☐

      **Please proceed to Question 20.**


$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

20.   Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds
      obtained directly or indirectly as a result of the offenses
      committed in Counts 2-12, 22, and 24?

      YES  ☐          NO  ☐

      **Please proceed to Question 21.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

21.   Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds

obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 22.**

$451,185.00 in U.S. Currency seized on November 5, 2020, in various areas and backyard of a Tarzana, California residence

22. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 23.**

$3,422.00.00 in U.S. Currency seized on November 20, 2020, from Richard Ayvazyan and Marietta Terabelian at the Miami International Airport

23. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 24.**

One Audermars Piguet, Royal Oak 18 carat rose gold wrist
watch, model 26331, serial number J52335

24.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12, 22, and 24?

     YES  ☐          NO  ☐

     **Please proceed to Question 25.**


One Rolex Datejust stainless steel wrist watch, model
126334, serial number 4U95Z313

25.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12, 22, and 24?

     YES  ☐          NO  ☐

     **Please proceed to Question 26.**


One Audemars Piguet, Royal Oak Offshore black ceramic wrist
watch, serial number K23313

26.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12, 22, and 24?

     YES  ☐          NO  ☐

13

**Please proceed to Question 27.**

One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

27. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

   YES  ☐        NO  ☐

   **Please proceed to Question 28.**

One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

28. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

   YES  ☐        NO  ☐

   **Please proceed to Question 29.**

   One Rolex Day-Date watch, serial number W44P7238

29. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 30.**

Sixty Gold Bullion Coins

30. Do you unanimously find by the preponderance of the
evidence that this property is subject to forfeiture
because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offenses
committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 31.**

One 14 carat yellow gold 24" neck chain

31. Do you unanimously find by the preponderance of the
evidence that this property is subject to forfeiture
because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offenses
committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 32.**

One Pair of 14 carat white gold earrings with diamond studs

32. Do you unanimously find by the preponderance of the
evidence that this property is subject to forfeiture
because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offenses
committed in Counts 2-12, 22, and 24?

YES ☐          NO ☐

**Please proceed to Question 33.**

### COUNTS THIRTEEN THROUGH TWENTY-ONE

Following the guilty verdict against Defendant RICHARD AYVAZYAN on Counts 13-21 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

33.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES  ☐        NO  ☐

**Please proceed to Question 34.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

34.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES  ☐        NO  ☐

**Please proceed to Question 35.**

16

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

35.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-21?

     YES  ☐          NO  ☐

     **Please proceed to Question 36.**

$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

36.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-21?

     YES  ☐          NO  ☐

     **Please proceed to Question 37.**

$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

37.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture

because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 38.**

$451,185.00 in U.S. Currency seized on November 5, 2020, in various areas and backyard of a Tarzana, California residence

38. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 39.**

$3,422.00.00 in U.S. Currency seized on November 20, 2020, from Richard Ayvazyan and Marietta Terabelian at the Miami International Airport

39. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 40.**

One Audermars Piguet, Royal Oak 18 carat rose gold wrist
watch, model 26331, serial number J52335

40.    Do you unanimously find by the preponderance of the
       evidence that this property is subject to forfeiture
       because it constitutes, or is derived from, proceeds
       obtained directly or indirectly as a result of the offenses
       committed in Counts 13-21?

       YES    ☐        NO    ☐

       **Please proceed to Question 41.**


One Rolex Datejust stainless steel wrist watch, model
126334, serial number 4U95Z313

41.    Do you unanimously find by the preponderance of the
       evidence that this property is subject to forfeiture
       because it constitutes, or is derived from, proceeds
       obtained directly or indirectly as a result of the offenses
       committed in Counts 13-21?

       YES    ☐        NO    ☐

       **Please proceed to Question 42.**


One Audemars Piguet, Royal Oak Offshore black ceramic wrist
watch, serial number K23313

42.    Do you unanimously find by the preponderance of the
       evidence that this property is subject to forfeiture
       because it constitutes, or is derived from, proceeds
       obtained directly or indirectly as a result of the offenses
       committed in Counts 13-21?

       YES    ☐        NO    ☐

**Please proceed to Question 43.**


One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

43. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 44.**


One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

44. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 45.**


 One Rolex Day-Date watch, serial number W44P7238

45. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 46.**

Sixty Gold Bullion Coins

46.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 47.**

One 14 carat yellow gold 24" neck chain

47.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 48.**

One Pair of 14 carat white gold earrings with diamond studs

48.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-21?

YES ☐          NO ☐

**Please proceed to Question 49.**

### COUNT TWENTY-SIX

Following the guilty verdict against Defendant RICHARD AYVAZYAN on Count 26 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

49. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 50.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

50. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 51.**

All of the convicted defendant's right, title and interest in certain real property located in Palm Desert, California identified by Assessors Parcel Number 694-331-008

51. Do you unanimously find by a preponderance of the evidence

that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 52.**


$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

52.  Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 53.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

53.  Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 54.**


$451,185.00 in U.S. Currency seized on November 5, 2020, in
various areas and backyard of a Tarzana, California
residence

54.  Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is

property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 55.**

$3,422.00.00 in U.S. Currency seized on November 20, 2020, from Richard Ayvazyan and Marietta Terabelian at the Miami International Airport

55.  Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 56.**

One Audermars Piguet, Royal Oak 18 carat rose gold wrist watch, model 26331, serial number J52335

56.  Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 57**

One Rolex Datejust stainless steel wrist watch, model 126334, serial number 4U95Z313

57.  Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 58.**

One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313

58. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 59.**

One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

59. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 60.**

One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

60. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 61.**

One Rolex Day-Date watch, serial number W44P7238

61. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is

property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 62.**

Sixty Gold Bullion Coins

62. Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 63.**

One 14 carat yellow gold 24" neck chain

63. Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 64.**

One Pair of 14 carat white gold earrings with diamond studs

64. Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

_____          _____
DATED                            FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>ARTUR AYVAZYAN,<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>ARMAN HAYRAPETYAN,<br>EDVARD PARONYAN,<br>VAHE DADYAN,<br><br>          Defendants. | CR 2:20-579(A)-SVW<br><br>FORFEITURE SPECIAL VERDICT FORM=<br>FOR DEFENDANT ARTUR AYVAZYAN |

28

We, the jury in the above-captioned case, present the following unanimous verdict as to defendant ARTUR AYVAZYAN:

### COUNT ONE

Following the guilty verdict against Defendant ARTUR AYVAZYAN on Count 1 of the First Superseding Indictment ("FSI"), the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

1.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

    YES  ☐          NO  ☐

    **Please proceed to Question 2.**


All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

2.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

    YES  ☐          NO  ☐

    **Please proceed to Question 3.**

1   All of the convicted defendant's right, title and interest

2   in certain real property located in Palm Desert, California

3   identified by Assessors Parcel Number 694-331-008

4   3.   Do you unanimously find by the preponderance of the

5        evidence that this property is subject to forfeiture

6        because it constitutes, or is derived from, proceeds

7        obtained directly or indirectly as a result of the offense

8        committed in Count 1?

9        YES  ☐          NO  ☐

10       **Please proceed to Question 4.**

11

12  $74,557.79 in bank funds seized from Bank of America

13  account number ending in 7695 held in the name of Allstate

14  Towing & Transport LLC

15  4.   Do you unanimously find by the preponderance of the

16       evidence that this property is subject to forfeiture

17       because it constitutes, or is derived from, proceeds

18       obtained directly or indirectly as a result of the offense

19       committed in Count 1?

20       YES  ☐          NO  ☐

21       **Please proceed to Question 5.**

22

23  $65,990.43 in bank funds seized from Bank of America

24  account ending in '9700 in the name of Runyan Tax Service

25  Inc.

26  5.   Do you unanimously find by the preponderance of the

27       evidence that this property is subject to forfeiture

28       because it constitutes, or is derived from, proceeds

obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 6.**


$12,520.00 in U.S. Currency seized on November 5, 2020, in Encino, California, at the residence of defendant Artur Ayvazyan and Tamara Dadyan

6.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

    YES ☐          NO ☐

    **Please proceed to Question 7.**


## COUNTS TWO THROUGH TWELVE and TWENTY-FOUR

Following the guilty verdict against Defendant ARTUR AYVAZYAN on Counts 2-12 and 24 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

7.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12 and 24?

YES ☐          NO ☐

**Please proceed to Question 8.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

8.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12 and 22?

YES ☐          NO ☐

**Please proceed to Question 9.**

All of the convicted defendant's right, title and interest in certain real property located in Palm Desert, California identified by Assessors Parcel Number 694-331-008

9.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12 and 22?

YES ☐          NO ☐

**Please proceed to Question 10.**

$74,557.79 in bank funds seized from Bank of America account number ending in 7695 held in the name of Allstate Towing & Transport LLC

10.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12 and 22?
     YES  ☐         NO  ☐
     **Please proceed to Question 11.**

$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

11.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12 and 22?
     YES  ☐         NO  ☐
     **Please proceed to Question 12.**

$12,520.00 in U.S. Currency seized on November 5, 2020, in
Encino, California, at the residence of defendant Artur
Ayvazyan and Tamara Dadyan

12.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12 and 22?
     YES  ☐         NO  ☐

**Please proceed to Question 13.**

## COUNTS THIRTEEN THROUGH TWENTY

Following the guilty verdict against Defendant ARTUR AYVAZYAN on Counts 13-20 of the FSI, the government seeks forfeiture of the following property:

> All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

13. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

    YES ☐       NO ☐

    **Please proceed to Question 14.**

> All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

14. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

    YES ☐       NO ☐

    **Please proceed to Question 15.**

All of the convicted defendant's right, title and interest in certain real property located in Palm Desert, California identified by Assessors Parcel Number 694-331-008

15. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES ☐        NO ☐

**Please proceed to Question 16.**

$74,557.79 in bank funds seized from Bank of America account number ending in 7695 held in the name of Allstate Towing & Transport LLC

16. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES ☐        NO ☐

**Please proceed to Question 17.**

$65,990.43 in bank funds seized from Bank of America account ending in '9700 in the name of Runyan Tax Service Inc.

17. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture

because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES ☐          NO ☐

**Please proceed to Question 18.**


$12,520.00 in U.S. Currency seized on November 5, 2020, in Encino, California, at the residence of defendant Artur Ayvazyan and Tamara Dadyan

18.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES ☐          NO ☐

**Please proceed to Question 19.**


<u>**COUNT TWENTY-SIX**</u>

Following the guilty verdict against Defendant ARTUR AYVAZYAN on Count 26 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

19.  Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐          NO ☐

1

2

**Please proceed to Question 20.**

All of the convicted defendant's right, title and interest
in certain real property located in Glendale, California
identified by Assessors Parcel Number 5663-036-033

20.  Do you unanimously find by a preponderance of the evidence
     that this property is subject to forfeiture because it is
     property involved in the offense committed in Count 26?

     YES ☐          NO ☐

     **Please proceed to Question 21.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

21.  Do you unanimously find by a preponderance of the evidence
     that this property is subject to forfeiture because it is
     property involved in the offense committed in Count 26?

     YES ☐          NO ☐

     **Please proceed to Question 22.**

$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

22.  Do you unanimously find by a preponderance of the evidence
     that this property is subject to forfeiture because it is
     property involved in the offense committed in Count 26?

     YES ☐          NO ☐

     **Please proceed to Question 23.**

$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

23.  Do you unanimously find by a preponderance of the evidence
     that this property is subject to forfeiture because it is
     property involved in the offense committed in Count 26?

     YES ☐        NO ☐

     **Please proceed to Question 24.**

$12,520.00 in U.S. Currency seized on November 5, 2020, in
Encino, California, at the residence of defendant Artur
Ayvazyan and Tamara Dadyan

24.  Do you unanimously find by a preponderance of the evidence
     that this property is subject to forfeiture because it is
     property involved in the offense committed in Count 26?

     YES ☐        NO ☐

_____          _____
DATED                            FOREPERSON

38

1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          CR 2:20-579(A)-SVW

12            Plaintiff,               FORFEITURE SPECIAL VERDICT FORM=
                                       FOR DEFENDANT MARIETTA TERABELIAN
13                 v.

14  RICHARD AYVAZYAN,
    MARIETTA TERABELIAN,
15  ARTUR AYVAZYAN,
    TAMARA DADYAN,
16  MANUK GRIGORYAN,
    ARMAN HAYRAPETYAN,
17  EDVARD PARONYAN,
    VAHE DADYAN,
18
19            Defendants.

20

21

22

23

24

25

26

27

28

We, the jury in the above-captioned case, present the following unanimous verdict as to defendant MARIETTA TERABELIAN:

### COUNT ONE

Following the guilty verdict against Defendant MARIETTA TERABELIAN on Count 1 of the First Superseding Indictment ("FSI"), the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

1.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 2.**


All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

2.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 3.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

3.    Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds
      obtained directly or indirectly as a result of the offense
      committed in Count 1?

      YES  ☐          NO  ☐

      **Please proceed to Question 4.**


$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

4.    Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds
      obtained directly or indirectly as a result of the offense
      committed in Count 1?

      YES  ☐          NO  ☐

      **Please proceed to Question 5.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

5.    Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds

obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 6.**


$451,185.00 in U.S. Currency seized on November 5, 2020, in various areas and backyard of a Tarzana, California residence

6.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 7.**


$3,422.00 in U.S. Currency seized on November 20, 2020, from Richard Ayvazyan and Marietta Terabelian at Miami International Airport

7.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES ☐          NO ☐

**Please proceed to Question 8.**

One Audermars Piguet, Royal Oak 18 carat rose gold wrist watch, model 26331, serial number J52335

8.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

     YES  ☐        NO  ☐

     **Please proceed to Question 9.**

One Rolex Datejust stainless steel wrist watch, model 126334, serial number 4U95Z313

9.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

     YES  ☐        NO  ☐

     **Please proceed to Question 10.**

One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313

10.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

     YES  ☐        NO  ☐

43

**Please proceed to Question 11.**

One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

11. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐          NO  ☐

**Please proceed to Question 12.**

One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

12. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐          NO  ☐

**Please proceed to Question 13.**

One Rolex Day-Date watch, serial number W44P7238

13. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

YES  ☐            NO  ☐

**Please proceed to Question 14.**

Sixty Gold Bullion Coins

14.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offense
     committed in Count 1?

YES  ☐            NO  ☐

**Please proceed to Question 15.**

One 14 carat yellow gold 24″ neck chain

15.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offense
     committed in Count 1?

YES  ☐            NO  ☐

**Please proceed to Question 16.**

One Pair of 14 carat white gold earrings with diamond studs

16.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offense
     committed in Count 1?

YES  ☐            NO  ☐

45

**Please proceed to Question 17.**

### COUNTS TWO THROUGH TWELVE

Following the guilty verdict against Defendant MARIETTA TERABELIAN on Counts 2-12 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

17. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

    YES  ☐        NO  ☐

    **Please proceed to Question 18.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

18. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

    YES  ☐        NO  ☐

    **Please proceed to Question 19.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

19. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offenses
    committed in Counts 2-12?

    YES  ☐        NO  ☐

    **Please proceed to Question 20.**


$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

20. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offenses
    committed in Counts 2-12?

    YES  ☐        NO  ☐

    **Please proceed to Question 21.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

21. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds

47

obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐        NO ☐

**Please proceed to Question 22.**

$451,185.00 in U.S. Currency seized on November 5, 2020, in various areas and backyard of a Tarzana, California residence

22. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐        NO ☐

**Please proceed to Question 23.**

$3,422.00.00 in U.S. Currency seized on November 20, 2020, from Richard Ayvazyan and Marietta Terabelian at the Miami International Airport

23. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐        NO ☐

**Please proceed to Question 24.**

One Audermars Piguet, Royal Oak 18 carat rose gold wrist watch, model 26331, serial number J52335

24. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 25.**

One Rolex Datejust stainless steel wrist watch, model 126334, serial number 4U95Z313

25. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 26.**

One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313

26. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 27.**

One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

27. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 28.**

One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

28. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 29.**

One Rolex Day-Date watch, serial number W44P7238

29. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 30.**

Sixty Gold Bullion Coins

30.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 31.**


One 14 carat yellow gold 24" neck chain

31.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 32.**


One Pair of 14 carat white gold earrings with diamond studs

32.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 2-12?

YES ☐          NO ☐

**Please proceed to Question 33.**

### COUNTS THIRTEEN THROUGH TWENTY

Following the guilty verdict against Defendant MARIETTA TERABELIAN on Counts 13-20 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

33.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES  ☐        NO  ☐

**Please proceed to Question 34.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

34.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES  ☐        NO  ☐

**Please proceed to Question 35.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

35.   Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds
      obtained directly or indirectly as a result of the offenses
      committed in Counts 13-20?

      YES  ☐         NO  ☐

      **Please proceed to Question 36.**


$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

36.   Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture
      because it constitutes, or is derived from, proceeds
      obtained directly or indirectly as a result of the offenses
      committed in Counts 13-20?

      YES  ☐         NO  ☐

      **Please proceed to Question 37.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

37.   Do you unanimously find by the preponderance of the
      evidence that this property is subject to forfeiture

because it constitutes, or is derived from, proceeds
obtained directly or indirectly as a result of the offenses
committed in Counts 13-20?

YES  ☐          NO  ☐

**Please proceed to Question 38.**


$451,185.00 in U.S. Currency seized on November 5, 2020, in
various areas and backyard of a Tarzana, California
residence

38.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-20?

     YES  ☐          NO  ☐

     **Please proceed to Question 39.**


$3,422.00.00 in U.S. Currency seized on November 20, 2020,
from Richard Ayvazyan and Marietta Terabelian at the Miami
International Airport

39.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 13-20?

     YES  ☐          NO  ☐

     **Please proceed to Question 40.**

One Audemars Piguet, Royal Oak 18 carat rose gold wrist watch, model 26331, serial number J52335

40.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES  ☐          NO  ☐

**Please proceed to Question 41.**

One Rolex Datejust stainless steel wrist watch, model 126334, serial number 4U95Z313

41.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES  ☐          NO  ☐

**Please proceed to Question 42.**

One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313

42.  Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 13-20?

YES  ☐         NO  ☐

**Please proceed to Question 43.**


One Audemars Piguet Royal Oak Offshore black ceramic wrist
watch, serial number LU44845K

43. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offenses
    committed in Counts 13-20?

    YES  ☐         NO  ☐

    **Please proceed to Question 44.**


One Audemars Piguet Royal Oak stainless steel wrist watch,
serial number LW3397N

44. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offenses
    committed in Counts 13-20?

    YES  ☐         NO  ☐

    **Please proceed to Question 45.**


 One Rolex Day-Date watch, serial number W44P7238

45. Do you unanimously find by the preponderance of the
    evidence that this property is subject to forfeiture
    because it constitutes, or is derived from, proceeds
    obtained directly or indirectly as a result of the offenses

committed in Counts 13-20?

YES ☐          NO ☐

**Please proceed to Question 46.**


                    Sixty Gold Bullion Coins

46.   Do you unanimously find by the preponderance of the

      evidence that this property is subject to forfeiture

      because it constitutes, or is derived from, proceeds

      obtained directly or indirectly as a result of the offenses

      committed in Counts 13-20?

YES ☐          NO ☐

**Please proceed to Question 47.**


              One 14 carat yellow gold 24" neck chain

47.   Do you unanimously find by the preponderance of the

      evidence that this property is subject to forfeiture

      because it constitutes, or is derived from, proceeds

      obtained directly or indirectly as a result of the offenses

      committed in Counts 13-20?

YES ☐          NO ☐

**Please proceed to Question 48.**


 One Pair of 14 carat white gold earrings with diamond studs

48.   Do you unanimously find by the preponderance of the

      evidence that this property is subject to forfeiture

      because it constitutes, or is derived from, proceeds

      obtained directly or indirectly as a result of the offenses

      committed in Counts 13-20?

YES ☐          NO ☐

**Please proceed to Question 49.**

## COUNT TWENTY-SIX

Following the guilty verdict against Defendant MARIETTA TERABELIAN on Count 26 of the FSI, the government seeks forfeiture of the following property:

> All of the convicted defendant's right, title and interest
> in certain real property located in Tarzana, California
> identified by Assessors Parcel Number 2176-029-031

49.  Do you unanimously find by a preponderance of the evidence
      that this property is subject to forfeiture because it is
      property involved in the offense committed in Count 26?

      YES ☐          NO ☐

      **Please proceed to Question 50.**

> All of the convicted defendant's right, title and interest
> in certain real property located in Glendale, California
> identified by Assessors Parcel Number 5663-036-033

50.  Do you unanimously find by a preponderance of the evidence
      that this property is subject to forfeiture because it is
      property involved in the offense committed in Count 26?

      YES ☐          NO ☐

      **Please proceed to Question 51.**

> All of the convicted defendant's right, title and interest
> in certain real property located in Palm Desert, California
> identified by Assessors Parcel Number 694-331-008

51.   Do you unanimously find by a preponderance of the evidence
      that this property is subject to forfeiture because it is
      property involved in the offense committed in Count 26?
      YES ☐       NO ☐
      **Please proceed to Question 52.**


$74,557.79 in bank funds seized from Bank of America
account number ending in 7695 held in the name of Allstate
Towing & Transport LLC

52.   Do you unanimously find by a preponderance of the evidence
      that this property is subject to forfeiture because it is
      property involved in the offense committed in Count 26?
      YES ☐       NO ☐
      **Please proceed to Question 53.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

53.   Do you unanimously find by a preponderance of the evidence
      that this property is subject to forfeiture because it is
      property involved in the offense committed in Count 26?
      YES ☐       NO ☐
      **Please proceed to Question 54.**


$451,185.00 in U.S. Currency seized on November 5, 2020, in
various areas and backyard of a Tarzana, California
residence

54.   Do you unanimously find by a preponderance of the evidence

that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 55.**


$3,422.00.00 in U.S. Currency seized on November 20, 2020,
from Richard Ayvazyan and Marietta Terabelian at the Miami
International Airport

55.   Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 56.**


One Audermars Piguet, Royal Oak 18 carat rose gold wrist
watch, model 26331, serial number J52335

56.   Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 57**


One Rolex Datejust stainless steel wrist watch, model
126334, serial number 4U95Z313

57.   Do you unanimously find by a preponderance of the evidence
that this property is subject to forfeiture because it is
property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 58.**

One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313

58. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐      NO ☐

**Please proceed to Question 59.**

One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K

59. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐      NO ☐

**Please proceed to Question 60.**

One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N

60. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐      NO ☐

**Please proceed to Question 61.**

One Rolex Day-Date watch, serial number W44P7238

61. Do you unanimously find by a preponderance of the evidence

that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 62.**


Sixty Gold Bullion Coins

62. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 63.**


One 14 carat yellow gold 24″ neck chain

63. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 64.**


One Pair of 14 carat white gold earrings with diamond studs

64. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐


_____        _____
DATED                        FOREPERSON

1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          CR 2:20-579(A)-SVW

12           Plaintiff,               FORFEITURE SPECIAL VERDICT FORM=
                                       FOR DEFENDANT VAHE DADYAN
13               v.

14  RICHARD AYVAZYAN,
    MARIETTA TERABELIAN,
15  ARTUR AYVAZYAN,
    TAMARA DADYAN,
16  MANUK GRIGORYAN,
    ARMAN HAYRAPETYAN,
17  EDVARD PARONYAN,
    VAHE DADYAN,
18
             Defendants.
19

20

21

22

23

24

25

26

27

28

We, the jury in the above-captioned case, present the following unanimous verdict as to defendant VAHE DADYAN:

**COUNT ONE**

Following the guilty verdict against Defendant VAHE DADYAN on Count 1 of the First Superseding Indictment ("FSI"), the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

1. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

   YES ☐          NO ☐

   **Please proceed to Question 2.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

2. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offense committed in Count 1?

   YES ☐          NO ☐

   **Please proceed to Question 3.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

3.   Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offense
     committed in Count 1?

     YES  ☐          NO  ☐

     **Please proceed to Question 4.**


$65,990.43 in bank funds seized from Bank of America
account ending in '9700 in the name of Runyan Tax Service
Inc.

4.   Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offense
     committed in Count 1?

     YES  ☐          NO  ☐

     **Please proceed to Question 6.**


### COUNTS SEVEN THROUGH TWELVE

Following the guilty verdict against Defendant VAHE DADYAN on
Counts 7-12 of the FSI, the government seeks forfeiture of the
following property:

65

All of the convicted defendant's right, title and interest
in certain real property located in Tarzana, California
identified by Assessors Parcel Number 2176-029-031

5.   Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 7-12?

     YES  ☐          NO  ☐

     **Please proceed to Question 6.**

All of the convicted defendant's right, title and interest
in certain real property located in Glendale, California
identified by Assessors Parcel Number 5663-036-033

6.   Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 7-12?

     YES  ☐          NO  ☐

     **Please proceed to Question 7.**

All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

7.   Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds

obtained directly or indirectly as a result of the offenses committed in Counts 7-12?

YES ☐          NO ☐

**Please proceed to Question 8.**

$65,990.43 in bank funds seized from Bank of America account ending in '9700 in the name of Runyan Tax Service Inc.

8.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 7-12?

YES ☐          NO ☐

**Please proceed to Question 9.**

## COUNTS EIGHTEEN THROUGH TWENTY

Following the guilty verdict against Defendant VAHE DADYAN on Counts 18-20 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

9.   Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses

67

committed in Counts 18-20?

YES  ☐          NO  ☐

**Please proceed to Question 10.**


All of the convicted defendant's right, title and interest
in certain real property located in Glendale, California
identified by Assessors Parcel Number 5663-036-033

10.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 18-20?

YES  ☐          NO  ☐

**Please proceed to Question 11.**


All of the convicted defendant's right, title and interest
in certain real property located in Palm Desert, California
identified by Assessors Parcel Number 694-331-008

11.  Do you unanimously find by the preponderance of the
     evidence that this property is subject to forfeiture
     because it constitutes, or is derived from, proceeds
     obtained directly or indirectly as a result of the offenses
     committed in Counts 18-20?

YES  ☐          NO  ☐

**Please proceed to Question 12.**

$65,990.43 in bank funds seized from Bank of America account ending in '9700 in the name of Runyan Tax Service Inc.

12. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in Counts 18-20?

YES ☐        NO ☐

**Please proceed to Question 13.**

### COUNT TWENTY-SIX

Following the guilty verdict against Defendant VAHE DADYAN on Count 26 of the FSI, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Tarzana, California identified by Assessors Parcel Number 2176-029-031

13. Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐        NO ☐

**Please proceed to Question 14.**

All of the convicted defendant's right, title and interest in certain real property located in Glendale, California identified by Assessors Parcel Number 5663-036-033

14. Do you unanimously find by a preponderance of the evidence

that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 15.**

All of the convicted defendant's right, title and interest in certain real property located in Palm Desert, California identified by Assessors Parcel Number 694-331-008

15.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐          NO ☐

**Please proceed to Question 16.**

$65,990.43 in bank funds seized from Bank of America account ending in '9700 in the name of Runyan Tax Service Inc.

16.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 26?

YES ☐          NO ☐

_____          _____
DATED                            FOREPERSON