TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:    Scott.Paetty@usdoj.gov
              Catherine.S.Ahn@usdoj.gov
              Brian.Faerstein@usdoj.gov

JOSEPH BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:    Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>    "Iuliia Zhadko," and<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>    "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan,"<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and<br>    "Anton Kudiumov," | No. CR 20-579(A)-SVW-(1), (2)<br><br>*EX PARTE* APPLICATION FOR EXPEDITED BRIEFING SCHEDULE REGARDING DEFENDANTS RICHARD AYVAZYAN'S AND MARIETTA TERABELIAN'S WAIVER OF *KASTIGAR* CLAIMS; DECLARATION OF CATHERINE AHN; PROPOSED ORDER |

1

|   |
|---|
| ARMAN HAYRAPETYAN, EDVARD PARONYAN, aka "Edvard Paronian" and "Edward Paronyan," and VAHE DADYAN, <br><br>    Defendants. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorneys Scott Paetty, Catherine Ahn, and Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, hereby files the government's <u>ex parte</u> application for an expedited briefing schedule regarding defendants Richard Ayvazyan's and Marietta Terabelian's waiver of their respective <u>Kastigar</u> claims based on the arguments defendants made and the evidence defendants affirmatively elicited during trial.

This <u>ex parte</u> application is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: June 28, 2021         Respectfully submitted,

                             TRACY L. WILKISON
                             Acting United States Attorney

                             SCOTT M. GARRINGER
                             Assistant United States Attorney
                             Chief, Criminal Division

                               /s/ Catherine Ahn
                             CATHERINE AHN
                             SCOTT PAETTY
                             BRIAN FAERSTEIN
                             Assistant United States Attorneys
                             CHRISTOPHER FENTON
                             Department of Justice Trial Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Following briefing, the Court deferred defendants Richard Ayvazyan's and Marietta Terabelian's requested Kastigar hearing until a date to be determined following their trial. (ECF 356.) The Court explained that "a post-trial Kastigar hearing will be more focused and tailored to the actual evidence in this case than a pre-trial hearing" and enable "the record [to become] concrete and not merely predictive." (Id. at 4 (quotations omitted).)

Now that the guilt-phase of the trial has concluded, there is a concrete record of the actual evidence introduced by the parties. Based on that record, the government believes defendants Richard Ayvazyan and Marietta Terabelian waived their respective Kastigar claims by affirmatively eliciting at trial purportedly tainted information, and making arguments at trial that necessarily implicated the existence of that information, that the Court found was compelled in violation of the Fifth Amendment. (ECF 296.) The government therefore requests the Court enter an order setting an expedited schedule to brief the issue of whether defendants waived their respective Kastigar claims.

Accordingly, the government proposes the following expedited briefing schedule:

- The government's initial submission is due by Tuesday, July 6, 2021;
- Defendants' response is due by Tuesday, July 13, 2021; and
- The government's reply is due by Tuesday, July 20, 2021.

The government respectfully requests that the Court wait until the issue of waiver is resolved before the Court schedules further

1

1  proceedings on the Kastigar issue to the extent such proceedings are
2  determined to be necessary and appropriate.