UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | 2:20-cr-00579-SVW | Date | June 23, 2021 |
|---|---|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | Hermineh Panossian & Liliya Boshyan | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton / Scott Paetty / Catherine Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | Ashwin J. Ram / Michael A. Keough / Nicholas P. Silverman / Megan Newcomer | X X X X | | X X X X |
| 2) Marietta Terabelian | X | | X | John L. Littrell / Ryan Fraser | X X | | X X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr. / Jennifer J. Wirsching | X X | | X X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

___ Day COURT TRIAL     6th Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.

X Exhibits identified       X Exhibits admitted

___ Government rests.     X Defendant(s) 1, 2, 3, and 8 rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___     ___ Not Guilty on count(s) ___

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists     ___ Filed Jury notes     ___ Filed Jury Instructions     ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.     Remand/Release# ___ issd.     Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to June 24, 2021 at 9:00 a.m. for further trial/further jury deliberation.

___ Other:

                                                            7 : 49
                                           Initials of Deputy Clerk    PMC

CR-78 (10/08)                  CRIMINAL MINUTES - TRIAL                  Page 1 of 1