UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - TRIAL

| Case No. | 2:20-cr-00579-SVW | Date | June 24, 2021 |
|---|---|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | Hermineh Panossian & Liliya Boshyan | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton / Scott Paetty / Catherine Ahn |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | Ashwin J. Ram / Michael A. Keough / Nicholas P. Silverman / Megan Newcomer | X/X/X/X | | X/X/X/X |
| 2) Marietta Terabelian | X | | X | John L. Littrell / Ryan Fraser | X/X | | X/X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr. / Jennifer J. Wirsching | X/X | | X/X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

____ Day COURT TRIAL        7th Day JURY TRIAL        ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   X Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified        ____ Exhibits admitted

____ Government rests.        ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) _____ is ____ granted ____ denied ____ submitted

X Closing arguments made        X Court instructs jury        X Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused        ____ Jury retires to deliberate        ____ Jury resumes deliberations

____ Finding by Court as follows:        ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s) _____        ____ Not Guilty on count(s) _____

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.   ____ Remand/Release# _____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

X Case continued to June 25, 2021 at 9:00 a.m. for further trial/further jury deliberation.

____ Other:

                                                                    7  :  11
                                              Initials of Deputy Clerk      PMC