NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Pg 1 of 3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. Richard Ayvazyan, et al., DEFENDANT(S) | CASE NUMBER: 2:20 CR 579 -SVW <br><br> RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
|---|---|

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ any _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

6/23/21
Date

Scott Paetty
Counsel for: ☒ Plaintiff  ☐ Defendant  ☐ UNITED STATES OF AMERICA

_____ 213-894-6527
Signature                     Telephone Number

6/23/21
Date

Ashwin J. Ram
Counsel for: ☐ Plaintiff  ☒ Defendant  ☐ Richard Ayvazyan

_____ 213-369-5934
Signature                     Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

6/25/21
Date

Clerk, U.S. District Court
By _____
Paul M.C(uz) Deputy Clerk

NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Pg 2 of 3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>Richard Ayvazyan, et al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:20 CR 579-SVW<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
|---|---|

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ any _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

6/23/21
Date

John L. Littrell
Counsel for: ☐ Plaintiff  ☒ Defendant  ☐ Marietta Terabelian

_____
Signature                           (949) 369-3720
                                    Telephone Number

6/23/21
Date

Thomas A. Meserau, Jr.
Counsel for: ☐ Plaintiff  ☒ Defendant  ☐ Artur Ayvazyan

_____
Signature                           310-738-1317
                                    Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

6/25/21
Date

Clerk, U.S. District Court
By _____
   Paul M. Cruz, Deputy Clerk

NAME & ADDRESS:

pg 3 of 3

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:20 CR 579-SVW |
| v. | |
| Richard Ayvazyan, et al., | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ any _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

6/23/21
Date

Peter Johnson
Counsel for: ☐ Plaintiff ☒ Defendant ☐ Vahe Dadyan

_[signature]_          (310) 295-1785
Signature               Telephone Number

June 23, 2021
Date

Counsel for: ☐ Plaintiff ☐ Defendant ☐ _____

Signature          Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

6/25/21
Date

Clerk, U.S. District Court
By _[signature]_
Paul M Cruz   Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING