UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Richard Ayvazyan, Marietta Terabelian,<br>Artur Ayvazyan, Vahe Dadyan<br><br>        Defendant(s). | ) Case No.: 2:20-cr-00579-SVW<br>)<br>) **JURY NOTE NUMBER:**<br>)<br>) Today's Date:<br>)<br>) Time: __1430__<br>)<br>)<br>)<br>) |

____  THE JURY HAS REACHED AN UNANIMOUS VERDICT

__X__  THE JURY REQUESTS THE FOLLOWING:

If someone is guilty of conspiracy, how much of an active participant must they be in the specific acts of wire fraud. E.G. If person one is not involved actively in the initial stages of wire fraud that person two perpetrates, but is ultimately a part of the conspiracy, is person one guilty of the wire fraud also.

SIGNED: REDACTED

FOREPERSON OF THE JURY