UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:20-cr-00579-SVW |
| Plaintiff(s), ) | |
| vs. ) | **JURY NOTE NUMBER:** |
| Richard Ayvazyan, Marietta Terabelian, ) | Today's Date: 6/25 |
| Artur Ayvazyan, Vahe Dadyan ) | Time: 3:25 pM |
| Defendant(s). ) | |

_____   THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

If we are unanimous on some counts but not others, what happens? If we believe unanimously an individual is guilty but, are divided on other individuals, what happens?

SIGNED: REDACTED

FOREPERSON OF THE JURY

To the Jury, At this point, you should continue your deliberations. The court can accept a partial verdict, but only if further deliberations would not enable you to reach a unanimous verdict on the defendants in the remaining counts. So, I at this time encourage you to further deliberate.

Judge Wilson