UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff(s),<br><br>vs.<br><br>Richard Ayvazyan, Marietta Terabelian,<br>Artur Ayvazyan, Vahe Dadyan<br><br>Defendant(s). | ) Case No.: 2:20-cr-00579-SVW<br>)<br>) **JURY NOTE NUMBER:**<br>)<br>) Today's Date:<br>)<br>) Time: _____1630_____<br>) |

_____    THE JURY HAS REACHED AN UNANIMOUS VERDICT

__X__    THE JURY REQUESTS THE FOLLOWING:

Can we please deliberate until 6pm.
We are almost done and would like to
finish today

SIGNED: __REDACTED__

FOREPERSON OF THE JURY

To the Jury,
   Yes
      Judge Wilson