FILED
CLERK, U.S. DISTRICT COURT

JUN 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:20-cr-00579-SVW |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** |
| vs. | ) Today's Date: 6/25/2021 |
| Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Vahe Dadyan | ) Time: 18:00 |
| Defendant(s). | ) |

✓        THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____

SIGNED: _____REDACTED_____

FOREPERSON OF THE JURY