UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

JUN 2 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:20-cr-00579-SVW |
| Plaintiff(s), | ) |
| vs. | ) **JURY NOTE NUMBER:** |
| Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Vahe Dadyan | ) Today's Date: 6/28 |
| Defendant(s). | ) Time: 3:55 pm |

_____   THE JURY HAS REACHED AN UNANIMOUS VERDICT

__X__   THE JURY REQUESTS THE FOLLOWING:

The defense provided an option to choose a third option of partial siezure of funds. Is that actually an option and, if so, how do we calculate that?

SIGNED: REDACTED

FOREPERSON OF THE JURY

*To The Jurors,*

It is in your sole discretion whether the government has established the requisite connection between a count of conviction and a specific piece of property, and if so, the extent of that connection. While you may write in an amount, it is up to you to determine the amount connected to a count of conviction for any given property subject to forfeiture.

*This is the answer to note #1.*

*Judge Wilson*