UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:20-cr-00579-SVW |
| | ) |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** |
| | ) |
| vs. | ) Today's Date: |
| | ) |
| Richard Ayvazyan, Marietta Terabelian, | ) Time: _1700_____ |
| Artur Ayvazyan, Vahe Dadyan | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

X         THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____         THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED:_____REDACTED_____

FOREPERSON OF THE JURY