1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

4

5   UNITED STATES OF AMERICA,

6              Plaintiff,

7      vs.                         Case No. CR 20-579-SVW

8   RICHARD AYVAZYAN, et al,

9              Defendants.
   _____/

10

11

12                REPORTER'S TRANSCRIPT OF
              TRIAL - DAY 2 AFTERNOON SESSION
13               WEDNESDAY, JUNE 16, 2021
                      1:10 P.M.
14               LOS ANGELES, CALIFORNIA

15

16

17

18

19

20

21

22   _____

23        TERRI A. HOURIGAN, CSR NO. 3838, CCRR
            FEDERAL OFFICIAL COURT REPORTER
24         350 WEST FIRST STREET, ROOM 4311
           LOS ANGELES, CALIFORNIA  90012
25                (213) 894-2849

1                    APPEARANCES OF COUNSEL:

2

3  FOR THE PLAINTIFF:

4
       UNITED STATES ATTORNEY'S OFFICE
5      BY:  CATHERINE SUN AHN
            CHRISTOPHER FENTON
6           SCOTT PAETTY
       Assistant United States Attorneys
7      United States Courthouse
       312 North Spring Street
8      Los Angeles, California  90012

9

10  FOR THE DEFENDANT:  RICHARD AYVAZYAN

11     STEPTOE and JOHNSON
       BY: ASHWIN J. RAM
12     Attorney at Law
       633 West 5th Street, Suite 1900
13     Los Angeles, California 90071

14     STEPTOE and JOHNSON
       BY:  MEGHAN NEWCOMER
15     Attorney at Law
       1114 Avenue of the Americas
16     New York, New York  10036

17     STEPTO and JOHNSON
       BY:  MICHAEL A. KEOUGH
18     Attorney at Law
       1 Market Street, Spear Tower, Suite 3900
19     San Francisco, California  94105

20     STEPTO and JOHNSON
       NICHOLAS P. SILVERMAN
21     Attorney at Law
       1330 Connecticut Avenue, NW
22     Washington, D.C.  20036

23

24

25

```
1   Appearances (Cont.)

2   FOR THE DEFENDANT:  MARIETTA TERABELIAN

3       BIENERT KATZMAN LITTRELL WILLIAMS LLP
        BY:  JOHN LEWIS LITTRELL
4       Attorney at Law
        903 Calle Amenecer, Suite 350
5       San Clemente, California  92673

6       BIENERT KATZMAN LITTRELL WILLIAMS LLP
        BY:  RYAN VAUGHN FRASER
7       Attorney at Law
        601 West 5th Street, Suite 720
8       Los Angeles, California  90071

9   FOR THE DEFENDANT:  ARTUR AYVAZYAN

10      JENNIFER J. WIRSCHING
        Attorney at Law
11      1935 Alpha Road, Suite 216
        Glendale, California  91208

12

13  FOR THE DEFENDANT:  VAHE DADYAN

14      LAW OFFICE OF PETER JOHNSON
        BY:  PETER JOHNSON
15      Attorney at Law
        409 North Pacific Coast Highway, Suite 651
16      Redondo Beach, California  90277

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1                        WITNESS INDEX

 2                           * * *

 3   WITNESS NAME:                                 Page

 4   SHELLY AMBER ABRIL

 5       Direct Examination by Mr. Fenton
         Cross-Examination by Mr. Silverman          17
 6       Direct Examination by Mr. Silverman         19

 7
     NICHOLAS MASON FELANDO
 8
         Direct Examination by Mr. Paetty            23
 9       Cross-Examination by Mr. Ram               41
         Direct Examination by Mr. Ram              43
10

11   ADRIAN ROSADO, JR.

12       Direct Examination by Mr. Paetty            56
         Cross-Examination by Mr. Ram               63
13

14   THEODORA LOUISSANT

15       Direct Examination by Mr. Paetty            96
         Cross-Examination by Mr. Fraser            102
16       Redirect Examination by Mr. Paetty         113

17
     MARYLEE PEARL ROBINSON
18
         Direct Examination by Mr. Fenton           116
19

20

21

22

23

24

25
```

1                              **EXHIBIT INDEX**

2                                  * * *

3      **EXHIBIT NUMBER:**                          **Page**

4      **Government 3-E**                            **15**

5      **Government 3-I**                            **15**

6      **Government 44**                             **28**

7      **Government 76-B**                           **60**

8      **Government 76-A**                           **101**

9      **Defense 310**                               **105**

10     **Defense 302**                               **107**

11     **Government 115**                            **119**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 16, 2021

 2                          1:10 P.M.

 3                          --oOo--

 4

 5

 6              THE COURTROOM DEPUTY:  Okay.  Everybody, find your

 7    places.  The Judge is going to be coming out.

 8              THE COURTROOM DEPUTY:  All rise.

 9                   Please be seated and come to order.

10              THE COURT:  We are ready to proceed.

11              MR. PAETTY:  Your Honor, there is something I

12    requested to raise before the Court before the jury comes in.

13              THE COURT:  What's the issue, let's do it quickly.

14              MR. PAETTY:  Yes, Your Honor, quickly, it relates to

15    the testimony of a government witness that will appear this

16    afternoon.

17              THE COURT:  Well, why can't we wait until we get to

18    that point?

19              MR. PAETTY:  We can, Your Honor.  It may require a

20    sidebar.

21              THE COURT:  Well, I mean how -- when is that witness

22    going to appear, how many more witnesses like the ones we have

23    had are going to be called?

24              MR. PAETTY:  Two witnesses before that witness.

25              THE COURT:  Who is that witness?
```

1           MR. PAETTY:  Theodora Louissant.  It's a CBP officer

2   from Miami who found a credit card on defendant Terabelian.

3           THE COURT:  What is the issue, quickly?

4           MR. PAETTY:  Based upon defense counsel,

5   Mr. Fraser's opening statement, the government's concern there

6   may be some attempt to bring in Ms. Terabelian's explanation

7   for having the credit card.

8               That explanation is hearsay, Your Honor.  The

9   government is not going to bring it out on direct, and

10  moreover, if it were to come in, it would essentially be

11  testimonial.  And in that regard, it impacts a motion in limine

12  that the Court -- that the Court ruled in the government's

13  favor on regarding a prior conviction coming in for essentially

14  to impeach testimonial evidence that would becoming from the

15  CBP officer.

16          THE COURT:  It seems to me that an out of Court

17  statement by the defendant, that is exculpatory or explanatory

18  and is hearsay.

19          MR. PAETTY:  Correct, Your Honor.

20          THE COURT:  And not admissible.  The only reason the

21  statement is admissible is because if there is one, if it's

22  inculpatory, if it's a party admission.

23              You are correct.  Let's get the jury.

24          MR. JOHNSON:  This is Peter Johnson.  We filed for a

25  limiting instruction.

1          THE COURT:  I'm going to reject that.

2          MR. LITTRELL:  Your Honor, I would like to be heard

3   on the hearsay issue, it doesn't have to be now.  We do intend

4   to introduce that segment, we have a theory.

5          THE COURT:  I will hear from you then.

6              Let's get going.

7          MR. LITTRELL:  Okay.

8          THE COURT:  There are all of these motions in

9   limine, and they are still motions and issues; I mean, I will

10  address them all.  But I had hoped at extensive pretrial

11  proceedings these things would have been addressed.

12         MR. PAETTY:  I think that came up in opening

13  statement.

14         THE COURT:  Came up when?

15         MR. PAETTY:  That was raised in opening statement

16  from Mr. Faerstein.

17         THE COURT:  By the way, there was a proposed

18  instruction by the government about the effect of one

19  defendant's plea regarding the guilt or innocence of the other.

20  I intend to give modified version of that instruction to the

21  jury.

22              I'm not going to include the part that the

23  government wanted regarding the opening statement, because at

24  this point, I don't want to be critical of the opening

25  statement, but it was improper, and I will explain why at an

```
 1    appropriate time.
 2                   That ruling has nothing to do with the other
 3    issue regarding how the Terabelian defendant wants to use the
 4    statements that was referenced to in the opening statement.
 5                   In other words, the fact that Kauichko --
 6    what's his name, that Grigoryan used the name Kauichko at the
 7    apartment.
 8                   That is another issue I will get into and I
 9    have a suggestion as to how that should be dealt with, but I
10    have to explain that and will take some time.
11              MR. LITTRELL:  Very well.
12              THE COURTROOM DEPUTY:  Your Honor?
13              THE COURT:  Get the jury.
14              THE COURTROOM DEPUTY:  All rise.
15                   (The jury enters the courtroom.)
16              THE COURTROOM DEPUTY:  Please be seated.
17              THE COURT:  I'm going to give you -- before we call
18    the next witness -- an instruction.  As I told you at the
19    outset of the case, instructions are my responsibility, and
20    it's your duty to follow my instructions whether you agree with
21    it or not.
22                   I'm the decider of the law.  You are the
23    decider of the facts.
24                   And this is just one of many instructions that
25    I will give to you.  They are all important.
```

1          You are not to single out some and ignore

2    others.  They are all important.

3          But I think at this time it may be appropriate

4    to give you this very brief instruction.

5          During trial, you may have heard or will hear

6    a reference to a guilty plea agreement by an individual who was

7    not on trial.  I instruct you that any other person's decision

8    to plead guilty is a personal decision about his or her own

9    guilt.

10          You should not use any individual's decision

11   to plead guilty in any way as evidence against any of the

12   defendants on trial.

13          You have heard that other co-defendants were

14   charged in this case, and you should not speculate about the

15   reasons why co-defendants were not part of the trial.

16          All right.  And so now call the next witness.

17          MR. PAETTY:  The government calls Shelly Abril.

18          THE COURTROOM DEPUTY:  Please step forward.  Raise

19   your right hand.

20               (Oath was administered.)

21          THE WITNESS:  I do.

22          THE COURTROOM DEPUTY:  Thank you.  Watch your step.

23   State your full name and spell it for the record.

24          THE WITNESS:  Sure.  Shelly Amber Abril.  A-b-r-i-l.

25               SHELLY AMBER ABRIL,

```
 1                    having been duly sworn,

 2                     testified as follows:

 3                    DIRECT EXAMINATION

 4   BY MR. FENTON:

 5   Q    Good afternoon, Ms. Abril.  Can you tell us the state and

 6   city where you currently live?

 7   A    Rancho Cucamonga.

 8   Q    Are you currently employed?

 9   A    I am.

10   Q    Where do you work?

11   A    Gusto Payroll.

12   Q    What's Gusto?

13   A    It's a payroll company, so we offer payroll benefits HR

14   for about 100,000 customers, small businesses.

15   Q    And what is your title at Gusto?

16   A    The head of payroll compliance.

17   Q    And can you describe for the jury your duties and

18   responsibilities in that position?

19   A    Sure.  My team is responsible for tracking payroll,

20   requirements, legislation, statutory changes, regulatory

21   changes that happen, mainly for payroll tax filing purposes.

22   Q    Right.  Can you please describe for the jury what types of

23   services does Gusto provide for its customers?

24   A    Sure.  We offer payroll, so the act of paying out your

25   employees, you can also pay your contractors.
```

1        We handle your payroll tax filings, also, so when you pay

2   your employees there are taxes that are calculated on those

3   payrolls and those taxes need to be paid out to the government

4   at various times.  And tax returns are also due and we handle

5   those tax returns as well.

6        We offer benefits if customers want to take advantage of

7   that for their employees.  We also offer HR, if the customer so

8   chooses.

9   Q    So if somebody wanted to become a Gusto customer, how

10  would they go about doing that?

11  A    They would go online and set up their account themselves

12  and we have one-month free trial, typically.

13       Sometimes we run offers for other free services but

14  typically it's one month free trial for payroll and hopefully

15  if folks like what they see and they stay on.

16  Q    So these services are not free?

17  A    No.

18  Q    They are available for a fee to authorized users?

19  A    Correct.

20  Q    In the ordinary course of its business, does Gusto

21  maintain a record for each of the customers?

22  A    Yes, even for the demo accounts that haven't paid.

23  Q    How are these records maintained?

24  A    All electronic -- everything is in the cloud.  We prefer

25  to do everything electronically, unless the government requires

```
 1  paper, in which case, we will produce paper copies.
 2  Q    To your knowledge, are these records regularly updated?
 3  A    Absolutely, realtime and backed up.
 4  Q    And are the records searchable?
 5  A    They are.  Uh-huh.
 6  Q    In your position at Gusto, do you have access to those
 7  records as part of your job?
 8  A    I do.
 9  Q    And are you familiar with these records?
10  A    I am.
11  Q    Were you asked by the government to search Gusto's records
12  for certain -- to identify whether or not certain companies
13  were in fact Gusto customers?
14  A    Yes, I was.
15            MR. FENTON:  All right.  I'm going to show you
16  first -- well, Your Honor, permission to publish government
17  Exhibit 3-R?
18            THE COURT:  What is 3-R?
19            MR. FENTON:  It's a loan file, with a Gusto payroll
20  report.
21            THE COURT:  All right.
22  BY MR. FENTON:
23  Q    Ms. Abril, do you recognize this type of document?
24  A    Absolutely.
25  Q    Can you tell us what this is?
```

```
 1    A    This is a report that Gusto generated for customers that

 2    wanted to participate in the Paycheck Protection Program, which

 3    came out during COVID.  As a result of new legislation it gives

 4    employers an opportunity to get essentially a loan that can

 5    potentially be forgivable by the SBA to help them get through

 6    COVID.

 7    Q    So this is a special product that was prepared for Gusto

 8    for its clients for PPP?

 9    A    That's correct.

10    Q    That is the form of this document, correct?

11    A    That's correct.

12    Q    Okay.  Was VLA Construction a Gusto customer?

13    A    I did locate an account for VLA within Gusto records, yes.

14    Q    Did you look to see whether this particular report was

15    actually prepared by Gusto using Gusto software?

16    A    While it looks a lot like our report, the numbers don't

17    add up because VLA Construction never ran payroll in Gusto's

18    systems, so the figures that are on here are not accurate.

19    Q    So VLA Construction signed up for a customer account, but

20    never actually --

21              THE COURT:  What name would you give that company,

22    your voice trails off.

23              MR. FENTON:  VLA Construction.

24              THE COURT:  V as in Victor?

25              MR. FENTON:  V as in Victor.
```

15

```
1    BY MR. FENTON:
2    Q    So while VLA Construction was a customer, they did not
3    actually have any payroll activities on the customer account?
4    A    That's right.  They had added employees to their account
5    or what looked to be employees but never ran a payroll in our
6    system.
7              MR. FENTON:  Your Honor, permission to publish
8    Government 3-E?
9              THE COURT:  All right.
10         (Government Exhibit 3-E received into evidence.)
11   BY MR. FENTON:
12   Q    Ms. Abril, is this another Paycheck Protection Program
13   report document?
14   A    Yes.  That's right.
15   Q    Was Fiber One Media, Inc., a Gusto customer?
16   A    I tried to search for a customer with that name in our
17   records, but could not locate one.
18   Q    Okay.  And if Fiber One Media was not a paying customer
19   they would not be able to generate a report like this one; is
20   that correct?
21   A    That's correct, not using our software.
22   Q    Right.  Let's move on to the next exhibit.
23             MR. FENTON:  Your Honor, permission to publish to
24   the jury, Government Exhibit 3-I?
25         (Government Exhibit 3-I received into evidence.)
```

1           THE COURT:  Is this the same type of report?

2           MR. FENTON:  It's for a different company.

3           THE COURT:  Why can't you just ask her to move

4    things along whether they searched for the names of various

5    entities and whether she found them in Gusto's records.  Isn't

6    that the point?

7           MR. FENTON:  We can do that, Your Honor.

8           THE COURT:  Go ahead.

9    BY MR. FENTON:

10   Q    Ms. Abril, did you search a record for a company called

11   Mod Interiors?

12   A    Yes, I did.

13   Q    Did you determine whether or not Mod Interiors was a Gusto

14   customer?

15   A    I could not locate an account.

16   Q    How about the Hart Construction.  Was Hart Construction a

17   Gusto customer?

18   A    I could not locate a company with that name in our

19   records.

20   Q    How about Secureline Realty and Funding?

21   A    I could not.

22   Q    How about Redline Auto Collision?

23   A    I could not locate a company with that name in our

24   records.

25   Q    How about Redline Auto Mechanics?

```
1    A     No, sir.

2    Q     Runyan Tax Service, Inc.?

3    A     No, sir.

4    Q     Turing Info Solutions?

5    A     No.  I could not found him in our system.

6    Q     And Six Star Farms?

7    A     No, I could not find them in our system.

8              MR. FENTON:  Thank you, Ms. Abril.  No further

9    questions.

10             THE COURT:  Let me ask you, you looked at the

11   records for the companies that the government asked you to do,

12   correct?

13             THE WITNESS:  That's correct.

14             THE COURT:  None of them -- no other companies, just

15   those?

16             THE WITNESS:  Just those.

17             THE COURT:  Thank you.  Any cross-examination?

18             MR. SILVERMAN:  Yes, Your Honor.

19                       CROSS-EXAMINATION

20   BY MR. SILVERMAN:

21   Q    Good afternoon, Ms. Abril.

22   A    Good afternoon.

23   Q    Now, in conjunction with your Gusto work, you are

24   chairperson of something called Small Business Relief Council,

25   right?
```

UNITED STATES DISTRICT COURT

1   A      Right.

2   Q      Can you explain to the jury what is that?

3   A      Yeah, during COVID, we ran -- actually, they are still

4   doing it, I have my meeting scheduled tomorrow, we're meeting

5   across banks and other payroll companies and consultants.

6          THE COURT:  I'm having trouble hearing you.  Would

7   you hold the microphone up a little closer.  Get closer to it

8   and state your answer again?

9          THE WITNESS:  Absolutely.

10         THE COURT:  Would you state your answer again?

11         THE WITNESS:  So at the beginning, I can't remember

12  what month we started, but in June we started a Small Business

13  Relief Council to review issues with the Paycheck Protection

14  Program and compare notes across lenders, payroll companies,

15  and make sure we interpreted legislation correctly.

16              We also meet regularly with the SBA to provide

17  feedback to them on the program.

18  BY MR. SILVERMAN:

19  Q      And specifically, it was in response in the shifting

20  guidance, right?

21  A      That's true.  Yes.

22         MR. FENTON:  Objection, Your Honor.  With respect to

23  scope.

24         THE COURT:  Well meaning, are you taking her on as

25  your own witness now?

```
 1              MR. SILVERMAN:  Yes, Your Honor.  If necessary, we
 2   will call her out of order.
 3              THE COURT:  This is beyond cross-examination.
 4                   She was called for a very limited purpose.
 5                   If you wish to take her -- ask her questions
 6   as your witness, I'm fine with it to the extent it's relevant.
 7              MR. SILVERMAN:  Yes, Your Honor.  I will keep it
 8   relatively narrow here.
 9              THE COURT:  She is your witness.  Go ahead.
10                        DIRECT EXAMINATION
11   BY MR. SILVERMAN:
12   Q    Were there different ways in which the lenders interpreted
13   those regulations?
14   A    Within a narrow scope, yes.  There were times where we
15   were waiting for legislation to be clarified through formal
16   guidance.
17   Q    Has the Small Business Relief Council written any letters
18   to the government?
19   A    We have.
20   Q    Can you tell the jury about the subject matter of those
21   letters?
22   A    At various times, we were asking for clarity of direction
23   of the program, asking for additional guidance for support for
24   certain businesses that were left out of PPP.  So some
25   businesses weren't able to actually get a loan, and so we were
```

```
 1   addressing that as well.

 2   Q    Specifically, minority-owned business?

 3   A    That's exactly right.

 4   Q    Have you expressed different ways in which the rules were

 5   unclear in those letters?

 6   A    Yes, we have.

 7   Q    And do some of those rules relate to the number of

 8   employees?

 9             MR. FENTON:  Objection.  Leading, Your Honor.

10             THE COURT:  It is leading, but you can lead to a

11   point and then stop leading.

12             MR. SILVERMAN:  Yes, Your Honor.

13             THE COURT:  I will trust you to make the appropriate

14   cut.

15             MR. SILVERMAN:  Two questions and I will return to

16   the scope of the direct examination, and I will stop leading.

17   BY MR. SILVERMAN:

18   Q    What sort of clarity concerns have you raised with the

19   government?

20   A    Well, I wasn't prepared to speak on this today, so I don't

21   remember all of the contents of all of the letters we have

22   written.

23        Mainly, it was around addressing businesses that were left

24   out and accelerating the process for forgiveness of

25   applications, so getting loans forgiven quicker.
```

1    Q     And a final question on this topic?

2    A     Yes.

3    Q     Have any letters addressed lack of clarity surrounding the

4    definition of number of employees?

5    A     Maybe early on, but I don't think it was written by SBRC,

6    but I can't speak factually to that.  I just don't remember,

7    that was almost a year ago.

8              MR. SILVERMAN:  Your Honor, may I approach the

9    witness?

10             THE COURT:  Yes.

11             MR. SILVERMAN:  I'm going to ask you to read the

12   paragraph.

13             THE COURT:  Is this other than refresh?

14             MR. SILVERMAN:  No, Your Honor.  It's just

15   refreshing.

16             THE COURT:  Well then, ask her to read it to herself

17   and when she's finished, ask her if she now has a memory of

18   whatever you think she didn't have a memory before.

19             MR. SILVERMAN:  Yes, Your Honor.

20             THE COURT:  Go ahead.  You can do that and get your

21   paper.

22   BY MR. SILVERMAN:

23   Q     Does that refresh your recollection?

24   A     Yes, it does.

25   Q     Has the Small Business Relief Council raised the lack of

UNITED STATES DISTRICT COURT

```
 1    clarity regarding the number of employees definition?
 2    A    He asked this question you are asking regarding the second
 3    draw loans which came out in 2021.
 4    Q    Now, on direct examination, you testified regarding Gusto
 5    forms being used without their permission.  I'm changing gears
 6    here.
 7    A    Yes.
 8    Q    And specifically you testified regarding a company named
 9    VLA Construction?
10    A    That's right.
11    Q    That's a company run by a man named Manuk Grigoryan, isn't
12    it?
13              MR. FENTON:  Objection.
14              THE COURT:  Sustained.
15    BY MR. SILVERMAN:
16    Q    Did the government ask you to run searches for him?
17              THE COURT:  That's why I asked her the question at
18    the end of her examination to make it clear she was only asked
19    to look at the companies that the government asked her to do.
20    Further questions in that regard I would view as argument.
21              MR. SILVERMAN:  Yes, Your Honor.  No further
22    questions.
23              THE COURT:  Any other examination?  Thank you,
24    ma'am, thank you for being here.
25              THE WITNESS:  Thank you.
```

UNITED STATES DISTRICT COURT

```
1              THE COURT:  Give that back to the lawyer.  Call the
2    next witness.
3              MR. PAETTY:  Your Honor, United States calls
4    Nicholas Felando.
5              THE COURTROOM DEPUTY:  Please step forward.  Raise
6    your right hand.
7                      (Oath was administered.)
8              THE WITNESS:  I do.
9              THE COURTROOM DEPUTY:  Please be seated.
10             State your full name and spell it for the
11   record.
12             THE WITNESS:  My name is Nicholas Felando.  First
13   name is spelled N-i-c-h-o-l-a-s.  Middle name is Mason,
14   M-a-s-o-n.  And last name is spelled F-e-l-a-n-d-o.
15                      NICHOLAS MASON FELANDO,
16                      having been duly sworn,
17                       testified as follows:
18                        DIRECT EXAMINATION
19   BY MR. PAETTY:
20   Q    Good afternoon, Mr. Felando.  What is your job?
21   A    I'm a chief CBP officer for United States Custom and
22   Border Protection.
23   Q    What agency is that under?
24   A    Under the department of Homeland Security, within the
25   office of field operations.
```

```
1   Q    What does CBP do?
2   A    They safeguard our nation's borders, facilitate lawful
3   travel and trade, protecting from bad people and goods coming
4   into the country.
5   Q    What is your specific job at CBP?
6   A    It's a police, I'm in charge of a team of individuals.
7   Q    How long have you been chief?
8   A    For about nine months.
9   Q    Did you have any other jobs at CBP before then?
10  A    I was a supervisor and then before that, I was a regular
11  officer.
12  Q    How long have you been with CBP?
13  A    Since September of 2013.
14  Q    Do you go through training as part of that job?
15  A    Yes.  I spent five months at the federal law enforcement
16  training center in Glynco, Georgia.
17            MR. RAM:  Objection.  This line of inquiry on
18  training and experience, it's not relevant.
19            THE COURT:  Is it relevant to what you are going to
20  ask?
21            MR. PAETTY:  It establishes the credentials to do
22  what the government asked him to do, Your Honor.
23            THE COURT:  I see.  Go through it briefly.
24            MR. PAETTY:  Yes, Your Honor.
25  BY MR. PAETTY:
```

```
 1   Q     Just answer the question.  It's one question, Your Honor.
 2   A     Yes.  I spent five months at the federal law enforcement
 3   training center in Glynco, Georgia.
 4   Q     Were you part -- were you part of the investigation in
 5   this case?
 6   A     No, I was not.
 7   Q     Do you have any knowledge regarding the alleged criminal
 8   conduct in this case?
 9   A     No, I do not.
10   Q     Does CBP keep records related to travel into and out of
11   the United States?
12   A     Yes, they do.
13   Q     Is it part of your job to be familiar with travel records
14   that are kept by CBP?
15   A     Yes, it is.
16   Q     Have you heard of the term TECS records?
17   A     Yes, I have.
18   Q     Are you familiar with them?
19   A     Yes, I am familiar.
20   Q     How are you familiar with them?
21   A     I run TECS queries on a daily basis and I review the
22   system -- what the system generates after that.
23   Q     What is a TECS record?
24   A     TECS record, it could be anything from the encounter from
25   an individual traveling inbound or outbound.  It has Visa
```

1    information in there.  Other agents can also put in information

2    if it's a person of interest.

3    Q    Does it have information about residents?

4    A    Yes, it does.

5    Q    Citizenship?

6    A    Yes.

7    Q    Travel history?

8    A    Yes.

9    Q    Border crossing and Visa information records kept in the

10   TECS system?

11   A    Yes, they are.

12   Q    And are you familiar with how TECS records are maintained?

13   A    They are maintained in a database, yes, sir.

14   Q    Are you familiar with that database?

15   A    Yes.

16   Q    Do you have access to it?

17   A    Yes, I do.

18   Q    Is it searchable?

19   A    It is by people -- usually federal law enforcement, but

20   not to the general public.

21   Q    And do you know how to run searches on it?

22   A    Yes, I do.

23   Q    Did you conduct searches of the TECS database related to

24   your testimony today?

25   A    Yes, I did.

1  Q    Did you conduct any other searches other than what was

2  asked of you for this inquiry?

3  A    No, I did not.

4  Q    Did you conduct any analysis of any other names other than

5  what will be discussed today?

6  A    No, I did not.

7        MR. PAETTY:  Mr. Cruz, can we show the witness

8  Government's Exhibit No. 44?

9  BY MR. PAETTY:

10  Q    Do you recognize that document?

11  A    Yes, I do.

12  Q    How do you recognize it?

13  A    It was given to me to look over and to verify some

14  records.

15  Q    What is it?

16  A    It's a list of names, first, last, date of birth, and it

17  has a number corresponding with how many times that person has

18  entered and exited the country.

19  Q    Did you run searches in the TECS database for the names

20  that are listed in Exhibit 44?

21  A    Yes, I did.

22  Q    Is Exhibit 44 an accurate representation of the results of

23  the searches you ran?

24  A    Yes, it is.

25        MR. PAETTY:  Your Honor, move to admit Exhibit 44 as

```
 1   a record of a public agency under 8038 and 80310.
 2                    Permission to publish?
 3             THE COURT:  Yes.
 4          (Government Exhibit 44 was received into evidence.)
 5   BY MR. PAETTY:
 6   Q    So, Officer Felando, what is on page 1 here?
 7   A     It has a list of information regarding these individuals.
 8   It has last name, first name, date of birth and then it shows
 9   how many times they have crossed into the country during the
10   time frames of January 1st, 2006, through April 30th of 2021.
11   Q    So just to clarify, the last column crossing records, that
12   shows how many times a person crossed the border into the
13   United States between 2006 and 2021?
14   A    Yes, sir.
15   Q    I will direct you now to page 19.
16         So at the top of this document, it says U.S. Custom and
17   Border Protection, Department of Homeland Security, Visa
18   nonimmigrant.  What does that mean?
19   A    It means that what is displayed here is going to be
20   information regarding somebody's nonimmigrant Visa.
21   Q    So there is a photo attached here.  What is the
22   significance of that photo?
23   A    That photo is going to be -- was turned in at the
24   consulate or embassy abroad.  When they applied for Visa it has
25   to be a recent photo within the last 12 months.
```

1  Q     And so the person here whose photo that is attached to

2  that Visa is Iuliia Zhadko.  Is that the date of birth and the

3  gender of the Visa applicant?

4  A     Yes, it is.

5  Q     So directing you down a little further to the Visa issue

6  date.  What does that mean?

7  A     It's the date the Visa was actually issued to the

8  individual.

9  Q     There is an expiration date.  What is that?

10 A     That is a time frame for how long the Visa is going to be

11 valid for entry into the United States.

12 Q     So for the Iuliia Zhadko Visa, that Visa was valid

13 April 27, 2010, to September 6, 2010?

14 A     That's correct.

15 Q     In the middle of the screen it says Visa class, J-1,

16 exchange visitor.  What does that mean?

17 A     J-1 Visa is a student Visa for either exchange visitors or

18 research scholars for cultural experiences.

19 Q     There is a foil number, what is that?

20 A     That's a number that is issued by the consulate or

21 embassy.  It's obviously physically placed on Visa and it

22 corresponds to each individual's Visa.

23 Q     I cut it off a little, but there is a control number.  I

24 will try to get that.

25       What is a control number?

1  A    The control number is the first seven digits and are going

2  to be the J-1 date, so in this instance, 2010 is the year that

3  the Visa was issued, or when they applied for it actually, and

4  the 89th day of the year.  So this Visa was applied for

5  sometime in March or April of 2010.

6       I'm not sure what the last several numbers are.  I'm

7  assuming it's identification number given when they apply for

8  the Visa.

9  Q    So on the far left here, there is a column for Dos

10 Annotation.  What does that mean?

11 A    So the first line is an N number.  Every student is given

12 an N number by ICE within the SEVIS system.  Student exchange

13 visitor information system.

14      Below that it is showing a section of law 212(e) echo

15 showing the two-year rule does not apply.

16 Q    What does that mean?

17 A    So some individuals come as a J-1 Visa holder.  It's

18 mandatory after they perform their studies here in the U.S.

19 that they go and they stay home for a period of two years,

20 physical home residency.

21      Usually it's in a skillful position or if the person who

22 is sponsored by their government to come here.  That way they

23 bring those skills back to their home country, and they can

24 help their own home country.

25 Q    There is a SEVIS ID -- actually I think to the immediate

1  right of Dos Annotation, there is a FIN number.  What is that?

2  A    The fingerprint identification number that gets assigned

3  to an individual.

4  Q    Next to that is a SEVIS ID.  What is that?

5  A    The SEVIS program or it's a student exchange visitor

6  information system.  This is an ID number that is associated

7  with each individual student when they apply to be a student

8  here when they apply for different programs.

9  Q    So here at the bottom, again, the name is Iuliia Zhadko is

10  a female, and the date of birth.  There is a country code, a

11  city.  What does that signify?

12  A    It's going to be the information that she gave identifying

13  her nationality, her place of birth.

14  Q    I will take you now to page 2, of Exhibit 44.

15      So at the top of the screen, it says TECS person encounter

16  list.  What does that mean?

17  A    It's showing that this record is going to be listing how

18  many encounters this individual has had during the time frame

19  given.

20  Q    When you say "encounters" what do you mean by that?

21  A    Entries and exits into the country.

22  Q    So on this form, how many encounters does it state entries

23  and exits into the United States on this form?

24  A    Showing a total of two encounters, one inbound and one

25  outbound.

```
 1   Q      Where is that located?
 2   A      In the middle where it's showing the individual's name,
 3   there is a I/O.  I for inbound and O for outbound.
 4   Q      Where did this -- where did this party arrive and depart
 5   from?
 6   A      Iuliia Zhadko arrived in Chicago National Airport from
 7   Paris Charles de Gaulle on June 13th, 2010, on Air France.
 8   Q      How about -- what -- when did Iuliia Zhadko depart the
 9   United States?
10   A      The individual departed on September 13th, 2010, also from
11   Chicago and then arrived back in Paris.
12   Q      So according to this report, when was the last time that
13   Iuliia Zhadko was in the United States?
14   A      It could be September 13th, 2010.
15   Q      Based on this document, was there any other inbound
16   travel?
17   A      No, there is not.
18   Q      What is the date range of this search?
19   A      From January 1st, 2006, until April 30th of 2021.
20   Q      I will take you back to page 1.  You will see the second
21   name on the list, Anton Kudiumov.  It lists date of birth and
22   crossing records.
23   A      Yes, sir.
24   Q      How many crossings does it represent?
25   A      It shows four crossings.
```

1    Q    And the date range of the search?

2    A    Also January 1st, 2006, through April 30th of 2021.

3    Q    So does that reflect how many border crossings Anton

4    Kudiumov had in the United States?

5    A    That's correct.

6    Q    So Anton Kudiumov here -- is that the photo of him

7    attached to his Visa application?

8    A    Yes, sir.

9    Q    What's the Visa issue date?

10   A    The Visa issue date is March 17th of 2015.

11   Q    The expiration date?

12   A    September 10th of 2015.

13   Q    Was Anton Kudiumov an exchange student?

14   A    It's showing he was a J-1 exchange student.

15   Q    His date of birth is?

16   A    March 19th, 1994.

17   Q    Was he also issued a SEVIS ID number?

18   A    Yes, he was.

19   Q    And was he subject to the two-year Dos annotation rule?

20   A    No, he's not.

21   Q    What country was his passport issued from?

22   A    Russia.

23   Q    So this is a person encounter list for Anton Kudiumov.

24   It's the same date of birth we saw before.

25        And how many encounters -- how many encounters does this

1    reflect?

2    A    Showing a total of four encounters, two inbound and two

3    outbound.

4    Q    So according to these records, what was the travel history

5    of Anton Kudiumov into the United States?

6    A    Showing this individual entered the United States first on

7    May 26, 2014, departed on September 15, 2014.  Reentered on

8    May 25th, 2015, and departed on September 20th of 2015.

9    Q    According to this report, when was the last time Anton

10   Kudiumov was in the United States?

11   A    September 20th of 2015.

12   Q    Taking you to page 10 of this document, so here the name

13   -- last name Kauichko Viktoria.  There is a date of birth but

14   there is nothing else on the page.  What does that mean?

15   A    It means when this person was queried in the TECS system

16   with the spelling and this DOB, that there was no encounters

17   listed so there was no record of any entrances or departures.

18   Q    Just to note, the spelling of the first name Viktoria?

19   A    Yes, sir.

20   Q    Taking you to the next page, a different spelling of the

21   first name?  What is that?

22   A    So the query was ran with a different spelling of the

23   first name, and I believe the last name was spelled differently

24   as well.  And it came up with two different encounters, one

25   inbound and one outbound.

```
1   Q    Same date of birth?

2   A    Yes.

3   Q    What were the encounters here?

4   A    Showing an individual entered on May 25th, 2011, and

5   departed on September 22nd of 2011.

6   Q    So according to this record, how many times has Viktoria

7   Kauichko been in the United States?

8   A    Just one time.

9   Q    And when was the last time that Viktoria Kauichko was

10  here?

11  A    September 22nd of 2011.

12  Q    So here again, the photo that was submitted along with

13  Viktoria Kauichko's passport or Visa application?

14  A    Yes, sir.

15  Q    The Visa issue date for this?

16  A    Is April 28th, 2011.

17  Q    And when did that Visa expire?

18  A    September 6th of 2011.

19  Q    Was she also a student -- an exchange student?

20  A    Yes.  It's showing she was a J-1 exchange visitor student.

21  Q    Was she granted a SEVIS number?

22  A    Yes, she was.

23  Q    And what was the expiration date for her passport?

24  A    Showing her passport expired on March 30th of 2019.

25  Q    Where was that passport issued?
```

36

```
1   A     In Ukraine.
2   Q     So taking you to page 24 now, so at the top of the screen
3   there is a slightly different title.  It's a Visa immigrant
4   form.  What does that mean?
5   A     The individual for this record had an immigrant Visa
6   instead of a nonimmigrant Visa, so she has some type of Visa to
7   live and work inside the U.S.
8   Q     And that is for Anna Manukyan?
9   A     Yes, sir.
10  Q     Date of birth, November 2nd, 1984?
11  A     Yes, it is.
12  Q     What country did she come from?
13  A     Showing country of birth as Armenia.
14  Q     So it says Yerevan.
15  A     Yes.  Couple of lines over up and to the right showing
16  country of birth ARM, for Armenia, and Yerevan is a city in
17  Armenia.
18  Q     What was the expiration date of this Visa?
19  A     It showed an expiration of September 17th, 2015.
20  Q     So back to page 5.  Is the person encounter list, this is
21  the borders crossing form; is that correct?
22  A     Yes, sir.
23  Q     What was the date range of this search?
24  A     Date range January 1st, 2006, to April 30th, 2021.
25  Q     During that time frame, how many border crossings does
```

1  this document reveal for Anna Manukyan?

2  A    Total of four crossing, two inbound and two outbound.

3  Q    When were those?

4  A    She first entered the country on July 25th, 2015, exited

5  January 7, 2016.  She reentered July 5th, 2016, and exited

6  February 1st of 2017.

7            MR. RAM:  Objection, Your Honor.  Relevance, to the

8  extent of reading the exhibit.

9            THE COURT:  Excuse me?

10            MR. RAM:  Relevance objection to reading the

11  exhibit.

12            THE COURT:  Overruled.

13  BY MR. PAETTY:

14  Q    According to this document has Anna Manukyan been in the

15  United States since 2017?

16  A    No, she has not.

17  Q    Directing your attention to page 30 of Exhibit 44.  Medet

18  Murat, date of birth April 25th, 1994.

19        What was this Visa issue date?

20  A    Issued May 17th, 2016.

21  Q    Was he also an exchange student?

22  A    Yes, he was.

23  Q    Is he granted a SEVIS number?

24  A    Yes, he was.

25  Q    Going to page 9, a person encounter list.  Same name, same

1    date of birth.  How many border crossings does this show for

2    Medet Murat?

3    A    It shows a total of two crossings, one inbound and one

4    outbound.

5    Q    When were those?

6    A    He entered the country on May 31st, 2016, and departed on

7    September 13th of 2016.

8    Q    So, according to this document, when was the last time

9    that Medet Murat was in the United States?

10   A    September 13th of 2016.

11   Q    What sort of Visa did Luidya Kopytova have?

12   A    A student Visa.

13   Q    What was issue date for that document?

14   A    March 14th 2007.

15   Q    When did it expire?

16   A    September 1st, 2007.

17   Q    Where was it issued from?

18   A    Kiev, Ukraine.

19   Q    Date of birth is May 23rd, 1987?

20   A    That's correct.

21   Q    So the person encounter list for Lydiya Kopytova, how many

22   border crossings for her?

23   A    Showing a total of two crossings, one inbound and one

24   outbound.

25   Q    And what is the details of that?

```
 1   A    She entered the country on May 15th, 2007, and departed on
 2   August 24th, 2007.
 3   Q    According to this document has Ludiya Kopytova been in the
 4   United States since 2007?
 5   A    No, she has not.
 6   Q    Anna Dzukaeva.  What sort of Visa did she have?
 7   A    J-1 student Visa.
 8   Q    What was the issue date and expiration date?
 9   A    Issued on March 17th, 2015, with an expiration of
10   September 15, 2015.
11   Q    Where was it issued from?
12   A    It was issued in Moscow, Russia.
13   Q    When did it expire?
14   A    The Visa?
15   Q    Sorry, I have asked that.
16        So Anna Dzukaeva, same date of birth back to the person
17   encounter list.  How many border crossings does she show?
18   A    Showing a total of two crossings, one inbound and one
19   outbound.
20   Q    What were the dates of those?
21   A    Entered the country on May 9th, 2015, and departed
22   September 30th, 2015.
23   Q    According to this document, when was the --
24            MR. RAM:  Objection.  Relevance grounds.  We are
25   willing to stipulate to all crossings and information in these
```

 1    records.  Nothing is in dispute.

 2             THE COURT:  Well if we knew that before, so we have

 3    now consumed a great deal of time and you are now willing to

 4    stipulate to that, so okay.

 5                 If you are willing to stipulate to it, either

 6    you can read the information you find relevant to make it

 7    quicker, and let the witness remain in case there is any

 8    question.

 9             MR. PAETTY:  No further questions at this time, Your

10    Honor.

11             THE COURT:  All right.  Fine.

12                 A stipulation just means that the parties have

13    agreed that what they are stipulating to is fact, and it

14    doesn't require any further evidence.  Thank you, Officer.

15             MR. RAM:  Your Honor, I would like to cross-examine.

16             THE COURT:  Sorry, you have cross-examination.  My

17    apologies.

18             MR. RAM:  Just to clarify of the record, Your Honor,

19    we are stipulating that every word in that record is accurate,

20    so if it's in the document, it's accurate.  That is the

21    stipulation.

22             THE COURT:  Okay.

23             MS. AHN:  Can the Court clarify the rest of the

24    defendants also agree to the stipulation?

25             THE COURT:  Do they?

1          MR. MESEREAU:  Yes, Your Honor.

2          MS. WIRCHING:  Yes, Your Honor.

3          MR. JOHNSON:  Yes.

4                      CROSS-EXAMINATION

5    BY MR. RAM:

6    Q    Good afternoon, Officer Felando.  I'm not going to belabor

7    the point by walking you through the pages that we just

8    stipulated to in terms of border crossings and information, but

9    I would like to direct your attention just to your background.

10         You mentioned you were with CBP since September of 2013;

11   is that correct?

12   A    Yes, sir.

13   Q    Okay.  And you are a trained law enforcement officer; is

14   that right?

15   A    Yes, sir.

16   Q    Okay.  And you reviewed -- again, without getting into the

17   details -- you reviewed Exhibit 44 and helped compile and

18   prepare it; is that right?

19   A    I didn't -- it was just given to me.

20   Q    Okay.  Then you reviewed -- you put it into a database and

21   it spit out Exhibit 44; is that right, or you tell us how it

22   happened?

23   A    I was given that information, I was just to review it and

24   to make sure it was correct and accurate.

25   Q    Okay.  It is correct and accurate, right, we all agree?

1  A     Yes, sir.

2  Q     Did you notice any patterns when you were reviewing

3  Exhibit 44?

4          MR. PAETTY:  Objection.  Foundation, relevance.

5          THE COURT:  Are you now adopting this witness as

6  your own?

7          MR. RAM:  Your Honor, I'm simply asking this

8  witness --

9          THE COURT:  This witness was called for a very

10 limited witness.  The witness was asked to look at some records

11 and offer testimony.  The witness has done that.

12          This question is beyond the scope of the

13 direct and beyond the reason why the witness was called, but if

14 you have further questions you want to ask, I won't deny you

15 that opportunity, if they are relevant.  But you have to now

16 call the witness as your witness.

17          In other words, you have stipulated to the

18 accuracy.  Otherwise, I would have said it would have been

19 reasonable for you to cross-examine on competency, accuracy,

20 bias, and all of those things.

21          But the stipulation does away with that, so if

22 you are now asking for a pattern, I don't know where it's

23 going, I allow it at the inception, and see where and if it's

24 relevant.

25          MR. RAM:  Yes, Your Honor.

```
 1                      DIRECT EXAMINATION
 2   BY MR. RAM:
 3   Q    Okay.  Some of the same information you just talked about
 4   on direct, I just want to ask you if you were able to identify
 5   certain patterns.
 6        Okay.  So the first one is did you notice a pattern that
 7   these are all foreign exchange students?
 8   A    For the most part they were foreign exchange students.
 9   Q    Okay.  And did you notice a pattern that these are foreign
10   exchange students visiting over the summer months?
11   A    Yes.  I did notice that they were here through typically
12   May or June to September.
13   Q    Okay.  You also testified you have approximately five
14   months of training in law enforcement techniques?
15   A    That was just --
16             MS. PAETTY:  Objection.  Misstates the evidence.
17             THE COURT:  I don't know, he said he went to some
18   school, but ask the next question.
19   BY MR. RAM:
20   Q    Sure.  Do you have a training as a law enforcement
21   officer?
22   A    Yes, I do.
23   Q    Is part of that training -- are you aware of fraud
24   involving J-1 immigration Visa information?
25             MR. PAETTY:  Objection.  Beyond the scope.
```

44

```
1              THE COURT:  Sustained.
2              MR. RAM:  Your Honor, may I present the witness as
3    part of our direct now?
4              THE COURT:  I thought that was.
5              MR. RAM:  So we're calling the witness now, Your
6    Honor.
7              THE COURT:  But that question was objected to and
8    I'm sustaining the objection.
9              MR. RAM:  Understood, Your Honor, okay.
10   BY MR. RAM:
11   Q    You testified earlier, that part of your -- is it fair to
12   say part of your responsibility is to prevent and detect crime?
13   A    Yes, it is.
14   Q    Okay.  And as part of your law enforcement experience
15   preventing and detecting crime, are you familiar with a fraud
16   scheme involving -- in general, I'm not talking about this
17   case -- but in general, are you aware of the fraud scheme where
18   people buy and sell J-1 Visa immigration information?
19             MR. PAETTY:  Objection.  Beyond the scope.
20             THE COURT:  Well, that is not a proper objection now
21   because it is beyond the scope.
22             MR. PAETTY:  Objection.  Foundation, objection
23   relevance.
24             THE COURT:  Well, I don't know.  You heard the
25   question.
```

```
1              Do you have a personal basis to answer it
2    based upon something that you have done?
3              THE WITNESS:  No, I do not have any personal or in
4    my scope of my work.
5                   I do not know that people have been selling
6    J-1 information, if that was the question.
7              THE COURT:  So your objection is sustained.  No
8    foundation.
9    BY MR. RAM:
10   Q    So the question -- thank you -- the next question to you
11   is as part of your work with CBP, are you familiar with the
12   concept of people buying and selling J-1 Visa information to
13   further fraud --
14             MR. PAETTY:  Objection.  Your Honor.
15             MR. RAM:  I haven't finished the question, Your
16   Honor.  May I finish the question?
17             THE COURT:  Yes.
18   BY MR. RAM:
19   Q    As part of your work with CBP and your training and
20   experience, so independent of your own personal cases, right,
21   are you aware of the concept of people buying and selling J-1
22   Visa information to commit various fraud schemes including
23   credit card fraud?
24             MR. PAETTY:  Objection.  Foundation.  Beyond the
25   scope.
```

1          THE COURT:  Sustained.

2    BY MR. RAM:

3    Q    Are you familiar --

4          THE COURT:  If you are saying that people don't

5    follow rules of customs, you would have to concede that does

6    happen from time to time, right?

7          THE WITNESS:  Yes.  That's correct.

8          THE COURT:  All right.  I mean, so, to the point you

9    want to argue, you could argue it even without that.

10         MR. RAM:  I'm just trying --

11         THE COURT:  He doesn't have -- it seems like that is

12   not within the scope of what he does in his duties.

13         MR. RAM:  Okay.

14         THE COURT:  And being aware of something, in my

15   view, is not sufficiently relevant.

16         MR. RAM:  Your Honor, may I inquire as familiarity

17   with the practice as opposed to --

18         THE COURT:  Familiarity, I mean, do you investigate

19   fraud customs fraud?

20         THE WITNESS:  I don't do investigations like that.

21         THE COURT:  You do not?

22         THE WITNESS:  No.  It's mostly -

23         THE COURT:  All right.  He does not, so objection is

24   sustained.

25   BY MR. RAM:

```
1    Q     What kind of investigations do you do?
2    A     We're not an investigatory agency.
3    Q     CBP is not?
4    A     Not in my function.
5    Q     Do you assist with law enforcement functions in routing
6    and detecting crime?
7    A     I do.
8    Q     What are some examples of work you have done in that
9    capacity?
10   A     When people enter the country, if we find evidence,
11   whether through our interviews and they become some type of
12   transnational criminal organization, or they become some part
13   of that, we contact HSI or outside law enforcement agency and
14   we let them know what we found.  They come down and see if they
15   want to interview them, they can and maybe press charges.
16   Q     Okay.  Have you, in your own experience, or with those you
17   have worked with dealt with transnational organizations where
18   committing crimes by buying and selling identities?
19          MR. PAETTY:  Same objection as before relevance,
20   beyond the scope foundation.
21          THE COURT:  I mean, what I'm understanding from the
22   question and answer is this witness does not conduct
23   investigations.
24              Correct me, sir, if I have it incorrect, but
25   that when you notice in your records some issue that requires
```

```
 1    investigation, you notify an investigative agency, correct?
 2              THE WITNESS:  That's correct, sir.
 3              THE COURT:  And when that investigative agency does
 4    its investigation, they sometimes call upon you for record
 5    information?
 6              THE WITNESS:  That is correct.
 7              THE COURT:  And that's what you provide?
 8              THE WITNESS:  Yes, sir.
 9              THE COURT:  All right.  Do you interview people once
10    the investigation starts?
11              THE WITNESS:  If we think there is going to be some
12    type of criminal element we have to stop usually and defer to
13    HSI.
14              THE COURT:  So, in other words, you do not, you
15    refer it.
16              THE WITNESS:  We refer it if it has to do with the
17    person being a nonimmigrant or possibly not allowing to enter
18    the country.
19              THE COURT:  Just get to the bottom of it, from time
20    to time, you do see things which catch your attention as being
21    fraudulent and you refer them to an investigative agency,
22    correct?
23              THE WITNESS:  That is correct.
24              THE COURT:  That is your connection?
25              THE WITNESS:  Yes, sir.
```

```
1              THE COURT:  With that sort of situation?
2              THE WITNESS:  Yes, sir.
3              THE COURT:  I mean, doesn't that clarify it?
4              MR. RAM:  It does.  I would like to follow up on
5    that, Your Honor.
6    BY MR. RAM:
7    Q    His Honor asked you a moment ago, as part of your
8    responsibilities, if something catches your attention as fraud,
9    you would refer that to another law enforcement agency.  Did
10   you remember that question a moment ago?
11   A    Yes, sir.
12   Q    I would like to talk to you about some of those things
13   that may catch your attention as fraud in the scope of your
14   duties.
15             MR. PAETTY:  Objection.  Relevance, beyond the
16   scope.
17             THE COURT:  Overruled.
18   BY MR. RAM:
19   Q    Again, let me reiterate, I would like to talk to you about
20   some of those -- some of that conduct that catches your
21   attention as fraud in the scope of your duties.
22        The first one it concerns the fraudulent use or the
23   improper use of synthetic identities.  Is that something you
24   have worked on that caught your attention or you have referred
25   to a law enforcement agency?
```

UNITED STATES DISTRICT COURT

1          MR. PAETTY:  Same objection the Court sustained.

2          THE COURT:  Do you know what synthetic identities

3    means?

4          THE WITNESS:  I'm assuming it's fraudulent or

5    non-authentic, it's made up.

6          MR. PAETTY:  Speculation.

7          THE COURT:  I think we have covered it adequately.

8    And in my view, you have enough to argue from whenever you get

9    to that point.  That's it.

10         MR. RAM:  I will move on.  One last line of inquiry

11   of databases which the witness discussed, if I may?

12         THE COURT:  What is the last line?

13         MR. RAM:  The databases that are available to this

14   witness and CBP.

15         THE COURT:  No.  Because that is the same thing that

16   has been addressed several times so far.

17              It's been clear that the witness's access the

18   relevant databases based upon only the information given to it

19   by the government, so I mean that is clear, no one is arguing

20   that, and if that is the way you want to go, I'm not going to

21   allow it.

22              What other database has he looked at, I'm not

23   going to allow.

24         MR. RAM:  The question was going to be whatever

25   databases exist regarding synthetic identities and credit card

```
 1   fraud that is available to CBP.
 2            THE COURT:  Other than -- you were not asked to look
 3   at a particular database.
 4                 In other words, the government gave you
 5   certain names and gave you direction, correct?
 6            THE WITNESS:  That is correct.
 7            THE COURT:  And what generally was the direction?
 8            THE WITNESS:  They wanted me to put the names into a
 9   TECS system and do the same queries that were -- the same
10   record checks that were already given to me to verify that no
11   other records popped up or those are correct.
12            THE COURT:  I see.  Ask one question, so I have a
13   better idea where you are going.
14   BY MR. RAM:
15   Q    Did the government tell you which database to access, you
16   mentioned TECS, did they say specifically run this name in TECS
17   or did they say run these names through available databases to
18   you?
19   A    They asked me to verify the veracity of the documents that
20   were given to me, so by doing that, I ran an index.
21   Q    The veracity of the documents given to what you are
22   referring to?
23   A    The exhibit that was given, pages 1 through 44, or however
24   many pages it was.
25   Q    So they did not specify any particular database for you to
```

52

```
 1   review; is that correct?
 2   A     That's correct.
 3   Q     Okay.  Are you aware of other databases that exist that
 4   would yield information relevant to those same names?
 5               MR. PAETTY:  Objection.
 6               THE COURT:  Objection sustained.
 7   BY MR. RAM:
 8   Q     Who would we speak to if we wanted to learn more about
 9   fraudulent identities and CBP work in deterring and detecting
10   fraud and credit card fraud use?
11               MR. PAETTY:  Objection.  Relevance.
12               THE COURT:  Sustained.
13               MR. RAM:  Okay.  Did the government ask you if there
14   were any other resources available to you to identify who was
15   using these profiles you ran names for?
16               MR. PAETTY:  Objection.  Asked and answered,
17   relevance.
18               THE COURT:  Well, I mean, did the government direct
19   you in any way as to how you conducted your investigation of
20   the databases?
21               THE WITNESS:  No, they did not.
22               THE COURT:  Did they tell you which database to look
23   at?
24               THE WITNESS:  No, they did not.
25               THE COURT:  When you filed your report, did the
```

```
1    government ask you to look at other databases?
2              THE WITNESS:  No, they did not.
3              THE COURT:  In terms of what the government asked
4    you, are there databases to access other than the ones you are
5    testifying to?
6              THE WITNESS:  I'm sorry, can you please repeat the
7    question?
8              THE COURT:  I will say it again; in other words,
9    with respect to the question the government asked you about,
10   these particular parties, they asked you to access your
11   databases to see when they entered and left the country,
12   correct?
13             THE WITNESS:  Yes.
14             THE COURT:  And you have told us how you went about
15   that, and you looked at this database called TECS; is that what
16   it's called?
17             THE WITNESS:  TECS.
18             THE COURT:  What is it?
19             THE WITNESS:  TECS.
20             THE COURT:  TECS.  And the question I think is other
21   than this TECS database, were there other databases you could
22   have looked at to answer the question of when the parties that
23   the government asked you to examine left or entered the
24   country?
25             THE WITNESS:  Yes.  But those systems return the
```

1    results the same as TECS.

2              THE COURT:  Well, tell the lawyer what systems those

3    were other than TECS.

4              THE WITNESS:  It's called, like, ADAS, arrival and

5    departure system, it tracks inbound and outbound travel.

6    BY MR. RAM:

7    Q    A very similar question to what Your Honor just asked you,

8    were there other databases that would have revealed additional

9    information about the individuals you were asked to run?

10             MR. PAETTY:  Objection, Your Honor.  Same objection.

11             THE COURT:  He's asked the question, is that your

12   only one, inbound and outbound?

13             THE WITNESS:  Well, with regards to what I was asked

14   to look at.

15             THE COURT:  You could have looked at that, correct?

16             THE WITNESS:  Yes.

17             THE COURT:  Is that right?

18             THE WITNESS:  Yes.  I could have looked at that

19   system.

20             THE COURT:  All right.  He's answered.

21             MR. RAM:  No further questions, Your Honor.

22             THE COURT:  Anything further?

23                  Okay.  Thank you.

24                  Next witness.  Who is the next witness?

25             MR. PAETTY:  Your Honor, the next witness --

```
 1              THE COURT:  Is that the one we talked about?
 2              MR. PAETTY:  Yes, Your Honor.
 3              THE COURT:  Can you call someone else and then we
 4   can take that up at the recess?
 5              MR. PAETTY:  Yes, Your Honor.
 6              THE COURT:  That would be helpful to the Court.
 7              MR. PAETTY:  Yes, Your Honor.
 8                   Your Honor, the United States calls Adrian
 9   Rosado.
10              THE COURTROOM DEPUTY:  Please step forward.  Raise
11   your right hand.
12                   (Oath was administered.)
13              THE WITNESS:  Yes, sir.
14              THE COURTROOM DEPUTY:  Please be seated.  Watch your
15   step walking up, and then there is tape on that, step over the
16   tape.
17                   Please be seated.  State your full name and
18   spell it for the record.
19              THE WITNESS:  Adrian Rosado, Jr.  Spelling is
20   A-d-r-i-a-n.  Last name Rosado, R-o-s-a-d-o.  Junior.
21              THE COURTROOM DEPUTY:  B as in boy?
22              THE WITNESS:  D as in David.
23              THE COURT:  Thank you.  Go ahead.
24                   ADRIAN ROSADO, JR,
25                     having been duly sworn,
```

```
 1                         testified as follows:
 2                         DIRECT EXAMINATION
 3    BY MR. PAETTY:
 4    Q    Mr. Rosado, it's entirely up to you if you want to take
 5    your mask down, it's my understanding the Court allows that?
 6              THE COURT:  Yes.
 7    BY MR. PAETTY:
 8    Q    Good afternoon.  Mr. Rosado, what is your job?
 9    A    U.S. Customs and Border Protection officer.
10    Q    Where do you work?
11    A    I work at Miami International Airport.
12    Q    How long have you been a CBP officer?
13    A    I have been a CBP officer since 2015.
14    Q    Any other jobs with CBP?
15    A    Prior to being a CBP officer, I was also with the border
16    patrol agency with U.S. Customs and Border Protection starting
17    in 2013.
18    Q    What is your duties and responsibility as a CBP officer?
19    A    A CBP officer, my job is to enforce immigration, customs,
20    agricultural and federal laws and inspect travelers that arrive
21    in the part of the United States of America.
22    Q    Did you go through any training to do that job?
23    A    I did, sir.
24    Q    Can you describe that briefly, please?
25    A    In 2013, I attended the Border Patrol Academy in Artesia,
```

57

```
 1   New Mexico, which is approximately four months long.
 2        In 2015, I attended Customs and Border Protections Academy
 3   in Glynco, Georgia, which is also approximately four months
 4   long.
 5   Q    Taking you back to October 19th, 2020, were you on duty
 6   that day?
 7   A    Yes, sir.
 8   Q    Where were you on duty?
 9   A    At the Miami International Airport.
10   Q    Where in the airport?
11   A    Terminal J is our primary office.
12   Q    What time did you start work?
13   A    At 1500 hours, 3:00 p.m.
14   Q    3:00 p.m.?
15   A    Yes, sir.
16   Q    Are you familiar with a name Richard Ayvazyan?
17   A    Yes, sir.
18   Q    How are you familiar with that name?
19   A    On that particular date, Mr. Ayvazyan was a subject due to
20   inspection at Miami International Airport.
21   Q    So did you come in contact with him that day?
22   A    Yes, sir.
23   Q    And was he traveling with anyone?
24   A    He was traveling with his wife.
25   Q    Did you have any interactions with his wife?
```

```
1   A    No, sir.

2   Q    Could you describe the contact that you had with Richard

3   Ayvazyan?

4   A    I was contacted to come and assist with the baggage

5   examination of Richard Ayvazyan's inspection.

6   Q    Where did that take place?

7   A    That was in passport secondary in Terminal D.

8   Q    What is passport secondary?

9   A    It's a place where people get referred to for additional

10  inspections.

11  Q    So do you see Richard Ayvazyan in court today?

12  A    Yes, I do, sir.

13  Q    Would you point him out and describe something he's

14  wearing?

15  A    There could be the gentleman standing up right now, sir.

16  Q    Identified the defendant, Your Honor.

17          THE COURT:  The defendant is identified.

18  BY MR. PAETTY:

19  Q    Was there a search conducted of Richard Ayvazyan's

20  belongings?

21  A    Yes, there was, sir.

22  Q    Did you take part in that search?

23  A    Yes, I did.

24  Q    Where did that take place?

25  A    That was in a room -- in a back room of passport secondary
```

UNITED STATES DISTRICT COURT

1    Delta.

2    Q    When you say passport secondary Delta, is that Delta as in

3    D?

4    A    Correct, sir.

5    Q    Could you describe the room where the search took place?

6    A    It's a small room.  It has a couple of copy machines in

7    there and a table where we conduct our baggage examinations.

8    Q    Were there any other officers present?

9    A    Yes, sir.

10   Q    Was Richard Ayvazyan there?

11   A    Yes, sir.

12   Q    Can you describe the procedure you followed for the

13   search?

14   A    Yes, sir.  Prior to conducting the baggage examination

15   Mr. Ayvazyan was asked a series of questions which is basically

16   a binding declaration, asking him if the bags belonged to him,

17   if there was anything he would like to declare, if there is

18   anything in these bags that could stab or harm an officer.

19   Q    What was your role in the search?

20   A    I was one of the primary officers conducting the search of

21   the baggage.

22   Q    Did you find anything of significance?

23   A    Yes, sir.

24   Q    What did you find?

25   A    We found -- I found several credit cards in a name other

```
 1   than Mr. Richard Ayvazyan.

 2              MR. PAETTY:  Permission to approach the witness?

 3              THE COURT:  Yes.

 4   BY MR. PAETTY:

 5   Q    Officer Rosado, showing you what has been marked as

 6   Government's Exhibit 76-B.  Do you recognize that?

 7   A    Yes, sir.

 8   Q    How do you recognize it?

 9   A    These are the cards that I found.

10   Q    And what exactly is 76-B?

11   A    These are six credit cards; two Visa debit cards, and

12   three Visa credit cards and one MasterCard.

13              MR. PAETTY:  At this time, the government moves to

14   admit 76-B, Your Honor.

15              THE COURT:  Admitted.  It is received.

16         (Government's Exhibit 76-B received into evidence.)

17              MR. PAETTY:  Permission to approach, Your Honor?

18              THE COURT:  Yes.

19   BY MR. PAETTY:

20   Q    Mr. Rosado, is this one of the cards you found?

21   A    Yes, sir.

22   Q    What's the name on that card?

23   A    The company named is Top Quality Contract and the name on

24   there is Iuliia Zhadko.

25   Q    The Visa card?
```

```
 1   A     Yes, sir.
 2   Q     Is there a code written on the back?
 3   A     Yes, sir.
 4   Q     What are the last four digits of that card?
 5   A     3792.
 6   Q     It's a Bank of America card?
 7   A     Yes, sir.
 8   Q     Is this another one of the cards you found?
 9   A     Yes, sir.
10   Q     What is the name on that card?
11   A     Iuliia Zhadko with the company name of Turing Info
12   Solutions.
13   Q     What are the last four digits of that card?
14   A     Last four digits are 3537.  Turing Info Solutions.
15   Q     The code written on the back?
16   A     Yes, sir.  9313.
17   Q     Is this another card you found?
18   A     Yes, sir, that's correct.
19   Q     Radius Bank MasterCard?
20   A     Yes, sir.
21   Q     It's a bit of a glare from that angle.  What name is on
22   that card?
23   A     Iuliia Zhadko.
24   Q     What are the last four digits?
25   A     9487.
```

```
1    Q     Is that another card you found?

2    A     That is correct.

3    Q     Visa debit Bank of America card?

4    A     Yes, sir.

5    Q     What are the last four digits of that card?

6    A     3700.

7    Q     The code on the back?

8    A     9313.

9    Q     Is that another card you found?

10   A     That is correct.

11   Q     What's the name on that card?

12   A     Iuliia Zhadko.

13   Q     It's a Chase debit card?

14   A     That is correct.

15   Q     Can you see the last four digits?

16   A     I believe it reads 5890.

17   Q     Code on the back?

18   A     The code on the back is 9313.

19   Q     Is that another card you found?

20   A     That is correct.

21   Q     What is the name on that card?

22   A     The first name on the business, but it's hard to see, Tax

23   Services I believe, and the name on it is Viktoria Kauichko.

24            MR. PAETTY:  I will try to zoom in on the name.

25   BY MR. PAETTY:
```

```
 1   Q     Is that easier to read?

 2   A     I believe it's Runyan Tax Service.

 3   Q     The last four digits of that card?

 4   A     9678.

 5   Q     And the code on the back of that card?

 6   A     136802.

 7   Q     Where were these cards found?

 8   A     These cards were found in the personal belongings of

 9   Mr. Ayvazyan.

10   Q     Other than your encounter with Richard Ayvazyan during

11   that stop at the Miami border, did you have any other

12   involvement in this investigation?

13   A     No, sir.

14               MR. PAETTY:  No further questions.

15               THE COURT:  Cross-examination?

16               MR. RAM:  Yes, Your Honor.

17                         CROSS-EXAMINATION

18   BY MR. RAM:

19   Q     Good afternoon, Officer Rosado.

20   A     Good afternoon, sir.

21   Q     Just to recap, you said on October 19th of 2020, you were

22   part of a search of the luggage of Mr. Richard Ayvazyan; is

23   that right?

24   A     That's correct, sir.

25   Q     Okay.  And you were part of the team of people that
```

```
1   removed those credit cards that we just saw on the stand around
2   the screen here; is that right?
3   A    I discovered the cards, yes, sir.
4   Q    Say that again?
5   A    I discovered the card, yes, sir.
6   Q    When you say you discovered the cards, what did you
7   discover exactly?
8   A    The cards belonging to someone other than the name of
9   Richard Ayvazyan in his luggage.
10  Q    You took those cards from Mr. Ayvazyan's luggage; is that
11  right?
12  A    I did not take those cards from the luggage.
13  Q    Who took the cards from his luggage?
14  A    The cargo placed it back into his luggage.
15  Q    How did the cards end up on the stand next to me right
16  now?
17  A    I'm not sure who took the cards from that point on.
18  Q    Okay.  So you have no knowledge how these cards moved from
19  luggage that you indicated belonged to Mr. Ayvazyan to get into
20  this courtroom right now; is that right?
21  A    That is correct.
22  Q    Okay.  So that would mean you have no knowledge if the
23  cards were altered or substituted in some way from whatever you
24  pulled out of his luggage and put back; is that right?
25  A    That's correct.
```

1    Q    You have no knowledge -- tell me, if I'm wrong --

2    October 19th, 2020 -- how many months ago was that?

3    A    It's what, we're in June, eight months ago.

4    Q    Sir, do you have a photographic memory?

5    A    No, I do not, sir.

6    Q    Okay.  Is it fair to say you have no idea what the credit

7    cards you took out of Mr. Ayvazyan's luggage -- what you said

8    was his luggage -- actually looked like what they said or even

9    the names on them?

10   A    I do recall the cards, sir.

11   Q    What do you recall about the cards?

12   A    I recall the name on the cards, I recall the cards that

13   are photographed here, the Star Wars cards and the various

14   cards.

15   Q    Okay.  If you don't mind I would like to test that.  And

16   we just saw them a moment ago, of course?

17            MR. PAETTY:  Objection.  Relevance, Your Honor.

18            THE COURT:  I mean, I'm understanding the question

19   is going to test the witness's memory.  What I'm

20   understanding -- again, my understanding doesn't count, it's

21   just to organize things, is that the witness testified that as

22   he sits here -- correct me if I misstated, but as the witness

23   sits here today, you have a present memory of that search you

24   conducted as you described it, correct?

25            THE WITNESS:  Yes, sir.

1        THE COURT:  And you remember seeing credit cards in

2    Richard Ayvazyan's luggage?

3        THE WITNESS:  That's correct, sir.

4        THE COURT:  That the credit cards were not in his

5    name?

6        THE WITNESS:  That is correct, sir.

7        THE COURT:  But as you sit here today, you remember

8    the names that the credit cards were in?

9        THE WITNESS:  I do, sir.

10        THE COURT:  That's what Mr. Ram is going to ask you

11    about.  He's going to ask you questions about why you remember

12    that, if you do.

13            Go ahead, Mr. Ram.

14    BY MR. RAM:

15    Q    Were there any credit cards issued from Wells Fargo Bank?

16    A    That, I can't recall right now.

17    Q    Okay.  Were there any credit cards issued from TD

18    Ameritrade?

19    A    I believe there was one that had the name on the back that

20    was TD Ameritrade.  It didn't have any name in the front of the

21    card.

22    Q    So I'm clear, your testimony was that you recalled seeing

23    a credit card issued TD Ameritrade; is that correct?

24    A    I can't recall exactly, TD Ameritrade.

25    Q    Okay.  How about this, why don't you tell me any bank that

1    the credit cards were in.  They were just on the screen, this

2    is less than five minutes ago, but I'm asking not from five

3    minutes ago, but from your memory from eight months ago, do you

4    remember, under oath, do you remember a single credit card you

5    removed from what you claim is Mr. Ayvazyan's luggage?

6    A    I do recall the Bank of America cards.

7    Q    Okay.  How many Bank of America cards were there?

8    A    There were -- if I'm not mistaken, two debit Bank of

9    America cards, and three Visa credit cards.

10   Q    So your testimony -- I'm not good at math and my hearing

11   is even worse -- you said there were two debit cards issued in

12   Bank of America's name; is that right?  Bank of America?

13   A    If I'm not mistaken, correct.

14   Q    And three credit cards from Bank of America, right?

15   A    There were three Visa credit cards.

16   Q    Visa credit cards from Bank of America?

17   A    I can't recall all of them Bank of America.  I recall at

18   least two being from Bank of America.

19   Q    Okay.  So two from Bank of America.  Do you remember if

20   those two were debit cards or credit cards?

21   A    There were definitely two debit cards and the other two

22   were credit cards.

23   Q    The other three meaning, so you removed a total of five

24   cards?

25   A    There were six cards.  One was a MasterCard, the other

```
 1   five were Visa cards.
 2   Q    A moment ago, the government just showed you five credit
 3   cards, right, or do you remember that?
 4              MR. PAETTY:  Objection.  Misstates the evidence.
 5              THE COURT:  I mean, I wasn't counting.  I don't
 6   know.  I mean, ask the question again.
 7   BY MR. RAM:
 8   Q    Sure.  This is a question just from five minutes, not
 9   eight months ago?
10              THE COURT:  Don't give us your version of it, just
11   ask questions.
12   BY MR. RAM:
13   Q    I apologize, Your Honor.  To be very clear, my question is
14   from what you just saw five minutes ago, not from what was
15   eight months ago, do you remember five minutes ago how many
16   credit cards the government just showed you?
17   A    There were six.
18   Q    So your testimony is that the government just showed you
19   six different cards; is that right?
20   A    I believe there were six.
21   Q    Okay.  Let's talk about -- a little bit about what you do
22   at CBP.
23        You said you were an officer since 2013; is that right?
24   A    I started off as a border patrol agent, and in 2015,
25   became a customs and border protection officer.
```

1   Q     How many years have you been a law enforcement officer?

2   A     It was eight years.

3   Q     Okay.  Those eight years you have received some training

4   about border security and items that are seized at the border;

5   is that right?

6   A     That's correct, sir.

7   Q     And before we relate it to the facts of this case, just so

8   we have the same framework, is it your position that CBP would

9   seize a credit card any time it's not in the name of a

10  traveler?

11          MR. PAETTY:  Objection.  Lacks foundation.

12  Speculation.

13          THE COURT:  I mean, I don't know these things.  Are

14  you able to answer that of your own knowledge, the question?

15          THE WITNESS:  Would you repeat the question again,

16  sir.

17  BY MR. RAM:

18  Q     Sure.  Let me, kind of, do it a totally different way.

19          Okay.  So my assistant purchased water bottles downstairs

20  and I gave her my credit card.  If she was traveling through

21  the airport to get those water bottles, would you seize the

22  credit card from her?

23  A     No.

24  Q     Okay.  And why is that?

25          MR. PAETTY:  Objection.  Relevance.

1          THE COURT:  I mean, he's trying to use a

2    hypothetical.  I will allow it briefly.  Go ahead.

3    BY MR. RAM:

4    Q    You said you wouldn't seize my credit card from my

5    assistant even though I'm not with her.  Why is that?

6    A    Well --

7               MR. PAETTY:  Objection.  Speculation.

8               THE COURT:  I'm not fully understanding the

9    question.

10                   Can you ask it a different way?  Maybe it will

11   register with me.

12   BY MR. RAM:

13   Q    Sure.  Fine, let me speak to the facts of this case, and

14   we will deal with the examples later.

15        Are you aware that Manuk Grigoryan gave the Iuliia Zhadko

16   cards to Richard Ayvazyan?

17               MR. PAETTY:  Objection.  Foundation.  Beyond the

18   scope.

19               THE COURT:  Beyond the scope, and I have made

20   rulings on that, and I'm cautioning you not to do that again.

21   I have made my rulings clear.

22   BY MR. RAM:

23   Q    Okay.  Apologize, Your Honor.

24        Let me go back to understand in the hypothetical sense

25   again.  Why is it that these cards would be seized if they are

1    in someone else's name, but my assistant, in that example we

2    just gave, having my credit card, wouldn't have it seized?

3            MR. PAETTY:  Objection.  Vague.

4            THE COURT:  The example, in my view, presents an

5    adequate hypothetical.  If you want to ask him why he seized

6    those cards, can you give us an answer?

7            THE WITNESS:  I did not seize those cards.

8            THE COURT:  Okay.  I guess that is the answer.

9    BY MR. RAM:

10   Q    Let me reframe that, so you said these cards were of

11   significance during the direct examination.

12        Do you remember that?

13   A    That is correct.

14   Q    Okay.  And why were these cards of significance?

15   A    Because they were in a name other than Richard Ayvazyan.

16   Q    And would they be of significance if Mr. Ayvazyan was

17   given these cards by the person who obtained them?

18            MR. PAETTY:  Objection.  Argumentive.

19            THE COURT:  Why don't you get to the next question.

20   I mean, I see where you are going.  Ask the question.

21   BY MR. RAM:

22   Q    Okay.

23            THE COURT:  He said he was directed to search

24   Richard Ayvazyan's luggage; is that correct?

25            THE WITNESS:  Yes, sir.

```
 1              THE COURT:  And did some law enforcement agency of
 2   some kind direct you?
 3              THE WITNESS:  No.  Law enforcement agency, they
 4   didn't direct me.
 5              THE COURT:  Who gave you the direction?
 6              THE WITNESS:  I was contacted by my colleague due to
 7   the fact that Mr. Ayvazyan was being rather difficult during
 8   the baggage inspection.
 9              THE COURT:  I will strike that.
10                  So, in other words, you were directed by a
11   co-worker to search the luggage?
12              THE WITNESS:  To assist, yes, to search the luggage.
13              THE COURT:  Did you search the luggage by yourself
14   or did someone else?
15              THE WITNESS:  I was searching the luggage, and
16   Mr. -- Officer Mendoza was there as well.
17              THE COURT:  All right.  And were you given
18   instruction beyond searching the luggage?  In other words, was
19   anything else told to you in terms of how you were to examine
20   the luggage?
21              THE WITNESS:  No.  It was systematic as far as
22   examining the luggage.
23              THE COURT:  So was the decision to -- you say you
24   didn't seize the cards.
25              THE WITNESS:  No, sir.
```

1    THE COURT:  What did you do, I guess -- by the way,

2  when I asked questions, they are just for clarification.  I'm

3  not a participant in this trial other than what I'm supposed to

4  do as a Judge, so don't get any impression from the question

5  that I ask one way or the other or from an objection I

6  sustained or don't sustain.  Any view I have in this case, I

7  have no view of this case.  That's why you are here.  I'm just

8  here to organize things and manage things.

9    So, when you saw -- when you say you saw these

10  credit cards, what did you do?

11    Did you report that to someone or what was

12  your next step?

13    THE WITNESS:  So I discovered the credit cards and

14  asked Mr. Ayvazyan who the subject was, the name on the credit

15  cards, who that person was.

16    THE COURT:  When you searched the luggage, was

17  Mr. Ayvazyan with you?

18    THE WITNESS:  He was present, yes.

19    THE COURT:  Next to you.

20    THE WITNESS:  He was to the right of me.

21    THE COURT:  Did you ask him any questions?

22    THE WITNESS:  Yes, sir.

23    THE COURT:  What did you ask him?

24    THE WITNESS:  Who Iuliia Zhadko was, who the person

25  on the credit card was.

1          THE COURT:  I will leave it at that.  That was the

2    question you asked.

3    BY MR. RAM:

4    Q    Let me pick up right where His Honor left off.

5          So after hearing the explanation of who Iuliia Zhadko was,

6    your next action was to put the credit cards right back into

7    the luggage you found them.  Is that your testimony?

8              MR. PAETTY:  Objection.  Assumes facts not in

9    evidence, speculation.

10             THE COURT:  It's cross-examination.  He can lead the

11   witness.  He is suggesting to the witness that is what

12   happened.  I don't know, the witness can answer.

13   BY MR. RAM:

14   Q    So let me repeat the question, so it's clear.  I'm picking

15   up where His Honor questioned you.

16         So after Mr. Ayvazyan provided some explanation to you,

17   you said, right, you put those cards right back into the

18   luggage you took them from; is that right?

19   A    The cards were placed back, yes, sir.

20   Q    So at that time, after that explanation, you didn't seize

21   the credit cards, correct?

22   A    That's correct.

23   Q    And you don't know what happened?

24             MR. PAETTY:  Objection.  Speculation without the --

25             THE COURT:  Well, it's just about what this witness

1    did.  I don't know what happened in totality.  He's entitled to

2    ask what he did.  So go ahead.

3    BY MR. RAM:

4    Q    Did you hear my last question, sir?

5    A    Would you repeat it please?

6    Q    So after you heard the explanation from Mr. Ayvazyan, you

7    put the cards right back into the luggage, right, that was the

8    last question you heard and what was your response?

9         MR. PAETTY:  Your Honor, it assumes facts not in

10   evidence, this explanation.

11        THE COURT:  Well, I mean, the substance of the

12   explanation is not known, and won't be at this point, and the

13   jury can't speculate to what was said.

14             But the fact there was some conversation with

15   Ayvazyan and he put the cards back in the luggage, he can

16   answer the question.

17             I mean, at the time of argument, he can argue

18   anything he feels he has the basis in the evidence.  Okay, we

19   have established that.

20   BY MR. RAM:

21   Q    Let me ask you the next question, then, which is in

22   general, you wouldn't seize a credit card even in another

23   traveler's name if you believed that the individual was

24   authorized to hold or possess that credit card, true?

25        MR. PAETTY:  Objection.  Improper hypothetical.

1          THE COURT:  I think he can answer the question yes

2    or no.

3              In other words, if you searched the luggage

4    and you found six credit cards or one, and the name of the

5    person you were asked to seize -- well, you said you didn't

6    seize anything, correct?

7          THE WITNESS:  That's correct.

8          THE COURT:  So, I never got to the point in the

9    chronology here as to what happened to the luggage after you

10   found it was a credit card you described.

11         THE WITNESS:  Well, the luggage remained in the

12   security area while Mr. Ayvazyan was interviewed.

13         THE COURT:  In a secured area of whom?

14         THE WITNESS:  In one of our back offices.

15         THE COURT:  Was that the last time you saw the

16   luggage?

17         THE WITNESS:  No, sir.

18         THE COURT:  When did you see it again?

19         THE WITNESS:  The luggage and all of the possessions

20   were turned over.

21         THE COURT:  Turned over to who?

22         THE WITNESS:  FBI.

23         THE COURT:  Did you do that?

24         THE WITNESS:  Did I do that?  I was present, yes,

25   sir.

```
 1   BY MR. RAM:
 2   Q    I don't know if I ever got a answer to my last question,
 3   if you answered it, you can say yes or no again.
 4        Is it in general, is it fair to say you would not seize a
 5   card if you believed the user was authorized to possess it even
 6   if it was in another individual's name; is that correct?
 7   A    You are asking me, I would not seize a card if it was
 8   authorized by somebody else?
 9   Q    Correct.
10   A    That's correct.
11   Q    Okay.  Now, you mentioned that the luggage was in a quote,
12   secured area; is that right?
13   A    That's correct.
14   Q    Are you aware that video footage was deleted from the
15   encounter in the areas where Mr. Ayvazyan was at the airport?
16             MR. PAETTY:  Objection.  Assumes facts not in
17   evidence, pretrial ruling.
18             THE COURT:  Approach the bench, counsel.
19                      (Sidebar.)
20             THE COURT:  Are you refusing my rulings?  And I
21   realize all of the lawyers are competent and experienced, but
22   that makes the abuse more apparent to me, and, you know, what
23   I'm getting at.
24             The basis of the investigation was ruled upon,
25   and it's not a proper question and you know it.
```

1                    Don't do that anymore, because I won't

2    tolerate it.

3                    MR. RAM:  Understood, Your Honor.  If the witness

4    opens to door to that?

5                    THE COURT:  There is no open door, he hasn't opened

6    the door.

7                         (Sidebar ends.)

8                    THE COURTROOM DEPUTY:  Your Honor, one of the jurors

9    needs to go to the bathroom.

10                   THE COURT:  What time is it now?

11                   THE COURTROOM DEPUTY:  It is nearly 3:00, 2:53.

12                   THE COURT:  Okay.  I'm going to call a recess now.

13   And let's take another -- we will make it a little longer.

14   What time is it, Paul?

15                   THE COURTROOM DEPUTY:  It is 2:53.

16                   THE COURT:  I will say come back at ten after, okay.

17   Give you another few minutes.

18                   THE COURTROOM DEPUTY:  All rise.

19                        (The jury exits the courtroom.)

20                   THE COURT:  Let's take up the question.  There was

21   something going on with the same investigation of Terabelian at

22   the Miami Airport, and I felt the government was about to

23   introduce some evidence --

24                   THE COURTROOM DEPUTY:  Please be seated.

25                   THE COURT:  -- regarding a credit card that was

```
 1   found on her person or her luggage or wherever.  What was it,
 2   luggage or person?
 3              MR. PAETTY:  It was belongings she was carrying.  It
 4   was in a purse.
 5              THE COURT:  Whose name was that credit card in
 6   allegedly?
 7              MR. PAETTY:  Viktoria Kauichko.
 8              THE COURT:  And that is the extent of your
 9   examination?
10              MR. PAETTY:  Correct, Your Honor.  It is a mirror
11   image of this witness, and it was the CBP officer who
12   discovered that card is Theodora Louissant.  Officer Rosado
13   found cards also.
14              THE COURT:  Now, there is an offer of proof by
15   counsel for Terabelian regarding the admission of what she said
16   to the officer at the time they found this card; is that
17   basically correct?
18              MR. LITTRELL:  That's correct.  My co-counsel,
19   Mr. Fraser, is there.
20              THE COURT:  I see.  You are -- all I remember is
21   Brian.  I don't have your name, I should write your name on my
22   card.
23              MR. FRASER:  No problem, Your Honor.  Brian Fraser
24   on behalf of Marietta Terabelian.
25              THE COURT:  Mr. Fraser, are you going to speak to
```

1    this question?  First make an offer of proof, and then tell me

2    why, in your judgment, it's admissible.

3              MR. FRASER:  To begin, it's my understanding this is

4    in response to an anticipated hearsay objection from the

5    government.  Is that -- just so I know what to address?

6              THE COURT:  Well, let's ask the government, is that

7    the objection?

8              MR. PAETTY:  Yes, Your Honor.

9              THE COURT:  All right.  That is the objection.

10             MR. FRASER:  So Ms. Terabelian's statement that Rich

11   must have put the card there is not offered for its truth.

12                  It's offered for its effect on the listener, a

13   government officer, and the failure to fingerprint that card or

14   take inventory of the other belongings to rule out the

15   possibility that someone else is responsible for the card.

16             THE COURT:  But why is the effect on the listener

17   relevant?  I mean, tell me.

18             MR. FRASER:  It shows the need to fingerprint the

19   card, for example.

20             THE COURT:  What do you mean?  Say that in a

21   different way, maybe I can understand.

22             MR. FRASER:  I think the government's position about

23   why this card is important is that the government's position is

24   that it was found along with Ms. Terabelian's things.

25                  That is a very different situation, once she

1    asserts that she doesn't recognize it, doesn't know how it got

2    there and that creates the need.

3         THE COURT:  But she's offering that for the truth of

4    the matter, she is stating.

5         MR. FRASER:  Regardless --

6         THE COURT:  And it's exculpatory and not inculpatory

7    and the basic rule is it's not a party admission, so it's not

8    received and you are saying that notwithstanding the hearsay

9    rule the exception is the effect on the listener?

10        MR. FRASER:  I'm not invoking any exception.  It's

11   simply not hearsay, because it's not offered for the truth of

12   the matter.

13        THE COURT:  It is being offered for the truth.  She

14   is saying -- she's giving an exculpatory explanation for what

15   she did, why it was found there.

16        MR. FRASER:  This is why it's not offered for the

17   truth of the matter asserted.  Regardless of whether it's true,

18   the government heard it, and therefore, needed to follow up on

19   her claim.

20        THE COURT:  Well, then you are saying something

21   else.  You are drifting into another exception, state of mind.

22        MR. FRASER:  No, Your Honor.

23        THE COURT:  Well, that's what you seem to be saying

24   that the government didn't fingerprint it, and therefore, the

25   implication is the government didn't think that it was

1   fraudulent or that she had anything to do with it, and how does

2   that state of mind operate in this context?

3                Why is the government's state of mind in this

4   context relevant?

5                MR. FRASER:  It's quite foreseeable that in closing

6   argument we might fault the government for failing to

7   fingerprint this card, for example, and the government would

8   have a reasonable response, why should we have fingerprinted

9   this card?

10                The reason they should have fingerprinted this

11   card, they heard Ms. Terabelian say that she didn't recognize

12   the card.

13                THE COURT:  But our understanding, and I need

14   clarification on this, as with the other witness -- what was

15   his name, Rosado?  He then, after looking at the luggage, put

16   the cards back or left the cards in the luggage, and then the

17   luggage remained in the custody of the government.

18                And with regard to her pocketbook or whatever

19   she was carrying it in, was that the same procedure or did they

20   allow her to maintain her pocketbook after they found a credit

21   card?

22                MR. FRASER:  I'm not --

23                THE COURT:  What's the government's offer of proof

24   on that?

25                MR. PAETTY:  Your Honor, could the Court restate the

1  question?

2          THE COURT:  Okay.  I'm sorry if I wasn't clear.

3  What I'm asking you is when the agent allegedly found the

4  Kauichko credit card in the purse or pocketbook of

5  Ms. Terabelian, was the -- was her purse or pocketbook seized

6  or was the credit card seized or what happened?

7          MR. PAETTY:  Yes, Your Honor.  It was taken out of

8  her purse at the time and the agent who is going to testify

9  will testify about that.

10              She was the seizing agent.  If I may, Your

11  Honor.

12          THE COURT:  Let me get to a point then I will hear

13  further.

14              So what you are saying is the credit card

15  itself was seized unlike with -- what's his name, Richard

16  Ayvazyan?

17          MR. PAETTY:  Seized by the --

18          THE COURT:  In other words, seized in the sense that

19  it was removed from her purse and taken by customs and she was

20  allowed to keep her purse or pocketbook.

21          MR. PAETTY:  Actually the purse also was seized.

22          THE COURT:  I see.  That's what I was asking, I

23  don't know how much difference it makes.

24              So, go back to what you were thinking,

25  Mr. Fraser.  What is the -- what is your point on the argument.

1          You seem to be implying you wanted to make an

2    argument that you need a basis for and that there isn't a basis

3    for it without your question.

4          Can you explain it to me?

5          MR. FRASER:  The significance of failing to

6    fingerprint the card, and failing to inventory the luggage is

7    greatly heightened by the fact that CBP was on notice of

8    Ms. Terabelian's claim that she didn't recognize it.

9          THE COURT:  So if you want to ask the witness after

10   this, did they fingerprint the card or something like that, you

11   can ask that question.  There is no problem with that.

12         MR. FRASER:  Thank you, Your Honor.

13         THE COURT:  But it doesn't seem to me that you can

14   get into the statement that Ms. Terabelian allegedly made to

15   the customs person.

16              I will give it a few minutes of thought, but

17   let's take the recess here.

18                  (Afternoon recess.)

19         THE COURTROOM DEPUTY:  All rise.

20         THE COURT:  With regard to the matter, the

21   evidentiary matter we discussed, I have given it some further

22   thought.  And I'm still of the view that the hearsay objection

23   bars it.

24              But even assuming that, there was some state

25   of mind basis on the government's part.  In my view the

```
1   probative value is not strong based upon the fact that there
2   will be cross-examination about the fact that it wasn't
3   fingerprinted, and in any event, it would be impossible to
4   meaningfully instruct the jury to separate the statement,
5   exculpatory feature from the state of mind issue, so that is
6   the ruling.
7           MR. FRASER:  Your Honor, may I bring to the Court's
8   attention one additional matter that is pertinent to that?
9           THE COURT:  Yes.
10          MR. FRASER:  We received last week, a set of notes,
11  it was on one page that the government clarified to me via
12  e-mail, are notes that were taken by FBI Agent Palmerton in
13  interviewing CBP Officer Louissant in preparing her to testify.
14  Those notes at the bottom are inconsistent with Officer
15  Louissant's original report regarding the baggage examination
16  in that.
17          THE COURT:  Officer Louissant, I haven't heard that
18  name, is that the next witness?
19          MR. FRASER:  I believe so, Your Honor.  Officer
20  Louissant is the witness who will be testifying when this issue
21  would have arisen that Your Honor was just addressing.
22          THE COURT:  Okay.
23          MR. FRASER:  Apparently last week Officer Louissant
24  told FBI Agent Palmerton that Ms. Terabelian claimed all of her
25  luggage, period, and that is false.
```

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  Say that again.
 2              MR. FRASER:  The report from -- it's Agent
 3   Palmerton's notes.  Yes, Your Honor, may I hand this to you?
 4              THE COURT:  Yes.  The reason I'm poking around here,
 5   I can't see through that plexiglas.
 6              MR. FRASER:  I sympathize 100 percent.
 7                   The government asks what is that inconsistent
 8   with.
 9              THE COURT:  So you have a circle around the last
10   one, correct?
11              MR. FRASER:  Yes, Your Honor.
12              THE COURT:  And so what is it you intend to ask
13   Louissant?
14              MR. FRASER:  Well, as you see in the circle tax
15   there it states that Ms. Terabelian claims all of the baggage
16   that CBP attributed to her.
17                   In contrast, Officer Louissant originally
18   reported when asked about why she, meaning Terabelian, was in
19   possession of the credit card.  Terabelian stated that her
20   husband placed it in a wallet.
21              THE COURT:  That's exactly what the offer was at the
22   last witness with regard to the last witness.
23                   You are saying that Agent Palmerton is going
24   to say something different than Terabelian claimed ownership
25   for everything that was in her purse and suitcase?
```

1          MR. FRASER:  Well, the officer that I anticipate

2    testifying about this would be Officer Louissant, and the notes

3    you are looking at are notes of interviewing her.

4          THE COURT:  But if you want to ask her whether --

5    I'm not going to allow it on the same basis.  That still comes

6    within the gambit of my ruling.

7          MR. FRASER:  Even if I were impeaching Officer

8    Louissant, who would in this scenario be testifying to

9    something that is 180 degrees from her original report and

10   highly incriminating of Ms. Terabelian.

11         THE COURT:  What then do you think he will say now?

12         MR. FRASER:  I'm concerned that Officer Louissant

13   will testify on the stand because she doesn't remember it was

14   eight months ago, but for whatever reason, I'm concerned that

15   she will testify that Ms. Terabelian claimed all of these

16   belongings, and that will give the jury a very false impression

17   of what actually happened.

18              And it will take away the importance of

19   failing to fingerprint.  Of course, they wouldn't fingerprint

20   if she claimed everything in there.

21         THE COURT:  She said that that is inculpatory

22   statement, so it is not hearsay insofar as her statement is

23   concerned.

24              If you are suggesting that he is not telling

25   the truth and misremembering what she said, I'm understanding

1    you are intending to argue that that requires you to get into

2    what she said that was different than that to Agent Rosado, is

3    that it?

4              MR. FRASER:  Officer Louissant.

5              THE COURT:  What she said to Officer Louissant or

6    Officer Rosado?

7              MR. FRASER:  I don't think she interacted with

8    Officer Rosado, so the witness we're talking about now.

9              THE COURT:  So now supposedly he testifies that she

10   said everything that she owned, everything in her purse and

11   suitcase.  Give me the question you would ask her?

12             MR. FRASER:  I'm concerned that her testimony on

13   direct or otherwise would include Terabelian claimed her

14   luggage, said it was all her belongings.  That shouldn't be

15   allowed.

16                  But if that came out, it would be first of all

17   I mean, that is an involuntary --

18             THE COURT:  But we're talking about her purse.

19                  Let me ask the government, what are you going

20   to ask this agent?

21             MR. PAETTY:  We will ask what procedures she

22   followed.  She will say she asked about her belongings.  The

23   belongings is different than the items -- than the credit card

24   here.  This statement is about the credit card.

25             THE COURT:  But I mean, is it her understanding her

```
 1    purse was never seized with the credit card?

 2              MR. PAETTY:  Your Honor, the witness can clarify

 3    that.

 4              THE COURT:  Well, bring the witness here.  Let's ask

 5    her.  Let's have a little --

 6              MR. RAM:  To speed this up, we are done with the

 7    last witness and we can move on with the next.

 8              THE COURT:  Is that Ms. Louissant here?

 9              MR. PAETTY:  One moment, Your Honor.

10              THE COURTROOM DEPUTY:  Will you please step forward.

11    Raise your right hand.

12                      (Oath was administered.)

13              THE WITNESS:  Yes, I do.

14              THE COURTROOM DEPUTY:  Thank you.  Please state your

15    full name and spell it for the record.

16              THE WITNESS:  Theodora, T-h-e-o-d-o-r-a Louissant,

17    L-o-u-i-s-s-a-n-t.

18              THE COURT:  Thank you.  You are Ms. Louissant.  Do

19    you have any reason that would affect you if --

20              THE WITNESS:  Can I remove the mask?

21              THE COURT:  Move it down a little bit, so we can

22    hear you a little bit.

23                  We're outside the presence of the jury.  We

24    are going to start examination for the Court's purposes so ask

25    her, Mr. Fraser.
```

1           THE COURT:  No, the prosecutor.

2           MR. PAETTY:  Your Honor.

3           THE COURT:  Ask her essentially what would you ask

4      her if the jury were here.

5                  But don't do it with all of the --

6           MR. PAETTY:  Your Honor, I will skip right to the

7      heart of the matter as it relates to the search.

8           THE COURT:  You know what we're interested in so

9      just get to it.

10          MR. PAETTY:  I do, Your Honor.

11          THE COURT:  Just get to it.

12          MR. PAETTY:  So, Officer Louissant, directing your

13     attention to the search of Ms. Terabelian's bag when you found

14     that credit card, can you describe the search procedure?

15          THE WITNESS:  The standard protocol to take a

16     binding declaration where we ask the traveler, is this your

17     bag, is this your luggage, did you pack it yourself, are you

18     responsible for everything in it?

19                  And then we proceed to inspect the luggage.

20          MR. PAETTY:  Then once you did that, what did you

21     find?

22          THE WITNESS:  I found a credit card in someone

23     else's name, in a different name.

24          MR. PAETTY:  And where was that card when you found

25     it?

1          THE WITNESS:  It was in a wallet inside of a purse.

2          MR. PAETTY:  Was it a purse she was carrying with

3     her?

4          THE WITNESS:  Yes.

5          MR. PAETTY:  That's the extent of the inquiry.  It's

6     going to be other than that did she have any other involvement

7     in this investigation.

8          THE COURT:  Well, after you found this credit card,

9     what did you do with it?

10          THE WITNESS:  Removed it from the wallet, separate.

11          THE COURT:  Now, you said something earlier, just a

12     few minutes ago, I can't remember what you said when you first

13     began your search of the -- you are talking about the purse or

14     pocketbook now, correct?

15          THE WITNESS:  Yes, sir.

16          THE COURT:  So what did you -- you said you asked

17     her certain questions.  What was that question?

18          THE WITNESS:  It's called a binding declaration.

19     Before any baggage examination we take we ask the passenger.

20          THE COURT:  I can't hear you, turn the microphone a

21     little bit.

22          THE WITNESS:  It's called a binding declaration, so

23     before we inspect any luggage on any passenger, we ask them, is

24     this your bag, does it belong to you, are you responsible for

25     everything that is in the bag?

1          THE COURT:  So that is what you asked?

2          THE WITNESS:  Yes.

3          THE COURT:  You didn't ask, do you have ownership of

4    everything that was in your purse or suitcase?

5          THE WITNESS:  Yes.  That's part of the binding

6    declaration.

7          THE COURT:  Well, what is the -- what is the wording

8    of the binding declaration?

9          THE WITNESS:  It's just basically to get the

10   traveler to --

11         THE COURT:  Do you have it here in the exact words?

12         THE WITNESS:  No, I don't.

13         THE COURT:  Does anyone have that?

14         MR. PAETTY:  I don't have it, Your Honor.

15         THE COURT:  I mean, so what is your best memory of

16   exactly what it says.  Not -- I mean, I don't know what it

17   says.  It may be just what you said, but give me your testimony

18   as to what it says specifically as you can.

19         THE WITNESS:  Is this your bag, does this bag belong

20   to you?  Does everything in this bag belong to you?  Did you

21   pack it yourself?

22              Those are the questions that we ask any time

23   we inspect.

24         THE COURT:  Those questions?

25         THE WITNESS:  Yes, sir.

 1          THE COURT:  All right.  Well, you can -- is that
 2    going to be her testimony, too?
 3          MR. PAETTY:  Yes, Your Honor.  The government has no
 4    intention of getting into any other statements from the border
 5    stop.  There has been pretrial litigation on that, and the
 6    government --
 7          THE COURT:  She's going to testify that way you can
 8    cross-examine her as to her memory, her competence, her bias,
 9    her accuracy, I don't know.  But not the hearsay statement you
10    want.
11          MR. FRASER:  Your Honor, this is -- let's pause for
12    a moment.
13               So the first issue we moved months ago to
14    suppress all of Ms. Terabelian's statements under Miranda,
15    Edwards, and as involuntary.  And the government responded that
16    it wasn't going to use Ms. Terabelian's statements so the
17    government can't introduce so-called binding declaration by
18    Ms. Terabelian that she's responsible for all of her luggage.
19    But regardless of that, we should be able to show the notice to
20    the government that Ms. Terabelian explained that she didn't
21    recognize the card, and at this point, it's also now a prior
22    inconsistent statement by Officer Louissant insofar as she did
23    report back in October, I believe it was of 2020, shortly after
24    the event that Ms. Terabelian explained that her husband must
25    have put the card there.

1          So this raises multiple issues.

2          THE COURT:  I don't think so.

3          MR. PAETTY:  May I respond?  I don't think that it

4    raises that issue at all.  I think you are talking about issues

5    of -- I will rest, Your Honor.  The Court has ruled.

6          THE COURT:  So, but you said you were not going to

7    introduce any statement of Terabelian.  That is what Mr. Fraser

8    said.

9          I think my memory is consistent with that at

10   the earlier motions, so, with that representation, how do you

11   intend to ask this witness how Terabelian responded to that

12   standard question?

13         MR. PAETTY:  I was going to ask the question that

14   was just asked to the witness here, Your Honor.  If there is an

15   issue with that, we can omit that portion.

16         THE COURT:  Well, you can omit that portion.

17         MR. PAETTY:  We can omit that portion, and just go

18   to the fact she found the card.

19         THE COURT:  Get the jurors.

20         MR. FRASER:  Your Honor, could we just take a moment

21   to clarify that?

22         THE COURT:  No.  Not at this point.  We spent a lot

23   of time on this question.

24         MR. FRASER:  We would ask the Court to order this

25   witness be available for recall by Ms. Terabelian.

95

```
 1              THE COURT:  Well, you will have to give her some
 2    notice.  You live in Miami, Florida?
 3              THE WITNESS:  Yes, sir.
 4              THE COURT:  So, I will have to consider that and you
 5    will have to make an offer of proof, and we will have to work
 6    something out logistically, if it becomes necessary.
 7                   You will be at your duty next week, Miami?
 8              THE WITNESS:  Yes, sir.
 9              THE COURT:  She's available in that sense.
10              THE COURTROOM DEPUTY:  All rise.
11                   (The jury enters the courtroom.)
12              THE COURTROOM DEPUTY:  Please be seated.
13              THE COURT:  I apologize, members of the jury, for
14    the longer break than usual.
15                   Sometimes the parties and the Court have to
16    confer on a matter outside your presence and usually those
17    conferences help expedite the trial.
18                   So we will try to keep our word on the time
19    schedule.
20                   Swear in the witness.
21              THE COURTROOM DEPUTY:  Yes, Your Honor.  Please
22    raise your right hand.
23                   (Oath was administered.)
24              THE WITNESS:  Yes, I do.
25              THE COURTROOM DEPUTY:  Thank you.  Please state your
```

```
 1    name and spell it for the record.
 2             THE WITNESS:  Theodora Louissant.  T-h-e-o-d-o-r-a
 3    L-o-u-i-s-s-a-n-t.
 4                        THEODORA LOUISSANT,
 5                       having been duly sworn,
 6                        testified as follows:
 7                       DIRECT EXAMINATION
 8             MR. PAETTY:  Good afternoon, Ms. Louissant.
 9             THE WITNESS:  Good afternoon.
10    BY MR. PAETTY:
11    Q     What's your job?
12    A     The U.S. Customs and Border Protection officer.
13    Q     Where do you work?
14    A     Miami International Airport.
15    Q     How long have you been CBP officer in Miami?
16    A     Five years.
17    Q     Did you have a job before that?
18    A     Yes.
19    Q     What was it?
20    A     Transportation Security Administration, a security
21    officer.
22    Q     How long did you do that?
23    A     Four and a half years.
24    Q     So what are some of your duties and responsibilities in
25    your current job?
```

```
 1   A    To inspect international travelers coming into the United
 2   States for weapons or drugs or anything that might cause harm
 3   to the United States.
 4   Q    So did you undergo training for your job?
 5   A    Yes, I went to the federal law enforcement training center
 6   in Glenco, Georgia.
 7   Q    I'm going to take you back to October 19th, 2020.
 8        Were you on duty that day?
 9   A    Yes, I was.
10   Q    Were you on duty at the Miami Airport?
11   A    Yes, I was.
12   Q    What time did you start work?
13   A    4:00 p.m.
14   Q    And where did you report?
15   A    Passport control secondary, Concourse D.
16   Q    What is passport control?
17   A    It's where we have passengers and we will ask them
18   questions and/or inspect their baggage.
19   Q    What is secondary?
20   A    It's where passengers are referred for more in-depth
21   inspection or follow-up to be asked follow-up questions.
22   Q    Does that inspection include baggage searches?
23   A    Yes, it does.
24   Q    Are you familiar with the name Marietta Terabelian?
25   A    Yes, I am.
```

UNITED STATES DISTRICT COURT

```
1    Q      How are you familiar with that?

2    A      Because I encountered her on that day.

3    Q      How did that encounter happen?

4    A      I conducted a search of her baggage.

5    Q      Was she an arriving passenger?

6    A      Can you repeat that?

7    Q      Was she an arriving passenger into Miami Airport?

8    A      Yes, she was.

9    Q      Where was she arriving from?

10   A      Turks and Caicos.

11   Q      Where is that?

12   A      In the Caribbean.

13   Q      Do you see Ms. Terabelian in the courtroom today?

14   A      Yes, I do.

15   Q      Can you point her out and describe something she is

16   wearing?

17   A      She has on a black T-shirt.

18   Q      Polka dots?

19   A      Yes, with the polka dots.

20   Q      Identify the defendant, Your Honor.

21            THE COURT:  The defendant is identified.

22            MR. PAETTY:  Was she traveling with anyone?

23            THE WITNESS:  Yes, with her husband, Richard.

24   BY MR. PAETTY:

25   Q    Did you have any interaction with Richard that day?
```

```
 1   A     No, not really.
 2               THE COURT:  Richard who?
 3               MR. PAETTY:  Richard who?
 4               THE WITNESS:  Sorry, if I mispronounce his last
 5   name, Ayvazyan.
 6   BY MR. PAETTY:
 7   Q     Okay.
 8   A     I'm sorry, I have difficult pronouncing.
 9   Q     Does the name Ayvazyan sound familiar?
10   A     Yes, it does.
11   Q     Would that be the Richard you are talking about?
12   A     Yes, sir.
13   Q     And just to clarify, I think I asked you, did you have any
14   interaction with Richard Ayvazyan that day?
15   A     No, not really.
16   Q     Was there a search conducted of Marietta Terabelian's
17   belongings?
18   A     Yes, there was.
19   Q     Did you take part in that search?
20   A     Yes, I did.
21   Q     Where was the search, where did it take place?
22   A     In passport control secondary, Concourse D in our search
23   room.
24   Q     Can you describe that room?
25   A     It's about 10 by 12 feet, it has a table for the bags to
```

1    be inspected on.  It has a chair for the passenger to sit and

2    be present during that search.

3    Q    Were there any other CBP officers during the search?

4    A    Yes, Officer Yates.

5    Q    Was defendant present during the search of her bags?

6    A    Yes, she was.

7    Q    Did you find anything significant during that inspection?

8    A    Yes, I did.  I found a credit card that was in a different

9    name.

10             MR. PAETTY:  Permission to approach, Your Honor?

11             THE COURT:  All right.

12             MR. PAETTY:  So, Ms. Louissant, I'm showing you what

13   has been marked as Government's Exhibit 76-A.

14                  Do you recognize that?

15             THE WITNESS:  Yes, sir.

16   BY MR. PAETTY:

17   Q    How do you recognize it?

18   A    This is the bag -- I'm sorry, this is the card I found in

19   the wallet in her bag.

20   Q    What kind of a card is it?

21   A    It's a Wells Fargo debit Visa card.

22   Q    Does it have a design on it?

23   A    The cherry blossom tree.

24             MR. PAETTY:  I would like to admit Government's

25   Exhibit 76-A.

```
1              THE COURT:  Received.
2              (Government Exhibit 76-A received into evidence.)
3              MR. PAETTY:  May I approach?
4              THE COURT:  Yes.
5  BY MR. PAETTY:
6  Q    This is the card you found?
7  A    Yes, it is.
8  Q    What are the last four digits of that card?
9  A    4255.
10 Q    A Visa debit Wells Fargo card?
11 A    Yes, sir.
12 Q    Is there a code on the back?
13 A    I believe that is 667.
14 Q    And then a handwritten code to the left?
15 A    It looks like 86867.
16 Q    Where was the card when you found it?
17 A    It was inside of a wallet.
18 Q    Who is holding the wallet?
19 A    The wallet was inside of the bag.
20 Q    Who gave you that bag?
21 A    The passenger was presented for baggage examination.
22 Q    So did the passenger give you that -- did Ms. Terabelian
23 give that you bag?
24 A    Yes, sir.
25 Q    Other than your encounter with Ms. Terabelian during the
```

```
 1    border stop, do you have any other involvement in this
 2    investigation?
 3    A     No, sir.
 4              MR. PAETTY:  No further questions, Your Honor.
 5              THE COURT:  Cross-examination?
 6                        CROSS-EXAMINATION
 7    BY MR. FRASER:
 8    Q     Good afternoon, Officer Louissant.
 9    A     Good afternoon, sir.
10    Q     You work for the United States government, correct?
11    A     Yes, sir.
12    Q     And it was the United States government that provided your
13    training at Glenco, Georgia?
14    A     Yes, sir.
15    Q     That training includes preparation to work with United
16    States Attorney's Office?
17    A     Not that I recall, sir, no.
18    Q     You have training in report writing, correct?
19    A     Yes, sir.
20    Q     You were trained to write reports that document your
21    observations?
22    A     Yes, sir.
23    Q     They are supposed to be thorough?
24    A     Yes, sir.
25    Q     Including all potentially incriminating observations you
```

```
 1   make?
 2   A     Yes, sir.
 3   Q     And likewise, if you need to take a picture of something
 4   that is incriminating, you are trained to do that?
 5   A     Yes, sir.
 6   Q     Or put it on video?
 7   A     On video, no.
 8   Q     Okay.  In any event, your training is to document as
 9   thoroughly as you can any potentially incriminating evidence
10   you encounter?
11   A     Yes, sir.
12   Q     You are also trained about baggage examinations in
13   particular.
14   A     Yes, sir.
15   Q     Baggage examination is almost like a special term in your
16   field, right?  It's a special procedure you are trained to do?
17   A     It's simply a search on the luggage.  I wouldn't
18   necessarily say it's special.
19   Q     When you are walking around at the airport in general, you
20   generally don't wear gloves, right?
21   A     No, sir.
22   Q     But you put gloves on when you do a baggage examination?
23   A     Yes, sir.
24   Q     That is part of your training?
25   A     Yes, sir.
```

```
1   Q    One of the purposes of that to keep fingerprints off of
2   things you handle?
3   A    That -- I'm not sure, that was never taught to us.
4   Q    Okay.  But you know you are supposed to wear the gloves?
5   A    Yes, sir.
6   Q    Okay.  And in fact you wore the gloves when you conducted
7   the baggage examination of Ms. Terabelian?
8   A    I believe I did.  I can't tell you 100 percent.
9   Q    It was about eight months ago?
10  A    Yes, sir.
11  Q    I'm showing you what is marked Defense Exhibit 310.  Can
12  you see that?
13  A    Yes, sir.
14  Q    This is a picture of you at the bottom?
15  A    Yes, sir, sitting at the computer.
16  Q    Sitting at the computer across the table from
17  Ms. Terabelian?
18  A    Yes, sir.
19  Q    Between you and Ms. Terabelian, there is a computer
20  screen?
21  A    Yes, sir.
22  Q    And there is another officer seated across from
23  Ms. Terabelian?
24  A    Yes, sir.
25  Q    That officer is conducting an examination of physical
```

1    articles, correct?

2    A     I believe so, yes, sir.

3    Q     And he's wearing blue gloves?

4    A     Yes, sir.

5            THE COURT:  I'm informed that this 310 is not in

6    evidence.

7                     Do you intend to offer this?

8            MR. FRASER:  Yes, I move to admit Defense

9    Exhibit 310.

10           MR. PAETTY:  No objection.

11           MR. FRASER:  Thank you.

12           THE COURT:  Admitted.

13           (Defense Exhibit 310 received into evidence.)

14   BY MR. FRASER:

15   Q     You can see in Ms. Terabelian's lap a bright teal

16   backpack?

17   A     Yes, sir, I can see that here.

18   Q     That is a piece of carry-on luggage, correct?

19   A     Yes, sir.

20   Q     The card came from within that bag?

21   A     I'm not 100 percent sure which bag.  I think it was the

22   purse.

23   Q     Okay.  Referring your attention back to Defense

24   Exhibit 310, you recognize this as an image that would be from

25   the surveillance camera that is in this room, correct?

```
 1   A     Yes, sir.

 2   Q     Thank you.  And the baggage examination you have testified

 3   about was recorded on video, correct?

 4   A     That I'm not sure about, sir, no.

 5             MR. PAETTY:  Objection, Your Honor.  That is being

 6   shown to the jury.  It's not in evidence.

 7             THE COURT:  What is happening here?

 8             MR. PAETTY:  There is something being shown to the

 9   jury that is not in evidence yet.

10             THE COURT:  Well, there shouldn't be shown to the

11   jury that which is not in evidence.

12             MR. FRASER:  I agree.  Can we have the monitor in

13   front of the witness set up so that she can see from the laptop

14   connection without displaying it to the jury for the moment?

15             MR. PAETTY:  Your Honor, may I have a moment to see

16   what counsel has not shared with me?

17             THE COURT:  All right.

18   BY MR. FRASER:

19   Q     Thank you.  Are you able to see a still image?

20   A     No.  There is nothing on the screen.

21             MR. FRASER:  Mr. Cruz, could you help so that's

22   displayed in the front of the witness without showing it to the

23   jury?

24             THE COURTROOM DEPUTY:  Well, the monitors are set up

25   so the jury and the attorneys do not see the exhibit.  It
```

```
 1    should appear here and before the Judge.
 2              MR. FRASER:  Great, thank you.  This is an image.
 3              THE COURT:  Is there an exhibit number?
 4              MR. FRASER:  Let's make this Defense Exhibit 302.
 5              THE COURT:  Are you offering it?
 6              MR. FRASER:  Not yet, Your Honor.  I will.
 7              THE COURT:  All right.
 8              MR. FRASER:  Referring to this video clip I have
 9    identified as Defense Exhibit 302, you recognize this as still
10    image of Ms. Terabelian entering the room with a backpack and
11    you are standing across the table from her, correct?
12              THE WITNESS:  Yes, sir.
13    BY MR. FRASER:
14    Q    Okay.  And this fairly and accurately depicts the
15    beginning interaction you had with her; is that correct?
16    A    Yes.
17              MR. FRASER:  I will move to admit this.
18              THE COURT:  Received.
19         (Defense Exhibit 302 received into evidence.)
20              MR. FRASER:  I would like to publish it to the jury.
21              THE COURT:  You may.
22    BY MR. FRASER:
23    Q    So at this point of the video, Ms. Terabelian has sat
24    down.  She's opened her backpack, having received instructions
25    from the other CBP officer.  Would you agree?
```

```
 1   A      Yes.
 2   Q      Okay.  Thank you.
 3          And the CBP officer at this point, he doesn't have
 4   anything in his hands?
 5   A      No, it doesn't appear so.
 6   Q      And Ms. Terabelian didn't have anything in her hands when
 7   she walked into the room either, correct?
 8   A      Just the bags and whatever this is in this plastic -- she
 9   had her belongings in her hands.
10   Q      Do you see Ms. Terabelian's hands in this image?
11   A      Yes.
12   Q      She is holding only her backpack, correct?
13   A      Yes.
14   Q      Okay.  The CBP officer has given a gesture towards her?
15   A      Yes.
16   Q      She is reaching into the bag, looking around?
17   A      Yes.
18   Q      And here she's pulled out an item from the bag, correct?
19   A      Yes.
20   Q      She's handed it on to the CBP officer?
21   A      Yes.
22   Q      And taken out some more items from the bag, correct?
23   A      Yes.
24   Q      She's handed some more items over to the CBP officer and
25   he has returned some items to her, correct?
```

```
1    A     Yes.

2    Q     More of the same there, right?

3    A     Yes.

4    Q     And now another bag has been taken out from the backpack,

5    correct?

6    A     Yes.

7    Q     And Ms. Terabelian is opening it for the CBP officer to

8    look inside, correct?

9    A     Yes.

10   Q     This is Officer Yates?

11   A     Yes, it is.

12   Q     The CBP officer gestured outside the room, correct?

13   A     Can you play it back, please?

14   Q     Right there.

15   A     I don't know if he's pointing at her bag or he's pointing

16   outside the room.

17   Q     Okay.  At this point the CBP officer is showing something

18   to Ms. Terabelian, correct?

19   A     Yes.

20   Q     He's looking back at that item which he's holding in his

21   hand?

22   A     Yes.

23   Q     And as you recall without getting into the substance, he's

24   questioning Ms. Terabelian about that item, correct?

25   A     I believe so, yes.
```

UNITED STATES DISTRICT COURT

```
 1   Q     And Ms. Terabelian was responding to his questions?
 2   A     Yes, sir.
 3   Q     That's the end of this clip.
 4         This is the cherry blossom card you testified about on
 5   direct that Officer Yates is showing Ms. Terabelian, correct?
 6   A     I believe so.
 7   Q     Okay.  There are no other photographs of this baggage
 8   examination other than the video that was in this room,
 9   correct?
10   A     I believe so.
11   Q     It's correct that there are no others?
12   A     Not that I'm aware of.
13   Q     And you didn't take an inventory of the things that were
14   in any of these bags?
15   A     Not that I'm aware of, no.
16   Q     If you had done, you would have documented it, correct?
17   A     You mean, like, document every item that is in her
18   luggage, her property?
19   Q     You didn't take an inventory of her things, correct?
20   A     No, sir.
21   Q     You didn't fingerprint any of the things that were in this
22   bag?
23   A     I don't understand that question.
24   Q     You don't understand what it means to fingerprint
25   something?
```

```
 1   A     No, sir.  The only time I fingerprint is when I'm
 2   fingerprinting a passenger.  I never fingerprinted an item
 3   before.
 4   Q     You didn't request anyone else fingerprint anything in
 5   this case?
 6   A     No, sir.
 7   Q     This is all the evidence that there is of this event other
 8   than your testimony today?
 9            MR. PAETTY:  Objection.  Speculation.
10            THE COURT:  The form of the question.  I will
11   sustain the objection.  You can ask the question differently.
12            MR. FRASER:  Yes.
13   BY MR. FRASER:
14   Q     So you testified earlier you were trained to document any
15   evidence that is incriminating?
16   A     Yes, sir.
17   Q     And documenting this event with any photographs or video,
18   this is the full extent of it when it comes to this debit card,
19   correct?
20   A     No, sir.  I took a photo of the card.
21   Q     Okay.  And you didn't take a photo of any of the other
22   items from this backpack?
23   A     No, sir.
24   Q     The significance of the card, as you understand it in
25   testifying is that it was with things you believed belonged to
```

```
 1    Ms. Terabelian, correct?

 2    A     Yes, sir.

 3    Q     In finding that card, that is the event you are here to

 4    testify about, correct?

 5    A     Yes, sir.

 6    Q     You flew across the country to give this testimony,

 7    correct?

 8    A     Yes, sir.

 9    Q     And you didn't fingerprint the card?

10    A     No, sir.

11    Q     Officer Yates didn't fingerprint the card?

12    A     No, sir.

13    Q     You didn't ask anybody else to fingerprint the card?

14    A     No.  So we're not trained to fingerprint items, that is

15    not part of our training.

16    Q     Well, you saw that there were lots of other items in this

17    bag, correct?

18    A     Can you repeat the question, I'm not clear.

19    Q     You saw that there were lots of items in these bags that

20    Ms. Terabelian had with her, correct?

21    A     There were -- I would say items that travelers have, i.e.

22    clothing, shoes.  Yes, sir.

23    Q     It could be some of the items were with -- belonged to

24    somebody who is traveling with Ms. Terabelian.

25                   MR. PAETTY:  Objection.  Speculation, outside the
```

```
 1   scope.
 2              THE COURT:  Sustained.
 3   BY MR. FRASER:
 4   Q    Did you do anything to document whether the items could
 5   have been from someone else that were in these bags?
 6              MR. PAETTY:  Same objection.
 7              THE COURT:  Sustained.
 8   BY MR. FRASER:
 9   Q    Is there anything else important in your investigation
10   that -- actually, strike that.
11        You couldn't say that other items in the bag didn't belong
12   to the person traveling with Ms. Terabelian?
13              MR. PAETTY:  Same objection.
14              THE COURT:  Sustained.
15              MR. FRASER:  No further questions at this time.
16              THE COURT:  Anything further?
17              MR. PAETTY:  One brief redirect on a factual point.
18              THE COURT:  Go ahead.  Make it brief.
19              MR. PAETTY:  It will be, Your Honor.
20                        REDIRECT EXAMINATION
21   BY MR. PAETTY:
22   Q    Officer Louissant, showing you Defense Exhibit 310, that
23   is up on the document camera right now, is this the room -- is
24   this the baggage search room where you found the credit card?
25   A    No, sir.
```

```
1    Q     Is this a different room?

2    A     Yes, sir.

3    Q     And the card was found prior to her coming into this room,

4    correct?

5    A     Yes, sir.

6              MR. PAETTY:  No further questions, Your Honor.

7              THE COURT:  Anything further?

8              MR. FRASER:  No, Your Honor.

9              THE COURT:  Thank you, ma'am.  You are excused.

10             THE WITNESS:  Thank you.

11             THE COURT:  It's possible we may have to notify you,

12   but we will do that later.  Thank you.

13                  Call the next witness.

14             MR. FENTON:  The government calls Marylee Robinson.

15             THE COURT:  Who?

16             MR. FENTON:  Robinson.

17             MS. AHN:  Marylee Robinson, Your Honor.

18             THE COURT:  You know, I have noticed that microphone

19   seemed pointed up to the center.  Wouldn't it be better if the

20   microphone were lowered a little bit?  As the Judge in Texas

21   said:  Us little goats can get a bite at it.

22                  Actually, he said we could lower the hay a

23   little bit so little goats can get a bite at it.

24                  So lower that big microphone, the tall one,

25   would that help?  The one you had your right hand towards.
```

```
 1   Isn't there a big microphone, am I not seeing it?
 2              MR. FENTON:  The microphone right here, Your Honor?
 3   Can you hear me?
 4              THE COURT:  I must be seeing something that doesn't
 5   exist.  I thought there was a microphone, that long thing.
 6              MR. FENTON:  This microphone?
 7              THE COURT:  Isn't there something sticking up, what
 8   is that?  Am I seeing things?
 9                   What is it -- it's sort of white-ish
10   yellow-ish.
11              MR. FENTON:  This, Your Honor?
12              THE COURT:  No, next to that, what is that?
13   Plexiglas?
14              MR. FENTON:  It's plexiglas.
15              THE COURT:  It is a new world.  I thought that was a
16   microphone.  I apologize, okay.  Go ahead.
17              THE COURTROOM DEPUTY:  Raise your right hand.
18                   (Oath was administered.)
19              THE WITNESS:  I do.
20              THE COURTROOM DEPUTY:  Thank you.  Watch your step
21   going up.  There is tape on the floor so please step over the
22   tape.
23                   Please be seated.  State your full name and
24   spell it for the record.
25              THE WITNESS:  Marylee Pearl Robinson.
```

```
 1                THE COURTROOM DEPUTY:  Spell it for the record,
 2   please.
 3                THE WITNESS:  M-a-r-y-l-e-e, Pearl, P-e-a-r-l,
 4   Robinson, R-o-b-i-n-s-o-n.
 5                       MARYLEE PEARL ROBINSON,
 6                        having been duly sworn,
 7                         testified as follows:
 8   BY MR. FENTON:
 9   Q    Good afternoon, Ms. Robinson.
10        Can you tell us where you currently live, city and state?
11   A    Baltimore, Maryland.
12   Q    Can you please tell the jury about your educational
13   background?
14   A    Sure.  I graduated from the University of Maryland with a
15   bachelor of science in finance, and I have an MBA from Loyola
16   University, Maryland.
17   Q    Do you have any professional qualifications?
18   A    I'm a certified public accountant.
19   Q    And where do you currently work?
20   A    Stout, Risuis, Ross.
21   Q    And what is your job at Stout?
22   A    I'm a managing director.
23   Q    What is it that a managing director at Stout does?
24   A    I oversee projects in the dispute consulting practice at
25   Stout.
```

```
 1   Q    Were you hired by the Department of Justice to assist in
 2   its investigation of the defendants?
 3   A    Yes.
 4   Q    When was the first time that you were retained by the
 5   Department of Justice?
 6   A    In December of 2020.
 7   Q    And sorry, was this the first time you were retained by
 8   the Department of Justice?
 9   A    December of 2020 was the first time I was contacted.
10           THE COURT:  Are you saying in this case, is that
11   what you are talking about?
12           MR. FENTON:  I mean, generally.
13           THE WITNESS:  Generally.
14   BY MR. FENTON:
15   Q    Was this matter the first time you worked for the
16   Department of Justice?
17   A    It is not the first matter.
18   Q    Okay.  What percentage of your work at Stout do you do for
19   the Department of Justice?
20   A    About 50 percent of my time is spent on matters for the
21   Department of Justice.
22   Q    All right.  And when were you first hired in this
23   particular matter?
24   A    In December of 2020.
25   Q    And was that after the original indictment?
```

1    A     It is.

2    Q     And were you hired to make a conclusion?

3    A     I was not.

4    Q     Or express an opinion?

5    A     I was not.

6    Q     So, in general, what is it you were hired to do?

7    A     I was asked to summarize voluminous information,

8    particularly banking records and EIDL and PPP loan files in

9    this case.

10   Q     What exactly were you asked to summarize?

11   A     So, to summarize, I reviewed a number of loan files and

12   identified, you know, where those funds were supposed to be

13   disbursed to and then I reviewed bank records to identify the

14   receipt of those funds.

15   Q     Okay.  And how do you go about describing or tracing the

16   use of the loan funds, just generally speaking?

17   A     Sure.  So it's basically a process like I said, you

18   identify where the funds were supposed to be received,

19   finding -- accessing those accounts, which the government

20   produced to me, and then identifying the receipt of those

21   funds, and then following the money through that account and to

22   any other accounts that those funds might have moved to.

23              MR. FENTON:  Okay.  At this time, Mr. Cruz, I would

24   like to show the witness an exhibit, Government Exhibit 115 for

25   identification purposes.

```
 1              THE COURTROOM DEPUTY:  Go ahead.
 2   BY MR. FENTON:
 3   Q    Can you see that exhibit, Ms. Robinson?
 4   A    I can.
 5   Q    Is this the summary of the voluminous information that you
 6   prepared in this matter?
 7   A    Yes.  This is a summary of the bank accounts I reviewed.
 8   Q    Okay.
 9              MR. FENTON:  Your Honor, the government would move
10   to admit this exhibit at this time.
11              THE COURT:  Received.
12         (Government Exhibit 115 received into evidence.)
13              MR. FENTON:  Permission to publish?
14              THE COURT:  Yes.
15   BY MR. FENTON:
16   Q    Ms. Robinson, can you tell us what we see on the first two
17   slides here starting with page 1?
18   A    Sure.  This is a two-page exhibit summarizing the bank
19   accounts that I reviewed.  There is a total of 24 bank accounts
20   and going, sort of, left to right, you will see the account
21   name listed of the account, who the signatory is, what bank
22   that account is held -- the accounts are held at, the last four
23   digits of the account number, when the account was opened and
24   then the time period reviewed.
25         And the final column on the right identifies the
```

**UNITED STATES DISTRICT COURT**

```
 1   government exhibit number where those records -- the government
 2   exhibit number associated with those records.
 3   Q    What is the significance of the column that is marked
 4   signatory?
 5   A    Signatory -- signatory identifies who controls that
 6   account.
 7   Q    Okay.  And is the case that only one individual controlled
 8   each and every one of these accounts of the signatory?
 9            MR. LITTRELL:  Objection.  Foundation.  Objection,
10   foundation as to who controls the accounts.
11            THE COURT:  Objection is sustained.
12            MR. FENTON:  Can I ask the question differently?
13            THE COURT:  Yes.
14   BY MR. FENTON:
15   Q    Is the case that only one signatory was listed on each and
16   every one of these accounts?
17   A    There is, yes, there was one signatory.  There is one
18   account that has a second signatory.
19   Q    Is that the Number 14?
20   A    That's on the next page.
21   Q    Right.  And that account has an additional signatory as
22   well?
23   A    Yes.
24   Q    Do you recall the name of that individual?
25   A    Mark -- I'm drawing a blank on the last name, I'm sorry.
```

1   Q     Is it Zindroski?

2   A     Yes.

3   Q     Mark Zindroski?

4   A     Yes.

5   Q     Let's move on to page 3.  What is shown on page 3?

6   A     So page 3 is a summary of the EIDL and PPP loans that I

7   reviewed.

8   Q     And when you say the loans you reviewed, what exactly do

9   you mean?  What were the underlying documents that you took a

10  look at?

11  A     Sure.  So this is a two-page exhibit.  There is 27 loans

12  listed.  And similar to the last exhibit on the far right it

13  identifies the government exhibit number and contained in those

14  files are the actual loan application submitted, either to --

15  well, to the lender.

16  Q     And did you choose which loan files to review?

17  A     I did not.

18  Q     Who chose those loan files?

19  A     The government.

20  Q     Okay.  So you were asked to review and summarize certain

21  loan files, correct?

22  A     That's correct.

23  Q     Certain bank records as well?

24  A     Yes.

25  Q     Let's move on to Slide 5, page 5?

1    A     Okay.

2    Q     Can you describe for the jury what is shown here?

3    A     This is a slide summarizing the inflows of PPP loans to

4    accounts and the subsequent use of those funds towards the

5    purchase of the La Primavera property.

6    Q     Let's start on the first loan on the top.  Can you tell us

7    what loan did you identify here, and can you walk us and follow

8    the money?

9    A     Yes.  So the first loan is from a bank from Celtic Bank

10   last four digits of that loan is 7400, and the loan was

11   $157,500 and was funded on May 20th of 2020, to the Voyage Limo

12   account ending in 7900.

13   Q     And who is the signatory for that account?

14   A     Vahe Dadyan.

15   Q     What happens -- how are those funds then used.  Where do

16   they go next?

17   A     So the Vahe Dadyan -- the Voyage Limo account sends

18   $155,000 to Runyan Tax Service, account ending 9700.

19   Q     Who's the signatory for the Runyan Tax Service account?

20   A     Viktoria Kauichko.

21   Q     Now, I notice here that the transfer of the $155,000 and

22   the top of this arrow is marked in black, is in black font, and

23   the 155,000 on the bottom is in red font.  Why is that?

24   A     The black number indicates that that is the amount of the

25   transaction.  And the red number indicates the amount of PPP

1    funds that are part of that transaction.

2    Q    And how did you determine what amount of PPP funds were

3    part of that transaction?

4    A    So what I did was when the 157,500 came into the Voyage

5    Limo account, I looked at the account balance before that money

6    came in, and when that money came in, what the ultimate account

7    balance was.

8         And I placed that account balance -- I took that account

9    balance and split it into two buckets, other funds and PPP

10   funds.  So at that point in time for this particular account

11   there was about $300 in this Voyage Limo account so the other

12   funds would have 300, and then the bucket two, the PPP funds,

13   would have 157,500.

14        So, from that point forward, I am monitoring the balance

15   for every transaction in that account and when we get to -- or

16   when July 3rd comes around, when the 155,000 is transferred to

17   Runyan Tax Service, the account balance at Voyage Limo has --

18   the bucket two account category still has 155,000 -- or,

19   157,500, actually, but it has 155,000 in it, meaning that those

20   are all PPP funds when that transfer occurs.

21   Q    So 155,000 of PPP money goes from Voyage Limo to Runyan

22   Tax Service?

23   A    Correct.

24   Q    There is an additional loan here you traced.  Can you

25   explain what that loan is and where that goes?

A     Yes.  That was a Seattle Bank PPP loan ending in 8104 and that loan funded in the amount of $276,653, and on July 21st of 2020, those funds were deposited to Runyan Tax Service, account ending 9700.

Q     And what happens next with these funds?

A     So two days later on July 23rd, there is a transfer.  It's indicated in black of $238,614, it's a wire to Beverly Hills Escrow.

Q     And what is the transaction Beverly Hills Escrow transaction.  Well first, let me ask, did you review those records?

A     Yes, I reviewed the escrow documents associated with this purchase.

Q     And what was being purchased with these funds?

A     A home at Calle La Primavera.

Q     Who was the purchaser?

A     Iuliia Zhadko.

Q     What was the approximate purchase price?

A     $1 million.

Q     All right.  Let's turn to the next slide.

      Can you please describe for the jury what is shown here?

A     This is a slide summarizing the inflows of both EIDL and PPP funds into two accounts, and then following those funds through towards the purchase of the Anatacia Lane property.

Q     So let's look at the first two loans.  Let's start with

1    the first two loans.  These loans are traced to what account?

2    A    The Redline Auto Mechanics account ending in 16271.

3    Q    And who's the signatory for that account?

4    A    Anton Kudiumov.

5    Q    What happens next with those funds?

6         THE COURT:  Just let me interject for a moment, for

7    point of clarification.  Is the starting point this chart your

8    testimony about the initial transfer of PPP or EIDL funds to

9    accounts?

10        THE WITNESS:  Yes.

11   BY MR. FENTON:

12   Q    Is that the first column there?

13   A    Yes.  The left side is the -- shows the loan and then the

14   red numbers indicate the amount of those loans going into the

15   account initially receives those PPP fund or EIDL.

16        THE COURT:  And the black refers to the balance in

17   the account at the time the PPP or EIDL funds went into the

18   account?

19        THE WITNESS:  No.  The balances are not listed on

20   these charts.  The black number is the amount of the transfer,

21   so just to give you an example on this chart, Redline Auto

22   Mechanics sends $140,000 between June 29th and July 9th, to the

23   next account, which is the Anton Kudiumov's account.  That is

24   black because that is just factually the amount on the

25   statement that sums up to those amount of transfers, so there

```
1    is total of $140,000 sent over to Anton Kudiumov.  And the red
2    represents the amount that is linked back to the PPP funds.
3    BY MR. FENTON:
4    Q    So what happens once the funds gets to the Anton Kudiumov
5    account?
6    A    So once they get to the Anton Kudiumov account, on the
7    same day of the final transfer into that account, so on July
8    9th, $93,200 is wired to Perfect Escrow.
9    Q    Did you look at the Perfect Escrow records?
10   A    I did.
11   Q    And what did you find?
12   A    I found that this purchase was for the Anatacia Lane
13   property.  The purchase price was $600,000 and was purchased by
14   Viktoria Kauichko.
15   Q    Were any other PPP funds used to pay for this house as
16   well?
17   A    Yes.
18   Q    What funds were those?
19   A    So -- well, it's actually EIDL funds.  And there was an
20   EIDL loan ending in 2210, which was funded to Viktoria
21   Kauichko's account ending 2085, that was funded on May 22nd of
22   2020.
23   Q    Let's look at the next slide, please.
24        Ms. Robinson, can you describe for the jury what is shown
25   here?
```

```
 1  A    This slide shows a series of EIDL and PPP funds that were

 2  deposited to several accounts, and then the following of those

 3  funds through to an ultimate -- towards the ultimate purchase

 4  of the Topeka Drive property.

 5  Q    All right.  Let's start with the first EIDL loan at the

 6  top?

 7  A    Okay.

 8  Q    What is -- can you follow those loan funds for us?

 9  A    Yes, I can.

10  Q    So the money starts at the $149,900 and is deposited into

11  what account?

12  A    The $149,900 deposited to account ending 0172.  That

13  account is in the name of Timeline Transport.  And the

14  signatory is Iuliia Zhadko.

15  Q    Where do those funds go next?

16  A    So on June 24th, two days later, there is $110,000

17  transferred to the escrow company.  I believe this is Beverly

18  Hills Escrow.

19  Q    And did you review Encore?

20  A    Encore, sorry, I can't see it on my screen.

21  Q    Did you review the Encore Escrow records?

22  A    I did.

23  Q    What did you find?

24  A    I found that this related to the purchase of the Topeka

25  Drive property.  That was a purchase price of $3.25 million,
```

1    and was purchased by Richard Ayvazyan and Marietta Terabelian.

2    Q    All right.  Let's look at the next loan.

3         Can you tell us about the next loan and then how that

4    money -- can you follow that money?

5    A    Yes.  The next loan is the crossover bank PPP loan that

6    was funded for $124,000 on May 5th, to Allstate Towing and

7    Transport, account ending 5135.  The signatory on that account

8    is Artur Ayvazyan.

9    Q    And where does that money go next?

10   A    So, on May 21st, there is an $80,000 transfer to Allstate

11   Towing and Transport.  It's another account of Allstate Towing

12   and Transport, that account ends in 7695.

13   Q    And does the money -- is the money used from that point

14   forward?

15   A    Yes.  So on June 3rd, there is a $93,000 transfer to

16   Encore -- wire to Encore Escrow on June 3rd, of $93,000.

17   Q    Let's look at the next three PPP loans, the two EIDLs and

18   the PPP?

19   A    Yes.

20   Q    Can you describe for us how that money was used and where

21   it goes?

22   A    The first loan, the EIDL loan ending 0719 was for $144,900

23   went into the G&A Diamonds account ending 1964.

24        And a few days later on June 19th, that account sends

25   $100,000 to Marietta Terabelian's account ending in 1475.

UNITED STATES DISTRICT COURT

1   Q     Now, what portion of that transfer was comprised of PPP

2   funds?

3   A     All of that transfer, the 100,000, all of it contained the

4   EIDL funds that went through G&A Diamonds.

5   Q     You determined that using the same method you described

6   earlier?

7   A     Yes.  The same process of putting the funds when they come

8   into to the bucket marked EIDL or PPP, depending on the

9   account, and then monitoring the balance and, you know, making

10  sure there is enough money in the account when it moves that I

11  know that that $100,000 contains those PPP funds -- or EIDL,

12  I'm sorry, in this case.

13  Q     Were those the only PPP funds that were transferred to

14  Marietta Terabelian's bank account?

15  A     They were not.

16  Q     Tell us about the others.

17  A     So, there were two other loans that funded through Redline

18  Auto Collision.  It's the Celtic Bank PPP loan for $130,187 and

19  then there is the EIDL loan of $149,900 on June 8th.

20        Those both go into Redline Auto Collision, account ending

21  1732, and on June 17th, that account sends $150,000 to Marietta

22  Terabelian, her account ending in 1475.

23  Q     All right.  And what happens next with these funds?

24  A     The Marietta Terabelian account on June 21st, 2020, sends

25  $565,000 to Encore Escrow, and at that time the proceeds -- or

UNITED STATES DISTRICT COURT

1    the amount of PPP or EIDL funds associated with that transfer

2    is $249,807, which is indicated in red.

3    Q    All right.  Let's look at the last two loans there, and

4    tell us how those funds flowed.

5    A    So the last two loans, were they both funded to Secureline

6    Realty, just into separate accounts, so the first loan from

7    Wells Fargo was $122,838 on May 7th, and then the Comerica Bank

8    PPP loan on May 11, for $137,500 to the Secureline Comerica

9    account ending in 8935.

10   Q    Where do those funds go next?

11   A    The Wells Fargo account of Secureline sends $120,000 on

12   June 12th to ABC Realty Advisors, and the Secureline Realty

13   account at Comerica sends $136,000 on May 26th.

14        In both of those instances, the transfer -- the amount of

15   PPP funds is equal to the amount of the transfer.

16   Q    And are some portion of those funds then transferred to

17   another party?

18   A    Yes.  So on June 17th, ABC Realty Advisors account, 8366

19   sends $200,000 to Inception Ventures, account ending 4043.

20   Q    Who is the signatory for that account?

21   A    Richard Ayvazyan.

22   Q    And what percentage of those funds were comprised of PPP

23   or EIDL loan funds?

24   A    It's 100 percent, so it's all $200,000.

25   Q    Where does that money go next?

A     So between June 22nd and June 24th, the Inception Ventures
account sends $500,000 to Encore Escrow, and as I have
described based on the process of looking at the account
balance, and looking at how much in PPP funds are sitting in
that bucket, of the 500, all -- sorry, 200,000 of it was the
PPP funds.

Q     So what was the total amount of EIDL or PPP funds that
were used to purchase the Topeka Drive property?

A     The total, which is shown at the top right corner in the
yellow box is $639,807 in EIDL or PPP funds that were used
towards the Topeka Drive property purchase.

Q     Now, in several of these instances, the money isn't going
directly from the loans to Encore Escrow, correct?

A     That's correct.

Q     That only takes place with respect to the Timeline
Transport?

A     Yes.  And on this particular summary that is the only
instance.

Q     And what happens with respect to all of the other
instances?

A     In all of the other instances on this chart, there is, at
least -- well, there is basically the original receiving
account, and then at least one movement and sometimes two
movements of the money before it gets to Encore Escrow.

Q     All right.  Let's turn to the next page.

1      Can you please describe for the jury what is shown here?

2  A    This is a summary of transactions that occurred in May

3  of 2020, and it shows a number of PPP and EIDL loans that were

4  funded into three accounts, and then the subsequent use of

5  those funds towards either -- towards certain entities or

6  individuals or to this Robinhood account.

7  Q    All right.  So let's start with the four loans at the top.

8  Where do those four loans all go?

9  A    To Top Quality Construction, account ending 3517.

10  Q    Is that Top Quality Contracting?

11  A    I'm sorry, Contracting.

12  Q    And who is the signatory for that account?

13  A    Iuliia Zhadko.

14  Q    What happens next with that money?

15  A    So those funds came in between May 5th and May 19th, and

16  between May 5th and May 19th, Top Quality sends to Iuliia

17  Zhadko $357,000.

18  Q    And what portion of those $357,000 are PPP or EIDL loan

19  funds?

20  A    All $357,000.

21  Q    Now, there was a large amount of money -- larger amount of

22  money that initially went into that account, correct, from the

23  four loans?

24  A    Yes.

25  Q    Based on your review, was any of that money used to pay

1    payroll?

2    A     No.

3    Q     Was any of that money used to pay for a lease or for

4    utilities?

5    A     No.

6    Q     All right.  So let's follow the $357,000 that was

7    transferred to Iuliia Zhadko's Wells Fargo account.  How is

8    that money then used?

9    A     So the Iuliia Zhadko's Wells Fargo account between May 6th

10   and May 15th, sent $77,699 to Robinhood.

11   Q     What's Robinhood?

12   A     It's an investment company where you can invest in stocks.

13   Q     Okay.  Let's look at the next three loans.  Can you just

14   walk us through that?

15   A     Sure.  The next set is there's two loans that fund to

16   Sabala Construction, account ending 9906.

17   Q     Where do those funds go?

18   A     So from that account, those loans both funded on May 1st,

19   and on May 4th, there is a $250,000 transfer out of that

20   account to Hart Construction, JP Morgan account ending 9066.

21   Q     What percentage of those funds were attributable to PPP

22   and EIDL?

23   A     All $250,000 of that transfer is attributable to the PPP

24   loans received by Sabala Construction.

25   Q     Based on your review of the Sabala Construction JP Morgan

**UNITED STATES DISTRICT COURT**

```
 1   account records, did you see any of the remaining funds being
 2   spent on payroll expenses?
 3   A     I did not.
 4   Q     Let's look at the last two loans there.  Can you explain
 5   to us how those proceeds are used?
 6   A     Sure.  So this last set, they are both PPP loans, both
 7   funded on May 1st, for total of 242,500 to Hart Construction,
 8   account ending 1511.
 9   Q     And where do those funds go next?
10   A     On May 4th, $200,000 is sent to Hart Construction
11   JP Morgan account ending 9066.
12   Q     All right.  So by May 4th, 2020, there is approximately
13   $450,000 in PPP and EIDL loan proceeds in the Hart Contruction
14   JP Morgan account ending 9066, correct?
15   A     Yes.
16   Q     How are those funds then used?
17   A     On the same day, there are a series of transactions out of
18   this account in the amount of $50,000.  One was to Iuliia
19   Zhadko, Iuliia Zhadko's JP Morgan account, one was to Fiber
20   One, and another was to Anna Manukyan.
21   Q     Let's move on to the next slide.
22         Can you explain to us what -- can you explain to the jury
23   what is shown here?
24   A     This slide summarizes both PPP and EIDL funds coming into
25   three accounts, and then the subsequent use of those funds
```

```
 1   towards certain purchases.
 2   Q    So let's start with the first two loans, and then the new
 3   account and the EIDL?
 4   A    These loans were both funded to Mod Interiors account
 5   ending 2395.  The first loan July 31, 2020, was for $384,100.
 6        That was a PPP loan, and the second loan on August 7th of
 7   2020, for $149,900 was an EIDL loan.
 8   Q    Who was the signatory for the Mod Interiors Radius Bank
 9   account?
10   A    Marietta Terabelian.
11   Q    How is that money then used?
12   A    Between August 4th and August 27th, $74,616 is sent to
13   Runyan Tax Service, account ending 9700.
14        Then that account ending 9700 on August 12th, sends
15   $24,858 to Italy 2000 Imported Fine Furniture.
16   Q    Did you review the Italy 2000 records?
17   A    I did.
18   Q    And what did you find?
19   A    I found -- there were receipts associated with purchases
20   of furniture.
21   Q    And how about the other two transfers you described here?
22   A    Sure.  Out of the Mod Interiors' account on August 17th,
23   there is $100,000 transfer to Belgium New York, LLC, and of
24   that transaction, all $100,000 of it can be attributed to the
25   PPP and EIDL funds that went into Mod Interiors.
```

```
1    Q     And how is that money used?
2    A     Towards the purchase of diamonds from Belgium New York,
3    LLC.
4    Q     And how about that last transfer?
5    A     The last transfer occurred between August 20th and
6    September 17th.  Those transfers total $238,960.  All of those
7    transfers contained the PPP or EIDL funds and those were to
8    Piccadilly Jewelers.
9    Q     Did you look at the records from Piccadilly Jewelers?
10   A     I did.
11   Q     And how were the funds used?
12   A     They were shown to be for purchases of jewelry as well.
13   Q     All right.  Let's look at the next three loans.
14   A     The next three loans -- so the first set is PPP, EIDL and
15   another PPP loan between June 30th and July 3rd, totaling
16   $254,800 into Timeline Transport, account ending 0172.
17   Q     And how were those funds then used?
18   A     So between July 3rd, and July 17th of 2020, there was an
19   $82,000 transfer in total, 82,000 transferred to Gentlemen
20   Timepieces.
21         Of that 82,000, all of that money can be attributed back
22   to the PPP and EIDL funds that went into Timeline Transport's
23   account.
24   Q     Let's look at that last loan here on the slide.  The New
25   Tech loan.  Can you help us follow funds there?
```

UNITED STATES DISTRICT COURT

1    A     The New Tech was a PPP loan, that funded in the amount of

2    $244,500 on August 17th to the Anna Dzukaeva account, Capital

3    One, that account ends in 1441.

4    Q     How were those funds then used?

5    A     So these funds -- so that account between August 18th and

6    August 27th of 2020, made transfers totaling $31,318 to Fay

7    Servicing.

8          All of those funds can be attributed back to the PPP loan,

9    based on the process I have described a couple of times now.

10   Q     Let's look at the next slide.  So here we have got -- we

11   have one EIDL loan and one PPP loan, going to Turing Info

12   Solutions.  Can you please describe that?

13   A     We have two loans, one is an EIDL loan in the amount of

14   $149,900 that funded on August 12th to Turing info Solutions,

15   account ending 5268, and then there is a PPP loan in the amount

16   of $384,100 funded on August 25th of 2020, to the same account

17   at Turing Info Solutions, and then from there, that account

18   on --

19   Q     Let me just stop you there.

20   A     Sorry.

21   Q     So, at that point in time, this is in August of 2020,

22   correct?

23   A     Yes.

24   Q     So at that point in time, were any of these funds used to

25   pay payroll?

1    A      They were not.

2    Q      So what happened with those funds next?

3    A      So in December of 2020, there were two transactions where

4    $47,000 was sent and $86,000 was sent to Iuliia Zhadko's

5    account ending in 6822.

6    Q      And when were those funds sent?

7    A      They were sent in December of 2020.

8    Q      Okay.  So this flow of funds is different than the other

9    flow of funds that we just looked at?

10   A      Yeah.  The majority of the transactions I reviewed, and

11   have described today, occur in pretty short amounts of time

12   between when the funds -- the PPP or EIDL funds came in and

13   when the next, sort of, transaction occurred, so this is a

14   couple of months apart.

15   Q      So what are the funds do in the time period -- what do the

16   funds in the Turing Info Solutions bank account do in the time

17   period between August 2020 and December of 2020?

18   A      So the account for the most part holds its balance.  It

19   doesn't, you know, drop -- there aren't, like, the funds aren't

20   depleted and then there is new money coming in.  That is not

21   what happens.

22   Q      Okay.  So what does happen?

23   A      Well, so, you know, the majority of these funds remain in

24   this 5268 account between August and December, and, you know,

25   like as I have been describing today, I looked at the account

1  balance in August for this account on August 12th and

2  August 25th, and I placed those PPP and EIDL funds into that

3  bucket, so the bucket tracking the PPP and EIDL funds and then

4  the other sources bucket.  So I'm monitoring that account

5  balance between August and December.

6        And if there had been, you know -- a depletion of that

7  account balance, then those funds wouldn't have been available

8  to apply when this 47,000 and this $86,000 occurs, but they

9  were -- that PPP EIDL bucket still had those funds in it, and

10  so because of that, these transfers contain those funds --

11  those original PPP and EIDL funds.

12  Q    So how are these funds that are transferred in December

13  used?

14  A    So the Iuliia Zhadko account JP Morgan 6822, makes a

15  couple -- makes two transactions to TD Ameritrade, 3630, and on

16  December 23rd, it sends 50,000, and December 24th, it sends

17  75,000.  And in both of those cases, those funds are containing

18  the EIDL and PPP funds that came via Turing Info Solutions.

19  Q    And it looks like here $50,000 of the $50,000 is

20  attributable to EIDL funds?

21  A    EIDL or PPP.

22  Q    EIDL or PPP?  And 100 percent of the $75,000 funds

23  transfers are also attributable?

24  A    Yes.

25  Q    So this $125,000 goes to TD Ameritrade in a two-day time

```
 1  period.  What is TD Ameritrade?
 2  A    TD Ameritrade is also a company that is investment -- so
 3  you can buy stocks and make investments via TD Ameritrade.
 4  Q    So is this a way for people to buy securities, to buy
 5  stocks and bonds?
 6  A    Stocks, mutual funds, yes.
 7  Q    In their own personal accounts?
 8  A    Yes.
 9  Q    And let's just take a step back and look at that last
10  transfer from Turing Info Solutions, can you describe that
11  transfer for us?
12  A    Yes, so on January 14th of 2021, $22,000 is transferred
13  from Turing Info Solutions to Coinbase.
14       I'm sorry, on January 14th of 2021, and all 22,000 of that
15  contains the EIDL and PPP funds.
16  Q    What is Coinbase?
17  A    Coinbase is a company where you can buy cryptocurrency.
18  Q    So $22,000 was transferred to Coinbase for the purpose of
19  buying cryptocurrency?
20  A    Yes.
21  Q    Just to go back up to the Iuliia Zhadko account at JP
22  Morgan, the account ending 6822, did you see any of those
23  funds, any of that $120,000 or so used to pay for payroll
24  expenses?
25  A    I did not.
```

**UNITED STATES DISTRICT COURT**

1    Q    Now, we have talked about this in a number of occasions.
2    I have asked you if these funds were used to pay for payroll
3    expenses.
4         What would you look for to see if money was being used for
5    payroll expenses?
6    A    I would be looking for payments to payroll companies, for
7    example, ADP or Paychecks.  I would be looking for payments to
8    taxing authorities to pay for unemployment insurance, for
9    instance.  I would be looking for payments to utility
10   companies, and I just did not see these things in the banking
11   activity.
12   Q    What about benefits?  Would benefits be something that
13   might be included in payroll?
14   A    Yes.  It could be, but I don't see any payments to -- so
15   maybe that would be health insurance companies or I guess other
16   types of benefits, but I didn't see anything like that.
17   Q    Okay.  Sometimes employers make contributions to
18   retirement savings?
19   A    Right.  401(k) payments and I don't see that.
20   Q    You didn't see any evidence of that as well either?
21   A    No.
22   Q    All right.  Let's take a look at the next slide.
23        Can you describe for us what is shown here?
24   A    This is a slide showing the activity, the daily activity
25   starting on August 1st, in the Anna Dzukaeva Capitol One

1  account ending in 1441.  An activity is shown is from

2  August 1st, 2020, to January 22nd of 2021.

3  Q    All right.  So here you track -- you monitor the use of

4  these proceeds for about four-month, five-month time period,

5  correct?

6  A    Yes.

7  Q    And at any point, do you see these funds being used for

8  payroll?

9  A    I do not.

10 Q    And do you see these funds being used for lease payments

11 or utilities?

12 A    I do not.

13 Q    All right.  So what type of expenditures do you see out of

14 this account?

15 A    I see payments to Fay Servicing.  I see payments to

16 Chrysler Capital.  There is two large transfers to ABC Realty

17 Advisors, and that is in the amount of 45,000, it's sort of in

18 the middle of the page.

19      And on September 24th, there is a transfer to Secureline

20 Realty in the amount of 48,000.

21 Q    And do you recall what Fay Servicing is?

22 A    It's a mortgage servicing company.

23 Q    So these are mortgage payments?

24 A    That is my understanding.

25 Q    And you --

```
 1              MR. RAM:  Objection.  Calls for speculation, Your
 2  Honor.
 3              THE COURT:  What is the name of the company?
 4              THE WITNESS:  Fay Servicing.
 5                   It's under the yellow line, and it's Fay
 6  Servicing.
 7              THE COURT:  Well, objection is sustained.
 8              MR. FENTON:  Ms. Robinson --
 9              MR. RAM:  Move to strike the answer, Your Honor.
10              THE COURT:  Answer is stricken.
11  BY MR. FENTON:
12  Q    Maybe I can ask it a different way, Your Honor.
13       Did you review the -- did you review records from Fay
14  Servicing?
15  A    I don't recall reviewing any records from Fay Servicing.
16  Q    We can move on then.
17       So what were some of the other expenditures you saw out of
18  this account after the PPP funds were deposited?
19       There is a payment to Chrysler Capital; is that right?
20  A    Right.  There is actually more than one, there is three
21  payments to Chrysler Capital, one in August, one in November,
22  and one in December.  They are each for $600.
23       I went over the ABC Realty and Secureline transfers.
24  Q    Okay.  We had seen those names earlier in the slides,
25  correct?
```

```
1    A     Correct.

2    Q     And do you recall what individual was associated with

3    those accounts?

4    A     Those are accounts -- they were Tamara Dadyan is the

5    signatory.

6    Q     What other expenditures did you see here?

7    A     There is, you know, some spending Bed Bath and Beyond,

8    there is a $23,000 transfer to Anna Dzukaeva.

9    Q     Okay.  Is that a transfer?

10   A     There is a withdrawal of $23,000 on September 1st.

11   Q     Okay.  Then what about the transaction on November 25th,

12   2020?

13   A     Right.  So that's a deposit to the account.  It's a

14   cashier's check, and it's from Anna Dzukaeva, the same account.

15   Q     These are transfers to individuals, correct?

16   A     Yes.

17   Q     But there is -- is there any evidence, did you see

18   anything that suggested this was payroll?

19   A     No.

20            MR. FENTON:  No further questions, Your Honor.

21            THE COURT:  Okay.  It's now -- seeing that we are at

22   5 o'clock; am I right?

23            MR. LITTRELL:  Yes.

24            THE COURT:  So that is the time we recess for the

25   evening.
```

UNITED STATES DISTRICT COURT

```
 1                    Again, the admonition:  Don't talk to each

 2  other about the case or anyone else at home.  Don't make an

 3  effort, if there is anything in the media or in the Internet or

 4  newspaper.  I don't know if there is anything, but I'm

 5  admonishing you not to even look or try.

 6                    Please try to be as punctual as you were this

 7  morning.  If you are punctual, then we will get going on time.

 8                    Thank you.

 9            THE COURTROOM DEPUTY:  All rise.

10                 (The jury exits the courtroom.)

11            THE COURT:  You may be seated.  Let me just take a

12  few minutes because I think everyone wants to restart our

13  engines for tomorrow.

14                    Give me some idea of what the government is

15  coming up with.  I know there will be cross-examination of this

16  witness.  What follows this witness?  Who is your next witness?

17            MR. FENTON:  So, Your Honor, the government has, as

18  Your Honor knows, there are several premises searches.

19            THE COURT:  I just can't hear you.  Do you have your

20  mask on?

21            MR. FENTON:  I do not, Your Honor, I'm not close to

22  the microphone.

23            THE COURT:  Yes.

24            MR. FENTON:  Is this better, Your Honor?

25            THE COURT:  Yes, it is.
```

1          MR. FENTON:  So we will have some --

2          THE COURT:  And you especially.  You drift off, you

3    don't stay at the microphone.  This is a pretty large

4    courtroom.  You can hear me clearly, can't you?

5          MR. FENTON:  I can, Your Honor.

6          THE COURT:  I try to speak into the microphone so

7    try to make an effort, if you can, it would helpful to me.

8          MR. FENTON:  I can make that effort.

9          THE COURT:  All right.  Please go ahead.

10          MR. FENTON:  So tomorrow the government anticipates

11    calling the FBI agents who are at the three search sites that

12    we had previously told Your Honor about.

13              We are going to call a translator, who is

14    going to translate -- who is going to testify about the

15    translation of the jail calls.

16              We will call one witness from financial

17    institution who will testify about the materiality of the false

18    and misleading statements to an SBA-approved lender to the

19    bank.

20          THE COURT:  You mean, Celtic Bank, is that the bank

21    or some other bank?

22          MR. FENTON:  That's correct, Your Honor.

23              We also anticipate, unless the defendants are

24    willing to stipulate to authenticity, we anticipate calling the

25    FBI computer analyst, response team witnesses who will

```
 1    authenticate the digital evidence that was taken off the
 2    defendant's phones.
 3                    And then we're planning to call Agent Tim
 4    Massino to provide his testimony.
 5                    THE COURT:  And Massino, as I remember, was with the
 6    SBA, correct?
 7                    MR. FENTON:  That's correct, Your Honor.
 8                    THE COURT:  And he is the witness you intend to
 9    offer to review the text messages, correct?
10                    MR. FENTON:  Yes, Your Honor.
11                    THE COURT:  And what else, if anything, is he going
12    to do?
13                    MS. AHN:  Your Honor, he is going to first begin to
14    discuss the loan summary charts as he is the SBA IOG agent.  He
15    retained many of the original loan files used in the
16    investigation in conjunction --
17                    THE COURT:  So, in other words, I thought this
18    witness said that according to her charts that the first step
19    she did was to look at the disbursement of the PPP and EIDL
20    funds into the bank account of the named borrower, correct?
21                    MS. AHN:  Yes, Your Honor.
22                    THE COURT:  Is he doing something different?
23                    MS. AHN:  Yes, Your Honor.  He is describing the
24    loan applications, the summary charts, basically summarize a
25    large number of loan applications and loan files.
```

```
 1              THE COURT:  I thought it was the loan files that are
 2     not specifically alleged in the indictment.
 3              MS. AHN:  It includes a loan file that were
 4     alleged -- well alleged in the overt acts.
 5              THE COURT:  Overt acts.
 6              MS. AHN:  Yes, Your Honor, as well as additional
 7     loan files covered by the conspiracy alleged in the indictment.
 8              THE COURT:  I see.
 9              MS. AHN:  So he will begin as a summary witness to
10     talk about the loan files, and then he also reviewed the
11     digital evidence seized from the phones from defendant's
12     residences, and we will have him testify as to that digital
13     evidence, Your Honor.
14              THE COURT:  But the digital evidence, at least
15     foundationally, is through this FBI team.  What did you call
16     it?
17              MS. AHN:  The card examiner, Your Honor.  So it goes
18     from the seizing agents or the agents who received the evidence
19     at the actual physical locations to the evidence locker at FBI,
20     which where -- it was then picked up by the forensic examiners
21     who then extracted data from the phones, and put it into a
22     report.  That report was then reviewed for both privileged
23     information as well as information subject to the search
24     warrant.
25                        Agents then identified information that was
```

1    subject to the search warrant and pulled it out into what is

2    called another Cellebrite report.  So the card examiners, they

3    authenticate the data in that Cellebrite report.

4                   Special Agent Timothy Massino then reviewed

5    the trial exhibits.

6                   THE COURT:  Say that one more time.  The card

7    examiners?

8                   MS. AHN:  The forensic examiners from FBI, Your

9    Honor.

10                  THE COURT:  They will testify about what they did

11   forensically?

12                  MS. AHN:  Yes, Your Honor.

13                  THE COURT:  To extract the information on the

14   phones?

15                  MS. AHN:  Yes, Your Honor.  The idea is we need to

16   prove that the trial exhibits presented by the government are

17   in fact true and accurate representations of the data from the

18   phone.

19                  THE COURT:  Okay.  Let me ask the defendants if they

20   foresee any evidentiary issues with regard to, first, the

21   witnesses other than Massino.

22                  Anything that you think would require a ruling

23   with regard to the cross-examination of this witness or the

24   other witnesses that the government announced?

25                  MR. RAM:  Your Honor, at that moment we don't know

```
 1   which exhibits the government is going to try to bring in with

 2   each of those witnesses.

 3            THE COURT:  Can you tell the defendant now?

 4            MS. AHN:  Yes, Your Honor.

 5            THE COURT:  Do it right now.

 6            MS. AHN:  I can do it, Your Honor, so for the

 7   forensic examiners, it is the digital device exhibits that were

 8   specifically named in the digital device tab.

 9            THE COURT:  Give a number.

10            MS. AHN:  Yes, Your Honor.  So it includes

11   government exhibits -- excuse me, let me go ahead to our

12   detailed sheet.

13                 So for Examiner Parra, it is Government

14   Exhibit 12.

15            THE COURT:  Well, you know what, I tell you I'm

16   going to exercise some prerogative here.  I'm going to leave.

17            MS. AHN:  Yes, Your Honor.

18            THE COURT:  I'm going to have you do all of the

19   dirty work.

20            MS. AHN:  Yes, Your Honor, with the defense lawyers.

21            THE COURT:  Do you think we can complete your part

22   of the case tomorrow?

23            MS. AHN:  I don't believe the government plans on

24   resting tomorrow, but I do believe we will get through a number

25   of witnesses, potentially, including the FBI forensic
```

**UNITED STATES DISTRICT COURT**

1    examiners.

2            THE COURT:  Yeah.  I mean this is typical of almost

3    every case I have had.  The trial estimates are overblown, I

4    mean, if you put in a full trial day, and don't have breaks and

5    recesses, you get a lot done.

6            MS. AHN:  Yes, Your Honor.

7            THE COURT:  So be prepared to go forward.

8            MS. AHN:  Yes, Your Honor.

9            THE COURT:  Thank you for your efforts.

10            THE COURTROOM DEPUTY:  All rise.  This Honorable

11   Court stands adjourned.

12            (The proceedings concluded at 5:11 p.m.)

13                         *  *  *

14

15

16

17

18

19

20

21

22

23

24

25

1                    **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6            I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:  June 17, 2021

17

18

19                         /s/ TERRI A. HOURIGAN

20          _____
                 TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
21                    Federal Official Court Reporter

22

23

24

25

                    **UNITED STATES DISTRICT COURT**

# $

**$100,000** [4] - 128:25, 129:11, 135:23, 135:24
**$110,000** [1] - 127:16
**$120,000** [2] - 130:11, 140:23
**$122,838** [1] - 130:7
**$124,000** [1] - 128:6
**$125,000** [1] - 139:25
**$130,187** [1] - 129:18
**$136,000** [1] - 130:13
**$137,500** [1] - 130:8
**$140,000** [2] - 125:22, 126:1
**$144,900** [1] - 128:22
**$149,900** [5] - 127:10, 127:12, 129:19, 135:7, 137:14
**$150,000** [1] - 129:21
**$155,000** [2] - 122:18, 122:21
**$157,500** [1] - 122:11
**$200,000** [3] - 130:19, 130:24, 134:10
**$22,000** [2] - 140:12, 140:18
**$23,000** [2] - 144:8, 144:10
**$238,614** [1] - 124:7
**$238,960** [1] - 136:6
**$24,858** [1] - 135:15
**$244,500** [1] - 137:2
**$249,807** [1] - 130:2
**$250,000** [2] - 133:19, 133:23
**$254,800** [1] - 136:16
**$276,653** [1] - 124:2
**$3.25** [1] - 127:25
**$300** [1] - 123:11
**$31,318** [1] - 137:6
**$357,000** [4] - 132:17, 132:18, 132:20, 133:6
**$384,100** [2] - 135:5, 137:16
**$450,000** [1] - 134:13
**$47,000** [1] - 138:4
**$50,000** [3] - 134:18, 139:19
**$500,000** [1] - 131:2
**$565,000** [1] - 129:25
**$600** [1] - 143:22
**$600,000** [1] - 126:13
**$639,807** [1] - 131:10
**$74,616** [1] - 135:12
**$75,000** [1] - 139:22

**$77,699** [1] - 133:10
**$80,000** [1] - 128:10
**$82,000** [1] - 136:19
**$86,000** [2] - 138:4, 139:8
**$93,000** [2] - 128:15, 128:16
**$93,200** [1] - 126:8

# /

**/s** [2] - 152:19

# 0

**0172** [2] - 127:12, 136:16
**0719** [1] - 128:22

# 1

**1** [6] - 2:18, 28:6, 32:20, 51:23, 119:17, 124:19
**10** [2] - 34:12, 99:25
**100** [5] - 86:6, 104:8, 105:21, 130:24, 139:22
**100,000** [2] - 11:14, 129:3
**10036** [1] - 2:16
**101** [1] - 5:8
**102** [1] - 4:15
**105** [1] - 5:9
**107** [1] - 5:10
**10th** [1] - 33:12
**11** [1] - 130:8
**1114** [1] - 2:15
**113** [1] - 4:16
**115** [3] - 5:11, 118:24, 119:12
**116** [1] - 4:18
**119** [1] - 5:11
**12** [3] - 28:25, 99:25, 150:14
**12th** [4] - 130:12, 135:14, 137:14, 139:1
**1330** [1] - 2:21
**136802** [1] - 63:6
**13th** [5] - 32:7, 32:10, 32:14, 38:7, 38:10
**14** [1] - 120:19
**1441** [2] - 137:3, 142:1
**1475** [2] - 128:25, 129:22
**14th** [2] - 38:14, 140:12, 140:14
**15** [4] - 5:4, 5:5, 34:7,

39:10
**1500** [1] - 57:13
**1511** [1] - 134:8
**155,000** [5] - 122:23, 123:16, 123:18, 123:19, 123:21
**157,500** [3] - 123:4, 123:13, 123:19
**15th** [2] - 39:1, 133:10
**16** [2] - 1:13, 6:1
**16271** [1] - 125:2
**17** [2] - 4:5, 152:16
**1732** [1] - 129:21
**17th** [10] - 33:10, 36:19, 37:20, 39:9, 129:21, 130:18, 135:22, 136:6, 136:18, 137:2
**180** [1] - 87:9
**18th** [1] - 137:5
**19** [2] - 4:6, 28:15
**1900** [1] - 2:12
**1935** [1] - 3:11
**1964** [1] - 128:23
**1984** [1] - 36:10
**1987** [1] - 38:19
**1994** [2] - 33:16, 37:18
**19th** [8] - 33:16, 57:5, 63:21, 65:2, 97:7, 128:24, 132:15, 132:16
**1:10** [2] - 1:13, 6:2
**1st** [11] - 28:10, 32:19, 33:2, 36:24, 37:6, 38:16, 133:18, 134:7, 141:25, 142:2, 144:10

# 2

**2** [2] - 1:12, 31:14
**20-579-SVW** [1] - 1:7
**200,000** [1] - 131:5
**2000** [2] - 135:15, 135:16
**20036** [1] - 2:22
**2006** [5] - 28:10, 28:13, 32:19, 33:2, 36:24
**2007** [5] - 38:14, 38:16, 39:1, 39:2, 39:4
**2010** [2] - 29:13, 30:2, 30:5, 32:7, 32:10, 32:14
**2011** [5] - 35:4, 35:5, 35:11, 35:16, 35:18
**2013** [5] - 24:13,

41:10, 56:17, 56:25, 68:23
**2014** [2] - 34:7
**2015** [14] - 33:10, 33:12, 34:8, 34:11, 36:19, 37:4, 39:9, 39:10, 39:21, 39:22, 56:13, 57:2, 68:24
**2016** [6] - 37:5, 37:20, 38:6, 38:7, 38:10
**2017** [2] - 37:6, 37:15
**2019** [1] - 35:24
**2020** [26] - 57:5, 63:21, 65:2, 93:23, 97:7, 117:6, 117:9, 117:24, 122:11, 124:3, 126:22, 129:24, 132:3, 134:12, 135:5, 135:7, 136:18, 137:6, 137:16, 137:21, 138:3, 138:7, 138:17, 142:2, 144:12
**2021** [12] - 1:13, 6:1, 22:3, 28:10, 28:13, 32:19, 33:2, 36:24, 140:12, 140:14, 142:2, 152:16
**2085** [1] - 126:21
**20th** [4] - 34:8, 34:11, 122:11, 136:5
**212(e** [1] - 30:14
**213** [1] - 1:25
**216** [1] - 3:11
**21st** [3] - 124:2, 128:10, 129:24
**22,000** [1] - 140:14
**2210** [1] - 126:20
**22nd** [5] - 35:5, 35:11, 126:21, 131:1, 142:2
**23** [1] - 4:8
**2395** [1] - 135:5
**23rd** [3] - 38:19, 124:6, 139:16
**24** [2] - 36:2, 119:19
**242,500** [1] - 134:7
**24th** [5] - 39:2, 127:16, 131:1, 139:16, 142:19
**25th** [7] - 34:8, 35:4, 37:4, 37:18, 137:16, 139:2, 144:11
**26** [1] - 34:7
**26th** [1] - 130:13
**27** [2] - 29:13, 121:11
**27th** [2] - 135:12, 137:6
**28** [2] - 5:6, 152:9

**28th** [1] - 35:16
**29th** [1] - 125:22
**2:53** [2] - 78:11, 78:15
**2nd** [1] - 36:10

# 3

**3** [3] - 121:5, 121:6
**3-E** [3] - 5:4, 15:8, 15:10
**3-I** [3] - 5:5, 15:24, 15:25
**3-R** [2] - 13:17, 13:18
**30** [1] - 37:17
**300** [1] - 123:12
**302** [4] - 5:10, 107:4, 107:9, 107:19
**30th** [7] - 28:10, 32:19, 33:2, 35:24, 36:24, 39:22, 136:15
**31** [1] - 135:5
**310** [7] - 5:9, 104:11, 105:5, 105:9, 105:13, 105:24, 113:22
**312** [1] - 2:7
**31st** [1] - 38:6
**350** [2] - 1:24, 3:4
**3517** [1] - 132:9
**3537** [1] - 61:14
**3630** [1] - 139:15
**3700** [1] - 62:6
**3792** [1] - 61:5
**3838** [2] - 1:23, 152:20
**3900** [1] - 2:18
**3:00** [3] - 57:13, 57:14, 78:11
**3rd** [2] - 123:16, 128:15, 128:16, 136:15, 136:18

# 4

**401(k** [1] - 141:19
**4043** [1] - 130:19
**409** [1] - 3:15
**41** [1] - 4:9
**4255** [1] - 101:9
**43** [1] - 4:9
**4311** [1] - 1:24
**44** [12] - 5:6, 27:8, 27:20, 27:22, 27:25, 28:4, 31:14, 37:17, 41:17, 41:21, 42:3, 51:23
**45,000** [1] - 142:17
**47,000** [1] - 139:8
**48,000** [1] - 142:20
**4:00** [1] - 97:13

**4th** [4] - 133:19, 134:10, 134:12, 135:12

**5**

**5** [4] - 36:20, 121:25, 144:22
**50** [1] - 117:20
**50,000** [1] - 139:16
**500** [1] - 131:5
**5135** [1] - 128:7
**5268** [2] - 137:15, 138:24
**56** [1] - 4:12
**5890** [1] - 62:16
**5:11** [1] - 151:12
**5th** [6] - 2:12, 3:7, 37:5, 128:6, 132:15, 132:16

**6**

**6** [1] - 29:13
**60** [1] - 5:7
**601** [1] - 3:7
**63** [1] - 4:12
**633** [1] - 2:12
**651** [1] - 3:15
**667** [1] - 101:13
**6822** [3] - 138:5, 139:14, 140:22
**6th** [2] - 35:18, 133:9

**7**

**7** [1] - 37:5
**720** [1] - 3:7
**7400** [1] - 122:10
**75,000** [1] - 139:17
**753** [1] - 152:9
**76-A** [4] - 5:8, 100:13, 100:25, 101:2
**76-B** [5] - 5:7, 60:6, 60:10, 60:14, 60:16
**7695** [1] - 128:12
**7900** [1] - 122:12
**7th** [2] - 130:7, 135:6

**8**

**80310** [1] - 28:1
**8038** [1] - 28:1
**8104** [1] - 124:1
**82,000** [2] - 136:19, 136:21
**8366** [1] - 130:18
**86867** [1] - 101:15
**8935** [1] - 130:9
**894-2849** [1] - 1:25

**89th** [1] - 30:4
**8th** [1] - 129:19

**9**

**9** [1] - 37:25
**90012** [2] - 1:24, 2:8
**90071** [2] - 2:13, 3:8
**90277** [1] - 3:16
**903** [1] - 3:4
**9066** [3] - 133:20, 134:11, 134:14
**91208** [1] - 3:11
**92673** [1] - 3:5
**9313** [3] - 61:16, 62:8, 62:18
**94105** [1] - 2:19
**9487** [1] - 61:25
**96** [1] - 4:15
**9678** [1] - 63:4
**9700** [4] - 122:18, 124:4, 135:13, 135:14
**9906** [1] - 133:16
**9th** [3] - 39:21, 125:22, 126:8

**A**

**A-b-r-i-l** [1] - 10:24
**A-d-r-i-a-n** [1] - 55:20
**ABC** [4] - 130:12, 130:18, 142:16, 143:23
**able** [6] - 15:19, 19:25, 43:4, 69:14, 93:19, 106:19
**above-entitled** [1] - 152:12
**ABRIL** [2] - 4:4, 10:25
**Abril** [8] - 10:17, 10:24, 11:5, 13:23, 15:12, 16:10, 17:8, 17:21
**abroad** [1] - 28:24
**absolutely** [3] - 13:3, 13:24, 18:9
**abuse** [1] - 77:22
**Academy** [2] - 56:25, 57:2
**accelerating** [1] - 20:24
**access** [6] - 13:6, 26:16, 50:17, 51:15, 53:4, 53:10
**accessing** [1] - 118:19
**according** [9] - 32:12, 34:4, 34:9, 35:6, 37:14, 38:8,

39:3, 39:23, 147:18
**account** [116] - 12:11, 14:13, 14:19, 15:3, 15:4, 16:15, 118:21, 119:20, 119:21, 119:22, 119:23, 120:6, 120:18, 120:21, 122:12, 122:13, 122:17, 122:18, 122:19, 123:5, 123:6, 123:8, 123:10, 123:11, 123:15, 123:17, 123:18, 124:3, 125:1, 125:2, 125:3, 125:15, 125:17, 125:18, 125:23, 126:5, 126:6, 126:7, 126:21, 127:11, 127:12, 127:13, 128:7, 128:11, 128:12, 128:23, 128:24, 128:25, 129:9, 129:10, 129:14, 129:20, 129:21, 129:22, 129:24, 130:9, 130:11, 130:13, 130:18, 130:19, 130:20, 131:2, 131:3, 131:23, 132:6, 132:9, 132:12, 132:22, 133:7, 133:9, 133:16, 133:18, 133:20, 134:1, 134:8, 134:11, 134:14, 134:18, 134:19, 135:3, 135:4, 135:9, 135:13, 135:14, 135:22, 136:16, 136:23, 137:2, 137:3, 137:5, 137:15, 137:16, 137:17, 138:5, 138:16, 138:18, 138:24, 138:25, 139:1, 139:4, 139:7, 139:14, 140:21, 140:22, 142:1, 142:14, 143:18, 144:13, 144:14, 147:20
**accountant** [1] - 116:18
**accounts** [20] - 12:22, 118:19, 118:22, 119:7, 119:19, 119:22, 120:8, 120:10, 120:16, 122:4, 124:23, 125:9, 127:2, 130:6, 132:4, 134:25,

140:7, 144:3, 144:4
**accuracy** [3] - 42:18, 42:19, 93:9
**accurate** [7] - 14:18, 27:22, 40:19, 40:20, 41:24, 41:25, 149:17
**accurately** [1] - 107:14
**act** [1] - 11:24
**action** [1] - 74:6
**activities** [1] - 15:3
**activity** [4] - 141:11, 141:24, 142:1
**acts** [2] - 148:4, 148:5
**actual** [2] - 121:14, 148:19
**ADAS** [1] - 54:4
**add** [1] - 14:17
**added** [1] - 15:4
**additional** [7] - 19:23, 54:8, 58:9, 85:8, 120:21, 123:24, 148:6
**address** [2] - 8:10, 80:5
**addressed** [3] - 8:11, 21:3, 50:16
**addressing** [3] - 20:1, 20:23, 85:21
**adequate** [1] - 71:5
**adequately** [1] - 50:7
**adjourned** [1] - 151:11
**administered** [6] - 10:20, 23:7, 55:12, 89:12, 95:23, 115:18
**Administration** [1] - 96:20
**admissible** [3] - 7:20, 7:21, 80:2
**admission** [3] - 7:22, 79:15, 81:7
**admit** [6] - 27:25, 60:14, 100:24, 105:8, 107:17, 119:10
**admitted** [2] - 60:15, 105:12
**admonishing** [1] - 145:5
**admonition** [1] - 145:1
**adopting** [1] - 42:5
**ADP** [1] - 141:7
**ADRIAN** [2] - 4:11, 55:24
**Adrian** [2] - 55:8, 55:19
**advantage** [1] - 12:6
**Advisors** [3] -

140:7, 144:3, 144:4
**accuracy**

**130:12, 130:18, 142:17**
**affect** [1] - 89:19
**afternoon** [15] - 6:16, 11:5, 17:21, 17:22, 23:20, 41:6, 56:8, 63:19, 63:20, 84:18, 96:8, 96:9, 102:8, 102:9, 116:9
**AFTERNOON** [1] - 1:12
**agency** [12] - 23:23, 28:1, 47:2, 47:13, 48:1, 48:3, 48:21, 49:9, 49:25, 56:16, 72:1, 72:3
**agent** [6] - 68:24, 83:3, 83:8, 83:10, 88:20, 147:14
**Agent** [7] - 85:12, 85:24, 86:2, 86:23, 88:2, 147:3, 149:4
**agents** [5] - 26:1, 146:11, 148:18, 148:25
**ago** [18] - 21:7, 49:7, 49:10, 65:2, 65:3, 65:16, 67:2, 67:3, 68:2, 68:9, 68:14, 68:15, 87:14, 91:12, 93:13, 104:9
**agree** [5] - 9:20, 40:24, 41:25, 106:12, 107:25
**agreed** [1] - 40:13
**agreement** [1] - 10:6
**agricultural** [1] - 56:20
**ahead** [12] - 16:8, 19:9, 21:20, 55:23, 66:13, 70:2, 75:2, 113:18, 115:16, 119:1, 146:9, 150:11
**AHN** [21] - 2:5, 40:23, 114:17, 147:13, 147:21, 147:23, 148:3, 148:6, 148:9, 148:17, 149:8, 149:12, 149:15, 150:4, 150:6, 150:10, 150:17, 150:20, 150:23, 151:6, 151:8
**Air** [1] - 32:7
**airport** [4] - 57:10, 69:21, 77:15, 103:19
**Airport** [8] - 32:6, 56:11, 57:9, 57:20, 78:22, 96:14, 97:10, 98:7
**al** [1] - 1:8

**alleged** [5] - 25:7, 148:2, 148:4, 148:7
**allegedly** [3] - 79:6, 83:3, 84:14
**allow** [6] - 42:23, 50:21, 50:23, 70:2, 82:20, 87:5
**allowed** [2] - 83:20, 88:15
**allowing** [1] - 48:17
**allows** [1] - 56:5
**Allstate** [3] - 128:6, 128:10, 128:11
**almost** [3] - 21:7, 103:15, 151:2
**Alpha** [1] - 3:11
**altered** [1] - 64:23
**Amber** [1] - 10:24
**AMBER** [2] - 4:4, 10:25
**Amenecer** [1] - 3:4
**America** [12] - 56:21, 61:6, 62:3, 67:6, 67:7, 67:9, 67:12, 67:14, 67:16, 67:17, 67:18, 67:19
**AMERICA** [1] - 1:5
**America's** [1] - 67:12
**Americas** [1] - 2:15
**Ameritrade** [9] - 66:18, 66:20, 66:23, 66:24, 139:15, 139:25, 140:1, 140:2, 140:3
**amount** [21] - 122:24, 122:25, 123:2, 124:2, 125:14, 125:20, 125:24, 125:25, 126:2, 130:1, 130:14, 130:15, 131:7, 132:21, 134:18, 137:1, 137:13, 137:15, 142:17, 142:20
**amounts** [1] - 138:11
**analysis** [1] - 27:4
**analyst** [1] - 146:25
**Anatacia** [2] - 124:24, 126:12
**Angeles** [3] - 2:8, 2:13, 3:8
**ANGELES** [4] - 1:14, 1:24, 6:1, 152:3
**angle** [1] - 61:21
**Anna** [10] - 36:8, 37:1, 37:14, 39:6, 39:16, 134:20, 137:2, 141:25, 144:8, 144:14
**Annotation** [2] - 30:10, 31:1

**annotation** [1] - 33:19
**announced** [1] - 149:24
**answer** [15] - 18:8, 18:10, 25:1, 45:1, 47:22, 53:22, 69:14, 71:6, 71:8, 74:12, 75:16, 76:1, 77:2, 143:9, 143:10
**answered** [3] - 52:16, 54:20, 77:3
**anticipate** [3] - 87:1, 146:23, 146:24
**anticipated** [1] - 80:4
**anticipates** [1] - 146:10
**Anton** [12] - 32:21, 33:3, 33:6, 33:13, 33:23, 34:5, 34:9, 125:4, 125:23, 126:1, 126:4, 126:6
**apart** [1] - 138:14
**apartment** [1] - 9:7
**apologies** [1] - 40:17
**apologize** [4] - 68:13, 70:23, 95:13, 115:16
**apparent** [1] - 77:22
**appear** [4] - 6:15, 6:22, 107:1, 108:5
**Appearances** [1] - 3:1
**APPEARANCES** [1] - 2:1
**applicant** [1] - 29:3
**application** [3] - 33:7, 35:13, 121:14
**applications** [3] - 20:25, 147:24, 147:25
**applied** [3] - 28:24, 30:3, 30:4
**apply** [5] - 30:7, 30:15, 31:7, 31:8, 139:8
**approach** [6] - 21:8, 60:2, 60:17, 77:18, 100:10, 101:3
**appropriate** [3] - 9:1, 10:3, 20:13
**approved** [1] - 146:18
**approximate** [1] - 124:18
**April** [8] - 28:10, 29:13, 30:5, 32:19, 33:2, 35:16, 36:24, 37:18
**area** [3] - 76:12, 76:13, 77:12

**areas** [1] - 77:15
**argue** [5] - 46:9, 50:8, 75:17, 88:1
**arguing** [1] - 50:19
**argument** [5] - 22:20, 75:17, 82:6, 83:25, 84:2
**argumentive** [1] - 71:18
**arisen** [1] - 85:21
**ARM** [1] - 36:16
**Armenia** [3] - 36:13, 36:16, 36:17
**arrival** [1] - 54:4
**arrive** [2] - 32:4, 56:20
**arrived** [2] - 32:6, 32:11
**arriving** [3] - 98:5, 98:7, 98:9
**arrow** [1] - 122:22
**Artesia** [1] - 56:25
**articles** [1] - 105:1
**Artur** [1] - 128:8
**ARTUR** [1] - 3:9
**ASHWIN** [1] - 2:11
**asserted** [1] - 81:17
**asserts** [1] - 81:1
**assigned** [1] - 31:2
**assist** [4] - 47:5, 58:4, 72:12, 117:1
**assistant** [3] - 69:19, 70:5, 71:1
**Assistant** [1] - 2:6
**associated** [6] - 31:6, 120:2, 124:12, 130:1, 135:19, 144:2
**assumes** [3] - 74:8, 75:9, 77:16
**assuming** [3] - 30:7, 50:4, 84:24
**attached** [3] - 28:21, 29:1, 33:7
**attempt** [1] - 7:6
**attended** [2] - 56:25, 57:2
**attention** [10] - 37:17, 41:9, 48:20, 49:8, 49:13, 49:21, 49:24, 85:8, 90:13, 105:23
**Attorney** [8] - 2:12, 2:15, 2:18, 2:21, 3:4, 3:7, 3:10, 3:15
**ATTORNEY'S** [1] - 2:4
**Attorney's** [1] - 102:16
**Attorneys** [1] - 2:6
**attorneys** [1] -

106:25
**attributable** [4] - 133:21, 133:23, 139:20, 139:23
**attributed** [4] - 86:16, 135:24, 136:21, 137:8
**August** [2] - 39:2, 135:6, 135:12, 135:14, 135:22, 136:5, 137:2, 137:5, 137:6, 137:14, 137:16, 137:21, 138:17, 138:24, 139:1, 139:2, 139:5, 141:25, 142:2, 143:21
**authentic** [1] - 50:5
**authenticate** [2] - 147:1, 149:3
**authenticity** [1] - 146:24
**authorities** [1] - 141:8
**authorized** [4] - 12:18, 75:24, 77:5, 77:8
**Auto** [6] - 16:22, 16:25, 125:2, 125:21, 129:18, 129:20
**available** [8] - 12:18, 50:13, 51:1, 51:17, 52:14, 94:25, 95:9, 139:7
**Avenue** [2] - 2:15, 2:21
**aware** [9] - 43:23, 44:17, 45:21, 46:14, 52:3, 70:15, 77:14, 110:12, 110:15
**Ayvazyan** [30] - 57:16, 57:19, 58:3, 58:11, 59:10, 59:15, 60:1, 63:9, 63:10, 63:22, 64:9, 64:19, 70:16, 71:15, 71:16, 72:7, 73:14, 73:17, 74:16, 75:6, 75:15, 76:12, 77:15, 83:16, 99:5, 99:9, 99:14, 128:1, 128:8, 130:21
**AYVAZYAN** [3] - 1:8, 2:10, 3:9
**Ayvazyan's** [7] - 58:5, 58:19, 64:10, 65:7, 66:2, 67:5, 71:24

**B**

**bachelor** [1] - 116:15

**backed** [1] - 13:3
**background** [2] - 41:9, 116:13
**backpack** [6] - 105:16, 107:10, 107:24, 108:12, 109:4, 111:22
**bad** [1] - 24:3
**bag** [22] - 90:13, 90:17, 91:24, 91:25, 92:19, 92:20, 100:18, 100:19, 101:19, 101:20, 101:23, 105:20, 105:21, 108:16, 108:18, 108:22, 109:4, 109:15, 110:22, 112:17, 113:11
**baggage** [19] - 58:4, 59:7, 59:14, 59:21, 72:8, 85:15, 86:15, 91:19, 97:18, 97:22, 98:4, 101:21, 103:12, 103:15, 103:22, 104:7, 106:2, 110:7, 113:24
**bags** [8] - 59:16, 59:18, 99:25, 100:5, 108:8, 110:14, 112:19, 113:5
**balance** [13] - 123:5, 123:7, 123:8, 123:9, 123:14, 123:17, 125:16, 129:9, 131:4, 138:18, 139:1, 139:5, 139:7
**balances** [1] - 125:19
**Baltimore** [1] - 116:11
**bank** [16] - 66:25, 67:12, 118:13, 119:7, 119:18, 119:19, 119:21, 121:23, 122:9, 128:5, 129:14, 138:16, 146:19, 146:20, 146:21, 147:20
**Bank** [19] - 61:6, 61:19, 62:3, 66:15, 67:6, 67:7, 67:8, 67:12, 67:14, 67:16, 67:17, 67:18, 67:19, 122:9, 124:1, 129:18, 130:7, 135:8, 146:20
**banking** [2] - 118:8, 141:10
**banks** [1] - 18:5
**bars** [1] - 84:23
**based** [9] - 7:4,

32:15, 45:2, 50:18,
85:1, 131:3, 132:25,
133:25, 137:9
**basic** [1] - 81:7
**basis** [8] - 25:21,
45:1, 75:18, 77:24,
84:2, 84:25, 87:5
**Bath** [1] - 144:7
**bathroom** [1] - 78:9
**Beach** [1] - 3:16
**became** [1] - 68:25
**become** [3] - 12:9,
47:11, 47:12
**becomes** [1] - 95:6
**becoming** [1] - 7:14
**Bed** [1] - 144:7
**began** [1] - 91:13
**begin** [3] - 80:3,
147:13, 148:9
**beginning** [2] -
18:11, 107:15
**behalf** [1] - 79:24
**belabor** [1] - 41:6
**Belgium** [2] - 135:23,
136:2
**belong** [4] - 91:24,
92:19, 92:20, 113:11
**belonged** [4] - 59:16,
64:19, 111:25, 112:23
**belonging** [1] - 64:8
**belongings** [10] -
58:20, 63:8, 79:3,
80:14, 87:16, 88:14,
88:22, 88:23, 99:17,
108:9
**below** [1] - 30:14
**bench** [1] - 77:18
**benefits** [5] - 11:13,
12:6, 141:12, 141:16
**best** [1] - 92:15
**better** [3] - 51:13,
114:19, 145:24
**between** [16] - 28:13,
104:19, 125:22,
131:1, 132:15,
132:16, 133:9,
135:12, 136:5,
136:15, 136:18,
137:5, 138:12,
138:17, 138:24, 139:5
**Beverly** [3] - 124:7,
124:9, 127:17
**Beyond** [1] - 144:7
**beyond** [12] - 19:3,
42:12, 42:13, 43:25,
44:19, 44:21, 45:24,
47:20, 49:15, 70:17,
70:19, 72:18
**bias** [2] - 42:20, 93:8
**BIENERT** [2] - 3:3,

3:6
**big** [2] - 114:24,
115:1
**binding** [7] - 59:16,
90:16, 91:18, 91:22,
92:5, 92:8, 93:17
**birth** [17] - 27:16,
28:8, 29:2, 31:10,
31:13, 32:21, 33:15,
33:24, 34:13, 35:1,
36:10, 36:13, 36:16,
37:18, 38:1, 38:19,
39:4
**bit** [7] - 61:21, 68:21,
89:21, 89:22, 91:21,
114:20, 114:23
**bite** [2] - 114:21,
114:23
**black** [8] - 98:17,
122:22, 122:24,
124:7, 125:16,
125:20, 125:24
**blank** [1] - 120:25
**blossom** [2] -
100:23, 110:4
**blue** [1] - 105:3
**bonds** [1] - 140:5
**border** [16] - 26:9,
28:12, 33:3, 36:25,
38:1, 38:22, 39:17,
41:8, 56:15, 63:11,
68:24, 68:25, 69:4,
93:4, 102:1
**Border** [7] - 23:22,
28:17, 56:9, 56:16,
56:25, 57:2, 96:12
**borders** [2] - 24:2,
36:21
**borrower** [1] -
147:20
**bottles** [2] - 69:19,
69:21
**bottom** [5] - 31:9,
48:19, 85:14, 104:14,
122:23
**box** [1] - 131:10
**boy** [1] - 55:21
**break** [1] - 95:14
**breaks** [1] - 151:4
**Brian** [2] - 79:21,
79:23
**brief** [3] - 10:4,
113:17, 113:18
**briefly** [3] - 24:23,
56:24, 70:2
**bright** [1] - 105:15
**bring** [6] - 7:6, 7:9,
30:23, 85:7, 89:4,
150:1
**bucket** [8] - 123:12,

123:18, 129:8, 131:5,
139:3, 139:4, 139:9
**buckets** [1] - 123:9
**Business** [4] - 17:24,
18:12, 19:17, 21:25
**business** [3] - 12:20,
20:2, 62:22
**businesses** [4] -
11:14, 19:24, 19:25,
20:23
**buy** [5] - 44:18,
140:3, 140:4, 140:17
**buying** [4] - 45:12,
45:21, 47:18, 140:19
**BY** [79] - 2:5, 2:11,
2:14, 2:17, 3:3, 3:6,
3:14, 11:4, 13:22,
15:1, 15:11, 16:9,
17:20, 18:18, 19:11,
20:17, 21:22, 22:15,
23:19, 24:25, 27:9,
28:5, 37:13, 41:5,
43:2, 43:19, 44:10,
45:9, 45:18, 46:2,
46:25, 49:6, 49:18,
51:14, 52:7, 54:6,
56:3, 56:7, 58:18,
60:4, 60:19, 62:25,
63:18, 66:14, 68:7,
68:12, 69:17, 70:3,
70:12, 70:22, 71:9,
71:21, 74:3, 74:13,
75:3, 75:20, 77:1,
96:10, 98:24, 99:6,
100:16, 101:5, 102:7,
105:14, 106:18,
107:13, 107:22,
111:13, 113:3, 113:8,
113:21, 116:8,
117:14, 119:2,
119:15, 120:14,
125:11, 126:3, 143:11

## C

**Caicos** [1] - 98:10
**calculated** [1] - 12:2
**CALIFORNIA** [5] -
1:2, 1:14, 1:24, 6:1,
152:4
**California** [8] - 2:8,
2:13, 2:19, 3:5, 3:8,
3:11, 3:16, 152:8
**Calle** [2] - 3:4,
124:15
**camera** [1] - 105:25,
113:23
**capacity** [1] - 47:9
**Capital** [4] - 137:2,
142:16, 143:19,

143:21
**Capitol** [1] - 141:25
**card** [91] - 7:2, 7:7,
45:23, 50:25, 52:10,
60:22, 60:25, 61:4,
61:6, 61:10, 61:13,
61:17, 61:22, 62:1,
62:3, 62:5, 62:9,
62:11, 62:13, 62:19,
62:21, 63:3, 63:5,
64:5, 66:21, 66:23,
67:4, 69:9, 69:20,
69:22, 70:4, 71:2,
73:25, 75:22, 75:24,
76:10, 77:5, 77:7,
78:25, 79:5, 79:12,
79:16, 79:22, 80:11,
80:13, 80:15, 80:19,
80:23, 82:7, 82:9,
82:11, 82:12, 82:21,
83:4, 83:6, 83:14,
84:6, 84:10, 86:19,
88:23, 88:24, 89:1,
90:14, 90:22, 90:24,
91:8, 93:21, 93:25,
94:18, 100:8, 100:18,
100:20, 100:21,
101:6, 101:8, 101:10,
101:16, 105:20,
110:4, 111:18,
111:20, 111:24,
112:3, 112:9, 112:11,
112:13, 113:24,
114:3, 148:17, 149:2,
149:6
**cards** [72] - 59:25,
60:9, 60:11, 60:12,
60:20, 61:8, 63:7,
63:8, 64:1, 64:3, 64:6,
64:8, 64:10, 64:12,
64:13, 64:15, 64:17,
64:18, 64:23, 65:7,
65:10, 65:11, 65:12,
65:13, 65:14, 66:1,
66:4, 66:8, 66:15,
66:17, 67:1, 67:6,
67:7, 67:9, 67:11,
67:14, 67:15, 67:16,
67:20, 67:21, 67:22,
67:24, 67:25, 68:1,
68:3, 68:16, 68:19,
70:16, 70:25, 71:6,
71:7, 71:10, 71:14,
71:17, 72:24, 73:10,
73:13, 73:15, 74:6,
74:17, 74:19, 74:21,
75:7, 75:15, 76:4,
79:13, 82:16
**cargo** [1] - 64:14
**Caribbean** [1] -

98:12
**carry** [1] - 105:18
**carry-on** [1] - 105:18
**carrying** [3] - 79:3,
82:19, 91:2
**Case** [1] - 1:7
**case** [20] - 9:19,
10:14, 13:1, 25:5,
25:8, 40:7, 44:17,
69:7, 70:13, 73:6,
73:7, 111:5, 117:10,
118:9, 120:7, 120:15,
129:12, 145:2,
150:22, 151:3
**cases** [2] - 45:20,
139:17
**cashier's** [1] -
144:14
**catch** [2] - 48:20,
49:13
**catches** [2] - 49:8,
49:20
**category** [1] - 123:18
**CATHERINE** [1] - 2:5
**caught** [1] - 49:24
**cautioning** [1] -
70:20
**CBP** [38] - 7:1, 7:15,
23:21, 24:1, 24:5,
24:9, 24:12, 25:10,
25:14, 41:10, 45:11,
45:19, 47:3, 50:14,
51:1, 52:9, 56:12,
56:13, 56:14, 56:15,
56:18, 56:19, 68:22,
69:8, 79:11, 84:7,
85:13, 86:16, 96:15,
100:3, 107:25, 108:3,
108:14, 108:20,
108:24, 109:7,
109:12, 109:17
**CCRR** [1] - 1:23
**Cellebrite** [2] -
149:2, 149:3
**Celtic** [3] - 122:9,
129:18, 146:20
**center** [4] - 24:16,
25:3, 97:5, 114:19
**Central** [1] - 152:8
**CENTRAL** [1] - 1:2
**certain** [10] - 13:12,
19:24, 43:5, 51:5,
91:17, 121:20,
121:23, 132:5, 135:1
**CERTIFICATE** [1] -
152:1
**certified** [1] - 116:18
**certify** [1] - 152:8
**chair** [1] - 100:1
**chairperson** [1] -

17:24
**changes** [2] - 11:20, 11:21
**changing** [1] - 22:5
**charge** [1] - 24:6
**charged** [1] - 10:14
**charges** [1] - 47:15
**Charles** [1] - 32:7
**chart** [3] - 125:7, 125:21, 131:21
**charts** [4] - 125:20, 147:14, 147:18, 147:24
**Chase** [1] - 62:13
**check** [1] - 144:14
**checks** [1] - 51:10
**cherry** [2] - 100:23, 110:4
**Chicago** [2] - 32:6, 32:11
**chief** [2] - 23:21, 24:7
**choose** [1] - 121:16
**chooses** [1] - 12:8
**chose** [1] - 121:18
**CHRISTOPHER** [1] - 2:5
**chronology** [1] - 76:9
**Chrysler** [3] - 142:16, 143:19, 143:21
**circle** [2] - 86:9, 86:14
**citizenship** [1] - 26:5
**city** [4] - 11:6, 31:11, 36:16, 116:10
**claim** [3] - 67:5, 81:19, 84:8
**claimed** [5] - 85:24, 86:24, 87:15, 87:20, 88:13
**claims** [1] - 86:15
**clarification** [3] - 73:2, 82:14, 125:7
**clarified** [2] - 19:15, 85:11
**clarify** [7] - 28:11, 40:18, 40:23, 49:3, 89:2, 94:21, 99:13
**clarity** [4] - 19:22, 20:18, 21:3, 22:1
**class** [1] - 29:15
**clear** [8] - 22:18, 50:17, 50:19, 66:22, 68:13, 70:21, 74:14, 83:2, 112:18
**clearly** [1] - 146:4
**Clemente** [1] - 3:5
**clients** [1] - 14:8

**clip** [2] - 107:8, 110:3
**close** [1] - 145:21
**closer** [2] - 18:7
**closing** [1] - 82:5
**clothing** [1] - 112:22
**cloud** [1] - 12:24
**co** [4] - 10:13, 10:15, 72:11, 79:18
**co-counsel** [1] - 79:18
**co-defendants** [2] - 10:13, 10:15
**co-worker** [1] - 72:11
**Coast** [1] - 3:15
**Code** [1] - 152:9
**code** [9] - 31:10, 61:2, 61:15, 62:7, 62:17, 62:18, 63:5, 101:12, 101:14
**Coinbase** [3] - 140:13, 140:16, 140:18
**coinbase** [1] - 140:17
**colleague** [1] - 72:6
**Collision** [3] - 16:22, 129:18, 129:20
**column** [5] - 28:11, 30:9, 119:25, 120:3, 125:12
**Comerica** [3] - 130:7, 130:8, 130:13
**coming** [8] - 6:7, 7:13, 24:3, 97:1, 114:3, 134:24, 138:20, 145:15
**commit** [1] - 45:22
**committing** [1] - 47:18
**companies** [9] - 13:12, 17:11, 17:14, 18:5, 18:14, 22:19, 141:6, 141:10, 141:15
**company** [16] - 11:13, 14:21, 16:2, 16:10, 16:18, 16:23, 22:8, 22:11, 60:23, 61:11, 127:17, 133:12, 140:2, 140:17, 142:22, 143:3
**compare** [1] - 18:14
**competence** [1] - 93:8
**competency** [1] - 42:19
**competent** [1] - 77:21
**compile** [1] - 41:17
**complete** [1] - 150:21

**compliance** [1] - 11:16
**comprised** [1] - 129:1, 130:22
**computer** [4] - 104:15, 104:16, 104:19, 146:25
**concede** [1] - 46:5
**concept** [2] - 45:12, 45:21
**concern** [1] - 7:5
**concerned** [4] - 87:12, 87:14, 87:23, 88:12
**concerns** [2] - 20:18, 49:22
**concluded** [1] - 151:12
**conclusion** [1] - 118:2
**Concourse** [2] - 97:15, 99:22
**conduct** [7] - 25:8, 26:23, 27:1, 27:4, 47:22, 49:20, 59:7
**conducted** [6] - 52:19, 58:19, 65:24, 98:4, 99:16, 104:6
**conducting** [3] - 59:14, 59:20, 104:25
**confer** [1] - 95:16
**conference** [1] - 152:13
**conferences** [1] - 95:17
**conformance** [1] - 152:13
**conjunction** [2] - 17:23, 147:16
**Connecticut** [1] - 2:21
**connection** [2] - 48:24, 106:14
**consider** [1] - 95:4
**consistent** [1] - 94:9
**conspiracy** [1] - 148:7
**Construction** [15] - 14:12, 14:17, 14:19, 14:23, 15:2, 16:16, 22:9, 132:9, 133:16, 133:20, 133:24, 133:25, 134:7, 134:10
**consulate** [2] - 28:24, 29:20
**consultants** [1] - 18:5
**consulting** [1] - 116:24
**consumed** [1] - 40:3

**Cont** [1] - 3:1
**contact** [3] - 47:13, 57:21, 58:2
**contacted** [3] - 58:4, 72:6, 117:9
**contain** [1] - 139:10
**contained** [3] - 121:13, 129:3, 136:7
**containing** [1] - 139:17
**contains** [2] - 129:11, 140:15
**contents** [1] - 20:21
**context** [2] - 82:2, 82:4
**Contract** [1] - 60:23
**Contracting** [2] - 132:10, 132:11
**contractors** [1] - 11:25
**contrast** [1] - 86:17
**contributions** [1] - 141:17
**control** [6] - 29:23, 29:25, 30:1, 97:15, 97:16, 99:22
**controlled** [1] - 120:7
**controls** [2] - 120:5, 120:10
**Contruction** [1] - 134:13
**conversation** [1] - 75:14
**conviction** [1] - 7:13
**copies** [1] - 13:1
**copy** [1] - 59:6
**corner** [1] - 131:9
**correct** [110] - 7:19, 7:23, 12:19, 14:9, 14:10, 14:11, 15:20, 15:21, 17:12, 17:13, 29:14, 33:5, 36:21, 38:20, 41:11, 41:24, 41:25, 46:7, 47:24, 48:1, 48:2, 48:6, 48:22, 48:23, 51:5, 51:6, 51:11, 52:1, 52:2, 53:12, 54:15, 59:4, 61:18, 62:2, 62:10, 62:14, 62:20, 63:24, 64:21, 64:25, 65:22, 65:24, 66:3, 66:6, 66:23, 67:13, 69:6, 71:13, 71:24, 74:21, 74:22, 76:6, 76:7, 77:6, 77:9, 77:10, 77:13, 79:10, 79:17, 79:18, 86:10, 91:14, 102:10,

102:18, 105:1, 105:18, 105:25, 106:3, 107:11, 107:15, 108:7, 108:12, 108:18, 108:22, 108:25, 109:5, 109:8, 109:12, 109:18, 109:24, 110:5, 110:9, 110:11, 110:16, 110:19, 111:19, 112:1, 112:4, 112:7, 112:17, 112:20, 114:4, 121:21, 121:22, 123:23, 131:13, 131:14, 132:22, 134:14, 137:22, 142:5, 143:25, 144:1, 144:15, 146:22, 147:6, 147:7, 147:9, 147:20, 152:10
**correctly** [1] - 18:15
**corresponding** [1] - 27:17
**corresponds** [1] - 29:22
**Council** [4] - 17:24, 18:13, 19:17, 21:25
**counsel** [5] - 7:4, 77:18, 79:15, 79:18, 106:16
**COUNSEL** [1] - 2:1
**count** [1] - 65:20
**counting** [1] - 68:5
**country** [20] - 24:4, 27:18, 28:9, 30:23, 30:24, 31:10, 31:21, 33:21, 36:12, 36:13, 36:16, 37:4, 38:6, 39:1, 39:21, 47:10, 48:18, 53:11, 53:24, 112:6
**COUNTY** [1] - 152:3
**couple** [5] - 36:15, 59:6, 137:9, 138:14, 139:15
**course** [3] - 12:20, 65:16, 87:19
**COURT** [300] - 1:1, 1:23, 6:10, 6:13, 6:17, 6:21, 6:25, 7:3, 7:16, 7:20, 8:1, 8:5, 8:8, 8:14, 8:17, 9:13, 9:17, 13:18, 13:21, 14:21, 14:24, 15:9, 16:1, 16:3, 16:8, 17:10, 17:14, 17:17, 18:6, 18:10, 18:24, 19:3, 19:9, 20:10, 20:13, 21:10, 21:13, 21:16,

21:20, 22:14, 22:17, 22:23, 23:1, 24:19, 24:23, 28:3, 37:9, 37:12, 40:2, 40:11, 40:16, 40:22, 40:25, 42:5, 42:9, 43:17, 44:1, 44:4, 44:7, 44:20, 44:24, 45:7, 45:17, 46:1, 46:4, 46:8, 46:11, 46:14, 46:18, 46:21, 46:23, 47:21, 48:3, 48:7, 48:9, 48:14, 48:19, 48:24, 49:1, 49:3, 49:17, 50:2, 50:7, 50:12, 50:15, 51:2, 51:7, 51:12, 52:6, 52:12, 52:18, 52:22, 52:25, 53:3, 53:8, 53:14, 53:18, 53:20, 54:2, 54:11, 54:15, 54:17, 54:20, 54:22, 55:1, 55:3, 55:6, 55:23, 56:6, 58:17, 60:3, 60:15, 60:18, 63:15, 65:18, 66:1, 66:4, 66:7, 66:10, 68:5, 68:10, 69:13, 70:1, 70:8, 70:19, 71:4, 71:8, 71:19, 71:23, 72:1, 72:5, 72:9, 72:13, 72:17, 72:23, 73:1, 73:16, 73:19, 73:21, 73:23, 74:1, 74:10, 74:25, 75:11, 76:1, 76:8, 76:13, 76:15, 76:18, 76:21, 76:23, 77:18, 77:20, 78:5, 78:10, 78:12, 78:16, 78:20, 78:25, 79:5, 79:8, 79:14, 79:20, 79:25, 80:6, 80:9, 80:16, 80:20, 81:3, 81:6, 81:13, 81:20, 81:23, 82:13, 82:23, 83:2, 83:12, 83:18, 83:22, 84:9, 84:13, 84:20, 85:9, 85:17, 85:22, 86:1, 86:4, 86:9, 86:12, 86:21, 87:4, 87:11, 87:21, 88:5, 88:9, 88:18, 88:25, 89:4, 89:8, 89:18, 89:21, 90:1, 90:3, 90:8, 90:11, 91:8, 91:11, 91:16, 91:20, 92:1, 92:3, 92:7, 92:11, 92:13, 92:15, 92:24, 93:1, 93:7, 94:2, 94:6, 94:16,

94:19, 94:22, 95:1, 95:4, 95:9, 95:13, 98:21, 99:2, 100:11, 101:1, 101:4, 102:5, 105:5, 105:12, 106:7, 106:10, 106:17, 107:3, 107:5, 107:7, 107:18, 107:21, 111:10, 113:2, 113:7, 113:14, 113:16, 113:18, 114:7, 114:9, 114:11, 114:15, 114:18, 115:4, 115:7, 115:12, 115:15, 117:10, 119:11, 119:14, 120:11, 120:13, 125:6, 125:16, 143:3, 143:7, 143:10, 144:21, 144:24, 145:11, 145:19, 145:23, 145:25, 146:2, 146:6, 146:9, 146:20, 147:5, 147:8, 147:11, 147:17, 147:22, 148:1, 148:5, 148:8, 148:14, 149:6, 149:10, 149:13, 149:19, 150:3, 150:5, 150:9, 150:15, 150:18, 150:21, 151:2, 151:7, 151:9
**court** [1] - 58:11
**Court** [16] - 6:12, 7:12, 7:16, 40:23, 50:1, 55:6, 56:5, 82:25, 94:5, 94:24, 95:15, 151:11, 152:7, 152:20
**Court's** [2] - 85:7, 89:24
**Courthouse** [1] - 2:7
**COURTROOM** [31] - 6:6, 6:8, 9:12, 9:14, 9:16, 10:18, 10:22, 23:5, 23:9, 55:10, 55:14, 55:21, 78:8, 78:11, 78:15, 78:18, 78:24, 84:19, 89:10, 89:14, 95:10, 95:12, 95:21, 95:25, 106:24, 115:17, 115:20, 116:1, 119:1, 145:9, 151:10
**courtroom** [7] - 9:15, 64:20, 78:19, 95:11, 98:13, 145:10, 146:4
**covered** [2] - 50:7, 148:7
**COVID** [3] - 14:3,

14:6, 18:3
**cR** [1] - 1:7
**creates** [1] - 81:2
**credentials** [1] - 24:21
**credit** [56] - 7:2, 7:7, 45:23, 50:25, 52:10, 59:25, 60:11, 60:12, 64:1, 65:6, 66:1, 66:4, 66:8, 66:15, 66:17, 67:6, 67:1, 67:4, 67:9, 67:14, 67:15, 67:16, 67:20, 67:22, 68:2, 68:16, 69:9, 69:20, 69:22, 70:4, 71:2, 73:10, 73:13, 73:14, 73:25, 74:6, 74:21, 75:22, 75:24, 76:4, 76:10, 78:25, 79:5, 82:20, 83:4, 83:6, 83:14, 86:19, 88:23, 88:24, 89:1, 90:14, 90:22, 91:8, 100:8, 113:24
**crime** [3] - 44:12, 44:15, 47:6
**crimes** [1] - 47:18
**criminal** [3] - 25:7, 47:12, 48:12
**critical** [1] - 8:24
**cross** [12] - 17:17, 19:3, 40:15, 40:16, 42:19, 63:15, 74:10, 85:2, 93:8, 102:5, 145:15, 149:23
**Cross** [4] - 4:5, 4:9, 4:12, 4:15
**CROSS** [4] - 17:19, 41:4, 63:17, 102:6
**Cross-Examination** [4] - 4:5, 4:9, 4:12, 4:15
**cross-examination** [9] - 17:17, 19:3, 40:16, 63:15, 74:10, 85:2, 102:5, 145:15, 149:23
**CROSS-EXAMINATION** [4] - 17:19, 41:4, 63:17, 102:6
**cross-examine** [3] - 40:15, 42:19, 93:8
**crossed** [2] - 28:9, 28:12
**crossing** [5] - 26:9, 28:11, 32:22, 36:21, 37:2
**crossings** [12] - 32:24, 32:25, 33:3,

36:25, 38:1, 38:3, 38:22, 38:23, 39:17, 39:18, 39:25, 41:8
**crossover** [1] - 128:5
**CRR** [1] - 152:20
**Cruz** [3] - 27:7, 106:21, 118:23
**cryptocurrency** [2] - 140:17, 140:19
**CSR** [2] - 1:23, 152:20
**Cucamonga** [1] - 11:7
**cultural** [1] - 29:18
**current** [1] - 96:25
**custody** [1] - 82:17
**Custom** [2] - 23:21, 28:16
**customer** [11] - 12:7, 12:9, 14:12, 14:19, 15:2, 15:3, 15:15, 15:16, 15:18, 16:14, 16:17
**customers** [6] - 11:14, 11:23, 12:6, 12:21, 13:13, 14:1
**Customs** [4] - 56:9, 56:16, 57:2, 96:12
**customs** [6] - 46:5, 46:19, 56:19, 68:25, 83:19, 84:15
**cut** [2] - 20:14, 29:23

# D

**D.C** [1] - 2:22
**Dadyan** [3] - 122:14, 122:17, 144:4
**DADYAN** [1] - 3:13
**daily** [2] - 25:21, 141:24
**data** [3] - 148:21, 149:3, 149:17
**database** [12] - 26:13, 26:14, 26:23, 27:19, 41:20, 50:22, 51:3, 51:15, 51:25, 52:22, 53:15, 53:21
**databases** [12] - 50:11, 50:13, 50:18, 50:25, 51:17, 52:3, 52:20, 53:1, 53:4, 53:11, 53:21, 54:8
**date** [33] - 27:16, 28:8, 29:2, 29:6, 29:7, 29:9, 30:2, 31:10, 32:18, 32:21, 33:1, 33:9, 33:10, 33:11, 33:15, 33:24, 34:13, 35:1, 35:15, 35:23,

36:10, 36:18, 36:23, 36:24, 37:18, 37:19, 38:1, 38:13, 38:19, 39:8, 39:16, 57:19
**Date** [1] - 152:16
**dates** [1] - 39:20
**David** [1] - 55:22
**DAY** [1] - 1:12
**days** [3] - 124:6, 127:16, 128:24
**de** [1] - 32:7
**deal** [2] - 40:3, 70:14
**dealt** [2] - 9:9, 47:17
**debit** [10] - 60:11, 62:3, 62:13, 67:8, 67:11, 67:20, 67:21, 100:21, 101:10, 111:18
**December** [12] - 117:6, 117:9, 117:24, 138:3, 138:7, 138:17, 138:24, 139:5, 139:12, 139:16, 143:22
**decider** [2] - 9:22, 9:23
**decision** [4] - 10:7, 10:8, 10:10, 72:23
**declaration** [7] - 59:16, 90:16, 91:18, 91:22, 92:6, 92:8, 93:17
**declare** [1] - 59:17
**DEFENDANT** [4] - 2:10, 3:2, 3:9, 3:13
**defendant** [9] - 7:2, 7:17, 9:3, 58:16, 58:17, 98:20, 98:21, 100:5, 150:3
**defendant's** [3] - 8:19, 147:2, 148:11
**Defendants** [1] - 1:9
**defendants** [7] - 10:12, 10:13, 10:15, 40:24, 117:2, 146:23, 149:19
**defense** [2] - 7:4, 150:20
**Defense** [10] - 5:9, 5:10, 104:11, 105:8, 105:13, 105:23, 107:4, 107:9, 107:19, 113:22
**defer** [1] - 48:12
**definitely** [1] - 67:21
**definition** [2] - 21:4, 22:1
**degrees** [1] - 87:9
**deleted** [1] - 77:14
**Delta** [3] - 59:1, 59:2

demo [1] - 12:22
deny [1] - 42:14
depart [2] - 32:4, 32:8
departed [7] - 32:10, 34:7, 34:8, 35:5, 38:6, 39:1, 39:21
Department [7] - 28:17, 117:1, 117:5, 117:8, 117:16, 117:19, 117:21
department [1] - 23:24
departure [1] - 54:5
departures [1] - 34:17
depicts [1] - 107:14
depleted [1] - 138:20
depletion [1] - 139:6
deposit [1] - 144:13
deposited [5] - 124:3, 127:2, 127:10, 127:12, 143:18
depth [1] - 97:20
DEPUTY [31] - 6:6, 6:8, 9:12, 9:14, 9:16, 10:18, 10:22, 23:5, 23:9, 55:10, 55:14, 55:21, 78:8, 78:11, 78:15, 78:18, 78:24, 84:19, 89:10, 89:14, 95:10, 95:12, 95:21, 95:25, 106:24, 115:17, 115:20, 116:1, 119:1, 145:9, 151:10
describe [18] - 11:17, 11:22, 56:24, 58:2, 58:13, 59:5, 59:12, 90:14, 98:15, 99:24, 122:2, 124:21, 126:24, 128:20, 132:1, 137:12, 140:10, 141:23
described [7] - 65:24, 76:10, 129:5, 131:3, 135:21, 137:9, 138:11
describing [3] - 118:15, 138:25, 147:23
design [1] - 100:22
detailed [1] - 150:12
details [2] - 38:25, 41:17
detect [1] - 44:12
detecting [3] - 44:15, 47:6, 52:9
determine [2] - 16:13, 123:2

determined [1] - 129:5
deterring [1] - 52:9
device [2] - 150:7, 150:8
diamonds [1] - 136:2
Diamonds [2] - 128:23, 129:4
difference [1] - 83:23
different [22] - 16:2, 19:12, 20:4, 31:8, 34:20, 34:22, 34:24, 36:3, 68:19, 69:18, 70:10, 80:21, 80:25, 86:24, 88:2, 88:23, 90:23, 100:8, 114:1, 138:8, 143:12, 147:22
differently [3] - 34:23, 111:11, 120:12
difficult [2] - 72:7, 99:8
digital [6] - 147:1, 148:11, 148:12, 148:14, 150:7, 150:8
digits [11] - 30:1, 61:4, 61:13, 61:14, 61:24, 62:5, 62:15, 63:3, 101:8, 119:23, 122:10
Direct [7] - 4:5, 4:6, 4:8, 4:9, 4:12, 4:15, 4:18
DIRECT [6] - 11:3, 19:10, 23:18, 43:1, 56:2, 96:7
direct [14] - 7:9, 20:16, 22:4, 28:15, 41:9, 42:13, 43:4, 44:3, 52:18, 71:11, 72:2, 72:4, 88:13, 110:5
directed [2] - 71:23, 72:10
directing [3] - 29:5, 37:17, 90:12
direction [4] - 19:22, 51:5, 51:7, 72:5
directly [1] - 131:13
director [2] - 116:22, 116:23
dirty [1] - 150:19
disbursed [1] - 118:13
disbursement [1] - 147:19
discover [1] - 64:7
discovered [5] - 64:3, 64:5, 64:6, 73:13, 79:12
discuss [1] - 147:14

discussed [3] - 27:5, 50:11, 84:21
displayed [2] - 28:19, 106:22
displaying [1] - 106:14
dispute [2] - 40:1, 116:24
DISTRICT [3] - 1:1, 1:2, 1:3
District [2] - 152:7, 152:8
DIVISION [1] - 1:2
DOB [1] - 34:16
document [20] - 13:23, 14:10, 15:13, 27:10, 28:16, 32:15, 34:12, 37:1, 37:14, 38:8, 38:13, 39:3, 39:23, 40:20, 102:20, 103:8, 110:17, 111:14, 113:4, 113:23
documented [1] - 110:16
documenting [1] - 111:17
documents [4] - 51:19, 51:21, 121:9, 124:12
done [6] - 42:11, 45:2, 47:8, 89:6, 110:16, 151:5
door [3] - 78:4, 78:5, 78:6
Dos [3] - 30:9, 31:1, 33:19
dots [2] - 98:18, 98:19
down [5] - 29:5, 47:14, 56:5, 89:21, 107:24
downstairs [1] - 69:19
draw [1] - 22:3
drawing [1] - 120:25
drift [1] - 146:2
drifting [1] - 81:21
Drive [4] - 127:4, 127:25, 131:8, 131:11
drop [1] - 138:19
drugs [1] - 97:2
due [3] - 12:4, 57:19, 72:6
duly [5] - 11:1, 23:16, 55:25, 96:5, 116:6
during [14] - 10:5, 14:3, 18:3, 28:9, 31:18, 36:25, 63:10, 71:11, 72:7, 100:2,

100:3, 100:5, 100:7, 101:25
duties [6] - 11:17, 46:12, 49:14, 49:21, 56:18, 96:24
duty [6] - 9:20, 57:5, 57:8, 95:7, 97:8, 97:10
Dzukaeva [6] - 39:6, 39:16, 137:2, 141:25, 144:8, 144:14

E

e-mail [1] - 85:12
early [1] - 21:5
easier [1] - 63:1
echo [1] - 30:14
educational [1] - 116:12
Edwards [1] - 93:15
effect [4] - 8:18, 80:12, 80:16, 81:9
effort [3] - 145:3, 146:7, 146:8
efforts [1] - 151:9
EIDL [43] - 118:8, 121:6, 124:22, 125:8, 125:15, 125:17, 126:19, 126:20, 127:1, 127:5, 128:22, 129:4, 129:8, 129:11, 129:19, 130:1, 130:23, 131:7, 131:10, 132:3, 132:18, 133:22, 134:13, 134:24, 135:3, 135:7, 135:25, 136:7, 136:14, 136:22, 137:11, 137:13, 138:12, 139:2, 139:3, 139:9, 139:11, 139:18, 139:20, 139:21, 139:22, 140:15, 147:19
EIDLs [1] - 128:17
eight [8] - 65:3, 67:3, 68:9, 68:15, 69:2, 69:3, 87:14, 104:9
either [6] - 29:17, 40:5, 108:7, 121:14, 132:5, 141:20
electronic [1] - 12:24
electronically [1] - 12:25
element [1] - 48:12
embassy [2] - 28:24, 29:21
employed [1] - 11:8

employees [8] - 11:25, 12:2, 12:7, 15:4, 15:5, 20:8, 21:4, 22:1
employers [2] - 14:4, 141:17
Encore [9] - 127:19, 127:20, 127:21, 128:16, 129:25, 131:2, 131:13, 131:24
encounter [12] - 25:24, 31:15, 33:23, 36:20, 37:25, 38:21, 39:17, 63:10, 77:15, 98:3, 101:25, 103:10
encountered [1] - 98:2
encounters [10] - 31:18, 31:20, 31:22, 31:24, 33:25, 34:2, 34:16, 34:24, 35:3
end [3] - 22:18, 64:15, 110:3
ending [30] - 122:12, 122:18, 124:1, 124:4, 125:2, 126:20, 126:21, 127:12, 128:7, 128:22, 128:23, 128:25, 129:20, 129:22, 130:9, 130:19, 132:9, 133:16, 133:20, 134:8, 134:11, 134:14, 135:5, 135:13, 135:14, 136:16, 137:15, 138:5, 140:22, 142:1
ends [3] - 78:7, 128:12, 137:3
enforce [1] - 56:19
enforcement [15] - 24:15, 25:2, 26:19, 41:13, 43:14, 43:20, 44:14, 47:5, 47:13, 49:9, 49:25, 69:1, 72:1, 72:3, 97:5
engines [1] - 145:13
enter [2] - 47:10, 48:17
entered [9] - 27:18, 34:6, 35:4, 37:4, 38:6, 39:1, 39:21, 53:11, 53:23
entering [1] - 107:10
enters [2] - 9:15, 95:11
entirely [1] - 56:4
entities [2] - 16:5, 132:5
entitled [2] - 75:1,

152:12
**entrances** [1] - 34:17
**entries** [2] - 31:21, 31:22
**entry** [1] - 29:11
**equal** [1] - 130:15
**Escrow** [11] - 124:8, 124:9, 126:8, 126:9, 127:18, 127:21, 128:16, 129:25, 131:2, 131:13, 131:24
**escrow** [2] - 124:12, 127:17
**especially** [1] - 146:2
**essentially** [4] - 7:10, 7:13, 14:4, 90:3
**established** [1] - 75:19
**establishes** [1] - 24:21
**estimates** [1] - 151:3
**et** [1] - 1:8
**evening** [1] - 144:25
**event** [6] - 85:3, 93:24, 103:8, 111:7, 111:17, 112:3
**evidence** [34] - 7:14, 10:11, 15:10, 15:25, 28:4, 40:14, 43:16, 47:10, 60:16, 68:4, 74:9, 75:10, 75:18, 77:17, 78:23, 101:2, 103:9, 105:6, 105:13, 106:6, 106:9, 106:11, 107:19, 111:7, 111:15, 119:12, 141:20, 144:17, 147:1, 148:11, 148:13, 148:14, 148:18, 148:19
**evidentiary** [2] - 84:21, 149:20
**exact** [1] - 92:11
**exactly** [8] - 20:3, 60:10, 64:7, 66:24, 86:21, 92:16, 118:10, 121:8
**Examination** [12] - 4:5, 4:5, 4:6, 4:8, 4:9, 4:9, 4:12, 4:12, 4:15, 4:15, 4:16, 4:18
**examination** [27] - 17:17, 19:3, 20:16, 22:4, 22:18, 22:23, 40:16, 58:5, 59:14, 63:15, 71:11, 74:10, 79:9, 85:2, 85:15, 89:24, 91:19, 101:21, 102:5, 103:15, 103:22, 104:7,

104:25, 106:2, 110:8, 145:15, 149:23
**EXAMINATION** [1] - 11:3, 17:19, 19:10, 23:18, 41:4, 43:1, 56:2, 63:17, 96:7, 102:6, 113:20
**examinations** [2] - 59:7, 103:12
**examine** [5] - 40:15, 42:19, 53:23, 72:19, 93:8
**Examiner** [1] - 150:13
**examiner** [1] - 148:17
**examiners** [6] - 148:20, 149:2, 149:7, 149:8, 150:7, 151:1
**examining** [1] - 72:22
**example** [6] - 71:1, 71:4, 80:19, 82:7, 125:21, 141:7
**examples** [2] - 47:8, 70:14
**exception** [3] - 81:9, 81:10, 81:21
**exchange** [12] - 29:16, 29:17, 30:12, 31:5, 33:13, 33:14, 35:19, 35:20, 37:21, 43:7, 43:8, 43:10
**exculpatory** [4] - 7:17, 81:6, 81:14, 85:5
**excuse** [2] - 37:9, 150:11
**excused** [1] - 114:9
**exercise** [1] - 150:16
**Exhibit** [33] - 13:17, 15:10, 15:24, 15:25, 27:8, 27:20, 27:22, 27:25, 28:4, 31:14, 37:17, 41:17, 41:21, 42:3, 60:6, 60:16, 100:13, 100:25, 101:2, 104:11, 105:9, 105:13, 105:24, 107:4, 107:9, 107:19, 113:22, 118:24, 119:12, 150:14
**EXHIBIT** [2] - 5:1, 5:3
**exhibit** [15] - 15:22, 37:8, 37:11, 51:23, 106:25, 107:3, 118:24, 119:3, 119:10, 119:18, 120:1, 120:2, 121:11, 121:12, 121:13

**exhibits** [5] - 149:5, 149:16, 150:1, 150:7, 150:11
**exist** [3] - 50:25, 52:3, 115:5
**exited** [3] - 27:18, 37:4, 37:5
**exits** [4] - 31:21, 31:23, 78:19, 145:10
**expedite** [1] - 95:17
**expenditures** [3] - 142:13, 143:17, 144:6
**expenses** [4] - 134:2, 140:24, 141:3, 141:5
**experience** [4] - 24:18, 44:14, 45:20, 47:16
**experienced** [1] - 77:21
**experiences** [1] - 29:18
**expiration** [7] - 29:9, 33:11, 35:23, 36:18, 36:19, 39:8, 39:9
**expire** [3] - 35:17, 38:15, 39:13
**expired** [1] - 35:24
**explain** [8] - 8:25, 9:10, 18:2, 84:4, 123:25, 134:4, 134:22
**explained** [2] - 93:20, 93:24
**explanation** [9] - 7:6, 7:8, 74:5, 74:16, 74:20, 75:6, 75:10, 75:12, 81:14
**explanatory** [1] - 7:17
**express** [1] - 118:4
**expressed** [1] - 20:4
**extensive** [1] - 8:10
**extent** [5] - 19:6, 37:8, 79:8, 91:5, 111:18
**extract** [1] - 149:13
**extracted** [1] - 148:21

**F**

**F-e-l-a-n-d-o** [1] - 23:14
**facilitate** [1] - 24:2
**fact** [11] - 9:5, 13:13, 40:13, 72:7, 75:14, 84:7, 85:1, 85:2, 94:18, 104:6, 149:17
**facts** [6] - 9:23, 69:7, 70:13, 74:8, 75:9,

77:16
**factual** [1] - 113:17
**factually** [2] - 21:6, 125:24
**Faerstein** [1] - 8:16
**failing** [4] - 82:6, 84:5, 84:6, 87:19
**failure** [1] - 80:13
**fair** [3] - 44:11, 65:6, 77:4
**fairly** [1] - 107:14
**false** [3] - 85:25, 87:16, 146:17
**familiar** [15] - 13:9, 25:13, 25:18, 25:19, 25:20, 26:12, 26:14, 44:15, 45:11, 46:3, 57:16, 57:18, 97:24, 98:1, 99:9
**familiarity** [2] - 46:16, 46:18
**far** [4] - 30:9, 50:16, 72:21, 121:12
**Fargo** [7] - 66:15, 100:21, 101:10, 130:7, 130:11, 133:7, 133:9
**Farms** [1] - 17:6
**fault** [1] - 82:6
**favor** [1] - 7:13
**Fay** [7] - 137:6, 142:15, 142:21, 143:4, 143:5, 143:13, 143:15
**FBI** [9] - 76:22, 85:12, 85:24, 146:11, 146:25, 148:15, 148:19, 149:8, 150:25
**feature** [1] - 85:5
**February** [1] - 37:6
**Federal** [2] - 152:6, 152:20
**FEDERAL** [1] - 1:23
**federal** [5] - 24:15, 25:2, 26:19, 56:20, 97:5
**fee** [1] - 12:18
**feedback** [1] - 18:17
**feet** [1] - 99:25
**FELANDO** [2] - 4:7, 23:15
**Felando** [5] - 23:4, 23:12, 23:20, 28:6, 41:6
**felt** [1] - 78:22
**female** [1] - 31:10
**FENTON** [49] - 2:5, 11:4, 13:15, 13:19, 13:22, 14:23, 14:25, 15:1, 15:7, 15:11,

15:23, 16:2, 16:7, 16:9, 17:8, 18:22, 20:9, 22:13, 114:14, 114:16, 115:2, 115:6, 115:11, 115:14, 116:8, 117:12, 117:14, 118:23, 119:2, 119:9, 119:13, 119:15, 120:12, 120:14, 125:11, 126:3, 143:8, 143:11, 144:20, 145:17, 145:21, 145:24, 146:1, 146:5, 146:8, 146:10, 146:22, 147:7, 147:10
**Fenton** [2] - 4:5, 4:18
**few** [5] - 78:17, 84:16, 91:12, 128:24, 145:12
**Fiber** [3] - 15:15, 15:18, 134:19
**field** [2] - 23:25, 103:16
**figures** [1] - 14:18
**file** [2] - 13:19, 148:3
**filed** [2] - 7:24, 52:25
**files** [11] - 118:8, 118:11, 121:14, 121:16, 121:18, 121:21, 147:15, 147:25, 148:1, 148:7, 148:10
**filing** [1] - 11:21
**filings** [1] - 12:1
**FIN** [1] - 31:1
**final** [3] - 21:1, 119:25, 126:7
**finance** [1] - 116:15
**financial** [1] - 146:16
**Fine** [1] - 135:15
**fine** [3] - 19:6, 40:11, 70:13
**fingerprint** [17] - 31:2, 80:13, 80:18, 81:24, 82:7, 84:6, 84:10, 87:19, 110:21, 110:24, 111:1, 111:4, 112:9, 112:11, 112:13, 112:14
**fingerprinted** [4] - 82:8, 82:10, 85:3, 111:2
**fingerprinting** [1] - 111:2
**fingerprints** [1] - 104:1
**finish** [1] - 45:16
**finished** [2] - 21:17, 45:15

**first** [40] - 13:16, 23:12, 27:16, 28:8, 30:1, 30:11, 34:6, 34:18, 34:21, 34:23, 37:4, 43:6, 49:22, 62:22, 80:1, 88:16, 91:12, 93:13, 117:4, 117:7, 117:9, 117:15, 117:17, 117:22, 119:16, 122:6, 122:9, 124:10, 124:25, 125:1, 125:12, 127:5, 128:22, 130:6, 135:2, 135:5, 136:14, 147:13, 147:18, 149:20
**FIRST** [1] - 1:24
**five** [13] - 24:15, 25:2, 43:13, 67:2, 67:23, 68:1, 68:2, 68:8, 68:14, 68:15, 96:16, 142:4
**five-month** [1] - 142:4
**flew** [1] - 112:6
**floor** [1] - 115:21
**Florida** [1] - 95:2
**flow** [2] - 138:8, 138:9
**flowed** [1] - 130:4
**foil** [1] - 29:19
**folks** [1] - 12:15
**follow** [11] - 9:20, 46:5, 49:4, 81:18, 97:21, 122:7, 127:8, 128:4, 133:6, 136:25
**follow-up** [2] - 97:21
**followed** [2] - 59:12, 88:22
**following** [3] - 118:21, 124:23, 127:2
**follows** [6] - 11:2, 23:17, 56:1, 96:6, 116:7, 145:16
**font** [2] - 122:22, 122:23
**footage** [1] - 77:14
**FOR** [5] - 2:3, 2:10, 3:2, 3:9, 3:13
**foregoing** [1] - 152:10
**foreign** [3] - 43:7, 43:8, 43:9
**forensic** [4] - 148:20, 149:8, 150:7, 150:25
**forensically** [1] - 149:11
**foresee** [1] - 149:20
**foreseeable** [1] - 82:5

**forgivable** [1] - 14:5
**forgiven** [1] - 20:25
**forgiveness** [1] - 20:24
**form** [6] - 14:10, 31:22, 31:23, 36:4, 36:21, 111:10
**formal** [1] - 19:15
**format** [1] - 152:12
**forms** [1] - 22:5
**forward** [7] - 10:18, 23:5, 55:10, 89:10, 123:14, 128:14, 151:7
**foundation** [9] - 42:4, 44:22, 45:8, 45:24, 47:20, 69:11, 70:17, 120:9, 120:10
**foundationally** [1] - 148:15
**four** [20] - 32:25, 34:2, 37:2, 57:1, 57:3, 61:4, 61:13, 61:14, 61:24, 62:5, 62:15, 63:3, 96:23, 101:8, 119:22, 122:10, 132:7, 132:8, 132:23, 142:4
**four-month** [1] - 142:4
**frame** [3] - 29:10, 31:18, 36:25
**frames** [1] - 28:10
**framework** [1] - 69:8
**France** [1] - 32:7
**Francisco** [1] - 2:19
**Fraser** [7] - 4:15, 79:19, 79:23, 79:25, 83:25, 89:25, 94:7
**FRASER** [52] - 3:6, 79:23, 80:3, 80:10, 80:18, 80:22, 81:5, 81:10, 81:16, 81:22, 82:5, 82:22, 84:5, 84:12, 85:7, 85:10, 85:19, 85:23, 86:2, 86:6, 86:11, 86:14, 87:1, 87:7, 87:12, 88:4, 88:7, 88:12, 93:11, 94:20, 94:24, 102:7, 105:8, 105:11, 105:14, 106:12, 106:18, 106:21, 107:2, 107:4, 107:6, 107:8, 107:13, 107:17, 107:20, 107:22, 111:12, 111:13, 113:3, 113:8, 113:15, 114:8
**Fraser's** [1] - 7:5
**fraud** [14] - 43:23,

44:15, 44:17, 45:13, 45:22, 45:23, 46:19, 49:8, 49:13, 49:21, 51:1, 52:10
**fraudulent** [5] - 48:21, 49:22, 50:4, 52:9, 82:1
**free** [4] - 12:12, 12:13, 12:14, 12:16
**front** [3] - 66:20, 106:13, 106:22
**full** [7] - 10:23, 23:10, 55:17, 89:15, 111:18, 115:23, 151:4
**fully** [1] - 70:8
**function** [1] - 47:4
**functions** [1] - 47:5
**fund** [2] - 125:15, 133:15
**funded** [14] - 122:11, 124:2, 126:20, 126:21, 128:6, 129:17, 130:5, 132:4, 133:18, 134:7, 135:4, 137:1, 137:14, 137:16
**Funding** [1] - 16:20
**funds** [98] - 118:12, 118:14, 118:16, 118:18, 118:21, 118:22, 122:4, 122:15, 123:1, 123:2, 123:9, 123:10, 123:12, 123:20, 124:3, 124:5, 124:14, 124:23, 125:5, 125:8, 125:17, 126:2, 126:4, 126:15, 126:18, 126:19, 127:1, 127:3, 127:8, 127:15, 129:2, 129:4, 129:7, 129:11, 129:13, 129:23, 130:1, 130:4, 130:10, 130:15, 130:16, 130:22, 130:23, 131:4, 131:6, 131:7, 131:10, 132:5, 132:15, 132:19, 133:17, 133:21, 134:1, 134:9, 134:16, 134:24, 134:25, 135:25, 136:7, 136:11, 136:17, 136:22, 136:25, 137:4, 137:5, 137:8, 137:24, 138:2, 138:6, 138:8, 138:9, 138:12, 138:15, 138:16, 138:19, 138:23, 139:2, 139:3, 139:7, 139:9, 139:10,

139:11, 139:12, 139:17, 139:18, 139:20, 139:22, 140:6, 140:15, 140:23, 141:2, 142:7, 142:10, 143:18, 147:20
**Furniture** [1] - 135:15
**furniture** [1] - 135:20

**G**

**G&A** [2] - 128:23, 129:4
**gambit** [1] - 87:6
**Gaulle** [1] - 32:7
**gears** [1] - 22:5
**gender** [1] - 29:3
**general** [7] - 26:20, 44:16, 44:17, 75:22, 77:4, 103:19, 118:6
**generally** [5] - 51:7, 103:20, 117:12, 117:13, 118:16
**generate** [1] - 15:19
**generated** [1] - 14:1
**generates** [1] - 25:22
**gentleman** [1] - 58:15
**Gentlemen** [1] - 136:19
**Georgia** [5] - 24:16, 25:3, 57:3, 97:6, 102:13
**gesture** [1] - 108:14
**gestured** [1] - 109:12
**given** [15] - 27:13, 30:7, 30:11, 31:19, 41:19, 41:23, 50:18, 51:10, 51:20, 51:21, 51:23, 71:17, 72:17, 84:21, 108:14
**glare** [1] - 61:21
**Glenco** [2] - 97:6, 102:13
**Glendale** [1] - 3:11
**gloves** [2] - 103:20, 103:22, 104:4, 104:6, 105:3
**Glynco** [3] - 24:16, 25:3, 57:3
**goats** [2] - 114:21, 114:23
**goods** [1] - 24:3
**Government** [15] - 5:4, 5:5, 5:6, 5:7, 5:8, 5:11, 15:8, 15:10, 15:24, 15:25, 28:4, 101:2, 118:24,

119:12, 150:13
**government** [64] - 6:15, 7:9, 8:18, 8:23, 10:17, 12:3, 12:25, 13:11, 13:16, 17:11, 19:18, 20:19, 22:16, 22:19, 24:22, 30:22, 50:19, 51:4, 51:15, 52:13, 52:18, 53:1, 53:3, 53:9, 53:23, 60:13, 68:2, 68:16, 68:18, 78:22, 80:5, 80:6, 80:13, 81:18, 81:24, 81:25, 82:6, 82:7, 82:17, 85:11, 86:7, 88:19, 93:3, 93:6, 93:15, 93:17, 93:20, 102:10, 102:12, 114:14, 118:19, 119:9, 120:1, 121:13, 121:19, 145:14, 145:17, 146:10, 149:16, 149:24, 150:1, 150:11, 150:23
**government's** [7] - 7:5, 7:12, 80:22, 80:23, 82:3, 82:23, 84:25
**Government's** [5] - 27:8, 60:6, 60:16, 100:13, 100:24
**graduated** [1] - 116:14
**granted** [2] - 35:21, 37:23
**great** [2] - 40:3, 107:2
**greatly** [1] - 84:7
**Grigoryan** [3] - 9:6, 22:11, 70:15
**grounds** [1] - 39:24
**guess** [3] - 71:8, 73:1, 141:15
**guidance** [3] - 18:20, 19:16, 19:23
**guilt** [2] - 8:19, 10:9
**guilty** [3] - 10:6, 10:8, 10:11
**Gusto** [20] - 11:11, 11:12, 11:15, 11:23, 12:9, 12:20, 13:6, 13:13, 13:19, 14:1, 14:7, 14:12, 14:13, 14:15, 15:15, 16:13, 16:17, 17:23, 22:4
**Gusto's** [3] - 13:11, 14:17, 16:5

## H

**half** [1] - 96:23
**hand** [9] - 10:19, 23:6, 55:11, 86:3, 89:11, 95:22, 109:21, 114:25, 115:17
**handed** [2] - 108:20, 108:24
**handle** [3] - 12:1, 12:4, 104:2
**hands** [4] - 108:4, 108:6, 108:9, 108:10
**handwritten** [1] - 101:14
**hard** [1] - 62:22
**harm** [2] - 59:18, 97:2
**Hart** [6] - 16:16, 133:20, 134:7, 134:10, 134:13
**hay** [1] - 114:22
**head** [1] - 11:16
**health** [1] - 141:15
**hear** [9] - 8:5, 10:5, 75:4, 83:12, 89:22, 91:20, 115:3, 145:19, 146:4
**heard** [10] - 8:2, 10:5, 10:13, 25:16, 44:24, 75:6, 75:8, 81:18, 82:11, 85:17
**hearing** [3] - 18:6, 67:10, 74:5
**hearsay** [9] - 7:8, 7:18, 8:3, 80:4, 81:8, 81:11, 84:22, 87:22, 93:9
**heart** [1] - 90:7
**heightened** [1] - 84:7
**held** [3] - 119:22, 152:11
**help** [6] - 14:5, 30:24, 95:17, 106:21, 114:25, 136:25
**helped** [1] - 41:17
**helpful** [2] - 55:6, 146:7
**hereby** [1] - 152:8
**herself** [1] - 21:16
**highly** [1] - 87:10
**Highway** [1] - 3:15
**Hills** [3] - 124:7, 124:9, 127:18
**hired** [4] - 117:1, 117:22, 118:2, 118:6
**history** [2] - 26:7, 34:4
**hold** [2] - 18:7, 75:24
**holder** [1] - 30:17

**holding** [3] - 101:18, 108:12, 109:20
**holds** [1] - 138:18
**home** [6] - 30:19, 30:20, 30:23, 30:24, 124:15, 145:2
**Homeland** [2] - 23:24, 28:17
**Honor** [130] - 6:11, 6:14, 6:19, 7:8, 7:19, 8:2, 9:12, 13:16, 15:7, 15:23, 16:7, 17:18, 18:22, 19:1, 19:7, 20:9, 20:12, 21:8, 21:14, 21:19, 22:21, 23:3, 24:22, 24:24, 25:1, 27:25, 37:7, 40:10, 40:15, 40:18, 41:1, 41:2, 42:7, 42:25, 44:2, 44:6, 44:9, 45:14, 45:16, 46:16, 49:5, 49:7, 54:7, 54:10, 54:21, 54:25, 55:2, 55:5, 55:7, 55:8, 58:16, 60:14, 60:17, 63:16, 65:17, 68:13, 70:23, 74:4, 74:15, 75:9, 78:3, 78:8, 79:10, 79:23, 80:8, 81:22, 82:25, 83:7, 83:11, 84:12, 85:7, 85:19, 85:21, 86:3, 86:11, 89:2, 89:9, 90:2, 90:6, 90:10, 92:14, 93:3, 93:11, 94:5, 94:14, 94:20, 95:21, 98:20, 100:10, 102:4, 106:5, 106:15, 107:6, 113:19, 114:6, 114:8, 114:17, 115:2, 115:11, 119:9, 143:2, 143:9, 143:12, 144:20, 145:17, 145:18, 145:21, 145:24, 146:5, 146:12, 146:22, 147:7, 147:10, 147:13, 147:21, 147:23, 148:6, 148:13, 148:17, 149:9, 149:12, 149:15, 149:25, 150:4, 150:6, 150:10, 150:17, 150:20, 151:6, 151:8
**HONORABLE** [1] - 1:3
**Honorable** [1] - 151:10

**hoped** [1] - 8:10
**hopefully** [1] - 12:14
**HOURIGAN** [4] - 1:23, 152:6, 152:19, 152:20
**hours** [1] - 57:13
**house** [1] - 126:15
**HR** [2] - 11:13, 12:7
**HSI** [2] - 47:13, 48:13
**husband** [3] - 86:20, 93:24, 98:23
**hypothetical** [4] - 70:2, 70:24, 71:5, 75:25

## I

**i.e** [1] - 112:21
**I/O** [1] - 32:3
**ICE** [1] - 30:12
**ID** [4] - 30:25, 31:4, 31:6, 33:17
**idea** [4] - 51:13, 65:6, 145:14, 149:15
**identification** [3] - 30:7, 31:2, 118:25
**identified** [6] - 58:16, 58:17, 98:21, 107:9, 118:12, 148:25
**identifies** [3] - 119:25, 120:5, 121:13
**identify** [7] - 13:12, 43:4, 52:14, 98:20, 118:13, 118:18, 122:7
**identifying** [2] - 31:12, 118:20
**identities** [5] - 47:18, 49:23, 50:2, 50:25, 52:9
**ignore** [1] - 10:1
**image** [6] - 79:11, 105:24, 106:19, 107:2, 107:10, 108:10
**immediate** [1] - 30:25
**immigrant** [2] - 36:3, 36:5
**immigration** [3] - 43:24, 44:18, 56:19
**impacts** [1] - 7:11
**impeach** [1] - 7:14
**impeaching** [1] - 87:7
**implication** [1] - 81:25
**implying** [1] - 84:1
**importance** [1] - 87:18
**important** [4] - 9:25, 10:2, 80:23, 113:9

**Imported** [1] - 135:15
**impossible** [1] - 85:3
**impression** [2] - 73:4, 87:16
**improper** [3] - 8:25, 49:23, 75:25
**in-depth** [1] - 97:20
**inbound** [12] - 25:25, 31:24, 32:3, 32:15, 34:2, 34:25, 37:2, 38:3, 38:23, 39:18, 54:5, 54:12
**Inc** [2] - 15:15, 17:2
**Inception** [2] - 130:19, 131:1
**inception** [1] - 42:23
**include** [3] - 8:22, 88:13, 97:22
**included** [1] - 141:13
**includes** [3] - 102:15, 148:3, 150:10
**including** [4] - 45:22, 102:25, 150:25
**inconsistent** [3] - 85:14, 86:7, 93:22
**incorrect** [1] - 47:24
**incriminating** [5] - 87:10, 102:25, 103:4, 103:9, 111:15
**inculpatory** [3] - 7:22, 81:6, 87:21
**independent** [1] - 45:20
**INDEX** [2] - 4:1, 5:1
**index** [1] - 51:20
**indicate** [1] - 125:14
**indicated** [2] - 64:19, 124:7, 130:2
**indicates** [2] - 122:24, 122:25
**indictment** [3] - 117:25, 148:2, 148:7
**individual** [14] - 10:6, 25:25, 29:8, 31:3, 31:7, 31:18, 32:10, 34:6, 35:4, 36:5, 75:23, 120:7, 120:24, 144:2
**individual's** [4] - 10:10, 29:22, 32:2, 77:6
**individuals** [6] - 24:6, 28:7, 30:17, 54:9, 132:6, 144:15
**inflows** [2] - 122:3, 124:22
**info** [1] - 137:14
**Info** [9] - 17:4, 61:11, 61:14, 137:11,

137:17, 138:16, 139:18, 140:10, 140:13
**information** [29] - 26:1, 26:3, 26:9, 28:7, 28:20, 30:13, 31:6, 31:12, 39:25, 40:6, 41:8, 41:23, 43:3, 43:24, 44:18, 45:6, 45:12, 45:22, 48:5, 50:18, 52:4, 54:9, 118:7, 119:5, 148:23, 148:25, 149:13
**informed** [1] - 105:5
**initial** [1] - 125:8
**innocence** [1] - 8:19
**inquire** [1] - 46:16
**inquiry** [4] - 24:17, 27:2, 50:10, 91:5
**inside** [5] - 36:7, 91:1, 101:17, 101:19, 109:8
**insofar** [2] - 87:22, 93:22
**inspect** [6] - 56:20, 90:19, 91:23, 92:23, 97:1, 97:18
**inspected** [1] - 100:1
**inspection** [6] - 57:20, 58:5, 72:8, 97:21, 97:22, 100:7
**inspections** [1] - 58:10
**instance** [3] - 30:2, 131:18, 141:9
**instances** [4] - 130:14, 131:12, 131:20, 131:21
**instead** [1] - 36:6
**institution** [1] - 146:17
**instruct** [2] - 10:7, 85:4
**instruction** [6] - 7:25, 8:18, 8:20, 9:18, 10:4, 72:18
**instructions** [4] - 9:19, 9:20, 9:24, 107:24
**insurance** [2] - 141:8, 141:15
**intend** [6] - 8:3, 8:20, 86:12, 94:11, 105:7, 147:8
**intending** [1] - 88:1
**intention** [1] - 93:4
**interacted** [1] - 88:7
**interaction** [3] - 98:25, 99:14, 107:15
**interactions** [1] -

57:25
**interest** [1] - 26:2
**interested** [1] - 90:8
**Interiors** [5] - 16:11,
16:13, 135:4, 135:8,
135:25
**Interiors'** [1] - 135:22
**interject** [1] - 125:6
**international** [1] -
97:1
**International** [4] -
56:11, 57:9, 57:20,
96:14
**Internet** [1] - 145:3
**interpreted** [2] -
18:15, 19:12
**interview** [2] - 47:15,
48:9
**interviewed** [1] -
76:12
**interviewing** [2] -
85:13, 87:3
**interviews** [1] -
47:11
**introduce** [4] - 8:4,
78:23, 93:17, 94:7
**inventory** [4] - 80:14,
84:6, 110:13, 110:19
**invest** [1] - 133:12
**investigate** [1] -
46:18
**investigation** [13] -
25:4, 48:1, 48:4,
48:10, 52:19, 63:12,
77:24, 78:21, 91:7,
102:2, 113:9, 117:2,
147:16
**investigations** [3] -
46:20, 47:1, 47:23
**investigative** [3] -
48:1, 48:3, 48:21
**investigatory** [1] -
47:2
**investment** [2] -
133:12, 140:2
**investments** [1] -
140:3
**invoking** [1] - 81:10
**involuntary** [2] -
88:17, 93:15
**involvement** [3] -
63:12, 91:6, 102:1
**involving** [2] - 43:24,
44:16
**IOG** [1] - 147:14
**ish** [2] - 115:9,
115:10
**issue** [18] - 6:13, 7:3,
8:3, 9:3, 9:8, 29:5,
33:9, 33:10, 35:15,

37:19, 38:13, 39:8,
47:25, 85:5, 85:20,
93:13, 94:4, 94:15
**issued** [15] - 29:7,
29:20, 30:3, 33:17,
33:21, 35:25, 37:20,
38:17, 39:9, 39:11,
39:12, 66:15, 66:17,
66:23, 67:11
**issues** [5] - 8:9,
18:13, 94:1, 94:4,
149:20
**Italy** [2] - 80:2
**item** [5] - 108:18,
109:20, 109:24,
110:17, 111:2
**items** [13] - 69:4,
88:23, 108:22,
108:24, 108:25,
111:22, 112:14,
112:16, 112:19,
112:21, 112:23,
113:4, 113:11
**itself** [1] - 83:15
**Iuliia** [24] - 29:2,
29:12, 31:9, 32:6,
32:8, 32:13, 60:24,
61:11, 61:23, 62:12,
70:15, 73:24, 74:5,
124:17, 127:14,
132:13, 132:16,
133:7, 133:9, 134:18,
134:19, 138:4,
139:14, 140:21

## J

**J-1** [12] - 29:15,
29:17, 30:2, 30:17,
33:14, 35:20, 39:7,
43:24, 44:18, 45:6,
45:12, 45:21
**jail** [1] - 146:15
**January** [8] - 28:10,
32:19, 33:2, 36:24,
37:5, 140:12, 140:14,
142:2
**JENNIFER** [1] - 3:10
**Jewelers** [2] - 136:8,
136:9
**jewelry** [1] - 136:12
**job** [13] - 13:7, 23:20,
24:5, 24:14, 25:13,
56:8, 56:19, 56:22,
96:11, 96:17, 96:25,
97:4, 116:21
**jobs** [2] - 24:9, 56:14
**JOHN** [1] - 3:3
**Johnson** [1] - 7:24

**JOHNSON** [8] - 2:11,
2:14, 2:17, 2:20, 3:14,
3:14, 7:24, 41:3
**JP** [7] - 133:20,
133:25, 134:11,
134:14, 134:19,
139:14, 140:21
**Jr** [1] - 55:19
**JR** [2] - 4:11, 55:24
**Judge** [4] - 6:7, 73:4,
107:1, 114:20
**JUDGE** [1] - 1:3
**judgment** [1] - 80:2
**judicial** [1] - 152:13
**July** [11] - 37:4, 37:5,
123:16, 124:2, 124:6,
125:22, 126:7, 135:5,
136:15, 136:18
**June** [18] - 18:12,
32:7, 43:12, 65:3,
125:22, 127:16,
128:15, 128:16,
128:24, 129:19,
129:21, 129:24,
130:12, 130:18,
131:1, 136:15, 152:16
**JUNE** [1] - 1:13, 6:1
**junior** [1] - 55:20
**jurors** [1] - 78:8,
94:19
**jury** [32] - 6:12, 7:23,
8:21, 9:13, 9:15,
11:17, 11:22, 15:24,
18:2, 19:20, 75:13,
78:19, 85:4, 87:16,
89:23, 90:4, 95:11,
95:13, 106:6, 106:9,
106:11, 106:14,
106:23, 106:25,
107:20, 116:12,
122:2, 124:21,
126:24, 132:1,
134:22, 145:10
**Justice** [6] - 117:1,
117:5, 117:8, 117:16,
117:19, 117:21

## K

**KATZMAN** [2] - 3:3,
3:6
**Kauichko** [10] - 9:5,
9:6, 34:13, 35:7, 35:9,
62:23, 79:7, 83:4,
122:20, 126:14
**Kauichko's** [2] -
35:13, 126:21
**keep** [5] - 19:7,
25:10, 83:20, 95:18,
104:1

**KEOUGH** [1] - 2:17
**kept** [2] - 25:14, 26:9
**Kiev** [1] - 38:18
**kind** [4] - 47:1,
69:18, 72:2, 100:20
**knowledge** [6] -
13:2, 25:7, 64:18,
64:22, 65:1, 69:14
**known** [1] - 75:12
**knows** [1] - 145:18
**Kopytova** [3] - 38:11,
38:21, 39:3
**Kudiumov** [11] -
32:21, 33:4, 33:6,
33:13, 33:23, 34:5,
34:10, 125:4, 126:1,
126:4, 126:6
**Kudiumov's** [1] -
125:23

## L

**L-o-u-i-s-s-a-n-t** [2] -
89:17, 96:3
**lack** [2] - 21:3, 21:25
**lacks** [1] - 69:11
**Lane** [2] - 124:24,
126:12
**lap** [1] - 105:15
**laptop** [1] - 106:13
**large** [4] - 132:21,
142:16, 146:3, 147:25
**larger** [1] - 132:21
**last** [46] - 23:14,
27:16, 28:8, 28:11,
28:25, 30:6, 32:12,
34:9, 34:13, 34:23,
35:9, 38:8, 50:10,
50:12, 55:20, 61:4,
61:13, 61:14, 61:24,
62:5, 62:15, 63:3,
75:4, 75:8, 76:15,
77:2, 85:10, 85:23,
86:9, 86:22, 89:7,
99:4, 101:8, 119:22,
120:25, 121:12,
122:10, 130:3, 130:5,
134:4, 134:6, 136:4,
136:5, 136:24, 140:9
**law** [17] - 9:22,
24:15, 25:2, 26:19,
30:14, 41:13, 43:14,
43:20, 44:14, 47:5,
47:13, 49:9, 49:25,
69:1, 72:1, 72:3, 97:5
**Law** [8] - 2:12, 2:15,
2:18, 2:21, 3:4, 3:7,
3:10, 3:15
**LAW** [1] - 3:14
**lawful** [1] - 24:2

**laws** [1] - 56:20
**lawyer** [2] - 23:1,
54:2
**lawyers** [2] - 77:21,
150:20
**lead** [2] - 20:10,
74:10
**leading** [4] - 20:9,
20:10, 20:11, 20:16
**learn** [1] - 52:8
**lease** [2] - 133:3,
142:10
**least** [4] - 67:18,
131:22, 131:23,
148:14
**leave** [2] - 74:1,
150:16
**left** [10] - 19:24,
20:23, 30:9, 53:11,
53:23, 74:4, 82:16,
101:14, 119:20,
125:13
**legislation** [4] -
11:20, 14:3, 18:15,
19:15
**lender** [2] - 121:15,
146:18
**lenders** [2] - 18:14,
19:12
**less** [1] - 67:2
**letters** [5] - 19:17,
19:21, 20:5, 20:21,
21:3
**LEWIS** [1] - 3:3
**likewise** [1] - 103:3
**limine** [2] - 7:11, 8:9
**limited** [2] - 19:4,
42:10
**limiting** [1] - 7:25
**Limo** [6] - 122:11,
122:17, 123:5,
123:11, 123:17,
123:21
**line** [5] - 24:17,
30:11, 50:10, 50:12,
143:5
**lines** [1] - 36:15
**linked** [1] - 126:2
**list** [9] - 27:16, 28:7,
31:16, 32:21, 33:23,
36:20, 37:25, 38:21,
39:17
**listed** [6] - 27:20,
34:17, 119:21,
120:15, 121:12,
125:19
**listener** [3] - 80:12,
80:16, 81:9
**listing** [1] - 31:17
**lists** [1] - 32:21

**litigation** [1] - 93:5
**LITTRELL** [9] - 3:3, 3:3, 3:6, 8:2, 8:7, 9:11, 79:18, 120:9, 144:23
**live** [4] - 11:6, 36:7, 95:2, 116:10
**LLC** [2] - 135:23, 136:3
**LLP** [2] - 3:3, 3:6
**loan** [58] - 13:19, 14:4, 19:25, 118:8, 118:11, 118:16, 121:14, 121:16, 121:18, 121:21, 122:6, 122:7, 122:9, 122:10, 123:24, 123:25, 124:1, 124:2, 125:13, 126:20, 127:5, 127:8, 128:2, 128:3, 128:5, 128:22, 129:18, 129:19, 130:6, 130:8, 130:23, 132:18, 134:13, 135:5, 135:6, 135:7, 136:15, 136:24, 136:25, 137:1, 137:8, 137:11, 137:13, 137:15, 147:14, 147:15, 147:24, 147:25, 148:1, 148:3, 148:7, 148:10
**loans** [30] - 20:25, 22:3, 121:6, 121:8, 121:11, 122:3, 124:25, 125:1, 125:14, 128:17, 129:17, 130:3, 130:5, 131:13, 132:3, 132:7, 132:8, 132:23, 133:13, 133:15, 133:18, 133:24, 134:4, 134:6, 135:2, 135:4, 136:13, 136:14, 137:13
**locate** [5] - 14:13, 15:17, 16:15, 16:18, 16:23
**located** [1] - 32:1
**locations** [1] - 148:19
**locker** [1] - 148:19
**logistically** [1] - 95:6
**look** [27] - 14:14, 22:19, 27:13, 42:10, 51:2, 52:22, 53:1, 54:14, 109:8, 121:10, 124:25, 126:9, 126:23, 128:2, 128:17, 130:3,

133:13, 134:4, 136:9, 136:13, 136:24, 137:10, 140:9, 141:4, 141:22, 145:5, 147:19
**looked** [11] - 15:5, 17:10, 50:22, 53:15, 53:22, 54:15, 54:18, 65:8, 123:5, 138:9, 138:25
**looking** [9] - 82:15, 87:3, 108:16, 109:20, 131:3, 131:4, 141:6, 141:7, 141:9
**looks** [3] - 14:16, 101:15, 139:19
**LOS** [4] - 1:14, 1:24, 6:1, 152:3
**Los** [3] - 2:8, 2:13, 3:8
**Louissant** [23] - 7:1, 79:12, 85:13, 85:17, 85:20, 85:23, 86:13, 86:17, 87:2, 87:8, 87:12, 88:4, 88:5, 89:8, 89:16, 89:18, 90:12, 93:22, 96:2, 96:8, 100:12, 102:8, 113:22
**LOUISSANT** [2] - 4:14, 96:4
**Louissant's** [1] - 85:15
**lower** [2] - 114:22, 114:24
**lowered** [1] - 114:20
**Loyola** [1] - 116:15
**Ludiya** [1] - 39:3
**luggage** [46] - 63:22, 64:9, 64:10, 64:12, 64:13, 64:14, 64:19, 64:24, 65:7, 65:8, 66:2, 67:5, 71:24, 72:11, 72:12, 72:13, 72:15, 72:18, 72:20, 72:22, 73:16, 74:7, 74:18, 75:7, 75:15, 76:3, 76:9, 76:11, 76:16, 76:19, 77:11, 79:1, 79:2, 82:15, 82:16, 82:17, 84:6, 85:25, 88:14, 90:17, 90:19, 91:23, 93:18, 103:17, 105:18, 110:18
**Luidya** [1] - 38:11
**Lydiya** [1] - 38:21

# M

**M-a-s-o-n** [1] - 23:14

**ma'am** [2] - 22:24, 114:9
**machines** [1] - 59:6
**mail** [1] - 85:12
**maintain** [2] - 12:21, 82:20
**maintained** [3] - 12:23, 26:12, 26:13
**majority** [2] - 138:10, 138:23
**man** [1] - 22:11
**manage** [1] - 73:8
**managing** [2] - 116:22, 116:23
**mandatory** [1] - 30:18
**Manuk** [2] - 22:11, 70:15
**Manukyan** [4] - 36:8, 37:1, 37:14, 134:20
**March** [6] - 30:5, 33:10, 33:16, 35:24, 38:14, 39:9
**MARIETTA** [1] - 3:2
**Marietta** [9] - 79:24, 97:24, 99:16, 128:1, 128:25, 129:14, 129:21, 129:24, 135:10
**mark** [2] - 120:25, 121:3
**marked** [6] - 60:5, 100:13, 104:11, 120:3, 122:22, 129:8
**Market** [1] - 2:18
**Maryland** [3] - 116:11, 116:14, 116:16
**Marylee** [3] - 114:14, 114:17, 115:25
**MARYLEE** [3] - 4:17, 116:3, 116:5
**mask** [3] - 56:5, 89:20, 145:20
**MASON** [2] - 4:7, 23:15
**Mason** [1] - 23:13
**Massino** [4] - 147:4, 147:5, 149:4, 149:21
**MasterCard** [3] - 60:12, 61:19, 67:25
**materiality** [1] - 146:17
**math** [1] - 67:10
**matter** [14] - 19:20, 81:4, 81:12, 81:17, 84:20, 84:21, 85:8, 90:7, 95:16, 117:15, 117:17, 117:23, 119:6, 152:12

**matters** [1] - 117:20
**MBA** [1] - 116:15
**mean** [38] - 6:21, 18:9, 28:18, 29:6, 29:16, 30:10, 30:16, 31:16, 31:20, 34:14, 36:4, 46:8, 46:18, 47:21, 49:3, 50:19, 52:18, 64:22, 65:18, 68:5, 68:6, 69:13, 70:1, 71:20, 75:11, 75:17, 80:17, 80:20, 88:17, 88:25, 92:15, 92:16, 110:17, 117:12, 121:9, 146:20, 151:2, 151:4
**meaning** [4] - 18:24, 67:23, 86:18, 123:19
**meaningfully** [1] - 85:4
**means** [5] - 28:19, 34:15, 40:12, 50:3, 110:24
**Mechanics** [3] - 16:25, 125:2, 125:22
**Medet** [3] - 37:17, 38:2, 38:9
**Media** [2] - 15:15, 15:18
**media** [1] - 145:3
**meet** [1] - 18:16
**meeting** [2] - 18:4
**MEGHAN** [1] - 2:14
**members** [1] - 95:13
**memory** [9] - 21:17, 21:18, 65:4, 65:19, 65:23, 67:3, 92:15, 93:8, 94:9
**Mendoza** [1] - 72:16
**mentioned** [3] - 41:10, 51:16, 77:11
**MESEREAU** [1] - 41:1
**messages** [1] - 147:9
**method** [1] - 129:5
**Mexico** [1] - 57:1
**Miami** [12] - 7:2, 56:11, 57:9, 57:20, 63:11, 78:22, 95:2, 95:7, 96:14, 96:15, 97:10, 98:7
**MICHAEL** [1] - 2:17
**microphone** [13] - 18:7, 91:20, 114:18, 114:20, 114:24, 115:1, 115:2, 115:5, 115:6, 115:16, 145:22, 146:3, 146:6
**middle** [4] - 23:13,

29:15, 32:2, 142:18
**might** [4] - 82:6, 97:2, 118:22, 141:13
**million** [2] - 124:19, 127:25
**mind** [6] - 65:15, 81:21, 82:2, 82:3, 84:25, 85:5
**minority** [1] - 20:2
**minority-owned** [1] - 20:2
**minutes** [9] - 67:2, 67:3, 68:8, 68:14, 68:15, 78:17, 84:16, 91:12, 145:12
**Miranda** [1] - 93:14
**mirror** [1] - 79:10
**misleading** [1] - 146:18
**mispronounce** [1] - 99:4
**misremembering** [1] - 87:25
**misstated** [1] - 65:22
**misstates** [2] - 43:16, 68:4
**mistaken** [2] - 67:8, 67:13
**Mod** [6] - 16:11, 16:13, 135:4, 135:8, 135:22, 135:25
**modified** [1] - 8:20
**moment** [11] - 49:7, 49:10, 65:16, 68:2, 89:9, 93:12, 94:20, 106:14, 106:15, 125:6, 149:25
**money** [27] - 118:21, 122:8, 123:5, 123:6, 123:21, 127:10, 128:4, 128:9, 128:13, 128:20, 129:10, 130:25, 131:12, 131:24, 132:14, 132:21, 132:22, 132:25, 133:3, 133:8, 135:11, 136:1, 136:21, 138:20, 141:4
**monitor** [2] - 106:12, 142:3
**monitoring** [3] - 123:14, 129:9, 139:4
**monitors** [1] - 106:24
**month** [5] - 12:12, 12:14, 18:12, 142:4
**months** [17] - 24:8, 24:15, 25:2, 28:25, 43:10, 43:14, 57:1, 57:3, 65:2, 65:3, 67:3,

68:9, 68:15, 87:14, 93:13, 104:9, 138:14
**moreover** [1] - 7:10
**Morgan** [7] - 133:20, 133:25, 134:11, 134:14, 134:19, 139:14, 140:22
**morning** [1] - 145:7
**mortgage** [2] - 142:22, 142:23
**Moscow** [1] - 39:12
**most** [2] - 43:8, 138:18
**mostly** [1] - 46:22
**motion** [1] - 7:11
**motions** [3] - 8:8, 8:9, 94:10
**move** [14] - 15:22, 16:3, 27:25, 50:10, 89:7, 89:21, 105:8, 107:17, 119:9, 121:5, 121:25, 134:21, 143:9, 143:16
**moved** [3] - 64:18, 93:13, 118:22
**movement** [1] - 131:23
**movements** [1] - 131:24
**moves** [2] - 60:13, 129:10
**MR** [291] - 6:11, 6:14, 6:19, 6:24, 7:1, 7:4, 7:19, 7:24, 8:2, 8:7, 8:12, 8:15, 9:11, 10:17, 11:4, 13:15, 13:19, 13:22, 14:23, 14:25, 15:1, 15:7, 15:11, 15:23, 16:2, 16:7, 16:9, 17:8, 17:18, 17:20, 18:18, 18:22, 19:1, 19:7, 19:11, 20:9, 20:12, 20:15, 20:17, 21:8, 21:11, 21:14, 21:19, 21:22, 22:13, 22:15, 22:21, 23:3, 23:19, 24:17, 24:21, 24:24, 24:25, 27:7, 27:9, 27:25, 28:5, 37:7, 37:10, 37:13, 39:24, 40:9, 40:15, 40:18, 41:1, 41:3, 41:5, 42:4, 42:7, 42:25, 43:2, 43:19, 43:25, 44:2, 44:5, 44:9, 44:10, 44:19, 44:22, 45:9, 45:14, 45:15, 45:18, 45:24, 46:2, 46:10, 46:13, 46:16, 46:25,

47:19, 49:4, 49:6, 49:15, 49:18, 50:1, 50:6, 50:10, 50:13, 50:24, 51:14, 52:5, 52:7, 52:11, 52:13, 52:16, 54:6, 54:10, 54:21, 54:25, 55:2, 55:5, 55:7, 56:3, 56:7, 58:18, 60:2, 60:4, 60:13, 60:17, 60:19, 62:24, 62:25, 63:14, 63:16, 63:18, 65:17, 66:14, 68:4, 68:7, 68:12, 69:11, 69:17, 69:25, 70:3, 70:7, 70:12, 70:17, 70:22, 71:3, 71:9, 71:18, 71:21, 74:3, 74:8, 74:13, 74:24, 75:3, 75:9, 75:20, 75:25, 77:1, 77:16, 78:3, 79:3, 79:7, 79:10, 79:18, 79:23, 80:3, 80:8, 80:10, 80:18, 80:22, 81:5, 81:10, 81:16, 81:22, 82:5, 82:22, 82:25, 83:7, 83:17, 83:21, 84:5, 84:12, 85:7, 85:10, 85:19, 85:23, 86:2, 86:6, 86:11, 86:14, 87:1, 87:7, 87:12, 88:4, 88:7, 88:12, 88:21, 89:2, 89:6, 89:9, 90:2, 90:6, 90:10, 90:12, 90:20, 90:24, 91:2, 91:5, 92:14, 93:3, 93:11, 94:3, 94:13, 94:17, 94:20, 94:24, 96:8, 96:10, 98:22, 98:24, 99:3, 99:6, 100:10, 100:12, 100:16, 100:24, 101:3, 101:5, 102:4, 102:7, 105:8, 105:10, 105:11, 105:14, 106:5, 106:8, 106:12, 106:15, 106:18, 106:21, 107:2, 107:4, 107:6, 107:8, 107:13, 107:17, 107:20, 107:22, 111:9, 111:12, 111:13, 112:25, 113:3, 113:6, 113:8, 113:13, 113:15, 113:17, 113:19, 113:21, 114:6, 114:8, 114:14, 114:16, 115:2, 115:6, 115:11, 115:14,

116:8, 117:12, 117:14, 118:23, 119:2, 119:9, 119:13, 119:15, 120:9, 120:12, 120:14, 125:11, 126:3, 143:1, 143:8, 143:9, 143:11, 144:20, 144:23, 145:17, 145:21, 145:24, 146:1, 146:5, 146:8, 146:10, 146:22, 147:7, 147:10, 149:25
**MS** [22] - 40:23, 41:2, 43:16, 114:17, 147:13, 147:21, 147:23, 148:3, 148:6, 148:9, 148:17, 149:8, 149:12, 149:15, 150:4, 150:6, 150:10, 150:17, 150:20, 150:23, 151:6, 151:8
**multiple** [1] - 94:1
**Murat** [3] - 37:18, 38:2, 38:9
**must** [3] - 80:11, 93:24, 115:4
**mutual** [1] - 140:6

# N

**N-i-c-h-o-l-a-s** [1] - 23:13
**NAME** [1] - 4:3
**name** [73] - 9:6, 10:23, 14:21, 15:16, 16:18, 16:23, 23:10, 23:12, 23:13, 23:14, 28:8, 31:9, 32:2, 32:21, 34:12, 34:13, 34:18, 34:21, 34:23, 37:25, 51:16, 55:17, 55:20, 57:16, 57:18, 59:25, 60:22, 60:23, 61:10, 61:11, 61:21, 62:11, 62:21, 62:22, 62:23, 62:24, 64:8, 65:12, 66:5, 66:19, 66:20, 67:12, 69:9, 71:1, 71:15, 73:14, 75:23, 76:4, 77:6, 79:5, 79:21, 82:15, 83:15, 85:18, 89:15, 90:23, 96:1, 97:24, 99:5, 99:9, 100:9, 115:23, 119:21, 120:24, 120:25, 127:13, 143:3
**named** [5] - 22:8, 22:11, 60:23, 147:20,

150:8
**names** [12] - 16:4, 27:4, 27:16, 27:19, 51:5, 51:8, 51:17, 52:4, 52:15, 65:9, 66:8, 143:24
**narrow** [2] - 19:8, 19:14
**nation's** [1] - 24:2
**National** [1] - 32:6
**nationality** [1] - 31:13
**nearly** [1] - 78:11
**necessarily** [1] - 103:18
**necessary** [2] - 19:1, 95:6
**need** [7] - 12:3, 80:18, 81:2, 82:13, 84:2, 103:3, 149:15
**needed** [1] - 81:18
**needs** [1] - 78:9
**never** [7] - 14:17, 14:20, 15:5, 76:8, 89:1, 104:3, 111:2
**New** [7] - 2:16, 57:1, 135:23, 136:2, 136:24, 137:1
**new** [4] - 14:3, 115:15, 135:2, 138:20
**NEWCOMER** [1] - 2:14
**newspaper** [1] - 145:4
**next** [51] - 9:18, 10:16, 15:22, 23:2, 31:4, 34:20, 43:18, 45:10, 54:24, 54:25, 64:15, 71:19, 73:12, 73:19, 74:6, 75:21, 85:18, 89:7, 95:7, 114:13, 115:12, 120:20, 122:16, 124:5, 124:20, 125:5, 125:23, 126:23, 127:15, 128:2, 128:3, 128:5, 128:9, 128:17, 129:23, 130:10, 130:25, 131:25, 132:14, 133:13, 133:15, 134:9, 134:21, 136:13, 136:14, 137:10, 138:2, 138:13, 141:22, 145:16
**NICHOLAS** [3] - 2:20, 4:7, 23:15
**Nicholas** [2] - 23:4, 23:12
**nine** [1] - 24:8

150:8
**NO** [2] - 1:23, 152:20
**non** [1] - 50:5
**non-authentic** [1] - 50:5
**none** [1] - 17:14
**nonimmigrant** [4] - 28:18, 28:20, 36:6, 48:17
**North** [2] - 2:7, 3:15
**note** [1] - 34:18
**notes** [7] - 18:14, 85:10, 85:12, 85:14, 86:3, 87:2, 87:3
**nothing** [4] - 9:2, 34:14, 40:1, 106:20
**notice** [9] - 42:2, 43:6, 43:9, 43:11, 47:25, 84:7, 93:19, 95:2, 122:21
**noticed** [1] - 114:18
**notify** [2] - 48:1, 114:11
**notwithstanding** [1] - 81:8
**November** [3] - 36:10, 143:21, 144:11
**NUMBER** [1] - 5:3
**Number** [1] - 120:19
**number** [32] - 20:7, 21:4, 22:1, 27:17, 29:19, 29:20, 29:23, 29:25, 30:1, 30:7, 30:11, 30:12, 31:1, 31:2, 31:6, 33:17, 35:21, 37:23, 107:3, 118:11, 119:23, 120:1, 120:2, 121:13, 122:24, 122:25, 125:20, 132:3, 141:1, 147:25, 150:9, 150:24
**numbers** [3] - 14:16, 30:6, 125:14
**NW** [1] - 2:21

# O

**o'clock** [1] - 144:22
**oath** [7] - 10:20, 23:7, 55:12, 67:4, 89:12, 95:23, 115:18
**objected** [1] - 44:7
**objection** [57] - 18:22, 20:9, 22:13, 24:17, 37:7, 37:10, 39:24, 42:4, 43:16, 43:25, 44:8, 44:19, 44:20, 44:22, 45:7, 45:14, 45:24, 46:23, 47:19, 49:15, 50:1, 52:5, 52:6, 52:11,

52:16, 54:10, 65:17,
68:4, 69:11, 69:25,
70:7, 70:17, 71:3,
71:18, 73:5, 74:8,
74:24, 75:25, 77:16,
80:4, 80:7, 80:9,
84:22, 105:10, 106:5,
111:9, 111:11,
112:25, 113:6,
113:13, 120:9,
120:11, 143:1, 143:7
**observations** [2] -
102:21, 102:25
**obtained** [1] - 71:17
**obviously** [1] - 29:21
**occasions** [1] -
141:1
**occur** [1] - 138:11
**occurred** [3] - 132:2,
136:5, 138:13
**occurs** [2] - 123:20,
139:8
**October** [5] - 57:5,
63:21, 65:2, 93:23,
97:7
**OF** [8] - 1:2, 1:5,
1:12, 2:1, 3:14, 152:1,
152:3, 152:4
**offer** [12] - 11:13,
11:24, 12:6, 12:7,
42:11, 79:14, 80:1,
82:23, 86:21, 95:5,
105:7, 147:9
**offered** [5] - 80:11,
80:12, 81:11, 81:13,
81:16
**offering** [2] - 81:3,
107:5
**offers** [1] - 12:13
**OFFICE** [2] - 2:4,
3:14
**office** [2] - 23:25,
57:11
**Office** [1] - 102:16
**officer** [37] - 7:1,
7:15, 23:21, 24:11,
41:13, 43:21, 56:9,
56:12, 56:13, 56:15,
56:18, 56:19, 59:18,
60:5, 68:23, 68:25,
69:1, 79:11, 79:12,
79:16, 80:13, 85:17,
87:1, 96:12, 96:15,
96:21, 104:22,
104:25, 107:25,
108:3, 108:14,
108:20, 108:24,
109:7, 109:12,
109:17, 113:22
**Officer** [24] - 28:6,

40:14, 41:6, 63:19,
72:16, 85:13, 85:14,
85:19, 85:23, 86:17,
87:2, 87:7, 87:12,
88:4, 88:5, 88:6, 88:8,
90:12, 93:22, 100:4,
102:8, 109:10, 110:5,
112:11
**officers** [3] - 59:8,
59:20, 100:3
**offices** [1] - 76:14
**Official** [2] - 152:6,
152:20
**OFFICIAL** [2] - 1:23,
152:1
**omit** [3] - 94:15,
94:16, 94:17
**once** [5] - 48:9,
80:25, 90:20, 126:4,
126:6
**One** [5] - 15:15,
15:18, 134:20, 137:3,
141:25
**one** [62] - 7:21, 8:18,
9:24, 12:12, 12:14,
15:17, 15:19, 25:1,
31:24, 34:24, 34:25,
35:8, 38:3, 38:23,
39:18, 43:6, 49:22,
50:10, 50:19, 51:12,
54:12, 55:1, 59:20,
60:12, 60:20, 61:8,
66:19, 67:25, 73:5,
76:4, 76:14, 78:8,
85:8, 85:11, 86:10,
89:9, 104:1, 113:17,
114:24, 114:25,
120:7, 120:8, 120:15,
120:16, 120:17,
131:23, 134:18,
134:19, 137:11,
137:13, 143:20,
143:21, 143:22,
146:16, 149:6
**one-month** [1] -
12:12
**ones** [2] - 6:22, 53:4
**online** [1] - 12:11
**oOo** [1] - 6:3
**open** [1] - 78:5
**opened** [3] - 78:5,
107:24, 119:23
**opening** [7] - 7:5,
8:12, 8:15, 8:23, 8:24,
9:4, 109:7
**opens** [1] - 78:4
**operate** [1] - 82:2
**operations** [1] -
23:25
**opinion** [1] - 118:4

**opportunity** [2] -
14:4, 42:15
**opposed** [1] - 46:17
**order** [3] - 6:9, 19:2,
94:24
**ordinary** [1] - 12:20
**organization** [1] -
47:12
**organizations** [1] -
47:17
**organize** [2] - 65:21,
73:8
**original** [6] - 85:15,
87:9, 117:25, 131:22,
139:11, 147:15
**originally** [1] - 86:17
**otherwise** [2] -
42:18, 88:13
**outbound** [11] -
25:25, 31:25, 32:3,
34:3, 34:25, 37:2,
38:4, 38:24, 39:19,
54:5, 54:12
**outset** [1] - 9:19
**outside** [6] - 47:13,
89:23, 95:16, 109:12,
109:16, 112:25
**overblown** [1] -
151:3
**overruled** [2] -
37:12, 49:17
**oversee** [1] - 116:24
**overt** [2] - 148:4,
148:5
**own** [8] - 10:8, 18:25,
30:24, 42:6, 45:20,
47:16, 69:14, 140:7
**owned** [2] - 20:2,
88:10
**ownership** [2] -
86:24, 92:3

**P**

**P.M** [2] - 1:13, 6:2
**p.m** [4] - 57:13,
57:14, 97:13, 151:12
**Pacific** [1] - 3:15
**pack** [2] - 90:17,
92:21
**Paety** [3] - 4:8, 4:12,
4:16
**paetty** [1] - 4:15
**PAETTY** [114] - 2:6,
6:11, 6:14, 6:19, 6:24,
7:1, 7:4, 7:19, 8:12,
8:15, 10:17, 23:3,
23:19, 24:21, 24:24,
24:25, 27:7, 27:9,
27:25, 28:5, 37:13,

40:9, 42:4, 43:16,
43:25, 44:19, 44:22,
45:14, 45:24, 47:19,
49:15, 50:1, 50:6,
52:5, 52:11, 52:16,
54:10, 54:25, 55:2,
55:5, 55:7, 56:3, 56:7,
58:18, 60:2, 60:4,
60:13, 60:17, 60:19,
62:24, 62:25, 63:14,
65:17, 68:4, 69:11,
69:25, 70:7, 70:17,
71:3, 71:18, 74:8,
74:24, 75:9, 75:25,
77:16, 79:3, 79:7,
79:10, 80:8, 82:25,
83:7, 83:17, 83:21,
88:21, 89:2, 89:9,
90:2, 90:6, 90:10,
90:12, 90:20, 90:24,
91:2, 91:5, 92:14,
93:3, 94:3, 94:13,
94:17, 96:8, 96:10,
98:22, 98:24, 99:3,
99:6, 100:10, 100:12,
100:16, 100:24,
101:3, 101:5, 102:4,
105:10, 106:5, 106:8,
106:15, 111:9,
112:25, 113:6,
113:13, 113:17,
113:19, 113:21, 114:6
**page** [25] - 4:3, 5:3,
28:6, 28:15, 31:14,
32:20, 34:12, 34:14,
34:20, 36:2, 36:20,
37:17, 37:25, 85:11,
119:17, 119:18,
120:20, 121:5, 121:6,
121:11, 121:25,
131:25, 142:18,
152:12
**pages** [3] - 41:7,
51:23, 51:24
**paid** [2] - 12:3, 12:22
**Palmerton** [3] -
85:12, 85:24, 86:23
**Palmerton's** [1] -
86:3
**paper** [2] - 13:1,
21:21
**paragraph** [1] -
21:12
**Paris** [2] - 32:7,
32:11
**Parra** [1] - 150:13
**part** [30] - 8:22,
10:15, 13:7, 24:14,
25:4, 25:13, 43:8,
43:23, 44:3, 44:11,

44:12, 44:14, 45:11,
45:19, 47:12, 49:7,
56:21, 58:22, 63:22,
63:25, 84:25, 92:5,
99:19, 103:24,
112:15, 123:1, 123:3,
138:18, 150:21
**participant** [1] - 73:3
**participate** [1] - 14:2
**particular** [9] -
14:14, 51:3, 51:25,
53:10, 57:19, 103:13,
117:23, 123:10,
131:17
**particularly** [1] -
118:8
**parties** [4] - 40:12,
53:10, 53:22, 95:15
**party** [4] - 7:22, 32:4,
81:7, 130:17
**passenger** [8] -
91:19, 91:23, 98:5,
98:7, 100:1, 101:21,
101:22, 111:2
**passengers** [2] -
97:17, 97:20
**passport** [12] -
33:21, 35:13, 35:23,
35:24, 35:25, 58:7,
58:8, 58:25, 59:2,
97:15, 97:16, 99:22
**patrol** [2] - 56:16,
68:24
**Patrol** [1] - 56:25
**pattern** [3] - 42:22,
43:6, 43:9
**patterns** [2] - 42:2,
43:5
**Paul** [1] - 78:14
**pause** [1] - 93:11
**pay** [9] - 11:25, 12:1,
126:15, 132:25,
133:3, 137:25,
140:23, 141:2, 141:8
**Paycheck** [3] - 14:2,
15:12, 18:13
**Paychecks** [1] -
141:7
**paying** [2] - 11:24,
15:18
**payment** [1] - 143:19
**payments** [10] -
141:6, 141:7, 141:9,
141:14, 141:19,
142:10, 142:15,
142:23, 143:21
**Payroll** [1] - 11:11
**payroll** [24] - 11:13,
11:16, 11:19, 11:21,
11:24, 12:1, 12:14,

13:19, 14:17, 15:3, 15:5, 18:5, 18:14, 133:1, 134:2, 137:25, 140:23, 141:2, 141:5, 141:6, 141:13, 142:8, 144:18
**payrolls** [1] - 12:3
**Pearl** [2] - 115:25, 116:3
**PEARL** [3] - 4:17, 116:3, 116:5
**people** [12] - 24:3, 26:19, 44:18, 45:5, 45:12, 45:21, 46:4, 47:10, 48:9, 58:9, 63:25, 140:4
**percent** [6] - 86:6, 104:8, 105:21, 117:20, 130:24, 139:22
**percentage** [3] - 117:18, 130:22, 133:21
**Perfect** [2] - 126:8, 126:9
**perform** [1] - 30:18
**period** [7] - 30:19, 85:25, 119:24, 138:15, 138:17, 140:1, 142:4
**permission** [9] - 13:16, 15:7, 15:23, 22:5, 28:2, 60:2, 60:17, 100:10, 119:13
**person** [21] - 26:2, 27:17, 28:12, 29:1, 30:21, 31:15, 33:23, 34:15, 36:20, 37:25, 38:21, 39:16, 48:17, 71:17, 73:15, 73:24, 76:5, 79:1, 79:2, 84:15, 113:12
**person's** [1] - 10:7
**personal** [6] - 10:8, 45:1, 45:3, 45:20, 63:8, 140:7
**pertinent** [1] - 85:8
**Peter** [1] - 7:24
**PETER** [2] - 3:14, 3:14
**phone** [1] - 149:18
**phones** [4] - 147:2, 148:11, 148:21, 149:14
**photo** [9] - 28:21, 28:22, 28:23, 28:25, 29:1, 33:6, 35:12, 111:20, 111:21
**photographed** [1] - 65:13

**photographic** [1] - 65:4
**photographs** [2] - 110:7, 111:17
**physical** [3] - 30:20, 104:25, 148:19
**physically** [1] - 29:21
**Piccadilly** [2] - 136:8, 136:9
**pick** [1] - 74:4
**picked** [1] - 148:20
**picking** [1] - 74:14
**picture** [2] - 103:3, 104:14
**piece** [1] - 105:18
**place** [7] - 31:13, 58:6, 58:9, 58:24, 59:5, 99:21, 131:15
**placed** [6] - 29:21, 64:14, 74:19, 86:20, 123:8, 139:2
**places** [1] - 6:7
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**planning** [1] - 147:3
**plans** [1] - 150:23
**plastic** [1] - 108:8
**play** [1] - 109:13
**plea** [2] - 8:19, 10:6
**plead** [2] - 10:8, 10:11
**plexiglas** [3] - 86:5, 115:13, 115:14
**pocketbook** [6] - 82:18, 82:20, 83:4, 83:5, 83:20, 91:14
**point** [28] - 6:18, 8:24, 16:6, 20:11, 41:7, 46:8, 50:9, 58:13, 64:17, 75:12, 76:8, 83:12, 83:25, 93:21, 94:22, 98:15, 107:23, 108:3, 109:17, 113:17, 123:10, 123:14, 125:7, 128:13, 137:21, 137:24, 142:7
**pointed** [1] - 114:19
**pointing** [2] - 109:15
**poking** [1] - 86:4
**police** [1] - 24:6
**polka** [2] - 98:18, 98:19
**popped** [1] - 51:11
**portion** [6] - 94:15, 94:16, 94:17, 129:1, 130:16, 132:18
**position** [6] - 11:18, 13:6, 30:21, 69:8, 80:22, 80:23

**possess** [2] - 75:24, 77:5
**possession** [1] - 86:19
**possessions** [1] - 76:19
**possibility** [1] - 80:15
**possible** [1] - 114:11
**possibly** [1] - 48:17
**potentially** [4] - 14:5, 102:25, 103:9, 150:25
**PPP** [63] - 14:8, 19:24, 118:8, 121:6, 122:3, 122:25, 123:2, 123:9, 123:12, 123:20, 123:21, 124:1, 124:23, 125:8, 125:15, 125:17, 126:2, 126:15, 127:1, 128:5, 128:17, 128:18, 129:1, 129:8, 129:11, 129:13, 129:18, 130:1, 130:8, 130:15, 130:22, 131:4, 131:6, 131:7, 131:10, 132:3, 132:18, 133:21, 133:23, 134:6, 134:13, 134:24, 135:6, 135:25, 136:7, 136:14, 136:15, 136:22, 137:1, 137:8, 137:11, 137:15, 138:12, 139:2, 139:3, 139:9, 139:11, 139:18, 139:21, 139:22, 140:15, 143:18, 147:19
**practice** [2] - 46:17, 116:24
**prefer** [1] - 12:24
**premises** [1] - 145:18
**preparation** [1] - 102:15
**prepare** [1] - 41:18
**prepared** [5] - 14:7, 14:15, 20:20, 119:6, 151:7
**preparing** [1] - 85:13
**prerogative** [1] - 150:16
**presence** [2] - 89:23, 95:16
**present** [7] - 44:2, 59:8, 65:23, 73:18, 76:24, 100:2, 100:5
**presented** [2] - 101:21, 149:16

**presents** [1] - 71:4
**press** [1] - 47:15
**pretrial** [3] - 8:10, 77:17, 93:5
**pretty** [2] - 138:11, 146:3
**prevent** [1] - 44:12
**preventing** [1] - 44:15
**previously** [1] - 146:12
**price** [3] - 124:18, 126:13, 127:25
**primary** [2] - 57:11, 59:20
**Primavera** [2] - 122:5, 124:15
**privileged** [1] - 148:22
**probative** [1] - 85:1
**problem** [2] - 79:23, 84:11
**procedure** [4] - 59:12, 82:19, 90:14, 103:16
**procedures** [1] - 88:21
**proceed** [2] - 6:10, 90:19
**proceedings** [3] - 8:11, 151:12, 152:11
**proceeds** [4] - 129:25, 134:5, 134:13, 142:4
**process** [5] - 20:24, 118:17, 129:7, 131:3, 137:9
**produce** [1] - 13:1
**produced** [1] - 118:20
**product** [1] - 14:7
**professional** [1] - 116:17
**profiles** [1] - 52:15
**program** [3] - 18:17, 19:23, 31:5
**Program** [3] - 14:2, 15:12, 18:14
**programs** [1] - 31:8
**projects** [1] - 116:24
**pronouncing** [1] - 99:8
**proof** [4] - 79:14, 80:1, 82:23, 95:5
**proper** [2] - 44:20, 77:25
**property** [8] - 110:18, 122:5, 124:24, 126:13, 127:4, 127:25, 131:8,

131:11
**proposed** [1] - 8:17
**prosecutor** [1] - 90:1
**protecting** [1] - 24:3
**protection** [1] - 68:25
**Protection** [8] - 14:2, 15:12, 18:13, 23:22, 28:17, 56:9, 56:16, 96:12
**Protections** [1] - 57:2
**protocol** [1] - 90:15
**prove** [1] - 149:16
**provide** [4] - 11:23, 18:16, 48:7, 147:4
**provided** [2] - 74:16, 102:12
**public** [3] - 26:20, 28:1, 116:18
**publish** [6] - 13:16, 15:7, 15:23, 28:2, 107:20, 119:13
**pulled** [3] - 64:24, 108:18, 149:1
**punctual** [2] - 145:6, 145:7
**purchase** [12] - 122:5, 124:13, 124:18, 124:24, 126:12, 126:13, 127:3, 127:24, 127:25, 131:8, 131:11, 136:2
**purchased** [4] - 69:19, 124:14, 126:13, 128:1
**purchaser** [1] - 124:16
**purchases** [3] - 135:1, 135:19, 136:12
**purpose** [2] - 19:4, 140:18
**purposes** [4] - 11:21, 89:24, 104:1, 118:25
**purse** [16] - 79:4, 83:4, 83:5, 83:8, 83:19, 83:20, 83:21, 86:25, 88:10, 88:18, 89:1, 91:1, 91:2, 91:13, 92:4, 105:22
**pursuant** [1] - 152:9
**put** [15] - 26:1, 41:20, 51:8, 64:24, 74:6, 74:17, 75:7, 75:15, 80:11, 82:15, 93:25, 103:6, 103:22, 148:21, 151:4
**putting** [1] - 129:7

## Q

**qualifications** [1] - 116:17
**Quality** [4] - 60:23, 132:9, 132:10, 132:16
**queried** [1] - 34:15
**queries** [2] - 25:21, 51:9
**query** [1] - 34:22
**questioned** [1] - 74:15
**questioning** [1] - 109:24
**questions** [24] - 17:9, 19:5, 20:15, 22:20, 22:22, 40:9, 42:14, 54:21, 59:15, 63:14, 66:11, 68:11, 73:2, 73:21, 91:17, 92:22, 92:24, 97:18, 97:21, 102:4, 110:1, 113:15, 114:6, 144:20
**quicker** [2] - 20:25, 40:7
**quickly** [3] - 6:13, 6:14, 7:3
**quite** [1] - 82:5
**quote** [1] - 77:11

## R

**R-o-b-i-n-s-o-n** [1] - 116:4
**R-o-s-a-d-o** [1] - 55:20
**radius** [1] - 61:19
**Radius** [1] - 135:8
**raise** [7] - 6:12, 10:18, 23:5, 55:10, 89:11, 95:22, 115:17
**raised** [3] - 8:15, 20:18, 21:25
**raises** [2] - 94:1, 94:4
**Ram** [3] - 4:9, 4:9, 4:12
**ram** [2] - 66:10, 66:13
**RAM** [56] - 2:11, 24:17, 37:7, 37:10, 39:24, 40:15, 40:18, 41:5, 42:7, 42:25, 43:2, 43:19, 44:2, 44:5, 44:9, 44:10, 45:9, 45:15, 45:18, 46:2, 46:10, 46:13, 46:16, 46:25, 49:4, 49:6, 49:18, 50:10, 50:13, 50:24, 51:14,

52:7, 52:13, 54:6, 54:21, 63:16, 63:18, 66:14, 68:7, 68:12, 69:17, 70:3, 70:12, 70:22, 71:9, 71:21, 74:3, 74:13, 75:3, 75:20, 77:1, 78:3, 89:6, 143:1, 143:9, 149:25
**ran** [7] - 14:17, 15:5, 18:3, 27:23, 34:22, 51:20, 52:15
**Rancho** [1] - 11:7
**range** [4] - 32:18, 33:1, 36:23, 36:24
**rather** [1] - 72:7
**reaching** [1] - 108:16
**read** [4] - 21:11, 21:16, 40:6, 63:1
**reading** [2] - 37:8, 37:10
**reads** [1] - 62:16
**ready** [1] - 6:10
**realize** [1] - 77:21
**really** [2] - 99:1, 99:15
**Realtime** [1] - 152:6
**realtime** [1] - 13:3
**Realty** [8] - 16:20, 130:6, 130:12, 130:18, 142:16, 142:20, 143:23
**reason** [6] - 7:20, 42:13, 82:10, 86:4, 87:14, 89:19
**reasonable** [2] - 42:19, 82:8
**reasons** [1] - 10:15
**recalled** [1] - 66:22
**recap** [1] - 63:21
**receipt** [2] - 118:14, 118:20
**receipts** [1] - 135:19
**received** [19] - 15:10, 15:25, 28:4, 60:15, 60:16, 69:3, 81:8, 85:10, 101:1, 101:2, 105:13, 107:18, 107:19, 107:24, 118:18, 119:11, 119:12, 133:24, 148:18
**receives** [1] - 125:15
**receiving** [1] - 131:22
**recent** [1] - 28:25
**recess** [5] - 55:4, 78:12, 84:17, 84:18, 144:24
**recesses** [1] - 151:5

**recognize** [13] - 13:23, 27:10, 27:12, 60:6, 60:8, 81:1, 82:11, 84:8, 93:21, 100:14, 100:17, 105:24, 107:9
**recollection** [1] - 21:23
**record** [20] - 10:23, 12:21, 16:10, 23:11, 25:23, 25:24, 28:1, 31:17, 34:17, 35:6, 36:5, 40:18, 40:19, 48:4, 51:10, 55:18, 89:15, 96:1, 115:24, 116:1
**recorded** [1] - 106:3
**records** [38] - 12:23, 13:2, 13:4, 13:7, 13:9, 13:11, 14:13, 15:17, 16:5, 16:19, 16:24, 17:11, 25:10, 25:13, 25:16, 26:9, 26:12, 27:14, 28:11, 32:22, 34:4, 40:1, 42:10, 47:25, 51:11, 118:8, 118:13, 120:1, 120:2, 121:23, 124:11, 126:9, 127:21, 134:1, 135:16, 136:9, 143:13, 143:15
**red** [5] - 122:23, 125:14, 126:1, 130:2
**Redirect** [1] - 4:16
**redirect** [1] - 113:17
**REDIRECT** [1] - 113:20
**Redline** [1] - 16:22, 16:25, 125:2, 125:21, 129:17, 129:20
**Redondo** [1] - 3:16
**reentered** [2] - 34:7, 37:5
**refer** [4] - 48:15, 48:16, 48:21, 49:9
**reference** [1] - 10:6
**referenced** [1] - 9:4
**referred** [3] - 49:24, 58:9, 97:20
**referring** [3] - 51:22, 105:23, 107:8
**refers** [1] - 125:16
**reflect** [2] - 33:3, 34:1
**reframe** [1] - 71:10
**refresh** [2] - 21:13, 21:23
**refreshing** [1] - 21:15

**refusing** [1] - 77:20
**regard** [7] - 7:11, 22:20, 82:18, 84:20, 86:22, 149:20, 149:23
**regarding** [15] - 7:13, 8:19, 8:23, 9:3, 22:1, 22:2, 22:4, 22:8, 25:7, 28:7, 28:20, 50:25, 78:25, 79:15, 85:15
**regardless** [3] - 81:5, 81:17, 93:19
**regards** [1] - 54:13
**register** [1] - 70:11
**regular** [1] - 24:10
**regularly** [2] - 13:2, 18:16
**regulations** [2] - 19:13, 152:13
**regulatory** [1] - 11:20
**reiterate** [1] - 49:19
**reject** [1] - 8:1
**relate** [2] - 20:7, 69:7
**related** [3] - 25:10, 26:23, 127:24
**relates** [2] - 6:14, 90:7
**relatively** [1] - 19:8
**relevance** [11] - 37:7, 37:10, 39:24, 42:4, 44:23, 47:19, 49:15, 52:11, 52:17, 65:17, 69:25
**relevant** [11] - 19:6, 24:18, 24:19, 40:6, 42:15, 42:24, 46:15, 50:18, 52:4, 80:17, 82:4
**Relief** [4] - 17:24, 18:13, 19:17, 21:25
**remain** [2] - 40:7, 138:23
**remained** [2] - 76:11, 82:17
**remaining** [1] - 134:1
**remember** [17] - 18:11, 20:21, 21:6, 49:10, 66:1, 66:7, 66:11, 67:4, 67:19, 68:3, 68:15, 71:12, 79:20, 87:13, 91:12, 147:5
**remove** [1] - 89:20
**removed** [5] - 64:1, 67:5, 67:23, 83:19, 91:10
**repeat** [6] - 53:6, 69:15, 74:14, 75:5, 98:6, 112:18
**report** [21] - 13:20,

14:1, 14:14, 14:16, 15:13, 15:19, 16:1, 32:12, 34:9, 52:25, 73:11, 85:15, 86:2, 87:9, 93:23, 97:14, 102:18, 148:22, 149:2, 149:3
**reported** [2] - 86:18, 152:11
**REPORTER** [2] - 1:23, 152:1
**Reporter** [2] - 152:7, 152:20
**REPORTER'S** [1] - 1:12
**reports** [1] - 102:20
**represent** [1] - 32:24
**representation** [2] - 27:22, 94:10
**representations** [1] - 149:17
**represents** [1] - 126:2
**request** [1] - 111:4
**requested** [1] - 6:12
**require** [3] - 6:19, 40:14, 149:22
**requirements** [1] - 11:20
**requires** [3] - 12:25, 47:25, 88:1
**research** [1] - 29:18
**residences** [1] - 148:12
**residency** [1] - 30:20
**residents** [1] - 26:3
**resources** [2] - 52:14
**respect** [4] - 18:22, 53:9, 131:15, 131:19
**respond** [1] - 94:3
**responded** [2] - 93:15, 94:11
**responding** [1] - 110:1
**response** [5] - 18:19, 75:8, 80:4, 82:8, 146:25
**responsibilities** [3] - 11:18, 49:8, 96:24
**responsibility** [3] - 9:19, 44:12, 56:18
**responsible** [5] - 11:19, 80:15, 90:18, 91:24, 93:18
**rest** [2] - 40:23, 94:5
**restart** [1] - 145:12
**restate** [1] - 82:25
**resting** [1] - 150:24
**result** [1] - 14:3
**results** [2] - 27:22,

54:1
**retained** [3] - 117:4, 117:7, 147:15
**retirement** [1] - 141:18
**return** [2] - 20:15, 53:25
**returned** [1] - 108:25
**returns** [2] - 12:4, 12:5
**reveal** [1] - 37:1
**revealed** [1] - 54:8
**review** [15] - 18:13, 25:21, 41:23, 52:1, 121:16, 121:20, 124:10, 127:19, 127:21, 132:25, 133:25, 135:16, 143:13, 147:9
**reviewed** [15] - 41:16, 41:17, 41:20, 118:11, 118:13, 119:7, 119:19, 119:24, 121:7, 121:8, 124:12, 138:10, 148:10, 148:22, 149:4
**reviewing** [2] - 42:2, 143:15
**Rich** [1] - 80:10
**RICHARD** [2] - 1:8, 2:10
**Richard** [23] - 57:16, 58:2, 58:5, 58:11, 58:19, 59:10, 60:1, 63:10, 63:22, 64:9, 66:2, 70:16, 71:15, 71:24, 83:15, 98:23, 98:25, 99:2, 99:3, 99:11, 99:14, 128:1, 130:21
**rise** [7] - 6:8, 9:14, 78:18, 84:19, 95:10, 145:9, 151:10
**Risuis** [1] - 116:20
**Road** [1] - 3:11
**Robinhood** [3] - 132:6, 133:10, 133:11
**ROBINSON** [2] - 4:17, 116:5
**Robinson** [9] - 114:14, 114:16, 114:17, 115:25, 116:4, 119:3, 119:16, 126:24, 143:8
**robinson** [1] - 116:9
**role** [1] - 59:19
**ROOM** [1] - 1:24
**room** [16] - 58:25, 59:5, 59:6, 99:23, 99:24, 105:25,

107:10, 108:7, 109:12, 109:16, 110:8, 113:23, 113:24, 114:1, 114:3
**Rosado** [13] - 55:9, 55:19, 55:20, 56:4, 56:8, 60:5, 60:20, 63:19, 79:12, 82:15, 88:2, 88:6, 88:8
**ROSADO** [2] - 4:11, 55:24
**Ross** [1] - 116:20
**routing** [1] - 47:5
**RPR** [1] - 152:20
**rule** [5] - 30:15, 33:19, 80:14, 81:7, 81:9
**ruled** [3] - 7:12, 77:24, 94:5
**rules** [3] - 20:4, 20:7, 46:5
**ruling** [5] - 9:2, 77:17, 85:6, 87:6, 149:22
**rulings** [3] - 70:20, 70:21, 77:20
**run** [9] - 12:13, 22:11, 22:16, 25:21, 26:21, 27:19, 51:16, 51:17, 54:9
**Runyan** [8] - 17:2, 63:2, 122:18, 122:19, 123:17, 123:21, 124:3, 135:13
**Russia** [2] - 33:22, 39:12
**RYAN** [1] - 3:6

## S

**Sabala** [3] - 133:16, 133:24, 133:25
**safeguard** [1] - 24:2
**San** [2] - 2:19, 3:5
**sat** [1] - 107:23
**savings** [1] - 141:18
**saw** [10] - 33:24, 64:1, 65:16, 68:14, 73:9, 76:15, 112:16, 112:19, 143:17
**SBA** [5] - 14:5, 18:16, 146:18, 147:6, 147:14
**SBA-approved** [1] - 146:18
**SBRC** [1] - 21:5
**scenario** [1] - 87:8
**schedule** [1] - 95:19
**scheduled** [1] - 18:4
**scheme** [2] - 44:16,

44:17
**schemes** [1] - 45:22
**scholars** [1] - 29:18
**school** [1] - 43:18
**science** [1] - 116:15
**scope** [17] - 18:23, 19:14, 20:16, 42:12, 43:25, 44:19, 44:21, 45:4, 45:25, 46:12, 47:20, 49:13, 49:16, 49:21, 70:18, 70:19, 113:1
**SCOTT** [1] - 2:6
**screen** [8] - 29:15, 31:15, 36:2, 64:2, 67:1, 104:20, 106:20, 127:20
**search** [35] - 13:11, 15:16, 16:10, 32:18, 33:1, 36:23, 58:19, 58:22, 59:5, 59:13, 59:19, 59:20, 63:22, 65:23, 71:23, 72:11, 72:12, 72:13, 90:7, 90:13, 90:14, 91:13, 98:4, 99:16, 99:19, 99:21, 99:22, 100:2, 100:3, 100:5, 103:17, 113:24, 146:11, 148:23, 149:1
**searchable** [2] - 13:4, 26:18
**searched** [3] - 16:4, 73:16, 76:3
**searches** [8] - 22:16, 26:21, 26:23, 27:1, 27:19, 27:23, 97:22, 145:18
**searching** [2] - 72:15, 72:18
**seated** [10] - 6:9, 9:16, 23:9, 55:14, 55:17, 78:24, 95:12, 104:22, 115:23, 145:11
**Seattle** [1] - 124:1
**second** [4] - 22:2, 32:20, 120:18, 135:6
**secondary** [7] - 58:7, 58:8, 58:25, 59:2, 97:15, 97:19, 99:22
**Section** [1] - 152:9
**section** [1] - 30:14
**secured** [2] - 76:13, 77:12
**Secureline** [7] - 16:20, 130:5, 130:8, 130:11, 130:12, 142:19, 143:23
**securities** [1] - 140:4

**security** [3] - 69:4, 76:12, 96:20
**Security** [3] - 23:24, 28:17, 96:20
**see** [47] - 12:15, 14:14, 24:23, 32:20, 42:23, 47:14, 48:20, 51:12, 53:11, 58:11, 62:15, 62:22, 71:20, 76:18, 79:20, 83:22, 86:5, 86:14, 98:13, 104:12, 105:15, 105:17, 106:13, 106:15, 106:19, 106:25, 108:10, 119:3, 119:16, 119:20, 127:20, 134:1, 140:22, 141:4, 141:10, 141:14, 141:16, 141:19, 141:20, 142:7, 142:10, 142:13, 142:15, 144:6, 144:17, 148:8
**seeing** [6] - 66:1, 66:22, 115:1, 115:4, 115:8, 144:21
**seem** [3] - 81:23, 84:1, 84:13
**segment** [1] - 8:4
**seize** [11] - 69:9, 69:21, 70:4, 71:7, 72:24, 74:20, 75:22, 76:5, 76:6, 77:4, 77:7
**seized** [12] - 69:4, 70:25, 71:2, 71:5, 83:5, 83:6, 83:15, 83:17, 83:18, 83:21, 89:1, 148:11
**seizing** [2] - 83:10, 148:18
**sell** [1] - 44:18
**selling** [4] - 45:5, 45:12, 45:21, 47:18
**sends** [13] - 122:17, 125:22, 128:24, 129:21, 129:24, 130:11, 130:13, 130:19, 131:2, 132:16, 135:14, 139:16
**sense** [3] - 70:24, 83:18, 95:9
**sent** [8] - 126:1, 133:10, 134:10, 135:12, 138:4, 138:6, 138:7
**separate** [3] - 85:4, 91:10, 130:6
**September** [22] -

24:13, 29:13, 32:10, 32:14, 33:12, 34:7, 34:8, 34:11, 35:5, 35:11, 35:18, 36:19, 38:7, 38:10, 38:16, 39:10, 39:22, 41:10, 43:12, 136:6, 142:19, 144:10
**series** [3] - 59:15, 127:1, 134:17
**Service** [8] - 17:2, 63:2, 122:18, 122:19, 123:17, 123:22, 124:3, 135:13
**Services** [1] - 62:23
**services** [3] - 11:23, 12:13, 12:16
**servicing** [1] - 142:22
**Servicing** [7] - 137:7, 142:15, 142:21, 143:4, 143:6, 143:14, 143:15
**SESSION** [1] - 1:12
**set** [7] - 12:11, 85:10, 106:13, 106:24, 133:15, 134:6, 136:14
**seven** [1] - 30:1
**several** [6] - 30:6, 50:16, 59:25, 127:2, 131:12, 145:18
**SEVIS** [7] - 30:12, 30:25, 31:4, 31:5, 33:17, 35:21, 37:23
**shared** [1] - 106:16
**sheet** [1] - 150:12
**Shelly** [1] - 10:17, 10:24
**SHELLY** [2] - 4:4, 10:25
**shifting** [1] - 18:19
**shirt** [1] - 98:17
**shoes** [1] - 112:22
**short** [1] - 138:11
**shortly** [1] - 93:23
**show** [6] - 13:15, 27:7, 38:1, 39:17, 93:19, 118:24
**showed** [4] - 36:19, 68:2, 68:16, 68:18
**showing** [23] - 30:14, 30:15, 31:17, 31:24, 32:2, 33:14, 34:2, 34:6, 35:4, 35:20, 35:24, 36:13, 36:15, 38:23, 39:18, 60:5, 100:12, 104:11, 106:22, 109:17, 110:5, 113:22, 141:24
**shown** [13] - 106:6,

106:8, 106:10, 121:5, 122:2, 124:21, 126:24, 131:9, 132:1, 134:23, 136:12, 141:23, 142:1
**shows** [8] - 28:8, 28:12, 32:25, 38:3, 80:18, 125:13, 127:1, 132:3
**side** [1] - 125:13
**sidebar** [3] - 6:20, 77:19, 78:7
**signatory** [18] - 119:21, 120:4, 120:5, 120:8, 120:15, 120:17, 120:18, 120:21, 122:13, 122:19, 125:3, 127:14, 128:7, 130:20, 132:12, 135:8, 144:5
**signed** [1] - 14:19
**significance** [8] - 28:22, 59:22, 71:11, 71:14, 71:16, 84:5, 111:24, 120:3
**significant** [1] - 100:7
**signify** [1] - 31:11
**Silverman** [2] - 4:5, 4:6
**SILVERMAN** [17] - 2:20, 17:18, 17:20, 18:18, 19:1, 19:7, 19:11, 20:12, 20:15, 20:17, 21:8, 21:11, 21:14, 21:19, 21:22, 22:15, 22:21
**similar** [2] - 54:7, 121:12
**simply** [3] - 42:7, 81:11, 103:17
**single** [2] - 10:1, 67:4
**sit** [2] - 66:7, 100:1
**sites** [1] - 146:11
**sits** [2] - 65:22, 65:23
**sitting** [3] - 104:15, 104:16, 131:4
**situation** [2] - 49:1, 80:25
**Six** [1] - 17:6
**six** [6] - 60:11, 67:25, 68:17, 68:19, 68:20, 76:4
**skillful** [1] - 30:21
**skills** [1] - 30:23
**skip** [1] - 90:6
**Slide** [1] - 121:25
**slide** [11] - 122:3,

124:20, 124:22, 126:23, 127:1, 134:21, 134:24, 136:24, 137:10, 141:22, 141:24
**slides** [2] - 119:17, 143:24
**slightly** [1] - 36:3
**small** [2] - 11:14, 59:6
**Small** [4] - 17:24, 18:12, 19:17, 21:25
**so-called** [1] - 93:17
**software** [2] - 14:15, 15:21
**Solutions** [10] - 17:4, 61:12, 61:14, 137:12, 137:14, 137:17, 138:16, 139:18, 140:10, 140:13
**someone** [8] - 55:3, 64:8, 71:1, 72:14, 73:11, 80:15, 90:22, 113:5
**sometime** [1] - 30:5
**sometimes** [5] - 12:13, 48:4, 95:15, 131:23, 141:17
**sorry** [15] - 39:15, 40:16, 53:6, 83:2, 99:4, 99:8, 100:18, 117:7, 120:25, 127:20, 129:12, 131:5, 132:11, 137:20, 140:14
**sort** [8] - 20:18, 38:11, 39:6, 49:1, 115:9, 119:20, 138:13, 142:17
**sound** [1] - 99:9
**sources** [1] - 139:4
**speaking** [1] - 118:16
**Spear** [1] - 2:18
**special** [5] - 14:7, 103:15, 103:16, 103:18, 149:4
**specific** [1] - 24:5
**specifically** [7] - 18:19, 20:2, 22:8, 51:16, 92:18, 148:2, 150:8
**specify** [1] - 51:25
**speculate** [2] - 10:14, 75:13
**speculation** [8] - 50:6, 69:12, 70:7, 74:9, 74:24, 111:9, 112:25, 143:1
**speed** [1] - 89:6

**spell** [7] - 10:23, 23:10, 55:18, 89:15, 96:1, 115:24, 116:1
**spelled** [2] - 23:13, 23:14, 34:23
**spelling** [5] - 34:16, 34:18, 34:20, 34:22, 55:19
**spending** [1] - 144:7
**spent** [5] - 24:15, 25:2, 94:22, 117:20, 134:2
**spit** [1] - 41:21
**split** [1] - 123:9
**sponsored** [1] - 30:22
**Spring** [1] - 2:7
**stab** [1] - 59:18
**stand** [3] - 64:1, 64:15, 87:13
**standard** [2] - 90:15, 94:12
**standing** [2] - 58:15, 107:11
**stands** [1] - 151:11
**Star** [2] - 17:6, 65:13
**start** [8] - 57:12, 89:24, 97:12, 122:6, 124:25, 127:5, 132:7, 135:2
**started** [3] - 18:12, 68:24
**starting** [4] - 56:16, 119:17, 125:7, 141:25
**starts** [2] - 48:10, 127:10
**STATE** [1] - 152:4
**state** [16] - 10:23, 11:5, 18:8, 18:10, 23:10, 31:22, 55:17, 81:21, 82:2, 82:3, 84:24, 85:5, 89:14, 95:25, 115:23, 116:10
**statement** [18] - 7:5, 7:17, 7:21, 8:13, 8:15, 8:23, 8:25, 9:4, 80:10, 84:14, 85:4, 87:22, 88:24, 93:9, 93:22, 94:7, 125:25
**statements** [5] - 9:4, 93:4, 93:14, 93:16, 146:18
**states** [1] - 86:15
**STATES** [3] - 1:1, 1:5, 2:4
**States** [28] - 2:6, 2:7, 23:3, 23:21, 25:11, 28:13, 29:11, 31:23, 32:9, 32:13, 33:4, 34:5, 34:6, 34:10,

35:7, 37:15, 38:9, 39:4, 55:8, 56:21, 97:2, 97:3, 102:10, 102:12, 102:16, 152:7, 152:9, 152:14
**stating** [1] - 81:4
**statutory** [1] - 11:20
**stay** [3] - 12:15, 30:19, 146:3
**stenographically** [1] - 152:11
**step** [12] - 10:18, 10:22, 23:5, 55:10, 55:15, 73:12, 89:10, 115:20, 115:21, 140:9, 147:18
**STEPHEN** [1] - 1:3
**STEPTO** [2] - 2:17, 2:20
**STEPTOE** [2] - 2:11, 2:14
**sticking** [1] - 115:7
**still** [8] - 8:9, 18:3, 84:22, 87:5, 106:19, 107:9, 123:18, 139:9
**stipulate** [4] - 39:25, 40:4, 40:5, 146:24
**stipulated** [2] - 41:8, 42:17
**stipulating** [2] - 40:13, 40:19
**stipulation** [4] - 40:12, 40:21, 40:24, 42:21
**stocks** [4] - 133:12, 140:3, 140:5, 140:6
**stop** [7] - 20:11, 20:16, 48:12, 63:11, 93:5, 102:1, 137:19
**stout** [1] - 116:20
**Stout** [4] - 116:21, 116:23, 116:25, 117:18
**STREET** [1] - 1:24
**Street** [4] - 2:7, 2:12, 2:18, 3:7
**stricken** [1] - 143:10
**strike** [3] - 72:9, 113:10, 143:9
**strong** [1] - 85:1
**student** [14] - 29:17, 30:11, 30:12, 31:5, 31:7, 33:13, 33:14, 35:19, 35:20, 37:21, 38:12, 39:7
**students** [3] - 43:7, 43:8, 43:10
**studies** [1] - 30:18
**subject** [6] - 19:20, 33:19, 57:19, 73:14,

148:23, 149:1
**submitted** [2] - 35:12, 121:14
**subsequent** [3] - 122:4, 132:4, 134:25
**substance** [2] - 75:11, 109:23
**substituted** [1] - 64:23
**sufficiently** [1] - 46:15
**suggested** [1] - 144:18
**suggesting** [2] - 74:11, 87:24
**suggestion** [1] - 9:9
**suitcase** [3] - 86:25, 88:11, 92:4
**Suite** [6] - 2:12, 2:18, 3:4, 3:7, 3:11, 3:15
**summarize** [1] - 118:7, 118:10, 118:11, 121:20, 147:24
**summarizes** [1] - 134:24
**summarizing** [3] - 119:18, 122:3, 124:22
**summary** [8] - 119:5, 119:7, 121:6, 131:17, 132:2, 147:14, 147:24, 148:9
**summer** [1] - 43:10
**sums** [1] - 125:25
**SUN** [1] - 2:5
**supervisor** [1] - 24:10
**support** [1] - 19:23
**supposed** [5] - 73:3, 102:23, 104:4, 118:12, 118:18
**supposedly** [1] - 88:9
**suppress** [1] - 93:14
**surrounding** [1] - 21:3
**surveillance** [1] - 105:25
**sustain** [2] - 73:6, 111:11
**sustained** [14] - 22:14, 44:1, 45:7, 46:1, 46:24, 50:1, 52:6, 52:12, 73:6, 113:2, 113:7, 113:14, 120:11, 143:7
**sustaining** [1] - 44:8
**swear** [1] - 95:20
**sworn** [5] - 11:1, 23:16, 55:25, 96:5,

116:6
  **sympathize** [1] -
86:6
  **synthetic** [3] - 49:23,
50:2, 50:25
  **system** [13] - 15:6,
17:5, 17:7, 25:22,
26:10, 30:12, 30:13,
31:6, 34:15, 51:9,
54:5, 54:19
  **systematic** [1] -
72:21
  **systems** [3] - 14:18,
53:25, 54:2

# T

  **T-shirt** [1] - 98:17
  **tab** [1] - 150:8
  **table** [4] - 59:7,
99:25, 104:16, 107:11
  **tall** [1] - 114:24
  **Tamara** [1] - 144:4
  **tape** [4] - 55:15,
55:16, 115:21, 115:22
  **taught** [1] - 104:3
  **Tax** [9] - 17:2, 62:22,
63:2, 122:18, 122:19,
123:17, 123:22,
124:3, 135:13
  **tax** [5] - 11:21, 12:1,
12:4, 12:5, 86:14
  **taxes** [2] - 12:2, 12:3
  **taxing** [1] - 141:8
  **TD** [9] - 66:17, 66:20,
66:23, 66:24, 139:15,
139:25, 140:1, 140:2,
140:3
  **teal** [1] - 105:15
  **team** [5] - 11:19,
24:6, 63:25, 146:25,
148:15
  **Tech** [2] - 136:25,
137:1
  **techniques** [1] -
43:14
  **TECS** [20] - 25:16,
25:21, 25:23, 25:24,
26:10, 26:12, 26:23,
27:19, 31:15, 34:15,
51:9, 51:16, 53:15,
53:17, 53:19, 53:20,
53:21, 54:1, 54:3
  **ten** [1] - 78:16
  **Terabelian** [46] - 7:2,
9:3, 78:21, 79:15,
79:24, 82:11, 83:5,
84:14, 85:24, 86:15,
86:18, 86:19, 86:24,
87:10, 87:15, 88:13,

93:18, 93:20, 93:24,
94:7, 94:11, 94:25,
97:24, 98:13, 101:22,
101:25, 104:7,
104:17, 104:19,
104:23, 107:10,
107:23, 108:6, 109:7,
109:18, 109:24,
110:1, 110:5, 112:1,
112:20, 112:24,
113:12, 128:1,
129:22, 129:24,
135:10
  **TERABELIAN** [1] -
3:2
  **Terabelian's** [12] -
7:6, 80:10, 80:24,
84:8, 90:13, 93:14,
93:16, 99:16, 105:15,
108:10, 128:25,
129:14
  **term** [2] - 25:16,
103:15
  **terminal** [1] - 57:11
  **Terminal** [1] - 58:7
  **terms** [3] - 41:8,
53:3, 72:19
  **TERRI** [4] - 1:23,
152:6, 152:19, 152:20
  **test** [2] - 65:15,
65:19
  **testified** [13] - 11:2,
22:4, 22:8, 23:17,
43:13, 44:11, 56:1,
65:21, 96:6, 106:2,
110:4, 111:14, 116:7
  **testifies** [1] - 88:9
  **testify** [11] - 83:8,
83:9, 85:13, 87:13,
87:15, 93:7, 112:4,
146:14, 146:17,
148:12, 149:10
  **testifying** [5] - 53:5,
85:20, 87:2, 87:8,
111:25
  **testimonial** [2] -
7:11, 7:14
  **testimony** [14] -
6:15, 26:24, 42:11,
66:22, 67:10, 68:18,
74:7, 88:12, 92:17,
93:2, 111:8, 112:6,
125:8, 147:4
  **Texas** [1] - 114:20
  **text** [1] - 147:9
  **THE** [432] - 2:3, 2:10,
3:2, 3:9, 3:13, 6:6,
6:8, 6:10, 6:13, 6:17,
6:21, 6:25, 7:3, 7:16,
7:20, 8:1, 8:5, 8:8,

8:14, 8:17, 9:12, 9:13,
9:14, 9:16, 9:17,
10:18, 10:21, 10:22,
10:24, 13:18, 13:21,
14:21, 14:24, 15:9,
16:1, 16:3, 16:8,
17:10, 17:13, 17:14,
17:16, 17:17, 18:6,
18:9, 18:10, 18:11,
18:24, 19:3, 19:9,
20:10, 20:13, 21:10,
21:13, 21:16, 21:20,
22:14, 22:17, 22:23,
22:25, 23:1, 23:5,
23:8, 23:9, 23:12,
24:19, 24:23, 28:3,
37:9, 37:12, 40:2,
40:11, 40:16, 40:22,
40:25, 42:5, 42:9,
43:17, 44:1, 44:4,
44:7, 44:20, 44:24,
45:3, 45:7, 45:17,
46:1, 46:4, 46:7, 46:8,
46:11, 46:14, 46:18,
46:20, 46:21, 46:22,
46:23, 47:21, 48:2,
48:3, 48:6, 48:7, 48:8,
48:9, 48:11, 48:14,
48:16, 48:19, 48:23,
48:24, 48:25, 49:1,
49:2, 49:3, 49:17,
50:2, 50:4, 50:7,
50:12, 50:15, 51:2,
51:6, 51:7, 51:8,
51:12, 52:6, 52:12,
52:18, 52:21, 52:22,
52:24, 52:25, 53:2,
53:3, 53:6, 53:8,
53:13, 53:14, 53:17,
53:18, 53:19, 53:20,
53:25, 54:2, 54:4,
54:11, 54:13, 54:15,
54:16, 54:17, 54:18,
54:20, 54:22, 55:1,
55:3, 55:6, 55:10,
55:13, 55:14, 55:19,
55:21, 55:22, 55:23,
56:6, 58:17, 60:3,
60:15, 60:18, 63:15,
65:18, 65:25, 66:1,
66:3, 66:4, 66:6, 66:7,
66:9, 66:10, 68:5,
68:10, 69:13, 69:15,
70:1, 70:8, 70:19,
71:4, 71:7, 71:8,
71:19, 71:23, 71:25,
72:1, 72:3, 72:5, 72:6,
72:9, 72:12, 72:13,
72:15, 72:17, 72:21,
72:23, 72:25, 73:1,
73:13, 73:16, 73:18,

73:19, 73:20, 73:21,
73:22, 73:23, 73:24,
74:1, 74:10, 74:25,
75:11, 76:1, 76:7,
76:8, 76:11, 76:13,
76:14, 76:15, 76:17,
76:18, 76:19, 76:21,
76:22, 76:23, 76:24,
77:18, 77:20, 78:5,
78:8, 78:10, 78:11,
78:12, 78:15, 78:16,
78:18, 78:20, 78:24,
78:25, 79:5, 79:8,
79:14, 79:20, 79:25,
80:6, 80:9, 80:16,
80:20, 81:3, 81:6,
81:13, 81:20, 81:23,
82:13, 82:23, 83:2,
83:12, 83:18, 83:22,
84:9, 84:13, 84:19,
84:20, 85:9, 85:17,
85:22, 86:1, 86:4,
86:9, 86:12, 86:21,
87:4, 87:11, 87:21,
88:5, 88:9, 88:18,
88:25, 89:4, 89:8,
89:10, 89:13, 89:14,
89:16, 89:18, 89:20,
89:21, 90:1, 90:3,
90:8, 90:11, 90:15,
90:22, 91:1, 91:4,
91:8, 91:10, 91:11,
91:15, 91:16, 91:18,
91:20, 91:22, 92:1,
92:2, 92:3, 92:5, 92:7,
92:9, 92:11, 92:12,
92:13, 92:15, 92:19,
92:24, 92:25, 93:1,
93:7, 94:2, 94:6,
94:16, 94:19, 94:22,
95:1, 95:3, 95:4, 95:8,
95:9, 95:10, 95:12,
95:13, 95:21, 95:24,
95:25, 96:2, 96:9,
98:21, 98:23, 99:2,
99:4, 100:11, 100:15,
101:1, 101:4, 102:5,
105:5, 105:12, 106:7,
106:10, 106:17,
106:24, 107:3, 107:5,
107:7, 107:12,
107:18, 107:21,
111:10, 113:2, 113:7,
113:14, 113:16,
113:18, 114:7, 114:9,
114:10, 114:11,
114:15, 114:18,
115:4, 115:7, 115:12,
115:15, 115:17,
115:19, 115:20,
115:25, 116:1, 116:3,

117:10, 117:13,
119:1, 119:11,
119:14, 120:11,
120:13, 125:6,
125:10, 125:16,
125:19, 143:3, 143:4,
143:7, 143:10,
144:21, 144:24,
145:9, 145:11,
145:19, 145:23,
145:25, 146:2, 146:6,
146:9, 146:20, 147:5,
147:8, 147:11,
147:17, 147:22,
148:1, 148:5, 148:8,
148:14, 149:6,
149:10, 149:13,
149:19, 150:3, 150:5,
150:9, 150:15,
150:18, 150:21,
151:2, 151:7, 151:9,
151:10
  **themselves** [1] -
12:11
  **Theodora** [4] - 7:1,
79:12, 89:16, 96:2
  **THEODORA** [4] -
4:14, 89:16, 96:2,
96:4
  **theory** [1] - 8:4
  **therefore** [2] - 81:18,
81:24
  **thinking** [1] - 83:24
  **thorough** [1] -
102:23
  **thoroughly** [1] -
103:9
  **three** [13] - 60:12,
67:9, 67:14, 67:15,
67:23, 128:17, 132:4,
133:13, 134:25,
136:13, 136:14,
143:20, 146:11
  **Tim** [1] - 147:3
  **Timeline** [4] -
127:13, 131:15,
136:16, 136:22
  **Timepieces** [1] -
136:20
  **Timothy** [1] - 149:4
  **title** [2] - 11:15, 36:3
  **Title** [1] - 152:9
  **today** [10] - 20:20,
26:24, 27:5, 58:11,
65:23, 66:7, 98:13,
111:8, 138:11, 138:25
  **tolerate** [1] - 78:2
  **tomorrow** [5] - 18:4,
145:13, 146:10,
150:22, 150:24

**took** [9] - 59:5, 64:10, 64:13, 64:17, 65:7, 74:18, 111:20, 121:9, 123:8

**top** [8] - 28:16, 31:15, 36:2, 122:6, 122:22, 127:6, 131:9, 132:7

**Top** [4] - 60:23, 132:9, 132:10, 132:16

**Topeka** [4] - 127:4, 127:24, 131:8, 131:11

**topic** [1] - 21:1

**total** [14] - 31:24, 34:2, 37:2, 38:3, 38:23, 39:18, 67:23, 119:19, 126:1, 131:7, 131:9, 134:7, 136:6, 136:19

**totaling** [2] - 136:15, 137:6

**totality** [1] - 75:1

**totally** [1] - 69:18

**towards** [10] - 108:14, 114:25, 122:4, 124:24, 127:3, 131:11, 132:5, 135:1, 136:2

**Tower** [1] - 2:18

**Towing** [3] - 128:6, 128:11

**traced** [2] - 123:24, 125:1

**tracing** [1] - 118:15

**track** [1] - 142:3

**tracking** [2] - 11:19, 139:3

**tracks** [1] - 54:5

**trade** [1] - 24:3

**trails** [1] - 14:22

**trained** [7] - 41:13, 102:20, 103:4, 103:12, 103:16, 111:14, 112:14

**training** [18] - 24:14, 24:16, 24:18, 25:3, 43:14, 43:20, 43:23, 45:19, 56:22, 69:3, 97:4, 97:5, 102:13, 102:15, 102:18, 103:8, 103:24, 112:15

**transaction** [9] - 122:25, 123:1, 123:3, 123:15, 124:9, 124:10, 135:24, 138:13, 144:11

**transactions** [5] - 132:2, 134:17, 138:3, 138:10, 139:15

**transcript** [2] -

152:10, 152:12

**TRANSCRIPT** [1] - 1:12

**transfer** [24] - 122:21, 123:20, 124:6, 125:8, 125:20, 126:7, 128:10, 128:15, 129:1, 129:3, 130:1, 130:14, 130:15, 133:19, 133:23, 135:23, 136:4, 136:5, 136:19, 140:10, 140:11, 142:19, 144:8, 144:9

**transferred** [9] - 123:16, 127:17, 129:13, 130:16, 133:7, 136:19, 139:12, 140:12, 140:18

**transfers** [10] - 125:25, 135:21, 136:6, 136:7, 137:6, 139:10, 139:23, 142:16, 143:23, 144:15

**translate** [1] - 146:14

**translation** [1] - 146:15

**translator** [1] - 146:13

**transnational** [2] - 47:12, 47:17

**Transport** [6] - 127:13, 128:7, 128:11, 128:12, 131:16, 136:16

**Transport's** [1] - 136:22

**transportation** [1] - 96:20

**travel** [7] - 24:3, 25:10, 25:13, 26:7, 32:16, 34:4, 54:5

**traveler** [3] - 69:10, 90:16, 92:10

**traveler's** [1] - 75:23

**travelers** [3] - 56:20, 97:1, 112:21

**traveling** [7] - 25:25, 57:23, 57:24, 69:20, 98:22, 112:24, 113:12

**tree** [1] - 100:23

**trial** [12] - 10:5, 10:7, 10:12, 10:15, 12:12, 12:14, 73:3, 95:17, 149:5, 149:16, 151:3, 151:4

**TRIAL** [1] - 1:12

**tried** [1] - 15:16

**trouble** [1] - 18:6

**true** [5] - 18:21, 75:24, 81:17, 149:17, 150:10

**trust** [1] - 20:13

**truth** [6] - 80:11, 81:3, 81:11, 81:13, 81:17, 87:25

**try** [8] - 29:24, 62:24, 95:18, 145:5, 145:6, 146:6, 146:7, 150:1

**trying** [2] - 46:10, 70:1

**Turing** [10] - 17:4, 61:11, 61:14, 137:11, 137:14, 137:17, 138:16, 139:18, 140:10, 140:13

**Turks** [1] - 98:10

**turn** [3] - 91:20, 124:20, 131:25

**turned** [3] - 28:23, 76:20, 76:21

**two** [47] - 6:24, 20:15, 30:15, 30:19, 31:24, 33:19, 34:2, 34:24, 37:2, 38:3, 38:23, 39:18, 60:11, 67:8, 67:11, 67:18, 67:19, 67:20, 67:21, 119:16, 119:18, 121:11, 123:9, 123:12, 123:18, 124:6, 124:23, 124:25, 125:1, 127:16, 128:17, 129:17, 130:3, 130:5, 131:23, 133:15, 134:4, 135:2, 135:21, 137:13, 138:3, 139:15, 139:25, 142:16

**two-day** [1] - 139:25

**two-page** [2] - 119:18, 121:11

**two-year** [2] - 30:15, 33:19

**type** [6] - 13:23, 16:1, 36:6, 47:11, 48:12, 142:13

**types** [2] - 11:22, 141:16

**typical** [1] - 151:2

**typically** [3] - 12:12, 12:14, 43:11

**U**

**U.S** [7] - 1:3, 28:16, 30:18, 36:7, 56:9,

56:16, 96:12

**Ukraine** [2] - 36:1, 38:18

**ultimate** [3] - 123:6, 127:3

**unclear** [1] - 20:5

**under** [6] - 23:23, 23:24, 28:11, 67:4, 93:14, 143:5

**undergo** [1] - 97:4

**underlying** [1] - 121:9

**understood** [2] - 44:9, 78:3

**unemployment** [1] - 141:8

**UNITED** [3] - 1:1, 1:5, 2:4

**United** [28] - 2:6, 2:7, 23:3, 23:21, 25:11, 28:13, 29:11, 31:23, 32:9, 32:13, 33:4, 34:5, 34:6, 34:10, 35:7, 37:15, 38:9, 39:4, 55:8, 56:21, 97:1, 97:3, 102:10, 102:12, 102:15, 152:7, 152:9, 152:14

**University** [2] - 116:14, 116:16

**unless** [2] - 12:25, 146:23

**unlike** [1] - 83:15

**up** [34] - 8:12, 8:14, 12:11, 13:3, 14:17, 14:19, 18:7, 34:24, 36:15, 49:4, 50:5, 51:11, 55:4, 55:15, 56:4, 58:15, 64:15, 74:4, 74:15, 78:20, 81:18, 89:6, 97:21, 106:13, 106:24, 113:23, 114:19, 115:7, 115:21, 125:25, 140:21, 145:15, 148:20

**updated** [1] - 13:2

**user** [1] - 77:5

**users** [1] - 12:18

**usual** [1] - 95:14

**utilities** [2] - 133:4, 142:11

**utility** [1] - 141:9

**V**

**vague** [1] - 71:3

**VAHE** [1] - 3:13

**Vahe** [2] - 122:14, 122:17

**valid** [2] - 29:11, 29:12

**value** [1] - 85:1

**various** [5] - 12:4, 16:4, 19:22, 45:22, 65:13

**VAUGHN** [1] - 3:6

**Ventures** [2] - 130:19, 131:1

**veracity** [2] - 51:19, 51:21

**verify** [2] - 27:13, 51:10, 51:19

**version** [2] - 8:20, 68:10

**via** [3] - 85:11, 139:18, 140:3

**Victor** [2] - 14:24, 14:25

**video** [8] - 77:14, 103:6, 103:7, 106:3, 107:8, 107:23, 110:8, 111:17

**view** [8] - 22:20, 46:15, 50:8, 71:4, 73:6, 73:7, 84:22, 84:25

**Viktoria** [10] - 34:13, 34:18, 35:6, 35:9, 35:13, 62:23, 79:7, 122:20, 126:14, 126:20

**Visa** [52] - 25:25, 26:9, 28:17, 28:20, 28:24, 29:2, 29:3, 29:5, 29:7, 29:10, 29:12, 29:15, 29:17, 29:21, 29:22, 30:3, 30:4, 30:8, 30:17, 33:7, 33:9, 33:10, 35:13, 35:15, 35:17, 36:3, 36:5, 36:6, 36:18, 37:19, 38:11, 38:12, 39:6, 39:7, 39:14, 43:24, 44:18, 45:12, 45:22, 60:11, 60:12, 60:25, 62:3, 67:9, 67:15, 67:16, 68:1, 100:21, 101:10

**visiting** [1] - 43:10

**visitor** [4] - 29:16, 30:13, 31:5, 35:20

**visitors** [1] - 29:17

**VLA** [7] - 14:12, 14:13, 14:17, 14:19, 14:23, 15:2, 22:9

**voice** [1] - 14:22

**voluminous** [2] - 118:7, 119:5

**Voyage** [6] - 122:11,

122:17, 123:4, 123:11, 123:17, 123:21
**vs** [1] - 1:7

# W

**wait** [1] - 6:17
**waiting** [1] - 19:15
**walk** [2] - 122:7, 133:14
**walked** [1] - 108:7
**walking** [3] - 41:7, 55:15, 103:19
**wallet** [7] - 86:20, 91:1, 91:10, 100:19, 101:17, 101:18, 101:19
**wants** [2] - 9:3, 145:12
**warrant** [2] - 148:24, 149:1
**Wars** [1] - 65:13
**Washington** [1] - 2:22
**watch** [3] - 10:22, 55:14, 115:20
**water** [2] - 69:19, 69:21
**ways** [2] - 19:12, 20:4
**weapons** [1] - 97:2
**wear** [2] - 103:20, 104:4
**wearing** [3] - 58:14, 98:16, 105:3
**WEDNESDAY** [2] - 1:13, 6:1
**week** [3] - 85:10, 85:23, 95:7
**Wells** [7] - 66:15, 100:21, 101:10, 130:7, 130:11, 133:7, 133:9
**WEST** [1] - 1:24
**West** [2] - 2:12, 3:7
**WESTERN** [1] - 1:2
**white** [1] - 115:9
**white-ish** [1] - 115:9
**wife** [2] - 57:24, 57:25
**WILLIAMS** [2] - 3:3, 3:6
**willing** [4] - 39:25, 40:3, 40:5, 146:24
**WILSON** [1] - 1:3
**WIRCHING** [1] - 41:2
**wire** [2] - 124:7, 128:16
**wired** [1] - 126:8

**WIRSCHING** [1] - 3:10
**wish** [1] - 19:5
**withdrawal** [1] - 144:10
**witness** [65] - 6:15, 6:21, 6:24, 6:25, 9:18, 10:16, 18:25, 19:6, 19:9, 21:9, 23:2, 27:7, 40:7, 42:5, 42:8, 42:9, 42:10, 42:11, 42:13, 42:16, 44:2, 44:5, 47:22, 50:11, 50:14, 54:24, 54:25, 60:2, 65:21, 65:22, 74:11, 74:12, 74:25, 78:3, 79:11, 82:14, 84:9, 85:18, 85:20, 86:22, 88:8, 89:2, 89:4, 89:7, 94:11, 94:14, 94:25, 95:20, 106:13, 106:22, 114:13, 118:24, 145:16, 146:16, 147:8, 147:18, 148:9, 149:23
**WITNESS** [100] - 4:1, 4:3, 10:21, 10:24, 17:13, 17:16, 18:9, 18:11, 22:25, 23:8, 23:12, 45:3, 46:7, 46:20, 46:22, 48:2, 48:6, 48:8, 48:11, 48:16, 48:23, 48:25, 49:2, 50:4, 51:6, 51:8, 52:21, 52:24, 53:2, 53:6, 53:13, 53:17, 53:19, 53:25, 54:4, 54:13, 54:16, 54:18, 55:13, 55:19, 55:22, 65:25, 66:3, 66:6, 66:9, 69:15, 71:7, 71:25, 72:3, 72:6, 72:12, 72:15, 72:21, 72:25, 73:13, 73:18, 73:20, 73:22, 73:24, 76:7, 76:11, 76:14, 76:17, 76:19, 76:22, 76:24, 89:13, 89:16, 89:20, 90:15, 90:22, 91:1, 91:4, 91:10, 91:15, 91:18, 91:22, 92:2, 92:5, 92:9, 92:12, 92:19, 92:25, 95:3, 95:8, 95:24, 96:2, 96:9, 98:23, 99:4, 100:15, 107:12, 114:10, 115:19, 115:25, 116:3, 117:13, 125:10, 125:19, 143:4

**witness's** [2] - 50:17, 65:19
**witnesses** [7] - 6:22, 6:24, 146:25, 149:21, 149:24, 150:2, 150:25
**word** [2] - 40:19, 95:18
**wording** [1] - 92:7
**words** [11] - 9:5, 42:17, 48:14, 51:4, 53:8, 72:10, 72:18, 76:3, 83:18, 92:11, 147:17
**wore** [1] - 104:6
**worker** [1] - 72:11
**world** [1] - 115:15
**worse** [1] - 67:11
**write** [2] - 79:21, 102:20
**writing** [1] - 102:18
**written** [5] - 19:17, 20:22, 21:5, 61:2, 61:15

# Y

**Yates** [4] - 100:4, 109:10, 110:5, 112:11
**year** [5] - 21:7, 30:2, 30:4, 30:15, 33:19
**years** [6] - 30:19, 69:1, 69:2, 69:3, 96:16, 96:23
**yellow** [3] - 115:10, 131:10, 143:5
**yellow-ish** [1] - 115:10
**Yerevan** [2] - 36:14, 36:16
**yield** [1] - 52:4
**York** [4] - 2:16, 135:23, 136:2
**yourself** [3] - 72:13, 90:17, 92:21

# Z

**Zhadko** [20] - 29:2, 29:12, 31:9, 32:6, 32:8, 32:13, 60:24, 61:11, 61:23, 62:12, 70:15, 73:24, 74:5, 124:17, 127:14, 132:13, 132:17, 134:19, 139:14, 140:21
**Zhadko's** [4] - 133:7, 133:9, 134:19, 138:4
**Zindroski** [2] - 121:1, 121:3

**zoom** [1] - 62:24

**UNITED STATES DISTRICT COURT**