<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

**HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

</div>

UNITED STATES OF AMERICA,

                Plaintiff,

   vs.                      Case No. CR 20-579-SVW

RICHARD AYVAZYAN, et al,

                Defendants.

_____/

<div style="text-align:center">

**REPORTER'S TRANSCRIPT OF**
**TRIAL - DAY 3 AFTERNOON SESSION**
**THURSDAY, JUNE 17, 2021**
**1:10 P.M.**
**LOS ANGELES, CALIFORNIA**

</div>

<div style="text-align:center">

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

</div>

1                    APPEARANCES OF COUNSEL:

2

3   FOR THE PLAINTIFF:

4
        UNITED STATES ATTORNEY'S OFFICE
5       BY:  CATHERINE SUN AHN
             CHRISTOPHER FENTON
6            SCOTT PAETTY
        Assistant United States Attorneys
7       United States Courthouse
        312 North Spring Street
8       Los Angeles, California  90012

9

10  FOR THE DEFENDANT:  RICHARD AYVAZYAN

11      STEPTOE and JOHNSON
        BY:  ASHWIN J. RAM
12      Attorney at Law
        633 West 5th Street, Suite 1900
13      Los Angeles, California 90071

14      STEPTOE and JOHNSON
        BY:  MEGHAN NEWCOMER
15      Attorney at Law
        1114 Avenue of the Americas
16      New York, New York  10036

17      STEPTOE and JOHNSON
        BY:  MICHAEL A. KEOUGH
18      Attorney at Law
        1 Market Street, Spear Tower, Suite 3900
19      San Francisco, California  94105

20      STEPTO and JOHNSON
        NICHOLAS P. SILVERMAN
21      Attorney at Law
        1330 Connecticut Avenue, NW
22      Washington, D.C.  20036

23

24

25

                    UNITED STATES DISTRICT COURT

```
 1   Appearances (Cont.)

 2   FOR THE DEFENDANT:  MARIETTA TERABELIAN

 3       BIENERT KATZMAN LITTRELL WILLIAMS LLP
         BY:  JOHN LEWIS LITTRELL
 4       Attorney at Law
         903 Calle Amenecer, Suite 350
 5       San Clemente, California  92673

 6       BIENERT KATZMAN LITTRELL WILLIAMS LLP
         BY:  RYAN VAUGHN FRASER
 7       Attorney at Law
         601 West 5th Street, Suite 720
 8       Los Angeles, California  90071

 9   FOR THE DEFENDANT:  ARTUR AYVAZYAN

10       JENNIFER J. WIRSCHING
         Attorney at Law
11       1935 Alpha Road, Suite 216
         Glendale, California  91208

12

13   FOR THE DEFENDANT:  VAHE DADYAN

14       LAW OFFICE OF PETER JOHNSON
         BY:  PETER JOHNSON
15       Attorney at Law
         409 North Pacific Coast Highway, Suite 651
16       Redondo Beach, California  90277

17

18

19

20

21

22

23

24

25
```

4

```
 1                          WITNESS INDEX

 2                             * * *

 3    WITNESS NAME:                                   Page

 4    CAITLIN BOWDLER

 5        Direct Examination by Ms. Ahn              7
          Cross-Examination by Mr. Littrell          12
 6        Cross-Examination by Ms. Newcomer          14

 7    ANTHONY WILLIAM FARRER

 8        Direct Examination by Mr. Paetty           22
          Cross-Examination by Mr. Ram              45
 9
      MADISON MACDONALD
10
          Direct Examination by Mr. Fenton          59
11        Cross-Examination by Mr. Johnson          83
          Cross-Examination by Mr. Mesereau         92
12        Cross-Examination by Mr. Keough           96

13    AMIRAH HALUM

14        Direct Examination by Mr. Paetty          97
          Cross-Examination by Ms. Newcomer         121
15
      ANDREW JAUNG
16
          Direct Examination by Ms. Ahn             129
17

18

19

20

21

22

23

24

25
```

**EXHIBIT INDEX**

* * *

| EXHIBIT NUMBER: | Page | EXHIBIT NUMBER | Page |
|---|---|---|---|
| Gov. 56-J | 9 | 43-A | 99 |
| 56-K | 10 | 43-C | 103 |
| 37-B | 24 | 43-D | 104 |
| 37-E | 33 | 43-E | 106 |
| 37-C | 33 | 43-F | 109 |
| 37-H | 40 | 43-B | 111 |
| 37-A | 43 | Def. DX100 | 126 |
| 57-O | 64 | Gov. 23 | 140 |
| 57-P | 65 | Gov. 22 | 142 |
| 57-A | 67 | | |
| 57-B | 69 | | |
| 57-C | 70 | | |
| 57-D | 71 | | |
| 57-E | 72 | | |
| 57-F | 73 | | |
| 57-G | 74 | | |
| 57-H | 77 | | |
| 57-I | 78 | | |
| 57-J | 79 | | |
| 57-K | 80 | | |
| 57-L | 81 | | |
| 57-M | 82 | | |

```
 1                LOS ANGELES, CALIFORNIA; THURSDAY, JUNE 17, 2021

 2                             1:10 P.M.

 3                             --oOo--

 4

 5            THE COURTROOM DEPUTY:  All rise.

 6                 (The Court enters the courtroom.)

 7            THE COURTROOM DEPUTY:  Please be seated.  Again,

 8   make sure all of your cell phones and electronic devices are

 9   silenced.

10                  All rise.

11                 (The jury enters the courtroom.)

12            THE COURTROOM DEPUTY:  Please be seated and come to

13   order.

14         MS. AHN:  May the government proceed, Your Honor?

15         THE COURT:  What was that?

16         MS. AHN:  May the government proceed?

17         THE COURT:  Yes, go ahead.

18         MS. AHN:  Government would like to recall Special

19   Agent Caitlin Bowdler.

20            THE COURTROOM DEPUTY:  Step forward.  The witness is

21   reminded she's still under oath.

22                     CAITLIN BOWDLER,

23                having been previously sworn,

24                   testified as follows:

25                   DIRECT EXAMINATION
```

```
 1   BY MS. AHN:

 2   Q    Good afternoon, Agent Bowdler.

 3   A    Good afternoon.

 4   Q    Were documents also brought to you for evidence bagging

 5   and tagging from the Topeka residence?

 6   A    Yes.

 7   Q    Were they assigned item numbers?

 8   A    Yes.

 9   Q    Does that include a stack of documents that included,

10   amongst other things, commercial credit card offers?

11   A    Yes.

12           MS. AHN:  Paul, can I have something shown to the

13   witness?

14           THE COURTROOM DEPUTY:  Okay.

15   BY MS. AHN:

16   Q    Thank you.

17        I'm going to show you what has been marked as Government

18   Exhibit 56-J.

19        It's a 12-page exhibit, so I'm going to scroll through so

20   you can take a look.

21        I'm actually just going to hand you the document, I think,

22   it's not rendering properly on the screen.

23        So take a look at Government Exhibit 56-J.  Just look up

24   when you are done.

25           THE COURT:  Before we go further, there was
```

```
 1    something I meant to say before we started.
 2                    I didn't realize tomorrow was some kind of new
 3    holiday.  I didn't even know about it.  But apparently I have
 4    to make an order in order to keep the Court going, the
 5    air-conditioning, and everything else, so I'm going to order
 6    that we continue the trial tomorrow.
 7                    Now, Paul, you can tell them I made the order.
 8              THE COURTROOM DEPUTY:  Yes, Your Honor.
 9              THE COURT:  So they keep the court going.
10              MS. AHN:  Are you finished?
11              THE WITNESS:  Yes.
12              MS. AHN:  Have you finished reviewing Government
13    Exhibit 56-J?
14              THE WITNESS:  Yes.
15    BY MS. AHN:
16    Q    Do you recognize the documents in 56-J?
17    A    Yes.
18    Q    How do you recognize these?
19    A    These align with evidence that was brought to me when I
20    was evidence custodian.
21              MS. AHN:  All right.  I'm going to show you --
22    sorry -- Your Honor, motion to admit and publish Government
23    Exhibit 56-J?
24              THE COURT:  Received.
25         (Government Exhibit 56-J received into evidence.)
```

```
 1   BY MS. AHN:
 2   Q    I'm showing you page 1.  Do you see the name on the top
 3   here?
 4   A    Yes.  PB Consulting.
 5   Q    And what is the address?
 6   A    4910 Topeka Drive, Tarzana, California, 91356.
 7   Q    Page 2.  What is shown there?
 8   A    Fetch Industries, Inc.
 9   Q    The address?
10   A    5141 Genesta Ave, Encino, California, 91316.
11   Q    This is the third page.  What is shown up there?
12   A    Ava Holdings, Inc.  Address 5141 Genesta Avenue, Encino,
13   California, 91316.
14   Q    Page 4, same question?
15   A    Inception Ventures, Inc., 5141 Genesta Avenue, Encino,
16   California, 91316.
17   Q    I'm going to skip past a few pages.  And I'm getting to
18   go page 8.  Do you see the name there?
19   A    Yes.  Richard Ayvazyan, 5141 Genesta Avenue, Encino,
20   California, 91416.
21   Q    This is a portion of page 9.  Do you see the name there?
22   A    Yes.  Richard Ayvazyan and Marietta Terabelian.
23   Q    All right.  In addition to these documents, did you find
24   other documents -- rather, were other documents brought to you
25   for evidence collection from Topeka?
```

```
 1    A     Yes.
 2              MS. AHN:  I'm going to -- let's try this again --
 3    Paul, is the screen still just with the witness?
 4              THE COURTROOM DEPUTY:  Go ahead.
 5    BY MS. AHN:
 6    Q     All right.  I'm going to scroll through this 12-page
 7    exhibit so you can take a look.
 8          Have you reviewed it sufficiently?
 9    A     Yes.
10    Q     Do you recognize the documents in Government Exhibit 56-K?
11    A     Yes.
12    Q     How do you recognize them?
13    A     These were documents brought to me during the search when
14    I was custodian.
15              MS. AHN:  Your Honor, move to admit and publish.
16              THE COURT:  Received.  And you may.
17          (Government Exhibit 56-K received into evidence.)
18              MS. AHN:  Paul, do you mind showing to the jury?
19    BY MS. AHN:
20    Q     So let's start with page 1.  What kind of document is
21    shown here?
22    A     An escrow document.
23    Q     Is there a name and address associated with this?
24    A     Yes.  Richard Ayvazyan and Marietta Terabelian, 5141
25    Genesta Avenue, Encino, California, 91316.
```

1    Q     Scrolling down to page 2, what is shown there?

2    A     Settlement statement for the property, 4910 Topeka Drive,

3    Tarzana, California.

4    Q     What is the title of this document?

5    A     The buyer's final settlement statement.

6    Q     Does it show a total under debits and credits?  I will go

7    ahead and scan it for you.

8    A     Yes.  $3,380,500.

9    Q     Showing you page 3.  What is this?

10   A     This is a check from the Encore Escrow company.

11   Q     Who is it made out to?

12   A     Richard Ayvazyan and Marietta Terabelian.

13   Q     For how much?

14   A     $1,145.22.

15   Q     Moving on to page 4.  What kind of document is this?

16   A     It's a First American Home Warranty document.

17   Q     What address?

18   A     4910 Topeka Drive, Tarzana, California, 91356.

19   Q     Moving on to the next page.  Is this some kind of building

20   permit application?

21   A     Yes.

22   Q     And skipping ahead to page 9.  Is that a map in front of

23   you?

24   A     Yes, it is.

25   Q     Is it generally described as the Topeka residence?

```
 1   A     Yes, it is.
 2             MS. AHN:  No further questions, Your Honor.
 3             THE COURT:  Cross-examination?
 4             MR. LITTRELL:  Thank you, Your Honor.
 5                       CROSS-EXAMINATION
 6             MR. LITTRELL:  Your Honor, may I take this off of
 7   here?  It's kind of getting in the way.
 8             THE COURT:  What is it you want to take off?
 9             MR. LITTRELL:  This plastic thing.
10             THE COURT:  Well, what good does that do?
11             MR. LITTRELL:  I'm sure it's well-intentioned.
12             THE COURT:  Actually, I think the stuff I have in
13   front of me probably isn't very good either, because molecules
14   don't always fly low.
15             MR. LITTRELL:  Thank you, Your Honor.
16   BY MR. LITTRELL:
17   Q     Good afternoon, Ms. Bowdler.
18   A     Good afternoon.
19   Q     Now you searched the house at 4910 Topeka Drive, correct?
20   A     I only searched the garage at Topeka Drive.
21   Q     When you first arrived at the house, there was what they
22   call a protective sweep, right?
23   A     I arrived after that occurred.
24   Q     So you didn't go inside the house at all?
25   A     I went to use the restroom at one point during the search,
```

```
1   but that was it.
2   Q    You went through the front door of the house?
3   A    I don't recall.
4   Q    Did you enter the house from the driveway?
5   A    Yes.
6            MR. LITTRELL:  I'm showing you -- I would like to
7   show something to the witness also.  May I approach the
8   witness, Your Honor?
9            THE COURT:  Yes.
10            MR. LITTRELL:  I'm showing you what has been marked
11   as Defendant's 303.
12                 Do you recognize that?
13            THE WITNESS:  I don't recall the inside of the
14   house.
15            THE COURT:  I don't know what it is.  I guess, at
16   some point you are going to show me.
17            MR. LITTRELL:  Yes, Your Honor.
18   BY MR. LITTRELL:
19   Q    So when you entered the house, you walked into a small
20   foyer; is that correct?
21   A    I don't recall.  I just remember walking in the house to
22   use the restroom.
23   Q    Do you know where the restroom was?
24   A    It was in the bedroom.
25   Q    Okay.  So showing you this picture, this part of the
```

```
 1  picture here, do you recall seeing that when you walked in the
 2  house?
 3  A    I do not.
 4          MR. LITTRELL:  No further questions, Your Honor.
 5  Thank you.
 6          THE COURT:  Thank you.
 7                      CROSS-EXAMINATION
 8  BY MS. NEWCOMER:
 9  Q    Good afternoon, Ms. Bowdler.
10  A    Good afternoon.
11  Q    You testified that you were the evidence custodian at 4910
12  Topeka Drive?
13  A    Yes.
14  Q    In that role, you received evidence that other people
15  brought to you, right?
16  A    Yes.
17  Q    And then you wrote it down?
18  A    Yes.
19  Q    Do you recall receiving routers?
20  A    I do recall there was a router on the evidence collected
21  item log.
22  Q    Do you recall if there were more than one router?
23  A    I don't recall, I would have to review the log.
24  Q    Would it refresh your recollection to look at the log?
25  A    Yes.
```

1          MS. NEWCOMER:  Your Honor, may I approach the

2     witness?

3          THE COURT:  Yes.

4          MS. AHN:  May I see it?

5          MS. NEWCOMER:  It's yours.

6     BY MS. NEWCOMER:

7     Q    Ms. Bowdler, do you know how many routers were seized in

8     that location, so according to the evidence log, there were

9     three routers, two separate evidence items.

10         Earlier you were shown multiple watches; is that right?

11    A    Yes.

12    Q    You don't know who purchased those watches, right?

13    A    I only received them as the evidence custodian.

14    Q    And you don't know who purchased the jewelry that was

15    shown?

16         MS. AHN:  Objection.  Foundation.

17         THE COURT:  That is objectionable.  You are just

18    arguing.  Don't do that.

19         MS. NEWCOMER:  Yes, Your Honor.

20    BY MS. NEWCOMER:

21    Q    You mentioned you received multiple documents; is that

22    right, in your role as the records custodian?

23    A    As the evidence custodian, yes.

24    Q    The evidence custodian, and you were not brought any PPP

25    loan applications?

1          MS. AHN:  Objection.  Out of scope and foundation.

2          THE COURT:  I couldn't hear the question.  What was

3    the question?

4    BY MS. NEWCOMER:

5    Q    You were not brought any PPP loan applications?

6          THE COURT:  I still didn't hear what you said.

7          MS. NEWCOMER:  As the evidence custodian, you were

8    not brought any PPP loan applications?

9          THE COURT:  You know something, I still didn't hear

10   it.  I'm sorry, if it's me.  I just didn't hear it.

11         MS. NEWCOMER:  Your Honor, is this better?

12         THE COURT:  Yes.

13         MS. NEWCOMER:  I will speak directly into the

14   microphone.

15         THE COURT:  Thank you.

16   BY MS. NEWCOMER:

17   Q    Ms. Bowdler, are there any PPP loan applications listed on

18   the evidence collected item log?

19   A    The evidence collected item log only lists miscellaneous

20   documents.

21   Q    So it doesn't list any PPP loan applications?

22   A    It only lists miscellaneous documents.  They were not

23   titled separately.

24   Q    So it doesn't list PPP loan applications?

25         MS. AHN:  Objection, Your Honor.  Asked and

```
 1  answered.
 2            THE COURT:  Reask it.
 3  BY MS. NEWCOMER:
 4  Q    I will reask the question.  It doesn't list PPP loan
 5  applications?
 6  A    Not as an item title.
 7  Q    It doesn't list EIDL loan applications?
 8  A    Not as a title, specifically.
 9  Q    It doesn't list payroll records?
10  A    No.  Once again, miscellaneous documents are how the
11  documents were labeled.
12  Q    Do you recall seeing payroll records?
13  A    I do not recall.
14  Q    And the evidence log does not list tax returns?
15  A    It had been listed as miscellaneous documents.
16  Q    You don't recall seeing any tax returns?
17  A    I don't recall.
18  Q    Okay.  And if you had seized physical credit cards, those
19  would be listed individually on the evidence log?
20  A    Potentially sometimes they are listed in groups, depending
21  on how many credit cards.
22  Q    You didn't seize any credit cards in people's names other
23  than Richard Ayvazyan and Marietta Terabelian, right?
24  A    I would have to refresh my memory from the evidence
25  collected in the item log.
```

```
 1              MS. NEWCOMER:  Your Honor, may I approach the
 2    witness?
 3              THE COURT:  Yes.
 4    BY MS. NEWCOMER:
 5    Q    Okay.  So, that record -- do you recall now -- did you --
 6    were you given to record on your evidence log credit cards in
 7    the name of Marietta Terabelian?
 8    A    Yes.
 9    Q    Were you given credit cards in the name of Richard
10    Ayvazyan?
11    A    Yes.
12    Q    Were you given credit cards for the name of any other
13    individual?
14    A    Not on the evidence collected item log, no.
15    Q    Were you given evidence of credit cards in any business
16    names?
17    A    No.
18    Q    As the records custodian, what happens if you need to
19    return an item that you have seized?
20    A    Do you mean during the search itself?
21    Q    No, after the search.
22              MS. AHN:  Objection.  Relevance.
23              THE COURT:  I mean, are you going to tie this to
24    something else?
25              MS. NEWCOMER:  Yes, Your Honor.
```

```
 1            THE COURT:  All right.  Then you can ask another
 2   question, and I can get a better picture of it.
 3            MS. NEWCOMER:  Your Honor, may I reask the question
 4   since the witness wasn't able to answer?
 5            THE COURT:  All right.
 6   BY MS. NEWCOMER:
 7   Q    As the records custodian, what happens after the search if
 8   you need to return evidence that was seized?
 9   A    So as the evidence custodian, my job is done after the day
10   of the search.
11   Q    So you don't keep track of what happens to all of those
12   bags that were brought in earlier?
13   A    No.  That's why you sign the chains over to a case agent
14   on the squad.
15   Q    So you are not aware when jewelry or watches are returned?
16   A    That is not in my job.
17   Q    Who is the case agent who these items were turned over to?
18   A    The case agent was Justin Palmerton.
19   Q    How many people were present at the home when you
20   conducted the search?
21   A    I don't have a specific number.
22   Q    Was it more than two?
23   A    Yes.
24   Q    Was it more than four?
25   A    Yes.
```

1    Q    Was it more than five?

2    A    Yes.

3    Q    Was it more than six?

4    A    Yes.

5    Q    Was it seven?

6    A    I don't know how many more, but there were people there.

7    Q    Okay.  So there were a number of people living in the home

8    when you conducted the search?

9    A    I was not interacting with anyone that was living at the

10   home.

11   Q    But, you know -- you have just testified that there were

12   at least seven people at the home when you conducted the

13   search, right?

14   A    I apologize, I thought you meant agents, like staff.

15   Q    Oh, no.  I'm talking about people who lived at the home?

16   A    I don't recall how many people lived at the home.

17   Q    You didn't interact with anybody who lived at the home?

18   A    No.

19   Q    And did you find any physical checkbooks in the name of

20   anyone other than Marietta Terabelian or Richard Ayvazyan?

21   A    I personally did not search anything besides the garage,

22   so I did not find those items.

23   Q    Did you record on your evidence log any checkbooks and

24   names other than Richard Ayvazyan or Marietta Terabelian?

25   A    So the log just states miscellaneous checkbooks and

```
 1   checks, so I don't have who those specifically they belonged
 2   to.
 3   Q    Do you know whether any checkbooks in other people's names
 4   were found?
 5   A    I do not know that.
 6             MS. NEWCOMER:  No further questions.
 7             THE COURT:  Anything further?  Thank you.  You can
 8   step down.
 9             MR. PAETTY:  This is different.  It's nice.
10             Your Honor, United States calls Anthony
11   Farrer.
12             THE COURTROOM DEPUTY:  Raise your right hand.
13                  (Oath was administered.)
14             THE WITNESS:  Yes, sir.
15             THE COURTROOM DEPUTY:  Please be seated.  Watch your
16   step going on, and step over the tape.
17                  State your full name and spell it for the
18   record.
19             THE WITNESS:  Anthony William Farrer.
20   A-n-t-h-o-n-y, W-i-l-l-i-a-m, F-a-r-r-e-r.
21                      ANTHONY WILLIAM FARRER,
22                      having been duly sworn,
23                       testified as follows:
24                      DIRECT EXAMINATION
25   BY MR. PAETTY:
```

| | | |
|---|---|---|
| 1 | Q | Good afternoon, Mr. Farrer. |
| 2 | A | Good afternoon. |
| 3 | Q | What is your job? |
| 4 | A | I'm a luxury watch dealer. |
| 5 | Q | Do you work for a company? |
| 6 | A | Yes.  I own Gentleman's Timepieces. |
| 7 | Q | What is Gentleman's Timepieces? |
| 8 | A | We are a reseller of high-end watch brands. |
| 9 | Q | Where is it located? |
| 10 | A | Dallas, Texas. |
| 11 | Q | When did you start Gentleman's Timepieces? |
| 12 | A | Officially, November 2018. |
| 13 | Q | How long had you been with the luxury watch business? |
| 14 | A | About a year prior to that. |
| 15 | Q | You said you deal with luxury watches.  What sort of |

15  brands do you sell?

17  A    Boutique brands, Rolex, Patek Philippe, Audermars Piguet,
18  high-end brands.
19  Q    Are you a reseller of those brands?
20  A    Yes, sir.
21  Q    What does it mean to be a reseller?
22  A    I buy from individuals, dealers, trade shows, et cetera.
23  I add a margin on top and I resell them.
24  Q    Do these watches generally hold their value?
25  A    Yes, sir.

```
1   Q    Have you heard the name, Richard Ayvazyan?
2   A    Yes, sir.
3   Q    How did you come across that name?
4   A    I was introduced to him through a follower in one of my
5   social media platforms as someone that may be interested in
6   buying watches.
7   Q    Did you connect with him regarding buying watches?
8   A    Yes, sir.
9   Q    How did you guys communicate with each other?
10  A    Before -- initially, it was phone call, and then it
11  progressed into a combination of text and phone calls.
12  Q    When was that roughly, what time frame?
13  A    May 2020, roughly.
14  Q    And Gentleman Timepieces was open for business at that
15  time?
16  A    Yes, sir.
17  Q    You said you have been in the watch business since 2017.
18  Where were you before then?
19  A    Before starting the business I was actually in prison.
20  Q    What were you in prison for?
21  A    Probation violation on a third DUI.
22  Q    That was a state conviction?
23  A    Yes, sir.
24  Q    And has anyone in the U. S. Attorney's Office promised you
25  anything, any benefits related to your testimony today?
```

```
 1  A     No, sir.
 2         MR. PAETTY:  There should be a binder up in front of
 3  you, Mr. Farrer.  It's actually up right now.  Permission for a
 4  colleague to approach the witness, Your Honor?
 5         THE COURT:  Yes.
 6  BY MR. PAETTY:
 7  Q     I will direct your attention to a binder, Mr. Farrer, Tab
 8  Exhibit 37-B.
 9  A     Okay.
10  Q     Do you recognize that?
11  A     Yes, sir.
12  Q     How do you recognize it?
13  A     It's a text thread between me and Richard.
14  Q     When you say "Richard," you mean Richard Ayvazyan?
15  A     Yes.
16  Q     Where did that text thread come from?
17  A     My phone.
18  Q     Is that a true and accurate copy of text messages off your
19  phone?
20  A     Yes, sir.
21         MR. PAETTY:  I would move to admit, Your Honor.
22         THE COURT:  Admitted.  Received.
23      (Government's Exhibit 37-B received into evidence.)
24         MR. PAETTY:  Permission to publish?
25         THE COURT:  Yes.
```

```
1    BY MR. PAETTY:
2    Q    So, Mr. Farrer, directing your attention to the top of
3    this text chain, it says Richard Ayvazyan boughtDD40/Sky.  What
4    does that mean?
5    A    It's a naming convention that I used to assign clients so
6    I can remember both their name and whatever our initial
7    interaction was, whether it's a deal, a sell, a buy.  It's just
8    how I remember who people are.
9    Q    And what does this signify, the DD40/Sky?
10   A    This is telling me his name, that he bought a DD40, which
11   is a 840, Presidential/Sky, and there was a pending deal on a
12   Sky.
13   Q    How much do those watches sell for?
14   A    DD40, at the time, 38, and 40,000.  The Sky Welder between
15   21 and 24,000, roughly.
16   Q    Did you have a phone number as well associated with
17   Richard Ayvazyan in your phone?
18   A    I did.  I provided that to -- I provided that at the time,
19   yes.
20   Q    Okay.  And do you recall now what that number is?
21   A    If I saw it, I would know it.
22   Q    Is there something that might refresh your recollection on
23   that?
24   A    If I saw the number, I would see it, I mean -- we had an
25   initial conversation -- phone conversations and before I name
```

1  somebody, I don't name them until we have done a deal, so I
2  remembered seeing the number pop up.
3       We had a lot of phone conversations before we finally
4  finished the deal.  If I saw the number, I would recognize him.
5            MR. PAETTY:  Your Honor, permission to refresh the
6  witness's recollection with a report, an FBI report of an
7  interview?
8            THE COURT:  You didn't say what you are refreshing
9  your memory with.
10            MR. PAETTY:  As to the phone number he communicated
11  with the defendant.
12            THE COURT:  Show the document, whatever it is.
13            MR. PAETTY:  Yes, Your Honor.  If you pick up the
14  binder in front of you, there will be an FBI 302 in the front.
15                 Just review that document, and see if the
16  phone number is there, and once you have finished reviewing it,
17  put the document down.
18            THE WITNESS:  Yes.
19  BY MR. PAETTY:
20  Q    What is that number?
21  A    Phone number, (747) 333-4170.
22  Q    So I think you mentioned you were in contact with him by
23  phone until there was a deal in place, and then what happened,
24  how would you communicate with him?
25  A    It was a combination of text messages.

```
 1              MR. RAM:  Objection, Your Honor.  Is the witness
 2   reading from the 302?
 3              THE COURT:  I don't think so.  Are you reading from
 4   that or testifying the phone number?  Did you look at the 302
 5   to refresh your memory about the phone number?
 6              THE WITNESS:  Yes, I did.
 7              THE COURT:  Otherwise, you are responding to the
 8   question?
 9              THE WITNESS:  Yes, I read that.
10              THE COURT:  Okay.  Go ahead.
11   BY MR. PAETTY:
12   Q    So I believe the question was after you communicated with
13   Richard Ayvazyan, mostly by telephone by phone calls, until
14   there was a deal in place; is that right?
15   A    From our initial -- I got a call one day from Richard.  We
16   had our initial conversation.  Throughout the next couple of
17   weeks, we had multiple phone calls from multiple different
18   numbers.
19        I remember this number vividly, it was the one he
20   contacted me on the most.
21   Q    So I will direct your attention to Exhibit 37-B at the
22   top.  To the right in blue, Anthony Farrer, is that you?
23   A    Yes, sir.
24   Q    So the blue communications to the right would be your
25   communications.
```

1    The communications in gray on the left would be Richard

2  Ayvazyan?

3  A    Yes, sir.

4  Q    So you are giving him a Venmo, Venmo Anthony Farrer.  Why

5  did you do that?

6  A    When we complete a deal with a client to lock it in before

7  we go purchase the watch, we get a deposit via Venmo, Cash APP

8  Zelle, bank wire, something that is instant to where we can go

9  ahead and proceed.

10  Q    Just reference a deal for a watch?

11  A    Yes, sir.

12  Q    And did he purchase a watch?

13  A    Yes, sir.

14  Q    What watch was that?

15  A    Our first deal was a DD40, a Rolex Presidential.

16  Q    Is that the chocolate dial that is referenced?

17  A    Yes, sir.

18  Q    What does chocolate dial?

19  A    First the color of the dial in the watch.

20  Q    Scrolling down.  There is a name Viktoria Kauichko, and an

21  address.  Why did he text you that?

22  A    On our conversation this was to be a surprise gift for his

23  wife, and that's where I was going to ship it so that she would

24  be surprised.

25  Q    And is that 6150 Canoga address where you sent the watch?

1    A    That's where it was to be initially sent, yes.

2    Q    Where was it sent?

3    A    It was sent to another address provided later because of a

4    delay.  We weren't able to ship because of a delay in payment.

5    Q    Okay.  The address that is there now, Richard Ayvazyan,

6    5141 Genesta, is that where it was shipped?

7    A    That would be the address that I send my labels to, but we

8    have everything held at a FedEx location nearest to the address

9    to where they have to sign for it.

10   Q    Scrolling to the next page.  There is a picture -- I guess

11   a screenshot in the middle of that page sent to the Timepieces

12   Gentleman.  Is that Timepiece Gentleman you?

13   A    Yes, sir.

14   Q    And it says paid $21,500 paid via Wise.  What is Wise?

15   A    Wise is -- it stands for TransferWise, it's a payment

16   platform.

17   Q    Had you used that before?

18   A    I had not.

19   Q    Was that unusual?

20   A    It was different.  It was unusual just being the first

21   time I had seen it.

22   Q    And had you received -- have you received payments from

23   that since then?

24   A    Just through these guys, just through Richard.

25   Q    Is there any significance to you the TransferWise payment?

A     Meaning?

Q     Meaning, what do you know about it?

A     When this payment came through, I never heard of it, so we did some research on it and what we learned was it's used primarily out of Europe to send payments into the U.S., international payments.  They are instant and as simple as a text message.

Q     And the payment here paid by Viktoria Kauichko?

A     Yes, sir.

Q     Scroll to page 5.  A text chain continues between you and Richard Ayvazyan.

      I'm degenerate when it comes to watches, don't take my calls after these two.

      And you respond, you only live once, if you ever get bored, at least you are buying a piece you can sell easily, and not lose.

      Do these watches have resell value?

A     Yes, sir.

Q     What does that mean to have resell value?

A     It means that the pieces that we sell more often than not can be bought for a price today, and be sold at a later date for that same price or higher.  I mean, they are as good as cash.

Q     What kind of margins are involved in these watches?

A     On average 5 to 10 percent.

1   Q     Did you ever ask Richard Ayvazyan to send you

2   identification?

3   A     Yes, sir.

4   Q     Why did you do that?

5   A     Standard protocol.  Any transactions over certain dollar

6   figures, we get IDs.  We do basic background checks if the

7   number is high enough.  Just to know who we're shipping to and

8   ensure that we're not at risk once a watch has left our

9   facility.

10  Q     What form of identification did you ask him to send you?

11  A     Driver's license.

12  Q     Did he send you one?

13  A     Yes, sir.

14  Q     Directing your attention to page 7, is that the license he

15  sent you?

16  A     Yes, sir.

17  Q     And the address on that, what address?

18  A     I'm sorry.

19  Q     What was the address?

20  A     5141 Genesta Avenue.

21  Q     So what we just discussed, was that the first watch he

22  purchased from you?

23  A     Yes, sir.  At the time of receiving the driver's license,

24  we had completed three deals and we needed this info to ensure

25  the safety of us shipping it, because of the amount of the

```
 1   watches.
 2   Q    Had Richard Ayvazyan purchased any other watches from you?
 3   A    Yes, sir.
 4   Q    So take a look in your binder in front of you, what has
 5   been marked for identification as Exhibit 37-E.
 6   A    Okay.  It's bank records.
 7   Q    Do you recognize that?
 8   A    Yes, sir.
 9   Q    How do you recognize it?
10   A    Because they are my business bank records.
11   Q    And did you provide this bank statement?
12   A    Yes, sir.
13   Q    Where did you get it?
14   A    Chase.
15   Q    Beg your pardon?
16   A    Chase Bank.  My account.
17   Q    You downloaded it?
18   A    Downloaded it from my account.
19   Q    Is it a true and accurate copy of your bank statements or
20   the bank statement for Gentleman Timepieces?
21   A    Yes, sir.
22             MR. PAETTY:  Move to admit.
23             THE COURT:  Received.
24        (Government's Exhibit 37-E received into evidence.)
25   BY MR. PAETTY:
```

UNITED STATES DISTRICT COURT

1   Q     Showing you, take a look at your binder, Exhibit 37-C.

2         Do you recognize that?

3   A     Yes, sir.

4   Q     What is that?

5   A     It's a text thread between Richard and I, and the first

6   info is requesting invoice information.

7   Q     Okay.  Is that a true and accurate copy of a text stream

8   between you and Richard Ayvazyan?

9   A     Yes, sir.

10            MR. PAETTY:  Move to admit?

11            THE COURT:  Received.

12         (Government's Exhibit 37-C received into evidence.)

13            MR. PAETTY:  Permission to publish both exhibits?

14            THE COURT:  Yes.

15  BY MR. PAETTY:

16  Q    So you just mentioned an invoice in the text stream.  And

17  is that invoice for Fiver One Media, Viktoria Kauichko?

18  A     Yes, sir.

19  Q     Was this for a watch?

20  A     Multiple.

21  Q     Do you recall the circumstances surrounding this invoice?

22  A     I got a call one day and I just -- Richard was letting me

23  know he needed an invoice for all of the deals that we had

24  done.

25         This was the information he provided as to who they were

1    supposed to be invoiced to.

2    Q    It references above his wife's information?

3    A    Yes.

4    Q    Let's scroll down to page 2.  So your top message, my

5    seller that was supposed to be sending me the President

6    ghosted.  No clue why.

7         What does that mean?

8    A    I was trying to obtain a watch specifically for a deal.  I

9    had located it from a client, and when I came to receive it, I

10   couldn't get ahold of my guy, so I let him know that the deal

11   was basically off the table.

12   Q    When you say "him," you mean?

13   A    Richard.

14   Q    You say you can either wire your $25,000 back or look for

15   another piece.  Do you wire the $25,000 back?

16   A    No, sir.

17   Q    In response, he says -- Mr. Ayvazyan says, so you should

18   have -- I already sent the rest as well, so you could have 32K.

19   What does that mean?

20   A    That was completing the payment for the watch I was trying

21   to locate and letting me know that I have already been paid for

22   it.

23   Q    So I direct your attention to 37-E to the bank statement,

24   so do you see a payment here for $25,000 from Timeline

25   Transport?

```
 1    A     Yes.

 2    Q     Is that from Richard Ayvazyan?

 3    A     Yes, sir.

 4    Q     Payment on the 6th for $7,000?  From Timeline Transport;

 5    is that from Richard Ayvazyan?

 6    A     Yes, sir.

 7    Q     The 25 and 27 that equals 32,000?

 8    A     Yes, sir.

 9    Q     That is the 32,000 that is referenced in the text stream?

10    A     Yes, sir.

11    Q     How would you describe Richard Ayvazyan as a client?

12    A     Enthusiastic, awesome.  I mean, our conversations, when it

13    came to watches, he was the kind of guy that he knew what he

14    wanted, he knew what he liked.  He liked the good stuff, didn't

15    want to wait.

16            MR. KEOUGH:  Your Honor, what is the foundation for

17    this?

18            THE COURT:  Sustained.

19            MR. PAETTY:  Beg your pardon?

20            THE COURT:  Sustained.

21            MR. KEOUGH:  Your Honor, and move to strike the

22    previous testimony.

23            THE COURT:  Objection is sustained, and the answer

24    is stricken.

25            MR. KEOUGH:  Thank you, Your Honor.
```

36

```
 1   BY MR. PAETTY:
 2   Q    Back to Exhibit 37-C.  Is this the President that he was
 3   talking about?
 4   A    No.  This is an Audermars Piguet, Royal Oak offshore.
 5   That was the alternative to the President.  This is the one I
 6   was going to look for once I had -- since I had already been
 7   paid up ahead.  This was what I was going to replace that with.
 8   Q    I will scroll down to -- so, are these other watches that
 9   Richard Ayvazyan was looking to purchase from you?
10   A    Potentially looking to purchase, get info on, get pricing.
11   Q    AP, what is an AP?
12   A    It's short for Audemars Piguet.
13   Q    So getting to page 16.  Page 16 refers to a transaction
14   created.
15        Does that refer to a transfer to your account?
16   A    Yes, sir.
17   Q    What is the amount of that transfer?
18   A    $25,000.
19   Q    Referring back to the bank statement, July 8th, is there
20   another transfer from Timeline Transport for $25,000?
21   A    Yes, sir.
22   Q    Is that the transfer referred to in the text stream?
23   A    Yes, sir.
24   Q    Referring back to 37-C.  There is another transfer for
25   $19,500, same-day transfer.
```

UNITED STATES DISTRICT COURT

1          Going back to 37-E, on July 7th, there is a $19,500

2     transfer from dba Top Quality Contracting.

3          Is that a transfer from Richard Ayvazyan?

4     A     Yes, sir.

5     Q     Back to 37-C, a reference to a $25,000 transfer from Fiber

6     One Media.  Do you see that reflected in 37-E on the bank

7     statements?

8     A     Yes, sir.

9     Q     The date of that July 8th?

10    A     Yes, sir.

11    Q     Who was sending you these text messages and money

12    transfers?

13    A     Richard.

14              MR. KEOUGH:  Objection, Your Honor.  Foundation.

15              THE COURT:  What?

16              MR. KEOUGH:  Objection to the foundation.

17              THE COURT:  Say the question again.

18    BY MR. PAETTY:

19    Q     Who was sending you these?

20    A     Richard.

21              MR. KEOUGH:  Objection, Your Honor.  What is the

22    foundation for that?

23              THE COURT:  What about a foundation?

24              MR. PAETTY:  What phone were you receiving these

25    from?

```
1              THE WITNESS:  I was receiving these through the text
2   thread between Richard Ayvazyan and I.
3              MR. KEOUGH:  Objection, Your Honor, to the
4   foundation.  It's not been established.
5              THE COURT:  I lost track of the question and answer.
6   Would you start again.
7                    I mean, ask him the first question.
8              MR. PAETTY:  Yes, Your Honor.
9   BY MR. PAETTY:
10  Q    So, you received text messages from a phone number that I
11  think you said ended in 4170, correct?
12  A    Yes.
13  Q    A phone number you had that Richard Ayvazyan had called
14  you from?
15             MR. KEOUGH:  Objection.  What is the foundation for
16  this?
17             THE COURT:  Well, I mean, I guess the question
18  should be if you want to pursue it, whether he recognizes it.
19  BY MR. PAETTY:
20  Q    The 4170 number you referenced before, do you recognize
21  that?
22  A    Yes.
23  Q    How do you recognize it?
24  A    I saved it in my phone.
25  Q    And what name did you save it under?
```

```
 1   A     Richard Ayvazyan BoughtDD40/Sky.
 2   Q     Directing your attention to 37-E, do you see any
 3   additional transfers from Viktoria Kauichko?
 4   A     68,500.
 5   Q     What is the date of that?
 6   A     June 17th -- or July.
 7   Q     Is there another transfer on July 27th?
 8   A     Yes, for 51,000.
 9   Q     From who?
10   A     Viktoria Kauichko.
11   Q     Are you familiar with a name, Anton Kudiumov?
12   A     Yes, sir.
13   Q     How did you first hear that name?
14   A     It was a referral from Richard.
15   Q     Did you ever communicate with Anton Kudiumov?
16   A     Yes.
17   Q     How did you do that?
18   A     Again, initially by phone, then as we progressed through a
19   combination of phone and text messages.
20   Q     I will show you -- take a look at Exhibit 37-H in your
21   binder.  Do you recognize that?
22   A     Yes.
23   Q     What is it?
24   A     It's a text thread between Anton and I.
25   Q     When you say text thread, where is that text thread
```

```
 1   located?
 2   A     In my phone.
 3   Q     Is that a true and accurate copy of a text thread in your
 4   phone?
 5   A     Yes, sir.
 6             MR. PAETTY:  Move to admit, Your Honor?
 7             THE COURT:  Received.
 8         (Government's Exhibit 37-H received into evidence.)
 9   BY MR. PAETTY:
10   Q     So, page 1 at the top, Anton Kudiumov boughthulk.  What
11   does that mean?
12   A     Again, it's my naming convention, the name and our first
13   deal together.
14   Q     A deal for what?
15   A     This is buying a Rolex Hulk.
16   Q     Do you know the number Anton Kudiumov used to contact you?
17   A     I do.  Again, we started with initial multiple phone calls
18   and his number resembled my birthday, which is 1588, the end of
19   my birthday.
20   Q     Did you ship the Hulk -- that Hulk to Anton Kudiumov?
21   A     Yes, sir.
22   Q     On page 2, is that the address that is associated with
23   Anton Kudiumov?
24   A     Yes, sir.
25   Q     6150 Canoga Avenue?
```

**UNITED STATES DISTRICT COURT**

```
 1    A     Yes, sir.
 2    Q     Did Anton Kudiumov buy any other watches from you besides
 3    that Hulk?
 4    A     Never completed a deal other than that, no.
 5    Q     What happened?
 6    A     We would go back and forth.  He would show interest in a
 7    way, I would find -- I would quote a price.  He would agree and
 8    then disappear, come back with an excuse.  We look for another
 9    watch, again, quote prices, and there was always an excuse as
10    to why we couldn't get a wire out.  This carried on for a
11    month, month and a half.  Eventually, I got a deposit up front
12    and then he disappeared.
13    Q     What happened to the deposit?
14    A     I kept it.  We located a watch and he couldn't pay out the
15    remainder, so the deposit was forfeited.
16    Q     Page 7 of this exhibit.  It mentioned a black AP.  What is
17    that?
18    A     It's a black Audermars Piguet with a black dial.
19    Q     And from Anton Kudiumov, I think one of my buddies showed
20    it to me.
21          You respond, Richard bought it.
22    A     It was specifically an Audemars Piguet Royal Oak,
23    reference 2261 ST black dial chronograph.  I actually sold two
24    of these watches.  I sold him one, he was excited when he
25    received it.  He called me within a day or two needing a
```

1    another one ASAP.

2         I mean, I remember deals like this.  I remember vividly

3    because it's different especially given the time of COVID.

4    Someone calls you wanting to buy the exact same watch.  I was

5    in a gift shop in Sedona, Arizona, with my girlfriend when he

6    did this.

7    Q    When you said "he" who do you mean?

8    A    Richard.

9    Q    I direct your attention to what is in front of you, it's a

10   green piece of paper on the table up there.

11        It's marked for identification as Government Exhibit 37-A.

12   Do you recognize this document?

13   A    Yes, sir.

14   Q    What is it?

15   A    This is a copy of my business spreadsheets.

16   Q    How do you recognize that?

17   A    It is a copy of my business spreadsheets.

18   Q    And is that spreadsheet that you keep in the regular

19   course of your business?

20   A    Yes, sir.

21   Q    And who creates that spreadsheet?

22   A    I do.

23   Q    Who maintains it?

24   A    I do.

25             MR. PAETTY:  Move for admission, Government

```
1   Exhibit 37-A, Your Honor.
2              THE COURT:  Received.
3         (Government Exhibit 37-A received into evidence.)
4              MR. PAETTY:  May I approach the witness, Your Honor?
5              THE COURT:  Yes.
6   BY MR. PAETTY:
7   Q    So I provided you, Mr. Farrer, with a copy of Government's
8   Exhibit 56, LN1, N2, O and P.  If you could go ahead and take
9   them out.
10  A    Take them out?
11             MR. PAETTY:  Sure.
12  BY MR. PAETTY:
13  Q    If you can't keep them -- keep them at least -- thank you
14  -- closely approximated to the bags they come out of.
15  A    Okay.
16  Q    Do you recognize these watches?
17  A    Yes.
18  Q    How you do you recognize them?
19  A    I sold them all to him.
20  Q    When you say "him," who do you mean?
21  A    Richard.  I bought and then resold all of these watches.
22  I can tell you where I bought them from, where I was at when I
23  bought them.  I mean, this is what I do.  This came from a
24  private client of mine.
25        It was originally purchased at the AP Boutique in Dallas,
```

44

```
 1   Texas.  I bought it from my client, Neal Palmer.  I knew this
 2   was a watch that was Richard's style based on all of the
 3   communications we had back and forth.
 4        I knew he would like that, it was easy -- at this point
 5   Richard was a client, he was what we call a well, what anyone
 6   refers to as a well.
 7        He was someone I could call.  I knew this watch was sold.
 8   This watch is one of my favorite.  I bought this in Miami.
 9        I bought this in Miami.
10        This I bought from Roman in New York.
11        This is the black dial I was referring to when I was in
12   Sedona that I bought and Richard had called wanting a second
13   one of.
14   Q    Are these unique watches?
15   A    Yes.
16   Q    Are these rare watches?
17   A    Yes.
18             MR. PAETTY:  May I have one moment, Your Honor?
19                  No further questions at this time, Your Honor.
20             THE COURT:  Cross-examination?
21             MR. RAM:  Your Honor, may I make a quick restroom
22   break before the cross?
23             THE COURT:  Okay.  Quick.  I mean, this is not the
24   -- it's just a quick break.
25             MR. RAM:  Five minutes.
```

```
1              THE COURT:  Five minutes.  Do you want the jury to
2    remain?  Is that okay, take five minutes, and come back and
3    make it seven minutes, okay.
4              THE COURTROOM DEPUTY:  All rise.
5                   (Jury exits the courtroom.)
6              THE COURTROOM DEPUTY:  Please be seated.
7                          (Recess.)
8              THE COURTROOM DEPUTY:  All rise.
9                   (Jury enters the courtroom.)
10             THE COURTROOM DEPUTY:  Please be seated and come to
11   order.
12             MR. RAM:  May I proceed with the cross-examination,
13   Your Honor?
14             THE COURT:  Yes, please.
15                     CROSS-EXAMINATION
16   BY MR. RAM:
17   Q    Your entire testimony hinges on your phone that identifies
18   the name Richard Ayvazyan and a watch, is that fair to say?
19   A    Yes, sir.
20   Q    Okay.  And so ultimately, your entire testimony hinges on
21   your credibility.  Fair to say?
22   A    Fair to say.
23   Q    Okay.  And to be clear, you have never met Richard
24   Ayvazyan?
25   A    No, sir.
```

```
 1   Q     And you said he was introduced to you by an individual
 2   named Mike from Instagram; is that right?
 3   A     Yes, sir.
 4   Q     And do you know Mike from Instagram, his real name is
 5   Manuk Grigoryan?
 6              MR. PAETTY:  Objection, Your Honor.  Facts not in
 7   evidence.
 8              THE COURT:  I mean, why don't you just ask him first
 9   does he know who Mike was.
10   BY MR. RAM:
11   Q     Do you know the name of Mike from Instagram, his real
12   legal name?
13   A     I have never seen it or couldn't pronounce it.  I see him
14   on Instagram.
15   Q     When you say couldn't pronounce it, it's a name like
16   Grigoryan, and it is long?
17   A     Yes, sir.
18   Q     Is it spelled at least with a G, the last name, if you
19   remember?
20   A     I can't recall.
21   Q     But it's something like that.
22   A     Yes, sir.
23   Q     Now, let's go ahead and pull up an example of how you
24   named your text entries.  Exhibit 37-B please, Ms. Romero.
25              MR. FENTON:  37-E.
```

UNITED STATES DISTRICT COURT

```
1              MR. RAM:  B.  Just want to focus on the top here.
2    This is what we're talking about, right?  You named this entry
3    Richard Ayvazyan boughtDD40/sky, right?
4              THE WITNESS:  Yes, sir.
5    BY MR. RAM:
6    Q    You personally put that in.  That is not from the phone
7    company, that is just you typing it in?
8    A    Yes, sir.
9    Q    And you are familiar with -- I'm assuming this is an
10   iPhone?
11   A    It's in my bag, if you would like me to grab it.
12   Q    In other words, you are familiar with an iPhone?
13   A    Yes.
14   Q    You know you can change that name at any time, right?
15   A    Yes.
16   Q    So, for example, if you went into your bag right now, and
17   changed that name to my name, right, and it says, I bought
18   DD40/sky, every text message from the beginning of time you
19   have on your phone with this number is going to say my name and
20   that watch, right?
21   A    Yes, sir.
22   Q    And you could change that at any time?
23   A    Yes, sir.
24   Q    Okay.  Now, before you came here to testify, you met with
25   the government, right?
```

```
 1   A     Not in person.
 2   Q     Fair.  During COVID, you met with the government on Webex,
 3   right?
 4   A     I spoke with somebody, yes.
 5   Q     Do you remember who you spoke with from the government?
 6   A     Scott.
 7   Q     Scott Paetty.  The good-looking guy right here?  Do you
 8   see him on Webex?
 9   A     Yes.
10   Q     Okay.  Was there anybody else there when you spoke to
11   Mr. Paetty?
12   A     There were blank screens, I believe.
13   Q     Okay.  Now, how did the government initially reach out to
14   you?
15   A     Phone call.
16   Q     And when did that phone call occur?
17   A     I don't recall.
18   Q     How long ago, five months, six months ago, three months
19   ago?
20   A     Three, between three and six months, I believe.
21   Q     Okay.  What did the government say to you when they called
22   you?
23   A     They asked me if I knew the name Richard Ayvazyan, however
24   you say it.
25   Q     And did you just look at the screen when you were saying
```

1  Ayvazyan?

2  A     Ayvazyan, yes.

3  Q     Did you know that name without looking at the screen?

4  A     Yes.

5  Q     Now, what else did the government say to you when they

6  asked you if you knew Richard Ayvazyan?

7  A     Just asked me if I had ever done any deal -- to sum it up

8  from when I remember they asked me if I ever done any deals

9  with him.  I remembered the names, we have done quite a few

10 deals but towards the ends of our transactions something seemed

11 off.

12 Q     Okay.  And did you also do a number of deals with Manuk

13 Grigoryan, the guy who introduced you to Richard Ayvazyan?

14 A     No.

15 Q     Your testimony is that you have never sold watches to

16 Manuk Grigoryan, Mike from Instagram?

17        MR. PAETTY:  Objection.  Outside the scope.  Facts

18 not in evidence.

19        THE COURT:  Something was just handed to me.  Ask

20 the question again.

21 BY MR. RAM:

22 Q     Sure.  The question was is your testimony that you have

23 never sold watches to Mike from Instagram or Manuk Grigoryan?

24 A     I have never received any payments or completed a watch

25 deal with him.

1  Q    And to be clear, I'm not asking about the name Anton

2  Kudiumov?

3  A    Right.

4  Q    Which we can get into in a minute?

5  A    Right.

6  Q    I'm saying specifically, regardless of whatever name was

7  used, right, so you understand there are aliases being used

8  here, right?

9        So, for example, Viktoria Kauichko, you understand that is

10  an alias, right?

11              MR. PAETTY:  Objection.  Foundation.

12              THE COURT:  You know something, approach the

13  sidebar.

14                    (Sidebar begins.)

15              THE COURT:  You are doing the same thing again.

16  Those are improper questions.

17              MR. RAM:  It's different here, Your Honor.  May I

18  explain?

19              THE COURT:  Go ahead.

20              MR. RAM:  So here, Manuk Grigoryan is the guy who

21  basically just testified to that.  He says this guy, Manuk

22  Grigoryan, introduced me to Richard Ayvazyan.  There is already

23  testimony recorded on this case, that Manuk Grigoryan controls

24  several different identities, including Anton Kudiumov.

25              THE COURT:  That may well be and you could argue

```
 1   that, but the point is --
 2            MR. RAM:  They are used to communicate about all of
 3   these watches.
 4            THE COURT:  You called it the fictitious people,
 5   that was the point of the objection.  It wasn't anything else.
 6                 It was your characterization of those people
 7   as fictitious.  That is argument.
 8            MR. RAM:  Can I use the word aliases?
 9            THE COURT:  We don't know who they are.  They could
10   be real, they could be aliases, I don't know, that's one of the
11   questions.  But you can't assume facts not in evidence or argue
12   in a question.  Don't do that.
13            MR. RAM:  Okay.
14                      (End of sidebar.)
15            THE COURT:  You can ask him a question, but on that
16   topic, but you have to ask him a question.
17            MR. RAM:  Okay.
18   BY MR. RAM:
19   Q    Aside from the name, Richard Ayvazyan and Manuk Grigoryan
20   or Mike from Instagram, there were a number of names used or
21   referenced in your conversations with both Mike from Instagram
22   and Richard Ayvazyan; is that true?
23   A    Yes, sir.
24   Q    For example, the name Viktoria Kauichko, yes?
25   A    That name was used as his wife.  That is who -- I never
```

1    spoke to this person, that is who I was shipping a watch to.

2    Q    But the answer to the question would be yes, that is one

3    of the names used in your conversations, yes?

4    A    Yes, sir.

5    Q    How about the name Anton Kudiumov.  Was that used in your

6    conversations with either Mr. Grigoryan or Mr. Ayvazyan?

7    A    Yes.

8    Q    How about the name Iuliia Zhadko?

9    A    Never heard that name.

10   Q    Never heard that name.

11        Now, you also testified on direct examination earlier that

12   you have had conversations with Mr. Ayvazyan on multiple

13   different phones; is that right?

14   A    Yes, sir.

15   Q    When you used word "conversations" there, you are

16   including text message conversations, right?

17   A    Yes.

18   Q    So, in fact, when someone is texting you, you don't have

19   any way of confirming who they are?

20   A    Correct.

21   Q    Okay.  So in other words, if Manuk Grigoryan was sending

22   you a text about a watch, you wouldn't know if that was Manuk

23   using the phone at that time or Richard Ayvazyan using the

24   phone at any particular time.  Fair to say?

25   A    Fair to say.

```
 1   Q    Okay.  Now how many times have you met either Manuk
 2   Grigoryan or Richard Ayvazyan?
 3   A    Never.
 4   Q    In person, never?
 5   A    Never.
 6   Q    How many times have you spoken on the phone to Manuk
 7   Grigoryan?
 8   A    Manuk is Mike.
 9   Q    Mike, sure.  How many times have you spoken on the phone
10   to Mike?
11   A    I can't recall.  I can't recall if I ever had an initial
12   phone conversations in the early days.
13   Q    At any time, so more than a dozen calls, less than a dozen
14   calls, just ballpark?
15   A    Anything would be less than a dozen.
16   Q    And with Mr. Ayvazyan, would you say you had less than
17   half dozen phone calls?
18   A    With Mr. Ayvazyan, no, more than a dozen.
19   Q    More than a dozen?
20   A    Yes, sir.
21   Q    All right.  Now, let's take a look at -- or actually we
22   will talk about -- you testified earlier about some wire
23   payments made.
24        Do you remember that?
25   A    Yes, sir.
```

```
 1    Q     And the prosecutor asked you, were those payments from
 2    Richard Ayvazyan, right?
 3    A     Yes, sir.
 4    Q     And you answered yes, they were?
 5    A     Yes, sir.
 6    Q     The basis for your answer, again, is the fact that they
 7    are connected to a conversation on the phone you inputted at
 8    some point as Richard Ayvazyan, right?
 9    A     Yes, sir.
10    Q     Okay.  So, in other words, there is nothing about the
11    actual wire transfers themselves that indicate they were coming
12    from Mr. Ayvazyan, true?
13    A     True.
14    Q     Okay.  Now, you mentioned at the outset of your direct
15    examination, I think you were asked, you have some criminal
16    case pending right now?
17    A     Not pending, I'm on probation for it.
18    Q     You are on probation for what?
19    A     DUI, third.
20    Q     What is that?
21    A     Third DUI.
22    Q     Doesn't that normally come with a mandatory sentence in
23    prison?
24    A     No.
25    Q     For a third DUI in the state of California?
```

```
 1   A     No, I fought the case for three years, signed six and a
 2   half years probation, was released within a day when I was
 3   initially arrested.
 4        I violated probation eight months later, and then I was
 5   sent to prison.
 6   Q    Okay.  And when were you sentenced to probation?
 7   A     October -- roughly October -- let's see, six and a half
 8   years.  October 12th, 2015, I believe.
 9   Q    And your third DUI case?
10   A     Yes, sir.
11   Q    Okay.  Is it also fair to say you are a criminal -- been
12   convicted of multiple crimes, haven't you?
13   A     I have.
14   Q    Okay.  And I'm not going to go over your entire rap sheet,
15   but if you want to give us an overview of some of the offenses
16   you have been convicted of, or arrested of in your criminal
17   history?
18              MR. PAETTY:  Objection, relevance.  403.
19              THE COURT:  Well, you can ask him not questioned
20   that way, you can ask him if he's ever been convicted of an
21   offense, which involves some relevant issue.
22                   I don't want to signal to you, I know you know
23   what I mean.  You don't know what I mean?
24              MR. RAM:  I do, Your Honor.  Can I be heard at
25   sidebar?
```

UNITED STATES DISTRICT COURT

1          THE COURT:  Don't ask him for his whole rap sheet,

2    that is inappropriate.

3          MR. RAM:  Can I be heard at sidebar for a moment

4    just to cover this with Your Honor?

5          THE COURT:  All right.

6                    (Sidebar begins.)

7          MR. RAM:  Your Honor.

8          THE COURT:  I was thinking about a particular crime

9    that involves the credibility and so forth.

10          MR. RAM:  I thought you were going through there,

11   Your Honor.  He is not the defendant in the case.  He's a

12   witness testifying, so all of his convictions are relevant to

13   impeach him.  It doesn't have to go to his truth or veracity.

14          THE COURT:  It doesn't have to be, but I have some

15   discretion in determining whether he can be impeached with a

16   felony and anything further.  You have done that.  I can limit

17   it to that.

18               Now, there is a particular crime that he is

19   convicted of that goes to credibility like filing a false

20   statement or something like that, then I will allow you to ask

21   if it's fairly recent, when that happened.

22          MR. RAM:  I can request additional leeway.  He is a

23   critical witness, his entire testimony is based on his

24   credibility, the fact he has dozens of convictions.

25          THE COURT:  You already brought out he has multiple

```
 1   felony convictions.
 2              MR. RAM:  Uh-huh.
 3              THE COURT:  And that is enough.
 4              MR. RAM:  I would ask just for a minute.
 5              THE COURT:  No, no.
 6              MR. RAM:  I can't get into that?
 7              THE COURT:  No.
 8              MR. RAM:  But none of them --
 9              THE COURT:  No.
10              MR. RAM:  Thank you, Your Honor.
11                      (Sidebar ends.)
12   BY MR. RAM:
13   Q    I would like to just focus on your criminal history that
14   relates to your credibility and truthfulness.
15              MR. PAETTY:  Objection, Your Honor.
16              THE COURT:  That is an improper argument.  I mean,
17   you can argue that at some later point, but just ask him the
18   question.
19              MR. RAM:  Yes, Your Honor.
20              THE COURT:  Ask him simply has he been convicted of
21   a prior felony.
22                  And you can ask him if he's been convicted of
23   more than one felony, that's the limit of it.
24   BY MR. RAM:
25   Q    Were you convicted of evading arrest or detention?
```

```
1              MR. PAETTY:  Objection.
2              THE COURT:  I said, not the crime, just the felony.
3    I made that clear.
4              MR. RAM:  I misunderstood that, Your Honor.
5              THE COURT:  Don't misunderstand.
6              MR. RAM:  One second.
7    BY MR. RAM:
8    Q    Okay.  If I understand the ruling correctly, I'm just
9    going to ask you, do you have multiple felony convictions?
10   A    Yes, sir.
11   Q    Okay.  What is the most recent felony conviction you have?
12   A    Felony DUI, third or more.
13   Q    And when was that?
14   A    I was convicted -- I was arrested 2013, and I pled guilty
15   on probation in 2015.
16   Q    Okay.  What is the next most recently felony conviction?
17             MR. PAETTY:  Objection, 403.
18             THE COURT:  Sustained.
19             MR. RAM:  No further questions.
20             THE COURT:  Anyone else?
21             MR. LITTRELL:  No, Your Honor.
22             THE COURT:  Thank you, sir.  You are excused.
23                 Next witness.
24             MR. FENTON:  The government calls Madison MacDonald.
25             MS. AHN:  Your Honor, if the agent may approach to
```

```
 1    collect the --

 2              THE COURT:  Yes.

 3              MS. AHN:  Thank you, Your Honor.

 4              THE COURTROOM DEPUTY:  Please raise your right hand.

 5                   (Oath was administered.)

 6              THE WITNESS:  I do.

 7              THE COURTROOM DEPUTY:  Thank you.

 8                   Step around this way.  Be careful walking up

 9    the stairs.  There is tape on the ground, you step over that.

10                   State your full name and spell it for the

11    record.

12              THE WITNESS:  My name is Madison MacDonald.

13    M-a-d-i-s-o-n, M-a-c-D-o-n-a-l-d.

14                        MADISON MACDONALD,

15                      having been duly sworn,

16                       testified as follows:

17              THE COURTROOM DEPUTY:  Thank you.

18                        DIRECT EXAMINATION

19    BY MR. FENTON:

20    Q    Good afternoon, Special Agent MacDonald.

21         Where do you work?

22    A    The FBI.

23    Q    What is your title?

24    A    I'm a special agent.

25    Q    How long have you been the special agent with the FBI?
```

```
 1   A     Since May of 2018.
 2   Q     As a special agent, did you receive training on how to
 3   execute search warrants?
 4   A     I did.
 5   Q     And during the few years that you have been a special
 6   agent with the FBI, how many search warrants have you executed?
 7   A     Numerous.
 8   Q     Did there come a time when you conducted a search of a
 9   home at 17450 Weddington Street?
10   A     Yes.
11   Q     And approximately, when was that?
12   A     November 5th, 2020.
13   Q     Were other searches of other homes conducted on that same
14   day?
15   A     They were.
16   Q     Was one of those homes in Topeka Drive?
17   A     Yes.  It was.
18   Q     What were your duties in connection with the Weddington
19   house?
20   A     I was assigned as search team leader.
21   Q     What does it mean to be a team leader?
22   A     I was responsible for preparing the operational order,
23   assigning the search team members specific roles, documenting
24   specific events, such as entry and exit times into the
25   residence, as well as ensuring that the evidence items seized
```

```
 1   were logged as well as preparing a property receipt and leaving
 2   a copy of the warrant at the residence.
 3   Q    So were you responsible for bagging, tagging, and
 4   transporting the evidence to the evidence facility?
 5   A    I was.
 6   Q    Were you physically on the property on the day that the
 7   warrant was executed?
 8   A    I was.
 9   Q    And where were you physically?
10   A    I was primarily located at the dining room table.
11   Q    Okay.  Who, if anyone, was at the house at the time the
12   FBI conducted the search?
13   A    Artur Ayvazyan and Tamara Dadyan as well as their two
14   daughters.
15   Q    Was it your understanding Artur Ayvazyan lived at that
16   house?
17   A    Yes.
18   Q    How did you know it was Artur Ayvazyan?
19   A    I had reviewed his driver's license photograph prior.
20   Q    And you matched that photograph to the actual person?
21   A    Correct.
22   Q    Was anyone else there?
23   A    Tamara Dadyan.
24   Q    And their children as well?
25   A    Yes.
```

1  Q    Anybody else, any other adults?

2  A    No.

3  Q    And how could you be sure?

4  A    Prior to the entry photographs being taken at this

5  particular residence, I was -- I did a walkthrough, an initial

6  walkthrough of the residence.

7  Q    When you were walking through the house, did you observe

8  other agents executing the search warrants?

9  A    Yes.

10 Q    That was your role in part, correct?

11 A    Yes.

12 Q    At your side is a exhibit that has been marked Government

13 Exhibit 570 for identification.

14      Do you see that?

15 A    I do.

16 Q    And can you take out the object that is contained in that

17 folder, please?

18      Have you seen this object before?

19 A    I have.

20 Q    Can you tell us what it is?

21 A    It is an Apple iPhone.

22 Q    Do you know where at the Weddington residence this Apple

23 iPhone was recovered from?

24 A    Room B.

25 Q    I'm sorry?

1  A    Excuse me, Room M.

2  Q    Room M.  How do you know it was recovered from Room M at

3  the Weddington house?

4  A    Because it has been indicated such by the collecting and

5  observing agents as well as photographed.

6  Q    What do the collecting agents do, what did the collecting

7  agents do with the phone after they recovered it?

8  A    They brought it to me at the dining room table.

9  Q    Once you took the phone, what did you do with that phone?

10  A    I put the phone in the bag, sealed it in preparation for

11  transport to a FBI control facility.

12  Q    Did there come a time where you actually transported to

13  FBI evidence facility?

14  A    Yes.

15  Q    What happened next?

16  A    It was impounded into the evidence facility and assigned

17  an evidence item number.

18  Q    What does it mean to impound evidence?

19  A    It means to release custody of the device to a secured FBI

20  facility.

21  Q    All right.  A moment ago you said that that particular

22  piece of evidence, the iPhone, was assigned a number, correct?

23  A    Correct.

24  Q    What number was this particular iPhone assigned?

25  A    1B17.

UNITED STATES DISTRICT COURT

```
1              MR. FENTON:  Your Honor, the government moves to

2    admit 1B17, Government Exhibit 57-O.

3              THE COURT:  Received.

4         (Government Exhibit 57-O received into evidence.)

5    BY MR. FENTON:

6    Q    Next to you, Special Agent MacDonald, is another

7    government exhibit marked 57-P for identification.

8         Do you see it there?

9    A    I do.

10   Q    Can you open up that folder and tell us what is inside?

11   A    It is a cell phone found on a nightstand.

12   Q    Do you know from where that phone was recovered?

13   A    Room O.

14   Q    How do you know that phone was recovered from Room O at

15   the Weddington house?

16   A    It has been indicated as such by the collecting and

17   observing agents.

18   Q    I'm sorry, what did the collecting agents do with the

19   phone after they recovered it?

20   A    They brought it to me at the dining room table where I

21   logged it on the evidence log, or where it was logged on the

22   evidence log.

23   Q    After you logged it on the evidence log, what happened

24   next?

25   A    I bagged and tagged this cell phone and secured it in
```

```
 1    preparation for transport to a FBI facility.
 2    Q    Was it eventually transported to a FBI facility?
 3    A    Yes.
 4    Q    Was that by you?
 5    A    Yes.
 6    Q    What happened when you got to that facility?
 7    A    It was impounded and given an evidence item number by the
 8    evidence facility.
 9    Q    And what number was that particular iPhone assigned?
10    A    1B21.
11         MR. FENTON:  Your Honor, the government moves to
12    admit Government's Exhibit 57-P.
13         THE COURT:  Received.
14       (Government Exhibit 57-P received into evidence.)
15    BY MR. FENTON:
16    Q    You earlier mentioned you walked through the Weddington
17    house?
18    A    Correct.
19    Q    What evidence did you see as part of your walkthrough?
20    A    I walked through and observed the bedrooms.  There was a
21    home gym.  There was a kitchen area, the dining room area, a
22    garage, as well as a home office.
23    Q    All right.  Tell us a little bit more about that home
24    office.
25         What did you observe inside that home office?
```

1  A     There was a desk.  There was a closet and there were

2  agents who were searching through records.

3  Q     When you say "records," generally what do you mean?

4  A     Financial documents.

5  Q     Did the agents find files, financial documents, in other

6  parts of the house as well?

7  A     Yes.

8  Q     And what part of the house did they find other financial

9  documents in?

10  A     The kitchen area.

11  Q     All right.  We're going to show you a couple of exhibits

12  now.

13  A     Okay.

14         MR. FENTON:  Mr. Cruz, we're going to show the

15  exhibits first to the witness.

16         THE COURTROOM DEPUTY:  Go ahead.

17         THE COURT:  Go ahead.

18  BY MR. FENTON:

19  Q     Special Agent MacDonald, can you see the photo in the

20  screen?

21  A     I can.

22  Q     Do you recognize this photo?

23  A     I do.

24  Q     Will you scroll through the photos, just briefly.  What do

25  these photos show?

```
1    A    These are photographs of California driver's licenses.
2    Q    And are these photos a true and accurate depiction of
3    evidence seized by you and your team from the office in
4    Weddington?
5    A    Yes.
6    Q    And how do you know that?
7    A    Because in preparation for testimony, I reviewed the
8    evidence items that are photographed here.
9    Q    Did you match them against the actual physical evidence
10   that was seized from the office at Weddington?
11   A    Yes.
12   Q    From the house, more generally?
13   A    Yes.
14   Q    What did you find, did you find they matched?
15   A    Yes, I did.
16   Q    When did you do this?
17   A    On June 14th.
18   Q    So just a few days ago?
19   A    Yes.
20        MR. FENTON:  Your Honor, the government moves to
21   admit Government Exhibit 57-A.
22        THE COURT:  Received.
23       (Government Exhibit 57-A received into evidence.)
24        MR. FENTON:  Permission to publish.
25        THE COURT:  Yes.
```

**UNITED STATES DISTRICT COURT**

1   BY MR. FENTON:

2   Q    All right.  So these are driver's license and Social

3   Security cards and debit cards and credit cards that were found

4   at Weddington?

5   A    Yes.

6   Q    Where Artur Ayvazyan lives?

7   A    Yes.

8            MR. FENTON:  Mr. Cruz, can we look at another

9   exhibit that I would like to show first to the witness?

10           THE COURTROOM DEPUTY:  Ready.

11  BY MR. FENTON:

12  Q    Special Agent MacDonald, we're showing you Government

13  Exhibit 57-B.

14  A    Yes.

15  Q    Do you recognize this photo?

16  A    I do.

17  Q    What does this photo show?

18  A    The photo shows a photograph of driver's licenses and

19  Social Security cards.

20  Q    And are these photos a true and accurate depiction seized

21  from the office at Weddington?

22  A    Yes.

23  Q    How do you know that?

24  A    In preparation for my testimony, I reviewed the physical

25  evidence items and compared them to these photographs.

1          MR. FENTON:  Your Honor, the government moves to

2     admit Government Exhibit 57-B.

3          THE COURT:  Received.

4          (Government Exhibit 57-B received into evidence.)

5          MR. FENTON:  Permission to publish?

6          THE COURT:  Yes.

7     BY MR. FENTON:

8     Q    Special Agent MacDonald, did you read what is written here

9     under the Social Security card and California driver's license?

10    A    Currently has personal and business need to add this new

11    business account.  Use all current e-mail and all -- it's

12    unclear contact info.  Give us online access.

13    Q    All right.  So these licenses are in addition to the other

14    licenses showed you in Government Exhibit 57-A; is that

15    correct?

16    A    Correct.

17          MR. FENTON:  Mr. Cruz, I would like to show the

18    witness another exhibit.

19          THE COURTROOM DEPUTY:  Go ahead.

20    BY MR. FENTON:

21    Q    Special Agent MacDonald, can you see the exhibit on your

22    screen?

23    A    I do.

24    Q    Do you recognize these photos?

25    A    I do.

```
1    Q    What do they show, just in general terms?

2    A    They are photographs of identification and Social Security

3    cards.

4    Q    Are these photos a true and accurate depiction of evidence

5    seized from the office at Weddington?

6    A    They are.

7         MR. FENTON:  Your Honor, the government moves to

8    admit Government Exhibit 57-C.

9         THE COURT:  Received.

10        (Government Exhibit 57-C received into evidence.)

11        MR. FENTON:  Permission to publish?

12        THE COURT:  Yes.

13   BY MR. FENTON:

14   Q    Special Agent MacDonald, we just looked at some California

15   driver's licenses and United States Social Security cards.

16   What are these documents?

17   A    These appear to be Visa and Social Security cards.

18        MR. FENTON:  Mr. Cruz, we would like to show the

19   witness another exhibit.

20        THE COURTROOM DEPUTY:  Go ahead.

21   BY MR. FENTON:

22   Q    Special Agent MacDonald, we're showing you what has been

23   previously marked Government Exhibit 57-D.  Do you recognize

24   these photos?

25   A    I do.
```

```
 1   Q     What do they show?
 2   A     They are photographs of e-mail addresses.
 3   Q     Are these photos a true and accurate depiction of evidence
 4   that was seized from the Weddington house where Arthur Ayvazyan
 5   lived?
 6              THE WITNESS:  They are.
 7              MR. FENTON:  Your Honor, government moves to admit
 8   Government Exhibit 57-D.
 9              THE COURT:  Received.
10          (Government Exhibit 57-D received into evidence.)
11              MR. FENTON:  Permission to publish?
12              THE COURT:  Yes.
13   BY MR. FENTON:
14   Q    Special Agent MacDonald, can you read what is written at
15   the top there?
16   A     E-mails for borrowers.
17              MR. FENTON:  Mr. Cruz, we would like to show the
18   witness another exhibit.
19   BY MR. FENTON:
20   Q     Special Agent MacDonald, we are showing you Government
21   Exhibit 57-E.  Do you recognize these photos?
22   A     I do.
23   Q     And what do they show?
24   A     A Small Business Association loan applications.
25   Q     These PPP applications and EIDL loan applications?
```

1   A     Yes.

2   Q     And these were found at the Weddington address where

3   Arthur Ayvazyan lives?

4   A     They were.

5   Q     Are these photos a true and accurate depiction of that

6   evidence that was seized from that house?

7   A     They are.

8           MR. FENTON:  Your Honor, the government moves to

9   admit Government Exhibit 57-E.

10          THE COURT:  Received.

11      (Government Exhibit 57-E received into evidence.)

12          MR. FENTON:  Permission to publish?

13          THE COURT:  Yes.

14          MR. FENTON:  Mr. Cruz, I believe we have got

15   permission to publish the exhibit to the jury, my apologies.

16             So let's pause there for a moment.

17   BY MR. FENTON:

18   Q     Can you just read what is at the top there, Special Agent

19   MacDonald?

20   A     Like, the first paragraph?

21   Q     Yes, the title of the document.

22   A     U.S. Small Business Administration.  COVID-19 Economic

23   Injury Disaster Loan application.

24   Q     This particular exhibit is 140 pages, correct?

25   A     Correct.

```
1   Q    This is a compilation of applications completed,
2   applications that were found in Artur Ayvazyan's home?
3   A    Yes.
4             MR. FENTON:  Mr. Cruz, we would like to show the
5   witness another exhibit.
6   BY MR. FENTON:
7   Q    Special Agent MacDonald, we are showing you previously
8   marked as Government Exhibit 57-F.  Do you recognize this
9   exhibit?
10  A    I do.
11  Q    And what do those photos show?
12  A    They show handwritten notes.
13  Q    Are those photos a true and accurate depiction of evidence
14  seized from the house at Weddington?
15  A    Yes.
16            MR. FENTON:  Your Honor, government moves to admit
17  Government Exhibit 57-F.
18            THE COURT:  Received.
19        (Government Exhibit 57-F received into evidence)
20            MR. FENTON:  Permission to publish?
21            THE COURT:  Yes.
22  BY MR. FENTON:
23  Q    Special Agent MacDonald, does this -- what does that
24  document appear to be?  Does this list a number of different
25  entities and financial transactions between entities?
```

1  A     Yes.

2  Q     All right.  Let's move on to the next exhibit.

3            MR. FENTON:  Mr. Cruz, we would like to show the

4  witness another exhibit.

5  BY MR. FENTON:

6  Q     Special Agent MacDonald, do you recognize these photos?

7  A     I do.

8  Q     And what do they show?

9  A     They show checks, checkbooks.

10 Q     Are these photos a true and accurate depiction seized from

11 the office in Weddington?

12 A     They are.

13           MR. FENTON:  Your Honor, the government moves to

14 admit Government Exhibit 57-G.

15           THE COURT:  Received.

16      (Government Exhibit 57-G received into evidence.)

17           MR. FENTON:  Permission to publish?

18           THE COURT:  Yes.

19 BY MR. FENTON:

20 Q     All right.  Special Agent MacDonald, what is the name on

21 the check on the first page here?

22 A     Viktoria Kauichko.

23 Q     All right.  Let's look at the next check.

24       What is the name of the company of this check?

25 A     Sabala Construction.

75

```
1    Q     Let's look at the next check.  What name did you see at
2    that checkbook?
3    A     Anna Dzukaeva.
4    Q     Let's look at the next checkbook.  What name do you see in
5    this checkbook?
6    A     Luidmyla Kopytova.
7    Q     Let's go on to the next page.  What name do you see in
8    this checkbook?
9    A     Anatasia Verachek. (Phonetic.)
10   Q     Let's go to the next photo.  Keep going down.  Let's stop
11   here.  What name is on this check?
12   A     Runyan Tax Service, Incorporated.
13   Q     These checkbooks were found at the house where Arthur
14   Ayvazyan lives, correct?
15   A     Correct.
16   Q     Let's look at the date on the check on the upper right?
17   What is the date there?
18   A     July 12th, 2020.
19   Q     Let's go down a little bit more.  Is it fair to say the
20   rest of these checkbooks are the names of many other
21   individuals and companies?
22   A     Yes.
23   Q     These were all found in the home of Artur Ayvazyan?
24   A     They were.
25   Q     Let's move on to the next exhibit.
```

1          MR. FENTON:  Mr. Cruz, we would like to show the

2    witness another exhibit.  Actually, let's go back to this one.

3    I'm sorry, Mr. Cruz, scroll up a little bit.

4               All right.  Let's stop there.

5               What is the name you see here on this

6    checkbook?

7          THE WITNESS:  Voyage Limo, LLC.

8          MR. FENTON:  All right.  Thank you, Mr. Cruz.  We

9    will show the witness another exhibit, please.

10   BY MR. FENTON:

11   Q    Special Agent MacDonald, we are showing what has been

12   previously marked as Government Exhibit 57-H, and do you

13   recognize this exhibit?

14   A    I do.

15   Q    What do these photos show?

16   A    These photographs show handwritten notes.

17   Q    And are those photos a true and accurate depiction of

18   evidence seized from the office at the Weddington house where

19   Artur Ayvazyan lived?

20   A    Yes.

21          MR. FENTON:  Your Honor, government moves to admit

22   57-G.

23          THE COURT:  Received.

24          MR. FENTON:  Sorry, Your Honor, 57-H.

25          THE COURT:  Received.

UNITED STATES DISTRICT COURT

```
 1              (Government Exhibit 57-H received into evidence.)
 2                   MR. FENTON:  Permission to publish?
 3                   THE COURT:  Yes.
 4    BY MR. FENTON:
 5    Q    Do these notes appear to discuss to-dos with respect to
 6    loans and bank accounts?
 7    A    They do.
 8    Q    And what name do you see on the upper right-hand corner
 9    there?
10    A    In blue?
11    Q    Yes.  Does that say Jack Runyan?
12    A    Runyan, yes.
13    Q    All right.  Let's move on to the next exhibit.
14                   MR. FENTON:  Mr. Cruz, we would like to show the
15    witness another exhibit, please.  This is going to be
16    Government Exhibit 57-I.
17    BY MR. FENTON:
18    Q    Do you recognize this photo?
19    A    I do.
20    Q    What does this photo show?
21    A    This is a photograph of an envelope that contains
22    handwritten notes.
23    Q    And is this photo a true and accurate depiction of
24    evidence seized from Weddington?
25    A    It is.
```

1          MR. FENTON:  Your Honor, we move to admit Government

2    Exhibit 57-I.

3          THE COURT:  Received.

4          (Government Exhibit 57-I received into evidence.)

5          MR. FENTON:  Permission to publish?

6          THE COURT:  Yes.

7    BY MR. FENTON:

8    Q    Does this envelope have handwritten notes with personal

9    identifying information for a individual named Nerses

10   Nahachyan?

11         THE COURT:  What was the question?

12   BY MR. FENTON:

13   Q    Does this envelope have handwritten notes with personal

14   identifying information for an individual named Nerses

15   Nahachyan?

16         THE COURT:  What was the answer?

17         THE WITNESS:  Yes.

18         MR. FENTON:  Mr. Cruz, we would like to show the

19   witness another government exhibit, please.

20              It will be Government Exhibit 57-J.

21         THE COURTROOM DEPUTY:  Did you want it displayed

22   just to the witness?

23         MR. FENTON:  Just to the witness, thank you.

24   BY MR. FENTON:

25   Q    Special Agent MacDonald, do you recognize this photo?

1    A    I do.

2    Q    And what is it?

3    A    It's a photograph of a notepad with handwritten notes.

4    Q    And is this photo a true and accurate depiction of a

5    notepad found at the Weddington house where Arthur Ayvazyan

6    lives?

7    A    Yes.

8            MR. FENTON:  Your Honor, the government moves to

9    admit Government Exhibit 57-J.

10            THE COURT:  Received.

11        (Government Exhibit 57-J received into evidence.)

12            MR. FENTON:  Permission to publish?

13            THE COURT:  Yes.

14   BY MR. FENTON:

15   Q    Special Agent MacDonald, can you briefly read the names

16   that are written on this card on this notepad?

17   A    Sabala, VLA, and EM Construction.

18            MR. FENTON:  I have a few more exhibits.  Mr. Cruz,

19   can we show the witness an additional exhibit?

20   BY MR. FENTON:

21   Q    Special Agent MacDonald, I'm showing you what has been

22   previously marked as Government Exhibit 57-K.  Do you recognize

23   these photos?

24   A    I do.

25   Q    What do they show?

1   A     They are photographs of various documents containing

2   handwritten notes, financial documents.

3   Q     And are these photos a true and accurate depiction of

4   evidence seized from the office at Weddington?

5   A     They are.

6              MR. FENTON:  Your Honor, the government moves to

7   admit Government Exhibit 57-K.

8              THE COURT:  Received.

9          (Government Exhibit 57-K received into evidence.)

10             MR. FENTON:  Permission to publish?

11             THE COURT:  Yes.

12  BY MR. FENTON:

13  Q     Are these handwritten notes of personal identifying

14  information for various individuals?

15  A     Yes.

16  Q     We're going to move on to the next exhibit.

17             MR. FENTON:  Mr. Cruz, we would like to show the

18  witness another exhibit, please.

19  BY MR. FENTON:

20  Q     Special Agent MacDonald, we're showing you what has been

21  marked previously marked Government Exhibit 57-L.  Do you

22  recognize this photo?

23  A     I do.

24  Q     And what does this photo depict?

25  A     Photograph of handwritten notes.

```
1   Q    And is this photo a true and accurate depiction of

2   evidence seized from the house at Weddington where Arthur

3   Ayvazyan lives?

4   A    Yes.

5            MR. FENTON:  Your Honor, the government moves to

6   admit Government Exhibit 57-L.

7            THE COURT:  Received.

8        (Government Exhibit 57-L received into evidence.)

9            MR. FENTON:  Permission to publish?

10           THE COURT:  Yes.

11  BY MR. FENTON:

12  Q    Special Agent MacDonald, can you read the name of the

13  company at the top of the page?

14  A    Fiber One Media.

15  Q    And does this have an e-mail address in the middle of the

16  page?

17  A    Yes.

18  Q    What is that e-mail address?

19  A    Fiberonemedicalresources@gmail.com.

20           MR. FENTON:  And, Mr. Cruz, I'm happy to announce we

21  have one more exhibit and only one more exhibit we would like

22  to show the witness.  And that is government exhibit --

23  Government Exhibit 57-M.

24  BY MR. FENTON:

25  Q    Special Agent MacDonald, do you recognize this photo?
```

```
 1  A    I do.

 2  Q    These photos.  And what do you recognize these to be?

 3  A    They are photographs of financial documents.

 4  Q    And are these photos a true and accurate depiction of

 5  evidence seized from the Weddington house?

 6  A    They are.

 7           MR. FENTON:  Your Honor, the government moves to

 8  admit Government Exhibit 57-M.

 9           THE COURT:  Received.

10        (Government Exhibit 57-M received into evidence.)

11           MR. FENTON:  Permission to publish?

12           THE COURT:  Yes.

13  BY MR. FENTON:

14  Q    And, Special Agent MacDonald, can you tell us what is

15  this -- this document has Encore Escrow at the top.

16        It says third-party deposit.  Do you see what property

17  that relates to?

18  A    The proper address listed is 4910 Topeka Drive, Tarzana,

19  California, 91356.

20  Q    And can you read for us the name on the bottom right-hand

21  corner under the signature line?

22  A    Arthur Ayvazyan.

23  Q    So this is a third-party deposit signed by Arthur Ayvazyan

24  for a property at 4917 Topeka Drive?

25           THE COURT:  Your questions go beyond what she is
```

```
 1    here for.  She is here for a limited purpose, as I understand
 2    it.  She was the collecting agent in the search.  Other agents
 3    searched the house, brought things to her, she catalogued them.
 4    She is now telling us what she catalogued and asked to read
 5    selected portions of the exhibits.  Isn't that essentially what
 6    you have done?
 7                 THE WITNESS:  Yes, Your Honor.
 8                 THE COURT:  You have no knowledge of this case
 9    beyond that, correct?
10                 THE WITNESS:  Correct.
11                 THE COURT:  That's it.  Don't ask to her to
12    characterize anything.
13                 MR. FENTON:  Thank you, Your Honor.  We have no
14    further questions.
15                 THE COURT:  Cross-examination?
16                          CROSS-EXAMINATION
17    BY MR. JOHNSON:
18    Q    Good afternoon, Special Agent MacDonald.
19    A    Good afternoon.
20    Q    My name is Peter Johnson.  I represent Vahe Dadyan.
21         How many searches did you do on February 5th, 2020?
22    A    I don't recall.
23    Q    How many homes -- do you know how many homes were searched
24    that day?
25    A    On February 5th?
```

```
1   Q    No, I'm sorry, did I say February?  November 5th, 2020.

2            THE COURT:  What is the question, how many homes she

3   was involved in a search?

4            MR. JOHNSON:  I was going to get to that.

5            THE COURT:  That is the question I think you should

6   ask.

7   BY MR. JOHNSON:

8   Q    How many homes were you involved in regarding this search

9   on November 5th, 2020?

10  A    I was a search team leader for one residence.

11  Q    That was the Weddington Drive?

12  A    Correct.

13  Q    And are you aware of any other homes that were searched

14  that day?

15  A    I am.

16  Q    And what other homes were searched that day?

17  A    There were multiple residences, and I don't have all of

18  the addresses on the top of my head other than Topeka address.

19  Q    But do you have any knowledge of whether Mr. Vahe Dadyan's

20  home was searched?

21  A    I don't.  I can't recall.

22  Q    But do you know whether the 1004 East Garfield Avenue was

23  searched?

24  A    I don't recall.

25  Q    But you did search the Weddington home?
```

**UNITED STATES DISTRICT COURT**

```
 1   A      Correct.
 2   Q      And you were there during the search -- I won't go through
 3   the exhibits, but the first exhibit there were a lot of
 4   identifications, right?
 5   A      Right.
 6   Q      Did they look real to you?
 7   A      I don't want to speculate.
 8   Q      There were California drivers licenses?
 9   A      They appeared to be, yes.
10   Q      And they had the pictures of people?
11   A      Yes.
12   Q      And were you able to identify any of the victims in the
13   photos?
14   A      That was not my role.
15   Q      Did you -- but you evaluated -- you collected all of these
16   exhibits, right?
17   A      Right.
18          MR. JOHNSON:  Can I ask the government to pull up
19   57-A, please?
20   BY MR. JOHNSON:
21   Q      Did you recognize any of the photos in the pictures there?
22   A      Of the individuals?
23   Q      Yes.
24   A      One appears to be a photograph of Tamara Dadyan.
25   Q      This is the home of Tamara Dadyan, right?
```

```
 1    A      Correct.
 2    Q      Does the government -- do you know whether the government
 3    sought to reach out to any of the people that are in these -- I
 4    guess, false documents?
 5    A      I don't.
 6    Q      Would that be a responsibility of the government to
 7    identify and notify victims?
 8              MR. FENTON:  Objection, Your Honor.
 9              THE COURT:  I was waiting.  Objection is sustained.
10              MR. JOHNSON:  The government found --
11              THE COURT:  Let me ask you a question, well, go
12    ahead.
13    BY MR. JOHNSON:
14    Q      Inside the home of Tamara Dadyan, the government found
15    numerous fake identifications, right?
16    A      I don't know if they are real or fake.
17    Q      But they were -- they weren't all Tamara Dadyan, right?
18    A      It does not appear based on this photograph.
19    Q      And there were numerous fake --
20              THE COURT:  Come to sidebar.
21                      (Sidebar begins.)
22              THE COURT:  Why is this relevant?  What difference
23    does it make what she thought?  She said she had nothing to do
24    with the case.  All she did was collect the evidence.
25                      I don't know why all of these questions have
```

1    been asked without objection.  And what you can ask is whether

2    she did it accurately, the method that she used to catalog?

3    You could emphasize that she didn't partake in the search, that

4    she just collected what other people did.  She doesn't know

5    where in the house these things came from.

6                    I mean, that may be relevant.  But what she

7    knows generally about the case, I asked her in particular, I

8    said:  Do you know anything about this case other than what she

9    was assigned to do.  That happens all of the time.

10                   Agents are given a specific assignment.  They

11   may know nothing about the case, and they are asked to conduct

12   the search.  Maybe the agents who did the search knew more than

13   this witness, I don't know.  But she knows nothing.  She was a

14   gatherer, a catalog person.

15                   Why are you thinking you have a right to do

16   more than what I have said?

17        MR. JOHNSON:  Well, our theory of the defense is

18   Mr. Vahe Dadyan is a victim of identity theft.  This is the

19   home of Tamara Dadyan and it was opened up and explained that

20   Tamara Dadyan was actually orchestrating the fraud.

21        THE COURT:  That may be all correct, you may have a

22   good argument.  But the point is at this point, this witness

23   knows nothing.  She knows absolutely nothing.  She is

24   essentially a scrivener.  She is not the person to argue with.

25   You argue with the jury, or some other witness.  Unless you

1    have misunderstood this.  This seems to me -- do you have a

2    different view?  It's your client.

3              MR. MESEREAU:  No, I agree with the Court.  However,

4    I think he should be permitted to ask her how she organized

5    these documents, and the prosecutor kept asking her questions,

6    is that were Arthur lives is where she lives.

7              THE COURT:  It's relevant.

8              MR. JOHNSON:  Can I go through the note the various

9    ways, and I will just ask that Tamara Dadyan is not the names

10   on --

11             THE COURT:  No, no, absolutely not, how many times

12   do I have to say that?  That is arguing.  You can do that if

13   you have a record.  That is the whole point of a trial, a trial

14   is an exercise of gathering evidence so that lawyers skilled

15   like yourself can make the appropriate arguments, persuade the

16   jury that your client is innocent.

17                  And you will be able to argue all reasonable

18   inferences.  What Mr. Mesereau said is relevant.  That she can

19   be cross-examined as to how she catalogued things, how accurate

20   she was, how rushed she was, and whether there was screaming

21   and yelling and tension.  I mean, whatever goes to the accuracy

22   of her limited mission.  We have got to get to it.

23             MR. JOHNSON:  Your Honor, can I just confirm one

24   point -- actually two points, confirming that the government

25   actually identified and highlighted Voyage Limo as if Voyage

1    Limo was somehow a part of this.

2                    I want to confirm this is in fact Tamara

3    Dadyan's home that the name we saw, his name is there, and also

4    that there was a checkbook --

5            THE COURT:  Do you think there is any doubt in the

6    records now as to whose home it is?  Do you think there is an

7    ambiguity?  There is no ambiguity.

8                    I mean, come on.  I mean, you know, at least

9    in my view, given the -- if I wanted to be really technical

10   about it, a lot of these questions wouldn't go.

11                   But, you have to ask something, so I'm giving

12   you that opportunity, but don't misunderstand my ruling.  I

13   made it clear, the other lawyer said he misunderstood.  That is

14   why we were going to a bench conference, I don't want to have

15   this colloquy with the jury.

16           MR. JOHNSON:  I will ask one other question, just to

17   end it.  And it was just to confirm just so there is no

18   ambiguity, that is Tamara Dadyan's home, and that's my last

19   question.

20           THE COURT:  Wait a second.  You are confusing me

21   now.  These names still get me confused.  This is Artur Dadyan,

22   you kept saying Artur Dadyan's home.

23           MR. FENTON:  Ayvazyan, he's married to Tamara

24   Dadyan.

25           THE COURT:  These guys all have different names,

```
1    it's Tamara Dadyan, his wife?
2                MR. FENTON:  They both lived there together.
3                MR. JOHNSON:  But the one thing the government kept
4    emphasizing it's Ayvazyan.  My client has the same last name as
5    Dadyan that lives there, I just want to confirm.
6                THE COURT:  Okay.  Well ask her, who lives there.
7    She doesn't even know who lives there.  I mean, how does she
8    know who lives there?  All she knows she was asked to go to
9    certain evidence and maybe some records show he owns the house,
10   he may not have lived there, I don't know.
11               MR. FENTON:  She did testify, Your Honor, they both
12   lived there.  They had driver's license.
13               THE COURT:  She doesn't know that she lived there,
14   they were there when she was there or not.  Were they there?
15               MR. JOHNSON:  She testified --
16               THE COURT:  Wait a second, didn't she say whether
17   she went to the search team went there, that Artur -- is that
18   A-r-t-u-r?
19               MR. FENTON:  Yes, Your Honor.
20               THE COURT:  And Tamara were there at the home.
21               MR. FENTON:  She knew they were there.
22               THE COURT:  Okay.  I mean the emphasis they lived
23   there.  She didn't know whether they lived there or how long
24   whether they stayed there temporarily, or just happened to be
25   there, I don't know.  Witnesses can only testify to what they
```

```
1    have knowledge of.  The rest is argument.

2              MR. JOHNSON:  I understand.

3              THE COURT:  That's enough.  No, that's it.

4                   (Sidebar ends.)

5              THE COURT:  I want to say to everybody, I have new

6    information that apparently the building will be closed

7    tomorrow, so regardless of my wanting to keep this trial going,

8    we can't do it, unless we do it in the park somewhere.  That

9    wouldn't be suitable, so, we all have a day off tomorrow.

10             It's an important date, and we will resume on

11   Monday at 9 o'clock.  We are not recessing now, but I wanted to

12   let you know for your own purposes.

13             Let me just say something else to you.  This

14   is all new to you as jurors, the proceedings, the back and

15   forth, interplay between the Court and the lawyers.

16             When I call a bench conference, and I don't do

17   it frequently, it's because I think there is something you

18   ought not hear at the moment that I want to clarify with the

19   lawyers.  That is why we do it.

20             It's not to keep secrets from you, it's to

21   enable me to have more information to make the rulings.  As you

22   can see, that is my job to make rulings and control the

23   proceedings.

24             As you can tell, the lawyers on both sides are

25   vigorous and able, and it is their responsibility, they are
```

```
 1   doing the best they can for their respective clients, both

 2   sides, and the Court understands that.

 3                  On occasion, they may, in my view, step a

 4   little too far, at which point I may or may not admonish the

 5   lawyer.

 6                  If I do that, that is no disrespect to any

 7   lawyer.  That is just my way of keeping order, and furthermore,

 8   when I make -- when you hear an objection, and I rule on it,

 9   this is not a ball game and the end result is not how many

10   objections I sustain or overrule on one side or the other.

11                  Lawyers have an obligation to object to

12   evidence if they think the evidence is improper, and it's my

13   job to rule on it.  There are certain rules which govern these

14   proceedings.

15                  So, understand, you know, that and focus as I

16   told you at the outset is on the evidence.  You are the

17   deciders of the evidence.  That is the most important feature

18   of the case.  And law, as I will give it to you, when the case

19   is concluded, before the lawyers are -- just I wanted to make

20   that brief comment to you, okay.  Let's go.

21           MR. JOHNSON:  With that, thank you, Special Agent

22   MacDonald.

23                      CROSS-EXAMINATION

24           MR. MESEREAU:  Good afternoon, Special Agent.

25           THE WITNESS:  Good afternoon.
```

UNITED STATES DISTRICT COURT

```
 1   BY MR. MESEREAU:
 2   Q    My name is Tom Mesereau.  I speak for Arthur Ayvazyan.
 3        I want to clarify if I can, what you were there to do and
 4   what you weren't there to do, okay.
 5   A    Okay.
 6   Q    You were asked questions about a lot of documents
 7   involving handwriting, correct?
 8   A    Correct.
 9   Q    You were asked questions by the prosecutor about whether
10   these handwritten notes were found in a house occupied by
11   Arthur Ayvazyan, correct?
12   A    Correct.
13   Q    But you also knew that that house was also occupied by
14   someone named Tamara Dadyan, correct?
15   A    Correct.
16   Q    You were not there to determine whose handwriting was on
17   those documents, correct?
18   A    Correct.
19   Q    You don't know, as you sit here today, who wrote those
20   documents, whether it was someone who lived in the house or
21   someone who didn't live in the house, correct?
22   A    Correct.
23   Q    Now, you said, correct me if I'm wrong, you said when you
24   walked into the house, agents were either organizing or
25   reviewing documents, correct?
```

94

```
1    A      In the office, correct.

2    Q      And there was an office in the house, correct?

3    A      Correct.

4    Q      Was that the only office you saw in the house?

5    A      It was the only room that appeared to be an office in the

6    house.

7    Q      You don't know whether Mr. Artur Ayvazyan or Ms. Tamara

8    Dadyan primarily used that room as an office, correct?

9    A      Correct.

10   Q      And that wasn't your job to even determine that, correct?

11   A      Correct.

12   Q      And certainly wasn't your job to have anything

13   fingerprinted, right?

14   A      Right.

15   Q      It wasn't your job to analyze any handwriting, correct?

16          It wasn't your job to look for any trace evidence to

17   determine who may have touched or used or manufactured any of

18   these documents, correct?

19   A      Correct.

20          MR. FENTON:  Objection, that assumes facts not in

21   evidence.

22          THE COURT:  Well, in a limited way to the scope of

23   what she did.  He can ask some limited questions.

24   BY MR. MESEREAU:

25   Q      You were asked by the prosecutor if certain checks in
```

1   different names and company names were found in the residence,

2   correct?

3   A     Correct.

4   Q     But you weren't asked to find out who ordered those

5   checks, who had them printed or who even paid for those checks,

6   correct?

7   A     Correct.

8   Q     You mentioned you found some phones in the house, correct?

9   A     Correct.

10  Q     Was it your job to find out who primarily used those

11  phones?

12  A     It was not.

13  Q     Was it your job to find out if anyone had used those

14  phones at any time?

15  A     No.

16  Q     Okay.  Now, the prosecutor had you identify some loan

17  documents that appeared to deal with PPP loans, correct?

18  A     Correct.

19  Q     But weren't asked to determine who obtained those

20  documents?

21        THE COURT:  Mr. Mesereau, in the Court's view, you

22  have pursued this line of questioning adequately.  I think you

23  have made your point.

24        MR. MESEREAU:  Thank you very much, Your Honor.

25  Thank you.

```
1                    THE WITNESS:  Thank you.
2                    THE COURT:  Anything further?
3                         CROSS-EXAMINATION
4   BY MR. KEOUGH:
5   Q    Good afternoon.  Thanks again for coming in today.
6        You have had some testimony about the search of the home
7   at 17450 Weddington.  You recall that testimony?
8   A    Yes.
9   Q    And as part of that search, you had a basic understanding
10  of who lived in the home before you showed up.  Is that fair to
11  say?
12  A    Correct.
13  Q    And is it fair to say that Richard Ayvazyan was not one of
14  the people who lived in that home?
15  A    That was my understanding, yes.
16                   MR. KEOUGH:  Thank you.
17                   THE COURT:  All right.  Thank you, Agent MacDonald.
18                        Next witness?
19                   THE COURTROOM DEPUTY:  Stand right there.  Raise
20  your right hand.
21                        (Oath was administered.)
22                   THE WITNESS:  Yes.
23                   THE COURTROOM DEPUTY:  Please be seated.  Be careful
24  walking up the stairs.
25                   MR. PAETTY:  Your Honor, the United States calls
```

**UNITED STATES DISTRICT COURT**

```
 1   Amirah Halum.
 2              THE COURTROOM DEPUTY:  Please be seated.  State your
 3   full name and spell it for the record.
 4              THE WITNESS:  Okay.  My name is Amirah Halum.
 5   A-m-i-r-a-h.  Last name is H-a-l-u-m.
 6                          AMIRAH HALUM,
 7                     having been duly sworn,
 8                      testified as follows:
 9                      DIRECT EXAMINATION
10   BY MR. PAETTY:
11   Q    Good afternoon, Ms. Halum.  What is your job?
12   A    I'm a realtor.
13   Q    What does a realtor do?
14   A    They help folks buy and sell a home.
15   Q    What company do you work with?
16   A    Compass.
17   Q    How long have you been a realtor?
18   A    Seven years.
19   Q    What geographic area do you work in?
20   A    The greater Palm Springs area.
21   Q    Do you know the name Richard Ayvazyan?
22   A    I do.
23   Q    How do you know that name?
24   A    He's a past client.
25   Q    Do you see Richard Ayvazyan in court today?
```

**UNITED STATES DISTRICT COURT**

```
1    A    I do.
2    Q    Can you point him out, please, and describe something he
3    is wearing?
4    A    He's standing up.
5    Q    Wearing a blue tie?
6    A    A blue tie.
7              MR. PAETTY:  Identifying defendant, Your Honor.
8              THE COURT:  Defendant is identified.
9    BY MR. PAETTY:
10   Q    How did you meet Richard Ayvazyan?
11   A    Through a past client.  He was a referral.
12   Q    And when was that?
13   A    In August of 2020.
14   Q    After you were introduced to him, did you communicate with
15   him?
16   A    I did.
17   Q    How did you do that?
18   A    Via phone, text and e-mail.
19   Q    What was the primary way?
20   A    Text messages.
21   Q    Were those communications about real estate?
22   A    Yes.
23   Q    There is a binder in front of you.  It's got a tab on the
24   side.  Take a look at Exhibit 43-A.
25   A    Okay.
```

```
 1   Q     Do you recognize that?

 2   A     Yes.

 3   Q     How do you recognize that?

 4   A     These are text messages between Richard and I.

 5   Q     I think they come from your phone?

 6   A     Yes.

 7   Q     Are they true and accurate representations of text

 8   messages from your phone?

 9   A     Yes.

10            MR. PAETTY:  Move to a admit?

11            THE WITNESS:  Received.

12        (Government Exhibit 43-A received into evidence.)

13            MR. PAETTY:  Permission to publish?

14            THE COURT:  Yes.

15   BY MR. PAETTY:

16   Q     So at the top it says Richard, Jon's friend.  Is that

17   Richard Ayvazyan?

18   A     Yes.

19   Q     And Jon's friend, what does that mean?

20   A     Jon is my past client who referred me to Rich.

21   Q     So the first text is, Hi Rich, the gate code for Cielo is

22   and a number.  What is Cielo?

23   A     Cielo is a gated community in Rancho Mirage.

24   Q     Was this your first time communicating with Richard

25   Ayvazyan by text?
```

1    A     Yes.

2    Q     How do you know that?

3    A     Because when we introduce ourselves for the first time via

4    text, realtors, we are supposed to have a signature block with

5    our DRE number.

6    Q     That your signature block?

7    A     Yes, it is.

8    Q     What a DRE number?

9    A     It's our license number from the State of California for

10   real estate.

11   Q     So your text in this exchange, your texts are in blue on

12   the right, and Richard Ayvazyan on the left in gray?

13   A     That's correct.

14   Q     Did you arrange an appointment with Richard Ayvazyan to

15   see a house on Imperial Court West in Palm Desert?

16   A     Yes, I did.

17   Q     Did you meet him there?

18   A     I did.

19   Q     Was he with anyone?

20   A     Yes.  He had two other people with him.

21   Q     Who was your understanding -- what was your understanding

22   of who was looking to purchase the home?

23   A     It was my understanding that Richard was purchasing the

24   house.

25             THE COURT:  Why is her understanding important?  I

```
 1   mean, understandings, what do they mean?  I mean, did someone
 2   tell her who was purchasing a home?  Was there a document that
 3   may be relevant?  Understandings are not relevant.
 4            MR. PAETTY:  Understood, Your Honor.
 5   BY MR. PAETTY:
 6   Q    Did you show the three individuals the house?
 7   A    Yes, I did.
 8   Q    How did they react?
 9   A    They liked the house and wanted to put in an offer, and so
10   we did.
11   Q    Did you form an impression of the relationship between the
12   three of them?
13   A    Yes.  In my opinion, they were either close friends or
14   family.
15   Q    I would go to Exhibit 43-A6.
16        Well, what were the names of the individuals you met?
17   A    Anton, and a gentleman named Mike.
18            THE COURT:  The question is who were the other
19   people?
20            MR. PAETTY:  Yes.  Who were the three people, Your
21   Honor.
22            THE COURT:  And what did you say?
23            THE WITNESS:  Gentlemen named Anton and Mike.
24   BY MR. PAETTY:
25   Q    So in this exchange:  Hi Rich, thank you for your time
```

```
 1   today.  What is the legal spelling of your first and last name
 2   for an offer?
 3        What offer is that?
 4   A    That is the offer to purchase the home on Imperial Court.
 5   Q    Did you discuss that offer with Richard Ayvazyan?
 6   A    I did.
 7   Q    And did he instruct you in whose name to write the offer
 8   on?
 9   A    Yes.  These text messages you can see Anton's name.
10   Q    Is that associated with an e-mail address to use for that
11   offer?
12   A    Yes.
13   Q    What is that?
14   A    The projecthype30@yahoo.com.
15   Q    We'll scroll to page 12.  There is a reference to a
16   contract for the home on Imperial Court you are accepting.  And
17   what -- what does that reference?
18   A    I'm sorry, say it again?
19   Q    There is a reference to a contract -- well, actually, I
20   will do it this way.
21        Could you take a look at binder 43-C or Tab 43-C in the
22   binder?
23   A    Yes.
24   Q    Do you recognize that?
25   A    Yes.
```

1    Q    What is it?

2    A    It's a purchase agreement.

3    Q    Purchase agreement for?

4    A    The home on Imperial Court West to purchase the house.

5              MR. PAETTY:  Move to admit, Your Honor?

6              THE COURT:  Received.

7         (Government Exhibit 43-C received into evidence.)

8              MR. PAETTY:  Permission to publish?

9              THE COURT:  Yes.

10   BY MR. PAETTY:

11   Q    So, the address of the real property mentioned in this is

12   74104 Imperial Court Way?

13   A    Yes.

14   Q    And whose name on the signature block?

15   A    On the offer, it's Anton Kudiumov.

16   Q    So back to the text exchange we just referenced, so the

17   agent will be presenting all offers at four.  If you want to

18   submit let me know.  I will resend the contract.

19        What is the response?

20   A    It says, I signed it yesterday.

21   Q    Referencing the offer we just read?

22   A    Correct.

23   Q    On page 13:  Good morning, Rich, the seller received two

24   other offers and countered asking for highest and best.  What

25   does that mean?

```
 1   A     That means if you want to purchase the house, you need to
 2   submit your highest and best offer by 10:00 a.m.
 3   Q     And the response is, go another 5K up.  What did that
 4   mean?
 5   A     That means resubmit our offer for another $5,000.
 6   Q     Increase the offer by 5,000?
 7   A     Yes, that is correct.
 8   Q     And the next day you text back to the sellers accept that
 9   offer.
10   A     Yes.
11   Q     Can you take a look at Tab 43-D?
12   A     Okay.
13   Q     Do you recognize that?
14   A     I do.
15   Q     How do you recognize it?
16   A     That's an e-mail sent from myself to Rich and Anton.
17   Q     Is that a true and accurate copy of an e-mail you --
18   e-mail exchange between you and Richard Ayvazyan and Anton
19   Kudiumov?
20   A     Yes.
21             MR. PAETTY:  Move to admit.
22             THE COURT:  Received.
23          (Government Exhibit 43-D received into evidence.)
24             MR. PAETTY:  Permission to publish?
25             THE COURT:  Yes.
```

UNITED STATES DISTRICT COURT

```
1    BY MR. PAETTY:
2    Q    So that e-mail, that is you at the top, the from line?
3    A    Yes.
4    Q    And to Richard Ayvazyan, and that e-mail address, is that
5    the same one he saw associated with Anton Kudiumov?
6    A    Project hype, yes.
7    Q    And what is the purpose of this e-mail?
8    A    This is to let them know their offer has been accepted and
9    we are opening escrow.
10   Q    Who did you communicate with more on this transaction,
11   Richard Ayvazyan or Anton Kudiumov?
12   A    Richard.
13   Q    Let's go back to 43-A in evidence, so in this text you say
14   you just opened escrow and provide -- you are requesting a
15   phone number and e-mail so you can wire an additional deposit.
16   What is the purpose of this e-mail?
17   A    I'm sorry?
18   Q    This text message, excuse me?
19   A    I'm sorry, can you repeat the question.
20   Q    Sure.  So in this you are asking for a -- if you can give
21   escrow a phone number and e-mail for an initial deposit.  What
22   is the purpose of this?
23   A    So when your offer gets accepted, you need to provide
24   escrow a contact information for the buyer, so they can put in
25   their initial deposit.
```

```
 1   Q    Why do you take an initial deposit?
 2   A    It's a good faith estimate to the sellers just to show
 3   your true interest in purchasing their home.
 4   Q    And how much was that in this case?
 5   A    It's always three percent of the purchase price, so in
 6   this particular case, $18,600.
 7   Q    So I will show you, take a look now at 43-E.
 8   A    What tab?
 9   Q    43-E?
10   A    E.  Thanks.  Okay.
11   Q    Do you recognize that document?
12   A    Yes.
13   Q    What is it?
14   A    It's a receipt for the initial deposit.
15   Q    Is that a true and accurate copy of the receipt for the
16   initial deposit?
17   A    Yes, it is.
18              MR. PAETTY:  Move to admit?
19              THE COURT:  Received.
20         (Government Exhibit 43-E received into evidence.)
21              MR. PAETTY:  Permission to publish?
22              THE COURT:  Yes.
23   BY MR. PAETTY:
24   Q    So that is receipt for funds for the amount you just
25   mentioned of an earnest money deposit in the amount of $18,600.
```

UNITED STATES DISTRICT COURT

1    Who is it from?

2    A     It says Top Quality Contracting.

3    Q     Had you heard of Top Quality Contracting at that point?

4    A     No.

5    Q     And who is the buyer?

6    A     Anton Kudiumov.

7    Q     Go back to 43-A at 19.

8          So a follow-up from escrow asking for a contact for the

9    initial deposit.  And did you receive -- I guess, who do you

10   receive a response for that contact information for Anton?

11   A     Richard.

12   Q     Page 20.  And you are asking for a lender.  What is the

13   purpose of that?

14   A     So I need to know who the lender is so I can get them a

15   copy of the purchase agreement.

16   Q     And you are asking whether -- whether you can contact

17   Anton direct.  What do you mean by that?

18   A     Can you repeat the question?

19   Q     Sure.  I'm sorry, so, it looks like you are asking Richard

20   Ayvazyan if he wants you to contact Anton, correct?  What does

21   that mean?

22   A     I see what you are saying.  Contact Anton direct.  He

23   wants me to contact Anton or will he take care of it.  Can

24   Richard give me the information or Anton.

25   Q     So you are asking him?

1    A    Correct.

2    Q    Did you ever try to call Anton Kudiumov?

3    A    I did.

4    Q    What was the result of that?

5    A    He never answered the phone.

6    Q    Go to page 26.  So this is a text from you to Richard

7    Ayvazyan telling him about a contingency that is due on the

8    Imperial Court house.  What is the contingency?

9    A    So, a contingency is something that needs to be met before

10   moving forward in a transaction.

11   Q    And it says you left a message with Anton and a text, so

12   was that a phone message and a text?

13   A    That is correct.

14   Q    You didn't hear back?

15   A    No, I did not.

16   Q    Did that happen often?

17   A    Yes, it did.

18   Q    What did you do when Anton Kudiumov wouldn't call you

19   back?

20   A    I would reach out to Richard.

21   Q    Did that generally give you what you needed?

22   A    Yes.

23   Q    So now on page 23.  Another text to Richard Ayvazyan about

24   scheduling to close.  What does that mean?

25   A    So we were scheduled to close on October 20th.

1    Q    And you needed a final payment?

2    A    That is correct.

3    Q    Did you ever get a final payment?

4    A    No.

5    Q    Can you take a look at 43-F in the binder?

6    A    Okay.

7    Q    Do you recognize that?

8    A    Yes.

9    Q    How do you recognize it?

10   A    That is my e-mail letting them know that the sellers are

11   going to cancel the transaction.

12   Q    Is that a true and accurate copy of the e-mail?

13   A    Yes.

14           MR. PAETTY:  Move to admit.

15           THE COURT:  Received.

16       (Government Exhibit 43-F received into evidence.)

17           MR. PAETTY:  Permission to publish?

18           THE COURT:  Yes.

19   BY MR. PAETTY:

20   Q    And who did you send this to?

21   A    To Anton and Richard and Mary, the lender.

22   Q    Mary Symbadian, (phonetic) that is the lender?

23   A    That is correct.

24   Q    Regarding the demand to close, did you ever hear from

25   Richard Ayvazyan when you sent this e-mail?

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you ever hear from him or talk to him again? |
| 3 | A | No. |
| 4 | Q | Take a look at 43-B. |
| 5 | A | B as in boy? |
| 6 | Q | Yes, thank you. |
| 7 | A | Okay. |
| 8 | Q | Do you recognize that? |
| 9 | A | Yes. |
| 10 | Q | What is it? |
| 11 | A | These are proof of funds for their down payment. |
| 12 | Q | Is that a true and accurate copy of the proof of funds? |
| 13 | A | Yes. |
| 14 | Q | Is that actually part of the larger chain is that -- is |
| 15 | | that a text message chain? |
| 16 | A | That is a text message. |
| 17 | Q | Okay.  Is that -- what is that text message chain from, |
| 18 | | where did it come from? |
| 19 | A | It came from Anton. |
| 20 | Q | Did you provide that? |
| 21 | A | Anton provided it to me. |
| 22 | Q | Okay.  So I apologize, I will ask it a different way if it |
| 23 | | was unclear. |
| 24 | | So what is the source of the information -- you can scroll |
| 25 | | through it, you can leaf through the binder on 43-B.  What is |

UNITED STATES DISTRICT COURT

1    the entirety of 43-B?

2    A    So, we were in the house.

3    Q    I'm sorry, I wanted to -- I apologize, 43-B, is that a

4    text chain?

5    A    Yes.

6    Q    From your phone?

7    A    Yes.

8    Q    Is that a true and accurate copy of a text chain from your

9    phone?

10   A    Yes.

11             MR. PAETTY:  Thank you.  I will move to admit.

12             THE COURT:  Received.

13        (Government Exhibit 43-B received into evidence.)

14             MR. PAETTY:  Permission to publish?

15             THE COURT:  Yes.

16             MR. PAETTY:  I apologize.  Ms. Halum, my question

17   was a little vague.

18   BY MR. PAETTY:

19   Q    I think what you are referring to is this top portion of a

20   proof of funds.  What is a proof of funds?

21   A    Proof of funds is to show the seller that you have

22   sufficient funds for a down payment on their house.

23   Q    And who did this come from, this text message?

24   A    From Anton.

25   Q    Why did he send that to you?

1    A    So that I can attach it to the offer.

2    Q    And I see your signature block here.

3         Was this the first communication between -- text

4    communication between you and Anton Kudiumov?

5    A    Yes.

6    Q    And did you text him after that?

7    A    I did.

8    Q    Was he particularly responsive to your text messages?

9    A    No.

10   Q    So this is a string of blue texts from you with no

11   response; is that correct?

12   A    Yes.  That's right.

13   Q    And then here on page 4 you sent over additional documents

14   and this is later in September, and you received just a thank

15   you, correct?

16   A    Yes.  That's right.

17        THE COURT:  Could we move this along a little bit.

18   It's getting a little slow.

19        MR. PAETTY:  We're almost at the end.

20        THE COURT:  Okay.

21   BY MR. PAETTY:

22   Q    So here it references on page 11, cancellation of a

23   contract.

24        Is that the cancellation for the contract you just

25   discussed for the Imperial Court purchase?

```
1   A     Yes.

2   Q     And was that contract in fact canceled?

3   A     Yes, it was.

4   Q     Did you ever hear from Anton Kudiumov again?

5   A     No, I did not.

6             MR. PAETTY:  Nothing further, Your Honor.

7             THE COURT:  Cross-examination?

8             MS. NEWCOMER:  Your Honor, may we have a quick

9   sidebar before we start this cross-examination?

10            THE COURT:  All right.

11                      (Sidebar begins.)

12            MS. NEWCOMER:  Could we take a recess?

13            THE COURT:  Let's take five minutes and go on until

14  5:00, all right.

15            THE COURTROOM DEPUTY:  All rise.

16                  (The jury exits the courtroom.)

17            THE COURTROOM DEPUTY:  Please be seated.

18            THE COURT:  Who speaks to the issue?

19            MS. NEWCOMER:  I will, Your Honor.  Your Honor, we

20  had information that Mike, the third person that Ms. Halum

21  mentioned as going on the tour of the Imperium Court house was

22  Manuk Grigoryan.

23                  And that she was doing -- was also showing

24  Manuk houses and was involved in real estate purchase -- real

25  estate purchases with Manuk Grigoryan.  So I would like to be
```

1    able to probe that during cross-examination, but I wanted to

2    raise it now so that you understood the relevance just given

3    the Court's prior rulings on our probing of witnesses.

4              THE COURT:  Tell me, in your opinion, what is the

5    relevance?

6              MS. NEWCOMER:  Our understanding is that Manuk

7    Grigoryan was using different names to purchase homes and that

8    Ms. Halum was aware of that, and so the fact that Manuk

9    Grigoryan was using different names to make home purchases is

10   very relevant to the facts of this case.

11             THE COURT:  So your offer of proof is that you have

12   a good faith belief that she was an agent for Manuk Grigoryan,

13   and when he asked her about home purchases, the pattern was

14   similar to this.  He is the person who interfaced with the

15   witness, the agent, but ultimately another person's name was

16   inserted?

17             MS. NEWCOMER:  That's correct.

18             THE COURT:  Who would that other person be?  I mean,

19   what name?

20             MS. NEWCOMER:  I believe, Your Honor, the other

21   synthetic identities at issue in the case, for example, Anton

22   Kudiumov.

23             THE COURT:  So, in other words, it isn't really

24   cross-examination, you are trying to develop evidence about

25   your theory of the case?

```
 1              MS. NEWCOMER:  Your Honor --

 2              THE COURT:  In other words, I could not allow it now

 3   and enable you to recall the witness, but since she's here you

 4   would like to make her your own witness for that purpose?

 5              MS. NEWCOMER:  Yes, Your Honor.  We would like to be

 6   able to probe that today.

 7              MR. PAETTY:  Your Honor, I would say to the Court's

 8   point, that is beyond the scope.

 9              THE COURT:  I said that.  It is beyond the scope but

10   I told you that it makes sense, the witness is here and it

11   doesn't make any difference if the evidence is developed on the

12   government's case or the defense case.  It's the evidence, so,

13   what other objection do you have?

14              MR. PAETTY:  403.

15              THE COURT:  I mean, in theory, I mean, of the case

16   seems to be that this was Manuk Grigoryan.

17              MS. NEWCOMER:  Grigoryan.

18              THE COURT:  Grigoryan's doing, and that I take it

19   Ayvazyan was -- is that your theory, he's the real architect of

20   this?

21              MS. NEWCOMER:  Yes, Your Honor.

22              THE COURT:  That Richard Ayvazyan was just what?  I

23   mean, how do you -- what is your argument about Ayvazyan?  I

24   mean, Grigoryan is not on trial now, but of course, what he did

25   or didn't do is relevant, notwithstanding his guilty plea
```

```
 1   because he's a co-conspirator.  So what he does has relevance,
 2   but what -- what relevance does it have to -- how are you going
 3   to tie this to Richard Ayvazyan?  Are you going to say he
 4   didn't know about it, he was doing the bidding of Grigoryan?  I
 5   mean, what is it?
 6            MR. RAM:  It's relevant in a few different ways,
 7   Your Honor.
 8            THE COURT:  Give me a couple.
 9            MR. RAM:  Sure.  One of the first is that there were
10   multiple schemes going on here involving Manuk Grigoryan.  For
11   example, we're going to actually present evidence that he had a
12   credit card bust-out scheme where he was taking credit cards in
13   the names of some of these same people, Viktoria, Iuliia, and
14   approaching -- there are two or three phases of this.  But one
15   phase he would approach vendors, and say, hey, I'm going to buy
16   something for $100,000 from you, and pay you $30,000.  You
17   don't have to give me anything, the credit card company will
18   pay for it.
19            THE COURT:  So, you are saying that Grigoryan had
20   his own scheme?
21            MR. RAM:  Correct, Your Honor.
22            THE COURT:  So, assuming that he had his own scheme,
23   how does it relate to what has been put forth by the government
24   against your client?
25            MR. RAM:  It's the overlapping identities and
```

UNITED STATES DISTRICT COURT

entities used both for the credit card bust-out scheme for the alleged PPP fraud, and it's essentially the factual predicates for it start way back in 2017, 2018, and it's those -- so there is actually several schemes, Your Honor. There is Tamara Dadyan's group which we don't need to talk about right now.

THE COURT: But let me get the facts straight.

My recollection is that in a search of Richard Ayvazyan's home they found a bunch of California licenses.

MR. RAM: That was Tamara Dadyan's house.

THE COURT: Is that Tamara Dadyan's house? So what did they find from Richard Ayvazyan's home --

MR. RAM: Not much.

THE COURT: No credit cards, no licenses?

MR. RAM: They had photos on a phone involving Zhadko, and -- Kauichko, excuse me.

THE COURT: Tell me, I will give you a chance to respond.

MR. PAETTY: Thank you, Your Honor.

THE COURT: I see the point that counsel is urging that the government is arguing that I think you have asked to preserve identities are related to either transaction that had occurred, that is a loan transaction or that there were some conversations on text messages that indicated some discussion about these reserve identities, even though they weren't actually used for a loan. That is essentially correct. The

```
 1    reserve identities.
 2              MR. PAETTY:  That's correct.
 3              THE COURT:  So how does the argument by counsel --
 4    why is it not relevant?  In other words, these reserve
 5    identities were found where?
 6              MR. PAETTY:  They were found -- they were shared
 7    among the coconspirators.  So found at times on Weddington, at
 8    Tamara Dadyan's house, some of them found at -- with the -- on
 9    the phone that was seized in Topeka.
10              THE COURT:  What?
11              MR. PAETTY:  Some were found on the phone in Topeka.
12    Specific to this witness, this witness testified about Anton
13    Kudiumov.  That is not a reserve identity, that is a charged
14    identity -- synthetic identity in this case.  So the 403
15    objection here is it sounded like counsel's proffer was that
16    this witness was somehow involved.
17              THE COURT:  The witness, meaning the real estate
18    agent?
19              MR. PAETTY:  The witness on the stand was somehow
20    involved with Manuk Grigoryan in some other scheme that is
21    unrelated to this.
22                      And the risk of the government's argument is
23    that the risk of 403 of allowing an extended inquiry into that,
24    that the prejudicial -- the prejudicial nature of that
25    substantially outweighs any probative value, that that -- this
```

```
 1   witness may have as it relates to that, Your Honor.
 2             MR. RAM:  May I, Your Honor?
 3             THE COURT:  Yes.
 4             MR. RAM:  I actually agree with what Mr. Paetty said
 5   with respect to it does go to the credibility of this witness
 6   which would be relevant under any circumstances.
 7                     But in addition to that, Your Honor, as we
 8   know from just looking at the indictment, the government has
 9   charged that Anton Kudiumov is Manuk Grigoryan, the very
10   individual we're talking about being in these different schemes
11   with overlapping players from this case, potentially including
12   my client and others.
13                     So it is highly relevant.
14             THE COURT:  I think I got it.  Now, I have to take
15   two minutes.  I will be back.
16             THE COURTROOM DEPUTY:  All rise.
17                     (The jury exits the courtroom.)
18             THE COURTROOM DEPUTY:  Are we ready to proceed?
19                     All rise, this Honorable Court is in session.
20   Please be seated and come to order.
21             THE COURT:  She can be here for what I'm going to
22   say.  I'm just going to give you -- actually it's better that
23   she is here.  I'm going to give you what I'm going to allow
24   you -- where is the lawyers?
25             MS. NEWCOMER:  Right here, Your Honor.
```

1          THE COURT:  I'm going to ask this witness on your

2     cross-examination, I'm going to allow to you ask her whether

3     she ever represented the person she identified as Mike as the

4     person -- one of the three people who came to the meet with her

5     about the purchase of the Palm Springs house.

6                You can ask her how many homes she represented

7     him buying.

8                You can ask her if he ever used the name Anton

9     Kudiumov, and that's it.

10          MS. NEWCOMER:  Thank you, Your Honor.  I will stick

11     to those three questions.

12          THE COURT:  Let's get the jury.

13          THE COURTROOM DEPUTY:  All rise.

14                And maybe you can ask her if this Mike ever

15     identified himself with his last name.

16          MS. NEWCOMER:  Yes, Your Honor.

17          THE COURT:  I'm just not telling you what to do, but

18     if you have a picture of Mike you want to show it to her, she

19     might be able to identify who Mike is.  I don't know.  It's

20     just a thought.

21          MS. NEWCOMER:  Yes, Your Honor.

22          THE COURT:  It might help you.

23          MS. NEWCOMER:  Yes, Your Honor.

24          THE COURT:  But make it brief.

25          THE COURTROOM DEPUTY:  All rise.

```
 1                    (The jury enters the courtroom.)

 2              THE COURTROOM DEPUTY:  All right.  You may be

 3   seated.

 4              THE COURT:  We have a few more questions of this

 5   witness.

 6                         CROSS-EXAMINATION

 7   BY MS. NEWCOMER:

 8   Q    Good afternoon, Ms. Halum.

 9   A    Hi.

10   Q    We saw on your phone you saved Mr. Ayvazyan's phone number

11   as Rich, Jon's friend?

12   A    Correct.

13   Q    Who is Jon?

14   A    Jon is a past client.

15   Q    What is his full name?

16   A    Jon Bradford.

17   Q    Do you know what Jon Bradford does?

18   A    No.

19   Q    Do you know how Jon Bradford and Rich knew each other?

20              MR. PAETTY:  Objection, relevance.

21              THE WITNESS:  No.

22              THE COURT:  She said no.

23   BY MS. NEWCOMER:

24   Q    I apologize, Your Honor, I'm waiting for my video.

25        All right.  We saw text messages between both you and Rich
```

```
 1   and you and Anton, right?
 2   A     Correct.
 3   Q     Okay.  And Anton was the one who sent you his bank account
 4   information?
 5   A     Correct.
 6   Q     And you said you mostly spoke to Anton through text
 7   messages?
 8   A     Correct.
 9   Q     Do you have other clients that you speak to mostly through
10   text messages?
11   A     Yes.
12   Q     When you went to the Imperium Court house, who met you
13   there?
14   A     Richard, Anton, and another friend, Mike.
15   Q     Had you met Mike before?
16   A     We saw another house at Cielo Court.
17   Q     Who saw that house?
18   A     Myself and the same three people.
19   Q     On a different date?
20   A     Correct.
21   Q     And did you ever represent Mike when you were looking at
22   homes?
23   A     No.
24   Q     And did Mike ever identify himself by his last name?
25   A     No.
```

123

```
 1   Q     Did you hear either Rich or the other person with them
 2   refer to Mike?
 3   A     Only in a text message.
 4   Q     Did they use the name Mike?
 5   A     In the text message.
 6   Q     Did you hear them refer to Mike in person?
 7   A     No.
 8   Q     Ms. Halum, how many times did you meet with the
 9   government?
10   A     Who?
11   Q     The government?
12   A     On a phone call.
13   Q     How many phones calls did you have with the government?
14   A     Three, that I can remember.
15   Q     When was the first phone call with the government?
16   A     January or February.
17   Q     And what did you discuss?
18   A     Can you be more specific?
19   Q     What did the government tell you was the reason for their
20   call?
21   A     That they asked me to do -- I know a gentleman by the name
22   of Anton Kudiumov.  Yes, that is -- I said yes, that is a past
23   client.  And then they said that person doesn't exist.
24              MR. PAETTY:  Objection, Your Honor.
25              THE COURT:  What did the government say to you?
```

```
 1                 MR. PAETTY:  Yes.

 2                 THE COURT:  I mean, what did the government say to

 3     her about what?

 4                     I mean, in other words, did they ask her --

 5     well, she said they asked her about whether she knew Anton

 6     Kudiumov.  Is that what she said?

 7                 MS. NEWCOMER:  Yes, Your Honor.

 8                 THE COURT:  All right.

 9     BY MS. NEWCOMER:

10     Q    When was the second time you met with the government or

11     have had a telephone call with the government?

12     A    About three weeks later.

13     Q    And what did they tell you was the purpose of that call?

14     A    There is a subpoena for my records.

15     Q    What records were those?

16     A    My text messages and e-mails.

17     Q    And we saw you had text messages for Rich, right?

18     A    Correct.

19     Q    And there were text messages with Anton?

20     A    Correct.

21     Q    Did you ever text message with Mike?

22     A    Never.

23     Q    Okay.  And we also saw e-mails, were those in response to

24     the subpoena?

25     A    The e-mails provided?
```

```
1    Q    Yes.

2    A    Yes.

3    Q    Okay.  And you e-mailed with both Rich and Anton, right?

4    A    Correct.

5    Q    And did you understand that Anton was buying the Imperial

6    Court property?

7    A    Can you be more specific?

8    Q    Is Anton the one whose name was on the purchasing

9    documents?

10   A    Yes.

11   Q    And is Anton, the bank account you were shown to explain

12   that there was sufficient money to make the house purchase?

13   A    Anton provided the proof of funds for the purchase.

14   Q    Proof of funds, thank you.  That was via text messages,

15   right?

16   A    Correct.

17   Q    What date did that happen on?

18   A    Can I look at the -- I don't --

19   Q    Please do, to refresh your recollection.

20   A    So it had to happen on the Saturday before September 12th.

21        MS. NEWCOMER:  Okay.  Mr. Cruz, is it possible for

22   me to show something only to the witness?

23        THE COURTROOM DEPUTY:  Okay.  Go ahead.

24        MS. NEWCOMER:  Can you see the video?  Is there

25   something on your screen yet?
```

**UNITED STATES DISTRICT COURT**

```
 1                  THE WITNESS:  No.

 2                  MS. NEWCOMER:  Let me switch.

 3                  THE WITNESS:  I can see the video.

 4     BY MS. NEWCOMER:

 5     Q     Ms. Halum, did you recognize that video?

 6     A     This is the first time I see the video, but I was in the

 7     video.

 8     Q     And who was with you?

 9     A     Richard, Anton, and per the text messages, a gentleman

10     named Mike.

11     Q     Do you recognize where that video took place?

12     A     Yeah, Imperial Court.

13                  MS. NEWCOMER:  I would like to admit the video into

14     evidence.

15                  THE COURT:  Received.

16              (Defense Exhibit DX100 received into evidence.)

17                  MR. PAETTY:  May I see the video?

18                  MS. NEWCOMER:  It was produced in discovery.

19                  THE COURT:  Take a look at it on the screen here.

20     Come here and look at it.

21                  MR. PAETTY:  Thank you, Your Honor.

22                  THE COURT:  Let's get this going a little bit.  It's

23     dragging, not your examination, just the whole afternoon.

24                  MS. NEWCOMER:  I understand, Your Honor.

25                  THE COURT:  Do you see it?
```

1          MR. PAETTY:  Yes, Your Honor.

2          THE COURT:  Go ahead.  It's in evidence.

3          MS. NEWCOMER:  Could we play it for the jury?

4          THE COURT:  Yes.

5          MS. NEWCOMER:  Thank you, Your Honor.

6          THE COURT:  Ask her a question.

7          MS. NEWCOMER:  I'm going to, Your Honor.  I was

8    letting the video play.

9          THE COURT:  Well, there is nothing in the video,

10   just people walking around.  Ask her the question.

11         MS. NEWCOMER:  Yes, Your Honor.  Can you go to the

12   part where it's three seconds in?  Pause it there once we see

13   it.

14   BY MS. NEWCOMER:

15   Q    Ms. Halum, I'm going to ask you to identify the people in

16   the video once we can get the still in and pause the video for

17   you.

18         THE COURT:  Just identify them.

19         MS. NEWCOMER:  Can you pause it right here?

20         THE COURT:  Who is wearing the blue shirt as far as

21   you know by name?

22         THE WITNESS:  Richard.

23         THE COURT:  Who's wearing the black shirt?

24         THE WITNESS:  The gentleman named Anton.

25         THE COURT:  Who is wearing the white shirt?

```
 1                  THE WITNESS:  Mike.

 2                  THE COURT:  That's him.  Thank you.

 3    BY MS. NEWCOMER:

 4    Q    What was the name used for the gentleman in the black

 5    shirt?

 6    A    Anton.

 7    Q    And what was the name used for the gentleman in the white

 8    shirt?

 9                  THE COURT:  She said that already.  I have given you

10    enough opportunity.

11                      That is all you are going to be asked.  Thank

12    you.  You are excused.

13                          Next witness.

14                  MS. NEWCOMER:  Thank you, Your Honor.

15                  MS. AHN:  Your Honor, the government calls Andrew

16    Jaung.

17                  THE COURTROOM DEPUTY:  Raise your right hand.

18                       (Oath was administered.)

19                  THE WITNESS:  Yes.

20                  THE COURTROOM DEPUTY:  Please be seated.  Careful

21    walking up the stairs.  Step over the tape.  Have a seat.

22    State your full name and spell it for the record.

23                  THE WITNESS:  Andrew Jaung.  A-n-d-r-e-w, J-a-u-n-g.

24                  THE COURTROOM DEPUTY:  Thank you.

25                              ANDREW JAUNG,
```

```
 1                    having been duly sworn,
 2                   testified as follows:
 3                    DIRECT EXAMINATION
 4  BY MS. AHN:
 5  Q    Good afternoon, Examiner Jaung.
 6  A    Good afternoon.
 7  Q    Are you employed?
 8  A    Yes.
 9  Q    With what agency?
10  A    The FBI, the Federal Bureau of Investigations.
11  Q    Are you assigned to a particular unit within the FBI?
12  A    Yes.
13  Q    What is the name of that unit?
14  A    Part of the CART squad, it stands for computer analysis
15  response team.
16  Q    What position, if any, do you hold within the computer
17  analysis response team?
18  A    I am an IT SFE or information technology specialist
19  forensic examiner.
20  Q    Could you explain what that means for the jury to unpack
21  it a little bit?
22  A    Yeah.  We analyze digital devices that are seized from
23  search warrants on the requests of different special agents.
24  Q    When you say analyze, what do you mean by that?
25  A    So, we conduct mobile extractions on mobile devices as
```

UNITED STATES DISTRICT COURT

```
 1   well as create images or we call them -- you can call them
 2   duplicates of digital devices such as hard drives, thumb
 3   drives, laptops and desktop computers.
 4   Q    Is it always an exact duplicate?
 5   A    Yes.  For, you know, hard drives and laptops and desktop
 6   computers, yes, it's exact duplicate.
 7            THE COURT:  What did you say?  Speak to the
 8   microphone.
 9            THE WITNESS:  For hard drives, laptops, desktops,
10   the state that we get it.  For the most part, it's the exact
11   duplicate.
12   BY MS. AHN:
13   Q    Are there times when you cannot extract all of the data?
14   A    Yes.
15   Q    And when you say -- when the term extract is used, are you
16   actually removing data from the device?
17   A    No.  Essentially, we want to create a duplicate of the
18   device so that we don't have to touch the original device so
19   that the original device is pure in its original state that we
20   receive it.
21   Q    How long have you been employed as a FBI CART examiner?
22   A    About four and a half years.
23   Q    Does working as an examiner require additional training?
24   A    Yes.
25   Q    What training did you receive as part of your job?
```

```
 1   A     All CART -- everyone on the CART squad has to go through
 2   an internal FBI training.  The curriculum includes mobile
 3   training, Windows-based systems and also Apple, MacIntosh-based
 4   systems.
 5   Q     When you say mobile training, what does that mean?
 6   A     Training on how to examine devices that are both Android
 7   and Apple IOS.
 8   Q     Are those on particular devices?
 9   A     I'm sorry?
10   Q     When you say Android and Apple IOS?
11   A     Just two different platforms of smartphone devices.
12   Q     They're smartphone devices?
13   A     Yes.
14   Q     Are smartphones also known as cell phones?
15   A     Modern times, yes.
16   Q     Did you receive specific training in smartphone extraction
17   with respect to particular programs?
18   A     Yes.
19   Q     Could you name one of those programs?
20   A     One of them that we use for extraction is called -- it's
21   made by a company called GrayKey, it's a device.
22   Q     Could you explain a little bit more what GrayKey is?
23   A     GrayKey is a device that gives us the ability to extract
24   IOS extract data from IOS devices as well as potentially obtain
25   the passcodes for that device as well.
```

1  Q     Did you receive training in GrayKey?

2  A     Yes.

3  Q     When you say obtain the passcodes, when is that situation

4  warranted?

5  A     When the device is locked.  In the locked state when we

6  receive it.

7  Q     What is the significance of it being in a locked state?

8  A     The device is locked.  We don't have access to conduct the

9  mobile extraction.  It has to be unlocked for us to do so.

10  Q     Does GrayKey facilitate that?

11  A     It can.

12  Q     Generally, how is it able to facilitate that?

13  A     Depends on the version of the mobile device whether it's

14  -- which model the device is and also what software that mobile

15  device is using.  It can use a number of methods to do it

16  whether it's brute force or whether it just has a way to bypass

17  the passcode all together.  There is multiple ways.

18  Q     What does brute force refer to?

19  A     Just if it's a six-digit passcode it will run through a

20  sequence of all possible six digits codes until it finally

21  finds the password or the passcode.

22  Q     That would be very time intensive?

23  A     Yes, it can take many years.

24  Q     You mention the GrayKey, is there a another program that

25  is used in analyzing or processing smartphones?

```
 1   A     Yes.  We have two other programs that we use.  One is
 2   called physical analyzer that is created by a company called
 3   Cellebrite and the other one is for PCs, the program is called
 4   ForPC.  It's also created by Cellebrite.
 5   Q     Did you receive specific training with respect to
 6   Cellebrite products?
 7   A     Yes.
 8   Q     Can you briefly describe that training?
 9   A     It's parts of the mobile training that was included in the
10   FBI training for CART.
11   Q     Overall, roughly on how many items have you done a digital
12   forensic extraction?
13   A     Probably over 100 -- just over 100 items.
14   Q     As part of your duties, did you process any smartphones
15   related to this case?
16   A     Yes.
17   Q     Could you identify one of those devices?
18   A     Yes.
19   Q     Could you?
20   A     Oh, you want me to?
21   Q     Yes, thank you.
22   A     1B17.
23   Q     Sir, what does that number refer to, 1B17?
24   A     1B numbers are internal numbers that the FBI uses to track
25   its evidence items for a certain case.
```

```
 1   Q    And for 1B17?
 2   A    Excuse me?
 3   Q    Do you need some water?
 4   A    I have some.
 5   Q    For 1B17, do you remember who the manufacturer of that
 6   phone was?
 7   A    Apple.
 8   Q    Do you remember what kind of phone that was?
 9   A    Yeah.  Apple iPhone 11.
10   Q    How did you obtain 1B17?
11   A    So to obtain an evidence item you have to -- what we would
12   do, we would drive down to the ECC or Evidence Control Center,
13   and the process includes us signing a chain to relinquish the
14   device over to me, and that is how I would get the evidence
15   item in my possession.
16   Q    What's the significance of signing the chain?
17   A    Just for accountability, so we know who has the device.
18   Q    After you obtained possession of 1B17 and signed the
19   chain, what did you do next?
20   A    I took it to our GrayKey device to perform a mobile
21   extraction.
22   Q    At that time, why did you choose to take it to a GrayKey
23   device?
24   A    The device when I received it was powered off and also
25   locked, so I took it to the GrayKey device to try to get a
```

```
1    passcode recovery or just try to let the GrayKey attempt the
2    recovery for the passcode.
3    Q    What is the significance of it being powered off?
4    A    There is two states that the phone can be in.
5         One is called AFU or after first unlock, the other one is
6    called BFU or before first unlocked.  And what it means after
7    it's been powered on, has the device been unlocked yet.  So if
8    the device was off and you turned it on, we don't unlock it
9    then it is still in the BFU state or before first unlock.
10        But if you wake up in the morning and you turn on your
11   phone and you enter your passcode to unlock, it is now in the
12   AFU state or after first unlock state.
13        Which puts it in a less -- less intense encryption, yeah.
14   Q    So with respect to the tasks you were asked to do which is
15   extract data, how does the AFU versus BFU state affect your
16   ability to extract data?
17   A    The AFU in order for GrayKey to get the passcode, if it is
18   in the AFU state, it's much easier for the GrayKey device to
19   get the passcode.  If it's in the BFU state, you can think of
20   it as there is another wall or another fence blocking you from
21   getting access to the phone.  It puts up a heightened level of
22   security if it's in that BFU state.
23   Q    Does it prevent you from getting any data whatsoever?
24   A    It doesn't prevent me from getting any data, it's a more
25   limited subset of data.
```

**UNITED STATES DISTRICT COURT**

1   Q    So after you used the GrayKey device on 1B17, what was the

2   result?

3   A    The GrayKey device was able to get me what we call a

4   partial BFU extraction, so partial before, first unlock

5   extraction.

6   Q    Once you had that extraction, what did you do next?

7   A    I took the extraction -- I took the extraction, and I

8   processed it with Cellebrite program physical analyzer.

9        What physical analyzer does it puts the extraction into a

10  human readable format so that whether it's myself or anyone can

11  start to read the data that the GrayKey has extracted.

12  Q    Could you explain human readable, what does that exactly

13  mean?

14  A    Yes.  So the extraction -- initial extraction that the

15  GrayKey gives us, it's not a file you can just double click and

16  open and see everything that was on the phone or what it was

17  able to get.

18       It's put in the container -- sorry, it's put in a

19  container that is -- that you can't look at.  Something -- a

20  program needs to extract -- sorry, needs to process that data

21  for us to read anything that we get off of it, whether it's

22  text messages, device information, photos, you know, anything

23  that was on the device that has to be processed with another

24  program in order for us to read.

25  Q    So after you ran it through the physical analyzer program,

```
 1   or Cellebrite, what was the result?  What was the product that
 2   came out on the other end?
 3        Is there a name for that?
 4   A    We generate what is called a UFED Reader.  What a UFED
 5   Reader is the program physical analyzer requires software
 6   licensing.  So, you know, this license is very expensive and
 7   instead of giving everyone that needs to review the device a
 8   license, we create a reader report which encompasses all of the
 9   items that has been in what was processed in physical analyzer.
10   We generate a report, so it's just a report of everything that
11   was found on physical analyzer, and we call it a UFED Reader
12   report.
13   Q    Is it also called a Cellebrite report?
14   A    Yes.
15   Q    So this initial report you generated is that -- does that
16   contain all of the data you were able to obtain?
17   A    Yes.
18   Q    So not a subset, but all of the data?
19   A    It can be, you can choose.
20   Q    I will clarify.
21        So, it's all of the data you were able to obtain, not a
22   subset of the data you were able to obtain?
23   A    Yes.  Initially, it is all of the data that was processed
24   and physical analyzer, we generate a report and we give it to
25   the case agent, whoever needs to do the review.
```

1    Q    When you say review, what does that mean?

2    A    Just look through what was generated from -- what

3    processed in physical analyzer.

4    Q    Is the information in the U fed read report or Cellebrite

5    report a true and accurate copy of the data you were able to

6    extract from 1B17?

7    A    Yes.

8    Q    How do you know that?

9    A    So the end product of the GrayKey device is just one file,

10   one ZIP file, and that file can be hashed, and what I mean by

11   hashed, we can generate what you can consider a digital

12   fingerprint for that particular file.

13       Now, when I processed the device, when I processed the

14   extraction, I can check and verify the integrity of the file by

15   just matching the digital fingerprint.

16   Q    Is that called a data integrity check?

17   A    You can call it data integrity check.

18   Q    Is there a way of telling on the U fed report or

19   Cellebrite report as to whether or not a check was run?

20   A    Yes.

21   Q    Did it in fact run that check for 1B17?

22   A    I didn't -- well, yes.  I think the program itself will

23   run the check automatically, and you can then run it again if

24   you would like to.

25   Q    Did you have any concerns about the adequacy of the check

```
 1   for the 1B17?
 2   A     No.
 3   Q     Generally, are you aware of the types of information that
 4   was extracted from 1B17?
 5   A     Yes, for the most part.
 6   Q     So I understand you can't describe every single file; can
 7   you just describe a couple of categories?
 8   A     Yeah, the information such as device info, you know, user
 9   accounts that were used on the phone, and also certain images
10   that the GrayKey device was able to extract.
11   Q     Would it also be able to extract contact information,
12   theoretically?
13   A     Yeah, it could.
14   Q     So based upon -- so you have covered that you have dealt
15   with Apple IOS or iPhones quite a bit in your experience.  In
16   your experience, do iPhones have a particular user ID that is
17   associated with the iPhone?
18   A     Yes.
19   Q     Is that called an Apple ID?
20   A     Yes.
21   Q     All right.  So I'm going to show you what has been marked
22   as Government Exhibit 23.
23             MS. AHN:  Paul, can you show it to the witness?
24             THE COURTROOM DEPUTY:  Go ahead.
25             MS. AHN:  Thank you.
```

UNITED STATES DISTRICT COURT

```
 1   BY MS. AHN:
 2   Q    Do you see something on your screen?
 3   A    Yes.
 4   Q    I'm going to go ahead and scroll through the four pages.
 5   I will go ahead and magnify the first page at top of the first
 6   page.
 7        Do you recognize the four pages that comprise Government
 8   Exhibit 23?
 9   A    Yes.
10   Q    How do you recognize it?
11   A    I generated it.
12   Q    What is it?
13   A    It's an extraction report from Cellebrite on 1B17 of the
14   device information and the user information found on the
15   device.
16   Q    Is it a true and accurate copy of the user information
17   from the Cellebrite report you generated?
18   A    Yes.
19           MS. AHN:  Your Honor, government seeks admission of
20   Government Exhibit 23.
21           THE COURT:  Received.
22        (Government Exhibit 23 received into evidence.)
23           MS. AHN:  Permission to publish?
24           THE COURT:  Yes.
25   BY MS. AHN:
```

```
1    Q    Examiner Jaung, does this report show the examiner name?

2    A    Yes.

3    Q    And who is listed there?

4    A    Me.  FE Jaung.

5    Q    In the note section, it identifies the 1B number?

6    A    In the note section?  Oh, yes, sorry.

7    Q    It's quite small.  And then going down to the device

8    information section, does it show an Apple ID for 1B17?

9    A    Yes.

10   Q    What is the Apple ID?

11   A    It is -- I'm going to be good at saying this name.  So

12   it's Artur, then Ayvazyan@msn.com.

13   Q    Arthur Ayvazyan@msn.com?

14   A    Yes.

15   Q    Does it also have an owner name?

16   A    Yes.

17   Q    What is the owner name?

18   A    Arthur's iPhone.

19   Q    Did you take photographs of 1B17 when you examined it?

20   A    Yes.

21            MS. AHN:  Paul, could I have it shown to the

22   witness.  Thank you.

23   BY MS. AHN:

24   Q    So there has been some redactions to this photograph, but

25   redactions notwithstanding, do you recognize what is being
```

**UNITED STATES DISTRICT COURT**

```
 1    shown to you as Government Exhibit 22?

 2    A     Yes.

 3    Q     What is this?

 4    A     That is evidence on 1B17.

 5    Q     How do you recognize it?

 6    A     I took the photo.

 7    Q     Is it a true and accurate copy of the photograph you took?

 8    A     Yes.

 9          MS. AHN:  Your Honor, admission of Government

10    Exhibit 22 and permission to publish?

11          THE COURT:  Received.

12         (Government Exhibit 22 received into evidence.)

13          MS. AHN:  Okay.

14    BY MS. AHN:

15    Q     So you mentioned you created an initial Cellebrite report

16    or the Cellebrite -- there was a Cellebrite report that was

17    generated through your extraction; is that correct?

18    A     Yes.

19    Q     Was the second Cellebrite report created from that initial

20    Cellebrite report?

21    A     Yes.

22    Q     Did you look at that second Cellebrite report?

23    A     Yes.

24    Q     And what does it contain?

25    A     Mostly images.
```

```
1    Q     How was that generated?
2    A     U fed reports can create subsequent reports, so you can
3    tag and you can tag any item that is on the initial report and
4    generate more reports of just those tagged items.
5    Q     So is it fair to say the second U fed or Cellebrite report
6    is a subset of the first report?
7    A     Yes.
8    Q     Was the second U fed or Cellebrite report a true and
9    accurate copy of the data you extracted from 1B17?
10   A     Yes.
11   Q     How do you know that?
12   A     The items found on this subset report derived from the
13   original report and the original report is a true and accurate
14   copy of the original extraction.  Therefore, it is from the
15   same device.
16   Q     As part of your training on digital devices, did you learn
17   about something called VPN?
18   A     Yes.
19   Q     What is a VPN?
20   A     VPN stands for virtual private network and what one of the
21   use cases for VPN is to change your -- change the location of
22   the user as perceived on the Internet.
23   Q     As part of your training on digital devices, did you also
24   learn about IP addresses?
25   A     Yes.
```

UNITED STATES DISTRICT COURT

1    Q     What is an IP address?

2    A     IP address, IP stands for Internet protocol, and

3    essentially, it is the Internet version of your home address

4    so.  Just like if you wanted to send a letter to a friend, you

5    need to write your friend's home address and also your own home

6    address so that your friend knows the address to send the

7    letter back to.

8          IP addresses works in the same way, accepts the Internet

9    version, the data or information you are sending out whoever is

10   receiving it knows where to send that request back to.

11   Q     Can an IP address identify the location of a device

12   associated with that IP address?

13   A     Yes.

14   Q     How, if at all, does a VPN affect the identified location

15   of a device?

16   A     First off, an IP address is unique to any location that

17   provides Internet, whether that be your house or Starbucks or

18   anywhere that has Internet.

19         What a VPN can do -- let me see -- if Person A wants to

20   watch a movie from Netflix USA, and Person A is located in the

21   USA, they want to watch a movie from Netflix USA, they have to

22   send Netflix a request, and Netflix will see the request and

23   say, okay, your user account is good, your subscription is

24   good, your location is USA, so any movie Netflix USA has, okay

25   you are good location-wise, I will send the movie back to you.

1          Now, let's say Person A finishes watching their movie,

2     they want to watch another movie, except that movie is located

3     in the United Kingdom.

4          Person A will send a request directly to Netflix United

5     Kingdom and United Kingdom will say, okay, your user account

6     checks out, your subscription checks out, your location says

7     USA.  It does not check out, so it will reject the request to

8     send the movie stream back to Person A, who is located in the

9     U.S.

10         So, what Person A can do is they can use a VPN service.

11         So instead of Person A sending the request directly to

12     Netflix UK, the Person A will send the request to the VPN

13     service whose physical location is in the United Kingdom so the

14     request will go from Person A to the VPN service, then from the

15     VPN service to Netflix UK, and then the Netflix U.S. will say,

16     your account checks out, your subscription checks out, and your

17     location will now see it as the VPN location, not the original

18     location.

19         So, Netflix will say, okay, you are all set, sends the

20     movie to the VPN, and the VPN forwards that person back to

21     Person A.

22     Q    Thank you, Examiner Jaung.  So is it fair to say a VPN can

23     make it look like the device is located, let's say, overseas?

24     A    It can.

25              MS. AHN:  No further questions, Your Honor.

```
1              THE COURT:  All right.  Any cross-examination?
2              MR. RAM:  Yes, Your Honor, we see it's a little
3    after 5:00.
4              THE COURT:  Is it okay if we continue to go a little
5    bit?
6                   Anyone objects I will respect that.  I see a
7    hand there, sir.
8                   I'm not going to inquire.  We will recess and
9    we will pick up Monday morning promptly at 9 o'clock.
10                  Please observe my admonition.  Don't access
11   anything that -- I don't know if there is anything, but don't
12   make the effort.  Don't talk to anyone at home about the case,
13   don't talk to each other, and we will see you Monday, and I
14   hope we can get going at a better pace.  Thank you.
15             THE COURTROOM DEPUTY:  All rise.
16                  (The jury exits the courtroom.)
17             THE COURTROOM DEPUTY:  Please be seated.
18             THE COURT:  Let me ask the government, where are we
19   in your case?  I know there is someone who is going to read
20   text messages, Massino, correct?
21             MR. FENTON:  That is correct, Your Honor.
22             THE COURT:  Does he come next?
23             MR. FENTON:  There is one more CART examiner to
24   authenticate the additional digital evidence.
25                  Then there will be Agent Massino.  There will
```

1    be a Celtic Bank representative and an Agent Clark.

2           THE COURT:  Celtic Bank representative should be

3    relatively brief, correct?

4           MR. FENTON:  That's correct, Your Honor.

5           THE COURT:  What is Agent Clark going to say?

6           MR. FENTON:  Agent Clark is going to testify his

7    personal observations as part of his investigation.

8           THE COURT:  I remember Zhadko.

9           MR. FENTON:  About the identities and who they tie

10   back to.

11          THE COURT:  That's it, right?

12          MR. FENTON:  The government anticipates their case

13   will be over.  There are three interstate wires to which one of

14   the defendants would not stipulate.

15                  We would like to try to have three brief

16   witnesses testify about that.

17          THE COURT:  All right.

18          MR. FENTON:  Aside from that, the government case

19   will be done.

20          THE COURT:  We have to keep things at a better clip.

21   It's been awful plodding.  I realize we are going through a lot

22   of documents and maybe I'm overstating the ability to navigate

23   the screen, but it isn't necessary to go through every

24   document.

25                  You can use those documents in argument.  You

```
 1   can use a representative part of the documents to make the
 2   point, and then you can argue the rest.
 3               But I will leave it at that.  Here is what I
 4   would like to do, I would like to speak to the defendants
 5   outside the presence of the government.
 6               In other words, I want to see if I can't
 7   anticipate any upcoming issues over the weekend, so that on
 8   Monday, we can proceed smoothly.  And my questions might be
 9   troublesome for the defendants, if the jury or anyone else is
10   present.
11               So, I intend to clear the courtroom and just
12   have the defendants remain.
13          MR. RAM:  Before you do that, there is one
14   housekeeping matter on an exhibit.
15          MS. NEWCOMER:  I would like to clarify for the
16   record, the video introduced during Ms. Halum's testimony was
17   DX-100.
18          THE COURT:  All right.  It is admitted.
19               Would everyone please take their leave.  Have
20   a nice weekend, and we will see you Monday.
21          THE COURTROOM DEPUTY:  All rise.
22               (Proceedings concluded at 5:12 p.m.)
23                        * * *
24
25
```

UNITED STATES DISTRICT COURT

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6          I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:  June 18, 2021

17

18

19                         /s/ TERRI A. HOURIGAN

20                    _____
                      TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
21                         Federal Official Court Reporter

22

23

24

25

## $

**$1,145.22** [1] - 11:15
**$100,000** [1] - 116:15
**$18,600** [2] - 106:5, 106:24
**$19,500** [2] - 37:3, 37:4
**$21,500** [1] - 29:16
**$25,000** [6] - 34:17, 34:18, 35:2, 36:21, 36:23, 37:8
**$3,380,500** [1] - 11:9
**$30,000** [1] - 116:15
**$5,000** [1] - 104:4
**$7,000** [1] - 35:7

## /

**/s** [1] - 149:19

## 1

**1** [4] - 2:18, 9:3, 10:21, 40:13
**10** [1] - 31:3
**100** [2] - 133:12
**10036** [1] - 2:16
**1004** [1] - 84:21
**10:00** [1] - 104:1
**11** [2] - 112:21, 134:8
**1114** [2] - 2:15
**12** [1] - 102:14
**12-age** [1] - 7:20
**12-page** [1] - 10:7
**12th** [3] - 55:9, 75:19, 125:19
**13** [1] - 103:22
**1330** [1] - 2:21
**140** [1] - 72:25
**14th** [1] - 67:18
**1588** [1] - 40:21
**16** [2] - 36:16
**17** [2] - 1:13, 6:1
**17450** [2] - 60:10, 96:6
**17th** [1] - 39:9
**18** [1] - 149:16
**19** [1] - 107:6
**1900** [1] - 2:12
**1935** [1] - 3:11
**1:10** [2] - 1:13, 6:3
**1B** [2] - 133:23, 141:4
**1B17** [16] - 64:1, 64:3, 133:21, 133:22, 133:25, 134:4, 134:9, 134:17, 135:25, 138:5, 138:20, 138:25, 139:3,

140:12, 141:7, 142:3
**1B21** [1] - 65:11

## 2

**2** [5] - 9:8, 11:2, 34:7, 40:25, 116:13
**20** [1] - 107:11
**20-579-SVW** [1] - 1:7
**20036** [1] - 2:22
**2013** [1] - 58:15
**2015** [2] - 55:9, 58:16
**2017** [2] - 23:19, 117:2
**2018** [3] - 22:14, 60:2, 117:2
**2020** [7] - 23:15, 60:13, 75:19, 83:20, 83:25, 84:8, 98:12
**2021** [3] - 1:13, 6:1, 149:16
**20th** [1] - 108:24
**21** [1] - 25:17
**213** [1] - 1:25
**216** [1] - 3:11
**22** [3] - 141:25, 142:9, 142:11
**2261** [1] - 42:1
**23** [5] - 108:22, 139:21, 140:7, 140:19, 140:21
**24,000** [1] - 25:17
**25** [1] - 35:10
**26** [1] - 108:5
**27** [1] - 35:10
**27th** [1] - 39:10
**28** [1] - 149:9

## 3

**3** [3] - 1:12, 11:10, 116:13
**302** [3] - 26:16, 27:4, 27:6
**303** [1] - 13:12
**312** [1] - 2:7
**32,000** [2] - 35:10, 35:12
**32K** [1] - 34:21
**333-4170** [1] - 26:23
**350** [2] - 1:24, 3:4
**37-A** [3] - 42:14, 43:4, 43:6
**37-B** [4] - 24:10, 24:25, 27:23, 46:25
**37-C** [5] - 33:4, 33:15, 36:5, 37:2, 37:8
**37-E** [7] - 32:8, 33:2, 35:1, 37:4, 37:9, 39:5,

47:1
**37-H** [2] - 39:23, 40:11
**38** [1] - 25:16
**3838** [2] - 1:23, 149:20
**3900** [1] - 2:18

## 4

**4** [3] - 9:15, 11:16, 112:12
**40,000** [1] - 25:16
**403** [1] - 55:19, 58:18, 115:13, 118:13, 118:22
**409** [1] - 3:15
**4170** [2] - 38:14, 38:23
**43-A** [4] - 98:23, 99:11, 105:12, 107:6
**43-A6** [1] - 101:14
**43-B** [3] - 110:3, 110:24, 110:25, 111:2, 111:12
**43-C** [3] - 102:20, 103:6
**43-D** [2] - 104:10, 104:22
**43-E** [3] - 106:6, 106:8, 106:19
**43-F** [2] - 109:4, 109:15
**4311** [1] - 1:24
**4910** [6] - 9:7, 11:3, 11:19, 12:20, 14:12, 82:17
**4917** [1] - 82:23

## 5

**5** [2] - 30:13, 31:3
**5,000** [1] - 104:5
**51,000** [1] - 39:11
**5141** [7] - 9:11, 9:13, 9:16, 9:20, 10:25, 29:8, 31:23
**56** [1] - 43:11
**56-J** [6] - 7:19, 7:24, 8:14, 8:17, 8:24, 9:1
**56-K** [2] - 10:11, 10:18
**57-A** [4] - 67:22, 67:24, 69:15, 85:18
**57-B** [3] - 68:14, 69:3, 69:5
**57-C** [2] - 70:9, 70:11
**57-D** [2] - 70:24, 71:9, 71:11
**57-E** [4] - 71:22,

72:10, 72:12, 73:20
**57-F** [2] - 73:9, 73:18
**57-G** [3] - 74:15, 74:17, 76:23
**57-H** [3] - 76:13, 76:25, 77:2
**57-I** [2] - 77:17, 78:3, 78:5
**57-J** [3] - 78:20, 79:8, 79:10
**57-K** [3] - 79:21, 80:6, 80:8
**57-L** [3] - 80:20, 81:5, 81:7
**57-M** [3] - 81:22, 82:7, 82:9
**57-O** [2] - 64:3, 64:5
**57-P** [3] - 64:8, 65:13, 65:15
**57O** [1] - 62:14
**5:00** [2] - 113:13, 146:2
**5:12** [1] - 148:21
**5K** [1] - 104:2
**5th** [7] - 2:12, 3:7, 60:13, 83:20, 83:24, 83:25, 84:8

## 6

**601** [1] - 3:7
**6150** [2] - 29:2, 41:3
**633** [1] - 2:12
**651** [1] - 3:15
**68,500** [1] - 39:7
**6th** [1] - 35:7

## 7

**7** [2] - 31:17, 41:19
**720** [1] - 3:7
**74104** [1] - 103:11
**747** [1] - 26:23
**753** [1] - 149:9
**7th** [1] - 37:4

## 8

**8** [1] - 9:19
**840** [1] - 25:13
**894-2849** [1] - 1:25
**8th** [2] - 36:22, 37:12

## 9

**9** [4] - 9:22, 11:23, 91:10, 146:8
**90012** [2] - 1:24, 2:8
**90071** [2] - 2:13, 3:8
**90277** [1] - 3:16

**903** [1] - 3:4
**91208** [1] - 3:11
**91316** [3] - 9:11, 9:14, 11:1
**91356** [2] - 9:7, 11:19, 82:18
**91416** [2] - 9:17, 9:21
**92673** [1] - 3:5
**94105** [2] - 2:19

## A

**A-m-i-r-a-h** [1] - 97:4
**a.m** [1] - 104:1
**ability** [3] - 131:22, 135:15, 147:21
**able** [17] - 19:5, 29:6, 85:11, 88:16, 91:24, 113:25, 115:5, 120:18, 132:11, 136:2, 136:16, 137:15, 137:20, 137:21, 138:4, 139:9, 139:10
**above-entitled** [1] - 149:12
**absolutely** [2] - 87:22, 88:10
**accept** [1] - 104:7
**accepted** [2] - 105:7, 105:22
**accepting** [1] - 102:15
**accepts** [1] - 144:7
**access** [4] - 69:13, 132:7, 135:20, 146:9
**according** [1] - 15:9
**account** [9] - 32:19, 32:21, 36:18, 69:12, 122:2, 125:10, 144:22, 145:4, 145:15
**accountability** [1] - 134:16
**accounts** [2] - 77:7, 139:8
**accuracy** [1] - 88:20
**accurate** [29] - 24:20, 32:22, 33:10, 40:6, 67:3, 68:21, 70:5, 71:4, 72:6, 73:14, 74:11, 76:18, 77:24, 79:4, 80:2, 80:25, 82:3, 88:18, 99:6, 104:16, 106:14, 109:11, 110:11, 111:7, 138:4, 140:15, 142:6, 143:8, 143:12
**accurately** [1] - 87:1
**actual** [3] - 54:12, 61:21, 67:10

**add** [2] - 22:25, 69:11
**addition** [3] - 9:24, 69:14, 119:6
**additional** [7] - 39:6, 56:23, 79:18, 105:14, 112:12, 130:22, 146:23
**address** [32] - 9:6, 9:10, 9:13, 10:24, 11:18, 28:23, 29:2, 29:5, 29:7, 29:9, 29:10, 31:20, 31:22, 40:25, 72:3, 81:14, 81:17, 82:17, 84:17, 102:9, 103:10, 105:3, 143:25, 144:1, 144:2, 144:4, 144:5, 144:10, 144:11, 144:15
**addresses** [4] - 71:3, 84:17, 143:23, 144:7
**adequacy** [1] - 138:24
**adequately** [1] - 95:21
**administered** [4] - 21:15, 59:6, 96:20, 128:17
**Administration** [1] - 72:23
**admission** [3] - 43:3, 140:18, 142:8
**admit** [28] - 8:23, 10:16, 24:23, 32:25, 33:13, 40:9, 64:3, 65:13, 67:22, 69:3, 70:9, 71:8, 72:10, 73:17, 74:15, 76:22, 78:2, 79:8, 80:6, 81:5, 82:7, 99:9, 103:4, 104:20, 106:17, 109:13, 111:10, 126:12
**admitted** [2] - 24:24, 148:17
**admonish** [1] - 92:3
**admonition** [1] - 146:9
**adults** [1] - 62:2
**affect** [2] - 135:14, 144:13
**AFTERNOON** [1] - 1:12
**afternoon** [19] - 7:3, 7:4, 12:18, 12:19, 14:10, 14:11, 22:3, 22:4, 59:21, 83:17, 83:18, 92:23, 92:24, 96:4, 97:10, 121:7, 126:22, 129:4, 129:5
**AFU** [5] - 135:4, 135:11, 135:14, 135:16, 135:17
**agency** [1] - 129:8
**agent** [14] - 19:14, 19:18, 19:19, 59:1, 59:25, 60:1, 60:3, 60:7, 83:1, 103:15, 114:11, 114:14, 118:17, 137:24
**Agent** [33] - 6:20, 7:3, 59:21, 64:7, 66:20, 68:13, 69:9, 69:22, 70:15, 70:23, 71:15, 71:21, 72:19, 73:8, 73:24, 74:7, 74:21, 76:12, 78:25, 79:14, 79:20, 80:19, 81:11, 81:24, 82:13, 83:17, 92:20, 92:23, 96:16, 146:24, 146:25, 147:4, 147:5
**agents** [14] - 20:16, 62:9, 63:6, 63:7, 63:8, 64:18, 64:19, 66:3, 66:6, 83:1, 87:9, 87:11, 93:23, 129:22
**ago** [5] - 48:19, 48:20, 63:22, 67:19
**agree** [3] - 41:10, 88:2, 119:3
**agreement** [3] - 103:1, 103:2, 107:14
**ahead** [20] - 6:18, 10:5, 11:8, 11:23, 27:12, 28:11, 36:10, 43:11, 46:24, 50:20, 66:17, 66:18, 69:20, 70:21, 86:11, 125:22, 127:1, 139:23, 140:3, 140:4
**AHN** [40] - 2:5, 6:15, 6:17, 6:19, 7:2, 7:13, 7:16, 8:11, 8:13, 8:16, 8:22, 9:2, 10:3, 10:6, 10:16, 10:19, 10:20, 12:3, 15:5, 15:17, 16:2, 17:1, 18:23, 59:1, 59:4, 128:14, 129:3, 130:11, 139:22, 139:24, 139:25, 140:18, 140:22, 140:24, 141:20, 141:22, 142:8, 142:12, 142:13, 145:24
**air** [1] - 8:6
**air-conditioning** [1] - 8:6
**al** [1] - 1:8
**alias** [1] - 50:11
**aliases** [3] - 50:8, 51:9, 51:11
**align** [1] - 8:20
**alleged** [1] - 117:1
**allow** [4] - 56:21, 115:1, 119:22, 120:1
**allowing** [1] - 118:22
**almost** [1] - 112:18
**Alpha** [1] - 3:11
**alternative** [1] - 36:8
**ambiguity** [3] - 89:6, 89:17
**Amenecer** [1] - 3:4
**AMERICA** [1] - 1:5
**American** [1] - 11:17
**Americas** [1] - 2:15
**Amirah** [2] - 96:25, 97:3
**AMIRAH** [1] - 97:5
**amount** [4] - 32:3, 36:20, 106:23, 106:24
**analysis** [2] - 129:13, 129:16
**analyze** [3] - 94:14, 129:21, 129:23
**analyzer** [9] - 133:1, 136:7, 136:8, 136:24, 137:4, 137:8, 137:10, 137:23, 138:2
**analyzing** [1] - 132:24
**Anatasia** [1] - 75:10
**Andrew** [2] - 128:14, 128:22
**ANDREW** [2] - 128:22, 128:24
**Android** [2] - 131:5, 131:9
**Angeles** [3] - 2:8, 2:13, 3:8
**ANGELES** [4] - 1:14, 1:24, 6:1, 149:3
**Anna** [1] - 75:4
**announce** [1] - 81:19
**answer** [6] - 19:5, 36:1, 38:8, 52:3, 54:7, 78:16
**answered** [3] - 17:2, 54:5, 108:4
**Anthony** [4] - 21:12, 21:21, 27:24, 28:6
**ANTHONY** [2] - 21:22, 21:23
**anticipate** [1] - 148:6
**anticipates** [1] - 147:11
**Anton** [54] - 39:14, 39:18, 40:2, 40:13, 40:19, 40:23, 41:1, 41:5, 41:22, 50:2, 50:25, 52:6, 101:16, 101:22, 103:14, 104:15, 104:17, 105:4, 105:10, 107:5, 107:9, 107:16, 107:19, 107:21, 107:22, 107:23, 108:1, 108:10, 108:17, 109:20, 110:18, 110:20, 111:23, 112:3, 113:3, 114:20, 118:11, 119:8, 120:8, 121:25, 122:2, 122:5, 122:13, 123:21, 124:4, 124:18, 125:2, 125:4, 125:7, 125:10, 125:12, 126:8, 127:23, 128:5
**Anton's** [1] - 102:8
**anyway** [1] - 52:20
**AP** [4] - 36:14, 41:19, 44:3
**apologies** [1] - 72:16
**apologize** [5] - 20:16, 110:21, 111:2, 111:15, 121:23
**APP** [1] - 28:9
**appear** [4] - 70:18, 73:25, 77:6, 86:17
**APPEARANCES** [1] - 2:1
**Appearances** [1] - 3:1
**appeared** [3] - 85:8, 94:4, 95:16
**Apple** [11] - 62:22, 62:23, 131:2, 131:6, 131:9, 134:6, 134:8, 139:14, 139:18, 141:7, 141:9
**application** [2] - 11:21, 72:24
**applications** [13] - 16:1, 16:6, 16:9, 16:18, 16:22, 16:25, 17:6, 17:8, 71:25, 72:1, 73:2, 73:3
**appointment** [1] - 100:13
**approach** [8] - 13:8, 15:2, 18:2, 24:6, 43:7, 50:13, 59:1, 116:14
**approaching** [1] - 116:13
**appropriate** [1] - 88:14
**approximated** [1] - 43:17
**architect** [1] - 115:18
**area** [5] - 65:22, 66:11, 97:18, 97:19
**argue** [7] - 51:1, 51:12, 57:18, 87:23, 87:24, 88:16, 148:1
**arguing** [3] - 15:19, 88:11, 117:19
**argument** [8] - 51:8, 57:17, 87:21, 90:25, 115:22, 118:2, 118:21, 147:24
**arguments** [1] - 88:14
**Arizona** [1] - 42:8
**arrange** [1] - 100:13
**arrest** [1] - 58:1
**arrested** [3] - 55:4, 55:17, 58:15
**arrived** [2] - 12:22, 12:24
**Arthur** [12] - 61:16, 71:5, 72:4, 75:14, 79:5, 81:1, 82:21, 82:22, 88:5, 93:1, 93:10, 141:12
**Arthur's** [1] - 141:17
**ARTUR** [2] - 3:9, 90:17
**Artur** [11] - 61:14, 61:19, 68:7, 73:3, 75:24, 76:20, 89:20, 89:21, 90:16, 94:6, 141:11
**ASAP** [1] - 42:4
**ASHWIN** [1] - 2:11
**aside** [2] - 51:20, 147:17
**assign** [1] - 25:7
**assigned** [8] - 7:8, 60:21, 63:17, 63:23, 63:25, 65:10, 87:8, 129:10
**assigning** [1] - 60:24
**assignment** [1] - 87:9
**Assistant** [1] - 2:6
**associated** [7] - 10:24, 25:18, 40:25, 102:9, 105:4, 139:16, 144:11
**Association** [1] - 71:25
**assume** [1] - 51:12
**assumes** [1] - 94:19
**assuming** [2] - 47:10, 116:21
**attach** [1] - 111:25
**attempt** [1] - 134:25
**attention** [7] - 24:9,

25:4, 27:23, 31:17, 35:1, 39:5, 42:12
**Attorney** [8] - 2:12, 2:15, 2:18, 2:21, 3:4, 3:7, 3:10, 3:15
**ATTORNEY'S** [1] - 2:4
**Attorney's** [1] - 24:1
**Attorneys** [1] - 2:6
**Audemaris** [2] - 36:15, 41:25
**Audermaris** [3] - 22:19, 36:7, 41:21
**August** [1] - 98:12
**authenticate** [1] - 146:23
**automatically** [1] - 138:22
**Ava** [1] - 9:13
**Ave** [1] - 9:11
**Avenue** [9] - 2:15, 2:21, 9:13, 9:16, 9:20, 11:1, 31:23, 41:3, 84:21
**average** [1] - 31:3
**aware** [4] - 19:16, 84:12, 114:7, 139:2
**awesome** [1] - 35:15
**awful** [1] - 147:20
**Ayvazyan** [86] - 9:20, 9:23, 10:25, 11:13, 17:24, 18:11, 20:22, 21:1, 23:3, 24:16, 25:5, 25:19, 27:15, 28:4, 29:7, 30:14, 31:4, 32:5, 33:11, 34:20, 35:5, 35:8, 35:14, 36:12, 37:6, 38:5, 38:16, 39:4, 45:19, 45:25, 47:4, 48:24, 49:2, 49:3, 49:7, 49:14, 50:23, 51:20, 51:23, 52:7, 52:13, 52:24, 53:3, 53:17, 53:19, 54:3, 54:9, 54:13, 61:14, 61:16, 61:19, 68:7, 71:5, 72:4, 75:15, 75:24, 76:20, 79:5, 81:1, 82:21, 82:22, 89:22, 90:3, 93:1, 93:10, 94:6, 96:12, 97:20, 97:24, 98:9, 99:16, 99:24, 100:11, 100:13, 102:4, 104:17, 105:3, 105:10, 107:19, 108:6, 108:22, 109:24, 115:18, 115:21, 115:22, 116:2
**AYVAZYAN** [3] - 1:8, 2:10, 3:9
**Ayvazyan's** [4] - 73:3, 117:7, 117:10, 121:9
**Ayvazyan@msn.com** [2] - 141:11, 141:12

## B

**B17** [2] - 141:18, 143:8
**background** [1] - 31:9
**bag** [3] - 47:12, 47:17, 63:11
**bagged** [1] - 65:1
**bagging** [2] - 7:5, 61:4
**bags** [2] - 19:13, 43:17
**ball** [1] - 92:8
**ballpark** [1] - 53:15
**bank** [12] - 28:10, 32:9, 32:13, 32:14, 32:22, 32:23, 35:1, 36:22, 37:9, 77:7, 122:2, 125:10
**Bank** [3] - 32:19, 146:25, 147:1
**based** [6] - 44:5, 56:24, 86:17, 131:2, 139:13
**basic** [2] - 31:9, 96:8
**basis** [1] - 54:7
**Beach** [1] - 3:16
**bedroom** [1] - 13:25
**bedrooms** [1] - 65:21
**beg** [2] - 32:18, 35:22
**beginning** [1] - 47:19
**begins** [4] - 50:15, 56:7, 86:20, 113:10
**belief** [1] - 114:11
**belonged** [1] - 21:3
**bench** [2] - 89:13, 91:15
**benefits** [1] - 24:2
**best** [3] - 91:25, 103:23, 104:1
**better** [5] - 16:12, 19:3, 119:21, 146:13, 147:19
**between** [16] - 24:15, 25:16, 30:13, 33:8, 33:11, 38:5, 40:2, 48:21, 74:1, 91:14, 99:3, 101:10, 104:17, 112:2, 112:3, 121:24
**beyond** [4] - 82:24, 83:8, 115:7, 115:8
**BFU** [6] - 135:5, 135:8, 135:14, 135:18, 135:21, 136:3
**bidding** [1] - 116:3
**BIENERT** [2] - 3:3, 3:6
**binder** [11] - 24:4, 24:9, 26:16, 32:7, 33:4, 39:24, 98:22, 102:20, 102:21, 109:4, 110:24
**birthday** [2] - 40:21, 40:22
**bit** [9] - 65:24, 75:20, 76:4, 112:16, 126:21, 129:20, 131:21, 139:14, 146:4
**black** [7] - 41:19, 41:21, 42:1, 44:13, 127:22, 128:3
**blank** [1] - 48:13
**block** [4] - 100:3, 100:5, 103:13, 112:1
**blocking** [1] - 135:19
**blue** [8] - 27:24, 28:1, 77:11, 98:4, 98:5, 100:10, 112:9, 127:19
**bored** [1] - 30:18
**borrowers** [1] - 71:17
**bottom** [1] - 82:19
**bought** [12] - 25:12, 30:24, 41:24, 43:24, 43:25, 44:1, 44:4, 44:11, 44:12, 44:14, 47:18
**BoughtDD40/Sky** [1] - 39:4
**boughtDD40/sky** [2] - 25:5, 47:4
**boughthulk** [1] - 40:13
**Boutique** [1] - 44:3
**boutique** [1] - 22:19
**Bowdler** [6] - 6:20, 7:3, 12:18, 14:10, 15:8, 16:18
**BOWDLER** [1] - 6:23
**boy** [1] - 110:4
**Bradford** [3] - 121:15, 121:16, 121:18
**brands** [5] - 22:10, 22:18, 22:19, 22:20, 22:21
**break** [2] - 44:23, 44:25
**brief** [4] - 92:19, 120:23, 147:2, 147:14
**briefly** [3] - 66:25, 79:14, 133:7
**brought** [13] - 7:5, 8:20, 9:25, 10:14, 14:16, 15:25, 16:6, 16:9, 19:13, 57:1, 63:9, 64:21, 83:2
**brute** [2] - 132:15, 132:17
**buddies** [1] - 41:22
**building** [2] - 11:20, 91:5
**bunch** [1] - 117:7
**Bureau** [1] - 129:9
**business** [11] - 18:16, 22:15, 23:16, 23:19, 23:21, 32:13, 42:18, 42:20, 42:22, 69:11, 69:12
**Business** [2] - 71:25, 72:23
**bust** [2] - 116:11, 116:25
**bust-out** [2] - 116:11, 116:25
**buy** [6] - 22:24, 25:9, 41:5, 42:7, 97:13, 116:14
**buyer** [2] - 105:23, 107:4
**buyer's** [1] - 11:6
**buying** [6] - 23:8, 23:9, 30:18, 40:18, 120:6, 125:4
**BY** [105] - 2:5, 2:11, 2:14, 2:17, 3:3, 3:6, 3:14, 7:2, 7:16, 8:16, 9:2, 10:6, 10:20, 12:17, 13:19, 14:9, 15:7, 15:21, 16:5, 16:17, 17:4, 18:5, 19:7, 22:2, 24:8, 25:3, 26:21, 27:13, 33:3, 33:18, 36:4, 37:21, 38:12, 38:22, 40:12, 43:9, 43:15, 45:17, 46:11, 47:6, 49:22, 51:19, 57:13, 57:25, 58:8, 59:20, 64:6, 65:16, 66:19, 68:2, 68:12, 69:8, 69:21, 70:14, 70:22, 71:14, 71:20, 72:18, 73:7, 73:23, 74:6, 74:20, 76:11, 77:5, 77:18, 78:8, 78:12, 78:24, 79:13, 79:19, 80:11, 80:18, 81:10, 81:23, 82:12, 83:16, 84:6, 85:19, 86:12, 92:25, 94:23, 96:3, 97:9, 98:8, 99:14, 101:4, 101:23, 103:9, 104:25, 106:22, 109:18, 111:17, 112:20, 121:6, 121:22, 124:8, 126:3, 127:13, 128:2, 129:3, 130:11, 139:25, 140:24, 141:22, 142:13
**bypass** [1] - 132:15

## C

**Caitlin** [1] - 6:20
**CAITLIN** [1] - 6:23
**CALIFORNIA** [5] - 1:2, 1:14, 1:24, 6:1, 149:4
**California** [24] - 2:8, 2:13, 2:19, 3:5, 3:8, 3:11, 3:16, 9:7, 9:11, 9:14, 9:17, 9:21, 11:1, 11:4, 11:19, 55:1, 67:2, 69:10, 70:15, 82:18, 85:7, 100:8, 117:7, 149:8
**Calle** [1] - 3:4
**cancel** [1] - 109:10
**canceled** [1] - 113:1
**cancellation** [2] - 112:21, 112:23
**cannot** [1] - 130:12
**Canoga** [2] - 29:2, 41:3
**card** [6] - 7:11, 69:10, 79:15, 116:11, 116:16, 116:25
**cards** [16] - 17:19, 17:22, 17:23, 18:7, 18:10, 18:13, 18:16, 68:4, 68:20, 70:4, 70:16, 70:18, 116:11, 117:12
**care** [1] - 107:22
**careful** [3] - 59:9, 96:22, 128:19
**carried** [1] - 41:13
**CART** [6] - 129:13, 130:20, 130:25, 133:9, 146:22
**case** [32] - 19:14, 19:18, 19:19, 50:24, 54:17, 55:2, 55:10, 56:12, 83:7, 86:23, 87:6, 87:7, 87:10,

92:17, 106:3, 106:5, 114:9, 114:20, 114:24, 115:11, 115:14, 118:13, 119:10, 133:14, 133:24, 137:24, 146:11, 146:18, 147:11, 147:17
**Case** [1] - 1:7
**cases** [1] - 143:20
**cash** [1] - 31:1
**Cash** [1] - 28:9
**catalog** [2] - 87:1, 87:13
**catalogued** [3] - 83:2, 83:3, 88:18
**categories** [1] - 139:6
**CATHERINE** [1] - 2:5
**CCRR** [1] - 1:23
**cell** [4] - 6:9, 64:12, 65:1, 131:13
**Cellebrite** [18] - 133:2, 133:3, 133:5, 136:7, 136:25, 137:12, 138:3, 138:18, 140:12, 140:16, 142:14, 142:15, 142:18, 142:19, 142:21, 143:4, 143:7
**Celtic** [2] - 146:25, 147:1
**Center** [1] - 134:11
**CENTRAL** [1] - 1:2
**Central** [1] - 149:8
**certain** [6] - 31:8, 90:8, 92:12, 94:24, 133:24, 139:8
**certainly** [1] - 94:11
**CERTIFICATE** [1] - 149:1
**certify** [1] - 149:8
**cetera** [1] - 22:24
**chain** [10] - 25:5, 30:13, 110:13, 110:14, 110:16, 111:3, 111:7, 134:12, 134:15, 134:18
**chains** [1] - 19:14
**chance** [1] - 117:15
**change** [5] - 47:15, 47:23, 103:15, 143:20
**changed** [1] - 47:18
**characterization** [1] - 51:7
**characterize** [1] - 83:11
**charged** [2] - 118:12, 119:8

**chase** [1] - 32:17
**Chase** [1] - 32:19
**check** [16] - 11:11, 74:22, 74:24, 74:25, 75:2, 75:12, 75:17, 138:13, 138:15, 138:16, 138:18, 138:20, 138:22, 138:24, 138:25, 145:6
**checkbook** [6] - 75:3, 75:5, 75:6, 75:9, 76:7, 89:3
**checkbooks** [7] - 20:21, 20:25, 21:2, 21:5, 74:10, 75:14, 75:21
**checks** [10] - 21:3, 31:9, 74:10, 94:24, 95:3, 95:4, 145:5, 145:15
**children** [1] - 61:25
**chocolate** [2] - 28:18, 28:20
**choose** [2] - 134:21, 137:18
**CHRISTOPHER** [1] - 2:5
**Cielo** [4] - 99:20, 99:21, 99:22, 122:15
**circumstances** [2] - 33:24, 119:5
**clarify** [4] - 91:17, 93:2, 137:19, 148:14
**Clark** [3] - 146:25, 147:4, 147:5
**clear** [5] - 45:24, 50:2, 58:4, 89:12, 148:10
**Clemente** [1] - 3:5
**click** [1] - 136:14
**client** [16] - 28:8, 34:12, 35:14, 44:2, 44:4, 44:8, 88:1, 88:15, 90:3, 97:23, 98:10, 99:19, 116:23, 119:11, 121:13, 123:22
**clients** [3] - 25:7, 91:25, 122:8
**clip** [1] - 147:19
**close** [4] - 101:12, 108:23, 108:24, 109:23
**closed** [1] - 91:5
**closely** [1] - 43:17
**closet** [1] - 66:2
**clue** [1] - 34:9
**co** [1] - 115:25
**co-conspirator** [1] - 115:25

**Coast** [1] - 3:15
**coconspirators** [1] - 118:6
**Code** [1] - 149:9
**code** [1] - 99:20
**codes** [2] - 132:2, 132:19
**colleague** [1] - 24:6
**collect** [2] - 59:2, 86:23
**collected** [7] - 14:21, 16:19, 16:20, 18:1, 18:15, 85:14, 87:3
**collecting** [6] - 63:5, 63:7, 64:17, 64:19, 83:1
**collection** [1] - 10:1
**colloquy** [1] - 89:14
**color** [1] - 28:21
**combination** [3] - 23:13, 27:2, 39:22
**coming** [2] - 54:12, 96:4
**comment** [1] - 92:19
**commercial** [1] - 7:11
**communicate** [6] - 23:11, 27:1, 39:18, 51:3, 98:13, 105:9
**communicated** [2] - 26:12, 27:14
**communicating** [1] - 99:23
**communication** [2] - 112:2, 112:3
**communications** [5] - 28:1, 28:2, 28:3, 44:6, 98:20
**community** [1] - 99:22
**companies** [1] - 75:22
**company** [10] - 11:11, 22:7, 47:8, 74:25, 81:12, 94:25, 97:14, 116:16, 131:20, 133:1
**compared** [1] - 69:1
**compass** [1] - 97:15
**compilation** [1] - 73:2
**complete** [1] - 28:8
**completed** [4] - 32:2, 41:7, 49:25, 73:2
**completing** [1] - 34:23
**comprise** [1] - 140:6
**computer** [2] - 129:13, 129:15
**computers** [2] -

130:2, 130:5
**concerns** [1] - 138:24
**concluded** [2] - 92:18, 148:21
**conditioning** [1] - 8:6
**conduct** [3] - 87:10, 129:24, 132:7
**conducted** [6] - 19:21, 20:10, 20:14, 60:9, 60:14, 61:13
**conference** [3] - 89:13, 91:15, 149:13
**confirm** [4] - 88:22, 89:1, 89:16, 90:4
**confirming** [2] - 52:20, 88:23
**conformance** [1] - 149:13
**confused** [1] - 89:20
**confusing** [1] - 89:19
**connect** [1] - 23:9
**connected** [1] - 54:8
**Connecticut** [1] - 2:21
**connection** [1] - 60:19
**consider** [1] - 138:10
**conspirator** [1] - 115:25
**Construction** [2] - 75:1, 79:16
**Consulting** [1] - 9:5
**Cont** [1] - 3:1
**contact** [11] - 26:24, 40:19, 69:13, 105:23, 107:7, 107:9, 107:15, 107:19, 107:21, 107:22, 139:10
**contacted** [1] - 27:22
**contain** [2] - 137:15, 142:23
**contained** [1] - 62:17
**container** [2] - 136:17, 136:18
**containing** [1] - 79:25
**contains** [1] - 77:22
**contingency** [3] - 108:6, 108:7, 108:8
**continue** [2] - 8:7, 146:3
**continues** [1] - 30:13
**contract** [6] - 102:15, 102:18, 103:17, 112:22, 112:23, 113:1
**Contracting** [3] - 37:5, 107:1, 107:2
**control** [2] - 63:12,

91:21
**Control** [1] - 134:11
**controls** [1] - 50:24
**convention** [2] - 25:7, 40:15
**conversation** [4] - 26:2, 27:18, 28:24, 54:8
**conversations** [11] - 26:2, 26:5, 35:15, 51:22, 52:4, 52:7, 52:13, 52:16, 52:17, 53:13, 117:22
**convicted** [8] - 55:13, 55:17, 55:21, 56:20, 57:21, 57:23, 58:1, 58:15
**conviction** [3] - 23:24, 58:12, 58:17
**convictions** [4] - 56:13, 56:25, 57:2, 58:10
**copy** [19] - 24:20, 32:22, 33:10, 40:6, 42:18, 42:20, 43:10, 61:3, 104:16, 106:14, 107:14, 109:11, 110:11, 111:7, 138:4, 140:15, 142:6, 143:8, 143:13
**corner** [2] - 77:9, 82:20
**coronagraph** [1] - 42:1
**correct** [81] - 12:20, 13:21, 38:14, 52:21, 61:22, 62:11, 63:23, 63:24, 65:19, 69:16, 69:17, 72:25, 73:1, 75:15, 75:16, 83:8, 83:9, 84:11, 84:25, 85:25, 87:20, 93:6, 93:7, 93:10, 93:11, 93:13, 93:14, 93:16, 93:17, 93:20, 93:21, 93:22, 93:24, 93:25, 94:1, 94:2, 94:7, 94:8, 94:9, 94:10, 94:14, 94:17, 94:18, 95:1, 95:2, 95:5, 95:6, 95:7, 95:8, 95:16, 95:17, 96:11, 100:12, 103:21, 104:6, 107:19, 107:25, 108:12, 109:1, 109:22, 112:10, 112:14, 114:16, 116:20, 117:24, 118:1, 121:11, 122:1, 122:4, 122:7, 122:19,

124:17, 124:19, 125:3, 125:15, 142:16, 146:19, 146:20, 147:2, 147:3, 149:10

**correctly** [1] - 58:9
**COUNSEL** [1] - 2:1
**counsel** [2] - 117:18, 118:2
**counsel's** [1] - 118:14
**countered** [1] - 103:23
**COUNTY** [1] - 149:3
**couple** [4] - 27:18, 66:12, 116:7, 139:6
**course** [2] - 42:22, 115:23
**Court** [21] - 6:7, 8:5, 88:2, 91:14, 92:1, 100:14, 102:3, 102:15, 103:3, 103:11, 108:7, 112:24, 113:20, 119:18, 122:11, 122:15, 125:5, 126:11, 149:7, 149:20
**COURT** [223] - 1:1, 1:23, 6:16, 6:18, 8:1, 8:10, 8:25, 10:17, 12:4, 12:9, 12:11, 12:13, 13:10, 13:16, 14:7, 15:4, 15:18, 16:3, 16:7, 16:10, 16:13, 16:16, 17:3, 18:4, 18:24, 19:2, 19:6, 21:9, 24:7, 24:24, 25:2, 26:10, 26:14, 27:5, 27:9, 27:12, 33:1, 33:14, 33:17, 35:21, 35:23, 36:1, 37:18, 37:20, 38:1, 38:8, 38:20, 40:10, 43:5, 43:8, 44:21, 44:24, 45:2, 45:15, 46:9, 49:20, 50:13, 50:16, 50:20, 51:1, 51:5, 51:10, 51:16, 55:20, 56:2, 56:6, 56:9, 56:15, 57:1, 57:4, 57:6, 57:8, 57:10, 57:17, 57:21, 58:3, 58:6, 58:19, 58:21, 58:23, 59:3, 64:4, 65:14, 66:18, 67:23, 68:1, 69:4, 69:7, 70:10, 70:13, 71:10, 71:13, 72:11, 72:14, 73:19, 73:22, 74:16, 74:19, 76:24,

77:1, 77:4, 78:4, 78:7, 78:11, 78:16, 79:9, 79:12, 80:7, 80:10, 81:6, 81:9, 82:8, 82:11, 82:24, 83:7, 83:10, 83:14, 84:1, 84:4, 86:8, 86:10, 86:19, 86:21, 87:20, 88:6, 88:10, 89:4, 89:19, 89:24, 90:5, 90:12, 90:15, 90:19, 90:21, 91:2, 91:4, 94:21, 95:20, 96:1, 96:16, 98:7, 99:13, 100:24, 101:17, 101:21, 103:5, 103:8, 104:21, 104:24, 106:18, 106:21, 109:14, 109:17, 111:11, 111:14, 112:16, 112:19, 113:6, 113:9, 113:12, 113:17, 114:3, 114:10, 114:17, 114:22, 115:1, 115:8, 115:14, 115:17, 115:21, 116:7, 116:18, 116:21, 117:5, 117:9, 117:12, 117:15, 117:18, 118:2, 118:9, 118:16, 119:2, 119:13, 119:20, 119:25, 120:11, 120:16, 120:21, 120:23, 121:3, 121:21, 123:24, 124:1, 124:7, 126:14, 126:18, 126:21, 126:24, 127:1, 127:3, 127:5, 127:8, 127:17, 127:19, 127:22, 127:24, 128:1, 128:8, 130:6, 140:20, 140:23, 142:10, 145:25, 146:3, 146:17, 146:21, 147:1, 147:4, 147:7, 147:10, 147:16, 147:19, 148:17
**court** [2] - 8:10, 97:24
**Court's** [3] - 95:20, 114:2, 115:6
**Courthouse** [1] - 2:7
**COURTROOM** [39] - 6:6, 6:8, 6:13, 6:21, 7:15, 8:9, 10:5, 21:14, 21:17, 45:5, 45:7, 45:9, 45:11, 59:5, 59:8, 59:18, 66:17,

68:11, 69:20, 70:21, 78:21, 96:18, 96:22, 97:1, 113:14, 113:16, 119:15, 119:17, 120:12, 120:24, 121:1, 125:22, 128:16, 128:19, 128:23, 139:23, 146:14, 146:16, 148:20
**courtroom** [9] - 6:7, 6:12, 45:6, 45:10, 113:15, 119:16, 120:25, 146:15, 148:10
**cover** [1] - 56:5
**covered** [1] - 139:13
**COVID** [2] - 42:6, 48:3
**Covid-19** [1] - 72:23
**cR** [1] - 1:7
**create** [4] - 129:25, 130:16, 137:7, 143:1
**created** [5] - 36:17, 133:1, 133:3, 142:14, 142:18
**creates** [1] - 42:24
**credibility** [6] - 45:22, 56:10, 56:20, 56:25, 57:15, 119:4
**credit** [14] - 7:11, 17:19, 17:22, 17:23, 18:7, 18:10, 18:13, 18:16, 68:4, 116:11, 116:16, 116:25, 117:12
**credits** [1] - 11:7
**crime** [3] - 56:9, 56:19, 58:3
**crimes** [1] - 55:13
**criminal** [4] - 54:16, 55:12, 55:17, 57:14
**critical** [1] - 56:24
**cross** [12] - 12:4, 44:21, 44:23, 45:13, 83:14, 88:18, 113:6, 113:8, 113:25, 114:23, 120:1, 145:25
**CROSS** [7] - 12:6, 14:8, 45:16, 83:15, 92:22, 96:2, 121:5
**cross-examination** [10] - 12:4, 44:21, 45:13, 83:14, 113:6, 113:8, 113:25, 114:23, 120:1, 145:25
**CROSS-EXAMINATION** [7] - 12:6, 14:8, 45:16, 83:15, 92:22, 96:2,

121:5
**cross-examined** [1] - 88:18
**CRR** [1] - 149:20
**Cruz** [17] - 66:15, 68:9, 69:18, 70:19, 71:18, 72:15, 73:5, 74:4, 76:2, 76:4, 76:9, 77:15, 78:18, 79:17, 80:16, 81:19, 125:20
**CSR** [2] - 1:23, 149:20
**current** [1] - 69:12
**curriculum** [1] - 131:1
**custodian** [11] - 8:21, 10:15, 14:12, 15:14, 15:23, 15:24, 15:25, 16:8, 18:19, 19:8, 19:10
**custody** [1] - 63:20

## D

**D.C** [1] - 2:22
**Dadayan** [1] - 61:14
**DADYAN** [1] - 3:13
**Dadyan** [61] - 61:24, 83:19, 85:23, 85:24, 86:13, 86:16, 87:17, 87:18, 87:19, 88:8, 89:20, 89:23, 89:25, 90:4, 93:13, 94:7
**Dadyan's** [8] - 84:18, 89:2, 89:17, 89:21, 117:4, 117:8, 117:9, 118:7
**Dallas** [2] - 22:12, 44:3
**data** [19] - 130:12, 130:15, 131:23, 135:14, 135:15, 135:22, 135:23, 135:24, 136:10, 136:19, 137:15, 137:17, 137:20, 137:21, 138:4, 138:15, 138:16, 143:8, 144:8
**Date** [1] - 149:16
**date** [9] - 30:24, 37:12, 39:8, 75:17, 75:18, 91:9, 122:18, 125:16, 137:22
**daughters** [1] - 61:15
**DAY** [1] - 1:12
**days** [2] - 53:13, 67:19
**dba** [1] - 37:5

**DD40** [3] - 25:12, 25:16, 28:17
**DD40/sky** [2] - 25:11, 47:19
**deal** [18] - 22:17, 25:9, 25:13, 26:3, 26:6, 26:25, 27:16, 28:8, 28:12, 28:17, 34:11, 34:13, 40:16, 40:17, 41:7, 49:8, 50:1, 95:16
**dealer** [1] - 22:6
**dealers** [1] - 22:24
**deals** [6] - 32:2, 34:1, 42:5, 49:9, 49:11, 49:13
**dealt** [1] - 139:13
**debit** [1] - 68:4
**debits** [1] - 11:7
**deciders** [1] - 92:16
**defendant** [4] - 26:13, 56:12, 98:6, 98:7
**DEFENDANT** [4] - 2:10, 3:2, 3:9, 3:13
**Defendant's** [1] - 13:12
**defendants** [4] - 147:13, 148:3, 148:8, 148:11
**Defendants** [1] - 1:9
**Defense** [1] - 126:15
**defense** [2] - 87:16, 115:11
**degenerate** [1] - 30:15
**delay** [2] - 29:6
**demand** [1] - 109:23
**depict** [1] - 80:23
**depicted** [2] - 76:19, 80:25
**depiction** [11] - 67:3, 68:21, 70:5, 71:4, 72:6, 73:14, 74:11, 77:24, 79:4, 80:2, 82:3
**deposit** [14] - 28:9, 41:14, 41:16, 41:18, 82:15, 82:22, 105:14, 105:20, 105:24, 105:25, 106:13, 106:15, 106:24, 107:8
**DEPUTY** [39] - 6:6, 6:8, 6:13, 6:21, 7:15, 8:9, 10:5, 21:14, 21:17, 45:5, 45:7, 45:9, 45:11, 59:5, 59:8, 59:18, 66:17, 68:11, 69:20, 70:21, 78:21, 96:18, 96:22,

97:1, 113:14, 113:16, 119:15, 119:17, 120:12, 120:24, 121:1, 125:22, 128:16, 128:19, 128:23, 139:23, 146:14, 146:16, 148:20

**derived** [1] - 143:11
**describe** [5] - 35:14, 98:1, 133:7, 139:5, 139:6
**described** [1] - 12:1
**Desert** [1] - 100:14
**desk** [1] - 66:2
**desktop** [2] - 130:2, 130:4
**desktops** [1] - 130:8
**detention** [1] - 58:1
**determine** [4] - 93:15, 94:9, 94:16, 95:18
**determining** [1] - 56:16
**develop** [1] - 114:23
**developed** [1] - 115:10
**device** [38] - 63:20, 130:15, 130:17, 130:18, 131:20, 131:22, 131:24, 132:4, 132:7, 132:12, 132:13, 132:14, 134:13, 134:16, 134:19, 134:22, 134:23, 134:24, 135:6, 135:7, 135:17, 135:25, 136:2, 136:21, 136:22, 137:6, 138:8, 138:12, 139:7, 139:9, 140:13, 140:14, 141:6, 143:14, 144:10, 144:14, 145:22
**devices** [12] - 6:9, 129:21, 129:24, 130:1, 131:5, 131:7, 131:10, 131:11, 131:23, 133:16, 143:15, 143:22
**dial** [6] - 28:18, 28:20, 28:21, 41:21, 42:1, 44:13
**difference** [2] - 86:21, 115:10
**different** [19] - 21:11, 27:19, 29:22, 42:6, 50:18, 50:25, 52:14, 73:25, 88:1, 89:24, 94:25, 110:21, 114:6,

114:8, 116:5, 119:9, 122:18, 129:22, 131:10
**digit** [1] - 132:18
**digital** [8] - 129:21, 130:1, 133:10, 138:10, 138:14, 143:15, 143:22, 146:23
**digits** [1] - 132:19
**dining** [4] - 61:11, 63:9, 64:21, 65:22
**DIRECT** [5] - 7:1, 22:1, 59:19, 97:8, 129:2
**direct** [8] - 24:9, 27:23, 35:1, 42:12, 52:12, 54:15, 107:16, 107:21
**directing** [3] - 25:4, 31:17, 39:5
**directly** [3] - 16:14, 145:3, 145:10
**disappear** [1] - 41:11
**disappeared** [1] - 41:15
**Disaster** [1] - 72:24
**discovery** [1] - 126:17
**discretion** [1] - 56:16
**discuss** [3] - 77:6, 102:4, 123:16
**discussed** [2] - 31:24, 112:24
**discussion** [1] - 117:22
**displayed** [1] - 78:21
**disrespect** [1] - 92:5
**District** [2] - 149:7, 149:8
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**document** [16] - 7:22, 10:21, 10:23, 11:5, 11:16, 11:17, 26:14, 26:17, 26:19, 42:15, 72:22, 73:25, 82:14, 101:1, 106:10, 147:23
**documenting** [1] - 60:24
**documents** [35] - 7:5, 7:10, 8:17, 9:24, 9:25, 10:11, 10:14, 15:22, 16:21, 16:23, 17:11, 17:12, 17:16, 66:5, 66:6, 66:10, 70:17, 79:25, 80:1, 82:2, 86:3, 88:4, 93:5,

93:16, 93:19, 93:24, 94:17, 95:16, 95:19, 112:12, 125:8, 147:21, 147:24, 147:25
**dollar** [1] - 31:8
**done** [11] - 7:25, 19:10, 26:3, 34:2, 49:8, 49:9, 49:10, 56:17, 83:5, 133:10, 147:18
**door** [1] - 13:3
**dos** [1] - 77:6
**double** [1] - 136:14
**doubt** [1] - 89:4
**down** [13] - 11:2, 14:18, 21:10, 26:19, 28:22, 34:7, 36:11, 75:11, 75:20, 110:10, 111:21, 134:11, 141:6
**downloaded** [2] - 32:20, 32:21
**dozen** [7] - 53:14, 53:16, 53:18, 53:19, 53:20, 56:25
**dragging** [1] - 126:22
**DRE** [2] - 100:4, 100:7
**Drive** [10] - 9:7, 11:3, 11:19, 12:20, 12:21, 14:13, 60:17, 82:17, 82:23, 84:10
**drive** [1] - 134:11
**driver's** [9] - 31:14, 32:1, 61:20, 67:2, 68:3, 68:19, 69:10, 70:16, 90:11
**drivers** [1] - 85:7
**drives** [4] - 130:1, 130:2, 130:4, 130:8
**driveway** [1] - 13:5
**due** [1] - 108:6
**DUI** [6] - 23:23, 54:20, 54:22, 55:1, 55:10, 58:13
**duly** [4] - 21:24, 59:16, 97:6, 128:25
**duplicate** [4] - 130:3, 130:5, 130:10, 130:16
**duplicates** [1] - 130:1
**during** [8] - 10:14, 13:1, 18:21, 48:3, 60:6, 85:1, 113:25, 148:15
**duties** [2] - 60:19, 133:13
**DX-100** [1] - 148:16
**Dzukaeva** [1] - 75:4

# E

**e-mail** [18] - 69:12, 71:3, 81:14, 81:17, 98:17, 102:9, 104:15, 104:16, 104:17, 105:1, 105:3, 105:6, 105:14, 105:15, 105:20, 109:9, 109:11, 109:24
**e-mailed** [1] - 125:2
**e-mails** [4] - 71:17, 124:15, 124:22, 124:24
**early** [1] - 53:13
**earnest** [1] - 106:24
**easier** [1] - 135:17
**easily** [1] - 30:18
**East** [1] - 84:21
**easy** [1] - 44:7
**ECC** [1] - 134:11
**Economic** [1] - 72:23
**effort** [1] - 146:11
**EIDL** [2] - 17:8, 72:1
**eight** [1] - 55:5
**either** [8] - 12:14, 34:17, 52:7, 53:2, 93:23, 101:12, 117:20, 122:25
**electronic** [1] - 6:9
**EM** [1] - 79:16
**emphasis** [1] - 90:21
**emphasize** [1] - 87:2
**emphasizing** [1] - 90:3
**employed** [2] - 129:6, 130:20
**enable** [2] - 91:20, 115:2
**Encino** [5] - 9:11, 9:13, 9:16, 9:20, 11:1
**encompasses** [1] - 137:7
**Encore** [2] - 11:11, 82:14
**encryption** [1] - 135:12
**end** [9] - 22:10, 22:20, 40:21, 51:15, 89:16, 92:8, 112:18, 137:1, 138:8
**ended** [1] - 38:14
**ends** [3] - 49:11, 57:12, 91:3
**ensure** [2] - 31:11, 32:2
**enter** [2] - 13:5, 135:10
**entered** [1] - 13:20
**enters** [4] - 6:7, 6:12,

45:10, 120:25
**enthusiastic** [1] - 35:15
**entire** [4] - 45:18, 45:21, 55:15, 56:24
**entirety** [1] - 110:25
**entities** [3] - 74:1, 116:25
**entitled** [1] - 149:12
**entries** [1] - 46:25
**entry** [3] - 47:3, 60:25, 62:5
**envelope** [3] - 77:22, 78:9, 78:13
**equals** [1] - 35:10
**escrow** [6] - 10:23, 105:8, 105:13, 105:20, 105:23, 107:7
**Escrow** [2] - 11:11, 82:14
**especially** [1] - 42:6
**essentially** [6] - 83:4, 87:23, 117:1, 117:24, 130:16, 144:2
**established** [1] - 38:7
**estate** [5] - 98:20, 100:9, 113:23, 113:24, 118:16
**estimate** [1] - 106:1
**et** [2] - 1:8, 22:24
**Europe** [1] - 30:8
**evading** [1] - 58:1
**evaluated** [1] - 85:14
**events** [1] - 60:25
**eventually** [2] - 41:14, 65:3
**Evidence** [1] - 134:11
**evidence** [106] - 7:5, 8:20, 8:21, 9:1, 10:1, 10:18, 14:12, 14:15, 14:21, 15:9, 15:10, 15:14, 15:24, 15:25, 16:8, 16:19, 16:20, 17:15, 17:20, 17:25, 18:7, 18:15, 18:16, 19:9, 19:10, 20:25, 24:25, 33:2, 33:15, 40:11, 43:6, 46:8, 49:19, 51:12, 61:1, 61:5, 63:14, 63:17, 63:18, 63:19, 63:23, 64:5, 64:22, 64:23, 64:24, 65:8, 65:9, 65:15, 65:20, 67:4, 67:9, 67:10, 67:24, 69:1, 69:5, 70:5, 70:11, 71:4, 71:11, 72:7, 72:12, 73:14,

73:20, 74:17, 76:18,
77:2, 77:25, 78:5,
79:10, 80:3, 80:8,
80:25, 81:7, 82:4,
82:9, 86:23, 88:13,
90:8, 92:11, 92:15,
92:16, 94:15, 94:20,
99:11, 103:6, 104:22,
105:12, 106:19,
109:15, 111:12,
114:23, 115:10,
115:11, 116:10,
126:13, 126:15,
127:1, 133:24,
134:10, 134:13,
140:21, 142:3,
142:11, 146:23
  **exact** [4] - 42:7,
130:3, 130:5, 130:9
  **exactly** [1] - 136:11
  **EXAMINATION** [12] -
7:1, 12:6, 14:8, 22:1,
45:16, 59:19, 83:15,
92:22, 96:2, 97:8,
121:5, 129:2
  **examination** [13] -
12:4, 44:21, 45:13,
52:12, 54:16, 83:14,
113:6, 113:8, 113:25,
114:23, 120:1,
126:22, 145:25
  **examine** [1] - 131:5
  **examined** [2] -
88:18, 141:18
  **Examiner** [2] - 129:4,
145:21
  **examiner** [6] -
129:18, 130:20,
130:22, 140:25,
146:22
  **example** [6] - 46:24,
47:17, 50:10, 51:25,
114:20, 116:10
  **except** [1] - 145:1
  **exchange** [3] -
100:10, 101:24,
104:17
  **excited** [1] - 42:2
  **excuse** [6] - 41:11,
41:12, 63:2, 105:17,
117:14, 134:1
  **excused** [2] - 58:23,
128:11
  **execute** [1] - 60:4
  **executed** [2] - 60:7,
61:8
  **executing** [1] - 62:9
  **exercise** [1] - 88:13
  **EXHIBIT** [2] - 5:1, 5:3
  **Exhibit** [79] - 7:19,

7:24, 8:14, 8:24, 9:1,
10:11, 10:18, 24:10,
24:25, 27:23, 32:8,
33:2, 33:4, 33:15,
36:5, 39:23, 40:11,
42:14, 43:4, 43:6,
43:11, 46:25, 62:14,
64:3, 64:5, 65:13,
65:15, 67:22, 67:24,
68:14, 69:3, 69:5,
69:15, 70:9, 70:11,
70:24, 71:9, 71:11,
71:22, 72:10, 72:12,
73:9, 73:18, 73:20,
74:15, 74:17, 76:13,
77:2, 77:17, 78:3,
78:5, 78:20, 79:8,
79:10, 79:21, 80:6,
80:8, 80:20, 81:5,
81:7, 81:22, 82:7,
82:9, 98:23, 99:11,
101:14, 103:6,
104:22, 106:19,
109:15, 111:12,
126:15, 139:21,
140:7, 140:19,
140:21, 141:25,
142:9, 142:11
  **exhibit** [31] - 7:20,
10:8, 41:19, 62:13,
64:8, 68:10, 69:19,
69:22, 70:20, 71:19,
72:16, 72:25, 73:6,
73:10, 74:3, 74:5,
76:1, 76:3, 76:10,
76:14, 77:14, 77:16,
78:19, 79:18, 80:15,
80:17, 81:20, 81:21,
85:2, 148:13
  **exhibits** [7] - 33:16,
66:12, 66:16, 79:17,
83:4, 85:2, 85:15
  **exist** [1] - 123:22
  **exit** [1] - 60:25
  **exits** [4] - 45:6,
113:15, 119:16,
146:15
  **expensive** [1] -
137:5
  **experience** [2] -
139:14, 139:15
  **explain** [5] - 50:19,
125:10, 129:19,
131:21, 136:11
  **explained** [1] - 87:18
  **extended** [1] -
118:22
  **extract** [10] - 130:12,
130:14, 131:22,
131:23, 135:14,

135:15, 136:19,
138:5, 139:9, 139:10
  **extracted** [2] -
136:10, 139:3, 143:8
  **extraction** [17] -
131:16, 131:19,
132:8, 133:11,
134:20, 136:3, 136:4,
136:5, 136:6, 136:8,
136:13, 138:13,
140:12, 142:16,
143:13
  **extractions** [1] -
129:24

## F

  **F-a-r-r-e-r** [1] - 21:22
  **facilitate** [2] - 132:9,
132:11
  **facility** [10] - 31:12,
61:5, 63:12, 63:14,
63:17, 63:21, 65:2,
65:3, 65:7, 65:9
  **fact** [7] - 52:19, 54:7,
56:25, 89:1, 113:1,
114:7, 138:20
  **facts** [6] - 46:7,
49:18, 51:12, 94:19,
114:9, 117:5
  **factual** [1] - 117:1
  **fair** [12] - 45:19,
45:22, 45:23, 48:3,
52:25, 53:1, 55:12,
75:20, 96:9, 96:12,
143:4, 145:21
  **fairly** [1] - 56:22
  **faith** [2] - 106:1,
114:11
  **fake** [3] - 86:14,
86:15, 86:18
  **false** [2] - 56:20, 86:3
  **familiar** [3] - 39:14,
47:10, 47:13
  **family** [1] - 101:13
  **far** [2] - 92:3, 127:19
  **Farrer** [9] - 21:13,
21:21, 22:3, 24:5,
24:9, 25:4, 27:24,
28:6, 43:10
  **FARRER** [1] - 21:23
  **favorites** [1] - 44:11
  **FBI** [17] - 26:8,
26:16, 59:23, 60:1,
60:7, 61:13, 63:12,
63:14, 63:20, 65:2,
65:3, 129:9, 129:10,
130:20, 131:1, 133:9,
133:23
  **FE** [1] - 141:3

  **feature** [1] - 92:16
  **February** [4] - 83:20,
83:24, 83:25, 123:15
  **fed** [8] - 137:3,
137:10, 138:3,
138:17, 143:1, 143:4,
143:7
  **Federal** [2] - 129:9,
149:6, 149:20
  **FEDERAL** [1] - 1:23
  **FedEx** [1] - 29:10
  **felony** [9] - 56:17,
57:2, 57:22, 57:24,
58:3, 58:10, 58:12,
58:13, 58:17
  **fence** [1] - 135:19
  **FENTON** [93] - 2:5,
47:1, 58:25, 59:20,
64:2, 64:6, 65:12,
65:16, 66:15, 66:19,
67:21, 67:25, 68:2,
68:9, 68:12, 69:2,
69:6, 69:8, 69:18,
69:21, 70:8, 70:12,
70:14, 70:19, 70:22,
71:8, 71:12, 71:14,
71:18, 71:20, 72:9,
72:13, 72:15, 72:18,
73:5, 73:7, 73:17,
73:21, 73:23, 74:4,
74:6, 74:14, 74:18,
74:20, 76:2, 76:9,
76:11, 76:22, 76:25,
77:3, 77:5, 77:15,
77:18, 78:2, 78:6,
78:8, 78:12, 78:18,
78:23, 78:24, 79:7,
79:11, 79:13, 79:17,
79:19, 80:5, 80:9,
80:11, 80:16, 80:18,
81:4, 81:8, 81:10,
81:19, 81:23, 82:6,
82:10, 82:12, 83:12,
86:7, 89:22, 90:1,
90:10, 90:18, 90:20,
94:19, 146:20,
146:22, 147:3, 147:5,
147:8, 147:11, 147:17
  **Fetch** [1] - 9:9
  **few** [7] - 9:18, 49:10,
60:6, 67:19, 79:17,
116:5, 121:3
  **Fiber** [2] - 37:8,
81:13
  **Fiberonemedicalre
sources@gmail.com**
[1] - 81:18
  **fictitious** [2] - 51:5,
51:8
  **figures** [1] - 31:9

  **file** [7] - 136:14,
138:8, 138:9, 138:11,
138:13, 139:5
  **files** [1] - 66:6
  **filing** [1] - 56:20
  **final** [3] - 11:6,
108:25, 109:2
  **finally** [2] - 26:5,
132:19
  **financial** [6] - 66:5,
66:6, 66:9, 74:1, 80:1,
82:2
  **fingerprint** [2] -
138:11, 138:14
  **fingerprinted** [1] -
94:12
  **finished** [4] - 8:11,
8:13, 26:6, 26:18
  **finishes** [1] - 144:25
  **First** [1] - 11:17
  **FIRST** [1] - 1:24
  **first** [32] - 12:22,
28:17, 28:21, 29:22,
31:24, 33:8, 38:10,
39:16, 40:15, 46:9,
66:16, 68:10, 72:21,
74:22, 85:2, 99:20,
99:23, 100:2, 101:25,
112:2, 116:8, 123:14,
126:5, 135:4, 135:5,
135:8, 135:11, 136:3,
140:4, 143:5, 144:15
  **five** [6] - 20:2, 45:1,
45:2, 45:3, 48:19,
113:12
  **Fiver** [1] - 33:20
  **fly** [1] - 12:15
  **focus** [3] - 47:2,
57:14, 92:14
  **folder** [2] - 62:18,
64:11
  **folks** [1] - 97:13
  **follow** [1] - 107:7
  **follow-up** [1] - 107:7
  **follower** [1] - 23:6
  **follows** [5] - 6:25,
21:25, 59:17, 97:7,
129:1
  **FOR** [5] - 2:3, 2:10,
3:2, 3:9, 3:13
  **force** [2] - 132:15,
132:17
  **foregoing** [1] -
149:10
  **forensic** [2] - 129:18,
133:11
  **forfeited** [1] - 41:18
  **form** [2] - 31:13,
101:10
  **format** [2] - 136:9,

149:12
**ForPC** [1] - 133:3
**forth** [5] - 41:9, 44:6, 56:10, 91:14, 116:22
**forward** [2] - 6:21, 108:9
**forwards** [1] - 145:19
**fought** [1] - 55:2
**foundation** [10] - 15:17, 16:2, 35:19, 37:17, 37:19, 37:25, 38:1, 38:7, 38:18, 50:12
**four** [5] - 19:25, 103:16, 130:21, 140:3, 140:6
**foyer** [1] - 13:21
**frame** [1] - 23:14
**Francisco** [1] - 2:19
**FRASER** [1] - 3:6
**fraud** [2] - 87:19, 117:1
**frequently** [1] - 91:16
**friend** [6] - 99:15, 99:18, 121:10, 122:13, 144:3, 144:5
**friend's** [1] - 144:4
**friends** [1] - 101:12
**front** [10] - 11:23, 12:14, 13:3, 24:4, 26:16, 32:7, 41:14, 42:12, 98:22
**full** [5] - 21:19, 59:11, 97:2, 121:14, 128:21
**funds** [9] - 106:23, 110:10, 110:11, 111:19, 111:20, 111:21, 125:12, 125:13
**furthermore** [1] - 92:6

## G

**game** [1] - 92:8
**garage** [3] - 12:21, 20:23, 65:23
**Garfield** [1] - 84:21
**gate** [1] - 99:20
**gated** [1] - 99:22
**gatherer** [1] - 87:13
**gathering** [1] - 88:13
**general** [1] - 70:2
**generally** [8] - 12:1, 23:1, 66:4, 67:13, 87:6, 108:20, 132:11, 139:2
**generate** [5] - 137:3,

137:9, 137:23, 138:10, 143:3
**generated** [6] - 137:14, 138:1, 140:10, 140:16, 142:16, 142:25
**Genesta** [7] - 9:11, 9:13, 9:16, 9:20, 11:1, 29:8, 31:23
**Gentleman** [4] - 23:16, 29:14, 32:23
**Gentleman's** [2] - 22:8, 22:9
**gentlemen** [7] - 101:16, 101:22, 123:20, 126:8, 127:23, 128:3, 128:6
**Gentlemen** [1] - 22:13
**geographic** [1] - 97:18
**ghosted** [1] - 34:9
**gift** [2] - 28:24, 42:8
**girlfriend** [1] - 42:8
**given** [10] - 18:7, 18:10, 18:13, 18:16, 42:6, 65:8, 87:9, 89:8, 114:1, 128:8
**Glendale** [1] - 3:11
**good-looking** [1] - 48:8
**govern** [1] - 92:12
**government** [53] - 6:15, 6:17, 6:19, 48:1, 48:3, 48:6, 48:14, 48:22, 49:6, 58:25, 64:2, 64:7, 65:12, 67:21, 69:2, 70:8, 71:8, 72:9, 73:17, 74:14, 76:22, 78:19, 79:7, 80:5, 81:4, 81:21, 82:6, 85:17, 86:1, 86:5, 86:9, 86:13, 88:23, 90:2, 116:22, 117:19, 119:7, 123:8, 123:10, 123:12, 123:14, 123:18, 123:24, 124:1, 124:9, 124:10, 128:14, 140:18, 146:17, 147:11, 147:17, 148:4
**Government** [63] - 7:18, 7:24, 8:13, 8:23, 9:1, 10:11, 10:18, 42:14, 43:3, 43:6, 62:13, 64:3, 64:5, 65:15, 67:22, 67:24, 68:13, 69:3, 69:5, 69:15, 70:9, 70:11,

70:24, 71:9, 71:11, 71:21, 72:10, 72:12, 73:9, 73:18, 73:20, 74:15, 74:17, 76:13, 77:2, 77:17, 78:2, 78:5, 78:20, 79:8, 79:10, 79:21, 80:6, 80:8, 80:20, 81:5, 81:7, 81:22, 82:7, 82:9, 99:11, 103:6, 104:22, 106:19, 109:15, 111:12, 139:21, 140:6, 140:19, 140:21, 141:25, 142:8, 142:11
**government's** [2] - 115:11, 118:21
**Government's** [6] - 24:25, 33:2, 33:15, 40:11, 43:10, 65:13
**grab** [1] - 47:12
**gray** [2] - 28:3, 100:11
**GrayKey** [18] - 131:20, 131:21, 131:22, 131:25, 132:9, 132:23, 134:19, 134:21, 134:24, 134:25, 135:16, 135:17, 135:25, 136:2, 136:10, 136:14, 138:8, 139:9
**greater** [1] - 97:19
**green** [1] - 42:13
**Grigorian** [1] - 46:17
**Grigoryan** [25] - 46:6, 49:14, 49:17, 49:24, 50:21, 50:23, 50:24, 51:20, 52:7, 52:22, 53:3, 53:8, 113:21, 113:24, 114:6, 114:8, 114:11, 115:15, 115:16, 115:23, 116:3, 116:9, 116:18, 118:19, 119:8
**Grigoryan's** [1] - 115:17
**ground** [1] - 59:10
**group** [1] - 117:4
**groups** [1] - 17:21
**guess** [5] - 13:16, 29:12, 38:20, 86:3, 107:8
**guilty** [2] - 58:15, 115:24
**guy** [6] - 34:13, 35:16, 48:8, 49:14, 50:21, 50:22
**guys** [3] - 23:11,

30:1, 89:24
**gym** [1] - 65:22

## H

**H-a-l-u-m** [1] - 97:4
**half** [5] - 41:14, 53:18, 55:3, 55:8, 130:21
**Halum** [10] - 96:25, 97:3, 97:10, 111:15, 113:19, 114:7, 121:7, 123:7, 126:4, 127:14
**HALUM** [1] - 97:5
**Halum's** [1] - 148:15
**hand** [8] - 7:22, 21:14, 59:5, 77:9, 82:19, 96:19, 128:16, 146:6
**handed** [1] - 49:20
**handwriting** [3] - 93:6, 93:15, 94:14
**handwritten** [10] - 73:13, 76:17, 77:23, 78:9, 78:13, 79:3, 80:1, 80:12, 80:24, 93:9
**happy** [1] - 81:19
**hard** [3] - 130:1, 130:4, 130:8
**hashed** [2] - 138:9, 138:10
**head** [1] - 84:17
**hear** [13] - 16:3, 16:7, 16:10, 16:11, 39:16, 91:17, 92:7, 108:13, 109:23, 110:1, 113:3, 122:25, 123:5
**heard** [7] - 23:3, 30:6, 52:10, 52:11, 55:25, 56:4, 107:2
**heightened** [1] - 135:20
**held** [2] - 29:10, 149:11
**help** [1] - 97:13, 120:21
**hereby** [1] - 149:8
**Hi** [2] - 99:20, 101:24
**hi** [1] - 121:8
**high** [3] - 22:10, 22:20, 31:10
**high-end** [2] - 22:10, 22:20
**higher** [1] - 30:25
**highest** [2] - 103:23, 104:1
**highlighted** [1] - 88:24
**highly** [1] - 119:12

**Highway** [1] - 3:15
**himself** [2] - 120:14, 122:23
**hinges** [2] - 45:18, 45:21
**history** [2] - 55:18, 57:14
**hold** [3] - 23:1, 34:13, 129:15
**Holdings** [1] - 9:13
**holiday** [1] - 8:4
**Home** [1] - 11:17
**home** [42] - 19:20, 20:9, 20:12, 20:14, 20:17, 20:18, 20:19, 60:10, 65:22, 65:23, 65:24, 66:1, 73:3, 75:24, 84:19, 84:24, 85:24, 86:13, 87:18, 89:2, 89:5, 89:17, 89:21, 90:19, 96:5, 96:9, 96:13, 97:13, 100:21, 101:1, 102:3, 102:15, 103:3, 106:2, 114:8, 114:12, 117:7, 117:10, 144:2, 144:4, 146:11
**homes** [11] - 60:14, 60:17, 83:22, 84:1, 84:7, 84:12, 84:15, 114:6, 120:5, 122:21
**Honor** [117] - 6:15, 8:9, 8:23, 10:16, 12:3, 12:5, 12:7, 12:16, 13:9, 13:18, 14:5, 15:2, 15:20, 16:12, 17:1, 18:2, 19:1, 19:4, 21:12, 24:6, 24:23, 26:7, 26:15, 27:3, 35:19, 35:24, 36:3, 37:17, 37:24, 38:6, 38:11, 40:9, 43:4, 43:7, 44:19, 44:20, 44:22, 45:14, 46:7, 50:18, 55:25, 56:5, 56:8, 56:12, 57:11, 57:16, 57:20, 58:5, 58:22, 59:1, 59:4, 64:2, 65:12, 67:21, 69:2, 70:8, 71:8, 72:9, 73:17, 74:14, 76:22, 76:25, 78:2, 79:7, 80:5, 81:4, 82:6, 83:6, 83:12, 86:7, 88:22, 90:10, 90:18, 95:23, 96:24, 98:6, 101:3, 101:20, 103:4, 113:5, 113:7, 113:18, 114:19, 114:25, 115:4, 115:6, 115:20,

116:6, 116:20, 117:3,
117:17, 118:25,
119:1, 119:6, 119:24,
120:9, 120:15,
120:20, 120:22,
121:23, 123:23,
124:6, 126:20,
126:23, 126:25,
127:4, 127:6, 127:10,
128:13, 128:14,
140:18, 142:8,
145:24, 146:1,
146:20, 147:3
**Honorable** [1] -
119:18
**HONORABLE** [1] -
1:3
**hope** [1] - 146:13
**HOURIGAN** [4] -
1:23, 149:6, 149:19,
149:20
**house** [58] - 12:20,
12:22, 12:25, 13:3,
13:5, 13:15, 13:20,
13:22, 14:3, 60:20,
61:12, 61:17, 62:8,
63:4, 64:16, 65:18,
66:7, 66:9, 67:13,
71:5, 72:7, 73:15,
75:14, 76:19, 79:5,
81:1, 82:4, 83:2, 87:4,
90:8, 93:9, 93:12,
93:19, 93:20, 93:23,
94:1, 94:3, 94:5, 95:7,
100:14, 100:23,
101:5, 101:8, 103:3,
103:25, 108:7, 111:1,
111:21, 113:20,
117:8, 117:9, 118:7,
120:4, 122:11,
122:15, 122:16,
125:11, 144:16
**housekeeping** [1] -
148:13
**houses** [1] - 113:23
**Hulk** [4] - 40:18,
40:23, 41:6
**human** [2] - 136:9,
136:11
**hype** [1] - 105:5

## I

**ID** [4] - 139:15,
139:18, 141:7, 141:9
**identification** [7] -
31:5, 31:13, 32:8,
42:14, 62:14, 64:8,
70:3
**identifications** [2] -

85:3, 86:14
**identified** [5] - 88:24,
98:7, 120:2, 120:14,
144:13
**identifies** [2] - 45:18,
141:4
**identify** [9] - 85:11,
86:6, 95:15, 120:18,
122:23, 127:14,
127:17, 133:16,
144:10
**identifying** [4] -
78:10, 78:14, 80:12,
98:6
**identities** [8] - 50:25,
114:20, 116:24,
117:20, 117:23,
117:25, 118:4, 147:8
**identity** [4] - 87:17,
118:12, 118:13
**IDs** [1] - 31:9
**images** [3] - 129:25,
139:8, 142:24
**impeach** [1] - 56:14
**impeached** [1] -
56:16
**Imperial** [8] - 100:14,
102:3, 102:15, 103:3,
103:11, 108:7, 125:4,
126:11
**Imperium** [3] -
112:24, 113:20,
122:11
**important** [3] - 91:9,
92:16, 100:24
**impound** [1] - 63:19
**impounded** [2] -
63:17, 65:8
**impression** [1] -
101:10
**improper** [3] - 50:17,
57:17, 92:11
**inappropriate** [1] -
56:3
**Inc** [3] - 9:9, 9:13,
9:16
**inception** [1] - 9:16
**include** [1] - 7:10
**included** [2] - 7:10,
133:8
**includes** [2] - 131:1,
134:12
**including** [3] - 50:25,
52:17, 119:10
**Incorporated** [1] -
75:13
**increase** [1] - 104:5
**INDEX** [2] - 4:1, 5:1
**indicate** [1] - 54:12
**indicated** [3] - 63:5,

64:17, 117:22
**indictment** [1] -
119:7
**individual** [5] -
18:14, 46:2, 78:10,
78:14, 119:9
**individually** [1] -
17:20
**individuals** [6] -
22:24, 75:22, 80:13,
85:21, 101:5, 101:15
**Industries** [1] - 9:9
**inferences** [1] -
88:17
**info** [5] - 32:2, 33:9,
36:13, 69:13, 139:7
**information** [25] -
33:9, 34:3, 34:5,
78:10, 78:14, 80:13,
91:5, 91:20, 105:23,
107:9, 107:23,
110:23, 113:19,
122:3, 129:17,
136:21, 138:3, 139:2,
139:7, 139:10,
140:13, 140:15,
141:7, 144:8
**initial** [18] - 25:8,
26:2, 27:17, 27:18,
40:20, 53:12, 62:6,
105:20, 105:24,
105:25, 106:13,
106:15, 107:8,
136:13, 137:14,
142:14, 142:18, 143:2
**Injury** [1] - 72:24
**innocent** [1] - 88:15
**inputted** [1] - 54:8
**inquire** [1] - 146:7
**inquiry** [1] - 118:22
**inserted** [1] - 114:15
**inside** [5] - 12:25,
13:14, 64:11, 66:1,
86:13
**Instagram** [8] - 46:3,
46:5, 46:12, 46:15,
49:17, 49:24, 51:21,
51:22
**instant** [2] - 28:10,
30:9
**instead** [2] - 137:6,
145:10
**instruct** [1] - 102:6
**insuring** [1] - 61:1
**integrity** [3] - 138:13,
138:15, 138:16
**intend** [1] - 148:10
**intense** [1] - 135:12
**intensive** [1] -
132:21

**intentioned** [1] -
12:12
**interact** [1] - 20:19
**interacting** [1] -
20:11
**interaction** [1] - 25:9
**interest** [2] - 41:9,
106:2
**interested** [1] - 23:7
**interfaced** [1] -
114:13
**internal** [2] - 131:1,
133:23
**international** [1] -
30:9
**Internet** [6] - 143:21,
144:1, 144:2, 144:7,
144:16, 144:17
**interplay** [1] - 91:14
**interstate** [1] -
147:12
**interview** [1] - 26:9
**introduce** [1] - 100:2
**introduced** [6] -
23:6, 46:2, 49:14,
50:23, 98:13, 148:15
**investigation** [1] -
147:6
**Investigations** [1] -
129:9
**invoice** [5] - 33:9,
33:19, 33:20, 33:24,
34:1
**invoiced** [1] - 34:4
**involved** [6] - 31:2,
84:2, 84:7, 113:23,
118:15, 118:19
**involves** [2] - 55:22,
56:10
**involving** [3] - 93:6,
116:9, 117:13
**IOS** [5] - 131:6,
131:9, 131:23, 139:14
**IP** [8] - 143:23,
143:25, 144:1, 144:7,
144:10, 144:11,
144:15
**iPhone** [10] - 47:11,
47:13, 62:22, 62:24,
63:23, 63:25, 65:10,
134:8, 139:16, 141:17
**iPhones** [1] - 139:14
**iPhones** [1] - 139:15
**issue** [3] - 55:22,
113:17, 114:20
**issues** [1] - 148:6
**IT** [1] - 129:17
**item** [13] - 7:8, 14:22,
16:19, 16:20, 17:7,
18:1, 18:15, 18:20,

63:18, 65:8, 134:10,
134:14, 143:2
**items** [12] - 15:10,
19:18, 20:24, 61:1,
67:9, 69:1, 133:10,
133:12, 133:24,
137:8, 143:3, 143:11
**itself** [2] - 18:21,
138:21
**Iuliia** [2] - 52:9,
116:12

## J

**J-a-u-n-g** [1] -
128:22
**Jack** [1] - 77:12
**January** [1] - 123:15
**Jaung** [6] - 128:15,
128:22, 129:4,
140:25, 141:3, 145:21
**JAUNG** [1] - 128:24
**JENNIFER** [1] - 3:10
**jewelry** [2] - 15:15,
19:16
**job** [13] - 19:10,
19:17, 22:5, 91:21,
92:12, 94:9, 94:11,
94:14, 94:15, 95:9,
95:12, 97:10, 130:24
**JOHN** [1] - 3:3
**Johnson** [1] - 83:19
**JOHNSON** [21] -
2:11, 2:14, 2:17, 2:20,
3:14, 3:14, 83:16,
84:3, 84:6, 85:17,
85:19, 86:9, 86:12,
87:16, 88:7, 88:22,
89:15, 90:2, 90:14,
91:1, 92:20
**Jon** [6] - 99:19,
121:12, 121:13,
121:15, 121:16,
121:18
**Jon's** [3] - 99:15,
99:18, 121:10
**JUDGE** [1] - 1:3
**judicial** [1] - 149:13
**July** [6] - 36:22, 37:4,
37:12, 39:9, 39:10,
75:19
**JUNE** [2] - 1:13, 6:1
**June** [3] - 39:9,
67:18, 149:16
**jurors** [1] - 91:13
**Jury** [2] - 45:6, 45:10
**jury** [15] - 6:12,
10:19, 45:2, 72:16,
87:24, 88:15, 89:14,
113:15, 119:16,

120:11, 120:25,
127:2, 129:19,
146:15, 148:8
**Justin** [1] - 19:19

## K

**KATZMAN** [2] - 3:3,
3:6
**Kauichko** [9] - 28:22,
30:11, 33:20, 39:6,
39:13, 50:10, 51:25,
74:23, 117:14
**keep** [10] - 8:5, 8:10,
19:12, 42:21, 43:16,
75:11, 91:6, 91:19,
147:19
**keeping** [1] - 92:6
**KEOUGH** [11] - 2:17,
35:19, 35:24, 36:3,
37:17, 37:19, 37:24,
38:6, 38:18, 96:3,
96:15
**kept** [4] - 41:17,
88:4, 89:21, 90:2
**kind** [8] - 8:3, 10:21,
11:16, 11:20, 12:8,
31:2, 35:16, 134:7
**Kingdom** [4] - 145:2,
145:4, 145:12
**kitchen** [2] - 65:22,
66:11
**knowledge** [3] -
83:7, 84:18, 90:25
**known** [2] - 131:11,
131:13
**knows** [6] - 87:6,
87:12, 87:22, 90:7,
144:5, 144:9
**Kopytova** [1] - 75:7
**Kudiuov** [26] -
39:14, 39:18, 40:13,
40:19, 40:23, 41:1,
41:5, 41:22, 50:3,
50:25, 52:6, 103:14,
104:18, 105:4,
105:10, 107:5, 108:1,
108:17, 112:3, 113:3,
114:21, 118:12,
119:8, 120:8, 123:21,
124:5

## L

**labeled** [1] - 17:12
**labels** [1] - 29:9
**laptops** [3] - 130:2,
130:4, 130:8
**larger** [1] - 110:13
**last** [8] - 46:19,

89:17, 90:3, 97:4,
101:25, 120:7,
120:14, 122:23
**LAW** [1] - 3:14
**law** [1] - 92:17
**Law** [8] - 2:12, 2:15,
2:18, 2:21, 3:4, 3:7,
3:10, 3:15
**lawyer** [3] - 89:12,
92:4, 92:6
**lawyers** [7] - 88:13,
91:14, 91:18, 91:23,
92:10, 92:18, 119:23
**leader** [3] - 60:21,
60:22, 84:9
**learn** [2] - 143:15,
143:23
**learned** [1] - 30:7
**least** [5] - 20:14,
30:18, 43:16, 46:19,
89:7
**leave** [3] - 110:24,
148:2, 148:18
**leaving** [1] - 61:2
**leeway** [1] - 56:23
**left** [4] - 28:3, 31:11,
100:11, 108:10
**legal** [2] - 46:13,
101:25
**lender** [4] - 107:11,
107:13, 109:20,
109:21
**less** [5] - 53:14,
53:16, 53:17, 135:12
**letter** [2] - 144:3,
144:6
**letting** [4] - 33:25,
34:24, 109:9, 127:7
**level** [1] - 135:20
**LEWIS** [1] - 3:3
**license** [10] - 31:14,
31:17, 32:1, 61:20,
68:3, 69:10, 90:11,
100:8, 137:5, 137:7
**licenses** [8] - 67:2,
68:19, 69:14, 69:15,
70:16, 85:7, 117:7,
117:12
**licensing** [1] - 137:5
**limit** [2] - 56:17,
57:24
**limited** [5] - 82:25,
88:21, 94:21, 94:22,
135:24
**Limo** [3] - 76:8,
88:24, 88:25
**line** [3] - 82:20,
95:21, 105:1
**list** [6] - 16:22, 17:5,
17:8, 17:10, 17:15,

73:25
**listed** [6] - 16:18,
17:16, 17:20, 17:21,
82:17, 141:2
**lists** [2] - 16:20,
16:23
**LITTRELL** [15] - 3:3,
3:3, 3:6, 12:5, 12:7,
12:10, 12:12, 12:16,
12:17, 13:7, 13:11,
13:18, 13:19, 14:5,
58:22
**live** [2] - 30:17, 93:20
**lived** [15] - 20:17,
20:18, 20:19, 61:16,
71:6, 76:20, 90:1,
90:9, 90:11, 90:12,
90:21, 90:22, 93:19,
96:9, 96:13
**lives** [11] - 68:7,
72:4, 75:15, 79:5,
81:2, 88:5, 90:4, 90:5,
90:6, 90:7
**living** [2] - 20:9,
20:11
**LLC** [1] - 76:8
**LLP** [2] - 3:3, 3:6
**LN1** [1] - 43:11
**loan** [13] - 16:1, 16:6,
16:9, 16:18, 16:22,
16:25, 17:5, 17:8,
71:25, 72:1, 95:15,
117:21, 117:24
**Loan** [1] - 72:24
**loans** [2] - 77:7,
95:16
**locate** [1] - 34:24
**located** [9] - 22:11,
34:12, 40:4, 41:17,
61:11, 144:19, 145:1,
145:7, 145:22
**location** [13] - 15:9,
29:10, 143:20,
144:10, 144:13,
144:15, 144:23,
144:24, 145:5,
145:12, 145:16,
145:17
**location-wise** [1] -
144:24
**lock** [1] - 28:8
**locked** [5] - 132:4,
132:6, 132:7, 134:24
**log** [16] - 14:22,
14:24, 14:25, 15:9,
16:19, 16:20, 17:15,
17:20, 18:1, 18:7,
18:15, 20:25, 21:2,
64:22, 64:23, 64:24
**logged** [4] - 61:2,

64:22, 64:24
**look** [34] - 7:21, 7:24,
10:8, 14:25, 27:6,
32:7, 33:4, 34:17,
36:9, 39:23, 41:11,
49:1, 53:22, 68:9,
74:24, 75:2, 75:5,
75:17, 85:5, 94:15,
98:23, 102:20,
104:10, 106:6, 109:4,
110:3, 125:17,
126:18, 126:19,
136:18, 138:1,
142:21, 145:22
**looked** [1] - 70:15
**looking** [7] - 36:12,
36:13, 48:8, 49:4,
100:21, 119:7, 122:20
**looks** [1] - 107:18
**Los** [3] - 2:8, 2:13,
3:8
**LOS** [4] - 1:14, 1:24,
6:1, 149:3
**lose** [1] - 30:19
**lost** [1] - 38:8
**low** [1] - 12:15
**Ludiya** [1] - 75:7
**luxury** [3] - 22:6,
22:15, 22:17

## M

**M-a-c-D-o-n-a-l-d** [1]
- 59:14
**MACDONALD** [1] -
59:15
**MacDonald** [26] -
59:21, 64:7, 66:20,
68:13, 69:9, 69:22,
70:15, 70:23, 71:15,
71:21, 72:20, 73:8,
73:24, 74:7, 74:21,
76:12, 78:25, 79:14,
79:20, 80:19, 81:11,
81:24, 82:13, 83:17,
92:21, 96:16
**MacIntosh** [1] -
131:2
**Madison** [2] - 58:25,
59:13
**MADISON** [2] -
59:14, 59:15
**magnify** [1] - 140:4
**mail** [18] - 69:12,
71:3, 81:14, 81:17,
98:17, 102:9, 104:15,
104:16, 104:17,
105:1, 105:3, 105:6,
105:14, 105:15,
105:20, 109:9,

109:11, 109:24
**mailed** [1] - 125:2
**mails** [4] - 71:17,
124:15, 124:22,
124:24
**maintains** [1] - 43:1
**mandatory** [1] -
54:23
**manufactured** [1] -
94:16
**manufacturer** [1] -
134:4
**Manuk** [23] - 46:6,
49:13, 49:17, 49:24,
50:21, 50:22, 50:24,
51:20, 52:22, 52:23,
53:2, 53:7, 53:9,
113:21, 113:23,
113:24, 114:5, 114:7,
114:11, 115:15,
116:9, 118:19, 119:8
**map** [1] - 11:23
**margin** [1] - 22:25
**margins** [1] - 31:2
**Marietta** [7] - 9:23,
10:25, 11:13, 17:24,
18:8, 20:22, 21:1
**MARIETTA** [1] - 3:2
**marked** [13] - 7:18,
13:11, 32:8, 42:14,
62:13, 64:8, 70:24,
73:9, 76:13, 79:21,
80:20, 139:20
**Market** [1] - 2:18
**married** [1] - 89:22
**Mary** [2] - 109:20,
109:21
**Massino** [2] -
146:19, 146:24
**match** [1] - 67:10
**matched** [2] - 61:21,
67:15
**matching** [1] -
138:14
**matter** [2] - 148:13,
149:12
**McDonald** [2] -
58:25, 59:13
**mean** [55] - 18:21,
18:24, 22:23, 24:16,
25:6, 26:1, 30:22,
30:25, 34:10, 34:15,
34:22, 35:15, 38:10,
38:20, 40:14, 42:5,
42:10, 43:23, 44:1,
44:24, 46:9, 55:24,
57:17, 60:22, 63:19,
66:4, 87:5, 88:20,
89:7, 90:6, 90:21,
99:18, 100:25,

103:24, 104:3,
107:16, 107:20,
108:23, 114:17,
115:14, 115:22,
115:23, 116:4, 124:1,
124:3, 129:23, 131:4,
136:12, 137:25, 138:9
**meaning** [3] - 30:4,
30:5, 118:16
**means** [6] - 30:23,
63:20, 103:25, 104:4,
129:19, 135:5
**meant** [2] - 8:2,
20:16
**Media** [3] - 33:20,
37:9, 81:13
**media** [1] - 23:7
**meet** [4] - 98:9,
100:16, 120:3, 123:7
**MEGHAN** [1] - 2:14
**members** [1] - 60:24
**memory** [3] - 17:25,
26:11, 27:7
**mention** [1] - 132:23
**mentioned** [11] -
15:22, 26:24, 33:19,
41:19, 54:15, 65:17,
95:7, 103:10, 106:24,
113:20, 142:14
**MESEREAU** [5] -
88:2, 92:23, 92:25,
94:23, 95:23
**Mesereau** [3] -
88:17, 93:1, 95:20
**message** [13] -
30:10, 34:7, 47:19,
52:17, 108:10,
108:11, 110:14,
110:15, 110:16,
111:22, 123:2, 123:4,
124:20
**messages** [22] -
24:20, 27:2, 37:14,
38:13, 39:22, 98:19,
99:3, 99:7, 102:8,
105:17, 112:7,
117:22, 121:24,
122:6, 122:9, 124:15,
124:16, 124:18,
125:13, 126:8,
136:21, 146:19
**met** [9] - 45:24,
47:25, 48:3, 53:2,
101:15, 108:8,
122:11, 122:14, 124:9
**method** [1] - 87:1
**methods** [1] - 132:14
**Miami** [2] - 44:11,
44:12
**MICHAEL** [1] - 2:17

**microphone** [2] -
16:15, 130:7
**middle** [2] - 29:13,
81:14
**might** [4] - 25:24,
120:18, 120:21, 148:7
**Mike** [28] - 46:3,
46:5, 46:10, 46:12,
49:17, 49:24, 51:21,
51:22, 53:9, 53:10,
53:11, 101:16,
101:22, 113:19,
120:2, 120:13,
120:17, 120:18,
122:13, 122:14,
122:20, 122:23,
123:1, 123:3, 123:5,
124:20, 126:9, 127:25
**mind** [1] - 10:19
**mine** [1] - 44:2
**minute** [2] - 50:5,
57:5
**minutes** [6] - 45:1,
45:2, 45:3, 45:4,
113:12, 119:14
**Mirage** [1] - 99:22
**miscellaneous** [5] -
16:20, 16:23, 17:11,
17:16, 21:2
**mission** [1] - 88:21
**misunderstand** [1] -
58:6
**misunderstood** [4] -
58:5, 87:25, 89:11,
89:12
**mobile** [9] - 129:24,
131:1, 131:4, 132:8,
132:12, 132:13,
133:8, 134:19
**model** [1] - 132:13
**modern** [1] - 131:14
**molecules** [1] -
12:14
**moment** [5] - 44:19,
56:4, 63:22, 72:17,
91:17
**Monday** [5] - 91:10,
146:8, 146:12, 148:7,
148:19
**money** [3] - 37:14,
106:24, 125:11
**month** [2] - 41:14
**months** [6] - 48:19,
48:21, 55:5, 146:18
**morning** [3] -
103:22, 135:9, 146:8
**most** [6] - 27:22,
58:12, 58:17, 92:16,
130:9, 139:4
**mostly** [4] - 27:15,

122:5, 122:8, 142:24
**motion** [1] - 8:23
**move** [19] - 10:16,
24:23, 32:25, 33:13,
35:24, 40:9, 43:3,
74:3, 76:1, 77:14,
78:2, 80:15, 99:9,
103:4, 104:20,
106:17, 109:13,
111:10, 112:16
**moves** [14] - 64:2,
65:12, 67:21, 69:2,
70:8, 71:8, 72:9,
73:17, 74:14, 76:22,
79:7, 80:5, 81:4, 82:6
**movie** [9] - 144:19,
144:20, 144:23,
144:24, 144:25,
145:1, 145:7, 145:19
**moving** [3] - 11:16,
11:20, 108:9
**MR** [260] - 12:5, 12:7,
12:10, 12:12, 12:16,
12:17, 13:7, 13:11,
13:18, 13:19, 14:5,
21:11, 22:2, 24:4,
24:8, 24:23, 25:1,
25:3, 26:7, 26:12,
26:15, 26:21, 27:3,
27:13, 32:25, 33:3,
33:13, 33:16, 33:18,
35:19, 35:22, 35:24,
36:3, 36:4, 37:17,
37:19, 37:21, 37:24,
38:2, 38:6, 38:11,
38:12, 38:18, 38:22,
40:9, 40:12, 43:3,
43:7, 43:9, 43:14,
43:15, 44:19, 44:22,
45:1, 45:13, 45:17,
46:7, 46:11, 47:1,
47:2, 47:6, 49:18,
49:22, 50:12, 50:18,
50:21, 51:3, 51:9,
51:14, 51:18, 51:19,
55:19, 55:25, 56:4,
56:8, 56:11, 56:23,
57:3, 57:5, 57:7, 57:9,
57:11, 57:13, 57:16,
57:20, 57:25, 58:2,
58:5, 58:7, 58:8,
58:18, 58:20, 58:22,
58:25, 59:20, 64:2,
64:6, 65:12, 65:16,
65:15, 66:19, 67:21,
67:25, 68:2, 68:9,
68:12, 69:2, 69:6,
69:8, 69:18, 69:21,
70:8, 70:12, 70:14,
70:19, 70:22, 71:8,

71:12, 71:14, 71:18,
71:20, 72:9, 72:13,
72:15, 72:18, 73:5,
73:7, 73:17, 73:21,
73:23, 74:4, 74:6,
74:14, 74:18, 74:20,
76:2, 76:9, 76:11,
76:22, 76:25, 77:3,
77:5, 77:15, 77:18,
78:2, 78:6, 78:8,
78:12, 78:18, 78:23,
78:24, 79:7, 79:11,
79:13, 79:17, 79:19,
80:5, 80:9, 80:11,
80:16, 80:18, 81:4,
81:8, 81:10, 81:19,
81:23, 82:6, 82:10,
82:12, 83:12, 83:16,
84:3, 84:6, 85:17,
85:19, 86:7, 86:9,
86:12, 87:16, 88:2,
88:7, 88:22, 89:15,
89:22, 90:1, 90:2,
90:10, 90:14, 90:18,
90:20, 91:1, 92:20,
92:23, 92:25, 94:19,
94:23, 95:23, 96:3,
96:15, 96:24, 97:9,
98:6, 98:8, 99:9,
99:12, 99:14, 101:3,
101:4, 101:19,
101:23, 103:4, 103:7,
103:9, 104:20,
104:23, 104:25,
106:17, 106:20,
106:22, 109:13,
109:16, 109:18,
111:10, 111:13,
111:15, 111:17,
112:18, 112:20,
113:5, 115:6, 115:13,
116:5, 116:8, 116:20,
116:24, 117:8,
117:11, 117:13,
117:17, 118:1, 118:5,
118:10, 118:18,
119:1, 119:3, 121:19,
123:23, 123:25,
126:16, 126:20,
126:25, 146:1,
146:20, 146:22,
147:3, 147:5, 147:8,
147:11, 147:17,
148:12
**MS** [92] - 6:15, 6:17,
6:19, 7:2, 7:13, 7:16,
8:11, 8:13, 8:16, 8:22,
9:2, 10:3, 10:6, 10:16,
10:19, 10:20, 12:3,
14:9, 15:2, 15:5, 15:6,
15:7, 15:17, 15:20,

15:21, 16:2, 16:5,
16:8, 16:12, 16:14,
16:17, 17:1, 17:4,
18:2, 18:5, 18:23,
19:1, 19:4, 19:7, 21:8,
59:1, 59:4, 113:7,
113:11, 113:18,
114:5, 114:16,
114:19, 114:25,
115:4, 115:16,
115:20, 119:24,
120:9, 120:15,
120:20, 120:22,
121:6, 121:22, 124:6,
124:8, 125:20,
125:23, 126:1, 126:3,
126:12, 126:17,
126:23, 127:2, 127:4,
127:6, 127:10,
127:13, 127:18,
128:2, 128:13,
128:14, 129:3,
130:11, 139:22,
139:24, 139:25,
140:18, 140:22,
140:24, 141:20,
141:22, 142:8,
142:12, 142:13,
145:24, 148:14
**multiple** [13] - 15:11,
15:22, 27:19, 33:23,
40:20, 52:13, 55:13,
57:1, 58:10, 84:16,
116:9, 132:16

---

# N

**N2** [1] - 43:11
**Nahachyan** [2] -
78:10, 78:15
**name** [88] - 9:3, 9:19,
9:22, 10:24, 18:8,
18:10, 18:13, 20:21,
21:19, 23:3, 23:5,
25:8, 25:12, 26:2,
26:3, 28:22, 39:3,
39:14, 39:16, 40:15,
45:19, 46:5, 46:12,
46:13, 46:16, 46:19,
47:15, 47:18, 47:20,
48:24, 49:4, 50:2,
50:7, 51:20, 51:25,
52:1, 52:6, 52:9,
52:10, 52:11, 59:11,
59:13, 74:21, 74:25,
75:2, 75:5, 75:8,
75:12, 76:6, 77:9,
78:10, 81:11, 82:19,
83:19, 89:2, 90:3,
93:1, 97:2, 97:3, 97:4,
97:20, 97:22, 101:25,

102:6, 102:8, 103:13, 114:14, 114:18, 120:7, 120:14, 121:14, 122:23, 123:3, 123:20, 125:7, 127:20, 128:3, 128:6, 128:21, 129:12, 131:18, 137:2, 140:25, 141:10, 141:14, 141:16
**NAME** [1] - 4:3
**named** [9] - 46:3, 46:25, 47:3, 78:14, 93:13, 101:16, 101:22, 126:9, 127:23
**names** [18] - 17:23, 18:17, 21:1, 21:5, 49:10, 51:21, 52:4, 75:21, 79:14, 88:8, 89:20, 89:24, 94:25, 101:15, 114:6, 114:8, 116:12
**naming** [2] - 25:7, 40:15
**nature** [1] - 118:23
**navigate** [1] - 147:21
**Neal** [1] - 44:4
**nearest** [1] - 29:10
**necessary** [1] - 147:22
**need** [9] - 18:19, 19:9, 69:11, 103:25, 105:22, 107:13, 117:4, 134:2, 144:4
**needed** [4] - 32:2, 34:1, 108:20, 108:25
**needing** [1] - 42:3
**needs** [5] - 108:8, 136:19, 137:6, 137:24
**Nerses** [1] - 78:10
**Nersus** [1] - 78:14
**Netflix** [10] - 144:19, 144:20, 144:21, 144:23, 145:3, 145:11, 145:14, 145:18
**network** [1] - 143:19
**never** [15] - 30:6, 41:7, 45:24, 46:14, 49:16, 49:24, 49:25, 52:1, 52:10, 52:11, 53:4, 53:5, 53:6, 108:4, 124:21
**New** [3] - 2:16, 44:12
**new** [3] - 8:3, 69:11, 91:4
**NEWCOMER** [54] - 2:14, 14:9, 15:2, 15:6, 15:7, 15:20, 15:21, 16:5, 16:8, 16:12,

16:14, 16:17, 17:4, 18:2, 18:5, 19:1, 19:4, 19:7, 21:8, 113:7, 113:11, 113:18, 114:5, 114:16, 114:19, 114:25, 115:4, 115:16, 115:20, 119:24, 120:9, 120:15, 120:20, 120:22, 121:6, 121:22, 124:6, 124:8, 125:20, 125:23, 126:1, 126:3, 126:12, 126:17, 126:23, 127:2, 127:4, 127:6, 127:10, 127:13, 127:18, 128:2, 128:13, 148:14
**next** [23] - 11:20, 27:18, 29:12, 58:17, 58:24, 63:16, 64:7, 64:25, 74:3, 74:24, 75:2, 75:5, 75:8, 75:11, 76:1, 77:14, 80:15, 96:17, 104:7, 128:12, 134:18, 136:5, 146:21
**nice** [2] - 21:11, 148:19
**NICHOLAS** [1] - 2:20
**night** [1] - 64:12
**NO** [2] - 1:23, 149:20
**none** [1] - 57:9
**normally** [1] - 54:23
**North** [2] - 2:7, 3:15
**nose** [1] - 87:22
**note** [6] - 79:3, 79:4, 79:15, 88:7, 141:4, 141:5
**notes** [11] - 73:13, 76:17, 77:6, 77:23, 78:9, 78:13, 79:3, 80:1, 80:12, 80:24, 93:9
**nothing** [8] - 54:11, 86:22, 87:10, 87:12, 87:22, 113:5, 127:8
**notify** [1] - 86:6
**notwithstanding** [2] - 115:24, 141:24
**November** [4] - 22:14, 60:13, 83:25, 84:8
**number** [39] - 19:22, 20:9, 25:18, 25:22, 26:1, 26:4, 26:6, 26:12, 26:18, 26:22, 26:23, 27:6, 27:7, 27:21, 31:10, 38:13, 38:16, 38:23, 40:19,

40:21, 47:20, 49:13, 51:21, 63:18, 63:23, 63:25, 65:8, 65:10, 73:25, 99:21, 100:4, 100:7, 100:8, 105:14, 105:20, 121:9, 132:14, 133:22, 141:4
**NUMBER** [1] - 5:3
**numbers** [4] - 7:8, 27:20, 133:23
**numerous** [3] - 60:8, 86:14, 86:18
**NW** [1] - 2:21

## O

**o'clock** [2] - 91:10, 146:8
**Oak** [2] - 36:7, 41:25
**oath** [4] - 6:22, 59:6, 96:20, 128:17
**object** [3] - 62:17, 62:19, 92:10
**objection** [27] - 15:17, 16:2, 17:1, 18:23, 36:1, 37:17, 37:19, 37:24, 38:6, 38:18, 46:7, 49:18, 50:12, 51:6, 55:19, 57:16, 58:2, 58:18, 86:7, 86:8, 86:25, 92:7, 94:19, 115:12, 118:14, 121:19, 123:23
**Objection** [1] - 27:3
**objectionable** [1] - 15:18
**objections** [1] - 92:9
**objects** [1] - 146:5
**obligation** [1] - 92:10
**observations** [1] - 147:6
**observe** [3] - 62:8, 66:1, 146:9
**observed** [1] - 65:21
**observing** [2] - 63:6, 64:18
**obtain** [8] - 34:11, 131:23, 132:2, 134:9, 134:10, 137:15, 137:20, 137:21
**obtained** [2] - 95:18, 134:17
**occasion** [1] - 92:2
**occupied** [2] - 93:9, 93:12
**occur** [1] - 48:17
**occurred** [2] - 12:24, 117:21
**October** [4] - 55:8,

55:9, 108:24
**OF** [8] - 1:2, 1:5, 1:12, 2:1, 3:14, 149:1, 149:3, 149:4
**offense** [1] - 55:22
**offenses** [1] - 55:16
**offer** [17] - 101:8, 102:1, 102:2, 102:3, 102:4, 102:6, 102:10, 103:14, 103:20, 104:1, 104:4, 104:5, 104:8, 105:7, 105:22, 111:25, 114:10
**offers** [3] - 7:11, 103:16, 103:23
**Office** [1] - 24:1
**OFFICE** [2] - 2:4, 3:14
**office** [15] - 65:23, 65:25, 66:1, 67:4, 67:11, 68:22, 70:6, 74:12, 76:19, 80:3, 93:25, 94:1, 94:3, 94:4, 94:7
**Official** [2] - 149:6, 149:20
**OFFICIAL** [2] - 1:23, 149:1
**officially** [1] - 22:14
**offshore** [1] - 36:7
**often** [2] - 30:23, 108:15
**once** [9] - 17:11, 26:18, 30:17, 31:11, 36:9, 63:10, 127:11, 127:15, 136:5
**one** [51] - 13:1, 14:23, 23:6, 27:17, 27:21, 31:15, 33:25, 36:8, 41:22, 42:2, 42:4, 44:11, 44:14, 44:19, 51:11, 52:3, 57:24, 58:7, 60:17, 76:3, 81:20, 84:9, 85:23, 88:22, 89:15, 90:2, 92:9, 96:12, 105:4, 116:8, 116:13, 120:3, 122:2, 125:7, 131:18, 131:19, 132:25, 133:2, 133:16, 135:4, 138:8, 138:9, 141:18, 143:8, 143:19, 146:22, 147:12, 148:12
**One** [3] - 33:20, 37:9, 81:13
**online** [1] - 69:13
**oOo** [1] - 6:4
**open** [3] - 23:16, 64:11, 136:15

**opened** [2] - 87:18, 105:13
**opening** [1] - 105:8
**operational** [1] - 60:23
**opinion** [2] - 101:12, 114:3
**opportunity** [2] - 89:11, 128:9
**orchestrating** [1] - 87:19
**order** [11] - 6:14, 8:5, 8:6, 8:8, 45:12, 60:23, 92:6, 119:19, 135:16, 136:23
**ordered** [1] - 95:3
**organized** [1] - 88:3
**organizing** [1] - 93:23
**original** [7] - 130:17, 130:18, 143:12, 143:13, 145:16
**originally** [1] - 44:3
**otherwise** [1] - 27:9
**ought** [1] - 91:17
**ourselves** [1] - 100:2
**outset** [2] - 54:15, 92:15
**outside** [2] - 49:18, 148:4
**outweighs** [1] - 118:24
**overall** [1] - 133:10
**overlapping** [2] - 116:24, 119:10
**overrule** [1] - 92:9
**overseas** [1] - 145:22
**overstating** [1] - 147:21
**overview** [1] - 55:16
**own** [6] - 22:8, 91:11, 115:3, 116:19, 116:21, 144:4
**owner** [2] - 141:14, 141:16
**owns** [1] - 90:8

## P

**p.m** [1] - 148:21
**P.M** [2] - 1:13, 6:3
**pace** [1] - 146:13
**Pacific** [1] - 3:15
**pad** [3] - 79:3, 79:5, 79:15
**Paetty** [3] - 48:8, 48:12, 119:3
**PAETTY** [83] - 2:6, 21:11, 22:2, 24:4,

24:8, 24:23, 25:1, 25:3, 26:7, 26:12, 26:15, 26:21, 27:13, 32:25, 33:3, 33:13, 33:16, 33:18, 35:22, 36:4, 37:21, 38:2, 38:11, 38:12, 38:22, 40:9, 40:12, 43:3, 43:7, 43:9, 43:14, 43:15, 44:19, 46:7, 49:18, 50:12, 55:19, 57:16, 58:2, 58:18, 96:24, 97:9, 98:6, 98:8, 99:9, 99:12, 99:14, 101:3, 101:4, 101:19, 101:23, 103:4, 103:7, 103:9, 104:20, 104:23, 104:25, 106:17, 106:20, 106:22, 109:13, 109:16, 109:18, 111:10, 111:13, 111:15, 111:17, 112:18, 112:20, 113:5, 115:6, 115:13, 117:17, 118:1, 118:5, 118:10, 118:18, 121:19, 123:23, 123:25, 126:16, 126:20, 126:25

**page** [38] - 4:3, 5:3, 9:3, 9:8, 9:12, 9:15, 9:19, 9:22, 10:21, 11:2, 11:10, 11:16, 11:20, 11:23, 29:12, 29:13, 30:13, 31:17, 34:7, 36:16, 40:13, 40:25, 41:19, 74:22, 75:8, 81:12, 81:15, 102:14, 103:22, 107:11, 108:5, 108:22, 112:12, 112:21, 140:4, 140:5, 149:12
**pages** [4] - 9:18, 72:25, 140:3, 140:6
**paid** [6] - 29:16, 30:11, 34:24, 36:10, 95:4
**Palm** [1] - 97:19, 100:14, 120:4
**Palmer** [1] - 44:4
**Palmerton** [1] - 19:19
**paper** [1] - 42:13
**paragraph** [1] - 72:21
**pardon** [2] - 32:18, 35:22

**park** [1] - 91:7
**part** [17] - 14:1, 62:11, 65:20, 66:9, 88:25, 96:8, 110:13, 127:11, 129:13, 130:9, 130:24, 133:13, 139:4, 143:15, 143:22, 147:6, 147:25
**partake** [1] - 87:2
**partial** [2] - 136:3
**particular** [15] - 52:25, 56:9, 56:19, 62:6, 63:22, 63:25, 65:10, 72:25, 87:6, 106:5, 129:10, 131:7, 131:16, 138:11, 139:15
**particularly** [1] - 112:7
**parts** [2] - 66:7, 133:8
**party** [2] - 82:15, 82:22
**pass** [1] - 132:2
**passcode** [8] - 132:16, 132:18, 132:20, 134:25, 135:1, 135:10, 135:16, 135:18
**passcodes** [1] - 131:24
**password** [1] - 132:20
**past** [6] - 9:18, 97:23, 98:10, 99:19, 121:13, 123:21
**Patek** [1] - 22:19
**pattern** [1] - 114:12
**Paul** [6] - 7:13, 8:8, 10:4, 10:19, 139:22, 141:20
**pause** [4] - 72:17, 127:11, 127:15, 127:18
**pay** [3] - 41:17, 116:15, 116:17
**payment** [12] - 29:6, 29:17, 30:3, 30:6, 30:11, 34:23, 35:2, 35:7, 108:25, 109:2, 110:10, 111:21
**payments** [6] - 29:24, 30:8, 30:9, 49:25, 53:24, 54:2
**payroll** [2] - 17:10, 17:13
**PB** [1] - 9:5
**PCs** [1] - 133:2
**pending** [3] - 25:13,

54:17, 54:18
**people** [22] - 14:15, 19:20, 20:7, 20:9, 20:14, 20:17, 20:18, 25:10, 51:5, 51:7, 85:9, 86:2, 87:3, 96:13, 100:19, 101:18, 101:19, 116:12, 120:3, 122:17, 127:9, 127:14
**people's** [2] - 17:23, 21:5
**per** [1] - 126:8
**perceived** [1] - 143:21
**percent** [2] - 31:3, 106:4
**perform** [1] - 134:19
**permission** [26] - 24:5, 25:1, 26:7, 33:16, 67:25, 69:6, 70:12, 71:12, 72:13, 72:16, 73:21, 74:18, 77:3, 78:6, 79:11, 80:9, 81:8, 82:10, 99:12, 103:7, 104:23, 106:20, 109:16, 111:13, 140:22, 142:9
**permit** [1] - 11:21
**permitted** [1] - 88:3
**person** [16] - 48:2, 52:2, 53:5, 61:21, 87:13, 87:23, 113:19, 114:13, 114:17, 120:2, 120:3, 122:25, 123:5, 123:22, 145:3, 145:19
**Person** [9] - 144:18, 144:19, 144:25, 145:7, 145:9, 145:10, 145:11, 145:13, 145:20
**person's** [1] - 114:14
**personal** [5] - 69:11, 78:9, 78:13, 80:12, 147:6
**personally** [2] - 20:23, 47:7
**persuade** [1] - 88:14
**Peter** [1] - 83:19
**PETER** [2] - 3:14, 3:14
**phase** [1] - 116:13
**phases** [1] - 116:13
**Philippe** [1] - 22:19
**phone** [71] - 23:12, 23:13, 24:19, 24:21, 25:18, 25:19, 26:2, 26:5, 26:12, 26:18, 26:23, 26:25, 27:6,

27:7, 27:15, 27:19, 38:2, 38:13, 38:16, 39:2, 39:21, 39:22, 40:5, 40:7, 40:20, 45:18, 47:7, 47:20, 48:16, 48:17, 52:24, 52:25, 53:7, 53:10, 53:13, 53:18, 54:8, 63:8, 63:10, 63:11, 64:12, 64:13, 64:15, 64:20, 65:1, 98:17, 99:4, 99:7, 105:14, 105:20, 108:4, 108:11, 111:5, 111:8, 117:13, 118:8, 118:10, 121:9, 123:11, 123:14, 131:13, 131:15, 134:5, 134:7, 135:3, 135:10, 135:20, 136:15, 139:8
**phones** [7] - 6:9, 52:14, 95:7, 95:10, 95:13, 123:12, 131:13
**photo** [16] - 66:20, 66:23, 68:16, 68:18, 68:19, 75:11, 77:19, 77:21, 77:24, 78:25, 79:4, 80:21, 80:23, 80:25, 81:24, 142:5
**photograph** [10] - 61:20, 61:21, 68:19, 77:22, 79:3, 80:24, 85:23, 86:17, 141:23, 142:6
**photographed** [2] - 63:6, 67:9
**photographs** [9] - 62:5, 67:2, 69:1, 70:3, 71:3, 76:17, 79:25, 82:2, 141:18
**photos** [24] - 66:25, 67:1, 67:3, 68:21, 69:25, 70:5, 70:25, 71:4, 71:22, 72:6, 73:12, 73:14, 74:7, 74:11, 76:16, 76:18, 79:22, 80:2, 82:1, 82:3, 85:12, 85:20, 117:13, 136:21
**physical** [14] - 17:19, 20:21, 67:10, 68:25, 133:1, 136:7, 136:8, 136:24, 137:4, 137:8, 137:10, 137:23, 138:2, 145:12
**physically** [2] - 61:7, 61:10
**pick** [2] - 26:15, 146:8

**picture** [5] - 14:1, 14:2, 19:3, 29:12, 120:17
**pictures** [2] - 85:9, 85:20
**piece** [4] - 30:18, 34:18, 42:13, 63:23
**pieces** [1] - 30:23
**Piguet** [5] - 22:19, 36:7, 36:15, 41:21, 41:25
**place** [3] - 26:25, 27:16, 126:10
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**plastic** [1] - 12:10
**platform** [1] - 29:18
**platforms** [2] - 23:7, 131:10
**play** [2] - 127:2, 127:7
**players** [1] - 119:10
**plea** [1] - 115:24
**pled** [1] - 58:15
**plodding** [1] - 147:20
**point** [18] - 13:1, 13:17, 44:7, 51:2, 51:6, 54:9, 57:18, 87:21, 88:12, 88:23, 92:3, 95:22, 98:1, 107:2, 115:7, 117:18, 148:1
**points** [1] - 88:23
**pop** [1] - 26:4
**portion** [2] - 9:22, 111:18
**portions** [1] - 83:4
**position** [1] - 129:15
**possession** [2] - 134:14, 134:17
**possible** [2] - 125:20, 132:19
**potentially** [4] - 17:21, 36:13, 119:10, 131:23
**powered** [3] - 134:23, 135:2, 135:6
**PPP** [10] - 15:25, 16:6, 16:9, 16:18, 16:22, 16:25, 17:5, 72:1, 95:16, 117:1
**predicates** [1] - 117:1
**prejudicial** [2] - 118:23
**preparation** [4] - 63:11, 65:2, 67:8, 68:25
**preparing** [2] - 60:23, 61:2

14

**presence** [1] - 148:4
**present** [3] - 19:20, 116:10, 148:9
**presenting** [1] - 103:16
**preserve** [1] - 117:20
**President** [3] - 34:8, 36:5, 36:8
**Presidential** [1] - 28:17
**Presidential/Sky** [1] - 25:13
**prevent** [2] - 135:22, 135:23
**previous** [1] - 35:25
**previously** [6] - 6:24, 70:24, 73:8, 76:13, 79:21, 80:20
**price** [4] - 30:24, 30:25, 41:10, 106:4
**prices** [1] - 41:12
**pricing** [1] - 36:13
**primarily** [4] - 30:8, 61:11, 94:7, 95:9
**primary** [1] - 98:18
**printed** [1] - 95:4
**prison** [4] - 23:21, 23:22, 54:24, 55:6
**private** [2] - 44:2, 143:19
**probation** [7] - 23:23, 54:18, 54:19, 55:3, 55:5, 55:7, 58:16
**probative** [1] - 118:24
**probe** [2] - 113:25, 115:5
**probing** [1] - 114:2
**proceed** [6] - 6:15, 6:17, 28:11, 45:13, 119:17, 148:7
**Proceedings** [1] - 148:21
**proceedings** [4] - 91:13, 91:22, 92:13, 149:11
**process** [3] - 133:13, 134:12, 136:19
**processed** [7] - 136:7, 136:22, 137:8, 137:23, 138:2, 138:12
**processing** [1] - 132:24
**produced** [1] - 126:17
**product** [2] - 136:25, 138:8
**products** [1] - 133:5
**proffer** [1] - 118:14

**program** [8] - 132:23, 133:2, 136:7, 136:19, 136:23, 136:24, 137:4, 138:21
**programs** [3] - 131:16, 131:18, 132:25
**progressed** [2] - 23:13, 39:21
**project** [1] - 105:5
**projecthype30@ yahoo.com** [1] - 102:13
**promised** [1] - 24:1
**promptly** [1] - 146:8
**pronounce** [2] - 46:14, 46:16
**proof** [8] - 110:10, 110:11, 111:19, 111:20, 114:10, 125:12, 125:13
**proper** [1] - 82:17
**properly** [1] - 7:23
**property** [7] - 11:3, 61:2, 61:7, 82:15, 82:23, 103:10, 125:5
**prosecutor** [5] - 54:2, 88:4, 93:8, 94:24, 95:15
**protective** [1] - 12:23
**protocol** [2] - 31:8, 144:1
**provide** [4] - 32:14, 105:13, 105:22, 110:19
**provided** [8] - 25:20, 29:5, 34:3, 43:10, 110:20, 124:24, 125:12
**provides** [1] - 144:16
**publish** [26] - 8:23, 10:16, 25:1, 33:16, 67:25, 69:6, 70:12, 71:12, 72:13, 72:16, 73:21, 74:18, 77:3, 78:6, 79:11, 80:9, 81:8, 82:10, 99:12, 103:7, 104:23, 106:20, 109:16, 111:13, 140:22, 142:9
**pull** [2] - 46:24, 85:17
**purchase** [18] - 28:9, 28:14, 36:12, 36:13, 100:21, 102:3, 103:1, 103:2, 103:3, 103:25, 106:4, 107:14, 112:24, 113:23, 114:6, 120:4, 125:11, 125:12

**purchased** [5] - 15:13, 15:15, 31:25, 32:5, 44:3
**purchases** [3] - 113:24, 114:8, 114:12
**purchasing** [4] - 100:22, 101:1, 106:2, 125:7
**pure** [1] - 130:18
**purpose** [7] - 82:25, 105:6, 105:15, 105:21, 107:12, 115:3, 124:12
**purposes** [1] - 91:11
**pursuant** [1] - 149:9
**pursue** [1] - 38:21
**pursued** [1] - 95:21
**put** [8] - 26:19, 47:7, 63:11, 101:8, 105:23, 116:22, 136:17
**puts** [3] - 135:12, 135:20, 136:8

## Q

**Quality** [3] - 37:5, 107:1, 107:2
**questioned** [1] - 55:20
**questioning** [1] - 95:21
**questions** [19] - 12:3, 14:5, 21:8, 44:20, 50:17, 51:12, 58:20, 82:24, 83:13, 86:24, 88:4, 89:9, 93:5, 93:8, 94:22, 120:10, 121:3, 145:24, 148:7
**quick** [4] - 44:22, 44:24, 44:25, 113:7
**quite** [3] - 49:10, 139:14, 141:6
**quote** [2] - 41:10, 41:12

## R

**raise** [5] - 21:14, 59:5, 96:18, 114:1, 128:16
**RAM** [45] - 2:11, 27:3, 44:22, 45:1, 45:13, 45:17, 46:11, 47:2, 47:6, 49:22, 50:18, 50:21, 51:3, 51:9, 51:14, 51:18, 51:19, 55:25, 56:4, 56:8, 56:11, 56:23, 57:3, 57:5, 57:7, 57:9,

57:11, 57:13, 57:20, 57:25, 58:5, 58:7, 58:8, 58:20, 116:5, 116:8, 116:20, 116:24, 117:8, 117:11, 117:13, 119:1, 119:3, 146:1, 148:12
**ran** [1] - 136:24
**Rancho** [1] - 99:22
**rap** [2] - 55:15, 56:2
**rare** [1] - 44:17
**rather** [1] - 9:25
**reach** [3] - 48:14, 86:2, 108:19
**react** [1] - 101:7
**read** [14] - 27:11, 69:9, 71:15, 72:19, 79:14, 81:11, 82:19, 83:3, 103:20, 136:10, 136:20, 136:23, 138:3, 146:18
**readable** [2] - 136:9, 136:11
**reader** [4] - 137:3, 137:4, 137:7, 137:10
**reading** [2] - 27:4, 27:5
**ready** [2] - 68:11, 119:17
**real** [12] - 46:5, 46:12, 51:11, 85:5, 86:15, 98:20, 100:9, 103:10, 113:23, 115:18, 118:16
**realize** [2] - 8:3, 147:20
**really** [2] - 89:8, 114:22
**Realtime** [1] - 149:6
**realtor** [3] - 97:11, 97:12, 97:16
**realtors** [1] - 100:3
**reask** [3] - 17:3, 17:5, 19:4
**reason** [1] - 123:18
**reasonable** [1] - 88:16
**receipt** [4] - 61:2, 106:13, 106:14, 106:23
**receive** [10] - 34:12, 60:3, 107:8, 107:9, 130:19, 130:24, 131:15, 131:25, 132:5, 133:4
**received** [74] - 8:25, 9:1, 10:17, 10:18, 14:15, 15:14, 15:22, 24:24, 24:25, 29:24,

33:1, 33:2, 33:14, 33:15, 38:13, 40:10, 40:11, 42:3, 43:5, 43:6, 49:25, 64:4, 64:5, 65:14, 65:15, 67:23, 67:24, 69:4, 69:5, 70:10, 70:11, 71:10, 71:11, 72:11, 72:12, 73:19, 73:20, 74:16, 74:17, 76:24, 77:1, 77:2, 78:4, 78:5, 79:9, 79:10, 80:7, 80:8, 81:6, 81:7, 82:8, 82:9, 99:10, 99:11, 103:5, 103:6, 103:22, 104:21, 104:22, 106:18, 106:19, 109:14, 109:15, 111:11, 111:12, 112:13, 126:14, 126:15, 134:23, 140:20, 140:21, 142:10, 142:11
**receiving** [5] - 14:20, 32:1, 38:2, 38:4, 144:9
**recent** [2] - 56:22, 58:12
**recently** [1] - 58:17
**recess** [3] - 45:8, 113:11, 146:7
**recessing** [1] - 91:10
**recognize** [48] - 8:17, 8:19, 10:11, 10:13, 13:13, 24:12, 24:14, 26:6, 32:10, 32:12, 33:5, 38:23, 39:1, 39:24, 42:15, 42:19, 43:19, 43:21, 66:23, 68:16, 69:25, 70:24, 71:22, 73:9, 74:7, 76:14, 77:19, 78:25, 79:21, 80:21, 81:24, 82:1, 85:20, 98:25, 99:2, 102:23, 104:12, 104:14, 106:10, 109:6, 109:8, 110:7, 126:4, 126:10, 140:6, 140:9, 141:24, 142:4
**recognizes** [1] - 38:21
**recollection** [5] - 14:25, 25:24, 26:8, 117:6, 125:18
**record** [9] - 18:6, 18:7, 20:25, 21:20, 59:12, 88:12, 97:2, 128:21, 148:15
**recorded** [1] - 50:24

**records** [13] - 15:23, 17:10, 17:13, 18:19, 19:8, 32:9, 32:13, 66:3, 66:4, 89:5, 90:8, 124:13, 124:14
**recovered** [6] - 62:24, 63:3, 63:8, 64:13, 64:15, 64:20
**recovery** [2] - 134:25, 135:1
**redactions** [2] - 141:23, 141:24
**Redondo** [1] - 3:16
**refer** [5] - 36:18, 123:1, 123:5, 132:17, 133:22
**reference** [6] - 28:12, 37:8, 42:1, 102:14, 102:16, 102:18
**referenced** [5] - 28:18, 35:12, 38:23, 51:22, 103:15
**references** [2] - 34:5, 112:21
**referencing** [1] - 103:20
**referral** [2] - 39:17, 98:10
**referred** [2] - 36:25, 99:19
**referring** [4] - 36:22, 37:2, 44:13, 111:18
**refers** [2] - 36:16, 44:9
**reflected** [1] - 37:9
**refresh** [6] - 14:25, 17:25, 25:24, 26:7, 27:7, 125:18
**refreshing** [1] - 26:10
**regarding** [3] - 23:9, 84:7, 109:23
**regardless** [2] - 50:7, 91:6
**regular** [1] - 42:21
**regulations** [1] - 149:13
**reject** [1] - 145:6
**relate** [1] - 116:22
**related** [3] - 24:2, 117:20, 133:14
**relates** [3] - 57:15, 82:16, 118:25
**relationship** [1] - 101:10
**relatively** [1] - 147:2
**release** [1] - 63:20
**released** [1] - 55:3
**relevance** [7] - 18:23, 55:19, 114:1,

114:4, 115:25, 116:1, 121:19
**relevant** [14] - 55:22, 56:13, 86:21, 87:5, 88:6, 88:17, 101:2, 114:9, 115:24, 116:5, 118:3, 119:5, 119:12
**relinquish** [1] - 134:12
**remain** [2] - 45:3, 148:11
**remainder** [1] - 41:18
**remember** [14] - 13:22, 25:8, 25:10, 27:21, 42:5, 46:20, 48:6, 49:9, 53:25, 123:13, 134:4, 134:7, 147:7
**remembered** [2] - 26:4, 49:10
**reminded** [1] - 6:22
**removing** [1] - 130:15
**rendering** [1] - 7:23
**repeat** [2] - 105:18, 107:17
**replace** [1] - 36:10
**report** [28] - 26:8, 137:7, 137:9, 137:11, 137:12, 137:14, 137:23, 138:3, 138:4, 138:17, 138:18, 140:12, 140:16, 140:25, 142:14, 142:15, 142:18, 142:19, 142:21, 143:2, 143:4, 143:5, 143:7, 143:11, 143:12
**reported** [1] - 149:11
**REPORTER** [2] - 1:23, 149:1
**Reporter** [2] - 149:7, 149:20
**REPORTER'S** [1] - 1:12
**reports** [3] - 143:1, 143:3
**represent** [2] - 83:19, 122:20
**representations** [1] - 99:6
**representative** [3] - 146:25, 147:1, 147:25
**represented** [2] - 120:2, 120:5
**request** [9] - 56:23, 144:9, 144:21, 145:3, 145:6, 145:10, 145:11, 145:13

**requesting** [2] - 33:9, 105:13
**requests** [1] - 129:22
**require** [1] - 130:22
**requires** [1] - 137:4
**research** [1] - 30:7
**resell** [3] - 22:25, 30:20, 30:22
**reseller** [3] - 22:10, 22:21, 22:23
**resembled** [1] - 40:21
**resend** [1] - 103:17
**reserve** [4] - 117:23, 117:25, 118:3, 118:12
**residence** [9] - 7:6, 12:1, 61:1, 61:3, 62:6, 62:7, 62:23, 84:9, 94:25
**residences** [1] - 84:16
**resold** [1] - 43:24
**respect** [6] - 77:6, 119:4, 131:16, 133:4, 135:13, 146:5
**respective** [1] - 91:25
**respond** [3] - 30:17, 41:24, 117:16
**responding** [1] - 27:9
**response** [8] - 34:20, 103:18, 104:2, 107:9, 112:10, 124:22, 129:14, 129:16
**responsibility** [2] - 86:5, 91:24
**responsible** [2] - 60:23, 61:4
**responsive** [1] - 112:7
**rest** [4] - 34:21, 75:21, 90:25, 148:1
**restroom** [4] - 13:1, 13:23, 13:24, 44:22
**resubmit** [1] - 104:4
**result** [4] - 92:8, 108:3, 136:1, 136:25
**resume** [1] - 91:9
**return** [2] - 18:20, 19:9
**returned** [1] - 19:16
**returns** [2] - 17:15, 17:17
**review** [5] - 14:24, 26:17, 137:6, 137:24, 137:25
**reviewed** [4] - 10:9, 61:20, 67:8, 68:25
**reviewing** [3] - 8:13,

26:18, 93:24
**Rich** [11] - 99:19, 99:20, 101:24, 103:22, 104:15, 121:10, 121:18, 121:24, 122:25, 124:16, 125:2
**RICHARD** [2] - 1:8, 2:10
**Richard** [86] - 9:20, 9:23, 10:25, 11:13, 17:24, 18:10, 20:22, 21:1, 23:3, 24:15, 24:16, 25:5, 25:19, 27:15, 27:17, 28:3, 29:7, 30:1, 30:14, 31:4, 32:5, 33:8, 33:11, 33:25, 34:16, 35:5, 35:8, 35:14, 36:12, 37:6, 37:16, 37:23, 38:5, 38:16, 39:4, 39:17, 41:24, 42:11, 43:24, 44:8, 44:14, 45:19, 45:24, 47:4, 48:24, 49:7, 49:14, 50:23, 51:20, 51:23, 52:24, 53:3, 54:3, 54:9, 96:12, 97:20, 97:24, 98:9, 99:3, 99:15, 99:16, 99:23, 100:11, 100:13, 100:22, 102:4, 104:17, 105:3, 105:9, 105:11, 107:10, 107:18, 107:23, 108:5, 108:19, 108:22, 109:20, 109:24, 115:21, 116:2, 117:6, 117:10, 122:13, 126:8, 127:21
**Richard's** [1] - 44:5
**right-hand** [2] - 77:9, 82:19
**rise** [11] - 6:6, 6:11, 45:5, 45:9, 113:14, 119:15, 119:18, 120:12, 120:24, 146:14, 148:20
**risk** [3] - 31:11, 118:21, 118:22
**Road** [1] - 3:11
**role** [4] - 14:15, 15:23, 62:11, 85:13
**roles** [1] - 60:24
**Rolex** [3] - 22:19, 28:17, 40:18
**Roman** [1] - 44:12
**Romero** [1] - 46:25
**ROOM** [1] - 1:24

**room** [9] - 61:11, 62:25, 63:3, 63:9, 64:14, 64:21, 65:22, 94:4, 94:7
**Room** [3] - 63:2, 63:3, 64:15
**roughly** [5] - 23:14, 23:15, 25:17, 55:8, 133:10
**router** [2] - 14:21, 14:23
**routers** [3] - 14:20, 15:8, 15:10
**Royal** [2] - 36:7, 41:25
**RPR** [1] - 149:20
**rule** [2] - 92:7, 92:12
**rules** [1] - 92:12
**ruling** [2] - 58:9, 89:11
**rulings** [3] - 91:20, 91:21, 114:2
**run** [5] - 132:18, 138:18, 138:20, 138:22
**Runyan** [3] - 75:13, 77:12, 77:13
**rushed** [1] - 88:19
**RYAN** [1] - 3:6

**S**

**Sabala** [2] - 75:1, 79:16
**safety** [1] - 32:3
**San** [2] - 2:19, 3:5
**Saturday** [1] - 125:19
**save** [1] - 39:3
**saved** [2] - 39:2, 121:9
**saw** [12] - 25:23, 26:1, 26:6, 89:2, 94:3, 105:4, 121:9, 121:24, 122:15, 122:16, 124:16, 124:22
**scan** [1] - 11:8
**scheduled** [1] - 108:24
**scheduling** [1] - 108:23
**scheme** [5] - 116:11, 116:19, 116:21, 116:25, 118:19
**schemes** [3] - 116:9, 117:3, 119:9
**scope** [5] - 16:2, 49:18, 94:21, 115:7, 115:8
**Scott** [2] - 48:7, 48:8
**SCOTT** [1] - 2:6

**screaming** [1] - 88:19
**screen** [10] - 7:23, 10:4, 49:1, 49:4, 66:21, 69:23, 125:24, 126:18, 140:1, 147:22
**screens** [1] - 48:13
**screenshot** [1] - 29:13
**scrivener** [1] - 87:23
**scroll** [10] - 7:20, 10:7, 30:13, 34:7, 36:11, 66:25, 76:4, 102:14, 110:23, 140:3
**scrolling** [3] - 11:2, 28:22, 29:12
**sealed** [1] - 63:11
**search** [31] - 10:14, 13:1, 18:21, 18:22, 19:8, 19:11, 19:21, 20:10, 20:15, 20:23, 60:4, 60:7, 60:9, 60:21, 60:24, 61:13, 62:9, 83:1, 84:2, 84:7, 84:9, 84:24, 85:1, 87:2, 87:11, 90:16, 96:5, 96:8, 117:6, 129:22
**searched** [8] - 12:20, 12:21, 83:2, 83:22, 84:12, 84:15, 84:19, 84:22
**searches** [2] - 60:14, 83:20
**searching** [1] - 66:3
**seat** [1] - 128:20
**seated** [12] - 6:8, 6:13, 21:17, 45:7, 45:11, 96:22, 97:1, 113:16, 119:19, 121:2, 128:19, 146:16
**second** [9] - 44:14, 58:7, 89:19, 90:15, 124:9, 142:18, 142:21, 143:4, 143:7
**seconds** [1] - 127:11
**secrets** [1] - 91:19
**section** [3] - 141:4, 141:5, 141:7
**Section** [1] - 149:9
**secured** [2] - 63:20, 65:1
**Security** [6] - 68:4, 68:20, 69:10, 70:3, 70:16, 70:18
**security** [1] - 135:21
**Sedona** [2] - 42:8, 44:13
**see** [46] - 9:3, 9:19, 9:22, 15:5, 26:1,

132:19
**Service** [1] - 75:13
**service** [4] - 145:9, 145:12, 145:13, 145:14
**session** [1] - 119:18
**SESSION** [1] - 1:12
**set** [1] - 145:18
**settlement** [2] - 11:3, 11:6
**seven** [4] - 20:6, 20:14, 45:4, 97:17
**several** [2] - 50:25, 117:3
**SFE** [1] - 129:17
**shared** [1] - 118:5
**sheet** [2] - 55:15, 56:2
**ship** [3] - 28:25, 29:6, 40:23
**shipped** [1] - 29:8
**shipping** [3] - 31:10, 32:3, 52:2
**shirt** [5] - 127:19, 127:22, 127:24, 128:4, 128:7
**shop** [1] - 42:8
**short** [1] - 36:15
**show** [47] - 7:18, 8:22, 11:7, 13:8, 13:17, 26:14, 39:23, 41:9, 66:12, 66:15, 67:1, 68:10, 68:18, 69:18, 70:2, 70:19, 71:2, 71:18, 71:24, 73:5, 73:12, 73:13, 74:4, 74:9, 74:10, 76:2, 76:10, 76:16, 76:17, 77:15, 77:21, 78:18, 79:18, 79:24, 80:16, 81:21, 90:8, 101:5, 106:1, 106:6, 111:20, 120:17, 125:21, 139:20, 139:22, 140:25, 141:7
**showed** [3] - 41:22, 69:15, 96:9
**showing** [15] - 9:3, 10:19, 11:10, 13:7, 13:11, 14:1, 33:4, 68:13, 70:23, 71:21, 73:8, 76:12, 79:20, 80:19, 113:22
**shown** [10] - 7:13, 9:8, 9:12, 10:22, 11:2, 15:11, 15:16, 125:10, 141:20, 141:25
**shows** [2] - 22:24, 68:19
**side** [3] - 62:13, 92:9,

98:23
**sidebar** [11] - 50:14, 51:15, 56:1, 56:4, 56:7, 57:12, 86:19, 86:20, 91:3, 113:8, 113:10
**Sidebar** [1] - 50:15
**sides** [2] - 91:23, 92:1
**sign** [2] - 19:14, 29:11
**signal** [1] - 55:23
**signature** [5] - 82:20, 100:3, 100:5, 103:13, 112:1
**signed** [4] - 55:2, 82:22, 103:19, 134:17
**significance** [4] - 30:2, 132:6, 134:15, 135:2
**signify** [1] - 25:11
**signing** [2] - 134:12, 134:15
**silenced** [1] - 6:10
**SILVERMAN** [1] - 2:20
**Simbadian** [1] - 109:21
**similar** [1] - 114:13
**simple** [1] - 30:9
**simply** [1] - 57:21
**single** [1] - 139:5
**sit** [1] - 93:18
**situation** [1] - 132:2
**six** [7] - 20:4, 48:19, 48:21, 55:2, 55:8, 132:18, 132:19
**skilled** [1] - 88:13
**skip** [1] - 9:18
**skipping** [1] - 11:23
**Sky** [2] - 25:14, 25:16
**slow** [1] - 112:17
**Small** [1] - 71:25, 72:23
**small** [2] - 13:20, 141:6
**smart** [3] - 131:11, 131:13, 131:15
**smartphone** [1] - 131:10
**smartphones** [2] - 132:24, 133:13
**smoothly** [1] - 148:7
**social** [1] - 23:7
**Social** [6] - 68:3, 68:20, 69:10, 70:3, 70:16, 70:18
**software** [2] - 132:13, 137:4
**sold** [7] - 30:24,

42:1, 42:2, 43:22, 44:10, 49:16, 49:24
**someone** [9] - 23:7, 42:7, 44:10, 52:19, 93:13, 93:19, 93:20, 100:25, 146:18
**sometimes** [1] - 17:21
**somewhere** [1] - 91:7
**sorry** [17] - 8:23, 16:11, 31:21, 63:1, 64:19, 76:4, 76:25, 83:25, 102:17, 105:16, 105:18, 107:18, 111:2, 131:8, 136:17, 136:19, 141:5
**sort** [1] - 22:17
**sought** [1] - 86:2
**sounded** [1] - 118:14
**source** [1] - 110:23
**speaks** [1] - 113:17
**Spear** [1] - 2:18
**special** [6] - 59:25, 60:1, 60:3, 60:6, 79:14, 129:22
**Special** [26] - 6:19, 59:21, 64:7, 66:20, 68:13, 69:9, 69:22, 70:15, 70:23, 71:15, 71:21, 72:19, 73:8, 73:24, 74:7, 74:21, 76:12, 78:25, 79:20, 80:19, 81:11, 81:24, 82:13, 83:17, 92:20, 92:23
**specialist** [1] - 129:17
**specific** [9] - 19:22, 60:24, 60:25, 87:9, 118:11, 123:17, 125:6, 131:15, 133:4
**specifically** [5] - 17:9, 21:3, 34:11, 41:25, 50:7
**speculate** [1] - 85:6
**spell** [4] - 21:19, 59:11, 97:2, 128:21
**spelled** [1] - 46:19
**spelling** [1] - 101:25
**spoken** [2] - 53:7, 53:10
**spreadsheet** [2] - 42:21, 42:24
**spreadsheets** [2] - 42:18, 42:20
**Spring** [1] - 2:7
**Springs** [2] - 97:19, 120:4
**squad** [3] - 19:15,

129:13, 130:25
**ST** [1] - 42:1
**stack** [1] - 7:10
**staff** [1] - 20:16
**stairs** [3] - 59:10, 96:23, 128:20
**stand** [3] - 64:12, 96:18, 118:18
**standard** [1] - 31:8
**standing** [1] - 98:3
**stands** [4] - 29:17, 129:13, 143:19, 144:1
**Starbucks** [1] - 144:16
**start** [6] - 10:21, 22:13, 38:9, 113:8, 117:2, 136:10
**started** [2] - 8:2, 40:20
**starting** [1] - 23:21
**State** [2] - 55:1, 100:8
**STATE** [1] - 149:4
**state** [16] - 21:19, 23:24, 59:11, 97:1, 128:21, 130:9, 130:18, 132:4, 132:6, 135:8, 135:11, 135:14, 135:17, 135:18, 135:21
**statement** [7] - 11:3, 11:6, 32:14, 32:23, 35:1, 36:22, 56:21
**statements** [2] - 32:22, 37:10
**States** [8] - 2:6, 2:7, 21:12, 70:16, 96:24, 149:7, 149:9, 149:14
**states** [2] - 21:2, 135:3
**STATES** [3] - 1:1, 1:5, 2:4
**stayed** [1] - 90:23
**stenographically** [1] - 149:11
**step** [8] - 6:21, 21:10, 21:18, 59:9, 59:10, 92:2, 128:20
**STEPHEN** [1] - 1:3
**STEPTO** [2] - 2:17, 2:20
**STEPTOE** [2] - 2:11, 2:14
**stick** [1] - 120:9
**still** [7] - 6:22, 10:4, 16:7, 16:10, 89:20, 127:15, 135:8
**stipulate** [1] - 147:13
**stop** [2] - 75:11, 76:5
**straight** [1] - 117:5

**strange** [1] - 112:9
**stream** [5] - 33:10, 33:19, 35:12, 36:25, 145:7
**STREET** [1] - 1:24
**Street** [5] - 2:7, 2:12, 2:18, 3:7, 60:10
**stricken** [1] - 36:2
**strike** [1] - 35:24
**stuff** [2] - 12:13, 35:17
**style** [1] - 44:5
**submit** [2] - 103:16, 104:1
**subpoena** [2] - 124:13, 124:23
**subscription** [3] - 144:22, 145:5, 145:15
**subsequent** [1] - 143:1
**subset** [5] - 135:24, 137:17, 137:21, 143:5, 143:11
**substantially** [1] - 118:24
**sufficient** [2] - 111:21, 125:11
**sufficiently** [1] - 10:9
**suitable** [1] - 91:8
**Suite** [6] - 2:12, 2:18, 3:4, 3:7, 3:11, 3:15
**sum** [1] - 49:8
**SUN** [1] - 2:5
**supposed** [3] - 34:4, 34:8, 100:3
**surprise** [1] - 28:24
**surprised** [1] - 29:1
**surrounding** [1] - 33:24
**sustain** [1] - 92:9
**sustained** [5] - 35:21, 35:23, 36:1, 58:19, 86:8
**sweep** [1] - 12:23
**switch** [1] - 126:1
**sworn** [5] - 6:24, 21:24, 59:16, 97:6, 128:25
**synthetic** [2] - 114:20, 118:13
**systems** [2] - 131:2, 131:3

---

**T**

---

**Tab** [3] - 24:9, 102:20, 104:10
**tab** [2] - 98:22, 106:7
**table** [5] - 34:14, 42:13, 61:11, 63:9,

64:21
**tag** [2] - 143:2
**tagged** [2] - 65:1, 143:3
**tagging** [2] - 7:6, 61:4
**Tamara** [20] - 61:14, 61:24, 85:23, 85:24, 86:13, 86:16, 87:18, 87:19, 88:8, 89:1, 89:17, 89:22, 89:25, 90:19, 93:13, 94:6, 117:3, 117:8, 117:9, 118:7
**tape** [3] - 21:18, 59:10, 128:20
**Tarzana** [4] - 9:7, 11:4, 11:19, 82:17
**tasks** [1] - 135:13
**tax** [2] - 17:15, 17:17
**Tax** [1] - 75:13
**team** [8] - 60:21, 60:22, 60:24, 67:4, 84:9, 90:16, 129:14, 129:16
**technical** [1] - 89:8
**technology** [1] - 129:17
**telephone** [2] - 27:15, 124:10
**temporarily** [1] - 90:23
**tension** [1] - 88:20
**Terabelian** [7] - 9:23, 10:25, 11:13, 17:24, 18:8, 20:22, 21:1
**TERABELIAN** [1] - 3:2
**term** [1] - 130:14
**terms** [1] - 70:2
**TERRI** [4] - 1:23, 149:6, 149:19, 149:20
**testified** [12] - 6:25, 14:12, 20:13, 21:25, 50:22, 52:12, 53:23, 59:17, 90:14, 97:7, 118:11, 129:1
**testify** [5] - 47:25, 90:10, 90:24, 147:5, 147:15
**testifying** [2] - 27:6, 56:13
**testimony** [13] - 24:2, 35:25, 45:18, 45:21, 49:16, 49:23, 50:24, 56:24, 67:8, 68:25, 96:5, 96:6, 148:15
**Texas** [2] - 22:12, 44:4

**text** [67] - 23:13, 24:15, 24:18, 24:20, 25:5, 27:2, 28:23, 30:10, 30:13, 33:8, 33:10, 33:19, 35:12, 36:25, 37:14, 38:4, 38:13, 39:22, 40:2, 40:3, 40:6, 46:25, 47:19, 52:17, 52:23, 98:17, 98:19, 99:3, 99:6, 99:20, 99:24, 100:3, 100:10, 102:8, 103:15, 104:7, 105:12, 105:17, 108:5, 108:10, 108:11, 108:22, 110:14, 110:15, 110:16, 111:2, 111:7, 111:22, 112:2, 112:5, 112:7, 112:9, 117:22, 121:24, 122:5, 122:9, 123:2, 123:4, 124:15, 124:16, 124:18, 124:20, 125:13, 126:8, 136:21, 146:19
**texting** [1] - 52:19
**texts** [1] - 100:10
**THE** [297] - 2:3, 2:10, 3:2, 3:9, 3:13, 6:6, 6:8, 6:13, 6:16, 6:18, 6:21, 7:15, 8:1, 8:9, 8:10, 8:12, 8:15, 8:25, 10:5, 10:17, 12:4, 12:9, 12:11, 12:13, 13:10, 13:14, 13:16, 14:7, 15:4, 15:18, 16:3, 16:7, 16:10, 16:13, 16:16, 17:3, 18:4, 18:24, 19:2, 19:6, 21:9, 21:14, 21:16, 21:17, 21:21, 24:7, 24:24, 25:2, 26:10, 26:14, 26:20, 27:5, 27:8, 27:9, 27:11, 27:12, 33:1, 33:14, 33:17, 35:21, 35:23, 36:1, 37:18, 37:20, 38:1, 38:4, 38:8, 38:20, 40:10, 43:5, 43:8, 44:21, 44:24, 45:2, 45:5, 45:7, 45:9, 45:11, 45:15, 46:9, 47:5, 49:20, 50:13, 50:16, 50:20, 51:1, 51:5, 51:10, 51:16, 55:20, 56:2, 56:6, 56:9, 56:15, 57:1, 57:4, 57:6, 57:8, 57:10, 57:17, 57:21, 58:3, 58:6, 58:19, 58:21,

58:23, 59:3, 59:5, 59:7, 59:8, 59:13, 59:18, 64:4, 65:14, 66:17, 66:18, 67:23, 68:1, 68:11, 69:4, 69:7, 69:20, 70:10, 70:13, 70:21, 71:7, 71:10, 71:13, 72:11, 72:14, 73:19, 73:22, 74:16, 74:19, 76:8, 76:24, 77:1, 77:4, 78:4, 78:7, 78:11, 78:16, 78:17, 78:21, 79:9, 79:12, 80:7, 80:10, 81:6, 81:9, 82:8, 82:11, 82:24, 83:6, 83:7, 83:9, 83:10, 83:14, 84:1, 84:4, 86:8, 86:10, 86:19, 86:21, 87:20, 88:6, 88:10, 89:4, 89:19, 89:24, 90:5, 90:12, 90:15, 90:19, 90:21, 91:2, 91:4, 92:24, 94:21, 95:20, 95:25, 96:1, 96:16, 96:18, 96:21, 96:22, 97:1, 97:3, 98:7, 99:10, 99:13, 100:24, 101:17, 101:21, 101:22, 103:5, 103:8, 104:21, 104:24, 106:18, 106:21, 109:14, 109:17, 111:11, 111:14, 112:16, 112:19, 113:6, 113:9, 113:12, 113:14, 113:16, 113:17, 114:3, 114:10, 114:17, 114:22, 115:1, 115:8, 115:14, 115:17, 115:21, 116:7, 116:18, 116:21, 117:5, 117:9, 117:12, 117:15, 117:18, 118:2, 118:9, 118:16, 119:2, 119:13, 119:15, 119:17, 119:20, 119:25, 120:11, 120:12, 120:16, 120:21, 120:23, 120:24, 121:1, 121:3, 121:20, 121:21, 123:24, 124:1, 124:7, 125:22, 125:25, 126:2, 126:14, 126:18, 126:21, 126:24, 127:1, 127:3, 127:5, 127:8, 127:17,

127:19, 127:21, 127:22, 127:23, 127:24, 127:25, 128:1, 128:8, 128:16, 128:18, 128:19, 128:22, 128:23, 130:6, 130:8, 139:23, 140:20, 140:23, 142:10, 145:25, 146:3, 146:14, 146:16, 146:17, 146:21, 147:1, 147:4, 147:7, 147:10, 147:16, 147:19, 148:17, 148:20

**theft** [1] - 87:17

**themselves** [1] - 54:12

**theoretically** [1] - 139:11

**theory** [4] - 87:16, 114:24, 115:14, 115:18

**therefore** [1] - 143:13

**thinking** [2] - 56:9, 87:14

**third** [10] - 9:12, 23:23, 54:20, 54:22, 55:1, 55:10, 58:13, 82:15, 82:22, 113:19

**thread** [8] - 24:15, 24:18, 33:8, 38:5, 40:2, 40:3, 40:6

**three** [18] - 15:10, 32:2, 48:19, 48:21, 55:2, 101:5, 101:11, 101:19, 106:4, 120:3, 120:10, 122:17, 123:13, 124:11, 127:11, 147:12, 147:14

**throughout** [1] - 27:18

**thumb** [1] - 130:1

**THURSDAY** [2] - 1:13, 6:1

**tie** [5] - 18:24, 98:4, 98:5, 116:2, 147:8

**Timeline** [1] - 35:2, 35:7, 36:23

**Timepiece** [1] - 29:14

**Timepieces** [6] - 22:8, 22:9, 22:13, 23:16, 29:13, 32:23

**title** [5] - 11:5, 17:7, 17:9, 59:24, 72:22

**Title** [1] - 149:9

**titled** [1] - 16:24

**today** [7] - 24:2, 30:24, 93:18, 96:4, 97:24, 101:25, 115:5

**together** [3] - 40:16, 90:1, 132:16

**Tom** [1] - 93:1

**tomorrow** [4] - 8:3, 8:7, 91:6, 91:8

**took** [8] - 63:10, 126:10, 134:19, 134:24, 136:6, 142:5, 142:6

**top** [16] - 9:3, 22:25, 25:4, 27:24, 34:7, 40:13, 47:2, 71:16, 72:19, 81:12, 82:14, 84:17, 99:15, 105:1, 111:18, 140:4

**Top** [3] - 37:5, 107:1, 107:2

**Topeka** [15] - 7:6, 9:7, 10:1, 11:3, 11:19, 12:1, 12:20, 12:21, 14:13, 60:17, 82:17, 82:23, 84:17, 118:8, 118:10

**topic** [1] - 51:17

**total** [1] - 11:7

**touch** [1] - 130:17

**touched** [1] - 94:16

**tour** [1] - 113:20

**towards** [1] - 49:11

**Tower** [1] - 2:18

**trace** [1] - 94:15

**track** [3] - 19:12, 38:8, 133:23

**trade** [1] - 22:24

**training** [1] - 60:3, 130:22, 130:24, 131:1, 131:2, 131:4, 131:5, 131:15, 131:25, 133:4, 133:7, 133:8, 133:9, 143:15, 143:22

**transaction** [6] - 36:16, 105:9, 108:9, 109:10, 117:20, 117:21

**transactions** [3] - 31:8, 49:11, 74:1

**transcript** [2] - 149:10, 149:12

**TRANSCRIPT** [1] - 1:12

**transfer** [12] - 29:17, 30:2, 36:18, 36:20, 36:23, 36:25, 37:2, 37:3, 37:5, 37:6, 37:8, 39:10

**transfers** [3] - 37:15,

39:6, 54:12

**transport** [2] - 63:12, 65:2

**Transport** [3] - 35:3, 35:7, 36:23

**transported** [2] - 63:13, 65:3

**transporting** [1] - 61:5

**trial** [5] - 8:7, 88:12, 91:6, 115:23

**TRIAL** [1] - 1:12

**troublesome** [1] - 148:8

**true** [33] - 24:20, 32:22, 33:10, 40:6, 51:23, 54:13, 54:14, 67:3, 68:21, 70:5, 71:4, 72:6, 73:14, 74:11, 76:18, 77:24, 79:4, 80:2, 80:25, 82:3, 99:6, 104:16, 106:2, 106:14, 109:11, 110:11, 111:7, 138:4, 140:15, 142:6, 143:7, 143:12, 149:10

**truth** [1] - 56:14

**truthfulness** [1] - 57:15

**try** [5] - 10:3, 108:1, 134:24, 134:25, 147:14

**trying** [3] - 34:11, 34:23, 114:23

**turn** [1] - 135:9

**turned** [2] - 19:18, 135:7

**two** [13] - 15:10, 19:23, 30:16, 42:1, 42:3, 61:14, 88:23, 100:19, 103:22, 119:14, 131:10, 132:25, 135:3

**types** [1] - 139:2

**typing** [1] - 47:8

**U**

**U.S** [5] - 1:3, 30:8, 72:23, 145:8, 145:14

**UK** [2] - 145:11, 145:14

**ultimately** [2] - 45:21, 114:14

**unclear** [2] - 69:13, 110:22

**under** [6] - 6:22, 11:7, 39:3, 69:10, 82:20, 119:5

**understandings** [2] - 100:25, 101:2

**understood** [2] - 101:3, 114:1

**unique** [2] - 44:15, 144:15

**unit** [2] - 129:10, 129:12

**UNITED** [3] - 1:1, 1:5, 2:4

**United** [12] - 2:6, 2:7, 21:12, 70:16, 96:24, 145:2, 145:3, 145:4, 145:12, 149:7, 149:9, 149:14

**unless** [2] - 87:24, 91:7

**unlock** [6] - 135:4, 135:7, 135:8, 135:10, 135:11, 136:3

**unlocked** [2] - 132:8, 135:5, 135:6

**unpack** [1] - 129:19

**unrelated** [1] - 118:20

**unusual** [2] - 29:21, 29:22

**up** [25] - 7:24, 9:12, 24:4, 24:5, 26:4, 26:15, 36:10, 41:14, 42:13, 46:24, 49:8, 59:9, 64:11, 76:4, 85:17, 87:18, 96:9, 96:23, 98:3, 104:2, 107:7, 128:20, 135:9, 135:20, 146:8

**upcoming** [1] - 148:6

**upper** [2] - 75:17, 77:9

**urging** [1] - 117:18

**USA** [6] - 144:19, 144:20, 144:23, 145:6

**user** [7] - 139:7, 139:15, 140:13, 140:15, 143:21, 144:22, 145:4

**uses** [1] - 133:23

**V**

**Vae** [1] - 83:19

**vague** [1] - 111:16

**VAHE** [1] - 3:13

**Vahe** [2] - 84:18, 87:17

**value** [4] - 23:1, 30:20, 30:22, 118:24

**various** [3] - 79:25, 80:13, 88:7

**VAUGHN** [1] - 3:6

**vendors** [1] - 116:14

**Venmo** [2] - 28:6, 28:9

**Ventures** [1] - 9:16

**Verachek** [1] - 75:10

**veracity** [1] - 56:14

**verify** [1] - 138:13

**version** [3] - 132:12, 144:2, 144:8

**versus** [1] - 135:14

**via** [5] - 28:9, 29:16, 98:17, 100:2, 125:13

**victim** [1] - 87:17

**victims** [2] - 85:11, 86:6

**video** [14] - 121:23, 125:23, 126:2, 126:4, 126:5, 126:6, 126:10, 126:12, 126:16, 127:7, 127:8, 127:15, 148:15

**view** [4] - 88:1, 89:8, 92:2, 95:20

**vigorous** [1] - 91:24

**Viktoria** [9] - 28:22, 30:11, 33:20, 39:6, 39:13, 50:10, 51:25, 74:23, 116:12

**violated** [1] - 55:5

**violation** [1] - 23:23

**virtual** [1] - 143:19

**Visa** [1] - 70:18

**vividly** [1] - 27:21, 42:5

**VLA** [1] - 79:16

**Voyage** [2] - 88:24

**voyage** [1] - 76:8

**VPN** [14] - 143:16, 143:18, 143:19, 143:20, 144:13, 144:18, 145:9, 145:11, 145:13, 145:14, 145:16, 145:19, 145:21

**vs** [1] - 1:7

**W**

**wait** [3] - 35:18, 89:19, 90:15

**waiting** [2] - 86:8, 121:23

**wake** [1] - 135:9

**walked** [5] - 13:20, 14:2, 65:17, 65:21, 93:23

**walking** [6] - 13:22, 59:9, 62:8, 96:23, 127:9, 128:20

**walkthrough** [3] -

62:6, 62:7, 65:20
**wall** [1] - 135:19
**wants** [3] - 107:19, 107:22, 144:18
**warrant** [2] - 61:3, 61:8
**warranted** [1] - 132:3
**warrants** [4] - 60:4, 60:7, 62:9, 129:22
**Warranty** [1] - 11:17
**Washington** [1] - 2:22
**watch** [30] - 21:17, 22:6, 22:10, 22:15, 23:19, 28:9, 28:12, 28:14, 28:16, 28:21, 29:2, 31:11, 31:24, 33:22, 34:11, 34:23, 41:12, 41:17, 42:7, 44:5, 44:10, 44:11, 45:19, 47:21, 49:25, 52:2, 52:23, 144:19, 144:20, 145:1
**watches** [24] - 15:11, 15:13, 19:16, 22:17, 23:1, 23:8, 23:9, 25:15, 30:15, 30:20, 31:2, 32:4, 32:5, 35:16, 36:11, 41:5, 42:2, 43:19, 43:24, 44:15, 44:17, 49:16, 49:24, 51:4
**watching** [1] - 144:25
**water** [1] - 134:2
**ways** [3] - 88:8, 116:5, 132:16
**wearing** [5] - 98:2, 98:4, 127:19, 127:22, 127:24
**Webex** [2] - 48:3, 48:9
**Weddington** [25] - 60:10, 60:19, 62:23, 63:4, 64:16, 65:17, 67:5, 67:11, 68:5, 68:22, 70:6, 71:5, 72:3, 73:15, 74:12, 76:19, 77:25, 79:5, 80:3, 81:1, 82:4, 84:10, 84:24, 96:6, 118:6
**weekend** [2] - 148:6, 148:19
**weeks** [2] - 27:19, 124:11
**Welder** [1] - 25:16
**well-intentioned** [1] - 12:12
**WEST** [1] - 1:24

**West** [4] - 2:12, 3:7, 100:14, 103:3
**WESTERN** [1] - 1:2
**whatsoever** [1] - 135:22
**white** [2] - 127:24, 128:6
**whole** [3] - 56:2, 88:12, 126:22
**wife** [3] - 28:25, 52:1, 89:25
**wife's** [1] - 34:5
**William** [1] - 21:21
**WILLIAM** [2] - 21:22, 21:23
**WILLIAMS** [2] - 3:3, 3:6
**WILSON** [1] - 1:3
**Windows** [1] - 131:2
**Windows-based** [1] - 131:2
**wire** [7] - 28:10, 34:17, 34:18, 41:13, 53:23, 54:12, 105:14
**wires** [1] - 147:12
**WIRSCHING** [1] - 3:10
**Wise** [4] - 29:16, 29:17, 30:2
**wise** [2] - 29:17, 144:24
**witness** [51] - 6:21, 7:14, 10:4, 13:8, 15:3, 18:3, 19:5, 24:6, 27:3, 43:7, 56:13, 56:24, 58:24, 66:16, 68:10, 69:19, 70:20, 71:19, 73:6, 74:5, 76:3, 76:10, 77:16, 78:19, 78:22, 78:23, 79:18, 80:17, 81:21, 87:12, 87:21, 87:24, 96:17, 114:14, 115:2, 115:3, 115:9, 118:11, 118:15, 118:16, 118:18, 118:25, 119:4, 119:25, 121:4, 125:21, 128:12, 139:22, 141:21
**WITNESS** [34] - 4:1, 4:3, 8:12, 8:15, 13:14, 21:16, 21:21, 26:20, 27:8, 27:11, 38:4, 47:5, 59:7, 59:13, 71:7, 76:8, 78:17, 83:6, 83:9, 92:24, 95:25, 96:21, 97:3, 99:10, 101:22, 121:20, 125:25, 126:2, 127:21,

127:23, 127:25, 128:18, 128:22, 130:8
**witness's** [1] - 26:8
**witnesses** [3] - 90:24, 114:2, 147:15
**word** [2] - 51:9, 52:16
**words** [8] - 47:13, 52:22, 54:11, 114:22, 115:1, 118:3, 124:3, 148:5
**works** [1] - 144:7
**write** [2] - 102:6, 144:4
**written** [3] - 69:9, 71:15, 79:15
**wrote** [2] - 14:18, 93:18

## Y

**year** [1] - 22:16
**years** [7] - 55:2, 55:3, 55:9, 60:6, 97:17, 130:21, 132:22
**yelling** [1] - 88:20
**yesterday** [1] - 103:19
**York** [3] - 2:16, 44:12
**yourself** [1] - 88:14

## Z

**Zelle** [1] - 28:10
**Zhadko** [3] - 52:9, 117:14, 147:7
**zip** [1] - 138:9

**UNITED STATES DISTRICT COURT**