1            UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

4

5   UNITED STATES OF AMERICA,

6              Plaintiff,

7       vs.                          Case No. CR 20-579-SVW

8   RICHARD AYVAZYAN, et al,

9              Defendants.
   _____/

10

11

12              REPORTER'S TRANSCRIPT OF
            TRIAL - DAY 4 AFTERNOON SESSION
13             MONDAY, JUNE 21, 2021
                    1:00 P.M.
14            LOS ANGELES, CALIFORNIA

15

16

17

18

19

20

21

22   _____

23        TERRI A. HOURIGAN, CSR NO. 3838, CCRR
            FEDERAL OFFICIAL COURT REPORTER
24         350 WEST FIRST STREET, ROOM 4311
            LOS ANGELES, CALIFORNIA  90012
25                 (213) 894-2849

```
1                    APPEARANCES OF COUNSEL:

2

3   FOR THE PLAINTIFF:

4
        UNITED STATES ATTORNEY'S OFFICE
5       BY:  CATHERINE SUN AHN
             CHRISTOPHER FENTON
6            SCOTT PAETTY
        Assistant United States Attorneys
7       United States Courthouse
        312 North Spring Street
8       Los Angeles, California  90012

9

10  FOR THE DEFENDANT:  RICHARD AYVAZYAN

11      STEPTOE and JOHNSON
        BY:  ASHWIN J. RAM
12      Attorney at Law
        633 West 5th Street, Suite 1900
13      Los Angeles, California 90071

14      STEPTOE and JOHNSON
        BY:  MEGHAN NEWCOMER
15      Attorney at Law
        1114 Avenue of the Americas
16      New York, New York  10036

17      STEPTOE and JOHNSON
        BY:  MICHAEL A. KEOUGH
18      Attorney at Law
        1 Market Street, Spear Tower, Suite 3900
19      San Francisco, California  94105

20      STEPTOE and JOHNSON
        NICHOLAS P. SILVERMAN
21      Attorney at Law
        1330 Connecticut Avenue, NW
22      Washington, D.C.  20036

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1   Appearances (Cont.)

 2   FOR THE DEFENDANT:  MARIETTA TERABELIAN

 3       BIENERT KATZMAN LITTRELL WILLIAMS LLP
         BY:  JOHN LEWIS LITTRELL
 4       Attorney at Law
         903 Calle Amenecer, Suite 350
 5       San Clemente, California  92673

 6       BIENERT KATZMAN LITTRELL WILLIAMS LLP
         BY:  RYAN VAUGHN FRASER
 7       Attorney at Law
         601 West 5th Street, Suite 720
 8       Los Angeles, California  90071

 9   FOR THE DEFENDANT:  ARTUR AYVAZYAN

10       JENNIFER J. WIRSCHING
         Attorney at Law
11       1935 Alpha Road, Suite 216
         Glendale, California  91208

12

13   FOR THE DEFENDANT:  VAHE DADYAN

14       LAW OFFICE OF PETER JOHNSON
         BY:  PETER JOHNSON
15       Attorney at Law
         409 North Pacific Coast Highway, Suite 651
16       Redondo Beach, California  90277

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1                          WITNESS INDEX

 2                             * * *

 3   WITNESS NAME:                                   Page

 4   GREGORY PARRA

 5       Further Direct Examination by Ms. Ahn       19
         Cross-Examination by Mr. Fraser             25
 6

 7   ANDREW JAUNG

 8       Further Direct Examination by Ms. Ahn       31

 9
     TIMOTHY MASSINO
10
         Further Direct Examination by Ms. Ahn       35
11       Cross-Examination by Mr. Keough             94
         Cross-Examination by Mr. Littrell           121
12       Cross-Examination by Mr. Johnson            129

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1                        EXHIBIT INDEX

 2                           *  *  *

 3    EXHIBIT NUMBER:        Page        EXHIBIT NUMBER      Page

 4    Gov. 118               23

 5    Gov. 119               24

 6    Def. 308               29

 7    Gov. 120               34

 8    Gov. 10                39

 9    Gov. 13B thru
      13F and 13I            41
10
      Gov. 13H               41
11
      Gov. 24A thru 24D      43
12
      Def. 1                 96
13
      Def. 40                116
14
      Def. 309               122
15
      Def. 313               123
16

17

18

19

20

21

22

23

24

25
```

1          **LOS ANGELES, CALIFORNIA; MONDAY, JUNE 21, 2021**

2                              **1:10 P.M.**

3                              --oOo--

4

5

6          THE COURTROOM DEPUTY:  Please be seated and come to

7   order.

8          THE COURT:  Good afternoon.  Before the jury comes

9   out, I want to see if I can't get to a point of reference here.

10  Where is the Assistant U. S. Attorney?  Is there another

11  Assistant U. S. Attorney?  Where is Ms. Ahn?

12         MR. FENTON:  Your Honor, Ms. Ahn is on her way up.

13  She was meeting with two witnesses we were calling.

14         THE COURT:  Is she going to be here?  I could ask

15  some questions to her, maybe get to a point see if we can't

16  resolve this question.

17         MR. FENTON:  She should be up momentarily, Your

18  Honor.

19              What time is it now?

20         THE COURTROOM DEPUTY:  It's just one o'clock.

21         THE COURT:  All right.  If you don't mind we will

22  wait a few moments and hopefully she will arrive.

23         MR. FENTON:  Your Honor, if I may on another matter?

24         THE COURT:  Let's not take up another matter.  Let's

25  get this straightened out first.

1                    Ms. Ahn?

2            MS. AHN:  Good afternoon, Your Honor.

3            THE COURT:  Ms. Ahn, let me ask a few questions to

4    see if I can clarify things at least from my own thinking as a

5    start.

6            MS. AHN:  Yes, Your Honor.

7            THE COURT:  When you start to ask a question to

8    Massino about that chart --

9            MS. AHN:  Yes, Your Honor.

10           THE COURT:  -- that was a chart that he prepared,

11   correct?

12           MS. AHN:  He helped in the preparation, Your Honor.

13           THE COURT:  Yes, and when the reference in the chart

14   was made to the actual text messages, will Agent Massino say

15   that he looked at the whole of the Cellebrite report, which I

16   understand is quite voluminous, and those are parts of that

17   report that he extracted?

18           MS. AHN:  No, Your Honor.  Agent Massino reviewed

19   the Cellebrite report that was created by the forensic

20   examiners, Your Honor.

21           THE COURT:  Well, I know that a Cellebrite report

22   was prepared by the forensic examiners.

23               The question I was asking was whether Agent

24   Massino looked at that Cellebrite report, the mass of it.

25           MS. AHN:  Yes, Your Honor.

1          THE COURT:  And from that mass, found these text

2    messages?

3          MS. AHN:  He reviewed --

4          THE COURT:  Just answer my question, if you can.  I

5    mean, why was it unclear?

6          MS. AHN:  It's because there was the original

7    Cellebrite report that was originally extracted from the

8    devices, Your Honor.

9          THE COURT:  That's what I'm getting at now.  Tell me

10   about the difference between the original Cellebrite report,

11   which I understand is everything taken off the phone.

12         MS. AHN:  Yes, Your Honor.

13         THE COURT:  Even the groceries, whoever had the

14   phone and who ordered things like that, and then how would you

15   call the reduction of that?

16         MS. AHN:  We have been calling it the second

17   Cellebrite report or a subset of the Cellebrite report.

18         THE COURT:  Who prepared the subset?

19         MS. AHN:  The case agents identified information to

20   tag --

21         THE COURT:  Say that again.

22         MS. AHN:  Case agents identified information that

23   was responsive to the search warrant, Your Honor.  And then a

24   filter agent who could review the full Cellebrite report, which

25   contained potentially privileged data tagged the items in the

1  full Cellebrite report and a forensic examiner extracted a

2  second Cellebrite report.

3          THE COURT:  Say that again.  I don't think I grasped

4  -- understand everything you said.  We start out with the full

5  report.

6          MS. AHN:  Yes, Your Honor.

7          THE COURT:  And that was what Parra extracted from

8  the cell phones.

9          MS. AHN:  Yes, Your Honor.

10          THE COURT:  And then after Agent Parra extracted

11  this, are you saying that the extraction was looked at by

12  another team of agents for a different purpose?

13          MS. AHN:  For a responsiveness review, Your Honor,

14  to the search warrant.

15          THE COURT:  But once that responsiveness task was

16  complete, then the report -- the Cellebrite report -- then the

17  Cellebrite report was returned to the prosecutor, right?

18          MS. AHN:  Yes, Your Honor.

19          THE COURT:  And you are calling that the subset?

20          MS. AHN:  Or the second Cellebrite report that

21  Examiners Parra and Jaung referenced in their testimony.

22          THE COURT:  So this subset or second Cellebrite

23  report, is that what Agent Massino looked at?

24          MS. AHN:  Yes, Your Honor.

25          THE COURT:  And I take it that must have been a mass

1   of things also?

2           MS. AHN:  It is.  It does take quite a long time to

3   open the report because of the data.  It is not quite as large

4   as the original Cellebrite report, but yes, it is fairly large.

5           THE COURT:  And was the original Cellebrite report

6   turned over to the defendants?

7           MS. AHN:  Yes, Your Honor, as was the subset.

8           THE COURT:  I see.  That was done at the beginning

9   of June, right?

10          MS. AHN:  Yes, Your Honor.

11          THE COURT:  And the -- so Agent Massino is going to

12  say that he -- that those text messages in these Exhibits 10,

13  et cetera --

14          MS. AHN:  Yes, Your Honor.

15          THE COURT:  -- are taken from the subset, the second

16  Cellebrite report.

17          MS. AHN:  Yes, Your Honor.

18          THE COURT:  And the second Cellebrite report has not

19  been introduced into evidence, correct?

20          MS. AHN:  No, Your Honor.  Although we now have them

21  on these USB drives, Your Honor.

22          THE COURT:  I see.  And in this second Cellebrite

23  report, does that contain a lot of things like small talk and

24  other things that don't relate to the case?

25          MS. AHN:  Well, they are all responsive to the

1   search warrant, Your Honor.  But we don't necessarily need

2   them.  We didn't necessarily tag them for purposes of trial,

3   Your Honor.

4            THE COURT:  I see, so what I intend to do to move

5   things along, is you are going to introduce the second

6   Cellebrite report through Parra, Examiners Parra and Jaung.

7   And they are going to say that what you just said.

8            MS. AHN:  Yes, Your Honor.

9            THE COURT:  And then that will be in evidence if

10  they do what you say, and then Agent Massino will say the chart

11  he prepared at Exhibit 10, and so forth, was the actual wording

12  that came from the second Cellebrite report?

13           MS. AHN:  Yes, Your Honor.  The text messages and

14  the images, Your Honor.

15           THE COURT:  Yes.  And I don't know that it's

16  necessary, but is there a part of the second Cellebrite report

17  that would by some identification reference itself to the

18  exhibits that Agent Massino was talking about?

19           MS. AHN:  There are general categories, Your Honor,

20  so, the images section, which I believe Mr. Littrell pointed

21  out, the web history section, and the text messages were --

22  imessages were chat section.

23           THE COURT:  What did you say?

24           MS. AHN:  So there is the web history section, the

25  images section, as well as the imessages or chat history

```
 1   section.
 2            THE COURT:  So the relevant part here is the chat
 3   portion, right?
 4            MS. AHN:  Yes, Your Honor.  Although there are more
 5   text messages in the Cellebrite report than were identified for
 6   the government's exhibit.
 7            THE COURT:  And okay, So that's what we spoke of
 8   before the break.
 9                 So those text messages that are in the full
10   Cellebrite report are based upon the full Cellebrite report,
11   not the subset, correct?
12            MS. AHN:  They are all derived from the extracted
13   data from the phone, yes, Your Honor.  You are correct, Your
14   Honor.
15            THE COURT:  So, will Agent Parra introduce the whole
16   Cellebrite report?
17            MS. AHN:  He will introduce the second or the --
18   subset Cellebrite report.
19            THE COURT:  What about the original Cellebrite
20   report you say is the source of some of the text messages.
21            MS. AHN:  That contains potentially privileged data,
22   Your Honor.  So the attorneys have not accessed that data.
23            THE COURT:  So, that hasn't been shown to them?
24            MS. AHN:  That was produced to defense, Your Honor,
25   and certainly the examiners are familiar with that report, Your
```

```
 1    Honor, but we have not identified that as an exhibit.

 2              THE COURT:  I know you haven't, but if it comes to

 3    redactions at a later point, if it goes to the jury, we can do

 4    that, but at this point if Agent Massino is going to testify

 5    about -- well, did Agent Massino look at that original

 6    Cellebrite report to get the text messages that weren't on the

 7    second report or the subset?

 8              MS. AHN:  There are no text messages in the

 9    government exhibits that are not on the subset Cellebrite

10    report.

11              THE COURT:  That's what I didn't understand.

12              MS. AHN:  Yes, Your Honor.  All of the government

13    exhibits are derived from the second Cellebrite report.

14              THE COURT:  So that's -- I mean, either you didn't

15    make it clear or I misunderstood.

16                   But I thought that that wasn't the case, and

17    that was my concern.

18                   So, all of the Exhibit 10, and similarly

19    marked exhibits, the text messages come from Agent Massino

20    looking at the second Cellebrite report?

21              MS. AHN:  Yes, Your Honor.

22              THE COURT:  And that is not yet in evidence,

23    correct?

24              MS. AHN:  No, Your Honor.

25              THE COURT:  And will there be a cross reference
```

1   between that second Cellebrite report and the Exhibit 10, et

2   cetera?

3          MS. AHN:  Yes, Your Honor.  In the sense that he can

4   attest to reviewing the second Cellebrite report and confirming

5   that the government exhibits are true and accurate

6   representation of the content in the second Cellebrite report.

7          THE COURT:  So you will be offering the second

8   Cellebrite report in evidence?

9          MS. AHN:  Yes, Your Honor.  They are all contained

10  to these USB drives.

11         THE COURT:  That has not been in evidence yet, but

12  it will be at least, correct?

13         MS. AHN:  Yes.  We intend to admit it through the

14  examiners, Your Honor.

15         THE COURT:  So, I mean, you have had these exhibits

16  for some time and if the exhibit that Agent Massino prepared

17  isn't an accurate reflection of what is in the second report,

18  why can't you cross-examine on that?

19         MR. LITTRELL:  Well, Your Honor, I think we're

20  getting confused here.

21              The Cellebrite report is hearsay.  It was

22  prepared in anticipation of litigation.  It is not admissible,

23  under *Melendez-Diaz versus Massachusetts* 557 U.S. 305, so that

24  is not admissible evidence.

25              Frankly, I think the government is going about

1    this the wrong way.  They have had somebody who is testifying

2    about this --

3            THE COURT:  Can you go to the lectern?  I can't hear

4    you.

5            Start from the beginning.

6            MR. LITTRELL:  So the Cellebrite report itself is

7    inadmissible under *Melendez-Diaz versus Massachusetts*, it's a

8    Supreme Court case.

9            In that particular case the government called

10   a chemist to testify the contents of a report -- or I'm sorry,

11   a government witness, who is not a chemist, to testify about

12   the contents of the report prepared by a chemist, and the Court

13   ruled it violated the confrontation clause and was hearsay

14   because it was testimonial.  It was prepared in anticipation of

15   litigation, and the witness wasn't available for

16   cross-examination, that is true also, to the extent Agent

17   Massino testifies to the report prepared by someone else.

18           THE COURT:  But the report was prepared by Agent

19   Parra, why can't you examine Parra?

20           MR. LITTRELL:  That is true.  Parra can testify

21   about his report but Massino can't.

22           THE COURT:  I don't follow that.

23           In other words, Agent Parra prepared the

24   report.  You can cross-examine Parra on how he prepared this

25   second Cellebrite report, and once you do that, if the Court is

1   satisfied that there is a foundation for it, it's in evidence

2   then why can't Agent Massino essentially rely on what is

3   authenticated and admissible in evidence to prepare a chart?

4          MR. LITTRELL:  Well, there is no chart here.  I

5   think --

6          THE COURT:  Well, this Exhibit 10, is sort of just,

7   as I understand it, those are actual words or exchanges that

8   are on the Cellebrite report.

9          MR. LITTRELL:  Right.  I think I better put it this

10  way:  We have a forensic examiner, who is an expert extracting

11  data from a phone.  Parra can testify he extracted data from

12  the phone, and Parra is found that a particular image was found

13  on a particular phone.  Agent Massino can't do that.

14         THE COURT:  Can Parra do that?

15         MR. LITTRELL:  I think the problem is he didn't

16  select the image.

17         THE COURT:  Well, let me ask, I'm not sure that that

18  is the requirement, but just asking you, can Parra say that

19  these images that these text exchanges are on the secondary --

20  the second Cellebrite report?

21         MS. AHN:  He can testify as to the content of the

22  Cellebrite report.  He has not reviewed the government's

23  exhibits, Your Honor, that were marked for trial.

24         THE COURT:  I see.  So he can't, but he can say that

25  this is the second Cellebrite report, and then it would be

1    Massino who would say, I looked at that exhibit, and this is

2    where I got those words from.

3              MS. AHN:  Yes, Your Honor.

4              THE COURT:  So you are saying that -- what was the

5    name of that case?

6              MR. LITTRELL:  It is called *Melendez-Diaz*.

7              THE COURT:  What is the cite of that case?

8              MR. LITTRELL:  557 U.S. 305.

9              THE COURT:  I'm going to read that case.  Just hold

10   on.

11             THE COURTROOM DEPUTY:  This Honorable Court stands

12   in recess.

13                           (Recess.)

14             THE COURTROOM DEPUTY:  Court called to order.

15             THE COURT:  I have looked at the two.  Cases there

16   was another case that was messaged to me beyond the *Melendez*

17   case.

18                  And my ruling -- I don't think those cases

19   govern this situation.  And I will allow Parra to testify to

20   see if he can lay a foundation for the second Cellebrite

21   report.

22                  If he does, that will go in evidence.  Then I

23   allow Agent Massino to testify.  If he does that, the messages

24   on those Exhibits 10, et cetera, came from his examination of

25   that exhibit.

1        As I said, the defendants have had these

2   Exhibits for weeks and if they wish to challenge, they can.

3   That is the ruling.  Bring Parra in.

4        MR. LITTRELL:  Just for the record, I did bring this

5   up with the government many days ago on this exact issue.  Two

6   of these exhibits were not marked as exhibits.  I didn't

7   anticipate these were going to be introduced.  I would like to

8   object to the admission of the Cellebrite report.

9        THE COURT:  I will allow you to do that, you have

10  made the record.

11       MR. JOHNSON:  I join that objection, specifically

12  hearsay and the objection is related to Exhibit 10.

13       THE COURT:  All right.  That objection is noted,

14  too.

15       Let's get the jury in here and Parra.

16       MR. SILVERMAN:  Based on the new information, we

17  would like to renew our motion to suppress.

18       We understand the Court is already overruling

19  it and we would like to renew it for the record.

20       MR. FRASER:  To clarify, among other evidence, Mr.

21  Littrell's objections on behalf of Ms. Terabelian apply to

22  Government Exhibits 16B and 118.

23       THE COURTROOM DEPUTY:  Please state your name for

24  the record again, sir, for the court reporter.

25       THE WITNESS:  Gregory Parra.

1          THE COURTROOM DEPUTY:  Take the stand, and we will

2    resume where we left off.

3          MR. LITTRELL:  Also, Your Honor, to the extent the

4    Cellebrite report comes in that has thousands of images in it

5    that are irrelevant and prejudicial and confusing to the jury.

6          THE COURT:  Well, I don't intend to give the jury

7    the full Cellebrite report.  It will be redacted appropriately.

8    I agree with you in that regard, so I will deal with that issue

9    at the appropriate time.

10              Let's bring the jury back.  Let's bring the

11    jury back in.

12          THE COURTROOM DEPUTY:  All rise.

13              (The jury enters the courtroom.)

14          THE COURTROOM DEPUTY:  Please be seated.

15          THE COURT:  The government is recalling Mr. Parra

16    briefly.

17          MS. AHN:  Your Honor, may I approach to hand the

18    witness Government's Exhibits 117, 118, and 119?

19          THE COURT:  Yes.

20                    GREGORY PARRA,

21              having been previously sworn,

22                testified as follows:

23              FURTHER DIRECT EXAMINATION

24    BY MS. AHN:

25    Q    Examiner Parra, thank you for coming back.

```
 1          Do you see Government Exhibit 117 in front of you?
 2  A    Yes, I do.
 3  Q    Do you recognize this?
 4  A    Yes.
 5  Q    What is this exhibit?  Excuse me, how do you recognize?
 6  A    I recognize this because it has my initials on it dated
 7  6/21/21.  It is a thumb drive, with, like a card attached to it
 8  that I reviewed about 40 minutes ago.
 9  Q    Did you review the -- so you reviewed the data in 1B17?
10  A    Yes, I did.
11  Q    Did you recognize the data in 1B17?
12  A    Yes.
13  Q    How did you recognize the data in 1B17?
14  A    1B17 is a Cellebrite report containing a subset of data
15  from the original Cellebrite report for evidence Item 1B21.
16  Q    Based upon your review, does it contain a true and
17  accurate copy of the original data extracted from the first
18  Cellebrite report?
19  A    Yes, it does.
20          THE COURT:  You looked at -- you had the first
21  Cellebrite report also?
22          THE WITNESS:  The very, very first one, I did look
23  at that, but not today.
24          THE COURT:  I see.
25          THE WITNESS:  This was the first subset.
```

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  The original Cellebrite report, which
 2    the subset comes from, was that something you did?
 3              THE WITNESS:  Yes.
 4    BY MS. AHN:
 5    Q    Had you reviewed the report in 1B21 prior to today?
 6    A    Yes.
 7    Q    Did you compare that to your original report?
 8    A    Yes, I did.
 9    Q    Did you confirm that the subset contains a true and
10    accurate copy of the data extracted from 1B21?
11    A    Yes, I did.
12    Q    Is that the same subset on Government Exhibit 117, the
13    same subset of the Cellebrite report?
14              THE COURT:  What did you just say?
15              THE WITNESS:  Yes.
16    BY MS. AHN:
17    Q    Is that same Cellebrite report you reviewed and compared
18    to the original Cellebrite report, is that same subset report
19    on 1B17, Government Exhibit 117?
20    A    Yes, it is.  The data is the same.
21              MS. AHN:  Your Honor, move to admit Government
22    Exhibit 117.
23              THE COURTROOM DEPUTY:  What was that number --
24              MS. AHN:  117.
25              THE COURTROOM DEPUTY:  Thank you.
```

```
 1    BY MS. AHN:
 2    Q    Do you see a physical exhibit marked as government
 3    Exhibit 118?
 4    A    Yes, I do.
 5    Q    Do you recognize that exhibit?
 6    A    Yes.
 7    Q    How do you recognize?
 8    A    It -- I recognize it because it has my initials on it
 9    dated 6/21/21.
10    Q    And what is government Exhibit 118?
11    A    It's a thumb drive with a credit card or card attached to
12    it.
13    Q    Is it actually a credit card or just a card?
14    A    It's a card, it's a thumb drive with a card attached to
15    it, it expands out.
16    Q    Did you review the data on government Exhibits 118?
17    A    Yes, I did.
18    Q    Did you recognize that data?
19    A    Yes.
20    Q    How did you recognize that data?
21    A    I recognize the data because it was a Cellebrite report
22    that was created from evidence Item 1B81.
23         It's a Cellebrite report containing a subset of data from
24    the original Cellebrite report.
25    Q    Did you in fact create that original Cellebrite report?
```

```
 1   A     Yes, I did.
 2   Q     Have you seen the subset Cellebrite report contained in
 3   Government Exhibit 118 before?
 4   A     Yes.
 5   Q     Did you compare that subset Cellebrite report to the
 6   original Cellebrite report you created?
 7   A     Yes, I did.
 8   Q     Is the subset Cellebrite report on Government Exhibit 118
 9   a true and accurate copy of the data extracted from 1B18?
10   A     Yes, it is.
11             MS. AHN:  Your Honor, government moves to admit
12   Government Exhibit 118.
13             THE COURT:  Received.
14         (Government Exhibit 118 received into evidence.)
15   BY MS. AHN:
16   Q     Do you see Government Exhibit 119 in front of you?
17   A     Yes, I do.
18   Q     Do you recognize this?
19   A     Yes.
20   Q     How do you recognize it?
21   A     I recognize it because it has my initials on it dated
22   6/21/21.
23   Q     What is Government Exhibit 119?
24   A     It's a thumb drive with a card attached to it.
25   Q     Did you review the data in Government Exhibit 119?
```

```
 1   A     Yes, I did.

 2   Q     Did you recognize the data in Government Exhibit 119?

 3   A     Yes.

 4   Q     How did you recognize it?

 5   A     I recognize it because it was a Cellebrite report

 6   containing a subset of data from the original Cellebrite report

 7   that I created.

 8   Q     Was that from 1B85?

 9   A     Yes, 1B85, that's correct.

10   Q     Had you reviewed the subset Cellebrite report in

11   Government Exhibit 119 before?

12   A     Yes.

13   Q     Had you compared that subset Cellebrite report to your

14   original Cellebrite report for digital device 1B85?

15   A     Yes, I did.

16   Q     Is the subset Cellebrite report in Government Exhibit 119

17   a true and accurate copy of the data extracted from 1B85?

18   A     Yes.

19             MS. AHN:  Your Honor, move to admit Government

20   Exhibit 119.

21             THE COURT:  Received.

22          (Government Exhibit 119 received into evidence.)

23             MS. AHN:  No further questions, Your Honor.

24             THE COURT:  Thank you, sir.

25             MR. FRASER:  Your Honor, I have cross-examination.
```

```
 1                THE COURT:  Why didn't you tell me?
 2                MR. FRASER:  I'm telling you right now.
 3                THE COURT:  All right.  Go to it.
 4                MR. FRASER:  My name is Ryan Fraser.
 5                       CROSS-EXAMINATION
 6   BY MR. FRASER:
 7   Q    Good afternoon, Examiner Parra.
 8   A    Hello.
 9   Q    Earlier today we discussed capabilities of iPhones.
10        Do you recall that?
11   A    Yes.
12   Q    So, an iPhone will have a camera on it, correct?
13   A    Correct.
14   Q    And the camera can be used to take a picture?
15   A    Correct.
16   Q    That picture will then be stored on the iPhone?
17   A    Yes.
18   Q    And that could be stored as what is called a JPEG file,
19   correct?
20   A    That's one of the formats.
21                THE COURT:  JPEG?
22                MR. FRASER:  J-p-e-g, which could also be -- it's
23   the same thing as a JPG file, correct?
24                THE WITNESS:  Yes.
25   BY MR. FRASER:
```

```
 1   Q    This is just a type of file that can be a picture taken
 2   with a digital camera, correct?
 3   A    Correct.
 4   Q    Okay.  But as you mentioned that is not the only type of
 5   file that can be created with a camera on an iPhone, correct?
 6   A    That's correct.
 7   Q    Another type of file that an iPhone camera could make
 8   would be called an HEIC file, correct?
 9   A    I'm not sure.  I don't know.
10   Q    Okay.  You mentioned that the original Cellebrite download
11   for 1B81 had 44,385 images?
12   A    That we saw earlier this morning, yes.
13   Q    Okay.  And you testified that some of those images could
14   be from web download, correct?
15   A    That's correct.
16   Q    It could -- it would also include any photographs taken
17   with that iPhone, correct?
18   A    Correct.
19   Q    And other iPhones associated with the iCloud account,
20   correct?
21   A    Yes.
22   Q    Okay.  And in this case there were of the 44-some thousand
23   images, over 18,000 JPEG files, correct?
24   A    I didn't count the JPEG filings.  I don't know the exact
25   number of the JPEG files.
```

```
 1  Q     Okay.  But as far as you know, it could be in the tens of
 2  thousands, correct?
 3  A     It could be a lot.
 4  Q     You are not in a position to say it's not several tens of
 5  thousands, correct?
 6  A     That's correct.
 7  Q     Okay.  And you reviewed some of the images that were on
 8  1B81, correct?
 9  A     Just the tagged items that the investigators were
10  interested in.
11  Q     Okay.
12  A     Just for verification purposes, it came from the original
13  report.
14           MR. FRASER:  Thank you.  And, Mr. Cruz, could I have
15  the doc cam configured, so I can show this at first only to
16  Agent Parra?
17           THE COURTROOM DEPUTY:  Go ahead.
18           MR. FRASER:  Thank you.
19  BY MR. FRASER:
20  Q     I'm showing you what the government has identified as
21  Exhibit 16B.
22        Do you recognize this image?
23  A     I don't see anything on my screen.
24           MR. FRASER:  Okay.  Mr. Cruz, can you have Agent
25  Parra see what is being shown on the doc cam?
```

```
1              THE COURTROOM DEPUTY:  It's configured so whatever
2    you are displaying on there should be showing up here.
3              MS. AHN:  He has a hard copy, so he could tell him
4    to look at it.
5              MR. FRASER:  Alternatively, Agent Parra, I think if
6    you use the government's exhibit binder, you can flip to 16B.
7                   May I approach?
8              THE COURT:  Yes.
9    BY MR. FRASER:
10   Q    Okay.  Showing you what the government has marked as
11   Exhibit 16B, just asking, do you recognize that image, yes or
12   no?
13   A    I think I do.  I have seen something like that, yes.
14   Q    Okay.
15   A    It looks familiar.
16             MR. FRASER:  Okay.  Thank you.
17                   And now showing the witness only, I will open
18   -- Mr. Cruz?
19             MS. AHN:  It's being displayed to the jury.
20             MR. FRASER:  Mr. Cruz, initially only Agent Parra
21   can see it.
22             THE WITNESS:  Okay.  I see something.
23   BY MR. FRASER:
24   Q    This is referring here to Defense Exhibit 308.  This is a
25   Cellebrite extraction report, correct?
```

A     It appears to be, yes.

Q     And it is for one particular data file, correct?

A     Yes.

Q     And it displays a thumbnail of that file.  Do you see that?

A     Yes.

Q     And that appears to match the image that I showed you as Government Exhibit 16B, correct?

A     Yes.  It appears to be the same.  It's hard because it's just a smaller picture that you are showing me, so when you made it larger, you really can't read anything, but it's a thumbnail.

Q     Yes.  If you would compare that with Government Exhibit 16B from the binder, it appears to be the same image, correct?

A     Correct.

Q     Okay.  And this extraction report -- I would then move to admit Defense Exhibit 308.

            THE COURT:  Received.

            (Defense Exhibit 308 received into evidence.)

            MR. FRASER:  And I would actually first ask to publish it to the jury.

            THE COURT:  You may.

            MR. FRASER:  Showing the jury the entire extraction report.  I want to talk about a section of it and the

```
 1    subsection of that report has the heading "metadata," correct?
 2              THE WITNESS:  I see metadata in there.
 3    BY MR. FRASER:
 4    Q    And metadata would be information about an image, correct?
 5    A    Correct.
 6    Q    Such as the device that took the picture, correct?
 7    A    Yes.  That's one thing that would mean metadata.
 8    Q    So this image was captured on an iPhone XS, correct?
 9    A    Correct.
10    Q    Whereas 1B81 is an iPhone 12, correct?
11    A    Yes.
12    Q    And the metadata also show when the picture was taken,
13    correct?
14    A    Correct.
15    Q    This picture was taken on October 29th, 2018, correct?
16    A    Correct.
17    Q    That is two and a half years ago?
18    A    Correct.
19              MR. FRASER:  Thank You.  No further questions.
20              THE COURT:  Anything further?
21              MS. AHN:  Nothing from the government, Your Honor.
22              THE COURT:  All right.  Thank you, Agent Parra.
23    Okay.
24              Let's call Agent Massino back.
25              MS. AHN:  Your Honor, the government calls Examiner
```

```
 1   Andrew Jaung.
 2                THE COURT:  Oh, Jaung.
 3                MS. AHN:  May I approach to place this physical
 4   exhibit at the witness stand?
 5                THE COURT:  Yes.
 6                THE COURTROOM DEPUTY:  The witnesses is reminded he
 7   is still under oath.
 8                          ANDREW JAUNG,
 9                    having been previously sworn,
10                      testified as follows:
11                MS. AHN:  Good afternoon, Examiner Jaung.
12                THE WITNESS:  Good afternoon.
13                      FURTHER DIRECT EXAMINATION
14   BY MS. AHN:
15   Q    Do you see an exhibit, a physical exhibit marked as
16   Government Exhibit 120 in front of you?
17   A    No.  Oh, yes.  Over here.
18   Q    Thank you.  So you do see it in front of you; is that
19   correct?
20   A    Yes.
21   Q    Do you recognize Government Exhibit 120?
22   A    Yes.
23   Q    How do you recognize it?
24   A    I have signed it on top.
25   Q    What is Government Exhibit 120?
```

```
 1   A     It is a USB drive that contains the subset of the
 2   Cellebrite report from evidence Item 1B17.
 3   Q     Did you review the data contained in Government
 4   Exhibit 120?
 5   A     Yes.
 6   Q     Did you recognize that data?
 7   A     Yes.
 8   Q     How did you recognize that data?
 9   A     How did I recognize it?
10   Q     On what basis did you recognize the data?
11   A     I generated that report.
12              THE COURT:  I don't think that answered the
13   question.
14   BY MS. AHN:
15   Q     Okay.  Did you review the data in Government Exhibit 120?
16   A     Yes.
17   Q     Did you recognize the data?
18   A     Yes.
19   Q     On what basis did you recognize the data -- on what basis
20   did you recognize the data?
21         Was there something you looked at that helped you
22   recognize the data?
23   A     Yes.
24   Q     What did you look at?
25   A     The report -- excuse me -- the report.
```

```
 1              THE COURT:  What report -- what report?
 2              THE WITNESS:  The report that is contained within
 3  the USB drive that is here.
 4              THE COURT:  Let's get the witness, if you can, to
 5  speak in terms of exhibit numbers.
 6              MS. AHN:  Yes, Your Honor.
 7  BY MS. AHN:
 8  Q    You have testified you saw a report in Government
 9  Exhibit 120; is that correct?
10  A    Yes.
11  Q    What kind -- was that a Cellebrite report?
12  A    Yes.
13  Q    Was it a Cellebrite report for digital device 1B17?
14  A    Yes.
15  Q    Did you create a Cellebrite report extracted from data
16  from 1B17?
17  A    Yes.
18  Q    Was there a subset of that or -- of that initial
19  Cellebrite report created into a subset Cellebrite report?
20              THE COURT:  I couldn't understand that question,
21  would you ask that again?
22  BY MS. AHN:
23  Q    Yes, Your Honor.
24              THE COURT:  A lot of subsets in that question.
25              MS. AHN:  Yes, Your Honor.
```

```
 1   BY MS. AHN:
 2   Q    When you extracted data from 1B17 did you create a
 3   Cellebrite report?
 4   A    Yes.
 5   Q    From that Cellebrite report was a subset Cellebrite report
 6   created?
 7   A    Yes.
 8   Q    Does Government Exhibit 120 contain a copy of that subset
 9   -- Cellebrite report from 1B17?
10   A    Yes.
11   Q    Did you recognize the subset Cellebrite report in
12   Government Exhibit 120 as a true and accurate copy of the
13   subset of 1B17 you created?
14   A    Yes.
15             MS. AHN:  Motion to admit Government Exhibit 120.
16             THE COURT:  Received.
17         (Government Exhibit 120 received into evidence.)
18             MS. AHN:  No further questions, Your Honor.
19             THE COURT:  Cross-examination.  No?  Thank you,
20   let's get the next witness.
21             MS. AHN:  The government would like to recall
22   Special Agent Timothy Massino.
23             THE COURTROOM DEPUTY:  The witness is reminded he is
24   still under oath.
25             MS. AHN:  Good afternoon, Agent Massino.
```

```
 1              THE WITNESS:  Good afternoon.
 2                    FURTHER DIRECT EXAMINATION
 3  BY MS. AHN:
 4  Q    Let's go back to digital devices or phones.
 5       In front of you, do you see what has been marked as
 6  Government Exhibit 117?
 7  A    Yes, I do.
 8  Q    Do you recognize Government Exhibit 117?
 9  A    Yes.
10  Q    How do you recognize Government Exhibit 117?
11  A    I reviewed the contents of it earlier this afternoon and
12  initialed and dated it.
13  Q    Did you recognize the contents of Government Exhibit 117?
14  A    Yes.  I did.
15  Q    How did you recognize the content of Government
16  Exhibit 117?
17  A    Because I had reviewed it prior to today.
18  Q    What was the content of Government Exhibit 117?
19  A    It was information from a Cellebrite report.
20  Q    For what digital device?
21  A    For 1B21.
22  Q    Was the content of Government Exhibit 117 a true and
23  accurate copy of the report that you had previously reviewed
24  prior to today?
25  A    Based on my review, yes.
```

1   Q    Do you see in front of you Government Exhibit 118?

2   A    Yes, I do.

3   Q    Do you recognize Government Exhibit 118?

4   A    Yes.

5   Q    How do you recognize it?

6   A    Because I reviewed the contents of it earlier this

7   afternoon, and I signed and dated Exhibit 118.

8   Q    Did you recognize the content in Government Exhibit 118?

9   A    Yes, I did.

10  Q    How did you recognize that content?

11  A    Because I had previously reviewed the content.

12  Q    And what was that content?

13  A    It was Cellebrite information from device 1B81.

14  Q    And did the content of Government Exhibit 118 -- was it a

15  true and accurate copy of the report that you had previously

16  reviewed?

17  A    Based on my review, yes.

18  Q    Do you see in front of you an exhibit marked as Government

19  Exhibit 119?

20  A    Yes, I do.

21  Q    Do you recognize Government Exhibit 119?

22  A    Yes.

23  Q    How do you recognize Government Exhibit 119?

24  A    Because I reviewed the contents earlier this afternoon and

25  signed and dated 119.

UNITED STATES DISTRICT COURT

```
 1    Q     Did you recognize the content in Government Exhibit 119?
 2    A     Yes, I recognize it as a copy of Cellebrite information
 3    that I had previously reviewed for device 1B85.
 4    Q     And did Government Exhibit 119 contain a true and accurate
 5    copy of the Cellebrite information you previously reviewed for
 6    1B85?
 7    A     Based on my review, yes.
 8    Q     Do you see in front of you Government Exhibit 120?
 9    A     Yes.
10    Q     Do you recognize this exhibit?
11    A     Yes, I do.
12    Q     How do you recognize this exhibit?
13    A     I reviewed it earlier this afternoon and signed and dated
14    it.
15    Q     Did you review the data in Government Exhibit 120?
16    A     I did.
17    Q     Did you recognize that data?
18    A     I did.
19    Q     How did you recognize that data?
20    A     I had previously reviewed it.
21    Q     And what was that data?
22    A     The Cellebrite information or -- information from a
23    Cellebrite report from device 1B17.
24    Q     And you previously reviewed that Cellebrite information?
25    A     Yes.
```

1    Q    And was the content of Government Exhibit 120 a true and

2    accurate copy of the Cellebrite information from 1B17 that you

3    had previously reviewed?

4    A    Based on my review, yes.

5              MS. AHN:   I'm going to ask you about Government

6    Exhibit 10.

7    BY MS. AHN:

8    Q    Did you review Government Exhibit 10?

9    A    Yes.

10   Q    Did you review the attachments marked as Government

11   Exhibit 10-1 through 10-70?

12   A    Yes, I did.

13   Q    What does Government Exhibit 10 contain generally?

14   A    Text messages.

15   Q    What about 10-1 through 10-40?

16   A    Attachments or files.

17   Q    Did you compare Government Exhibit 10 to data derived --

18   to data contained any Cellebrite report for digital device

19   1B21?

20   A    Yes, I did.

21   Q    And is that Cellebrite report the same Cellebrite report

22   that is contained in Government Exhibit 117?

23   A    Yes, based on my review.

24   Q    Did you review the attachments 10-1 through 10-70 and

25   compare it to the data on the Cellebrite report for 1B21?

1    A     Yes, I did.

2    Q     Is that the same Cellebrite information contained in

3    Government Exhibit 117?

4    A     Based on my review, yes.

5    Q     Absent formatting, does Government Exhibit 10 show the

6    same content as the same Cellebrite report for 1B21 contained

7    in Government Exhibit 117?

8    A     Yes.

9    Q     Does Government Exhibit 10-1 through 10-70, did you

10   review -- did you compare Government Exhibit 10-1 through 10-70

11   through the Cellebrite report for 1B21 contained in Government

12   Exhibit 117?

13   A     Yes.

14   Q     Based on your review, does Government Exhibit 10-1

15   through 10-70 contain a true and accurate representation of the

16   same content in the Cellebrite report for 1B21 contained in

17   Government Exhibit 117?

18   A     Yes, it does.

19          MS. AHN:  Your Honor, move to admit Exhibit 10 and

20   attachments 10-1 through 10-70.

21          THE COURT:  Received.

22          (Government Exhibit 10 with attachments

23                 received into evidence.)

24   BY MS. AHN:

25   Q     Did you also review Government Exhibit 13B?

1    A    Yes.

2    Q    Did you review Government Exhibit 13C?

3    A    Yes.

4    Q    Did you review Government Exhibit 13D?

5    A    Yes.

6    Q    Did you review Government Exhibit 13E?

7    A    Yes.

8    Q    Did you review Government Exhibit 13F?

9    A    Yes.

10   Q    Did you review Government Exhibit 13I?

11   A    Yes.

12   Q    Do all of these exhibits contain the same type of data?

13   A    Yes.

14   Q    Did you contain -- did you compare the data in Government

15   Exhibits 13B through 13F and 13I to the data in the Cellebrite

16   report for 1B21 contained in Government Exhibit 117?

17   A    Yes, I did.

18   Q    Based on your review, is the content of Government

19   Exhibits 13B through 13F and 13I a true and accurate

20   representation of the same data contained in the Cellebrite

21   report for digital device 1B21 contained in Government

22   Exhibit 117?

23   A    Yes.

24        MS. AHN:  Your Honor, move to admit Government

25   Exhibit 13B through 13F and 13I.

```
 1                    THE WITNESS:  Received.

 2               (Government Exhibits 13B through 13F and

 3                    13I received into evidence.)

 4  BY MS. AHN:

 5  Q    Did you review Government Exhibit 13H?

 6  A    Yes.

 7  Q    Did you compare the data in Government Exhibit 13H to the

 8  data in the Cellebrite report for digital device 1B21?

 9  A    Yes.

10  Q    Is that the same report contained in Government

11  Exhibit 117?

12  A    Yes.

13  Q    Based on your review is the data in Government Exhibit 13H

14  a true and accurate copy of the same data contained in the

15  Cellebrite report for 1B21 contained in Government Exhibit 117?

16  A    Yes.

17               MS. AHN:  Your Honor, move to admit Government

18  Exhibit 13H.

19               THE COURT:  Received.

20          (Government Exhibit 13H received into evidence.)

21  BY MS. AHN:

22  Q    Did you review Government Exhibit 16B?

23  A    Yes.

24  Q    Did you compare that data to the data in the Cellebrite

25  report for 1B81 contained in Government Exhibit 118?
```

1    A     Yes.

2    Q     Based upon your review, is the content of Government

3    Exhibit 16B a true and accurate representation of the same data

4    contained in the Cellebrite report for digital device 1B81

5    contained in Government Exhibit 118?

6    A     Yes.

7    Q     Did you also review the contents of Government

8    Exhibits 19B, 19C, 19D, and 19E?

9    A     Yes.

10   Q     Did you compare the data in those images to the data on

11   the Cellebrite report for digital device 1B85 contained in

12   Government Exhibit 119?

13   A     Yes.

14   Q     Based on your review, is the content of Government

15   Exhibits 19B through 19E a true and accurate representation of

16   the same data contained in the Cellebrite report for digital

17   device 1B85 contained in Government Exhibit 119?

18   A     Yes.

19         MS. AHN:  Your Honor, move to admit Government's

20   Exhibits 19B through 19E.

21         THE COURT:  Received.

22         (Government Exhibits 19B through 19E received

23                    into evidence.)

24   BY MS. AHN:

25   Q     Agent Massino, did you also review Government

```
1    Exhibits 24A, 24B, 24C, and 24D?

2    A    Yes.

3    Q    Did you compare the data in those exhibits to the data in

4    the Cellebrite report for 1B17 contained in Government

5    Exhibit 120?

6    A    Yes.

7    Q    Based on your review, is the content of government

8    Exhibits 24A through 24D a true and accurate representation of

9    the same data contained in the Cellebrite report for digital

10   device 1B17 in Government Exhibit 120?

11   A    Yes.

12         MS. AHN:  Your Honor, I move to admit Government's

13   Exhibits 24A through 24D.

14         THE COURT:  Received.

15         (Government Exhibits 24A through 24D

16               received into evidence.)

17   BY MS. AHN:

18   Q    Agent Massino, you previously -- you previously testified

19   you reviewed user information for 1B21.

20        I'm going to show that to you right now.

21        Do you see that on your screen?

22   A    No, I do not.  There is nothing on my screen.

23         MS. AHN:  Mr. Cruz, could I have the witness --

24         THE COURTROOM DEPUTY:  It should be there.

25         MS. AHN:  Could I have the previously admitted
```

1    Government Exhibit 13A published to the jury?

2         THE COURTROOM DEPUTY:  If it's on the lectern, it

3    should be appearing.

4         MS. AHN:  Thank you, Mr. Cruz.  Do you see that on

5    your screen?

6         THE WITNESS:  Yes.

7    BY MS. AHN:

8    Q    What is the Apple ID for 1B21?

9    A    TTammyDadyan@aol.com.

10        MS. AHN:  Your Honor, permission to publish 13B,

11   which was just admitted?

12        THE COURT:  Yes.

13   BY MS. AHN:

14   Q    So I will go ahead and scroll through.

15        So I'm going to stop at page 3, and showing part of page

16   4.  I'm going to put page 3, 13B to the left, and page 4 of 13B

17   to the right.

18        Agent Massino, do you see what is in front of you?

19   A    Yes.

20   Q    What is on the left?  Can you identify what is on the left

21   and then move to the right?

22   A    Yes.  On the left is a picture of a California driver's

23   license in the name of Anna Dzukaeva.

24        On the right is a picture of a California driver's

25   license, and the name of Anna Dzukaeva.

```
 1   Q    Do those driver's licenses bear the same address?
 2   A    Yes, they do.
 3   Q    The same birthday?
 4   A    Yes.
 5   Q    The same driver's license number?
 6   A    Yes.
 7   Q    Does it bear the same photograph?
 8   A    No.
 9   Q    I'm going to scroll down to page 7 of Government
10   Exhibit 13B on the left.
11        Do you see that in front of you on the left?
12   A    Yes.
13   Q    Can you identify what this is?
14   A    Yes.  It's a picture of a Social Security card and a
15   California driver's license, both in the name of Diana Saakyan.
16   Q    Pulling up Government's Exhibit 116, page 6 on the right.
17   Is that name shown on the slide of 116?
18   A    Yes, it is.
19   Q    And you testified earlier that there were commonalities in
20   the loan charts.
21        What is the commonality between those applications here?
22   A    These applications all used the same supporting
23   documentation, specifically the payroll expenses reported on
24   the 940s submitted in support of their applications.
25   Q    Going back up to page 6 on the left.
```

1    Do you see that in the center of the left side of your

2 screen?

3 A    Yes.

4 Q    Can you describe what page 6 shows?

5 A    Yes.  It's a picture of a California identification card

6 in the name of Armen Injijian.

7 Q    I'm going to show you Government Exhibit 3-M containing

8 the loan file for Mod Interiors, Armen Injijian's PPP

9 application submitted Celtic Bank.

10    I'm going to page 20 of Government Exhibit 3-M.

11    Was this one of the loan files you reviewed for the

12 summary chart?

13 A    Yes, it is.

14 Q    And what is the owner's name for that application?

15 A    Armen Injijian.

16 Q    I am going to go ahead to page 29 of Government

17 Exhibit 3-M on the right?

18    Do you see what is on your right?

19 A    Yes.

20 Q    Are those the same identification cards?

21 A    Yes.

22 Q    And going again to page -- again, going to page 73 of

23 Government Exhibit 3-M again on the right.

24    Do you see what is in front of you?

25 A    Yes.  A copy of a voided check.

```
 1   Q    Earlier we reviewed the bank accounts for this check, bank
 2   account information for this check; is that correct?
 3   A    Yes.
 4   Q    Were there two authorized representatives for this
 5   account?
 6   A    Yes.
 7   Q    Other than Armen Injijian, who was the other authorized
 8   representative?
 9   A    Richard Ayvazyan.
10        MS. AHN:  Your Honor, permission to publish
11   Government Exhibit 13C, which was previously admitted.
12        THE COURT:  Yes.
13   BY MS. AHN:
14   Q    I will go ahead and scroll through.
15        Stopping at page 5, do you recognize the name on the image
16   in front of you?
17   A    Yes.
18   Q    What is that image?
19   A    It's an image of a check.
20   Q    What is the name?
21   A    The name is Diana Saakyan.
22   Q    Is there a business identified?
23   A    Yes.  Montadrath.
24   Q    Is that one of the loans submitted in this case?
25   A    Yes.
```

1          MS. AHN:  Your Honor, permission to publish 13D

2    previously admitted?

3          THE COURT:  You may.

4    BY MS. AHN:

5    Q    I will go ahead and scroll through this exhibit.

6    Generally, what does this exhibit contain?

7    A    Generally, screen captures of SBA loan information and

8    confirmation notifications.

9    Q    Does it contain EIDL and PPP applications in the name of

10   Tamara Dadyan and Artur Ayvazyan?

11   A    Yes.

12   Q    Does it contain PPP and EIDL application confirmations in

13   names other than Tamara Dadyan and Artur Ayvazyan?

14   A    Yes, it does.

15         MS. AHN:  Your Honor, permission to publish

16   Government Exhibit 13E previously admitted?

17         THE COURT:  Yes.

18         MS. AHN:  I will scroll through.

19   BY MS. AHN:

20   Q    Generally, what does Government Exhibit 13E contain?

21   A    Images of IRS tax forms, and the last page is a picture of

22   an IRS website, specifically a section of the website providing

23   instructions on how to apply for an employer identification

24   number.

25   Q    I'm going to go to page 3.

1      I have magnified a section of this image.  Can you

2  generally describe what this image is?

3  A    Yes.  It's a preparer section of an IRS form.

4  Q    Is there a number for that form?

5  A    Form 940.

6  Q    What is the name of the preparer?

7  A    Alexander Fard.

8  Q    Is there a payroll service identified?

9  A    Yes, Gusto.

10          MS. AHN:  Your Honor, permission to publish

11  Government Exhibit 13F previously admitted.

12          THE COURT:  Yes.

13  BY MS. AHN:

14  Q    I will go ahead and scroll through.  Generally, what does

15  this exhibit contain?

16  A    Pictures of mail.

17          MS. AHN:  Your Honor, permission to publish

18  Government Exhibit 13H?

19          THE COURT:  Go ahead.

20  BY MS. AHN:

21  Q    Can you identify for the jury what 13H contains?

22  A    Yes.  This is a portion of a Cellebrite report.  It's the

23  web history portion for 1B21.

24  Q    Just to remind the jury, what was the user ID for 1B21?

25  A    TTammyDadyan@ -- I would have to refer back to.

1    Q    Do you remember the user name T Tammy Dadyan; is that

2    correct?

3    A    That's correct.

4    Q    What is the title of the site visited by this phone?

5    A    Anonymous VPN Service from private Internet access, the

6    only proven no log VPN.

7            MS. AHN:  Your Honor, permission to publish

8    Government Exhibit 13I?

9            THE COURT:  Yes.

10   BY MS. AHN:

11   Q    Can you generally identify what this exhibit contains?

12   A    Yes.  This is a screen capture of a reference -- in

13   reference to a specific address.

14   Q    What is that address?

15   A    74104 Imperial Court West, Palm Desert, California.

16   Q    Thank you, Agent Massino.

17        I would like to now ask you about 1B81.

18        So this is Government Exhibit 16A previously admitted for

19   1B81.

20        Can you identify the Apple ID for 1B81.

21   A    Yes.  MaryAbelian@yahoo.com.

22            MS. AHN:  Your Honor, permission to publish

23   Government 16B, previously submitted.

24            THE COURT:  Yes.

25   BY MS. AHN:

**UNITED STATES DISTRICT COURT**

```
 1  Q    Can you identify for the jury what is contained in 16B?

 2  A    Yes.  It's a picture of a cell phone, and on the cell

 3  phone screen, there is an image displayed and that image is a

 4  picture of an envelope with handwritten notes and identifiers

 5  on it.

 6  Q    Is there a company named on that envelope?

 7  A    Yes, Fiber One Media.

 8  Q    Was that one of the companies identified in your loan

 9  summary chart?

10  A    Yes.

11  Q    I would like to ask you about 1B85, Agent Massino.

12       Showing you Government Exhibit 19A, previously admitted.

13       This is the user information for 1B85.  Can you read for

14  the jury the Apple ID for 1B85?

15  A    Rich@flipper.com.

16           MS. AHN:  Your Honor, permission to publish

17  Government Exhibit 19B.

18           THE COURT:  Yes.

19  BY MS. AHN:

20  Q    I'm going to put page 1 of 19B to the left, and page 2 of

21  19B to the right.

22       Can you identify for the jury what is contained on page 1

23  and page 2 of 19B starting with the left image?

24  A    Yes.  The left image is a picture of California driver's

25  license in the name of Anna Manukyan.
```

UNITED STATES DISTRICT COURT

```
 1   Q    On the right?
 2   A    On the right is a picture of a California driver's license
 3   in the name of Grigo Paronyan.  Included with that is a picture
 4   of a Social Security card in the name of Grigo Paronyan, and
 5   just below that is a credit card or a debit card in the name of
 6   Grigo Paronyan.
 7   Q    Were PPP and EIDL applications submitted in the name of
 8   Anna Manukyan?
 9   A    Yes.
10            MS. AHN:  Your Honor, permission to publish
11   Government Exhibit 19C?
12            THE COURT:  Yes.
13   BY MS. AHN:
14   Q    Going to page 2.  Can you identify for the jury what you
15   see in front of you?
16   A    Yes.  Picture of a debit card in the name of Anna
17   Manukyan.
18   Q    Is that the same name as on the driver's license you just
19   identified?
20   A    Yes.
21   Q    Scrolling to page 3.  Do you recognize what is in front of
22   you?
23   A    Yes.
24   Q    What is it?
25   A    It's the back of that card that we previously saw.
```

```
 1    Q     For Anna Manukyan?

 2    A     Yes.

 3    Q     Is there a unique number on the back of a credit or debit

 4    card?

 5    A     Yes, a security code.

 6    Q     For this card, what is it?

 7    A     318.

 8    Q     Scrolling to page 4.  Can you identify what is in front of

 9    you?

10    A     Yes.  A picture of a debit card in the name of Iuliia

11    Zhadko.

12    Q     And on page 5?

13    A     It's a picture of the back of that card in the name of

14    Iuliia Zhadko.

15              MS. AHN:  I'm going to move Government Exhibit 19C

16    page 4 to the left, and show you Government Exhibit 13P -- 13B

17    as in boy, page 1 from the T Tamara Dadyan phone to the right.

18    BY MS. AHN:

19    Q     Do you see what's in front of you?

20    A     Yes.

21    Q     Is there a name on the page from Government Exhibit 13B on

22    the right?

23    A     Yes, there is.

24    Q     What is that name?

25    A     Iuliia Zhadko.
```

**UNITED STATES DISTRICT COURT**

```
 1   Q    Is that the same name as on the credit card on the
 2   rich@flipper.com cell phone?
 3              THE COURT:  I couldn't hear what you said.
 4   BY MS. AHN:
 5   Q    Is that the same name as shown on to the credit card to
 6   the left?
 7   A    Yes, it is.
 8   Q    Okay.  Moving on to Government Exhibit 19A, page 6.
 9        My apologies, it's page 19C, page 6.
10        Can you identify what is on page 6 for the jury?
11   A    Yes.  It's a picture of the debit card in the name of
12   Viktoria Kauichko.
13   Q    I will keep scrolling to page 8.
14        Do you see the image in front of you?
15   A    Yes.
16   Q    Can you identify that for the jury?
17   A    It's a picture of a credit card or a debit card in the
18   name of Nazar Terabelian.
19   Q    Earlier today, did you testify about a Nazar Terabelian
20   loan submitted on behalf of Mod Interiors?
21   A    Yes.
22   Q    Scrolling down.  On this next page, can you identify what
23   is in front of you?
24   A    Yes.  It's a picture of a credit card or debit card in the
25   name of Mod Interiors.
```

```
 1   Q    I will keep scrolling.
 2        So these last three images, do these share a common name?
 3   A    Yes.  Susanna Mkrtchyan.
 4   Q    For the image in front of you, what is it?
 5   A    It's Susanna Mkrtchyan.
 6   Q    Can you identify what is being pictured?
 7   A    It's the back of some sort of credit card or debit card.
 8   Q    Is that based upon the expiration date, still a valid
 9   card?
10   A    Yes.
11   Q    And for the next image, can you identify what is in front
12   of you?
13   A    Yes.  Credit card in the name of Susanna Mkrtchyan.
14   Q    Is there a dba?
15   A    Yes.
16   Q    What is the dba?
17   A    Fiber One.
18   Q    And based upon the expiration date, is this still a valid
19   credit card?
20   A    Yes.
21   Q    In this image, can you identify what is in front of you?
22   A    Yes.  It's a picture of a credit card in the name of
23   Susanna Mkrtchyan.
24   Q    Just to be clear, it's a picture of a phone with a picture
25   of the credit card of Susanna Mkrtchyan; is that correct?
```

 1    A     That is correct, a picture of a phone, and on that phone

 2    is a picture of the credit card in the name of Susanna

 3    Mkrtchyan.

 4    Q     And based upon the expiration date, would this still be a

 5    valid card?

 6    A     Yes.

 7    Q     Scrolling down to the last few pages.

 8          Can you identify for the jury what is on this page?

 9    A     Yes.  It's a picture of a check in the name of Susanna

10    Mkrtchyan dba Fiber One Media.

11    Q     I'm going to put Government Exhibit 19C to the left, and

12    call up Government Exhibit 16B to the right.

13          Do you see what is the right side of your screen?

14    A     Yes.

15    Q     Is that 16B from the Mary Abelian phone?

16    A     Yes.

17    Q     Are the names Susanna Mkrtchyan and Fiber One contained on

18    both exhibits?

19    A     Yes.

20    Q     Scrolling up to page 12 of Government Exhibit 19C.

21          On the left can you identify for the jury what is on that

22    image?

23    A     Yes.  It is the back of a credit or debit card in the name

24    of Richard R. Ayvazya, Fiber One Media.

25    Q     And based upon the expiration date, would that still be a

```
 1   valid card?
 2   A     Yes.
 3   Q     All right.  Now, I would like to ask you about 118, Agent
 4   Massino.
 5         You testified earlier that this is the user information
 6   for 1B17; is that correct?
 7   A     Yes.
 8   Q     Can you identify the Apple ID for 1B17?
 9   A     Yes.  ArturAyvazyan@msn.com.
10   Q     Does it even have an owner name?
11   A     Arthur's iPhone.
12              MS. AHN:  Permission to publish Government
13   Exhibit 24A, Your Honor?
14              THE COURT:  Yes.
15   BY MS. AHN:
16   Q     I will just go ahead and scroll through.
17         Stopping at page 16 of Government Exhibit 24A, what does
18   this image show generally?
19   A     It's a picture of stationary with a name and certain
20   identifiers listed on it.
21   Q     I'm going to move page 16 to the left and then show you
22   page 17, also from Government Exhibit 24A to the right.
23         Can you identify what is in front of you on the right side
24   of your screen?
25   A     A picture of a Social Security card and a picture of a
```

1    Social Security card and a California driver's license.

2    Q    In whose name?

3    A    Tony Gleb, the same name as on the stationary.

4    Q    How does the driver's license number on page 17 compare to

5    the license number on page 16?

6    A    They are the same number.

7    Q    What about the street name on the address of page 16 as

8    compared to the street name on the address in page 17?

9    A    The same name, Longridge Avenue.

10   Q    What about the date of birth?

11   A    It's the same date of birth.

12   Q    Moving on to page 18 of the same Exhibit 24A.

13        That is shown on your left.  Can you identify what is on

14   page 18, for the jury?

15   A    Yes.  It's a picture of a piece of paper with handwriting

16   on it starting at the top, and has a name of Nerses Naushchyan.

17   There is an address below that, a date of birth, a driver's

18   license, and Social Security below that, and a note at the very

19   bottom.

20   Q    What does that note say?

21   A    Please use a old Armenian guy and please match his

22   description to him.  Thank you.

23   Q    I'm going to scroll down to the page 19, 24A, page 19.

24        Can you identify for the jury what is on page 19 to the

25   right?

1   A    It's a picture of a California driver's license in the

2   name of Nerses Naushchyan.

3   Q    How does the driver's license number on page 18 to the

4   left compare to the number on page 19 to the right?

5   A    They are the same.

6   Q    What about the street name to the left?

7   A    It is the same.

8   Q    What about the date of birth?

9   A    It's the same.

10  Q    Is the photographs on the driver's license on page 19 to

11  the right a picture of an older gentleman?

12  A    Yes.

13  Q    I'm going to scroll up to page 16 on your right side.

14  Also Government Exhibit 24A from the Artur's iPhone phone.

15       Do you see page 16 on your right?

16  A    Yes.

17  Q    Do you see both these images have addresses?

18  A    Yes.

19  Q    How do those addresses compare?

20  A    They are the same.  4539 Longridge Avenue, Sherman Oaks,

21  California.

22  Q    Thank you, Agent Massino.

23       I would like to go back to Government Exhibit 10 now,

24  which you previously identified as being from the T Tammy

25  Dadyan phone.

**UNITED STATES DISTRICT COURT**

1       Generally, what does this exhibit contain?

2   A    Text messages.

3   Q    Could you walk us through this, what is contained on this

4   chart or table here?

5   A    Yes.  In the column on the left underneath the number or

6   the pound sign is the text messages number.  To the right of

7   that is the date.  To the right of that is the time, and that

8   is in coordinated universal time, which is eight hours ahead of

9   Pacific Standard Time.

10      The column marked "from" that indicates the sender of the

11  message.  And the column marked "body" is the content of the

12  text messages.  And the government exhibit numbers are listed

13  in the final column, if any.

14  Q    In the body column, are there -- is there text in red that

15  is bracketed?

16  A    Yes.  That indicates a file or an attachment sent in the

17  message.

18  Q    And if that attachment is contained in an exhibit, where

19  is that shown?

20  A    In the exhibit column on the right.

21  Q    Special Agent Massino, are the participants of this text

22  message conversation identified?

23  A    Yes, they are at the top.

24  Q    Who are they?

25  A    Rich New and Tammy.

1    Q    Are there two contact -- are there two pieces of contact

2    information for Tammy?

3    A    Yes.

4    Q    What are they?

5    A    One is a phone number, that is marked "Tammy."  That is an

6    owner and the other one is an e-mail address that is marked

7    TTammyDadyan@aol.com.  That is marked to Tammy Dadyan that is

8    the owner of the phone as well.

9    Q    What about for Rich New, is there a phone number

10   associated for Rich New?

11   A    Yes.  (747) 333-4170.

12   Q    Did the government obtain subscriber records for the 4170

13   phone number?

14   A    Yes.

15   Q    I'm going to show you Government Exhibit 61, page 1

16   previously admitted.  And I'm going to show that on the left

17   side of your screen.

18        Do you see -- do you see Government Exhibit 61 in front of

19   you on the right side of your screen?

20   A    Yes, I do.

21   Q    Can you identify what that is for the jury?

22   A    Yes.  These are the T-Mobile subscriber records for phone

23   number (747) 333-4170.

24   Q    Is there a subscriber name associated with that phone?

25   A    Yes.  Iuliia Zhadko.

1   Q    I'm going to show you Government Exhibit 19C previously

2   admitted, page 4 on the right from the rich@flipper.com phone.

3        Do you see the image on your right?

4   A    Yes.

5   Q    Is that the same name as on the subscriber record?

6   A    Yes.

7   Q    We previously reviewed Gusto employee information records

8   for Runyan Tax and Viktoria Kauichko.

9        Do you recall that?

10  A    Yes.

11  Q    Let's go back to Government Exhibit 2-N, page 13.  I'm

12  going to show that on the right side.

13       Do you see that in front of you?

14  A    Yes.

15  Q    Is there a phone number associated with Viktoria Kauichko?

16  A    Yes.  (747) 333-4170.

17  Q    What is the address?

18  A    6150 Canoga Avenue, Apartment 337, Woodland Hills,

19  California.

20  Q    Just to clarify, the subscriber record, was it for Iuliia

21  Zhadko?

22  A    Yes, it was.

23  Q    Going back to Government Exhibit 10.  Did you review the

24  content of this exhibit?

25  A    Yes.

```
1    Q    Does the Tammy participant ever refer to the Rich New

2    participant by any other name or title absent terms of

3    endearment, than Rich or Richard or brother?

4    A    Not that I observed.

5    Q    Does the Tammy participant ever refer to the Rich New

6    participant as Iuliia or Iuliia Zhadko?

7    A    No.

8    Q    What about as Viktoria or Viktoria Kauichko?

9    A    No.

10   Q    Do they refer to the Iuliia Zhadko name in these messages?

11   A    Yes, they do.

12   Q    Do they refer to the Viktoria Kauichko name in these

13   messages?

14   A    Yes, they do.

15   Q    Do they refer to the Iuliia Zhadko name in the third

16   person or the first person?

17   A    Third person.

18   Q    Do they refer to the Viktoria Kauichko name in the third

19   person or the first person?

20   A    Third person.

21   Q    Showing you page 16 of Government Exhibit 10, focusing on

22   text message 3369.

23        Do you see that message in front of you?

24   A    Yes.

25   Q    Who is it from?
```

```
 1   A     Tammy.

 2   Q     To whom?

 3   A     Rich New.

 4   Q     Does she reference big brother in that text message?

 5   A     Yes.

 6   Q     Based on your investigation, what is the relationship or

 7   based upon your knowledge of the case, what is the relationship

 8   between Richard Ayvazyan and Tamara Dadyan?

 9   A     Richard Ayvazyan is Tamara Dadyan's brother-in-law.

10   Q     Does the Rich New participant respond?

11   A     Yes.

12   Q     In that response, is there a reference to an Art or Art?

13   A     Yes.

14   Q     Who is Tamara Dadyan's husband?

15   A     Arthur Ayvazyan.

16            THE COURT:  Arthur who?

17            THE WITNESS:  Ayvazyan.

18   BY MS. AHN:

19   Q     So going back to page 1, focusing in on text messages

20   1940.

21         What participant is that message from?

22   A     Rich New.

23   Q     What does it say?

24   A     Started getting emails from SBA today.

25   Q     Can you continue on in 1941?
```

```
1    A     I can ask for 10K right away, if you don't qualify for
2    loan you keep the 10K, so you need to apply, 10K guaranteed.
3    Q     Are you familiar with EIDL advance?
4    A     Yes.
5    Q     What is it?
6    A     EIDL advance was a grant that EIDL applicants were allowed
7    to request upon applying for an EIDL, the grant is based upon
8    the number of employees claimed on the application and the
9    program allotted $1,000 per employee up to a maximum of ten.
10         So, a maximum of $10,000 would have been available through
11   the advance.
12   Q     Looking down to text message 1946.  From what participant
13   in that message from?
14   A     Rich New.
15              MR. JOHNSON:  Your Honor, I have an objection.  The
16   witness is just reading from the exhibit.
17              THE COURT:  What is the objection?
18              MR. JOHNSON:  The document speaks for itself, Your
19   Honor.
20              THE COURT:  Overruled.
21   BY MS. AHN:
22   Q     Could you identify from whom the message was from?
23   A     Can you ask -- can I ask what message you want me to --
24   Q     Yes, of course, message 1946?
25   A     Yes.  That message is from Rich New.
```

1  Q    And what does the message say?

2  A    Even Art can file on his trucking.

3  Q    Agent Massino, in Government Exhibit 10, were there

4  discussions about bank accounts and wires?

5  A    Yes.

6  Q    Directing your attention to page 16 of Government

7  Exhibit 10, text message 3371.

8       Do you see 3371 in front of you?

9  A    Yes, I do.

10  Q    Who sent that text message?

11  A    Tammy.

12  Q    To who?

13  A    Rich New.

14  Q    What does it say?

15  A    Send them the account number again, so I can have Art go

16  deposit the 17K to Vahe.

17  Q    Directing your attention to page 18, text messages 3504

18  and 3505.

19       Do you see 3504 in front of you?

20  A    Yes.

21  Q    Can you read the body of the text messages 3504 and 3505?

22  A    Yes.  The messages are from Tammy.  3504 reads, I'm

23  expecting a wire for Art for 73,500.

24       3505 reads:  And for me 157.

25  Q    Directing your attention to 3509, the middle of the way

```
 1  down the magnification.  Do you see that in front of you?
 2  A    Yes.
 3  Q    Does the participant Tammy reference the name Vahe?
 4  A    Yes.
 5  Q    And what does that say?
 6  A    Send me the routing number for the Vahe wire.
 7  Q    Does the Tammy participant send a file in text message
 8  3504 near the top?
 9  A    Yes.
10  Q    In what government exhibit is that contained?
11  A    23.
12  Q    10-23?
13  A    Yes.
14  Q    I'm going to move Government Exhibit 10 to the left and
15  I'm going to pull up 10-23 to the right.
16       Do you see the image in front of you to the right?
17  A    Yes.
18  Q    What is it?
19  A    It's a picture of a Bank of America account statement.
20  Q    Can you identify the name and the business associated with
21  the account?
22  A    Yes.  Viktoria Kauichko, Runyan Tax Service.
23  Q    Is there an address there?
24  A    6150 Canoga Avenue, Apartment 337, Woodland Hills,
25  California.
```

1    Q    And what is the dates of the text messages we just

2    referenced?

3    A    July 3rd, 2020.

4    Q    Did you review bank records related to defendant Vahe

5    Dadyan?

6    A    Yes.

7    Q    Does that include the Voyage Limo bank records contained

8    in Government Exhibit 1-M as in Mary?

9    A    I believe so.  I would need to see the exhibit though.

10   Q    It's coming up.  I'm going to show you the first page of

11   Government Exhibit 1-M to the right.

12        Showing you the first page of Government Exhibit 1-M.

13        Do you recognize what is in front of you?

14   A    Yes, I do.

15   Q    What is it?

16   A    It's the Wells Fargo business account application form for

17   Voyage Limo and Vahe Dadyan.

18   Q    I'm going to page 76 of Government Exhibit 1-M.

19        Do you see that on the right side of your screen?

20   A    Yes, I do.

21   Q    Can you identify what is shown here?

22   A    Yes.  This is an ACH transaction report from that

23   statement, and this indicates a wire to Voyage Limo from Celtic

24   Bank in the amount of $157,500 on May 20th, 2020.

25   Q    Was Celtic Bank a PPP lender?

```
 1   A     Yes.
 2   Q     I'm going to show you page 75, also from Government
 3   Exhibit 1-M on the right?
 4         Do you see that in front of you on the right side of your
 5   screen?
 6   A     Yes.
 7   Q     What is this?
 8   A     This is a wire transaction report reflecting a wire from
 9   Voyage Limo to Runyan Tax Service in the amount of $155,000 on
10   July 3rd, 2020.
11   Q     Is there a statement in the detail section of the wire
12   transaction report?
13   A     There is, it reflects payroll.
14   Q     Do you see the term payroll being used for money transfers
15   in Government Exhibit 10?
16   A     Yes.
17   Q     I'm going to show you Government Exhibit 10, page 12.  I'm
18   going to direct your attention to messages 3152 and 3153.
19         Do you see 3152 in front of you?
20   A     Yes.
21   Q     Who is the message from?
22   A     Tammy.
23   Q     What does it say?
24   A     Listen, so I get cashier's check, same thing, yes, ABC
25   Realty Advisors Inc., and memo payroll.
```

UNITED STATES DISTRICT COURT

```
1    Q    Is there a response?
2    A    Yes, from Rich New.  It reads, yes, put for payroll
3    purposes.
4    Q    In your review of Government Exhibit 10, did you see text
5    messages about sending funds to Vahe?
6    A    Yes.
7    Q    Directing your attention to page 19 of Government Exhibit,
8    text message No. 3575.
9         Do you see that in front of you?
10   A    Yes.
11   Q    So who sent 3575?
12   A    Tammy.
13   Q    What does it say?
14   A    Rich, for Vahe, we are going to send his part here.
15   Q    Is there a response?
16   A    Yes.  From Rich New, it says, how much?
17   Q    In 3578, does the Tammy participant send a file?
18   A    Yes.
19   Q    Where is that contained?
20   A    In Exhibit 10-25.
21   Q    I'm going to move Government Exhibit 10, page 19, to the
22   left and pull up 10-25 to the right.
23        Do you see the image in front of you to the right?
24   A    Yes.
25   Q    What is it?
```

1    A    It's a picture of a check in the name of V&D Limo.

2    Q    What are the initials of defendant Vahe Dadyan?

3    A    V and D.

4    Q    Going back to Government Exhibit 10, page 18, focusing on

5    text message 3504.

6         Do you see 3504 on your screen?

7    A    Yes.

8    Q    Who is it from?

9    A    Tammy.

10   Q    Does it reference Art?

11   A    Yes, it does.

12   Q    And a number?

13   A    Yes.

14   Q    What's the number?

15   A    73,500.

16   Q    Showing you Attachment 10-3, did Tammy also send an

17   attachment, a file contained in 10-24?

18   A    Yes, there is a file sent in 10-24.

19   Q    I'm going to go ahead and pull that up now.

20        Do you see what is in front of you?

21   A    Yes, it's a picture of a wire receipt.

22   Q    Who is it from?

23   A    Thanh P. Tran, account name is New Acre Farm Produce.

24   Q    Who is it to?

25   A    Runyan Tax Service.

1   Q     What's the amount of the wire?

2   A     73,500.

3   Q     Correction, it actually says Runyan Tax Service.

4         Is there a purpose of funds indicated here?

5   A     Yes.  Payroll New Acre Farm Produce.

6   Q     I'm going to move 10-24 over to the left.

7         On the right, I'm going to show you Government Exhibit 24E

8   which you previously testified had data from Arthur Ayvazyan's

9   phone.

10        I'm showing you Government Exhibit 24E, page 4 on the

11  right.

12        Do you see that image in front of you to the right?

13  A     Yes, I do.  It's a picture of the same wire receipt.

14  Q     I'm going to show you Government Exhibit 24B, page 27,

15  also on the right.

16        Also as you previously testified from the Arthur

17  Ayvazyan's iPhone.

18        I'm going to scroll down between 27 and 28.

19        Do you see the image on your right side of your screen?

20  A     Yes.

21  Q     What is that?

22  A     It's a picture of a California driver's license in the

23  name of Thanh Tran.

24  Q     On page 28.  What is that?

25  A     The back of that driver's license.

1   Q    Is that name -- the same name as on Government Exhibit 24,

2   the wire receipt?

3   A    Yes.

4   Q    What's the originating account shown on 10-24 on the left?

5   A    New Acre Farm produce, Incorporated.

6   Q    Did the government obtain bank records for that account?

7   A    Yes.

8   Q    I'm going to show you on the right Government Exhibit 110,

9   page 1.

10       Does this show business account information for New Acre

11  Farm Produce?

12  A    Yes.

13  Q    Is Thanh P. Tran one of the authorized signers?

14  A    Yes.

15  Q    I'm going to move ahead on Government Exhibit 110 to

16  page 21 of that exhibit on the right.

17       Do you see the item I have magnified there?

18  A    Yes, I do.

19  Q    What is it?

20  A    It's a description of a deposit.

21  Q    And what is contained in that description?

22  A    SBA loan New Acre Farm Produce and the deposit amount is

23  $210,000.

24  Q    What is the date of those incoming funds?

25  A    July 3rd.

74

```
1   Q    Is a PPP processor?

2   A    Yes, it is.

3   Q    What is a PPP processor?

4   A    Well, specifically is a financial technology company that

5   partnered with PPP lenders to assist in processing the

6   applications.

7   Q    Was Celtic Bank one of the lenders that partnered with?

8   A    Yes.

9   Q    Doing a little quick math, what is 35 percent of $2100?

10  A    It happens to be 73,500.

11  Q    Do you see that percentage 35 percent elsewhere in this

12  text message chain in Government Exhibit 10?

13  A    Yes.

14  Q    Going to Government Exhibit 10, page 8.  Directing your

15  attention to message 3479.

16       Do you see that in front of you?

17  A    Yes, I do.

18  Q    Who is the message from?

19  A    It's from Tammy.

20  Q    To whom?

21  A    To Rich New.

22  Q    What does it say?

23  A    Tom coming over now.  I told Art show him the decline

24  letter from the EIDL, and it's simple, it's 35 percent for PPP.

25  Q    Does Rich New respond?
```

```
1   A     Yes.  He says, okay, Let me do this, give me 30 min.
2   Q     Do the participants Tammy and Rich New exchange business
3   and personal identifiers in Government Exhibit 10?
4   A     Yes.
5   Q     I'm going to page 3 of Government Exhibit 10.  I'm going
6   to direct your attention on text messages 2274 and 2275.
7         Do you see 2274 on the screen in front of you?
8   A     Yes.
9   Q     And 2275?
10  A     Yes.
11  Q     Who is that from?
12  A     From Tammy to Rich New.
13  Q     What does it say?
14  A     2274 reads:  Send me the Fiber One Media with EIN number.
15  2275 reads:  EIN.
16  Q     Does Rich New respond?
17  A     Yes.
18  Q     How does he respond?
19  A     With a Number 82-4489762.
20  Q     Then moving down to 22885.  Is there a website referenced
21  in 2285?
22  A     Yes.  Gusto.com.
23  Q     Who sends that message?
24  A     Rich New.
25  Q     What does it say?
```

1  A     I have Gusto.com.

2  Q     Moving to Government Exhibit 10 to the left and pulling up

3  the EIDL loan file for Fiber One Media contained in Government

4  Exhibit 4-Q to the right.

5      Calling up page 59 of the Government Exhibit 4-Q on the

6  right.

7      Generally, what does 4-Q, page 59 show?

8  A     This is a page from an EIDL application for Fiber One

9  Media.

10  Q     So it contains data submitted through the EIDL

11  application?

12  A     That's correct.

13  Q     I think you said -- I think you said that, but I'm sorry.

14  What company is this application for?

15  A     Fiber One Media.

16  Q     Is there a tax ID identified on this?

17  A     Yes, there is.

18  Q     What is that tax ID number?

19  A     82-4489762.

20  Q     How does that compare to the tax ID or EIN in text message

21  2276?

22  A     It's a same number.

23  Q     Is there a primary contact for the Fiber One Media EIDL

24  application?

25  A     Yes, Viktoria Kauichko.

```
 1  Q    Now, showing you Government Exhibit 10, page 13.
 2       I want to focus your attention in on text message 3170.
 3       Do you see that in front of you?
 4  A    Yes.
 5  Q    Who sent the message in 3170?
 6  A    Rich New.
 7  Q    And what does generally the message contain?
 8  A    A name, personal identifiable information and a business
 9  name and a bank account number.
10  Q    What is the individual name?
11  A    Viktoria Kauichko.
12  Q    What is the business name?
13  A    Fiber One Media.
14  Q    And you mentioned bank account information at the end of
15  that text message; is that right?
16  A    That's correct.
17  Q    Does Rich New provide instructions regarding a bank
18  account in the message that follows?
19  A    Yes.
20  Q    Can you read 3171 to 3174?
21  A    Yes.  Call 800-659-2955.  Give them the app number and ask
22  them for tier two wrap.  So you need to change account info.
23  The bank closed my account, I just found out, and give them the
24  new info.  The B of A account is under her name, not the
25  business.  Make sure to say that.
```

1         Already approved and signed docs this morning, so they

2    will fund this week, but need to change account info.

3    Q    Let's move on to Government Exhibit 10, page 18.

4         Focusing on text message 3525 near the bottom of 18.

5         Do you see 3525 in front of you?

6    A    Yes.

7    Q    Is there a reference to Runyan Tax Service in 352 --

8    sorry, in 3525 and 3526, is there a reference in Runyan Tax

9    Service to Runyan Tax Service?

10   A    Yes, 3526.

11   Q    What is in 3525?

12   A    A tax ID number, a Social Security number, and a date of

13   birth.

14   Q    Does 3527 contain an e-mail address?

15   A    Yes.

16   Q    3528 a website?

17   A    Yes.

18   Q    And then looking down 3523 and through 3535, does it

19   reference e-mails received with her user ID?  It's at the top

20   of page 19?

21   A    You are going to have to -- I can't see 3523.  I can see

22   3532.

23   Q    I'm sorry, 3532?

24   A    Yes.  There is a reference to a user ID.

25   Q    An e-mail I got with her user ID?

```
1   A      That is correct.

2   Q      And what does 3535 say?

3   A      That is the debit for the business already activated.

4   Q      Going back up to 3526, near the top of your screen, is

5   there a cell phone number provided?

6   A      Yes.

7   Q      What is that cell phone number?

8   A      (818) 485-7163.

9   Q      Does the government obtain subscriber records for the 7163

10  number?

11  A      Yes.

12  Q      I'm going to show you Government Exhibit 68, page 1

13  previously admitted.

14         Can you identify for the jury what is in front of us?

15  A      Yes.  This is the T-Mobile subscriber record phone number,

16  (818) 485-7863, subscriber name is Viktoria Kauichko.

17  Q      What's the address associated?

18  A      6150 Canoga Avenue, Woodland Hills, California.

19  Q      Going back to Government Exhibit 10.

20         Is there a tax ID identified in 3525?

21  A      Yes.

22  Q      What is that tax ID?

23  A      85-1542144.

24  Q      I'm going to move Exhibit 10 to the left, and I'm going to

25  pull up Government Exhibit 5X to the right previously admitted
```

1    containing the EIDL loan file for Runyan Tax Service submitted

2    in the name of Viktoria Kauichko.

3         I'm going to go to page 47 of Government Exhibit 5X.

4         Agent Massino, do you see what is in front of you?

5    A    Yes, I do.

6    Q    Is there an EIN number identified for Runyan Tax Service?

7    A    Yes.

8    Q    How does that compare to the tax ID sent in the 3525

9    message from Rich New?

10   A    They are the same.

11   Q    Does Rich New also send a participant Tammy copies of

12   driver's licenses and notes?

13   A    Yes.

14   Q    Going to page 41 of Government Exhibit 10, focusing your

15   attention on text message 5218.

16        Do you see 5218?

17   A    Yes.

18   Q    Does that contain a file?

19   A    Yes, it does.

20   Q    Where is that -- what government exhibit is that contained

21   in?

22   A    10-68.

23   Q    Let's take a look at that, Government Exhibit 10-68.

24        Can you -- do you see the 10-68 in front of you?

25   A    Yes.  It's a picture of a California driver's license and

1    the name of Anton Kudiumov.

2    Q    Is there an address on the driver's license?

3    A    Yes.  6150 Canoga Avenue, Apartment 337, Woodland Hills,

4    California.

5    Q    I'm going to move Government Exhibit 10-68 to the left,

6    on the right I'm pulling up Government Exhibit 2-M as in Mary

7    containing the Redline Auto Mechanics PPP loans submitted in

8    the name of Anton Kudiumov.

9         Showing you page 1 of Government Exhibit 2-M, I'm going to

10   skip ahead to page 3.

11        Do you see the image from Government Exhibit 2-M in front

12   of you on the right?

13   A    Yes.

14   Q    How does that compare to the image texted by Rich New?

15   A    They are identical.

16   Q    Do the participants also reference the name Sabala in

17   Government Exhibit 10?

18   A    Yes.

19   Q    Going to page 40 of Government Exhibit 10, directing your

20   attention to 5164.

21        Do you see 5164 in front of you?

22   A    Yes.

23   Q    Who that is message from?

24   A    Tammy.

25   Q    What does that say?

1   A    Bro, Sabala Construction 760-799-9681, who has this phone?

2   Q    Does she also send a message in 5168 and 5169?

3   A    Yes.

4   Q    What does it say?

5   A    Rich, what is the Sabala Construction phone.  The 760, who

6   answers it, I called that number it said Sabala Construction.

7   Q    Does Rich New respond?

8   A    Yes.

9   Q    How does he respond?

10  A    In 5171.

11  Q    Yes, in 5170 and 5171?

12  A    5170, he says:  Aziz, I don't recognize that number, we

13  had a different one.

14       5171 reads, I think you called the actual owner.

15  Q    Does he continue on in 5173?

16  A    Yes.

17  Q    What does he say?

18  A    I got rid of everything on Sabala.

19  Q    And in 5166, does he continue?

20  A    Yes.

21  Q    Because he put fraud alert and knows something is going

22  on?

23       Does he reference a business name in 5179?

24  A    Yes.

25  Q    Can you read 5179 and 5180?

```
 1    A     5179 reads Top Quality Contracting.  5180 reads, or what
 2    kind of work, I have, like, ten.
 3    Q     Was Top Quality Contracting one of the businesses listed
 4    in the loan summary chart we went over earlier?
 5    A     Yes.
 6    Q     Was that a company that was identified as having two
 7    different 100 percent owners?
 8    A     Yes.
 9    Q     During the review of the loan summary charts, you
10    testified as to loan applications using EINs that were
11    different by only one digit.
12          Are there references to EINs in this text message chain?
13    A     Yes.
14    Q     I'm going to show you Government Exhibit 10, bottom of
15    page 4 through the top of page 5.
16          Directing your attention to 2487, do you see that in front
17    of you?
18    A     Yes.
19    Q     Does it reference Bluevine?
20    A     Yes, it does.
21    Q     And that is the PPP processor you mentioned before; is
22    that right?
23    A     That's correct.
24    Q     In 2489, is there any reference to EIN?
25    A     Yes.
```

```
 1   Q    What does 2489 say?

 2   A    Yeah, just change your EIN by one number.

 3   Q    Who said that?

 4   A    Rich New.

 5   Q    Does he continue in 2491?

 6   A    Yes.

 7   Q    Can you go ahead and read 2491 through 2495?

 8   A    Yes.  2491 reads, I did seven apps last night and four of

 9   them got e-mail, it's funded.  2492 sent from Tammy, that

10   reads, so I just changed the last digits of tax ID only while

11   applying, what about when I have to upload 940 941, keep it

12   sane.

13        2494 reads, yeah, change that too, and give different

14   account.

15        2495 reads, I didn't sleep all night.  I was working

16   24 hours straight.

17   Q    Directing your attention to Government Exhibit 10,

18   page 18.  Text message 3506 and 3507.

19        Do you see 3506 and 3507 in front of you?

20   A    Yes.

21   Q    Who sends 3506?

22   A    Tammy.

23   Q    What does it say?

24   A    How many times can people apply for the sister relief.  I

25   feel like you can apply with different e-mails and different
```

1    information.

2    Q     Does Rich New respond?

3    A     Yes.

4    Q     What does he say?

5    A     As many businesses as you have with different EINs.

6    Q     Do the participants discuss e-mail or account log-in and

7    passwords in Government Exhibit 10?

8    A     Yes.

9    Q     Directing your attention to Government Exhibit 10,

10   page 20.  Text message, 3616.

11         Do you see 3616 in front of you?

12   A     Yes.

13   Q     Who is that from?

14   A     Rich New.

15   Q     To who?

16   A     Tammy.

17   Q     What does it say?

18   A     Tam, can you send me that lawyer e-mail again, I can't

19   find it.  I'm getting the docs on Palm Spring today finally.

20   Q     Does Tammy respond?

21   A     Yes.

22   Q     What does she say?

23   A     3617, she said olaf.

24   Q     In 3621, does Rich New ask for the password?

25   A     Yes.

1    Q    And in 3622, does Tammy respond?

2    A    Yes.

3    Q    What does she say?

4    A    Pookie 1031.

5    Q    Are there also -- is there also a reference to the e-mail

6    address projecthype30@yahoo.com in this exhibit?

7    A    Yes.

8    Q    Focusing your attention to text message 3598.  Who sends

9    that?

10   A    Rich New.

11   Q    Can you read 3594 to 3598?

12   A    Yes.  3594 reads:  Rich, what bank can I open corp account

13   without going to branch?  There is the Newell Alock corp

14   (phonetic) we got by the stupid Wells online shit, said come to

15   branch.

16        Rich New responds in 3596, I'm getting everything ready to

17   give so they can open for us.  E-mail me everything on whatever

18   you need to open.

19        3597, Tammy says, where should I e-mail?

20        3598, Rich responds, projecthype30@yahoo.com.

21   Q    I'm going to direct your attention Government Exhibit 13B

22   which was extracted from defendant Tamara Dadyan's phone.

23   Going to page 1 of 13B.

24        Is there a name and e-mail address at the top of this

25   exhibit?

1  A     Yes.  Iuliia Zhadko.  The e-mail address is
2  projecthype30@yahoo.com.
3  Q     That is the same e-mail address as the one that Rich New
4  texted to the Tammy participant?
5  A     Yes.
6  Q     Going back to Exhibit 10.
7        Focusing your attention to text message 3601 and 3602.
8        Who sends those messages?
9  A     Rich New.
10  Q     In those message does Rich New reference TLO?
11  A     Yes.
12  Q     Agent Massino, as part of your duties, do you have to look
13  up personal identifiers?
14  A     Yes.
15  Q     Are there databases available to look up personal
16  identifiers?
17  A     Yes.
18  Q     Is TLO one of those databases?
19  A     Yes.
20  Q     We spoke a bit about payroll reports earlier with respect
21  to the loan summary chart.
22        Were payroll reports discussed and sent between the
23  participants in this text message conversation?
24  A     Yes.
25  Q     Directing your attention to Government Exhibit 10,

```
 1  page 28.
 2       I'm going to direct your attention to text messages 4103
 3  and 4104.
 4       Do you see 4103?
 5  A    Yes.
 6  Q    And 4104?
 7  A    Yes.
 8  Q    What does it say?
 9  A    4103 is from Tammy.  It reads, you have a payroll report
10  redacted or not for 11 people.  4104 from Rich New.  It says
11  whatever I have you have, aziz.
12  Q    Above that, does it reference TLO in 4102?
13  A    Yes.
14  Q    Just to clarify, what exactly is TLO?
15  A    It's an open source database containing personally
16  identifying information on individuals and identifiable
17  information on businesses.
18  Q    Directing your attention to page 17 of Exhibit 10.
19       And in that particular text message 3462 and 3463.  Do you
20  see 3462 in front of you?
21  A    Yes.
22  Q    3463?
23  A    Yes.
24  Q    Who is 3462 and 3464 from?
25  A    Tammy.
```

1  Q     What does she say?

2  A     I need a detailed payroll report like the redacted one you

3  gave me.  And there is an attachment.

4  Q     What's the name of the attachment?

5  A     Gusto payroll report.PDF.

6  Q     Below that, does she reference a number in text message

7  3465 and 3466?

8  A     Yes.

9  Q     What does 3465 and 3466 say?

10  A     You did one like that for 22.

11  Q     During your previous testimony on the loan summary charts,

12  were there multiple PPP applications with 22 employees Gusto

13  payroll reports?

14  A     There were multiple applications with payroll reports

15  reflecting 22 employees.

16  Q     Moving Government Exhibit 10, to the left and on the right

17  I'm going to pull up Government Exhibit 3-K, page 1 that

18  contains loan file for LK Design submitted in the name of

19  Luidmyla Kopytova to New Tech.

20        Do you see that on the right side of your screen?

21  A     Yes.

22  Q     How many employees are reported there?

23  A     22.

24  Q     So on the left side of the screen, I'm going to go to

25  page 25, Government Exhibit 10.

1          And focusing your attention on text message 3953.

2          Is there a reference in New Tech from 3593?

3    A    Yes.

4    Q    Who that is from?

5    A    Rich New.

6    Q    Are there files sent from the Tammy participant to the

7    Rich New participant between text messages 3961 and 3968?

8    A    Yes.

9    Q    In what exhibit numbers are they contained?

10   A    Government Exhibit 10-38, 10-39, and 10-40.

11   Q    Let's look at these attachments starting with 10-38, which

12   I will show on the left side of your screen.

13         Do you see attachment 10-38 on the left side of your

14   screen?

15   A    Yes.

16   Q    How does that compare to the Gusto payroll report

17   submitted in the New Tech LK Design on the right?

18   A    It's a copy.

19   Q    Are they the same?

20   A    Yes.

21   Q    Let's look at 10-39 on the left.  Do you see on the left

22   side of your screen?

23   A    Yes.

24   Q    What is that?

25   A    It's a picture of a check in the name of Luidmyla Kopytova

1  dba LK Design.

2  Q    Let's look at Attachment 10-40.

3       Do you see that on the left side of your screen?

4  A    Yes.

5  Q    Do you recall there being an employee information report

6  with the LK Design loan file?

7  A    Yes.

8  Q    I'm going to pull up on the right 3-K, page 28.

9       Do you see that on the right side of your screen?

10 A    Yes.

11 Q    In terms of the names listed on the report, are they the

12 same?

13 A    Yes.

14 Q    I'm going to scroll through this report.

15      Based upon the names, are the names in the attachment sent

16 from Tammy to Rich New, the same as the names contained in the

17 loan file for LK Designs submitted to New Tech?

18 A    Yes.

19 Q    Going back to the loan summary chart 116-3, was New Tech a

20 lender for the Nazar Terabelian loan for Mod Interiors?

21      Was the name Nazar mentioned in the text messages in

22 Government Exhibit 10?

23 A    Yes.

24 Q    Go to page 26.

25      Can you read 3976 through 3981?

```
 1   A     Yes.  3976 reads:  See if I fixed the socials that were
 2   the same.  There is an attachment sent.  The name of that
 3   attachment is LK Design employee report-.
 4         3979 reads:  Should I redact the last four SS on that and
 5   send it in?
 6         3981 reads, bro, how do you spell Naso name Nazareth?
 7   Q     Does Rich New respond?
 8   A     He responds Nazar.
 9   Q     Does Tammy send another message after that?
10   A     Yes.
11   Q     What does she say?
12   A     Okay.  Also New Tech, the Google search, they do on their
13   own or do I need to upload?
14   Q     I'm going to show you page 7 of Government Exhibit 10.
15   Focusing your attention to 2677.  Who sends that message?
16   A     Rich New.
17   Q     What does he say?
18   A     Bluevine sent me docs after, like, five days, but try
19   Square if you want, they are good too.  Don't do Celtic, they
20   started declining everybody.
21   Q     Does Tammy respond?
22   A     Yes.
23   Q     What does she say?
24   A     In 2695, she responds, Rich do you think LA County will be
25   open after 15.
```

```
 1   Q     Text message 2700, does Tammy send a message?

 2   A     Yes.

 3   Q     What does she say?

 4   A     Yeah man, we need to do the max we can now, you understand

 5   market going to crash.

 6   Q     Does she continue in 2701?

 7   A     Yes.

 8   Q     What does she say?

 9   A     And we can use the same names.

10             MS. AHN:  No further questions, Your Honor.

11             THE COURT:  Okay.  What time is it, Paul?

12             THE COURTROOM DEPUTY:  3:34, Your Honor.

13             THE COURT:  Let's take ten minutes.

14             THE COURTROOM DEPUTY:  All rise.

15                  (The jury exits the courtroom.)

16                          (Recess.)

17             THE COURTROOM DEPUTY:  All rise.

18                  (Jury enters the courtroom.)

19             THE COURTROOM DEPUTY:  Please be seated.

20                  All rise.  Please be seated, and come to

21   order.

22             MR. KEOUGH:  Your Honor, may I approach the witness?

23             THE COURT:  Yes.

24             MR. KEOUGH:  Here is a copy for the Court as well.

25                          CROSS-EXAMINATION
```

```
 1   BY MR. KEOUGH:
 2   Q    Agent Massino, I have handed you what has been marked for
 3   identification as Defense Exhibit 1.
 4        Agent Massino, this is the guy you thought was Iuliia
 5   Zhadko in July 2020?
 6             MS. AHN:  Objection.  Argumentative.
 7             THE COURT:  Well, the way you are approaching the
 8   question.  Why don't you ask him a question, not raise your
 9   voice.
10             MR. KEOUGH:  Yes, Your Honor.
11   BY MR. KEOUGH:
12   Q    Agent Massino, this is the guy you thought was Iuliia
13   Zhadko in July 2020, correct?
14             MS. AHN:  Objection.  Foundation, argumentive.
15             THE COURT:  Well, I mean it's a question.  He can
16   answer.
17             THE WITNESS:  No.
18             MR. KEOUGH:
19   Q    Can we show the witness DX-1A?  Mr. Cruz, if we could just
20   show this to the witness, that would be great.
21             MS. AHN:  Just a point of clarification, which one
22   is 1A?
23             MR. KEOUGH:  Counsel here has a copy you guys can
24   borrow.
25   BY MR. KEOUGH:
```

```
 1    Q    Now, Agent Massino, you would agree that on July 26, 2020,
 2    you received an e-mail from Special Agent Justin Palmerton,
 3    including a photo of what he believed was Iuliia Zhadko; is
 4    that correct?
 5    A    I have received this e-mail.
 6    Q    And in that e-mail, Special Agent Justin Palmerton says,
 7    thought I would shoot these over to you.
 8              MS. AHN:  Objection.  Exhibit is not in evidence.
 9    Hearsay.
10              THE COURT:  Well, he's cross examining.
11              MR. KEOUGH:  I am only offering for impeachment
12    purposes, this won't be in evidence.
13              THE COURT:  You don't have to say why you are
14    offering it.  As long as I don't sustain an objection, you can
15    answer questions.  So ask the question.
16              MR. KEOUGH:  Thank you, Your Honor.
17    BY MR. KEOUGH:
18    Q    Since Special Agent Justin Palmer, says:  Thought I would
19    shoot these over to you.  They are screen grabs from the ATM
20    video we received of Iuliia Zhadko.
21         Do you see that there?
22    A    I do.
23    Q    You recall receiving this e-mail?
24    A    I do.
25    Q    You recall it has the pictures that you have been shown
```

UNITED STATES DISTRICT COURT

1   marked as Defense Exhibit 1, correct?

2   A     I see that, yes.

3              MR. KEOUGH:  Your Honor, we would move Exhibit 1

4   only into evidence.

5              THE COURT:  Received.

6              (Defense Exhibit 1 received into evidence.)

7              MS. AHN:  Object.

8              MR. KEOUGH:  Thank you.

9                 Now, Your Honor, may I publish Defense

10  Exhibit 1 -- not 1A.

11             THE COURT:  Yes.

12             MR. KEOUGH:  To the jury.

13             THE COURT:  One is the picture you gave to me,

14  right?

15             MR. KEOUGH:  That's correct, Your Honor.  This is

16  1A, just 1.

17  BY MR. KEOUGH:

18  Q     Thank you.  Now, what we're looking at here is that

19  picture, correct, of the person that Special Agent Justin

20  Palmerton referenced as Iuliia Zhadko in the e-mail you just

21  reviewed, correct?

22  A     In the e-mail, there is a reference to an Iuliia Zhadko

23  and this picture in that e-mail.

24  Q     And if -- there are two pages in the exhibit, because

25  there were two pictures you were shown, so this is the first

1    picture.  And if we could move to the second page as well for

2    the jury.

3         Now, Agent Massino, you would agree that the man

4    referenced as Iuliia Zhadko displayed in this picture in

5    Defense Exhibit 1 is not Richard Ayvazyan, correct?

6         Let's go ahead and have him stand up.  Mr. Ayvazyan is

7    right there.  He's not the man in the center of this picture,

8    correct?

9    A    I'm not going to say no, but I don't believe so.

10   Q    Thank you.

11        Can you have a seat, Mr. Ayvazyan?

12        Now, we just went through several text messages on a phone

13   marked as -- where the text message were marked in Government

14   Exhibit 10.  Do you recall that?

15   A    Yes.

16   Q    And you would agree that one of the phone numbers in those

17   text messages we saw, (747) 333-4170, was registered in the

18   name of Iuliia Zhadko, correct?

19   A    That's correct.

20   Q    And that subscriber record that we saw with you just now

21   did not list name Richard Ayvazyan, correct?

22   A    Correct.

23   Q    And you would agree that the contact for that phone number

24   ending in 4170 was saved in the phone you reviewed as Rich New,

25   correct?

1    A     Yes.

2    Q     And you would agree that the user of that phone is the one

3    who assigned the name of the contact?

4    A     Not necessarily.

5    Q     You would agree that someone who used the phone assigned

6    the name of a contact, correct?

7    A     I'm sorry.  I'm not quite understanding the question in

8    its entirety.

9    Q     Let's take a step back.  So you have seen an iPhone

10   before, correct?

11   A     Yes.

12   Q     You know how to open a contact and save a new one?

13   A     That's correct.

14   Q     The person who has the phone in their hand who is opening

15   up and saves the contact, they can save whatever name they

16   want?

17   A     They generally would choose names, I believe, that would

18   fit the contact.

19   Q     Let me ask my question again, Agent.

20         You would agree that the person who has got the phone in

21   their hand, who opens up the new contact, can save the name as

22   whatever they choose?

23   A     They can save the name.

24   Q     Thank you.

25         And you would agree that the user of this particular phone

1  where we saw those text messages in Government Exhibit 10, is

2  Tamara Dadyan?

3  A    Yes.

4  Q    If we could bring up Government Exhibit 13B, as in bravo.

5  This was an exhibit we just looked at during your direct

6  testimony.

7        And you recall seeing this exhibit just now, Agent

8  Massino?

9  A    Yes.

10 Q    And if you look at the date where the e-mail is sent, we

11 see under where it says, sent from my iPhone, you agree the

12 date this e-mail we just looked at was sent November 12, 2019?

13 A    I see that.

14 Q    And you would agree that November 12th, 2019, is several

15 months before the PPP loan program existed?

16 A    That is correct.

17 Q    And you would also agree that the images that we looked at

18 in the exhibit marked as 13, came from the phone that was

19 registered to Tamara Dadyan; is that fair?

20 A    I know that phone was seized from Tamara Dadyan's

21 residence.

22 Q    And you also reviewed the Cellebrite records that showed

23 the associated accounts in that phone were from Tamara Dadyan?

24 A    Yes.

25 Q    Thank you.

1       Now, Agent Massino, did you ever attempt to investigate

2   whether more than one person had used the 4170 phone?

3   A    I personally did not.

4   Q    And are you familiar with a practice of using cell towers

5   to triangulate a phone's location in realtime?

6   A    I certainly am.

7   Q    Is it fair to say that pinging is another word for that

8   practice?

9   A    That is correct.

10  Q    Are you aware if anyone tried to ping the 4170 phone in

11  realtime during the course of the investigation in this case?

12  A    I do not know the answer to that question.

13  Q    Are you aware if anybody attempted to ping the phone and

14  determine whether it was located within an apartment at 6150

15  Canoga Avenue?

16  A    I don't believe I'm aware.  I don't believe I know the

17  answer to that question.

18  Q    During your direct testimony, we looked at several bank

19  accounts, and I'm going to have us bring up Government Exhibit

20  86, which is something that has previously been admitted to

21  evidence.

22       Government Exhibit 86, as you can see here, is a Bank of

23  America record for an account titled in the name of Anton

24  Kudiumov.

25       Do you see that?

1  A     Yes.

2  Q     And if I could direct our attention to page 8 of this

3  exhibit.  So on page 8, we have in the center of the exhibit

4  where it says ATM and debit card subtractions.

5        Do you see that?

6  A     Yes.

7  Q     And we have got three purchases on December 14th of 2020,

8  right there in the center starting with Louis Vuitton, let's

9  highlight those.  Do you see those, Agent Massino?

10 A     Yes.

11 Q     You would agree that the ATM and debit cards are for the

12 account in the name of Anton Kudiumov that we saw in the first

13 page of this Bank of America record, correct?

14 A     I will trust that it is.

15 Q     And you see here that we have three purchases associated

16 with this record:  One from Louis Vuitton, do you see that

17 first one?

18 A     Yes.

19 Q     One from Dolce and Gabbana?

20 A     Yes.

21 Q     One from Chanel?

22 A     Yes.

23 Q     And you also agree that we looked to the end of those

24 descriptions that each one of those purchases was made in Las

25 Vegas, Nevada.

```
1          Do you see that?
2     A    Las Vegas, Nevada, is listed in the description.
3     Q    You would agree that on December 14th, 2020, that Richard
4     Ayvazyan was subject to home confinement?
5     A    I believe he was.
6     Q    And so you would agree that Richard Ayvazyan, is it fair
7     to say was, not in Las Vegas, Nevada, on December 14th, 2020?
8     A    I don't know where he was on December 14th, 2020.
9     Q    You would also agree that he was subject to location
10    monitoring during the time he was subject to home confinement,
11    correct?
12    A    I believe he was.
13    Q    And so you would also agree that due to that location
14    monitoring, it's safe to say that wherever Richard Ayvazyan was
15    on December 14th, 2020, he wasn't in Las Vegas, Nevada?
16    A    I can't testify to where he was on December 14th, 2020.
17    Q    But you can't tell us that he was in Las Vegas, Nevada, on
18    December 14th, 2020, correct?
19    A    I can't tell you where he was.
20    Q    In Government Exhibit 10, we looked at several text
21    messages and you walked us through a few of those.
22         Do you recall that testimony?
23    A    Yes.
24    Q    Fair for say, you did not select the text messages that
25    were included in Government Exhibit 10?
```

**UNITED STATES DISTRICT COURT**

1    A    I don't -- I don't believe I would characterize it that

2    way.

3    Q    Did you create the chart of text messages that was

4    identified as Government Exhibit 10?

5    A    I did not create the chart.

6    Q    Fair to say there are other text messages on Government

7    Exhibit 10 that weren't captured in the chart?

8              MS. AHN:  Objection.  The question is a little

9    confusing.

10             THE COURT:  I mean, I think the question is, did he

11   testify about messages that he was questioned about, and you

12   are saying they were messages that he wasn't questioned about,

13   is that it?

14             MR. KEOUGH:  Yes, Your Honor, the question is --

15   maybe I can ask a little bit different way.

16   BY MR. KEOUGH:

17   Q    Government Exhibit 10 does not include every text message

18   that was retrieved from the Tamara Dadyan's phone; is that

19   correct?

20   A    I believe that is correct.

21   Q    And fair to say, that Government Exhibit 10 was prepared

22   by the attorneys for the government in this case?

23   A    The exhibit was prepared by the attorneys.

24   Q    As part of your investigation, you reviewed all of the

25   text messages in GX-10; is that fair to say?

1    A    Yes.

2    Q    And nothing in those text messages, you would agree,

3    suggests that Manuk Grigoryan was using the phone ending in

4    4170?

5              MS. AHN:  Objection.  Speculation.

6              THE COURT:  Well, I mean, you are asking him for his

7    thoughts or you are asking him factually.  Was there some

8    reference to that number in Grigoryan -- I mean, if you are

9    asking him what his thoughts were, you are opening the door.

10             MR. KEOUGH:  Yes, Your Honor.

11             THE COURT:  If you are asking him if there are

12   factual references, I will allow it.

13             MR. KEOUGH:  Exactly, Your Honor.  Thank you.

14   BY MR. KEOUGH:

15   Q    So are you aware of any references in your knowledge to

16   Manuk Grigoryan in the text messages that you reviewed as part

17   of Government Exhibit 10?

18   A    I don't recall if there are references to Manuk in

19   Government Exhibit 10.

20   Q    Is it fair to say you reviewed the entire exhibit,

21   correct?

22   A    Yes, there was a lot of messages.

23   Q    And as you sit here today, you can't recall anything that

24   references Manuk Grigoryan?

25   A    I would have to review Government Exhibit 10 to tell you

```
 1    for sure.
 2              MR. KEOUGH:  Let's do it.  If we could show the
 3    witness Government Exhibit 10, just the witness now, Mr. Cruz,
 4    if you don't mind.  That is fair, we can show it to everyone,
 5    it is in evidence.
 6                    I think we will have to actually -- it might
 7    be easier to give you, Agent Massino, a paper copy so you can
 8    review it, that would be more efficient.
 9              MS. AHN:  He has in front of him.
10              THE COURT:  How many pages is it?
11              MR. KEOUGH:  Your Honor, it's 41 pages long.
12              THE COURT:  We're not going to have him do it now.
13    We will have him do it -- we will be probably -- what time is
14    it now?
15              THE COURTROOM DEPUTY:  About five after 4:00.
16              THE COURT:  Well, let me ask him, can you do that
17    quickly or do you think you need some time?
18              THE WITNESS:  I will certainly try, Your Honor.
19              THE COURT:  All right.  See what you can do, I don't
20    want to take the jurors' time with your looking at something at
21    this point.
22              THE WITNESS:  Understood, Your Honor.
23              THE COURT:  Let me ask the government, do they know
24    the answer, can we save some time?
25              MS. AHN:  I don't think there is an explicit
```

```
 1   reference to a Manuk.
 2           THE COURT:  I mean, we're not asking explicit, are
 3   you saying -- the question was is there any reference to Manuk
 4   Grigoryan.  I don't know what is in there, I assume you do.
 5   Can you tell us what the answer is, so we can move on?
 6           MS. AHN:  Yes, Your Honor.  I don't recall a
 7   specific reference to the name.
 8           THE COURT:  All right.  That is the answer.
 9           MR. KEOUGH:  Thank you, Your Honor.
10   BY MR. KEOUGH:
11   Q    Now, Agent Massino, I know you reviewed the text messages
12   in GX-10 and fair to say you reviewed some other text messages
13   as part are your investigation?
14   A    Yes.
15   Q    Do you recall if you were asked to review any text
16   messages from a phone belonging to Manuk Grigoryan as part of
17   your investigation?
18   A    No, I was not.
19   Q    Were you asked to review any text messages from a phone
20   belonging to Edward Paronyan?
21   A    No, I was not.
22   Q    Were you asked to review any text messages from a phone
23   belonging to Payrur Hayrapetyan?
24   A    No, I was not.
25   Q    Were you asked to review any text messages from a phone
```

1  belonging to Haik Ohanian? (Phonetic.)

2  A     No, I was not.

3  Q     Agent Massino, you testified during your direct testimony

4  you work in the Office of the Inspector General for the Small

5  Business Administration, correct?

6  A     That is correct.

7  Q     And you are aware that at some point the title assigned by

8  the SBA to this investigation was Jobe Construction; is that

9  correct?

10  A     Jobe Construction on the outset of the investigation.

11  Q     So from the outset it was named Jobe Construction?

12  A     Well --

13  Q     That was the title, I should say?

14  A     That is correct.

15  Q     And Jobe Construction was a loan that was part of the

16  investigation?

17  A     That is correct.  That was a business that was looked

18  into.

19  Q     And you are aware that during the search of an apartment

20  where Manuk Grigoryan lived that a reference to Jobe

21  Construction was found during the course of that search?

22  A     Actually, I'm not aware of that.

23  Q     Let's show the witness GX-54B.  Actually, we can show

24  everyone, because this is in evidence.

25        Government Exhibit 54B as in bravo.

1      Now, Agent Massino, this is a piece of evidence that has

2  been previously marked by the government that was seized during

3  a search of 6150 Canoga Avenue.  And if we can just zoom in on

4  the lines in the center.  Perfect, make it nice and big so we

5  can all see it.

6      And you would agree with me, that if we count down four

7  lines, Line 1 is VLA, we go to the fourth line, Jobe, as

8  spelled and Jobe Construction appears there.

9  A    That's what it looks like.

10 Q    Okay.  We can go ahead and take that down.

11     During your direct testimony, you also mentioned -- looked

12 at together Exhibit 13H, which was an exhibit taken from the

13 phone of Tamara Dadyan.

14     Do you recall that?

15 A    Yes.

16 Q    We'll go ahead and put a copy of that, so 13H as in

17 Hector.  This is in evidence so we can all take a look.

18     Now, if we could zoom in on the web history part, so

19 everybody can see it.

20     Now, you recall being shown this exhibit from the Tamara

21 Dadyan's phone.  It's a web history, and it references in the

22 title "anonymous VPN service," do you see that?

23 A    Yes.

24 Q    You recall looking at this during your direct testimony?

25 A    Yes, I do.

**UNITED STATES DISTRICT COURT**

```
 1   Q     Now, if we look at the columns there, we see title and URL
 2   and then we see last visited.
 3         Do you see that there?
 4   A     Yes.
 5   Q     It says last visit date on October 12th, 2020.
 6         Do you see that?
 7   A     Yes.
 8   Q     Then in the next column over, it says visits, one.
 9         Do you see that?
10   A     I do.
11   Q     You would agree you did not find any similar entries like
12   this referencing a VPN service in the other phones that you
13   reviewed in this case?
14   A     That's correct.
15   Q     During your direct testimony, Agent Massino, you
16   referenced -- you reviewed, I'm sure many loan applications as
17   part of your investigation.
18         Would you agree?
19   A     Yes.
20   Q     And do you recall reviewing any loan applications for a
21   company called Inception Ventures?
22   A     No.
23   Q     And do you recall reviewing any loans for a company called
24   Flipper?
25   A     No.
```

```
 1   Q    And fair to say, you are not aware of any PPP applications
 2   being filed in those business names, as you sit here today?
 3   A    Correct.
 4   Q    So now I would like to take you to Government Exhibit 116.
 5   You will recall the Government Exhibit 116 was the chart that
 6   you had put together and talked about during your testimony?
 7   A    Yes.
 8   Q    And the chart, fair to say, lists several loans you
 9   identified and were organizing them into some categories?
10   A    Yes.
11   Q    Now, you were aware that the indictment in this case
12   includes conduct that covers 151 different loans?
13   A    Yes.
14   Q    And you are aware that over the course of discovery
15   information about 250 loans, more or less, have been produced
16   to the defendants in this case?
17   A    I understand there are at least 151 loans -- information
18   on which have been produced.
19   Q    And you would agree, though, that other loans have been
20   produced over the course of discovery, more than 150?
21   A    I believe so.
22   Q    Now, I would like to take you to the charts that you
23   organized on pages 5, 6, and 7.  So let's start with page 5 of
24   this exhibit.
25        Here is page 5.  We have got our loans in Group 1, you see
```

1   those there?

2   A    Yes.

3   Q    Now, let's go a page 6.  Here is our next group, Group 2

4   we see some more loans here.

5        Let's now go to last page, page 7.  And you see we have

6   got some -- couple of more loans here in Group 3, correct?

7   A    Yes.

8   Q    And if we add up the loans across groups of 1, 2, and 3,

9   we have about 20 loans that you have placed into these three

10  categories in the chart; is that fair to say?  Feel free to

11  grab GX-116 and check my math there.

12  A    It looks like 20.

13  Q    Thanks.  So by definition, your Groups 1, 2 and 3 that

14  contain a total of 20 loans don't account for 130 loans that

15  were charged in this case?

16  A    I'm not sure that many loans were charged.

17  Q    We just discussed that 151 loans are referenced in the

18  indictment in this case.

19       Do you recall that?

20            MS. AHN:  Objection.

21            THE COURT:  What grounds?

22            MS. AHN:  The government submitted a redacted

23  indictment, Your Honor.

24            MR. KEOUGH:  Your Honor, I'm not asking that this go

25  back to the jury.  I'm simply aware what the amount was in the

```
 1   first superseding indictment.
 2              THE COURT:  You can ask that.
 3   BY MR. KEOUGH:
 4   Q    You just agreed there were 151 loans referenced in the
 5   first superseding indictment?
 6   A    I believe so.
 7   Q    We just went through pages 5, 6, and 7, you check my math,
 8   we have got 20 loans between Groups 1, 2 and 3?
 9   A    That's correct.
10   Q    By definition then, you would agree that Groups 1, 2, and
11   3 don't account for 130 loans that were charged in the
12   indictment?
13   A    There are not 130 loans reflected on these charts.
14   Q    So let's go to page 5.  Let's talk for a minute about
15   Group No. 1.
16        So here we have got Group No. 1.  You talked us through
17   couple of these loans.  Let's start with Fiber One Media at the
18   top.
19        Do you see that one?
20   A    Yes.
21   Q    And that loan, Fiber One Media, appears on the chart on
22   page 2, which is titled EIDL PPP applications submitting using
23   6150 Canoga address.
24        Does that sound right, and feel free to check.
25   A    Yes.
```

1    Q    So we have got Fiber One at 6150, and as long as you have

2    got that list of loans at 6150 Canoga out, Hart Construction,

3    you would agree, also appears on that chart?

4    A    Hart Construction is on the next page, page 3.

5    Q    Okay.  Now, so looking back now at Group 1, you see that

6    we have VLA Construction and GOZ Construction.  Those are both

7    on our chart, correct?

8    A    On page 5, yes.

9    Q    Those are both -- fair to say, construction companies at

10   least based on the title?

11   A    Based on the title.

12   Q    Now, there is another loan there for Mod Interiors.  Do

13   you see that there?

14   A    Yes, I do.

15   Q    Okay.  You are aware that this loan was applied for using

16   an IP address registered to 6150 Canoga Avenue?

17   A    I would actually have to look at the application to

18   confirm that.

19   Q    Let's do it.  Let's pull up Government Exhibit 3-M.  This

20   is Michael --

21        So we're here and got the Mod Interiors.  I will represent

22   it's the application package the 940s on the first page.  If we

23   could go to page 30, okay.

24        And if we could -- in the middle of the page where it says

25   signature, right there, perfect.

1        So, we can blow this up so we can all see it, there we

2   have the IP address, 104.34.75.188.

3        Do you see that there?

4   A    I do.

5   Q    There won't be a quiz, I have that written down, won't

6   tell it to you again.

7        So let's now take that down, and let's pull up what was

8   admitted into evidence earlier today as Government Exhibit 73A,

9   A as in Alpha.

10       Let's go to the next page, okay.  There we see at the top

11  it says subscriber record target details 104.34.75.188.

12       Do you see that?

13  A    Yes, I do.

14  Q    You would agree that the same IP address that we just saw

15  on the loan application we looked at for Mod Interiors,

16  correct?

17  A    Yes.

18  Q    If we look there for the subscriber address that says 6150

19  Canoga Avenue, Apartment 337, in Woodland Hills.

20       Do you see that?

21  A    Yes.

22  Q    So you would agree with me that the IP address from the

23  Mod Interiors application matches the one on this subscriber

24  record listing an address at 6150 Canoga Avenue?

25  A    Yes.

```
 1   Q    Now, going back to Government Exhibit 116, our summary
 2   chart.  We're going to take it back to page 5 and go look at
 3   Group 1 again.
 4        So there is another loan in Group 1 that says accounting
 5   management and tax service.
 6        Do you see that there at the bottom of the page?
 7   A    Yes.
 8   Q    And the name next to it says Medet Murat, correct?
 9   A    Yes.
10   Q    And you would also agree that the name Medet Murat is
11   connected to Manuk Grigoryan's IP address, correct?
12   A    Without seeing the document, I can't make that connection.
13   Q    Let's do it.  We're going to mark just for the witness
14   first, Defense Exhibit 40.
15        Now, Your Honor, we would like to admit this into evidence
16   with a 90211 certification.  The document is a record produced
17   by the government.  It hasn't been included in one of their
18   exhibits.  They have produced the certificate to us, and we
19   would argue this should come in under the same rule.
20             MS. AHN:  Could we receive a copy of that?
21             MR. KEOUGH:  Yes.  Mr. Silverman has got it right
22   there for you.
23             MS. AHN:  No objection, Your Honor.
24             THE COURT:  Received.
25             (Defense Exhibit 40 received into evidence.)
```

1          MR. KEOUGH:  Could we go ahead and publish this to

2     the jury?  Great.

3               So we have got here what I have marked here as

4     Defense Exhibit 40.  Agent Massino, you see Google subscriber

5     information there at the top?

6          THE WITNESS:  Yes.

7     BY MR. KEOUGH:

8     Q    If we zoom in just on that little piece up there, we see

9     Google account ID, some numbers, I'm not going to ask you about

10    those, but do you see the name Medet Murat at the top?

11    A    I do.

12    Q    Now if we go to page 2 of this document, okay?  And if we

13    look about halfway down the page you see there is a log-in on

14    April 17th, 2020, correct?

15         Go ahead and highlight that one.  It's the one that has

16    the four-digit IP address, one below it.  There we go.

17         You see, Agent Massino, on this subscriber record from

18    Medet Murat, we have got a log-in on April 17th, and there is

19    an IP address 75.83.234.33.  Do you see that?

20    A    Yes.

21    Q    Now, again, not going to be a quiz, I will remind you have

22    that number.  But let's pull up what has been previously

23    admitted as Government Exhibit 73I as in igloo?

24         Thank you, Mr. Silverman.

25         So here we have got another charter communication record.

```
 1   And let's go to page 2.
 2        Okay.  And so, zoom in on the box again, so everybody can
 3   see, great.
 4        So here we have got our target record 75.83.234.33.
 5        Do you see that, Agent Massino?
 6   A    Yes.
 7   Q    Would you agree that is the same IP address that we just
 8   looked at in the subscriber information for Medet Murat?
 9   A    Yes.
10   Q    Would you agree here on the subscriber record the same IP
11   address is listed as subscriber name, Manuk Grigoryan, 10537
12   Dora Street in Sun Valley, correct?
13   A    I see that, yes.
14   Q    Now, let's go back to Government Exhibit 116.
15        Now, let's talk about Group 2, which is on page 6.
16        So you listed a couple of loans for us here in Group 2 and
17   you recall walking us through those during your direct
18   examination, correct?
19   A    Yes.
20   Q    And we have got a couple of loans here that I will point
21   out.  You can see there is one for Voyage Limo, the name says
22   Vahe Dadyan?
23   A    Yes.
24   Q    You are aware that Vahe Dadyan is the cousin of Tamara
25   Dadyan?
```

```
 1   A    I am.
 2   Q    We have got another loan -- actually two of them, that is
 3   the top in the bottom in the name of Arthur Ayvazyan.
 4        Do you see that?
 5   A    I do.
 6   Q    You agree with me that Artur Ayvazyan is the husband of
 7   Tamara Dadyan?
 8   A    Yes.
 9   Q    Okay.  So now there is the second line where it says
10   escrow doc.  Do you see that under the business name?
11   A    Yes.
12   Q    And then it says Rosa Avakyan as the name?
13   A    Yes.
14   Q    You see that there.  And you are aware that a driver's
15   license for Rosa Avakyan was seized during the search of the
16   Weddington home where Tamara Dadyan lives.
17        Would you agree with that?
18   A    I believe that is accurate.
19   Q    Thank you.
20        Agent Massino, you have worked with the Small Business
21   Administration in the Office of the Inspector General as you
22   told us before, correct?
23   A    Yes.
24   Q    And fair to say that one of the job descriptions is
25   investigating fraud?
```

1    A     That's correct.

2    Q     And as far as the PPP loan program goes, every business

3    can receive one loan, correct?

4    A     They can receive one PPP loan, during the first draw.

5    Q     So you would agree that during the first draw each

6    business can receive one loan?

7    A     If they were found eligible.

8    Q     Fair enough.  And you would agree that as part of

9    investigating fraud there are certain flags you might look for

10   to decide a fraudulent activity has taken place?

11         MS. AHN:  Objection.  It seems like he's calling for

12   expert testimony.

13         THE COURT:  I mean, I don't know exactly where he's

14   going, but you can ask the question.

15         MR. KEOUGH:  I can ask the question a different way.

16   Fair objection.

17   BY MR. KEOUGH:

18   Q     You would agree that if a company applied again for a PPP

19   loan after they received one, the one they were entitled to,

20   assuming they are eligible, that they might be less likely to

21   get a second loan.

22         Is that fair to say?

23   A     Per the program rules, they should not be able to get a

24   second loan.

25   Q     Sounds like less likely to me.  And you would agree if a

1    company applied for a third time after having already received

2    the one loan they were eligible for, that that would probably

3    also increase the likelihood that that loan would not be

4    funded?

5    A    If the same tax identification number was used, that loan

6    would not be funded.

7    Q    The same company name might also make it less likely they

8    get funded?

9    A    I would not testify to that.

10   Q    You would agree, though, that as part of your

11   investigation one of the things you did was look for loans that

12   had been submitted and companies with the same or similar

13   names.  Is that fair?

14   A    I ran names of individuals and people and addresses

15   through an SBA database, and yes, I used that identifying

16   information as well as tax identification numbers to attempt to

17   locate loans.

18   Q    Now, let's go back to -- we're still on GX-116.  Let's go

19   to page 4 of the exhibit.

20        And we can see there that at the top of the page we have

21   got the application, or I should say, the loan, the first one

22   for business called Fiber One Media.

23        Do you see that there?

24   A    Yes.

25   Q    And it looks like if we go there, we have got two loans.

1    We draw all the way over to the status column, the first loan

2    on April 14th, 2020, and that one says disbursed.

3    A    Yes.

4    Q    Meaning it was funded?

5    A    That means funds were disbursed pursuant to that

6    application, yes.

7    Q    If we look to the second loan on April 20th, 2020, would

8    you agree that this second loan, the status says canceled.

9    A    It does.

10   Q    Now let's go to page 7.  This is the Group 3 chart you

11   walked us through earlier.  And you will see that Fiber One

12   Media appears again on this page, correct, it's on the first

13   line?

14   A    Yes, it does.

15   Q    If we trace that application over to the status column,

16   you can see that this loan application dated June 17th, 2020,

17   also has the status of canceled, correct?

18   A    That is correct.

19            MR. KEOUGH:  Thank you, Agent Massino.  I have no

20   further questions.

21                         CROSS-EXAMINATION

22   BY MR. LITTRELL:

23   Q    Good afternoon, Special Agent Massino, right?

24   A    Yes, sir.  Good afternoon.

25   Q    My name is John Littrell.  I speak for Marietta

1    Terabelian.

2    A    I want to start off by taking look at a couple of

3    exhibits.  If you take a look at Defense Exhibit 309, may I

4    approach with an additional exhibit?

5              THE COURT:  Yes.

6              MR. LITTRELL:  Do you see what that is?

7              THE WITNESS:  Yes.

8    BY MR. LITTRELL:

9    Q    That's the Articles of Incorporation from the California

10   Secretary of State for a company called Fiber One Media; is

11   that correct?

12   A    It appears to be, yes.

13   Q    It's got a stamp on the top right corner filed Secretary

14   of State?

15             THE COURT:  Keep your voice up.

16             MR. LITTRELL:  It's got a stamp on the top right

17   corner that says, filed Secretary of State, state of

18   California, January 1st, 2019, correct?

19             THE WITNESS:  Correct.

20             MR. LITTRELL:  Move to admit Defense Exhibit 309 as

21   a public record.

22             THE COURT:  Received.

23          (Defense Exhibit 309 received into evidence.)

24             MR. LITTRELL:  Now, I'm showing you one more

25   document.  This is Defense Exhibit 313.

1           This is only my iPad, so I'm going to have to

2      shout in your ear, sorry.

3           Now this is statement of information from the

4      California Secretary of State for the same company, right?

5           THE WITNESS:  From the same company name, yes.

6      BY MR. LITTRELL:

7      Q    Fiber One Media?

8      A    Yes.

9      Q    And that is dated April 7th, 2020, correct?

10     A    Yes.

11          MR. LITTRELL:  Motion to admit Defense Exhibit 313,

12     Your Honor?

13          THE COURT:  Received.

14          (Defense Exhibit 313 received into evidence.)

15          MR. LITTRELL:  Turning your attention to Defense

16     Exhibit 309.  I'm going to publish it shortly.

17          I'm going to attempt to publish it, okay.

18          So that you testified was the Articles of

19     Incorporation of Fiber One Media, correct?

20          THE WITNESS:  Yes.

21     BY MR. LITTRELL:

22     Q    And the -- could you -- who is the individual listed as

23     the owner of that business?

24     A    Susanna Mkrtchyan.

25     Q    What is the date that business incorporated?

```
 1  A    Can you zoom out?
 2  Q    I'm sorry.  I guess, what is the date that the Articles of
 3  Incorporation was filed?
 4  A    January 1st, 2019.
 5  Q    And the Articles of Incorporation are the documents that
 6  are filed to initiate a corporate entity in California,
 7  correct?
 8  A    I don't know that I can answer that question with
 9  authority.
10  Q    Okay.  Very well.  Let's take a look at Exhibit No. 313.
11  That is the statement of information for Fiber One Media,
12  correct?
13  A    That is what it appears to be, yes.
14  Q    That is dated April 7th, 2020, right?
15  A    Yes.
16  Q    And the entity name is Fiber One Media, correct?
17  A    Yes.
18  Q    But the officer is no longer Susanna Mkrtchyan, right?
19  A    Yeah, I see a different name under chief executive
20  officer.
21  Q    What is that name?
22  A    Viktoria Kauichko.
23  Q    Now, you testified about the search of four electronic
24  devices, correct, or cell phones?
25  A    Yes.
```

```
1    Q    You didn't do the extraction of any of those cell phones

2    yourself, right?

3    A    No, I did not do the extraction, and so I don't believe

4    it's fair for me to say I did the search.  I reviewed data from

5    those phones.

6    Q    You didn't actually search the phones yourself?

7    A    Not the actual devices, no.

8    Q    You searched a report that was created by somebody else,

9    right?

10   A    That's correct.

11   Q    And that was created by a product called Cellebrite,

12   right?

13   A    Yes.

14   Q    And Cellebrite produced a report that catalogued all of

15   the contents on each of those devices, right?

16   A    Yes.

17   Q    And turning your attention to Exhibit No. 312.

18        Now, there is the Cellebrite extraction summary for -- let

19   me see if I can get this to fit on the screen.

20        This is the Cellebrite extraction summary for evidence

21   No. 1B81, correct?

22   A    That is what is shown on the screen.

23   Q    That is the cell phone that is associated with Mary

24   Terabelian, correct?

25   A    Yes.
```

```
 1   Q    And if you look at the description of what was found on
 2   that device, it lists 44,385 images, correct?
 3             MS. AHN:  Objection.  Foundation.  This witness did
 4   not review this Cellebrite report.
 5             THE COURT:  Well, I want you to answer if you have
 6   information from your investigation.
 7                  Did you do any research to answer that
 8   question?
 9             THE WITNESS:  Your Honor, I don't believe I reviewed
10   this report.  I have not seen what is in front of me right now.
11             THE COURT:  Objection sustained.
12   BY MR. LITTRELL:
13   Q    Now, an initial Cellebrite report was created from the
14   initial extraction of the phone at 1B81, correct?
15   A    Yes.
16   Q    Then a second report, a Cellebrite report was created that
17   only described a subset of the information from the first
18   report, right?
19   A    That is my understanding.
20   Q    And you only reviewed that second Cellebrite report,
21   correct?
22   A    It is my understanding that I reviewed a report generated
23   by Cellebrite that was a subset.
24   Q    And you were looking for incriminating evidence on that
25   phone, correct?
```

**UNITED STATES DISTRICT COURT**

1    A    I was looking for information pertaining to SBA loans,

2    companies identified in this investigation, individuals, or

3    identities revealed in this investigation, and that is

4    generally what I was reviewing those reports for.

5    Q    You weren't the only one reviewing that report, right?

6    A    I don't believe I'm the only person that reviewed that

7    report, no.

8    Q    The prosecutors also reviewed that report, correct?

9    A    Yes.

10   Q    And they talked about it with you, right?

11   A    We discussed it.

12   Q    And you discussed whether there was any relevant evidence

13   on Ms. Terabelian's phone, right?

14   A    Yes.

15   Q    And you discussed whether there was exhibits you could

16   present to this jury on that phone, right?

17   A    I'm not sure there was an actual discussion.

18   Q    So they actually -- they told you whether or not?

19   A    Whether or not -- I don't believe I had a discussion with

20   the prosecutors about whether or not something was admissible.

21   Q    They told you which exhibits to testify about, right, you

22   didn't pick them yourself?

23   A    I reviewed the reports.  They had reviewed the reports and

24   collaborating, we basically determined what the best evidence

25   was.

```
 1   Q     In this case, you determined that there was one exhibit

 2   from Ms. Terabelian's phone you could show to the jury?

 3   A     We determined to show them one.

 4   Q     One so, there were no relevant text messages on

 5   Ms. Terabelian's phone?

 6   A     Not on the report that I reviewed.

 7   Q     There was no relevant e-mails on her phone?

 8   A     Not on the report that I reviewed.

 9             MS. AHN:  Objection.  It goes beyond the scope.

10             THE COURT:  I will allow a few questions.  You

11   started with make your argument with this witness, so, let's

12   limit it.  You have made the point.

13             MR. LITTRELL:  Very well.

14   BY MR. LITTRELL:

15   Q     There were no photographs of driver's license on the

16   phone?

17   A     No.  I saw a photograph of a handwritten note with a

18   company in the name we were investigating.

19   Q     That was it?

20   A     That's what I saw on that phone.

21   Q     That's what has marked as Government Exhibit 16B, correct?

22   A     Yes, I believe that is.

23   Q     Now, I'm going to show you Defense Exhibit 308, previously

24   been admitted.

25             Do you see that?
```

```
 1   A     Yes.

 2   Q     And that is the actual extraction report related to

 3   Government Exhibit 16B, correct?

 4   A     I believe so.

 5   Q     That shows that the image in 16B was captured on

 6   October 29th, 2018, right?

 7   A     That is the date, yes, that's the date revealed on the

 8   captured time.

 9   Q     You don't know how that image got on Ms. Terabelian's

10   phone, right?

11   A     I have an idea, I have an opinion, but I can't say for

12   certain.

13   Q     You don't know?

14   A     I do not know for certain.

15   Q     You don't know if Ms. Terabelian ever saw that image on

16   her phone?

17   A     I do not know.

18              MR. LITTRELL:  No further questions.

19                         CROSS-EXAMINATION

20   BY MR. JOHNSON:

21   Q     I will try to finish up quick.

22         Certainly by 5 o'clock.  Good afternoon.

23   A     Good afternoon, sir.

24   Q     I would like to talk to you about Exhibit 116.

25         This is the exhibit you testified about during direct
```

1    examination.

2         Do you recognize that?

3    A    Yes, I do.

4    Q    Let's turn to page 6 of that exhibit?  On page 6 in the

5    middle there, it says Voyage Limo, correct?

6    A    Yes.

7    Q    And this document on this group, you testified during

8    direct examination that the businesses and the loan

9    applications were all similar to each other, correct?

10   A    In this group?

11   Q    Yes.

12   A    Yes.  The 940s contained similar numbers -- identical

13   numbers.

14   Q    And so the 940s and the 941s were similar, in all of these

15   loans, correct?

16   A    I didn't focus on 940s.  I'm not sure 941s were included

17   in all of these loan files.  I would have to review them to,

18   you know, to confirm that.

19   Q    But the 940s were all similar?

20   A    The 940s were similar, yes.

21   Q    And tell the jury what a 940 is?

22   A    It's an IRS tax form.  I believe that the 940 designation

23   is for the form that employers use -- they have to file every

24   year, it's an unemployment tax form.

25   Q    And these tax forms, again, they were similar all in this

```
 1    group, that's why you put that together in that group, correct?
 2    A     Yes.
 3    Q     The application for Voyage Limo, this is the PPP
 4    application, was submitted on 5/18/2020, correct?
 5    A     The approximate application date, yes.
 6    Q     That is the approximate application date was two other
 7    applications submitted before that date, correct, in this
 8    group?
 9    A     In this group, yes.
10    Q     Okay.  And on direct examination, you talked about these
11    two people.
12          Do you remember that?  Excuse me, the two people just
13    below the name, Vahe Dadyan.
14          Do you remember talking about those people?
15    A     I remember talking about Diana Saakyan.  I don't recall
16    talking about Oleksandr Moroz.
17    Q     Exhibit 13B, you referenced that -- you were discussing,
18    the government was asking you questions about driver's licenses
19    with the same picture with different pictures, but the same
20    identifying information.
21          Do you recall that?
22    A     Yes.
23    Q     These were two people where the identifying information
24    was the same, but they had two different pictures, correct?
25    A     Diana Saakyan was the name right below that.  I would have
```

```
 1   to -- I don't recall talking about that.  I would have to see
 2   the image.
 3   Q    You don't recall talking about the second one?  The second
 4   name that is there?
 5   A    In that Oleksandr Moroz, no, I don't remember mentioning
 6   that name.
 7   Q    But do you remember the name Diana Saakyan?
 8   A    Yes.
 9   Q    And that person, would it be fair to say, that person is a
10   victim of identity theft?
11            MS. AHN:  Objection.  Argumentative.
12            THE COURT:  Sustained.
13   BY MR. JOHNSON:
14   Q    Were you able to identify whether there is a real person?
15   A    I did not take on that task.
16   Q    Do you know whether someone took on that task in your
17   investigative team?
18   A    I actually do not.
19   Q    Let's turn now to Exhibit 10.
20        Exhibit 10 is the list of text messages that you are
21   referring to, correct?
22   A    Yes.
23   Q    I would like to -- Exhibit 10 is from the cell phone of
24   Tamara Dadyan, correct?
25   A    Yes.
```

1   Q    And these are not text messages between Tamara Dadyan and

2   Vahe Dadyan, correct?

3   A    No, I only saw Vahe referred to in the messages.

4   Q    It was only that he was referred to, correct?

5        You are not presenting information as to what was going on

6   in Mr. Vahe Dadyan's mind, are you?

7   A    Not in his mind, no.

8   Q    So, during the text messages, these text messages started

9   out in March of 2020, in Exhibit 10, correct?

10  A    Yes.

11  Q    And these were text messages between Tamara Dadyan and

12  someone named New Rich, correct?

13  A    Yes.

14  Q    And in March of 2020, there was some reference to these

15  940s, correct?

16       Why don't I point you to page 1, line 2176.

17  A    Yes.

18  Q    And during that time, there was --

19  A    Actually, April.

20  Q    April.  In April -- but that is certainly before May 18th,

21  2020, right?

22  A    April is before May.

23  Q    But so these text messages are dated before May 18th,

24  2020, correct?

25  A    Yes.

134

```
 1   Q     And there is a reference to 940s in April of 2020,

 2   correct?

 3   A     Yes.

 4   Q     And the name there says Tammy.

 5   A     Yes.

 6   Q     And could you read that -- that line at 2176 for us,

 7   please?

 8   A     Yes.  It reads, you need four 940 forms 2019, and 1941 for

 9   March 2020.

10   Q     There was also a reference in April of 2016 to this 940,

11   correct?  Why don't we go --

12   A     Yeah, the one I just read is in April.

13   Q     April 16th of 2020?

14   A     You would have to put the next page up, please.

15   Q     Let's go to line 2328 on page 3.

16   A     Could you repeat that message number again?

17   Q     Page 3, line 2328.

18   A     Yes.  I see that.

19   Q     Why don't you read that one for us?

20   A     Should I give the 941?

21   Q     At 2329?

22   A     940.

23   Q     Again, who was that from?

24   A     Tammy.

25   Q     So is it fair to say that Tammy was referencing these 940s
```

**UNITED STATES DISTRICT COURT**

```
 1   well before the Voyage Limo application?

 2   A     It is approximately a month before the application date.

 3   Q     And on later on in that day, on page 4, at line 2340,

 4   there is another reference to these 940s, correct?

 5   A     There is.

 6   Q     And that is from Tammy, correct?

 7   A     Yes.

 8   Q     And this is Tamara Dadyan is the Tammy that we are

 9   referring to, correct?

10   A     I believe so, yes.

11   Q     So it is fair to say that these 940s were referenced

12   before the Voyage Limo application was submitted, correct?

13   A     Yes.

14   Q     And on May 1st, page 5, line 2493, what does that line

15   say?

16   A     It says 940 941, keep it sane.

17   Q     Keep it sane.  And what -- you are testifying as to what

18   earlier about during direct examination what did you interpret

19   that to mean, 51?

20   A     I didn't interpret anything.

21              MS. AHN:  Objection.

22              THE COURT:  He's answered.

23   BY MR. JOHNSON:

24   Q     I will withdraw it.

25              But that certainly was before the Voyage Limo application
```

1    came in, correct?

2    A    That is before the Voyage Limo application.

3    Q    During direct examination, you also testified about two --

4    some companies with two different owners that were both

5    100 percent owners, correct?

6    A    That is what the applications indicated.

7    Q    And that would have been indicative of fraud, correct?

8    A    That is certainly something that would raise a flag.

9    Q    Because it's impossible to have two different owners at

10   both 100 percent, correct?

11   A    That is the point we were trying to make during my

12   testimony, yes.

13   Q    And it would be fair to say some of these SBA applications

14   needed different corporations to apply for a PPP loan; isn't

15   that correct.

16            MS. AHN:  Objection.  Foundation.

17            THE COURT:  Ask that question again.

18   BY MR. JOHNSON:

19   Q    It would be fair to say that the -- well, I will withdraw

20   the question and revise it.  I think that might be better.

21        Can the same corporation apply for the PPP loan twice?

22   A    Well, they could apply as many times as they want, I

23   suppose.  I don't know that -- from my understanding the

24   program rules they would not be authorized a second loan if it

25   was within the same draw.

```
1    Q    So within the same draw, the same corporation couldn't
2    apply for a PPP loan?  Could not be approved for a PPP loan, I
3    should say that?
4    A    Using the same identification number, no, they would not
5    have been.
6    Q    So the corporations needed different identification
7    numbers to be approved for another PPP loan, correct?
8              MS. AHN:  Objection.  Speculation.
9              THE COURT:  Are you saying the same corporation?
10   What are you saying?
11             MR. JOHNSON:  If a corporation -- if let me back up
12   for a second.
13                 The PPP loan -- actually, if a corporation was
14   going to apply for a PPP loan, they would need an EIN number,
15   correct?
16             THE WITNESS:  Yes.
17   BY MR. JOHNSON:
18   Q    In order to get approved, they would need to supply that
19   EIN number, correct?
20   A    That is my understanding, yes.
21   Q    And SBA kept track of these EIN numbers, correct?
22   A    SBA would authorize a loan and provide a loan number per
23   employer identification number.  It was one loan authorization
24   per EIN.
25   Q    So there is one loan authorization per EIN?
```

```
1    A    That's correct.

2    Q    So a corporation could not be authorized twice, correct?

3    A    Not with the same EIN.

4    Q    So, if -- if somebody set out to commit fraud, they would

5    need another corporation if they have already supplied in the

6    EIN number for -- if they already supplied that EIN number.

7                MS. AHN:  Objection.  Misstates the testimony.

8                THE COURT:  I will sustain the objection.  The

9    question is confusing.

10   BY MR. JOHNSON:

11   Q    I will point right to the -- let's go to page 8, No. 24 --

12   2704.  Could you read for the jury page 8, 2704?

13   A    2704 reads:  Let's open some corps, and whatever places

14   address nothing to do with us.  Jogir.

15   Q    This is from Tammy, correct?

16   A    That's correct.

17   Q    This is in advance of the PPP loan application for Voyage

18   Limo, correct?

19   A    Yes.

20   Q    I would like to point to page 21 -- excuse me, let's focus

21   on this, page 18, line 3528.

22        During direct examination, you testified about this line,

23   and I want to kind of focus on it.

24        There was a web address for Runyan Tax and it says

25   www.Runyantax.com?
```

1    A    Yes.

2    Q    Do you remember that?

3    A    Yes.

4    Q    Agent, did you type that address into the, I guess, Google

5    search and find out what is behind that?

6    A    No, I did not.

7    Q    I would like to point your attention to page 21, line 727.

8         It's page 21, Line 727.

9         In that line, isn't it correct, that I will wait to pull

10   it up.  Just send idiot Vahe for now.  Isn't it correct?

11   A    That's part of that message.

12   Q    Please go ahead and read it.

13   A    Just send the idiot Vahe now.  I can't walk.  I can't do

14   go to bank do shit and Art is leaving.

15   Q    Now, I would like to turn your attention to Exhibit 2-K.

16   Are you familiar with the loan applications that were -- that

17   were referenced in your summary chart?

18   A    Yes.

19   Q    Exhibit 2-K is the loan application for Voyage Limo, Vahe

20   Dadyan.

21        Do you recognize that?

22   A    Yes.

23   Q    And these applications were submitted online, correct?

24   A    Generally, yes.

25   Q    You had no information to determine who actually submitted

1    this information, correct?

2    A    I don't believe that I do.

3    Q    And so in fact this was at the top of the document, it

4    says, DocuSign, correct?

5    A    It does.

6    Q    There's information on this document to show exactly where

7    it was submitted from and that is the IP address, correct?

8    A    I don't think the IP address is on this page.

9    Q    And can we go to page 47?

10        Can we focus on the IP address to the right.

11        We see over here that is an IP address, correct?

12   A    Yes.

13   Q    Were you able -- and it says mobile phone, correct,

14   mobile, platform mobile?

15   A    That's what it indicates.

16   Q    And that date here is 5/18, correct?

17   A    That is.

18   Q    And did that indicate to you that the application was

19   submitted by a mobile device on 5/18?

20   A    That is how I would read that.

21   Q    And there is an IP address, the IP address is

22   23.242.208.63, isn't that correct?

23   A    Yes.

24   Q    Did you determine where that IP address pointed back to

25   the residence?

1    A    I personally did not.  I did not take on that task.

2    Q    Are you familiar with Exhibit 73E, that has previously

3    admitted into evidence.

4         We're going to go to page, I think, it's page 2.  And the

5    IP address here.  That IP address 23.242.208.63, and 5/18/2020

6    at 9:30 p.m.

7         Can we move -- isn't that correct?

8    A    Yes.

9    Q    And we will go -- the address for that is and the e-mail

10   is TammyDadyan@hotmail.com.  And the cell phone you were

11   looking at earlier, again, belonged to Tammy Dadyan, correct?

12   A    Yes, it did.

13             MR. JOHNSON:  No further questions.

14             THE COURT:  Okay.  Anyone else?

15             MS. AHN:  No further questions from the government,

16   Your Honor.

17             THE COURT:  Thank you.  You are excused.  Are my

18   eyes telling me it's almost 5 o'clock?

19             THE COURTROOM DEPUTY:  Yes, Your Honor.

20             MS. AHN:  Yes, Your Honor.

21             THE COURT:  I guess we should call it a night.  We

22   will start again tomorrow.

23             Thank you, members of the jury.  We will try

24   to be as punctual tomorrow as we were today.  Thank you, again.

25             Again, the admonition, don't talk about the

UNITED STATES DISTRICT COURT

1    case to each other or anyone else at home and don't access any

2    media or other device.

3                    This case is for you to decide individually

4    and jointly.  Thank you.

5              THE COURTROOM DEPUTY:  All rise.

6                    (The jury exits the courtroom.)

7               (The proceedings concluded at 4:59 p.m.)

8                              * * *

1                          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6              I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:  June 22, 2021

17

18

19                              /s/ TERRI A. HOURIGAN

20   _____
                    TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
21                     Federal Official Court Reporter

22

23

24

25

## $

**$1,000** [1] - 65:9
**$10,000** [1] - 65:10
**$155,000** [1] - 69:9
**$157,500** [1] - 68:24
**$210,000** [1] - 73:23
**$2100** [1] - 74:10

## /

**/s** [1] - 143:19

## 1

**1** [31] - 2:18, 5:12,
51:20, 51:22, 53:17,
61:15, 64:19, 73:9,
79:13, 81:10, 86:24,
89:18, 94:4, 96:2,
96:4, 96:7, 96:11,
96:17, 97:6, 108:8,
111:1, 111:9, 111:14,
112:9, 112:11,
112:16, 112:17,
113:6, 115:4, 115:5,
133:17
**1-M** [5] - 68:8, 68:11,
68:12, 68:18, 69:3
**10** [65] - 5:8, 10:12,
11:11, 13:18, 14:1,
16:6, 17:24, 18:12,
38:6, 38:8, 38:13,
38:17, 39:5, 39:19,
39:22, 59:23, 62:23,
63:21, 66:3, 66:7,
67:14, 69:15, 69:17,
70:4, 70:21, 71:4,
74:13, 74:15, 75:4,
75:6, 76:3, 77:2, 78:4,
79:20, 79:25, 80:15,
81:18, 81:20, 83:15,
84:18, 85:8, 85:10,
87:7, 88:1, 88:19,
89:17, 90:1, 91:23,
92:15, 97:15, 99:2,
102:21, 103:1, 103:5,
103:8, 103:18,
103:22, 104:18,
104:20, 105:1, 105:4,
132:20, 132:21,
132:24, 133:10
**10-1** [7] - 38:11,
38:15, 38:24, 39:9,
39:10, 39:14, 39:20
**10-23** [2] - 67:12,
67:15
**10-24** [4] - 71:17,
71:18, 72:6, 73:4
**10-25** [2] - 70:20,

70:22
**10-3** [1] - 71:16
**10-38** [3] - 90:11,
90:12, 90:14
**10-39** [2] - 90:11,
90:22
**10-40** [3] - 38:15,
90:11, 91:3
**10-68** [4] - 80:23,
80:24, 80:25, 81:6
**10-70** [6] - 38:11,
38:24, 39:9, 39:10,
39:15, 39:20
**100** [3] - 83:8, 136:6,
136:11
**10036** [1] - 2:16
**1031** [1] - 86:5
**104.34.75.188** [2] -
114:3, 114:12
**10537** [1] - 117:12
**10K** [3] - 65:1, 65:2
**11** [1] - 88:11
**110** [2] - 73:8, 73:15
**1114** [1] - 2:15
**116** [8] - 5:13, 45:16,
45:17, 110:5, 110:6,
115:2, 117:15, 129:25
**116-3** [1] - 91:20
**117** [22] - 19:18,
20:1, 21:12, 21:19,
21:22, 21:24, 35:6,
35:8, 35:10, 35:13,
35:16, 35:18, 35:22,
38:22, 39:3, 39:7,
39:12, 39:17, 40:16,
40:22, 41:11, 41:15
**118** [18] - 5:4, 18:22,
19:18, 22:3, 22:10,
22:16, 23:3, 23:8,
23:12, 23:14, 36:1,
36:3, 36:7, 36:8,
36:14, 41:25, 42:5,
57:3
**119** [18] - 5:5, 19:18,
23:16, 23:23, 23:25,
24:2, 24:11, 24:16,
24:20, 24:22, 36:19,
36:21, 36:23, 36:25,
37:1, 37:4, 42:12,
42:17
**12** [4] - 30:10, 56:20,
69:17, 99:13
**120** [16] - 5:7, 31:16,
31:21, 31:25, 32:4,
32:15, 33:9, 34:8,
34:12, 34:15, 34:17,
37:8, 37:15, 38:1,
43:5, 43:10
**121** [1] - 4:11
**122** [1] - 5:14

**123** [1] - 5:15
**129** [1] - 4:12
**12th** [2] - 99:15,
109:6
**13** [3] - 62:11, 77:2,
99:19
**130** [3] - 111:15,
112:12, 112:14
**1330** [1] - 2:21
**13A** [1] - 44:1
**13B** [16] - 5:9, 39:25,
40:15, 40:19, 40:25,
41:2, 44:10, 44:16,
45:10, 53:16, 53:21,
86:22, 86:24, 99:5,
131:18
**13C** [2] - 40:2, 47:11
**13D** [2] - 40:4, 48:1
**13E** [3] - 40:6, 48:16,
48:20
**13F** [7] - 5:9, 40:8,
40:15, 40:19, 40:25,
41:2, 49:11
**13H** [10] - 5:10, 41:5,
41:7, 41:13, 41:18,
41:20, 49:18, 49:21,
108:13, 108:17
**13I** [7] - 5:9, 40:10,
40:15, 40:19, 40:25,
41:3, 50:8
**13P** [1] - 53:16
**14th** [8] - 101:8,
102:4, 102:8, 102:9,
102:16, 102:17,
102:19, 121:3
**15** [1] - 93:1
**150** [1] - 110:21
**151** [4] - 110:13,
110:18, 111:18, 112:5
**157** [1] - 66:24
**16** [8] - 57:17, 57:21,
58:5, 58:7, 59:13,
59:15, 63:21, 66:6
**16A** [1] - 50:18
**16B** [15] - 18:22,
27:21, 28:6, 28:11,
29:8, 29:14, 41:22,
42:3, 50:23, 51:1,
56:12, 56:15, 128:22,
129:4, 129:6
**16th** [1] - 134:14
**17** [4] - 57:22, 58:4,
58:8, 88:19
**17K** [1] - 66:16
**17th** [3] - 116:15,
116:19, 121:17
**18** [9] - 58:12, 58:14,
59:3, 66:17, 71:4,
78:4, 78:5, 84:19,
138:22

**18,000** [1] - 26:23
**18th** [2] - 133:21,
133:24
**19** [9] - 4:5, 58:23,
58:24, 59:4, 59:10,
70:7, 70:21, 78:21
**1900** [1] - 2:12
**1935** [1] - 3:11
**1940** [1] - 64:20
**1941** [2] - 64:25,
134:9
**1946** [2] - 65:12,
65:24
**19A** [2] - 51:12, 54:8
**19B** [8] - 42:8, 42:15,
42:20, 42:22, 51:17,
51:20, 51:21, 51:23
**19C** [7] - 42:8, 52:11,
53:15, 54:9, 56:11,
56:20, 62:1
**19D** [1] - 42:8
**19E** [4] - 42:8, 42:15,
42:20, 42:22
**1:00** [1] - 1:13
**1:10** [1] - 6:2
**1A** [3] - 94:23, 96:11,
96:17
**1B17** [17] - 20:9,
20:11, 20:13, 20:14,
21:19, 32:2, 33:13,
33:16, 34:2, 34:9,
34:13, 37:23, 38:2,
43:4, 43:10, 57:6,
57:8
**1B18** [1] - 23:9
**1B21** [17] - 20:15,
21:5, 21:10, 35:21,
38:19, 38:25, 39:6,
39:11, 39:16, 40:16,
40:21, 41:8, 41:15,
43:19, 44:8, 49:23,
49:24
**1B81** [12] - 22:22,
26:11, 27:8, 30:10,
36:13, 41:25, 42:4,
50:17, 50:19, 50:20,
125:22, 126:15
**1B85** [11] - 24:8,
24:9, 24:14, 24:17,
37:3, 37:6, 42:11,
42:17, 51:11, 51:13,
51:14
**1st** [3] - 122:19,
124:5, 135:15

## 2

**2** [14] - 51:20, 51:23,
52:14, 111:4, 111:9,
111:14, 112:9,

**112:11, 112:23,
116:13, 117:2,
117:16, 117:17, 141:5
**2-K** [1] - 139:16,
139:20
**2-M** [3] - 81:7, 81:10,
81:12
**2-N** [1] - 62:11
**20** [6] - 46:10, 85:11,
111:10, 111:13,
111:15, 112:9
**20-579-SVW** [1] - 1:7
**20036** [1] - 2:22
**2016** [1] - 134:11
**2018** [2] - 30:15,
129:7
**2019** [5] - 99:13,
99:15, 122:19, 124:5,
134:9
**2020** [27] - 68:3,
68:24, 69:10, 94:6,
94:14, 95:2, 101:8,
102:4, 102:8, 102:9,
102:16, 102:17,
102:19, 109:6,
116:15, 121:3, 121:8,
121:17, 123:10,
124:15, 133:10,
133:15, 133:22,
133:25, 134:2,
134:10, 134:14
**2021** [3] - 1:13, 6:1,
143:16
**20th** [2] - 68:24,
121:8
**21** [6] - 1:13, 6:1,
73:16, 138:21, 139:8,
139:9
**213** [1] - 1:25
**216** [1] - 3:11
**2176** [2] - 133:17,
134:7
**22** [5] - 89:11, 89:13,
89:16, 89:24, 143:16
**2274** [3] - 75:7, 75:8,
75:15
**2275** [3] - 75:7,
75:10, 75:16
**2276** [1] - 76:22
**2285** [1] - 75:22
**22885** [1] - 75:21
**23** [2] - 5:4, 67:11
**23.242.208.63** [2] -
140:23, 141:6
**2328** [2] - 134:16,
134:18
**2329** [1] - 134:22
**2340** [1] - 135:4
**24** [4] - 5:5, 73:1,
84:17, 138:12

**2487** [1] - 83:17
**2489** [2] - 83:25, 84:2
**2491** [3] - 84:6, 84:8, 84:9
**2492** [1] - 84:10
**2493** [1] - 135:15
**2494** [1] - 84:14
**2495** [2] - 84:8, 84:16
**24A** [11] - 5:11, 43:1, 43:8, 43:13, 43:15, 57:13, 57:17, 57:22, 58:12, 58:23, 59:14
**24B** [2] - 43:1, 72:14
**24C** [1] - 43:1
**24D** [5] - 5:11, 43:1, 43:8, 43:13, 43:15
**24E** [2] - 72:7, 72:10
**25** [2] - 4:5, 90:1
**250** [1] - 110:16
**26** [2] - 91:25, 95:2
**2677** [1] - 92:16
**2695** [1] - 92:25
**27** [2] - 72:14, 72:18
**2700** [1] - 93:2
**2701** [1] - 93:7
**2704** [3] - 138:13, 138:14
**28** [5] - 72:18, 72:24, 88:2, 91:9, 143:9
**29** [2] - 5:6, 46:16
**29th** [2] - 30:15, 129:7

**3**

**3** [15] - 44:15, 44:16, 48:25, 52:21, 75:6, 81:11, 111:7, 111:9, 111:14, 112:9, 112:12, 113:5, 121:11, 134:16, 134:18
**3-K** [2] - 89:18, 91:9
**3-M** [5] - 46:7, 46:10, 46:17, 46:23, 113:20
**30** [2] - 75:2, 113:24
**305** [2] - 14:23, 17:8
**308** [5] - 5:6, 28:24, 29:18, 29:20, 128:24
**309** [5] - 5:14, 122:4, 122:21, 122:24, 123:17
**31** [1] - 4:8
**312** [2] - 2:7, 125:18
**313** [5] - 5:15, 123:1, 123:12, 123:15, 124:11
**3152** [2] - 69:18, 69:19
**3153** [1] - 69:18

**3170** [2] - 77:3, 77:6
**3171** [1] - 77:21
**3174** [1] - 77:21
**318** [1] - 53:7
**333-4170** [4] - 61:11, 61:23, 62:16, 97:18
**3369** [1] - 63:22
**337** [4] - 62:18, 67:24, 81:4, 114:20
**3371** [2] - 66:7, 66:8
**34** [1] - 5:7
**3462** [3] - 88:20, 88:21, 88:25
**3463** [2] - 88:20, 88:23
**3464** [1] - 88:25
**3465** [2] - 89:8, 89:10
**3466** [2] - 89:8, 89:10
**3479** [1] - 74:16
**35** [4] - 4:10, 74:10, 74:12, 74:25
**350** [2] - 1:24, 3:4
**3504** [7] - 66:17, 66:19, 66:21, 66:22, 67:8, 71:5, 71:6
**3505** [3] - 66:18, 66:21, 66:24
**3506** [3] - 84:19, 84:20, 84:22
**3507** [2] - 84:19, 84:20
**3509** [1] - 66:25
**352** [1] - 78:8
**3523** [2] - 78:19, 78:22
**3525** [6] - 78:5, 78:6, 78:9, 78:12, 79:21, 80:9
**3526** [3] - 78:9, 78:11, 79:5
**3527** [1] - 78:15
**3528** [2] - 78:17, 138:22
**3532** [2] - 78:23, 78:24
**3535** [2] - 78:19, 79:3
**3575** [2] - 70:8, 70:11
**3578** [1] - 70:17
**3593** [1] - 90:3
**3594** [2] - 86:12, 86:13
**3596** [1] - 86:17
**3597** [1] - 86:20
**3598** [3] - 86:9, 86:12, 86:21
**3601** [1] - 87:8
**3602** [1] - 87:8
**3616** [2] - 85:11, 85:12

**3617** [1] - 85:24
**3621** [1] - 85:25
**3622** [1] - 86:2
**3838** [2] - 1:23, 143:20
**39** [1] - 5:8
**3900** [1] - 2:18
**3953** [1] - 90:2
**3961** [1] - 90:8
**3968** [1] - 90:8
**3976** [2] - 92:1, 92:2
**3979** [1] - 92:5
**3981** [2] - 92:1, 92:7
**3:34** [1] - 93:13
**3rd** [3] - 68:3, 69:10, 73:25

**4**

**4** [10] - 1:12, 44:16, 53:8, 53:16, 62:2, 72:10, 83:16, 120:20, 135:4
**4-Q** [3] - 76:5, 76:6, 76:8
**40** [6] - 5:13, 20:8, 81:20, 115:15, 116:1, 116:5
**409** [1] - 3:15
**41** [4] - 5:9, 5:10, 80:15, 105:12
**4102** [1] - 88:13
**4103** [3] - 88:3, 88:5, 88:10
**4104** [2] - 88:4, 88:7, 88:11
**4170** [5] - 61:12, 97:25, 100:3, 100:11, 104:5
**43** [1] - 5:11
**4311** [1] - 1:24
**44,385** [2] - 26:11, 126:3
**44-some** [1] - 26:22
**4539** [1] - 59:20
**47** [2] - 80:4, 140:10
**485-7163** [1] - 79:9
**485-7863** [1] - 79:17
**4:00** [1] - 105:16
**4:59** [1] - 142:8

**5**

**5** [13] - 47:15, 53:12, 83:16, 110:24, 111:1, 112:8, 112:15, 113:9, 115:3, 129:23, 135:15, 141:19
**5/18** [2] - 140:17, 140:20

**5/18/2020** [2] - 131:5, 141:6
**51** [1] - 135:20
**5164** [2] - 81:21, 81:22
**5166** [1] - 82:20
**5168** [1] - 82:3
**5169** [1] - 82:3
**5170** [2] - 82:12, 82:13
**5171** [3] - 82:11, 82:12, 82:15
**5173** [1] - 82:16
**5179** [3] - 82:24, 83:1, 83:2
**5180** [2] - 83:1, 83:2
**5218** [2] - 80:16, 80:17
**54B** [1] - 108:1
**557** [2] - 14:23, 17:8
**59** [2] - 76:6, 76:8
**5th** [2] - 2:12, 3:7
**5X** [2] - 80:1, 80:4

**6**

**6** [12] - 45:16, 45:25, 46:4, 54:8, 54:9, 54:10, 110:24, 111:4, 112:8, 117:16, 130:5
**6/21/21** [3] - 20:7, 22:9, 23:22
**601** [1] - 3:7
**61** [2] - 61:15, 61:18
**6150** [12] - 62:18, 67:24, 79:19, 81:4, 100:15, 108:4, 112:24, 113:2, 113:3, 113:17, 114:19, 114:25
**633** [1] - 2:12
**651** [1] - 3:15
**68** [1] - 79:13

**7**

**7** [6] - 45:9, 92:15, 110:24, 111:6, 112:8, 121:11
**7163** [1] - 79:10
**720** [1] - 3:7
**727** [2] - 139:8, 139:9
**73** [1] - 46:22
**73,500** [4] - 66:23, 71:15, 72:2, 74:11
**73A** [1] - 114:9
**73E** [1] - 141:3
**73I** [1] - 116:24
**74104** [1] - 50:15
**747** [4] - 61:11,

**61**:23, 62:16, 97:18
**75** [1] - 69:2
**75.83.234.33** [2] - 116:20, 117:5
**753** [1] - 143:9
**76** [1] - 68:18
**760** [1] - 82:6
**760-799-9681** [1] - 82:2
**7th** [2] - 123:10, 124:15

**8**

**8** [6] - 54:13, 74:15, 101:3, 101:4, 138:12, 138:13
**800-659-2955** [1] - 77:22
**818** [2] - 79:9, 79:17
**82-4489762** [2] - 75:20, 76:20
**85-1542144** [1] - 79:24
**86** [2] - 100:21, 100:23
**894-2849** [1] - 1:25

**9**

**90012** [2] - 1:24, 2:8
**90071** [2] - 2:13, 3:8
**90211** [1] - 115:17
**90277** [1] - 3:16
**903** [1] - 3:4
**91208** [1] - 3:11
**92673** [1] - 3:5
**94** [1] - 4:11
**940** [8] - 49:5, 84:12, 130:22, 130:23, 134:9, 134:11, 134:23, 135:17
**940s** [12] - 45:24, 113:23, 130:13, 130:15, 130:17, 130:20, 130:21, 133:16, 134:2, 135:1, 135:5, 135:12
**941** [3] - 84:12, 134:21, 135:17
**94105** [1] - 2:19
**941s** [2] - 130:15, 130:17
**96** [1] - 5:12
**9:30** [1] - 141:7

**A**

**ABC** [1] - 69:24
**Abelian** [1] - 56:15

**able** [3] - 119:24, 132:15, 140:14
**above-entitled** [1] - 143:12
**absent** [2] - 39:5, 63:2
**access** [2] - 50:5, 142:2
**accessed** [1] - 12:22
**account** [26] - 26:19, 47:2, 47:5, 66:15, 67:19, 67:21, 68:16, 71:23, 73:4, 73:6, 73:10, 77:10, 77:15, 77:19, 77:23, 77:24, 77:25, 78:3, 84:15, 85:7, 86:13, 100:24, 101:13, 111:15, 112:12, 116:10
**accounting** [1] - 115:5
**accounts** [4] - 47:1, 66:4, 99:24, 100:20
**accurate** [18] - 14:5, 14:17, 20:17, 21:10, 23:9, 24:17, 34:12, 35:23, 36:15, 37:4, 38:2, 39:15, 40:19, 41:14, 42:3, 42:15, 43:8, 118:19
**ACH** [1] - 68:22
**Acre** [5] - 71:23, 72:5, 73:5, 73:10, 73:22
**activated** [1] - 79:4
**activity** [1] - 119:11
**actual** [7] - 7:14, 11:11, 16:7, 82:15, 125:8, 127:18, 129:3
**add** [1] - 111:9
**additional** [1] - 122:5
**address** [41] - 45:1, 50:13, 50:14, 58:7, 58:8, 58:17, 61:6, 62:17, 67:23, 78:15, 79:18, 81:3, 86:7, 86:25, 87:2, 87:4, 112:24, 113:17, 114:3, 114:15, 114:19, 114:23, 114:25, 115:12, 116:17, 116:20, 117:8, 117:12, 138:15, 138:25, 139:5, 140:8, 140:9, 140:11, 140:12, 140:22, 140:25, 141:6, 141:10
**addresses** [3] - 59:17, 59:19, 120:15

**Administration** [2] - 107:6, 118:22
**admissible** [4] - 14:22, 14:24, 16:3, 127:21
**admission** [1] - 18:8
**admit** [14] - 14:13, 21:21, 23:11, 24:19, 29:18, 34:15, 39:19, 40:24, 41:17, 42:19, 43:12, 115:16, 122:21, 123:12
**admitted** [17] - 43:25, 44:11, 47:11, 48:2, 48:16, 49:11, 50:18, 51:12, 61:16, 62:2, 79:14, 80:1, 100:21, 114:9, 116:24, 128:25, 141:4
**admonition** [1] - 142:1
**advance** [4] - 65:3, 65:6, 65:11, 138:18
**Advisors** [1] - 69:25
**AFTERNOON** [1] - 1:12
**afternoon** [15] - 6:8, 7:2, 25:7, 31:11, 31:12, 34:25, 35:1, 35:11, 36:7, 36:24, 37:13, 121:24, 121:25, 129:23, 129:24
**Agent** [62] - 7:14, 7:18, 7:23, 9:10, 9:23, 10:11, 11:10, 11:18, 12:15, 13:4, 13:5, 13:19, 14:16, 15:16, 15:18, 15:23, 16:2, 16:13, 17:23, 27:16, 27:24, 28:5, 28:20, 30:22, 30:24, 34:22, 34:25, 42:25, 43:18, 44:18, 50:16, 51:11, 57:3, 59:22, 60:21, 80:5, 87:13, 94:3, 94:5, 94:13, 95:2, 95:3, 95:7, 95:19, 96:20, 97:4, 98:20, 99:8, 100:2, 101:10, 105:8, 106:12, 107:4, 108:2, 109:16, 116:5, 116:18, 117:6, 118:21, 121:20, 121:24, 139:5
**agent** [2] - 8:24, 66:3
**agents** [3] - 8:19, 8:22, 9:12
**ago** [3] - 18:5, 20:8, 30:17

**agree** [38] - 19:8, 95:2, 97:4, 97:17, 97:24, 98:3, 98:6, 98:21, 99:1, 99:12, 99:15, 99:18, 101:12, 101:24, 102:4, 102:7, 102:10, 102:14, 104:3, 108:7, 109:12, 109:19, 110:20, 112:11, 113:4, 114:15, 114:23, 115:11, 117:8, 117:11, 118:7, 118:18, 119:6, 119:9, 119:19, 120:1, 120:11, 121:9
**agreed** [1] - 112:5
**ahead** [19] - 27:17, 44:14, 46:16, 47:14, 48:5, 49:14, 49:19, 57:16, 60:8, 71:19, 73:15, 81:11, 84:8, 97:7, 108:11, 108:17, 116:2, 116:16, 139:13
**Ahn** [6] - 4:5, 4:8, 6:11, 6:12, 7:1, 7:3
**AHN** [142] - 2:5, 7:2, 7:6, 7:9, 7:12, 7:18, 7:25, 8:3, 8:6, 8:12, 8:16, 8:19, 8:22, 9:6, 9:9, 9:13, 9:18, 9:20, 9:24, 10:2, 10:7, 10:10, 10:14, 10:17, 10:20, 10:25, 11:8, 11:13, 11:19, 11:24, 12:4, 12:12, 12:17, 12:21, 12:24, 13:8, 13:12, 13:21, 13:24, 14:3, 14:9, 14:13, 16:21, 17:3, 19:17, 19:24, 21:4, 21:16, 21:21, 21:24, 22:1, 23:11, 23:15, 24:19, 24:23, 28:3, 28:19, 30:21, 30:25, 31:3, 31:11, 31:14, 32:14, 33:6, 33:7, 33:22, 33:25, 34:1, 34:15, 34:18, 34:21, 34:25, 35:3, 38:5, 38:7, 39:19, 39:24, 40:24, 41:4, 41:17, 41:21, 42:19, 42:24, 43:12, 43:17, 43:23, 43:25, 44:4, 44:7, 44:10, 44:13, 47:10, 47:13, 48:1, 48:4, 48:15, 48:18, 48:19, 49:10, 49:13, 49:17, 49:20, 50:7, 50:10, 50:22,

50:25, 51:16, 51:19, 52:10, 52:13, 53:15, 53:18, 54:4, 57:12, 57:15, 64:18, 65:21, 93:11, 94:7, 94:15, 94:22, 95:9, 96:8, 103:9, 104:6, 105:10, 106:1, 106:7, 111:21, 111:23, 115:21, 115:24, 119:12, 126:4, 128:10, 132:12, 135:22, 136:17, 137:9, 138:8, 141:16, 141:21
**ahn** [1] - 4:10
**al** [1] - 1:8
**alert** [1] - 82:22
**Alexander** [1] - 49:7
**allotted** [1] - 65:9
**allow** [5] - 17:19, 17:23, 18:9, 104:13, 128:11
**allowed** [1] - 65:6
**almost** [1] - 141:19
**Alock** [1] - 86:14
**Alpha** [2] - 3:11, 114:10
**alternatively** [1] - 28:5
**Amenecer** [1] - 3:4
**AMERICA** [1] - 1:5
**America** [3] - 67:19, 100:24, 101:14
**Americas** [1] - 2:15
**amount** [5] - 68:24, 69:9, 72:1, 73:23, 112:1
**ANDREW** [2] - 4:7, 31:8
**Andrew** [1] - 31:1
**ANGELES** [4] - 1:14, 1:24, 6:1, 143:3
**Angeles** [3] - 2:8, 2:13, 3:8
**Anna** [6] - 44:23, 44:25, 51:25, 52:8, 52:16, 53:1
**anonymous** [2] - 50:5, 108:23
**answer** [11] - 8:4, 94:17, 95:16, 100:13, 100:18, 105:25, 106:6, 106:9, 124:9, 126:6, 126:8
**answered** [2] - 32:12, 135:23
**answers** [1] - 82:7
**anticipate** [1] - 18:7
**anticipation** [2] - 14:22, 15:14

**Anton** [4] - 81:2, 81:9, 100:24, 101:13
**Apartment** [4] - 62:18, 67:24, 81:4, 114:20
**apartment** [2] - 100:15, 107:20
**apologies** [1] - 54:9
**app** [1] - 77:22
**Appearances** [1] - 3:1
**APPEARANCES** [1] - 2:1
**appearing** [1] - 44:3
**Apple** [4] - 44:8, 50:20, 51:14, 57:8
**applicants** [1] - 65:6
**application** [29] - 46:9, 46:14, 48:12, 65:8, 68:16, 76:9, 76:12, 76:15, 76:25, 113:18, 113:23, 114:16, 114:24, 120:22, 121:7, 121:16, 121:17, 131:4, 131:5, 131:6, 131:7, 135:2, 135:3, 135:13, 136:1, 136:3, 138:18, 139:20, 140:19
**applications** [19] - 45:21, 45:22, 45:24, 48:9, 52:7, 74:6, 83:11, 89:13, 89:15, 109:17, 109:21, 110:2, 112:23, 130:10, 131:8, 136:7, 136:14, 139:17, 139:24
**applied** [3] - 113:16, 119:19, 120:2
**apply** [10] - 18:21, 48:23, 65:2, 84:25, 85:1, 136:15, 136:22, 136:23, 137:3, 137:15
**applying** [2] - 65:7, 84:12
**approach** [5] - 19:17, 28:7, 31:3, 93:23, 122:5
**approaching** [1] - 94:8
**appropriate** [1] - 19:9
**appropriately** [1] - 19:7
**approved** [4] - 78:2, 137:3, 137:8, 137:19
**approximate** [2] - 131:6, 131:7

**apps** [1] - 84:9
**April** [14] - 116:15, 116:19, 121:3, 121:8, 123:10, 124:15, 133:20, 133:21, 133:23, 134:2, 134:11, 134:13, 134:14
**argue** [1] - 115:20
**argument** [1] - 128:12
**argumentative** [2] - 94:7, 132:12
**argumentive** [1] - 94:15
**Armen** [4] - 46:6, 46:8, 46:15, 47:7
**Armenian** [1] - 58:21
**arrive** [1] - 6:22
**Art** [8] - 64:12, 66:2, 66:15, 66:23, 71:10, 74:24, 139:15
**Arthur** [5] - 64:15, 64:16, 72:8, 72:16, 118:4
**arthur's** [1] - 57:11
**Articles** [4] - 122:10, 123:19, 124:3, 124:6
**Artur** [3] - 48:10, 48:13, 118:7
**ARTUR** [1] - 3:9
**Artur's** [1] - 59:14
**ArturAyvazyan@ msn.com** [1] - 57:9
**ASHWIN** [1] - 2:11
**assigned** [3] - 98:4, 98:6, 107:8
**assist** [1] - 74:5
**Assistant** [3] - 2:6, 6:10, 6:11
**associated** [9] - 26:19, 61:10, 61:24, 62:15, 67:20, 79:18, 99:24, 101:16, 125:24
**assume** [1] - 106:5
**assuming** [1] - 119:21
**ATM** [3] - 95:20, 101:5, 101:12
**attached** [4] - 20:7, 22:11, 22:14, 23:24
**Attachment** [2] - 71:16, 91:3
**attachment** [9] - 60:16, 60:18, 71:17, 89:4, 89:5, 90:14, 91:16, 92:3, 92:4
**attachments** [6] - 38:10, 38:16, 38:24, 39:20, 39:22, 90:12

**attempt** [3] - 100:2, 120:17, 123:18
**attempted** [1] - 100:14
**attention** [26] - 66:6, 66:17, 66:25, 69:18, 70:7, 74:16, 75:7, 77:3, 80:16, 81:21, 83:17, 84:18, 85:10, 86:9, 86:22, 87:8, 88:1, 88:3, 88:19, 90:2, 92:16, 101:3, 123:16, 125:18, 139:8, 139:16
**attest** [1] - 14:4
**Attorney** [7] - 2:12, 2:15, 2:18, 2:21, 3:4, 3:7, 3:10, 3:15, 6:10, 6:11
**ATTORNEY'S** [1] - 2:4
**attorneys** [3] - 12:22, 103:23, 103:24
**Attorneys** [1] - 2:6
**authenticated** [1] - 16:3
**authority** [1] - 124:10
**authorization** [2] - 137:24, 138:1
**authorize** [1] - 137:23
**authorized** [5] - 47:4, 47:7, 73:13, 136:25, 138:3
**Auto** [1] - 81:8
**available** [3] - 15:15, 65:10, 87:16
**Avakian** [2] - 118:13, 118:16
**Avenue** [13] - 2:15, 2:21, 58:9, 59:20, 62:18, 67:24, 79:19, 81:4, 100:16, 108:4, 113:17, 114:20, 114:25
**aware** [14] - 100:11, 100:14, 100:17, 104:16, 107:8, 107:20, 107:23, 110:2, 110:12, 110:15, 112:1, 113:16, 117:25, 118:15
**Ayvazya** [1] - 56:24
**Ayvazyan** [16] - 47:9, 48:10, 48:13, 64:8, 64:9, 64:15, 64:17, 97:6, 97:7, 97:12, 97:22, 102:5, 102:7,

102:15, 118:4, 118:7
**AYVAZYAN** [3] - 1:8, 2:10, 3:9
**Ayvazyan's** [2] - 72:8, 72:17
**aziz** [2] - 82:13, 88:12

---

# B

**Bank** [7] - 46:9, 67:19, 68:24, 68:25, 74:7, 100:23, 101:14
**bank** [13] - 47:1, 66:4, 68:4, 68:7, 73:6, 77:10, 77:15, 77:18, 77:24, 86:13, 100:19, 139:15
**based** [25] - 12:10, 18:16, 20:16, 35:25, 36:17, 37:7, 38:4, 38:23, 39:4, 39:14, 40:18, 41:13, 42:2, 42:14, 43:7, 55:8, 55:18, 56:4, 56:25, 64:6, 64:7, 65:7, 91:16, 113:11, 113:12
**basis** [3] - 32:10, 32:19
**Beach** [1] - 3:16
**bear** [2] - 45:1, 45:7
**beginning** [2] - 10:8, 15:5
**behalf** [2] - 18:21, 54:20
**behind** [1] - 139:6
**belonged** [1] - 141:12
**belonging** [4] - 106:17, 106:21, 106:24, 107:2
**below** [7] - 52:5, 58:17, 58:18, 89:7, 116:17, 131:14, 132:1
**best** [1] - 127:25
**better** [2] - 16:9, 136:21
**between** [10] - 8:10, 14:1, 45:21, 64:8, 72:18, 87:23, 90:8, 112:9, 133:2, 133:12
**beyond** [2] - 17:16, 128:10
**BIENERT** [2] - 3:3, 3:6
**big** [2] - 64:4, 108:5
**binder** [2] - 28:6, 29:14
**birth** [5] - 58:10, 58:11, 58:17, 59:8,

78:14
**birthday** [1] - 45:3
**bit** [2] - 87:21, 103:16
**blow** [1] - 114:2
**Bluevine** [6] - 73:22, 74:1, 74:4, 74:8, 83:20, 92:19
**body** [3] - 60:11, 60:14, 66:21
**borrow** [1] - 94:25
**bottom** [5] - 58:19, 78:5, 83:15, 115:7, 118:4
**box** [1] - 117:3
**boy** [1] - 53:17
**bracketed** [1] - 60:15
**branch** [2] - 86:14, 86:16
**bravo** [2] - 99:5, 108:1
**break** [1] - 12:8
**briefly** [1] - 19:16
**bring** [6] - 18:3, 18:4, 19:10, 99:5, 100:20
**bro** [2] - 82:2, 92:7
**brother** [3] - 63:3, 64:4, 64:9
**brother-in-law** [1] - 64:9
**business** [18] - 47:22, 67:20, 68:16, 73:10, 75:3, 77:9, 77:13, 78:1, 79:4, 82:24, 107:18, 110:3, 118:11, 119:3, 119:7, 120:23, 123:24, 124:1
**Business** [2] - 107:6, 118:21
**businesses** [4] - 83:4, 85:6, 88:18, 130:9
**BY** [69] - 2:5, 2:11, 2:14, 2:17, 3:3, 3:6, 3:14, 19:24, 21:4, 21:16, 22:1, 23:15, 25:6, 25:25, 27:19, 28:9, 28:23, 30:3, 31:14, 32:14, 33:7, 33:22, 34:1, 35:3, 38:7, 39:24, 41:4, 41:21, 42:24, 43:17, 44:7, 44:13, 47:13, 48:4, 48:19, 49:13, 49:20, 50:10, 50:25, 51:19, 52:13, 53:18, 54:4, 57:15, 64:18, 65:21, 94:2, 94:12, 95:1, 95:18, 96:18, 103:17, 104:15,

106:11, 112:4, 116:7, 119:18, 121:23, 122:9, 123:7, 123:22, 126:13, 128:15, 129:21, 132:14, 135:24, 136:19, 137:18, 138:11

---

# C

**CALIFORNIA** [5] - 1:2, 1:14, 1:24, 6:1, 143:4
**California** [28] - 2:8, 2:13, 2:19, 3:5, 3:8, 3:11, 3:16, 44:22, 44:24, 45:15, 46:5, 50:15, 51:24, 52:2, 58:1, 59:1, 59:21, 62:19, 67:25, 72:22, 79:19, 81:1, 81:5, 122:10, 122:19, 123:5, 124:7, 143:8
**Calle** [1] - 3:4
**cam** [2] - 27:15, 27:25
**camera** [5] - 25:12, 25:14, 26:2, 26:5, 26:7
**canceled** [2] - 121:9, 121:18
**Canoga** [11] - 62:18, 67:24, 79:19, 81:4, 100:16, 108:4, 112:24, 113:3, 113:17, 114:20, 114:25
**capabilities** [1] - 25:9
**capture** [1] - 50:12
**captured** [4] - 30:8, 103:8, 129:6, 129:9
**captures** [1] - 48:7
**card** [40] - 20:7, 22:11, 22:13, 22:14, 23:24, 45:14, 46:5, 52:4, 52:5, 52:16, 52:25, 53:4, 53:6, 53:10, 53:13, 54:1, 54:5, 54:11, 54:17, 54:24, 55:7, 55:9, 55:13, 55:19, 55:22, 55:25, 56:2, 56:5, 56:23, 57:1, 57:25, 58:1, 101:5
**cards** [2] - 46:20, 101:12
**Case** [1] - 1:7
**case** [24] - 8:19, 8:22, 10:24, 13:16,

15:8, 15:9, 17:5, 17:7,
17:9, 17:16, 17:17,
26:22, 47:24, 64:7,
100:12, 103:23,
109:14, 110:12,
110:17, 111:16,
111:19, 128:2, 142:2,
142:4
  **cases** [2] - 17:15,
17:18
  **cashier's** [1] - 69:24
  **catalogued** [1] -
125:15
  **categories** [3] -
11:19, 110:10, 111:11
  **CATHERINE** [1] - 2:5
  **CCRR** [1] - 1:23
  **cell** [12] - 9:8, 51:2,
54:2, 79:6, 79:8,
100:5, 124:25, 125:2,
125:24, 132:24,
141:11
  **Cellebrite** [120] -
7:15, 7:19, 7:21, 7:24,
8:7, 8:10, 8:17, 8:24,
9:1, 9:2, 9:16, 9:17,
9:20, 9:22, 10:4, 10:5,
10:16, 10:18, 10:22,
11:6, 11:12, 11:16,
12:5, 12:10, 12:16,
12:18, 12:19, 13:6,
13:9, 13:13, 13:20,
14:1, 14:4, 14:6, 14:8,
14:21, 15:6, 15:25,
16:8, 16:20, 16:22,
16:25, 17:20, 18:8,
19:4, 19:7, 20:14,
20:15, 20:18, 20:21,
21:1, 21:13, 21:17,
21:18, 22:21, 22:23,
22:24, 22:25, 23:2,
23:5, 23:6, 23:8, 24:5,
24:6, 24:10, 24:13,
24:14, 24:16, 26:10,
28:25, 32:2, 33:11,
33:13, 33:15, 33:19,
34:3, 34:5, 34:9,
34:11, 35:19, 36:13,
37:2, 37:5, 37:22,
37:23, 37:24, 38:2,
38:18, 38:21, 38:25,
39:2, 39:6, 39:11,
39:16, 40:15, 40:20,
41:8, 41:15, 41:24,
42:4, 42:11, 42:16,
43:4, 43:9, 49:22,
99:23, 125:12,
125:15, 125:19,
125:21, 126:5,
126:14, 126:17,

126:21, 126:24
  **Celtic** [5] - 46:9,
68:23, 68:25, 74:7,
92:20
  **center** [5] - 46:1,
97:8, 101:4, 101:9,
108:5
  **Central** [1] - 143:8
  **CENTRAL** [1] - 1:2
  **certain** [4] - 57:19,
119:10, 129:13,
129:15
  **certainly** [7] - 12:25,
100:7, 105:19,
129:23, 133:21,
136:1, 136:9
  **certificate** [1] -
115:19
  **CERTIFICATE** [1] -
143:1
  **certification** [1] -
115:17
  **certify** [1] - 143:8
  **cetera** [3] - 10:13,
14:2, 17:24
  **chain** [2] - 74:13,
83:13
  **challenge** [1] - 18:2
  **Chanel** [1] - 101:22
  **change** [4] - 77:23,
78:3, 84:3, 84:14
  **changed** [1] - 84:11
  **characterize** [1] -
103:2
  **charged** [3] - 111:16,
111:17, 112:12
  **chart** [24] - 7:8, 7:10,
7:13, 11:10, 16:3,
16:4, 46:12, 51:9,
60:4, 83:5, 87:22,
91:20, 103:4, 103:6,
103:8, 110:6, 110:9,
111:11, 112:22,
113:4, 113:8, 115:3,
121:11, 139:18
  **charter** [1] - 117:1
  **charts** [5] - 45:20,
83:10, 89:12, 110:23,
112:14
  **chat** [3] - 11:22,
11:25, 12:2
  **check** [11] - 46:25,
47:1, 47:2, 47:19,
56:9, 69:24, 71:1,
91:1, 111:12, 112:8,
112:25
  **chemist** [3] - 15:10,
15:11, 15:12
  **chief** [1] - 124:20
  **choose** [2] - 98:18,

98:23
  **CHRISTOPHER** [1] -
2:5
  **cite** [1] - 17:7
  **claimed** [1] - 65:8
  **clarification** [1] -
94:22
  **clarify** [4] - 7:4,
18:20, 62:20, 88:15
  **clause** [1] - 15:13
  **clean.pdf** [1] - 92:4
  **clear** [2] - 13:15,
55:24
  **Clemente** [1] - 3:5
  **closed** [1] - 77:24
  **Coast** [1] - 3:15
  **Code** [1] - 143:9
  **code** [1] - 53:5
  **collaborating** [1] -
127:25
  **column** [9] - 60:5,
60:10, 60:11, 60:13,
60:14, 60:20, 109:9,
121:2, 121:16
  **columns** [1] - 109:2
  **coming** [3] - 19:25,
68:10, 74:24
  **commit** [1] - 138:5
  **common** [1] - 55:2
  **commonalities** [1] -
45:19
  **commonality** [1] -
45:21
  **communication** [1] -
117:1
  **companies** [5] -
51:8, 113:10, 120:13,
127:3, 136:5
  **company** [13] - 51:6,
74:5, 76:15, 83:7,
109:22, 109:24,
119:19, 120:2, 120:8,
122:11, 123:5, 123:6,
128:19
  **compare** [18] - 21:7,
23:5, 29:13, 38:17,
38:25, 39:10, 40:14,
41:7, 41:24, 42:10,
43:3, 58:4, 59:4,
59:19, 76:21, 80:9,
81:15, 90:17
  **compared** [3] -
21:17, 24:13, 58:8
  **complete** [1] - 9:16
  **concern** [1] - 13:17
  **concluded** [1] -
142:8
  **conduct** [1] - 110:13
  **conference** [1] -
143:13

  **configured** [2] -
27:15, 28:1
  **confinement** [2] -
102:5, 102:11
  **confirm** [3] - 21:9,
113:19, 130:19
  **confirmation** [1] -
48:8
  **confirmations** [1] -
48:12
  **confirming** [1] - 14:4
  **conformance** [1] -
143:13
  **confrontation** [1] -
15:13
  **confused** [1] - 14:20
  **confusing** [3] - 19:5,
103:10, 138:10
  **connected** [1] -
115:12
  **Connecticut** [1] -
2:21
  **connection** [1] -
115:13
  **construction** [1] -
113:10
  **Construction** [13] -
82:2, 82:6, 82:7,
107:9, 107:11,
107:12, 107:16,
107:22, 108:9, 113:3,
113:5, 113:7
  **Cont** [1] - 3:1
  **contact** [10] - 61:1,
76:24, 97:24, 98:4,
98:7, 98:13, 98:16,
98:19, 98:22
  **contain** [10] - 10:23,
20:16, 34:8, 37:4,
38:13, 39:15, 40:12,
40:14, 48:6, 48:9,
48:12, 48:20, 49:15,
60:1, 77:8, 78:15,
80:19, 111:15
  **contained** [40] -
8:25, 14:9, 23:2, 32:3,
33:2, 38:18, 38:22,
39:2, 39:6, 39:11,
39:16, 40:16, 40:20,
40:21, 41:10, 41:14,
41:15, 41:25, 42:4,
42:5, 42:11, 42:16,
42:17, 43:4, 43:9,
51:1, 51:22, 56:17,
60:3, 60:18, 67:10,
68:7, 70:19, 71:17,
73:21, 76:4, 80:21,
90:10, 91:17, 130:13
  **containing** [7] -
20:14, 22:23, 24:6,

46:7, 80:2, 81:8,
88:16
  **contains** [7] - 12:21,
21:9, 32:1, 49:21,
50:11, 76:11, 89:19
  **content** [20] - 14:6,
16:21, 35:15, 35:18,
35:22, 36:8, 36:10,
36:11, 36:12, 36:14,
37:1, 38:1, 39:6,
39:16, 40:18, 42:2,
42:14, 43:7, 60:11,
62:24
  **contents** [8] - 15:10,
15:12, 35:11, 35:13,
36:6, 36:24, 42:7,
125:16
  **continue** [5] - 64:25,
82:16, 82:20, 84:6,
93:7
  **Contracting** [2] -
83:2, 83:4
  **conversation** [2] -
60:22, 87:24
  **coordinated** [1] -
60:8
  **copies** [1] - 80:12
  **copy** [20] - 20:17,
21:10, 23:9, 24:17,
28:3, 34:8, 34:12,
35:23, 36:15, 37:2,
37:5, 38:2, 41:14,
46:25, 90:19, 93:25,
94:24, 105:8, 108:17,
115:21
  **corner** [2] - 122:14,
122:18
  **corp** [2] - 86:13,
86:14
  **corporate** [1] - 124:7
  **corporation** [7] -
136:22, 137:2,
137:10, 137:12,
137:14, 138:3, 138:6
  **corporations** [2] -
136:15, 137:7
  **corps** [1] - 138:14
  **correct** [169] - 7:11,
10:19, 12:11, 12:13,
13:23, 14:12, 24:9,
25:12, 25:13, 25:15,
25:19, 25:23, 26:2,
26:3, 26:5, 26:6, 26:8,
26:14, 26:15, 26:17,
26:18, 26:20, 26:23,
27:2, 27:5, 27:6, 27:8,
28:25, 29:2, 29:8,
29:15, 29:16, 30:1,
30:4, 30:5, 30:6, 30:8,
30:9, 30:10, 30:13,

30:14, 30:15, 30:16, 30:18, 31:19, 33:9, 47:2, 50:2, 50:3, 55:25, 56:1, 57:6, 76:13, 77:17, 79:2, 83:24, 94:14, 95:5, 96:2, 96:16, 96:20, 96:22, 97:6, 97:9, 97:19, 97:20, 97:22, 97:23, 98:1, 98:7, 98:11, 98:14, 99:17, 100:10, 101:14, 102:12, 102:19, 103:20, 103:21, 104:22, 107:6, 107:7, 107:10, 107:15, 107:18, 109:15, 110:4, 111:7, 112:10, 113:8, 114:17, 115:9, 115:12, 116:15, 117:13, 117:19, 118:23, 119:2, 119:4, 121:13, 121:18, 121:19, 122:12, 122:19, 122:20, 123:10, 123:20, 124:8, 124:13, 124:17, 124:25, 125:11, 125:22, 125:25, 126:3, 126:15, 126:22, 127:1, 127:9, 128:22, 129:4, 130:6, 130:10, 130:16, 131:2, 131:5, 131:8, 131:25, 132:22, 132:25, 133:3, 133:5, 133:10, 133:13, 133:16, 133:25, 134:3, 134:12, 135:5, 135:7, 135:10, 135:13, 136:2, 136:6, 136:8, 136:11, 136:16, 137:8, 137:16, 137:20, 137:22, 138:2, 138:3, 138:16, 138:17, 138:19, 139:10, 139:11, 139:24, 140:2, 140:5, 140:8, 140:12, 140:14, 140:17, 140:23, 141:8, 141:12, 143:10
**correction** [1] - 72:3
**counsel** [1] - 94:24
**COUNSEL** [1] - 2:1
**count** [2] - 26:24, 108:7
**County** [1] - 92:25
**COUNTY** [1] - 143:3

**couple** [5] - 111:7, 112:18, 117:17, 117:21, 122:3
**course** [5] - 65:24, 100:12, 107:22, 110:15, 110:21
**court** [1] - 18:24
**Court** [11] - 15:8, 15:12, 15:25, 17:11, 17:14, 18:18, 50:15, 93:25, 143:7, 143:20
**COURT** [145] - 1:1, 1:23, 6:8, 6:14, 6:21, 6:24, 7:3, 7:7, 7:10, 7:13, 7:21, 8:1, 8:4, 8:9, 8:13, 8:18, 8:21, 9:3, 9:7, 9:10, 9:15, 9:19, 9:22, 9:25, 10:5, 10:8, 10:11, 10:15, 10:18, 10:22, 11:4, 11:9, 11:15, 11:23, 12:2, 12:7, 12:15, 12:19, 12:23, 13:2, 13:11, 13:14, 13:22, 13:25, 14:7, 14:11, 14:15, 15:3, 15:18, 15:22, 16:6, 16:14, 16:17, 16:24, 17:4, 17:7, 17:9, 17:15, 18:9, 18:13, 19:6, 19:15, 19:19, 20:20, 20:24, 21:1, 21:14, 23:13, 24:21, 24:24, 25:1, 25:3, 25:21, 28:8, 29:19, 29:23, 30:20, 30:22, 31:2, 31:5, 32:12, 33:1, 33:4, 33:20, 33:24, 34:16, 34:19, 39:21, 41:19, 42:21, 43:14, 44:12, 47:12, 48:3, 48:17, 49:12, 49:19, 50:9, 50:24, 51:18, 52:12, 54:3, 57:14, 64:16, 65:17, 65:20, 93:12, 93:14, 93:24, 94:8, 94:16, 95:11, 95:14, 96:6, 96:12, 96:14, 103:11, 104:7, 104:12, 105:11, 105:13, 105:17, 105:20, 105:24, 106:3, 106:9, 111:22, 112:3, 115:25, 119:14, 122:6, 122:16, 122:23, 123:14, 126:6, 126:12, 128:11, 132:13, 135:23, 136:18, 137:10,

138:9, 141:15, 141:18, 141:22
**Courthouse** [1] - 2:7
**COURTROOM** [23] - 6:6, 6:20, 17:11, 17:14, 18:23, 19:1, 19:12, 19:14, 21:23, 21:25, 27:17, 28:1, 31:6, 34:23, 43:24, 44:2, 93:13, 93:15, 93:18, 93:20, 105:16, 141:20, 142:6
**courtroom** [4] - 19:13, 93:16, 93:19, 142:7
**cousin** [1] - 117:25
**covers** [1] - 110:13
**cR** [1] - 1:7
**crash** [1] - 93:6
**CRB** [1] - 73:22
**create** [2] - 22:25, 33:15, 34:2, 103:4, 103:6
**created** [12] - 7:19, 22:22, 23:6, 24:7, 26:5, 33:19, 34:6, 34:13, 125:9, 125:12, 126:14, 126:17
**credit** [15] - 22:11, 22:13, 52:5, 53:3, 54:1, 54:5, 54:17, 54:24, 55:7, 55:13, 55:19, 55:22, 55:25, 56:2, 56:23
**Cross** [4] - 4:5, 4:11, 4:11, 4:12
**cross** [7] - 13:25, 14:18, 15:16, 15:24, 24:25, 34:19, 95:11
**CROSS** [4] - 25:5, 94:1, 121:22, 129:20
**cross-examination** [3] - 15:16, 24:25, 34:19
**CROSS-EXAMINATION** [4] - 25:5, 94:1, 121:22, 129:20
**Cross-Examination** [4] - 4:5, 4:11, 4:11, 4:12
**cross-examine** [2] - 14:18, 15:24
**CRR** [1] - 143:20
**Cruz** [8] - 27:14, 27:24, 28:18, 28:20, 43:23, 44:4, 94:20, 105:4
**CSR** [2] - 1:23, 143:20

# D

**D.C** [1] - 2:22
**Dadyan** [27] - 48:10, 48:13, 50:1, 53:17, 59:25, 61:7, 64:8, 68:5, 68:17, 71:2, 99:3, 99:20, 99:24, 108:14, 117:23, 117:25, 118:1, 118:8, 118:17, 131:14, 132:25, 133:2, 133:3, 133:12, 135:9, 139:21, 141:12
**DADYAN** [1] - 3:13
**Dadyan's** [7] - 64:9, 64:14, 86:23, 99:21, 103:19, 108:22, 133:7
**data** [63] - 8:25, 10:3, 12:13, 12:21, 12:22, 16:11, 20:9, 20:11, 20:13, 20:14, 20:17, 21:10, 21:20, 22:16, 22:18, 22:20, 22:21, 22:23, 23:9, 23:25, 24:2, 24:6, 24:17, 29:2, 32:3, 32:6, 32:8, 32:10, 32:15, 32:17, 32:19, 32:20, 32:22, 33:15, 34:2, 37:15, 37:17, 37:19, 37:21, 38:17, 38:18, 38:25, 40:12, 40:14, 40:15, 40:20, 41:7, 41:8, 41:13, 41:14, 41:24, 42:3, 42:10, 42:16, 43:3, 43:9, 72:8, 76:11, 125:5
**database** [2] - 88:16, 120:16
**databases** [2] - 87:16, 87:19
**date** [23] - 55:8, 55:18, 56:4, 56:25, 58:10, 58:11, 58:17, 59:8, 60:7, 73:24, 78:13, 99:11, 99:13, 109:6, 124:1, 124:3, 128:9, 131:6, 131:7, 131:8, 135:3, 140:17
**Date** [1] - 143:16
**dated** [11] - 20:6, 23:21, 35:12, 36:7, 36:25, 37:13, 121:17, 123:10, 124:15, 133:24
**dates** [1] - 68:1
**DAY** [1] - 1:12
**days** [2] - 18:5, 92:19
**dba** [4] - 55:14,

55:16, 56:10, 91:2
**deal** [1] - 19:8
**debit** [12] - 52:5, 52:16, 53:3, 53:10, 54:11, 54:17, 54:24, 55:7, 56:23, 79:4, 101:5, 101:12
**December** [7] - 101:8, 102:4, 102:8, 102:9, 102:16, 102:17, 102:19
**decide** [2] - 119:11, 142:4
**decline** [1] - 74:24
**declining** [1] - 92:21
**Def** [5] - 5:6, 5:12, 5:13, 5:14, 5:15
**DEFENDANT** [4] - 2:10, 3:2, 3:9, 3:13
**defendant** [3] - 68:4, 71:2, 86:23
**Defendants** [1] - 1:9
**defendants** [3] - 10:6, 18:1, 110:17
**defense** [1] - 12:24
**Defense** [19] - 28:24, 29:18, 29:20, 94:4, 96:2, 96:7, 96:10, 97:6, 115:15, 116:1, 116:5, 122:4, 122:21, 122:24, 123:1, 123:12, 123:15, 123:16, 128:24
**definition** [2] - 111:14, 112:11
**deposit** [3] - 66:16, 73:20, 73:23
**DEPUTY** [23] - 6:6, 6:20, 17:11, 17:14, 18:23, 19:1, 19:12, 19:14, 21:23, 21:25, 27:17, 28:1, 31:6, 34:23, 43:24, 44:2, 93:13, 93:15, 93:18, 93:20, 105:16, 141:20, 142:6
**derived** [3] - 12:12, 13:13, 38:17
**describe** [2] - 46:4, 49:2
**described** [1] - 126:18
**description** [5] - 58:22, 73:20, 73:21, 102:3, 126:2
**descriptions** [2] - 101:25, 118:25
**Desert** [1] - 50:15
**Design** [5] - 89:19, 90:18, 91:2, 91:7,

92:4
**designation** [1] - 130:23
**Designs** [1] - 91:18
**detail** [1] - 69:11
**detailed** [1] - 89:3
**details** [1] - 114:12
**determine** [3] - 100:15, 140:1, 140:25
**determined** [3] - 127:25, 128:2, 128:4
**device** [17] - 24:14, 30:6, 33:13, 35:20, 36:13, 37:3, 37:23, 38:18, 40:21, 41:8, 42:4, 42:11, 42:17, 43:10, 126:3, 140:20, 142:3
**devices** [5] - 8:8, 35:4, 124:25, 125:8, 125:16
**Diana** [5] - 45:15, 47:21, 131:16, 132:1, 132:8
**Diaz** [3] - 14:23, 15:7, 17:6
**difference** [1] - 8:10
**different** [18] - 9:12, 82:14, 83:8, 83:12, 84:14, 85:1, 85:6, 103:16, 110:13, 119:16, 124:20, 131:20, 131:25, 136:5, 136:10, 136:15, 137:7
**digit** [2] - 83:12, 116:17
**digital** [12] - 24:14, 26:2, 33:13, 35:4, 35:20, 38:18, 40:21, 41:8, 42:4, 42:11, 42:16, 43:9
**digits** [1] - 84:11
**DIRECT** [3] - 19:23, 31:13, 35:2
**Direct** [3] - 4:5, 4:8, 4:10
**direct** [18] - 69:18, 75:7, 86:22, 88:3, 99:6, 100:19, 101:3, 107:4, 108:12, 108:25, 109:16, 117:18, 130:1, 130:9, 131:11, 135:19, 136:4, 138:23
**directing** [11] - 66:6, 66:17, 66:25, 70:7, 74:15, 81:20, 83:17, 84:18, 85:10, 88:1, 88:19

**disbursed** [2] - 121:3, 121:6
**discovery** [2] - 110:15, 110:21
**discuss** [1] - 85:7
**discussed** [6] - 25:9, 87:23, 111:18, 127:12, 127:13, 127:16
**discussing** [1] - 131:18
**discussion** [2] - 127:18, 127:20
**discussions** [1] - 66:4
**displayed** [3] - 28:19, 51:3, 97:5
**displaying** [1] - 28:2
**displays** [1] - 29:4
**District** [2] - 143:7, 143:8
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**doc** [3] - 27:15, 27:25, 118:11
**docs** [3] - 78:2, 85:20, 92:19
**document** [8] - 65:18, 115:13, 115:17, 116:13, 123:1, 130:8, 140:4, 140:7
**documentation** [1] - 45:23
**documents** [1] - 124:6
**DocuSign** [1] - 140:5
**Dolce** [1] - 101:20
**done** [1] - 10:8
**door** [1] - 104:10
**Dora** [1] - 117:13
**down** [14] - 45:9, 54:22, 56:7, 58:23, 65:12, 67:1, 72:18, 75:21, 78:19, 108:7, 108:11, 114:6, 114:8, 116:14
**download** [2] - 26:10, 26:14
**draw** [5] - 119:5, 119:6, 121:2, 137:1, 137:2
**drive** [6] - 20:7, 22:11, 22:14, 23:24, 32:1, 33:3
**driver's** [22] - 44:22, 44:24, 45:1, 45:5, 45:15, 51:24, 52:2, 52:18, 58:1, 58:4,

58:17, 59:1, 59:3, 59:10, 72:22, 72:25, 80:13, 81:1, 81:3, 118:15, 128:16, 131:19
**drives** [2] - 10:21, 14:10
**due** [1] - 102:14
**during** [26] - 83:10, 89:12, 99:6, 100:12, 100:19, 102:11, 107:4, 107:20, 107:22, 108:3, 108:12, 108:25, 109:16, 110:7, 117:18, 118:16, 119:5, 119:6, 130:1, 130:8, 133:9, 133:19, 135:19, 136:4, 136:12, 138:23
**duties** [1] - 87:13
**DX-1A** [1] - 94:20
**Dzukaeva** [1] - 44:23, 44:25

## E

**e-mail** [22] - 61:6, 78:15, 79:1, 84:10, 85:7, 85:19, 86:6, 86:18, 86:20, 86:25, 87:2, 87:4, 95:3, 95:6, 95:7, 95:24, 96:21, 96:23, 96:24, 99:11, 99:13, 141:10
**e-mails** [3] - 78:20, 85:1, 128:8
**ear** [1] - 123:3
**easier** [1] - 105:8
**Edward** [1] - 106:21
**efficient** [1] - 105:9
**EIDL** [14] - 48:9, 48:12, 52:7, 65:3, 65:6, 65:7, 74:25, 76:4, 76:9, 76:11, 76:24, 80:2, 112:23
**eight** [1] - 60:8
**EIN** [14] - 75:15, 75:16, 76:21, 80:7, 83:25, 84:3, 137:15, 137:20, 137:22, 137:25, 138:1, 138:4, 138:7
**EINs** [3] - 83:11, 83:13, 85:6
**either** [1] - 13:14
**electronic** [1] - 124:24
**eligible** [3] - 119:8, 119:21, 120:3

**elsewhere** [1] - 74:12
**emails** [1] - 64:24
**employee** [4] - 62:7, 65:9, 91:6, 92:4
**employees** [4] - 65:8, 89:13, 89:16, 89:23
**employer** [2] - 48:23, 137:24
**employers** [1] - 130:24
**end** [2] - 77:15, 101:24
**endearment** [1] - 63:3
**ending** [2] - 97:25, 104:4
**enters** [2] - 19:13, 93:19
**entire** [1] - 29:24, 104:21
**entirety** [1] - 98:9
**entitled** [2] - 119:20, 143:12
**entity** [2] - 124:7, 124:17
**entries** [1] - 109:12
**envelope** [2] - 51:4, 51:6
**escrow** [1] - 118:11
**essentially** [1] - 16:2
**et** [4] - 1:8, 10:13, 14:1, 17:24
**evidence** [41] - 10:19, 11:9, 13:22, 14:8, 14:11, 14:24, 16:1, 16:3, 17:22, 18:20, 20:15, 22:22, 23:14, 24:22, 29:20, 32:2, 34:17, 39:23, 41:3, 41:20, 42:23, 43:16, 95:9, 95:13, 96:5, 96:7, 100:22, 105:6, 107:25, 108:2, 108:18, 114:9, 115:16, 116:1, 122:24, 123:15, 125:21, 126:25, 127:13, 127:25, 141:4
**exact** [2] - 18:5, 26:24
**exactly** [4] - 88:15, 104:14, 119:14, 140:7
**Examination** [7] - 4:5, 4:5, 4:8, 4:10, 4:11, 4:11, 4:12
**EXAMINATION** [7] - 19:23, 25:5, 31:13, 35:2, 94:1, 121:22,

129:20
**examination** [11] - 15:16, 17:24, 24:25, 34:19, 117:19, 130:2, 130:9, 131:11, 135:19, 136:4, 138:23
**examine** [3] - 14:18, 15:19, 15:24
**examiner** [2] - 9:1, 16:10
**Examiner** [4] - 19:25, 25:7, 30:25, 31:11
**examiners** [4] - 7:20, 7:22, 12:25, 14:14
**Examiners** [2] - 9:21, 11:6
**examining** [1] - 95:11
**exchange** [1] - 75:3
**exchanges** [2] - 16:7, 16:19
**excuse** [4] - 20:5, 32:25, 131:13, 138:21
**excused** [1] - 141:18
**executive** [1] - 124:20
**Exhibit** [247] - 11:11, 13:18, 14:1, 16:6, 18:12, 20:1, 21:12, 21:19, 21:22, 22:3, 22:10, 23:3, 23:8, 23:12, 23:14, 23:16, 23:23, 23:25, 24:2, 24:11, 24:16, 24:20, 24:22, 27:21, 28:11, 28:24, 29:8, 29:14, 29:18, 29:20, 31:16, 31:21, 31:25, 32:4, 32:15, 33:9, 34:8, 34:12, 34:15, 34:17, 35:6, 35:8, 35:10, 35:13, 35:16, 35:18, 35:22, 36:1, 36:3, 36:7, 36:8, 36:14, 36:19, 36:21, 36:23, 37:1, 37:4, 37:8, 37:15, 38:1, 38:6, 38:8, 38:11, 38:13, 38:17, 38:22, 39:3, 39:5, 39:7, 39:9, 39:10, 39:12, 39:14, 39:17, 39:19, 39:22, 39:25, 40:2, 40:4, 40:6, 40:8, 40:10, 40:16, 40:22, 40:25, 41:5, 41:7, 41:11, 41:13, 41:15, 41:18, 41:20, 41:22, 41:25, 42:3, 42:5, 42:12, 42:17, 43:5, 43:10,

44:1, 45:10, 45:16, 46:7, 46:10, 46:17, 46:23, 47:11, 48:16, 48:20, 49:11, 49:18, 50:8, 50:18, 51:12, 51:17, 52:11, 53:15, 53:16, 53:21, 54:8, 56:11, 56:12, 56:20, 57:13, 57:17, 57:22, 58:12, 59:14, 59:23, 61:15, 61:18, 62:1, 62:11, 62:23, 63:21, 66:3, 66:7, 67:14, 68:8, 68:11, 68:12, 68:18, 69:3, 69:15, 69:17, 70:4, 70:7, 70:20, 70:21, 71:4, 72:7, 72:10, 72:14, 73:1, 73:8, 73:15, 74:13, 74:15, 75:4, 75:6, 76:3, 76:5, 76:6, 77:2, 78:4, 79:13, 79:20, 79:25, 80:1, 80:4, 80:15, 80:24, 81:6, 81:7, 81:10, 81:12, 81:18, 81:20, 83:15, 84:18, 85:8, 85:10, 86:22, 87:7, 88:1, 88:19, 89:17, 89:18, 90:1, 90:11, 91:23, 92:15, 94:4, 96:2, 96:4, 96:7, 96:11, 97:6, 97:15, 99:2, 99:5, 100:20, 100:23, 102:21, 103:1, 103:5, 103:8, 103:18, 103:22, 104:18, 104:20, 105:1, 105:4, 108:1, 108:13, 110:5, 110:6, 113:20, 114:9, 115:2, 115:15, 116:1, 116:5, 116:24, 117:15, 122:4, 122:21, 122:24, 123:1, 123:12, 123:15, 123:17, 124:11, 125:18, 128:22, 128:24, 129:4, 129:25, 131:18, 132:20, 132:21, 132:24, 133:10, 139:16, 139:20, 141:3

**EXHIBIT** [3] - 5:1, 5:3
**exhibit** [50] - 12:6, 13:1, 14:16, 17:1, 17:25, 20:5, 22:2, 22:5, 28:6, 31:4, 31:15, 33:5, 36:18, 37:10, 37:12, 48:5, 48:6, 49:15, 50:11,

60:1, 60:12, 60:18, 60:20, 62:24, 65:16, 67:10, 68:9, 73:16, 80:21, 86:7, 87:1, 90:10, 95:9, 96:25, 99:6, 99:8, 99:19, 101:4, 103:24, 104:21, 108:13, 108:21, 110:25, 120:20, 122:5, 128:2, 130:1, 130:5
**Exhibits** [17] - 10:12, 17:24, 18:2, 18:22, 19:18, 22:16, 40:15, 40:19, 41:2, 42:8, 42:15, 42:20, 42:22, 43:1, 43:8, 43:13, 43:15
**exhibits** [16] - 11:18, 13:9, 13:13, 13:19, 14:5, 14:15, 16:23, 18:6, 40:12, 43:3, 56:18, 115:19, 122:4, 127:16, 127:22
**existed** [1] - 99:16
**exits** [2] - 93:16, 142:7
**expands** [1] - 22:15
**expecting** [1] - 66:23
**expenses** [1] - 45:23
**expert** [2] - 16:10, 119:13
**expiration** [4] - 55:8, 55:18, 56:4, 56:25
**explicit** [2] - 106:1, 106:3
**extent** [2] - 15:16, 19:3
**extracted** [14] - 7:17, 8:7, 9:1, 9:7, 9:10, 12:12, 16:11, 20:17, 21:10, 23:9, 24:17, 33:15, 34:2, 86:23
**extracting** [1] - 16:10
**extraction** [10] - 9:11, 28:25, 29:17, 29:24, 125:2, 125:4, 125:19, 125:21, 126:15, 129:3
**eyes** [1] - 141:19

## F

**fact** [2] - 22:25, 140:4
**factual** [1] - 104:13
**factually** [1] - 104:8
**fair** [25] - 99:20, 100:8, 102:7, 102:25, 103:7, 103:22, 104:1,

104:21, 105:5, 106:13, 110:2, 110:9, 111:11, 113:10, 118:25, 119:9, 119:17, 119:23, 120:14, 125:5, 132:10, 135:1, 135:12, 136:14, 136:20
**fairly** [1] - 10:4
**familiar** [6] - 12:25, 28:15, 65:3, 100:5, 139:17, 141:3
**far** [2] - 27:1, 119:3
**Fard** [1] - 49:7
**Fargo** [1] - 68:16
**Farm** [5] - 71:23, 72:5, 73:5, 73:11, 73:22
**Federal** [2] - 143:6, 143:20
**FEDERAL** [1] - 1:23
**FENTON** [4] - 2:5, 6:12, 6:17, 6:23
**few** [5] - 6:22, 7:3, 56:7, 102:22, 128:11
**Fiber** [21] - 51:7, 55:17, 56:10, 56:17, 56:24, 75:15, 76:4, 76:9, 76:16, 76:24, 77:14, 112:18, 112:22, 113:2, 120:23, 121:12, 122:11, 123:8, 123:20, 124:12, 124:17
**file** [22] - 25:18, 25:23, 26:1, 26:5, 26:7, 26:8, 29:2, 29:4, 46:8, 60:16, 66:2, 67:7, 70:17, 71:17, 71:18, 76:4, 80:2, 80:19, 89:19, 91:7, 91:18, 130:24
**filed** [5] - 110:3, 122:14, 122:18, 124:4, 124:7
**files** [6] - 26:23, 26:25, 38:16, 46:11, 90:7, 130:18
**filings** [1] - 26:24
**filter** [1] - 8:24
**final** [1] - 60:13
**finally** [1] - 85:20
**financial** [1] - 74:4
**finish** [1] - 129:22
**FIRST** [1] - 1:24
**first** [24] - 6:25, 20:17, 20:20, 20:22, 20:25, 27:15, 29:21,

63:16, 63:19, 68:10, 68:12, 97:1, 101:13, 101:18, 112:2, 112:6, 113:23, 115:15, 119:5, 119:6, 120:22, 121:2, 121:13, 126:18
**fit** [2] - 98:19, 125:20
**five** [2] - 92:19, 105:16
**fixed** [1] - 92:2
**flag** [1] - 136:9
**flags** [1] - 119:10
**flip** [1] - 28:6
**Flipper** [1] - 109:25
**focus** [5] - 77:3, 130:17, 138:21, 138:24, 140:11
**focusing** [9] - 63:21, 64:19, 71:4, 78:5, 80:15, 86:9, 87:8, 90:2, 92:16
**follow** [1] - 15:22
**follows** [3] - 19:22, 31:10, 77:19
**FOR** [5] - 2:3, 2:10, 3:2, 3:9, 3:13
**foregoing** [1] - 143:10
**forensic** [4] - 7:19, 7:22, 9:1, 16:10
**form** [7] - 49:3, 49:4, 49:5, 68:16, 130:23, 130:24, 130:25
**format** [1] - 143:12
**formats** [1] - 25:20
**formatting** [1] - 39:5
**forms** [3] - 48:21, 131:1, 134:9
**forth** [1] - 11:11
**foundation** [5] - 16:1, 17:20, 94:15, 126:4, 136:17
**four** [6] - 84:9, 92:5, 108:7, 116:17, 124:24, 134:9
**four-digit** [1] - 116:17
**fourth** [1] - 108:8
**Francisco** [1] - 2:19
**frankly** [1] - 14:25
**FRASER** [21] - 3:6, 18:20, 24:25, 25:2, 25:4, 25:6, 25:22, 25:25, 27:14, 27:18, 27:19, 27:24, 28:5, 28:9, 28:16, 28:20, 28:23, 29:21, 29:24, 30:3, 30:19
**Fraser** [2] - 4:5, 25:4
**fraud** [5] - 82:22,

119:1, 119:10, 136:8, 138:5
**fraudulent** [1] - 119:11
**free** [2] - 111:11, 112:25
**front** [51] - 20:1, 23:16, 31:16, 31:18, 35:5, 36:1, 36:18, 37:8, 44:18, 45:11, 46:24, 47:16, 52:15, 52:21, 53:8, 53:19, 54:14, 54:23, 55:4, 55:11, 55:21, 57:23, 61:18, 62:13, 63:23, 66:8, 66:19, 67:1, 67:16, 68:13, 69:4, 69:19, 70:9, 70:23, 71:20, 72:12, 74:17, 75:8, 77:4, 78:6, 79:15, 80:5, 80:25, 81:12, 81:22, 83:17, 84:20, 85:12, 88:21, 105:10, 126:11
**full** [6] - 8:24, 9:1, 9:4, 12:9, 12:10, 19:7
**fund** [1] - 78:3
**funded** [5] - 84:10, 120:5, 120:7, 120:9, 121:5
**funds** [4] - 70:5, 72:4, 73:24, 121:6
**FURTHER** [3] - 19:23, 31:13, 35:2

## G

**Gabbana** [1] - 101:20
**general** [1] - 11:19
**General** [2] - 107:5, 118:22
**generally** [14] - 38:13, 48:6, 48:7, 48:20, 49:2, 49:14, 50:11, 57:18, 60:1, 76:8, 77:8, 98:18, 127:15, 139:25
**generated** [2] - 32:11, 126:23
**gentleman** [1] - 59:11
**Gleb** [1] - 58:3
**Glendale** [1] - 3:11
**Google** [4] - 92:13, 116:5, 116:10, 139:5
**Gov** [7] - 5:4, 5:5, 5:7, 5:8, 5:9, 5:10, 5:11
**govern** [1] - 17:19

**government** [33] - 13:9, 13:12, 14:5, 14:25, 15:9, 15:11, 18:5, 19:15, 22:2, 22:10, 22:16, 23:11, 27:20, 28:10, 30:21, 30:25, 34:21, 43:7, 60:12, 61:12, 67:10, 73:6, 79:10, 80:21, 100:23, 103:23, 105:24, 108:1, 108:3, 111:23, 115:18, 131:19, 141:16
**Government** [206] - 18:22, 20:1, 21:12, 21:19, 21:21, 23:3, 23:8, 23:12, 23:14, 23:16, 23:23, 23:25, 24:2, 24:11, 24:16, 24:19, 24:22, 29:8, 29:13, 31:16, 31:21, 31:25, 32:3, 32:15, 33:8, 34:8, 34:12, 34:15, 34:17, 35:6, 35:8, 35:10, 35:13, 35:15, 35:18, 35:22, 36:1, 36:3, 36:8, 36:14, 36:18, 36:21, 36:23, 37:1, 37:4, 37:8, 37:15, 38:1, 38:5, 38:8, 38:10, 38:13, 38:17, 38:22, 39:3, 39:5, 39:7, 39:9, 39:10, 39:11, 39:14, 39:17, 39:22, 39:25, 40:2, 40:4, 40:6, 40:8, 40:10, 40:14, 40:16, 40:18, 40:21, 40:24, 41:2, 41:5, 41:7, 41:10, 41:13, 41:15, 41:17, 41:20, 41:22, 41:25, 42:2, 42:5, 42:7, 42:12, 42:14, 42:17, 42:22, 42:25, 43:4, 43:10, 43:15, 44:1, 45:9, 46:7, 46:10, 46:16, 46:23, 47:11, 48:16, 48:20, 49:11, 49:18, 50:8, 50:18, 50:23, 51:12, 51:17, 52:11, 53:15, 53:16, 53:21, 54:8, 56:11, 56:12, 56:20, 57:12, 57:17, 57:22, 59:14, 59:23, 61:15, 61:18, 62:1, 62:11, 62:23, 63:21, 66:3, 66:6, 67:14, 68:8, 68:11, 68:12, 68:18, 69:2, 69:15, 69:17, 70:4, 70:7, 70:21,

71:4, 72:7, 72:10, 72:14, 73:1, 73:8, 73:15, 74:13, 74:15, 75:4, 75:6, 76:3, 76:4, 76:6, 77:2, 78:4, 79:13, 79:20, 80:1, 80:4, 80:15, 80:24, 81:6, 81:7, 81:10, 81:12, 81:18, 81:20, 83:15, 84:18, 85:8, 85:10, 86:22, 88:1, 89:17, 89:18, 90:1, 90:11, 91:23, 92:15, 97:14, 99:2, 99:5, 100:20, 102:21, 103:1, 103:5, 103:7, 103:18, 103:22, 104:18, 104:20, 105:1, 105:4, 110:5, 110:6, 113:20, 114:9, 115:2, 116:24, 117:15, 128:22, 129:4
**government's** [3] - 12:6, 16:22, 28:6
**Government's** [4] - 19:18, 42:19, 43:12, 45:16
**GOZ** [1] - 113:7
**grab** [1] - 111:12
**grabs** [1] - 95:20
**grant** [2] - 65:6, 65:7
**grasped** [1] - 9:3
**great** [3] - 94:21, 116:3, 117:4
**Gregory** [1] - 18:25
**GREGORY** [2] - 4:4, 19:20
**Grigo** [3] - 52:3, 52:4, 52:6
**Grigoryan** [8] - 104:4, 104:9, 104:17, 104:25, 106:5, 106:17, 107:21, 117:12
**Grigoryan's** [1] - 115:12
**groceries** [1] - 8:13
**grounds** [1] - 111:22
**Group** [11] - 111:1, 111:4, 111:7, 112:16, 112:17, 113:6, 115:4, 115:5, 117:16, 117:17, 121:11
**group** [7] - 111:4, 130:8, 130:11, 131:2, 131:9, 131:10
**groups** [1] - 111:9
**Groups** [3] - 111:14, 112:9, 112:11
**guaranteed** [1] -

65:2
**guess** [3] - 124:3, 139:5, 141:22
**Gusto** [5] - 49:9, 62:7, 89:6, 89:13, 90:17
**Gusto.com** [2] - 75:23, 76:2
**guy** [3] - 58:21, 94:5, 94:13
**guys** [1] - 94:24
**GX-10** [2] - 104:1, 106:13
**GX-116** [2] - 111:12, 120:19
**GX-54B** [1] - 107:24

**H**

**Hak** [1] - 107:2
**half** [1] - 30:17
**halfway** [1] - 116:14
**hand** [3] - 19:17, 98:15, 98:22
**handed** [1] - 94:3
**handwriting** [1] - 58:15
**handwritten** [2] - 51:4, 128:18
**hard** [2] - 28:3, 29:9
**Hart** [2] - 113:3, 113:5
**Hayrapetyan** [1] - 106:24
**heading** [1] - 30:1
**hear** [2] - 15:3, 54:3
**hearsay** [4] - 14:21, 15:13, 18:12, 95:10
**Hector** [1] - 108:18
**HEIC** [1] - 26:8
**held** [1] - 143:11
**hello** [1] - 25:8
**helped** [2] - 7:12, 32:21
**hereby** [1] - 143:8
**highlight** [2] - 101:10, 116:16
**Highway** [1] - 3:15
**Hills** [5] - 62:18, 67:24, 79:19, 81:4, 114:20
**history** [6] - 11:21, 11:24, 11:25, 49:23, 108:19, 108:22
**hold** [1] - 17:9
**home** [4] - 102:5, 102:11, 118:17, 142:2
**Honor** [101] - 6:12, 6:18, 6:23, 7:2, 7:6, 7:9, 7:12, 7:18, 7:20,

7:25, 8:8, 8:12, 8:23, 9:6, 9:9, 9:13, 9:18, 9:24, 10:7, 10:10, 10:14, 10:17, 10:20, 10:21, 11:1, 11:3, 11:8, 11:13, 11:14, 11:19, 12:4, 12:13, 12:14, 12:22, 12:24, 13:1, 13:12, 13:21, 13:24, 14:3, 14:9, 14:14, 14:19, 16:23, 17:3, 19:3, 19:17, 21:21, 23:11, 24:19, 24:23, 24:25, 30:21, 30:25, 33:6, 33:23, 33:25, 34:18, 39:19, 40:24, 41:17, 42:19, 43:12, 44:10, 47:10, 48:1, 48:15, 49:10, 49:17, 50:7, 50:22, 51:16, 52:10, 57:13, 65:15, 65:19, 93:11, 93:13, 93:23, 94:11, 95:17, 96:4, 96:10, 96:16, 103:15, 104:11, 104:14, 105:12, 105:19, 105:23, 106:7, 106:10, 111:24, 111:25, 115:16, 115:24, 123:13, 126:10, 141:17, 141:20, 141:21
**HONORABLE** [1] - 1:3
**Honorable** [1] - 17:11
**hopefully** [1] - 6:22
**HOURIGAN** [4] - 1:23, 143:6, 143:19, 143:20
**hours** [2] - 60:8, 84:17
**husband** [2] - 64:14, 118:7

**I**

**iCloud** [1] - 26:19
**ID** [17] - 44:8, 49:24, 50:20, 51:14, 57:8, 76:17, 76:19, 76:21, 78:13, 78:20, 78:25, 79:1, 79:21, 79:23, 80:9, 84:11, 116:10
**idea** [1] - 129:12
**identical** [2] - 81:16, 130:13
**identifiable** [2] - 77:9, 88:17

**identification** [10] - 11:17, 46:5, 46:20, 48:23, 94:4, 120:6, 120:17, 137:5, 137:7, 137:24
**identified** [18] - 8:19, 8:22, 12:5, 13:1, 27:20, 47:22, 49:8, 51:8, 52:19, 59:24, 60:22, 76:17, 79:21, 80:7, 83:7, 103:5, 110:10, 127:3
**identifiers** [5] - 51:4, 57:20, 75:4, 87:14, 87:17
**identify** [27] - 44:20, 45:13, 49:21, 50:11, 50:20, 51:1, 51:22, 52:14, 53:8, 54:10, 54:16, 54:22, 55:6, 55:11, 55:21, 56:8, 56:21, 57:8, 57:23, 58:13, 58:24, 61:21, 65:22, 67:20, 68:21, 79:15, 132:15
**identifying** [4] - 88:17, 120:16, 131:21, 131:24
**identities** [1] - 127:4
**identity** [1] - 132:11
**idiot** [2] - 139:11, 139:14
**igloo** [1] - 116:24
**image** [34] - 16:12, 16:16, 27:22, 28:11, 29:7, 29:14, 30:4, 30:8, 47:15, 47:18, 47:19, 49:1, 49:2, 51:3, 51:23, 51:24, 54:14, 55:4, 55:11, 55:21, 56:22, 57:18, 62:3, 67:16, 70:23, 72:12, 72:19, 81:12, 81:15, 129:6, 129:10, 129:16, 132:3
**images** [15] - 11:14, 11:20, 11:25, 16:19, 19:4, 26:11, 26:13, 26:23, 27:7, 42:10, 48:21, 55:2, 59:17, 99:18, 126:3
**imessages** [2] - 11:22, 11:25
**impeachment** [1] - 95:12
**Imperial** [1] - 50:15
**impossible** [1] - 136:10
**inadmissible** [1] - 15:7

**Inc** [1] - 69:25
**Inception** [1] -
109:22
**include** [3] - 26:16,
68:7, 103:18
**included** [4] - 52:3,
103:1, 115:18, 130:17
**includes** [1] - 110:13
**including** [1] - 95:4
**incoming** [1] - 73:24
**incorporated** [1] -
124:1
**Incorporated** [1] -
73:5
**Incorporation** [4] -
122:10, 123:20,
124:4, 124:6
**increase** [1] - 120:4
**incriminating** [1] -
126:25
**INDEX** [2] - 4:1, 5:1
**indicate** [1] - 140:19
**indicated** [2] - 72:4,
136:7
**indicates** [4] - 60:10,
60:16, 68:23, 140:16
**indicative** [1] - 136:8
**indictment** [6] -
110:12, 111:19,
111:24, 112:2, 112:6,
112:13
**individual** [2] -
77:11, 123:23
**individually** [1] -
142:4
**individuals** [3] -
88:17, 120:15, 127:3
**info** [3] - 77:23,
77:25, 78:3
**information** [43] -
8:19, 8:22, 18:16,
30:4, 35:19, 36:13,
37:2, 37:5, 37:22,
37:24, 38:2, 39:2,
43:19, 47:2, 48:7,
51:13, 57:5, 61:2,
62:7, 73:10, 77:9,
77:15, 85:2, 88:17,
88:18, 91:6, 110:16,
110:18, 116:6, 117:9,
120:17, 123:4,
124:12, 126:7,
126:18, 127:2,
131:21, 131:24,
133:6, 140:1, 140:2,
140:7
**initial** [3] - 33:18,
126:14, 126:15
**initialed** [1] - 35:12
**initials** [4] - 20:6,

22:8, 23:21, 71:2
**initiate** [1] - 124:7
**Injijian** [3] - 46:6,
46:15, 47:7
**Injijian's** [1] - 46:8
**Inspector** [2] - 107:5,
118:22
**instructions** [2] -
48:23, 77:18
**intend** [3] - 11:4,
14:13, 19:6
**interested** [1] - 27:10
**Interiors** [8] - 46:8,
54:20, 54:25, 91:21,
113:13, 113:22,
114:16, 114:24
**Internet** [1] - 50:5
**interpret** [2] -
135:19, 135:21
**introduce** [3] - 11:5,
12:15, 12:17
**introduced** [2] -
10:19, 18:7
**investigate** [1] -
100:2
**investigating** [3] -
119:1, 119:10, 128:19
**investigation** [13] -
64:6, 100:12, 103:25,
106:14, 106:18,
107:9, 107:11,
107:17, 109:18,
120:12, 126:7, 127:3,
127:4
**investigative** [1] -
132:18
**investigators** [1] -
27:9
**IP** [18] - 113:17,
114:3, 114:15,
114:23, 115:12,
116:17, 116:20,
117:8, 117:11, 140:8,
140:9, 140:11,
140:12, 140:22,
140:25, 141:6
**iPad** [1] - 123:2
**iPhone** [12] - 25:12,
25:16, 26:5, 26:7,
26:17, 30:8, 30:10,
57:11, 59:14, 72:17,
98:10, 99:12
**iPhones** [2] - 25:9,
26:19
**irrelevant** [1] - 19:5
**IRS** [4] - 48:21,
48:22, 49:3, 130:23
**issue** [2] - 18:5, 19:8
**item** [1] - 73:17
**Item** [3] - 20:15,

22:22, 32:2
**items** [2] - 8:25, 27:9
**itself** [3] - 11:17,
15:6, 65:18
**Iuliia** [18] - 53:10,
53:14, 53:25, 61:25,
62:20, 63:6, 63:10,
63:15, 87:2, 94:5,
94:13, 95:4, 95:21,
96:21, 96:23, 97:5,
97:19

## J

**January** [2] - 122:19,
124:5
**JAUNG** [2] - 4:7,
31:8
**Jaung** [5] - 9:21,
11:6, 31:1, 31:2,
31:11
**JENNIFER** [1] - 3:10
**job** [1] - 118:25
**Jobe** [7] - 107:9,
107:11, 107:12,
107:16, 107:21,
108:8, 108:9
**jogir** [1] - 138:15
**John** [1] - 122:1
**JOHN** [1] - 3:3
**JOHNSON** [17] -
2:11, 2:14, 2:17, 2:20,
3:14, 3:14, 18:11,
65:15, 65:18, 129:21,
132:14, 135:24,
136:19, 137:12,
137:18, 138:11,
141:14
**Johnson** [1] - 4:12
**join** [1] - 18:11
**jointly** [1] - 142:5
**JPEG** [6] - 25:18,
25:21, 25:22, 26:23,
26:24, 26:25
**JPG** [1] - 25:23
**JUDGE** [1] - 1:3
**judicial** [1] - 143:13
**July** [6] - 68:3, 69:10,
73:25, 94:6, 94:14,
95:2
**June** [3] - 10:9,
121:17, 143:16
**JUNE** [2] - 1:13, 6:1
**jurors'** [1] - 105:21
**Jury** [1] - 93:19
**jury** [37] - 6:8, 13:3,
18:15, 19:5, 19:6,
19:10, 19:11, 19:13,
28:19, 29:22, 29:24,
44:1, 49:21, 49:24,

51:1, 51:14, 51:22,
52:14, 54:10, 54:16,
56:8, 56:21, 58:14,
58:24, 61:21, 79:15,
93:16, 96:13, 97:3,
112:1, 116:3, 127:17,
128:3, 130:22,
138:13, 141:24, 142:7
**Justin** [4] - 95:3,
95:7, 95:19, 96:20

## K

**KATZMAN** [2] - 3:3,
3:6
**Kauichko** [12] -
54:12, 62:8, 62:15,
63:8, 63:12, 63:18,
67:22, 77:1, 77:12,
79:17, 80:3, 124:23
**keep** [7] - 54:13,
55:1, 65:2, 84:12,
122:16, 135:17,
135:18
**KEOUGH** [34] - 2:17,
93:23, 93:25, 94:2,
94:11, 94:12, 94:19,
94:24, 95:1, 95:12,
95:17, 95:18, 96:4,
96:9, 96:13, 96:16,
96:18, 103:15,
103:17, 104:11,
104:14, 104:15,
105:3, 105:12,
106:10, 106:11,
111:25, 112:4,
115:22, 116:2, 116:8,
119:16, 119:18,
121:20
**Keough** [1] - 4:11
**kept** [1] - 137:22
**kind** [3] - 33:11,
83:3, 138:24
**knowledge** [2] -
64:7, 104:16
**knows** [1] - 82:22
**Kopytova** [2] - 89:20,
91:1
**Kudiumov** [4] - 81:2,
81:9, 100:25, 101:13

## L

**LA** [1] - 92:25
**large** [2] - 10:3, 10:4
**larger** [1] - 29:11
**Las** [5] - 101:25,
102:3, 102:8, 102:16,
102:18
**last** [9] - 48:21, 55:2,

56:7, 84:9, 84:11,
92:5, 109:3, 109:6,
111:6
**LAW** [1] - 3:14
**Law** [8] - 2:12, 2:15,
2:18, 2:21, 3:4, 3:7,
3:10, 3:15
**law** [1] - 64:9
**lawyer** [1] - 85:19
**lay** [1] - 17:20
**least** [4] - 7:4, 14:12,
110:18, 113:11
**leaving** [1] - 139:15
**lectern** [2] - 15:3,
44:2
**left** [36] - 19:2, 44:16,
44:20, 44:22, 45:10,
45:11, 45:25, 46:1,
51:20, 51:23, 51:24,
53:16, 54:6, 56:11,
56:21, 57:21, 58:13,
59:4, 59:6, 60:5,
61:16, 67:14, 70:22,
72:6, 73:4, 76:3,
79:25, 81:6, 89:17,
89:25, 90:13, 90:14,
90:22, 91:4
**lender** [2] - 68:25,
91:21
**lenders** [2] - 74:5,
74:7
**less** [4] - 110:16,
119:21, 120:1, 120:8
**letter** [1] - 74:25
**LEWIS** [1] - 3:3
**license** [20] - 44:23,
44:25, 45:5, 45:15,
51:25, 52:2, 52:18,
58:1, 58:4, 58:5,
58:18, 59:1, 59:3,
59:10, 72:22, 72:25,
81:1, 81:3, 118:16,
128:16
**licenses** [3] - 45:1,
80:13, 131:19
**likelihood** [1] - 120:4
**likely** [3] - 119:21,
120:1, 120:8
**limit** [1] - 128:13
**Limo** [14] - 68:7,
68:17, 68:23, 69:9,
71:1, 117:22, 130:6,
131:4, 135:2, 135:13,
136:1, 136:3, 138:19,
139:20
**Line** [2] - 108:8,
139:9
**line** [14] - 108:8,
118:10, 121:14,
133:17, 134:7,

**UNITED STATES DISTRICT COURT**

134:16, 134:18, 135:4, 135:15, 138:22, 138:23, 139:8, 139:10
**lines** [2] - 108:5, 108:8
**list** [3] - 97:22, 113:3, 132:21
**listed** [8] - 57:20, 60:12, 83:4, 91:12, 102:3, 117:12, 117:17, 123:23
**listen** [1] - 69:24
**listing** [1] - 114:25
**lists** [2] - 110:9, 126:3
**litigation** [2] - 14:22, 15:15
**LITTRELL** [27] - 3:3, 3:3, 3:6, 14:19, 15:6, 15:20, 16:4, 16:9, 16:15, 17:6, 17:8, 18:4, 19:3, 121:23, 122:7, 122:9, 122:17, 122:21, 122:25, 123:7, 123:12, 123:16, 123:22, 126:13, 128:14, 128:15, 129:19
**Littrell** [3] - 4:11, 11:20, 122:1
**Littrell's** [1] - 18:21
**lived** [1] - 107:21
**lives** [1] - 118:17
**LK** [6] - 89:19, 90:18, 91:2, 91:7, 91:18, 92:4
**LLP** [2] - 3:3, 3:6
**loan** [62] - 45:20, 46:8, 46:11, 48:7, 51:8, 54:20, 65:2, 73:22, 76:4, 80:2, 83:5, 83:10, 83:11, 87:22, 89:12, 89:19, 91:7, 91:18, 91:20, 91:21, 99:16, 107:16, 109:17, 109:21, 112:22, 113:13, 113:16, 114:16, 115:5, 118:3, 119:3, 119:4, 119:5, 119:7, 119:20, 119:22, 119:25, 120:3, 120:4, 120:6, 120:22, 121:2, 121:8, 121:9, 121:17, 130:9, 130:18, 136:15, 136:22, 136:25, 137:3, 137:8, 137:14, 137:15, 137:23, 137:24,

138:1, 138:18, 139:17, 139:20
**loans** [30] - 47:24, 81:8, 109:24, 110:9, 110:13, 110:16, 110:18, 110:20, 111:1, 111:5, 111:7, 111:9, 111:10, 111:15, 111:17, 111:18, 112:5, 112:9, 112:12, 112:14, 112:18, 113:3, 117:17, 117:21, 120:12, 120:18, 121:1, 127:2, 130:16
**locate** [1] - 120:18
**located** [1] - 100:15
**location** [3] - 100:6, 102:10, 102:14
**log** [4] - 50:6, 85:7, 116:14, 116:19
**log-in** [3] - 85:7, 116:14, 116:19
**Longridge** [2] - 58:9, 59:20
**look** [24] - 13:5, 20:22, 28:4, 32:24, 80:24, 87:13, 87:16, 90:12, 90:22, 91:3, 99:11, 108:18, 109:2, 113:18, 114:19, 115:3, 116:14, 119:10, 120:12, 121:8, 122:3, 122:4, 124:11, 126:2
**looked** [18] - 7:15, 7:24, 9:11, 9:23, 17:1, 17:15, 20:20, 32:21, 99:6, 99:13, 99:18, 100:19, 101:24, 102:21, 107:18, 108:12, 114:16, 117:9
**looking** [10] - 13:20, 65:12, 78:19, 96:19, 105:21, 108:25, 113:6, 126:25, 127:2, 141:12
**looks** [4] - 28:15, 108:10, 111:13, 121:1
**LOS** [4] - 1:14, 1:24, 6:1, 143:3
**Los** [3] - 2:8, 2:13, 3:8
**Louis** [2] - 101:9, 101:17
**Ludiya** [2] - 89:20, 91:1

**M**

**magnification** [1] - 67:1
**magnified** [2] - 49:1, 73:17
**mail** [23] - 49:16, 61:6, 78:15, 79:1, 84:10, 85:7, 85:19, 86:6, 86:18, 86:20, 86:25, 87:2, 87:4, 95:3, 95:6, 95:7, 95:24, 96:21, 96:23, 96:24, 99:11, 99:13, 141:10
**mails** [3] - 78:20, 85:1, 128:8
**man** [3] - 93:5, 97:4, 97:8
**management** [1] - 115:6
**Manuk** [10] - 104:4, 104:17, 104:19, 104:25, 106:2, 106:4, 106:17, 107:21, 115:12, 117:12
**Manukyan** [4] - 51:25, 52:8, 52:17, 53:1
**March** [3] - 133:10, 133:15, 134:10
**MARIETTA** [1] - 3:2
**Marietta** [1] - 122:1
**mark** [1] - 115:14
**marked** [22] - 13:19, 16:23, 18:6, 22:22, 28:10, 31:15, 35:5, 36:18, 38:10, 60:10, 60:11, 61:5, 61:6, 61:7, 94:3, 96:2, 97:14, 99:19, 108:3, 116:4, 128:22
**market** [1] - 93:6
**Market** [1] - 2:18
**Mary** [4] - 56:15, 68:8, 81:7, 125:24
**MaryAbelian@ yahoo.com** [1] - 50:21
**mass** [3] - 7:24, 8:1, 9:25
**Massachusetts** [2] - 14:23, 15:7
**MASSINO** [1] - 4:9
**Massino** [51] - 7:8, 7:14, 7:18, 7:24, 9:23, 10:11, 11:10, 11:18, 13:4, 13:5, 13:19, 14:16, 15:17, 15:21, 16:2, 16:13, 17:1, 17:23, 30:24, 34:22,

34:25, 42:25, 43:18, 44:18, 50:16, 51:11, 57:4, 59:22, 60:21, 66:3, 80:5, 87:13, 94:3, 94:5, 94:13, 95:2, 97:4, 99:9, 100:2, 101:10, 105:8, 106:12, 107:4, 108:2, 109:16, 116:5, 116:18, 117:6, 118:21, 121:20, 121:24
**match** [2] - 29:7, 58:21
**matches** [1] - 114:24
**math** [3] - 74:10, 111:12, 112:8
**matter** [3] - 6:23, 6:24, 143:12
**max** [1] - 93:5
**maximum** [2] - 65:9, 65:10
**mean** [1] - 8:5, 8:13:14, 14:15, 30:7, 94:16, 103:11, 104:7, 104:9, 106:3, 119:14, 135:20
**meaning** [1] - 121:5
**means** [1] - 121:6
**Mechanics** [1] - 81:8
**Medet** [5] - 115:9, 115:11, 116:11, 116:19, 117:9
**Media** [18] - 51:7, 56:10, 56:24, 75:15, 76:4, 76:10, 76:16, 76:24, 77:14, 112:18, 112:22, 120:23, 121:13, 122:11, 123:8, 123:20, 124:12, 124:17
**media** [1] - 142:3
**meeting** [1] - 6:13
**MEGHAN** [1] - 2:14
**Melendez** [3] - 15:7, 17:6, 17:16
**Melendez-Diaz** [2] - 15:7, 17:6
**members** [1] - 141:24
**memo** [1] - 69:25
**Mendelez** [1] - 14:23
**Mendelez-Diaz** [1] - 14:23
**mentioned** [6] - 26:4, 26:10, 77:15, 83:22, 91:22, 108:12
**mentioning** [1] - 132:6
**message** [53] -

60:11, 60:17, 60:22, 63:22, 63:23, 64:4, 64:21, 65:12, 65:13, 65:22, 65:23, 65:24, 65:25, 66:1, 66:7, 66:10, 67:7, 69:21, 70:8, 71:5, 74:13, 74:16, 74:19, 75:24, 76:21, 77:3, 77:6, 77:8, 77:16, 77:19, 78:5, 80:10, 80:16, 81:24, 82:3, 83:13, 84:19, 85:11, 86:9, 87:8, 87:11, 87:24, 88:20, 89:7, 90:2, 92:10, 92:16, 93:2, 97:14, 103:18, 134:17, 139:12
**messaged** [1] - 17:16
**messages** [57] - 7:14, 8:2, 10:12, 11:13, 11:21, 12:5, 12:9, 12:20, 13:6, 13:8, 13:19, 17:23, 38:14, 60:2, 60:6, 60:12, 63:10, 63:13, 64:19, 66:17, 66:21, 66:22, 68:1, 69:18, 70:5, 75:7, 87:9, 88:3, 90:8, 91:22, 97:13, 97:18, 99:2, 102:22, 102:25, 103:4, 103:7, 103:12, 103:13, 104:1, 104:3, 104:17, 104:23, 106:12, 106:13, 106:17, 106:20, 106:23, 107:1, 128:5, 132:21, 133:2, 133:4, 133:9, 133:12, 133:24
**metadata** [5] - 30:1, 30:2, 30:4, 30:7, 30:12
**Michael** [1] - 113:21
**MICHAEL** [1] - 2:17
**middle** [3] - 66:25, 113:25, 130:6
**might** [5] - 105:7, 119:10, 119:21, 120:8, 136:21
**min** [1] - 75:2
**mind** [4] - 6:21, 105:5, 133:7, 133:8
**minute** [1] - 112:15
**minutes** [2] - 20:8, 93:14
**misstates** [1] - 138:8
**misunderstood** [1] - 13:15

**Mkrtchyan** [10] - 55:3, 55:5, 55:13, 55:23, 55:25, 56:3, 56:10, 56:17, 123:25, 124:19

**Mobile** [2] - 61:22, 79:16

**mobile** [4] - 140:14, 140:15, 140:20

**Mod** [8] - 46:8, 54:20, 54:25, 91:21, 113:13, 113:22, 114:16, 114:24

**momentarily** [1] - 6:17

**moments** [1] - 6:22

**MONDAY** [2] - 1:13, 6:1

**money** [1] - 69:14

**monitoring** [2] - 102:11, 102:15

**month** [1] - 135:3

**months** [1] - 99:16

**Montmorath** [1] - 47:23

**morning** [2] - 26:12, 78:2

**Moroz** [2] - 131:17, 132:6

**motion** [3] - 18:17, 34:15, 123:12

**move** [24] - 11:4, 21:21, 24:19, 29:17, 39:19, 40:24, 41:17, 42:19, 43:12, 44:21, 53:15, 57:21, 67:14, 70:21, 72:6, 73:15, 78:4, 79:25, 81:6, 96:4, 97:2, 106:6, 122:21, 141:8

**moves** [1] - 23:11

**moving** [5] - 54:8, 58:12, 75:21, 76:3, 89:17

**MR** [92] - 6:12, 6:17, 6:23, 14:19, 15:6, 15:20, 16:4, 16:9, 16:15, 17:6, 17:8, 18:4, 18:11, 18:16, 18:20, 19:3, 24:25, 25:2, 25:4, 25:6, 25:22, 25:25, 27:14, 27:18, 27:19, 27:24, 28:5, 28:9, 28:16, 28:20, 28:23, 29:21, 29:24, 30:3, 30:19, 65:15, 65:18, 93:23, 93:25, 94:2, 94:11, 94:12, 94:19, 94:24, 95:1, 95:12, 95:17,

95:18, 96:4, 96:9, 96:13, 96:16, 96:18, 103:15, 103:17, 104:11, 104:14, 104:15, 105:3, 105:12, 106:10, 106:11, 111:25, 112:4, 115:22, 116:2, 116:8, 119:16, 119:18, 121:20, 121:23, 122:7, 122:9, 122:17, 122:21, 122:25, 123:7, 123:12, 123:16, 123:22, 126:13, 128:14, 128:15, 129:19, 129:21, 132:14, 135:24, 136:19, 137:12, 137:18, 138:11, 141:14

**MS** [140] - 7:2, 7:6, 7:9, 7:12, 7:18, 7:25, 8:3, 8:6, 8:12, 8:16, 8:19, 8:22, 9:6, 9:9, 9:13, 9:18, 9:20, 9:24, 10:2, 10:7, 10:10, 10:14, 10:17, 10:20, 10:25, 11:8, 11:13, 11:19, 11:24, 12:4, 12:12, 12:17, 12:21, 12:24, 13:8, 13:12, 13:21, 13:24, 14:3, 14:9, 14:13, 16:21, 17:3, 19:17, 19:24, 21:4, 21:16, 21:21, 21:24, 22:1, 23:11, 23:15, 24:19, 24:23, 28:3, 28:19, 30:21, 30:25, 31:3, 31:11, 31:14, 32:14, 33:6, 33:7, 33:22, 33:25, 34:1, 34:15, 34:18, 34:21, 34:25, 35:3, 38:5, 38:7, 39:19, 39:24, 40:24, 41:4, 41:17, 41:21, 42:19, 42:24, 43:12, 43:17, 43:25, 44:4, 44:7, 44:10, 44:13, 47:10, 47:13, 48:1, 48:4, 48:15, 48:18, 48:19, 49:10, 49:13, 49:17, 49:20, 50:7, 50:10, 50:22, 50:25, 51:16, 51:19, 52:10, 52:13, 53:15, 53:18, 54:4, 57:12, 57:15, 64:18, 65:21, 93:11, 94:7, 94:15, 94:22, 95:9, 96:8, 103:9, 104:6,

105:10, 106:1, 106:7, 111:21, 111:23, 115:21, 115:24, 119:12, 126:4, 128:10, 132:12, 135:22, 136:17, 137:9, 138:8, 141:16, 141:21

**multiple** [2] - 89:13, 89:15

**Murat** [5] - 115:9, 115:11, 116:11, 116:19, 117:9

**must** [1] - 9:25

## N

**name** [110] - 17:5, 18:23, 25:4, 44:23, 44:25, 45:15, 45:17, 46:6, 46:14, 47:15, 47:20, 47:21, 48:9, 49:6, 50:1, 51:25, 52:3, 52:4, 52:5, 52:7, 52:16, 52:18, 53:10, 53:13, 53:21, 53:24, 54:1, 54:5, 54:11, 54:18, 54:25, 55:2, 55:13, 55:22, 56:2, 56:9, 56:23, 57:10, 57:19, 58:2, 58:3, 58:7, 58:8, 58:9, 58:16, 59:2, 59:6, 61:24, 62:5, 63:2, 63:10, 63:12, 63:15, 63:18, 67:3, 67:20, 71:1, 71:23, 72:23, 73:1, 77:9, 77:10, 77:11, 77:13, 77:25, 79:17, 80:3, 81:2, 81:9, 81:17, 82:24, 86:25, 89:5, 89:19, 91:1, 91:22, 92:3, 92:7, 97:19, 97:22, 98:4, 98:7, 98:16, 98:22, 98:24, 100:24, 101:13, 106:8, 115:9, 115:11, 116:11, 117:12, 117:22, 118:4, 118:11, 118:13, 120:8, 122:1, 123:6, 124:17, 124:20, 124:22, 128:19, 131:14, 132:1, 132:5, 132:7, 132:8, 134:5

**NAME** [1] - 4:3

**named** [3] - 51:6, 107:12, 133:13

**names** [11] - 48:13, 56:17, 91:12, 91:16,

91:17, 93:10, 98:18, 110:3, 120:14, 120:15

**Naso** [1] - 92:7

**Naushchyan** [2] - 58:16, 59:2

**Nazar** [5] - 54:18, 54:19, 91:21, 91:22, 92:9

**Nazareth** [1] - 92:7

**near** [3] - 67:8, 78:5, 79:5

**necessarily** [3] - 11:1, 11:2, 98:5

**necessary** [1] - 11:16

**need** [14] - 11:1, 65:2, 68:9, 77:23, 78:3, 86:19, 89:3, 92:14, 93:5, 105:18, 134:9, 137:15, 137:19, 138:6

**needed** [2] - 136:15, 137:7

**Nerses** [2] - 58:16, 59:2

**Nevada** [5] - 102:1, 102:3, 102:8, 102:16, 102:18

**new** [4] - 18:16, 77:25, 98:13, 98:22

**New** [55] - 2:16, 60:25, 61:9, 61:10, 63:1, 63:5, 64:3, 64:10, 64:22, 65:14, 65:25, 66:13, 70:2, 70:16, 71:23, 72:5, 73:5, 73:10, 73:22, 74:22, 75:1, 75:3, 75:13, 75:17, 75:25, 77:7, 77:18, 80:10, 80:12, 81:15, 82:8, 84:5, 85:3, 85:15, 85:25, 86:11, 86:17, 87:4, 87:10, 87:11, 88:11, 89:20, 90:3, 90:6, 90:8, 90:18, 91:17, 91:18, 91:20, 92:8, 92:13, 92:17, 97:25, 133:13

**NEWCOMER** [1] - 2:14

**Newell** [1] - 86:14

**next** [9] - 34:20, 54:22, 55:11, 109:9, 111:4, 113:5, 114:11, 115:9, 134:15

**nice** [1] - 108:5

**NICHOLAS** [1] - 2:20

**night** [3] - 84:9, 84:16, 141:22

**NO** [2] - 1:23, 143:20

**North** [2] - 2:7, 3:15

**note** [3] - 58:18, 58:20, 128:18

**noted** [1] - 18:13

**notes** [2] - 51:4, 80:13

**nothing** [4] - 30:21, 43:22, 104:3, 138:15

**notifications** [1] - 48:8

**November** [2] - 99:13, 99:15

**number** [51] - 21:23, 26:25, 45:5, 48:24, 49:4, 53:3, 58:4, 58:5, 58:6, 59:3, 59:4, 60:5, 60:6, 61:5, 61:9, 61:13, 61:23, 62:15, 65:8, 66:15, 67:6, 71:12, 71:14, 75:15, 76:19, 76:23, 77:10, 77:22, 78:13, 79:6, 79:8, 79:11, 79:16, 80:7, 82:7, 82:13, 84:3, 89:7, 97:24, 104:9, 116:23, 120:6, 134:17, 137:5, 137:15, 137:20, 137:23, 137:24, 138:7

**NUMBER** [2] - 5:3

**Number** [1] - 75:20

**numbers** [10] - 33:5, 60:12, 90:10, 97:17, 116:10, 120:17, 130:13, 130:14, 137:8, 137:22

**NW** [1] - 2:21

## O

**o'clock** [3] - 6:20, 129:23, 141:19

**Oaks** [1] - 59:20

**oath** [2] - 31:7, 34:24

**object** [2] - 18:8, 96:8

**objection** [24] - 18:11, 18:12, 18:13, 65:15, 65:17, 94:7, 94:15, 95:9, 95:15, 103:9, 104:6, 111:21, 115:24, 119:12, 119:17, 126:4, 126:12, 128:10, 132:12, 135:22, 136:17, 137:9, 138:8, 138:9

**objections** [1] - 18:21

**observed** [1] - 63:4
**obtain** [3] - 61:12, 73:6, 79:10
**October** [3] - 30:15, 109:6, 129:7
**OF** [8] - 1:2, 1:5, 1:12, 2:1, 3:14, 143:1, 143:3, 143:4
**offering** [3] - 14:7, 95:12, 95:15
**OFFICE** [2] - 2:4, 3:14
**Office** [2] - 107:5, 118:22
**officer** [2] - 124:19, 124:21
**Official** [2] - 143:6, 143:20
**OFFICIAL** [1] - 1:23, 143:1
**Ohanian** [1] - 107:2
**olaf** [1] - 85:24
**old** [1] - 58:21
**older** [1] - 59:11
**Oleksandr** [2] - 131:17, 132:6
**once** [2] - 9:15, 15:25
**One** [21] - 51:7, 55:17, 56:10, 56:17, 56:24, 75:15, 76:4, 76:9, 76:16, 76:24, 77:14, 112:18, 112:22, 113:2, 120:23, 121:12, 122:11, 123:8, 123:20, 124:12, 124:17
**one** [59] - 6:20, 20:22, 25:20, 29:2, 30:7, 46:11, 47:24, 51:8, 61:5, 61:6, 73:13, 74:7, 82:14, 83:4, 83:12, 84:3, 87:4, 87:19, 89:3, 89:11, 94:22, 96:14, 97:17, 98:3, 98:13, 100:3, 101:17, 101:18, 101:20, 101:22, 101:25, 109:9, 112:20, 114:24, 115:18, 116:16, 116:17, 117:22, 118:25, 119:4, 119:5, 119:7, 119:20, 120:3, 120:12, 120:22, 121:3, 122:25, 127:6, 128:2, 128:4, 128:5, 132:4, 134:13,

134:20, 137:24, 138:1
**online** [2] - 86:15, 139:24
**oOo** [1] - 6:3
**open** [9] - 10:3, 28:17, 86:13, 86:18, 86:19, 88:16, 93:1, 98:13, 138:14
**opening** [2] - 98:15, 104:10
**opens** [1] - 98:22
**opinion** [1] - 129:12
**order** [4] - 6:7, 17:14, 93:22, 137:19
**ordered** [1] - 8:14
**organized** [1] - 110:24
**organizing** [1] - 110:10
**original** [18] - 8:6, 8:10, 10:4, 10:5, 12:19, 13:5, 20:15, 20:17, 21:1, 21:7, 21:18, 22:24, 22:25, 23:6, 24:6, 24:14, 26:10, 27:12
**originally** [1] - 8:7
**originating** [1] - 73:4
**outset** [2] - 107:11, 107:12
**overruled** [1] - 65:20
**overruling** [1] - 18:18
**own** [2] - 7:4, 92:14
**owner** [5] - 57:10, 61:6, 61:8, 82:15, 123:24
**owner's** [1] - 46:14
**owners** [4] - 83:8, 136:5, 136:6, 136:10

## P

**p.m** [2] - 141:7, 142:8
**P.M** [2] - 1:13, 6:2
**Pacific** [2] - 3:15, 60:9
**package** [1] - 113:23
**PAETTY** [1] - 2:6
**Page** [1] - 5:3
**page** [146] - 4:3, 5:3, 44:15, 44:16, 45:9, 45:16, 45:25, 46:4, 46:10, 46:16, 46:22, 47:15, 48:21, 48:25, 51:20, 51:22, 51:23, 52:14, 52:21, 53:8, 53:12, 53:16, 53:17, 53:21, 54:8, 54:9,

54:10, 54:13, 54:22, 56:8, 56:20, 57:17, 57:21, 57:22, 58:4, 58:5, 58:7, 58:8, 58:12, 58:14, 58:23, 58:24, 59:3, 59:4, 59:10, 59:13, 59:15, 61:15, 62:2, 62:11, 63:21, 64:19, 66:6, 66:17, 68:10, 68:12, 68:18, 69:2, 69:17, 70:7, 70:21, 71:4, 72:10, 72:14, 72:24, 73:9, 73:16, 74:15, 75:6, 76:6, 76:8, 76:9, 77:2, 78:4, 78:21, 79:13, 80:4, 80:15, 81:10, 81:11, 81:20, 83:16, 84:19, 85:11, 86:24, 88:2, 88:19, 89:18, 90:1, 91:9, 91:25, 92:15, 97:2, 101:3, 101:4, 101:14, 110:24, 111:1, 111:4, 111:6, 112:15, 112:23, 113:5, 113:9, 113:23, 113:24, 113:25, 114:11, 115:3, 115:7, 116:13, 116:14, 117:2, 117:16, 120:20, 120:21, 121:11, 121:13, 130:5, 133:17, 134:15, 134:16, 134:18, 135:4, 135:15, 138:12, 138:13, 138:21, 138:22, 139:8, 139:9, 140:9, 140:10, 141:5, 143:12
**pages** [6] - 56:7, 96:25, 105:11, 105:12, 110:24, 112:8
**Palm** [2] - 50:15, 85:20
**Palmer** [1] - 95:19
**Palmerton** [3] - 95:3, 95:7, 96:21
**paper** [2] - 58:15, 105:8
**Paronyan** [4] - 52:3, 52:4, 52:6, 106:21
**Parra** [27] - 9:7, 9:10, 9:21, 11:6, 12:15, 15:19, 15:20, 15:23, 15:24, 16:11, 16:12, 16:14, 16:18, 17:19, 18:3, 18:15, 18:25, 19:15, 19:25, 25:7, 27:16, 27:25, 28:5,

28:20, 30:22
**PARRA** [2] - 4:4, 19:20
**part** [15] - 11:16, 12:2, 44:15, 70:14, 87:13, 103:25, 104:17, 106:14, 106:17, 107:16, 108:19, 109:18, 119:9, 120:11, 139:12
**participant** [14] - 63:1, 63:2, 63:5, 63:6, 64:10, 64:21, 65:12, 67:3, 67:7, 70:17, 80:12, 87:5, 90:7, 90:8
**participants** [5] - 60:21, 75:3, 81:17, 85:7, 87:24
**particular** [6] - 15:9, 16:12, 16:13, 29:2, 88:20, 99:1
**partnered** [2] - 74:5, 74:7
**parts** [1] - 7:16
**password** [1] - 85:25
**passwords** [1] - 85:8
**Paul** [1] - 93:12
**payroll** [15] - 45:23, 49:8, 69:13, 69:14, 69:25, 70:2, 72:5, 87:21, 87:23, 88:10, 89:3, 89:6, 89:14, 89:15, 90:17
**people** [7] - 84:25, 88:11, 120:15, 131:12, 131:13, 131:15, 131:24
**per** [5] - 65:9, 119:24, 137:23, 137:25, 138:1
**percent** [6] - 74:10, 74:12, 74:25, 83:8, 136:6, 136:11
**percentage** [1] - 74:12
**perfect** [2] - 108:5, 114:1
**permission** [11] - 44:10, 47:10, 48:1, 48:15, 49:10, 49:17, 50:7, 50:22, 51:16, 52:10, 57:12
**person** [14] - 63:16, 63:17, 63:19, 63:20, 96:20, 98:15, 98:21, 100:3, 127:7, 132:10, 132:15
**personal** [4] - 75:4, 77:9, 87:14, 87:16

**personally** [3] - 88:16, 100:4, 141:2
**pertaining** [1] - 127:2
**Peru** [1] - 106:24
**PETER** [2] - 3:14, 3:14
**phone** [70] - 8:11, 8:14, 12:13, 16:11, 16:12, 16:13, 50:4, 51:2, 51:3, 53:17, 54:2, 55:24, 56:1, 56:15, 59:14, 59:25, 61:5, 61:8, 61:9, 61:13, 61:22, 61:24, 62:2, 62:15, 72:9, 79:6, 79:8, 79:16, 82:2, 82:6, 86:23, 97:13, 97:17, 97:24, 97:25, 98:3, 98:6, 98:15, 98:21, 99:1, 99:19, 99:21, 99:24, 100:3, 100:11, 100:14, 103:19, 104:4, 106:17, 106:20, 106:23, 107:1, 108:14, 108:22, 125:24, 126:15, 127:1, 127:14, 127:17, 128:3, 128:6, 128:8, 128:17, 128:21, 129:11, 129:17, 132:24, 140:14, 141:11
**phone's** [1] - 100:6
**phones** [7] - 9:8, 35:4, 109:13, 124:25, 125:2, 125:6, 125:7
**phonetic** [2] - 86:15, 107:2
**photo** [1] - 95:4
**photograph** [2] - 45:7, 128:18
**photographs** [3] - 26:16, 59:10, 128:16
**physical** [3] - 22:2, 31:3, 31:15
**pick** [1] - 127:23
**picture** [49] - 25:14, 25:16, 26:1, 29:10, 30:6, 30:12, 30:15, 44:22, 44:24, 45:14, 46:5, 48:21, 51:2, 51:4, 51:24, 52:2, 52:3, 52:16, 53:10, 53:13, 54:11, 54:17, 54:24, 55:22, 55:24, 56:1, 56:2, 56:9, 57:19, 57:25, 58:15,

59:1, 59:11, 67:19, 71:1, 71:21, 72:13, 72:22, 81:1, 91:1, 96:14, 96:20, 96:24, 97:2, 97:5, 97:8, 131:20
**pictured** [1] - 55:6
**pictures** [5] - 49:16, 96:1, 97:1, 131:20, 131:25
**piece** [3] - 58:15, 108:2, 116:9
**pieces** [1] - 61:1
**ping** [2] - 100:11, 100:14
**pinging** [1] - 100:8
**place** [2] - 31:3, 119:11
**placed** [1] - 111:10
**places** [1] - 138:14
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**platform** [1] - 140:15
**point** [14] - 6:9, 6:15, 13:3, 13:4, 94:22, 105:22, 107:8, 117:21, 128:13, 133:17, 136:12, 138:12, 138:21, 139:8
**pointed** [2] - 11:20, 140:25
**pookie** [1] - 86:5
**portion** [3] - 12:3, 49:22, 49:23
**position** [1] - 27:4
**potentially** [2] - 8:25, 12:21
**pound** [1] - 60:6
**PPP** [27] - 46:8, 48:9, 48:12, 52:7, 68:25, 74:1, 74:3, 74:5, 74:25, 81:8, 83:22, 89:13, 99:16, 110:2, 112:23, 119:3, 119:5, 119:19, 131:4, 136:15, 136:22, 137:3, 137:8, 137:14, 137:15, 138:18
**practice** [2] - 100:5, 100:9
**prejudicial** [1] - 19:5
**preparation** [1] - 7:12
**prepare** [1] - 16:3
**prepared** [14] - 7:10, 7:22, 8:18, 11:11, 14:16, 14:22, 15:12, 15:14, 15:17, 15:18, 15:23, 15:24, 103:22, 103:24

**preparer** [2] - 49:3, 49:6
**present** [1] - 127:17
**presenting** [1] - 133:6
**previous** [1] - 89:12
**previously** [34] - 19:21, 31:9, 35:23, 36:11, 36:15, 37:3, 37:5, 37:20, 37:24, 38:3, 43:18, 43:25, 47:11, 48:2, 48:16, 49:11, 50:18, 50:23, 51:12, 52:25, 59:24, 61:16, 62:1, 62:7, 72:8, 72:16, 79:14, 80:1, 100:21, 108:3, 116:23, 128:24, 141:3
**primary** [1] - 76:24
**private** [1] - 50:5
**privileged** [2] - 8:25, 12:21
**problem** [1] - 16:15
**proceedings** [2] - 142:8, 143:11
**processing** [1] - 74:5
**processor** [3] - 74:1, 74:3, 83:22
**Produce** [4] - 71:23, 72:5, 73:11, 73:22
**produce** [1] - 73:5
**produced** [7] - 12:24, 110:16, 110:19, 110:21, 115:17, 115:19, 125:15
**product** [1] - 125:12
**program** [5] - 65:9, 99:16, 119:3, 119:24, 136:25
**projecthype30@ yahoo.com** [3] - 86:7, 86:21, 87:3
**prosecutor** [1] - 9:17
**prosecutors** [2] - 127:9, 127:21
**proven** [1] - 50:6
**provide** [2] - 77:18, 137:23
**provided** [1] - 79:6
**providing** [1] - 48:22
**public** [1] - 122:22
**publish** [16] - 29:22, 44:10, 47:10, 48:1, 48:15, 49:10, 49:17, 50:7, 50:22, 51:16, 52:10, 57:12, 96:10, 116:2, 123:17, 123:18
**published** [1] - 44:1
**pull** [10] - 67:15,

70:22, 71:19, 80:1, 89:18, 91:9, 113:20, 114:8, 116:23, 139:10
**pulling** [3] - 45:16, 76:3, 81:7
**punctual** [1] - 141:25
**purchases** [3] - 101:8, 101:16, 101:25
**purpose** [2] - 9:12, 72:4
**purposes** [4] - 11:2, 27:12, 70:3, 95:13
**pursuant** [2] - 121:6, 143:9
**put** [10] - 16:9, 44:16, 51:20, 56:11, 70:2, 82:22, 108:17, 110:7, 131:2, 134:15

### Q

**qualify** [1] - 65:1
**Quality** [2] - 83:2, 83:4
**questioned** [2] - 103:12, 103:13
**questions** [13] - 6:15, 7:3, 24:23, 30:19, 34:18, 93:11, 95:16, 121:21, 128:11, 129:19, 131:19, 141:14, 141:16
**quick** [2] - 74:10, 129:22
**quickly** [1] - 105:18
**quite** [4] - 7:16, 10:2, 10:3, 98:8
**quiz** [2] - 114:6, 116:22

### R

**raise** [2] - 94:9, 136:9
**RAM** [1] - 2:11
**ran** [1] - 120:15
**read** [15] - 17:9, 29:11, 51:13, 66:21, 77:21, 83:1, 84:8, 86:12, 92:1, 134:7, 134:13, 134:20, 138:13, 139:13, 140:21
**reading** [1] - 65:16
**reads** [19] - 66:22, 66:24, 70:2, 75:15, 75:16, 82:15, 83:2, 84:9, 84:11, 84:14, 84:16, 86:13, 88:10,

92:2, 92:5, 92:7, 134:9, 138:14
**ready** [1] - 86:17
**real** [1] - 132:15
**really** [1] - 29:11
**Realtime** [1] - 143:6
**realtime** [2] - 100:6, 100:12
**Realty** [1] - 69:25
**recalling** [1] - 19:15
**receipt** [3] - 71:21, 72:13, 73:2
**receive** [4] - 115:21, 119:4, 119:5, 119:7
**received** [32] - 23:13, 23:14, 24:21, 24:22, 29:19, 29:20, 34:16, 34:17, 39:21, 39:23, 41:1, 41:3, 41:19, 41:20, 42:21, 42:22, 43:14, 43:16, 78:20, 95:3, 95:6, 95:21, 96:6, 96:7, 115:25, 116:1, 119:20, 120:2, 122:23, 122:24, 123:14, 123:15
**receiving** [1] - 95:24
**recess** [3] - 17:12, 17:13, 93:17
**recognize** [52] - 20:3, 20:5, 20:6, 20:11, 20:13, 22:5, 22:7, 22:8, 22:18, 22:20, 22:21, 23:18, 23:20, 23:21, 24:2, 24:4, 24:5, 27:22, 28:11, 31:21, 31:23, 32:6, 32:8, 32:9, 32:10, 32:17, 32:19, 32:20, 32:22, 34:11, 35:8, 35:10, 35:13, 35:15, 36:3, 36:5, 36:8, 36:10, 36:21, 36:23, 37:1, 37:2, 37:10, 37:12, 37:17, 37:19, 47:15, 52:21, 68:13, 82:13, 130:3, 139:22
**record** [19] - 18:4, 18:10, 18:19, 18:24, 62:5, 62:20, 79:16, 97:21, 100:24, 101:14, 101:17, 114:12, 114:25, 115:17, 116:18, 117:1, 117:5, 117:11, 122:22
**records** [8] - 61:12, 61:22, 62:7, 68:4, 68:7, 73:6, 79:10,

99:23
**red** [1] - 60:14
**redact** [1] - 92:5
**redacted** [4] - 19:7, 88:11, 89:3, 111:23
**redactions** [1] - 13:3
**Redline** [1] - 81:8
**Redondo** [1] - 3:16
**reduction** [1] - 8:15
**refer** [7] - 49:25, 63:1, 63:5, 63:10, 63:12, 63:15, 63:18
**reference** [3] - 6:9, 7:13, 11:17, 13:25, 50:12, 50:13, 64:4, 64:12, 67:3, 71:10, 78:8, 78:9, 78:20, 78:25, 81:17, 82:24, 83:20, 83:25, 86:6, 87:11, 88:13, 89:7, 90:3, 96:23, 104:9, 106:2, 106:4, 106:8, 107:21, 133:15, 134:2, 134:11, 135:5
**referenced** [11] - 9:21, 68:2, 75:21, 96:21, 97:5, 109:17, 111:18, 112:5, 131:18, 135:12, 139:18
**references** [6] - 83:13, 104:13, 104:16, 104:19, 104:25, 108:22
**referencing** [2] - 109:13, 135:1
**referred** [2] - 133:4, 133:5
**referring** [3] - 28:24, 132:22, 135:10
**reflected** [1] - 112:14
**reflecting** [2] - 69:8, 89:16
**reflection** [1] - 14:17
**reflects** [1] - 69:13
**regard** [1] - 19:8
**regarding** [1] - 77:18
**registered** [3] - 97:18, 99:20, 113:17
**regulations** [1] - 143:13
**relate** [1] - 10:24
**related** [3] - 18:12, 68:4, 129:3
**relationship** [2] - 64:6, 64:7
**relevant** [4] - 12:2, 127:13, 128:5, 128:8
**relief** [1] - 84:25
**rely** [1] - 16:2

**remember** [7] - 50:1, 131:13, 131:15, 131:16, 132:6, 132:8, 139:3
**remind** [2] - 49:24, 116:22
**reminded** [2] - 31:6, 34:23
**renew** [2] - 18:17, 18:19
**repeat** [1] - 134:17
**report** [158] - 7:15, 7:17, 7:19, 7:21, 7:24, 8:7, 8:10, 8:17, 8:24, 9:1, 9:2, 9:5, 9:16, 9:17, 9:20, 9:23, 10:3, 10:4, 10:5, 10:16, 10:18, 10:23, 11:6, 11:12, 11:16, 12:5, 12:10, 12:16, 12:18, 12:20, 12:25, 13:6, 13:7, 13:10, 13:13, 13:20, 14:1, 14:4, 14:6, 14:8, 14:17, 14:21, 15:6, 15:10, 15:12, 15:17, 15:18, 15:21, 15:24, 15:25, 16:8, 16:20, 16:22, 16:25, 17:21, 18:8, 19:4, 19:7, 20:14, 20:15, 20:18, 20:21, 21:1, 21:5, 21:7, 21:13, 21:17, 21:18, 22:21, 22:23, 22:24, 22:25, 23:2, 23:5, 23:6, 23:8, 24:5, 24:6, 24:10, 24:13, 24:14, 24:16, 27:13, 28:25, 29:17, 29:25, 30:1, 32:2, 32:11, 32:25, 33:1, 33:2, 33:8, 33:11, 33:13, 33:15, 33:19, 34:3, 34:5, 34:9, 34:11, 35:19, 35:23, 36:15, 37:23, 38:18, 38:21, 38:25, 39:6, 39:11, 39:16, 40:16, 40:21, 41:8, 41:10, 41:15, 41:25, 42:4, 42:11, 42:16, 43:4, 43:9, 49:22, 68:22, 69:8, 69:12, 88:10, 89:3, 90:17, 91:6, 91:12, 91:15, 92:4, 125:9, 125:15, 126:5, 126:11, 126:14, 126:17, 126:19, 126:21, 126:23, 127:6, 127:8, 127:9, 128:7, 128:9, 129:3
**report-clean.pdf** [1] - 92:4
**report.PDF** [1] - 89:6
**reported** [3] - 45:23, 89:23, 143:11
**Reporter** [2] - 143:7, 143:20
**reporter** [1] - 18:24
**REPORTER** [2] - 1:23, 143:1
**REPORTER'S** [1] - 1:12
**reports** [7] - 87:21, 87:23, 89:14, 89:15, 127:5, 127:24
**represent** [1] - 113:22
**representation** [6] - 14:6, 39:15, 40:20, 42:3, 42:15, 43:8
**representative** [1] - 47:8
**representatives** [1] - 47:4
**request** [1] - 65:7
**requirement** [1] - 16:18
**research** [1] - 126:8
**residence** [2] - 99:22, 141:1
**resolve** [1] - 6:16
**respect** [1] - 87:21
**respond** [11] - 64:10, 75:1, 75:17, 75:19, 82:8, 82:10, 85:3, 85:21, 86:2, 92:8, 92:22
**responds** [4] - 86:17, 86:21, 92:9, 92:25
**response** [3] - 64:12, 70:1, 70:15
**responsive** [2] - 8:23, 10:25
**responsiveness** [2] - 9:13, 9:15
**resume** [1] - 19:2
**retrieved** [1] - 103:19
**returned** [1] - 9:17
**revealed** [2] - 127:4, 129:8
**review** [47] - 8:24, 9:13, 20:9, 20:16, 22:16, 23:25, 32:3, 32:15, 35:25, 36:17, 37:7, 37:15, 38:4, 38:8, 38:10, 38:23, 38:24, 39:4, 39:10, 39:14, 39:25, 40:2, 40:4, 40:6, 40:8,

40:10, 40:18, 41:5, 41:13, 41:22, 42:2, 42:7, 42:14, 42:25, 43:7, 62:23, 68:4, 70:4, 83:10, 105:1, 105:9, 106:16, 106:20, 106:23, 107:1, 126:5, 130:18
**reviewed** [46] - 7:18, 8:3, 16:22, 20:8, 20:9, 21:5, 21:17, 24:10, 27:7, 35:11, 35:17, 35:23, 36:6, 36:11, 36:16, 36:24, 37:3, 37:5, 37:13, 37:20, 37:24, 38:3, 43:19, 46:11, 47:1, 62:7, 96:22, 97:25, 99:23, 103:25, 104:17, 104:21, 106:12, 106:13, 109:14, 109:17, 125:5, 126:10, 126:21, 126:23, 127:7, 127:9, 127:24, 128:7, 128:9
**reviewing** [5] - 14:4, 109:21, 109:24, 127:5, 127:24
**revise** [1] - 136:21
**Rich** [46] - 60:25, 61:9, 61:10, 63:1, 63:3, 63:5, 64:3, 64:10, 64:22, 65:14, 65:25, 66:13, 70:2, 70:16, 74:22, 75:1, 75:3, 75:13, 75:17, 75:25, 77:7, 77:18, 80:10, 80:12, 81:15, 82:8, 84:5, 85:3, 85:15, 85:25, 86:11, 86:13, 86:17, 86:21, 87:4, 87:10, 87:11, 88:11, 90:6, 90:8, 91:17, 92:8, 92:17, 92:25, 97:25, 133:13
**rich** [2] - 70:14, 82:6
**rich@flipper.com** [3] - 51:15, 54:2, 62:2
**Richard** [10] - 47:9, 56:24, 63:3, 64:8, 64:9, 97:6, 97:22, 102:4, 102:7, 102:15
**RICHARD** [2] - 1:8, 2:10
**rid** [1] - 82:19
**rise** [5] - 19:12, 93:15, 93:18, 93:21, 142:6
**Road** [1] - 3:11
**ROOM** [1] - 1:24

**Rosa** [2] - 118:13, 118:16
**routing** [1] - 67:6
**RPR** [1] - 143:20
**rule** [1] - 115:20
**ruled** [1] - 15:13
**rules** [2] - 119:24, 136:25
**ruling** [2] - 17:18, 18:3
**Runya** [1] - 72:3
**Runyan** [10] - 62:8, 67:22, 69:9, 71:25, 78:8, 78:9, 78:10, 80:2, 80:7, 138:25
**Ryan** [1] - 25:4
**RYAN** [1] - 3:6

## S

**Saakyan** [5] - 45:15, 47:21, 131:16, 132:1, 132:8
**Sabala** [5] - 81:17, 82:2, 82:6, 82:7, 82:19
**safe** [1] - 102:15
**San** [2] - 2:19, 3:5
**sane** [3] - 84:13, 135:17, 135:18
**satisfied** [1] - 16:1
**save** [5] - 98:13, 98:16, 98:22, 98:24, 105:25
**saved** [1] - 97:25
**saves** [1] - 98:16
**saw** [12] - 26:12, 33:8, 52:25, 97:18, 97:21, 99:2, 101:13, 114:15, 128:18, 128:21, 129:16, 133:4
**SBA** [9] - 48:7, 64:24, 73:22, 107:9, 120:16, 127:2, 136:14, 137:22, 137:23
**scope** [1] - 128:10
**SCOTT** [1] - 2:6
**screen** [28] - 27:23, 43:21, 43:22, 44:5, 46:2, 48:7, 50:12, 51:3, 56:13, 57:24, 61:17, 61:19, 68:19, 69:5, 71:6, 72:19, 75:8, 79:5, 89:21, 89:25, 90:13, 90:15, 90:23, 91:4, 91:10, 95:20, 125:20, 125:23
**scroll** [11] - 44:14, 45:9, 47:14, 48:5,

48:18, 49:14, 57:16, 58:23, 59:13, 72:18, 91:15
**scrolling** [7] - 52:21, 53:8, 54:13, 54:22, 55:1, 56:7, 56:20
**search** [12] - 8:23, 9:14, 11:1, 92:13, 107:20, 107:22, 108:4, 118:16, 124:24, 125:5, 125:7, 139:6
**searched** [1] - 125:9
**seat** [1] - 97:12
**seated** [4] - 6:6, 19:14, 93:20, 93:21
**second** [35] - 8:16, 9:2, 9:20, 9:22, 10:15, 10:18, 10:22, 11:5, 11:12, 11:16, 12:17, 14:1, 14:4, 14:6, 14:7, 14:17, 15:25, 16:20, 16:25, 17:20, 97:2, 118:10, 119:22, 119:25, 121:8, 121:9, 126:17, 126:21, 132:4, 136:25, 137:13
**secondary** [1] - 16:19
**Secretary** [4] - 122:11, 122:14, 122:18, 123:5
**Section** [1] - 143:9
**section** [11] - 11:20, 11:21, 11:22, 11:24, 11:25, 12:1, 29:25, 48:22, 49:1, 49:3, 69:11
**Security** [6] - 45:14, 52:4, 57:25, 58:1, 58:18, 78:13
**security** [1] - 53:5
**see** [138] - 6:9, 6:15, 7:4, 10:8, 10:22, 11:4, 16:24, 17:20, 20:1, 20:24, 22:2, 23:16, 27:23, 27:25, 28:21, 28:22, 29:4, 30:2, 31:15, 31:18, 35:5, 36:1, 36:18, 37:8, 43:21, 44:4, 44:18, 45:11, 46:1, 46:18, 46:24, 52:15, 53:19, 54:14, 56:13, 59:15, 59:17, 61:18, 62:3, 62:13, 63:23, 66:8, 66:19, 67:1, 67:16, 68:9, 68:19, 69:4, 69:14, 69:19, 70:4,

70:9, 70:23, 71:6,
71:20, 72:12, 72:19,
73:17, 74:12, 74:17,
75:8, 77:4, 78:6,
78:22, 80:5, 80:17,
80:25, 81:12, 81:22,
83:17, 84:20, 85:12,
88:5, 88:21, 89:21,
90:14, 90:22, 91:4,
91:10, 92:2, 95:22,
96:3, 99:12, 99:14,
100:23, 101:1, 101:6,
101:10, 101:16,
101:17, 102:2,
105:20, 108:6,
108:20, 108:23,
109:2, 109:3, 109:4,
109:7, 109:10, 111:1,
111:5, 111:6, 112:20,
113:6, 113:14, 114:2,
114:4, 114:11,
114:13, 114:21,
115:7, 116:5, 116:9,
116:11, 116:14,
116:18, 116:20,
117:4, 117:6, 117:14,
117:22, 118:5,
118:11, 118:15,
120:21, 120:24,
121:12, 121:17,
122:7, 124:20,
125:20, 129:1, 132:2,
134:19, 140:12
  **seeing** [2] - 99:8,
115:13
  **seized** [3] - 99:21,
108:3, 118:16
  **select** [2] - 16:16,
102:25
  **send** [15] - 66:15,
67:6, 67:7, 70:14,
70:17, 71:16, 75:15,
80:12, 82:3, 85:19,
92:6, 92:10, 93:2,
139:11, 139:14
  **sender** [1] - 60:10
  **sending** [1] - 70:5
  **sends** [5] - 75:24,
84:22, 86:9, 87:9,
92:16
  **sense** [1] - 14:3
  **sent** [15] - 60:16,
66:10, 70:11, 71:18,
77:6, 80:9, 84:10,
87:23, 90:7, 91:16,
92:3, 92:19, 99:11,
99:12, 99:13
  **service** [4] - 49:8,
108:23, 109:13, 115:6
  **Service** [10] - 50:5,

115:22
  **Silverman** [1] -
116:25
  **similar** [8] - 109:12,
120:13, 130:10,
130:13, 130:15,
130:20, 130:21, 131:1
  **similarly** [1] - 13:18
  **simple** [1] - 74:25
  **simply** [1] - 112:1
  **sister** [1] - 84:25
  **sit** [2] - 104:24, 110:3
  **site** [1] - 50:4
  **situation** [1] - 17:19
  **skip** [1] - 81:11
  **sleep** [1] - 84:16
  **slide** [1] - 45:17
  **small** [1] - 10:23
  **Small** [2] - 107:5,
118:21
  **smaller** [1] - 29:10
  **Social** [6] - 45:14,
52:4, 57:25, 58:1,
58:18, 78:13
  **socials** [1] - 92:2
  **someone** [4] - 15:17,
98:6, 132:17, 133:13
  **sorry** [7] - 15:10,
76:14, 78:9, 78:24,
98:8, 123:3, 124:3
  **sort** [2] - 16:6, 55:7
  **sound** [1] - 112:25
  **sounds** [1] - 120:1
  **source** [2] - 12:20,
88:16
  **speaks** [1] - 65:18
  **Spear** [1] - 2:18
  **Special** [7] - 34:22,
60:21, 95:3, 95:7,
95:19, 96:20, 121:24
  **specific** [2] - 50:13,
106:8
  **specifically** [4] -
48:11, 45:23, 48:22,
74:4
  **speculation** [2] -
104:6, 137:9
  **spell** [1] - 92:7
  **spelled** [1] - 108:9
  **Spring** [2] - 2:7,
85:20
  **Square** [1] - 92:20
  **SS** [1] - 92:5
  **stamp** [2] - 122:14,
122:17
  **stand** [3] - 19:1,
31:4, 97:7
  **Standard** [1] - 60:9
  **stands** [1] - 17:11
  **start** [8] - 7:5, 7:7,

9:4, 15:5, 110:24,
112:18, 122:3, 141:23
  **started** [4] - 64:24,
92:21, 128:12, 133:9
  **starting** [4] - 51:23,
58:16, 90:12, 101:9
  **State** [4] - 122:11,
122:15, 122:18, 123:5
  **STATE** [1] - 143:4
  **state** [2] - 18:23,
122:18
  **statement** [5] -
67:19, 68:23, 69:11,
123:4, 124:12
  **STATES** [3] - 1:1,
1:5, 2:4
  **States** [5] - 2:6, 2:7,
143:7, 143:9, 143:14
  **stationary** [2] -
57:19, 58:3
  **status** [4] - 121:2,
121:9, 121:16, 121:18
  **stenographically** [1]
- 143:11
  **step** [1] - 98:10
  **STEPHEN** [1] - 1:3
  **STEPTOE** [4] - 2:11,
2:14, 2:17, 2:20
  **still** [7] - 31:7, 34:24,
55:8, 55:18, 56:4,
56:25, 120:19
  **stop** [1] - 44:15
  **stopping** [2] - 47:15,
57:17
  **stored** [2] - 25:16,
25:18
  **straight** [1] - 84:17
  **straightened** [1] -
6:25
  **STREET** [1] - 1:24
  **Street** [5] - 2:7, 2:12,
2:18, 3:7, 117:13
  **street** [3] - 58:7,
58:8, 59:6
  **stupid** [1] - 86:15
  **subject** [3] - 102:5,
102:10, 102:11
  **submitted** [21] -
45:24, 46:9, 47:24,
50:23, 52:7, 54:20,
76:11, 80:2, 81:8,
89:19, 90:18, 91:18,
111:23, 120:13,
131:5, 131:8, 135:13,
139:24, 140:1, 140:8,
140:20
  **submitting** [1] -
112:23
  **subscriber** [17] -
61:12, 61:22, 61:24,

62:5, 62:20, 79:10,
79:16, 79:17, 97:21,
114:12, 114:19,
114:24, 116:5,
116:18, 117:9,
117:11, 117:12
  **subsection** [1] - 30:1
  **subset** [34] - 8:17,
8:18, 9:19, 9:22, 10:7,
10:15, 12:11, 12:18,
13:7, 13:9, 20:14,
20:25, 21:2, 21:9,
21:12, 21:13, 21:18,
22:23, 23:2, 23:5,
23:8, 24:6, 24:10,
24:13, 24:16, 32:1,
33:18, 33:19, 34:5,
34:8, 34:11, 34:13,
126:18, 126:24
  **subsets** [1] - 33:24
  **subtractions** [1] -
101:5
  **suggests** [1] - 104:4
  **Suite** [6] - 2:12, 2:18,
3:4, 3:7, 3:11, 3:15
  **summary** [11] -
46:12, 51:9, 83:5,
83:10, 87:22, 89:12,
91:20, 115:2, 125:19,
125:21, 139:18
  **SUN** [1] - 2:5
  **Sun** [1] - 117:13
  **superseding** [2] -
112:2, 112:6
  **supplied** [2] - 138:6,
138:7
  **supply** [1] - 137:19
  **support** [1] - 45:24
  **supporting** [1] -
45:22
  **suppose** [1] - 136:24
  **suppress** [1] - 18:17
  **Supreme** [1] - 15:8
  **Susanna** [10] - 55:3,
55:5, 55:13, 55:23,
55:25, 56:2, 56:9,
56:17, 123:25, 124:19
  **sustain** [2] - 95:15,
138:9
  **sustained** [2] -
126:12, 132:13
  **sworn** [2] - 19:21,
31:9

**T**

  **T-Mobile** [2] - 61:22,
79:16
  **table** [1] - 60:4
  **tag** [2] - 8:20, 11:2

67:22, 69:9, 71:25,
72:3, 78:8, 78:10,
80:2, 80:7
  **SESSION** [1] - 1:12
  **set** [1] - 138:5
  **seven** [1] - 84:9
  **several** [6] - 27:4,
97:13, 99:15, 100:19,
102:21, 110:9
  **share** [1] - 55:2
  **Sherman** [1] - 59:20
  **shit** [2] - 86:15,
139:15
  **shoot** [2] - 95:8,
95:20
  **shortly** [1] - 123:17
  **shout** [1] - 123:3
  **show** [35] - 27:15,
30:12, 39:5, 43:20,
46:7, 53:16, 57:18,
57:21, 61:15, 61:16,
62:1, 62:12, 68:10,
69:2, 69:17, 72:7,
72:14, 73:8, 73:10,
74:24, 76:8, 79:13,
83:15, 90:13, 92:15,
94:20, 94:21, 105:3,
105:5, 107:24, 128:3,
128:4, 128:24, 140:7
  **showed** [2] - 29:7,
99:23
  **showing** [15] - 27:20,
28:2, 28:10, 28:17,
29:10, 29:24, 44:15,
51:12, 63:21, 68:12,
71:16, 72:10, 77:2,
81:10, 122:25
  **shown** [12] - 12:23,
27:25, 45:17, 54:5,
58:13, 60:19, 68:21,
73:4, 96:1, 97:1,
108:21, 125:23
  **shows** [2] - 46:4,
129:6
  **side** [17] - 46:1,
56:13, 57:23, 59:13,
61:17, 61:19, 62:12,
68:19, 69:4, 72:19,
89:21, 89:25, 90:13,
90:14, 90:23, 91:4,
91:10
  **sign** [1] - 60:6
  **signature** [1] - 114:1
  **signed** [5] - 31:24,
36:7, 36:25, 37:13,
78:2
  **signers** [1] - 73:13
  **SILVERMAN** [2] -
2:20, 18:16
  **silverman** [1] -

**tagged** [2] - 8:25, 27:9

**Tam** [1] - 85:19

**Tamara** [21] - 48:10, 48:13, 53:17, 64:8, 64:9, 64:14, 86:23, 99:3, 99:20, 99:21, 99:24, 103:19, 108:14, 108:21, 117:25, 118:8, 118:17, 132:25, 133:2, 133:12, 135:9

**Tammy** [44] - 50:1, 59:24, 60:25, 61:2, 61:5, 61:7, 63:1, 63:5, 64:1, 66:11, 66:22, 67:3, 67:7, 69:22, 70:12, 70:17, 71:9, 71:16, 74:20, 75:3, 75:13, 80:12, 81:25, 84:10, 84:23, 85:17, 85:21, 86:2, 86:20, 87:5, 88:10, 89:1, 90:7, 91:17, 92:10, 92:22, 93:2, 134:5, 134:25, 135:1, 135:7, 135:9, 138:16, 141:12

**TammyDadyan@ hotmail.com** [1] - 141:11

**target** [2] - 114:12, 117:5

**task** [4] - 9:15, 132:16, 132:17, 141:2

**Tax** [11] - 62:8, 67:22, 69:9, 71:25, 72:3, 78:8, 78:9, 78:10, 80:2, 80:7, 138:25

**tax** [15] - 48:21, 76:17, 76:19, 76:21, 78:13, 79:21, 79:23, 80:9, 84:11, 115:6, 120:6, 120:17, 130:23, 130:25, 131:1

**team** [2] - 9:12, 132:18

**Tech** [6] - 89:20, 90:3, 90:18, 91:18, 91:20, 92:13

**technology** [1] - 74:4

**ten** [3] - 65:9, 83:3, 93:14

**tens** [2] - 27:1, 27:4

**TERABELIAN** [1] - 3:2

**Terabelian** [7] - 18:21, 54:18, 54:19, 91:21, 122:2, 125:25, 129:16

**Terabelian's** [4] - 127:14, 128:3, 128:6, 129:10

**term** [1] - 69:14

**terms** [3] - 33:5, 63:2, 91:12

**TERRI** [4] - 1:23, 143:6, 143:19, 143:20

**testified** [17] - 19:22, 26:13, 31:10, 33:8, 43:18, 45:19, 57:5, 72:8, 72:16, 83:11, 107:4, 123:19, 124:24, 130:1, 130:8, 136:4, 138:23

**testifies** [1] - 15:17

**testify** [13] - 13:4, 15:10, 15:11, 15:20, 16:11, 16:21, 17:19, 17:23, 54:19, 102:17, 103:12, 120:10, 127:22

**testifying** [2] - 15:1, 135:18

**testimonial** [1] - 15:14

**testimony** [13] - 9:21, 89:12, 99:7, 100:19, 102:23, 107:4, 108:12, 108:25, 109:16, 110:7, 119:13, 136:13, 138:8

**text** [76] - 7:14, 8:1, 10:12, 11:13, 11:21, 12:5, 12:9, 12:20, 13:6, 13:8, 13:19, 16:19, 38:14, 60:2, 60:6, 60:12, 60:14, 60:21, 63:22, 64:4, 64:19, 65:12, 66:7, 66:10, 66:17, 66:21, 67:7, 68:1, 70:4, 70:8, 71:5, 74:13, 75:7, 76:21, 77:3, 77:16, 78:5, 80:16, 83:13, 84:19, 85:11, 86:9, 87:8, 87:24, 88:3, 88:20, 89:7, 90:2, 90:8, 91:22, 93:2, 97:13, 97:14, 97:18, 99:2, 102:21, 102:25, 103:4, 103:7, 103:18, 104:1, 104:3, 104:17, 106:12, 106:13, 106:16, 106:20, 106:23, 107:1, 128:5, 132:21, 133:2, 133:9, 133:12, 133:24

**texted** [2] - 81:15,
87:5

**Thanh** [2] - 72:23, 73:13

**thanh** [1] - 71:23

**THE** [194] - 2:3, 2:10, 3:2, 3:9, 3:13, 6:6, 6:8, 6:14, 6:20, 6:21, 6:24, 7:3, 7:7, 7:10, 7:13, 7:21, 8:1, 8:4, 8:9, 8:13, 8:18, 8:21, 9:3, 9:7, 9:10, 9:15, 9:19, 9:22, 9:25, 10:5, 10:8, 10:11, 10:15, 10:18, 10:22, 11:4, 11:9, 11:15, 11:23, 12:2, 12:7, 12:15, 12:19, 12:23, 13:2, 13:11, 13:14, 13:22, 13:25, 14:7, 14:11, 14:15, 15:3, 15:18, 15:22, 16:6, 16:14, 16:17, 16:24, 17:4, 17:7, 17:9, 17:11, 17:14, 17:15, 18:9, 18:13, 18:23, 18:25, 19:1, 19:6, 19:12, 19:14, 19:15, 19:19, 20:20, 20:22, 20:24, 20:25, 21:1, 21:3, 21:14, 21:15, 21:23, 21:25, 23:13, 24:21, 24:24, 25:1, 25:3, 25:21, 25:24, 27:17, 28:1, 28:8, 28:22, 29:19, 29:23, 30:2, 30:20, 30:22, 31:2, 31:5, 31:6, 31:12, 32:12, 33:1, 33:2, 33:4, 33:20, 33:24, 34:16, 34:19, 34:23, 35:1, 39:21, 41:1, 41:19, 42:21, 43:14, 44:2, 44:6, 44:12, 47:12, 48:3, 48:17, 49:12, 49:19, 50:9, 50:24, 51:18, 52:12, 54:3, 57:14, 64:16, 64:17, 65:17, 65:20, 93:12, 93:13, 93:14, 93:15, 93:18, 93:20, 93:24, 94:8, 94:16, 94:18, 95:11, 95:14, 96:6, 96:12, 96:14, 103:11, 104:7, 104:12, 105:11, 105:13, 105:16, 105:17, 105:19, 105:20, 105:23, 105:24, 106:3, 106:9, 111:22, 112:3, 115:25, 116:7,
119:14, 122:6, 122:8, 122:16, 122:20, 122:23, 123:6, 123:14, 123:21, 126:6, 126:10, 126:12, 128:11, 132:13, 135:23, 136:18, 137:10, 137:17, 138:9, 141:15, 141:18, 141:20, 141:22, 142:6

**theft** [1] - 132:11

**thinking** [1] - 7:4

**third** [5] - 63:15, 63:17, 63:18, 63:20, 120:2

**thoughts** [2] - 104:8, 104:10

**thousand** [1] - 26:22

**thousands** [3] - 19:4, 27:2, 27:5

**three** [4] - 55:2, 101:8, 101:16, 111:10

**thumb** [4] - 20:7, 22:11, 22:14, 23:24

**thumbnail** [2] - 29:4, 29:12

**tier** [1] - 77:23

**TIMOTHY** [1] - 4:9

**Timothy** [1] - 34:22

**Title** [1] - 143:9

**title** [8] - 50:4, 63:2, 107:8, 107:14, 108:23, 109:2, 113:11, 113:12

**titled** [2] - 100:24, 112:23

**TLO** [4] - 87:11, 87:19, 88:13, 88:15

**today** [12] - 20:23, 21:5, 25:9, 35:17, 35:24, 54:19, 64:24, 85:20, 104:24, 110:3, 114:9, 141:25

**together** [3] - 108:13, 110:7, 131:2

**Tom** [1] - 74:24

**tomorrow** [2] - 141:23, 141:25

**Tony** [1] - 58:3

**took** [2] - 30:6, 132:17

**Top** [2] - 83:2, 83:4

**top** [17] - 31:24, 58:16, 60:23, 67:8, 78:20, 79:5, 83:16, 86:25, 112:19, 114:11, 116:6, 116:11, 118:4, 120:21, 122:14,
122:17, 140:4

**total** [1] - 111:15

**Tower** [1] - 2:18

**towers** [1] - 100:5

**trace** [1] - 121:16

**track** [1] - 137:22

**Tran** [3] - 71:23, 72:23, 73:13

**transaction** [3] - 68:22, 69:8, 69:12

**TRANSCRIPT** [1] - 1:12

**transcript** [2] - 143:10, 143:12

**transfers** [1] - 69:14

**trial** [2] - 11:2, 16:23

**TRIAL** [1] - 1:12

**triangulate** [1] - 100:6

**tried** [1] - 100:11

**trucking** [1] - 66:2

**true** [19] - 14:5, 15:16, 15:20, 20:16, 21:9, 23:9, 24:17, 34:12, 35:22, 36:15, 37:4, 38:1, 39:15, 40:19, 41:14, 42:3, 42:15, 43:8, 143:10

**trust** [1] - 101:15

**try** [4] - 92:19, 105:19, 129:22, 141:24

**trying** [1] - 136:12

**TTammyDadyan** [1] - 49:25

**TTammyDadyan@ aol.com** [2] - 44:9, 61:7

**turn** [3] - 130:5, 132:20, 139:16

**turned** [1] - 10:6

**turning** [2] - 123:16, 125:18

**twice** [2] - 136:22, 138:3

**two** [21] - 6:13, 17:15, 18:5, 30:17, 47:4, 61:1, 77:23, 83:7, 96:25, 97:1, 118:3, 121:1, 131:7, 131:12, 131:13, 131:24, 131:25, 136:4, 136:5, 136:10

**type** [5] - 26:1, 26:4, 26:7, 40:12, 139:5

## U

**U.S** [3] - 1:3, 14:23, 17:8

**UNITED STATES DISTRICT COURT**

unclear [1] - 8:5
under [9] - 14:23, 15:7, 31:7, 34:24, 77:25, 99:12, 115:20, 118:11, 124:20
underneath [1] - 60:5
understood [1] - 105:23
unemployment [1] - 130:25
unique [1] - 53:3
UNITED [3] - 1:1, 1:5, 2:4
United [5] - 2:6, 2:7, 143:7, 143:9, 143:14
universal [1] - 60:8
up [40] - 6:12, 6:17, 6:24, 18:5, 28:2, 45:16, 45:25, 56:12, 56:20, 59:13, 65:9, 67:15, 68:10, 70:22, 71:19, 76:3, 76:6, 79:5, 80:1, 81:7, 87:14, 87:16, 89:18, 91:9, 97:7, 98:16, 98:22, 99:5, 100:20, 111:9, 113:20, 114:2, 114:8, 116:9, 116:23, 122:16, 129:22, 134:15, 137:12, 139:11
upload [2] - 84:12, 92:14
URL [1] - 109:2
USB [4] - 10:21, 14:10, 32:1, 33:3
user [10] - 43:19, 49:24, 50:1, 51:13, 57:5, 78:20, 78:25, 79:1, 98:3, 99:1

**V**

V&D [1] - 71:1
Vahe [17] - 66:16, 67:3, 67:6, 68:4, 68:17, 70:5, 70:14, 71:2, 117:23, 117:25, 131:14, 133:3, 133:4, 133:7, 139:11, 139:14, 139:20
VAHE [1] - 3:13
valid [4] - 55:8, 55:18, 56:5, 57:1
Valley [1] - 117:13
VAUGHN [1] - 3:6
Vegas [5] - 102:1, 102:3, 102:8, 102:16, 102:18

Ventures [1] - 109:22
verification [1] - 27:12
versus [2] - 14:23, 15:7
victim [1] - 132:11
video [1] - 95:21
Viktoria [13] - 54:12, 62:8, 62:15, 63:8, 63:12, 63:18, 67:22, 77:1, 77:12, 79:17, 80:3, 124:23
violated [1] - 15:13
visit [1] - 109:6
visited [2] - 50:4, 109:3
visits [1] - 109:9
VLA [2] - 108:8, 113:7
voice [2] - 94:10, 122:16
voided [1] - 46:25
voluminous [1] - 7:16
Voyage [13] - 68:7, 68:17, 68:23, 69:9, 117:22, 130:6, 131:4, 135:2, 135:13, 136:1, 136:3, 138:18, 139:20
VPN [4] - 50:5, 50:6, 108:23, 109:13
vs [1] - 1:7
Vuitton [2] - 101:9, 101:17

**W**

wait [2] - 6:22, 139:10
walk [2] - 60:3, 139:14
walked [2] - 102:22, 121:12
walking [1] - 117:18
warrant [3] - 8:23, 9:14, 11:1
Washington [1] - 2:22
web [7] - 11:21, 11:24, 26:14, 49:23, 108:19, 108:22, 138:25
website [4] - 48:22, 75:21, 78:17
Weddington [1] - 118:17
week [1] - 78:3
weeks [1] - 18:2
Wells [2] - 68:16,

86:15
West [3] - 2:12, 3:7, 50:15
WEST [1] - 1:24
WESTERN [1] - 1:2
whereas [1] - 30:10
whole [2] - 7:15, 12:15
WILLIAMS [2] - 3:3, 3:6
WILSON [1] - 1:3
wire [10] - 66:23, 67:6, 68:23, 69:8, 69:11, 71:21, 72:1, 72:13, 73:2
wires [1] - 66:4
WIRSCHING [1] - 3:10
wish [1] - 18:2
withdraw [2] - 135:25, 136:20
witness [19] - 15:11, 15:15, 19:18, 28:17, 31:4, 33:4, 34:20, 34:23, 43:23, 65:16, 93:23, 94:20, 94:21, 105:4, 107:24, 115:14, 126:4, 128:12
WITNESS [26] - 4:1, 4:3, 18:25, 20:22, 20:25, 21:3, 21:15, 25:24, 28:22, 30:2, 31:12, 33:2, 35:1, 41:1, 44:6, 64:17, 94:18, 105:19, 105:23, 116:7, 122:8, 122:20, 123:6, 123:21, 126:10, 137:17
witnesses [2] - 6:13, 31:6
Woodland [5] - 62:18, 67:24, 79:19, 81:4, 114:20
word [1] - 100:8
wording [1] - 11:11
words [3] - 15:23, 16:7, 17:2
wrap [1] - 77:23
written [1] - 114:6
www.Runyantax. com [1] - 139:1

**X**

XS [1] - 30:8

**Y**

year [1] - 130:25

years [1] - 30:17
York [2] - 2:16
yourself [3] - 125:3, 125:7, 127:23

**Z**

Zhadko [17] - 53:11, 53:14, 53:25, 61:25, 62:21, 63:6, 63:10, 63:15, 87:2, 94:6, 94:14, 95:4, 95:21, 96:21, 96:23, 97:5, 97:19
zoom [5] - 108:4, 108:19, 116:9, 117:3, 124:2