1           **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3       **HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

4

5    **UNITED STATES OF AMERICA,**

6                  **Plaintiff,**

7        **vs.**                          **Case No. CR 20-579-SVW**

8    **RICHARD AYVAZYAN, et al,**

9                  **Defendants.**
   _____/

10

11

12                 **REPORTER'S TRANSCRIPT OF**
                **TRIAL - DAY 7 AFTERNOON SESSION**
13               **THURSDAY, JUNE 24, 2021**
                        **1:00 P.M.**
14               **LOS ANGELES, CALIFORNIA**

15

16

17

18

19

20

21

22    _____

23            **TERRI A. HOURIGAN, CSR NO. 3838, CCRR**
               **FEDERAL OFFICIAL COURT REPORTER**
24            **350 WEST FIRST STREET, ROOM 4311**
               **LOS ANGELES, CALIFORNIA  90012**
25                    **(213) 894-2849**

1          APPEARANCES OF COUNSEL:

2

3  FOR THE PLAINTIFF:

4
       UNITED STATES ATTORNEY'S OFFICE
5      BY:  CATHERINE SUN AHN
            CHRISTOPHER FENTON
6           SCOTT PAETTY
       Assistant United States Attorneys
7      United States Courthouse
       312 North Spring Street
8      Los Angeles, California  90012

9

10  FOR THE DEFENDANT:  RICHARD AYVAZYAN

11     STEPTOE and JOHNSON
       BY: ASHWIN J. RAM
12     Attorney at Law
       633 West 5th Street, Suite 1900
13     Los Angeles, California 90071

14     STEPTOE and JOHNSON
       BY:  MEGHAN NEWCOMER
15     Attorney at Law
       1114 Avenue of the Americas
16     New York, New York  10036

17     STEPTOE and JOHNSON
       BY:  MICHAEL A. KEOUGH
18     Attorney at Law
       1 Market Street, Spear Tower, Suite 3900
19     San Francisco, California  94105

20     STEPTOE and JOHNSON
       NICHOLAS P. SILVERMAN
21     Attorney at Law
       1330 Connecticut Avenue, NW
22     Washington, D.C.  20036

23

24

25

UNITED STATES DISTRICT COURT

```
 1   Appearances (Cont.)

 2   FOR THE DEFENDANT:  MARIETTA TERABELIAN

 3       BIENERT KATZMAN LITTRELL WILLIAMS LLP
         BY:  JOHN LEWIS LITTRELL
 4       Attorney at Law
         903 Calle Amenecer, Suite 350
 5       San Clemente, California  92673

 6       BIENERT KATZMAN LITTRELL WILLIAMS LLP
         BY:  RYAN VAUGHN FRASER
 7       Attorney at Law
         601 West 5th Street, Suite 720
 8       Los Angeles, California  90071

 9   FOR THE DEFENDANT:  ARTUR AYVAZYAN

10       JENNIFER J. WIRSCHING
         Attorney at Law
11       1935 Alpha Road, Suite 216
         Glendale, California  91208

12

13   FOR THE DEFENDANT:  VAHE DADYAN

14       LAW OFFICE OF PETER JOHNSON
         BY:  PETER JOHNSON
15       Attorney at Law
         409 North Pacific Coast Highway, Suite 651
16       Redondo Beach, California  90277

17

18

19

20

21

22

23

24

25
```

```
 1                        WITNESS INDEX
 2                           * * *
 3   WITNESS NAME:                              Page
 4                   (NO WITNESSES CALLED.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1        **EXHIBIT INDEX**

2          * * *

3 **EXHIBIT NUMBER:**          **Page**

4

5       **(NO EXHIBITS ENTERED.)**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **LOS ANGELES, CALIFORNIA; THURSDAY, JUNE 24, 2021**

2                        **1:00 P.M.**

3                         --oOo--

4

5          THE COURTROOM DEPUTY:  All rise.

6          (Jury enters the courtroom.)

7          THE COURTROOM DEPUTY:  Please be seated.

8          (Court called to order.)

9          THE COURTROOM DEPUTY:  All rise.

10         THE COURT:  Okay.  We are ready to resume in with

11   the argument.  Who chooses to be next?

12         MR. RAM:  Yes, Your Honor.  Ashwin Ram for Richard

13   Ayvazyan.

14         THE COURT:  Okay.

15         MR. RAM:  The government has two big problems that

16   require an acquittal on every count in this case.

17              The first problem is the evidence you actually

18   heard at trial is not what the government wants it or thinks it

19   is.

20              You heard in the prosecutor's closing

21   argument, which is just argument, it's not evidence, he talked

22   about roles.  He said Richard Ayvazyan is the leader, and he

23   identified roles for all of the defendants at this table.

24              The problem is at trial you didn't hear any

25   evidence about roles or Richard Ayvazyan being a leader or

1  anything along those lines.

2              And that is not surprising because the

3  government ignored anything that contradicted their narrative

4  at trial.

5              The second fatal problem to the government's

6  case is they did not prove what they actually charged beyond a

7  reasonable doubt, but the government must prove the crimes they

8  charged beyond a reasonable doubt.

9              You heard over and over in their closing

10 argument that this is all one big conspiracy with eight

11 defendants -- all one big conspiracy to commit PPP fraud.

12             This is all one big bank and wire fraud

13 related to that same PPP alleged scheme, and one big conspiracy

14 to launder the proceeds of that alleged PPP fraud scheme.

15             That is what the government told you at

16 closing, and that's what the law requires.  They have got to

17 prove all of those things.

18             But the government did not prove those things

19 and our entire criminal justice systems depends on these two

20 things being the same, what was charged and what the evidence

21 actually shows, if anything.

22             And in this case, they are not the same.

23             You also heard over and over in the closing

24 argument about an assembly line of fraud and that assembly line

25 tells you allegedly this is all one big conspiracy again.

1           But in reality if you want to take their

2  assembly line analogy, there is two different factories here,

3  not one, but two.

4           So again, the government didn't prove what it

5  charged.

6           Next, you heard the government say that every

7  defendant is blaming the other and it's one big blame game, but

8  in reality, it's entirely the government's blame for the

9  failure to prove the charges in this case beyond a reasonable

10  doubt, not any one or all of the defendants.

11           Let's take a look at the four buckets of

12  charges that we have been talking about throughout this trial

13  and at closing arguments so far today.

14           You heard about the conspiracy account which

15  is in Count 1.  That is the conspiracy to commit bank and wire

16  fraud in furtherance of obtaining PPP loads fraudulently,

17  right?

18           You also heard the corresponding bank and wire

19  fraud charge schemes, right, that is a scheme, and the scheme

20  is essentially the same as that first conspiracy, so Counts 1

21  through 20 are in the same bucket.

22           We're going to talk about them in a minute

23  here.

24           Then you heard there is a money laundering

25  conspiracy, which is a bit different, but largely the same

1  scheme, with the intent being slightly different to conceal the

2  proceeds of the alleged PPP fraud and to spend money related to

3  the PPP fraud.

4                 And you heard the prosecutor say entirely

5  inconsistent things about that.  He said some defendants and

6  sometimes money was in the open -- in accounts in the name of a

7  defendant transferred to bank accounts in the name of a

8  defendant, and other times it wasn't.  It was obscured.

9                 But at the end of the day, the government has

10  got to prove one overall conspiracy with all of the defendants

11  to engage in money laundering.

12                 Okay.  Third bucket you heard about is the

13  aggravated identity theft count.

14                 Richard Ayvazyan is only charged in Counts 21

15  and 22, and we will talk about those counts this afternoon as

16  well.

17                 And finally, there is the post-release

18  concealment money laundering counts, 28 through 32, and we will

19  visit on those counts as well.

20                 Let's start with the conspiracy count in

21  Count 1.

22                 The key flaw in the government's case is

23  there's not a single overall conspiracy.  You heard at trial,

24  there is two different groups, and we will talk about those

25  groups in a moment, but if there is two different groups, there

1   is two different conspiracies, at least, because as you know

2   the conspiracy is about an overall agreement.  The jury

3   instructions say there has to be an agreement.

4           Now, looking further at the jury instructions

5   you will see in jury instruction 21, it is not enough that

6   defendants met, discussed matters of common interest, acted in

7   similar ways or perhaps even helped one another.  That is not

8   what makes a conspiracy.

9           A conspiracy is one overall agreement to

10  engage in a joint venture.

11          And let's talk about the two different groups

12  and the two different conspiracies you actually heard about at

13  this trial:  The Manuk Grigoryan crew and the Tammy Dadyan

14  group.

15          And there was no evidence that the Grigoryan

16  crew agreed with the Dadyan group to do anything, let alone

17  engage in a joint venture together to commit bank and wire

18  fraud related to PPP and EIDL loans.

19          That is not what the government charged.

20          Now, let's talk about the bank and wire fraud

21  scheme counts, that is Count 2 through 20.  Those counts fail

22  for two independent reasons.

23          The first is the same as it's related to

24  conspiracy Count 1, and that is there is not a single overall

25  scheme.  Two different groups, two different schemes.

1          And the government, second, can't prove beyond

2    a reasonable doubt that Richard Ayvazyan personally made any

3    representation or promise to a bank or a lender, let alone a

4    false one.

5          There is no proof of his fingerprints on a

6    single loan in this case that you have heard.

7          Now, let's talk about the third -- sorry --

8    the second conspiracy in this case, the closely related money

9    laundering conspiracy in Count 26.

10         And here the key flaw in the government's case

11   is essentially the same as the flaw for the conspiracy in

12   Count 1.

13         There is no single overall agreement amongst

14   the alleged coconspirators to commit money laundering, so this

15   count must also fail.  And even if there was somehow one

16   overall agreement, the question is laundering what?

17         The government must prove that the alleged

18   coconspirators agree to knowingly move the proceeds of PPP and

19   EIDL loan fraud to conceal the source of the funds as charged

20   in Counts 1 and the bank and wire fraud Counts 2 through 20,

21   they are essentially derivative.

22         So the government cannot prove the money

23   laundering conspiracy unless they essentially prove all of the

24   same factual predicates for Counts 1 through 20.  And then on

25   top of that, there is additional requirements, additional

```
1   requirements for the money laundering conspiracy, and we will
2   talk about those.
3                   And then finally, we have the two aggravated
4   identity theft counts charged against Richard Ayvazyan.
5                   Count 21 alleges that he used the name of Mark
6   Zindroski in connection with the bank fraud alleged in
7   Count 14, which was for Top Quality Contractors, a loan
8   application.
9                   The second aggravated identity theft count
10  alleged that Richard Ayvazyan used the name of Nazar Terabelian
11  in connection with the wire fraud alleged in Count 11,
12  specifically, and that was the PPP loan funding for the Mod
13  Interiors PPP loan.
14                  These allegations fail because, first of all,
15  the bank and wire fraud scheme, Counts 2 through 20 fail.
16                  These counts aren't supported and that
17  includes Counts 11 and 14, which underlie the aggravated
18  identity theft.
19                  Second, as I mentioned, Mr. Ayvazyan's
20  fingerprints on weren't on those loans, the evidence points to
21  others, and we will talk about that.
22                  That is the overview of all of the counts in
23  the indictment that relate to Richard Ayvazyan.
24                  Sorry, there is one more, post release money
25  laundering charges.  And the allegation here, it is a fancy
```

title, but it just says it's based entirely on the theory that Richard Ayvazyan and only Richard Ayvazyan is Iuliia Zhadko, and Richard Ayvazyan can do the impossible.

If the government can't prove those two things they can't prove their post release money laundering charges.

Because the bottom line is the government does not know who used the Iuliia Zhadko identity at any given time.

You have repeatedly heard evidence to that case in this trial.

And the evidence affirmatively disproves that Richard Ayvazyan -- and to be clear, the defense has no burden to prove anything, not even required to give this argument, present evidence, nothing -- but you will see the evidence that you have heard at trial affirmatively disproves that Richard Ayvazyan could have done what the government alleges while he was on pretrial release under the supervision of probation officer Manuel Ibanec, who you heard testify in this trial.

At the end of the day, I submit to you, you will find that the evidence you actually heard at trial -- not the prosecutor's argument -- but the evidence you actually heard at trial raises more questions and doubts than it resolves.  And you know this already because before the prosecutor stood up to talk today, if you were confused during the trial, you are not alone, okay.

There was so much going on, it was unclear

1    what it is the government is even trying to prove during this

2    trial.  So coming up and making a statement that Richard

3    Ayvazyan is leader of something, if it's not supported by the

4    evidence it means nothing, nothing.

5              And during the last week of trial, you know

6    that no witness was called to give firsthand testimony that

7    Richard Ayvazyan applied for a loan, not a single witness got

8    up on the stand and said, Richard Ayvazyan applied for a loan,

9    I have personal knowledge of that.

10             No one.

11             And frankly, putting aside the case agents who

12   are part of the prosecutor team, no real witness directly

13   connected Richard Ayvazyan to any PPP or EIDL loan.

14             The government's star witness, Anthony Farrer,

15   gives you an example how desperate the government is in this

16   case to connect Richard Ayvazyan to one single overall

17   overreaching conspiracy, and they can't do it.

18             And the reason I say it's a signal of

19   desperation, is he admitted on the stand his entire testimony

20   depended on his credibility -- he admitted to it to his credit,

21   that piece of it.

22             As you know, he's a multi-criminal.  That is

23   who the government called as their star witness to connect

24   Richard Ayvazyan to some loans in this case, and the one

25   overall conspiracy that they purported to charge.

1           You also heard from Amirah Halum, but the only

2   thing of significance that she told you is that -- in fact, she

3   identified Manuk Grigoryan posing as Anton Kudiumov, but

4   Richard Ayvazyan used his own name.  She said, I met with

5   Richard Ayvazyan, and you remember the testimony who is wearing

6   the blue shirt in that video we put up.

7           Again, this is going to be a repeated theme.

8   The defense brought you that video, it was produced in

9   discovery but the government didn't bring that video in this

10  trial, the defense did, because it tends to show that Richard

11  Ayvazyan is not connected to one overall conspiracy that the

12  government charged.

13          And she told you, Richard used his name, and

14  we asked who is wearing the black shirt in the video, and she

15  said, Oh, that is the gentleman named Anton.

16          You have heard a lot of testimony that Anton

17  Kudiumov was an alias for Manuk Grigoryan.

18          And we have three other witnesses the

19  government called up here, perhaps now is a good time to make a

20  broader point about the government's case here, and remind you,

21  this is a criminal case requiring proof beyond a reasonable

22  doubt, right.

23          And who did they call to give you proof beyond

24  a reasonable doubt about this case?  Let's take the two CBP

25  witnesses.  The first guy's name, last name was Felando.  He

```
 1    looked up information the government gave him.  He knew nothing
 2    about this case, nothing.
 3                    Then they called an Officer Rosado, you guys
 4    remember him, he told you he pulled certain credit cards off of
 5    Richard Ayvazyan, and put them right back in his bag, and you
 6    know, no fault to him, but he knew nothing about this case.  He
 7    couldn't even tell you if those were the credit cards that he
 8    removed from Richard Ayvazyan's bag, he couldn't do it.
 9                    And you heard from an FBI Agent -- the
10    government didn't call their own lead case Agent Justin
11    Palmerton, they didn't do that, the defense had to do that.
12                    Who did they call instead from the FBI,
13    Special Agent Bowdler.
14                    And what did Special Agent Bowdler do in this
15    case, one part of her testimony was I'm not the agent on this
16    case, I played a very minor role.  I was at the search warrant
17    of 4910 Topeka, and even that, she said I didn't even walk
18    through the house.  I can't be cross-examined or testify about
19    anything in the house because I didn't even go in.  I stood in
20    the garage, except to use the bathroom for a minute or two,
21    that was literally her testimony.
22                    That is who the government is calling to prove
23    a case beyond a reasonable doubt?  Witnesses that know
24    nothing -- admittedly know nothing about the case.
25                    FBI agents who didn't investigate the case,
```

1    FBI agents who didn't even walk into the house, that is not

2    proof beyond a reasonable doubt.

3                    Then you heard from the government's witness

4    Marylee Robinson, the accountant who didn't do any accounting

5    work in this case.  But even she told you there are no loans in

6    Richard Ayvazyan's name.

7                    We have that testimony up for you.

8                    All right.  So all we have in this case, there

9    is no what they call percipient witnesses, meaning people who

10   actually saw something, heard something, or did something

11   contemporaneously -- not a single one of those witnesses came

12   to trial, so what does that leave us with?  What does that

13   leave the government with to prove their case beyond a

14   reasonable doubt?  They have documents, they have some

15   documents.

16                   And let's talk a little bit what their

17   documents show.

18                   And again, the government has to prove -- as

19   they told you, they claimed it, but they have to prove it that

20   there is one overall conspiracy and scheme to establish a

21   conviction of anyone in this case on Counts 1 through 20 --

22   anyone.  They have got to show it was one overall conspiracy

23   and one overall scheme.

24                   But what did you actually hear?  And they said

25   we charged one conspiracy of eight-plus people, right.  And at

```
1   trial you heard that purported one conspiracy consisted of
2   something like 151 loans.
3                   But the evidence, at best, shows multiple
4   conspiracies, two separate conspiracies and they put this --
5           THE COURT:  That is improper and part of my ruling.
6   I allow you to argue that there wasn't an agreement or there
7   wasn't an overall agreement, but not that argument.
8           MR. RAM:  Strike the multiple conspiracies.  The
9   evidence at best shows --
10          THE COURT:  Different agreements, you can argue
11  that.
12          MR. RAM:  Okay.  Shows two separate agreements, not
13  one overall agreement.
14                  And they put this text messages up from Tammy
15  Dadyan's phone, that was Government Exhibit 10.  I submit to
16  you like every other defense counsel in this case, that is the
17  government's only evidence, frankly, of PPP fraud, only real
18  evidence of PPP fraud, involving any defendant at this trial.
19                  I'm not talking about the applications
20  themselves, whether they were fraudulent, that is not at issue
21  here, we didn't cross-examine a single witness about that.
22                  This case is not -- despite wasting the first
23  four or five days of trial, this case is not about whether the
24  loan applications submitted by various individuals were
25  fraudulent, that is not the issue here today.
```

1          So at the end of the day, the agreement, as

2    jury instructions tell you, the agreement is what controls for

3    a conspiracy, and the agreement is key.

4          So ask yourself, where is the agreement

5    between Tamara Dadyan's group and Manuk Grigoryan's crew.

6    Where is the agreement even within these separate groups?

7               First, let's revisit some of the fundamentals

8    here.

9               Who is in Manuk Grigoryan's crew that you

10   actually heard at trial?  You heard about Edward Paronyan,

11   Arman Hayrapetyan, Payrur Hayrapetyan, the guy they thought was

12   Zhadko, we will come back to him, and then you heard about the

13   alias of Manuk Grigoryan and Anton Kudiumov whose name I'm

14   mispronouncing.

15               Let's look at the testimony, don't take my

16   word for it.  This is Agent Clark from the IRS who was

17   testifying.  My colleague, Mr. Silverman, asked him based on

18   the investigation in this case, are you aware that Arman and

19   Payrur Hayrapetyan are connected with Manuk Grigoryan?

20               Answer, yes.

21               Okay.  Did you investigate how it is that

22   Edward Paronyan applied for a PPP loan in connection with Manuk

23   Grigoryan.

24               Again, this is a constant theme, but again, we

25   followed the money and made the connection that way.

1          So you have Edward Paronyan, the two

2  Hayrapetyans with no relation, and Anton Kuidimov and Manuk

3  Grigoryan as one group.

4          Now, this is going to get detailed, but this

5  is important that I go over this evidence with you.  But there

6  is significant evidence in this case establishing connections

7  between Manuk Grigoryan and what we have just defined as his

8  crew.

9          That is one group.

10         And the links -- let's talk about the links

11 between Manuk Grigoryan and Edward Paronyan.

12         First, we have got to start with defense,

13 again, these are all defense exhibits.  This is strange,

14 because in this case, the defense was the one presenting you

15 evidence of the key issues here.

16         You are going to see a lot of these DX, that

17 means it's a defense exhibit.  You are going to get all of them

18 when you go back to deliberate, so 19 shows there were common

19 IP address hits that were accessed by both Manuk Grigoryan,

20 Grigoryan's J.P. Morgan Chase bank account and Edward

21 Paronyan's J.P. Morgan Chase bank account.

22         You also heard Agent Palmerton testify that

23 EDD which relates to California Employment Disability,

24 something benefits card, in the name of Mark Zindroski was

25 delivered to Paronyan, Edward Paronyan's business.  And he told

1    you the name of that business was Redline Auto Collision.

2                    Then in Government Exhibit 1-J, you will see

3    that Redline Auto Mechanics, which is a loan application in the

4    name of Anton Kuidimov, again, Manuk Grigoryan's alias made

5    transfers to Redline Auto Collision.  That connects Grigoryan

6    with Paronyan as we have already seen.

7                    Now, let's talk about the links between Manuk

8    Grigoryan and Arman Hayrapetyan.

9                    That is Government Exhibit 115, that is their

10   summary chart that they referred to and we are going to revisit

11   that couple of times this afternoon.

12                   It's also in Defense Exhibit 19.  Arman

13   Hayrapetyan transferred loan proceeds to a Chase account in the

14   name of Iuliia Zhadko.  That was accessed by an IP address that

15   also accessed Manuk Grigoryan's Chase Bank account, meaning his

16   own account in his name.

17                   Now let's talk about the link between Manuk

18   Grigoryan and Payrur Hayrapetyan, the fourth member of the

19   Grigoryan's crew.

20                   And you heard Agent Clark, he testified that

21   he observed -- he literally saw Payrur Hayrapetyan on

22   surveillance video of the 6150 Canoga apartment leased to Manuk

23   Grigoryan.  And then later, as you heard, Viktoria Kauichko.

24                   Now, let's talk about Tamara Dadyan's group as

25   alleged by the government.  They say that's Richard Ayvazyan,

1   Marietta Terabelian, Artur Ayvazyan, and Vahe Dadyan.

2                    Let's be clear, at the outset Marietta

3   Terabelian, Artur Ayvazyan, and Vahe Dadyan are clearly victims

4   in this case in one shape, form, or the other.  They are

5   victims, they should not be victim here, period.

6                    Let's look at what the evidence showed Tamara

7   Dadyan's group was, and I'm going to hold off on discussing

8   Richard Ayvazyan's alleged role in either of these groups for a

9   moment and we will come back for that, but for now, let's talk

10  about everybody else.

11            MR. FENTON:  Objection, Your Honor.  You already

12  ruled on this issue.

13            THE COURT:  On what ground?

14            MR. FENTON:  How this evidence can be used.

15            THE COURT:  Well, I thought I made it clear that in

16  our prior discussions that I'm not going to say it in front of

17  the jury, but maybe I will say it a different way, to the

18  extent that the argument is -- and that's for the jury to

19  decide, there wasn't an overall conspiracy.  He can make the

20  argument there wasn't an agreement reached, the instruction

21  clearly instructs the jury how to consider that, and you can

22  deal with it in rebuttal.

23                    But I'm going to allow him to make any

24  argument he wants in that regard.

25            MR. RAM:  Thank you, Your Honor.

1           THE COURT:  With limits, I have already indicated.

2    I don't want to get back into it.

3           MR. RAM:  To be clear, for the jury, as you can see

4    on the screen, everything I'm referring to right now, this is

5    evidence that came in the trial, this is evidence you will have

6    when you go back to the jury room.  This is evidence in trial

7    in the record for you to consider.

8                So let's get back to it.  Who is the Tamara

9    Dadyan's group, what is the evidence you heard?

10               So you saw, again, this is Government Exhibit

11   10 in the top left of the screen there.  Tammy says:  Bro,

12   Arshak called Bank of America, they released our hold.  Arshak

13   said to send lender, the guy texted him yesterday, something

14   happened.

15               I asked Agent Palmerton, did you investigate

16   Arshak and his relationship to Tamara Dadyan in this case.

17   That is a common theme, by the way, you also will remember the

18   questions of Agent Palmerton, Agent Clark, and others were what

19   did you investigate.  What did you actually investigate and

20   what did you understand was important in this case?

21               And Agent Palmerton's response was, no, I

22   didn't, not that I recall.

23               Okay.  So then let's look at Grigor Tatorian.

24   This is still Government Exhibit 10, this is Agent Palmerton's

25   testimony from yesterday morning, I believe, 6/23.

```
 1                    So I asked him about the series of text
 2    messages, and it's actually a series of text messages we will
 3    discuss.  But it says what is a payroll register is it the form
 4    Greg gave us or the payroll report from Gusto.
 5                    And Rich New responds:  Payroll report from
 6    Gusto.
 7                    And I asked Agent Palmerton in relation to
 8    that text message we just read from this phone, Exhibit 10, did
 9    you investigate Grigor Tatorian, in this case, I spelled his
10    name, and he said, no, he didn't inspect him Grigor.
11                    Let's look at the third potential member of
12    Tammy Dadyan's group.  Artashes Martirosian, and here we asked
13    Agent Palmerton, I believe, about Diana Saakyan, an undisputed
14    synthetic identity in this case, Diana Saakyan.
15                    And I asked him, do you understand that name
16    to be one of the synthetic identities alleged in this case?
17                    Yes.
18                    And then I asked him, did you see in your
19    investigation, looking at bank statements, any payments from
20    the account of Diana Saakyan to anyone connected to the Dadyan
21    group?
22                    And he said, at first, no.  But in fact he was
23    refreshed when we showed him this bank statement, which is also
24    in evidence.  And it shows a payment from Diana Saakyan to
25    Artashes Martirosian.
```

1              Coming back to this -- what does it mean?  So
2    we have the Grigoryan group crew, and the Dadyan group.  Was
3    there an agreement between the two?
4              You have heard no evidence of an agreement
5    between the Tamara Dadyan group or the Manuk Grigoryan crew to
6    commit PPP fraud, at least.
7              None of the witnesses with personal knowledge
8    could point to an agreement between those two groups.  Even the
9    case agents investigating the case, could not identify any real
10   connections or hits between the Dadyan group and the Manuk
11   Grigoryan crew, let alone an agreement beyond a reasonable
12   doubt or any type of agreement, to commit PPP fraud.
13             That is a fact.
14             There was no evidence of text messages,
15   e-mails, phone conversations, or anything connecting the two
16   groups in a joint venture to do anything, again, let alone to
17   commit PPP fraud.
18             And unlike most cases, you didn't see anyone
19   get on the stand and say, hey I was part of this, I was part of
20   the government's alleged conspiracy, and here is what happened.
21             You didn't hear that at all.  There was no
22   cooperating witness with firsthand knowledge of any agreement
23   between the two groups or even any connection between the two
24   groups -- not a single person.
25             Let's talk about what we know about Manuk

26

1   Grigoryan's crew.  They used 6150 Canoga Avenue apartment.  You

2   have heard that address and that apartment a lot, we call it

3   Canoga Avenue apartment.

4              The lease was in Manuk Grigoryan's name, and

5   it was eventually transferred during the alleged conspiracy and

6   scheme to Viktoria Kauichko's name, that was Government Exhibit

7   42 for that lease transfer.

8              But you also saw evidence that Manuk Grigoryan

9   key fob kept being used even after that transfer.

10             And we know that Manuk Grigoryan and Viktoria

11  Kauichko's IP address was registered to 6150 Canoga, and that

12  is government Exhibit 73A.

13             Agent Clark further testified that Grigoryan

14  used synthetic identities from the 6150 Canoga apartment.  And

15  you will see the citations here that is actually to the trial

16  transcript, so it's saying, on page 32 of that day's trial

17  transcript, and the number next to the colon is the line

18  number, so this is on pages 32 and 33 of that transcript.

19             Next, you also heard -- this is key -- Agent

20  Clark watched clips of the 6150 Canoga Avenue security and

21  surveillance videos, and did not see Richard Ayvazyan even once

22  at the Canoga address.

23             But what he did see there was a member of

24  Manuk Grigoryan's crew who is known to pose as Iuliia Zhadko,

25  that is Payrur Hayrapetyan.  And that testimony is on page 41

1    of the trial transcript.

2                    You also heard that Grigoryan's key fob was

3    used while Richard Ayvazyan was undisputedly in jail in Miami

4    when he was arrested on charges related to this case.

5                    It could not have been him using that key fob,

6    period.

7                    Interestingly, the government didn't show you

8    any of those security surveillance footage clips that they had

9    in this case.  Ask yourself why is that?  What would it have

10   showed you, why didn't the government show you.  These are all

11   questions that relate to reasonable doubt questions and we will

12   talk about that.

13                   You also heard from my colleague,

14   Mr. Silverman and Mr. Keough, a ton of testimony about IP

15   addresses linking Manuk Grigoryan's crew, but it's the defense,

16   not the government, that showed you these IP address

17   information that links Manuk Grigoryan's crew to PPP loan

18   fraud.  Again why is it the defense that is presenting that

19   evidence and not the government?

20                   Let's break some of that down, and

21   unfortunately, you will not get a copy of this PowerPoint

22   slide, so to the extent you find it maybe helpful to be able to

23   reference some of these key IP addresses, you are obviously

24   free to write them down now.

25                   But let's talk about the first IP address that

we heard a lot about at this trial, and that is the IP address
ending in 188.  So it's 104.34.75.188.  And that was registered
to the Canoga Avenue apartment.

We know that that IP address was used to
access Manuk Grigoryan and Iuliia Zhadko's bank accounts.

If there is any question that that wasn't
Manuk Grigoryan, we know from Defense Exhibit 19, that that
same IP address was used to log in to Manuk Grigoryan's
personal bank account, which is in his own name.

It was used to log in to Iuliia Zhadko's Chase
Bank account, and it was also used to log in to Zhadko's Bank
of America account.  And critical to some of the charges we're
going to talk about, it was used to log in to Top Quality
Contracting's bank account.

Again, that is the IP address ending in 188,
which you can find in Defense Exhibit 19 and 20.

Okay.  You heard a little bit more about the
IP address ending in 188.  It submitted multiple -- it was used
to submit multiple PPP and EIDL loans related to this case.
What were those loans?  You will recognize the names.  Fiber
one Media, which is Government Exhibit 3-E, Hart Construction,
3-I, and Mod Interiors, that is a big one, 3-M, and G&A
Diamond, Government Exhibit 2-H.

Now let's move on to the second IP address
that was linked to Manuk Grigoryan's crew, that is the one

1    ending in 33, the full cite is 75.83.234.33.

2                    Kicker there, that was registered to Manuk

3    Grigoryan's family residence where he lives with his wife on

4    Dora Street, that IP address ending in 33, which you heard a

5    lot about, accessed multiple accounts critical to this case.

6                    First, again, it was used to access Manuk's

7    personal J.P. Morgan Chase account.  It was telling sure to

8    Viktoria Kauichko gmail account.  And that is Defense

9    Exhibit 24.

10                    It was used to access Olena Sosunova's gmail

11   account, which you heard the government tell you that is

12   another synthetic identity in this case.  Then it was used to

13   access Medet Murat's gmail account, another synthetic identity

14   in this case, which is connected to Manuk Grigoryan through

15   this IP address.

16                    Then you heard it was also used to access

17   Anton Kudiumov, Robinhood's account, that is Defense

18   Exhibit 42; in fact, all of these are defense exhibits because

19   the government didn't present any of these in this trial.

20                    The kicker on that Robinhood account, it was

21   accessed while Rich was indisputably in jail in Miami in

22   October of 2020.

23                    That same 33 ending IP address was used by

24   Grigoryan to access his account, Zhadko's accounts and Viktoria

25   Kauichko's account, the key synthetic identities in this case,

```
 1   they are linked to that address and Manuk Grigoryan.
 2             Now, we have -- I have put in some
 3   demonstrative exhibits of this PowerPoint, some of the IP
 4   addresses I just covered, to the extent anyone wants to get
 5   down that, these are the key hits with the IP address ending in
 6   33.
 7             Interestingly, it did access a Venmo account
 8   in the name of Anna Manukyan, that is Defense 74.
 9             It accesses a Robinhood account also in the
10   name of Anna Manukyan, a subscriber, in the name of Viktoria
11   Kauichko, and it accesses the user ID log-in information for
12   PPP loan applications for G&A Diamonds in the name of Artashes
13   Grigoryan.
14             It's also is used to log in the subscriber
15   information of Medet Murat and Olena Sosunova, and Anton
16   Kudiumov, key identities underlying this case.
17             And that 188 IP address, that was subscribed
18   to Viktoria Kauichko at the Canoga apartment.
19             And that account tellingly accessed a J.P.
20   Morgan Chase account from Manuk Grigoryan, again, that is
21   Defense Exhibit 19, a J.P. Morgan Chase account for Iuliia
22   Zhadko, defense exhibit, and a PPP loan for Fiber One Media in
23   the name of Viktoria Kauichko, a PPP loan for G&A Diamonds and
24   the user ID log-in information for Bank of America account for
25   Top Quality Contracting or TQ contracting.
```

1           And significantly, this is in Government

2  Exhibit 3-M, that 188 IP address was used to log in for

3  information on a PPP loan application for Mod Interiors, and

4  applicant name of Arman Injijian.  It was also used for a PPP

5  loan application for Hart Construction, applicant named Michael

6  Hart, another name and entity you have heard used several times

7  in this trial.  This is a key one -- this is in Government

8  Exhibit 1-N, it was used -- 188 IP address was used to log in

9  to the Radius Bank account for Timeline Transport, which the

10  government has talked quite a bit about that is connected to

11  Manuk Grigoryan's Canoga apartment.

12           Okay.  Then you heard about -- this is the

13  third IP address we're talking about ending in 10.54.208.59.10,

14  most of this is going to be in Defense Exhibit 19 and 23.

15           That IP address did not have subscriber

16  information, and it didn't have subscriber information because

17  the government didn't get it.

18           Okay.  But we know that that was Manuk

19  Grigoryan -- linked to Manuk Grigoryan, because it was used to

20  access his own personal Chase account.

21           It's also used again to log in to Timeline

22  Transport, Radius Bank, a U.S. Bank account for Kauichko, Chase

23  account for Zhadko, and a Chase account for Edward Paronyan,

24  one of the members of Manuk Grigoryan's group and a defendant

25  in this case that is not here.

1          Next, we talked about IP address ending in

2    128.

3          So it was 54.88.74.128.  And that one IP

4    address, just to list them real quick, Defendant's Exhibit 19,

5    20, and 23, hit a Chase account for Zhadko, a Chase account for

6    Manuk Grigoryan, a Bank of America account with the user ID of

7    Iuliia Zhadko, and a U.S. Bank account for Viktoria Kauichko,

8    and a Radius Bank account for Timeline Transport.

9          The government did not investigate these IP

10   address connections between the fraudulent loans and Manuk

11   Grigoryan's crew, you heard that over and over again.

12         They relied on their flow of funds.  You heard

13   that plenty, flow of funds is all we need, so they did not look

14   at these connections.

15         They didn't do so because this evidence is

16   inconsistent with their narrative, inconsistent with the

17   narrative that Richard Ayvazyan controlled Iuliia Zhadko's

18   account and Marietta Terabelian, a victim in this case,

19   controlled Viktoria Kauichko's accounts, inconsistent narrative

20   so you didn't hear any evidence at trial in from the

21   government.

22         They say a picture is worth 1,000 words, so

23   let me apply some of the information you just saw about the IP

24   addresses to the government's own exhibit.  They mentioned it

25   in their closing and it came up several times at trial.

 1              This is government exhibit -- well, it's
 2    derived from Government Exhibit 115, page 8.  You saw this just
 3    earlier this morning.
 4              They said, in fact, they put this up -- they
 5    said this helps support the single conspiracy we charged with
 6    eight defendants and how they are all connected.  They
 7    literally said that.
 8              Look closely at this slide and you will see
 9    this is Manuk Grigoryan's crew.  This is Manuk Grigoryan's
10    crew.
11              And if they had just looked at the IP address
12    information which they literally ignored, they would have seen
13    this is all connected to Manuk Grigoryan's side of the house.
14    That crew, not Richard Ayvazyan, not anyone else at this table
15    here.
16              Again, this will not go back with you to the
17    deliberation room.
18              All right.  Let's talk about what you heard
19    about the MO of Manuk's crew.  We heard frankly they didn't
20    investigate whether there is a modus operandi pattern of Manuk
21    Grigoryan's crew, they didn't look into it because they didn't
22    look into Manuk Grigoryan's crew.
23              Again, they didn't do so because it would be
24    inconsistent with that there is one overall agreement in this
25    case or one overall scheme in this case.

1              Now, let's talk a little bit about Manuk

2    Grigoryan's fingerprints, since I used that term earlier.

3              I don't literally mean his fingerprints, but

4    what he touched in this case.

5              So you saw with an exception, you saw

6    primarily from a search of his house, Government Exhibit 54B,

7    that there were several construction companies listed on

8    evidence seized at 6150 Canoga Avenue.  And the government

9    showed you this same thing, but they argued this means Richard

10   Ayvazyan is somehow the leader of the conspiracy.  And we will

11   get to that, but this is at Manuk Grigoryan's place at Canoga

12   Avenue.

13             And you saw evidence of some of these same

14   loans being applied for in this case, VLA, Jobe, Sabala.  In

15   fact, you heard from Agent Massino, he titled his investigation

16   Jobe Construction at the start.

17             That is Jobe.  That is from page 107, of the

18   trial transcript from June 21st.

19             Now, let's look at Manuk Grigoryan's mail from

20   the Canoga apartment, and again, it's the defense that brought

21   this to you, not the government.

22             You look at some of these same entities on

23   mail at his place, it's Viktoria Kauichko connects to

24   Grigoryan, Anton Kudiumov, connected to Grigoryan, Olena,

25   Orlof, and on the right side of the screen, you just see the

1   name Edith Madayan, which you heard was his wife, it is to show

2   he has got a real connection there.

3                      Okay.  And now let's come to what is really

4   the government's only evidence in this case, Government Exhibit

5   10, and that is text messages with Tamara Dadyan.

6                      What did you hear about those text messages

7   with respect to the Grigoryan crew?

8                      You heard there is no mention of Manuk

9   Grigoryan in those text messages, not a single one.

10                     There is no mention of Manuk Grigoryan's crew

11  in those text messages, and the government simply didn't show

12  you text messages to or from Manuk Grigoryan, Edward Paronyan,

13  Arman Hayrapetyan, and Payrur Hayrapetyan.

14                     And they didn't show you those things, and

15  they didn't get those things, because it wouldn't be helpful to

16  their narrative in this case that Richard Ayvazyan and only

17  Richard Ayvazyan is Iuliia Zhadko, it's that simple.

18                     But it's the government that holds the burden

19  to prove all evidence beyond a reasonable doubt, not the

20  defendant, but we brought this to you.

21                     Okay.  We talked about Tamara Dadyan's group

22  as alleged by the government.  We talked about those messages

23  from Government Exhibit 10.  Now, let's look how the IP

24  addresses connect the Dadyan group.

25                     So, first we have the IP address ending in 63.

```
 1    And I want to point out something here because this is
 2    important.  This IP address, 23.242.208.63, the government
 3    showed you a slide in their closing argument, but they cut off
 4    this part of the subscriber information this morning.  It said
 5    Arthur Ayvazyan at Weddington, you heard Arthur Ayvazyan
 6    testify he is a victim of this case, and he is a victim of
 7    Tamara Dadyan.
 8                  Why did the government cut off the fact that
 9    this subscriber information cites to Tamara Dadyan's hotmail
10    account but it connects to Tamara Dadyan.
11                  Obviously, Arthur lived there was well, as you
12    heard from his testimony, but Tammy Dadyan is connected to that
13    subscriber information.
14                  It's undisputed in this case, that at some
15    point they both lived in their home, the Weddington address.
16                  So from the evidence you heard at this trial,
17    a reasonable inference that it's Tammy Dadyan committing the
18    PPP fraud alleged and anything connected to Weddington, not
19    Artur Ayvazyan.
20                  Now, let's take a look at what this IP address
21    ending in 63 touches.
22                  Again, the key synthetic or fake entities
23    connected to this case.
24                  Okay.  ABC Realty Advisors, applicant named
25    Tammy Dadyan, this IP address hits it.  This is all
```

1  unremarkable.  Secureline Realty loan, applicant name, Tammy

2  Dadyan, hits this IP address.

3              Government mentioned Anna Dzukaeva several

4  times for Six Star Farms, that was Tamara Dadyan with her IP

5  address.

6              And here is another one, our friend Diana

7  Saakyan, synthetic identity used by Tammy Dadyan to apply for

8  PPP loan for Montadrath.  That is also in the Government

9  Exhibit 115, the summary chart, around page 8 or 9.

10             Okay.  Here is another appearance of Luidmyla

11 Kopytova.  You saw this all over Weddington from fake driver's

12 licenses and the like, that is connected to Tammy Dadyan

13 through this IP address.

14             I will clear the screen.

15             All right.  Tammy Dadyan and Manuk Grigoryan

16 and their crews are not conspiring, they are competing.  You

17 heard from Agent Massino, there is only one loan per business,

18 so the competing use of the same business name, even if the

19 EINs are changed by one digit or however evidence you saw in

20 this case, they are still competing.  They are not a joint

21 venture, they are in competition with each other.  There is not

22 an agreement between the Dadyan group and the Manuk Grigoryan

23 crew, that is the point.

24             And we can look at Agent Massino's chart and

25 see how he identified the groups in this case.

1          They were being used by -- it's undisputed,

2    right, both groups were using some of the same synthetic

3    identities, and some of the same synthetic entities, we will

4    talk about why that was.

5          You also heard testimony that the Dadyan and

6    Grigoryan groups have different commission structures.  You

7    heard repeatedly about the Dadyan group's percentage fee, so

8    for example, I think you heard Agent Massino trial transcript

9    page 73, on June 21st, tell you about something like a

10   35 percent commission, based on his -- whatever calculation was

11   testified to.

12          But then you also heard Agent Palmerton, the

13   next day, telling you about a check cashing relating to the

14   Hayrapetyans, and you heard on page 116 of the trial

15   transcript, lines 2 through 17, that the Grigoryan crew people,

16   the Hayrapetyans here, again, who are not related, had gotten

17   $10,000 per check deposited, that is what Palmerton learned.

18          So ask yourself, did the government prove an

19   overall agreement between the Dadyan and the Grigoryan crew,

20   the answer is, no, they did not.

21          They have not proved an agreement.

22          Even the government, frankly, cannot make

23   sense of what it has purportedly charged as one overall

24   conspiracy.

25          So you heard from Marylee Robinson.  She told

1   you she was provided with 153 bank accounts.  How many of those

2   bank accounts made it into her chart?  She told you 24 out of

3   153 bank accounts.

4                   You heard Agent Massino and a couple of other

5   government agents, they told you the indictment references 151

6   loans, as part of this mysterious big conspiracy.  How many of

7   those loans were identified as fitting into any patterns in

8   this case, Agent Massino's group 12 and 3?  20, 20 out of 151

9   loans.

10                  That is not an agreement or a joint venture,

11  even on that testimony alone.

12                  Certainly not beyond a reasonable doubt.

13                  So what is the real pattern here?

14                  The answer is that it's the Dadyan group

15  loans, and the Grigoryan crew loans.  That is the pattern, that

16  is not one agreement.

17                  Okay.  Now let's take a closer look.  I

18  referenced Agent Massino's group one chart, it was a comparison

19  of PPP/EIDL loan applications.

20                  That is Government Exhibit 116, page 5.

21                  We asked him:  So you would agree with me that

22  the IP address from the Mod Interiors application matches the

23  one on this subscriber record listing as address at 6150 Canoga

24  Avenue?

25                  Yes.  That is in Manuk group.

1          Would you agree it is the same IP address that

2   we just looked at in the subscriber information for Medet

3   Murat?

4          Another synthetic identity we just talked

5   about connected to Manuk Grigoryan.

6          He said, yes.

7          Would you agree here on the subscriber record

8   the same IP address is listed as the subscriber name for Manuk

9   Grigoryan at his Dora Street house?

10          I see that, yes.

11          Then again, this has been referenced many,

12   many times in this case with competing inferences on what it

13   means.  Here is the entities, VLA Corporation, VLA Corporation,

14   this is taken from none other than Manuk Grigoryan's residence.

15          You have Jobe, you have -- it looks like it

16   says Gaz Construction, G-A-Z.  There it is, Gaz Construction.

17          You saw the connection to Manuk in Mod

18   Interiors.  The group that Agent Massino unintentionally

19   identified is the Manuk Grigoryan crew loans.

20          Same concept with the Group 2 that Agent

21   Massino identified.

22          And we asked, so you listed a couple of loans

23   for us here in Group 2, and you recall walking us through those

24   during your direct examination?

25          Yes, we got a couple of loans here that I will

**UNITED STATES DISTRICT COURT**

```
1   point out.  You can see there is one for Voyage Limo, the name
2   says Vahe Dadyan, yes?
3                   He said yes.
4                   You are aware that Vahe Dadyan is the cousin
5   of Tamara Dadyan?
6                   I am.
7                   And we have got another loan, actually two of
8   them that is the top in the bottom in the name of Arthur
9   Ayvazyan.  Do you see that?
10                  I do.
11                  You agree with me, that Arthur Ayvazyan is the
12  husband of Tamara Dadyan?
13                  Yes.  So let's look at these loans.  This was
14  purportedly done by Artur Ayvazyan, and you heard him testify
15  it was Tammy Dadyan.
16                  You saw Voyage Limo, another victim in this
17  case, the defendant is sitting behind me here, Tammy Dadyan.
18                  You also saw Diana Saakyan, and Montadrath,
19  Tammy Dadyan.
20                  This is the one construction company I saw
21  that is connected with Tamara Dadyan, there is identities and
22  documents related to Journeyman Construction at Tamara Dadyan's
23  house.
24                  You know Allstate Towing is already because
25  you heard from Arthur Ayvazyan testify about it.
```

1          What does that tell you, what is Group 2,

2   Agent Massino unintentionally identified the Tamara Dadyan

3   group of loans.

4          That is the other pattern.  That is the other

5   conspiracy.  That there is not one agreement.

6          Okay.  Now, let's look at some of the

7   testimony related to this chart, so there is a second -- it's

8   more the same, I'm not going to do this, but I will check off

9   escrow doc, that was the testimony of escrow doc and Rosa

10  Avakyan, it's connected with Tamara Dadyan.  We know her

11  driver's license, Rosa Avakyan's was seized from the Weddington

12  home.

13          Now, let's talk a little bit about the

14  government's, really, last lynchpin to its single conspiracy

15  theory, and that is -- but the forms are similar, right.  So

16  they said everybody here is a part of one conspiracy agreement

17  and they told you why in their closing, not really at trial,

18  but they told you in closing.

19          And they said it's flow of funds, it's the

20  sharing of these forms, okay.

21          Specifically, the payroll forms, and those

22  form -- I forget the number, 940?  You heard a lot of testimony

23  about those forms being overlapping, okay.

24          And perhaps the most damning piece of the

25  government's theory of this case is actually the greatest

1    weakness.

2                       So they submit to you that Rich New is, and

3    always is, which is another point always, that is their theory.

4    It's never anyone else using the Zhadko phone, it's always Rich

5    New talking to Tammy.  You heard that said it many times.  They

6    said it at the closing today.

7                       So what do we know about why Tammy Dadyan's

8    group has overlapping payroll reports or whatever those tax

9    forms are, 940s, we know you actually saw the evidence, it's in

10   Government Exhibit 10.  There is not a grand overall conspiracy

11   between the two groups.

12                      The reason the forms are overlapping is

13   because Rich New gave those forms to Tammy.

14                      He's a member -- according to the government's

15   own theory, they led you off this cliff, Rich New is a member

16   of both separate conspiracies.  That is not one overall

17   agreement.

18                      So, let's do this again, why is Viktoria

19   Kauichko used by both the Grigoryan group and the Dadyan group?

20                      You heard a lot about that.  The government

21   told you, oh, that is because there is a joint venture, they

22   are sharing money and proceeds.  We will talk about flow of

23   funds in a second, but you remember this, this is Government

24   Exhibit 10, again, specifically text messages 3170.  It cannot

25   be any clearer how the Dadyan group accesses and uses

44

1    overlapping accounts identities, it's not a joint venture, Rich

2    New provided this information to Tamara Dadyan, according to

3    the government to Tammy Dadyan, and remember the government's

4    theory -- it's their theory, not ours -- that Rich New is Rich

5    Ayvazyan, and he's always and the only person using this phone.

6              It's not Manuk Grigoryan using this phone.

7              That defeats an agreement, and an overall

8    single conspiracy.

9              So where is all of the evidence -- let's step

10   back from the two different groups, and how there is not one

11   overall agreement here.

12             There is not one overall conspiracy.  There is

13   not one overall scheme.  Where is all of the evidence?  Where

14   is Manuk Grigoryan's phones?

15             In this trial, you actually heard a little bit

16   about Manuk Grigoryan's phones, there were four of them, the

17   government knew about those four phones.  The government knew

18   the LAPD had seized four of those phones and some other

19   documents.

20             And the government even asked to make some of

21   those documents available, but they did not ask for the phones.

22             Manuk Grigoryan's phones were within reach.

23   They just had to ask and they didn't.  So again, the question

24   from the beyond a reasonable doubt framework we are all working

25   with here, is why didn't the government ask for Manuk

1    Grigoryan's phone?

2                Well you just saw all of the evidence on why

3    Manuk Grigoryan, why they didn't ask for his phones.  Again,

4    you have heard me say this many times, it is inconsistent with

5    their narrative of one giant conspiracy with eight people and

6    151 loans.  It just is.

7                And frankly, it's the defense, again, that was

8    trying to present this evidence to you.  That is not how a

9    criminal trial is supposed to work.  The government is supposed

10   to give you the evidence, the government is supposed to bring

11   you the truth.

12               The defendants are not supposed to do that, we

13   don't have to say anything, but we did because otherwise you

14   would have the wrong impression of what is happening here.

15               Now, let's look at evidence from Manuk

16   Grigoryan or Tamara Dadyan associates.  What did the government

17   do to flush out the associates of Tamara Dadyan that we talked

18   about.  I can't pronounce their names, but you saw them

19   referenced in the testimony and Exhibit 10, Grigor, Arshak and

20   the guy's last name is Bartumian. (Phonetic).  We will leave it

21   at that.

22               What did they do to flush out that?  Artashes

23   is Bartumian's first name.

24               What did they do to flush out that crew?  What

25   did they do flush out Manuk Grigoryan's crew?

1          Well, we know what they didn't do, because

2    that was the focus of our questions on cross-examination.

3          What is the things that you didn't do?  And we

4    were told they did not investigate the checks that Payrur

5    Hayrapetyan was depositing.  That is stunning, as we will talk

6    about, because they thought Payrur Hayrapetyan was Iuliia

7    Zhadko as late as July of 2020, but they didn't follow up to

8    simply see what checks is he depositing?  They had ATM footage

9    of Payrur Hayrapetyan depositing checks related to this case.

10         Did they follow up with those checks?  No,

11   they didn't.  And they didn't because, again, it's inconsistent

12   with their narrative of one giant conspiracy here.

13         You also heard they didn't do any follow-up on

14   the connection between Manuk Grigoryan's crew, meaning Payrur

15   Hayrapetyan, Arman Hayrapetyan, Manuk Grigoryan, and Edward

16   Paronyan.

17         You also heard, this would be Agent Massino

18   answered this question pretty straightforward, did you get

19   location information on where the 4170, that is the Zhadko

20   phone, right, where that phone was being used to determine its

21   location at any given time?

22         The answer was, no, they didn't.  They just

23   assumed, as they do at trial here, that Rich Ayvazyan is the

24   only person who is Iuliia Zhadko, and that Rich Ayvazyan is the

25   only person who ever used that phone.  That is not common

```
 1   sense.  That is not reasonable based on the number of
 2   identities, cards, phones you heard about in this case.  That
 3   is not reasonable.  That is not evidence to convict someone
 4   beyond a reasonable doubt.
 5                   It is not.
 6                   On a lighter note, you also heard -- there is
 7   no fingerprint evidence in this case.  Counsel, Mr. Littrell
 8   and Mr. Fraser brought to you.  You heard there was no router
 9   analysis, and that there was no follow-up on VPNs.
10                   Let me take a second to talk about what I'm
11   saying here.  You heard from a witness on the stand, I believe
12   it was CART Agent Jaung.  He explained -- he explained that you
13   can get -- potentially get subscriber information related to a
14   VPN.  You have to request it.
15                   And the government did not request subscriber
16   information in this case, but they could have.
17                   Interestingly, you also didn't hear much about
18   VPNs other than the fact that Tamara Dadyan was using one.  You
19   did not hear any affirmative testimony that any of the other
20   defendants or even people not here that are defendants were
21   using a VPN.  But there was an exhibit showing that Tamara
22   Dadyan was using a VPN.
23                   Bottom line, the government did not follow up
24   on the VPN subscribers to see who is behind the curtains.  They
25   didn't do router analysis in this case, they didn't get
```

 1  fingerprints, they didn't location information, they didn't

 2  investigate anything by their own tunnel vision theory of this

 3  case.  And you have now heard that tunnel vision at this trial.

 4              And despite limiting themselves to a tunnel

 5  vision trial, they had the audacity to stand up and tell you at

 6  the beginning of their closing argument that Richard Ayvazyan

 7  is the leader, not just a participant, but a leader of this one

 8  giant conspiracy.

 9              Again, you have heard no evidence of that in

10  this case, and the reason you have heard no evidence of it is

11  because it's not true, and the government didn't investigate

12  anything else that would cut at that theory.

13              That is the definition of the failure to prove

14  a case beyond a reasonable doubt, and we will get to that

15  instruction in a second or a few seconds.

16              Now, let's talk a little bit more on what

17  leads the government didn't follow.

18              So -- and I don't want to belabor this stuff

19  too much, I think you got the gist of it, but they knew that

20  the entities fit the profile of foreign exchange students.

21  The fellow from CBP, you heard me ask him a ton of questions

22  about the J-1 Visas and whether these are commonly bought and

23  sold.

24              What did he respond with?  I'm not an

25  investigator, I can't tell you about that.

1          Who called that witness?  Of all of the CBP

2   officers in America, right, they called the one who has never

3   investigated anything before and knows nothing about this case.

4          Come on, why would they think about that, why

5   would they do that?  They have thousands of CBP officers,

6   dozens related to this case, why did they call one that has

7   never investigated anything before other than to stifle

8   cross-examination, to stifle the search for the truth.

9          Okay.  This is potentially very big, but I

10  don't want to spend too much time on it.  They knew that -- I'm

11  going to give you the punch line, her name is Asya Vostanikyan

12  you heard that name a couple of times at trial.

13          They knew that Manuk Grigoryan paid a tax

14  preparer to prepare letters for Iuliia Zhadko and Viktoria

15  Kauichko, Anton Kudiumov -- there were three letters, but did

16  not follow the line of inquiry.

17          What does that mean?  Agent Clark testified he

18  saw Asya's name like he did with the others, like from the

19  other tax preparers you heard from the Dadyan group, by the

20  way, he assumed, probably, that that tax preparer was a victim

21  whose name was being used without her concept or knowledge.

22          So he interviews her, yep, I'm a victim, I

23  don't know these things, I'm not part of this.

24          Then, Agent Clark did some follow-up there to

25  his credit, he did some investigation, and he followed up and

1    saw that there is fairly large payment of $2,900, don't quote

2    me, from an account of Anton Kudiumov to Aysa Vostanikyan.

3              So ask yourself, which I'm sure Agent Clark

4    probably did, why is it a victim tax preparer is getting paid

5    thousand of dollars for submitting three letters if she is a

6    victim.

7              Agent Clark figured that out, to his credit, I

8    think, and he followed up.  And he interviewed her another

9    time.  This is Aysa still.  And she's, like, I will get back to

10   you on that, let me check my records.

11             That is it.  There was never any follow-up.

12   For all we know, in fact, the evidence -- from the inference of

13   the evidence you heard at trial, Aysa, I can't pronounce her

14   name, is a co-conspirator with Manuk Grigoryan.

15             The government didn't even investigate that,

16   and again, the reason they didn't investigate it is because it

17   suggests that Manuk Grigoryan had his own crew.  He's running

18   tax preparers as part of his scheme, using the very same

19   Ukrainian Russian synthetic identities that are at the heart of

20   this case.  No further contact or follow-up, just let it go.

21   Let's just go to trial against these guys, that's what they

22   said.

23             Okay.  We also know that they didn't fully

24   investigate Manuk Grigoryan's crew despite charging three

25   members of it in this case.

1           They didn't investigate what Manuk Grigoryan's

2    crew used and how long they had been using them.

3           What do I mean by that, I don't want to get

4    into the flow of funds yet.  But I think let's just recap

5    essentially almost every witness that the government put up in

6    this case to talk about flow of funds.

7           I asked them, so, part of your flow of funds

8    analysis, did you look at any pre-March 2020 flow of funds

9    analysis?

10          We saw they had bank statements going back

11   into 2019 and beyond, did you look at a single entry in those

12   bank statements that were for March of 2020?  I asked every

13   witness that, and they said no, why would I?

14          I asked:  Well, don't you think that is

15   important to your investigation?

16          No, PPP didn't start until March 2020, who

17   cares about the flow of funds before March 2020.

18          Here is the problem, putting aside that that

19   is one of their three main pillars of that case, the flow of

20   funds, the problem with that analysis, it doesn't account for

21   what everybody in this courtroom understands humans and

22   Americans interact, it's called six degrees of separation.

23          We all know someone a few degree' separation

24   apart, especially in a community in LA, an Armenian community

25   in LA, without being stereotypical, people know each other,

 1   people have done business with each other for years, and

 2   frankly, given some of the roster of characters you have heard

 3   about and didn't hear about in terms of follow-up, it's not

 4   surprising that there were relationships before March of 2020

 5   that would explain the flow of funds, the transfer of funds

 6   between these people, these entities, including the fake ones,

 7   that have nothing to do with PPP.

 8                   And we're going to come back to that when we

 9   talk about the supposed one overall conspiracy to commit money

10   laundering, but just put a sticky in that.

11                   All right.  We know that they didn't review

12   Manuk's phones despite knowing about them, and they mistakenly

13   believed -- this is, kind of, somewhat comical -- they

14   mistakenly believe that they found Iuliia Zhadko in July of

15   2020.  He was actually one of Manuk Grigoryan's crew members,

16   Payrur Hayrapetyan, so why does it matter that they didn't

17   follow the leads?

18                   First, it directly cuts against their one

19   overall conspiracy theory.  Perhaps, that is the most important

20   point, that's why it matters.

21                   Also, at the same time, kills their avatar

22   theory.  And what do I mean by avatar for those of you who

23   haven't seen the movie, I may have asked Agent Palmerton this

24   question.

25                   So an avatar, think of it as an alias, right,

**UNITED STATES DISTRICT COURT**

1    and their theory in this case, you heard them now they

2    literally charged Marietta Terabelian because of an alias,

3    avatar theory, a victim in this case is charged because of an

4    alias theory.  That is the evidence we frankly heard, okay.

5              And the reason they didn't do this follow-up

6    and investigate these leads, it destroys that theory, it shows

7    in reality multiple people, not just multiple people, two

8    different conspiratorial groups, Manuk Grigoryan's crew, Dadyan

9    crew, they are using that same identity, Iuliia Zhadko,

10   Viktoria Kauichko, et cetera, and they didn't follow up because

11   it wasn't consistent with their tunnel vision.  They saw this

12   case one way, and they didn't change that view.  It doesn't

13   matter what evidence you heard.

14             Mr. Littrell told you that is just insane.

15             Okay.  And frankly, as we sit here right now

16   or standing, as I am, the government is still in denial.

17             How do we know that?  I think everybody knows

18   who this is, it's literally Defense Exhibit 1.  They saw this

19   ATM footage in July of 2020.  Agent Massino talked about it,

20   the lead agent on this case that the government didn't call

21   talked about it, when we called him, Justin Palmerton, and he

22   told you that they thought this was Iuliia Zhadko.

23             And the reason we're talking about it again

24   right now is we're talking about denial, tunnel vision, the

25   inability to adapt to facts, and seek facts that would

1    contradict their view of the case.

2                    Agent Massino, on the stand, talking about

3    Defense Exhibit 1, here we go:

4                    They could not admit that this quote/unquote

5    Iuliia Zhadko isn't Richard Ayvazyan.  That is how bad it is,

6    on that witness stand in front of you, Agent Massino was

7    asked -- I won't read it to you, but he was asked that guy, in

8    Defense Exhibit 1, that is not Richard Ayvazyan, is it?

9                    What was his answer?

10                   I'm not going to say no, despite the fact he

11   knows literally it is not Richard Ayvazyan, but I don't believe

12   so.  That is tunnel vision, that is denial.  And that is why

13   we're actually here today in a case that the government cannot

14   prove beyond a reasonable doubt.  Period.

15                   Now, let's talk about the post-release

16   charges.

17                   Like the rest of the government's case, it's

18   failed -- I think at this point you all understand their one

19   agreement, their grand conspiracy in Count 1 and Count 26, and

20   the schemes in Counts 2 through 20, they have failed.  There

21   was not one scheme.  There was not one conspiracy.  There was

22   not an agreement, okay?

23                   So now let's talk about the post-release

24   charges and why they don't add up, either.

25                   This is, frankly, incredible that the

1   government charged this conduct.  It really is.

2                   Let's look at the evidence you heard.

3                   The allegation first:

4                   After being arrested and charged in this case,

5   but before, by the way Manuk Grigoryan was arrested or charged,

6   Zhadko/Turing Info Solutions, J.P. Morgan Chase account was

7   accessed -- again this is the allegation -- by Richard Ayvazyan

8   who was posing as Zhadko and money was transferred to other

9   Zhadko accounts at Chase TD Ameritrade and Coinbase.

10                  That is literally the foundation for the

11  post-release concealment money laundering charges.

12                  So again, that is a fancy title, all it means

13  that they are alleging that after Richard Ayvazyan was arrested

14  in Miami in this case, he accessed the Zhadko and Turing

15  Information Chase account and transferred it to these other

16  accounts I just listed, Chase, Ameritrade and Coinbase, that is

17  it.  That is the allegation.

18                  So let's talk about what is the proof that

19  after being arrested -- after being location monitored,

20  reporting to his Probation Office every day, hiring me as his

21  attorney, how is it that Richard Ayvazyan is committing money

22  laundering -- concealment money laundering after all of that?

23                  Here is what the government brings you on

24  this, and I'm going to really focus on it, frankly, it's a

25  litmus test for every other charge in this case.  It has no

1  credibility, and you should acquit all of the defendants on all

2  counts for that reason alone.

3              The government always has to have credibility,

4  but they charged this.

5              Let's look at Government Exhibit 1-R, we're

6  not going to look at it now, but you can.  That is the Turing

7  Info Solutions Chase Bank accounts.

8              Then you have Defense Exhibit 19, which is the

9  Chase -- which I talked about a lot, I think some of you even

10  took notes on the IP addresses hits earlier, that is Defense

11  Exhibit 19.  That is the Chase log of IP address and log-in

12  information.  It's critical.

13              And then the Coinbase information, this one is

14  interesting, to say the least.

15              Defense Exhibit 75, which meaning, we offered

16  it in trial, it's the only version of the document from

17  Coinbase that has the full IP log information.

18              The government -- I don't know if this was

19  intentional or not, but the government offered you GEX-35A

20  through C.  The difference between GEX-35A through C and

21  Defense Exhibit 75 is the IP address IP log information, so not

22  only did the government not investigate it, and how it's

23  critical to this case, they literally gave you an exhibit that

24  omits it.

25              And these charge -- it's actually -- I'm bad

1   at math -- 28, 29, 31, that is five counts of concealment money

2   and post-arrest is based entirely on this theory that Richard

3   Ayvazyan is an avatar for Iuliia Zhadko, and always Zhadko and

4   no one else is.

5           That has been thoroughly debunked in this

6   case.

7           That is not a true statement, and frankly,

8   that is not a credible statement, and you should use that to

9   evaluate everything the government has presented to you in this

10   case -- every charge, every defendant.

11           Now, this is also interesting.  Earlier today,

12   you heard my colleague on the other side, Mr. Fenton, say the

13   government does not allege that Richard Ayvazyan engaged in all

14   of the transactions at issue, but rather caused them.

15           When you look at the jury instructions, you

16   are not going to see anything about Richard Ayvazyan playing

17   Jedi mind tricks on people, making them do things, whether

18   against their will or with him, you are not going to see it.

19   You didn't hear anything about Richard Ayvazyan being able to

20   control people's minds like Professor Xavier, it didn't happen.

21   There is no evidence in this case, and that is not supported by

22   any of the instructions you are going to have.  But more

23   importantly, it's not supported by anything you heard at trial.

24   Richard Ayvazyan is not causing the Manuk Grigoryan to do

25   anything, he's not causing the Dadyan group to do anything.

1           We will talk about, at best, what the

2   government evidence shows beyond a reasonable doubt scale, but

3   it is not that.

4           Now, what we know, and again, this whole post

5   arrest concealment money laundering is based on only Rich

6   Ayvazyan being the avatar for Zhadko.

7           But you know Manuk Grigoryan acted as Iuliia

8   Zhadko.  You know that.  He posed as Zhadko on an array of

9   accounts.  And you know that through his IP address information

10  we painfully went over 30 minutes ago.

11          But you also know that from documents that

12  were pulled from Manuk Grigoryan's residence at Dora, that is

13  his personal residence where he lives with his wife.

14          And you see the log-in Turinginfo22, as the

15  account information.  You see the Zhadko e-mail address, you

16  see the Bank of America account for Zhadko.  You see the

17  Capital One account info for Zhadko.  It's got the Turing Info

18  Chase account information, it's even got the Robinhood

19  information.  Essentially I didn't put it here, but the

20  government is trying to give you a chart of the post-release

21  concealment money laundering that supposedly happened, they

22  connected all of those accounts.  What they forgot to point

23  out, it wasn't Richard Ayvazyan, it was Manuk Grigoryan.

24          And at worst, at worst, it's debatable, at

25  worst it's debatable.  You heard the Judge already instruct you

1  and you can read the instructions yourself.  This is a criminal

2  case, it requires beyond a reasonable doubt, right, even if you

3  think there is a preponderance, which there is not, ironically

4  the majority of the evidence shows this did not happen by

5  Richard Ayvazyan.

6           Even if you thought that, even if there was a

7  push, hey maybe this was more Rich than Manuk, that is not

8  reasonable doubt evidence.  The government simply cannot prove

9  their post arrest concealment laundering charges, cannot be

10  done.

11           Let's talk a little bit -- this is really

12  important so I'm going to spend couple of more minutes on this:

13  How do we know Manuk Grigoryan acted as Iuliia Zhadko, beyond

14  what we just talked about IP addresses, these documents from

15  his Dora Street house, he also had the checkbooks for Turing

16  Info Solutions, they were at his house.

17           Those are images, I believe, of the checks or

18  information related to the checks.

19           Okay.  Here is some more for you, I'm not

20  going to repeat it all, but the IP address shows Grigoryan

21  acted as Zhadko.

22           The bank account hits where he sent and

23  received money tied to Manuk Grigoryan using Zhadko.

24           He used the very Chase account Turing Info

25  account in October 2020.  This is what I mean, it's literally

1    impossible, so in 2020, Manuk Grigoryan is using that Turing

2    Info account and Chase account, when Rich Ayvazyan is out of

3    the country, and maybe the government can make some arguments

4    there, but they can't on this.  Although, they tried to at this

5    trial, and it was embarrassing.

6              But they are saying in December of 2020, when

7    Rich was on house arrest, right, and let me take a step back,

8    why are we talking about December 2020?

9              There were charges in relevant account in Las

10   Vegas, someone, Manuk Grigoryan, dropped a lot of money in Las

11   Vegas in mid-December of 2020.  It's also frankly the motive

12   for why Manuk Grigoryan, in December of 2020, was transferring

13   funds from the accounts that are at issue underlying this

14   quote/unquote concealment money laundering post release.

15             He lost a ton of money in Vegas, we have all

16   been there.  So he needed money, so what did he do?  You

17   actually heard -- this gets even more interesting -- he tried

18   to cash five checks, none of them went through.  And we talked

19   about those checks with Agent Clark.

20             And this is just a killer for the government,

21   by the way, and we said, did you investigate those five checks?

22   They clearly provided motive for why these transfers were

23   happening.

24             What did Agent Clark tell you when we asked

25   him about those five checks?  We are going to see them in the

1    screen in a second.  He said, our investigation is ongoing.  So

2    let's get that straight together.

3                   The government literally charges these very,

4    very serious offenses, based on an ongoing investigation,

5    meaning it's not done, they are still investigating, and they

6    charged Richard Ayvazyan with post release concealment money

7    laundering.

8                   Obviously they didn't complete their

9    investigation, we know that.  The real issue is they didn't

10   start it.  They didn't start it on the Manuk Grigoryan crew or

11   the Dadyan group.

12                  That is a lack of credibility, that is a lack

13   of beyond a reasonable doubt evidence.

14                  Let's round out the details.

15                  Manuk Grigoryan created a Coinbase account in

16   the name of Iuliia Zhadko that he accessed from IP address

17   ending in 148.

18                  He also used it to operate an account

19   belonging to Medet Murat, so Murat, as we know, is a synthetic

20   identity tied to Manuk, and Manuk used his home computer to

21   sign up for Gusto, those payroll reports the government made a

22   big deal about as Murat.

23                  He had notes regarding Medet Murat laying

24   around his apartment, which you saw in evidence when it was

25   searched, and the defense, again, the defense brought to you.

1    The government didn't bring it to you, they didn't even show it

2    to you.

3                         Okay.  Let's clear that.  Just a little more

4    on this count.  So, the Zhadko Chase account, and the Turing

5    Info account that is at the heart of these post release

6    concealment money laundering charges, we talked about it.

7                         There was a little debate you heard at trial

8    with Agent Palmerton.  He said, oh, what is this all about?

9    It's whether someone picked up some lamps that were purchased

10   from the Zhadko account when Rich was out of the country.

11                        At this point you got the evidence, you know

12   that they can't prove this, but let's just put a fine pin in

13   it.

14                        Agent Palmer told you, I called the store,

15   they told, me it was all ordered and done in August 21st.

16                        And then on my redirect or cross, whatever you

17   want to call it, we were calling the agent to testify, not the

18   government, I said:  Look at page 7 of Government Exhibit 1-R

19   and page 15, because page 7, if you care to look, references an

20   August 21st transaction, which was posted like a date, let's

21   say, like, days later on August 24th.  Don't quote me, you can

22   look at the source.

23                        Then there was another transaction on

24   October 13th, a separate transaction.  It posted, I think, on

25   the 14th.

1          And when he -- even if Agent Palmerton had

2    been right, that someone picked up the Zhadko Turing lamps,

3    whatever it was, purchased on October 13th, that could not have

4    been Richard Ayvazyan.  He wasn't in the country.  It's that

5    simple.

6          It completely demonstrates that someone other

7    than Rich Ayvazyan is using the Zhadko account, certainly by

8    October of 2020.

9          Okay.  I'm going to skip through all this, I

10   think you guys got it, other than to point out that Arman

11   Hayrapetyan's name is connected to Zhadko.  That is the other

12   member -- the other Hayrapetyan in the Grigoryan crew.

13         That is Defense Exhibit 63.

14         Now, this one is interesting, because again,

15   it's another government credibility point or the lack thereof.

16   They made much to do about this La Calle Primavera house, that

17   is not the point, but I want to flag it because they brought it

18   up.

19         They said, so there is Mary's mom or someone

20   related to Mary is on the utilities.  But you saw what came

21   into evidence from Agent Palmerton's trash pool, that is

22   Defense Exhibits 3 and 4.

23         The trash -- I mean, you don't have to be

24   frankly an FBI agent to figure this out, the information is in

25   the last name of Grigoryan, both a woman and a man.

1          Grigoryan.  Who do we know that has the last

2  name Grigoryan related to this case?  Manuk Grigoryan, but they

3  didn't investigate.  They are literally in court today saying

4  that this house is connected to Richard Ayvazyan and Marietta

5  Terabelian.

6          And that the bottom line is -- it's obvious

7  people living there were connected to Manuk Grigoryan.  And I

8  also asked the follow-up questions, because I had to, did you

9  investigate, Agent Palmerton, did you investigate whether

10 Manuk's family was living there?  No, I didn't.

11         Why didn't they?  Because it would be

12 completely inconsistent with the narrative they are presenting

13 to you here at trial.

14         And again, the reason why all charges require

15 an acquittal for all defendants, because they can't prove

16 beyond a reasonable doubt.

17         Okay.  I'm going to -- you guys ought to know

18 Manuk Grigoryan is Anton Kudiumov.  You heard that evidence at

19 trial.

20         There is an exhibit that connects some of this

21 up.  This is what we were talking about in some of the Vegas

22 activity in December 14th, 2020.

23         It looks like he dropped 2600 at Louis

24 Vuitton, Dolce Gabbana and Chanel, that is all while Richard

25 Ayvazyan is on house arrest in the Central District of

65

1    California, meaning LA.

2                        Then unbelievably you heard the

3    cross-examination of the probation officer, who is an officer

4    of the Court, by the way, and there was cross-examination and

5    the questions were:  Okay, but you had installed the ankle

6    bracelet until this day in December.

7                        And he is, yeah, but they literally have to

8    check in with the phone, I can see their face in their house,

9    and I check in three times a day.  But you still heard

10   cross-examination.

11                       And the import of the questions, which is

12   frankly silly, is that Richard Ayvazyan in between checked in

13   at one in the morning, drove or flew to Vegas, dropped some

14   money and did and then ran back before his afternoon check-in

15   with the probation officer, that is the level of proof the

16   government is bringing you, the type of questions they are

17   asking witnesses.  That is unacceptable.

18                       Now, what leads did the government follow

19   regarding the post release charges?

20                       We touched on a lot of this, but really

21   quickly, let me check them out off.

22                       Agent Clark decided that Zhadko was a single

23   person, and so he ignored contrary evidence.  He ignored Zhadko

24   account information at Grigoryan's house.  He ignored

25   Grigoryan's family was at the Zhadko house when Agent Palmerton

1    did a trash pool, which was conclusively established to be in

2    the names of people with the last names of Grigoryan.

3                    He ignored Grigoryan crew payments to and

4    through Zhadko accounts.  He didn't look at IP addresses using

5    Zhadko's identity, and when he was asked why, he said that

6    wasn't my job.

7                    Okay.  You heard about Asya Vostanikyan.  None

8    of that was investigated.  It simply wasn't done.  It wasn't

9    done, because it didn't fit the government's theory.

10                   Here is the bottom line:  The defense has been

11   trying to present the full picture to you all, not the

12   government.  Despite having no obligation to present any

13   evidence, we have gone out of our way to do so.

14                   That is not how this is supposed to work, it's

15   really not.

16                   And the government ignored everything that was

17   not helpful to their case narrative.

18                   Again, we talked about the witnesses they

19   called, their qualifications, that they knew nothing about the

20   investigation and couldn't be cross-examined.  That is

21   literally how they selected their witnesses; that is not right.

22                   The government developed a case on a flow of

23   funds theory, but literally ignored funds prior to March 2020,

24   between the same entities and individuals.  That was

25   established over and over and over again.

1                     So why doesn't the government want you to have

2       the full picture?

3                     Okay.  You know the answer to that question by

4       now.

5                     So finally, let's talk about the conspiracy to

6       commit money laundering.  This is the same analysis we already

7       talked about in terms of a framework for Count 1 conspiracy.

8       The difference here is there they are saying it's a big

9       conspiracy to launder the funds of the PPP proceeds that is the

10      subject of Counts 1 through 20, okay.

11                    So, they are saying all of the eight people,

12      they got together and they agreed, there was an agreement is

13      their theory here, that we're going to launder funds, here is

14      how we're going to do it.

15                    The problem with that is, you have heard no

16      evidence of anyone agreeing to launder funds, so at the end of

17      the day, the government has to prove that all of these

18      defendants they charged in their giant conspiracy, agreed to

19      knowingly move the proceeds of PPP and EIDL loan fraud, but not

20      just that, so that's Count 1 stuff.

21                    I told you they have got to do something else,

22      right.  And the, of course, the Court and the jury instructions

23      will tell you that too.  And it is they have to try to -- they

24      have to be intent --

25                    MR. FENTON:  Objection, Your Honor.  He's misstating

68

```
 1    the law and the jury instructions.

 2              THE COURT:  What was that?

 3              MR. FENTON:  Objection.  Mr. Ram is misstating the

 4    law and the jury instructions.

 5              THE COURT:  Well, I missed last point.  If you are

 6    going to refer to a jury instruction, do it with particularity.

 7              MR. RAM:  Yes, Your Honor.  I wasn't doing that.

 8                   As I was saying, for the Count 26, and this is

 9    very clear, they have to prove something else, obviously,

10    beyond what they would have to prove for Count 1.

11                   That is something else relates to -- we will

12    call it that -- relates to concealing the source of funds.

13    That is not a novel theory, this is concealment money

14    laundering is one of the objects.

15                   They have to show that the grand conspiracy

16    they charged, people got together, had an agreement, and they

17    said we're going to conceal funds, and here is how we are going

18    to do it, right.  That's what the government has to prove

19    beyond a reasonable doubt.

20              MR. FENTON:  Objection, Your Honor, he's misstating

21    the law and the jury instructions.

22              THE COURT:  Approach the sidebar.

23                   (Sidebar begins.)

24              THE COURT:  What instruction are we referring to?

25              MR. RAM:  It's Instruction 27, Your Honor.
```

1          THE COURT:  Don't interrupt me.

2          MR. FENTON:  Your Honor --

3          THE COURT:  Tell me what page, which instruction?

4          MR. FENTON:  So he is misstating the instruction on

5   page 21.  And the first element, he's repeatedly telling the

6   jury, and he's been doing this over and over again, there has

7   to be an agreement among all eight defendants, which is not

8   true.

9          THE COURT:  Well, that is true.  You have been

10   saying that, and that is incorrect.

11          MR. RAM:  Well, Your Honor, to be clear, I said that

12   that's what the government said they did.

13          THE COURT:  No, no, no.

14          MR. FENTON:  So this is my concern, you declined to

15   give the multiple conspiracy instruction.

16          THE COURT:  I know, here, the counsel did overstep

17   the ruling of the Court, and in terms of proving there was an

18   agreement, I allowed him to have some leeway to show that there

19   wasn't an agreement, as alleged.  I corrected him when he spoke

20   about multiple conspiracies, which he improperly tried to do.

21          MR. FENTON:  Your Honor --

22          THE COURT:  Do you want me to read the instruction?

23          MR. FENTON:  I do.  I want you to make clear that if

24   there is an agreement between two or more parties, which is

25   your jury instruction, that that is sufficient to convict,

1    because Mr. Ram --

2           THE COURT:  I'm not going to give that instruction

3    but I will tell the jury, you can discuss the jury instructions

4    on the conspiracy in your rebuttal in the mail fraud, if he

5    said there has to be an overall agreement, that is incorrect.

6    Because on the mail fraud, even one person can be responsible.

7           MR. FENTON:  That's what I would ask, Your Honor, to

8    admonish the jury.

9           MR. RAM:  I have got to get something on the record,

10   Your Honor.

11          THE COURT:  One at a time.

12          MR. FENTON:  I would ask -- I'm asking for the

13   relief that the government --

14          MR. RAM:  The government is talking here, there is

15   no response from the defense.

16          THE COURT:  You know something, I'm going to get

17   annoyed here in a minute.  Be quiet.

18             The argument is that with regard to the

19   substantive wire fraud and bank fraud case, you told the jury

20   that in order to convict on those particular substantive

21   counts, there has to be an overall agreement.

22          MR. RAM:  That was a misstatement, there has to be

23   one scheme.

24          THE COURT:  You said an overall agreement.  I heard

25   that.  That was incorrect.  That was the point that I wanted to

```
 1   have a sidebar on.
 2              MR. RAM:  Okay.
 3              THE COURT:  The point of the sidebar is with regard
 4   to the substantive count, need not to be an overall agreement
 5   even if one person charged commits that crime, that is enough.
 6   With regard to the conspiracy, it's a different matter, the
 7   government has to prove an agreement.  And the government is
 8   correct that it need not show that all eight conspirators
 9   agreed to one agreement.
10                   They can show that there was an agreement and
11   as the jury is instructed, they have to assess each defendant
12   individually, so, I will let you straighten that out.
13              MR. RAM:  Can I get in one thing.  I don't think
14   it's in dispute.  They do have to prove there is one scheme
15   though, as part of the bank and wire fraud counts.  We cited to
16   that case law, that is undisputed, they have to prove one
17   scheme.
18              THE COURT:  It doesn't have to involve all eight
19   people, it involved just one.
20              MR. RAM:  Understood.  But they have to prove one
21   scheme.  I have to be able to argue that, because it's one
22   scheme.
23                   Is there any disagreement you have to prove
24   one scheme?
25              THE COURT:  That's enough.
```

**UNITED STATES DISTRICT COURT**

```
 1                      (Sidebar ends.)
 2            THE COURT:  Members of the jury, before we continue,
 3   and I don't like to interrupt arguments, but I do want to make
 4   this correction.
 5                 With regard to the wire fraud and mail fraud
 6   and bank fraud counts, they require one scheme.
 7                 But unlike the conspiracy count, it doesn't
 8   require an agreement between all of the defendants.  Each one
 9   can be examined separately.
10                 With regard to the question of the conspiracy
11   count, I have allowed counsel to argue that there wasn't an
12   agreement, which is essential to your consideration of the
13   conspiracy account.
14                 But, in your assessment of whether there was
15   an agreement, you may consider whether all the named defendants
16   are part of the agreement, but if you find that some are and
17   some aren't, that doesn't necessarily preclude you from finding
18   there was an agreement because each defendant is viewed
19   separately on all counts.
20                 But that shouldn't remove from your
21   consideration the question of whether there was an agreement as
22   part of the conspiracy.
23                 You can continue your arguments.
24            MR. RAM:  Thank you, Your Honor.
25                 Yes, to emphasize for the -- as we talked
```

73

1    about -- for the bank and wire fraud counts, there has to be

2    one scheme.

3              If the government doesn't prove one scheme,

4    then all of those counts are out, beyond a reasonable doubt.

5              Just like that with the conspiracy, now we're

6    talking about the money laundering conspiracy, but it's the

7    same thing we talked for Count 1, you have to prove the

8    agreement.  There has to be an agreement, one agreement, and

9    the government has to prove that beyond a reasonable doubt.

10             So let's talk about the money laundering

11   conspiracy.  Where is the agreement -- the one agreement.

12             The government did not prove a couple of

13   things here.  The government did not prove that Rich Ayvazyan

14   knew that PPP money was transferred to the escrow account for

15   Topeka.

16             They could not produce a single witness to

17   testify about Richard Ayvazyan's knowledge or intent with

18   respect to -- to be clear, the question is not just whether PPP

19   funds were transferred, right?  That is not the question.  The

20   question is did Rich Ayvazyan know that PPP funds were

21   transferred?

22             Did he intend to conceal the transfer in some

23   way, right?  Did that happen?  And that is what the government

24   hasn't proved beyond a reasonable doubt.

25             And the government, in addition, not calling a

1  single witness to testify about that, they did not produce any

2  documentary evidence that he knew the money from his escrow

3  account came from PPP loan funds, in fact, quite the opposite.

4          You heard a ton of testimony between the

5  Dadyan group and Grigoryan group.  We will call it a number of

6  different activities going on, both before PPP fraud --

7          MR. FENTON:  Objection, Your Honor.  Misstating the

8  law and misstating the jury instructions.

9          THE COURT:  I must say, I missed it, I'm sorry.

10          MR. RAM:  Your Honor, there was no statements of law

11  there whatsoever.  I'm talking about the facts.

12          THE COURT:  What did you say last?

13          MR. RAM:  The last thing I said was, you have heard

14  no evidence from a single witness or even documentary evidence

15  that there was any intent to conceal PPP funds or that

16  defendant Richard Ayvazyan knew that PPP funds were being

17  transferred.

18          THE COURT:  But I mean, what is the objection?

19          MR. FENTON:  The objection is that you don't have to

20  prove his knowledge that they were PPP funds in order to --

21          THE COURT:  But that is the argument.  The

22  instruction talks about a criminal activity or unlawful

23  activity.  The instruction is what it is, but I'm understanding

24  this to be argument.

25          As I have said, lawyers can argue the evidence

1    and the inferences, but the lawyers' arguments -- all of the

2    lawyers' arguments -- are not evidence.

3                    The evidence is what you will look at what has

4    been received by the Court and what has been testified to.

5                    That is the evidence.  The only thing the jury

6    has to do is follow the instructions.  They should certainly

7    listen to the arguments, but they can accept or reject any

8    lawyers' argument.

9                    Lawyers are just telling you what they think

10   is a correct interpretation of the evidence.

11                   So, with that in mind, continue.

12             MR. RAM:  As I was saying, first of all, what are we

13   doing here if the government is charging Richard Ayvazyan with

14   a conspiracy to commit money laundering?  This entire case,

15   according to the government's view, is about PPP fraud, right?

16                   So, if something is being laundered, the

17   question is what funds are being laundered.  They have to show

18   it's PPP funds, that is what this case is about.  That is not a

19   novel argument, despite what you are hearing.

20                   The next question becomes, what does he know?

21   So you have heard a ton of testimony that pre-March of 2020 and

22   even after, there is activities from the Dadyan group, from the

23   Grigoryan crew, and that they are using -- this is important,

24   this came in many times at trial -- that they are using the

25   same identities and accounts for all of those other activities,

76

1   they have nothing to do with PPP so can the government prove

2   beyond a reasonable doubt that Richard Ayvazyan intended to

3   conceal, we definitely have to prove that he intended to

4   conceal these PPP funds?  They can't.  They can't do it, in

5   fact, you have heard testimony that Richard Ayvazyan, you heard

6   an example in 2016, it's, like, four years before PPP.  He gave

7   an investment of $600,000 to a tech start-up being part of the

8   tech community and working with incubators.

9             He had substantial pre-PPP assets from sources

10  that have nothing to do with PPP funds or EIDL loans they

11  didn't exist yet.

12            Here is the real hammer on this point.

13  Marylee Robinson testified, that a forensic accountant, that a

14  forensic accountant could draw conclusions about the intent of

15  the transaction.  But she said I was not asked to look at the

16  intent of the transaction in this case.

17            She testified on June 17th, and that is in

18  trial transcript page 40.  The real kicker is why didn't she

19  look at the intent of these transactions, the thing the

20  government has to prove beyond a reasonable doubt.

21            She said I wasn't asked to do that by the

22  government.  She wasn't asked to do exactly what the government

23  has to prove in this case.

24            We talked about this before.  She and no other

25  government witness, for that matter, considered the movement of

1   funds between the same accounts and individuals that are

2   underlying this case.

3                   They didn't look at it at all pre-March

4   of 2020.  We went down the list of her summary chart.

5                   I asked her, did you look at any account info

6   before that, whatsoever.  Did you do any type of analysis with

7   respect to your quote/unquote flow of funds?

8                   No, nothing before PPP.

9                   Again, the reason that is relevant, I told you

10  I would come back to it, it's this basic concept, this is

11  common sense, six degrees of separation.  We're in LA in a

12  certain community, within LA, individuals for years have been

13  sharing money transactions that have nothing to do with PPP or

14  EIDL loans -- nothing to the same entities to the same

15  accounts, to the same people.

16                  It is obviously important evidence to analyze,

17  but the government didn't do that.

18                  The reason the government didn't do that in

19  the case, you know the answer now, because it's not consistent

20  and it doesn't support their theory of this case.  Period.

21                  You did actually see evidence brought to you

22  through Tammy Dadyan's phone, if we look closely here at this

23  date.  So that's Exhibit 13B.  It's an image from Tammy

24  Dadyan's phone and on the right side of your screen is some of

25  the ID driver's licenses -- fake driver's licenses that were

1   found at the Weddington address, which Tammy Dadyan was running

2   as part of her group.

3                  You will see that even in November 12th of

4   2019, there is Iuliia Zhadko being involved in the picture,

5   right.  This cannot relate to PPP or EIDL fraud alleged or

6   otherwise, it cannot, because it did not exist yet.

7                  But this is what the government put in as

8   evidence coming from Tammy Dadyan's phone.

9                  They are using the exact same entities,

10  individuals, and identities, that have nothing to do with PPP.

11  That is part and parcel why any flow of funds analysis to have

12  any meaning whatsoever, and certainly to convict somebody of a

13  crime beyond a reasonable doubt will go into and look at and

14  analyze the exact same entities, people and individuals how

15  they were transferring funds prior to March of 2020.

16                  And this case you have heard references to a

17  -- as I said -- pre-PPP schemes before March of 2020 talking

18  about credit card fraud, identity theft, EDD unemployment

19  benefit fraud, and all of that, and the fact that the

20  government in this case failed to investigate any of it or even

21  account for it in their flow of funds analysis, that makes it

22  impossible to prove beyond a reasonable doubt that Richard

23  Ayvazyan knew the transferred funds were PPP loan funds.

24                  Short of a forensic accounting analysis, and

25  obviously, we heard there was no forensic accounting analysis

1   done in this case even now, cannot be proven.  It cannot.

2                    All right.  Now let's move on to aggravated

3   identity theft Counts 21 and 22 to round out this closing.

4                    The evidence flatly shows, as you now have

5   seen throughout the trial and heard in summation that Manuk

6   Grigoryan assumed Mark Zindroski's identity, IP addresses,

7   those same IP addresses the government did not look at or share

8   with you, link the Zindroski loan to Manuk Grigoryan.

9                    And Manuk Grigoryan used a variety of IP

10  addresses as we talked about beginning -- this one is new --

11  beginning with the 174.193 series, to access his personal bank

12  account and accounts belonging to Iuliia Zhadko.

13                   The Mark Zindroski application was submitted

14  from IP address 174.193.145.67, the same leading IP address

15  sets -- common sets in the front.

16                   The government did not produce any witness or

17  testimony, expert or otherwise, about whether, for example,

18  like an Amazon web service IP or VPN was used with respect

19  that would generate these types of IP address sets.  They

20  didn't do it, they didn't call anyone, they didn't explore the

21  import of that.

22                   But what you can say without any of that

23  testimony is that 174.193, IP address is associated with Manuk

24  Grigoryan.  That the Mark Zindroski application was submitted

25  from an IP address with those same two leading sets, 174.193.

UNITED STATES DISTRICT COURT

1          A second Top Quality Contracting application

2    was submitted from that same IP lead set, 174.193.

3          Okay.  Even a third Top Quality Contracting

4    application was submitted using the IP address, this is a long

5    one.  I'm going to read the last set ending in efa7, which was

6    registered to Viktoria Kauichko at none other than the Canoga

7    Avenue apartment where Agent Clark told you -- he's never seen

8    Richard Ayvazyan, either from any type of physical surveillance

9    or from the security footage clips that he actually received

10   and reviewed.

11          Richard Ayvazyan has never been there, never.

12          Now, there is no evidence of aggravated

13   identity theft on Count 21, because the government's theory yet

14   again, is premised on this avatar theory.  But the evidence

15   shows that Manuk Grigoryan assumed Mark Zindroski's identity.

16          The Wells Fargo Bank account opened in Top

17   Quality Contracting in Mark Zindroski's name wrote multiple

18   checks to Anna Manukyan, Grigoryan.  Jobe Construction, one of

19   the construction companies listed on handwritten notes seized

20   from Grigoryan's Canoga apartment, and Zindroski's EDD card,

21   you heard this from Agent Palmerton, Zindroski's EDD card was

22   mailed to Redline Auto Collision.  We already did the

23   connections of the beginning of this presentation.

24          Edward Paronyan associated with Redline Auto

25   Collision and Redline Transfer, you heard from Agent Palmerton,

1    funds to Manuk Grigoryan.  This is the Grigoryan crew striking

2    again.

3                   Aggravated identity theft, Count 21, Richard

4    Ayvazyan is not guilty, but there is more.

5                   There is -- we talked about this -- I'm not

6    going to belabor it.  This is the Iuliia Zhadko found at

7    Grigoryan's house, but here is an additional piece to add.

8    That note found at Grigoryan's personal residence on Dora

9    Street, it had the (818) 358-5899 Top Quality phone number,

10   the business phone number.  Why is that important?

11                  You will see on the right side of the screen

12   is the PPP application form at issue here.  It's the Top

13   Quality Contracting application that uses Mark Zindroski's name

14   and Zindroski's e-mail address.  Obviously Mark Zindroski

15   didn't submit this, but there it is.  It was using the phone

16   number we saw listed on the Zhadko information at Grigoryan's

17   personal house.

18                  Now, let's look at Count 22 which is the other

19   aggravated identity theft count related to Richard Ayvazyan.

20                  Okay.  The government relies on a Bank of

21   America account statement for Mod Interiors, which is

22   registered at 15928 Ventura Boulevard, on the Bank of America

23   account.  And Richard Ayvazyan was added as a signer back in

24   2018 to that account.

25                  The government's evidence on this count is

1    misleading, at best.

2                    The Mod Interiors account using Nazar

3    Terabelian's name is a Radius Bank account, and Richard

4    Ayvazyan is not on that account and did not have a credit card

5    from that account, meaning the at-issue account in which is

6    charged here, and we will get into it in a second, it concerns

7    a Radius Bank account so the government put some stuff up at

8    the closing earlier, and said:  Oh look, he's got something in

9    Mod Interiors.  He's got a picture of the credit card, no less.

10                   But Richard Ayvazyan is not on the Radius Bank

11   account, that is a different account, okay?

12                   And so when the government showed you some

13   credit cards, Mr. Littrell showed you a bank statement, but

14   none of that was for this Radius Bank account, the Radius Bank

15   account that actually underlies Count 22.

16                   It doesn't matter whether Richard Ayvazyan had

17   an old photo of a credit card belonging to Nazar Terabelian,

18   especially if he was actually affiliated with Mod Interiors

19   back in 2018, which is a legitimate business.

20                   You must find beyond a reasonable doubt that

21   Richard Ayvazyan was the one running the Radius Bank Mod

22   Interiors account, not some other account that is not relevant

23   to the charge and underlying scheme charged for Count 22.

24                   So, let's look at the instruction so we're

25   clear on that.  I'm going to put it on the screen, so

1    Mr. Fenton can see it as well.

2    Q    So I'm putting up on the screen the jury instructions that

3    will be going back to the jury room with you, I believe.

4         Here is the key count I want to focus you on, or the key

5    element.

6         This is the Element 3 for aggravated identity theft.  The

7    defendant did so during and in relation to a specific bank

8    fraud or wire fraud offense charged in the indictment, namely

9    with respect to Count 22 that would be wire fraud as charged in

10   Count 11 of the indictment.

11        So we look at Count 11 of the indictment, but the key here

12   is, just to reiterate, the identity at issue that was possessed

13   used, et cetera, for this transaction has to have been done

14   during and in relation to, for our purposes, Count 11 of the

15   indictment.

16        Count 11 of the indictment specifically alleges a

17   July 31st, 2020 transfer of 384,000-some and change in PPP

18   proceeds from Lender F sent by an interstate wire into Mod

19   Interiors' bank account 7.  Let me put a better copy up for

20   you.

21        This is Count 11, clearer, so the same thing, transfer of

22   approximately $384,150 in PPP loan proceeds from NewTek small

23   business finance, that is the lender, sent by means of an

24   interstate wire, and here is the key, into Mod Interiors'

25   Radius Bank account.  It's the Radius Bank account.

1       The misleading evidence the government showed you wasn't
2   for a Radius Bank account.
3       So, in other words, even if it is what the government
4   purports it to be, it was not a picture of a credit card or
5   debit card related to the Interiors Radius Bank account; that
6   is misleading.
7       Okay.  Again, you just saw the instruction you must find
8   that Richard Ayvazyan knowingly transferred, possessed, or used
9   the specific means of identification during and in relation to
10  that specific wire fraud count, and Count 11 means 385,000
11  transferred to the Mod Interiors Radius Bank account that
12  wasn't Richard Ayvazyan, and the government cannot prove that
13  beyond a reasonable doubt.
14      Okay.  The government also had cited to you gold coins
15  purchased by, again, that other bank account, the Radius Bank
16  account, not the Bank of America account.
17      Okay.  And you also, to the point, you haven't heard
18  anyone come in here at trial from the jewelry store, what was
19  it called -- Picadilly Jewelers come in, and say:  Oh, I sold
20  Richard Ayvazyan or someone else these 60 gold coins.  That
21  witness never came in, that didn't happen.  They are basically
22  suggesting that because Richard Ayvazyan had gold coins in his
23  house and they were able to find checks saying X number of gold
24  coins and they happened to only seize that number, and you
25  didn't even hear if Richard Ayvazyan had more than 60 coins in

1    this house, they only seized 60.  That is not proof beyond a

2    reasonable doubt, they did not call that witness, they did not

3    make that explicitly clear to rely on this evidence.

4        At the end, the government's evidence is misleading.  Did

5    the government determine whether it was common to have gold

6    coins in the particular community we are talking about?

7        There was no testimony identifying the gold coins, and

8    Piccadilly Jewelers would know whether they are the same coins,

9    but Piccadilly Jewelers never came to this trial.

10       The burden of proof, not speculation, is always on the

11   government.

12       Okay.  The government must prove every element of every

13   count beyond a reasonable doubt.  You have heard me say this a

14   number of times today.  I'm not going to belabor the beyond a

15   reasonable doubt standard, you are going to hear that from all

16   of the other fine defense attorneys here.  You have the Court's

17   instruction, it's clear enough to say:  Beyond a reasonable

18   doubt is an incredibly high standard.  It's the highest

19   standard known to law.  In this case you have heard -- I'm

20   cramping up -- you are heard all of the reasons why the

21   government cannot meet that standard in this case.

22       Proof beyond a reasonable doubt is proof that leaves you

23   firmly convinced the defendant is guilty of each and every

24   element of each and every count.

25       And a reasonable doubt is a doubt based upon reason and

86

common sense, so can you use your common sense, and the reason
that you all have, right?  You can think.  And it is not based
purely on speculation.

Here is the critical last point, especially related to
this investigation.

Reasonable doubt may arise from a careful and impartial
consideration of all of the evidence.  And here it is:  Or,
from the lack of evidence, okay, or from the lack of evidence.

So, all of those slides you saw about the government's
failure to investigate certain things in this case, right, they
investigate the Grigoryan crew, the Dadyan group, the IP
addresses, the surveillance footage, the Canoga apartment, the
fact that Grigoryan's family lived at the La Primavera
property, the fact they didn't look at any of those things is a
lack of investigation, and that has led to the lack of evidence
in this case, as you can see here, to prove what is charged
here beyond a reasonable doubt.

Okay.  There are many reasonable doubts from the lack of
evidence in this case, and any one of them dooms the
government's entire case.

You heard testimony about no real connection, no hits on
texts, e-mails, calls, between the Dadyan group and the
Grigoryan crew.

The government has got to prove that there was an
agreement beyond a reasonable doubt, and it can't.

1          The lack of investigation of Manuk Grigoryan is deafening.

2     The lack of investigation of the Dadyan group we just talked

3     about, is an insurmountable hurdle for the government to prove

4     the charges in this case beyond a reasonable doubt.

5          This is a criminal case, we talked about this, where was

6     the insider, where was the co-conspirator that came and

7     testified?  Where were the recordings of discussions about the

8     fraud?

9          The government at the end of the day had one exhibit that

10    related specifically to the allegations of PPP fraud, and that

11    is Government Exhibit 10.

12         Then you heard how the government told you from the

13    witness stand that its investigation is still ongoing,

14    including information underlying counts charged in this case.

15         So if they still haven't figured it out, how can you

16    beyond a reasonable doubt?

17         We talked about the IP addresses, frankly, conclusive

18    proof that Iuliia Zhadko is not an avatar of Richard Ayvazyan,

19    even if the government has evidence that Richard Ayvazyan used,

20    touched, or ever was connected to any of Iuliia Zhadko's

21    accounts, they cannot prove that it's always Richard Ayvazyan.

22    It cannot be done, the evidence is overwhelming the Manuk

23    Grigoryan crew used the Zhadko account.

24         The evidence is overwhelming that the Dadyan group used

25    the Zhadko accounts.

1        We talked about Richard Ayvazyan is never at the Canoga

2    address.  You have heard no evidence that he was.

3        Here is the real key, if the government is right about who

4    is texting with Tammy in Government Exhibit 10, then you must

5    acquit Richard Ayvazyan of all counts in this case, the

6    conspiracies, the schemes, so there is no one overall agreement

7    in the conspiracy.

8        There is not one scheme, there is two that they charged as

9    one.  And same thing on the money laundering, and it knocks out

10   frankly the overwhelming majority of the government's case.

11       The only thing you need to analyze individually for

12   fingerprints at this point, like the proverbial fingerprints is

13   the anti-identity theft counts and the counts the government

14   that government completely lost credibility of on, which is the

15   post release concealment money laundering counts.

16       I submit to you there is not much to look at based on the

17   evidence you heard at the trial.

18       Okay.  Now, after I sit down, you are going to hear from

19   two other defendants, but the government gets the last word

20   because they have the burden of proof.

21       And so I'm going to tell you they are probably going to

22   raise a few arguments and I'm not going to get a chance to jump

23   back up and rebut.

24       I'm not going to be able to point out the lack of context

25   or misleading evidence that was presented or the lack of

```
 1   investigation done, or the beyond the reasonable doubt
 2   standard.
 3        So let's talk about some of the things that the government
 4   may raise with you in their rebuttal, that we won't get a
 5   chance to respond to.
 6        They may argue that there is a common link, but if Rich is
 7   the link, so if they argue that, there is a common link between
 8   these conspiracies, they already told you, look at the
 9   overlapping payroll reports, look at the overlapping tax forms,
10   but you know why that information was in both separate
11   conspiracies here.  It's because Richard Ayvazyan --
12             THE COURT:  I told you not to mention separate
13   conspiracies.  That is about the third or fourth time you have
14   done that.
15             I have made my position clear before this, and
16   now I have to tell you not to do it, because you are violating
17   my order.
18             MR. RAM:  I apologize, Your Honor.
19             THE COURT:  Just don't do that anymore.  Please
20   continue.
21             MR. RAM:  They are going to argue a common link, but
22   if Rich is the link between the two groups that we have talked
23   about, there is not one agreement.  There is not one agreement.
24             Okay.  Now, the government must be held to
25   prove what they charged.
```

1          They charged -- they told you in their own

2   closing there is one overall conspiracy.  There is one scheme.

3   They told you that, and they did not prove that.  They proved

4   that there is not just one.  That is what the evidence showed

5   and we brought that to you.

6          It doesn't matter if the government is going

7   to raise this -- this is rebuttal point, I think -- it doesn't

8   matter if every member of the conspiracy knows every other

9   member of the conspiracy, but here is the point, that is a

10  statement of fact you will see in the instructions.

11         But it does matter whether -- let me skip

12  ahead of here.  It doesn't matter whether there is one

13  agreement, right, and the one overarching conspiracy that the

14  government told you that they proved in their own statements

15  today.

16         So the government will tell you to follow the

17  money.  They have done it many times already.

18         But the money hasn't led them anywhere, to

19  proving the charges in this case beyond, certainly, not beyond

20  a reasonable doubt.

21         We talked about how the flow of funds ignores

22  pre-PPP money movement.

23         You were at this trial, you know the

24  government did not want you to hear about pre-PPP flow of

25  funds; that is a fact.

1              And if there is not one agreement, as the
2    government told you exists, that would mean Richard Ayvazyan is
3    in two different groups under the government's theory, the
4    Dadyan group and the Grigoryan group.
5              So it is unremarkable, with respect to flow of
6    funds, that Richard Ayvazyan or people that he does business
7    with may have gotten money from different -- two different
8    groups that we talked about, the Dadyan group and the Grigoryan
9    group.
10             And we talked about how the government may
11   raise this concept, but look, there was the same payroll forms
12   and tax forms.
13             But you know where that came from.  You know
14   where the payroll forms came from, under the government's own
15   theory.
16             That led them off the cliff.  That is why the
17   government cannot prove the vast majority of their charges
18   beyond their case beyond a reasonable doubt, the two different
19   groups.  There is not one agreement with respect to the
20   conspiracies, and with respect to the scheme, there is not one
21   scheme, there just isn't.  That's the point we just covered.
22             Finally, the government may tell you that an
23   agreement can be implicit.
24             In other words, there doesn't have to be a
25   formal written contract between, you know, the eight people

1    charged in this case saying we're going to commit these crimes

2    together, bank fraud, wire fraud, et cetera.

3                      It's true that you can consider circumstantial

4    evidence, as the Judge told you, but there still has to be one

5    agreement that the government has to prove beyond a reasonable

6    doubt.

7                      The government also told you that this

8    conspiracy that they charged, it came out many times, was 150

9    loans -- 151 loans, and the evidence you heard at trial talks

10   about maybe 20 loans, maybe 24 accounts, right; you never heard

11   about these 151 loans.

12                     And the evidence they showed you about the

13   patterns here, the summary chart with the Group 1, the Group 2,

14   that did not prove the one conspiracy the government told you

15   that they proved, it didn't, the one agreement that they told

16   you they proved.

17                     So why does it matter?  Why does it matter?

18                     First, it's the law, and only the Court can

19   instruct you on the law.

20                     The government must prove that one overall

21   agreement with respect to conspiracies, and they have got to

22   prove one scheme with respect to the bank and wire fraud

23   charges.

24                     So if they didn't do that beyond a reasonable

25   doubt, an acquittal is required for all defendants on all of

1    those counts.

2              And they literally told you, if there is any

3    question of a dispute, they told you in their closing argument

4    that they have proved one overarching conspiracy with respect

5    to all eight defendants in this case.  They said that, they

6    proved one overarching conspiracy in Count 1 and Count 26 on

7    the money laundering, and they haven't done it.  The government

8    has to prove what they charged.

9              That is a fundamental premise of criminal law.

10   And the reason it is -- let me just actually, since I'm not

11   going to get a chance to talk to you again, to walk you through

12   Jury Instructions 20, 21, and 22 that have some key points

13   related to these topics.

14             Okay.  This is the Court's Instruction 20,

15   this relates to the conspiracy to commit wire and bank fraud.

16             And it says, it explains the background,

17   Counts 1 of the indictment, it highlights that to be found

18   guilty of this charge, the government must prove each of the

19   following elements beyond a reasonable doubt.  One of the

20   elements is there was an agreement, there has to be one

21   agreement, so if the evidence shows that there is not one

22   agreement, but rather that, the Dadyan group and Grigoryan

23   group had their own separate arrangements, meaning there wasn't

24   one joint venture between them, then the government cannot

25   prove Count 1 conspiracy.

 1          MR. FENTON:  Objection.  He's misstating the jury

 2    instruction.

 3          THE COURT:  The jury instruction is what I gave the

 4    jury, and what they are to follow, and I will give you an

 5    opportunity to rebuttal to correct any matter you think has

 6    been incorrectly stated.

 7                    And you can read the appropriate jury

 8    instruction.  Are you getting to a close here?

 9          MR. RAM:  I'm wrapping up in the next five minutes

10    here.

11                    Here it is again, this is Instruction 21, let

12    there be no doubt a conspiracy is, kind of, criminal

13    partnership, and an agreement of two or more persons to commit

14    one or more crimes.  And you know that there is two crimes

15    alleged -- two objects they call it in Count 1, that is to

16    commit bank fraud and wire fraud, but there has to be one

17    overall agreement and the government has not proved that.

18                    Here is some additional information related to

19    the conspiracy instruction that is quite important.

20                    It's not enough for the government to prove

21    that the different groups met each other or knew each other.

22    They mentioned something about all being family or friends,

23    which, by the way, you did not hear any testimony that anyone

24    in the Grigoryan group was friends with the Dadyan group,

25    putting aside Richard Ayvazyan.

1            You also -- it's not enough for the government

2    to show that the defendants that are in this case, and the

3    coconspirators, acted in similar ways, applying for PPP loans,

4    that is not enough, that is not enough.  It's also not enough

5    that they help one another.  That is not a conspiracy.

6            A conspiracy requires a joint venture, and the

7    instruction makes clear --

8            MR. FENTON:  Objection, Your Honor.  He is

9    misreading the jury instructions.  He is reading different

10   words.

11           THE COURT:  One moment, are you reading from the

12   jury instructions?

13           MR. RAM:  No, Your Honor.

14           THE COURT:  Then that is improper.  And I told you

15   before the trial, any party can refer to a jury instruction in

16   their argument in any way they want to argue the evidence, but

17   they have to use the literal terms of the jury instruction.

18           MR. RAM:  I was literally quoting the jury

19   instruction.

20           THE COURT:  If you are quoting word for word from

21   the jury instruction, you can do that.

22           MR. RAM:  Do I have to do word for word, or can I

23   highlight the key points?

24           THE COURT:  You can highlight any part of the jury

25   instruction you choose, but in doing so, you have to use the

```
 1  words of the jury instruction.
 2              MR. RAM:  Let's look at --
 3              MR. FENTON:  For the record, Objection --
 4              MR. RAM:  His commentary is improper.
 5              MR. FENTON:  This is highly objectionable.
 6              THE COURT:  Let's get through this.  I will give you
 7  an opportunity in your argument to respond to what has been
 8  said.
 9                  We're almost at the end of this argument, so
10  let's conclude, if that is your intention.
11              MR. RAM:  Let's look at the second paragraph of this
12  conspiracy instruction.
13                  It says you have to willfully, quote,
14  willfully participate in the unlawful plan.  And you have to --
15  here it is, with the intent to advance or further in this case,
16  that would be bank or wire fraud, the conspiracy, the
17  conspiracy.  It's got to be one agreement.
18                  Now, let's look at Instruction 22.
19                  Frankly, the government told you the same
20  thing in their closing.  They said it's one large conspiracy of
21  eight people.  Those were their words.  That's what they said.
22  They have got to prove what they charge.
23                  All right.  This is what is colloquially
24  referred to as a Pinkerton instruction, it's going to relate to
25  a point the government may raise with you.
```

1          Specifically, it's going to say even though a

2   defendant did not directly conspire with the other

3   coconspirators, there is the key language, in the overall

4   scheme, it's got to be one overall scheme, but the defendant

5   has in effect to agree to participate in the conspiracy, again,

6   the one overall agreement, right, if the government proves each

7   of the following beyond a reasonable doubt.

8          And here, I want to focus your attention on --

9   I want to focus your attention on the third requirement for

10  that to be in play.

11         And this is what I refer to as the joint

12  venture language, which counsel, you have heard, objects to.

13         Here it is:  The defendant had reason to

14  believe that whatever benefits the defendant might get from the

15  conspiracy were probably dependent upon the success of the

16  entire venture, so I characterize that as a joint venture,

17  which is a common term.  It's not a legal term.

18         The government has to prove the one agreement,

19  and it has to be a joint venture before the government can

20  argue in rebuttal things like, oh, but not every coconspirator

21  needs to know each other, true.

22         But that is only true if they prove there is

23  one agreement.  There is the difference between the existence

24  of one agreement versus proof of one agreement.

25         Because I can't get back up to rebut what the

1  government says, I ask you all keep that in mind as you

2  evaluate the government's case here, which has failed to prove

3  the elements of the offenses charged beyond a reasonable doubt.

4          And let's just briefly hit, why does it

5  matter?  Why does it matter that the government, as it claimed

6  it would, that they proved one overall agreement.

7          It matters because it prevents government

8  overreach.  They even told you that this one conspiracy is

9  family members and friends.

10          Imagine a scenario, I'm not saying the

11  government would ever do this, thankfully, but imagine a

12  scenario where the government was investigating PPP loan fraud

13  in a particular community in Southern California.

14          Okay, and instead of actually investigating --

15  following leads and finding evidence what each defendant that

16  they want to charge did, they just simply said, we're going to

17  charge it all as a conspiracy and we're going to charge it all

18  as one scheme, bank wire or whatever the objects are.

19          That is why it matters.  That is why the

20  government for conspiracy has to prove one agreement and that

21  is why for the schemes, bank fraud, wire fraud, they have to

22  prove one scheme, period.  They have got to do it, because

23  otherwise, it's so simple, I'm going to take this half of the

24  room, let's say one person is actually guilty or three people

25  are guilty of whatever it is we're talking about, I'm going to

1  charge you all in one conspiracy.  Sorry, okay, you have got to

2  go to trial, you got to get your attorneys and the truth is

3  maybe one of you could be proven guilty beyond a reasonable

4  doubt, maybe three of you, maybe five, but the government

5  doesn't get to do that.  They have to prove the crimes they

6  charged.  That is why it matters.  It's constitutional rights.

7  It's government overreach, and it's that simple.

8              To close on this, the conspiracy as the Court

9  told you, is the agreement to commit the crime.  The scheme is

10  the plan and execution of the fraud.  The scheme does not

11  require an agreement, but it does require one scheme, and the

12  government cannot prove that here beyond a reasonable doubt.

13              All right.  Let me give you two minutes or

14  less of concluding thoughts.

15              One of my -- this has nothing to do with PPP

16  fraud at all, but Kofi Annan was the Secretary General of the

17  UN in the '90s when I was growing up.  And before the '90s, he

18  was in a Ghanaian school, he had maybe, like, eight classmates,

19  and his teacher put up an equivalent of one of our whiteboards

20  and flipped over the paper.  He put a black dot in the middle

21  of that chart, and he asked every student in the classroom what

22  they saw.  And seven of the students said, I see the black dot.

23              And Kofi Annan, at least, the way he told this

24  story from what I heard, said I see the whiteboard and there

25  seems to be a black dot in the middle of it.  Context matters.

1   Context matters.

2                   If you have tunnel vision, and you only see

3   the black dot, you miss everything else that happens.

4                   The government's investigation in this case,

5   they had tunnel vision.  It's the sad and unfortunate truth.

6   They only saw the black dot on that paper.

7                   They didn't look at the broader context.  They

8   didn't consider, as you heard, they did not consider six

9   degrees of separation.  They didn't consider pre-PPP

10  transactions and activity.  They didn't do it, and they didn't

11  do it because it doesn't fit their narrative in this case.

12                  And the government has to be held to prove

13  what they charged, right?

14                  We're not in the world, you heard about the

15  original indictment in this case, where only four defendants

16  were charged, right?

17                  We're not in that world anymore.  And the

18  evidence we brought to you at trial, I'm going to leave you

19  with this one last image, this is why proof beyond a reasonable

20  doubt matters.

21                  The government literally used this slide at

22  trial, and in closing arguments to tell you, even today, that

23  this is one -- they have proven one overall agreement, that is

24  what they said.

25                  But look at what this chart really shows and

```
 1    this is why beyond a reasonable doubt matters.

 2                    This is Manuk Grigoryan's crew.  They are

 3    page 8 on Exhibit 115 is Manuk Grigoryan's crew.  That is why

 4    the government is required to prove their case and every

 5    element in it, beyond a reasonable doubt.

 6                    Now, as I told you, I'm not going to have a

 7    chance to stand up here.  The defense has no obligation to

 8    bring you any evidence.

 9                    We tried to do that, obviously, we have our

10    limitations, we are not the federal government.  We are not the

11    federal government.

12                    The federal government had access to Manuk

13    Grigoryan's phones.  They didn't ask for them, despite having

14    access.  They didn't bring it to you here, right, so you can

15    consider as you saw in the reasonable doubt instruction or the

16    lack thereof, right, you can consider what evidence the

17    government did not present to you.  I submit to you, if you do

18    that here, it's not a close call that the government cannot

19    prove the charges they brought, that they charged beyond a

20    reasonable doubt.  They can't do it.

21                    And I'm sure they are going to get up here and

22    poke holes of what I told you, acting like defense counsel

23    actually, but that is not who they are.  They are the

24    government.  They are supposed to be the bringers and seekers

25    of truth, and that did not happen in this trial.  You saw that
```

1    and you heard that.

2                    You heard that when witnesses were on the

3    stand, the government did not try to bring you the truth.

4                    They called witnesses that knew nothing about

5    this case.  They didn't call their lead case agent to testify.

6    We had to do that.

7                    They called people that don't even do

8    investigations, but are with CBP.  I submit to you that wasn't

9    random, that wasn't by happenstance.

10                   They wanted to focus in, just like their own

11   tunnel vision, they wanted to focus you in like a laser on the

12   black dot on the whiteboard.

13                   They failed to do so, well, they tried and

14   it's only you who can make sure that they don't do that.  Only

15   you can.

16                   So thank you for your time, and we would put

17   our faith and confidence in all of you.  Thank you.

18              THE COURT:  We will take -- what time is it now?

19              THE COURTROOM DEPUTY:  3:36, Your Honor.

20              THE COURT:  We will take a recess, slightly longer,

21   maybe, we have been at it a while.  How about 15 minutes, okay?

22              THE COURTROOM DEPUTY:  All rise.

23                   (Jury exits the courtroom.)

24              THE COURT:  Mr. Ram, you exceeded your time estimate

25   greatly.

```
 1                   I think you said something like an hour or
 2     hour and a half or something like that.
 3                   You went two hours and 35 minutes.
 4                   I gave you the time because these matters are
 5     important.  Although, you were at some point repetitive, I
 6     still allowed you to go on.
 7                   To the extent, Mr. Fenton, you think any jury
 8     instruction was misstated, you can bring that to the jury's
 9     attention in your rebuttal, and I will keep a close watch.  But
10     of course, I will tell the jury that the instructions that I
11     give that they will receive are what they have to follow, so,
12     let's take the recess.
13                   I think it's very hard for the court reporter
14     in these moments, because it's constant speaking, and it's very
15     strenuous.
16                   I'm giving her a little bit more time to rest
17     her fingers.
18                           (Recess.)
19                 THE COURTROOM DEPUTY:  All rise.
20                      (Jury enters the courtroom.)
21                 THE COURTROOM DEPUTY:  Please be seated.
22                           (Recess.)
23                 THE COURTROOM DEPUTY:  All rise.
24                      (Jury exits the courtroom.)
25                 THE COURTROOM DEPUTY:  Please be seated.
```

```
1                          (Recess.)

2              THE COURTROOM DEPUTY:  All rise.

3                     (Jury enters the courtroom.)

4              THE COURTROOM DEPUTY:  Please be seated.

5                     (The Court enters courtroom.)

6              THE COURTROOM DEPUTY:  Please be seated and come to

7    order.

8              THE COURT:  Members of the jury, thank you for your

9    indulgence.

10                  Before we begin, again, you have of course

11   observed that there were some objections during the last

12   closing argument.

13                  And they were essentially with regard to the

14   law which governs this case.  As I have told you many times,

15   the law which controls is in my jury instructions, a copy of

16   which you will get.

17                  But at this time, I will make a brief

18   statement to clarify the law of conspiracy.

19                  You may find some of the defendants named in

20   the indictment guilty of conspiracy without finding all of them

21   guilty.

22                  To find a defendant guilty of conspiracy, you

23   must find that they made an agreement with one or more persons

24   to commit one or more crimes.

25                  That I hope, clarifies some of what went on
```

1    during the last argument.

2                    Ultimately, of course, it's the jury

3    instructions and the law as you received them, that governs.

4                    Okay.  Now, we will hear from the next

5    defendant.

6            MR. MESEREAU:  Thank you, Your Honor.

7                    Members of jury, thank you for your service.

8    We appreciate it very much.

9                    Our approach to this trial has been very

10   different.  Attorney Jennifer Wirsching gave an opening

11   statement that was very short.  She basically said to you that

12   Artur Ayvazyan is a loving dedicated father, a hard-working

13   trucker.  He's away days and weeks at a time, and he never

14   committed any crime, and she sat down.

15                   You hardly heard us object during this trial.

16   Our cross-examinations were very short, and I hope clear.

17                   We called one witness, Mr. Artur Ayvazyan.

18                   It's tough when you are charged with a crime

19   to get on that witness stand under oath in front of a jury of

20   strangers and be subjected to this kind of questioning.  We had

21   to do it, and we're glad to do it.

22                   Now, why do we have to do it?  You know the

23   law doesn't require it.  As you have heard repeatedly

24   throughout this trial, a defendant doesn't have to testify and

25   defendant's lawyers don't have to put on any evidence at all.

1           The government must prove their charges beyond
2  a reasonable doubt, follow the law, and what reasonable doubt
3  is, and many people follow that practice.
4           We didn't.  We knew we had to let you know who
5  he is.  We knew we had to let you know what he does and how he
6  thinks and what kind of a person he is.
7           And we're glad we did it, because nothing we
8  told you about him was ever disproved by the government.
9           How did the government approach Arhur Ayvazyan
10 in this case?  I submit to you, in a very misleading manner,
11 and it's been that way from Day 1.
12           What do I mean?
13           First of all, they put on witnesses to tell
14 you about the PPP program, two, to be precise, to go through
15 the application, tell you how this program developed very
16 quickly, in a very troubled period of time with this pandemic.
17           It was a government response to economic needs
18 and particularly the needs of small businesses.  It made no
19 difference if those businesses or their owners were
20 sophisticated, educated or not, they wanted to help out small
21 businesses, and these rules and regulations were done quickly,
22 they were sent out quickly, and nobody sent lawyers or experts
23 to tell small business owners what they can do and can't do.
24           But what did the government do?  They put
25 these witnesses on, and I will never forget this:  The

1    prosecutor for the government goes down the list and asked the

2    witness, what was his program designed for?

3                    And both witnesses began by saying, payroll.

4                    The programs were not just to reimburse people

5    for payroll expenses.  The programs were to do many other

6    things.

7                    I got up on cross, and I went through the

8    line, payroll, yes, rent, mortgage interest, utilities, other,

9    check.

10                   And I asked these witnesses what "other"

11   meant?

12                   The second one said, debts, paying debts.  And

13   I asked, could those debts be retroactive, could they be debts

14   that accumulated before the pandemic?  And the answer was yes.

15                   Why did I have to bring that out, why didn't

16   the government prosecutor be candid with you?  Because they are

17   trying to win.

18                   I will never forget the prosecutor going

19   through search of the Weddington home, and it went on and on

20   and on.  One handwritten document after another.

21                   Was this found in Artur Ayvazyan's home?  Yes.

22                   Was this found in Artur Ayvazyan's home?  Yes.

23   Documents in handwriting that they knew was not his.  They knew

24   it, but they never thought he would testify.

25                   They never thought he would go through these

1   documents and show you who really wrote them.

2               And, by the way, after he did that, did they

3   call one witness to tell you, oh, he's wrong, that is not his

4   wife's handwriting.  Did they call one?

5               No.  They just didn't think he would testify.

6               We had a very simple presentation.  It all

7   revolves who Artur Ayvazyan is, and he is not a criminal.

8               They have done something else.  They have

9   tried to make you think if you violate the rules and

10  regulations of the PPP program and the related programs, that

11  that is what you are being charged with.

12              He hasn't been charged with buying a Harley

13  Davidson.  He hasn't been charged with breaking the rules.

14              There are ways the government can try and get

15  money back that don't involve a criminal case.

16              He's charged with fraud, bank fraud, and wire

17  fraud, conspiracy, money laundering, and aggravated identity

18  theft.  These are very serious crimes, and every one of them

19  requires they prove beyond a reasonable doubt, that he had the

20  money of a criminal, that he intended to commit crimes.

21              It's not just spending money on a Harley

22  Davidson.  By the way, what kind of a cross examination was

23  that?  Was it designed to elicit the facts?

24              She brought up the fact that he bought a

25  Harley Davidson.  Did she ever trace PPP funds to that Harley?

1    No.

2              Did she ever show you what money he had in the

3    accounts before he bought it and after?

4              No.  Did she ever tell you how he bought it

5    and financed the Harley?  No.

6              It was all surface, shallow impressions, which

7    is what this case has been about with respect to Arthur

8    Ayvazyan.

9              And they showed you charts where his towing

10   company got money and spent money.

11             They lined him up next to other businesses

12   they claim are fake.  Who had to let you know this was a real

13   business?  Did they do it?  The government?  With all of the

14   power they have, or did we have to pull teeth to get them to

15   admit it was a real company?

16             He had trucks.  He's a truck driver.  He hires

17   employees.  It's tough to find good ones.  They drive for two

18   weeks, and then they have drug programs or alcohol problems or

19   whatever it is, it's a tough business to make work.

20             He told you how much he made on the good days,

21   how much he made on the poor days, and never was the net

22   profits.  It was always with other expenses, whether it's

23   $150,000 or 30,000.

24             He told you everything about the business, the

25   permits you have got to have, how you got to keep them up, the

1   registrations you have got to have, the drug testing you have

2   got to do.  He told you all about that.  And they could not

3   dispute that this was a legitimate company and a legitimate

4   truck driver, because he is.

5              We had to bring that out, but they didn't

6   think we would bring it out the way we did.

7              This has been a prosecution of guilt by

8   association.  There is a major problem with that.

9              There is no guilt by association in America.

10              You are not guilty because of who you grew up

11   with.

12              You are not guilty because of who you married.

13              You are not guilty because of who you had a

14   relationship with.

15              You are not guilty because of the neighborhood

16   you grew up in.

17              You are not guilty of the school you are in

18   and who you hung out with.

19              There is no guilt by association, and if your

20   partner did something wrong, that doesn't mean you did.

21              It doesn't.

22              And what do you do when you have a couple of

23   kids you love?  You move out.  They are crying, you move back.

24   You try to make it work.  It doesn't mean you are a

25   sophisticated criminal, and he isn't.

1                There is no guilt by association in America,

2    and there is no guilt by suspicion.  There is no guilt by proof

3    beyond a reasonable doubt, a very high standard.

4                Now, the Court has told you that proof beyond

5    a reasonable doubt is proof where one is firmly convinced of

6    guilt.

7                The key words are firmly convinced, but what

8    does that mean?

9                I'm going to present a graph that might

10   assist, because it is a very high standard.  It requires a high

11   standard of proof, and what that chart suggests is, and I hope

12   you will think about it in the jury room, if you suspect

13   someone committed a crime, that is not enough.

14               If you think they are possibly guilty, that is

15   not enough.

16               If you think guilt is likely, that is not

17   enough.

18               If you think guilt is highly likely, that is

19   not enough.

20               It must be guilt beyond a reasonable doubt.

21   You must be firmly convinced that this person is a criminal,

22   and I submit to you he's not.

23               He had to intend to enter a criminal

24   conspiracy to be guilty, and they have to prove he did it.

25   They can't, and he didn't.

1            They have to prove he wanted to launder money,
2   went into company accounts, personal account.  He paid his
3   brother back a debt that he thought he should.  He thought it
4   was the honorable thing to do.
5            That is not someone who intends to launder the
6   proceeds of illegal activity.
7            Aggravated identity theft, because some things
8   were on his phone that his wife, who is clearly deceitful, and
9   clearly does the wrong thing, put on there.  No witness that he
10  ever took one of those identities, driver's license, Social
11  Security number, student Visa, ID, and used it anywhere.
12           Did you see one witness come in and say he
13  presented it at a bank, a financing company, a government
14  agency?  An attempt to get a license, did you ever see anybody
15  come in and say anything like that?  Nobody did, because he
16  didn't do it.
17           I think you know who he is by now.  You saw
18  him testify.
19           He's a very nice person.  He didn't get beyond
20  10th grade.
21           He washed cars.  He worked fast food.  He had
22  a fish business he hoped would work, but the oil spill killed
23  it, and then he put together his own trucking business, and
24  it's been up and down, and that's who he is.
25           He's a loving father, he told you he lives for

1    his kids.  He has had a rough marriage and a rough time.

2                    Right off, his wife didn't want him on the

3    deed, so he's never owned the house or had no ownership

4    interest in the house.

5                    The government was reluctant in trying to

6    admit they knew that.

7                    I think one agent said, well we think it's

8    some kind of trust, we're not sure.

9                    They know he doesn't own that house, they knew

10   from Day 1, they investigated right away.

11                   They filed separate tax returns.  She doesn't

12   want him to know about her business activities.

13                   She doesn't let him use the office, it's her

14   office, not his.  Her real estate license is right on the door.

15                   The files kept in there are her files, maybe

16   some of his documents have made it in there on occasion.  He

17   doesn't have an office.  He has a briefcase on the inside of a

18   truck.

19                   He tried to move out, it didn't work.  He

20   moved back in, he tried to make it work.

21                   There is no guilt in America because your

22   spouse is crooked.  There isn't such a thing.

23                   And you are not guilty because of suspicion.

24                   Again, the prosecutor is having this agent go

25   through every writing in the house, none of which he wrote,

1    none of which he authored, and none of which he used.  His

2    fingerprints aren't on one of those documents.

3                     Nobody ever saw him use one of those

4    documents, but they wanted you to suspect he had something to

5    do with it.  Not proof.  Suspicion.

6                     They claim they proved to you beyond a

7    reasonable doubt that Arthur Ayvazyan intended to enter into a

8    agreement to commit crimes.

9                     Tell me what his agreement was and when he

10   entered into it?

11                    Tell me somebody who watched him enter into

12   it?

13                    Show me a text, an e-mail, a recording, a

14   witness who wore a wire and recorded him.

15                    Show me something, show me a phone call,

16   anything.

17                    They have to prove beyond a reasonable doubt

18   that he entered into an agreement.  Where is it?  What is it?

19                    It's all suspicion.

20                    None of it is up to proof beyond a reasonable

21   doubt.  It doesn't even come close to it.

22                    So I ask you when you are in the jury room,

23   ask yourselves who is Artur Ayvazyan?

24                    What did you pick up from watching him, not

25   only on direct examination, but cross-examination?

1          Remember when the prosecutor asked him about

2    the Harley?  And before he could even answer to explain what he

3    did, she sat down, because she didn't want to hear him?  You

4    remember that?  You all saw it.

5          He kept saying, I want to answer this, I want

6    to explain it.  She didn't want him to.

7          They are trying to generate shallow suspicion

8    where there is no substantive evidence.

9          And I hope you will see through it, because

10   you protect all of our liberties when you follow the law.

11          Who is he?  What were his intentions?  Is he a

12   criminal?

13          You have to ask yourself those questions

14   because you don't bumble or stumble or slide into a crime.

15          You have to intend to commit a crime.

16          You have to intend it, and you have to prove

17   your intentions beyond a reasonable doubt.  And they can't even

18   come close, it's all just, we will make them suspicious.  Look

19   what his wife was doing.  Look what others were doing.

20          So let's talk about conspiracy.

21          There are no phone calls between Artur

22   Ayvazyan and any other defendant.  None.

23          There are no voice mails from Artur Ayvazyan

24   to any defendant.  None.

25          There are no text messages between Artur

1    Ayvazyan, and any defendant.  Zero.  No e-mails or other

2    writings to any defendant.

3                      He told you he didn't know those photos, those

4    IDs were put on his phone.  He found out in the case and he

5    wanted her to get rid of them.

6                      There is no evidence he even used one in any

7    capacity.  None.  Zero.

8                      No one took the stand and said he presented

9    this to me in a bank.  He presented this to me when he wanted a

10   loan.  He presented this to me when he wanted an official

11   certification of something.  Nothing.

12                     He didn't know what his wife kept in her

13   office, which is perfectly consistent with the life they led.

14                     She owned the house, didn't want him to have

15   an interest in it, she ran her business there.  They didn't

16   share their tax returns, I mean, he said it was a business

17   relationship to help our kids, that is it.

18                     Members of the jury, there is no evidence that

19   he ever intended to defraud.  None.

20                     He has a legitimate company in his own name.

21                     He did not falsely fill out applications for

22   loans.  She did it.  She sent it.

23                     He didn't sign or file any loan applications.

24   He didn't know Tamara Dadyan would use false information and

25   look at those texts that the government keeps looking at.

```
1                  She's treating him in a very demeaning way.

2                  She is not a confidante of him.  She is

3      manipulating him like she does so many people and situations in

4      her criminal conduct.

5                  And as I said before, he did not use any false

6      or synthetic IDs.  Show me one witness that said he did.

7                  No identity theft.  Period.  He never used

8      another person's name.

9                  He did not fill out loans in anyone's name.

10     He did not know photos of IDs had been put on his phone.  He

11     didn't know what his wife kept in her office, and he did not

12     know the name Anna Dzukaeva, much less she was a real person.

13                 I went through some of the names in his

14     handwritten notes that his wife wrote.  He didn't know who

15     these people were.  None of them.  There is nothing to suggest

16     he even used those names or was even in contact with them.

17                 Show me the evidence he's in contact with

18     these people.  Zero.

19                 Money laundering.  He used his own bank

20     account to repay a loan.

21                 He didn't hide money, it was his business

22     account.  He did not funnel money through any account that

23     wasn't his own.

24                 He paid his brother back for past business

25     loans, which one of their witnesses said you can.
```

1          But apparently they don't want to apply it to

2    him, for some reason.

3          Can you imagine the small businesses in

4    America where owners are repaying loans of PPP money, with no

5    idea that someone can come after you like this, so quickly, so

6    quickly and so harshly, so powerfully, with no evidence or

7    witnesses to back it up.

8          And there is no evidence that even accumulated

9    wealth.  No gold coins, no mansions, no luxury watches, no

10   cryptocurrency accounts, no diamonds.  Nothing.

11         They went after him because he was there.

12         The situation is clear and simple, they don't

13   have the witnesses.  They don't have the evidence.  They don't

14   have the proof.  They can't come close to their burden and he

15   must be acquitted.

16         Members of the jury, he never intended to

17   commit a crime.  They have thrown his name throughout this

18   indictment in situations he is bewildered what the heck this

19   is.  Suspicion, guilt by association.

20         We don't have it in America, we're a better

21   place than that.

22         Thank you so much.

23         THE COURT:  Mr. Johnson?

24         MR. JOHNSON:  It is so difficult to go second to

25   last.  Difficult.

```
1              I told you this trial would be exhausting.
2              I'm reminded of my childhood.  I grew up in a
3    house with seven kids.  I was the sixth, and I was second to
4    last.  When my dad came into the door, I would be last --
5    second to last ready for his attention.  I feel that way today,
6    but I got to fight for your attention.
7              Just give me ten minutes, ten minutes just to
8    focus on what happened.
9              As I sat there, I was trying to cut slides
10   because I know this has been an exhausting day.  We knew in the
11   beginning, there were going to be 20 witnesses up there, and
12   people, at the end of the day, it was going to be exhausting.
13             But ten minutes of your time.
14             I'm not going to say everything that needs to
15   be said.  I know you were paying attention.  I will just
16   highlight a few things because there is a volume of evidence
17   and I need to you focus on just a few things that are very,
18   very important to show that this man didn't know what was going
19   on.
20             He was a victim, and not a participant.
21             In March of -- May of 2020, Mr. Vahe Dadyan
22   had a struggling business, and he wanted to apply for a PPP
23   loan, a legitimate business.
24             His cousin, committing fraud, decided she
25   found her victim.  I will fill out the loan, completed the loan
```

1    on a mobile phone, and submitted it.

2                    Of course, the statements were wrong, but

3    Mr. Vahe Dadyan had a reason to believe, yeah, I qualify, I'm a

4    struggling business.  I have hired people.  She says I'm

5    entitled to it.

6                    But now, he is here charged with a crime.

7                    I just want to go through some of the evidence

8    to make sure it's important you focus.  I will go through the

9    charges.  I will go through the evidence.  When I highlight an

10   exhibit it's in red, I would like you to please pay attention

11   to those exhibits.

12                   These are the charges that Mr. Vahe Dadyan is

13   charged with.

14                   Conspiracy, bank fraud, and wire fraud, no

15   identity theft.

16                   The evidence that there is a single loan in

17   his own name and address and Social Security, and a business

18   Voyage Limo, Exhibit 2-K, the application is there.  And I went

19   through with the witness, the difficulty in understanding the

20   paragraph what is payroll.

21                   We also heard from a witness there that the

22   address to Mr. Vahe Dadyan was his address.  It went right back

23   to it, and when the witness said, I went over to his house --

24   his apartment, not his mansion -- his apartment, and knocked on

25   the door, yeah, they confirmed, he lives there with his wife or

1    his girlfriend.  That is what the evidence shows.

2                    One thing we didn't see was 6-V, it's very

3    important.  Celtic Bank did an underwriting report, and Celtic

4    Bank, just like a bank would, and they confirmed this is his

5    Social Security.  We're looking at his credit check, we

6    confirmed his business, this is actually a legitimate business.

7    Very, very different in this case.

8                    Single loan, the government stood up here and

9    they said, so this is about hiding the identity.  But this is a

10   single loan in his own name and his own business.

11                   Why does that not make sense based upon the

12   government?  Is that Mr. Vahe Dadyan, according to their

13   theory, is going to huddle together, create a plan where he's

14   the only one with his face showing.

15                   And it points right back to his home.

16                   We also saw evidence that this Ms. Tamara

17   Dadyan, his cousin, submitted the loan.  That goes back to the

18   IP address.  The exhibits are there.  Please go back and take a

19   look at it.  2-K at page 47 and the exhibit shows that Tamara

20   Dadyan is at her house, submitted from her house on a mobile

21   phone.

22                   And why is that important?  It's significant

23   because this wasn't a paper document where Mr. Vahe Dadyan who

24   speaks Armenian could read it.  It's in English.

25                   It's one of those documents where you sign

something and say, okay, I agree and you trust a relative.

You trust someone that is supposed to be guiding and protecting you, and believing that she is going to put you in the right position.

And when we -- when the jury is being selected and there was a tough question, where he said, oh, do you have a family member that has committed a crime.  And some of us said yes.

But are we responsible for the deeds of our family members?

Are we responsible for the criminal thoughts of our family members?

No.

We also show -- we had to introduce this, it is Exhibit 801, I will not go through the checks, I didn't go through it, but these are some important checks that I think when you go back, 801, these are the canceled checks, all the way back to September.

And what you will see is that there is approximately $2000 a month that Mr. Vahe Dadyan was paying a hired driver.

All you have to do is examine Exhibit 1-M, look at 801, and you will see the canceled checks as Mr. Robinson explained.

This is important because Mr. Vahe Dadyan is

```
1    showing you back before the pandemic, September of 2019, that I
2    hired people, I had a driver, and I actually had business
3    expenses.
4                     There is also a check there, a canceled check
5    down here at the bottom to the Franchise Tax Board, and an
6    agent got up there and said, they acted as if he doesn't have a
7    legitimate business, he's not paying his taxes.  That check is
8    written February 10, 2020.  Look in 801, it's a canceled check
9    to the Franchise Tax Board before the pandemic hit, before PPP
10   program hit.
11                    This is evidence that we had to show you, but
12   it's in the record and I would like you to look at it.
13                    I would also like you to look at the
14   transaction with July 3rd, 2020, that is in Count 27.  Mr. Vahe
15   Dadyan is charged with money laundering.
16                    It's from Wells Fargo to Bank of America.  The
17   money sat in the account for 44 days.  It wasn't transferred to
18   some overseas account.  It wasn't transferred into
19   cryptocurrency or anything like that.
20                    This was transferred from two of the largest
21   banks in the world, and it said "payroll."
22                    And why did it say that?  I submit to you that
23   it said that because Tamara Dadyan asked him to put that in
24   there.  And he believed it to be payroll.
25                    He had a struggling business at the time, and
```

1    I really need to go back to this.

2                    Look down here, forgive me, because look at

3    that.  His account was actually overdrawn at the time in

4    February.  He didn't have $600,000 to invest in a company.

5                    He was actually struggling and had history of

6    paying drivers.

7                    The government talked about the text messages

8    and the text messages show it, you can read the text messages.

9    I would like to highlight a few things about those text

10   messages.  They called a lot of people idiots.  Look who they

11   called idiots.  Please read those text messages.  They called

12   idiots the lenders.  Tamara called them the idiots because she

13   was stealing from them, they were victims.  She called the bank

14   representatives idiots, because she was stealing from them.

15   She called the SBA stupid because she was stealing from them.

16   She called Mr. Vahe Dadyan an idiot because she was taking

17   money that he thought he rightfully deserved, because she led

18   him to believe it.

19                   Please read those text messages.  And he's

20   asking during that time, he's the only one begging, saying

21   listen, you said I get this PPP money.  And who wouldn't say,

22   Tamara, I filled out the application, you asked me to send it

23   to a tax company that -- there is nobody, even the bank, even

24   the bank at the time, was fooled into believing this was a tax

25   company.  That is why I asked that agent a question.

```
 1                    Of course, Mr. Vahe Dadyan, would have been

 2   fooled.  But you asked me to send that to, because hey, this is

 3   government money.

 4                    And now, you are not giving the money?

 5                    He's wondering what is going on.  Not as a

 6   knowing participant, but because of a struggling business.

 7                    Another thing I need you to look at

 8   Exhibit 57B.

 9                    And we saw if this was from Tamara Dadyan's

10   home, there were licenses.  If Ms. Tamara Dadyan is willing to

11   take the grandma's photo, mom's photo, co-workers photos,

12   daughter's e-mails, of course, she's going to take advantage of

13   her cousin.

14                    And as evidence that the government sped

15   through that she actually was taking advantage of him.

16                    I would like to you look at Exhibit 24B.

17                    Who does that look like?  This is evidence

18   that was found in Tamara Dadyan's home.

19                    This is Vahe Dadyan's pictures.  He's a victim

20   in here.  He's one of the people that were there amongst the

21   series of victims that their identification was taken.

22                    And the government may stand up and say, oh

23   no, he was part of the plan.

24                    This actually shows evidence that he was in,

25   but listen, Mr. Vahe Dadyan speaks Armenian.  And look at the
```

name, Edgar Carranza.  What is he supposed to walk into a bank
and pretend he's Edgar Carranza?  It makes no sense there is no
shortage of Russian or Armenian names.

This is the fraud that is going on right under
our faces.  The government speeds through the exhibits, and the
victim's face is right on amongst all of the other victims.

This is concerning.  This is why I need your
attention.

Because so much evidence is going back there,
that we're going to miss things, and these are the most
important days of his life.

The government asked you to follow the money.

And for the first time they started to talk
about $50,000 going to V&D Limo.

But ladies and gentlemen, look for the records
of V&D Limo.  There are so many bank records back there and
they are pointing to Exhibit 1-N that is the Exhibit 1 of the
fraud company's bank records.

It's not Vahe Dadyan.

And when the government was arguing and said,
oh, someone spent money on a Harley Davidson, someone spent
money on 3.2 million house.  There was nothing said about how
the money was spent.

The presumption of innocence entitles you to
say yes, it was business expenses.  This is the last

```
 1   opportunity I get to speak.  Ask, where are the V&D bank
 2   records?  That is the reason to doubt right there.
 3                    But there is so much more.
 4                    And I need to end like this, what we're
 5   looking at is a evaluating evidence.  And I would like you -- I
 6   started out the case saying, well there is two big things.  We
 7   have to look at the acts and the mind in all of those counts.
 8                    The acts we essentially agree with, there is a
 9   fraudulent loan put in.  But it's the mindset here that the
10   evidence is look lacking entirely.
11                    Right now, there is a presumption of
12   innocence, in its essence, the government has to build a bridge
13   and that bridge has to be built with evidence.
14                    We're on the side of the presumption of
15   innocence, and that is where we should stand.
16                    That bridge has to be strong enough to hold
17   all of you.  And I have done my best throughout this trial to
18   hold Mr. Vahe Dadyan, but I'm giving him to you, because I
19   cannot say anything more, and I'm about to sit down.
20                    But that bridge has to be strong enough to
21   hold all of you, holding Mr. Vahe Dadyan in your arms.
22                    This is important, so I'm asking you -- this
23   is really not a case about a victim or participant, this is
24   whether the government proved beyond a reasonable doubt that
25   he's a participant.
```

```
 1                    They're asking you to step on that bridge.
 2      Some of you may say, well no way, single loan, reason to doubt.
 3      His own address, reason to doubt.
 4                    His own Social Security number, reason to
 5      doubt.
 6                    Back to his bank account, reason to doubt.
 7                    That is what should stop you from getting on
 8      to that bridge, but it doesn't stop there.
 9                    No gold coins, reason to doubt.
10                    No Rolex watches, reason to doubt.
11                    No criminal history, no voyages to islands,
12      nothing, related to him.  Reason to doubt.
13                    All you need is one.  What searches have you
14      found -- what evidence was in his house, a reason to doubt?
15                    His phone, reason to doubt.  Text messages,
16      reason to doubt.  E-mails, what e-mail do you have of
17      knowledge, that is reason to doubt.
18                    There are so many reasons to doubt and the
19      government must be held to that burden.
20                    So if some of you say, okay, I'm getting on
21      the bridge.  Others of you have to speak up.  No, no, no, this
22      is very, very important.
23                    The largest reason to doubt is that Mr. Vahe
24      Dadyan is a victim and not a participant of this.
25                    This bridge actually looks like this, and the
```

1    government is asking you to assume, presume, and speculate

2    about what was going on in his mind.

3                    I'm asking you to find him not guilty on all

4    of the counts.

5                    Thank you.  I went longer, sorry.

6                THE COURT:  Thank you.

7                    Members of the jury, it is now five to 5:00.

8    Who is at the lectern?

9                MR. PAETTY:  It's Mr. Paetty for the government.

10                   I understand the day is long and it's getting

11   late, but with the Court's indulgence, I can handle rebuttal

12   and I will be brief, if the Court is willing to --

13               THE COURT:  Yes.  I mean, I didn't know what the

14   estimate would be, but if you can, I mean, I'm not telling you

15   to be brief, because a lot was said, but if your intention is

16   to be brief, then I will honor it, and brief means what, just

17   generally?

18               MR. PAETTY:  Generally, Your Honor, 15 minutes or

19   so.  I think we can probably do it then.  I don't want too put

20   fine a point on it.

21               THE COURT:  Is it okay if I keep you over a little

22   bit?  We can complete the arguments, is that okay?  Is there a

23   problem?

24                   Okay.  Then let's do that.  Then we will be

25   able to complete the arguments.

```
 1              MR. PAETTY:  Thank you, Your Honor.
 2                   So, good afternoon, members of the jury.  The
 3    day is long, and the time is late.  I will endeavor to be brief
 4    and thank you for your attention.
 5                   You have just heard a lot of argument, and
 6    it's now almost time for the evidence to be submitted to you
 7    for your deliberation.
 8                   And as you start that process, I want you to
 9    hold with you what is not in dispute here.  This -- all of the
10    loans you have heard about in this case, you ever heard
11    evidence on in trial are fraudulent.  It's all fraud.
12                   The only question before you is who is in on
13    it.
14                   And I submit to you that when you cut through
15    the noise, when you follow the money, that it will be clear to
16    you beyond a reasonable doubt that the answer to that question
17    is all of them.
18                   All of the defendants entered into a
19    conspiracy to steal PPP and EIDL money, and to spread it around
20    amongst themselves to buy homes.  And you have heard this
21    evidence to buy homes, to buy jewelry, to buy gold coins, to
22    buy clothes, to take trips, to buy cryptocurrency and all
23    things that are impermissible under the PPP and EIDL programs,
24    which again, as you have heard testimony were meant for small
25    businesses struggling in the pandemic.
```

1           All of the defendants knew about that fraud,

2    all of them participated in it, and all of them profited

3    through it.

4           So the one thing you have heard today, you

5    have heard a lot of and seen a lot of it is the finger

6    pointing, and that is significant here.

7           You have seen Richard Ayvazyan pointing at

8    Manuk Grigoryan.

9           You have seen Marietta Terabelian pointing at

10   Richard Ayvazyan.

11          You have seen Artur Ayvazyan and Vahe Dadyan

12   pointing to Tamara Dadyan.  But all of that finger pointing

13   does not make anyone innocent, and it does not make two

14   conspiracies -- two fraud conspiracies.

15          What it does, it puts all of them in the same

16   bucket of fraud, and they all agreed to spend that money and

17   share it amongst themselves, that the second conspiracy.

18          There are two that are charged.  Count 1 and

19   Count 26, those are the conspiracies:  One fraud conspiracy,

20   one money laundering conspiracy.

21          And let's focus on that word for a minute.  As

22   the Court has said, his Honor his instructed you a couple of

23   times on the law of conspiracy.  I will just point out a couple

24   of facets for you.

25          This is from Instruction 20, conspiracy to

1    commit wire and bank fraud.

2              I will just direct you to the first element.

3    Here for these defendants, beginning by at least in or about

4    March 2020, and continuing, to at least August 2020, there was

5    an agreement between two or more persons to commit at least one

6    crime as charged in the indictment.

7              And then from count -- from Instruction 21,

8    the first paragraph, second paragraph:  For a conspiracy to

9    have existed, it is not necessary that the conspirators made a

10   formal agreement or that they agreed on every detail of the

11   conspiracy.

12             And then Instruction 22, the second sentence:

13             It is not necessary that all members of the

14   conspiracy joined it at the same time, and one may become a

15   member of a conspiracy without full knowledge of all of the

16   details of the unlawful scheme or the names, identities, or

17   location of all of the other members.

18             So think about that as you cut through the

19   noise and as you follow the money.

20             Now, you have heard a lot today about Manuk

21   Grigoryan and Tamara Dadyan, and you know that they were both

22   charged in this case, but they are not here today.  And as the

23   Court has instructed you, you are not to speculate as to why

24   they are not here, but what that provides is a pretty

25   convenient empty chair to point, to blame.

1          So let's think about something.  The fact that

2   Manuk Grigoryan or Tamara Dadyan may have used the same

3   identities, and you have heard them over and over in this case,

4   Iuliia Zhadko, Anton Kudiumov, Viktoria Kauichko, the fact that

5   other coconspirators may have used this name does not make any

6   one at that table innocent.

7          It does not make them outside the conspiracy

8   to commit PPP or EIDL fraud.  All of that can be true, and in

9   fact, may very well be true in this case.

10          But the fact is that all of the defendants,

11  when they make that agreement and look, follow the money, cut

12  through the noise, follow the money, there is evidence of your

13  agreement.  There is more than that certainly, but that is a

14  through line for you.  The money.

15          They all made money -- stolen money, PPP

16  money, EIDL money.

17          How do you know about the conspiracy, how do

18  you know?  How do you know they are in it?

19          You have heard it over and over again.  Again,

20  the commonality, the use of those names, the use of the

21  identities, sharing amongst themselves, the use of the

22  companies, they recycled them, you have seen the list.  You can

23  look at the charts that the government has put into evidence,

24  Exhibit 115, 116.  Over and over and over again these company

25  used evidence of a conspiracy.

1                    Commonality in those applications, you have

2       seen those loan applications, Gusto payroll reports with the

3       exact same numbers, the fake IRS forms that were never

4       submitted to the IRS, but have the same duplicate information

5       submitted loan after loan after loan.  There is a chart on that

6       too, you can look at that.

7                    Finally, the money moving through the accounts

8       linked to them.  Let's take a look at one of them.

9                    This is from government's chart 115 at page 7.

10      Money coming from Dadyan, from the Paronyan -- Edward Paronyan,

11      from Grigoryan, Artur Ayvazyan, all of this funneling.  Where

12      does it funnel to?  What is the end game here?  Where is it

13      going?

14                    It's going to a house owned by Richard

15      Ayvazyan and Marietta Terabelian.  That is where it's going.

16                    Members of the jury, as you have seen, the

17      engine of this fraud scheme, the engine of this conspiracy are

18      those names, are those identities.  And a steady stream of them

19      is what the defendants needed to keep that engine going.

20                    And whether the defendants themselves used

21      those identities or those companies or whether they caused

22      someone else to use them, Manuk Grigoryan, Tamara Dadyan,

23      another defendant, it doesn't make them innocent.  What it

24      does, it puts them at the heart of a conspiracy.

25                    And it doesn't split the conspiracy.

UNITED STATES DISTRICT COURT

1          It's evidence of the agreement, all of those

2   commonalities, all of the pools where the money is going, all

3   of those intricate arrows and connections, the interstitial

4   connective tissue of a conspiracy is all present for you on

5   those charts, read them.

6          They are a guidepost to this fraud and this

7   money laundering.  There is another guidepost, too, and we will

8   get to that shortly.

9          In fact, we will get to it now.  Government's

10  Exhibit 10, Mr. Fenton spoke to you during his opening

11  statement about that he pulled some choice quotes out for you.

12  And I encourage you when you go back in the jury room, take a

13  look at Government's Exhibit 10, it's a roadmap for the fraud.

14  It's a roadmap to the intent to the criminal intent of Richard

15  Ayvazyan and Tamara Dadyan.  And it all emanates from there.

16  And it all comes back to there.

17          You will see -- you have seen those messages

18  about mocking the program, mocking the very program that was

19  designed to help businesses, making fun of it, laughing at it,

20  as they bilked it, as they stole from that piggy bank until

21  they said it was going to go bankrupt.  That is your criminal

22  intent.

23          And the fact that Richard Ayvazyan's

24  fingerprint -- you heard some things about fingerprint, the

25  fact his fingerprints aren't on it, that is indicative of the

1    scheme itself, that is the point, that is why they had so many

2    of these identities.  That's why they hid behind these

3    companies is to hide who they were.  In fact, the only

4    sloppiness in this investigation, the only sloppiness here is

5    Richard Ayvazyan, when he got caught carrying those IDs, we

6    will talk about it in a minute.

7                    He got caught with his hand in the cookie jar

8    in Miami.

9                    The other thing to take a look at in addition

10   to Government's Exhibit 10, is Exhibit 115.  It's part of the

11   charts, 115 and 116, both of those will show you the loans and

12   the flow of the funds from those stolen proceeds.

13                   So before the case is submitted to you, I want

14   to point out a few things, just a few.  You have seen or did a

15   lot of evidence in this case, but before you get it, I just

16   want to hit a few high key bullet points, most of which have

17   been covered by Mr. Fenton, but I want to leave it to you today

18   as you retire and move to deliberate.

19                   So first, for defendant Ayvazyan.  The leader

20   of this conspiracy, along with Tamara Dadyan, Exhibit 10.  Take

21   a look at it and that will show you.

22                   Here is where the money went.  Credit card is

23   on his person, as I mentioned that -- you saw those, you saw

24   those as they were put up in the screen in front of you.

25   Mr. Fenton had one in his hands today.  Five in the name of

1    Iuliia Zhadko, an alias he used.  The fact that other people

2    used it, just shows that they spread it around.

3              And you saw evidence of that text messages he

4    sent to Tamara Dadyan from Turks and Caicos, where it said, use

5    Iuliia, use Iuliia.  He was handing it around.  He was handing

6    it to his coconspirators to use that identification to go get

7    more money, that is how it worked.  That is the point that does

8    not make different conspiracies, it makes one where they are

9    all sharing it and all profiting from it.

10             Five Zhadko credit cards.  It was in Iuliia

11   Zhadko's name, but also in the names of the companies

12   themselves where they had those loans, where they got the loans

13   out.  Top Quality Contracting, Turing Info Solutions, tie right

14   back to Richard Ayvazyan in his hand, in his hand, taken away

15   when he got caught.

16             One in Viktoria Kauichko's name, Runyan Tax

17   Services, another credit card found on him.  These identities

18   are shared.  It doesn't make a different conspiracies, it shows

19   you and illuminates how this thing worked.  I mean, it's simple

20   in concept to steal money, but it was a lot of different ways

21   they did it.  And the money flowed to him.  Yeah, it did, a lot

22   of it.

23             You saw it come back to the house.  You saw it

24   in the watches.  You saw it in the gold coins, all with the

25   piggy bank from PPP and the EIDL.

```
 1                    Marietta Terabelian, same boat.  Same boat.
 2                    She was caught with a card, a card in an alias
 3     in an identity that was used over and over and over again in
 4     the scheme, by her, by others.
 5                    Mr. Fenton walked you through all of the
 6     different things that card was used from that tie back to
 7     Marietta Terabelian.  Expenses unique to her, payment for her
 8     father's funeral, furnishings, you heard it described today as
 9     a housewife, as a homemaker.  Fine furnishings for that home,
10     her dream house.  Expenses unique to her.
11                    Calle Primavera to purchase a home that her
12     mother lived in with PPP and EIDL money.
13                    And the fact that Marietta Terabelian, as
14     Richard Ayvazyan, didn't submit a loan, there is not evidence
15     of submission of a loan?  That is not what the government has
16     to prove here.
17                    It's aiding and abetting.  It's causing -- how
18     do you know that she aided and abetted and caused?  Where did
19     the money go?  It came back to her, it came back to her
20     husband, that is how you know.  That is how you know they
21     caused this.
22                    That's the point is to get the money.  It's
23     not enough to steal it, you need to get it back.
24                    And then finally, the jail calls.  And you
25     will have those.  Listen to the recording, part of it is in
```

1    Armenian, part of it in English.  Take a look at that

2    transcript.

3              I submit to you there is no better evidence in

4    what is someone's mind than when they get busted in that

5    moment, caught, arrested.

6              What do you do?  You make that call.  You

7    reach out in Armenian, part in English, but in Armenian -- I

8    have been told I do have an error on the slide, it says credit

9    cards found on Marietta Terabelian.  It should be just one,

10   Viktoria Kauichko card.

11             Those jail calls, and if you just think about

12   it, Mr. Fenton covered it, I don't really need to hit it hard

13   other than to say you look at it, and again, the Court has

14   instructed you when you deliberate.  It's reason and common

15   sense.

16             Clean the house?  Everything as much as you

17   can?  That is intent.  She knows exactly what is going on.

18   She's been living with a criminal.  That was -- the argument

19   she lives with a criminal, she's taking the proceeds, she's

20   part of it.  She's part of the scheme and she knows it.  When

21   she got popped, when she got busted, she reached out to try to

22   cover her tracks.  That is indicative of guilt.  Clean the

23   house, as much as you can.

24             And I think when you saw it earlier, it was

25   underneath the kids -- no, that comes right up top.  Rich and I

1   have been caught, arrested, clean the house.  Right up at the

2   top.

3                  That tells you where her mindset was.  It puts

4   her in the heart of the conspiracy.

5                  Artur Ayvazyan.  Fraud on his phone.  There is

6   a lots of that too.

7                  Anyway he lived in fraud central, Weddington.

8   There is a lot of fraud in that house.  You can look at Exhibit

9   57.  You have heard an explanation from it from Mr. Ayvazyan

10  and Mr. Fenton walked through why that just is not credible.

11  That someone would have arm's length relationship with their

12  wife in every regard except suddenly when PPP is available.  Oh

13  here you go, here is my 1099, here is my phone.  It's not

14  credible.  He knew what was on that phone.  There was a lot of

15  IDs, ID now, that little thing where you see, it's got around

16  your head where you can make IDs.  That is on his phone.

17                 And we go back to Exhibit 10, those text

18  messages.  Art is all three them.

19                 Tamara Dadyan's husband, which highlights here

20  an important part of this scheme.

21                 These are not people who are -- this is not

22  like disparate criminal enterprise, people don't know each

23  other.  This is family, they all know each other.

24                 If you want to look at what is going on in

25  someone's mind, listen to people who know, listen to the people

who talk to them, who are involved with them on a day-to-day
basis.

Tamara Dadyan, talking to Richard Ayvazyan
about Art.  Art can do this.  Mr. Fenton pointed out to you, go
back and look at Exhibit 10, you will see Art all through them.
The way Art is doing, running checks, helping with the fraud
scheme, contributing to the conspiracy, and laundering money
through his accounts for Allstate Towing and Trucking.

It's not a crime.  This is not about having a
legitimate business, it's not that.  Legitimate businesses are
legitimate businesses, but that doesn't mean you can lie and
cheat and steal to get a loan for your business.

And when you say you are going to use it for
your business and you don't, that is -- you don't have to prove
that, but that just make it worse.

Look at the text messages again.  You will see
his name all through it.  Vahe Dadyan, yeah, he only had one
loan, and that is true, and it's undeniable his role was
limited.  It was limited to that one loan, but the intent is
the same.

It's to steal money and get some for yourself,
that's what he did.

He has a legitimate business.  But just
because you have a legitimate business, you can't lie and get
money for it with a loan that is meant for pandemic relief, and

1   then say, I had a legitimate business.  That is a lie.  That is

2   a crime.  And the fact that Tamara Dadyan helped him do it,

3   just makes him part of a conspiracy.

4                  And I will just refer quickly back.  It was

5   something that counsel said in opening statement.  I think he

6   made an analogy to get away driving or taxi driver, it's the

7   wrong analogy.  He's not a driver of anything.  Well in this

8   case, he's not.

9                  He's a passenger on the fraud bus, that is

10  what it is, and that fraud bus was driven by his cousin and

11  Richard Ayvazyan, and what they needed, as we talked about,

12  they needed companies, they needed identities, and he had one.

13  And they took it.  And he got paid for it.

14                 You can go in and look, you can see money gets

15  transferred to his account, V&D Limo, Vahe Dadyan Limo.  That

16  money came back to him.

17                 There was a reference to Exhibit 801, that

18  pandemic money comes in in May, May 20th.  The last check, that

19  Vahe Dadyan -- 801, you take a look at it -- the last check he

20  wrote to a driver was in March.

21                 You are getting pandemic money to pay payroll

22  allegedly, there was no payroll.  That was a money launder back

23  to Tamara at Runyan Tax Services, but you are getting money for

24  PPP, and you are claiming you have been paying drivers, you get

25  the money and you don't pay drivers?

1          And explicitly it is linked by the text

2    messages.  You have seen them Vahe wants -- essentially Vahe

3    wants his cut.  He wants his money.  He's asking for it.  He

4    knows what he's in.  And he knows who is going to get out of

5    it.

6          You have heard a lot about from counsel

7    talking about beyond a reasonable doubt.  Yes, yes, that is the

8    government's burden, and the government embraces that burden.

9          It's important.  It's not magical or mystical,

10   it's used in courtrooms around the country every single day in

11   criminal courtrooms, including this one.

12         And all that means is that it means reason and

13   common sense.

14         And when you cut through the noise, and use

15   your reason, and your common sense, you will see that the

16   government, in this case, has proved the existence of a

17   conspiracy, involving these defendants, to steal PPP and the

18   EIDL money and to spread that money around amongst themselves

19   and spend it on themselves.

20         Members of the jury, when you go back to that

21   jury room, take your common sense with you.

22         Cut through the noise; follow the money, and

23   you will come to the verdict in this case that is consistent

24   with the facts, consistent supported by the law, consistent

25   with the facts in this case, and that's a verdict of guilty on

1    all counts.

2              THE COURT:  When you begin your deliberations, you

3    should elect your presiding juror who will preside over the

4    deliberations and speak for you here in court.  You will then

5    discuss the case with your fellow jurors to reach an agreement,

6    if you can do so.  Your verdict, whether guilty or not guilty,

7    must be unanimous.  Each of you must decide the case for

8    yourself, but you should do so only after you have considered

9    all of the evidence, discussed it fully with the other jurors,

10   and listened to the views of your fellow jurors.

11             Do not be afraid to change your opinion if the

12   discussion persuades you that you should, but do not come to a

13   decision simply because other jurors think it is right.

14             It is important you attempt to reach a

15   unanimous verdict, but of course, only if each you can do so

16   after having made your own conscientious decision.

17             Do not change an honest belief about the

18   weight of the effect of the evidence simply to reach your

19   verdict.

20             Some of you have taken notes during the trial.

21   Whether or not you took notes, you should rely on your own

22   memory of what was said.

23             Notes are only to assist your memory.  You

24   should not be overly influenced by your notes or those of your

25   fellow jurors.

1          The punishment provided by law for this crime

2  is for the Court to decide.

3          You may not consider punishment in deciding

4  whether the government has proved its case against defendant

5  beyond a reasonable doubt.

6          A verdict form has been prepared for you after

7  you have reached a unanimous agreement on the verdict.

8          Your presiding juror or foreperson should

9  complete the verdict form, according to your deliberations,

10  sign and date it, and advise the bailiff you are ready to

11  return to the courtroom.

12          If it becomes necessary during your

13  deliberations to communicate with me, you may send a note

14  through the bailiff, signed by any one or more of you.

15          No member of the jury should ever attempt to

16  communicate with me, except by a signed writing, and I will

17  respond to the jury concerning the case only in writing or here

18  in open court.

19          If you send out a question, I will consult

20  with the lawyers before answering it, which may take some time.

21          You may continue deliberations while waiting

22  for the answer to any question.

23          Remember, you are not to tell anyone,

24  including me, how the jury stands numerically or otherwise on

25  any question submitted to you, including the question of the

```
 1    guilt of the defendant until you have reached a unanimous

 2    verdict or have been discharged.

 3                    Just one moment.

 4                    And when you begin your deliberations, which

 5    won't be this afternoon, it will be tomorrow morning, you will

 6    have all of the exhibits, which have been received in evidence,

 7    a copy of the indictment, and a copy of the Court's

 8    instructions.

 9                    As you have heard during the -- as you have

10    heard -- as you of heard during the arguments, the lawyers have

11    referenced the jury instructions.  There has been some

12    discussion about whether some of the lawyers reference the

13    instructions correctly or not.

14                    Ultimately, the instructions that I give you

15    are the instructions that govern.

16                    In other words, what they say is what you must

17    follow.  You should read them, consider them all, and consider

18    them in the context of the evidence that has been presented to

19    you in deciding how you should decide the case.

20                    Tomorrow morning, if you return, some of you

21    may come at slightly different times than others.

22                    I want you to come back at 9 o'clock, but

23    understand you can't begin your deliberations until you are all

24    12 present in one room.

25                    In other words, if some people come early, you
```

should not begin discussing the case until you are all present,

and there are four alternates, and I'm going to require the

alternates to come back tomorrow morning because you have

served a useful purpose in the case.  We never know when

something may arise, which will result in this calling upon

you.

In this case, it hasn't happened so far, but I

want to make sure that it continues that way.  So, the four

alternates, along with the 12 jurors, should come back tomorrow

morning.

At that point, I will ask you be reconvened in

the courtroom, and if, as I expect all of you return tomorrow,

I will then, by the rules, have to excuse the alternates

because only the 12 jurors can deliberate.

But if that happens, and I will say it again

tomorrow, I don't want the alternates to think that they have

been here for not, because they serve a very valuable purpose

and I notice that the alternates were paying as close attention

as the regular jurors.

Again, the admonition, don't talk about the

case to each other or anyone else at home.

Don't access any media or Internet or whatever

goes on and we will see you tomorrow morning at 9 o'clock.

Thank you.

THE COURTROOM DEPUTY:  The bailiff will please

```
 1   step forward.  State your full name and spell if for the
 2   record.
 3               THE WITNESS:  David Madrid.  M-a-d-r-i-d.
 4               THE COURTROOM DEPUTY:  Raise your right hand.
 5                   Due solemnly swear to keep this jury together
 6   in some private and convenient place, you will well -- excuse
 7   me -- you will not permit any person to or communicate with
 8   them, nor do so yourself, unless by order of the Court or to
 9   ask them whether they have agreed upon a verdict, and you will
10   return them to the court when so ordered.
11               THE WITNESS:  I do.
12               THE COURTROOM DEPUTY:  Thank you.
13                   All rise.
14               (The jury exits the courtroom.)
15                This Honorable Court stands adjourned.
16               (The proceedings concluded at 5:27 p.m.)
17                           *  *  *
18
19
20
21
22
23
24
25
```

1                    **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6              I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:  June 25, 2021

17

18

19                          /s/ TERRI A. HOURIGAN
                   _____
20                 TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                        Federal Official Court Reporter
21

22

23

24

25

**$**

**$10,000** [1] - 38:16
**$150,000** [1] - 109:22
**$2,900** [1] - 49:25
**$2000** [1] - 122:19
**$384,150** [1] - 83:21
**$50,000** [1] - 126:13
**$600,000** [2] - 76:6, 124:3

**'**

**'90s** [2] - 99:17

**/**

**/s** [1] - 149:19

**1**

**1** [27] - 2:18, 8:15, 8:20, 9:21, 10:24, 11:12, 11:20, 11:24, 17:21, 53:17, 54:2, 54:7, 54:18, 67:6, 67:9, 67:19, 68:9, 73:6, 92:13, 93:6, 93:17, 93:25, 94:15, 106:10, 113:9, 126:16, 131:17
**1,000** [1] - 32:22
**1-J** [1] - 21:2
**1-M** [1] - 122:21
**1-N** [2] - 31:8, 126:16
**1-R** [2] - 56:4, 62:17
**10** [18] - 18:15, 23:11, 23:24, 24:8, 35:4, 35:22, 43:9, 43:23, 45:18, 87:10, 88:3, 123:7, 135:9, 135:12, 136:9, 136:19, 140:16, 141:4
**10.54.208.59.10** [1] - 31:13
**10036** [1] - 2:16
**104.34.75.188** [1] - 28:2
**107** [1] - 34:16
**1099** [1] - 140:12
**10th** [1] - 112:19
**11** [8] - 12:11, 12:17, 83:9, 83:10, 83:13, 83:15, 83:20, 84:9
**1114** [1] - 2:15
**115** [8] - 21:9, 33:2, 37:8, 101:3, 133:23, 134:8, 136:9, 136:10
**116** [4] - 38:13, 39:19, 133:23, 136:10

**12** [4] - 39:7, 146:23, 147:8, 147:13
**128** [1] - 32:2
**12th** [1] - 78:2
**1330** [1] - 2:21
**13B** [1] - 77:22
**13th** [2] - 62:23, 63:2
**14** [2] - 12:7, 12:17
**148** [1] - 61:16
**14th** [2] - 62:24, 64:21
**15** [3] - 62:18, 102:21, 129:17
**150** [1] - 92:8
**151** [6] - 18:2, 39:4, 39:7, 45:5, 92:9, 92:11
**153** [2] - 38:25, 39:2
**15928** [1] - 81:21
**17** [1] - 38:14
**174.193** [4] - 79:10, 79:22, 79:24, 80:1
**174.193.145.67** [1] - 79:13
**17th** [1] - 76:16
**188** [6] - 28:2, 28:15, 28:18, 30:17, 31:2, 31:8
**19** [9] - 20:18, 21:12, 28:7, 28:16, 30:21, 31:14, 32:4, 56:7, 56:10
**1900** [1] - 2:12
**1935** [1] - 3:11
**1:00** [2] - 1:13, 6:2

**2**

**2** [9] - 10:21, 11:20, 12:15, 38:14, 40:19, 40:22, 41:25, 54:19, 92:13
**2-H** [1] - 28:23
**2-K** [2] - 120:17, 121:18
**20** [17] - 8:21, 10:21, 11:20, 11:24, 12:15, 17:21, 28:16, 32:5, 39:7, 54:19, 67:9, 92:10, 93:12, 93:14, 119:10, 131:24
**20-579-SVW** [1] - 1:7
**20036** [1] - 2:22
**2016** [1] - 76:5
**2018** [2] - 81:23, 82:18
**2019** [3] - 51:10, 78:3, 122:25
**2020** [28] - 29:22, 46:6, 51:7, 51:11,

**51**:15, 51:16, 52:3, 52:14, 53:18, 59:24, 59:25, 60:5, 60:7, 60:10, 60:11, 63:7, 64:21, 66:22, 75:20, 77:3, 78:14, 78:16, 83:16, 119:20, 123:7, 123:13, 132:3
**2021** [3] - 1:13, 6:1, 149:16
**20th** [1] - 142:17
**21** [10] - 9:14, 10:5, 12:5, 69:4, 79:2, 80:12, 81:2, 93:12, 94:11, 132:6
**213** [1] - 1:25
**216** [1] - 3:11
**21st** [4] - 34:17, 38:8, 62:14, 62:19
**22** [9] - 9:15, 79:2, 81:17, 82:14, 82:22, 83:8, 93:12, 96:18, 132:11
**23** [2] - 31:14, 32:5
**23.242.208.63** [1] - 36:1
**24** [5] - 1:13, 6:1, 29:9, 39:1, 92:10
**24B** [1] - 125:15
**24th** [1] - 62:20
**25** [1] - 149:16
**26** [5] - 11:9, 54:18, 68:7, 93:6, 131:18
**2600** [1] - 64:22
**27** [2] - 68:24, 123:13
**28** [3] - 9:18, 56:25, 149:9
**29** [1] - 56:25

**3**

**3** [3] - 39:7, 63:21, 83:5
**3-E** [1] - 28:21
**3-I** [1] - 28:22
**3-M** [2] - 28:22, 31:2
**3.2** [1] - 126:21
**30** [1] - 58:9
**30,000** [1] - 109:22
**31** [1] - 56:25
**312** [1] - 2:7
**3170** [1] - 43:23
**31st** [1] - 83:16
**32** [3] - 9:18, 26:16, 26:18
**33** [5] - 26:18, 29:1, 29:4, 29:23, 30:6
**35** [2] - 38:9, 103:3
**350** [2] - 1:24, 3:4
**358-5899** [1] - 81:8

**3838** [2] - 1:23, 149:20
**384,000-some** [1] - 83:16
**385,000** [1] - 84:9
**3900** [1] - 2:18
**3:36** [1] - 102:19
**3rd** [1] - 123:13

**4**

**4** [1] - 63:21
**40** [1] - 76:17
**409** [1] - 3:15
**41** [1] - 26:25
**4170** [1] - 46:18
**42** [2] - 26:7, 29:18
**4311** [1] - 1:24
**44** [1] - 123:16
**47** [1] - 121:18
**4910** [1] - 16:17

**5**

**5** [1] - 39:19
**54.88.74.128** [1] - 32:3
**54B** [1] - 34:5
**57** [1] - 140:8
**57B** [1] - 125:7
**5:00** [1] - 129:6
**5:27** [1] - 148:15
**5th** [2] - 2:12, 3:7

**6**

**6-V** [1] - 121:1
**6/23** [1] - 23:25
**60** [3] - 84:19, 84:24, 84:25
**601** [1] - 3:7
**6150** [7] - 21:22, 26:1, 26:11, 26:14, 26:20, 34:7, 39:22
**63** [3] - 35:24, 36:20, 63:12
**633** [2] - 2:12
**651** [1] - 3:15

**7**

**7** [5] - 1:12, 62:17, 62:18, 83:18, 134:8
**720** [1] - 3:7
**73** [1] - 38:8
**73A** [1] - 26:12
**74** [1] - 30:8
**75** [2] - 56:14, 56:20
**75.83.234.33** [1] - 29:1

**753** [1] - 149:9

**8**

**8** [3] - 33:2, 37:8, 101:3
**801** [6] - 122:14, 122:16, 122:22, 123:7, 142:16, 142:18
**818** [1] - 81:8
**894-2849** [1] - 1:25

**9**

**9** [3] - 37:8, 146:21, 147:22
**90012** [2] - 1:24, 2:8
**90071** [2] - 2:13, 3:8
**90277** [1] - 3:16
**903** [1] - 3:4
**91208** [1] - 3:11
**92673** [1] - 3:5
**940** [1] - 42:21
**940s** [1] - 43:8
**94105** [1] - 2:19

**A**

**ABC** [1] - 36:23
**abetted** [1] - 138:17
**abetting** [1] - 138:16
**able** [6] - 27:22, 57:18, 71:20, 84:22, 88:23, 129:24
**above-entitled** [1] - 149:12
**accept** [1] - 75:6
**access** [12] - 28:5, 29:6, 29:10, 29:13, 29:16, 29:24, 30:7, 31:20, 79:10, 101:12, 101:14, 147:21
**accessed** [2] - 20:19, 21:14, 21:15, 29:5, 29:21, 30:19, 55:6, 55:13, 61:15
**accesses** [3] - 30:9, 30:11, 43:24
**according** [5] - 43:13, 44:1, 75:14, 121:11, 145:8
**account** [99] - 8:14, 20:20, 20:21, 21:13, 21:15, 21:16, 24:20, 28:9, 28:11, 28:12, 28:14, 29:7, 29:8, 29:11, 29:13, 29:17, 29:20, 29:24, 29:25, 30:7, 30:9, 30:19, 30:20, 30:21, 30:24,

31:9, 31:20, 31:22, 31:23, 32:5, 32:6, 32:7, 32:8, 32:18, 36:9, 50:1, 51:19, 55:5, 55:14, 58:14, 58:15, 58:16, 58:17, 59:21, 59:23, 59:24, 60:1, 60:8, 61:14, 61:17, 62:3, 62:4, 62:9, 63:6, 65:23, 72:12, 73:13, 74:2, 77:4, 78:20, 79:11, 80:15, 81:20, 81:22, 81:23, 82:1, 82:2, 82:3, 82:4, 82:6, 82:10, 82:13, 82:14, 82:21, 83:18, 83:24, 84:1, 84:4, 84:10, 84:14, 84:15, 87:22, 112:1, 117:19, 117:21, 123:16, 123:17, 124:2, 128:5, 142:14

**accountant** [3] - 17:4, 76:12, 76:13

**accounting** [3] - 17:4, 78:23, 78:24

**accounts** [29] - 9:6, 9:7, 28:5, 29:5, 29:24, 32:19, 38:25, 39:1, 39:2, 43:25, 55:8, 55:15, 56:6, 58:8, 58:21, 60:12, 66:3, 75:24, 76:25, 77:14, 79:11, 87:20, 87:24, 92:10, 109:2, 112:1, 118:9, 134:6, 141:7

**accumulated** [2] - 107:13, 118:7

**acquit** [2] - 55:25, 88:4

**acquittal** [3] - 6:16, 64:14, 92:25

**acquitted** [1] - 118:14

**acted** [6] - 10:6, 58:6, 59:12, 59:20, 95:3, 123:5

**acting** [1] - 101:22

**activities** [4] - 74:5, 75:21, 75:24, 113:11

**activity** [5] - 64:21, 74:21, 74:22, 100:10, 112:5

**acts** [2] - 127:6, 127:7

**adapt** [1] - 53:24

**add** [2] - 54:23, 81:6

**added** [1] - 81:22

**addition** [2] - 73:24,

136:8

**additional** [4] - 11:25, 81:6, 94:18

**address** [59] - 20:19, 21:14, 26:2, 26:11, 26:22, 27:16, 27:25, 28:1, 28:4, 28:8, 28:15, 28:18, 28:24, 29:4, 29:15, 29:23, 30:1, 30:5, 30:17, 31:2, 31:8, 31:13, 31:15, 32:1, 32:4, 32:10, 33:10, 35:24, 36:1, 36:14, 36:19, 36:24, 37:1, 37:4, 37:12, 39:21, 39:22, 39:25, 40:7, 56:10, 56:20, 58:8, 58:14, 59:19, 61:15, 77:25, 79:13, 79:18, 79:22, 79:24, 80:3, 81:13, 88:1, 120:16, 120:21, 121:17, 128:2

**addresses** [13] - 27:15, 27:23, 30:4, 32:24, 35:23, 56:9, 59:13, 66:3, 79:5, 79:6, 79:9, 86:11, 87:16

**adjourned** [1] - 148:14

**admit** [3] - 54:3, 109:14, 113:5

**admitted** [2] - 14:19, 14:20

**admittedly** [1] - 16:24

**admonish** [1] - 70:7

**admonition** [1] - 147:19

**advance** [1] - 96:15

**advantage** [2] - 125:11, 125:14

**advise** [1] - 145:9

**Advisors** [1] - 36:23

**affiliated** [1] - 82:17

**affirmatively** [2] - 13:10, 13:14

**afraid** [1] - 144:10

**afternoon** [5] - 9:15, 21:11, 65:13, 130:1, 146:4

**AFTERNOON** [1] - 1:12

**agency** [1] - 112:13

**Agent** [49] - 16:9, 16:10, 16:13, 16:14, 19:16, 20:22, 21:20, 23:15, 23:18, 23:21, 23:24, 24:7, 24:13,

26:13, 26:19, 34:14, 37:16, 37:23, 38:7, 38:11, 39:3, 39:7, 39:17, 40:17, 40:19, 42:1, 46:16, 47:11, 49:16, 49:23, 50:2, 50:6, 52:22, 53:18, 54:1, 54:5, 60:18, 60:23, 62:7, 62:13, 62:25, 63:20, 64:8, 65:21, 65:24, 80:6, 80:20, 80:24

**agent** [9] - 16:15, 53:19, 62:16, 63:23, 102:5, 113:6, 113:23, 123:5, 124:24

**agents** [5] - 14:11, 16:25, 17:1, 25:9, 39:4

**aggravated** [11] - 9:13, 12:3, 12:9, 12:17, 79:1, 80:11, 81:2, 81:18, 83:5, 108:16, 112:6

**ago** [1] - 58:9

**agree** [8] - 11:18, 39:20, 39:25, 40:6, 41:10, 97:5, 121:25, 127:7

**agreed** [7] - 10:16, 67:11, 67:17, 71:8, 131:15, 132:9, 148:8

**agreeing** [1] - 67:15

**agreement** [95] - 10:2, 10:3, 10:9, 11:13, 11:16, 18:6, 18:7, 18:13, 19:1, 19:2, 19:3, 19:4, 19:6, 22:20, 25:3, 25:4, 25:8, 25:11, 25:12, 25:22, 33:23, 37:21, 38:18, 38:20, 39:9, 39:15, 42:4, 42:15, 43:16, 44:6, 44:10, 54:18, 54:21, 67:11, 68:15, 69:6, 69:17, 69:18, 69:23, 70:4, 70:20, 70:23, 71:3, 71:6, 71:8, 71:9, 72:7, 72:11, 72:14, 72:15, 72:17, 72:20, 73:7, 73:10, 86:24, 88:5, 89:22, 89:23, 90:13, 91:1, 91:19, 91:23, 92:5, 92:15, 92:21, 93:20, 93:21, 93:22, 94:13, 94:17, 96:17, 97:6, 97:18, 97:23, 97:24, 98:6, 98:20, 99:9, 99:11, 100:23,

104:22, 114:7, 114:8, 114:17, 132:4, 132:9, 133:10, 133:12, 134:25, 144:4, 145:6

**agreements** [2] - 18:10, 18:12

**ahead** [1] - 90:12

**AHN** [1] - 2:5

**aided** [1] - 138:17

**aiding** [1] - 138:16

**al** [1] - 1:8

**alcohol** [1] - 109:17

**alias** [8] - 15:17, 19:13, 21:4, 52:24, 53:1, 53:3, 136:25, 138:1

**allegation** [4] - 12:25, 55:2, 55:6, 55:16

**allegations** [2] - 12:14, 87:9

**allege** [1] - 57:12

**alleged** [18] - 7:13, 7:14, 9:2, 11:14, 11:17, 12:6, 12:10, 12:11, 21:25, 22:8, 24:16, 25:20, 26:5, 35:21, 36:17, 69:18, 78:4, 94:15

**allegedly** [2] - 7:25, 142:21

**alleges** [2] - 12:5, 13:15, 83:15

**alleging** [1] - 55:12

**allow** [2] - 18:6, 22:23

**allowed** [3] - 69:17, 72:10, 103:6

**Allstate** [2] - 41:23, 141:7

**almost** [3] - 51:4, 96:9, 130:5

**alone** [7] - 10:16, 11:3, 13:24, 25:11, 25:16, 39:10, 56:1

**Alpha** [1] - 3:11

**alternates** [6] - 147:1, 147:2, 147:8, 147:12, 147:15, 147:17

**Amazon** [1] - 79:17

**Amenecer** [1] - 3:4

**America** [15] - 23:12, 28:12, 30:24, 32:6, 49:1, 58:15, 81:20, 81:21, 84:15, 110:8, 110:25, 113:20, 118:3, 118:19, 123:15

**AMERICA** [1] - 1:5

**Americans** [1] -

51:21

**Americas** [1] - 2:15

**Ameritrade** [2] - 55:8, 55:15

**Amirah** [1] - 15:1

**analogy** [3] - 8:2, 142:5, 142:6

**analysis** [11] - 47:8, 47:24, 51:7, 51:8, 51:19, 67:5, 77:5, 78:10, 78:20, 78:23, 78:24

**analyze** [3] - 77:15, 78:13, 88:10

**ANGELES** [4] - 1:14, 1:24, 6:1, 149:3

**Angeles** [2] - 2:8, 2:13, 3:8

**ankle** [1] - 65:4

**Anna** [5] - 30:8, 30:10, 37:2, 80:17, 117:11

**Annan** [2] - 99:16, 99:23

**annoyed** [1] - 70:16

**answer** [12] - 19:20, 38:19, 39:13, 46:21, 54:8, 67:2, 77:18, 107:13, 115:1, 115:4, 130:15, 145:21

**answered** [1] - 46:17

**answering** [1] - 145:19

**Anthony** [1] - 14:14

**anti** [1] - 88:12

**anti-identity** [1] - 88:12

**Anton** [13] - 15:3, 15:15, 15:16, 19:13, 20:2, 21:4, 29:17, 30:15, 34:23, 49:14, 50:1, 64:17, 133:3

**anyway** [1] - 140:6

**apart** [1] - 51:23

**apartment** [15] - 21:22, 26:1, 26:2, 26:3, 26:14, 28:3, 30:18, 31:11, 34:19, 61:23, 80:6, 80:19, 86:11, 120:23

**apologize** [1] - 89:17

**appearance** [1] - 37:9

**APPEARANCES** [1] - 2:1

**Appearances** [1] - 3:1

**applicant** [4] - 31:4, 31:5, 36:23, 36:25

**application** [14] -

12:8, 21:3, 31:3, 31:5, 39:21, 79:12, 79:23, 79:25, 80:3, 81:11, 81:12, 106:14, 120:17, 124:21
**applications** [8] - 18:19, 18:24, 30:12, 39:18, 116:20, 116:22, 133:25, 134:1
**applied** [4] - 14:7, 14:8, 19:22, 34:13
**apply** [4] - 32:23, 37:6, 117:25, 119:21
**applying** [1] - 95:3
**appreciate** [1] - 105:7
**approach** [3] - 68:21, 105:8, 106:8
**appropriate** [1] - 94:7
**argue** [10] - 18:6, 18:10, 71:20, 72:10, 74:24, 89:5, 89:6, 89:20, 95:16, 97:20
**argued** [1] - 34:8
**arguing** [1] - 126:19
**argument** [26] - 6:11, 6:21, 7:10, 7:24, 13:12, 13:20, 18:7, 22:18, 22:20, 22:24, 36:2, 48:5, 70:17, 74:20, 74:23, 75:7, 75:18, 93:3, 95:16, 96:7, 96:9, 104:11, 104:25, 130:4, 139:17
**arguments** [12] - 8:13, 60:2, 72:2, 72:22, 74:25, 75:1, 75:6, 88:21, 100:22, 129:21, 129:24, 146:9
**Arhur** [3] - 36:18, 105:16, 106:8
**arise** [2] - 86:5, 147:4
**arm's** [1] - 140:10
**Arma** [1] - 31:4
**Arman** [7] - 19:11, 19:18, 21:8, 21:12, 35:12, 46:14, 63:9
**Armenian** [7] - 51:23, 121:23, 125:24, 126:2, 138:25, 139:6
**arms** [1] - 127:20
**arrangements** [1] - 93:23
**array** [1] - 58:7
**arrest** [5] - 57:1, 58:4, 59:8, 60:6, 64:24

**arrested** [7] - 27:4, 55:3, 55:4, 55:12, 55:18, 139:4, 139:25
**arrows** [1] - 135:2
**Arshak** [4] - 23:12, 23:16, 45:18
**art** [2] - 140:17, 141:3
**Art** [3] - 141:3, 141:4, 141:5
**Artashes** [4] - 24:12, 24:25, 30:12, 45:21
**Arthur** [8] - 36:4, 36:10, 41:7, 41:10, 41:24, 109:6, 114:6
**Artur** [14] - 22:1, 22:3, 41:13, 105:11, 107:20, 107:21, 108:6, 114:22, 115:20, 115:22, 115:24, 131:10, 134:10, 140:4
**ARTUR** [1] - 3:9
**Ashwin** [1] - 6:12
**ASHWIN** [1] - 2:11
**aside** [3] - 14:11, 51:17, 94:25
**assembly** [3] - 7:24, 8:2
**assess** [1] - 71:10
**assessment** [1] - 72:13
**assets** [1] - 76:8
**assist** [2] - 111:9, 144:22
**Assistant** [1] - 2:6
**associated** [2] - 79:22, 80:23
**associates** [2] - 45:15, 45:16
**association** [5] - 110:7, 110:8, 110:18, 110:25, 118:18
**assume** [1] - 128:25
**assumed** [4] - 46:22, 49:19, 79:5, 80:14
**Asya** [2] - 49:10, 66:6
**Asya's** [1] - 49:17
**at-issue** [1] - 82:4
**ATM** [2] - 46:7, 53:18
**attempt** [3] - 112:13, 144:13, 145:14
**attention** [10] - 97:8, 97:9, 103:9, 119:4, 119:5, 119:14, 120:9, 126:7, 130:3, 147:17
**attorney** [2] - 55:20, 105:9
**Attorney** [8] - 2:12,

2:15, 2:18, 2:21, 3:4, 3:7, 3:10, 3:15
**ATTORNEY'S** [1] - 2:4
**attorneys** [2] - 85:15, 99:2
**Attorneys** [1] - 2:6
**audacity** [1] - 48:4
**August** [6] - 62:14, 62:19, 62:20, 132:3
**Ausia** [2] - 50:8, 50:12
**authored** [1] - 113:25
**Auto** [5] - 21:1, 21:3, 21:5, 80:21, 80:23
**available** [2] - 44:20, 140:11
**Avakyan** [1] - 42:9
**Avakyan's** [1] - 42:10
**avatar** [8] - 52:20, 52:21, 52:24, 53:2, 57:2, 58:5, 80:13, 87:17
**Avenue** [10] - 2:15, 2:21, 26:1, 26:3, 26:20, 28:3, 34:7, 34:11, 39:23, 80:6
**aware** [2] - 19:18, 41:3
**Aysa** [1] - 50:1
**Ayvazyan** [119] - 6:13, 6:22, 6:25, 9:14, 11:2, 12:4, 12:10, 12:23, 13:2, 13:3, 13:11, 13:15, 14:3, 14:7, 14:8, 14:13, 14:16, 14:24, 15:4, 15:5, 15:11, 16:5, 21:25, 22:1, 22:3, 26:21, 27:3, 32:17, 33:13, 34:9, 35:15, 35:16, 36:4, 36:18, 41:8, 41:10, 41:13, 41:24, 44:4, 46:22, 46:23, 48:5, 54:4, 54:7, 54:10, 55:6, 55:12, 55:20, 57:2, 57:12, 57:15, 57:18, 57:23, 58:5, 58:22, 59:4, 60:1, 61:5, 63:3, 63:6, 64:3, 64:24, 65:11, 73:12, 73:19, 74:15, 75:12, 76:1, 76:4, 78:22, 80:7, 80:10, 81:3, 81:18, 81:22, 82:3, 82:9, 82:15, 82:20, 84:7, 84:11, 84:19, 84:21,

84:24, 87:17, 87:18, 87:20, 87:25, 88:4, 89:10, 91:2, 91:6, 94:25, 105:11, 105:16, 106:8, 108:6, 109:7, 114:6, 114:22, 115:21, 115:22, 115:25, 131:6, 131:9, 131:10, 134:10, 134:14, 135:14, 136:4, 136:18, 137:13, 138:13, 140:4, 140:8, 141:2, 142:10
**AYVAZYAN** [3] - 1:8, 2:10, 3:9
**Ayvazyan's** [8] - 12:19, 16:8, 17:6, 22:8, 73:16, 107:20, 107:21, 135:22

## B

**background** [1] - 93:16
**bad** [2] - 54:4, 56:24
**bag** [2] - 16:5, 16:8
**bailiff** [3] - 145:9, 145:13, 147:24
**Bank** [32] - 21:15, 23:12, 28:11, 30:24, 31:9, 31:22, 32:6, 32:7, 32:8, 56:6, 58:15, 80:15, 81:19, 81:21, 82:2, 82:6, 82:9, 82:13, 82:20, 83:24, 84:1, 84:4, 84:10, 84:14, 84:15, 121:2, 121:3, 123:15
**bank** [56] - 7:12, 8:15, 8:18, 9:7, 10:17, 10:20, 11:3, 11:20, 12:6, 12:15, 20:20, 20:21, 24:19, 24:23, 28:5, 28:9, 28:14, 38:25, 39:1, 39:2, 51:9, 51:11, 59:21, 70:18, 71:14, 72:5, 72:25, 79:10, 82:12, 83:6, 83:18, 84:14, 92:2, 92:22, 93:15, 94:16, 96:16, 98:18, 98:21, 108:15, 112:12, 116:8, 117:18, 120:13, 121:3, 124:12, 124:22, 124:23, 125:25, 126:15, 126:17, 126:25, 128:5, 131:25, 135:19, 137:24

**bankrupt** [1] - 135:20
**banks** [1] - 123:20
**Bartumian** [1] - 45:19
**Bartumian's** [1] - 45:22
**based** [11] - 13:1, 19:17, 38:9, 46:25, 57:1, 58:4, 61:3, 85:24, 86:1, 88:15, 121:10
**basic** [1] - 77:9
**basis** [1] - 141:1
**bathroom** [1] - 16:20
**Beach** [1] - 3:16
**become** [1] - 132:13
**becomes** [2] - 75:19, 145:11
**began** [1] - 107:2
**begging** [1] - 124:19
**begin** [5] - 104:9, 144:1, 146:3, 146:22, 146:25
**beginning** [6] - 48:5, 79:9, 79:10, 80:22, 119:10, 132:2
**begins** [1] - 68:22
**behind** [3] - 41:16, 47:23, 136:1
**belabor** [3] - 48:17, 81:5, 85:13
**belief** [1] - 144:16
**belonging** [3] - 61:18, 79:11, 82:16
**benefit** [1] - 78:18
**benefits** [2] - 20:24, 97:14
**best** [5] - 18:3, 18:9, 57:25, 81:25, 127:16
**better** [3] - 83:18, 118:19, 139:2
**between** [33] - 19:5, 20:7, 20:11, 21:7, 21:17, 25:3, 25:5, 25:8, 25:10, 25:23, 32:10, 37:21, 38:18, 43:10, 46:13, 52:5, 56:19, 65:11, 66:23, 69:23, 72:7, 74:3, 76:25, 86:21, 89:6, 89:21, 91:25, 93:24, 97:23, 115:20, 115:24, 132:4
**bewildered** [1] - 118:17
**beyond** [72] - 7:6, 7:8, 8:9, 11:1, 15:21, 15:23, 16:23, 17:2, 17:13, 25:11, 35:18,

39:11, 44:23, 47:3, 48:13, 51:10, 54:13, 58:1, 59:1, 59:12, 61:12, 64:15, 68:9, 68:18, 73:3, 73:8, 73:23, 76:1, 76:19, 78:12, 78:21, 82:19, 84:12, 84:25, 85:12, 85:13, 85:16, 85:21, 86:16, 86:24, 87:3, 87:15, 88:25, 90:19, 91:18, 92:5, 92:24, 93:19, 97:7, 98:3, 99:3, 99:12, 100:19, 101:1, 101:5, 101:19, 105:25, 108:18, 111:2, 111:3, 111:19, 112:18, 114:5, 114:16, 114:19, 115:16, 127:23, 130:15, 143:6, 145:4
**BIENERT** [2] - 3:3, 3:6
**big** [13] - 6:15, 7:10, 7:11, 7:12, 7:13, 7:25, 8:7, 28:22, 39:5, 49:8, 61:21, 67:7, 127:5
**bilked** [1] - 135:19
**bit** [11] - 8:25, 17:16, 28:17, 31:10, 33:25, 42:12, 44:14, 48:15, 59:10, 103:16, 129:21
**black** [7] - 15:14, 99:20, 99:22, 99:25, 100:3, 100:6, 102:12
**blame** [3] - 8:7, 8:8, 132:24
**blaming** [1] - 8:7
**blue** [1] - 15:6
**Board** [2] - 123:4, 123:8
**boat** [2] - 137:25
**Bottom** [1] - 47:22
**bottom** [5] - 13:6, 41:7, 64:5, 66:9, 123:4
**bought** [4] - 48:21, 108:23, 109:2, 109:3
**Boulevard** [1] - 81:21
**Bowdler** [2] - 16:13, 16:14
**bracelet** [1] - 65:5
**break** [1] - 27:20
**breaking** [1] - 108:12
**bridge** [8] - 127:11, 127:12, 127:15, 127:19, 127:25, 128:7, 128:20, 128:24
**brief** [6] - 104:16,

129:11, 129:14, 129:15, 130:3
**briefcase** [1] - 113:16
**briefly** [1] - 98:4
**bring** [10] - 15:9, 45:9, 61:25, 101:8, 101:14, 102:3, 103:8, 107:14, 110:4, 110:5
**bringers** [1] - 101:24
**bringing** [1] - 65:15
**brings** [1] - 55:22
**bro** [1] - 23:11
**broader** [2] - 15:20, 100:7
**brother** [2] - 112:2, 117:23
**brought** [11] - 15:8, 34:19, 35:19, 47:7, 61:24, 63:16, 77:20, 90:5, 100:18, 101:19, 108:23
**bucket** [3] - 8:21, 9:12, 131:15
**buckets** [1] - 8:11
**build** [1] - 127:11
**built** [1] - 127:12
**bullet** [1] - 136:15
**bumble** [1] - 115:13
**burden** [8] - 13:11, 35:17, 85:9, 88:19, 118:13, 128:18, 143:7
**bus** [2] - 142:8, 142:9
**business** [38] - 20:25, 21:1, 37:16, 37:17, 51:25, 81:9, 82:18, 83:22, 91:6, 106:22, 109:12, 109:18, 109:23, 112:21, 112:22, 113:11, 116:14, 116:15, 117:20, 117:23, 119:21, 119:22, 120:3, 120:16, 121:5, 121:9, 123:1, 123:6, 123:24, 125:5, 126:24, 141:9, 141:11, 141:13, 141:22, 141:23, 141:25
**businesses** [9] - 106:17, 106:18, 106:20, 109:10, 118:2, 130:24, 135:18, 141:9, 141:10
**busted** [2] - 139:3, 139:20
**buy** [6] - 130:19, 130:20, 130:21

**buying** [1] - 108:11
**BY** [7] - 2:5, 2:11, 2:14, 2:17, 3:3, 3:6, 3:14

# C

**Cacos** [1] - 137:3
**calculation** [1] - 38:9
**CALIFORNIA** [5] - 1:2, 1:14, 1:24, 6:1, 149:4
**California** [11] - 2:8, 2:13, 2:19, 3:5, 3:8, 3:11, 3:16, 20:23, 64:25, 98:13, 149:8
**Calle** [3] - 3:4, 63:15, 138:10
**CALLED** [1] - 4:4
**canceled** [4] - 122:16, 122:22, 123:3, 123:7
**candid** [1] - 107:15
**cannot** [19] - 11:22, 38:21, 43:23, 54:12, 59:7, 59:8, 78:4, 78:5, 78:25, 84:11, 85:20, 87:20, 87:21, 91:17, 93:24, 99:12, 101:18, 127:18
**Canoga** [18] - 21:22, 26:1, 26:3, 26:11, 26:14, 26:20, 26:22, 28:3, 30:18, 31:11, 34:7, 34:10, 34:19, 39:22, 80:5, 80:19, 86:11, 87:25
**capacity** [1] - 116:6
**Capital** [1] - 58:16
**card** [15] - 20:24, 78:17, 80:19, 80:20, 82:3, 82:8, 82:16, 84:3, 84:4, 136:21, 137:16, 138:1, 138:5, 139:9
**cards** [6] - 16:4, 16:7, 47:1, 82:12, 137:9, 139:8
**care** [1] - 62:18
**careful** [1] - 86:5
**cares** [1] - 51:16
**Carranza** [2] - 125:25, 126:1
**carrying** [1] - 136:4
**cars** [1] - 112:20
**CART** [1] - 47:11
**case** [161] - 6:16, 7:6, 7:22, 8:9, 9:22, 11:6, 11:8, 11:10, 13:9, 14:11, 14:16, 14:24,

15:20, 15:21, 15:24, 16:2, 16:6, 16:10, 16:15, 16:16, 16:23, 16:24, 16:25, 17:5, 17:8, 17:13, 17:21, 18:16, 18:22, 18:23, 19:18, 20:6, 20:14, 22:4, 23:16, 23:20, 24:9, 24:14, 24:16, 25:9, 27:4, 27:9, 28:19, 29:5, 29:12, 29:14, 29:25, 30:16, 31:25, 32:18, 33:24, 34:3, 34:13, 35:3, 35:15, 36:5, 36:13, 36:22, 37:19, 37:24, 39:7, 40:11, 41:16, 42:24, 46:8, 47:1, 47:6, 47:15, 47:24, 48:2, 48:9, 48:13, 49:2, 49:5, 50:19, 50:24, 51:5, 51:18, 52:25, 53:2, 53:11, 53:19, 53:25, 54:12, 54:16, 55:3, 55:13, 55:24, 56:22, 57:5, 57:9, 57:20, 59:1, 64:1, 66:16, 66:21, 70:18, 71:15, 75:13, 75:17, 76:15, 76:22, 77:1, 77:18, 77:19, 78:15, 78:19, 78:25, 85:18, 85:20, 86:9, 86:15, 86:18, 86:19, 87:3, 87:4, 87:13, 88:4, 88:9, 90:19, 91:18, 92:1, 93:5, 95:2, 96:15, 98:2, 100:4, 100:11, 100:15, 101:4, 102:5, 104:13, 106:9, 108:14, 109:6, 116:3, 121:6, 127:5, 127:22, 130:9, 132:21, 133:2, 133:8, 136:12, 136:14, 142:7, 143:15, 143:22, 143:24, 144:4, 144:6, 145:3, 145:16, 146:18, 146:25, 147:3, 147:6, 147:20
**Case** [1] - 1:7
**cases** [1] - 25:18
**cash** [1] - 60:17
**cashing** [1] - 38:12
**CATHERINE** [1] - 2:5
**caught** [6] - 136:4, 136:6, 137:14, 138:1, 139:4, 139:25
**caused** [4] - 57:13,

134:20, 138:17, 138:20
**causing** [3] - 57:23, 57:24, 138:16
**CBP** [5] - 15:24, 48:20, 48:25, 49:4, 102:8
**CCRR** [1] - 1:23
**Celtic** [2] - 121:2
**central** [1] - 140:6
**CENTRAL** [1] - 1:2
**Central** [2] - 64:24, 149:8
**certain** [3] - 16:4, 77:11, 86:9
**certainly** [6] - 39:11, 63:6, 75:5, 78:11, 90:19, 133:12
**CERTIFICATE** [1] - 149:1
**certification** [1] - 116:10
**certify** [1] - 149:8
**cetera** [3] - 53:9, 83:12, 92:2
**chair** [1] - 132:24
**chance** [4] - 88:21, 89:4, 93:11, 101:7
**Chanel** [1] - 64:23
**change** [4] - 53:11, 83:16, 144:10, 144:16
**changed** [1] - 37:18
**characterize** [1] - 97:16
**characters** [1] - 52:1
**charge** [12] - 8:19, 14:25, 55:24, 56:24, 57:9, 82:22, 93:18, 96:22, 98:16, 98:17, 99:1
**charged** [50] - 7:6, 7:8, 7:20, 8:5, 9:14, 10:19, 11:19, 12:4, 15:12, 17:25, 33:5, 38:22, 53:1, 53:2, 54:25, 55:3, 55:4, 56:3, 61:5, 67:17, 68:15, 71:4, 82:5, 82:22, 83:7, 83:8, 86:15, 87:13, 88:7, 89:25, 90:1, 92:1, 92:8, 93:8, 98:3, 99:6, 100:13, 100:16, 101:19, 105:17, 108:10, 108:11, 108:12, 108:15, 120:5, 120:12, 123:14, 131:17, 132:5, 132:21
**charges** [23] - 8:9,

8:12, 12:25, 13:5, 27:4, 28:12, 54:15, 54:23, 55:10, 59:8, 60:8, 61:2, 62:5, 64:13, 65:18, 87:3, 90:19, 91:17, 92:23, 101:19, 105:25, 120:8, 120:11
**charging** [2] - 50:23, 75:12
**chart** [14] - 21:10, 37:8, 37:23, 39:1, 39:17, 42:6, 58:19, 77:3, 92:13, 99:21, 100:25, 111:10, 134:4, 134:8
**charts** [4] - 109:8, 133:22, 135:4, 136:10
**Chase** [24] - 20:20, 20:21, 21:13, 21:15, 28:10, 29:7, 30:20, 30:21, 31:20, 31:22, 31:23, 32:5, 55:5, 55:8, 55:14, 55:15, 56:6, 56:8, 56:10, 58:17, 59:23, 60:1, 62:3
**cheat** [1] - 141:11
**check** [16] - 38:12, 38:16, 42:7, 50:9, 65:7, 65:8, 65:13, 65:20, 107:8, 121:4, 123:3, 123:6, 123:7, 142:17, 142:18
**check-in** [1] - 65:13
**checkbooks** [1] - 59:14
**checked** [1] - 65:11
**checks** [17] - 46:3, 46:7, 46:8, 46:9, 59:16, 59:17, 60:17, 60:18, 60:20, 60:24, 80:17, 84:22, 122:14, 122:15, 122:16, 122:22, 141:5
**childhood** [1] - 119:1
**choice** [1] - 135:10
**choose** [1] - 95:25
**chooses** [1] - 6:11
**CHRISTOPHER** [1] - 2:5
**circumstantial** [1] - 92:3
**citations** [1] - 26:15
**cite** [1] - 29:1
**cited** [2] - 71:14, 84:13
**cites** [1] - 36:8
**claim** [2] - 109:11, 114:5

**claimed** [2] - 17:19, 98:5
**claiming** [1] - 142:23
**clarifies** [1] - 104:24
**clarify** [1] - 104:17
**Clark** [13] - 19:16, 21:20, 23:18, 26:13, 26:20, 49:16, 49:23, 50:2, 50:6, 60:18, 60:23, 65:21, 80:6
**classmates** [1] - 99:18
**classroom** [1] - 99:21
**clean** [3] - 139:15, 139:21, 139:25
**clear** [18] - 13:11, 22:2, 22:15, 23:3, 37:13, 62:2, 68:8, 69:10, 69:22, 73:17, 82:24, 85:2, 85:16, 89:14, 95:7, 105:15, 118:11, 130:14
**clearer** [2] - 43:24, 83:20
**clearly** [5] - 22:3, 22:21, 60:21, 112:7, 112:8
**Clemente** [1] - 3:5
**cliff** [2] - 43:14, 91:16
**clips** [3] - 26:20, 27:8, 80:8
**close** [8] - 94:8, 99:8, 101:18, 103:9, 114:20, 115:17, 118:13, 147:17
**closely** [1] - 11:8, 33:8, 77:21
**closer** [1] - 39:16
**closing** [18] - 6:20, 7:9, 7:16, 7:23, 8:13, 32:25, 36:2, 42:16, 42:17, 43:5, 48:5, 79:2, 82:7, 90:2, 93:3, 96:20, 100:22, 104:11
**clothes** [1] - 130:21
**co** [3] - 50:13, 87:5, 125:10
**co-conspirator** [2] - 50:13, 87:5
**co-workers** [1] - 125:10
**Coast** [1] - 3:15
**coconspirator** [1] - 97:20
**coconspirators** [6] - 11:14, 11:18, 95:3, 97:3, 133:4, 137:5
**Code** [1] - 149:9

**Coinbase** [5] - 55:8, 55:15, 56:12, 56:16, 61:14
**coins** [12] - 84:13, 84:19, 84:21, 84:23, 84:24, 85:5, 85:6, 85:7, 118:8, 128:8, 130:20, 137:23
**colleague** [3] - 19:17, 27:13, 57:11
**Collision** [4] - 21:1, 21:5, 80:21, 80:24
**colloquially** [1] - 96:23
**colon** [1] - 26:17
**comical** [1] - 52:12
**coming** [4] - 14:2, 25:1, 78:7, 134:9
**commentary** [1] - 96:4
**commission** [2] - 38:5, 38:9
**commit** [23] - 7:11, 8:15, 10:17, 11:14, 25:6, 25:12, 25:17, 52:8, 67:5, 75:13, 92:1, 93:15, 94:13, 94:16, 99:9, 104:23, 108:19, 114:7, 115:14, 118:16, 131:25, 132:4, 133:7
**commits** [1] - 71:4
**committed** [3] - 105:13, 111:12, 122:6
**committing** [3] - 36:16, 55:20, 119:23
**common** [17] - 10:6, 20:18, 23:17, 46:24, 77:10, 79:14, 85:4, 85:25, 89:5, 89:6, 89:20, 97:17, 139:13, 143:12, 143:14, 143:20
**commonalities** [1] - 135:1
**commonality** [2] - 133:19, 133:25
**commonly** [1] - 48:21
**communicate** [3] - 145:12, 145:15, 148:6
**community** [6] - 51:23, 76:7, 77:11, 85:5, 98:13
**companies** [7] - 34:6, 80:18, 133:21, 134:20, 136:2, 137:10, 142:11
**company** [11] - 41:19, 109:9, 109:14,

110:2, 112:1, 112:12, 116:19, 124:3, 124:22, 124:24, 133:23
**company's** [1] - 126:17
**comparison** [1] - 39:17
**competing** [4] - 37:15, 37:17, 37:19, 40:11
**competition** [1] - 37:20
**complete** [4] - 61:7, 129:21, 129:24, 145:8
**completed** [1] - 119:24
**completely** [3] - 63:5, 64:11, 88:13
**computer** [1] - 61:19
**conceal** [7] - 9:1, 11:19, 68:16, 73:21, 74:14, 76:2, 76:3
**concealing** [1] - 68:11
**concealment** [12] - 9:18, 55:10, 55:21, 56:25, 58:4, 58:20, 59:8, 60:13, 61:5, 62:5, 68:12, 88:14
**concept** [5] - 40:19, 49:20, 77:9, 91:11, 137:19
**concern** [1] - 69:13
**concerning** [2] - 126:6, 145:16
**concerns** [1] - 82:5
**conclude** [1] - 96:10
**concluded** [1] - 148:15
**concluding** [1] - 99:14
**conclusions** [1] - 76:13
**conclusive** [1] - 87:16
**conclusively** [1] - 65:25
**conduct** [2] - 54:25, 117:3
**conference** [1] - 149:13
**confidante** [1] - 117:1
**confidence** [1] - 102:17
**confirmed** [3] - 120:24, 121:3, 121:5
**conformance** [1] - 149:13

**confused** [1] - 13:23
**connect** [3] - 14:16, 14:23, 35:23
**connected** [21] - 14:13, 15:11, 19:19, 24:20, 29:14, 31:10, 33:6, 33:12, 34:23, 36:11, 36:17, 36:22, 37:11, 40:4, 41:20, 42:9, 58:21, 63:10, 64:3, 64:6, 87:19
**Connecticut** [1] - 2:21
**connecting** [1] - 25:15
**connection** [9] - 12:6, 12:11, 19:22, 19:25, 25:23, 35:1, 40:16, 46:13, 86:20
**connections** [6] - 20:6, 25:10, 32:10, 32:14, 80:22, 135:2
**connective** [1] - 135:3
**connects** [4] - 21:5, 34:22, 36:9, 64:19
**conscientious** [1] - 144:15
**consider** [12] - 22:21, 23:7, 72:14, 92:3, 100:8, 100:9, 101:15, 101:16, 145:2, 146:16
**consideration** [3] - 72:11, 72:20, 86:6
**considered** [2] - 76:24, 144:7
**consisted** [1] - 18:1
**consistent** [6] - 53:10, 77:18, 116:12, 143:22, 143:23
**conspiracies** [18] - 10:1, 10:12, 18:4, 18:8, 43:15, 69:19, 88:5, 89:7, 89:10, 89:12, 91:20, 92:21, 131:13, 131:18, 137:7, 137:17
**conspiracy** [119] - 7:10, 7:11, 7:13, 7:25, 8:14, 8:15, 8:20, 8:25, 9:10, 9:20, 9:23, 10:2, 10:8, 10:9, 10:24, 11:8, 11:9, 11:11, 11:23, 12:1, 14:17, 14:25, 15:11, 17:20, 17:22, 17:25, 18:1, 19:3, 22:19, 25:20, 26:5, 33:5, 34:9, 38:23, 39:5, 42:4,

42:13, 42:15, 43:9, 44:7, 44:11, 45:4, 46:11, 48:7, 52:8, 52:18, 54:18, 54:20, 67:4, 67:6, 67:8, 67:17, 68:14, 69:14, 70:3, 71:5, 72:6, 72:9, 72:12, 72:21, 73:4, 73:5, 73:10, 75:13, 88:6, 90:2, 90:8, 90:9, 90:13, 92:8, 92:14, 93:4, 93:6, 93:15, 93:25, 94:12, 94:19, 95:5, 95:6, 96:12, 96:16, 96:17, 96:20, 97:5, 97:15, 98:8, 98:17, 98:20, 99:1, 99:8, 104:17, 104:19, 104:21, 108:16, 111:23, 115:19, 120:13, 130:18, 131:16, 131:18, 131:19, 131:22, 131:24, 132:7, 132:10, 132:13, 132:14, 133:6, 133:16, 133:24, 134:16, 134:23, 134:24, 135:3, 136:19, 140:3, 141:6, 142:2, 143:16

**conspirator** [2] - 50:13, 87:5
**conspiratorial** [1] - 53:7
**conspirators** [2] - 71:7, 132:8
**conspire** [1] - 97:2
**conspiring** [1] - 37:15
**constant** [2] - 19:24, 103:14
**constitutional** [1] - 99:6
**Construction** [6] - 28:21, 34:15, 40:15, 41:21, 80:17
**construction** [3] - 34:6, 41:19, 80:18
**consult** [1] - 145:18
**Cont** [1] - 3:1
**contact** [3] - 50:19, 117:15, 117:16
**contemporaneously** [1] - 17:11
**context** [5] - 88:23, 99:25, 100:1, 100:7, 146:17
**continue** [5] - 72:1, 72:22, 75:10, 89:19,

145:20
**continues** [1] - 147:7
**continuing** [1] - 132:3
**contract** [1] - 91:25
**Contracting** [6] - 30:25, 79:25, 80:2, 80:16, 81:12, 137:12
**contracting** [1] - 30:25
**Contracting's** [1] - 28:14
**Contractors** [1] - 12:7
**contradict** [1] - 53:25
**contradicted** [1] - 7:3
**contrary** [1] - 65:22
**contributing** [1] - 141:6
**control** [1] - 57:19
**controlled** [2] - 32:17, 32:19
**controls** [2] - 19:2, 104:14
**Contruction** [1] - 31:5
**convenient** [2] - 132:24, 148:5
**conversations** [1] - 25:15
**convict** [4] - 47:2, 69:24, 70:19, 78:11
**conviction** [1] - 17:21
**convinced** [4] - 85:22, 111:4, 111:6, 111:20
**cookie** [1] - 136:6
**cooperating** [1] - 25:22
**copy** [5] - 27:21, 83:18, 104:14, 146:6
**Corporation** [2] - 40:12
**correct** [4] - 71:7, 75:9, 94:5, 149:10
**corrected** [1] - 69:18
**correction** [1] - 72:3
**correctly** [1] - 146:12
**corresponding** [1] - 8:18
**counsel** [8] - 18:16, 47:6, 69:15, 72:10, 97:12, 101:22, 142:4, 143:5
**COUNSEL** [1] - 2:1
**count** [16] - 6:16, 9:13, 9:20, 11:15,

12:9, 62:3, 71:3, 72:6, 72:10, 81:18, 81:24, 83:3, 84:9, 85:12, 85:23, 132:6
**Count** [35] - 8:15, 9:21, 10:21, 10:24, 11:9, 11:12, 12:5, 12:7, 12:11, 54:18, 67:6, 67:19, 68:7, 68:9, 73:6, 80:12, 81:2, 81:17, 82:14, 82:22, 83:8, 83:9, 83:10, 83:13, 83:15, 83:20, 84:9, 93:6, 93:25, 94:15, 123:13, 131:17, 131:18
**country** [4] - 60:2, 62:9, 63:3, 143:9
**Counts** [12] - 8:20, 9:14, 11:20, 11:24, 12:15, 12:17, 17:21, 54:19, 67:9, 79:2, 93:17
**counts** [25] - 9:15, 9:18, 9:19, 10:21, 12:4, 12:16, 12:22, 56:1, 56:25, 70:20, 71:14, 72:5, 72:18, 72:25, 73:3, 87:13, 88:4, 88:12, 88:14, 93:1, 127:6, 129:3, 143:25
**COUNTY** [1] - 149:3
**couple** [10] - 21:11, 39:3, 40:21, 40:24, 49:11, 59:11, 73:11, 110:21, 131:21, 131:22
**course** [8] - 67:21, 103:10, 104:9, 105:1, 120:1, 124:25, 125:11, 144:14
**Court** [18] - 6:8, 65:3, 67:21, 69:16, 75:3, 92:18, 99:8, 111:3, 129:11, 131:21, 132:22, 139:12, 145:1, 148:7, 148:14, 149:7, 149:20
**court** [5] - 64:2, 103:13, 144:3, 145:17, 148:9
**COURT** [48] - 1:1, 1:23, 6:10, 6:14, 18:5, 18:10, 22:13, 22:15, 23:1, 68:1, 68:4, 68:21, 68:23, 68:25, 69:2, 69:8, 69:12, 69:15, 69:21, 70:1, 70:10, 70:15, 70:23,

71:2, 71:17, 71:24, 72:1, 74:8, 74:11, 74:17, 74:20, 89:11, 89:18, 94:3, 95:11, 95:14, 95:20, 95:24, 96:6, 102:18, 102:20, 102:24, 104:7, 118:22, 129:5, 129:12, 129:20, 144:1
**Court's** [4] - 85:15, 93:14, 129:10, 146:6
**Courthouse** [1] - 2:7
**COURTROOM** [15] - 6:5, 6:7, 6:9, 102:19, 102:22, 103:19, 103:21, 103:23, 103:25, 104:2, 104:4, 104:5, 147:24, 148:3, 148:11
**courtroom** [9] - 6:6, 51:20, 102:23, 103:20, 103:24, 104:3, 145:10, 147:11, 148:13
**courtrooms** [2] - 143:9, 143:10
**cousin** [5] - 41:3, 119:23, 121:16, 125:12, 142:9
**cover** [1] - 139:21
**covered** [4] - 30:4, 91:21, 136:16, 139:11
**cR** [1] - 1:7
**cramping** [1] - 85:19
**create** [1] - 121:12
**created** [1] - 61:14
**credibility** [6] - 14:20, 55:25, 56:2, 61:11, 63:14, 88:13
**credible** [3] - 57:7, 140:9, 140:13
**credit** [16] - 14:20, 16:4, 16:7, 49:24, 50:6, 78:17, 82:3, 82:8, 82:12, 82:16, 84:3, 121:4, 136:21, 137:9, 137:16, 139:7
**crew** [47] - 10:13, 10:16, 19:5, 19:9, 20:8, 21:19, 25:2, 25:5, 25:11, 26:1, 26:24, 27:15, 27:17, 28:25, 32:11, 33:9, 33:13, 33:18, 33:20, 33:21, 35:6, 35:9, 37:22, 38:14, 38:18, 39:14, 40:18, 45:23, 45:24, 46:13, 50:16, 50:23, 51:1, 52:14, 53:7, 53:8, 61:9,

63:11, 66:2, 75:22, 80:25, 86:10, 86:22, 87:22, 101:2, 101:3
**crews** [1] - 37:15
**crime** [15] - 71:4, 78:12, 99:9, 105:13, 105:17, 111:12, 115:13, 115:14, 118:16, 120:5, 122:6, 132:5, 141:8, 142:1, 144:25
**crimes** [9] - 7:7, 92:1, 94:14, 99:5, 104:23, 108:17, 108:19, 114:7
**criminal** [25] - 7:19, 14:22, 15:21, 45:8, 58:25, 74:21, 87:4, 93:9, 94:12, 108:6, 108:14, 108:19, 110:24, 111:20, 111:22, 115:11, 117:3, 122:10, 128:10, 135:13, 135:20, 139:17, 139:18, 140:21, 143:10
**critical** [5] - 28:12, 29:5, 56:11, 56:22, 86:3
**crooked** [1] - 113:21
**cross** [13] - 16:18, 31:21, 46:1, 49:7, 62:15, 65:2, 65:3, 65:9, 66:19, 105:15, 107:6, 108:21, 114:24
**cross-examination** [6] - 46:1, 49:7, 65:2, 65:3, 65:9, 114:24
**cross-examinations** [1] - 105:15
**cross-examine** [1] - 18:21
**cross-examined** [2] - 16:18, 66:19
**CRR** [1] - 149:20
**crying** [1] - 110:22
**cryptocurrency** [3] - 118:9, 123:18, 130:21
**CSR** [2] - 1:23, 149:20
**curtains** [1] - 47:23
**cut** [10] - 36:2, 36:7, 48:11, 119:8, 130:13, 132:17, 133:10, 143:2, 143:13, 143:21
**cuts** [1] - 52:17

## D

**D.C** [1] - 2:22
**dad** [1] - 119:3
**Dadyan** [94] - 10:13,
10:16, 22:1, 22:3,
23:16, 24:20, 25:2,
25:5, 25:10, 35:4,
35:23, 36:6, 36:9,
36:11, 36:16, 36:24,
37:1, 37:3, 37:6,
37:11, 37:14, 37:21,
38:4, 38:6, 38:18,
39:13, 41:1, 41:3,
41:4, 41:11, 41:14,
41:16, 41:18, 41:20,
42:1, 42:9, 43:18,
43:24, 44:1, 44:2,
45:15, 45:16, 47:17,
47:21, 49:18, 53:7,
57:24, 61:10, 74:4,
75:21, 77:25, 86:10,
86:21, 87:1, 87:23,
91:4, 91:8, 93:22,
94:24, 116:23,
119:20, 120:2,
120:11, 120:21,
121:11, 121:16,
121:19, 121:22,
122:19, 122:24,
123:14, 123:22,
124:15, 124:25,
125:9, 125:24,
126:18, 127:17,
127:20, 128:23,
131:10, 131:11,
132:20, 133:1, 134:9,
134:21, 135:14,
136:19, 137:3, 141:2,
141:16, 142:1,
142:14, 142:18
**DADYAN** [1] - 3:13
**Dadyan's** [17] -
18:15, 19:5, 21:24,
22:7, 23:9, 24:12,
35:20, 36:8, 41:21,
43:6, 77:21, 77:23,
78:7, 125:8, 125:17,
125:18, 140:18
**damning** [1] - 42:23
**date** [3] - 62:19,
77:22, 145:9
**Date** [1] - 149:16
**daughter's** [1] -
125:11
**David** [1] - 148:2
**Davidson** [4] -
108:12, 108:21,
108:24, 126:20
**DAY** [1] - 1:12

**day's** [1] - 26:16
**day-to-day** [1] -
140:25
**days** [7] - 18:23,
62:20, 105:12,
109:19, 109:20,
123:16, 126:10
**deafening** [1] - 86:25
**deal** [2] - 22:22,
61:21
**debatable** [2] -
58:23, 58:24
**debate** [1] - 62:6
**debit** [1] - 84:4
**debt** [1] - 112:2
**debts** [4] - 107:11,
107:12
**debunked** [1] - 57:4
**deceitful** [1] - 112:7
**December** [6] - 60:5,
60:7, 60:10, 60:11,
64:21, 65:5
**decide** [4] - 22:19,
144:6, 145:1, 146:18
**decided** [2] - 65:21,
119:23
**deciding** [1] - 145:2,
146:18
**decision** [2] -
144:12, 144:15
**declined** [1] - 69:13
**dedicated** [1] -
105:11
**deed** [1] - 113:2
**deeds** [1] - 122:8
**defeats** [1] - 44:6
**DEFENDANT** [4] -
2:10, 3:2, 3:9, 3:13
**defendant** [29] - 8:7,
9:7, 9:8, 18:18, 31:24,
35:19, 41:16, 57:9,
71:10, 72:17, 74:15,
83:6, 85:22, 97:2,
97:4, 97:13, 97:14,
98:15, 104:21, 105:4,
105:23, 115:21,
115:23, 115:25,
116:1, 134:22,
136:18, 145:3, 145:25
**defendant's** [1] -
105:24
**Defendant's** [1] -
32:4
**Defendants** [1] - 1:9
**defendants** [29] -
6:23, 7:11, 8:10, 9:5,
9:10, 10:6, 33:6,
45:11, 47:19, 55:25,
64:14, 67:17, 69:6,
72:7, 72:14, 88:18,

92:25, 93:5, 95:2,
100:15, 104:18,
130:17, 130:25,
132:2, 133:9, 134:18,
134:19, 143:16
**Defense** [17] - 21:12,
28:7, 28:16, 29:8,
29:17, 30:8, 30:21,
31:14, 53:17, 54:2,
54:7, 56:7, 56:9,
56:14, 56:20, 63:12,
63:21
**defense** [22] - 13:11,
15:8, 15:10, 16:11,
18:16, 20:12, 20:13,
20:14, 20:17, 27:15,
27:18, 29:18, 30:22,
34:19, 45:6, 61:24,
66:9, 70:14, 85:15,
101:7, 101:22
**defined** [1] - 20:7
**definitely** [1] - 76:2
**definition** [1] - 48:12
**defraud** [1] - 116:18
**degree'** [1] - 51:22
**degrees** [3] - 51:21,
77:10, 100:9
**deliberate** [4] -
20:18, 136:17,
139:13, 147:13
**deliberation** [2] -
33:16, 130:6
**deliberations** [7] -
144:1, 144:3, 145:8,
145:12, 145:20,
146:3, 146:22
**delivered** [1] - 20:25
**demeaning** [1] -
116:25
**demonstrates** [1] -
63:5
**demonstrative** [1] -
30:3
**denial** [3] - 53:15,
53:23, 54:11
**depended** [1] - 14:20
**dependent** [1] -
97:15
**deposited** [1] - 38:16
**depositing** [3] - 46:4,
46:7, 46:8
**DEPUTY** [15] - 6:5,
6:7, 6:9, 102:19,
102:22, 103:19,
103:21, 103:23,
103:25, 104:2, 104:4,
104:5, 147:24, 148:3,
148:11
**derivative** [1] - 11:21
**derived** [1] - 33:2

**described** [1] - 138:7
**deserved** [1] -
124:16
**designed** [3] - 107:1,
108:22, 135:18
**desperate** [1] - 14:15
**desperation** [1] -
14:19
**despite** [8] - 18:22,
48:3, 50:23, 52:11,
54:9, 66:11, 75:18,
101:13
**destroys** [1] - 53:5
**detail** [1] - 132:9
**detailed** [1] - 20:4
**details** [2] - 61:13,
132:15
**determine** [2] -
46:19, 85:4
**developed** [2] -
66:21, 106:14
**Diamond** [1] - 28:23
**diamonds** [1] - 118:9
**Diamonds** [2] -
30:12, 30:23
**Diana** [6] - 24:13,
24:14, 24:20, 24:24,
37:5, 41:17
**difference** [4] -
56:19, 67:7, 97:23,
106:18
**different** [31] - 8:2,
8:25, 9:1, 9:24, 9:25,
10:1, 10:11, 10:12,
10:25, 18:10, 22:17,
38:5, 44:9, 53:7, 71:5,
74:5, 82:10, 91:3,
91:7, 91:18, 94:21,
95:9, 105:9, 121:6,
137:7, 137:17,
137:19, 138:5, 146:20
**difficult** [2] - 118:23,
118:24
**difficulty** [1] - 120:18
**digit** [1] - 37:18
**direct** [3] - 40:23,
114:24, 132:1
**directly** [3] - 14:12,
52:17, 97:2
**Disability** [1] - 20:23
**disagreement** [1] -
71:22
**discharged** [1] -
146:1
**discovery** [1] - 15:9
**discuss** [3] - 24:3,
70:2, 144:4
**discussed** [2] - 10:6,
144:8
**discussing** [2] -

22:7, 146:25
**discussion** [2] -
144:11, 146:11
**discussions** [2] -
22:16, 87:6
**disparate** [1] -
140:21
**disproved** [1] - 106:7
**disproves** [2] -
13:10, 13:14
**dispute** [4] - 71:13,
93:3, 110:2, 130:8
**DISTRICT** [3] - 1:1,
1:2, 1:3
**District** [3] - 64:24,
149:7, 149:8
**DIVISION** [1] - 1:2
**doc** [2] - 42:8
**document** [3] -
56:15, 107:19, 121:22
**documentary** [2] -
74:1, 74:13
**documents** [14] -
17:14, 17:15, 17:17,
41:21, 44:18, 44:20,
58:10, 59:13, 107:22,
107:25, 113:15,
114:1, 114:3, 121:24
**Dolce** [1] - 64:23
**dollars** [1] - 50:4
**done** [18] - 13:15,
41:13, 51:25, 59:9,
61:4, 62:14, 66:7,
66:8, 78:25, 83:12,
87:21, 88:25, 89:13,
90:17, 93:7, 106:20,
108:7, 127:16
**dooms** [1] - 86:18
**door** [3] - 113:13,
119:3, 120:24
**Dora** [5] - 29:4, 40:8,
58:11, 59:14, 81:7
**dot** [6] - 99:20,
99:22, 99:25, 100:3,
100:6, 102:12
**doubt** [88] - 7:7, 7:8,
8:10, 11:2, 15:22,
15:24, 16:23, 17:2,
17:14, 25:12, 27:11,
35:18, 39:11, 44:23,
47:3, 48:13, 54:13,
58:1, 59:1, 59:7,
61:12, 64:15, 68:18,
73:3, 73:8, 73:23,
76:1, 76:19, 78:12,
78:21, 82:19, 84:12,
85:1, 85:12, 85:14,
85:17, 85:21, 85:24,
86:5, 86:16, 86:24,
87:3, 87:15, 88:25,

90:20, 91:18, 92:6, 92:25, 93:19, 94:12, 97:7, 98:3, 99:4, 99:12, 100:20, 101:1, 101:5, 101:15, 101:20, 106:1, 108:18, 111:2, 111:4, 111:19, 114:6, 114:16, 114:20, 115:16, 127:1, 127:23, 128:1, 128:2, 128:4, 128:5, 128:8, 128:9, 128:11, 128:13, 128:14, 128:15, 128:16, 128:17, 128:22, 130:15, 143:6, 145:4
**doubts** [2] - 13:21, 86:17
**down** [12] - 27:20, 27:24, 30:5, 77:3, 88:17, 105:13, 106:25, 112:23, 115:2, 123:4, 124:1, 127:18
**dozens** [1] - 49:5
**draw** [1] - 76:13
**dream** [1] - 138:9
**drive** [1] - 109:16
**driven** [1] - 142:9
**driver** [7] - 109:15, 110:3, 122:20, 123:1, 142:5, 142:6, 142:19
**driver's** [5] - 37:10, 42:10, 77:24, 112:9
**drivers** [3] - 124:5, 142:23, 142:24
**driving** [1] - 142:5
**dropped** [3] - 60:9, 64:22, 65:12
**drove** [1] - 65:12
**drug** [2] - 109:17, 109:25
**due** [1] - 148:4
**duplicate** [1] - 134:3
**during** [17] - 13:23, 14:1, 14:5, 26:5, 40:23, 83:6, 83:13, 84:8, 104:10, 104:25, 105:14, 124:19, 135:9, 144:19, 145:11, 146:8, 146:9
**DX** [1] - 20:16
**Dzukaeva** [2] - 37:2, 117:11

## E

**e-mail** [4] - 58:14, 81:13, 114:12, 128:15

**e-mails** [5] - 25:15, 86:21, 115:25, 125:11, 128:15
**early** [1] - 146:24
**economic** [1] - 106:16
**EDD** [4] - 20:23, 78:17, 80:19, 80:20
**Edgar** [2] - 125:25, 126:1
**Edith** [1] - 34:25
**educated** [1] - 106:19
**Edward** [11] - 19:10, 19:22, 20:1, 20:11, 20:20, 20:25, 31:23, 35:11, 46:14, 80:23, 134:9
**efa7** [1] - 80:4
**effect** [2] - 97:5, 144:17
**EIDL** [15] - 10:18, 11:19, 14:13, 28:19, 67:18, 76:9, 77:13, 78:4, 130:18, 130:22, 133:7, 133:15, 137:24, 138:11, 143:17
**eight** [12] - 7:10, 17:25, 33:6, 45:4, 67:10, 69:6, 71:7, 71:17, 91:25, 93:5, 96:21, 99:18
**eight-plus** [1] - 17:25
**EINs** [1] - 37:18
**either** [3] - 22:8, 54:23, 80:7
**elect** [1] - 144:2
**Element** [1] - 83:5
**element** [6] - 69:4, 83:4, 85:11, 85:23, 101:5, 132:1
**elements** [3] - 93:19, 93:20, 98:3
**elicit** [1] - 108:22
**emanates** [1] - 135:14
**embarrassing** [1] - 60:4
**embraces** [1] - 143:7
**emphasize** [1] - 72:24
**employees** [1] - 109:16
**Employment** [1] - 20:23
**empty** [1] - 132:24
**encourage** [1] - 135:11
**end** [10] - 9:9, 13:18,

19:1, 67:15, 85:3, 87:8, 96:9, 119:11, 127:3, 134:11
**endeavor** [1] - 130:2
**ending** [13] - 28:2, 28:15, 28:18, 29:1, 29:4, 29:23, 30:5, 31:13, 32:1, 35:24, 36:20, 61:16, 80:4
**ends** [1] - 71:25
**engage** [3] - 9:11, 10:10, 10:17
**engaged** [1] - 57:12
**engine** [3] - 134:16, 134:18
**English** [3] - 121:23, 138:25, 139:6
**enter** [3] - 111:22, 114:6, 114:10
**ENTERED** [1] - 5:4
**entered** [3] - 114:9, 114:17, 130:17
**enterprise** [1] - 140:21
**enters** [3] - 6:6, 103:20, 104:3
**entire** [5] - 7:19, 14:19, 75:13, 86:19, 97:16
**entirely** [5] - 8:8, 9:4, 13:1, 57:1, 127:9
**entities** [10] - 34:21, 36:21, 38:2, 40:12, 48:19, 52:5, 66:23, 77:13, 78:8, 78:13
**entitled** [2] - 120:4, 149:12
**entitles** [1] - 126:23
**entity** [1] - 31:6
**entry** [1] - 51:10
**equivalent** [1] - 99:19
**error** [1] - 139:7
**escrow** [4] - 42:8, 73:13, 74:1
**especially** [3] - 51:23, 82:17, 86:3
**essence** [1] - 127:11
**essential** [1] - 72:11
**essentially** [9] - 8:20, 11:11, 11:21, 11:23, 51:4, 58:18, 104:12, 127:7, 143:1
**establish** [1] - 17:20
**established** [2] - 65:25, 66:24
**establishing** [1] - 20:6
**estate** [1] - 113:13
**estimate** [2] -

102:24, 129:13
**et** [4] - 1:8, 53:9, 83:12, 92:2
**evaluate** [2] - 57:8, 98:2
**evaluating** [1] - 127:4
**eventually** [1] - 26:5
**evidence** [144] - 6:17, 6:21, 6:25, 7:20, 10:15, 12:20, 13:8, 13:10, 13:13, 13:19, 13:20, 14:4, 18:3, 18:9, 18:17, 18:18, 20:5, 20:6, 20:15, 22:6, 22:14, 23:5, 23:6, 23:9, 24:24, 25:4, 25:14, 26:8, 27:19, 32:15, 32:20, 34:7, 34:12, 35:3, 35:18, 36:15, 37:18, 43:8, 44:8, 44:12, 45:1, 45:7, 45:9, 45:14, 47:2, 47:6, 48:8, 48:9, 50:11, 50:12, 53:3, 53:12, 55:1, 57:20, 58:1, 59:3, 59:7, 61:12, 61:23, 62:10, 63:20, 64:17, 65:22, 66:12, 67:15, 74:1, 74:13, 74:24, 75:1, 75:2, 75:4, 75:9, 77:15, 77:20, 78:7, 79:3, 80:11, 80:13, 81:24, 83:25, 85:2, 85:3, 86:6, 86:7, 86:14, 86:18, 87:18, 87:21, 87:23, 88:1, 88:16, 88:24, 90:4, 92:4, 92:9, 92:12, 93:21, 95:16, 98:15, 100:18, 101:8, 101:16, 105:24, 115:7, 116:5, 116:17, 117:16, 118:5, 118:7, 118:12, 119:15, 120:6, 120:8, 120:15, 120:25, 121:15, 123:10, 125:13, 125:16, 125:23, 126:8, 127:4, 127:9, 127:12, 128:13, 130:5, 130:10, 130:20, 133:11, 133:22, 133:24, 134:25, 136:14, 137:2, 138:13, 139:2, 144:8, 144:17, 146:5, 146:17
**exact** [3] - 78:8,

78:13, 134:2
**exactly** [2] - 76:21, 139:16
**examination** [9] - 40:23, 46:1, 49:7, 65:2, 65:3, 65:9, 108:21, 114:24
**examinations** [1] - 105:15
**examine** [2] - 18:21, 122:21
**examined** [3] - 16:18, 66:19, 72:8
**example** [4] - 14:15, 38:7, 76:5, 79:16
**exceeded** [1] - 102:24
**except** [3] - 16:20, 140:11, 145:15
**exception** [1] - 34:4
**exchange** [1] - 48:19
**excuse** [2] - 147:12, 148:5
**execution** [1] - 99:10
**exhausting** [3] - 118:25, 119:9, 119:11
**exhibit** [10] - 20:17, 30:22, 32:24, 33:1, 47:20, 56:22, 64:19, 87:8, 120:9, 121:18
**Exhibit** [60] - 18:15, 21:2, 21:9, 21:12, 23:10, 23:24, 24:8, 26:6, 26:12, 28:7, 28:16, 28:21, 28:23, 29:9, 29:18, 30:21, 31:2, 31:8, 31:14, 32:4, 33:2, 34:5, 35:3, 35:22, 37:8, 39:19, 43:9, 43:23, 45:18, 53:17, 54:2, 54:7, 56:4, 56:7, 56:10, 56:14, 56:20, 62:17, 63:12, 77:22, 87:10, 88:3, 101:3, 120:17, 122:14, 122:21, 125:7, 125:15, 126:16, 133:23, 135:9, 135:12, 136:9, 136:19, 140:7, 140:16, 141:4, 142:16
**EXHIBIT** [2] - 5:1, 5:3
**exhibits** [7] - 20:13, 29:18, 30:3, 120:10, 121:17, 126:4, 146:5
**EXHIBITS** [1] - 5:4
**Exhibits** [1] - 63:21
**exist** [2] - 76:10, 78:5
**existed** [1] - 132:8
**existence** [2] -

97:23, 143:15
**exists** [1] - 91:2
**exits** [3] - 102:23, 103:24, 148:13
**expect** [1] - 147:11
**expenses** [6] - 107:4, 109:21, 123:2, 126:24, 138:6, 138:9
**expert** [1] - 79:16
**experts** [1] - 106:21
**explain** [3] - 52:4, 115:1, 115:5
**explained** [3] - 47:11, 122:23
**explains** [1] - 93:16
**explanation** [1] - 140:8
**explicitly** [2] - 85:2, 142:25
**explore** [1] - 79:19
**extent** [4] - 22:18, 27:22, 30:4, 103:7

## F

**face** [1] - 65:7, 121:13, 126:5
**faces** [1] - 126:4
**facets** [1] - 131:23
**fact** [29] - 15:2, 24:22, 25:13, 29:18, 33:4, 34:14, 36:7, 47:17, 50:11, 54:9, 74:2, 76:4, 78:18, 86:12, 86:13, 90:10, 90:25, 108:23, 132:25, 133:3, 133:8, 133:9, 135:8, 135:22, 135:24, 136:2, 136:25, 138:12, 142:1
**factories** [1] - 8:2
**facts** [6] - 53:24, 74:10, 108:22, 143:23, 143:24
**factual** [1] - 11:24
**fail** [4] - 10:21, 11:15, 12:14, 12:15
**failed** [5] - 54:17, 54:19, 78:19, 98:2, 102:13
**failure** [3] - 8:9, 48:12, 86:9
**fairly** [1] - 49:25
**faith** [1] - 102:17
**fake** [6] - 36:21, 37:10, 52:5, 77:24, 109:11, 134:2
**false** [3] - 11:4, 116:23, 117:4
**falsely** [1] - 116:20

**family** [10] - 29:3, 64:9, 65:24, 86:12, 94:22, 98:9, 122:6, 122:9, 122:11, 140:22
**fancy** [2] - 12:25, 55:11
**far** [2] - 8:13, 147:6
**Fargo** [2] - 80:15, 123:15
**Farms** [1] - 37:3
**Farrer** [1] - 14:14
**fast** [1] - 112:20
**fatal** [1] - 7:5
**father** [2] - 105:11, 112:24
**father's** [1] - 138:7
**fault** [1] - 16:6
**FBI** [5] - 16:9, 16:12, 16:25, 17:1, 63:23
**February** [2] - 123:7, 124:3
**FEDERAL** [1] - 1:23
**Federal** [2] - 149:6, 149:20
**federal** [3] - 101:10, 101:11, 101:12
**fee** [1] - 38:6
**Felando** [1] - 15:25
**fellow** [4] - 48:20, 144:4, 144:9, 144:24
**Fenton** [10] - 57:11, 82:25, 103:7, 135:9, 136:16, 136:24, 138:4, 139:11, 140:9, 141:3
**FENTON** [19] - 2:5, 22:11, 22:14, 67:24, 68:2, 68:19, 69:1, 69:3, 69:13, 69:20, 69:22, 70:6, 70:11, 74:6, 74:18, 94:1, 95:8, 96:3, 96:5
**few** [9] - 48:14, 51:22, 88:21, 119:15, 119:16, 124:8, 136:13, 136:15
**Fiber** [2] - 28:20, 30:22
**fight** [1] - 119:5
**figure** [1] - 63:23
**figured** [2] - 50:6, 87:14
**file** [1] - 116:22
**filed** [1] - 113:10
**files** [2] - 113:14
**fill** [3] - 116:20, 117:8, 119:24
**filled** [1] - 124:21
**finally** [6] - 9:17, 12:3, 67:4, 91:22,

134:6, 138:23
**finance** [1] - 83:22
**financed** [1] - 109:4
**financing** [1] - 112:12
**fine** [4] - 62:11, 85:15, 129:19, 138:8
**finger** [2] - 131:4, 131:11
**fingerprint** [3] - 47:6, 135:23
**fingerprints** [8] - 11:5, 12:20, 34:1, 34:2, 47:25, 88:11, 114:1, 135:24
**fingerprits** [1] - 88:11
**fingers** [1] - 103:17
**firmly** [4] - 85:22, 111:4, 111:6, 111:20
**first** [23] - 6:17, 8:20, 10:23, 12:14, 15:25, 18:22, 19:7, 20:12, 24:22, 27:25, 29:6, 35:24, 45:22, 52:17, 55:2, 69:4, 75:11, 92:18, 106:12, 126:12, 132:1, 132:7, 136:18
**FIRST** [1] - 1:24
**firsthand** [2] - 14:6, 25:22
**fish** [1] - 112:21
**fit** [3] - 48:19, 66:8, 100:11
**fitting** [1] - 39:6
**five** [10] - 18:23, 56:25, 60:17, 60:20, 60:24, 94:9, 99:4, 129:6, 136:24, 137:9
**flag** [1] - 63:16
**flatly** [1] - 79:3
**flaw** [3] - 9:22, 11:10, 11:11
**flew** [1] - 65:12
**flipped** [1] - 99:20
**flow** [19] - 32:12, 32:13, 42:18, 43:21, 51:3, 51:5, 51:6, 51:7, 51:16, 51:18, 52:4, 66:21, 77:6, 78:10, 78:20, 90:21, 90:24, 91:5, 136:11
**flowed** [1] - 137:20
**flush** [4] - 45:16, 45:21, 45:23, 45:24
**fob** [3] - 26:9, 27:2, 27:5
**focus** [11] - 46:1, 55:23, 83:3, 97:8,

97:9, 102:10, 102:11, 119:7, 119:16, 120:7, 131:20
**follow** [30] - 46:6, 46:9, 46:12, 47:8, 47:22, 48:16, 49:15, 49:23, 50:10, 50:19, 52:2, 52:16, 53:4, 53:9, 64:7, 65:17, 75:5, 90:16, 94:4, 103:11, 106:1, 106:2, 115:9, 126:11, 130:14, 132:18, 133:10, 133:11, 143:21, 146:16
**follow-up** [8] - 46:12, 47:8, 49:23, 50:10, 50:19, 52:2, 53:4, 64:7
**followed** [3] - 19:25, 49:24, 50:7
**following** [3] - 93:19, 97:7, 98:15
**food** [1] - 112:20
**fooled** [2] - 124:23, 125:1
**footage** [5] - 27:8, 46:7, 53:18, 80:8, 86:11
**FOR** [5] - 2:3, 2:10, 3:2, 3:9, 3:13
**foregoing** [1] - 149:10
**foreign** [1] - 48:19
**forensic** [4] - 76:12, 76:13, 78:23, 78:24
**foreperson** [1] - 145:7
**forget** [2] - 42:21, 106:24, 107:17
**forgive** [1] - 124:1
**forgot** [1] - 58:21
**form** [6] - 22:4, 24:3, 42:21, 81:11, 145:5, 145:8
**formal** [2] - 91:25, 132:9
**format** [1] - 149:12
**forms** [12] - 42:14, 42:19, 42:20, 42:22, 43:8, 43:11, 43:12, 89:8, 91:11, 91:12, 91:14, 134:2
**forward** [1] - 147:25
**foundation** [1] - 55:9
**four** [9] - 8:11, 18:23, 44:15, 44:16, 44:17, 76:5, 100:15, 147:1, 147:7
**fourth** [2] - 21:18,

89:12
**framework** [2] - 44:23, 67:6
**Franchise** [2] - 123:4, 123:8
**Francisco** [1] - 2:19
**frankly** [17] - 14:11, 18:17, 33:18, 38:21, 45:6, 52:1, 53:3, 53:14, 54:24, 55:23, 57:6, 60:10, 63:23, 65:11, 87:16, 88:9, 96:19
**Fraser** [1] - 47:7
**FRASER** [1] - 3:6
**fraud** [79] - 7:11, 7:12, 7:14, 7:24, 8:16, 8:19, 9:2, 9:3, 10:18, 10:20, 11:19, 11:20, 12:6, 12:11, 12:15, 18:17, 18:18, 25:6, 25:12, 25:17, 27:18, 36:17, 67:18, 70:3, 70:5, 70:18, 71:14, 72:4, 72:5, 72:25, 74:5, 75:14, 78:4, 78:17, 78:18, 83:7, 83:8, 84:9, 87:7, 87:9, 92:2, 92:22, 93:15, 94:16, 96:16, 98:12, 98:21, 99:10, 99:16, 108:15, 108:16, 119:23, 120:13, 126:3, 126:17, 130:10, 130:25, 131:13, 131:15, 131:18, 131:25, 133:7, 134:16, 135:5, 135:12, 140:4, 140:6, 140:7, 141:5, 142:8, 142:9
**fraudulent** [5] - 18:20, 18:25, 32:10, 127:8, 130:10
**fraudulently** [1] - 8:16
**free** [1] - 27:24
**friend** [1] - 37:5
**friends** [3] - 94:22, 94:24, 98:9
**front** [5] - 22:16, 54:5, 79:14, 105:18, 136:23
**full** [6] - 29:1, 56:16, 66:10, 67:1, 132:14, 147:25
**fully** [2] - 50:22, 144:8
**fun** [1] - 135:18
**fundamental** [1] -

93:9
 **fundamentals** [1] - 19:7
 **funding** [1] - 12:12
 **funds** [44] - 11:19, 32:12, 32:13, 42:18, 43:22, 51:3, 51:5, 51:6, 51:7, 51:16, 51:19, 52:4, 60:12, 66:22, 67:8, 67:12, 67:15, 68:11, 68:16, 73:18, 73:19, 74:2, 74:14, 74:15, 74:19, 75:16, 75:17, 76:3, 76:9, 76:25, 77:6, 78:10, 78:14, 78:20, 78:22, 80:25, 90:21, 90:25, 91:6, 108:24, 136:11
 **funeral** [1] - 138:7
 **funnel** [2] - 117:21, 134:11
 **funneling** [1] - 134:10
 **furnishings** [2] - 138:7, 138:8
 **furtherance** [1] - 8:16

**G**

 **G&A** [3] - 28:22, 30:12, 30:23
 **G-A-Z** [1] - 40:15
 **Gabbana** [1] - 64:23
 **game** [2] - 8:7, 134:11
 **garage** [1] - 16:20
 **Gaz** [2] - 40:15
 **General** [1] - 99:16
 **generally** [2] - 129:16, 129:17
 **generate** [2] - 79:18, 115:6
 **gentleman** [1] - 15:15
 **gentlemen** [1] - 126:14
 **GEX-35A** [2] - 56:18, 56:19
 **Ghanaian** [1] - 99:18
 **giant** [4] - 45:4, 46:11, 48:7, 67:17
 **girlfriend** [1] - 120:25
 **gist** [1] - 48:18
 **given** [3] - 13:7, 46:20, 52:1
 **glad** [2] - 105:20, 106:6

 **Glendale** [1] - 3:11
 **gmail** [3] - 29:8, 29:10, 29:13
 **gold** [10] - 84:13, 84:19, 84:21, 84:22, 85:4, 85:6, 118:8, 128:8, 130:20, 137:23
 **govern** [1] - 146:14
 **Government** [22] - 18:15, 21:2, 21:9, 23:10, 23:24, 26:6, 28:21, 28:23, 31:1, 31:7, 33:2, 34:5, 35:3, 35:22, 37:7, 39:19, 43:9, 43:22, 56:4, 62:17, 87:10, 88:3
 **government** [213] - 6:15, 6:18, 7:3, 7:7, 7:15, 7:18, 8:4, 8:6, 9:9, 10:19, 11:1, 11:17, 11:22, 13:4, 13:6, 13:15, 14:1, 14:15, 14:23, 15:9, 15:12, 15:19, 16:1, 16:10, 16:22, 17:13, 17:18, 21:25, 26:12, 27:7, 27:10, 27:16, 27:19, 29:11, 29:19, 31:10, 31:17, 32:9, 32:21, 33:1, 34:7, 34:20, 35:10, 35:17, 35:21, 36:1, 36:7, 37:2, 38:17, 38:21, 39:4, 43:19, 44:2, 44:16, 44:19, 44:24, 45:8, 45:9, 45:15, 47:14, 47:22, 48:10, 48:16, 50:14, 51:4, 53:15, 53:19, 54:12, 54:25, 55:22, 56:2, 56:17, 56:18, 56:21, 57:8, 57:12, 58:1, 58:19, 59:7, 60:2, 60:19, 61:2, 61:20, 61:25, 62:17, 63:14, 65:15, 65:17, 66:11, 66:15, 66:21, 66:25, 67:16, 68:17, 69:11, 70:12, 70:13, 71:6, 73:2, 73:8, 73:11, 73:12, 73:22, 73:24, 75:12, 75:25, 76:19, 76:21, 76:24, 77:16, 77:17, 78:6, 78:19, 79:6, 79:15, 81:19, 82:6, 82:11, 83:25, 84:2, 84:11, 84:13, 85:4, 85:10, 85:11, 85:20, 86:23, 87:2, 87:8, 87:11, 87:18,

 88:2, 88:12, 88:13, 88:18, 89:2, 89:24, 90:6, 90:14, 90:16, 90:24, 91:2, 91:10, 91:17, 91:22, 92:5, 92:7, 92:14, 92:20, 93:7, 93:18, 93:24, 94:17, 94:20, 95:1, 96:19, 96:25, 97:6, 97:18, 97:19, 98:1, 98:5, 98:7, 98:11, 98:12, 98:20, 99:4, 99:7, 99:12, 100:12, 100:21, 101:4, 101:10, 101:11, 101:12, 101:17, 101:18, 101:24, 102:3, 105:25, 106:7, 106:8, 106:16, 106:23, 106:25, 107:15, 108:13, 109:12, 112:12, 113:4, 116:24, 121:7, 121:11, 124:6, 125:2, 125:13, 125:21, 126:4, 126:11, 126:19, 127:11, 127:23, 128:18, 128:25, 129:8, 133:22, 138:14, 143:7, 143:15, 145:3
 **Government's** [3] - 135:8, 135:12, 136:9
 **government's** [30] - 7:5, 8:8, 9:22, 11:10, 14:14, 15:20, 17:3, 18:17, 25:20, 32:24, 35:3, 42:13, 42:24, 43:13, 44:2, 54:16, 66:8, 75:14, 80:12, 81:24, 85:3, 86:8, 86:19, 88:9, 91:3, 91:14, 98:2, 100:4, 134:8, 143:7
 **governs** [2] - 104:13, 105:2
 **grade** [1] - 112:19
 **grand** [3] - 43:9, 54:18, 68:14
 **grandma's** [1] - 125:10
 **graph** [1] - 111:8
 **greatest** [1] - 42:24
 **greatly** [1] - 102:25
 **Greg** [1] - 24:4
 **grew** [3] - 110:9, 110:15, 119:1
 **Grigor** [4] - 23:23, 24:9, 24:10, 45:18
 **Grigoryan** [97] -

 10:13, 10:15, 15:3, 15:17, 19:13, 19:19, 19:23, 20:3, 20:7, 20:11, 20:19, 21:5, 21:8, 21:18, 21:23, 25:2, 25:5, 25:11, 26:8, 26:10, 26:13, 28:5, 28:7, 29:14, 29:24, 30:1, 30:13, 30:20, 31:19, 32:6, 34:23, 35:6, 35:8, 35:11, 37:14, 37:21, 38:5, 38:14, 38:18, 39:14, 40:4, 40:8, 40:18, 43:18, 44:5, 45:2, 45:15, 46:14, 49:12, 50:13, 50:16, 55:4, 57:23, 58:6, 58:22, 59:12, 59:19, 59:22, 59:25, 60:9, 60:11, 61:9, 61:14, 63:11, 63:24, 63:25, 64:1, 64:6, 64:17, 66:1, 66:2, 74:4, 75:22, 79:5, 79:7, 79:8, 79:23, 80:14, 80:17, 80:25, 86:10, 86:22, 86:25, 87:22, 91:4, 91:8, 93:22, 94:24, 131:7, 132:20, 133:1, 134:10, 134:21
 **Grigoryan's** [46] - 19:5, 19:9, 20:20, 21:4, 21:15, 21:19, 26:1, 26:4, 26:24, 27:2, 27:15, 27:17, 28:8, 28:25, 29:3, 31:11, 31:24, 32:11, 33:12, 33:20, 33:21, 34:1, 34:10, 34:18, 35:9, 40:13, 44:13, 44:15, 44:21, 44:25, 45:24, 50:23, 50:25, 52:14, 53:7, 58:11, 65:23, 65:24, 80:19, 81:6, 81:7, 81:15, 86:12, 101:2, 101:3, 101:13
 **Grigoryans** [3] - 33:9, 46:13
 **ground** [1] - 22:13
 **Group** [5] - 40:19, 40:22, 41:25, 92:13
 **group** [47] - 10:14, 10:16, 19:5, 20:3, 20:9, 21:24, 22:7, 23:9, 24:12, 24:21, 25:2, 25:5, 25:10, 31:24, 35:20, 35:23, 37:21, 39:7, 39:13,

 39:17, 39:24, 40:17, 42:2, 43:7, 43:18, 43:24, 49:18, 57:24, 61:10, 74:4, 75:21, 78:1, 86:10, 86:21, 87:1, 87:23, 91:4, 91:8, 91:9, 93:22, 93:23, 94:24
 **group's** [1] - 38:6
 **groups** [22] - 9:24, 9:25, 10:11, 10:25, 19:6, 22:8, 25:8, 25:16, 25:23, 25:24, 37:24, 38:1, 38:5, 43:10, 44:9, 53:7, 89:21, 91:3, 91:8, 91:19, 94:21
 **growing** [1] - 99:17
 **guidepost** [2] - 135:5, 135:6
 **guiding** [1] - 122:2
 **guilt** [14] - 110:6, 110:8, 110:18, 110:25, 111:1, 111:5, 111:15, 111:17, 111:19, 113:20, 118:18, 139:21, 145:25
 **guilty** [21] - 81:3, 85:22, 93:18, 98:24, 98:25, 99:3, 104:19, 104:20, 104:21, 110:9, 110:11, 110:12, 110:14, 110:16, 111:13, 111:23, 113:22, 129:2, 143:24, 144:5
 **Gusto** [4] - 24:4, 24:6, 61:20, 134:1
 **guy** [3] - 19:11, 23:13, 54:6
 **guys** [4] - 16:3, 50:20, 63:9, 64:16

**H**

 **half** [2] - 98:23, 103:2
 **Halum** [1] - 15:1
 **hammer** [1] - 76:11
 **hand** [4] - 136:6, 137:13, 148:3
 **handing** [2] - 137:4, 137:5
 **handle** [1] - 129:10
 **hands** [1] - 136:24
 **handwriting** [2] - 107:22, 108:3
 **handwritten** [3] - 80:18, 107:19, 117:13

**happenstance** [1] - 102:9
**hard** [3] - 103:13, 105:11, 139:11
**hard-working** [1] - 105:11
**hardly** [1] - 105:14
**Harley** [7] - 108:11, 108:20, 108:24, 109:4, 115:1, 126:20
**harshly** [1] - 118:5
**Hart** [3] - 28:21, 31:5, 31:6
**Hayrapetyan** [17] - 19:11, 19:19, 21:8, 21:13, 21:18, 21:21, 26:25, 35:12, 46:4, 46:5, 46:8, 46:14, 52:15, 63:11
**Hayrapetyan's** [1] - 63:10
**Hayrapetyans** [3] - 20:2, 38:13, 38:15
**head** [1] - 140:15
**hear** [16] - 6:24, 17:24, 25:21, 32:20, 35:5, 47:16, 47:18, 52:2, 57:18, 84:24, 85:14, 88:17, 90:24, 94:23, 105:3, 115:2
**heard** [143] - 6:18, 6:20, 7:9, 7:23, 8:6, 8:14, 8:18, 8:24, 9:4, 9:12, 9:23, 10:12, 11:6, 13:8, 13:14, 13:17, 13:19, 13:21, 15:1, 15:16, 16:9, 17:3, 17:10, 18:1, 19:10, 19:12, 20:22, 21:20, 21:23, 23:9, 25:4, 26:2, 26:19, 27:2, 27:13, 28:1, 28:17, 29:4, 29:11, 29:16, 31:6, 31:12, 32:11, 32:12, 33:17, 33:18, 34:14, 34:25, 35:7, 36:4, 36:11, 36:15, 37:16, 38:4, 38:6, 38:7, 38:11, 38:13, 38:24, 39:3, 41:13, 41:24, 42:21, 43:4, 43:19, 44:14, 45:3, 46:12, 46:16, 47:1, 47:5, 47:7, 47:10, 48:2, 48:8, 48:9, 48:20, 49:11, 49:18, 50:12, 52:1, 52:25, 53:3, 53:12, 55:1, 57:11, 57:22, 58:24, 60:16, 62:6,

64:17, 65:1, 65:8, 66:6, 67:14, 70:23, 74:3, 74:12, 75:20, 76:4, 78:15, 78:24, 79:4, 80:20, 80:24, 84:16, 85:12, 85:18, 85:19, 86:20, 87:11, 88:1, 88:16, 92:9, 92:10, 97:12, 99:24, 100:8, 100:14, 102:1, 102:2, 105:14, 105:22, 120:20, 130:4, 130:9, 130:19, 130:23, 131:3, 131:4, 132:19, 133:2, 133:18, 135:23, 138:7, 140:8, 143:5, 146:8, 146:9
**hearing** [1] - 75:18
**heart** [4] - 50:18, 62:4, 134:23, 140:3
**heck** [1] - 118:17
**held** [4] - 89:24, 100:12, 128:18, 149:11
**help** [4] - 95:5, 106:19, 116:16, 135:18
**helped** [2] - 10:7, 142:1
**helpful** [3] - 27:22, 35:14, 66:16
**helping** [1] - 141:5
**helps** [1] - 33:5
**hereby** [1] - 149:8
**hid** [1] - 136:1
**hide** [2] - 117:20, 136:2
**hiding** [1] - 121:8
**high** [5] - 85:17, 111:2, 111:9, 136:15
**highest** [1] - 85:17
**highlight** [5] - 95:23, 95:24, 119:15, 120:8, 124:8
**highlights** [2] - 93:17, 140:18
**highly** [2] - 96:5, 111:17
**Highway** [1] - 3:15
**hired** [3] - 120:3, 122:20, 123:1
**hires** [1] - 109:15
**hiring** [1] - 55:19
**history** [2] - 124:4, 128:10
**hit** [6] - 32:5, 98:4, 123:8, 123:9, 136:15, 139:11
**hits** [8] - 20:19,

25:10, 30:5, 36:24, 37:1, 56:9, 59:21, 86:20
**hold** [6] - 22:7, 23:12, 127:15, 127:17, 127:20, 130:8
**holding** [1] - 127:20
**holds** [1] - 35:17
**holes** [1] - 101:22
**home** [12] - 36:14, 42:11, 61:19, 107:18, 107:20, 107:21, 121:14, 125:9, 125:17, 138:8, 138:10, 147:20
**homemaker** [1] - 138:8
**homes** [2] - 130:19, 130:20
**honest** [1] - 144:16
**Honor** [2] - 6:12, 22:11, 22:25, 67:24, 68:6, 68:19, 68:24, 69:1, 69:10, 69:20, 70:6, 70:9, 72:23, 74:6, 74:9, 89:17, 95:8, 95:13, 102:19, 105:5, 129:17, 129:25, 131:21
**honor** [1] - 129:15
**Honorable** [1] - 148:14
**HONORABLE** [1] - 1:3
**honorable** [1] - 112:3
**hope** [4] - 104:24, 105:15, 111:10, 115:8
**hoped** [1] - 112:21
**hotmail** [1] - 36:8
**hour** [2] - 103:1, 103:2
**HOURIGAN** [4] - 1:23, 149:6, 149:19, 149:20
**hours** [1] - 103:3
**house** [38] - 16:18, 16:19, 17:1, 33:12, 34:5, 40:8, 41:22, 59:14, 59:15, 60:6, 63:15, 64:3, 64:24, 65:7, 65:23, 65:24, 81:6, 81:16, 84:22, 84:25, 113:2, 113:3, 113:8, 113:24, 116:13, 119:2, 120:22, 121:19, 126:21, 128:13, 134:13, 137:22, 138:9, 139:15,

139:22, 139:25, 140:7
**housewife** [1] - 138:8
**huddle** [1] - 121:12
**humans** [1] - 51:20
**hung** [1] - 110:17
**hurdle** [1] - 87:2
**husband** [3] - 41:11, 138:19, 140:18

**I**

**Ibanec** [1] - 13:17
**ID** [6] - 30:11, 30:24, 32:6, 77:24, 112:10, 140:14
**idea** [1] - 118:4
**identification** [3] - 84:8, 125:20, 137:5
**identified** [7] - 6:23, 15:3, 37:24, 39:6, 40:18, 40:20, 42:1
**identify** [1] - 25:9
**identifying** [1] - 85:6
**identities** [20] - 24:16, 26:14, 29:25, 30:16, 38:2, 41:20, 43:25, 47:1, 50:18, 75:24, 78:9, 112:9, 132:15, 133:2, 133:20, 134:17, 134:20, 136:1, 137:16, 142:11
**identity** [29] - 9:13, 12:4, 12:9, 12:18, 13:7, 24:14, 29:12, 29:13, 37:6, 40:3, 53:8, 61:19, 66:4, 78:17, 79:2, 79:5, 80:12, 80:14, 81:2, 81:18, 83:5, 83:11, 88:12, 108:16, 112:6, 117:6, 120:14, 121:8, 138:2
**idiot** [1] - 124:15
**idiots** [5] - 124:9, 124:10, 124:11, 124:13
**IDs** [6] - 116:3, 117:5, 117:9, 136:4, 140:14, 140:15
**ignored** [8] - 7:3, 33:11, 65:22, 65:23, 66:2, 66:15, 66:22
**ignores** [1] - 90:21
**illegal** [1] - 112:5
**illuminates** [1] - 137:18
**image** [2] - 77:22, 100:19

**images** [1] - 59:16
**imagine** [3] - 98:10, 98:11, 118:2
**impartial** [1] - 86:5
**impermissible** [1] - 130:22
**implicit** [1] - 91:23
**import** [2] - 65:10, 79:20
**important** [23] - 20:5, 23:20, 36:1, 51:14, 52:18, 59:11, 75:22, 77:15, 81:9, 94:19, 103:5, 119:17, 120:7, 121:2, 121:21, 122:15, 122:24, 126:10, 127:21, 128:21, 140:19, 143:8, 144:13
**importantly** [1] - 57:22
**impossible** [3] - 13:3, 59:25, 78:21
**impression** [1] - 45:13
**impressions** [1] - 109:5
**improper** [3] - 18:5, 95:14, 96:4
**improperly** [1] - 69:19
**inability** [1] - 53:24
**includes** [1] - 12:17
**including** [5] - 52:5, 87:13, 143:10, 145:23, 145:24
**inconsistent** [8] - 9:5, 32:16, 32:19, 33:23, 45:3, 46:10, 64:11
**incorrect** [3] - 69:9, 70:4, 70:24
**incorrectly** [1] - 94:6
**incredible** [1] - 54:24
**incredibly** [1] - 85:17
**incubators** [1] - 76:7
**independent** [1] - 10:22
**INDEX** [2] - 4:1, 5:1
**indicated** [1] - 23:1
**indicative** [2] - 135:24, 139:21
**indictment** [13] - 12:23, 39:4, 83:7, 83:9, 83:10, 83:14, 83:15, 93:17, 100:15, 104:19, 118:17, 132:5, 146:6
**indisputably** [1] - 29:21

**individually** [2] - 71:11, 88:10
**individuals** [6] - 18:24, 66:23, 76:25, 77:11, 78:9, 78:13
**indulgence** [2] - 104:8, 129:10
**inference** [2] - 36:16, 50:11
**inferences** [2] - 40:11, 74:25
**influenced** [1] - 144:23
**info** [2] - 58:16, 77:4
**Info** [8] - 55:5, 56:6, 58:16, 59:15, 59:23, 60:1, 62:4, 137:12
**information** [36] - 16:1, 27:17, 30:11, 30:15, 30:24, 31:3, 31:16, 32:23, 33:11, 36:3, 36:8, 36:12, 40:1, 44:1, 46:18, 47:12, 47:15, 47:25, 56:11, 56:12, 56:16, 56:20, 58:8, 58:14, 58:17, 58:18, 59:17, 63:23, 65:23, 81:15, 87:13, 89:9, 94:18, 116:23, 134:3
**Information** [1] - 55:14
**Injijian** [1] - 31:4
**innocence** [3] - 126:23, 127:11, 127:14
**innocent** [3] - 131:12, 133:5, 134:22
**inquiry** [1] - 49:15
**insane** [1] - 53:13
**inside** [1] - 113:16
**insider** [1] - 87:5
**inspect** [1] - 24:10
**installed** [1] - 65:4
**instead** [2] - 16:12, 98:14
**instruct** [2] - 58:24, 92:19
**instructed** [4] - 71:10, 131:21, 132:22, 139:13
**instruction** [31] - 10:5, 22:20, 48:14, 68:5, 68:23, 69:2, 69:3, 69:14, 69:21, 69:24, 70:1, 74:21, 74:22, 82:23, 84:6, 85:16, 94:2, 94:3, 94:8, 94:19, 95:7, 95:15, 95:17, 95:19,

95:21, 95:25, 96:1, 96:12, 96:24, 101:15, 103:8
**Instruction** [7] - 68:24, 93:14, 94:11, 96:18, 131:24, 132:6, 132:11
**Instructions** [1] - 93:12
**instructions** [25] - 10:3, 10:4, 19:2, 57:14, 57:21, 58:25, 67:21, 67:25, 68:3, 68:20, 70:2, 74:7, 75:5, 83:1, 90:10, 95:9, 95:12, 103:10, 104:14, 105:2, 146:7, 146:10, 146:12, 146:13, 146:14
**instructs** [1] - 22:21
**insurmountable** [1] - 87:2
**intend** [4] - 73:21, 111:22, 115:14, 115:15
**intended** [6] - 76:1, 76:2, 108:19, 114:6, 116:18, 118:15
**intends** [1] - 112:4
**intent** [13] - 9:1, 67:23, 73:16, 74:14, 76:13, 76:15, 76:18, 96:15, 135:13, 135:21, 139:16, 141:18
**intention** [1] - 96:10, 129:14
**intentional** [1] - 56:18
**intentions** [2] - 115:10, 115:16
**interact** [1] - 51:21
**interest** [4] - 10:6, 107:7, 113:3, 116:14
**interesting** [4] - 56:13, 57:10, 60:16, 63:13
**Interestingly** [1] - 30:7
**interestingly** [2] - 27:7, 47:16
**Interiors** [12] - 12:13, 28:22, 31:3, 39:21, 40:17, 81:20, 82:1, 82:8, 82:17, 82:21, 84:4, 84:10
**Interiors'** [2] - 83:18, 83:23
**Internet** [1] - 147:21
**interpretation** [1] -

75:9
**interrupt** [1] - 68:25, 72:2
**interstate** [2] - 83:17, 83:23
**interstitial** [1] - 135:2
**interviewed** [1] - 50:7
**interviews** [1] - 49:21
**intricate** [1] - 135:2
**introduce** [1] - 122:13
**invest** [1] - 124:3
**investigate** [24] - 16:25, 19:21, 23:15, 23:19, 24:9, 32:9, 33:19, 46:3, 48:1, 48:10, 50:14, 50:15, 50:23, 50:25, 53:5, 56:21, 60:20, 64:2, 64:8, 78:19, 86:9, 86:10
**investigated** [4] - 49:2, 49:6, 66:7, 113:9
**investigating** [4] - 25:9, 61:4, 98:12, 98:14
**investigation** [17] - 19:18, 24:19, 34:14, 49:24, 51:14, 60:25, 61:3, 61:8, 66:19, 86:4, 86:14, 86:25, 87:1, 87:12, 88:25, 100:4, 136:3
**investigations** [1] - 102:8
**investigator** [1] - 48:24
**investment** [1] - 76:6
**involve** [2] - 71:17, 108:14
**involved** [3] - 71:18, 78:3, 140:25
**involving** [2] - 18:18, 143:16
**IP** [63] - 20:19, 21:14, 26:11, 27:14, 27:16, 27:23, 27:25, 28:1, 28:4, 28:8, 28:15, 28:18, 28:24, 29:4, 29:15, 29:23, 30:3, 30:5, 30:17, 31:2, 31:8, 31:13, 31:15, 32:1, 32:3, 32:9, 32:23, 33:10, 35:22, 35:24, 36:1, 36:19, 36:24, 37:1, 37:3, 37:12, 39:21, 39:25,

40:7, 56:9, 56:10, 56:16, 56:20, 58:8, 59:13, 59:19, 61:15, 66:3, 79:5, 79:6, 79:8, 79:13, 79:17, 79:18, 79:22, 79:24, 80:1, 80:3, 86:10, 87:16, 121:17
**ironically** [1] - 59:2
**IRS** [3] - 19:16, 134:2, 134:3
**islands** [1] - 128:10
**issue** [9] - 18:20, 18:25, 22:12, 57:13, 60:12, 61:8, 81:11, 82:4, 83:11
**issues** [1] - 20:15
**itself** [1] - 135:25
**Iuliia** [31] - 13:2, 13:7, 21:14, 26:24, 28:5, 28:10, 30:21, 32:7, 32:17, 35:16, 46:5, 46:23, 49:13, 52:13, 53:8, 53:21, 54:4, 57:2, 58:6, 59:12, 61:15, 78:3, 79:11, 81:5, 87:17, 87:19, 133:3, 136:25, 137:4, 137:9

**J**

**J-1** [1] - 48:21
**J.P** [6] - 20:20, 20:21, 29:7, 30:19, 30:21, 55:5
**jail** [4] - 27:3, 29:21, 138:23, 139:10
**jar** [1] - 136:6
**Jaung** [1] - 47:11
**Jedi** [1] - 57:16
**Jennifer** [1] - 105:9
**JENNIFER** [1] - 3:10
**Jewelers** [3] - 84:18, 85:7, 85:8
**jewelry** [2] - 84:17, 130:20
**job** [1] - 66:5
**Jobe** [5] - 34:13, 34:15, 34:16, 40:14, 80:17
**JOHN** [1] - 3:3
**JOHNSON** [7] - 2:11, 2:14, 2:17, 2:20, 3:14, 3:14, 118:23
**Johnson** [1] - 118:22
**joined** [1] - 132:13
**joint** [12] - 10:10, 10:17, 25:16, 37:19, 39:9, 43:20, 43:25,

93:24, 95:6, 97:11, 97:16, 97:19
**Journeyman** [1] - 41:21
**Judge** [2] - 58:24, 92:4
**JUDGE** [1] - 1:3
**judicial** [1] - 149:13
**July** [5] - 46:6, 52:13, 53:18, 83:16, 123:13
**jump** [1] - 88:21
**June** [4] - 34:17, 38:8, 76:16, 149:16
**JUNE** [2] - 1:13, 6:1
**juror** [2] - 144:2, 145:7
**jurors** [8] - 144:4, 144:8, 144:9, 144:12, 144:24, 147:8, 147:13, 147:18
**Jury** [6] - 6:6, 93:12, 102:23, 103:20, 103:24, 104:3
**jury** [63] - 10:2, 10:4, 10:5, 19:2, 22:17, 22:18, 22:21, 23:3, 23:6, 57:14, 67:21, 67:25, 68:3, 68:5, 68:20, 69:5, 69:24, 70:2, 70:7, 70:18, 71:10, 72:1, 74:7, 75:4, 83:1, 83:2, 94:1, 94:3, 94:4, 94:7, 95:9, 95:12, 95:15, 95:17, 95:18, 95:21, 95:24, 96:1, 103:7, 103:10, 104:7, 104:14, 105:1, 105:6, 105:18, 111:11, 114:21, 116:17, 118:15, 122:4, 129:6, 130:1, 134:15, 135:11, 143:19, 143:20, 145:14, 145:16, 145:23, 146:10, 148:4, 148:13
**jury's** [1] - 103:8
**justice** [1] - 7:19
**Justin** [2] - 16:10, 53:20

**K**

**KATZMAN** [2] - 3:3, 3:6
**Kauchiko** [1] - 49:14
**Kauichko** [13] - 21:23, 29:8, 30:11, 30:18, 30:23, 31:22, 32:7, 34:22, 43:18,

53:9, 80:5, 133:3, 139:9

**Kauichko's** [5] - 26:6, 26:11, 29:25, 32:19, 137:15
**keep** [6] - 98:1, 103:9, 109:24, 129:20, 134:18, 148:4
**keeps** [1] - 116:24
**Keough** [1] - 27:14
**KEOUGH** [1] - 2:17
**kept** [5] - 26:9, 113:14, 115:4, 116:11, 117:10
**key** [24] - 9:22, 11:10, 19:3, 20:15, 26:9, 26:19, 27:2, 27:5, 27:23, 29:25, 30:5, 30:16, 31:7, 36:21, 83:3, 83:10, 83:23, 88:2, 93:12, 95:23, 97:3, 111:6, 136:15
**kicker** [3] - 29:2, 29:20, 76:17
**kids** [5] - 110:22, 112:25, 116:16, 119:2, 139:24
**killed** [1] - 112:21
**killer** [1] - 60:19
**kills** [1] - 52:20
**kind** [6] - 52:12, 94:12, 105:19, 106:5, 108:21, 113:7
**knocked** [1] - 120:23
**knocks** [1] - 88:8
**knowing** [2] - 52:11, 125:5
**knowingly** [3] - 11:18, 67:18, 84:7
**knowledge** [8] - 14:9, 25:7, 25:22, 49:20, 73:16, 74:19, 128:16, 132:14
**known** [2] - 26:24, 85:18
**knows** [8] - 49:2, 53:16, 54:10, 90:8, 139:16, 139:19, 143:3
**Kofi** [2] - 99:16, 99:23
**Kopytova** [1] - 37:10
**Kudiumov** [9] - 15:3, 15:17, 19:13, 30:16, 34:23, 49:14, 50:1, 64:17, 133:3
**Kuduimov** [1] - 29:17
**Kuidimov** [2] - 20:2, 21:4

# L

**LA** [5] - 51:23, 51:24, 64:25, 77:10, 77:11
**lack** [13] - 61:11, 63:14, 86:7, 86:14, 86:17, 86:25, 87:1, 88:23, 88:24, 101:16
**lacking** [1] - 127:9
**ladies** [1] - 126:14
**lamps** [2] - 62:8, 63:1
**language** [2] - 97:3, 97:12
**LAPD** [1] - 44:17
**large** [2] - 49:25, 96:20
**largely** [1] - 8:25
**largest** [2] - 123:19, 128:22
**Las** [2] - 60:8, 60:9
**laser** [1] - 102:11
**last** [23] - 14:5, 15:25, 42:13, 45:19, 63:24, 63:25, 66:1, 68:4, 74:11, 74:12, 80:4, 86:3, 88:18, 100:19, 104:10, 104:25, 118:24, 119:3, 119:4, 126:24, 142:17, 142:18
**late** [3] - 46:6, 129:10, 130:2
**laughing** [1] - 135:18
**launder** [7] - 7:14, 67:8, 67:12, 67:15, 111:25, 112:4, 142:21
**laundered** [2] - 75:15, 75:16
**laundering** [34] - 8:24, 9:11, 9:18, 11:9, 11:14, 11:16, 11:23, 12:1, 12:25, 13:5, 52:9, 55:10, 55:21, 58:4, 58:20, 59:8, 60:13, 61:6, 62:5, 67:5, 68:13, 73:5, 73:9, 75:13, 88:8, 88:14, 93:7, 108:16, 117:18, 123:14, 131:19, 135:6, 141:6
**law** [21] - 7:16, 67:25, 68:3, 68:20, 71:15, 74:7, 74:9, 85:18, 92:18, 92:19, 93:9, 104:13, 104:14, 104:17, 105:2, 105:22, 106:1, 115:9, 131:22, 143:23, 144:25

**LAW** [1] - 3:14
**Law** [8] - 2:12, 2:15, 2:18, 2:21, 3:4, 3:7, 3:10, 3:15
**lawyers** [7] - 74:24, 75:8, 105:24, 106:21, 145:19, 146:9, 146:11
**lawyers'** [3] - 74:25, 75:1, 75:7
**laying** [1] - 61:22
**lead** [4] - 16:10, 53:19, 80:1, 102:5
**leader** [7] - 6:22, 6:25, 14:3, 34:9, 48:6, 136:18
**leading** [2] - 79:13, 79:24
**leads** [5] - 48:16, 52:16, 53:5, 65:17, 98:15
**learned** [1] - 38:16
**lease** [2] - 26:4, 26:7
**leased** [1] - 21:22
**least** [7] - 10:1, 25:6, 56:13, 99:23, 132:2, 132:3, 132:4
**leave** [5] - 17:12, 17:13, 45:19, 100:18, 136:16
**leaves** [1] - 85:21
**lectern** [1] - 129:7
**led** [4] - 43:14, 86:14, 90:18, 91:16, 116:12, 124:16
**leeway** [1] - 69:17
**left** [1] - 23:11
**legal** [1] - 97:17
**legitimate** [13] - 82:18, 110:2, 116:19, 119:22, 121:5, 123:6, 141:9, 141:10, 141:22, 141:23, 141:25
**lender** [3] - 11:3, 23:13, 83:22
**Lender** [1] - 83:17
**lenders** [1] - 124:11
**length** [1] - 140:10
**less** [3] - 82:8, 99:14, 117:11
**letters** [3] - 49:13, 49:14, 50:4
**level** [1] - 65:14
**LEWIS** [1] - 3:3
**liberties** [1] - 115:9
**license** [4] - 42:10, 112:9, 112:13, 113:13
**licenses** [4] - 37:11, 77:24, 125:9
**lie** [3] - 141:10,

141:23, 141:25
**life** [2] - 116:12, 126:10
**lighter** [1] - 47:5
**likely** [2] - 111:15, 111:17
**limitations** [1] - 101:10
**limited** [2] - 141:18
**limiting** [1] - 48:3
**limits** [1] - 23:1
**Limo** [7] - 40:25, 41:15, 120:17, 126:13, 126:15, 142:14
**line** [12] - 7:24, 8:2, 13:6, 26:17, 47:22, 49:10, 49:15, 64:5, 66:9, 107:7, 133:13
**lined** [1] - 109:10
**lines** [2] - 7:1, 38:14
**link** [7] - 21:17, 79:7, 89:5, 89:6, 89:20, 89:21
**linked** [5] - 28:25, 30:1, 31:19, 134:7, 142:25
**linking** [1] - 27:15
**links** [4] - 20:10, 21:7, 27:17
**list** [4] - 32:4, 77:3, 106:25, 133:21
**listed** [6] - 34:6, 40:7, 40:21, 55:15, 80:18, 81:15
**listen** [6] - 75:6, 124:20, 125:24, 138:24, 140:24
**listened** [1] - 144:9
**listing** [1] - 39:22
**literal** [1] - 95:17
**literally** [19] - 16:21, 21:21, 33:7, 33:11, 34:2, 53:1, 53:17, 54:10, 55:9, 56:22, 59:24, 61:2, 64:2, 65:6, 66:20, 66:22, 93:2, 95:18, 100:21
**litmus** [1] - 55:24
**Littrell** [3] - 47:6, 53:13, 82:12
**LITTRELL** [3] - 3:3, 3:3, 3:6
**lived** [3] - 36:10, 36:14, 86:12, 138:11, 140:6
**lives** [5] - 29:3, 58:12, 112:24, 120:24, 139:18
**living** [3] - 64:6,

64:9, 139:17
**LLP** [2] - 3:3, 3:6
**loads** [1] - 8:16
**loan** [51] - 11:6, 11:19, 12:7, 12:12, 12:13, 14:7, 14:8, 14:13, 18:24, 19:22, 21:3, 21:13, 27:17, 30:12, 30:22, 30:23, 31:3, 31:5, 36:25, 37:7, 37:16, 39:18, 41:6, 67:18, 74:2, 78:22, 79:7, 83:21, 98:12, 116:9, 116:22, 117:19, 119:22, 119:24, 120:15, 121:7, 121:9, 121:16, 127:8, 128:1, 134:1, 134:4, 138:13, 138:14, 141:11, 141:17, 141:18, 141:24
**loans** [35] - 10:18, 12:20, 14:24, 17:5, 18:2, 28:19, 28:20, 32:10, 34:13, 39:5, 39:6, 39:8, 39:14, 40:18, 40:21, 40:24, 41:12, 42:2, 45:5, 76:9, 77:13, 92:9, 92:10, 92:11, 95:3, 116:21, 117:8, 117:24, 118:3, 130:9, 136:10, 137:11
**location** [5] - 46:18, 46:20, 47:25, 55:18, 132:16
**log** [15] - 28:8, 28:10, 28:11, 28:13, 30:11, 30:14, 30:24, 31:2, 31:8, 31:21, 56:10, 56:16, 56:20, 58:13
**log-in** [4] - 30:11, 30:24, 56:10, 58:13
**look** [83] - 8:11, 19:15, 22:6, 23:23, 24:11, 32:13, 33:8, 33:20, 33:21, 34:18, 34:21, 35:22, 36:19, 37:23, 39:16, 41:12, 42:5, 45:14, 51:7, 51:10, 55:1, 56:4, 56:5, 57:14, 62:17, 62:18, 62:21, 66:3, 75:2, 76:14, 76:18, 77:2, 77:4, 77:21, 78:12, 79:6, 81:17, 82:7, 82:23, 83:10, 86:13, 88:15, 89:7, 89:8, 91:11, 96:2,

96:11, 96:18, 100:7, 100:25, 115:17, 115:18, 116:24, 121:18, 122:22, 123:7, 123:11, 123:12, 124:1, 124:9, 125:6, 125:15, 125:16, 125:24, 126:14, 127:6, 127:9, 133:10, 133:22, 134:5, 134:7, 135:12, 136:8, 136:20, 138:25, 139:12, 140:7, 140:23, 141:4, 141:15, 142:13, 142:18
**looked** [3] - 16:1, 33:10, 40:1
**looking** [5] - 10:4, 24:19, 116:24, 121:4, 127:4
**looks** [3] - 40:14, 64:22, 128:24
**Los** [3] - 2:8, 2:13, 3:8
**LOS** [4] - 1:14, 1:24, 6:1, 149:3
**lost** [2] - 60:14, 88:13
**Louis** [1] - 64:22
**love** [1] - 110:22
**loving** [2] - 105:11, 112:24
**Luidmyla** [1] - 37:9
**luxury** [1] - 118:8
**lynchpin** [1] - 42:13

**M**

**M-a-d-r-i-d** [1] - 148:2
**Madayan** [1] - 34:25
**Madrid** [1] - 148:2
**magical** [1] - 143:8
**mail** [9] - 34:18, 34:22, 58:14, 70:3, 70:5, 72:4, 81:13, 114:12, 128:15
**mailed** [1] - 80:21
**mails** [6] - 25:15, 86:21, 115:22, 115:25, 125:11, 128:15
**main** [1] - 51:18
**major** [1] - 110:7
**majority** [3] - 59:3, 88:9, 91:17
**man** [2] - 63:24, 119:17
**manipulating** [1] -

117:2
**manner** [1] - 106:9
**mansion** [1] - 120:23
**mansions** [1] - 118:8
**Manuel** [1] - 13:17
**Manuk** [109] - 10:13, 15:3, 15:17, 19:5, 19:9, 19:13, 19:19, 19:22, 20:2, 20:7, 20:11, 20:19, 21:4, 21:7, 21:15, 21:17, 21:22, 25:5, 25:10, 25:25, 26:4, 26:8, 26:10, 26:24, 27:15, 27:17, 28:5, 28:7, 28:8, 28:25, 29:2, 29:14, 30:1, 30:20, 31:11, 31:18, 31:19, 31:24, 32:6, 32:10, 33:9, 33:12, 33:19, 33:21, 33:25, 34:10, 34:18, 35:7, 35:9, 35:11, 37:14, 37:21, 39:24, 40:4, 40:7, 40:13, 40:16, 40:18, 44:5, 44:13, 44:15, 44:21, 44:24, 45:2, 45:14, 45:24, 46:13, 46:14, 49:12, 50:13, 50:16, 50:23, 50:25, 52:14, 53:7, 55:4, 57:23, 58:6, 58:11, 58:22, 59:6, 59:12, 59:22, 59:25, 60:9, 60:11, 61:9, 61:14, 61:19, 64:1, 64:6, 64:17, 79:4, 79:7, 79:8, 79:22, 80:14, 80:25, 86:25, 87:21, 101:2, 101:3, 101:12, 131:7, 132:19, 133:1, 134:21
**Manuk's** [4] - 29:6, 33:18, 52:11, 64:9
**Manukyan** [3] - 30:8, 30:10, 80:17
**March** [13] - 51:7, 51:11, 51:15, 51:16, 52:3, 66:22, 75:20, 77:2, 78:14, 78:16, 119:20, 132:3, 142:19
**Marietta** [11] - 22:1, 22:2, 32:18, 53:1, 64:3, 131:8, 134:14, 137:25, 138:6, 138:12, 139:8
**MARIETTA** [1] - 3:2
**Mark** [9] - 12:5, 20:24, 79:5, 79:12, 79:23, 80:14, 80:16,

81:12, 81:13
**Market** [1] - 2:18
**marriage** [1] - 112:25
**married** [1] - 110:11
**Martirosian** [2] - 24:12, 24:25
**Mary** [1] - 63:19
**Mary's** [1] - 63:18
**Marylee** [3] - 17:4, 38:24, 76:12
**Massino** [1] - 34:14, 37:16, 38:7, 39:3, 40:17, 40:20, 42:1, 46:16, 53:18, 54:1, 54:5
**Massino's** [1] - 37:23, 39:7, 39:17
**matches** [1] - 39:13
**math** [1] - 56:25
**matter** [15] - 52:15, 53:12, 71:5, 76:24, 82:15, 90:6, 90:8, 90:11, 90:12, 92:17, 94:5, 98:5, 149:12
**matters** [10] - 10:6, 52:19, 98:7, 98:19, 99:6, 99:25, 100:1, 100:20, 101:1, 103:4
**mean** [18] - 25:1, 34:2, 49:16, 51:2, 52:21, 59:24, 63:22, 74:17, 91:2, 106:11, 110:19, 110:23, 111:7, 116:15, 129:12, 129:13, 137:18, 141:10
**meaning** [9] - 17:9, 21:15, 46:13, 56:14, 61:4, 64:25, 78:11, 82:4, 93:23
**means** [11] - 14:4, 20:17, 34:8, 40:12, 55:11, 83:22, 84:8, 84:9, 129:15, 143:11
**meant** [3] - 107:10, 130:23, 141:24
**Mechanics** [1] - 21:3
**Medet** [3] - 29:13, 30:15, 40:1, 61:18, 61:22
**media** [1] - 147:21
**Media** [2] - 28:21, 30:22
**meet** [1] - 85:20
**MEGHAN** [1] - 2:14
**member** [11] - 21:18, 24:11, 26:23, 43:13, 43:14, 63:11, 90:8, 90:9, 122:6, 132:14, 145:14

**members** [17] - 31:24, 50:24, 52:14, 72:1, 98:9, 104:7, 105:6, 116:17, 118:15, 122:9, 122:11, 129:6, 130:1, 132:12, 132:16, 134:15, 143:19
**memory** [2] - 144:21, 144:22
**mention** [3] - 35:7, 35:9, 89:11
**mentioned** [5] - 12:19, 32:24, 37:2, 94:22, 136:22
**MESEREAU** [1] - 105:5
**message** [1] - 24:8
**messages** [24] - 18:14, 24:2, 25:14, 35:4, 35:5, 35:8, 35:10, 35:11, 35:21, 43:23, 115:24, 124:6, 124:7, 124:9, 124:10, 124:18, 128:14, 135:16, 137:2, 140:17, 141:15, 143:1
**met** [3] - 10:6, 15:4, 94:21
**Miami** [4] - 27:3, 29:21, 55:13, 136:7
**MICHAEL** [1] - 2:17
**Michael** [1] - 31:5
**mid** [1] - 60:10
**mid-December** [1] - 60:10
**middle** [2] - 99:20, 99:25
**might** [2] - 97:14, 111:8
**million** [1] - 126:21
**mind** [7] - 57:16, 75:10, 98:1, 127:6, 129:1, 139:3, 140:24
**minds** [1] - 57:19
**mindset** [2] - 127:8, 140:2
**minor** [1] - 16:16
**minute** [5] - 8:22, 16:20, 70:16, 131:20, 136:5
**minutes** [10] - 58:9, 59:11, 94:9, 99:13, 102:21, 103:3, 119:6, 119:12, 129:17
**misleading** [6] - 81:25, 83:25, 84:5, 85:3, 88:24, 106:9
**mispronouncing** [1] - 19:14

**misreading** [1] - 95:9
**miss** [2] - 100:3, 126:9
**missed** [2] - 68:4, 74:8
**misstated** [1] - 103:8
**misstatement** [1] - 70:21
**misstating** [7] - 67:24, 68:2, 68:19, 69:3, 74:6, 74:7, 94:1
**mistakenly** [2] - 52:11, 52:13
**MO** [1] - 33:18
**mobile** [2] - 119:25, 121:19
**mocking** [2] - 135:17
**Mod** [13] - 12:12, 28:22, 31:3, 39:21, 40:16, 81:20, 82:1, 82:8, 82:17, 82:20, 83:17, 83:23, 84:10
**modus** [1] - 33:19
**mom** [1] - 63:18
**mom's** [1] - 125:10
**moment** [5] - 9:25, 22:9, 95:11, 139:4, 146:2
**moments** [1] - 103:14
**money** [103] - 8:24, 9:2, 9:6, 9:11, 9:18, 11:8, 11:14, 11:22, 12:1, 12:24, 13:5, 19:25, 43:21, 52:8, 55:7, 55:10, 55:20, 55:21, 56:25, 58:4, 58:20, 59:22, 60:9, 60:13, 60:14, 60:15, 61:5, 62:5, 65:13, 67:5, 68:12, 73:5, 73:9, 73:13, 74:1, 75:13, 77:12, 88:8, 88:14, 90:17, 90:18, 90:22, 91:7, 93:7, 108:14, 108:16, 108:19, 108:20, 109:1, 109:9, 111:25, 117:18, 117:20, 117:21, 118:3, 123:14, 123:16, 124:16, 124:20, 125:2, 125:3, 126:11, 126:20, 126:21, 126:22, 130:14, 130:18, 131:15, 131:19, 132:18, 133:10, 133:11, 133:13, 133:14, 133:15, 134:6, 134:9,

135:1, 135:6, 136:21, 137:6, 137:19, 137:20, 138:11, 138:18, 138:21, 141:6, 141:20, 141:24, 142:13, 142:15, 142:17, 142:20, 142:21, 142:22, 142:24, 143:2, 143:17, 143:21
**monitored** [1] - 55:18
**Montadrath** [2] - 37:7, 41:17
**month** [1] - 122:19
**Morgan** [6] - 20:20, 20:21, 29:7, 30:20, 30:21, 55:5
**morning** [9] - 23:25, 33:3, 36:3, 65:12, 146:4, 146:19, 147:2, 147:9, 147:22
**mortgage** [1] - 107:7
**most** [6] - 25:18, 31:14, 42:23, 52:18, 126:9, 136:15
**mother** [1] - 138:11
**motive** [2] - 60:10, 60:21
**move** [8] - 11:18, 28:24, 67:18, 79:1, 110:22, 113:18, 136:17
**moved** [1] - 113:19
**movement** [2] - 76:24, 90:22
**movie** [1] - 52:22
**moving** [1] - 134:6
**MR** [52] - 6:12, 6:15, 18:8, 18:12, 22:11, 22:14, 22:25, 23:3, 67:24, 68:2, 68:6, 68:19, 68:24, 69:1, 69:3, 69:10, 69:13, 69:20, 69:22, 70:6, 70:8, 70:11, 70:13, 70:21, 71:1, 71:12, 71:19, 72:23, 74:6, 74:9, 74:12, 74:18, 75:11, 89:17, 89:20, 94:1, 94:9, 95:8, 95:13, 95:18, 95:22, 96:2, 96:3, 96:4, 96:5, 96:11, 105:5, 118:23, 129:8, 129:17, 129:25, 130:1
**multi** [1] - 14:22
**multi-criminal** [1] - 14:22
**multiple** [10] - 18:3,

18:8, 28:18, 28:19, 29:5, 53:6, 69:14, 69:19, 80:16
**Murat** [6] - 30:15, 40:2, 61:18, 61:21, 61:22
**Murat's** [1] - 29:13
**must** [20] - 7:7, 11:15, 11:17, 74:8, 82:19, 84:6, 85:11, 88:3, 89:24, 92:20, 93:18, 104:22, 105:25, 111:19, 111:20, 118:14, 128:18, 144:6, 146:15
**mysterious** [1] - 39:5
**mystical** [1] - 143:8

## N

**NAME** [1] - 4:3
**name** [61] - 9:6, 9:7, 12:5, 12:10, 15:4, 15:13, 15:25, 17:6, 19:13, 20:24, 21:1, 21:4, 21:14, 21:16, 24:10, 24:15, 26:4, 26:6, 28:9, 30:8, 30:10, 30:12, 30:23, 31:4, 31:6, 34:24, 36:25, 37:17, 40:7, 40:25, 41:7, 45:19, 45:22, 49:10, 49:11, 49:17, 49:20, 50:13, 61:15, 63:10, 63:24, 64:1, 80:16, 81:12, 82:2, 116:19, 117:7, 117:8, 117:11, 118:16, 120:16, 121:9, 125:25, 133:4, 136:24, 137:10, 137:15, 141:16, 147:25
**named** [5] - 15:15, 31:5, 36:23, 72:14, 104:18
**namely** [1] - 83:7
**names** [11] - 28:20, 45:17, 66:1, 117:12, 117:15, 126:2, 132:15, 133:19, 134:17, 137:10
**narrative** [10] - 7:3, 32:16, 32:17, 32:19, 35:15, 45:4, 46:11, 64:11, 66:16, 100:11
**Nazar** [3] - 12:10, 82:1, 82:16
**necessarily** [1] - 72:16

**necessary** [3] - 132:8, 132:12, 145:11
**need** [12] - 32:13, 71:3, 71:7, 88:10, 119:16, 123:25, 125:6, 126:6, 127:3, 128:12, 138:22, 139:11
**needed** [5] - 60:15, 134:18, 142:10, 142:11
**needs** [4] - 97:21, 106:16, 106:17, 119:13
**neighborhood** [1] - 110:14
**net** [1] - 109:20
**never** [22] - 43:3, 49:1, 49:6, 50:10, 80:6, 80:10, 84:20, 85:8, 87:25, 92:10, 105:12, 106:24, 107:17, 107:23, 107:24, 109:20, 113:2, 117:6, 118:15, 134:2, 147:3
**new** [1] - 79:9
**New** [9] - 2:16, 24:5, 43:1, 43:4, 43:12, 43:14, 44:1, 44:3
**NEWCOMER** [1] - 2:14
**NewTek** [1] - 83:21
**next** [10] - 6:11, 8:6, 26:17, 26:19, 32:1, 38:12, 75:19, 94:9, 105:3, 109:10
**nice** [1] - 112:18
**NICHOLAS** [1] - 2:20
**NO** [2] - 1:23, 149:20
**nobody** [4] - 106:21, 112:14, 114:2, 124:22
**noise** [5] - 130:14, 132:18, 133:11, 143:13, 143:21
**none** [15] - 25:7, 40:13, 60:17, 66:6, 80:5, 82:13, 113:24, 113:25, 114:19, 115:21, 115:23, 116:6, 116:18, 117:14
**North** [2] - 2:7, 3:15
**note** [3] - 47:5, 81:7, 145:12
**notes** [5] - 56:9, 61:22, 80:18, 117:13, 144:19, 144:20, 144:22, 144:23
**nothing** [25] - 13:13, 14:4, 16:1, 16:2, 16:6,

16:24, 49:2, 52:6, 66:18, 75:25, 76:9, 77:7, 77:12, 77:13, 78:9, 99:15, 102:4, 106:6, 116:10, 117:14, 118:9, 126:21, 128:11
**notice** [1] - 147:17
**novel** [2] - 68:12, 75:18
**November** [1] - 78:2
**NUMBER** [1] - 5:3
**number** [13] - 26:17, 26:18, 42:21, 46:25, 74:4, 81:8, 81:9, 81:15, 84:22, 84:23, 85:13, 112:10, 128:3
**numbers** [1] - 134:2
**numerically** [1] - 145:23
**NW** [1] - 2:21

## O

**o'clock** [2] - 146:21, 147:22
**oath** [1] - 105:18
**object** [1] - 105:14
**Objection** [2] - 74:6, 96:3
**objection** [8] - 22:11, 67:24, 68:2, 68:19, 74:17, 74:18, 94:1, 95:8
**objectionable** [1] - 96:5
**objections** [1] - 104:10
**objects** [4] - 68:13, 94:15, 97:12, 98:18
**obligation** [2] - 66:11, 101:7
**obscured** [1] - 9:8
**observed** [2] - 21:21, 104:10
**obtaining** [1] - 8:16
**obvious** [1] - 64:5
**Obviously** [1] - 81:13
**obviously** [7] - 27:23, 36:10, 61:7, 68:8, 77:15, 78:24, 101:9
**occasion** [1] - 113:15
**October** [5] - 29:22, 59:24, 62:23, 63:2, 63:7
**OF** [8] - 1:2, 1:5, 1:12, 2:1, 3:14, 149:1,

149:3, 149:4
**offense** [1] - 83:7
**offenses** [2] - 61:3, 98:3
**offered** [2] - 56:14, 56:18
**office** [5] - 113:12, 113:13, 113:16, 116:12, 117:10
**Office** [1] - 55:19
**OFFICE** [2] - 2:4, 3:14
**Officer** [1] - 16:3
**officer** [2] - 13:17, 65:2, 65:14
**officers** [2] - 49:1, 49:4
**Official** [2] - 149:6, 149:20
**official** [1] - 116:9
**OFFICIAL** [2] - 1:23, 149:1
**oil** [1] - 112:21
**old** [1] - 82:16
**Olena** [3] - 29:10, 30:15, 34:23
**omits** [1] - 56:23
**once** [1] - 26:21
**One** [2] - 30:22, 58:16
**one** [190] - 7:10, 7:11, 7:12, 7:13, 7:25, 8:3, 8:7, 8:10, 9:10, 10:7, 10:9, 11:4, 11:15, 12:24, 14:10, 14:16, 14:24, 15:11, 16:15, 17:11, 17:20, 17:22, 17:23, 17:25, 18:1, 18:13, 20:3, 20:9, 20:14, 22:4, 24:16, 28:21, 28:22, 28:25, 31:7, 31:24, 32:3, 33:23, 33:24, 35:8, 37:5, 37:16, 37:18, 38:22, 39:15, 39:17, 39:22, 40:25, 41:19, 42:4, 42:15, 43:15, 44:9, 44:11, 44:12, 45:4, 46:11, 47:17, 48:6, 49:1, 49:5, 51:18, 52:8, 52:14, 52:17, 53:11, 54:17, 54:20, 56:12, 57:3, 63:13, 65:12, 68:13, 70:5, 70:10, 70:22, 71:4, 71:8, 71:12, 71:13, 71:15, 71:18, 71:19, 71:20, 71:23, 72:5, 72:7, 73:1, 73:2, 73:7,

73:10, 79:9, 80:4, 80:17, 82:20, 86:18, 87:8, 88:5, 88:7, 88:8, 89:22, 90:2, 90:4, 90:12, 90:13, 91:1, 91:19, 91:20, 92:4, 92:14, 92:15, 92:20, 92:22, 93:4, 93:6, 93:19, 93:20, 93:21, 93:24, 94:14, 94:16, 95:5, 95:11, 96:17, 96:20, 97:4, 97:6, 97:18, 97:23, 97:24, 98:6, 98:8, 98:18, 98:20, 98:22, 98:24, 99:1, 99:3, 99:11, 99:15, 99:19, 100:19, 100:23, 104:22, 104:23, 105:16, 107:11, 107:19, 108:2, 108:3, 108:17, 111:4, 112:9, 112:11, 113:6, 114:1, 114:2, 116:5, 116:7, 117:5, 117:24, 121:1, 121:13, 121:24, 124:19, 125:19, 128:12, 131:3, 131:18, 131:19, 132:4, 132:13, 133:5, 134:7, 136:24, 137:7, 137:15, 139:8, 141:16, 141:18, 142:11, 143:10, 145:13, 146:2, 146:23
**ones** [2] - 52:5, 109:16
**ongoing** [3] - 60:25, 61:3, 87:12
**oOo** [1] - 6:3
**open** [2] - 9:6, 145:17
**opened** [1] - 80:15
**opening** [3] - 105:9, 135:9, 142:4
**operandi** [1] - 33:19
**operate** [1] - 61:17
**opinion** [1] - 144:10
**opportunity** [3] - 94:5, 96:7, 126:25
**opposite** [1] - 74:2
**order** [6] - 6:8, 70:19, 74:19, 89:16, 104:6, 148:7
**ordered** [2] - 62:14, 148:9
**original** [1] - 100:15
**Orlof** [1] - 34:23
**otherwise** [5] - 45:12, 78:5, 79:16,

98:23, 145:23
**ought** [1] - 64:16
**outset** [1] - 22:2
**outside** [1] - 133:6
**overall** [41] - 9:10, 9:23, 10:2, 10:9, 10:24, 11:13, 11:16, 14:16, 14:25, 15:11, 17:20, 17:22, 17:23, 18:7, 18:13, 22:19, 33:23, 33:24, 38:18, 38:22, 43:9, 43:15, 44:6, 44:10, 44:11, 44:12, 52:8, 52:18, 70:4, 70:20, 70:23, 71:3, 88:5, 90:2, 92:20, 94:17, 97:3, 97:4, 97:6, 98:6, 100:23
**overarching** [3] - 90:13, 93:4, 93:6
**overdrawn** [1] - 124:2
**overlapping** [6] - 42:22, 43:7, 43:11, 43:25, 89:8
**overly** [1] - 144:23
**overreach** [2] - 98:8, 99:7
**overreaching** [1] - 14:17
**overseas** [1] - 123:17
**overstep** [1] - 69:15
**overview** [1] - 12:22
**overwhelming** [3] - 87:21, 87:23, 88:9
**own** [26] - 15:4, 16:10, 21:16, 28:9, 31:20, 32:24, 43:14, 48:1, 50:16, 90:1, 90:14, 91:14, 93:23, 102:10, 112:22, 113:8, 116:19, 117:18, 117:22, 120:16, 121:9, 128:2, 128:3, 144:15, 144:20
**owned** [3] - 113:2, 116:13, 134:13
**owners** [3] - 106:18, 106:22, 118:3
**ownership** [1] - 113:2

**P**

**p.m** [1] - 148:15
**P.M** [2] - 1:13, 6:2
**Pacific** [1] - 3:15
**Paetty** [1] - 129:8

**PAETTY** [5] - 2:6, 129:8, 129:17, 129:25, 130:1
**page** [19] - 4:3, 26:16, 26:25, 33:2, 34:16, 37:8, 38:8, 38:13, 39:19, 62:17, 62:18, 69:2, 69:4, 76:17, 101:3, 121:18, 134:8, 149:12
**Page** [1] - 5:3
**pages** [1] - 26:18
**paid** [5] - 49:12, 50:3, 112:1, 117:23, 142:12
**painfully** [1] - 58:9
**Palmer** [1] - 62:13
**Palmerton** [16] - 16:11, 20:22, 23:15, 23:18, 24:7, 24:13, 38:11, 38:16, 52:22, 53:20, 62:7, 62:25, 64:8, 65:24, 80:20, 80:24
**Palmerton's** [3] - 23:21, 23:24, 63:20
**pandemic** [8] - 106:15, 107:13, 122:25, 123:8, 130:24, 141:24, 142:17, 142:20
**paper** [3] - 99:20, 100:6, 121:22
**paragraph** [4] - 96:11, 120:19, 132:7
**parcel** [1] - 78:10
**Paronyan** [12] - 19:10, 19:22, 20:1, 20:11, 20:25, 21:6, 21:23, 35:11, 46:15, 80:23, 134:9
**Paronyan's** [2] - 20:21, 20:25
**part** [27] - 14:12, 16:15, 18:5, 25:19, 36:3, 39:5, 42:15, 49:22, 50:17, 51:6, 71:14, 72:15, 72:21, 76:6, 78:1, 78:10, 95:24, 125:22, 136:9, 138:24, 138:25, 139:6, 139:19, 140:19, 142:2
**participant** [6] - 48:6, 119:19, 125:5, 127:22, 127:24, 128:23
**participate** [2] - 96:14, 97:5
**participated** [1] -

131:1
**particular** [3] - 70:19, 85:5, 98:13
**particularity** [1] - 68:5
**particularly** [1] - 106:17
**parties** [1] - 69:23
**partner** [1] - 110:19
**partnership** [1] - 94:13
**party** [1] - 95:15
**passenger** [1] - 142:8
**past** [1] - 117:23
**pattern** [4] - 33:19, 39:12, 39:14, 42:3
**patterns** [2] - 39:6, 92:13
**pay** [3] - 120:9, 142:20, 142:24
**paying** [7] - 107:11, 119:14, 122:19, 123:6, 124:5, 142:23, 147:17
**payment** [3] - 24:24, 49:25, 138:6
**payments** [2] - 24:19, 66:2
**payroll** [18] - 24:3, 24:4, 24:5, 42:20, 43:7, 61:20, 89:8, 91:11, 91:14, 107:2, 107:4, 107:7, 120:19, 123:20, 123:23, 134:1, 142:20, 142:21
**Payrur** [11] - 19:11, 19:19, 21:18, 21:21, 26:25, 35:12, 46:3, 46:5, 46:8, 46:13, 52:15
**people** [39] - 17:9, 17:25, 38:14, 45:4, 47:19, 51:24, 51:25, 52:5, 53:6, 57:16, 64:6, 66:1, 67:10, 68:15, 71:18, 77:14, 78:13, 91:6, 91:25, 96:21, 98:24, 102:7, 106:2, 107:3, 117:2, 117:14, 117:17, 119:11, 120:3, 123:1, 124:9, 125:19, 136:25, 140:20, 140:21, 140:24, 146:24
**people's** [1] - 57:19
**per** [2] - 37:16, 38:16
**percent** [1] - 38:9
**percentage** [1] - 38:6

**percipient** [1] - 17:9
**perfectly** [1] - 116:12
**perhaps** [4] - 10:7, 15:19, 42:23, 52:18
**period** [7] - 22:5, 27:6, 54:13, 77:19, 98:22, 106:15, 117:6
**permit** [1] - 148:6
**permits** [1] - 109:24
**person** [14] - 25:24, 44:4, 46:23, 46:24, 65:22, 70:5, 71:4, 98:24, 106:5, 111:20, 112:18, 117:11, 136:22, 148:6
**person's** [1] - 117:7
**personal** [10] - 14:9, 25:7, 28:9, 29:7, 31:20, 58:12, 79:10, 81:7, 81:16, 112:1
**personally** [1] - 11:2
**persons** [3] - 94:13, 104:22, 132:4
**persuades** [1] - 144:11
**PETER** [2] - 3:14, 3:14
**phone** [29] - 18:15, 24:8, 25:15, 43:3, 44:4, 44:5, 44:25, 46:19, 46:24, 65:7, 77:21, 77:23, 78:7, 81:8, 81:9, 81:14, 112:7, 114:14, 115:20, 116:3, 117:9, 119:25, 121:20, 128:14, 140:4, 140:12, 140:13, 140:15
**phones** [10] - 44:13, 44:15, 44:16, 44:17, 44:20, 44:21, 45:2, 47:1, 52:11, 101:13
**Phonetic** [1] - 137:3
**phonetic)** [1] - 45:19
**photo** [3] - 82:16, 125:10
**photos** [3] - 116:2, 117:9, 125:10
**physical** [1] - 80:7
**Picadilly** [1] - 84:18
**Piccadilly** [1] - 85:8
**Piccadily** [1] - 85:7
**pick** [1] - 114:23
**picked** [2] - 62:8, 63:1
**picture** [6] - 32:22, 66:10, 67:1, 78:3, 82:8, 84:3
**pictures** [1] - 125:18

**piece** [3] - 14:21, 42:23, 81:6
**piggy** [1] - 135:19, 137:24
**pillars** [1] - 51:18
**pin** [1] - 62:11
**Pinkerton** [1] - 96:24
**place** [4] - 34:10, 34:22, 118:20, 148:5
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**plan** [4] - 96:14, 99:10, 121:12, 125:22
**play** [1] - 97:10
**played** [1] - 16:16
**playing** [1] - 57:15
**plenty** [1] - 32:13
**plus** [1] - 17:25
**point** [35] - 15:20, 25:8, 35:25, 36:14, 37:22, 40:25, 43:2, 52:19, 54:17, 58:21, 62:10, 63:9, 63:14, 63:16, 68:4, 70:24, 71:2, 76:11, 84:16, 86:3, 88:11, 88:23, 90:7, 90:9, 91:21, 96:25, 103:5, 129:19, 131:22, 132:24, 135:25, 136:13, 137:6, 138:21, 147:10
**pointed** [1] - 141:3
**pointing** [6] - 126:16, 131:5, 131:6, 131:8, 131:11
**points** [5] - 12:20, 93:12, 95:23, 121:14, 136:15
**poke** [1] - 101:22
**pool** [2] - 63:20, 65:25
**pools** [1] - 135:1
**poor** [1] - 109:20
**popped** [1] - 139:20
**pose** [1] - 26:24
**posed** [1] - 58:7
**posing** [2] - 15:3, 55:7
**position** [2] - 89:14, 122:3
**possessed** [2] - 83:11, 84:7
**possibly** [1] - 111:13
**post** [15] - 9:17, 12:24, 13:5, 54:14, 54:22, 55:10, 57:1, 58:3, 58:19, 59:8, 60:13, 61:5, 62:4, 65:18, 88:14
**post-arrest** [1] - 57:1

**post-release** [5] - 9:17, 54:14, 54:22, 55:10, 58:19
**posted** [2] - 62:19, 62:23
**potential** [1] - 24:11
**potentially** [2] - 47:12, 49:8
**power** [1] - 109:13
**powerfully** [1] - 118:5
**PowerPoint** [2] - 27:21, 30:3
**PPP** [77] - 7:11, 7:13, 7:14, 8:16, 9:2, 9:3, 10:18, 11:18, 12:12, 12:13, 14:13, 18:17, 18:18, 19:22, 25:6, 25:12, 25:17, 27:17, 28:19, 30:12, 30:22, 30:23, 31:3, 31:4, 36:17, 37:7, 51:15, 52:6, 67:8, 67:18, 73:13, 73:17, 73:19, 74:2, 74:5, 74:14, 74:15, 74:19, 75:14, 75:17, 75:25, 76:3, 76:5, 76:8, 76:9, 77:7, 77:12, 78:4, 78:9, 78:16, 78:22, 81:11, 83:16, 83:21, 87:9, 90:22, 90:24, 95:3, 98:12, 99:15, 100:9, 106:13, 108:9, 108:24, 118:3, 119:21, 123:8, 124:20, 130:18, 130:22, 133:7, 133:14, 137:24, 138:11, 140:11, 142:23, 143:16
**PPP/EIDL** [1] - 39:18
**practice** [1] - 106:2
**pre** [8] - 51:7, 75:20, 76:8, 77:2, 78:16, 90:22, 90:24, 100:9
**pre-March** [3] - 51:7, 75:20, 77:2
**pre-PPP** [5] - 76:8, 78:16, 90:22, 90:24, 100:9
**precise** [1] - 106:13
**preclude** [1] - 72:16
**predicates** [1] - 11:24
**premise** [1] - 93:9
**premised** [1] - 80:13
**prepare** [1] - 49:13
**prepared** [1] - 145:5
**preparer** [3] - 49:13,

49:19, 50:3
**preparers** [2] - 49:18, 50:17
**preponderance** [1] - 59:2
**present** [10] - 13:13, 29:19, 45:7, 66:10, 66:11, 101:17, 111:8, 135:3, 146:23, 146:25
**presentation** [2] - 80:22, 108:5
**presented** [7] - 57:8, 88:24, 112:12, 116:7, 116:8, 116:9, 146:17
**presenting** [3] - 20:14, 27:18, 64:11
**preside** [1] - 144:2
**presiding** [2] - 144:2, 145:7
**presume** [1] - 128:25
**presumption** [3] - 126:23, 127:10, 127:13
**pretend** [1] - 126:1
**pretrial** [1] - 13:16
**pretty** [2] - 46:17, 132:23
**prevents** [1] - 98:7
**primarily** [1] - 34:5
**Primavera** [3] - 63:15, 86:12, 138:10
**private** [1] - 148:5
**Probation** [1] - 55:19
**probation** [3] - 13:16, 65:2, 65:14
**problem** [8] - 6:17, 6:24, 7:5, 51:17, 51:19, 67:14, 110:7, 129:22
**problems** [2] - 6:15, 109:17
**proceedings** [2] - 148:15, 149:11
**proceeds** [12] - 7:14, 9:2, 11:18, 21:13, 43:21, 67:8, 67:18, 83:17, 83:21, 112:5, 136:11, 139:18
**process** [1] - 130:7
**produce** [3] - 73:15, 73:25, 79:15
**produced** [1] - 15:8
**Professor** [1] - 57:19
**profile** [1] - 48:19
**profited** [1] - 131:1
**profiting** [1] - 137:8
**profits** [1] - 109:21
**program** [7] - 106:13, 106:14, 107:1, 108:9, 123:9,

135:17
**programs** [5] - 107:3, 107:4, 108:9, 109:17, 130:22
**promise** [1] - 11:3
**pronounce** [2] - 45:17, 50:12
**proof** [21] - 11:5, 15:21, 15:23, 17:2, 55:17, 65:14, 84:25, 85:9, 85:21, 87:17, 88:19, 97:24, 100:19, 111:1, 111:3, 111:4, 111:10, 114:4, 114:19, 118:13
**property** [1] - 86:13
**prosecution** [1] - 110:6
**prosecutor** [8] - 9:4, 13:23, 14:12, 106:25, 107:15, 107:17, 113:23, 114:25
**prosecutor's** [2] - 6:20, 13:20
**protect** [1] - 115:9
**protecting** [1] - 122:2
**prove** [82] - 7:6, 7:7, 7:17, 7:18, 8:4, 8:9, 9:10, 11:1, 11:17, 11:22, 11:23, 13:4, 13:5, 13:12, 14:1, 16:22, 17:13, 17:18, 17:19, 35:18, 38:17, 48:12, 54:13, 59:7, 62:11, 64:14, 67:16, 68:8, 68:9, 68:17, 71:6, 71:13, 71:15, 71:19, 71:22, 73:2, 73:6, 73:8, 73:11, 73:12, 74:19, 75:25, 76:2, 76:19, 76:22, 78:21, 84:11, 85:11, 86:15, 86:23, 87:2, 87:20, 89:25, 90:3, 91:17, 92:5, 92:14, 92:20, 92:22, 93:8, 93:18, 93:25, 94:20, 96:22, 97:18, 97:22, 98:2, 98:20, 98:22, 99:5, 99:12, 100:12, 101:4, 101:19, 105:25, 108:18, 111:23, 111:25, 114:16, 115:15, 138:15, 141:13
**proved** [14] - 38:20, 73:23, 90:3, 90:14, 92:15, 92:16, 93:4, 93:6, 94:17, 98:6,

114:5, 127:23, 143:15, 145:3
**proven** [3] - 78:25, 99:3, 100:23
**proverbial** [1] - 88:11
**proves** [1] - 97:6
**provided** [4] - 38:25, 44:1, 60:21, 144:25
**provides** [1] - 132:23
**proving** [2] - 69:16, 90:19
**pull** [1] - 109:13
**pulled** [3] - 16:4, 58:11, 135:10
**punch** [1] - 49:10
**punishment** [2] - 144:25, 145:2
**purchase** [1] - 138:10
**purchased** [3] - 62:8, 63:2, 84:14
**purely** [1] - 86:2
**purported** [2] - 14:25, 18:1
**purportedly** [2] - 38:22, 41:13
**purports** [1] - 84:3
**purpose** [2] - 147:3, 147:16
**purposes** [1] - 83:13
**pursuant** [1] - 149:9
**push** [1] - 59:6
**put** [30] - 15:6, 16:5, 18:4, 18:14, 30:2, 33:4, 51:4, 52:9, 58:18, 62:11, 78:6, 82:6, 82:24, 83:18, 99:19, 99:20, 102:16, 105:24, 106:12, 106:23, 112:8, 112:22, 116:3, 117:9, 122:3, 123:22, 127:8, 129:18, 133:22, 136:23
**puts** [3] - 131:14, 134:23, 140:2
**putting** [4] - 14:11, 51:17, 83:1, 94:25

**Q**

**qualifications** [1] - 66:18
**qualify** [1] - 120:2
**Quality** [9] - 12:7, 28:13, 30:25, 79:25, 80:2, 80:16, 81:8, 81:12, 137:12
**questioning** [1] -

105:19
**questions** [11] - 13:21, 23:18, 27:11, 46:1, 48:20, 64:7, 65:4, 65:10, 65:15, 115:12
**quick** [1] - 32:4
**quickly** [7] - 65:20, 106:15, 106:20, 106:21, 118:4, 118:5, 142:3
**quiet** [1] - 70:16
**quite** [3] - 31:10, 74:2, 94:19
**quote** [3] - 49:25, 62:20, 96:13
**quote/unquote** [3] - 54:3, 60:13, 77:6
**quotes** [1] - 135:10
**quoting** [2] - 95:18, 95:20

## R

**Radius** [15] - 31:9, 31:22, 32:8, 82:2, 82:6, 82:9, 82:13, 82:20, 83:24, 84:1, 84:4, 84:10, 84:14
**raise** [6] - 88:21, 89:3, 90:7, 91:11, 96:25, 148:3
**raises** [1] - 13:21
**RAM** [29] - 2:11, 6:12, 6:15, 18:8, 18:12, 22:25, 23:3, 68:6, 68:24, 69:10, 70:8, 70:13, 70:21, 71:1, 71:12, 71:19, 72:23, 74:9, 74:12, 75:11, 89:17, 89:20, 94:9, 95:13, 95:18, 95:22, 96:2, 96:4, 96:11
**ram** [3] - 68:2, 69:25, 102:24
**Ram** [1] - 6:12
**ran** [2] - 65:13, 116:14
**random** [1] - 102:9
**rather** [2] - 57:13, 93:22
**reach** [5] - 44:21, 139:6, 144:4, 144:13, 144:17
**reached** [4] - 22:20, 139:20, 145:6, 145:25
**read** [12] - 24:8, 54:6, 58:25, 69:21, 80:4, 94:7, 121:23, 124:7,

124:10, 124:18, 135:4, 146:16
**reading** [2] - 95:9, 95:11
**ready** [3] - 6:10, 119:4, 145:9
**real** [15] - 14:12, 18:17, 25:9, 32:4, 35:1, 39:12, 61:8, 76:11, 76:17, 86:20, 88:2, 109:11, 109:14, 113:13, 117:11
**reality** [3] - 8:1, 8:8, 53:6
**really** [13] - 35:2, 42:13, 42:16, 54:25, 55:23, 59:10, 65:19, 66:14, 100:25, 107:25, 123:25, 127:22, 139:11
**Realtime** [1] - 149:6
**Realty** [2] - 36:23, 36:25
**reason** [32] - 14:18, 43:11, 48:9, 50:15, 53:4, 53:22, 56:1, 64:13, 77:8, 77:17, 85:24, 85:25, 93:10, 97:13, 118:1, 120:2, 127:1, 128:1, 128:2, 128:3, 128:5, 128:8, 128:9, 128:11, 128:13, 128:14, 128:15, 128:16, 128:22, 139:13, 143:11, 143:14
**reasonable** [76] - 7:7, 7:8, 8:9, 11:2, 15:21, 15:24, 16:23, 17:2, 17:14, 25:11, 27:11, 35:18, 36:16, 39:11, 44:23, 46:25, 47:2, 47:3, 48:13, 54:13, 58:1, 59:1, 59:7, 61:12, 64:15, 68:18, 73:3, 73:8, 73:23, 76:1, 76:19, 78:12, 78:21, 82:19, 84:12, 85:1, 85:12, 85:14, 85:16, 85:21, 85:24, 86:5, 86:16, 86:17, 86:24, 87:3, 87:15, 88:25, 90:20, 91:18, 92:5, 92:24, 93:19, 97:7, 98:3, 99:3, 99:12, 100:19, 101:1, 101:5, 101:15, 101:20, 106:1, 108:18, 111:2, 111:4, 111:19, 114:6,

114:16, 114:19, 115:16, 127:23, 130:15, 143:6, 145:4
**reasons** [3] - 10:22, 85:19, 128:17
**rebut** [2] - 88:22, 97:25
**rebuttal** [8] - 22:22, 70:3, 89:3, 90:7, 94:5, 97:20, 103:9, 129:10
**recap** [1] - 51:3
**receive** [1] - 103:11
**received** [5] - 59:22, 75:3, 80:8, 105:2, 146:5
**recess** [5] - 102:20, 103:12, 103:18, 103:22, 104:1
**recognize** [1] - 28:20
**reconvened** [1] - 147:10
**record** [7] - 23:7, 39:22, 40:6, 70:8, 96:3, 123:11, 148:1
**recorded** [1] - 114:13
**recording** [2] - 114:12, 138:24
**recordings** [1] - 87:6
**records** [5] - 50:9, 126:14, 126:15, 126:17, 127:1
**recycled** [1] - 133:21
**red** [1] - 120:9
**redirect** [1] - 62:15
**Redline** [6] - 21:1, 21:3, 21:5, 80:21, 80:23, 80:24
**Redondo** [1] - 3:16
**refer** [4] - 68:5, 95:15, 97:11, 142:3
**reference** [3] - 27:23, 142:16, 146:11
**referenced** [4] - 39:17, 40:10, 45:18, 146:10
**references** [3] - 39:4, 62:18, 78:15
**referred** [2] - 21:10, 96:24
**referring** [2] - 23:4, 68:23
**refreshed** [1] - 24:23
**regard** [8] - 22:24, 70:17, 71:2, 71:5, 72:4, 72:9, 104:12, 140:11
**regarding** [2] - 61:22, 65:18
**register** [1] - 24:3

**registered** [5] - 26:11, 28:2, 29:2, 80:5, 81:21
**registrations** [1] - 109:25
**regular** [1] - 147:18
**regulations** [3] - 106:20, 108:9, 149:13
**reimburse** [1] - 107:3
**reiterate** [1] - 83:11
**reject** [1] - 75:6
**relate** [4] - 12:23, 27:11, 78:4, 96:24
**related** [24] - 7:13, 9:2, 10:18, 10:23, 11:8, 27:4, 28:19, 38:15, 41:21, 42:6, 46:8, 47:12, 49:5, 59:17, 63:19, 64:1, 81:18, 84:4, 86:3, 87:9, 93:13, 94:18, 108:9, 128:11
**relates** [4] - 20:23, 68:10, 68:11, 93:15
**relating** [1] - 38:12
**relation** [5] - 20:2, 24:7, 83:6, 83:13, 84:8
**relationship** [4] - 23:16, 110:13, 116:16, 140:10
**relationships** [1] - 52:3
**relative** [1] - 121:25
**release** [13] - 9:17, 12:24, 13:5, 13:16, 54:14, 54:22, 55:10, 58:19, 60:13, 61:5, 62:4, 65:18, 88:14
**released** [1] - 23:12
**relevant** [3] - 60:8, 77:8, 82:21
**relied** [1] - 32:12
**relief** [2] - 70:12, 141:24
**relies** [1] - 81:19
**reluctant** [1] - 113:4
**rely** [2] - 85:2, 144:20
**remember** [8] - 15:5, 16:4, 23:17, 43:22, 44:2, 114:25, 115:3, 145:22
**remind** [1] - 15:20
**reminded** [1] - 119:1
**remove** [1] - 72:19
**removed** [1] - 16:8
**rent** [1] - 107:7
**repay** [1] - 117:19
**repaying** [1] - 118:3

**repeat** [1] - 59:19
**repeated** [1] - 15:7
**repeatedly** [4] - 13:8, 38:6, 69:4, 105:22
**repetitive** [1] - 103:5
**report** [3] - 24:4, 24:5, 121:2
**reported** [1] - 149:11
**REPORTER** [2] - 1:23, 149:1
**reporter** [1] - 103:13
**Reporter** [2] - 149:7, 149:20
**REPORTER'S** [1] - 1:12
**reporting** [1] - 55:19
**reports** [4] - 43:7, 61:20, 89:8, 134:1
**representation** [1] - 11:3
**representatives** [1] - 124:13
**request** [2] - 47:13, 47:14
**require** [8] - 6:16, 64:13, 72:5, 72:7, 99:11, 105:22, 147:1
**required** [3] - 13:12, 92:25, 101:4
**requirement** [1] - 97:9
**requirements** [2] - 11:25, 12:1
**requires** [5] - 7:16, 59:1, 95:6, 108:18, 111:9
**requiring** [1] - 15:21
**residence** [5] - 29:3, 40:13, 58:11, 58:12, 81:7
**resolves** [1] - 13:22
**respect** [12] - 35:6, 73:17, 77:6, 79:17, 83:8, 91:5, 91:19, 91:20, 92:21, 92:22, 93:4, 109:6
**respond** [4] - 48:23, 89:4, 96:7, 145:16
**responds** [1] - 24:5
**response** [3] - 23:21, 70:14, 106:16
**responsible** [3] - 70:5, 122:8, 122:10
**rest** [2] - 54:16, 103:16
**result** [1] - 147:4
**resume** [1] - 6:10
**retire** [1] - 136:17
**retroactive** [1] - 107:12

**return** [4] - 145:10, 146:19, 147:11, 148:9
**returns** [2] - 113:10, 116:15
**review** [1] - 52:10
**reviewed** [1] - 80:9
**revisit** [2] - 19:7, 21:10
**revolves** [1] - 108:6
**rich** [1] - 139:24
**Rich** [21] - 24:5, 29:21, 43:1, 43:3, 43:12, 43:14, 43:25, 44:3, 46:22, 46:23, 58:4, 59:6, 60:1, 60:6, 62:9, 63:6, 73:12, 73:19, 89:5, 89:21
**RICHARD** [2] - 1:8, 2:10
**Richard** [93] - 6:12, 6:22, 6:25, 9:14, 11:2, 12:4, 12:10, 12:23, 13:2, 13:3, 13:11, 13:14, 14:2, 14:7, 14:8, 14:13, 14:16, 14:24, 15:4, 15:5, 15:10, 15:13, 16:5, 16:8, 17:6, 21:25, 22:8, 26:21, 27:3, 32:17, 33:13, 34:8, 35:15, 35:16, 48:5, 54:4, 54:7, 54:10, 55:6, 55:12, 55:20, 57:1, 57:12, 57:15, 57:18, 57:23, 58:22, 59:4, 61:5, 63:3, 64:3, 64:23, 65:11, 73:16, 74:15, 75:12, 76:1, 76:4, 78:21, 80:7, 80:10, 81:2, 81:18, 81:22, 82:2, 82:9, 82:15, 82:20, 84:7, 84:11, 84:19, 84:21, 84:24, 87:17, 87:18, 87:20, 87:25, 88:4, 89:10, 91:2, 91:6, 94:25, 131:6, 131:9, 134:13, 135:13, 135:22, 136:4, 137:13, 138:13, 141:2, 142:10
**rid** [1] - 116:4
**rightfully** [1] - 124:16
**rights** [1] - 99:6
**rise** [7] - 6:5, 6:9, 102:22, 103:19, 103:23, 104:2, 148:12
**Road** [1] - 3:11
**roadmap** [2] -

135:12, 135:13
**Robinhood** [3] - 29:20, 30:9, 58:17
**Robinhood's** [1] - 29:17
**Robinson** [4] - 17:4, 38:24, 76:12, 122:23
**role** [3] - 16:16, 22:8, 141:17
**roles** [3] - 6:22, 6:23, 6:25
**Rolex** [1] - 128:9
**room** [9] - 23:6, 33:16, 83:2, 98:24, 111:11, 114:21, 135:11, 143:20, 146:23
**ROOM** [1] - 1:24
**Rosa** [2] - 42:8, 42:10
**Rosado** [1] - 16:3
**roster** [1] - 52:1
**rough** [2] - 112:25
**round** [2] - 61:13, 79:2
**router** [2] - 47:7, 47:24
**RPR** [1] - 149:20
**ruled** [1] - 22:12
**rules** [4] - 106:20, 108:8, 108:12, 147:12
**ruling** [2] - 18:5, 69:16
**running** [4] - 50:16, 77:25, 82:20, 141:5
**Runyan** [2] - 137:15, 142:22
**Russian** [2] - 50:18, 126:2
**RYAN** [1] - 3:6

**S**

**Saakyan** [6] - 24:13, 24:14, 24:20, 24:24, 37:6, 41:17
**Sabala** [1] - 34:13
**sad** [1] - 100:5
**San** [2] - 2:19, 3:5
**sat** [4] - 105:13, 115:2, 119:8, 123:16
**saw** [44] - 17:10, 21:21, 23:10, 26:8, 32:23, 33:2, 34:4, 34:12, 37:10, 37:18, 40:16, 41:15, 41:17, 41:19, 43:8, 45:1, 45:17, 49:17, 49:25, 51:9, 53:10, 53:17, 61:23, 63:19, 81:15,

84:6, 86:8, 99:22, 100:6, 101:15, 101:25, 112:16, 114:2, 115:3, 121:15, 125:8, 136:22, 137:2, 137:22, 137:23, 139:23
**SBA** [1] - 124:14
**scale** [1] - 58:1
**scenario** [2] - 98:10, 98:12
**scheme** [44] - 7:13, 7:14, 8:19, 9:1, 10:21, 10:25, 12:15, 17:20, 17:23, 26:6, 33:24, 44:12, 50:17, 54:20, 70:22, 71:13, 71:16, 71:20, 71:21, 71:23, 72:5, 73:1, 73:2, 82:22, 88:7, 90:2, 91:20, 91:21, 92:22, 97:4, 98:18, 98:22, 99:9, 99:10, 99:11, 132:15, 134:16, 135:25, 138:3, 139:19, 140:19, 141:6
**schemes** [6] - 8:19, 10:25, 54:19, 78:16, 88:5, 98:21
**school** [2] - 99:18, 110:16
**SCOTT** [1] - 2:6
**screen** [10] - 23:4, 23:11, 34:24, 37:13, 60:25, 77:23, 81:10, 82:24, 83:1, 136:23
**search** [4] - 16:16, 34:5, 49:7, 107:18
**searched** [1] - 61:24
**searches** [1] - 128:12
**seated** [5] - 6:7, 103:21, 103:25, 104:4, 104:5
**second** [21] - 7:5, 11:1, 11:8, 12:9, 12:19, 28:24, 42:6, 43:22, 47:9, 48:14, 60:25, 79:25, 82:5, 96:11, 107:11, 118:23, 119:2, 119:4, 131:16, 132:7, 132:11
**seconds** [1] - 48:14
**Secretary** [1] - 99:16
**Section** [1] - 149:9
**Secureline** [1] - 36:25
**Security** [4] - 112:10, 120:16, 121:4, 128:3
**security** [3] - 26:20,

27:8, 80:8
**see** [48] - 10:5, 13:13, 20:16, 21:2, 23:3, 24:18, 25:18, 26:15, 26:21, 26:23, 33:8, 34:24, 37:24, 40:9, 40:25, 41:8, 46:7, 47:23, 57:15, 57:17, 58:13, 58:14, 58:15, 60:24, 65:7, 77:20, 78:2, 81:10, 82:25, 86:15, 90:10, 99:22, 99:24, 100:2, 112:11, 112:13, 115:8, 121:1, 122:18, 122:22, 135:16, 140:14, 141:4, 141:15, 142:13, 143:14, 147:22
**seek** [1] - 53:24
**seekers** [1] - 101:24
**seize** [1] - 84:23
**seized** [5] - 34:7, 42:10, 44:17, 80:18, 84:25
**selected** [2] - 66:20, 122:4
**send** [5] - 23:13, 124:21, 125:1, 145:12, 145:18
**sense** [11] - 38:22, 46:25, 77:10, 85:25, 121:10, 126:1, 139:14, 143:12, 143:14, 143:20
**sent** [7] - 59:21, 83:17, 83:22, 106:21, 116:21, 137:3
**sentence** [1] - 132:11
**separate** [9] - 18:4, 18:12, 19:6, 43:15, 62:23, 89:9, 89:11, 93:23, 113:10
**separately** [2] - 72:8, 72:18
**separation** [4] - 51:21, 51:22, 77:10, 100:9
**September** [2] - 122:17, 122:25
**series** [4] - 24:1, 24:2, 79:10, 125:20
**serious** [2] - 61:3, 108:17
**serve** [1] - 147:16
**served** [1] - 147:3
**service** [2] - 79:17, 105:6
**Services** [2] -

137:16, 142:22
**SESSION** [1] - 1:12
**set** [2] - 80:1, 80:4
**sets** [4] - 79:14, 79:18, 79:24
**seven** [2] - 99:22, 119:2
**several** [4] - 31:6, 32:25, 34:6, 37:2
**shallow** [2] - 109:5, 115:6
**shape** [1] - 22:4
**share** [2] - 79:6, 116:15, 131:16
**shared** [1] - 137:17
**sharing** [5] - 42:19, 43:21, 77:12, 133:20, 137:8
**shirt** [2] - 15:6, 15:14
**short** [3] - 78:23, 105:10, 105:15
**shortage** [1] - 126:2
**shortly** [1] - 135:7
**show** [28] - 15:10, 17:17, 17:22, 27:7, 27:10, 34:25, 35:10, 35:13, 61:25, 68:14, 69:17, 71:7, 71:9, 75:16, 95:2, 107:25, 109:1, 114:12, 114:14, 117:5, 117:16, 119:17, 122:13, 123:10, 124:7, 136:10, 136:20
**showed** [12] - 22:6, 24:23, 27:10, 27:16, 34:8, 36:2, 82:11, 82:12, 83:25, 90:4, 92:12, 109:8
**showing** [3] - 47:20, 121:13, 122:25
**shows** [19] - 7:21, 18:3, 18:9, 18:12, 20:18, 24:24, 53:5, 58:1, 59:3, 59:19, 79:3, 80:14, 93:21, 100:25, 120:25, 121:18, 125:23, 137:1, 137:17
**side** [6] - 33:12, 34:24, 57:11, 77:23, 81:10, 127:13
**sidebar** [5] - 68:21, 68:22, 70:25, 71:2, 71:25
**sign** [4] - 61:20, 116:22, 121:24, 145:9
**signal** [1] - 14:18
**signed** [2] - 145:13, 145:15

**signer** [1] - 81:22
**significance** [1] - 15:2
**significant** [3] - 20:6, 121:21, 131:5
**significantly** [1] - 31:1
**silly** [1] - 65:11
**Silverman** [2] - 19:17, 27:14
**SILVERMAN** [1] - 2:20
**similar** [3] - 10:7, 42:14, 95:3
**simple** [7] - 35:16, 63:4, 98:23, 99:7, 108:5, 118:11, 137:18
**simply** [7] - 35:10, 46:7, 59:7, 66:7, 98:16, 144:12, 144:17
**single** [23] - 9:23, 10:24, 11:6, 11:13, 14:7, 14:16, 17:11, 18:21, 25:24, 33:5, 35:8, 42:13, 44:7, 51:10, 65:21, 73:15, 73:25, 74:13, 120:15, 121:7, 121:9, 128:1, 143:9
**sit** [3] - 53:14, 88:17, 127:18
**sitting** [1] - 41:16
**situation** [1] - 118:11
**situations** [2] - 117:2, 118:17
**six** [3] - 51:21, 77:10, 100:8
**Six** [1] - 37:3
**sixth** [1] - 119:2
**skip** [2] - 63:8, 90:11
**slide** [6] - 27:22, 33:8, 36:2, 100:21, 115:13, 139:7
**slides** [2] - 86:8, 119:8
**slightly** [3] - 9:1, 102:20, 146:20
**sloppiness** [2] - 136:3
**small** [6] - 83:21, 106:17, 106:19, 106:22, 118:2, 130:23
**Social** [4] - 112:9, 120:16, 121:4, 128:3
**sold** [2] - 48:22, 84:18
**solemnly** [1] - 148:4
**Solutions** [4] - 55:5, 56:6, 59:15, 137:12
**someone** [16] - 47:2,

51:22, 60:9, 62:8, 63:1, 63:5, 63:18, 84:19, 111:12, 112:4, 118:4, 122:1, 126:20, 134:21, 140:10
**sometimes** [1] - 9:6
**somewhat** [1] - 52:12
**sophisticated** [2] - 106:19, 110:24
**sorry** [5] - 11:7, 12:24, 74:8, 99:1, 129:4
**Sosunova** [1] - 30:15
**Sosunova's** [1] - 29:10
**source** [3] - 11:19, 62:21, 68:11
**sources** [1] - 76:8
**Southern** [1] - 98:13
**speaking** [1] - 103:14
**speaks** [2] - 121:23, 125:24
**Spear** [1] - 2:18
**Special** [2] - 16:13, 16:14
**specific** [3] - 83:6, 84:8, 84:9
**specifically** [6] - 12:12, 42:20, 43:23, 83:15, 87:9, 97:1
**speculate** [2] - 128:25, 132:22
**speculation** [2] - 85:9, 86:2
**sped** [1] - 125:13
**speeds** [1] - 126:4
**spell** [1] - 147:25
**spelled** [1] - 24:9
**spend** [5] - 9:2, 49:9, 59:11, 131:15, 143:18
**spending** [1] - 108:20
**spent** [4] - 109:9, 126:20, 126:22
**spill** [1] - 112:21
**split** [1] - 134:24
**spouse** [1] - 113:21
**spread** [3] - 130:18, 137:1, 143:17
**Spring** [1] - 2:7
**stand** [14] - 14:8, 14:19, 25:19, 47:10, 48:4, 54:1, 54:5, 87:12, 101:7, 102:3, 105:18, 116:7, 125:21, 127:14
**standard** [8] - 85:14, 85:17, 85:18, 85:20,

89:1, 111:2, 111:9, 111:10
**standing** [1] - 53:15
**stands** [2] - 145:23, 148:14
**Star** [1] - 37:3
**star** [2] - 14:14, 14:23
**start** [8] - 9:20, 20:12, 34:15, 51:15, 61:9, 76:6, 130:7
**start-up** [1] - 76:6
**started** [2] - 126:12, 127:5
**state** [1] - 147:25
**STATE** [1] - 149:4
**statement** [11] - 14:2, 24:23, 57:6, 57:7, 81:20, 82:12, 90:10, 104:17, 105:10, 135:10, 142:4
**statements** [6] - 24:19, 51:9, 51:11, 74:9, 90:14, 120:1
**STATES** [3] - 1:1, 1:5, 2:4
**States** [5] - 2:6, 2:7, 149:7, 149:9, 149:14
**steady** [1] - 134:17
**steal** [6] - 130:18, 137:19, 138:22, 141:11, 141:20, 143:16
**stealing** [3] - 124:12, 124:13, 124:14
**stenographically** [1] - 149:11
**step** [4] - 44:8, 60:6, 127:25, 147:25
**STEPHEN** [1] - 1:3
**STEPTOE** [4] - 2:11, 2:14, 2:17, 2:20
**stereotypical** [1] - 51:24
**sticky** [1] - 52:9
**stifle** [2] - 49:6, 49:7
**still** [10] - 23:24, 37:19, 50:8, 53:15, 61:4, 65:8, 87:12, 87:14, 92:4, 103:6
**stole** [1] - 135:19
**stolen** [2] - 133:14, 136:11
**stood** [3] - 13:23, 16:19, 121:7
**stop** [2] - 128:6, 128:7
**store** [2] - 62:13, 84:17
**story** [1] - 99:24

**straight** [1] - 61:1
**straighten** [1] - 71:11
**straightforward** [1] - 46:17
**strange** [1] - 20:13
**strangers** [1] - 105:19
**stream** [1] - 134:17
**Street** [8] - 2:7, 2:12, 2:18, 3:7, 29:4, 40:8, 59:14, 81:8
**STREET** [1] - 1:24
**strenuous** [1] - 103:15
**strike** [1] - 18:8
**striking** [1] - 80:25
**strong** [2] - 127:15, 127:19
**structures** [1] - 38:5
**struggling** [6] - 119:21, 120:3, 123:24, 124:4, 125:5, 130:24
**student** [2] - 99:21, 112:10
**students** [2] - 48:19, 99:22
**stuff** [3] - 48:17, 67:19, 82:6
**stumble** [1] - 115:13
**stunning** [1] - 46:4
**stupid** [1] - 124:14
**subject** [1] - 67:9
**subjected** [1] - 105:19
**submission** [1] - 138:14
**submit** [14] - 13:18, 18:15, 28:19, 43:1, 81:14, 88:15, 101:17, 102:8, 106:9, 111:21, 123:21, 130:13, 138:13, 139:2
**submitted** [14] - 18:24, 28:18, 79:12, 79:23, 80:1, 80:3, 119:25, 121:16, 121:19, 130:5, 134:3, 134:4, 136:12, 145:24
**submitting** [1] - 50:4
**subscribed** [1] - 30:17
**subscriber** [13] - 30:10, 30:14, 31:15, 31:16, 36:3, 36:8, 36:12, 39:22, 40:1, 40:6, 40:7, 47:12, 47:14
**subscribers** [1] -

47:23
**substantial** [1] - 76:8
**substantive** [4] - 70:18, 70:19, 71:3, 115:7
**success** [1] - 97:15
**suddenly** [1] - 140:11
**sufficient** [1] - 69:24
**suggest** [1] - 117:14
**suggesting** [1] - 84:21
**suggests** [2] - 50:16, 111:10
**Suite** [6] - 2:12, 2:18, 3:4, 3:7, 3:11, 3:15
**summary** [4] - 21:10, 37:8, 77:3, 92:13
**summation** [1] - 79:4
**SUN** [1] - 2:5
**supervision** [1] - 13:16
**support** [2] - 33:5, 77:19
**supported** [5] - 12:16, 14:3, 57:20, 57:22, 143:23
**supposed** [9] - 45:8, 45:9, 45:11, 52:8, 66:13, 101:24, 122:1, 125:25
**supposedly** [1] - 58:20
**surface** [1] - 109:5
**surprising** [2] - 7:2, 52:3
**surveillance** [5] - 21:22, 26:21, 27:8, 80:7, 86:11
**suspect** [2] - 111:11, 114:3
**suspicion** [1] - 111:1, 113:22, 114:4, 114:18, 115:6, 118:18
**suspicious** [1] - 115:17
**swear** [1] - 148:4
**synthetic** [14] - 24:14, 24:16, 26:14, 29:12, 29:13, 29:25, 36:21, 37:6, 38:1, 38:2, 40:3, 50:18, 61:18, 117:5
**systems** [1] - 7:19

**T**

**table** [3] - 6:23, 33:13, 133:5
**talks** [2] - 74:21, 92:9

**Tamara** [43] - 19:5, 21:24, 22:6, 23:8, 23:16, 25:5, 35:4, 35:20, 36:6, 36:8, 36:9, 37:3, 41:4, 41:11, 41:20, 41:21, 42:1, 42:9, 44:1, 45:15, 45:16, 47:17, 47:20, 116:23, 121:15, 121:18, 123:22, 124:11, 124:21, 125:8, 125:9, 125:17, 131:11, 132:20, 133:1, 134:21, 135:14, 136:19, 137:3, 140:18, 141:2, 142:1, 142:22
**Tammy** [23] - 10:13, 18:14, 23:11, 24:12, 36:11, 36:16, 36:24, 36:25, 37:6, 37:11, 37:14, 41:14, 41:16, 41:18, 43:4, 43:6, 43:12, 44:2, 77:21, 77:22, 77:25, 78:7, 88:3
**Tatorian** [2] - 23:23, 24:9
**tax** [12] - 43:7, 49:12, 49:18, 49:19, 50:3, 50:17, 89:8, 91:12, 113:10, 116:15, 124:22, 124:23
**Tax** [4] - 123:4, 123:8, 137:15, 142:22
**taxes** [1] - 123:6
**taxi** [1] - 142:5
**TD** [1] - 55:8
**teacher** [1] - 99:19
**team** [1] - 14:12
**tech** [2] - 76:6, 76:7
**teeth** [1] - 109:13
**tellingly** [1] - 30:19
**ten** [3] - 119:6, 119:12
**tends** [1] - 15:10
**Terabelian** [13] - 12:10, 22:1, 22:3, 32:18, 53:1, 64:4, 82:16, 131:8, 134:14, 137:25, 138:6, 138:12, 139:8
**TERABELIAN** [1] - 3:2
**Terabelian's** [1] - 82:2
**term** [3] - 34:1, 97:17
**terms** [4] - 52:2, 67:6, 69:16, 95:17

**TERRI** [4] - 1:23, 149:6, 149:19, 149:20
**test** [1] - 55:24
**testified** [8] - 21:20, 26:13, 38:10, 49:16, 75:3, 76:12, 76:16, 87:6
**testify** [14] - 13:17, 16:18, 20:22, 36:5, 41:13, 41:24, 62:16, 73:16, 73:25, 102:5, 105:23, 107:23, 108:4, 112:17
**testifying** [1] - 19:17
**testimony** [28] - 14:6, 14:19, 15:5, 15:16, 16:15, 16:21, 17:7, 19:15, 23:25, 26:25, 27:14, 36:11, 38:4, 39:10, 42:6, 42:8, 42:21, 45:18, 47:18, 74:3, 75:20, 76:4, 79:16, 79:22, 85:6, 86:20, 94:23, 130:23
**testing** [1] - 109:25
**text** [24] - 18:14, 24:1, 24:2, 24:8, 25:14, 35:4, 35:5, 35:8, 35:10, 35:11, 43:23, 114:12, 115:24, 124:6, 124:7, 124:8, 124:10, 124:18, 128:14, 137:2, 140:16, 141:15, 142:25
**texted** [1] - 23:13
**texting** [1] - 88:3
**texts** [2] - 86:21, 116:24
**thankfully** [1] - 98:11
**THE** [68] - 2:3, 2:10, 3:2, 3:9, 3:13, 6:5, 6:7, 6:9, 6:10, 6:14, 18:5, 18:10, 22:13, 22:15, 23:1, 68:1, 68:4, 68:21, 68:23, 68:25, 69:2, 69:8, 69:12, 69:15, 69:21, 70:1, 70:10, 70:15, 70:23, 71:2, 71:17, 71:24, 72:1, 74:8, 74:11, 74:17, 74:20, 89:11, 89:18, 94:3, 95:11, 95:14, 95:20, 95:24, 96:6, 102:18, 102:19, 102:20, 102:22, 102:24, 103:19, 103:21, 103:23, 103:25,

104:2, 104:4, 104:5, 104:7, 118:22, 129:5, 129:12, 129:20, 144:1, 147:24, 148:2, 148:3, 148:10, 148:11
**theft** [15] - 9:13, 12:4, 12:9, 12:18, 78:17, 79:2, 80:12, 81:2, 81:18, 83:5, 88:12, 108:17, 112:6, 117:6, 120:14
**theme** [3] - 15:7, 19:24, 23:17
**themselves** [9] - 18:20, 48:3, 130:19, 131:16, 133:20, 134:19, 137:11, 143:17, 143:18
**theory** [26] - 13:1, 42:14, 42:24, 43:2, 43:14, 44:3, 48:1, 48:11, 52:18, 52:21, 52:25, 53:2, 53:3, 53:5, 57:1, 66:8, 66:22, 67:12, 68:12, 77:19, 80:12, 80:13, 91:3, 91:15, 121:12
**thereof** [2] - 63:14, 101:16
**thinks** [2] - 6:18, 106:5
**third** [7] - 9:12, 11:7, 24:11, 31:13, 80:2, 89:12, 97:9
**thoroughly** [1] - 57:4
**thoughts** [2] - 99:14, 122:10
**thousand** [1] - 50:4
**thousands** [1] - 49:4
**three** [9] - 15:18, 49:14, 50:4, 50:23, 51:18, 65:8, 98:24, 99:4, 140:17
**throughout** [5] - 8:12, 79:4, 105:23, 118:16, 127:16
**thrown** [1] - 118:16
**THURSDAY** [2] - 1:13, 6:1
**tie** [2] - 137:12, 138:5
**tied** [2] - 59:22, 61:19
**Timeline** [3] - 31:9, 31:21, 32:8
**tissue** [1] - 135:3
**title** [2] - 13:1, 55:11
**Title** [1] - 149:9
**titled** [1] - 34:14
**today** [17] - 8:13, 13:23, 18:25, 43:5,

54:12, 57:10, 64:2, 85:13, 90:15, 100:22, 119:4, 131:3, 132:19, 132:21, 136:16, 136:24, 138:7
**together** [8] - 10:17, 61:1, 67:11, 68:15, 92:2, 112:22, 121:12, 148:4
**tomorrow** [7] - 146:4, 146:19, 147:2, 147:8, 147:11, 147:15, 147:22
**ton** [5] - 27:14, 48:20, 60:14, 74:3, 75:20
**took** [5] - 56:9, 112:9, 116:7, 142:12, 144:20
**top** [5] - 11:25, 23:11, 41:7, 139:24, 140:1
**Top** [9] - 12:7, 28:13, 30:25, 79:25, 80:2, 80:15, 81:8, 81:11, 137:12
**Topeka** [2] - 16:17, 73:14
**topics** [1] - 93:13
**touched** [3] - 34:3, 65:19, 87:19
**touches** [1] - 36:20
**tough** [4] - 105:17, 109:16, 109:18, 122:5
**Tower** [1] - 2:18
**Towing** [2] - 41:23, 141:7
**towing** [1] - 109:8
**TQ** [1] - 30:25
**trace** [1] - 108:24
**tracks** [1] - 139:21
**transaction** [7] - 62:19, 62:22, 62:23, 76:14, 76:15, 83:12, 123:13
**transactions** [4] - 57:13, 76:18, 77:12, 100:10
**TRANSCRIPT** [1] - 1:12
**transcript** [11] - 26:16, 26:17, 26:18, 27:1, 34:17, 38:7, 38:14, 76:17, 139:1, 149:10, 149:12
**Transfer** [1] - 80:24
**transfer** [6] - 26:7, 26:9, 52:4, 73:21, 83:16, 83:20
**transferred** [16] -

9:7, 21:13, 26:5, 55:7, 55:14, 73:13, 73:18, 73:20, 74:16, 78:22, 84:7, 84:10, 123:16, 123:17, 123:19, 142:14
**transferring** [2] - 60:11, 78:14
**transfers** [2] - 21:5, 60:21
**Transport** [3] - 31:9, 31:22, 32:8
**trash** [3] - 63:20, 63:22, 65:25
**treating** [1] - 116:25
**trial** [69] - 6:18, 6:24, 7:4, 8:12, 9:23, 10:13, 13:9, 13:14, 13:17, 13:19, 13:21, 13:24, 14:2, 14:5, 15:10, 17:12, 18:1, 18:18, 18:23, 19:10, 23:5, 23:6, 26:15, 26:16, 27:1, 28:1, 29:19, 31:7, 32:20, 32:25, 34:17, 36:15, 38:7, 38:13, 42:16, 44:14, 45:8, 46:22, 48:2, 48:4, 49:11, 50:12, 50:20, 56:15, 57:22, 60:4, 62:6, 64:12, 64:18, 75:23, 76:17, 79:4, 84:17, 85:8, 88:16, 90:23, 92:9, 95:15, 99:2, 100:18, 100:22, 101:25, 105:8, 105:14, 105:23, 118:25, 127:16, 130:10, 144:19
**TRIAL** [1] - 1:12
**tricks** [1] - 57:16
**tried** [8] - 60:3, 60:16, 69:19, 101:9, 102:13, 108:8, 113:18, 113:19
**trips** [1] - 130:21
**troubled** [1] - 106:15
**truck** [3] - 109:15, 110:3, 113:17
**trucker** [1] - 105:12
**Trucking** [1] - 141:7
**trucking** [1] - 112:22
**trucks** [1] - 109:15
**true** [11] - 48:10, 57:6, 69:7, 69:8, 92:3, 97:21, 97:22, 133:7, 133:8, 141:17, 149:10
**trust** [3] - 113:7, 121:25, 122:1

**truth** [6] - 45:10, 49:7, 99:2, 100:5, 101:25, 102:3
**try** [5] - 67:22, 102:3, 108:13, 110:23, 139:20
**trying** [8] - 14:1, 45:7, 58:19, 66:10, 107:16, 113:4, 115:6, 119:8
**tunnel** [9] - 48:1, 48:2, 48:3, 53:10, 53:23, 54:11, 100:2, 100:5, 102:11
**Turing** [9] - 55:13, 56:5, 58:16, 59:14, 59:23, 59:25, 62:3, 63:1, 137:12
**Turinginfo22** [1] - 58:13
**Turksin** [1] - 137:3
**two** [49] - 6:15, 7:19, 8:2, 8:3, 9:24, 9:25, 10:1, 10:11, 10:12, 10:22, 10:25, 12:3, 13:4, 15:24, 16:20, 18:4, 18:12, 20:1, 25:3, 25:8, 25:15, 25:23, 41:6, 43:10, 44:9, 53:6, 69:23, 79:24, 88:7, 88:18, 89:21, 91:3, 91:7, 91:18, 94:13, 94:14, 94:15, 99:13, 103:3, 106:13, 109:16, 123:19, 127:5, 131:12, 131:13, 131:17, 132:4
**type** [4] - 25:12, 65:15, 77:5, 80:7
**types** [1] - 79:18

## U

**U.S** [3] - 1:3, 31:22, 32:7
**Ukrainan** [1] - 50:18
**ultimately** [2] - 105:1, 146:13
**UN** [1] - 99:17
**unacceptable** [1] - 65:16
**unanimous** [4] - 144:6, 144:14, 145:6, 145:25
**unbelievably** [1] - 65:1
**unclear** [1] - 13:25
**undeniable** [1] - 141:17

**under** [6] - 13:16, 91:3, 91:14, 105:18, 126:3, 130:22
**underlie** [1] - 12:17
**underlies** [1] - 82:14
**underlying** [5] - 30:16, 60:12, 77:1, 82:22, 87:13
**underneath** [1] - 139:24
**understood** [1] - 71:19
**underwriting** [1] - 121:2
**undisputed** [4] - 24:13, 36:13, 37:25, 71:15
**undisputedly** [1] - 27:3
**unemployment** [1] - 78:17
**unfortunate** [1] - 100:5
**unfortunately** [1] - 27:21
**unintentionally** [2] - 40:17, 42:1
**unique** [2] - 138:6, 138:9
**United** [5] - 2:6, 2:7, 149:7, 149:9, 149:14
**UNITED** [3] - 1:1, 1:5, 2:4
**unlawful** [3] - 74:21, 96:14, 132:15
**unless** [2] - 11:23, 148:7
**unlike** [2] - 25:18, 72:6
**unremarkable** [2] - 36:25, 91:5
**up** [63] - 13:23, 14:2, 14:8, 15:6, 15:19, 16:1, 17:7, 18:14, 32:25, 33:4, 46:6, 46:9, 46:12, 47:8, 47:22, 48:4, 49:23, 49:24, 50:7, 50:10, 50:19, 51:4, 52:2, 53:4, 53:9, 54:23, 61:20, 62:8, 63:1, 63:17, 64:7, 64:20, 76:6, 82:6, 83:1, 83:18, 85:19, 88:22, 94:9, 97:25, 99:17, 99:19, 101:7, 101:21, 107:6, 108:23, 109:10, 109:24, 110:9, 110:15, 112:23, 114:19,

114:23, 118:6, 119:1, 119:10, 121:7, 123:5, 125:21, 128:20, 136:23, 139:24, 139:25
**useful** [1] - 147:3
**user** [3] - 30:11, 30:24, 32:6
**uses** [2] - 43:24, 81:12
**utilities** [2] - 63:19, 107:7

## V

**V&D** [4] - 126:13, 126:15, 126:25, 142:14
**VAHE** [1] - 3:13
**Vahe** [27] - 22:1, 22:3, 41:1, 41:3, 119:20, 120:2, 120:11, 120:21, 121:11, 121:22, 122:19, 122:24, 123:13, 124:15, 124:25, 125:18, 125:24, 126:18, 127:17, 127:20, 128:22, 131:10, 141:16, 142:14, 142:18, 143:1
**valuable** [1] - 147:16
**variety** [1] - 79:8
**various** [1] - 18:24
**vast** [1] - 91:17
**VAUGHN** [1] - 3:6
**Vegas** [5] - 60:9, 60:10, 60:14, 64:20, 65:12
**Venmo** [1] - 30:7
**Ventura** [1] - 81:21
**venture** [13] - 10:10, 10:17, 25:16, 37:20, 39:9, 43:20, 43:25, 93:24, 95:6, 97:12, 97:16, 97:19
**verdict** [10] - 143:22, 143:24, 144:5, 144:14, 144:18, 145:5, 145:6, 145:8, 146:1, 148:8
**version** [1] - 56:15
**versus** [1] - 97:24
**victim** [15] - 22:5, 32:18, 36:5, 41:15, 49:19, 49:21, 50:3, 50:5, 53:2, 119:19, 119:24, 125:18, 127:22, 128:23

**victim's** [1] - 126:5
**victims** [5] - 22:3, 22:5, 124:12, 125:20, 126:5
**video** [5] - 15:6, 15:8, 15:9, 15:14, 21:22
**videos** [1] - 26:21
**view** [3] - 53:11, 53:25, 75:14
**viewed** [1] - 72:17
**views** [1] - 144:9
**Viktoria** [18] - 21:23, 26:6, 26:10, 29:8, 29:24, 30:10, 30:18, 30:23, 32:7, 32:19, 34:22, 43:17, 49:13, 53:9, 80:5, 133:3, 137:15, 139:9
**violate** [1] - 108:8
**violating** [1] - 89:15
**Visa** [1] - 112:10
**Visas** [1] - 89:15
**vision** [9] - 48:1, 48:2, 48:4, 53:10, 53:23, 54:11, 100:2, 100:5, 102:11
**visit** [1] - 9:19
**VLA** [3] - 34:13, 40:12
**voice** [1] - 115:22
**volume** [1] - 119:15
**Vostanikyan** [3] - 49:10, 50:1, 66:6
**Voyage** [3] - 40:25, 41:15, 120:17
**voyages** [1] - 128:10
**VPN** [5] - 47:13, 47:20, 47:21, 47:23, 79:17
**VPNs** [2] - 47:8, 47:17
**vs** [1] - 1:7
**Vuitton** [1] - 64:23

## W

**waiting** [1] - 145:20
**walk** [4] - 16:17, 17:1, 93:11, 125:25
**walked** [2] - 138:4, 140:9
**walking** [1] - 40:22
**wants** [6] - 6:18, 22:24, 30:4, 143:1, 143:2
**warrant** [1] - 16:16
**washed** [1] - 112:20
**Washington** [1] - 2:22

**wasting** [1] - 18:22
**watch** [1] - 103:9
**watched** [2] - 26:20, 114:10
**watches** [3] - 118:8, 128:9, 137:23
**watching** [1] - 114:23
**ways** [4] - 10:7, 95:3, 108:13, 137:19
**weakness** [1] - 42:25
**wealth** [1] - 118:8
**wearing** [2] - 15:5, 15:14
**web** [1] - 79:17
**Weddington** [8] - 36:4, 36:14, 36:17, 37:10, 42:10, 77:25, 107:18, 140:6
**week** [1] - 14:5
**weeks** [2] - 105:12, 109:17
**weight** [1] - 144:17
**Wells** [2] - 80:15, 123:15
**West** [2] - 2:12, 3:7
**WEST** [1] - 1:24
**WESTERN** [1] - 1:2
**whatsoever** [3] - 74:10, 77:5, 78:11
**whiteboard** [2] - 99:24, 102:12
**whiteboards** [1] - 99:19
**whole** [1] - 58:3
**wife** [11] - 29:3, 34:25, 58:12, 112:7, 113:1, 115:18, 116:11, 117:10, 117:13, 120:24, 140:11
**wife's** [1] - 108:3
**willfully** [2] - 96:13, 96:14
**WILLIAMS** [3] - 3:3, 3:6
**willing** [2] - 125:9, 129:11
**WILSON** [1] - 1:3
**win** [1] - 107:16
**wire** [28] - 7:12, 8:15, 8:18, 10:17, 10:20, 11:20, 12:11, 12:15, 70:18, 71:14, 72:4, 72:25, 83:7, 83:8, 83:17, 83:23, 84:9, 92:2, 92:22, 93:15, 94:16, 96:16, 98:18, 98:21, 108:15, 114:13, 120:13,

23

131:25

**WIRSCHING** [1] - 3:10

**Wirsching** [1] - 105:9

**WITNESS** [4] - 4:1, 4:3, 148:2, 148:10

**witness** [32] - 14:6, 14:7, 14:12, 14:14, 14:23, 17:3, 18:21, 25:22, 47:10, 48:25, 51:4, 51:12, 54:5, 73:15, 73:25, 74:13, 76:24, 79:15, 84:20, 85:1, 87:12, 105:16, 105:18, 107:1, 108:2, 112:8, 112:11, 114:13, 117:5, 120:18, 120:20, 120:22

**witnesses** [19] - 15:18, 15:25, 16:23, 17:9, 17:11, 25:7, 65:16, 66:17, 66:20, 102:2, 102:4, 106:12, 106:24, 107:2, 107:9, 117:24, 118:6, 118:12, 119:10

**WITNESSES** [1] - 4:4

**woman** [1] - 63:24

**wondering** [1] - 125:4

**word** [7] - 19:16, 88:18, 95:20, 95:22, 131:20

**words** [9] - 32:22, 84:2, 91:24, 95:10, 96:1, 96:21, 111:6, 146:15, 146:24

**wore** [1] - 114:13

**workers** [1] - 125:10

**world** [3] - 100:14, 100:17, 123:20

**worse** [1] - 141:14

**worst** [3] - 58:23, 58:24

**worth** [1] - 32:22

**wrapping** [1] - 94:9

**write** [1] - 27:24

**writing** [3] - 113:24, 145:15, 145:16

**writings** [1] - 116:1

**written** [2] - 91:25, 123:7

**wrote** [5] - 80:16, 107:25, 113:24, 117:13, 142:19

# X

**Xavier** [1] - 57:19

# Y

**years** [3] - 51:25, 76:5, 77:11

**yesterday** [2] - 23:13, 23:25

**York** [2] - 2:16

**yourself** [9] - 19:4, 27:9, 38:17, 50:2, 58:25, 115:12, 141:20, 144:7, 148:7

**yourselves** [1] - 114:22

# Z

**zero** [3] - 115:25, 116:6, 117:17

**Zhadko** [53] - 13:2, 13:7, 19:12, 21:14, 26:24, 30:22, 31:23, 32:5, 32:7, 35:16, 43:3, 46:6, 46:18, 46:23, 49:13, 52:13, 53:8, 53:21, 54:4, 55:7, 55:8, 55:13, 57:2, 58:5, 58:7, 58:14, 58:15, 58:16, 59:12, 59:20, 59:22, 61:15, 62:3, 62:9, 63:1, 63:6, 63:10, 65:21, 65:22, 65:24, 66:3, 78:3, 79:11, 81:5, 81:15, 87:17, 87:22, 87:24, 133:3, 136:25, 137:9

**Zhadko's** [8] - 28:5, 28:10, 28:11, 29:24, 32:17, 66:4, 87:19, 137:10

**Zhadko/Turing** [1] - 55:5

**Zindroski** [6] - 12:6, 20:24, 79:7, 79:12, 79:23, 81:13

**Zindroski's** [7] - 79:5, 80:14, 80:16, 80:19, 80:20, 81:12, 81:13

**UNITED STATES DISTRICT COURT**