1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

4

5  UNITED STATES OF AMERICA,

6              Plaintiff,

7     vs.                        Case No. CR 20-579-SVW

8  RICHARD AYVAZYAN, et al,

9              Defendants.
   _____/

10

11

12              REPORTER'S TRANSCRIPT OF
                   JURY VERDICT
13              FRIDAY, JUNE 25, 2021
                    6:00 P.M.
14            LOS ANGELES, CALIFORNIA

15

16

17

18

19

20

21

22  _____

23        TERRI A. HOURIGAN, CSR NO. 3838, CCRR
            FEDERAL OFFICIAL COURT REPORTER
24         350 WEST FIRST STREET, ROOM 4311
            LOS ANGELES, CALIFORNIA  90012
25                 (213) 894-2849

1              APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4
         UNITED STATES ATTORNEY'S OFFICE
5        BY:  CATHERINE SUN AHN
             CHRISTOPHER FENTON
6            SCOTT PAETTY
         Assistant United States Attorneys
7        United States Courthouse
         312 North Spring Street
8        Los Angeles, California  90012

9

10   FOR THE DEFENDANT:  RICHARD AYVAZYAN

11       STEPTOE and JOHNSON
         BY:  ASHWIN J. RAM
12       Attorney at Law
         633 West 5th Street, Suite 1900
13       Los Angeles, California 90071

14       STEPTOE and JOHNSON
         BY:  MEGHAN NEWCOMER
15       Attorney at Law
         1114 Avenue of the Americas
16       New York, New York  10036

17       STEPTOE and JOHNSON
         BY:  MICHAEL A. KEOUGH
18       Attorney at Law
         1 Market Street, Spear Tower, Suite 3900
19       San Francisco, California  94105

20       STEPTOE and JOHNSON
         NICHOLAS P. SILVERMAN
21       Attorney at Law
         1330 Connecticut Avenue, NW
22       Washington, D.C.  20036

23

24

25

                    UNITED STATES DISTRICT COURT

```
 1    Appearances (Cont.)

 2    FOR THE DEFENDANT:  MARIETTA TERABELIAN

 3        BIENERT KATZMAN LITTRELL WILLIAMS LLP
          BY:  JOHN LEWIS LITTRELL
 4        Attorney at Law
          903 Calle Amenecer, Suite 350
 5        San Clemente, California  92673

 6        BIENERT KATZMAN LITTRELL WILLIAMS LLP
          BY:  RYAN VAUGHN FRASER
 7        Attorney at Law
          601 West 5th Street, Suite 720
 8        Los Angeles, California  90071

 9    FOR THE DEFENDANT:  ARTUR AYVAZYAN

10        JENNIFER J. WIRSCHING
          Attorney at Law
11        1935 Alpha Road, Suite 216
          Glendale, California  91208
12

13    FOR THE DEFENDANT:  VAHE DADYAN

14        LAW OFFICE OF PETER JOHNSON
          BY:  PETER JOHNSON
15        Attorney at Law
          409 North Pacific Coast Highway, Suite 651
16        Redondo Beach, California  90277

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1                        WITNESS INDEX

 2                           *  *  *

 3   WITNESS NAME:                                  Page

 4                    (NO WITNESSES CALLED.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                              EXHIBIT INDEX

2                                 * * *

3    EXHIBIT NUMBER:                              Page

4                          (NO EXHIBITS ENTERED.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **LOS ANGELES, CALIFORNIA; FRIDAY, JUNE 25, 2021**

2                                   **6:00 P.M.**

3                                    --oOo--

4

5              THE COURTROOM DEPUTY:  All rise.

6                      (Court called to order.)

7              THE COURTROOM DEPUTY:  Please be seated and come to

8    order.

9                      All rise.

10                  (The jury enters the courtroom.)

11             THE COURTROOM DEPUTY:  Please be seated and come to

12   order.

13             THE COURT:  I received a note from the jury, from

14   the foreperson, that the jury has reached a unanimous verdict;

15   is that correct?

16             THE FOREPERSON:  Yes, Your Honor.

17             THE COURT:  Thank you.  Could you give us your name?

18   I couldn't get your signature.

19             THE FOREPERSON:  Becky McGilley.

20             THE COURT:  Thank you.  I'm now going to read the

21   verdict that was handed to me.  I'm just going to read them

22   count by count.

23                  On Count 1:  Defendant Richard Ayvazyan,

24   guilty.

25                  Marietta Terabelian, guilty.

```
1                    Artur Ayvazyan, guilty.

2                    Vahe Dadyan, guilty.

3                    Count 2:  Defendant Richard Ayvazyan, guilty.

4                    Marietta Terabelian, guilty.

5                    Artur Ayvazyan, guilty.

6                    Count 3:  Richard Ayvazyan, guilty.

7                    Marietta Terabelian, guilty.

8                    Artur Ayvazyan, guilty.

9                    Count 4:  Richard Ayvazyan, guilty.

10                   Marietta Terabelian, guilty.

11                   Artur Ayvazyan, guilty.

12                   Count 5:  Richard Ayvazyan, guilty.

13                   Marietta Terabelian, guilty.

14                   Artur Ayvazyan, guilty.

15                   Count 6:  Richard Ayvazyan, guilty.

16                   Marietta Terabelian, guilty.

17                   Artur Ayvazyan, guilty.

18                   Count 7:  Richard Ayvazyan, guilty.

19                   Marietta Terabelian, guilty.

20                   Artur Ayvazyan, guilty.

21                   Vahe Dadyan, guilty.

22                   Count 8:  Richard Ayvazyan, guilty.

23                   Marietta Terabelian, guilty.

24                   Artur Ayvazyan, guilty.

25                   Vahe Dadyan, guilty.
```

```
1                    Count 9:  Richard Ayvazyan, guilty.
2                    Marietta Terabelian, guilty.
3                    Artur Ayvazyan, guilty.
4                    Vahe Dadyan, guilty.
5                    Count 10:  Richard Ayvazyan, guilty.
6                    Marietta Terabelian, guilty.
7                    Artur Ayvazyan, guilty.
8                    Vahe Dadyan, guilty.
9                    Count 11:  Richard Ayvazyan, guilty.
10                   Marietta Terabelian, guilty.
11                   Artur Ayvazyan, guilty.
12                   Vahe Dadyan, guilty.
13                   Count 12:  Richard Ayvazyan, guilty.
14                   Marietta Terabelian, guilty.
15                   Artur Ayvazyan, guilty.
16                   Vahe Dadyan, guilty.
17                   Count 13:  Richard Ayvazyan, guilty.
18                   Marietta Terabelian, guilty.
19                   Artur Ayvazyan, guilty.
20                   Count 14:  Richard Ayvazyan, guilty.
21                   Marietta Terabelian, guilty.
22                   Artur Ayvazyan, guilty.
23                   Count 15:  Richard Ayvazyan, guilty.
24                   Marietta Terabelian, guilty.
25                   Artur Ayvazyan, guilty.
```

```
 1                    Count 16:  Richard Ayvazyan, guilty.

 2                    Marietta Terabelian, guilty.

 3                    Artur Ayvazyan, guilty.

 4                    Count 17:  Richard Ayvazyan, guilty.

 5                    Marietta Terabelian, guilty.

 6                    Artur Ayvazyan, guilty.

 7                    Count 18:  Richard Ayvazyan, guilty.

 8                    Marietta Terabelian, guilty.

 9                    Artur Ayvazyan, guilty.

10                    Vahe Dadyan, guilty.

11                    Count 19:  Richard Ayvazyan, guilty.

12                    Marietta Terabelian, guilty.

13                    Artur Ayvazyan, guilty.

14                    Vahe Dadyan, guilty.

15                    Count 20:  Richard Ayvazyan, guilty.

16                    Marietta Terabelian, guilty.

17                    Artur Ayvazyan, guilty.

18                    Vahe Dadyan, guilty.

19                    Count 21:  Richard Ayvazyan, guilty.

20                    Count 22:  Richard Ayvazyan, guilty.

21                    Marietta Terabelian, not guilty.

22                    Count 24:  Artur Ayvazyan, guilty.

23                    Count 26:  Richard Ayvazyan, guilty.

24                    Marietta Terabelian --

25                    Artur Ayvazyan, guilty.
```

```
1                    Vahe Dadyan, guilty.

2                    Count 27:  Vahe Dadyan.

3                    Count 28:  Richard Ayvazyan, not guilty.

4                    Then the question was in the jury verdict

5    form:  If you find the defendant guilty on Count 28, it wasn't

6    responded to because the jury found Richard Ayvazyan not guilty

7    on 28.

8                    29:  The jury found Richard Ayvazyan not

9    guilty, so no need to answer the question.

10                   Count 30:  The jury found Richard Ayvazyan,

11   not guilty, so the question wasn't answered.

12                   Count 31:  They found Richard Ayvazyan not

13   guilty.

14                   Count 32:  The jury found Richard Ayvazyan not

15   guilty.

16                   The verdict form is signed, 25, June, and --

17             MS. AHN:  Your Honor --

18             THE COURT:  One moment, it's signed by -- would you

19   announce yourself again?

20             THE FOREPERSON:  Rebecca McGilley.

21             THE COURT:  Yes.  Let me ask, what was the question?

22             MS. AHN:  Your Honor, I don't believe I heard the

23   response as to Count 26, defendant Marietta Terabelian?

24             THE COURT:  26, I will make sure.

25             MS. AHN:  Yes, Your Honor, 26.
```

UNITED STATES DISTRICT COURT

```
1              THE COURT:  Count 26:  Marietta Terabelian, guilty.
2                   Is that the verdict, so say each of you?
3              THE JURORS:  Yes.
4              THE COURT:  Do any of the defendants want the jury
5    polled?
6              MR. JOHNSON:  Yes, Your Honor.
7              THE COURT:  Poll the jury, Mr. Cruz.
8              THE COURTROOM DEPUTY:  Ladies and gentlemen of the
9    jury:  As I call your name, please answer yes if the verdict as
10   read and presented is your verdict.
11                  Ms. Vargas?
12             JUROR VARGAS:  Yes.
13             THE COURTROOM DEPUTY:  Mr. Diaz-Brown?
14             JUROR DIAZ-BROWN:  Yes.
15             THE COURTROOM DEPUTY:  Ms. Perez?
16             JUROR PEREZ:  Yes.
17             THE COURTROOM DEPUTY:  Mr. Lam?
18             JUROR LAM:  Yes.
19             THE COURTROOM DEPUTY:  Ms. McGilley?
20             JUROR MCGILLEY:  Yes.
21             THE COURTROOM DEPUTY:  Ms. Regidor?
22             JUROR REGIDOR:  Yes.
23             THE COURTROOM DEPUTY:  Ms. Kaminir?
24             JUROR KAMINIR:  Yes.
25             THE COURTROOM DEPUTY:  Ms. Hernandez?
```

```
 1              JUROR HERNANDEZ:  Yes.

 2              THE COURTROOM DEPUTY:  Mr. Almador?

 3              JUROR ALMADOR:  Yes.

 4              THE COURTROOM DEPUTY:  Ms. Lars?

 5              JUROR LARS:  Yes.

 6              THE COURTROOM DEPUTY:  Ms. Calloway?

 7              JUROR CALLOWAY:  Yes.

 8              THE COURTROOM DEPUTY:  And Mr. Diolosa?

 9              JUROR DIOLOSA:  Yes.

10              THE COURT:  Members of the jury, there is another

11  aspect to the case.  It wasn't mentioned before, because that

12  aspect would only be reached if there were guilty verdicts as

13  to some of the counts.

14                   But your verdict in the case requires me to

15  inform you that the other aspect of the case is that the

16  government, as part of these proceedings, is seeking to forfeit

17  some property that they allege was obtained as a result of

18  the -- some of the criminal charges.

19                   And there is an aspect of the case, which I

20  anticipate, at least from the evidentiary standpoint, won't be

21  very lengthy.  The government indicates that in order to

22  present its part of the case, it will take perhaps less than an

23  hour.

24                   I don't know how long the cross-examination

25  will be or what evidence, if any, the defendants may present,
```

```
 1   but my best estimate is that it will take another day to
 2   resolve that question.
 3              And I hope you don't think that I was being
 4   deceptive in any way, but it would have been wrong for me to
 5   get into this until it was required, and it is required, based
 6   upon your verdict.
 7              So you will have to come back Monday at 9:00.
 8   I'm confident --
 9              MR. RAM:  The defense is willing to waive a jury
10   finding on forfeiture and have the Court decide that issue
11   post-*Kastigar* or whenever the Court would like to take it up.
12              MR. BOYLE:  The government is not willing to waive,
13   Your Honor, we're ready to go on Monday.
14              MR. RAM:  If we are going to do it with the jury, we
15   would ask for July 6, the following week.
16              THE COURT:  Well, let me just -- is Ms. Johnson not
17   available?
18              MR. BOYLE:  Ms. Robinson is here in court, and she
19   has been here prepared to testify.
20              THE COURT:  I think we should go forward on Monday,
21   because that was the way I told, at least, the lawyers it would
22   progress.
23              So I think we ought to resolve things one way
24   or the other on Monday.
25              And we will -- as I said, I can't prejudge
```

1   things with certainly, but I have a certain confidence it will

2   be just one more day, and I hope you don't think that I misled

3   you in any way, that wasn't my intention.

4                   I hope you understand that I couldn't raise

5   this question until you had resolved the questions that you

6   have resolved.

7                   So would you please come back Monday at 9:00,

8   and I'm confident we will be able to resolve things.

9               THE COURTROOM DEPUTY:  All rise.

10                  (The jury exits the courtroom.)

11              THE COURT:  The interpreter, can you hear me?

12              THE INTERPRETER:  Yes.

13              THE COURT:  You are ordered to be here Monday.  I'm

14   going to file the jury note and the verdict form.

15              THE COURTROOM DEPUTY:  The Court stands adjourned.

16                  (The proceedings concluded at 6:27 p.m.)

17                              *  *  *

18

19

20

21

22

23

24

25

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

        I, TERRI A. HOURIGAN, Federal Official Realtime
Court Reporter, in and for the United States District Court for
the Central District of California, do hereby certify that
pursuant to Section 753, Title 28, United States Code that the
foregoing is a true and correct transcript of the
stenographically reported proceedings held in the
above-entitled matter and that the transcript page format is in
conformance with the regulations of the judicial conference of
the United States.

Date:  June 26, 2021

                        /s/ TERRI A. HOURIGAN
                _____
                    TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                        Federal Official Court Reporter

**UNITED STATES DISTRICT COURT**