UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 2:20-cr-579-SVW |
|---|---|
| vs. | |
| RICHARD AYVAZYAN, et al. | JURY VERDICT FORM |
| Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## COUNT ONE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

## COUNT TWO

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

## COUNT THREE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian |  | ✓ |
| Artur Ayvazyan |  | ✓ |

## COUNT FOUR

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian |  | ✓ |
| Artur Ayvazyan |  | ✓ |

## COUNT FIVE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian |  | ✓ |
| Artur Ayvazyan |  | ✓ |

### COUNT SIX

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

### COUNT SEVEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

### COUNT EIGHT

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

| COUNT NINE | | |
|---|---|---|
| **DEFENDANT** | **NOT GUILTY** | **GUILTY** |
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

| COUNT TEN | | |
|---|---|---|
| **DEFENDANT** | **NOT GUILTY** | **GUILTY** |
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

## COUNT ELEVEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian |  | ✓ |
| Artur Ayvazyan |  | ✓ |
| Vahe Dadyan |  | ✓ |

## COUNT TWELVE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian |  | ✓ |
| Artur Ayvazyan |  | ✓ |
| Vahe Dadyan |  | ✓ |

| COUNT THIRTEEN | | |
|---|---|---|
| DEFENDANT | NOT GUILTY | GUILTY |
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

| COUNT FOURTEEN | | |
|---|---|---|
| DEFENDANT | NOT GUILTY | GUILTY |
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

| COUNT FIFTEEN | | |
|---|---|---|
| DEFENDANT | NOT GUILTY | GUILTY |
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

### COUNT SIXTEEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

### COUNT SEVENTEEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |

### COUNT EIGHTEEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

## COUNT NINETEEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

## COUNT TWENTY

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | | ✓ |
| Marietta Terabelian | | ✓ |
| Artur Ayvazyan | | ✓ |
| Vahe Dadyan | | ✓ |

### COUNT TWENTY-ONE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |

### COUNT TWENTY-TWO

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian | ✓ |  |

### COUNT TWENTY-FOUR

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Artur Ayvazyan |  | ✓ |

### COUNT TWENTY-SIX

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan |  | ✓ |
| Marietta Terabelian |  | ✓ |
| Artur Ayvazyan |  | ✓ |
| Vahe Dadyan |  | ✓ |

### COUNT TWENTY-SEVEN

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Vahe Dadyan |  | ✓ |

### COUNT TWENTY-EIGHT

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | ✓ |  |

#### If You Find the Defendant Guilty on Count Twenty-Eight:

Do you find beyond a reasonable doubt that Richard Ayvazyan committed this offense while on release?

**YES:** _____     **NO:** _____

### COUNT TWENTY-NINE

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | ✓ |  |

#### If You Find the Defendant Guilty on Count Twenty-Nine:

Do you find beyond a reasonable doubt that Richard Ayvazyan committed this offense while on release?

**YES:** _____     **NO:** _____

| COUNT THIRTY | | |
|---|---|---|
| **DEFENDANT** | **NOT GUILTY** | **GUILTY** |
| Richard Ayvazyan | ✓ | |

**If You Find the Defendant Guilty on Count Thirty:**

Do you find beyond a reasonable doubt that Richard Ayvazyan committed this offense while on release?

YES: _____   NO: _____

| COUNT THIRTY-ONE | | |
|---|---|---|
| **DEFENDANT** | **NOT GUILTY** | **GUILTY** |
| Richard Ayvazyan | ✓ | |

**If You Find the Defendant Guilty on Count Thirty-One:**

Do you find beyond a reasonable doubt that Richard Ayvazyan committed this offense while on release?

YES: _____   NO: _____

### COUNT THIRTY-TWO

| DEFENDANT | NOT GUILTY | GUILTY |
|---|---|---|
| Richard Ayvazyan | ✓ | |

### If You Find the Defendant Guilty on Count Thirty-Two:

Do you find beyond a reasonable doubt that Richard Ayvazyan committed this offense while on release?

YES: _____    NO: _____

Date: 25 June        Signature of Foreperson:    REDACTED