UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |  | |
|---|---|---|---|
| Case No. | 2:20-cr-00579-SVW | Date | June 25, 2021 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | Hermineh Panossian & Liliya Boshyan | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton / Scott Paetty / Catherine Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | X | | X | Ashwin J. Ram<br>Michael A. Keough<br>Nicholas P. Silverman<br>Megan Newcomer | X<br>X<br>X<br>X | | X<br>X<br>X<br>X |
| 2) Marietta Terabelian | X | | X | John L. Littrell<br>Ryan Fraser | X<br>X | | X<br>X |
| 3) Artur Ayvazyan | X | | X | Thomas A. Mesereau, Jr.<br>Jennifer J. Wirsching | X<br>X | | X<br>X |
| 8) Vahe Dadyan | X | | X | Peter Johnson | X | | X |

___ Day **COURT TRIAL**       8thy Day **JURY TRIAL**       ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.

___ Exhibits identified       ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

==Clerk reviewed admitted== exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused       X Jury retires to deliberate       ___ Jury resumes deliberations

___ Finding by Court as follows:       X Jury Verdict as follows:       Refer to Verdict

Dft # ___ Guilty on count(s) _____       ___ Not Guilty on count(s) _____

X Jury polled       ___ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   X Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X Case continued to June 28, 2021 at 9:00 a.m. for further trial (Phase II - Forfeiture)

___ Other:

                                                                3 : 00
                                        Initials of Deputy Clerk   PMC