# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:20-cr-00579-svw | | Title | USA v. Ayvazyan, et al. | |
|---|---|---|---|---|---|

**FILED**
CLERK, U.S. DISTRICT COURT

June 25, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

| | |
|---|---|
| **Judge** | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| **Dates of Trial or Hearing** | 06/15/2021 - 06/28/2021 |
| **Court Reporters or Tape No.** | Katie Thibodeaux & Terri Hourigan |
| **Deputy Clerks** | Paul M. Cruz |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Christopher Fenton, Scott Paetty, Catherine Ahn | Ashwin Ram, Michael Keough, Nicholas Silverman, |
| | Megan Newcomer, John Littrell, Ryan Fraser, Jennifer Wirsching |
| | Thomas Mesereau, Jr., Peter Johnson |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1 TRACY L. WILKISON
  Acting United States Attorney
2 SCOTT M. GARRINGER
  Assistant United States Attorney
3 Chief, Criminal Division
  SCOTT PAETTY (Cal. Bar No. 274719)
4 CATHERINE AHN (Cal. Bar No. 248286)
  BRIAN FAERSTEIN (Cal. Bar No. 274850)
5 Assistant United States Attorneys
  Major Frauds/Environmental and Community Safety Crimes Sections
6 1100/1300 United States Courthouse
  312 North Spring Street
7 Los Angeles, California 90012
  Telephone:    (213) 894-6527/2424/3819
8 Facsimile:    (213) 894-6269/0141
  E-mail:       Scott.Paetty@usdoj.gov
9               Catherine.S.Ahn@usdoj.gov
                Brian.Faerstein@usdoj.gov
10
  DANIEL S. KAHN
11 Acting Chief, Fraud Section
  Criminal Division, U.S. Department of Justice
12 CHRISTOPHER FENTON
  Trial Attorney, Fraud Section
13 Criminal Division, U.S. Department of Justice
  1400 New York Avenue NW, 3rd Floor
14 Washington, DC 20530
  Telephone:    (202) 320-0539
15 Facsimile:    (202) 514-0152
  E-mail:       Christopher.Fenton@usdoj.gov
16
  Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18                  UNITED STATES DISTRICT COURT

19             FOR THE CENTRAL DISTRICT OF CALIFORNIA

20 UNITED STATES OF AMERICA,            No. CR 20-579(A)-SVW

21           Plaintiff,                 GOVERNMENT'S WITNESS LIST

22           v.                         Trial Date: June 15, 2021
                                        Trial Time: 8:30 a.m.
23 RICHARD AYVAZYAN,                    Place:      Courtroom of the
     aka "Richard Avazian" and                      Honorable Stephen V.
24     "Iuliia Zhadko,"                             Wilson
   MARIETTA TERABELIAN,
25   aka "Marietta Abelian" and
       "Viktoria Kauichko,"
26 ARTUR AYVAZYAN,
   aka "Arthur Ayvazyan," and
27 TAMARA DADYAN,
   MANUK GRIGORYAN,
28   aka "Mike Grigoryan," and

```
1       "Anton Kudiumov,"
   ARMAN HAYRAPETYAN,
2  EDVARD PARONYAN,
   aka "Edvard Paronian" and
3       "Edward Paronyan," and
   VAHE DADYAN,,
4
            Defendant.
5
```

| No. | Witness | |
|-----|---------|---|
| 1 | Abril , Shelly | 6/16 |
| 2 | Bowdler, Caitlin | 6/17 |
| 3 | Clark, Geffrey | 6/22 |
| 4 | Fard, Alexander | |
| 5 | Farrer, Anthony | 6/17 |
| 6 | Felando, Nicolas M. | 6/16 |
| 7 | Fitzgerald, Breanna | 6/16 |
| 8 | Hakopyan, Artur | 6/17 |
| 9 | Halum, Amira | 6/17 |
| 10 | Hernandez, Victoria | 6/16 |
| 11 | Jaung, Andrew | 6/17, 6/21 |
| 12 | Kim, Spencer | 6/17 |
| 13 | Littwin, Kathleen | 6/16 |
| 14 | Louissaint, Theodora Y | 6/16 |
| 15 | Massino, Timothy | 6/21 |
| 16 | Masterman, Justin | 6/21 |
| 17 | McDonald, Madison | 6/17 |
| 18 | Modi, Pinal | 6/16 |
| 19 | Parra, Greg | 6/21 |
| 20 | Robinson, Marylee | 6/14 |
| 21 | Rosado, Adrian | 6/16 |

| 22 | Runyan, Jack | 6/16 |
| 23 | Zindroski, Mark | 6/15 |

Defense Wits

Peltier    6/22

Stevens    6/22

Ibania    6/22

Palmerton  6/22

AYVAZYAN, Artur  6/23

iii

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| Bank Records from First Superseding Indictment | | | |
| 1.a | Sabala Construction (JPMC 9906) | 6-16 | 6-16 |
| 1.b | Hart Construction (JPMC 1511) | | |
| 1.c | Hart Construction (JPMC 9066) | | |
| 1.d | Secureline Realty (Comerica 8935) | | |
| 1.e | Secureline Realty (Wells Fargo 1754) | | |
| 1.f | Top Quality Contracting (Wells Fargo 3517) | | |
| 1.g | Zhadko (Wells Fargo 8054) | | |
| 1.h | Allstate Towing (Bank of America 7695) | | |
| 1.j | Allstate Towing (US Bank 5135) | | |
| 1.k | G&A Diamonds (US Bank 1964) | | |
| 1.l | Redline Auto Collision (JPMC 1732) | | |
| 1.m | Voyage Limo (Wells Fargo 7900) | 6/14 | 6/14 |

**UNITED STATES v. Ayvazyan et al.**

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 1.n | Timeline Transport (Radius 0172) | 6/16 | 6/16 |
| 1.o | Redline Auto Mechanics (Bank of America 6271) | | |
| 1.p | Runyan Tax Service (Bank of America 9700) | | |
| 1.q | Mod Interiors (Radius 2395) | | |
| 1.r | Turing Info Solutions (JPMC 5268) | | |
| 1.s | A.D. dba Six Farms (Capital One 1441) | 6/16 | 6/16 |
| 1.t | Bureau of Fiscal Services - ACH Payment Paths | | |
| **PPP/EIDL Loan Files from FSI** | | | |
| 2.a | Loan file -- Sabala Construction (Webbank PPP) | 6/14 | 6/14 |
| 2.b | Loan file -- Hart Construction (Webbank PPP) | | |
| 2.c | Loan file -- Secureline Realty (Comerica PPP) | 6/14 | 6/14 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 2.d | Loan file -- Secureline Realty (Wells Fargo PPP) | 6/16 | 6/16 |
| 2.e | Loan file -- Top Quality Contracting (Celtic PPP) | | |
| 2.f | Loan file -- Allstate Towing (Cross River PPP) | | |
| 2.g | Loan file -- G&A Diamonds (EIDL) | | |
| 2.h | Loan file -- G&A Diamonds (Cross River PPP) | | |
| 2.i | Loan file -- Redline Auto Collision (EIDL) | | |
| 2.j | Loan file -- Redline Auto Collision (Celtic PPP) | | |
| 2.k | Loan file -- Voyage Limo (Celtic PPP) | | |
| 2.l | Loan file -- Timeline Transport (EIDL) | | |
| 2.m | Loan file -- Redline Auto Mechanics (Celtic PPP) | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 2.n | Loan file -- Runyan Tax Service (Seattle Bank PPP) | 6/16 | 6/16 |
| 2.o | Loan file -- Mod Interiors (Newtek PPP) | | |
| 2.p | Loan file -- Turing Info Solutions (Newtek PPP) | | |
| 2.q | Loan file -- A.D. dba Six Farms (Newtek PPP) | 6/16 | 6/16 |
| | | | |
| **Summary Chart Exhibits - Comparison** | | | |
| 3.a | Loan File -- Accounting Management & Tax Service (Newtek PPP) | 6/16 | 6/16 |
| 3.b | Loan File -- All State Towing and Transport 1 (EIDL) | | |
| 3.d | Loan File -- Escrow Doc (BofA PPP) | | |
| 3.e | Loan File -- Fiber One (Customers Bank PPP) | | |
| | | | |
| 3.f | Loan File -- Fiber One (Celtic PPP) | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 3.g | Loan File -- Fiber One (WebBank PPP) | 6/16 | 6/16 |
| 3.h | Loan File -- Gaz Construction (Square Capital PPP) | | |
| 3.i | Loan File -- Hart Construction (Celtic PPP) | | |
| 3.j | Loan File -- Journeymen Construction Inc (Celtic PPP) | | |
| 3.k | Loan File -- Liudmyla Kopytova dba LK Design (Newtek PPP) | | |
| 3.l | Loan File -- MD Acquisition (EIDL) | | |
| 3.m | Loan File -- Mod Interiors, Inc (Celtic PPP) | | |
| 3.n | Loan File -- Montradath (Celtic PPP) | | |
| 3.r | Loan File -- VLA Construction (Celtic PPP) | | |
| | | | |
| 3.s | Loan File -- VLA Construction (WebBank PPP) | 6/16 | 6/14 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| **Summary Exhibits - Loans** | | | |
| 4.a | A.D. dba Six Star Farms (EIDL) | 6/16 | 6/16 |
| 4.b | A.D. dba Six Star Farms (EIDL) | | |
| 4.c | ABC Legal Services and Management (EIDL) | | |
| 4.d | ABC Realty Advisors Inc (EIDL) | | |
| 4.e | ABC Realty Advisors, Inc. (B of A PPP) | | |
| 4.h | Cactus Mart (EIDL) | | |
| 4.i | Classic Nursery (EIDL) | | |
| 4.j | Crystalcare Home Health Inc. (Customers PPP) | | |
| 4.k | EM Construction Co (EIDL) | | |
| 4.l | EM Jewelry (Celtic PPP) | | |
| 4.m | Fadehaus Barbershop (EIDL) | 6/16 | 6/16 |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 4.n | Fadehaus Barbershop (WebBank PPP) | 6/16 | 6/16 |
| 4.o | Fiber One Media (Secureline) (EIDL) | | |
| 4.q | Fiber One Media, Inc.   (EIDL) | | |
| 4.t | First class property management (EIDL) | | |
| 4.u | Five Diamonds Limousine Corp (EIDL) | | |
| 4.x | Green Label Nutrienrs (EIDL) | | |
| 4.y | Grigor Akopyan (EIDL) | 6/16 | 6/16 |
| 5.a | Hart Construction (JPMC PPP) | | |
| 5.b | Hart Construction (WebBank PPP) | | |
| 5.c | Journeymen Construction (EIDL) | | |
| 5.d | Liudmyla Kopytova/LK Design (EIDL) | | |
| 5.e | Liudmyla Kopytova/LK Design (EIDL) | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 5.f | Liudmyla Kopytova/LK Design (Fountainhead PPP) | 6/16 | 6/16 |
| 5.h | MD Acquisition Services (Wells Fargo PPP) | | |
| 5.i | Michael Hart (Hart Construction) (EIDL) | | |
| 5.k | Mod Interiors (CDC SBF PPP) | | |
| 5.l | Mod Interiors (Cross River PPP) | | |
| 5.m | Mod Interiors (EIDL) | | |
| 5.o | Nelson's Nursery (EIDL) | | |
| 5.p | Ocean Choice Seafood Corp (EIDL) | | |
| 5.q | Ocean Choice Seafood Corp (EIDL) | | |
| 5.r | Ocean Choice Seafood Corp (Fountainhead PPP) | | |
| 5.s | Ocean Choice Seafood Corp (Newtek PPP) | 6/16 | 6/16 |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 5.w | Redline Auto Mechanics Inc. (EIDL) | 6/16 | 6/16 |
| 5.x | Runyan Tax Service, Inc (EIDL) | | |
| 5.z | Sabala Construction (B of A PPP) | | |
| 6.a | Sabala Construction (Cross River PPP) | | |
| 6.c | Sabala Construction (EIDL) | | |
| 6.e | Secureline Realty & Funding (EIDL) | | |
| 6.h | Tia Mia Daycare (EIDL) | | |
| 6.i | Time Line Transport Inc (Celtic Bank PPP) | | |
| 6.j | Time Line Transport Inc (Celtic Bank PPP) | | |
| 6.l | Time Line Transport Inc (Newtek PPP) | | |
| 6.m | Time Line Transport Inc (Radius Bank PPP) | 6/16 | 6/14 |

9

**UNITED STATES v. Ayvazyan et al.**

**20-CR-579-SVW**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 6.n | TM Events Inc. (EIDL) | 6/16 | 6/16 |
| 6.o | TM Events Inc. (Newtek PPP) | | |
| 6.p | Top Quality Contracting (Customers Bank PPP) | | |
| 6.q | Top Quality Contracting (EIDL) | | |
| 6.r | Top Quality Contracting (TCF National Bank PPP) | | |
| 6.s | Turing Info Solutions (EIDL) | | |
| 6.u | VLA Construction Inc. (CDC SBF PPP) | | |
| 6.v | Voyage Limo (EIDL) | | |
| 6.x | Armen Hayrapetyan dba Hart Construction (JPMC PPP) | | |
| 6.y | Mark Zindroski dba Top Quality Contracting (Celtic PPP) | 6/16 | 6/16 |
| 7-9 | Intentionally not used | | |
| DIGITAL DEVICES – 1B21 | | | |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 10 | Text Message Excerpt (tammy to Rich New) | ✓ | ✓ |
| 10-1 to 10-70 | Text Message file attachments | ✓ | ✓ |
| 10X | Conversation History | | |
| 11 | Text Message Excerpt (tammy to Rich New) | | |
| 12.a | Photo of 1B21 | 6/21 | 6/21 |
| 12.b | Photo of User Information and Accounts | | |
| 13.a | User Information | 6/21 | 6/21 |
| 13.b | Identification Cards | | |
| 13.c | Checkbooks | | |
| 13.d | SBA Applications | | |
| 13.e | Tax Documents | | |
| 13.f | Mail | 6 | |
| 13.g | Photograph | | |
| 13.h | Web History Artifact | | |
| 13.i | Screenshot | 6/21 | 6/21 |
| DIGITAL DEVICES - 1B81 | | | |
| 14 | GrayKey Output - User Information | | |
| 15 | Photo | 6/21 | 6/21 |
| 16.a | User Information | 6/16 | 6/16 |
| 16.b | Handwritten Notes | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 16.c | Travel Authorization | ~~6/16~~ | ~~6/16~~ |
| **DIGITAL DEVICES – 1B85** | | | |
| 17 | GrayKey Output - User Information | | |
| 18 | Photograph | 6/21 | 6/21 |
| 19.a | User Information | 6/21 | 6/21 |
| 19.b | Identification | | |
| 19.c | Financial Information | | |
| 19.d | Handwritten Notes | | |
| 19.e | Photograph of EIDL Website | 6/21 | 6/21 |
| 20 | Richard Ayvazyan to 310-300-0005 | | |
| **DIGITAL DEVICES – 1B17** | | | |
| 21 | GrayKey Output - User Information | 6/21 | 6/21 |
| 22 | Photograph (Redacted) | ✓ | ✓ |
| 23 | User Information | ✓ | ✓ |
| 24.a | ID Editing | | |
| 24.b | Identification | | |
| 24.c | Financial Information | | |
| 24.d | SBA Application Images | ✓ | ✓ |
| 24.e | Banking Information | | |
| 25-29 | Intentionally Not Used 26/27 | ✓ | ✓ |
| **Money Laundering & Misuse of Funds** | | | |
| 30.a | Beverly Hills Escrow documents | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 30.b | Beverly Hills Escrow documents | 6/16 | 6/16 |
| 30.c | Beverly Hills Escrow documents | | |
| 30.d | Beverly Hills Escrow documents | | |
| 30.e | Beverly Hills Escrow documents | | |
| 30.f | Beverly Hills Escrow documents | | |
| 30.g | Beverly Hills Escrow documents | | |
| 30.h | Beverly Hills Escrow documents | | |
| 30.i | Beverly Hills Escrow documents | | |
| 30.j | Beverly Hills Escrow documents | | |
| 30.k | Beverly Hills Escrow documents | | |
| 30.l | Beverly Hills Escrow documents | | |
| 30.m | Beverly Hills Escrow documents | | |
| 30.n | Beverly Hills Escrow documents | | |
| 30.o | Beverly Hills Escrow documents | | |
| 31.a | CV Escrow documents | | |
| 31.b | CV Escrow documents | | |
| 31.c | CV Escrow documents | | |
| 31.d | CV Escrow documents | | |
| 31.e | CV Escrow documents | | |
| 31.f | CV Escrow documents | | |
| 31.g | CV Escrow documents | | |
| 31.h | CV Escrow documents | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 31.i | CV Escrow documents | 6/16 | 6/16 |
| 31.j | CV Escrow documents | | |
| 31.k | CV Escrow documents | | |
| 32.a | Encore Escrow documents | | |
| 32.b | Encore Escrow documents | | |
| 32.c | Encore Escrow documents | | |
| 32.d | Encore Escrow documents | | |
| 32.e | Encore Escrow documents | | |
| 32.f | Encore Escrow documents | | |
| 32.g | Encore Escrow documents | | |
| 32.h | Encore Escrow documents | | |
| 32.i | Encore Escrow documents | | |
| 32.j | Encore Escrow documents | | |
| 32.k | Encore Escrow documents | | |
| 32.l | Encore Escrow documents | | |
| 33.a | Perfect Escrow documents | | |
| 33.b | Perfect Escrow documents | | |
| 33.c | Perfect Escrow documents | | |
| 33.d | Perfect Escrow documents | | |
| 33.e | Perfect Escrow documents | | |
| 33.f | Perfect Escrow documents | | |
| 33.g | Perfect Escrow documents | 6/16 | 6/16 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 33.h | Perfect Escrow documents | 6/16 | 6/16 |
| 33.i | Perfect Escrow documents | | |
| 33.j | Perfect Escrow documents | | |
| 33.k | Perfect Escrow documents | | |
| 33.l | Perfect Escrow documents | | |
| 33.m | Perfect Escrow documents | | |
| 33.n | Perfect Escrow documents | | |
| 33.o | Perfect Escrow documents | | |
| 33.p | Perfect Escrow documents | | |
| 34 | Belgium NY--invoices, checks for Mod Interiors | | |
| 35.a | Coinbase--Iuliia Zhadko - User attributes, Drivers licenses, photographs | | |
| 35.b | Coinbase--Nazar Terabelian - User attributes, Drivers licenses, photographs | | |
| 35. | Coinbase--Richard Ayvazyan - User attributes, Drivers licenses, photographs | | |
| 36 | Fay Servicing--notes, account history, loan application | 6/16 | 6/16 |
| 37.a | Gentleman Timepieces--sales data, bank records, text messages | 6/17 | 6/17 |
| 37.b | Gentleman Timepieces--sales data, bank records, text messages | 6/17 | 6/17 |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 37.c | Gentleman Timepieces--sales data, bank records, text messages | 6/17 | 6/17 |
| 37.d | Gentleman Timepieces--sales data, bank records, text messages | | |
| 37.e | Gentleman Timepieces--sales data, bank records, text messages | 6/17 | 6/17 |
| 37.f | Gentleman Timepieces--sales data, bank records, text messages | | |
| 37.g | Gentleman Timepieces--sales data, bank records, text messages | | |
| 37.h | Gentleman Timepieces--sales data, bank records, text messages | 6/17 | 6/17 |
| 38 | Italy 2000--furniture invoices | 6/16 | 6/16 |
| 39 | Picadilly Jewelers--invoices, checks | | |
| 40 | Robinhood--contact information, ACH details and transfers, account summary, portfolio summary | | |
| 41.a | Nazar Terabelian - Account application, statements, ACH statements, account information | | |
| 41.b | Iuliia Zhadko - Account application, statements, ACH statements, account information | 6/16 | 6/16 |

16

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 42 | The Point at WA (Greystar)-- Activity log, application information, lease information and agreements, resident ledger, account statement, correspondence re 6150 Canoga Ave., #337, Woodland Hills, CA | 6\|16 | 6\|16 |
| 43 ~~A B C~~ A – F | Halum Real Estate Group documents related to 74104 Imperial Court West, Palm Desert, CA, correspondence, emails, texts messages (DOJ_PROD_0000134474-134513; 134516; 134573-134583; 134604-134606; 134617; 165021-165023) | 6\|17 | 6\|17 |
| **State-Federal** | | | |
| 44 | U.S. Department of Homeland Security/Customs Border Protection--TECS Records and Certification | 6\|16 | 6\|16 |
| 45 | California EDD--Certificate of Facts | 6\|16 | 6\|16 |
| 46.a | California EDD--Compilation of Certified Records and Letters re: Absence of Records | 6/22 | 6/22 |
| 46.b | California EDD--Compilation of Certified Records and Letters re: Absence of Records | 6/22 | 6/22 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 46.c | California EDD--Compilation of Certified Records and Letters re: Absence of Records | 6/22 | 6/22 |
| 46.d | California EDD--Compilation of Certified Records and Letters re: Absence of Records | | |
| 46.e | California EDD--Compilation of Certified Records and Letters re: Absence of Records | | |
| 46.f | California EDD--Compilation of Certified Records and Letters re: Absence of Records | | |
| 46.g | California EDD--Compilation of Certified Records and Letters re: Absence of Records | | |
| 46.h | California EDD--Compilation of Certified Records and Letters re: Absence of Records | 6/22 | 6/22 |
| 47 | IRS--Certifications of No Records | 6/16 | 6/16 |
| 48 | IRS--Certifications of No Records | 6/16 | 6/16 |
| 49 | FDIC—Certifications | 6/21 | 6/21 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 50.a | Broward County Jail -- 10.65.0.21-45fa121f0a4100152cf15435a185e734_1 | 6/17 | 6/17 *stet* |
| 50.b | Broward County Jail -- Redacted transcript - 10.65.0.21-45fa121f0a4100152cf15435a185e734_1 | 6/17 | 6/17 |
| 50.c | Broward County Jail-- Unredacted transcript | 6/17 | 6/17 |
| 50.d | Broward County Jail--10.82.0.21-45fe37540a5200153681fe9a09fedd59_1 | 6/17 | 6/17 |
| 50.e | Broward County Jail--Redacted transcript | 6/17 | 6/17 |
| 50.f | Broward County Jail-- Unredacted transcript - 10.82.0.21-45fe37540a5200153681fe9a09fedd59_1 | | |
| 51.a | California DMV—Records affadavit | 6/17 | 6/17 |
| 51.b | California DMV—Records | | |
| 52 | Gusto--account Records - Medet Murat and others | ✓ | ✓ |
| **Count 33** | | | |
| 53.a | Capital One Bank audio recording - January 28, 2021 (7b78997a-5ed9-43c5-93a7-aa596d39669f) | 6/22 | 6/22 |
| 53.b | Capital One Bank audio recording - January 28, 2021 (90b980e0-0e01-4602-8797-adf106922f89 | 6/22 | 6/22 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 53.c | Capital One Bank audio recording – January 25, 2021 (345a9b06-31b8-4c0b-a47e-87d134854338) | 6/22 | 6/22 |
| 53.d | Capital One Bank audio recording – January 28, 2021 (02569de8-bfb2-4631-ad28-877d3b57b486) | | |
| 53.e | Capital One Bank audio recording – February 3, 2021 (05123ad1-d851-4423-acb0-317f60cc7fa1) | | |
| 53.f | Capital One Bank audio recording – January 22, 2021 (b6a6e53a-2011-490c-af87-7d248b342bcf) | | |
| 53.g | Capital One Bank audio recording – January 25, 2021 (b8cb682c-212a-46d5-90eb-7ac9766778a7) | | |
| 53.h | Capital One Bank audio recording – January 22, 2021 (bd0105f8-3fd3-4a8a-a804-f30b99121a36) | | |
| 53.i | Capital One Bank audio recording – January 25, 2021 (eda1b5aa-0b20-484d-b219-604df6f50b87) | | |
| 53.j | Capital One Bank Call Log | 6/22 | 6/22 |
| **Premises Search Warrant Evidence** | | | |
| 54.a | Canoga – Mlife Platinum Card for Manuk Grigoryan | 6/17 | 6/17 |
| 54.b | Canoga – Notes for VLA, Jobe, GAZ, Sabala (Key Piece) | 6/17 | 6/17 |
| 54.c | Canoga – Citibank letter to Arman Hayrapetyan | | |
| 54.d | Canoga – Blank Checks for Leonard Hupp dba Hupp Construction | 6/17 | 6/17 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 54.e | Canoga - Blank Check for Artem Serba | | |
| 54.f | Canoga - Envelope addressed to Olena Sosunova with notes re V. Kauichko. A. Kudimouv etc | 6/17 | 6/17 |
| 55.a | Aetna--Correspondence from BofA to Mod Interiors, 20210217_162534, Anna Manukyan EDD-Chase-State Insurance-Wells Fargo, Arman Hayrapetyan Hand written notes, Fictitious Business Name Manukyan Construction, Anna Manukyan Financial Records (Chase, Wells Fargo, United Wholesale, Synchrony, Chrysler etc, Anna Manukyan Statements - Chrysler – UWM    conditionally recd | 6/22 | 6/22 |
| 55.b | Aetna SW photos· | | |
| 55.c | Aetna SW photos | | |
| 55.d | Aetna SW photos | | |
| 55.e | Aetna SW photos | | |
| 55.f | Aetna SW photos | | |
| 55.g | Aetna SW photos | | |
| 55.h | Aetna SW photos | | |
| 55.i | Aetna SW photos | 6/22 | 6/22 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 56.a | Topeka--Photos taken of digital photographs of the Zhadko and Kauichko credit cards from phones found at Topeka, Topeka-American Express-Capital-Other Mail 7, Encore Escrow Envelope, Copy of photos of bags of cash found in bushes, physical watches seized from Topeka, physical gold coins seized from Topeka; | | |
| 56.b | Topeka SW photos | | |
| 56.c | Topeka SW photos | | |
| 56.d | Topeka SW photos | 6/22 | 6/22 |
| 56.e | Topeka SW photos | | |
| 56.f | Topeka SW photos | | |
| 56.g | Topeka SW photos | | |
| 56.h | Topeka SW photos | | |
| 56.i | Topeka SW photos | | |
| 56.j | Topeka SW photos | 6/17 | 6/17 |
| 56.k /L M, N-1, N-2, O, P, Q | Topeka SW photos | 6/17 | 6/17 |
| 57.a | Weddington-- Copies and/ or photos of checks, checkbooks, etc.; Identification documents; PPP and EIDL; Handwritten notes; List of emails | ✓ | ✓ |
| 57.b | Weddington-- Copies and/ or photos | | |
| 57.c | Weddington-- Copies and/ or photos | | |
| 57.d | Weddington-- Copies and/ or photos | ✓ | ✓ |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 57.e | Weddington-- Copies and/ or photos | ✓ | ✓ |
| 57.f | Weddington-- Copies and/ or photos | | |
| 57.g | Weddington-- Copies and/ or photos | | |
| 57.h | Weddington-- Copies and/ or photos | | |
| 57.i | Weddington-- Copies and/ or photos | | |
| 57.j | Weddington-- Copies and/ or photos | | |
| 57.k | Weddington-- Copies and/ or photos | | |
| 57.l | Weddington-- Copies and/ or photos | 6/17 | 6/17 |
| 57.m | Weddington-- Copies and/ or photos | ~~57~~ | ~~57~~ |
| 58 | Victory - IZ Mailing label | | |
| **Other – Telephone Records** | | | |
| 59 A | AT&T (310-300-0005)--Subscriber informaton | 6/21 | 6/21 |
| 59 B | AT&T (310-300-0005)--Payment | | |
| 60.a | AT&T (747-271-8243)--Subscriber information | | |
| 60.b | AT&T (747-271-8243)-- Payment information | | |
| 61 | T-Mobile (747-333-4170)-- Subscriber information, | | |
| 62.a | AT&T (818-266-3314)--Subscriber information | | |
| 62.b | AT&T (818-266-3314)--Payment information | 6/21 | 6/21 |

23

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 63 | Sprint (818-355-7030)--Subscriber and payment information | 6/21 | 6/21 |
| 64 | T-Mobile (818-397-4226)--Subscriber and payment information | | |
| 65 | AT&T (818-414-5533)—subscriber information for phone seized at 17540 Weddington | | |
| 66.a | AT&T (818-442-8777)--Subscriber information | | |
| 66.b | AT&T (818-442-8777)--Payment information | | |
| 67 | T-Mobile (818-471-0360)--Subscriber information | | |
| 68 | T-Mobile (818-485-7163)--Subscriber information, toll records | | |
| 69 | AT&T (818-551-6005 (home phone)--Subscriber information | | |
| 70 | Verizon (818-570-6000)—subscriber information for phone seized at 4910 topeka | | |
| 71 | T-Mobile (818-593-9816)--Subscriber information | | |
| 72 | T-Mobile (818-751-4971)--Subscriber information | | |
| **Other – IP Addresses** | | | |
| 73.a | Charter Communications | | |
| 73.b | Charter Communications | | |
| 73.c | Charter Communications | 6/21 | 6/21 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 73.d | Charter Communications | 6/21 | 6/21 |
| 73.e | Charter Communications | | |
| 73.f | Charter Communications | | |
| 73.g | Charter Communications | | |
| 73.h | Charter Communications | | |
| 73.i | Charter Communications | 6/24 | 6/4 |
| **Other – Death Certificates** | | | |
| 74 | Olaf Landsgard Death Certificate | 6/22 | 6/22 |
| 75 | Nazar Terabelyan Death Certificate | 6/22 | 6/22 |
| **Other – Border Stop** | | | |
| 76 | Physical credit cards seized from Richard Ayvazyan and Marietta Terabelian at Miami International Airport | 6/16 | 6/16 |
| 77 | American Airlines Boarding Passes (Richard Ayvazyan/Marietta Terabelian) | | |
| **Other – Miscellaneous** | | | |
| 79 | Physical Notary Stamps seized from 17450 Weddington St., Encino, CA | | |
| 80.a | Assorted documents seized from 17450 Weddington St., Encino, CA-- Rosa Escrow | | |
| 80.b | Assorted documents seized from 17450 Weddington St., Encino, CA-- Osbaldo Velasquez | | |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 80.c | Assorted documents seized from 17450 Weddington St., Encino, CA-- ABC Realty Advisors | | |
| 81 | Trash Pulls-- Documents retrieved from trash at 20547 Aetna St., Woodland Hills, CA | | |
| 82 | Trash Pulls-- Documents retrieved from trash at 17450 Weddington St., Encino, CA | | |
| 83 | Abbott & Hast Mortuary Invoices | 6/16 | 6/16 |
| 84 | Glendale Gas and Power Invoices | 6/22 | 6/22 |
| Summary Exhibits - Banks | | | |
| 85 | ABC Realty (JPMC 8366)--Signature card, bank statements | 6/21 | 6/21 |
| 86 | Anton Kudiumov (BofA 7572)-- Signature card, bank statements | | |
| 87 | Inception Ventures (BofA 4043)-- Bank records | | |
| 88 | Kauicko (Wells Fargo 2085)-- Checks, index, application review, transaction detail | | |
| 89 | Marietta Terabelian (BofA 9690, 1475)--Signature card, bank statements | | |
| 90 | Mod Interiors (BofA 9103)--Opening document, signature card, bank statements | | |
| 91 | Zhadko (JPMC 6822)--Signature card, bank statements, checks | 6/21 | 6/21 |

26

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 92 | D.S dba Montradth (BofA 722&)-- Signature card, bank statements | 6/21 | 6/21 |
| 93-99 | Intentionally Left Blank | | |
| **Additional Banks and Sources** | | | |
| 100 | Bank of America (9700)--Signature card, bank statements, bank records | 6/21 | 6/21 |
| 101 | Bank of America (9713)--Signature card, bank statements, bank records | | |
| 102 | Bank of the West (0531)--Signature card, bank statements, bank records | | |
| 103 | Bank of the West (5239)--Signature card, bank statements, bank records | | |
| 104 | Bank of the West (7337)--Signature card, bank statements, bank records | | |
| 105 | Bank of America (7227)--Signature card, bank statements, bank records | | |
| 106 | First Republic (2169)--Signature card, bank statements, bank records | | |
| 107 | Inception Ventures--Signature card, bank statements, bank records | | |
| 108 | JPMC 8366 (ABC Realty)--Signature card, bank statements, bank records | 6/21 | 6/21 |

## UNITED STATES v. Ayvazyan et al.

### 20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| 109 | US Bank (5135)--Signature card, bank statements, bank records | 6/21 | 6/21 |
| 110 | Wells Fargo (5076)--Signature card, bank statements, bank records | / | / |
| 111 | Wells Fargo (5700)--Signature card, bank statements, bank records | 6/21 | 6/21 |
| 112 | SBA - PPP Loan Searches | | |
| 113 | SBA - PPP Loan Searches 2 | | |
| 114 | SBA - EIDL Loan Searches | | |
| 115 | Summary Chart –cash flow tracing | 6/16 | 6/16 |
| 116 | Summary Chart – loan application document analysis | 6/21 | 6/21 |
| 26 | | 6/17 | 6/17 |
| 27 | | 6/17 | 6/17 |
| 117 – 449 R° | Not to Jury | ✓ | ✓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| Δ 310 | | 6/16 | 6/16 |
| Δ 302 | 308 309 313 | 6/16 | 6/16 |
| 801 | | 6/17 | 6/17 |
| DX 16 | 1, 3, 4, 16, 18, 19, 20, 22, 23, 24, 25, 35, 33-526, 37, 38, 40, 41, 43 | 6/16 | 6/16 |
| DX 100 | 44, 45, 46, 47, 48, 50, 55, 59, 63, 73, 74, 75, 100, 102, 103 | 6/17 | 6/17 |
| 312 | | 6/21 | 6/21 |
| 801 | | 6/00 | |
| Δ -4 | | 6/22 | 6/22 |
| Δ -19 | | | |
| Δ -20 | | | |
| Δ -24 | | 6/22 | 6/22 |
| DX 52 | | | |
| DX 48 | | | |
| DX 73 | | 6/22 | 6/22 |
| DX 45 | | 6/22 | 6/22 |
| DX 22 | | 6/22 | 6/22 |
| DX 55 | | 6/22 | 6/22 |
| 60 | | | |
| Δ 23 | | 6/23 | 6/23 |
| 25 | | | |
| 41 | | | |
| Δ 43 | | 6/23 | 6/23 |

29

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
| Δ-44 | | 6/23 | 6/23 |
| Δ 50 | | | |
| Δ 78 | | | |
| Δ 102 | | | |
| Δ 103 | | 6/23 | 6/23 |
| Δ 15 | | | ~~6/23~~ |
| Δ 18 | | | |
| Δ 74 | | 6/23 | 6/23 |
| Δ 59 | | 6/8 | 6/23 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |

## UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

UNITED STATES v. Ayvazyan et al.

20-CR-579-SVW

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | ADMITTED |
|---------|-------------|--------|----------|
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |
|         |             |        |          |