UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00579-SVW | Date | June 28, 2021 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Interpreter | Liliya Boshyan | | |

| Paul M. Cruz | Katie Thibodeaux/Terri Hourigan | Christopher Fenton / Scott Paetty<br>Catherine Ahn / Dan Boyle |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | X | X | Ashwin J. Ram<br>Nicholas P. Silverman | X<br>X | | X<br>X |
| 2) Marietta Terabelian | | X | X | Ryan Fraser | X | | X |
| 3) Artur Ayvazyan | | X | X | Thomas A. Mesereau, Jr. | X | | X |
| 8) Vahe Dadyan | | X | X | Peter Johnson | X | | X |

| | Day COURT TRIAL | 9th | Day JURY TRIAL | X | Forfeiture Phase |
|---|---|---|---|---|---|
| | One day trial; | | Begun (1st day); | | Held & continued; | X | Completed by jury verdict/submitted to court. |

|   |   |
|---|---|
| | The Jury is impaneled and sworn. |
| | Opening statements made by _____ |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified    X    Exhibits admitted |
| | Government rests.    Defendant(s) _____ rest. |
| | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted |
| X | Closing arguments made    X    Court instructs jury    _____ Bailiff sworn |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
| | Alternates excused    X    Jury retires to deliberate    _____ Jury resumes deliberations |
| | Finding by Court as follows:    X    Jury Verdict as follows:    _____ Refer to Verdict Forms |
| Dft # | _____ Guilty on count(s) _____    _____ Not Guilty on count(s) _____ |
| X | Jury polled    _____ Polling waived |
| | Filed Witness & Exhibit lists    X    Filed Jury notes    X    Filed Jury Instructions    X    Filed Jury Verdict |
| X | Dft # 1, 2, 3 & 8 are referred to Probation Office for Investigation & Report and continued to September 13, 2021 at 9:00 a.m. for sentencing. |
| | Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody. |
| | Bond exonerated as to Dft # _____ |
| | Case continued to _____ for further trial/further jury deliberation. |
| | Other: |

    4 : 57
Initials of Deputy Clerk    PMC

CR-78 (10/08)    CRIMINAL MINUTES - TRIAL    Page 1 of 1