```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00579-(A)-SVW |
|---|---|
| Plaintiff, | NOTICE OF LODGING [PROPOSED] ORDER FOR TRIAL BILL OF PARTICULARS RE FORFEITURE ALLEGATIONS |
| v. | |
| RICHARD AYVAZYAN,<br>   aka "Richard Ayazian" and "Iuliia Zhadko," et al. | |
| Defendants. | |

//

//

//

PLEASE TAKE NOTICE that the government hereby lodges the attached [Proposed] Order for Trial Bill of Particulars Re Forfeiture Allegations in the above-captioned case.

Dated: June 30, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA