1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00579-(A)-SVW |
|---|---|
| Plaintiff, | ORDER FOR TRIAL BILL OF PARTICULARS RE FORFEITURE ALLEGATIONS |
| v. | |
| RICHARD AYVAZYAN,<br>    aka "Richard Ayazian" and "Iuliia Zhadko," et al. | |
| Defendants. | |

//
//
//

Upon consideration of the government's June 27, 2021 Ex Parte Application Trial Bill of Particulars Re Forfeiture Allegations, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the request should be and hereby is **GRANTED**.

DATED: June 30, 2021

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

/s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America