Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants.* | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO COMPEL GOVERNMENT DISCLOSURE OF DISCOVERY RELATED TO KASTIGAR HEARING**<br><br>Hon. Stephen V. Wilson |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

**[PROPOSED] ORDER**

This Court, having considered Defendants Richard Ayvazyan and Marietta Terabelian's *Ex Parte* Application to Compel Government Disclosure of Discovery Related to *Kastigar* Hearing, hereby GRANTS the application and ORDERS the following relief:

1. The government is ordered to produce to defendants all materials that are responsive to the discovery requests set forth in Exhibit A to the application by July 12, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021

The Honorable Stephen V. Wilson
United States District Judge