1  Ashwin J. Ram (SBN 227513)
2  aram@steptoe.com
   Michael A. Keough (SBN 327037)
3  mkeough@steptoe.com
4  Meghan L. Newcomer (*pro hac vice*)
   mnewcomer@steptoe.com
5  Nicholas P. Silverman (*pro hac vice*)
6  nsilverman@steptoe.com
   **STEPTOE & JOHNSON LLP**
7  633 West Fifth Street, Suite 1900
8  Los Angeles, CA 90071
   Telephone: (213) 439-9400
9  Facsimile: (213) 439-9599

10 *Counsel for Defendant Richard Ayvazyan*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants.* | Case No.  20-cr-579 (SVW)<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF DEFENDANTS RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S *EX PARTE* APPLICATION TO COMPEL GOVERNMENT DISCLOSURE OF DISCOVERY RELATED TO *KASTIGAR* HEARING**<br><br>Hon. Stephen V. Wilson |

I, Ashwin J. Ram, declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am a partner at the law firm of Steptoe & Johnson LLP and counsel of record for defendant Richard Ayvazyan in the above-captioned matter.

2. This request is being filed *ex parte* in order to ensure that defendants have access to discovery material necessary to conduct a full and fair *Kastigar* hearing on July 26, 2021. The defendants requested that the government state its position on *Kastigar* discovery by July 7, 2021, and offered to meet and confer on this topic. As of the time of this filing, the government has not responded.

3. Attached as **Exhibit A** is a true and correct copy of a July 5, 2021 letter from defense counsel to the government contain discovery requests related to the *Kastigar* hearing set for July 26, 2021.

4. The majority of the discovery requests set forth in the July 5, 2021 letter were provided to the government on May 19, 2021; additional requests that were provided in the July 5 letter had either arisen or crystalized since May 19.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on July 9, 2021.

Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram

*Counsel for Defendant Richard Ayvazyan*