1                 UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3             HONORABLE STEPHEN V. WILSON

4         UNITED STATES DISTRICT JUDGE PRESIDING

5                    – – –

6

United States of America,      )

7             PLAINTIFF,   )
                        )

8 VS.                  )  NO. CR 20–579 SVW
                        )

9 Richard Ayvazyan, et al.,   )
             DEFENDANT,  )

10 _____)

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15           JURY TRIAL – DAY TWO

16          VOLUME 1 – A.M. SESSION

17         WEDNESDAY, JUNE 16, 2021

18

19

20      _____

21         KATIE E. THIBODEAUX, CSR 9858
          U.S. Official Court Reporter

22             Suite 4311
          350 West 1st Street

23          Los Angeles, CA  90012

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4   U.S. DEPARTMENT OF JUSTICE
     U.S. ATTORNEY'S OFFICE
 5   BY: CATHERINE SUN AHN, AUSA
     -and- SCOTT PAETTY, AUSA
 6   312 North Spring Street
     Twelfth Floor
 7   Los Angeles, CA  90012

 8   -and-

 9   Christopher Fenton
     US Department of Justice
10   1400 New York Avenue, NW
     Washington, DC 20530
11

12
     FOR DEFENDANT R. AYVAZYAN:
13
     Ashwin J. Ram
14   Steptoe and Johnson LLP
     633 West 5th Street
15   Suite 1900
     Los Angeles, CA 90071
16
     Meghan Newcomer
17   Steptoe and Johnson LLP
     1114 Avenue of the Americas
18   New York, NY 10036

19   Michael A. Keough
     Steptoe and Johnson LLP
20   1 Market Street
     Spear Tower Suite 3900
21   San Francisco, CA 94105

22   Nicholas P. Silverman
     Steptoe and Johnson LLP
23   1330 Connecticut Avenue NW
     Washington, DC 20036
24

25
```

```
 1    APPEARANCES (Cont'd):

 2


 3    FOR DEFENDANT TERABELIAN:

 4    John Lewis Littrell
      Bienert Katzman Littrell Williams LLP
 5    903 Calle Amanecer
      Suite 350
 6    San Clemente, CA 92673

 7    Ryan Vaughan Fraser
      Bienert Katzman Littrell Williams LLP
 8    601 West 5th Street
      Suite 720
 9    Los Angeles, CA 90071

10


11    FOR DEFENDANT ARTUR AYVAZYAN:

12    Jennifer J. Wirsching
      1935 Alpha Road
13    Suite 216
      Glendale, CA 91208
14
      Thomas A. Mesereau, Jr.
15    Mesereau Law Group
      10100 Santa Monica Boulevard
16    Suite 300
      Los Angeles, CA 90067
17


18
      FOR DEFENDANT VAHE DADYAN:
19
      Peter Johnson
20    Law Office of Peter Johnson
      409 North Pacific Coast Highway
21    Suite 651
      Redondo Beach, CA 90277
22


23


24


25
```

```
 1                        I N D E X

 2

 3    WITNESS NAME                          PAGE

 4    KATHLEEN LITTWIN
      Direct Examination by Ms. Ahn          16
 5    Cross-Examination by Mr. Silverman     38
      Cross-Examination by Mr. Mesereau      50
 6    Cross-Examination by Mr. Johnson       52

 7    MARK ZINDROSKI
      Direct Examination by Mr. Fenton       61
 8    Cross-Examination by Ms. Newcomer      67

 9    BREANNA FITZGERALD
      Direct Examination by Mr. Paetty       69
10    Cross-Examination by Mr. Keough        76

11    JACK RUNYAN
      Direct Examination by Mr. Fenton       81
12    Cross-Examination by Ms. Newcomer      89

13    VICTORIA HERNANDEZ
      Direct Examination by Mr. Paetty       90
14    Cross-Examination by Mr. Keough        98
      Cross-Examination by Mr. Johnson      102
15
      ALEXANDER FARD
16    Direct Examination by Mr. Fenton      106
      Cross-Examination by Mr. Keough       113
17
      PINAL MODI
18    Direct Examination by Mr. Paetty      115
      Cross-Examination by Mr. Keough       122
19

20    EXHIBIT                        I.D.     IN EVID.

21    1A - 1S, 2A - 2Q, 3A - 3S       16         16
      4A - 4Y, 5A - 5Z, 6A - 6Y       16         16
22    30 - 36                         16         16
      83                              16         16
23    38-42                           16         16
      16                              47         48
24    48                              92         97

25
```

```
 1          LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 16, 2021

 2                          9:00 A.M.

 3                          - - - - -

 4

 5

 6          (The following proceedings were held outside the

 7           presence of the jury:)

 8          THE COURT:  Okay.  We are present with the parties

 9     and counsel.  You may be seated.

10              Just some short comment on some of the matters

11     that happened yesterday.  We are going to begin promptly

12     at 9:00 o'clock.  I don't intend this to be a lengthy

13     hearing, but the main purpose is to let whoever is left

14     to make the opening statement, I don't know if you intend

15     to get into Grigoryan's plea agreement in your opening

16     statement, but does anyone intend to do that?

17          MR. JOHNSON:  This is Peter Johnson on behalf of

18     Vahe Dadyan, no.

19          MS. WIRSCHING:  Jennifer Wirsching for Artur

20     Ayvazian.  No, your Honor.

21          THE COURT:  Okay.  Good.  So I will take that

22     issue up later but, just briefly, I have spent the

23     evening looking into the matter, and, in my view, the

24     lawyer for Terabelian, Ryan Fraser, improperly used the

25     plea agreement in the opening statement.  But I am not
```

```
 1    going to get into that further now until we have a break

 2    because it is going to take up a little time.  I do think

 3    the government's proposed instruction is appropriate, and

 4    I intend to give that at a later point but I don't want

 5    to delay the proceedings.

 6              Is it 9:00 o'clock now?

 7         THE CLERK:  It is 2 after.

 8         THE COURT:  2 after.  Let's get the jury.

 9         MR. JOHNSON:  Just one issue.

10         THE COURT:  No issues.

11         MR. FENTON:  Your Honor, we just have one

12    housekeeping matter.

13         THE COURT:  No housekeeping matters.  We start at

14    9:00 o'clock.

15         (The following proceedings were held in the

16          presence of the jury:)

17         THE COURT:  Good morning, members of the jury.

18    The parties, counsel and the court appreciate your being

19    so punctual.  I know it takes a special effort, and, as I

20    said, once you are all here we can begin promptly and we

21    are going to do that.  I hope we can do this every day so

22    we complete the trial in the most efficient way.

23              We are going to continue with the opening

24    statements.  So who intends to make the next opening

25    statement?
```

1          MS. WIRSCHING:  I will, your Honor.  Jennifer

2     Wirsching for Artur Ayvazian.

3          THE COURT:  Yes.  Thank you.

4          MS. WIRSCHING:  My name is Jennifer Wirsching.  I

5     am going to be speaking for Artur Ayvazian.

6              Artur Ayvazian is a hard-working family man.

7     He is a blue collar truck driver.  He didn't graduate

8     from high school but supports his family and his children

9     by hauling goods over long stretches of the road often

10    late into the night and early hours of the morning.  He

11    sometimes doesn't even get home at night.

12             Nearly ten years ago in 2012, Artur Ayvazian

13    established a small business to manage his trucking jobs.

14    Artur Ayvazian named his small business Allstate Towing

15    and Transport.  Once his small business was established,

16    he opened bank accounts for the small business, Allstate

17    Towing and Transport.

18             All of these things will be shown by the

19    evidence that is presented to you.

20             What the evidence will not show is that Artur

21    Ayvazian posed as another person.  The evidence will not

22    show that Artur Ayvazian used fake identifications.  The

23    evidence will not show that Artur Ayvazian filed any

24    false applications.  The evidence will not show that

25    Artur Ayvazian concealed any funds.

```
 1            And perhaps, most importantly, the evidence
 2    will not show that Artur Ayvazian conspired with anyone
 3    to do any of those things.
 4            Thank you.
 5        THE COURT:  Thank you, Ms. Wirsching.
 6            Is there another party who wishes to make on
 7    opening statement statement?
 8        MR. JOHNSON:  Yes, your Honor.
 9        THE COURT:  Okay.  Go ahead, sir.
10        MR. JOHNSON:  A victim or a participant?
11        THE COURT:  This is on behalf of your client?
12        MR. JOHNSON:  Yes, your Honor.
13        THE COURT:  Vahe Dadyan; correct.
14        MR. JOHNSON:  My name is Peter Johnson, and I
15    represent Vahe Dadyan.
16            This is Vahe Dadyan, a husband, a father and a
17    legitimate business owner.  In May of 2020, he filled out
18    a PPP loan in his own name for his own business, a single
19    loan.  He applied for that loan with the help of his
20    cousin, Tamara Dadyan, and his cousin at the time
21    convinced him, yeah, you have a legitimate business,
22    apply for the loan.  I can fill it out.
23        MS. AHN:  Objection.  Not in evidence, your Honor.
24        THE COURT:  I mean, what grounds?
25        MS. AHN:  These facts are --
```

```
 1            THE COURT:  I can't hear you.  I'm sorry.

 2            MS. AHN:  These facts are not anticipated to be in

 3    evidence, your Honor.

 4            THE COURT:  Well, in an opening statement, members

 5    of the jury, as I said, the lawyers have a duty to only

 6    tell you what evidence they will introduce or they

 7    anticipate another party will introduce.  And it is

 8    improper for any lawyer, government or defense, to make

 9    an opening statement that is unsupported by matters that

10    will be the subject of evidence.  I don't know these

11    things now because I am just like you, I am waiting to

12    hear the evidence.

13            But was that your point?

14            MS. AHN:  Yes, your Honor.

15            THE COURT:  All right.

16            Then, proceed, Mr. Johnson.

17            MR. JOHNSON:  The evidence that you will see in

18    this trial and the evidence that will come from that

19    stand is that the PPP loan application was filled out on

20    a mobile phone.  The evidence you will also see is that

21    the PPP loan application, the single application by

22    Mr. Vahe Dadyan was submitted from the home of Tamara

23    Dadyan.

24            You will hear witnesses talk about IP

25    addresses and things like that.  That is what the
```

1    evidence will be coming from that stand.  You will also

2    hear evidence that Mr. Dadyan had a bank account in his

3    own name, in his own business:  Wells Fargo.  There is no

4    concealment of any kind of money from Mr. Dadyan.  The

5    question at the end of this trial will be is he a victim

6    or a participant.

7         Now, what is important in this case is that

8    two big things you have to pay attention to.  The

9    government has the burden of proving beyond a reasonable

10   doubt, but they have to show back in May of 2020 there

11   was two things:  Number one, proof beyond a reasonable

12   doubt of a guilty act.  The second is proof beyond a

13   reasonable doubt of a guilty mind.  These are two big

14   things that I need the jury to pay attention to.

15        To put it in context, you can think of a case

16   like a bank robbery, and I know this case is not a bank

17   robbery but think of it like that just for a second.  And

18   at the end of the trial, the question is is Mr. Dadyan

19   the taxi driver or the get-away driver.  That is the

20   important question.  And we can talk about, over the next

21   two weeks, you will see 20-plus witnesses get on the

22   stand here, and you will hear -- there are so many

23   documents, but I need to you pay attention to those two

24   things.

25        We are not disputing the act.  He submitted

1    the loan for Voyage Limo, but he is the single loan in

2    this case with his own name and his own business.  What

3    we are saying here today is Tamara Dadyan submitted the

4    application on his behalf because he didn't understand

5    English very well, and he needed somebody to guide him

6    through it.

7            A victim or a participant?  The evidence in

8    this case again will be some times exhausting.  And who

9    was exhausted yesterday?  I mean, I was.  I was exhausted

10   at the end of the day.  I mean, there were things that

11   were just flying by me in the end.  And it is scary

12   because we have to pay attention not to all the evidence

13   of this guilty act but we have to see evidence coming

14   from there that Mr. Dadyan had the mind set that he

15   knowingly jumped in as a participant and not a victim.

16           That is what we are looking for here.  So it

17   is a criminal case, and we are asking you all to really

18   pay attention.  Again, this is important.  We are all

19   going to be exhausted over the next two weeks.  We are

20   all going to try to figure out what is going on, but we

21   have to think about the taxi driver or the get-away

22   driver, the participant in this or the victim.

23           Let me just briefly go over the evidence and

24   how we will know at the end of this trial that he is not

25   jumped in as a participant.  The evidence you will see

```
 1    again is that there is a single loan in his name.  You
 2    heard evidence of stolen identities, credit cards and we
 3    saw even yesterday that things put up on the screen.
 4            MR. FENTON:  Objection, your Honor.  He is making
 5    reference to --
 6            THE COURT:  What ground?
 7            MR. FENTON:  He is making reference to the
 8    evidence.
 9            THE COURT:  I can't hear you.  I'm sorry.  I just
10    can't hear you.
11            MR. JOHNSON:  I understood it.  I will make a
12    clarification.  I am not -- the evidence -- we didn't
13    hear any evidence.  Who would be surprised to believe
14    that we didn't hear any evidence so far.  Nothing.  The
15    evidence actually comes from that stand.  Everything that
16    people are saying if it were this side or that side, they
17    are just statements about what the evidence will show.
18    Instead, you all, the 12 of you or 16 of you, are the
19    most important people in the room.
20            You evaluate not what we are saying but what
21    happens there, and that is what we are looking for as
22    evidence that he knew, was a knowing participant and
23    jumped in instead of being a victim, and we are asking
24    you to pay attention to the presumption of innocence.
25            So, again, this is the evidence you will see.
```

```
 1   You will see evidence again of that single loan, but you
 2   won't hear evidence of Mr. Dadyan applying for a loan in
 3   somebody else's name.  Fictitious identifications.  No
 4   searching of his home.  Think about this when you hear
 5   all of this evidence:  Did they search his home to find
 6   evidence.  You won't see it.
 7          What you will see is in the home of Tamara
 8   Dadyan, a photograph of what we will argue that is the
 9   intent to take his identification.  You will see text
10   messages from other people in the case.  What you won't
11   see is a text message from Mr. Dadyan jumping in.  And it
12   is significant because you will read those text messages.
13        MR. FENTON:  Objection, your Honor.  This is
14   argument.
15        THE COURT:  That is argument.  You can outline
16   what evidence will be introduced on behalf of your client
17   or whether there will be no evidence, but don't tell the
18   jury what is important or significant aside from what you
19   said about the importance of their paying close
20   attention.
21        MR. JOHNSON:  Understood, your Honor.  I would
22   like for you all to pay attention to the text messages
23   that you see, and what you will see in those text
24   messages is not from Mr. Dadyan, but he is referred
25   specifically as the idiot by Tamara Dadyan.  You will not
```

```
 1    see evidence of Mr. Dadyan with gold coins, expensive
 2    jewelry, diamonds, homes, all the evidence that the
 3    government talked about.  That is not connected in any
 4    way to Mr. Dadyan.
 5             I am asking you to keep the presumption of
 6    innocence alive, to pay attention to the evidence that
 7    comes from that stand as to what he knew and when he knew
 8    it.  And unless and until the government proves beyond a
 9    reasonable doubt that he knowingly jumped in, was more
10    than a victim, knowing that he was a participant, I am
11    asking you to find him not guilty.  So that is what I
12    will be asking at the end of this trial.  Thank you, and
13    I look forward to the evidence.
14             THE COURT:  Thank you, Mr. Johnson.
15             Government, call your first witness.
16        MS. AHN:  Your Honor, before the first witness is
17    called, the government would like to move into evidence
18    certain items that have been supported by 90211
19    certifications.
20             THE COURT:  Is it necessary for that witness?
21        MS. AHN:  Yes, your Honor.  They will be
22    referencing load files.
23        MR. LITTRELL:  Your Honor, we would make a motion
24    to exclude all fact witnesses at this point before the
25    witness is called.
```

```
 1          THE COURT:  I can't hear you.

 2          MR. LITTRELL:  I just want to make sure the court

 3   orders that all witnesses are excluded before we start.

 4          THE COURT:  Yes.  If there are any potential

 5   witnesses in the courtroom at this time, you should

 6   proceed to the witness room and wait there until you are

 7   called.  You should not be here until your presence is

 8   needed to testify.  Okay.  Go ahead.

 9          MR. LITTRELL:  Your Honor, I see one more fact

10   witness is left.  Mr. Clark is still here.

11          THE COURT:  Who?

12          MR. LITTRELL:  Jeffrey Clark.

13          THE COURT:  He can stay here.

14          MR. LITTRELL:  Very well.

15          THE COURT:  Go ahead.

16          MS. AHN:  Yes, your Honor.  The government would

17   like to move into evidence Exhibits 1A through 1S.  So

18   all the letters between A and S for Exhibit 1.  Exhibit

19   2A through 2Q.  So all the evidence between 2A and the

20   letters between A and Q.  Exhibits 3A through 3S.  So all

21   the exhibits between A and S.  Exhibits 4A through 4Y.

22   So all the exhibits of the letters 4A through Y.

23   Exhibits 5A through 5Z.  So all the letters between A and

24   Z for Exhibit 5.  Exhibits 6A through 6Y.  So the letters

25   between A and Y for exhibit 6.
```

```
 1              Exhibits 30, 31, 32 and 33.  Exhibits 34, 35
 2   and 36.  Exhibits 83, 38, 39, 40, 41 and 42.
 3        MR. JOHNSON:  Can you repeat that last part?
 4        MS. AHN:  34, 35, 36, 83,
 5        THE COURT:  Received in evidence.
 6        MS. AHN:  Yes, your Honor.  We may have some
 7   further, but we will leave that for another time, your
 8   Honor.
 9        THE COURT:  Let's get the witness.
10        MS. AHN:  Yes, your Honor.  The government would
11   like to call SBA witness Kathleen Littwin.
12        (The witness was sworn.)
13
14                  DIRECT EXAMINATION
15   BY MS. AHN:
16   Q    Good morning, Ms. Littwin.  Please state and spell
17   your name for the record, please.
18   A    Kathleen Littwin, K-A-T-H-L-E-E-N, L-I-T-T-W-I-N.
19        THE COURT:  Keep your voice up if you can,
20   Ms. Littwin.
21        MS. AHN:  Thank you.
22   Q    Are you employed?
23   A    Yes.
24   Q    Where do you work?
25   A    The United States Small Business Administration.
```

```
 1    Q      And what is the mission of the SBA?

 2    A      To assist small businesses.

 3    Q      How long have you worked at the SBA?

 4    A      Almost 16 years.

 5    Q      Do your duties involve managing SBA programs?

 6    A      Yes.

 7    Q      Do you manage loan officers as part of that job?

 8    A      Yes.

 9    Q      Is the term Paycheck Protection Program or PPP

10    familiar to you?

11    A      Yes.

12    Q      What is that?

13    A      It is a program that was established by the CARES

14    Act, and that program assists businesses with keeping

15    employees employed during the Covid pandemic.

16    Q      And could you explain for the jury what the CARES

17    Act is?

18    A      It is legislation that was passed during 2020 that

19    provided assistance where SBA could guarantee loans that

20    would provide funding for businesses to pay employees.

21    Q      And who provides the funds for the PPP?

22    A      Participating lenders.

23    Q      Is that in the private sector?

24    A      Yes.

25    Q      You mentioned a guarantee.  Are PPP funds
```

```
 1   guaranteed by the SBA?

 2   A      Yes.  They are 100 percent guaranteed.

 3   Q      Are they also forgivable?

 4   A      Yes, they are.

 5   Q      Can you explain what that means for the jury?

 6   A      If the borrower meets certain requirements after a

 7   certain time period, they can apply to have the loan

 8   forgiven so that they do not have to repay that loan.

 9   Q      Based upon your experience at the SBA, are you

10   aware of the application process for a PPP loan?

11   A      Yes.

12   Q      Did the SBA initially receive those applications?

13   A      No.

14   Q      Who did the applications go to?

15   A      The participating lender.

16   Q      In the private sector?

17   A      Yes.

18   Q      Can you generally describe the process of a PPP

19   application, though, for the jury?

20   A      Yes.  The applicant will go to a participating

21   lender.  They will submit the application.  The

22   participating lender will review that application and

23   then submit that to the SBA.

24   Q      Is supporting documentation included with the

25   application sent to the lender?
```

```
 1    A      Yes.

 2    Q      Does the SBA receive information about the

 3    application?

 4    A      Yes.

 5    Q      What role, if any, does the SBA employ in the

 6    authorization of the loan?

 7    A      They issue a loan number and pay a fee to the

 8    lender.

 9    Q      You mentioned businesses applying.  Who is eligible

10    to apply for a PPP loan on behalf of a business?

11    A      The owner of the business or an authorized

12    representative for the business.

13    Q      You have also referenced providing an application.

14    Is there a form used to provide that information for the

15    application?

16    A      Yes.

17    Q      Who issued that form?

18    A      SBA.

19    Q      Are you generally familiar with that form?

20    A      Yes.

21          MS. AHN:  Your Honor, request permission to

22    publish Government Exhibit 2E which was previously

23    admitted pursuant to 90211 certification.

24          THE COURT:  All right.

25    Q      BY MS. AHN:  Do you recognize this form?  Without
```

1    speaking to the content, just the form generally.

2    A     Yes.

3    Q     What is it?

4    A     The PPP application.

5    Q     Does this form describe how much a business is

6    eligible to receive?

7    A     Yes.

8    Q     Can you direct the jury to that section, and, after

9    you direct it, I would ask that it be magnified.

10   A     There is a box that states average monthly payroll,

11   and see if I can -- that box indicates a blank where they

12   fill in the average monthly payroll for the business.

13   Q     Is there a calculation next to it?

14   A     Yes.

15        MS. AHN:  I would just ask that the whole section

16   be magnified.

17   Q     What is that calculation?

18   A     It indicates times 2.5 plus EIDL which stands for

19   Economic Injury Disaster Loan, call net of advance, if

20   applicable equals loan request.

21   Q     I will ask you about EIDL in a sec.  I just want to

22   focus on the PPP Section here.  So if the average monthly

23   payroll reported on the form is higher, is a business

24   eligible to receive more PPP money?

25   A     Yes.

1    Q      Does this PPP form also ask for the number of

2    employees?

3    A      Yes.

4    Q      Does an applicant have to have employees to receive

5    PPP money?

6    A      Yes.

7    Q      Why does a business have to have employees?

8    A      The purpose is to pay payroll.

9    Q      Does the form also ask for identification numbers?

10   A      Yes.

11          MS. AHN:  Let's clear the screen if we.

12   Q      Can.  Where does it ask for identification numbers?

13   A      In the section applicant ownership, there is a box

14   that indicates some abbreviations of TIN, EIN and SSN.

15          MS. AHN:  Could we magnify that section, please.

16   Q      And what is a TIN, EIN or SSN?

17   A      It is a tax identification number, an employer

18   identification number or a Social Security number.

19   Q      Is that a unique number?

20   A      Yes.

21   Q      Does the form also ask for information on who owns

22   the business applying for the loan?

23   A      Yes.

24   Q      Is that displayed on your screen there?

25   A      Yes.

1  Q       And who is displayed as the owner for this

2  particular business?

3  A       Mark Zindroski.

4  Q       Based upon your experience for the SBA, does the

5  SBA ask for certifications?

6  A       Yes.

7  Q       What are certifications?

8  A       It is asking the applicant to certify as to the

9  truthfulness of the information provided on the

10 application.

11 Q       Why is that important?

12 A       We must rely on the information that the applicant

13 is providing to us to be able to issue the loan.

14 Q       Were these loans issued over a short timeframe or a

15 reduced timeframe?

16 A       Yes.

17 Q       And what was that?

18 A       We were trying to get assistance into these

19 business owners' hands as quickly as possible.  We want

20 them to keep their business owners employed or to keep

21 them from closing their doors.  Assistance is very

22 important to ensure that these businesses do not go out

23 of business.

24 Q       Were certifications requested for the PPP form?

25 A       Yes.

```
 1   Q     And were they required in order to submit the form?

 2   A     Yes.

 3         MS. AHN:  So I would like to go to the next page.

 4   Next page after that.  Okay.

 5   Q     Do you see what is on your screen, Ms. Littwin?

 6   A     Yes.

 7   Q     Are these the certifications?

 8   A     Yes.

 9   Q     Is there a signature that is required as part of

10   this application?

11   A     Yes.

12   Q     And who is allowed to sign?

13   A     The owner of the business or the authorized

14   representative.

15   Q     And, here, whose signature is indicated?

16   A     Mark Zindroski.

17   Q     You mentioned earlier that there is a certification

18   required for truthfulness and accuracy.  Can you point it

19   out for the jury.

20   A     The second to last paragraph, it states -- do you

21   want me to --

22   Q     You can just mark it for the jury?

23         MR. SILVERMAN:  Your Honor, we would ask for a

24   limiting instruction on statements of law.

25         THE COURT:  What did you say?
```

```
1          MR. SILVERMAN:  We would ask for a limiting

2   instruction that the court will instruct on what the law

3   is at the conclusion of the trial, and this is just being

4   offered into evidence and received into evidence for the

5   purpose of showing knowledge.

6          THE COURT:  You may be seated.

7              Proceed.

8   Q    BY MS. AHN:  Could you also -- was there also

9   limitations on the use of PPP funds for businesses who

10  received them?

11  A    Yes.

12         MR. SILVERMAN:  Objection, your Honor.

13         THE COURT:  Overruled.

14  Q    BY MS. AHN:  Was that included in the certification?

15  A    Yes.

16  Q    Can you point to where that is for the jury?

17  A    The third bullet.

18  Q    Was there also a certification relating to

19  supporting documentation?

20  A    Yes.

21  Q    Can you point to where that is for the jury?

22  A    The fourth bullet.

23  Q    Thank you.  Directing your attention to the first

24  certification, is a date indicated there?

25  A    Yes.
```

```
1    Q    What was that date?

2    A    February 15th of 2020.

3    Q    Why is that date significant if at all?

4    A    It is the date that the business needed to be in

5    operation to be eligible for assistance.

6    Q    So if a business did not begin operations until

7    March of 2020, could it receive PPP funds?

8    A    No.

9    Q    If a business did not exist until March of 2020,

10   could it receive PPP funds?

11   A    No.

12   Q    Ms. Littwin, just as a general matter, does a

13   business need to exist at all to have PPP funds?

14   A    Yes.

15   Q    Was there a limited amount of money available for

16   PPP loans?

17   A    Yes.

18   Q    Were there -- were there more than one round of PPP

19   loans provided?

20   A    Yes.

21   Q    Did money in fact run out for PPP during one of the

22   rounds?

23   A    The timeframe for PPP first round did end.  Yes.

24   Q    And what happens once the money is gone?

25   A    No more assistance is provided.
```

```
 1   Q     Even for legitimate businesses?

 2   A     Yes.

 3         MS. AHN:  Go ahead and clear the screen now.

 4         MR. JOHNSON:  Your Honor, this is Peter Johnson.

 5         I just wanted to make sure that the jurors, if

 6   you could check to make sure that the jurors could see

 7   the witness.

 8         THE COURT:  We went into that yesterday.  I will

 9   take that up later.

10         MR. JOHNSON:  I understand, your Honor.

11         THE COURT:  And I am understanding that the

12   witnesses are on the screen; is that correct?  They are

13   all on the screen.

14         MR. JOHNSON:  I apologize, your Honor.  I didn't

15   know that.

16         THE COURT:  All the jurors can see the witnesses.

17         Let's proceed.

18         MS. AHN:  Yes, your Honor.

19   Q     You mentioned EIDL or the Economic Injury Disaster

20   Loan Program earlier.  Are you familiar with that

21   program?

22   A     Yes.

23   Q     Is that through your work at the SBA?

24   A     Yes.

25   Q     And you mentioned that you managed SBA programs.
```

1  Does that include EIDL?

2  A      Yes.

3  Q      Can you generally describe what the EIDL program

4  does?

5  A      It provides working capital.  It is assistance to

6  the business for economic injury to pay for items that

7  the business cannot pay for because of the disaster.

8  Q      Were EIDL funds distributed in response to

9  Covid-19?

10 A      Yes.

11 Q      Can you describe how that happened to the jury?

12 A      A disaster was declared because of Covid.  That

13 opened up funding for the SBA disaster loan program.

14 That program allows for funding directly from SBA.  With

15 the CARES Act, it broadened that program.

16 Q      Thank you.  Were certain industries eligible for

17 Covid-19 EIDL funds?

18 A      Yes.  The disaster programs opened to corporations,

19 LLC's, sole proprietorships, independent contractors, and

20 it was also broadened to including agriculture

21 enterprises.

22 Q      Were small businesses eligible?

23 A      Yes.  Only small businesses.

24 Q      Who provides the funds for EIDL loans?

25 A      The federal government.

1    Q      Is that through the SBA?

2    A      Yes.

3    Q      Is there a particular office with the SBA

4    responsible for transmitting the funds?

5    A      Yes.

6    Q      Where is that office located?

7    A      It is the Denver Finance Center in Colorado.

8    Q      It is physically in Colorado?

9    A      Yes.

10   Q      Are you familiar with the EIDL application process?

11   A      Yes.

12   Q      Can you generally describe that process?

13   A      The applicant will go to the SBA web page.  They

14   will click on the link to apply for an Economic Injury

15   Disaster Loan.  They will submit the information that is

16   requested.  SBA will then review that information, make a

17   determination on approval.  Once it is approved, a loan

18   number will be issued.  They will sign the closing

19   documents, and the funds will be disbursed.

20   Q      Is supporting documentation required for an EIDL

21   loan?

22   A      During the initial phase, no.

23   Q      Why not?

24   A      We have to rely on the information they are

25   providing to us to provide timely assistance.

```
 1  Q       What makes it timely?

 2  A       We are trying to get funds in the hands of these

 3  businesses as quickly as possible so that they don't fail

 4  so that they can meet their obligations.  If they are

 5  closed, they don't have any revenue coming in, and they

 6  need these funds to continue their operations.

 7  Q       Can businesses provide supporting documentation?

 8  A       Yes.

 9  Q       You mentioned earlier that there was limited

10  funding for PPP.  Is that also true for EIDL?

11  A       Yes.

12  Q       In addition to a loan, does the EIDL program offer

13  other funds for businesses?

14  A       Yes.

15  Q       Can you describe that for the jury.

16  A       There is also a program called the EIDL advance.

17  It is a grant program.  It is on the same application as

18  the Economic Injury Disaster Loan.  And you can apply for

19  that additional assistance, that additional grant on that

20  application.

21  Q       What is that -- what is that funding predicated on,

22  if anything?

23  A       At the time, it was based on the number of

24  employees.

25  Q       Who is eligible to apply for EIDL funds on behalf
```

```
 1    of a business whether it is a loan or or an advance, who
 2    is eligible to apply for those funds on behalf of the
 3    business?
 4    A    The owner of the business or an authorized
 5    representative.
 6    Q    Is there an application form associated with that
 7    process?
 8    A    Yes.
 9    Q    Does it have a name?
10    A    The Disaster Business Loan Application.
11    Q    Are you familiar with the form generally?
12    A    Yes.
13         MS. AHN:  Your Honor, request permission to
14    publish Government Exhibit 2L, I believe the fourth page.
15         THE COURT:  You may.
16         MS. AHN:  Can you go to the next page.
17    Q    I recognize the font is a little small so we will
18    magnify when needed.
19              Do you generally recognize what is shown on
20    the page?
21    A    Yes.
22    Q    What is it?
23    A    This is the application data.
24    Q    When you say application data, is this the actual
25    application form?
```

```
 1   A      It is the data that they enter into the application
 2   form.
 3   Q      Is this information received by the SBA from the
 4   applicant?
 5   A      Yes.
 6   Q      And how is this information submitted?
 7   A      Through the SBA web page online.
 8   Q      Does this form ask for information on business
 9   expenses?
10   A      Yes.
11   Q      What kind?
12   A      The business revenues.
13   Q      Can you generally show the jury where that is, and
14   we will magnify it for you.
15   A      I believe it is line 34.  Sorry.  I gave you the
16   wrong number.
17        MS. AHN:  Do you mind just highlighting the
18   questions and magnifying them.
19   Q      Do you mind pointing out to where that might be on
20   the form?
21   A      Question 14.
22   Q      What kind of expense does it ask for?
23   A      The gross revenues for the 12 months preceding the
24   date of the disaster, January 31, 2020.
25   Q      Does the reported information impact the amount of
```

```
 1    funds a business is eligible to receive under EIDL?
 2    A     Yes.
 3    Q     How does it impact it?
 4    A     We use that information to calculate the eligible
 5    loan amount.
 6    Q     Could providing false information about these
 7    expenses influence the SBA's to approve a loan?
 8    A     Yes.
 9    Q     Would inflating these numbers inflate the amount of
10    money a business is eligible for?
11    A     Yes.
12    Q     Are EIDL funds only authorized for certain uses?
13    A     Yes.
14    Q     What are those uses?
15    A     It is for working capital to meet business
16    obligations that the business cannot meet because of the
17    disaster.
18    Q     Does the form generally tell us whether an
19    applicant asked for an advance?
20    A     Yes.
21        MS. AHN:  Let's go ahead and clear the screen.
22    Q     Is that showing on your screen?
23    A     Yes.
24    Q     Can you show us on the screen where that is?
25    A     Question 68.
```

1    Q      All right.  Can you go ahead and mark it on your

2    screen.

3             Did this particular applicant ask for an

4    advance?

5    A      Yes.

6    Q      How can you tell?

7    A      This is a check box, and the applicant checked that

8    box.  It shows a value of 1 which means they checked the

9    box.

10   Q      Next to the type check box, it says required no.

11   What does that mean?

12   A      That means it is not a required field.  They do not

13   have to answer that field.

14   Q      Does this form also ask for the number of

15   employees?

16   A      Yes.

17   Q      How does that impact a business' eligibility for an

18   advance?

19   A      At the time of this application, the number of

20   employees related to the amount of the grant you would

21   receive.  If you stated one employee, you would receive

22   $1,000, up to 10 employees you would receive $10,000.

23   Q      You mentioned certifications before.  Does the EIDL

24   form include certifications?

25   A      Yes.

1  Q     What does that certification require?

2  A     That the information provided is truthful and it

3  states that SBA is relying on that information to offer

4  the loan.

5        MS. AHN:  Could we go to question 72.  Great.

6  Q     And I see that you have highlighted on the screen.

7  Is that the certification that is required?

8  A     That is a portion of it, yes.

9  Q     Did this person make the certification?

10 A     Yes.

11 Q     Can you direct us to how you know that is true?

12 A     This is a check box, and the value shows 1 which

13 means that they checked the box.

14       MS. AHN:  I am going to ask that we exit out of

15 the magnification and highlight the text below the end of

16 the question.

17 Q     You mentioned that it shows part of the

18 certification.  Does this include additional

19 certifications?

20 A     Yes.

21 Q     If the SBA learned that false information was

22 provided with the loan application, would that affect the

23 lending decision?

24 A     Yes.

25 Q     After an EIDL application is approved initially,

1   what happens next?

2   A     After it is approved, SBA will send an e-mail

3   advising them to log in and sign the loan closing

4   documents.  They will log into their portal account and

5   sign the loan closing documents, and, then, once that has

6   been completed, we will disburse those funds, the loan

7   funds.

8          MS. AHN:  I am going to go ahead and clear the

9   screen.  Could we go to Government Exhibit 24, page 10.

10  Q     Do you recognize this?

11  A     Yes.

12  Q     What is it?

13  A     It is the loan authorization and agreement.  It is

14  the terms and conditions of the loan.

15  Q     Is this required to close the loan or to disburse

16  the funds?

17  A     Yes.

18  Q     Does this form describe permissible uses of the

19  funds?

20  A     Yes.

21         MS. AHN:  Can we go to the next page.

22  Q     Can you point out generally where that is?

23  A     The second paragraph.

24  Q     What is the permissible use of the funds described

25  there?

```
1    A      Working capital to alleviate economic injury caused

2    by the disaster occurring in the month of January 31,

3    2020, and continuing thereafter.  And, then, there is

4    also a $100 fee for the recording of the UCC.

5    Q      What does UCC stand for?

6    A      Uniform Commercial Code.  It is a document that we

7    file to have collateral, to secure collateral for the

8    loan.

9    Q      Would the use of the funds for purely personal

10   expenses qualify?

11   A      No.

12   Q      Does this form also contain certifications?

13   A      Yes.

14   Q      Did you see that on your screen?

15   A      Yes.

16          MS. AHN:  Highlight that section.  Is that -- go

17   ahead and clear the highlighting.

18   Q      Is that section magnified on your screen?

19   A      Yes.

20   Q      Does this contain additional certifications

21   regarding the truth and accuracy of the form?

22   A      Yes.

23   Q      Does this form also require a signature?

24   A      Yes.

25   Q      From who?
```

```
 1   A      The owner of the business or an authorized
 2   representative.
 3          MS. AHN:  Let me exit out of the application.
 4   Next page.
 5   Q      Is this form signed?
 6   A      Yes.
 7   Q      Who is it signed by?
 8   A      Lulu Ozodco(Phon.), owner, slash, officer of
 9   Timeline Transport, Inc..
10   Q      If an applicant did not intend to use the funds for
11   business expenses, would that influence the SBA's
12   decision to approve the loan?
13   A      Yes.
14   Q      If the business had no operations, would it be
15   eligible for EIDL funds?
16   A      No.
17   Q      If it had no employees, would it be eligible for
18   EIDL funds, employees -- if the business had identified
19   employees but, in fact, had no employees, would it be
20   eligible for EIDL funds?
21          MR. JOHNSON:  I'm sorry, your Honor.  I don't
22   understand the --
23          THE COURT:  Just make an objection.  Legal
24   grounds.
25          MR. JOHNSON:  Objection, your Honor, as to clarify
```

1    the question.

2         MS. AHN:  I am happy to rephrase, your Honor.

3    Q    If the business falsely reported employees, would

4    that impact the BSBA's decision on approving a loan?

5    A    Yes.

6    Q    If the identified owner was not a real person,

7    would that impact the SBA's decision to approve the loan?

8    A    Yes.

9         MS. AHN:  No further questions at this time, your

10   Honor.

11        THE COURT:  Cross-examination.

12        MR. SILVERMAN:  I would ask -- a few people have

13   gone in and out of the courtroom, I would ask you just

14   reiterate that no witnesses are in the courtroom.

15        THE COURT:  If there are any witnesses in the

16   courtroom, they should proceed to the witness room.

17        MR. SILVERMAN:  Thank you, your Honor.

18

19                    CROSS-EXAMINATION

20   BY MR. SILVERMAN:

21   Q    Good morning, Ms. Littwin.

22   A    Good morning.

23   Q    You are a lawyer for the SBA; correct?

24   A    Yes.

25   Q    And you have been a lawyer there for 16 years I

1  believe you testified?

2  A     Almost.  Yes.

3  Q     Was the CARES Act unique in your experience?

4  A     Yes.

5  Q     We were facing a quarantine; correct?

6  A     Yes.

7  Q     And it had crashed consumer spending?

8  A     Yes.

9  Q     And that is why business were at risk; correct?

10 A     Yes.

11 Q     And the CARES Act was passed to stabilize the

12 economy; right?

13 A     Yes.

14 Q     And ultimately that authority was delegated to the

15 SBA in part?

16 A     A portion of it, yes.

17 Q     And the SBA and the CARES Act succeeded in

18 stabilizing that economy; right?

19       MS. AHN:  Objection.  Foundation.

20       THE COURT:  Sustained.

21 Q   BY MR. SILVERMAN:  You mentioned that the CARES Act

22 had PPP loans; correct?  Or led to PPP loans.  Excuse me?

23 A     Yes.

24 Q     Those PPP loans you discussed that they went to

25 small businesses?

```
1    A      Yes.

2    Q      Some of them also went to large businesses;

3    correct?

4    A      I don't have any knowledge of that.

5    Q      Do you know whether EIDL loans went to large

6    businesses?

7    A      I don't have any knowledge of that.

8    Q      The SBA was under pressure to move fast around

9    March, 2020; correct?

10   A      Yes.

11   Q      After the CARES Act was passed, do you know how

12   long did it take for PPP loan applications to become

13   available?

14   A      No, I do not.

15   Q      Was it less than a month?

16   A      I do not know.

17   Q      Do you recall whether the SBA issued interpretive

18   rules?

19   A      Yes.

20   Q      And is it fair to say that loan applications became

21   quickly available?

22          MS. AHN:  Objection.  Asked and answered.

23          THE COURT:  Overruled.

24   Q    BY MR. SILVERMAN:  Would you like me to repeat the

25   question?
```

```
 1    A     Yes, please.
 2    Q     Is it fair to say that the loan applications become
 3    quickly available?
 4    A     I don't know.
 5    Q     Now, how often did the SBA issue interpretive
 6    regulations regarding the loan applications specifically?
 7          MS. AHN:  Objection.  Relevance.
 8          THE COURT:  I don't know at this point.  The
 9    objection is overruled at this point.
10          THE WITNESS:  I don't know.
11    Q     BY MR. SILVERMAN:  The SBA issued interpretive
12    regulations in part to guide applicants; correct?
13    A     Yes.
14    Q     And is it fair to say that the SBA issued
15    interpretive rules more than five times in April of 2020?
16          MS. AHN:  Objection.  Asked and answered.
17          THE COURT:  Overruled.
18          THE WITNESS:  I do not know.
19    Q     BY MR. SILVERMAN:  Did you ever know that?
20    A     No.
21    Q     And the SBA also issued frequently asked questions;
22    correct?
23    A     Yes.
24    Q     The SBA also issued frequently asked questions for
25    loan applicants; correct.
```

```
 1   A      Yes.

 2   Q      And those frequently asked questions were updated

 3   over time?

 4   A      Yes.

 5   Q      The responses changed?

 6   A      That I do not know.

 7   Q      So an application that was submitted in April might

 8   not be submitted under the same guidance or frequently

 9   asked questions as an application that was submitted in

10   June; is that right?

11   A      I do not know.

12   Q      And it would be up to the applicant to know the

13   differences if they existed?

14   A      I do not know.

15   Q      Now, we talked about how the SBA was under a lot of

16   time pressure?

17   A      Yes.

18   Q      And I believe you talked about the SBA was trying

19   to approve applications quickly.  Is that roughly

20   accurate?

21   A      Yes.

22   Q      Loans that the SBA received were often approved in

23   as little as one day; is that right?

24   A      Are we talking about economic injury loans?

25   Q      PPP loans were often approved in as little as one
```

1    day; correct?

2    A      SBA does not approve PPP loans.

3    Q      Excuse me.  PPP loans were often funded in as

4    little as one day; is that right?

5    A      SBA does not fund PPP loans.  They are funded by

6    the participating lender.

7    Q      EIDL loans were often approved in as little as one

8    day; is that correct?

9    A      Yes.

10   Q      And for PPP loans, as you mentioned, they are

11   approved by the participating lender?

12   A      Yes.

13   Q      And it is up to the participating lender to review

14   the applications?

15   A      Yes.

16   Q      And so it would be the participating lender that is

17   relying upon information in this application to the

18   extent it is relying upon that information?

19   A      Yes.

20   Q      And if the PPP lender fails to do due diligence,

21   what happens to the SBA's liability?

22   A      At the original stage, the SBA is only receiving

23   the information from the participating lender.  At a

24   later date when the participating lender asks for SBA to

25   guarantee or pay out on the guarantee or to do the

1    forgiveness, there is a review of the loan information at

2    that time.

3    Q       And if the participating lender had failed to

4    complete the due diligence, would the SBA honor the

5    guarantee?

6    A       I don't know.

7    Q       Is it possible that the SBA would refuse to pay out

8    money based on the lack of due diligence by a lender?

9    A       It is possible.

10   Q       Now, I would like to ask a few questions about how

11   money is transferred in relation to EIDL loans.  Is that

12   your focus, EIDL loans?

13   A       Yes.

14   Q       Do I understand correctly from your testimony that

15   EIDL loans are disbursed directly from the SBA to

16   lenders -- or to banks.  Excuse me?

17   A       It is disbursed directly by SBA through the

18   treasury to the borrower.

19   Q       You said to the borrower.  The government actually

20   wires the money from a treasury to a bank; correct?

21   A       No.  To the borrower's bank account.

22   Q       So the other end of the wire transaction is a bank

23   in some location; correct?

24   A       Yes.

25   Q       And once the bank receives the money, it notes a

```
 1    credit on the borrower's account; correct?

 2    A     Yes.

 3    Q     Now, once the funds are credited to a borrower's

 4    account, does the SBA monitor how the borrower spends

 5    them?

 6    A     No.

 7    Q     It would be difficult to monitor how a borrower

 8    spent the funds; right?

 9    A     We don't have access to that information.

10    Q     And some borrowers already have money in their

11    accounts; correct?

12          MS. AHN:  Objection.  Calls for speculation and

13    foundation.

14          MR. SILVERMAN:  I will rephrase, your Honor.

15          THE COURT:  Sustained.  You can ask the question a

16    different way.

17    Q     BY MR. SILVERMAN:  Does the SBA require that

18    borrowers have zero money in their accounts in order to

19    submit an application?

20    A     No.

21    Q     Now, if a borrower had money in their accounts, the

22    SBA would not be able to monitor whether they are

23    spending that money or the loan money; is that right?

24          MS. AHN:  Objection.  Relevance and lack of

25    foundation.
```

```
 1          THE COURT:  Well, I mean, the witness can answer
 2   the question.
 3          THE WITNESS:  We can't monitor anything in their
 4   bank account.
 5   Q    BY MR. SILVERMAN:  Now, Ms. Littwin, I want to ask
 6   to clarify a little bit the difference between EIDL and
 7   PPP loans.  Is one difference that EIDL loans have to be
 8   paid back?
 9   A     Yes.
10   Q     And, in fact, the government takes a security
11   interest in the business' property; is that right?
12   A     Yes.
13   Q     Can you explain to the jury what a security
14   interest is?
15   A     We take collateral so that if the loan is not
16   repaid SBA could take -- in this situation, it is a
17   security interest in business contents.  SBA could take
18   action to recover those business contents.
19   Q     So, essentially, if the business doesn't repay the
20   loan, SBA can file a civil lawsuit; right?
21   A     Yes.
22   Q     And they could even foreclose upon business
23   property; right?
24   A     We did not take any real property so we could not
25   foreclose.
```

```
 1   Q     It could seize personal property?

 2   A     Yes.

 3   Q     Now, as for PPP loans, those loans are forgivable;

 4   correct?

 5   A     If they meet requirements, yes.

 6   Q     And you discuss how there were multiple rounds of

 7   SBA, excuse me, of PPP loans in 2020; is that right?

 8   A     In 2020, there, I believe, was only one round.

 9   Q     And that one round, did that end around August 8th,

10   2020?

11   A     I would have to check the date.

12         MR. SILVERMAN:  I would ask that we display just

13   for the witness -- oh, I need to switch -- defense

14   Exhibit 16, please.

15             Is it showing up for everybody, counsel?

16         MS. AHN:  Well, the screens at counsel table can

17   be seen by the jury.

18         MR. SILVERMAN:  Is there a way to display just for

19   the witness?

20         THE COURT:  What is the issue?

21         THE COURT:  Is the issue when the first round of

22   PPP loans expired?

23         MR. SILVERMAN:  Correct, your Honor.

24         THE COURT:  That is the issue.  Is there any

25   dispute about that?
```

```
 1              MS. AHN:  No, your Honor.  There is no dispute.

 2              THE COURT:  Then, what is the date?  Tell us.

 3              MR. SILVERMAN:  August 8, 2020.

 4              THE COURT:  All right.  Then that stands.

 5                  Next question.

 6              MR. SILVERMAN:  Yes, your Honor.

 7    Q      And at the conclusion of that first round, the SBA

 8    or the program had given out millions of loans; correct?

 9    A      I do not know the number.

10    Q      And the program still had money left to lend,

11    didn't it?

12    A      I do not know.

13    Q      Do you know whether the SBA issued weekly or

14    monthly reports on the program?

15    A      Yes, we did.

16    Q      And did those reports include the amount of money

17    that was left to lend?

18    A      I would assume.

19              MR. SILVERMAN:  At this point, I would offer into

20    evidence Defense Exhibit 16.

21              MS. AHN:  No objection, your Honor.

22              THE COURT:  All right.  Received.

23              MR. SILVERMAN:  If we could post Defendant's

24    Exhibit 16 for the jury, please, or for the entire

25    courtroom, and, actually, if we can stay on this page for
```

1   one second.

2   Q     Does this appear to be one of the weekly or monthly

3   reports?

4   A     It appears to be.

5   Q     And is it put out by the Small Business

6   Administration?

7   A     Yes.

8   Q     And it says approvals through August 8th of 2020;

9   correct?

10  A     Yes.

11  Q     So that is through the end of the 2020 program?

12  A     It appears to be.

13        MR. SILVERMAN:  And if we could go to page 9,

14  please.

15  Q     So fair to say that at the conclusion of the 2020

16  program, there was almost a $134 billion left over?

17  A     That appears to be.

18  Q     Thank you, Ms. Littwin.

19        MR. SILVERMAN:  No further questions, your Honor?

20        THE COURT:  Any further cross-examination.

21        MR. MESEREAU:  Yes.

22        THE COURT:  Go ahead, Mr. Mesereau.

23  ///

24  ///

25  ///

```
 1                    CROSS-EXAMINATION

 2   BY MR. MESEREAU:

 3   Q     Good morning, Ms. Littwin?

 4   A     Good morning.

 5   Q     My name is Tom Mesereau, and I speak for Mr. Artur

 6   Ayvazian.  Just like to ask you a few questions about the

 7   purpose of the program.

 8   A     Okay.

 9   Q     The prosecutor showed you a document when you began

10   testifying, Exhibit 2E, which dealt with questions about

11   the purpose of the loan requested; correct?

12   A     Was that for the Paycheck Protection Program?

13   Q     Yes.

14   A     Okay.

15   Q     And correct me if I am wrong.  I think you said the

16   purpose was to meet payroll; is that correct?

17   A     One of the purposes, yes.

18   Q     There were far more purposes than just meeting

19   payroll; correct?

20   A     There were additional, yes.

21   Q     And some of those purposes were paying rent;

22   correct?

23   A     Yes.

24   Q     Paying a mortgage interest?

25   A     Yes.
```

```
1    Q     Paying utilities?

2    A     Yes.

3    Q     And then there was a section where if you had

4    another purpose, you could say other, you could fill out

5    what the other purpose would be; correct?

6    A     Yes.

7    Q     And what are some of the other purposes that you

8    recall the loans were made for?

9    A     I believe you could pay off an Economic Injury

10   Disaster Loan or refinance an Economic Injury Disaster

11   Loan.

12   Q     Just to clarify proper uses because the prosecutor

13   asked you questions about proper uses of these funds.

14   Let's say someone is having business problems, owes

15   mortgage interest, haven't paid the utility bills,

16   something like that.  The pandemic hits.  The program is

17   put into effect, the CARES program.

18              Theoretically, can a small business owner use

19   these loans to pay those utility bills or those mortgage

20   bills or other related expenses?

21   A     Business expenses?

22   Q     Yes.

23   A     Yes.

24        MR. MESEREAU:  No further questions, your Honor.

25   Thank you.
```

1          THE COURT:  Anything further?

2          MR. LITTRELL:  Nothing from us, your Honor.

3          MR. JOHNSON:  Your Honor, Peter Johnson.

4          THE COURT:  Go ahead.

5

6                    CROSS-EXAMINATION

7    BY MR. JOHNSON:

8    Q     Good morning.

9    A     Good morning.

10   Q     I am here to talk to you about legitimate loans.

11   The SBA was acting through banks; isn't that correct?

12   A     For the PPP loans.

13   Q     Yes.  And the banks, for legitimate businesses,

14   provided funding?

15   A     Yes.

16   Q     These fundings were for business owners, small

17   business owners to get their business back on track;

18   correct?

19   A     For PPP?

20   Q     Yes.

21   A     It was to keep employees employed.

22   Q     To keep employees employed.  But the application,

23   you said during direct examination that you are familiar

24   with the application; isn't that correct, the PPP loan

25   application?

```
 1   A      Yes.
 2   Q      And that application, in the application, the
 3   guidance is that it was supposed to be able to be filled
 4   out in eight minutes?
 5   A      Okay.
 6   Q      Are you familiar with that?
 7   A      Not off the top of my head, no.
 8          MR. JOHNSON:  Can we pull up Exhibit 2K.
 9   Q      Have you looked up the loan applications that the
10   government provided?
11   A      The one that we looked at earlier?
12   Q      Not the one that we looked at earlier but other
13   applications?
14   A      No.
15   Q      Now, is there a reason why you didn't look at the
16   other applications?
17   A      No.
18          MR. JOHNSON:  So this case, I would ask the
19   witness to -- does the witness have exhibits in front of
20   her?
21          MS. AHN:  There is no physical exhibits.
22          MR. JOHNSON:  I think we lost power.
23   Q      There is a definition in the exhibit in the PPP
24   application for payroll; isn't that correct?
25   A      I do not know without looking at it.
```

```
 1            MR. JOHNSON:  Just a minute.

 2                 Is the government able to pull up Exhibit 2K.

 3            MS. AHN:  We are happy to.

 4                 Do you mind if I approach to switch over the

 5    lectern.

 6            MR. JOHNSON:  Please.

 7    Q    BY MR. JOHNSON:  This is a PPP loan application;

 8    correct?

 9    A    Yes.

10    Q    And this is the PPP loan application in the name of

11    Voyage Limo?

12    A    Yes.

13    Q    You have no information to believe that Voyage Limo

14    is a fake company; correct?

15    A    I have no information on the business.

16    Q    And the loan is applied for by a Vahe Dadyan.  Do

17    you see that?

18    A    Yes.

19    Q    Now, this loan application had some instructions;

20    correct?

21    A    Yes.

22    Q    And part of those instructions were for small

23    business owners; correct?

24    A    Yes.

25    Q    And sometimes the small business owners needed
```

1    authorized representatives to fill out the forms; isn't

2    that correct?

3    A       Yes.

4    Q       Because there were documents that had to be

5    attached; correct?

6    A       Attached to the application?

7    Q       To the application.

8    A       I don't know how they attached the documents.

9    These weren't submitted to the SBA.

10   Q       But SBA required certain documents to be attached

11   to the application; isn't that right?

12   A       SBA required the PPP lender to obtain them.

13   Q       SBA required the PPP lender to obtain documents to

14   support the loan;  Isn't that correct?

15   A       Yes.

16   Q       So sometimes these applications require authorized

17   representatives, people, not the owner of the business to

18   attach documents; isn't that correct?

19   A       I don't know.  They might have.

20   Q       So isn't it correct that the form actually -- that

21   part of the instructions --

22           THE COURT:  Let's clarify that.  The question was

23   does the form require the actual lender or an authorized

24   representative to sign the application?  It can be either

25   one?

```
 1            THE WITNESS:  It can be signed by the applicant or
 2    an authorized representative.
 3            THE COURT:  I see.  All right.
 4            MR. JOHNSON:  What I would like to do is zoom in
 5    on purpose of this form, that paragraph.
 6    Q     And just to be clear, this form is for small
 7    business owners; correct?
 8    Q     They are supposed to fill this out.
 9    Q     And isn't it true that the form says this form is
10    to be completed by the authorized representative?
11    A     Yes.  A corporation has an authorized
12    representative meaning a president or secretary.  An LLC
13    has a manager.
14    Q     And is that in the form?
15    A     I would have to look at it in more depth.
16    Q     So you have been with the SBA how long?
17    A     Almost 16 years.
18    Q     And you are familiar with this PPP loan program;
19    correct?
20    A     The PPP program is new.  It is from 2020.
21    Q     So, since 2020, you have been familiar with it;
22    correct?
23    A     Yes.
24    Q     You have been focusing on this in your practice.
25    You are an attorney; correct?
```

```
1   A     I focus on the economic injury.

2   Q     But you are not familiar with this form of the PPP

3   loan?

4   A     I am familiar with it, yes.

5   Q     But the statements that this authorized -- that you

6   just said about corporate representatives, that is not in

7   the form; isn't that correct?

8         MS. AHN:  Your Honor, this question has been asked

9   and answered a number of times.

10        THE COURT:  She can answer it one more time.

11  Q     BY MR. JOHNSON:  The statements that you just

12  provided, this additional information that you just

13  provided, that is not in the form; right?

14  A     I would have to look at it.  I don't know.

15  Q     Why don't you take some time to look at it if we

16  can.  So you don't have that -- well, you don't know

17  right now?

18  A     It is blown up.  If we can remove the blown up

19  portion.

20  Q     Why don't we say this, that it is fair to say that

21  at this point in time you don't know whether that is in

22  this form?

23  A     Correct.

24  Q     What I would like to do is, next, you said that the

25  payroll, isn't payroll consist of a variety of things?
```

```
 1   Doesn't payroll consist of a variety of things?
 2        MS. AHN:  Objection.  Vague.
 3        MR. JOHNSON:  Let's go to the document.  Let's
 4   pull up the definition of payroll.  The next paragraph,
 5   please.
 6   Q    This is what they laid out as the definition of
 7   payroll on the form; correct?
 8   A    Yes.
 9   Q    Down on the bottom, that last line says --
10        MR. JOHNSON:  Can you highlight that last line,
11   please.
12        MS. AHN:  May I approach?
13   Q    BY MR. JOHNSON:  Why don't you read that last line.
14   A    Independent contractor or sole proprietor wage,
15   commissions, income or net earnings from self employment
16   or similar compensation.
17   Q    And small business owners at the time were expected
18   to interpret this to fill out the form; isn't that
19   correct?
20   A    Yes.
21   Q    And they were also expected to fill out, to make
22   calculations on the form; correct.
23   A    Yes.
24   Q    Or their authorized representative was going to
25   make those calculations; right?
```

```
 1   A      Yes.
 2          MR. JOHNSON:  Can we zone in on the next
 3   paragraph, please.
 4   Q      And part of that for the purposes of calculating,
 5   they had to try to figure out how to calculate monthly
 6   payroll; right?
 7   A      Yes.
 8   Q      And that required somewhat of a complex
 9   calculation; correct?
10   A      I don't know if it would be complex, but it
11   required a calculation, certainly.
12   Q      It required a calculation.  But you are aware that
13   many small business owners were struggling trying to
14   figure out how to apply for these loans; isn't that
15   correct?
16          MS. AHN:  Objection.  Speculation.  Foundation.
17          THE COURT:  Sustained.
18   Q   BY MR. JOHNSON:  Are you aware of the small --
19   whether small businesses were struggling to try to figure
20   out how to apply for these loans?
21   A      No.
22   Q      When -- there is also a definition of how long it
23   takes to read this form; correct?
24   A      Yes.
25   Q      So this 4-page form, it says that the individuals
```

```
 1    had -- it was expected that they could read this in eight

 2    minutes?

 3    A      Yes.

 4    Q      And that is for English speakers; correct?

 5    A      Yes.

 6    Q      Final question, is it possible for the loan

 7    application to be submitted by mobile phone?

 8           THE COURT:  By what?

 9    Q   BY MR. JOHNSON:  By a mobile phone?

10    A      For PPP, I do not know.  It would depend on the

11    participating lender.

12    Q      Understood.

13           MR. JOHNSON:  No further questions, your Honor.

14           THE COURT:  Any other counsel have questions?

15               Thank you, ma'am, for being here.

16               Next witness.

17           THE WITNESS:  Thank you.

18           MR. FENTON:  The government calls Mark Zindroski.

19           MR. JOHNSON:  Your Honor, Peter Johnson.  I

20    requested a limiting instruction for this witness.

21           THE COURT:  Next witness.

22           THE CLERK:  The witness will please step forward.

23         (The witness was sworn.)

24           THE CLERK:  Please state your name and spell it

25    for the record.
```

```
 1          THE WITNESS:  Mark Anthony Zindroski,

 2     Z-I-N-D-R-O-S-K-I.

 3

 4                    DIRECT EXAMINATION

 5     BY MR. FENTON:

 6     Q     Good morning, Mr. Zindroski.

 7     A     Morning.

 8     Q     Can you tell where do you currently live?

 9     A     Pardon?

10     Q     Where do you currently live?

11     A     I live at 16417 Tulsa Street, Granada Hills, 91344.

12     Q     All right.  And what, if anything, do you do for

13     employment?

14     A     Pardon?

15     Q     What, if anything, do you do for employment?

16     A     I am a general contractor, semi retired.

17     Q     And do you own your own company?

18     A     Yes.

19     Q     And what is your company name?

20     A     Top Quality Contracting Services.

21     Q     And when did you start your company?

22     A     About 35 years ago.

23     Q     Are you the sole owner of that company?

24     A     Always have been.  Yes.

25     Q     And do you have any employees?
```

```
 1    A      No, sir.

 2    Q      So is it fair to say that you are the only person

 3    working for Top Quality contracting?

 4    A      I didn't understand that.

 5    Q      So is it fair to say that you are the only person

 6    working for Top Quality contracting?

 7    A      Yes.

 8    Q      Are you familiar with the Paycheck Protection

 9    Program or PPP program?

10    A      I have heard about it, yes.

11    Q      Have you ever applied for a PPP loan?

12    A      Never.

13    Q      I am showing you what has been previously admitted

14    as Government Exhibit 2E.

15    A      Okay.

16    Q      Directing your attention to the top of the page, do

17    you see your name there at the top?

18    A      Yes.

19    Q      And is that the name of your company to the right?

20    A      It is missing the services, but, yes, Top Quality

21    contracting, yes.  That is me.

22    Q      Did you submit this PPP loan application?

23    A      No, sir.

24    Q      Did you authorize anyone to submit this PPP loan

25    application --
```

```
 1    A      No, sir.

 2    Q      -- on behalf of your company?

 3    A      No.

 4    Q      To your knowledge, did you ever receive any PPP

 5    loan money?

 6    A      Never.

 7         MR. FENTON:  If we can just go back to the top of

 8    that page again.

 9    Q      If you look to the right it says business TIN/EIN.

10    Is that your EIN number?

11    A      I have never had one.

12    Q      Top Quality contracting has never had an EIN

13    number?

14    A      I have my license number 696119.

15    Q      But not an Employer Identification Number?

16    A      Yeah.  Never.

17    Q      How about that telephone number, the business phone

18    number to the right, is that your telephone number?

19    A      Let's see.  No.

20    Q      And what about that e-mail address?

21    A      Pardon?

22    Q      And what about the e-mail address?

23    A      No.  Not at all.

24         MR. FENTON:  All right.  Let's turn to page 3.

25    Let's go to the bottom of the page.
```

```
 1    Q      So directing your attention, sir, to the bottom of
 2    the page there, is this your signature?
 3    A      No, sir.
 4    Q      And let's turn to page 47.
 5           Sir, is this your driver's license?
 6    A      No.
 7    Q      Okay.
 8    Q      Is that your address?
 9    A      It is off to the -- turn it around.
10    Q      16417 Tulsa Street?
11    A      That is me.  Yeah.
12    Q      That is you, but that is not you; correct?
13    A      Yeah.  It is not me, but that address is mine.  And
14    my birth date is mine.
15    Q      But that is not your driver's license?
16    A      That is not my driver's license or my driver's
17    license number I see.
18    Q      Does Top Quality contracting have a bank account?
19    A      Yes.
20    Q      Where do you bank?
21    A      Bank of America.
22    Q      Do you bank anywhere else?
23    A      No, sir.
24    Q      All right.
25           MR. FENTON:  Your Honor, permission to publish
```

```
1    Government Exhibit 1F to the jury.

2             THE COURT:  Okay.

3             MR. FENTON:  And can we blow up the top of this

4    document.

5    Q    All right.  Do you see the name of your business

6    there Top Quality contracting?

7    A    Yes.

8    Q    Did you ever open an account in the name of Top

9    Quality contracting at Wells Fargo?

10   A    No.

11   Q    Did you authorize anyone to open up a bank

12   account --

13   A    Never.

14   Q    -- at Wells Fargo using your business' name?

15   A    No.

16   Q    Do you see the name there, Ulia Zhadko?

17   A    Yes.

18   Q    Do you know anyone named Ulia Zhadko?

19   A    No, sir.

20   Q    Has anyone named Ulia Zhadko ever worked for you as

21   an employee at Top Quality contracting?

22   A    No.  Never.

23   Q    Let's go to page 2 at the bottom.  All right.  Just

24   a couple more questions.

25             Sir, do you see there at the bottom where it
```

```
 1   says your name?

 2   A     Yes.

 3   Q     Next to it is signature?

 4   A     No.

 5   Q     Well, to the right.  Do you see the signature to

 6   the right?

 7   A     No.  And that is my father's address.

 8         THE COURT:  What was the question?  Does he see

 9   the signature, or is it his signature?  What was the

10   question?

11         MR. FENTON:  Yes, your Honor.

12   Q     The first question is can you see the signature,

13   Mr. Zindroski?

14   A     Yes.

15   Q     Is that your signature?

16   A     No.

17   Q     And how about that address.  Is that your address?

18   A     That was my father's address.  And mine when I was

19   a kid.

20   Q     All right, sir.  Thank you, sir.

21         MR. FENTON:  No further questions?

22         THE COURT:  Cross-examination?

23         MR. LITTRELL:  Your Honor, can we take a 5-minute

24   break before cross-examination.  I don't intend to

25   cross-examine the witness, but we need --
```

```
 1          THE COURT:  You need a 5-minute break.

 2          MR. LITTRELL:  Yes, your Honor.

 3          THE COURT:  What time is it?

 4          THE CLERK:  It is 10:30.

 5          MR. RAM:  We can cross in five minutes and be

 6     done.

 7          THE COURT:  This will be the morning recess.

 8               We will take the morning recess as I told you

 9     now for 10 minutes to refresh yourselves, and then we

10     will go on until 12:00 o'clock.  Thank you.

11          (Recess from 10:31 to 10:48 a.m.)

12          (The following proceedings were held in the

13           presence of the jury:)

14          THE COURT:  Cross-examination?

15

16                    CROSS-EXAMINATION

17     BY MS. NEWCOMER:

18     Q     Good morning, Mr. Zindroski.

19     A     Morning.

20     Q     You learned that a PPP loan had been applied for in

21     your company's name when the government contacted you; is

22     that correct?

23     A     Yes.

24     Q     You don't know whether Manuk Grigorian submitted

25     that application; correct?
```

```
 1   A      Pardon.

 2   Q      You don't know whether a man named Manuk Grigoryan

 3   is the one who submitted the application in your

 4   company's name; correct?

 5   A      I don't know who.

 6   Q      You don't know whether any of the defendants

 7   sitting at this table are the ones who submitted the loan

 8   application in your company's name?

 9         THE COURT:  Why isn't the government objecting?

10         MR. FENTON:  Objection, your Honor.

11         THE COURT:  Sustained.

12         MS. NEWCOMER:  Thank you, your Honor.

13         MS. AHN:  Your Honor, we request that the question

14   be struck from the record.

15         THE COURT:  When I sustain an objection, the

16   question and the answer have no bearing on the case.

17         MS. AHN:  Thank you, your Honor.

18         THE COURT:  Now, if it is unclear, the answer is

19   struck.

20              Now, call your next witness.  Let's go.

21         MR. PAETTY:  Your Honor, the United States calls

22   Brianna Fitzgerald.

23         THE COURT:  You should get these witnesses lined

24   up so we don't have to wait for them to come in.  You

25   know who the order is.
```

```
 1              MS. AHN:  Yes, your Honor.

 2          (The witness was sworn.)

 3          MR. PAETTY:  Your Honor, at this time the

 4   government would move to admit Government's 51A under

 5   federal rule of evidence 803(8) and 803(10).

 6          THE COURT:  Proceed.

 7          THE CLERK:  Please state your full name and spell

 8   it for the record.

 9          THE WITNESS:  My full name is Breanna,

10   B-R-E-A-N-N-A.  Last name Fitzgerald,

11   F-I-T-Z-G-E-R-A-L-D.

12

13                   DIRECT EXAMINATION

14   BY MR. PAETTY:

15   Q     Good morning.  Ms. Fitzgerald, where do you work?

16   A     I work for the Department of Motor Vehicles.

17   Q     And what do you do for the DMV?

18   A     At the DMV, I am a senior motor vehicle technician

19   also known as a SMVT.

20   Q     How long have you been in that job?

21   A     For this position, I have been in this position for

22   two months now.

23   Q     And what do do you in that job?

24   A     As a SMVT, my duties are to process vehicle

25   registration, driver's license, ID's, occupational
```

1    license applications with the highest level of expertise

2    to review fraud, possible fraud, to process complex

3    transactions such as lien sales or complex transactions.

4    Also, to provide customer service and to mediate customer

5    complaints as well as assist our training staff and

6    assist my management staff or whatever else is needed.

7    Q       Are you familiar with the types of records that are

8    kept by the DMV?

9    A       I am.

10   Q       Are names kept as part of DMV records?

11   A       Yes, they are.

12   Q       Are driver's license numbers kept as part of DMV

13   records?

14   A       Yes, they are.

15   Q       Are dates of birth kept as DMV records?

16   A       Yes, they are.

17   Q       Are those records kept in a database?

18   A       Yes.

19   Q       Do you have access to that database as part of your

20   job?

21   A       Yes, I do.

22   Q       Is that database searchable?

23   A       Yes, it is.

24   Q       Do you know how to run searches on it?

25   A       Yes, I do.

```
 1   Q      Is it part of the regular course of your job duties
 2   to run searches in the DMV database?
 3   A      Yes, it is.
 4   Q      Can you generate reports based on those searches?
 5   A      Yes, we can.
 6   Q      I will show you what has been admitted as
 7   Government's Exhibit 51A.  Are there names, a set of
 8   names, driver's license and dates of birth in paragraph 6
 9   here?
10   A      Yes, they are.
11   Q      And did you run a search of names and the driver's
12   license numbers that are listed here and the dates of
13   birth?
14   A      Yes, I did.
15   Q      Did you run a search for Ulia Zhadko?
16   A      Yes, I did.
17   Q      One moment, please.
18          So for Ulia Zhadko, driver's license B66244
19   with a date of birth January 15th, 1990?
20   A      Yes, I did.
21   Q      What process did you use to run that search?
22   A      Per training, to locate or look up a customer's
23   vehicle record or ID record if you will, we do use the
24   DOB database.
25          So, first, it is two searches.  Since I was
```

1    given a driver's license number and a name and birth

2    date.  So the first search allows you to type in the

3    first and last name and birth date, and then it comes up

4    with a record.  And the second search will allow you to

5    put in specifically only the driver's license or ID

6    number to pull up a record.

7    Q    What was the result of that search here?

8    A    For customer Zhadko, when I typed in the name and

9    birth date, there was no record.  When I typed in the

10   driver's license, number there was also no record.

11   Q    Is that an invalid license?

12   A    Correct.

13   Q    Did you also run a search for Ulia Zhadko with

14   driver's license number C8924483 and a date of birth

15   January 15th, 1990?

16   A    Yes, I did.

17   Q    Was that also a three-point check?

18   A    That was also a three-point check.

19   Q    Where were the results of that search?

20   A    So, again, with the first and last name and birth

21   date, there was no hit, no match or no record, and, also,

22   for the driver's license number, there was no hit, no

23   match, no record.

24   Q    So was that an invalid license?

25   A    Invalid license.  Yes.

```
 1   Q      Did you also run a search for Victoria Kauichko,
 2   the driver's license number D3257870 and a date of birth
 3   January 9th, 1989?
 4   A      Yes, I did.
 5   Q      Was that also a three-point search?
 6   A      That was also a three-point search, yes.
 7   Q      What were the results of that?
 8   A      So with the name, Victoria Kauichko, hope I am
 9   saying that right, the system is set up to when you put
10   in the name, if there is a record that is similar, it
11   does come up.  So with this particular name and birth
12   date, the same spelling for Viktoria came up, but the
13   last name was different and the birthday was different.
14   So with the three-point match, it is not the same record.
15   It is not the person in the other record.  And, then, for
16   the driver's license, there was a record, but it was for
17   a three-point match not the same name and birth date so
18   it is not the same record.
19   Q      So does this record belong to someone else?
20   A      Belongs to someone else.  That's correct.
21   Q      Did you also run a search for Anton Kudiumov with
22   driver's license A6001420 and a date of birth March 19th,
23   1994?
24   A      Yes, I did.
25   Q      Was that a three-point check?
```

1   A      That was a three-point check, name and birth date,

2   no record, no match, no hit.  For the driver's license

3   number, there was a record, but per the three-point

4   match, it is not -- it doesn't match.  It is an invalid

5   record.  Not the same person.

6   Q      How about for Anton Kudiumov, driver's license

7   number D6343561 and a date of birth March 19th, 1994?

8   A      Yes, I ran that as well.

9   Q      Was that a three-point check?

10  A      Three-point check.  The name and birth date, no

11  record, no hit or match.  The driver's license, there was

12  a record, but per three-point match after verifying the

13  record does not belong to Anton Kudiumov.

14  Q      How about for Anna Dzukaeva, driver's license

15  number A8002470, date of birth, November 29th, 1995?

16  A      Yes, I ran that record as well.

17  Q      And was that a three-point check?

18  A      Yes.  Three-point check.  On the first name, last

19  name, there was no record.  And then the driver's license

20  number that was given, there was also no hit, no match,

21  no record.

22  Q      How about for Medel Murat, driver's license number

23  Y3081786 and a date of birth, April 25th, 1994?

24  A      Yes, I ran that record as well.

25  Q      And what was the result of that?

1   A      Again, verifying the three-point match with a first

2   and last name and birth date, there was no record, no hit

3   or match.  However, the driver's license number, there

4   was a record but per the three-point match and training,

5   this record does not belong to the person.

6   Q      Let's continue to Anna Manukyan, driver's license

7   Y3365633 and date of birth November 2nd, 1984.  Did you

8   run a three-point check for that?

9   A      I did run a three-point check for that.

10  Q      And what were the results?

11  A      The results were the same.  So the record did

12  belong to Anna Manukyan, and the driver's license number

13  was verified it does belong to that person.

14  Q      And the last name on the list, Roza Avakyan,

15  driver's license No. D36423006 and a date of birth

16  April 23rd, 1924?

17  A      Yes.  I ran that record as well.

18  Q      And what were the results of that?

19  A      The results of that, it did come back as a match.

20  The name, birth date and driver's license belonged to

21  that person.

22  Q      Was that expired?

23  A      Yes.  It was expired.

24  Q      Was it renewed?

25  A      No, it was not.

```
 1          MR. PAETTY:  No further questions, your Honor.
 2          THE COURT:  Cross-examination.
 3
 4                     CROSS-EXAMINATION
 5   BY MR. KEOUGH:
 6   Q    Good morning, Ms. Fitzgerald.
 7   A    Good morning.
 8   Q    You testified that as part of your work at the DMV,
 9   the DMV keeps records of driver's licenses?
10   A    Correct.
11   Q    And that you were asked to run certain searches to
12   determine if the information from the licenses was found
13   in your database?
14   A    Right.
15   Q    One of those licenses that we heard about just now
16   was Victoria Kauichko, and you recall running that
17   search?
18   A    Yes, I do.
19   Q    And you didn't find any information that they asked
20   you to search for?
21   A    No.  I did not find a record for that person.
22   Q    And you determined that that was thus an invalid
23   license?
24   A    Yes.  That is correct.
25   Q    And that the record didn't belong to Victoria
```

1    Kauichko, must have belonged to someone else?

2    A    Correct.

3    Q    And you can't tell us, though, whether that someone

4    else was, for instance, a man named Manuk Grigoryan?

5    A    No, I couldn't tell you that.

6    Q    And you couldn't tell us whether or not the person

7    who that record belongs to is a woman named Tamara

8    Dadyan?

9    A    No, I cannot.

10   Q    You also testified you searched for a license with

11   the name Anton Kudiumov?

12   A    Correct.

13   Q    And you recall that that search revealed no

14   information?

15   A    For the name and birth date, there is no record for

16   that person.

17   Q    And, as a result, you determined it was an invalid

18   license?

19   A    Correct.

20   Q    And you determined that the record belonged to

21   someone else?

22   A    Correct.

23   Q    But you can't tell us whether or not that record

24   belonged to a man named Manuk Grigoryan?

25   A    No, I can not.

1   Q      And you can't tell us whether or not that record

2   belonged to a woman named Victoria Kauichko?

3   A      Well, okay.

4   Q      Excuse me.  A woman named Tamara Dadyan?

5   A      Okay.  I apologize.  On the record, it has a

6   specific name and birth date.  So I can say that I don't

7   recall the name, but it would tell you whose name it is

8   as far as if a record does come up, it does show a first

9   name, last name and a birth date.  So I would be able to,

10  if I see the record if it is that person, but I don't

11  recall those names.

12  Q      Fair enough.  Now, you also testified about running

13  a search for a driver's license in the name of Anna

14  Manukyan.  Do you recall that?

15  A      Yes.

16  Q      And do you recall as part of that search, were you

17  asked to cross-reference information for Anna Manukyan to

18  see if there was any relationship with a man named Manuk

19  Grigoryan?

20  A      No.  I was not asked to that.

21  Q      You also testified that you ran a search for a

22  license in the name of Ulia Zhadko?

23  A      Correct.

24  Q      And when you ran that search, no information came

25  back?

```
1    A      Correct.

2    Q      So you determined that was an invalid license?

3    A      That is correct.

4    Q      As part of that search were you asked to

5    cross-reference any information against information

6    belonging to a man named Manuk Grigoryan?

7    A      No, I was not.

8    Q      And were you asked to cross-reference any

9    information belonging to a woman named Tamara Dadyan?

10   A      No, I was not.

11   Q      And you can't tell us whether or not the someone

12   else that record belonged to was a man named Manuk

13   Grigoryan; correct?

14   A      Correct.

15   Q      And you can't tell us whether the record, the

16   someone else that record belonged to was a woman named

17   Tamara Dadyan; correct?

18   A      Correct.

19   Q      In fact, you can't tell us for the invalid licenses

20   who any of those records belonged to?

21   A      No because it is a security breach, but, if I have

22   the record pulled up, I could tell you the name.  But,

23   no, I wouldn't be able to tell you right now to confirm

24   that that is the name that is on the record.  What I can

25   tell you is the driver's license number based on the
```

```
 1   information that was given to me did not match the name
 2   and birthday that was given to me.  Those did not match.
 3   Q     Thank you, Ms. Fitzgerald.
 4         THE COURT:  Anyone else?
 5         MR. LITTRELL:  No, your Honor.
 6         THE COURT:  Thank you, ma'am.  Thank you for being
 7   here.
 8         THE WITNESS:  Thank you.
 9         THE COURT:  You are excused.
10            Call the next witness.
11         MR. FENTON:  The government calls Jack Runyan.
12         THE CLERK:  The witness will please step forward.
13         (The witness was sworn.)
14         THE COURT:  Mr. Fenton, when you speak, is it
15   possible to drop your mask, or do you feel more
16   comfortable with the mask over your mouth?
17         MR. FENTON:  I can drop my mask.
18         THE COURT:  Okay.  It would be helpful.
19         MR. FENTON:  Yes, your Honor.
20         THE CLERK:  The witness will please state his name
21   and spell it for the record.
22         THE WITNESS:  Full name, Jack Lloyd Runyan,
23   J-A-C-K, L-L-O-Y-D, R-U-N-Y-A-N.
24         THE CLERK:  Thank you.
25   ///
```

```
 1                    DIRECT EXAMINATION
 2   BY MR. FENTON:
 3   Q     Good morning, Mr. Runyan.
 4   A     Good morning.
 5   Q     What town and state do you currently live in?
 6   A     Clovis, California.
 7   Q     And what, if anything, do you do for employment?
 8   A     I have a tax practice.  I do prepare income tax
 9   returns.
10   Q     And do you own your own company?
11   A     Yes, I do.
12   Q     What is your company named?
13   A     It is Runyan Tax Service, Inc.
14   Q     And when did you start your company?
15   A     I incorporated in 2003.
16   Q     And are you the sole owner of the company?
17   A     Yes, I am now.
18   Q     Who previously -- who, if anyone, previously owned
19   the company with you?
20   A     My late wife owned half of it.
21   Q     But you are currently the sole owner?
22   A     Yes.
23   Q     Do you have any employees who work for you?
24   A     No, I do not.
25   Q     Has Runyan Tax Service, Inc. ever had any employees
```

```
 1   other than yourself?
 2   A      My wife while she was living.
 3   Q      Anyone else?
 4   A      No.
 5   Q      What does a tax preparer do?
 6   A      Well, I meet with clients, gather information,
 7   gather income, report the income and expenses related to
 8   the individual or corporation or partnership and then
 9   prepare the tax return to be filed with the IRS and the
10   state that they live in.
11   Q      And approximately how many clients did you have in
12   2019?
13   A      2019?  230.
14   Q      And approximately how many clients did you have in
15   2020?
16   A      235.
17   Q      Do you have a -- what types of clients do you have?
18   Do you have individuals?
19   A      I have individuals, some corporations, some
20   partnerships and some trusts.
21   Q      And do you have a system for keeping track of your
22   clients?
23   A      Prior information, prior years tax returns, and I
24   keep a ledger.
25   Q      A ledger with the names of your clients?
```

```
 1    A     Yes.

 2    Q     So would you say that you know the name of each of

 3    your clients?

 4    A     Oh, definitely.

 5    Q     And how do you know?

 6    A     Well, my clientele is mainly clients that I have

 7    had for I would say 20 to 30 years of service except for

 8    occasionally I will pick up a new client.

 9    Q     Sir, are you familiar with the Paycheck Protection

10    Program or the PPP program?

11    A     Not totally.  I am familiar with it, but I don't

12    know the details of it.

13    Q     All right.  Have any of your clients asked you to

14    assist them to apply for a PPP loan?

15    A     No.

16    Q     All right.

17          MR. FENTON:  Your Honor, permission to publish for

18    the jury Government Exhibit 2P.

19          THE COURT:  Go ahead.

20    Q     BY MR. FENTON:  Mr. Runyan, showing you what has

21    previously been admitted as Government's Exhibit 2P, and

22    I am going to direct your attention to a specific

23    document within this form -- within this file.

24          Sir, are you familiar with this type of form?

25    A     Yes.  It is a 940, a payroll tax report.
```

```
1    Q      And what is a Form 940?

2    A      940 is an annual report for federal unemployment

3    tax.

4    Q      Okay.  And is there a quarterly version of these

5    types of filings as well?

6    A      Yes.  That is a 941.

7    Q      All right.  Do you -- in the course of your

8    business, do you help clients prepare Form 940's?

9    A      Currently, no.  I used to, but, currently, no.

10   Q      And when you say used to, how long ago did you use

11   to prepare those forms?

12   A      Probably was five, ten years ago, just one or two

13   corporations or businesses.

14   Q      And would the same be true with respect to Form

15   941's?

16   A      Yes.

17   Q      Turning back this document at the top of page 1,

18   there is a name on this form.  We are going to magnify

19   the top here, Mr. Runyan.

20          So at the top of the form it says Ulia Zhadko.

21   Is Ulia Zhadko a client of yours?

22   A      No, he is not.

23   Q      Do you know anybody named Ulia Zhadko?

24   A      No, I do not.

25   Q      What about this company name that is listed here,
```

```
1   Turing Info Solutions, Inc.

2           Is that a client of yours?

3   A     No, they are not.

4   Q     Have you ever heard of that company before?

5   A     No, I have not.

6         MR. FENTON:  Let's scroll down to the next page.

7   Go to part 6.

8   Q     Sir, can you see here at the bottom it says "paid

9   preparer use only"?

10  A     Yes.

11  Q     And do you see your name listed?

12  A     Yes, I do.

13  Q     Were you ever the designee for an individual named

14  Ulia Zhadko?

15  A     No, I was not.

16  Q     Or for a company called Turing Solutions?

17  A     No, I was not.

18  Q     And did you prepare this form?

19  A     No, I did not.

20  Q     Has Runyan Tax Service, Inc. ever submitted an

21  application for a PPP loan?

22  A     Not that I am aware of.

23  Q     To your knowledge, have you ever received any PPP

24  loan money?

25  A     No, I have not.
```

```
 1          MR. FENTON:  Your Honor, permission to publish
 2   Government Exhibit 2N.
 3          THE COURT:  Go ahead.
 4   Q    BY MR. FENTON:  Mr. Runyan, showing you a document
 5   previously admitted, Government Exhibit 2N, have you ever
 6   seen this document before?
 7   A    No, I have not.
 8   Q    All right.  Directing your attention to the top of
 9   the page, what is the name of the business listed here?
10   A    Runyan Tax Service, Inc.
11   Q    And is that your business, sir?
12   A    Yes, it is.
13   Q    Turning the page -- let's turn to page 2 and about
14   to the bottom of the page.  Do you see at the bottom of
15   the page there, sir, it lists the CEO of Runyan Tax
16   Service, Inc.?
17   A    I see the name.
18   Q    And what name do you see?
19   A    Viktoria -- I can't pronounce that.  Kauichko.
20   Q    Do you know this individual, sir?
21   A    No, I do not.
22   Q    Does this individual work for Runyan Tax Service?
23   A    They do not.
24   Q    Is this individual a client of Runyan Tax Service,
25   Inc.?
```

```
 1   A       No, they are not.
 2   Q       Did you ever authorize anyone to submit this
 3   application on your behalf?
 4   A       No, I did not.
 5   Q       All right.  Turning your attention to page 23 of
 6   the exhibit.  All right.
 7           Sir, do you recognize this form?
 8   A       Yes.  It is a 940.
 9   Q       Okay.  Was the name -- and you see the name
10   Victoria Kauichko and the company Runyan Tax Service
11   listed there at the top?
12   A       Yes.
13   Q       Let's scroll down to the next page, and it says
14   here at the bottom for preparer use only.  The preparer's
15   name is Jack Runyan.  Is that true, sir?
16   A       Yes.
17   Q       Were you the preparer of this form?
18   A       No, I was not.
19   Q       Did you ever submit a Form 940 on behalf of your
20   company?
21   A       No, I did not.
22   Q       And did you authorize anyone to use your name to
23   prepare a 940 on behalf of your company?
24   A       No, I did not.
25   Q       All right, sir.  I would like to show you just one
```

```
 1    more exhibit.
 2           MR. FENTON:  Your Honor, permission to publish for
 3    the jury Government Exhibit 1P.
 4           THE COURT:  Go ahead.
 5    Q    BY MR. FENTON:  Mr. Runyan, does Runyan Tax Service,
 6    Inc. have a bank account?
 7    A     Yes.
 8    Q     And where does it bank?
 9    A     Bank of America.
10    Q     All right.  I am showing you Government Exhibit 1P,
11    do you recognize this document?
12    A     No, I do not.
13    Q     And this says the account title is Runyan Tax
14    Service, Inc., and that is your company, sir; correct?
15    A     Yes.
16    Q     And the account owner is Victoria Kauichko.  Do you
17    see that?
18    A     Yes, I do.
19    Q     Did you ever authorize anyone named Victoria
20    Kauichko to open a Bank of America account in the name of
21    your company?
22    A     No, I did not.
23    Q     Thank you, sir.
24           MR. FENTON:  No further questions.
25           THE COURT:  Cross-examination.
```

```
 1          MS. NEWCOMER:  Yes, your Honor.

 2

 3                     CROSS-EXAMINATION

 4   BY MS. NEWCOMER:

 5   Q     Good morning, Mr. Runyan?

 6   A     Morning.

 7   Q     You learned that your, the name of your tax

 8   business was used on PPP loan applications when the

 9   government reached out to you to discuss that; is that

10   correct?

11   A     No.

12   Q     How did you find out, then?

13   A     I'm sorry.  I don't understand the question.

14   Q     Sure.  I will ask it better.  Did you learn from

15   the government that your company's name, Runyan Tax

16   Service, had been used on PPP loan applications?

17   A     You mean the IRS?

18   Q     Yes.

19   A     They contacted me, yes.

20   Q     And before the IRS contacted you, did you know that

21   your company's name had been used?

22   A     No.

23   Q     And you don't know who created the Form 940 forms

24   using Runyan Tax Service's name; is that right?

25   A     Correct.
```

```
 1  Q      Thank you.

 2          MS. NEWCOMER:  No further questions.

 3          THE COURT:  Okay.  Anything else?

 4          MR. LITTRELL:  No, your Honor.

 5          THE COURT:  All right.  Thank you, sir.  Thank

 6  you.

 7              Mr. Runyan, thank you for being here.  You are

 8  excused.  Thank you.

 9              Call the next witness.

10          MR. PAETTY:  Your Honor, the United States calls

11  Victoria Hernandez.

12          THE CLERK:  The witness will please step forward.

13          (The witness was sworn.)

14          THE CLERK:  Please have a seat and state your full

15  name and spell it for the record.

16          THE WITNESS:  Victoria Hernandez,

17  H-E-R-N-A-N-D-E-Z.

18

19                      DIRECT EXAMINATION

20  BY MR. PAETTY:

21  Q      Good morning, Ms. Hernandez.

22  A      Good morning.

23  Q      Where do you work?

24  A      I work for the Internal Revenue Service.

25  Q      What do you do for the IRS?
```

```
1    A    I am a court witness coordinator.

2    Q    What does a court witness coordinator do?

3    A    I represent the commissioner in his role as a

4    custodian of records.  I review tax returns and

5    transcripts and certify that they are true, valid copies

6    of what is on the tax payer's account.

7         THE COURT:  Could you keep your voice up a little

8    bit.

9         THE WITNESS:  Sure can.  Thank you.  Sorry.

10   Q    BY MR. PAETTY:  There is a microphone in front of

11   you, Ms. Hernandez.  You can speak into that too.

12   A    Okay.

13   Q    How long have you been doing that job?

14   A    I have been in this position for one year.

15   Q    And how long have you been with the IRS?

16   A    For 13 years.

17   Q    What job did you have before being a court witness

18   coordinator?

19   A    I was a customer service representative.

20   Q    Does the IRS have a record-keeping system?

21   A    Yes, we do.

22   Q    Are you familiar with it?

23   A    Yes, I am.

24   Q    Do you work with that system in the regular course

25   of your job?
```

1    A       Yes, I do.

2    Q       What is that system?

3    A       It is called the IRS master file.  We access -- it

4    is an interface that we use to access our integrated data

5    retrieval system that we can get information off of.

6    Q       Is that used in the regular course of business at

7    the IRS?

8    A       Yes, it is.

9    Q       What kinds of records are kept there?

10   A       Tax return information, tax filings, taxpayer

11   account information.

12   Q       Can searches be run on it?

13   A       Yes, they can.

14   Q       Do you know how to conduct searches on that system?

15   A       Yes, I do.

16   Q       Do you do that as a regular part of your job?

17   A       Yes, I do.

18   Q       Were you asked by the United States Attorney's

19   office to conduct searches of IRS records related to this

20   case?

21   A       Yes, I was.

22   Q       I will show you Government's Exhibit 47.

23           MR. PAETTY:  Mr. Cruz, is there a way to display

24   it to the witness for identification?

25   Q       Do you recognize this document?

```
 1    A      There is nothing on here as of yet.

 2    Q      Do you see the document now, Ms. Hernandez?

 3    A      Yes, I do.

 4    Q      And do you recognize this?

 5    A      Yes, I do.

 6    Q      How do you recognize it?

 7    A      It is a certification of lack of records.

 8    Q      And are these certifications kept in the regular

 9    course of the IRS business?

10    A      Yes, it is.

11    Q      Are they kept in the database?

12    A      Yes, it is.

13         MR. PAETTY:  Your Honor, the government moves to

14    admit under Federal Rule of Evidence 803(8) and 803(10)

15    Government's Exhibit 47.

16         THE COURT:  Proceed.

17    Q    BY MR. PAETTY:  So, as you stated, Ms. Hernandez,

18    there are more than one of these.  How many certificates

19    are in Exhibit 47?

20    A      Approximately 87.

21    Q      And did you run searches for the tax records for

22    each of the companies and the EIN's that are listed in

23    Exhibit 47?

24    A      Yes, I did.

25    Q      We won't look at all of them, but let's look at one
```

1    or two.  So directing your attention to the description

2    of records sought section.  I will highlight that.

3              So what is the company name -- what are the

4    records sought here in this certificate?

5    A     It is for a company Turing Info Solutions with an

6    Employee Identification Number of 85-2214789.

7    Q     And what documents were sought?

8    A     Form 1120 US Corporate Income Tax Return.

9    Q     What is a Form 1120?

10   A     It is a US income tax return for corporations.

11   Q     And did you run a search for tax records for Turing

12   Info Solutions for the --

13        THE COURT:  You know something, your voice is

14   trailing off.  You don't speak into the microphone.  Say

15   that again.

16        MR. PAETTY:  Yes, your Honor.

17   Q     So did you run a search for Turing Info Solutions

18   with Taxpayer Identification Number 85-2214789?

19   A     Yes, I did.

20   Q     And what were the results of that?

21   A     For the years that were listed on this certificate

22   of lack of record, there was no records found.

23   Q     What were those tax years?

24   A     Tax year 2018 and tax year 2019.

25   Q     Direct your attention now to page 75.  So that is

1    the same company name, Turing Info Solutions, the same

2    Taxpayer Identification Number 85-2214789.  The

3    information sought is a Form 940.  What is a Form 940?

4    A     Employer's Annual Federal Unemployment Tax Return.

5    Q     Did you run a search for records for Form 940 for

6    Turing Info Solutions?

7    A     Yes, I did.

8    Q     Is that for tax periods 2018 and 2019?

9    A     Yes.

10   Q     What were the results of that?

11   A     There was no returns found for those years.

12   Q     Page 76 of Exhibit 47.  Can you describe what the

13   description of records sought and the results are for

14   this document?

15   A     For Turing Info Solutions, Employer Identification

16   Number 85-2214789, we -- I researched for Form 941

17   employer's quarterly federal tax return.  And for the

18   years 2018, 2019 and the ending first quarter of 2020,

19   and there was no record of returns filed.

20   Q     So the searches that you ran for all of the

21   companies and taxpayer identification numbers in Exhibit

22   47, for all of those, what was the results?

23   A     There was no record of returns filed for those lack

24   of records.

25         THE COURT:  I didn't understand the question and

1    answer.  Can you repeat that?

2         MR. PAETTY:  Yes, your Honor.

3    Q    So you stated that you conducted searches for all

4    of the companies and Employer Identification Numbers in

5    Exhibit 47; is that right?

6    A    Yes, I did.

7    Q    And what were those results for the tax years

8    listed in Exhibit 47?

9    A    There were no returns listed for those years.

10   Q    For those companies and those identification

11   numbers?

12   A    Yes.

13        MR. PAETTY:  Mr. Cruz, can I show the witness

14   Government Exhibit 48 for identification.

15   Q    Ms. Hernandez, do you recognize these documents?

16   A    Yes, I do.

17   Q    How do you recognize them?

18   A    I was requested to research over these letters.

19   Q    What are they?

20   A    Fact-of-filing letters.

21   Q    What is a fact-of-filing letter.  It is a letter

22   stating of all filings for the years requested for that

23   company.

24   Q    And are these fact-of-filing letters kept in the

25   regular course of business of the IRS?

```
1    A    Yes, they are.

2    Q    And is this information located in the IRS

3    database?

4    A    Yes, it is.

5        MR. PAETTY:  Your Honor, the government moves

6    Exhibit 48 into evidence?

7        THE COURT:  Received.

8    Q    BY MR. PAETTY:  I will just ask you some questions

9    about some specific companies and EIN's that are in

10   Exhibit 48.

11       Did you run a search for tax records for G&A

12   Diamonds with an EIN 60-3252838?

13   A    Yes, I did.

14   Q    What were the results of that search?

15   A    There was no record of that Employer Identification

16   Number.  It is an invalid EIN.

17   Q    How about for Hart Construction, did you also run a

18   search for tax records for Hart Construction with EIN

19   54-8649260.

20   A    Yes, I did.

21   Q    What was the result of that search?

22   A    There was no record of an account.  That EIN is

23   invalid.

24   Q    Top Quality contracting.  Did you also run a search

25   for that company with EIN 82-5088385?
```

```
 1   A       Yes, I did.

 2   Q       What was the result of that search?

 3   A       The business that is tied to that Employer

 4   Identification Number was different than the business

 5   listed.

 6   Q       Did the EIN that you searched reference Top Quality

 7   contracting?

 8   A       No, it did not.

 9          MR. PAETTY:  No further questions, your Honor.

10          THE COURT:  Cross-examination.

11

12                        CROSS-EXAMINATION

13   BY MR. KEOUGH:

14   Q       Good morning.

15   A       Good morning.

16   Q       TIN is a Taxpayer Identification Number; correct?

17   A       Correct.

18   Q       And an employer can register for a TIN, and they

19   can use it when they file tax returns?

20   A       Correct.

21   Q       And similar idea with an Employer Identification

22   Number.  A business can register for an EIN but use it

23   when they file forms with the IRS?

24   A       Correct.

25   Q       Does a business need a TIN or an EIN in order to
```

1    operate?

2    A      Yes.

3    Q      So if a business doesn't have a TIN or an EIN, your

4    testimony is there is no way that could be a real

5    business?

6    A      Can you ask it -- I'm sorry.

7    Q      Would you agree that, for example, if there was a

8    sole proprietorship and somebody filed through their

9    personal income taxes, they might be operating a business

10   in the state where they live but they wouldn't

11   necessarily need a TIN or an EIN in order to file a tax

12   return because they would use their own Social Security

13   number?

14         MR. PAETTY:  Objection.  Lacks foundation.

15         THE COURT:  Sustained.

16   Q    BY MR. KEOUGH:  You testified about searches that

17   you ran through the IRS master file; correct?

18   A      Yes.

19   Q      And you testified about a search you ran for Turing

20   Info Solutions; correct?

21   A      Correct.

22   Q      And that search using a taxpayer identification

23   number returned no records?

24   A      For the years listed of this certificate.

25   Q      For the years you were asked to search, there were

1    no records?

2    A       Correct.

3    Q       And who asked you to run the searches for the

4    Turing Info Solutions information?

5    A       The Assistant U.S. Attorney.

6    Q       And who provided you the name Turing Info

7    Solutions?

8    A       The lack of record had it listed on there.

9    Q       So the Assistant U.S. Attorney provided you with

10   the taxpayer identification number and then you ran the

11   lack of record but found that it was associated with that

12   business name?

13   A       Excuse me?

14           MR. PAETTY:  Objection.  Misstates the evidence.

15           THE COURT:  Sustained.

16   Q    BY MR. KEOUGH:  You testified that you were provided

17   the Taxpayer Identification Number by the Assistant US

18   Attorney; correct?

19   A       Correct.

20   Q       And when you ran that search, you found that the

21   Taxpayer Identification Number was associated with a name

22   called Turing Info Solutions; correct?

23           MR. PAETTY:  Objection.  Misstates the evidence.

24           THE COURT:  Sustained.

25           MR. KEOUGH:  As part of that search for Turing

1    Info Solutionss, were you asked to cross-reference any
2    information and determine whether that Taxpayer
3    Information Number was used by a man named Manuk
4    Grigoryan.
5           MR. PAETTY:  Objection.  Lacks foundation.
6           THE COURT:  Sustained.  I mean, the question is
7    was she asked to do it, and she can answer "yes" or "no".
8           MR. KEOUGH:  Thank you, your Honor.
9              You can answer.
10          THE WITNESS:  Can you repeat the question.
11   Q    BY MR. KEOUGH:  The question was as part of the
12   search that you testified to about the Turing Info
13   Solutions TIN, were you asked to cross-reference
14   information to determine whether this TIN was used by a
15   man named Manuk Grigoryan?
16   A    No.
17   Q    And were you asked to cross-reference information
18   to determine whether that TIN was used by a woman named
19   Tamara Dadyan?
20          MR. PAETTY:  Objection.  Vague as to
21   cross-reference.
22          THE COURT:  Can you ask the question more
23   specifically.
24          MR. KEOUGH:  Of course, your Honor.
25   Q    As part of the searches that you ran with Turing

```
 1    Info Solutions, were you provided with any information
 2    related to a woman named Tamara Dadyan and asked to
 3    determine if that information was associated with Turing
 4    Info Solutionss in the IRS master file?
 5    A      No.
 6           MR. KEOUGH:  Thank you.  No further questions.
 7           MR. LITTRELL:  No questions, your Honor.
 8
 9                      CROSS-EXAMINATION
10    BY MR. JOHNSON:
11    Q      Good morning.
12    A      Good morning.
13    Q      Were you asked to search for a company named Voyage
14    Limo?
15    A      I do remember the name in part of the searches that
16    I did, yes.
17    Q      Did you have a record that is related to Voyage
18    Limo being a legitimate company?
19           MR. PAETTY:  Objection.  Foundation.
20           THE COURT:  I couldn't hear the question.
21    Q    BY MR. JOHNSON:  Do you have a record -- You talked
22    about Exhibit 47; isn't that correct?
23    A      Yes.
24    Q      And did you review Exhibit 47 before testifying
25    today?
```

```
1    A    Yes.

2    Q    And inside of Exhibit 47, is there any reference to

3    a company called Voyage Limo?

4    A    Yes.

5    Q    And where is that?

6    A    The lack of records?

7    Q    Is there a lack -- yes.  Where is that inside

8    Exhibit 47?

9    A    I don't have it up here so there is a lot of lack

10   of records.

11   Q    So can the government show the witness Exhibit 47,

12   please.  While I am going through that, in terms of

13   Exhibit 48, is there a reference to Voyage Limo in

14   Exhibit 48?

15   A    I can't see Exhibit 48 up here.  Sorry.

16   Q    Did you review Exhibit 48 in advance of testifying

17   today?

18   A    Yes, I did.

19   Q    And do you recall whether there is a reference to

20   Voyage Limo in the Exhibit 48?

21   A    I can't recall.  I'm sorry.  I can only see the

22   lack of record up here.

23   Q    So, in reviewing, do you need the time to review

24   through the 87 pages of the exhibit to determine whether

25   Exhibit 48 has a reference to Voyage Limo?
```

```
 1              THE COURT:  I mean, can counsel help?
 2              MR. PAETTY:  Yes, your Honor, I can.
 3              THE COURT:  What is the answer?
 4              MR. PAETTY:  The answer is that there is a record.
 5   It is at Bates Range 147569, your Honor.
 6              May I approach the witness?
 7              THE COURT:  Yes.
 8              THE WITNESS:  Yes, I see it now.
 9   Q    BY MR. JOHNSON:  Do you have that record in front of
10   you?  What is the information related to Voyage Limo?
11   A    For the years listed and the forms listed as well,
12   there was no record of any forms being filed.
13   Q    And when a company is applying for a business --
14   they can apply for as a business under a sole
15   proprietorship; isn't that correct?
16   A    Correct.
17   Q    And a sole proprietorship would be listed under the
18   personal tax returns of the individual; isn't that
19   correct?
20   A    Correct.
21   Q    And that is in the form of the Schedule C; isn't
22   that correct?
23   A    Yes.
24   Q    And where there is a Schedule C, the person can
25   list inside the Schedule C business expenses; is that
```

```
1   correct?

2   A      Correct.

3   Q      And that Schedule C would also show whether they

4   had expenses for independent contractors; is that

5   correct?

6   A      Correct.

7   Q      Were you asked to look at the documents for the

8   personal records, the personal tax returns of Vahe

9   Dadyan?

10  A      No.

11  Q      Thank you.

12         MR. LITTRELL:  No further questions?

13         THE COURT:  Thank you, ma'am.  Ms. Hernandez, you

14  are excused.

15         THE WITNESS:  Thank you.

16         THE COURT:  Call the next witness.

17         MR. PAETTY:  Your Honor, may I approach to get the

18  folder back?

19         THE COURT:  Yes.

20         MR. FENTON:  The government calls Alexander Fard.

21         THE CLERK:  The witness will please step forward.

22         (The witness was sworn.)

23         THE CLERK:  Please be seated.

24             Please state your full name and spell it for

25  the record.
```

```
 1            THE WITNESS:  Alexander Benjamin Fard,

 2     A-L-E-X-A-N-D-E-R, B-E-N-J-A-M-I-N, F-A-R-D.

 3

 4                     DIRECT EXAMINATION

 5     BY MR. FENTON:

 6     Q      Good morning, Mr. Fard.

 7     A      Good morning.

 8     Q      Can you tell us what city and state do you live in?

 9     A      Sherman Oaks, California.

10     Q      And what, if anything, do you do for employment?

11     A      I am a CPA.  I run my own business.

12     Q      And what is the name of your business?

13     A      Fard Tax and Accounting.

14     Q      And do you have any employees?

15     A      One employee.

16     Q      And what does that employee do for you?

17     A      Some tax preparation and bookkeeping.

18     Q      Do they have their own clients?

19     A      No.

20     Q      All the clients are yours?

21     A      Yes.

22     Q      What does a tax preparer do?

23     A      Typically prepares income tax returns and other

24     types of tax return forms that are necessary in order to

25     be compliant.
```

```
 1    Q      And do you provide those tax services for your

 2    clients?

 3    A      Yes.

 4    Q      Do you provide any other types of services as well?

 5    A      I provide accounting services in addition to that

 6    so monthly account maintenance like bookkeeping.

 7           THE COURT:  Is it possible for you to take the

 8    mask down when you speak?  Thank you.

 9    Q      BY MR. FENTON:  How many clients did you have in

10    2019?

11    A      About 120.

12    Q      And how about 2020?

13    A      About 160.

14    Q      What types of clients do you have generally?

15    A      Individuals and small businesses.

16    Q      Do you have a system for keeping track of your

17    clients?

18    A      Multiple.

19    Q      And can you describe that system for the jury?

20    A      My first system is my tax preparation software in

21    which I can see my entire client list.  In addition to

22    that, I have a work flow management system called Jetpack

23    which allows me to keep track of multiple jobs for

24    clients.

25    Q      So would you say that you know the name of each of
```

1   your clients?

2   A      Yes.

3   Q      And are you familiar with the Paycheck Protection

4   Program or the PPP program?

5   A      Yes.

6   Q      And how are you familiar with that?

7   A      It was necessary information for me to know for my

8   clients in order to give them as good advice and guidance

9   as possible as their accountant.

10  Q      All right.  So have any of your clients asked you

11  to assist them to apply for a PPP loan?

12  A      Yes.

13  Q      What, if anything, did they specifically ask you to

14  do?

15  A      I have had two clients I have had to hold their

16  hands through the process of the PPP loan application.

17  Other than that, other clients have just requested the

18  documentation necessary to apply for a PPP loan.

19  Q      I am going to show you what was previously admitted

20  as Government Exhibit 2M.  All right.  Directing your

21  attention to page 8.

22         Do you recognize this type of document?

23  A      Yes.

24  Q      What is it?

25  A      This is an unemployment tax return that needs to be

1  filed annually.

2  Q     So what is an unemployment tax return?

3  A     So if you are an employer who has payroll, for the

4  first $7,000 of wages, you are required to pay $42 in

5  unemployment taxes.  This is the form that you use in

6  order to calculate that exact amount.

7  Q     And is there a quarterly version of those same

8  filings?

9  A     There is a quarterly payroll tax return, a Form 941

10  which is for Social Security and Medicare wages whereas

11  this is for unemployment wages or unemployment.

12  Q     And if a company were to have employees, you would

13  expect that they would submit both of those types of

14  forms?

15  A     Yes.

16  Q     Do you help your clients prepare these types of

17  forms, the Form 940's?

18  A     Occasionally.  I usually outsource it to a payroll

19  service in which I help my client set up the service and

20  the service will maintain the form filings for them.

21  Q     When you say payroll service, what type of service

22  are you referring to?

23  A     ADP, Gusto, Intuit full service payroll, and some

24  of my clients will use Heartland payroll as well.

25  Q     And would the same be true for the Form 940's as

1    well?

2    A     Yes.

3    Q     Turning back to this document at the top of page 1,

4    the name of the form, is Anton Kudiumov.

5          Do you see that, sir?

6    A     Yes.

7    Q     So the top there it says Anton Kudiumov.  Is Anton

8    Kudiumov a client of yours?

9    A     No.

10   Q     Do you know anyone named Anton Kudiumov?

11   A     No.

12   Q     How about the company that is named there.  Do you

13   see that company?

14   A     Yes, I do see it.

15   Q     Redline Auto Mechanics, is that a client of yours?

16   A     No, they are not.

17   Q     Do you know the company Redline Auto Mechanics?

18   A     No.

19   Q     Let's scroll down one page.  Let's look to part 6

20   here next to designee's name and phone number.  Can you

21   please tell what name you see listed there.?

22   A     That is my name, Alexander Fard.

23   Q     And are you the designee for Anton Kudiumov?

24   A     No.

25   Q     Are you the designee for Redline Auto Mechanics?

```
1    A     No.

2    Q     What about that telephone number there, is that

3    your telephone number?

4    A     No.  That is not my telephone number.

5    Q     All right.  Let's look down to the bottom of the

6    page where it says paid preparer use only.  Next to

7    preparer's name, it says Alexander Fard via Gusto

8    Payroll.

9              Do you work for Gusto Payroll?

10   A     No.

11   Q     And how about the rest of this information here, is

12   this information accurate information, the PTIN, for

13   example?  Let's talk about the PTIN.

14   A     The PTIN is not correct.

15   Q     What is a PTIN?

16   A     PTIN is a Preparer Tax Identification Number.  In

17   order to prepare tax returns for individuals, you must

18   register with the IRS, and they give you that number.

19   Q     Is this your PTIN?

20   A     No.

21   Q     Here it also lists an address.  Is this your

22   address?

23   A     That was an address that I had used previously.  It

24   was an address that I was meeting clients at.  Typically

25   speaking, I set my home base of operations as my house in
```

1    Sherman Oaks, and so I never actually used that address

2    in order to prepare or file any returns.  It was an

3    address that was used for me to meet clients.

4    Q    All right, sir.  We are going to take a look at

5    another exhibit.

6         MR. FENTON:  Your Honor, request permission to

7    publish to the jury Government Exhibit 2Q.

8         THE COURT:  Yes.

9         MR. FENTON:  We are going to scroll down to page

10   21.

11   Q    All right.  Sir, do you recognize this form of

12   document?

13   A    Yes.

14   Q    And what do you recognize this to be?

15   A    This is the quarterly payroll tax return for first

16   quarter of 2020.

17   Q    This was the form that we spoke about earlier; is

18   that right?

19   A    Yes.  So where the Social Security wages and

20   Medicare wages are reported.

21   Q    The top of the page there, it says the name Anna

22   Dzukaeva.  Is Anna Dzukaeva client of yours?

23   A    No.

24   Q    What about that company name that is stated there,

25   Six Star Farms.  Is that company a client of yours?

```
 1   A     No.

 2   Q     Do you know the name Six Star Farms?

 3   A     No.

 4   Q     Let's scroll to the next page at the bottom of the

 5   page here.  It says paid preparer use only, and next to

 6   preparer's name it says Alexander Fard via Gusto Payroll.

 7             Did you prepare this form, sir?

 8   A     No.

 9   Q     Did you authorize anyone else to prepare this form

10   on your behalf?

11   A     No.

12        MR. FENTON:  No further questions.  Thank you.

13        THE COURT:  Cross-examination.

14

15                    CROSS-EXAMINATION

16   BY MR. KEOUGH:

17   Q     Thank you, Mr. Fard, for coming in this morning.

18   You were just asked some questions about government

19   Exhibit 2M which was a PPP application filed by Anton

20   Kudiumov.

21             Do you recall that?

22   A     Yes.

23   Q     And is it fair to say that you learned that your

24   company's name had been used on these forms when the IRS

25   reached out to you?
```

```
 1   A       Could you repeat that question one more time.

 2   Q       Sure.  Let me ask it a different way.  Is it fair

 3   to say that before the IRS reached out to you to tell you

 4   that your company name had been used on these forms, you

 5   didn't know that someone had submitted this PPP loan

 6   application?

 7   A       Correct.

 8   Q       And is it fair to say that you have no idea who

 9   prepared these forms?

10   A       Correct.

11   Q       You were also asked questions about government

12   Exhibit 2Q which was a PPP application submitted by

13   someone named Anna Dzukaeva for a company named Six Star

14   Farms.  Do you recall that?

15   A       Yes.

16   Q       It is also true that you didn't know this

17   application had been submitted before the IRS reached out

18   to you?

19   A       Correct.

20   Q       And is it fair to say you don't know who submitted

21   the application or who created those forms?

22   A       Correct.

23   Q       Thank you, Mr. Fard.

24          THE COURT:  Any other cross-examination?

25          MR. LITTRELL:  No.
```

```
 1            THE COURT:  Thank you, sir.  You are excused.

 2              Next witness.

 3            MR. PAETTY:  Your Honor, the United States calls

 4   Pinal Modi.

 5            THE CLERK:  The witness will please step forward.

 6            (The witness was sworn.)

 7            THE CLERK:  Please be seated.

 8                 State your full name and spell it for the

 9   record.  Speak directly into the mic, please.

10            THE WITNESS:  Sure.  My name name is Pinal Modi,

11   P-I-N-A-L, and last name is M-O-D-I.

12            THE CLERK:  Thank you.

13

14                      DIRECT EXAMINATION

15   BY MR. PAETTY:

16   Q     Good morning, Ms. Modi.

17   A     Good morning.

18   Q     Where do you work?

19   A     I work for EDD, Employment Development Department,

20   State of California.

21   Q     What is your job there?

22   A     My job is a staff tax auditor and as a hearing rep.

23   I represent the department in the hearing.

24            THE COURT:  Ms. Modi, please speak more loudly in

25   the microphone.
```

```
1              THE WITNESS:  Sure.

2    Q     BY MR. PAETTY:  What is your job with EDD, Ms. Modi?

3    A     My job is as a staff tax auditor.

4    Q     I think you mentioned something else, a hearing

5    representative.  What is that?

6    A     Yes.  So as a staff tax auditor, I conduct the

7    audit of the payroll taxes, and I also represent, mainly

8    last five years, I am working as a hearing rep

9    representing the department in the court hearing.

10   Q     And are you a custodian of records for the EDD?

11   A     Yes, I do.

12             THE COURT:  What is EDD?  What is EDD?

13             THE WITNESS:  EDD is Employment Development

14   Department, State of California.

15   Q     BY MR. PAETTY:  And what does the Employment

16   Development Department do?

17   A     The Employment Development Department administers

18   the unemployment and the disability programs.  It also

19   administers the payroll taxes.  So state payroll taxes

20   filed with the EDD.

21   Q     And does it have a record -- does EDD have a

22   record-keeping system?

23   A     Yes, it does.

24   Q     Are you familiar with it?

25   A     Yes, I am.
```

1    Q     Do you work with it as a regular part of your job?

2    A     Yes, I am.

3    Q     What is the system?

4    A     The system is the name is ACES, Accounting

5    Compliance Enterprise System.

6    Q     Can you describe it?

7    A     So the system that we use, it stores the business

8    payroll information, the business locations, the address,

9    the federal ID and every quarterly federal return and the

10   federal filings with the EDD.

11   Q     Can searches be run on that system?

12   A     Yes, it can be done in that system.

13   Q     Do you know how to conduct those searches?

14   A     Yes, I do.

15   Q     Do you run searches in that system as part of your

16   job?

17   A     Yes.

18   Q     So were you asked by the United States attorney's

19   office to conduct searches of the EDD database related to

20   this case?

21   A     Yes, we were asked for that.

22         MR. PAETTY:  So, Mr. Cruz, I am going to show the

23   witness Exhibit 45 marked for identification,

24   Government's Exhibit 45.

25   Q     Do you recognize this document?

1    A     Yes, I do.

2    Q     How do you recognize it?

3    A     It is the EDD logo on the top, and I recognize it

4    as EDD document, and it is a certified document by the

5    EDD.

6    Q     And did you run -- did you run searches in the

7    database for the list of companies and EIN's that appear

8    on this document?

9    A     Yes, I did.

10   Q     Is this document a true and accurate copy of the

11   results of your searches?

12   A     Yes, it does.

13        MR. PAETTY:  Your Honor, move to admit Exhibit 45

14   under Federal Rule of Evidence 803(8) and 803(10.)?

15        THE COURT:  Proceed.

16        MR. PAETTY:  Permission to publish?

17        THE COURT:  Yes.

18   Q   BY MR. PAETTY:  So, Ms. Modi, the first column, the

19   taxpayer column, what is that.

20   A     The taxpayer column is the business name.

21   Q     How about the SSN, FEIN employer payroll tax

22   account number.  What is in that column?

23   A     For that column, the listed numbers are the federal

24   ID number that is associated with these businesses.

25   Q     So we will move over two columns to the records

1    column.  What is in this column?

2    A     I'm sorry.  Which column?

3    Q     The records column, two columns over?

4    A     Yes.  So the records column is the form, the DE9

5    which is a payroll tax return, and the DE9C which is the

6    wage report that every quarter the business with the

7    employees, they have to file.  Required to file.  So

8    these are the forms that required to file every quarter.

9    Q     So if an employer paid payroll taxes and had

10   payroll expenses, would you expect that to be reflected

11   in the Form 9 or the Form 9C?

12   A     Yes.  It should be reflected in there.

13   Q     Going back to the top, the top of the form, it says

14   that there were no records found.  What does that mean?

15   A     So meaning that under these businesses in the

16   federal ID, there were no DE9 or DE9C filed with the

17   department.  So we didn't find any records for these

18   businesses.

19   Q     And that is for the tax periods listed on the far

20   right column?

21   A     Yes.

22   Q     And what tax periods were those?

23   A     So the tax period is January 1, 2019, to March 31,

24   2021.  It listed as 19-1 which is the form that we use

25   because we use the quarterly system for filing.  So it is

1    a 19-1 represent the first quarter of 2019 to the first

2    quarter of 2021.

3    Q      So the companies listed in the EIN's in Exhibit 45,

4    does that mean that they did not pay payroll taxes or

5    report payroll expenses for the quarters that you just

6    mentioned?

7    A      That would be correct.

8    Q      In addition to the results of the searches that we

9    just discussed, did you also run a search for Sabala

10   Construction with EIN 84-2698846 for DE9 and DE9C filings

11   for the tax period of 2019 to the first quarter of 2021?

12   A      Yes, I did.

13   Q      What were the results of that?

14   A      We didn't find any results.  We didn't find any

15   records for that business.

16   Q      So no payroll taxes, no payroll expenses for that

17   business?

18   A      That would be correct.

19   Q      Did you run a search for Timeline Transport with

20   EIN 85-0925228 for DE9 and DE9C filings for the tax years

21   that we discussed with the other companies?

22   A      Yes, I did.

23   Q      What was the result of that search?

24   A      It was the same.  We didn't find any tax records.

25   DE9D, DE9C.

1   Q      So no payroll expenses, no payroll taxes for

2   Timeline Transport for that period.

3   A      That would be correct.

4   Q      Top Quality contracting.  Did you also run a search

5   for that company with EIN 82-5088385 for DE9 and DE9C

6   filings for the tax periods in the years we discussed

7   with the other companies?

8   A      Yes.  I did search for that company, and we found

9   no results, no payroll forms or returns were filed.

10  Q      So no payroll taxes, no payroll expenses?

11  A      That would be correct.

12  Q      Did you also run a search for Redline Auto

13  Mechanics, with an EIN of 81-5450370 for DE9 and DE9C

14  filings for the tax years discussed with the other

15  companies?

16  A      Yes, I did.

17  Q      What was the result of that?

18  A      That result was also the same.  There was no record

19  for that business as well.  No DE9, DE9C.

20  Q      No payroll taxes, no payroll expenses for that

21  company?

22  A      That would be correct.  Yes.

23       MR. PAETTY:  No further questions, your Honor?

24       THE COURT:  Cross-examination.

25   ///

```
1                    CROSS-EXAMINATION
2    BY MR. KEOUGH:
3    Q      Thank you for coming in this morning.  You
4    testified about searches you ran in a database called
5    ACES; correct?
6    A      Yes.
7    Q      And ACES is pretty much the place where EDD keeps
8    the records it has related to businesses in California?
9    A      Yes, that would be correct.
10   Q      Do those EDD records show the relationships that
11   might exist between individuals and the companies that
12   you have recordings for?
13         MR. PAETTY:  Objection.  Foundation.  Vague.
14         THE COURT:  Well, I mean, do you know of your own
15   knowledge the matters asked in the question.  First,
16   answer that question.
17         THE WITNESS:  Can you repeat the question?
18         MR. KEOUGH:  Sure.
19   Q      Do the EDD records show relationships between
20   certain individuals and the companies that you have
21   records for in the ACES database?
22   A      Are you asking in terms of the employees?
23   Q      So for anyone.  Whether it is the proprietor -- if
24   I wanted to find out the relationship between individuals
25   and those companies, is there a search I could perform to
```

```
 1    do it?
 2    A     So if it is the business corporations, then the
 3    ownership, the officers, they are also listed in the
 4    system.  So we can search with the officer's names and
 5    the Social Security number that is provided.  When it
 6    comes through the employee, then the DE9C is the form
 7    that the business owners or whoever is handling the
 8    payroll is required to report each employee's name, their
 9    Social Security numbers, their wages that were paid, the
10    personal income tax, state income tax which is withheld.
11    So those are also the information stored in the system.
12    Q     Thank you.  Now, let's say it is not a officer and
13    it is not an employee.  Say it is more informal
14    relationship.  Would that type of relationship be
15    captured in the records that you were able to search in
16    the ACES database?
17          MR. PAETTY:  Objection.  Foundation.  Vague.
18          THE COURT:  Sustained.
19    Q     BY MR. KEOUGH:  Who provided the information that
20    you used to conduct the searches that you testified
21    about?
22    A     We were requested from the courthouse.
23    Q     And do you know who specifically provided that
24    information?
25    A     I believe the attorney requested it.
```

```
1    Q      And was that the United States Attorney's office?

2    A      Yes.

3    Q      And as part of those searches that you were asked

4    to conduct, were you provided with any information

5    related to a man named Manuk Grigoryan?

6    A      If I have the exhibit, then I would look at it.

7    The searches that I did, it was in the exhibit.

8    Q      And were there any names of individuals in that

9    list?

10   A      I have to look at it, the exhibit.  If it is not

11   listed there, then maybe not.

12   Q      So fair to say an individual is not in there, you

13   weren't asked to search for it?

14   A      That would be correct, yes.

15   Q      And were you asked to search for -- were you

16   provided with any information related to a woman named

17   Tamara Dadyan as part of your searches?

18   A      Again, if it is listed in the exhibit, then I have

19   conducted the search.  If it is not in there, then I did

20   not.

21          MR. KEOUGH:  Let's pull up a copy of the Exhibit.

22          THE COURT:  Are you going to ask her whether the

23   name is there in there?

24          MR. KEOUGH:  Yes, your Honor.

25          THE COURT:  Let's not do that.
```

1          MR. KEOUGH:  Fair enough, your Honor.

2     Q    As part of the searches that you ran, were you

3     asked to look for relationships between a man named Manuk

4     Grigoryan and the companies that were on the list

5     provided to you by the US Attorney's office?

6          MR. PAETTY:  Objection.  Foundation.  Vague.

7          THE COURT:  Well, the question is just was she

8     asked to do that, "yes" or "no".

9          THE WITNESS:  As I said, if the name is listed in

10    the exhibits, then I would have run the search.

11         THE COURT:  I mean, she has said, and I am not the

12    trier of fact here, but my impression of what she said is

13    she was asked to only look at the names that are on the

14    list; is that right?

15         THE WITNESS:  Yes.  That would be right.

16         THE COURT:  What exhibit is that?

17         THE WITNESS:  I'm sorry.

18         THE COURT:  What exhibit number is that.

19         THE WITNESS:  It was 45.  It was just specific to

20    us.

21         THE COURT:  And so if a name is not on that list,

22    you weren't asked about it; correct?

23         THE WITNESS:  That would be correct, yes.

24         MR. KEOUGH:  Thank you, your Honor.

25    Q    And just one last question.  Is it fair to say that

```
 1    if a name was not on your list, you were not asked to
 2    look for relationships between people who weren't on your
 3    list and the companies that were on your list.
 4           MR. PAETTY:  Objection.  Asked and answered.
 5           THE COURT:  I mean, if the name is not on the
 6    list, how is she able to do what you just asked?
 7           MR. KEOUGH:  That is the question, your Honor.
 8           THE COURT:  All right.  So it is self evident.
 9    She wasn't able to do that.  Okay.
10           MR. KEOUGH:  Thank you.
11           THE COURT:  Thank you.
12               Thank you, ma'am, for being here, and you
13    are excused.  Thank you.
14           THE WITNESS:  Thank you.
15           THE COURT:  I am looking at the clock, and it is
16    now 5 or 6 after 12:00.  So let's come back at 10 after
17    1:00 and we will go to 5:00 o'clock.
18           (Luncheon recess from 12:05 to 1:10 p.m.)
19           (Proceedings concluded.)
20
21
22
23
24
25
```

```
 1                        CERTIFICATE

 2

 3

 4   I hereby certify that pursuant to Section 753, Title 28,

 5   United States Code, the foregoing is a true and correct

 6   transcript of the stenographically reported proceedings held

 7   in the above-entitled matter and that the transcript page

 8   format is in conformance with the regulations of the

 9   Judicial Conference of the United States.

10   Date:  June 16, 2021

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MR. FENTON: [24]** 6/10 12/3
12/6 13/12 60/17 63/6 63/23
64/24 65/2 66/10 66/20 68/9
80/10 80/16 80/18 83/16 85/5
85/25 88/1 88/23 105/19
112/5 112/8 113/11

**MR. JOHNSON: [27]** 5/16 6/8
8/7 8/9 8/11 8/13 9/16 12/10
13/20 16/2 26/3 26/9 26/13
37/20 37/24 52/2 53/7 53/17
53/21 53/25 54/5 56/3 58/2
58/9 59/1 60/12 60/18

**MR. KEOUGH: [11]** 100/24
101/7 101/23 102/5 122/17
124/20 124/23 124/25 125/23
126/6 126/9

**MR. LITTRELL: [13]** 14/22
15/1 15/8 15/11 15/13 52/1
66/22 67/1 80/4 90/3 102/6
105/11 114/24

**MR. MESEREAU: [2]** 49/20
51/23

**MR. PAETTY: [29]** 68/20 69/2
75/25 90/9 92/22 93/12 94/15
96/1 96/12 97/4 98/8 99/13
100/13 100/22 101/4 101/19
102/18 104/1 104/3 105/16
115/2 117/21 118/12 118/15
121/22 122/12 123/16 125/5
126/3

**MR. RAM: [1]** 67/4

**MR. SILVERMAN: [15]** 23/22
23/25 24/11 38/11 38/16
45/13 47/11 47/17 47/22 48/2
48/5 48/18 48/22 49/12 49/18

**MS. AHN: [48]** 8/22 8/24 9/1
9/13 14/15 14/20 15/15 16/3
16/5 16/9 16/20 19/20 20/14
21/10 21/14 23/2 26/2 26/17
30/12 30/15 31/16 32/20 34/4
34/13 35/7 35/20 36/15 37/2
38/1 38/8 39/18 40/21 41/6
41/15 45/11 45/23 47/15
47/25 48/20 53/20 54/2 57/7
58/1 58/11 59/15 68/12 68/16
68/25

**MS. NEWCOMER: [3]** 68/11
88/25 90/1

**MS. WIRSCHING: [3]** 5/18
6/25 7/3

**THE CLERK: [15]** 6/6 60/21
60/23 67/3 69/6 80/11 80/19
80/23 90/11 90/13 105/20
105/22 115/4 115/6 115/11

**THE COURT: [128]**

**THE WITNESS: [25]** 41/9
41/17 46/2 55/25 60/16 60/25
69/8 80/7 80/21 90/15 91/8
101/9 104/7 105/14 105/25
115/9 115/25 116/12 122/16
125/8 125/14 125/16 125/18
125/22 126/13

**$**

**$1,000 [1]** 33/22
**$10,000 [1]** 33/22
**$100 [1]** 36/4
**$134 [1]** 49/16
**$42 [1]** 109/4
**$7,000 [1]** 109/4

**–**

**-and [2]** 2/5 2/8

**/**

**/s [1]** 127/12

**0**

**0925228 [1]** 120/20

**1**

**10 [7]** 33/22 35/9 67/9 69/5
93/14 118/14 126/16
**100 percent [1]** 18/2
**10036 [1]** 2/18
**10100 [1]** 3/15
**102 [1]** 4/14
**106 [1]** 4/16
**10:30 [1]** 67/4
**10:31 [1]** 67/11
**10:48 [1]** 67/11
**1114 [1]** 2/17
**1120 [2]** 94/8 94/9
**113 [1]** 4/16
**115 [1]** 4/18
**12 [2]** 12/18 31/23
**120 [1]** 107/11
**122 [1]** 4/18
**12:00 [1]** 126/16
**12:00 o'clock [1]** 67/10
**12:05 [1]** 126/18
**13 [1]** 91/16
**1330 [1]** 2/23
**14 [1]** 31/21
**1400 [1]** 2/10
**147569 [1]** 104/5
**15th [3]** 25/2 71/19 72/15
**16 [22]** 1/17 4/4 4/21 4/21
4/21 4/21 4/22 4/22 4/22
4/22 4/23 4/23 4/23 5/1
12/18 17/4 38/25 47/14 48/20
48/24 56/17 127/10
**160 [1]** 107/13
**16417 [2]** 61/11 64/10
**19 [2]** 27/9 27/17
**19–1 [2]** 119/24 120/1
**1900 [1]** 2/15
**1924 [1]** 75/16
**1935 [1]** 3/12
**1984 [1]** 75/7
**1989 [1]** 73/3
**1990 [2]** 71/19 72/15
**1994 [3]** 73/23 74/7 74/23
**1995 [1]** 74/15
**19th [2]** 73/22 74/7
**1:00 [1]** 126/17
**1:10 [1]** 126/18
**1A [2]** 4/21 15/17
**1F [1]** 65/1
**1P [2]** 88/3 88/10
**1S [2]** 4/21 15/17
**1st [1]** 1/22

**2**

**2.5 [1]** 20/18
**20 [1]** 83/7
**20–579 [1]** 1/8
**20–plus [1]** 10/21
**2003 [1]** 81/15
**20036 [1]** 2/23
**2012 [1]** 7/12
**2018 [3]** 94/24 95/8 95/18
**2019 [9]** 82/12 82/13 94/24
95/8 95/18 107/10 119/23
120/1 120/11
**2020 [23]** 8/17 10/10 17/18
25/2 25/7 25/9 31/24 36/3
40/9 41/15 47/7 47/8 47/10
48/3 49/8 49/11 49/15 56/20
56/21 82/15 95/18 107/12
112/16
**2021 [6]** 1/17 5/1 119/24
120/2 120/11 127/10
**20530 [1]** 2/10
**21 [1]** 112/10

**216 [1]** 3/13
**22 [4]** 3/13 14/4 66/8 127/2
95/16
**23 [1]** 87/5
**230 [1]** 82/13
**235 [1]** 82/16
**23rd [1]** 75/16
**24 [1]** 35/9
**25th [1]** 74/23
**2698846 [1]** 120/10
**28 [1]** 127/4
**29th [1]** 74/15
**2A [3]** 4/21 15/19 15/19
**2E [3]** 19/22 50/10 62/14
**2K [2]** 53/8 54/2
**2L [1]** 30/14
**2M [2]** 108/20 113/19
**2N [2]** 86/2 86/5
**2nd [1]** 75/7
**2P [2]** 83/18 83/21
**2Q [4]** 4/21 15/19 112/7
114/12

**3**

**30 [3]** 4/22 16/1 83/7
**300 [1]** 3/16
**31 [4]** 16/1 31/24 36/2
119/23
**312 [1]** 2/6
**32 [1]** 16/1
**3252838 [1]** 97/12
**33 [1]** 16/1
**34 [3]** 16/1 16/4 31/15
**35 [3]** 16/1 16/4 61/22
**350 [2]** 1/22 3/5
**36 [3]** 4/22 16/2 16/4
**38 [2]** 4/5 16/2
**38–42 [1]** 4/23
**39 [1]** 16/2
**3900 [1]** 2/20
**3A [2]** 4/21 15/20
**3S [2]** 4/21 15/20

**4**

**4–page [1]** 59/25
**40 [1]** 16/2
**409 [1]** 3/20
**41 [1]** 16/2
**42 [2]** 4/23 16/2
**4311 [1]** 1/22
**45 [5]** 117/23 117/24 118/13
120/3 125/19
**47 [15]** 4/23 64/4 92/22
93/15 93/19 93/23 95/12
95/22 96/5 96/8 102/22
102/24 103/2 103/8 103/11
**48 [11]** 4/23 4/24 96/14 97/6
97/10 103/13 103/14 103/15
103/16 103/20 103/25
**4A [3]** 4/21 15/21 15/22
**4Y [2]** 4/21 15/21

**5**

**5–minute [2]** 66/23 67/1
**50 [1]** 4/5
**5088385 [2]** 97/25 121/5
**51A [2]** 69/4 71/7
**52 [1]** 4/6
**54–8649260 [1]** 97/19
**5450370 [1]** 121/13
**579 [1]** 1/8
**5:00 o'clock [1]** 126/17
**5A [2]** 4/21 15/23
**5th [2]** 2/14 3/8
**5Z [2]** 4/21 15/23

**6**

**60–3252838 [1]** 97/12

**6**

**601** [1]   3/8
**61** [1]   4/7
**633** [1]   2/14
**651** [1]   3/21
**67** [1]   4/8
**68** [1]   32/25
**69** [1]   4/9
**696119** [1]   63/14
**6A** [2]   4/21 15/24
**6Y** [2]   4/21 15/24

**7**

**72** [1]   34/5
**720** [1]   3/8
**75** [1]   94/25
**753** [1]   127/4
**76** [2]   4/10 95/12

**8**

**803** [6]   69/5 69/5 93/14
93/14 118/14 118/14
**81** [1]   4/11
**81-5450370** [1]   121/13
**82-5088385** [2]   97/25 121/5
**83** [3]   4/22 16/2 16/4
**84-2698846** [1]   120/10
**85-0925228** [1]   120/20
**85-2214789** [4]   94/6 94/18
95/2 95/16
**8649260** [1]   97/19
**87** [2]   93/20 103/24
**89** [1]   4/12
**8th** [2]   47/9 49/8

**9**

**90** [1]   4/13
**90012** [2]   1/23 2/7
**90067** [1]   3/16
**90071** [2]   2/15 3/9
**90211** [2]   14/18 19/23
**90277** [1]   3/21
**903** [1]   3/5
**91208** [1]   3/13
**91344** [1]   61/11
**92** [1]   4/24
**92673** [1]   3/6
**940** [10]   83/25 84/1 84/2
87/8 87/19 87/23 89/23 95/3
95/3 95/5
**940's** [3]   84/8 109/17 109/25
**941** [3]   84/6 95/16 109/9
**941's** [1]   84/15
**94105** [1]   2/21
**97** [1]   4/24
**98** [1]   4/14
**9858** [2]   1/21 127/12
**9:00** [1]   5/2
**9:00 o'clock** [3]   5/12 6/6
6/14
**9C** [1]   119/11
**9th** [1]   73/3

**A**

**A-L-E-X-A-N-D-E-R** [1]   106/2
**a.m** [3]   1/16 5/2 67/11
**A6001420** [1]   73/22
**A8002470** [1]   74/15
**abbreviations** [1]   21/14
**able** [9]   22/13 45/22 53/3
54/2 78/9 79/23 123/15 126/6
126/9
**about** [54]   9/24 10/20 11/21
12/17 13/4 13/19 14/3 19/2
20/21 32/6 42/15 42/18 42/24
44/10 47/25 50/6 50/10 51/13
52/10 57/6 61/22 62/10 63/17
63/20 63/22 66/17 74/6 74/14

74/22 76/15 78/12 84/25
91/7 99/14 99/16 99/16 101/4
101/12 102/22 107/11 107/12
107/13 110/12 111/2 111/11
111/13 112/17 112/24 113/18
114/11 118/21 122/4 123/21
125/22
**above** [1]   127/7
**above-entitled** [1]   127/7
**access** [4]   45/9 70/19 92/3
92/4
**account** [18]   10/2 35/4 44/21
45/1 45/4 46/4 64/18 65/8
65/12 88/6 88/13 88/16 88/20
91/6 92/11 97/22 107/6
118/22
**accountant** [1]   108/9
**accounting** [3]   106/13 107/5
117/4
**accounts** [4]   7/16 45/11
45/18 45/21
**accuracy** [2]   23/18 36/21
**accurate** [3]   42/20 111/12
118/10
**ACES** [5]   117/4 122/5 122/7
122/21 123/16
**act** [11]   10/12 10/25 11/13
17/14 17/17 27/15 39/3 39/11
39/17 39/21 40/11
**acting** [1]   52/11
**action** [1]   46/18
**actual** [2]   30/24 55/23
**actually** [5]   12/15 44/19
48/25 55/20 112/1
**addition** [4]   29/12 107/5
107/21 120/8
**additional** [6]   29/19 29/19
34/18 36/20 50/20 57/12
**address** [15]   63/20 63/22
64/8 64/13 66/7 66/17 66/17
66/16 111/21 111/22 111/23
111/24 112/1 112/3 117/8
**addresses** [1]   9/25
**administers** [2]   116/17
116/19
**Administration** [2]   16/25
49/6
**admit** [3]   69/4 93/14 118/13
**admitted** [6]   19/23 62/13
71/6 83/21 86/5 108/19
**ADP** [1]   109/23
**advance** [7]   20/19 29/16 30/1
32/19 33/4 33/18 103/16
**advice** [1]   108/8
**advising** [1]   35/3
**affect** [1]   34/22
**after** [11]   6/7 6/8 18/6 20/8
23/4 34/25 35/2 40/11 74/12
126/16 126/16
**again** [10]   11/8 11/18 12/1
12/25 13/1 63/8 72/20 75/1
94/15 124/18
**against** [1]   79/5
**ago** [4]   7/12 61/22 84/10
84/12
**agree** [1]   99/7
**agreement** [3]   5/15 5/25
35/13
**agriculture** [1]   27/20
**ahead** [13]   8/9 15/8 15/15
26/3 32/21 33/1 35/8 36/17
49/22 52/4 83/19 86/3 88/4
**AHN** [3]   2/5 4/4 16/15
**al** [1]   1/9
**ALEXANDER** [6]   4/15 105/20
106/1 110/22 111/7 113/6
**alive** [1]   14/6
**all** [55]   6/20 7/18 9/15
11/12 11/17 11/18 11/20

12/18 13/5 13/22 14/2 14/24
15/23 19/24 25/3 25/13 26/13
26/16 33/1 48/4 48/22 56/3
61/12 63/23 63/24 64/24 65/5
65/23 66/20 83/13 83/16 84/7
86/8 87/5 87/6 87/25 88/10
90/5 93/25 95/20 95/22 96/3
96/22 106/20 108/10 108/20
111/5 112/4 112/11 126/8
**alleviate** [1]   36/1
**allow** [1]   72/4
**allowed** [1]   23/12
**allows** [3]   27/14 72/2 107/23
**Allstate** [2]   7/14 7/16
**almost** [4]   17/4 39/2 49/16
56/17
**Alpha** [1]   3/12
**already** [1]   45/10
**also** [51]   9/20 10/1 18/3
19/13 21/1 21/9 21/21 24/8
24/8 24/18 27/20 29/10 29/16
33/14 36/4 36/12 36/23 40/2
41/21 41/24 58/21 59/22
69/19 70/4 72/10 72/13 72/17
72/18 72/21 73/1 73/5 73/6
73/21 74/20 77/10 78/12
78/21 97/17 97/24 105/3
111/21 114/11 114/16 116/7
116/18 120/9 121/4 121/12
121/18 123/3 123/11
**Always** [1]   61/24
**am** [35]   5/25 7/5 9/11 9/11
12/12 14/5 14/10 26/11 34/14
35/8 38/2 50/15 52/10 57/4
61/16 62/13 69/18 70/9 73/8
81/7 83/11 83/22 85/22
88/10 91/1 91/23 103/12
106/11 108/19 116/8 116/25
117/2 117/22 125/11 126/15
**Amanecer** [1]   3/5
**America** [5]   1/6 2/3 64/21
88/9 88/20
**Americas** [1]   2/17
**amount** [7]   25/15 31/25 32/5
32/9 33/20 48/16 109/6
**ANGELES** [7]   1/14 1/23 2/7
2/15 3/9 3/16 5/1
**Anna** [8]   74/14 75/6 75/12
78/13 78/17 112/21 112/22
114/13
**annual** [2]   84/2 95/4
**annually** [1]   109/1
**another** [6]   7/21 8/6 9/7
16/7 51/4 112/5
**answer** [11]   33/13 46/1 57/10
68/16 68/18 96/1 101/7 101/9
104/3 104/4 122/16
**answered** [4]   40/22 41/16
57/9 126/4
**Anthony** [1]   61/1
**anticipate** [1]   9/7
**anticipated** [1]   9/2
**Anton** [10]   73/21 74/6 74/13
77/11 110/4 110/7 110/7
110/10 110/23 113/19
**any** [46]   7/23 7/25 8/3 9/8
10/4 12/13 12/14 14/3 15/4
19/5 29/5 38/15 40/4 40/7
46/24 47/24 49/20 60/14
61/25 63/4 68/6 76/19 78/18
79/5 79/8 79/20 81/23 81/25
83/13 85/23 101/1 102/1
103/2 104/12 106/14 107/4
108/10 112/2 114/24 119/17
120/14 120/14 120/24 124/4
124/8 124/16
**anybody** [1]   84/23
**anyone** [15]   5/16 8/2 62/24

## A

**anyone... [12]** 65/11 65/18
65/20 80/4 81/18 82/3 87/2
87/22 88/19 110/10 113/9
122/23
**anything [9]** 29/22 46/3 52/1
61/12 61/15 81/7 90/3 106/10
108/13
**anywhere [1]** 64/22
**apologize [2]** 26/14 78/5
**appear [2]** 49/2 118/7
**APPEARANCES [2]** 2/1 3/1
**appears [3]** 49/4 49/12 49/17
**applicable [1]** 20/20
**applicant [13]** 18/20 21/4
21/13 22/8 22/12 28/13 31/4
32/19 33/3 33/7 37/10 42/12
56/1
**applicants [2]** 41/12 41/25
**application [59]** 9/19 9/21
9/21 11/4 18/10 18/19 18/21
18/22 18/25 19/3 19/13 19/15
20/4 22/10 23/10 28/10 29/17
29/20 30/6 30/10 30/23 30/24
30/25 31/1 33/19 34/22 34/25
37/3 42/7 42/9 43/17 45/19
52/22 52/24 52/25 53/2 53/2
53/24 54/7 54/10 54/19 55/6
55/7 55/11 55/24 60/7 62/22
62/25 67/25 68/3 68/8 85/21
87/3 108/16 113/19 114/6
114/12 114/17 114/21
**applications [16]** 7/24 18/12
18/14 40/12 40/20 41/2 41/6
42/19 43/14 53/9 53/13 53/16
55/16 70/1 89/8 89/16
**applied [4]** 8/19 54/16 62/11
67/20
**apply [13]** 8/22 18/7 19/10
28/14 29/18 29/25 30/2 59/14
59/20 83/14 104/14 108/11
108/18
**applying [4]** 13/2 19/9 21/22
104/13
**appreciate [1]** 6/18
**approach [4]** 54/4 58/12
104/6 105/17
**appropriate [1]** 6/3
**approval [1]** 28/17
**approvals [1]** 49/8
**approve [5]** 32/7 37/12 38/7
42/19 43/2
**approved [7]** 28/17 34/25
35/2 42/22 42/25 43/7 43/11
**approving [1]** 38/4
**approximately [3]** 82/11
82/14 93/20
**April [4]** 41/15 42/7 74/23
75/16
**April 23rd [1]** 75/16
**April 25th [1]** 74/23
**are [129]**
**argue [1]** 13/8
**argument [2]** 13/14 13/15
**around [3]** 40/8 47/9 64/9
**ARTUR [13]** 3/11 5/19 7/2 7/5
7/6 7/12 7/14 7/20 7/22 7/23
7/25 8/2 50/5
**as [88]**
**Ashwin [1]** 2/13
**aside [1]** 13/16
**ask [30]** 20/9 20/15 20/21
21/1 21/9 21/12 21/21 22/5
23/23 24/1 31/8 31/22 33/3
33/14 34/14 38/12 38/13
44/10 45/15 46/5 47/12 50/6
53/18 89/14 97/8 99/6 101/22
108/13 114/2 124/22

**asked [42]** 32/19 40/22 41/16
50/16 51/3 52/19 55/1 57/2
57/8 76/11 76/19 78/17 78/20
79/4 79/8 83/13 92/18 99/25
100/3 101/1 101/7 101/13
101/17 102/2 102/13 105/7
108/10 113/18 114/11 117/18
117/21 122/15 124/3 124/13
124/15 125/3 125/8 125/13
125/22 126/1 126/4 126/6
**asking [7]** 11/17 12/23 14/5
14/11 14/12 22/8 122/22
**asks [1]** 43/24
**assist [5]** 17/2 70/5 70/6
83/14 108/11
**assistance [8]** 17/19 22/18
22/21 25/5 25/25 27/5 28/25
29/19
**Assistant [3]** 100/5 100/9
100/17
**assists [1]** 17/14
**associated [5]** 30/6 100/11
100/21 102/3 118/24
**assume [1]** 48/18
**attach [1]** 55/18
**attached [4]** 55/5 55/6 55/8
55/10
**attention [18]** 10/8 10/14
10/23 11/12 11/18 12/24
13/20 13/22 14/6 24/23 62/16
64/1 83/22 86/8 87/5 94/1
94/25 108/21
**attorney [5]** 56/25 100/5
100/9 100/18 123/25
**attorney's [5]** 2/4 92/18
117/18 124/1 125/5
**audit [1]** 116/7
**auditor [3]** 115/22 116/3
116/6
**August [3]** 47/9 48/3 49/8
**August 8th [2]** 47/9 49/8
**AUSA [2]** 2/5 2/5
**authority [1]** 39/14
**authorization [2]** 19/6 35/13
**authorize [6]** 62/24 65/11
87/2 87/22 88/19 113/9
**authorized [13]** 19/11 23/13
30/4 32/12 37/1 55/1 55/16
55/23 56/2 56/10 56/11 57/5
58/24
**Auto [4]** 110/15 110/17
110/25 121/12
**available [4]** 25/15 40/13
40/21 41/3
**Avakyan [1]** 75/14
**Avenue [3]** 2/10 2/17 2/23
**average [3]** 20/10 20/12
20/22
**aware [4]** 18/10 59/12 59/18
85/22
**away [2]** 10/19 11/21
**Ayvazian [12]** 5/20 7/2 7/5
7/6 7/12 7/14 7/21 7/22 7/23
7/25 8/2 50/6
**Ayvazyan [3]** 1/9 2/12 3/11

## B

**B-E-N-J-A-M-I-N [1]** 106/2
**B-R-E-A-N-N-A [1]** 69/10
**B66244 [1]** 71/18
**back [11]** 11/10 46/8 52/17
63/7 75/19 78/25 84/17
105/18 110/3 119/13 126/16
**bank [18]** 7/16 10/2 10/16
10/16 44/20 44/21 44/22
44/25 46/4 64/18 64/20 64/21
64/22 65/11 88/6 88/8 88/9
88/20
**banks [3]** 44/16 52/11 52/13

**base [1]** 111/25
**based [6]** 27/13 37/23 43/25
44/8 71/4 79/25
**Bates [1]** 104/5
**be [82]**
**Beach [1]** 3/21
**bearing [1]** 68/16
**became [1]** 40/20
**because [13]** 6/2 9/11 11/4
11/12 13/12 17/24 27/12 32/16
51/12 55/4 79/21 99/12
119/25
**become [2]** 40/12 41/2
**been [22]** 14/18 35/6 38/25
56/16 56/21 56/24 57/8 61/24
62/13 67/20 69/20 69/21 71/6
83/21 89/16 89/21 91/13
91/14 91/15 113/24 114/4
114/17
**before [12]** 14/16 14/24 15/3
33/23 66/24 85/4 86/6 89/20
91/17 102/24 114/3 114/17
**began [1]** 50/9
**begin [3]** 5/11 6/20 25/6
**behalf [13]** 2/3 5/17 8/11
11/4 13/16 19/10 29/25 30/2
63/2 87/3 87/19 87/23 113/10
**being [10]** 6/18 12/23 24/3
60/15 80/6 90/7 91/17 102/18
104/12 126/12
**believe [9]** 12/13 30/14
31/15 39/1 42/18 47/8 51/9
54/13 123/25
**belong [6]** 73/19 74/13 75/5
75/12 75/13 76/25
**belonged [8]** 75/20 77/1
77/20 77/24 78/2 79/12 79/16
79/20
**belonging [2]** 79/6 79/9
**belongs [2]** 73/20 77/7
**below [1]** 34/15
**Benjamin [1]** 106/1
**better [1]** 89/14
**between [12]** 15/18 15/19
15/20 15/21 15/23 15/25 46/6
122/11 122/19 122/24 125/3
126/2
**beyond [4]** 10/9 10/11 10/12
14/8
**Bienert [2]** 3/4 3/7
**big [2]** 10/8 10/13
**billion [1]** 49/16
**bills [3]** 51/15 51/19 51/20
**birth [26]** 64/14 70/15 71/8
71/13 71/19 72/1 72/3 72/9
72/14 72/20 73/2 73/11 73/17
73/22 74/1 74/7 74/10 74/15
74/23 75/2 75/7 75/15 75/20
77/15 78/6 78/9
**birthday [2]** 73/13 80/2
**bit [2]** 46/6 91/8
**blank [1]** 20/11
**blow [1]** 65/3
**blown [2]** 57/18 57/18
**blue [1]** 7/7
**bookkeeping [2]** 106/17 107/6
**borrower [6]** 18/6 44/18
44/19 45/4 45/7 45/21
**borrower's [3]** 44/21 45/1
45/3
**borrowers [2]** 45/10 45/18
**both [1]** 109/13
**bottom [11]** 58/9 63/25 64/1
65/23 65/25 85/8 86/14 86/14
87/14 111/5 113/4
**Boulevard [1]** 3/15
**box [9]** 20/10 20/11 21/13
33/7 33/8 33/9 33/10 34/12
34/13

**B**

**breach [1]**   79/21
**break [3]**   6/1 66/24 67/1
**BREANNA [2]**   4/9 69/9
**Brianna [1]**   68/22
**briefly [2]**   5/22 11/23
**broadened [2]**   27/15 27/20
**BSBA's [1]**   38/4
**bullet [2]**   24/17 24/22
**burden [1]**   10/9
**business [95]**
**business' [3]**   33/17 46/11
65/14
**businesses [23]**   17/2 17/14
17/20 19/9 22/22 24/9 26/1
27/22 27/23 29/3 29/7 29/13
39/25 40/2 40/6 52/13 59/19
84/13 107/15 118/24 119/15
119/18 122/8

**C**

**C8924483 [1]**   72/14
**CA [9]**   1/23 2/7 2/15 2/21
3/6 3/9 3/13 3/16 3/21
**calculate [3]**   32/4 59/5
109/6
**calculating [1]**   59/4
**calculation [5]**   20/13 20/17
59/9 59/11 59/12
**calculations [2]**   58/22 58/25
**CALIFORNIA [8]**   1/2 1/14 5/1
81/6 106/9 115/20 116/14
122/8
**call [7]**   14/15 16/11 20/19
68/20 80/10 90/9 105/16
**Calle [1]**   3/5
**called [10]**   14/17 14/25 15/7
29/16 85/16 92/3 100/22
103/3 107/22 122/4
**calls [7]**   45/12 60/18 68/21
80/11 90/10 105/20 115/3
**came [2]**   73/12 78/24
**can [94]**
**can't [14]**   9/1 12/9 12/10
15/1 46/3 77/3 77/23 78/1
79/11 79/15 79/19 86/19
103/15 103/21
**cannot [3]**   27/7 32/16 77/9
**capital [3]**   27/5 32/15 36/1
**captured [1]**   123/15
**cards [1]**   12/2
**CARES [9]**   17/13 17/16 27/15
39/3 39/11 39/17 39/21 40/11
51/17
**case [11]**   10/7 10/15 10/16
11/2 11/8 11/17 13/10 53/18
68/16 92/20 117/20
**CATHERINE [1]**   2/5
**caused [1]**   36/1
**Center [1]**   28/7
**CENTRAL [1]**   1/2
**CEO [1]**   86/15
**certain [8]**   14/18 18/6 18/7
27/16 32/12 55/10 76/11
122/20
**certainly [1]**   59/11
**certificate [4]**   94/4 94/21
99/24 127/1
**certificates [1]**   93/18
**certification [10]**   19/23
23/17 24/14 24/18 24/24 34/1
34/7 34/9 34/18 93/7
**certifications [11]**   14/19
22/5 22/7 22/24 23/7 33/23
33/24 34/19 36/12 36/20 93/8
**certified [1]**   118/4
**certify [3]**   22/8 91/5 127/4
**changed [1]**   42/5

**check [15]**   26/6 33/7 33/10
73/25 74/1 74/9 74/10 74/17
74/18 75/8 75/9
**checked [3]**   33/7 33/8 34/13
**children [1]**   7/8
**Christopher [1]**   2/9
**city [1]**   106/8
**civil [1]**   46/20
**clarification [1]**   12/12
**clarify [4]**   37/25 46/6 51/12
55/22
**Clark [2]**   15/10 15/12
**clear [6]**   21/11 26/3 32/21
35/8 36/17 56/6
**Clemente [1]**   3/6
**click [1]**   28/14
**client [12]**   8/11 13/16 83/8
84/21 85/2 86/24 107/21
109/19 110/8 110/15 112/22
112/25
**clientele [1]**   83/6
**clients [26]**   82/6 82/11
82/14 82/17 82/22 82/25 83/3
83/6 83/13 84/8 106/18
106/20 107/2 107/9 107/14
107/17 107/24 108/1 108/8
108/10 108/15 108/17 109/16
109/24 111/24 112/3
**clock [1]**   126/15
**close [2]**   13/19 35/15
**closed [1]**   29/5
**closing [4]**   22/21 28/18 35/3
35/5
**Clovis [1]**   81/6
**Coast [1]**   3/20
**Code [2]**   36/6 127/5
**coins [1]**   14/1
**collar [1]**   7/7
**collateral [1]**   36/7 36/7
46/15
**Colorado [2]**   28/7 28/8
**column [11]**   118/18 118/19
118/20 118/22 118/23 119/1
119/1 119/2 119/3 119/4
119/20
**columns [2]**   118/25 119/3
**come [6]**   9/18 68/24 73/11
75/19 78/8 126/16
**comes [4]**   12/15 14/7 72/3
123/6
**comfortable [1]**   80/16
**coming [5]**   10/1 11/13 29/5
113/17 122/3
**comment [1]**   5/10
**Commercial [1]**   36/6
**commissioner [1]**   91/3
**commissions [1]**   58/15
**companies [15]**   93/22 95/21
96/4 96/10 97/9 118/7 120/3
120/21 121/7 121/15 122/11
122/20 122/25 125/4 126/3
**company [40]**   54/14 61/17
61/19 61/21 61/23 62/19 63/2
81/10 81/12 81/14 81/16
81/19 84/25 85/4 85/16 87/10
87/20 87/23 88/14 88/21 94/3
94/5 95/1 96/23 97/25 102/13
102/18 103/24 103/10 109/12
110/12 110/13 110/17 112/24
112/25 114/1 114/13 121/5
121/8 121/21
**company's [6]**   67/21 68/4
68/8 89/15 89/21 113/24
**compensation [1]**   58/16
**complaints [1]**   70/5
**complete [2]**   6/22 44/4
**completed [2]**   35/6 56/10
**complex [4]**   59/8 59/10 70/2

70/3
**compliance [3]**   5/6
**compliant [1]**   106/25
**concealed [1]**   7/25
**concealment [1]**   10/4
**concluded [1]**   126/19
**conclusion [3]**   24/3 48/7
49/15
**conditions [1]**   35/14
**conduct [3]**   92/14 92/19
116/6 117/13 117/19 123/20
124/4
**conducted [2]**   96/3 124/19
**Conference [1]**   127/9
**confirm [1]**   79/23
**conformance [1]**   127/8
**connected [1]**   14/3
**Connecticut [1]**   2/23
**consist [2]**   57/25 58/1
**conspired [1]**   8/2
**Construction [3]**   97/17 97/18
120/10
**consumer [1]**   39/7
**Cont'd [1]**   3/1
**contacted [3]**   67/21 89/19
89/20
**contain [2]**   36/12 36/20
**content [1]**   20/1
**contents [2]**   46/17 46/18
**context [1]**   10/15
**continue [3]**   6/23 29/6 75/6
**continuing [1]**   36/3
**contracting [12]**   61/20 62/3
62/6 62/21 63/12 64/18 65/6
65/9 65/21 97/24 98/7 121/4
**contractor [2]**   58/14 61/16
**contractors [2]**   27/19 105/4
**convinced [1]**   8/21
**coordinator [3]**   91/1 91/2
91/18
**copies [1]**   91/5
**copy [2]**   118/10 124/21
**corporate [2]**   57/6 94/8
**corporation [2]**   56/11 82/8
**corporations [5]**   27/18 82/19
84/13 94/10 123/2
**correct [112]**
**correctly [1]**   44/14
**could [27]**   17/16 17/19 21/15
24/8 25/7 25/10 26/6 26/6
32/6 34/5 35/9 46/16 46/17
46/22 46/24 47/1 48/23 49/13
51/4 51/4 51/9 60/1 79/22
91/7 99/4 114/1 122/25
**couldn't [3]**   77/5 77/6
102/20
**counsel [7]**   2/1 5/9 6/18
47/15 47/16 60/14 104/1
**couple [1]**   65/24
**course [7]**   71/1 84/7 91/24
92/6 93/9 96/25 101/24
**court [9]**   1/1 1/21 6/18 15/2
24/2 91/1 91/2 91/7 116/9
**courthouse [1]**   123/22
**courtroom [5]**   15/5 38/13
38/14 38/16 48/25
**cousin [2]**   8/20 8/20
**Covid [4]**   17/15 27/9 27/12
27/17
**Covid-19 [2]**   27/9 27/17
**CPA [1]**   106/11
**CR [1]**   1/8
**crashed [1]**   39/7
**created [2]**   89/23 114/21
**credit [2]**   12/2 45/1
**credited [1]**   45/3
**criminal [1]**   11/17
**cross [40]**   4/5 4/5 4/6 4/8
4/10 4/12 4/14 4/14 4/16

## C

cross... [31] 4/18 38/11
38/19 49/20 50/1 52/6 66/22
66/24 66/25 67/5 67/14 67/16
76/2 76/4 78/17 79/5 79/8
88/25 89/3 98/10 98/12 101/1
101/13 101/17 101/21 102/9
113/13 113/15 114/24 121/24
122/1
cross-examination [31] 4/5
4/5 4/6 4/8 4/10 4/12 4/14
4/14 4/16 4/18 38/11 38/19
49/20 50/1 52/6 66/22 66/24
67/14 67/16 76/2 76/4 88/25
89/3 98/10 98/12 102/9
113/13 113/15 114/24 121/24
122/1
cross-examine [1] 66/25
cross-reference [7] 78/17
79/5 79/8 101/1 101/13
101/17 101/21
CRR [1] 127/12
Cruz [3] 92/23 96/13 117/22
CSR [2] 1/21 127/12
currently [6] 61/8 61/10
81/5 81/21 84/9 84/9
custodian [2] 91/4 116/10
customer [4] 70/4 70/4 72/8
91/19
customer's [1] 71/22

## D

D3257870 [1] 73/2
D36423006 [1] 75/15
D6343561 [1] 74/7
DADYAN [29] 3/18 5/18 8/13
8/15 8/16 8/20 9/22 9/23
10/2 10/4 10/18 11/3 11/14
13/2 13/8 13/11 13/24 13/25
14/1 14/4 54/16 77/8 78/4
79/9 79/17 101/19 102/2
105/9 124/17
data [4] 30/23 30/24 31/1
92/4
database [13] 70/17 70/19
70/22 71/2 71/24 76/13 93/11
97/3 117/19 118/7 122/4
122/21 123/16
date [32] 24/24 25/1 25/3
25/4 31/24 43/24 47/11 48/2
64/14 71/19 72/2 72/3 72/9
72/14 72/21 73/2 73/12 73/17
73/22 74/1 74/7 74/10 74/15
74/23 75/2 75/7 75/15 75/20
77/15 78/6 78/9 127/10
dates [3] 70/16 71/8 71/12
day [7] 1/15 6/21 11/10
42/23 43/1 43/4 43/8
DC [2] 2/10 2/23
DE9 [7] 119/4 119/16 120/10
120/20 121/5 121/13 121/19
DE9C [9] 119/5 119/16 120/10
120/20 120/25 121/5 121/13
121/19 123/6
DE9D [1] 120/25
dealt [1] 50/10
decision [4] 34/23 37/12
38/4 38/7
declared [1] 27/12
DEFENDANT [5] 1/9 2/12 3/3
3/11 3/18
Defendant's [1] 48/23
defendants [1] 68/6
defense [3] 9/8 47/13 48/20
definitely [1] 83/4
definition [4] 53/23 58/4
58/6 59/22
delay [1] 6/5

delegated [1] 39/14
Denver [1] 38/9
department [10] 2/4 2/9
69/16 115/19 115/23 116/9
116/14 116/16 116/17 119/17
depend [1] 60/10
depth [1] 56/15
describe [10] 18/18 20/5
27/3 27/11 28/12 29/15 35/18
95/12 107/19 117/6
described [1] 35/24
description [2] 94/1 95/13
designee [3] 85/13 110/23
110/25
designee's [1] 110/20
details [1] 83/12
determination [1] 28/17
determine [6] 76/12 101/2
101/14 101/18 102/3 103/24
determined [4] 76/22 77/17
77/20 79/2
Development [4] 115/19
116/13 116/16 116/17
diamonds [2] 14/2 97/12
did [101]
didn't [17] 7/7 11/4 12/12
12/14 26/14 48/11 53/15 62/4
76/19 76/25 95/25 114/5
114/16 119/17 120/14 120/14
120/24
difference [2] 46/6 46/7
differences [1] 42/13
different [5] 45/16 73/13
73/13 98/4 114/2
difficult [1] 45/7
diligence [3] 43/20 44/4
44/8
direct [20] 4/4 4/7 4/9 4/11
4/13 4/16 4/18 16/14 20/8
20/9 34/11 52/23 61/4 69/13
81/1 83/22 90/19 94/25 106/4
115/14
directing [6] 24/23 62/16
64/1 86/8 94/1 108/20
directly [4] 27/14 44/15
44/17 115/9
disability [1] 116/18
disaster [14] 20/19 26/19
27/7 27/12 27/13 27/18 28/15
29/18 30/10 31/24 32/17 36/2
51/10 51/10
disburse [2] 35/6 35/15
disbursed [3] 28/19 44/15
44/17
discuss [2] 47/6 89/9
discussed [5] 39/24 120/9
120/21 121/6 121/14
display [3] 47/12 47/18
92/23
displayed [2] 21/24 22/1
dispute [2] 47/25 48/1
disputing [1] 10/25
distributed [1] 27/8
DISTRICT [3] 1/1 1/2 1/4
DIVISION [1] 1/2
DMV [9] 69/17 69/18 70/8
70/10 70/12 70/15 71/2 76/8
76/9
do [170]
DOB [1] 71/24
document [20] 36/6 50/9 58/3
65/4 83/23 84/17 86/4 86/6
88/11 92/25 93/2 95/14
108/22 110/3 112/12 117/25
118/4 118/4 118/8 118/10
documentation [5] 18/24
24/19 28/20 29/7 118/10
documents [12] 10/23 28/19
35/4 35/5 55/4 55/8 55/10

55/13 55/18 94/7 96/15 105/7
108/43
doesn't [5] 7/11 46/19 58/1
74/4 99/3
doing [1] 91/13
don't [39] 5/12 5/14 6/4
9/10 13/17 29/3 29/5 37/21
40/4 40/7 41/4 41/8 41/10
44/6 45/9 55/8 55/19 57/14
57/15 57/16 57/16 57/20
57/21 58/13 59/10 66/24
67/24 68/2 68/5 68/6 68/24
78/6 78/10 83/11 89/13 89/23
94/14 103/9 114/20
done [2] 67/6 117/12
doors [1] 22/21
doubt [2] 10/10 10/12 10/13
14/9
down [7] 58/9 85/6 87/13
107/8 110/19 111/5 112/9
driver [5] 7/7 10/19 10/19
11/21 11/22
driver's [31] 64/5 64/15
64/16 64/16 69/25 70/12 71/8
71/11 71/18 72/1 72/5 72/10
72/14 72/22 73/2 73/16 73/22
74/2 74/6 74/11 74/14 74/19
74/22 75/3 75/6 75/12 75/15
75/20 76/9 78/13 79/25
drop [2] 80/15 80/17
due [3] 43/20 44/4 44/8
during [5] 17/15 17/18 25/21
28/22 52/23
duties [3] 17/5 69/24 71/1
duty [1] 9/5
Dzukaeva [4] 74/14 112/22
112/22 114/13

## E

e-mail [3] 35/2 63/20 63/22
each [4] 83/2 93/22 107/25
123/8
earlier [6] 23/17 26/20 29/9
53/11 53/12 112/17
early [1] 7/10
earnings [1] 58/15
economic [10] 20/19 26/19
27/6 28/14 29/18 36/1 42/24
51/9 51/10 57/1
economy [2] 39/12 39/18
EDD [16] 115/19 116/2 116/10
116/12 116/12 116/13 116/20
116/21 117/10 117/19 118/3
118/4 118/5 122/7 122/10
122/19
effect [1] 51/17
efficient [1] 6/22
effort [1] 6/19
EIDL [28] 20/18 20/21 26/19
27/1 27/3 27/8 27/17 27/24
28/10 28/20 29/10 29/12
29/16 29/25 32/1 32/12 33/23
34/25 37/15 37/18 37/20 40/5
43/7 44/11 44/12 44/15 46/6
46/7
eight [2] 53/4 60/1
EIN [19] 21/14 21/16 63/9
63/10 63/12 97/12 97/16
97/18 97/22 97/25 98/6 98/22
98/25 99/3 99/11 120/10
120/20 121/5 121/13
EIN's [4] 93/22 97/9 118/7
120/3
either [1] 55/24
eligibility [1] 33/17
eligible [14] 19/9 20/6
20/24 25/5 27/16 27/22 29/25
30/2 32/1 32/4 32/10 37/15
37/17 37/20

**E**

**else [14]** 64/22 70/6 73/19 73/20 77/1 77/4 77/21 79/12 79/16 80/4 82/3 90/3 113/9 116/4
**else's [1]** 13/3
**employ [1]** 19/5
**employed [5]** 16/22 17/15 22/20 52/21 52/22
**employee [7]** 33/21 65/21 94/6 106/15 106/16 123/6 123/13
**employee's [1]** 123/8
**employees [23]** 17/15 17/20 21/2 21/4 21/7 29/24 33/15 33/20 33/22 37/17 37/18 37/19 37/19 38/3 52/21 52/22 61/25 81/23 81/25 106/14 109/12 119/7 122/22
**employer [11]** 21/17 63/15 95/15 96/4 97/15 98/3 98/18 98/21 109/3 118/21 119/9
**employer's [2]** 95/4 95/17
**employment [9]** 58/15 61/13 61/15 81/7 106/10 115/19 116/13 116/15 116/17
**end [11]** 10/5 10/18 11/10 11/11 11/24 14/12 25/23 34/15 44/22 47/9 49/11
**ending [1]** 95/18
**English [2]** 11/5 60/4
**enough [2]** 78/12 125/1
**ensure [1]** 22/22
**enter [1]** 31/1
**Enterprise [1]** 117/5
**enterprises [1]** 27/21
**entire [2]** 48/24 107/21
**entitled [1]** 127/7
**equals [1]** 20/20
**essentially [1]** 46/19
**established [3]** 7/13 7/15 17/13
**et [1]** 1/9
**evaluate [1]** 12/20
**even [4]** 7/11 12/3 26/1 46/22
**evening [1]** 5/23
**ever [14]** 41/19 62/11 63/4 65/8 65/20 81/25 85/4 85/13 85/20 85/23 86/5 87/2 87/19 88/19
**every [4]** 6/21 117/9 119/6 119/8
**everybody [1]** 47/15
**Everything [1]** 12/15
**EVID [1]** 4/20
**evidence [53]** 7/19 7/20 7/21 7/23 7/24 8/1 8/23 9/3 9/6 9/10 9/12 9/17 9/18 9/20 10/1 10/2 11/7 11/12 11/13 11/23 11/25 12/2 12/8 12/12 12/13 12/14 12/15 12/17 12/22 12/25 13/1 13/2 13/5 13/6 13/16 13/17 14/1 14/2 14/6 14/13 14/17 15/17 15/19 16/5 24/4 24/4 48/20 69/5 93/14 97/6 100/14 100/23 118/14
**evident [1]** 126/8
**exact [1]** 109/6
**examination [46]** 4/4 4/5 4/5 4/6 4/7 4/8 4/9 4/10 4/11 4/12 4/13 4/14 4/14 4/16 4/16 4/18 4/18 16/14 38/11 38/19 49/20 50/1 52/6 52/23 61/4 66/22 66/24 67/14 67/16 69/13 76/2 76/4 81/1 88/25 89/3 90/19 98/10 98/12 102/9 106/4 113/13 113/15 114/24

**examine [1]** 66/25
**example [2]** 99/7 111/13
**except [1]** 83/7
**exclude [1]** 14/24
**excluded [1]** 15/3
**excuse [6]** 39/22 43/3 44/16 47/7 78/4 100/13
**excused [6]** 80/9 90/8 105/14 115/1 126/13
**exhausted [3]** 11/9 11/9 11/19
**exhausting [1]** 11/8
**exhibit [65]**
**exhibits [13]** 15/17 15/20 15/21 15/21 15/22 15/23 15/24 16/1 16/1 16/2 53/19 53/21 125/10
**exist [3]** 25/9 25/13 122/11
**existed [1]** 42/13
**exit [2]** 34/14 37/3
**expect [2]** 109/13 119/10
**expected [3]** 58/17 58/21 60/1
**expense [1]** 31/22
**expenses [15]** 31/9 32/7 36/10 37/11 51/20 51/21 82/7 104/25 105/4 119/10 120/5 120/16 121/1 121/10 121/20
**expensive [1]** 14/1
**experience [3]** 18/9 22/4 39/3
**expertise [1]** 70/1
**expired [3]** 47/22 75/22 75/23
**explain [3]** 17/16 18/5 46/13
**extent [1]** 43/18

**F**

**F-A-R-D [1]** 106/2
**F-I-T-Z-G-E-R-A-L-D [1]** 69/11
**facing [1]** 39/5
**fact [10]** 14/24 15/9 25/21 37/19 46/10 79/19 96/20 96/21 96/24 125/12
**fact-of-filing [3]** 96/20 96/21 96/24
**facts [2]** 8/25 9/2
**fail [1]** 29/3
**failed [1]** 44/3
**fails [1]** 43/20
**fair [15]** 40/20 41/2 41/14 49/15 57/20 62/2 62/5 78/12 113/23 114/2 114/8 114/20 124/12 125/1 125/25
**fake [2]** 7/22 54/14
**false [3]** 7/24 32/6 34/21
**falsely [1]** 38/3
**familiar [20]** 17/10 19/19 26/20 28/10 30/11 52/23 53/6 56/18 56/21 57/2 57/4 62/8 70/7 83/9 83/11 83/24 91/22 108/3 108/6 116/24
**family [2]** 7/6 7/8
**far [4]** 12/14 50/18 78/8 119/19
**FARD [10]** 4/15 105/20 106/1 106/6 106/13 110/22 111/7 113/6 113/17 114/23
**Fargo [3]** 10/3 65/9 65/14
**Farms [2]** 112/25 113/2 114/14
**fast [1]** 40/8
**father [1]** 8/16
**father's [2]** 66/7 66/18
**February [1]** 25/2
**February 15th [1]** 25/2

**federal [12]** 27/25 69/5 84/2 33/6 142/7 142/14 142/23 142/9 117/10 118/14 118/23 119/16
**fee [2]** 19/7 36/4
**feel [1]** 80/15
**FEIN [1]** 118/21
**Fenton [8]** 2/9 4/7 4/11 4/16 61/5 80/14 81/2 106/5
**few [3]** 38/12 44/10 50/6
**Fictitious [1]** 13/3
**field [2]** 33/12 33/13
**figure [4]** 11/20 59/5 59/14 59/19
**file [13]** 36/7 46/20 83/23 92/3 98/19 98/23 99/11 99/17 102/4 112/2 119/7 119/7 119/8
**filed [11]** 7/23 82/9 95/19 95/23 99/8 104/12 109/1 113/19 116/20 119/16 121/9
**files [1]** 14/22
**filing [4]** 96/20 96/21 96/24 119/25
**filings [10]** 84/5 92/10 96/22 109/8 109/20 117/10 120/10 120/20 121/6 121/14
**fill [7]** 8/22 20/12 51/4 55/1 56/8 58/18 58/21
**filled [3]** 8/17 9/19 53/3
**Final [1]** 60/6
**Finance [1]** 28/7
**find [10]** 13/5 14/11 76/19 76/21 89/12 119/17 120/14 120/14 120/24 122/24
**first [23]** 14/15 14/16 24/23 25/23 47/21 48/7 66/12 71/25 72/2 72/3 72/20 74/18 75/1 78/8 95/18 107/20 109/4 112/15 118/18 120/1 120/1 120/11 122/15
**FITZGERALD [6]** 4/9 68/22 69/10 69/15 76/6 80/3
**five [4]** 41/15 67/5 84/12 84/17
**Floor [1]** 2/6
**flow [1]** 107/22
**flying [1]** 11/11
**focus [3]** 20/22 44/12 57/1
**focusing [1]** 56/24
**folder [1]** 105/18
**following [3]** 5/6 6/15 67/12
**font [1]** 30/17
**foreclose [2]** 46/22 46/25
**foregoing [1]** 127/5
**forgivable [2]** 18/3 47/3
**forgiven [1]** 18/8
**forgiveness [1]** 44/1
**form [77]**
**format [1]** 127/8
**forms [15]** 55/1 84/11 89/23 98/23 104/11 104/12 106/24 104/19 109/17 113/24 114/4 114/9 114/21 119/8 121/9
**forward [6]** 14/13 60/22 80/12 90/12 105/21 115/5
**found [7]** 76/12 94/22 95/11 100/11 100/20 119/14 121/8
**foundation [10]** 39/19 45/13 45/25 59/16 99/14 101/5 102/19 122/13 123/17 125/6
**fourth [2]** 24/22 30/14
**Francisco [1]** 2/21
**Fraser [2]** 3/7 5/24
**fraud [2]** 70/2 70/2
**frequently [4]** 41/21 41/24 42/2 42/8
**front [3]** 53/19 91/10 104/9
**full [7]** 69/7 69/9 80/22 90/14 105/24 109/23 115/8

**F**

**fund [1]** 43/5
**funded [2]** 43/3 43/5
**funding [6]** 17/20 27/13 27/14 29/10 29/21 52/14
**fundings [1]** 52/16
**funds [32]** 7/25 17/21 17/25 24/9 25/7 25/10 25/13 27/8 27/17 27/24 28/4 28/19 29/2 29/6 29/13 29/25 30/2 32/1 32/12 35/6 35/7 35/16 35/19 35/24 36/9 37/10 37/15 37/18 37/20 45/3 45/8 51/13
**further [17]** 6/1 16/7 38/9 49/19 49/20 51/24 52/1 60/13 66/21 76/1 88/24 90/2 98/9 102/6 105/12 113/12 121/23

**G**

**gather [2]** 82/6 82/7
**gave [1]** 31/15
**general [2]** 25/12 61/16
**generally [11]** 18/18 19/19 20/1 27/3 28/12 30/11 30/19 31/13 32/18 35/22 107/14
**generate [1]** 71/4
**get [14]** 5/15 6/1 6/8 7/11 10/19 10/21 11/21 16/9 22/18 29/2 52/17 68/23 92/5 105/17
**get-away [2]** 10/19 11/21
**give [3]** 6/4 108/8 111/18
**given [5]** 48/8 72/1 74/20 80/1 80/2
**Glendale [1]** 3/13
**go [32]** 8/9 11/23 15/8 15/15 18/14 18/20 22/22 23/3 26/3 28/13 30/16 32/21 33/1 34/5 35/8 35/9 35/21 36/16 49/13 49/22 52/4 58/3 63/7 63/25 65/23 67/10 68/20 83/19 85/7 86/3 88/4 126/17
**going [21]** 5/11 6/1 6/2 6/21 6/23 7/5 11/19 11/20 11/20 34/14 35/8 58/24 83/22 84/18 103/12 108/19 112/4 112/9 117/22 119/13 124/22
**gold [1]** 14/1
**gone [2]** 25/24 38/13
**good [28]** 5/21 6/17 16/16 38/21 38/22 50/3 50/4 52/8 52/9 61/6 67/18 69/15 76/6 76/7 81/3 81/4 89/5 90/21 90/22 98/14 98/15 102/11 102/12 106/6 106/7 108/8 115/16 115/17
**goods [1]** 7/9
**government [39]** 9/8 10/9 14/3 14/8 14/15 14/17 15/16 16/10 19/22 27/25 30/14 35/9 44/19 46/10 53/10 54/2 60/18 62/14 65/1 67/21 68/9 69/4 80/11 83/18 86/2 86/5 88/3 88/10 89/9 89/15 93/13 96/14 97/5 103/11 105/20 108/20 112/7 113/18 114/11
**government's [7]** 6/3 69/4 71/7 83/21 92/22 93/15 117/24
**graduate [1]** 7/7
**Granada [1]** 61/11
**grant [3]** 29/17 29/19 33/20
**Great [1]** 34/5
**Grigorian [1]** 67/24
**Grigoryan [10]** 68/2 77/4 77/24 78/19 79/6 79/13 101/4 101/15 124/5 125/4
**Grigoryan's [1]** 5/15
**gross [1]** 31/23
**ground [1]** 12/6
**grounds [2]** 8/24 37/24
**Group [1]** 3/15
**guarantee [5]** 17/19 17/25 43/25 43/25 44/5
**guaranteed [2]** 18/1 18/2
**guidance [3]** 42/8 53/3 108/8
**guide [2]** 11/5 41/12
**guilty [4]** 10/12 10/13 11/13 14/11
**Gusto [4]** 109/23 111/7 111/9 113/6

**H**

**H-E-R-N-A-N-D-E-Z [1]** 90/17
**had [34]** 10/2 11/14 37/14 37/17 37/18 37/19 39/7 39/22 44/3 45/21 48/8 48/10 51/3 54/19 55/4 59/5 60/1 63/11 63/12 67/20 81/25 83/7 89/16 89/21 100/8 105/4 108/15 108/15 111/23 113/24 114/4 114/5 114/17 119/9
**half [1]** 81/20
**handling [1]** 123/7
**hands [3]** 22/19 29/2 108/16
**happened [2]** 5/11 27/11
**happens [4]** 12/21 25/24 35/1 43/21
**happy [2]** 38/2 54/3
**hard [1]** 7/6
**hard-working [1]** 7/6
**Hart [2]** 97/17 97/18
**has [17]** 10/9 35/5 56/11 56/13 57/8 62/13 63/12 65/20 71/6 78/5 81/25 83/20 85/20 103/25 109/3 122/8 125/11
**hauling [1]** 7/9
**have [112]**
**haven't [1]** 51/15
**having [1]** 51/14
**he [24]** 7/7 7/7 7/10 7/16 8/17 8/19 10/5 10/25 11/1 11/4 11/5 11/14 11/24 12/4 12/7 12/22 13/24 14/7 14/7 14/9 14/10 15/13 66/8 84/22
**head [1]** 53/7
**hear [13]** 9/1 9/12 9/24 10/2 10/22 12/9 12/10 12/13 12/14 13/2 13/4 15/1 102/20
**heard [4]** 12/2 62/10 76/15 85/4
**hearing [6]** 5/13 115/22 115/23 116/4 116/8 116/9
**Heartland [1]** 109/24
**held [4]** 5/6 6/15 67/12 127/6
**help [5]** 8/19 84/8 104/1 109/16 109/19
**helpful [1]** 80/18
**her [2]** 53/20 124/22
**here [32]** 6/20 10/22 11/3 11/16 15/7 15/10 15/13 20/22 23/15 52/10 60/15 71/9 71/12 72/7 80/7 84/19 84/25 85/8 86/9 87/14 90/7 93/1 94/4 103/9 103/15 103/22 110/20 111/11 111/21 113/5 125/12 126/12
**hereby [1]** 127/4
**HERNANDEZ [9]** 4/13 90/11 90/16 90/21 91/11 93/2 93/17 96/15 105/13
**high [1]** 7/8
**higher [1]** 20/23
**highest [1]** 70/1
**highlight [4]** 34/15 36/16 58/10 94/2
**highlighted [1]** 34/6
**highlighting [2]** 31/17 36/17
**highway [1]** 9/20
**Hills [1]** 61/11
**him [3]** 8/21 11/5 14/11
**his [21]** 7/8 7/8 7/13 7/14 7/15 8/18 8/18 8/19 8/20 10/2 10/3 11/2 11/2 11/4 12/1 13/4 13/5 13/9 66/9 80/20 91/3
**hit [6]** 72/21 72/22 74/2 74/11 74/20 75/2
**hits [1]** 51/16
**hold [1]** 108/15
**home [6]** 7/11 9/22 13/4 13/5 13/7 111/25
**homes [1]** 14/2
**honor [84]**
**HONORABLE [1]** 1/3
**hope [2]** 6/21 73/8
**hours [1]** 7/10
**house [1]** 111/25
**housekeeping [2]** 6/12 6/13
**how [50]** 11/24 17/3 20/5 27/11 31/6 32/3 33/6 33/17 34/11 40/11 41/5 42/15 44/10 45/4 45/7 47/6 55/8 56/16 59/5 59/14 59/20 59/22 63/17 66/17 69/20 70/24 74/6 74/14 74/22 82/11 82/14 83/5 84/10 89/12 91/13 91/15 92/14 93/6 93/18 96/17 97/17 107/9 107/12 108/6 110/12 111/11 117/13 118/2 118/21 126/6
**However [1]** 75/3
**husband [1]** 8/16

**I**

**I'm [8]** 9/1 12/9 37/21 89/13 99/6 103/21 119/2 125/17
**I.D [1]** 4/20
**ID [5]** 71/23 72/5 117/9 118/24 119/16
**ID's [1]** 69/25
**idea [2]** 98/21 114/8
**identification [25]** 13/9 21/9 21/12 21/17 21/18 63/15 92/24 94/6 94/18 95/2 95/15 95/21 96/4 96/10 96/14 97/15 98/4 98/16 98/21 99/22 100/10 100/17 100/21 111/16 117/23
**identifications [2]** 7/22 13/3
**identified [2]** 37/18 38/6
**identities [1]** 12/2
**idiot [1]** 13/25
**impact [5]** 31/25 32/3 33/17 38/4 38/7
**importance [1]** 13/19
**important [7]** 10/7 10/20 11/18 12/19 13/18 22/11 22/22
**importantly [1]** 8/1
**impression [1]** 125/12
**improper [1]** 9/8
**improperly [1]** 5/24
**Inc [10]** 37/9 81/13 81/25 85/1 85/20 86/10 86/16 86/25 88/6 88/14
**include [4]** 27/1 33/24 34/18 48/16
**included [2]** 18/24 24/14
**including [1]** 27/20
**income [10]** 58/15 81/8 82/7 82/7 94/8 94/10 99/9 106/23 123/10 123/10
**incorporated [1]** 81/15
**independent [3]** 27/19 58/14 105/4

**I**

**indicated [2]**   23/15 24/24
**indicates [3]**   20/11 20/18 21/14
**individual [7]**   82/8 85/13 86/20 86/22 86/24 104/18 124/12
**individuals [9]**   59/25 82/18 82/19 107/15 111/17 122/11 122/20 122/24 124/8
**industries [1]**   27/16
**inflate [1]**   32/9
**inflating [1]**   32/9
**influence [2]**   32/7 37/11
**Info [15]**   85/1 94/5 94/12 94/17 95/1 95/6 95/15 99/20 100/4 100/6 100/22 101/1 101/12 102/1 102/4
**informal [1]**   123/13
**information [59]**   19/2 19/14 21/21 22/9 22/12 28/15 28/16 28/24 31/3 31/6 31/8 31/25 32/4 32/6 34/2 34/3 34/21 43/17 43/18 43/23 44/1 45/9 54/13 54/15 57/12 76/12 76/19 77/14 78/17 78/24 79/5 79/5 79/9 80/1 82/6 82/23 92/5 92/10 92/11 95/3 97/2 100/4 101/2 101/3 101/14 101/17 102/1 102/3 104/10 108/7 111/11 111/12 111/12 117/8 123/11 123/19 123/24 124/4 124/16
**initial [1]**   28/22
**initially [2]**   18/12 34/25
**injury [10]**   20/19 26/19 27/6 28/14 29/18 36/1 42/24 51/9 51/10 57/1
**innocence [2]**   12/24 14/6
**inside [3]**   103/2 103/7 104/25
**instance [1]**   77/4
**instead [2]**   12/18 12/23
**instruct [1]**   24/2
**instruction [4]**   6/3 23/24 24/2 60/20
**instructions [3]**   54/19 54/22 55/21
**integrated [1]**   92/4
**intend [6]**   5/12 5/14 5/16 6/4 37/10 66/24
**intends [1]**   6/24
**intent [1]**   13/9
**interest [5]**   46/11 46/14 46/17 50/24 51/15
**interface [1]**   92/4
**Internal [1]**   90/24
**interpret [1]**   58/18
**interpretive [4]**   40/17 41/5 41/11 41/15
**introduce [2]**   9/6 9/7
**introduced [1]**   13/16
**Intuit [1]**   109/23
**invalid [10]**   72/11 72/24 72/25 74/4 76/22 77/17 79/2 79/19 97/16 97/23
**involve [1]**   17/5
**IP [1]**   9/24
**IRS [19]**   82/9 89/17 89/20 90/25 91/15 91/20 92/3 92/7 92/19 93/9 96/25 97/2 98/23 99/17 102/4 111/18 113/24 114/3 114/17
**is [461]**
**isn't [18]**   52/11 52/24 53/24 55/1 55/11 55/14 55/18 55/20 56/9 57/7 57/25 58/18 59/14 68/9 102/22 104/15 104/18

104/21
**issue [8]**   6/11 40/17 41/7 22/13 41/5 47/20 47/21 47/24
**issued [9]**   19/17 22/14 28/18 40/17 41/11 41/14 41/21 41/24 48/13
**issues [1]**   6/10
**it [265]**
**items [2]**   14/18 27/6

**J**

**J-A-C-K [1]**   80/23
**JACK [4]**   4/11 80/11 80/22 87/15
**January [6]**   31/24 36/2 71/19 72/15 73/3 119/23
**January 15th [2]**   71/19 72/15
**January 31 [2]**   31/24 36/2
**January 9th [1]**   73/3
**Jeffrey [1]**   15/12
**Jennifer [4]**   3/12 5/19 7/1 7/4
**Jetpack [1]**   107/22
**jewelry [1]**   14/2
**job [15]**   17/7 69/20 69/23 70/20 71/1 91/13 91/17 91/25 92/16 115/21 115/22 116/2 116/3 117/1 117/16
**jobs [2]**   7/13 107/23
**John [1]**   3/4
**Johnson [17]**   2/14 2/17 2/19 2/22 3/19 3/20 4/6 4/14 5/17 8/14 9/16 14/14 26/4 52/3 52/7 60/19 102/10
**Jr [1]**   3/14
**JUDGE [1]**   1/4
**Judicial [1]**   127/9
**jumped [4]**   11/15 11/25 12/23 14/9
**jumping [1]**   13/11
**JUNE [4]**   1/17 5/1 42/10 127/10
**jurors [3]**   26/5 26/6 26/16
**jury [28]**   11/5 5/7 6/8 6/16 6/17 9/5 10/14 13/18 17/16 18/5 18/19 20/8 23/19 23/22 24/16 24/21 27/11 29/15 31/13 46/13 47/17 48/24 65/1 67/13 83/18 88/3 107/19 112/7
**just [45]**   5/10 5/22 6/9 6/11 9/11 10/17 11/11 11/23 12/9 12/17 15/2 20/1 20/15 20/21 23/22 24/3 25/12 26/5 31/17 37/23 38/13 47/12 47/18 50/6 50/18 51/12 54/1 56/6 57/6 57/11 57/12 63/7 65/23 76/15 84/12 87/25 97/8 108/17 113/18 120/5 120/9 125/7 125/19 125/25 126/6
**JUSTICE [2]**   2/4 2/9

**K**

**K-A-T-H-L-E-E-N [1]**   16/18
**KATHLEEN [3]**   4/4 16/11 16/18
**KATIE [2]**   1/21 127/12
**Katzman [2]**   3/4 3/7
**Kauichko [9]**   73/1 73/8 76/16 77/1 78/2 86/19 87/10 88/16 88/20
**keep [9]**   14/5 16/19 22/20 22/20 52/21 52/22 82/24 91/7 107/23
**keeping [5]**   17/14 82/21 91/20 107/16 116/22
**keeps [2]**   76/9 122/7
**Keough [9]**   2/19 4/10 4/14 4/16 4/19 76/5 98/13 113/16

122/2
**Kepf [7]**   77/19 77/25 78/3 70/15 70/17 92/9 93/8 93/11 96/24
**kid [1]**   66/19
**kind [3]**   10/4 31/11 31/22
**kinds [1]**   92/9
**knew [3]**   12/22 14/7 14/7
**know [58]**   5/14 6/19 9/10 10/16 11/24 26/15 34/11 40/5 40/11 40/16 41/4 41/8 41/10 41/18 41/19 42/6 42/11 42/12 42/14 44/6 48/9 48/12 48/13 53/25 55/8 55/19 57/14 57/16 57/21 59/10 60/10 65/18 67/24 68/2 68/5 68/6 68/25 70/24 83/2 83/5 83/12 84/23 86/20 89/20 89/23 92/14 94/13 107/25 108/7 110/10 110/17 113/2 114/5 114/16 114/20 117/13 122/14 123/23
**knowing [2]**   12/22 14/10
**knowingly [2]**   11/15 14/9
**knowledge [6]**   24/5 40/4 40/7 63/4 85/23 122/15
**known [1]**   69/19
**Kudiumov [10]**   73/21 74/6 74/13 77/11 110/4 110/7 110/8 110/10 110/23 113/20

**L**

**L-I-T-T-W-I-N [1]**   16/18
**L-L-O-Y-D [1]**   80/23
**lack [11]**   44/8 45/24 93/7 94/22 95/23 100/8 100/11 103/6 103/7 103/9 103/22
**Lacks [2]**   99/14 101/5
**laid [1]**   58/6
**large [2]**   40/2 40/5
**last [16]**   16/3 23/20 58/9 58/10 58/13 69/10 72/3 72/20 73/13 74/18 75/2 75/14 78/9 115/11 116/8 125/25
**late [2]**   7/10 81/20
**later [4]**   5/22 6/4 26/9 43/24
**law [4]**   3/15 3/20 23/24 24/2
**lawsuit [1]**   46/20
**lawyer [4]**   5/24 9/8 38/23 38/25
**lawyers [1]**   9/5
**learn [1]**   89/14
**learned [4]**   34/21 67/20 89/7 113/23
**leave [1]**   16/7
**lecturn [1]**   54/5
**led [1]**   39/22
**ledger [2]**   82/24 82/25
**left [5]**   5/13 15/10 48/10 48/17 49/16
**Legal [1]**   37/23
**legislation [1]**   17/18
**legitimate [6]**   8/17 8/21 26/1 52/10 52/13 102/18
**lend [2]**   48/10 48/17
**lender [18]**   18/15 18/21 18/22 18/25 19/8 43/6 43/11 43/13 43/16 43/20 43/23 43/24 44/3 44/8 55/12 55/13 55/23 60/11
**lenders [2]**   17/22 44/16
**lending [1]**   34/23
**lengthy [1]**   5/12
**less [1]**   40/15
**let [4]**   5/13 11/23 37/3 114/2
**let's [29]**   6/8 16/9 21/11 26/17 32/21 51/14 55/22 58/3 58/3 63/19 63/24 63/25 64/4

**L**

**let's... [16]** 65/23 68/20
75/6 85/6 86/13 87/13 93/25
110/19 110/19 111/5 111/13
113/4 123/12 124/21 124/25
126/16
**letter [2]** 96/21 96/21
**letters [8]** 15/18 15/20
15/22 15/23 15/24 96/18
96/20 96/24
**level [1]** 70/1
**Lewis [1]** 3/4
**liability [1]** 43/21
**license [40]** 63/14 64/5
64/15 64/16 64/17 69/25 70/1
70/12 71/8 71/12 71/18 72/1
72/5 72/10 72/11 72/14 72/22
72/24 72/25 73/2 73/16 73/22
74/2 74/6 74/11 74/14 74/19
74/22 75/3 75/6 75/12 75/15
75/20 76/23 77/10 77/18
78/13 78/22 79/2 79/25
**licenses [4]** 76/9 76/12
76/15 79/19
**lien [1]** 70/3
**like [17]** 9/11 9/25 10/16
10/17 13/22 14/17 15/17
16/11 23/3 40/24 44/10 50/6
51/16 56/4 57/24 87/25 107/6
**limitations [1]** 24/9
**limited [2]** 25/15 29/9
**limiting [3]** 23/24 24/1
60/20
**Limo [10]** 11/1 54/11 54/13
102/14 102/18 103/3 103/13
103/20 103/25 104/10
**line [4]** 31/15 58/9 58/10
58/13
**lined [1]** 68/23
**link [1]** 28/14
**list [12]** 75/14 104/25
107/21 118/7 124/9 125/4
125/14 125/21 126/1 126/3
126/3 126/6
**listed [24]** 71/12 84/25
85/11 86/9 87/11 93/22 94/21
96/8 96/9 98/5 99/24 100/8
104/11 104/11 104/17 110/21
118/23 119/19 119/24 120/3
123/3 124/11 124/18 125/9
**lists [2]** 86/15 111/21
**little [8]** 6/2 30/17 42/23
42/25 43/4 43/7 46/6 91/7
**Littrell [3]** 3/4 3/4 3/7
**LITTWIN [11]** 4/4 16/11 16/16
16/18 16/20 23/5 25/12 38/21
46/5 49/18 50/3
**live [7]** 61/8 61/10 61/11
81/5 82/10 99/10 106/8
**living [1]** 82/2
**LLC [1]** 56/12
**LLC's [1]** 27/19
**Lloyd [1]** 80/22
**LLP [6]** 2/14 2/17 2/19 2/22
3/4 3/7
**load [1]** 14/22
**loan [82]**
**loans [33]** 17/19 22/14 25/16
25/19 27/24 39/22 39/22
39/24 40/5 42/22 42/24 42/25
43/2 43/3 43/5 43/7 43/10
44/11 44/12 44/15 46/7 46/7
47/3 47/3 47/7 47/22 48/8
51/8 51/19 52/10 52/12 59/14
59/20
**locate [1]** 71/22
**located [2]** 28/6 97/2
**location [1]** 44/23

**locations [1]** 117/8
**LLP [2]** 3/4 3/7
**logo [1]** 118/3
**long [9]** 7/9 17/3 40/12
56/16 59/22 69/20 84/10
91/13 91/15
**look [18]** 14/13 53/15 56/15
57/14 57/15 63/9 71/22 93/25
93/25 105/7 110/19 111/5
112/4 124/6 124/10 125/3
125/13 126/2
**looked [3]** 53/9 53/11 53/12
**looking [5]** 5/23 11/16 12/21
53/25 126/15
**LOS [7]** 1/14 1/23 2/7 2/15
3/9 3/16 5/1
**lost [1]** 53/22
**lot [2]** 42/15 103/9
**loudly [1]** 115/24
**Lulu [1]** 37/8
**Luncheon [1]** 126/18

**M**

**M-O-D-I [1]** 115/11
**ma'am [4]** 60/15 80/6 105/13
126/12
**made [1]** 51/8
**magnification [1]** 34/15
**magnified [3]** 20/9 20/16
36/18
**magnify [4]** 21/15 30/18
31/14 84/18
**magnifying [1]** 31/18
**mail [3]** 35/2 63/20 63/22
**main [1]** 5/13
**mainly [2]** 83/6 116/7
**maintain [1]** 109/20
**maintenance [1]** 107/6
**make [14]** 5/14 6/24 8/6 9/8
12/11 14/23 15/2 26/5 26/6
28/16 34/9 37/23 58/21 58/25
**makes [1]** 29/1
**making [2]** 12/4 12/7
**man [11]** 7/6 68/2 77/4 77/24
78/18 79/6 79/12 101/3
101/15 124/5 125/3
**manage [2]** 7/13 17/7
**managed [1]** 26/25
**management [2]** 70/6 107/22
**manager [1]** 56/13
**managing [1]** 17/5
**Manuk [11]** 67/24 68/2 77/4
77/24 78/18 79/6 79/12 101/3
101/15 124/5 125/3
**Manukyan [4]** 75/6 75/12
78/14 78/17
**many [6]** 10/22 59/13 82/11
82/14 93/18 107/9
**March [6]** 25/7 25/9 40/9
73/22 74/7 119/23
**March 19th [2]** 73/22 74/7
**March 31 [1]** 119/23
**mark [7]** 4/7 22/3 23/16
23/22 33/1 60/18 61/1
**marked [1]** 117/23
**Market [1]** 2/20
**mask [4]** 80/15 80/16 80/17
107/8
**master [3]** 92/3 99/17 102/4
**match [16]** 72/21 72/23 73/14
73/17 74/2 74/4 74/4 74/11
74/12 74/20 75/1 75/3 75/4
75/19 80/1 80/2
**matter [4]** 5/23 6/12 25/12
127/7
**matters [4]** 5/10 6/13 9/9
122/15
**may [9]** 5/9 8/17 10/10 16/6
24/6 30/15 58/12 104/6

105/17
**maybe [4]** 13/25 18/4
**me [22]** 11/11 11/23 23/21
37/3 39/22 40/24 43/3 44/16
47/7 50/15 62/21 64/11 64/13
78/4 80/1 80/2 89/19 100/13
107/23 108/7 112/3 114/2
**mean [13]** 8/24 11/9 11/10
33/11 46/1 89/17 101/6 104/1
119/14 120/4 122/14 125/11
126/5
**meaning [2]** 56/12 119/15
**means [4]** 18/5 33/8 33/12
34/13
**Mechanics [4]** 110/15 110/17
110/25 121/13
**Medel [1]** 74/22
**mediate [1]** 70/4
**Medicare [2]** 109/10 112/20
**meet [7]** 29/4 32/15 32/16
47/5 50/16 82/6 112/3
**meeting [2]** 50/18 111/24
**meets [1]** 18/6
**Meghan [1]** 2/16
**members [2]** 6/17 9/4
**mentioned [12]** 17/25 19/9
23/17 26/19 26/25 29/9 33/23
34/17 39/21 43/10 116/4
120/6
**Mesereau [6]** 3/14 3/15 4/5
49/22 50/2 50/5
**message [1]** 13/11
**messages [4]** 13/10 13/12
13/22 13/24
**mic [1]** 115/9
**Michael [1]** 2/19
**microphone [3]** 91/10 94/14
115/25
**might [5]** 31/19 42/7 55/19
99/9 122/11
**millions [1]** 48/8
**mind [5]** 10/13 11/14 31/17
31/19 54/4
**mine [3]** 64/13 64/14 66/18
**minute [3]** 54/1 66/23 67/1
**minutes [4]** 53/4 60/2 67/5
67/9
**missing [1]** 62/20
**mission [1]** 17/1
**Misstates [2]** 100/14 100/23
**mobile [3]** 9/20 60/7 60/9
**MODI [7]** 4/17 115/4 115/10
115/16 115/24 116/2 118/18
**moment [1]** 71/17
**money [20]** 10/4 20/24 21/5
25/15 25/21 25/24 32/10 44/8
44/11 44/20 44/25 45/10
45/18 45/15 45/23 45/23
48/10 48/16 63/5 85/24
**Monica [1]** 3/15
**monitor [4]** 45/4 45/7 45/22
46/3
**month [2]** 36/2 40/15
**monthly [7]** 20/10 20/12
20/22 48/14 49/2 59/5 107/6
**months [2]** 31/23 69/22
**more [17]** 14/9 15/9 20/24
25/18 25/25 41/15 50/18
56/15 57/10 65/24 80/15 88/1
93/18 101/22 114/1 115/24
123/13
**morning [34]** 6/17 7/10 16/16
38/21 38/22 50/3 50/4 52/8
52/9 61/6 61/7 67/7 67/8
67/18 67/19 69/15 76/6 76/7
81/3 81/4 89/5 89/6 90/21
90/22 98/14 98/15 102/11
102/12 106/6 106/7 113/17
115/16 115/17 122/3

**M**

mortgage [3]  50/24 51/15 51/19
most [3]  6/22 8/1 12/19
motion [1]  14/23
motor [2]  69/16 69/18
mouth [1]  80/16
move [6]  14/17 15/17 40/8 69/4 118/13 118/25
moves [2]  93/13 97/5
Mr [28]  4/5 4/5 4/6 4/7 4/9 4/10 4/11 4/13 4/14 4/14 4/16 4/16 4/18 4/18 38/20 50/2 52/7 61/5 69/14 76/5 81/2 90/20 98/13 102/10 106/5 113/16 115/15 122/2
Mr. [32]  9/16 9/22 10/2 10/4 10/18 11/14 13/2 13/11 13/24 14/1 14/4 14/14 15/10 49/22 50/5 61/6 66/13 67/18 80/14 81/3 83/20 84/19 86/4 88/5 89/5 90/7 92/23 96/13 106/6 113/17 114/23 117/22
Mr. Artur [1]  50/5
Mr. Clark [1]  15/10
Mr. Cruz [3]  92/23 96/13 117/22
Mr. Dadyan [9]  10/2 10/4 10/18 11/14 13/2 13/11 13/24 14/1 14/4
Mr. Fard [3]  106/6 113/17 114/23
Mr. Fenton [1]  80/14
Mr. Johnson [2]  9/16 14/14
Mr. Mesereau [1]  49/22
Mr. Runyan [7]  81/3 83/20 84/19 86/4 88/5 89/5 90/7
Mr. Vahe [1]  9/22
Mr. Zindroski [3]  61/6 66/13 67/18
Ms [6]  4/4 4/8 4/12 16/15 67/17 89/4
Ms. [22]  8/5 16/16 16/20 23/5 25/12 38/21 46/5 49/18 50/3 69/15 76/6 80/3 90/21 91/11 93/2 93/17 96/15 105/13 115/16 115/24 116/2 118/18
Ms. Fitzgerald [3]  69/15 76/6 80/3
Ms. Hernandez [6]  90/21 91/11 93/2 93/17 96/15 105/13
Ms. Littwin [8]  16/16 16/20 23/5 25/12 38/21 46/5 49/18 50/3
Ms. Modi [4]  115/16 115/24 116/2 118/18
Ms. Wirsching [1]  8/5
much [2]  20/5 122/7
multiple [3]  47/6 107/18 107/23
Murat [1]  74/22
must [3]  22/12 77/1 111/17
my [33]  5/23 7/4 8/14 50/5 53/7 63/14 64/14 64/16 64/16 66/7 66/18 69/9 69/24 70/6 80/17 81/20 82/2 83/6 106/11 107/20 107/20 107/21 108/7 109/19 109/24 110/22 111/4 111/25 111/25 115/10 115/22 116/3 125/12

**N**

name [106]
named [30]  7/14 65/18 65/20 68/2 77/4 77/7 77/24 78/2 78/4 78/18 79/6 79/9 79/12

79/12 81/12 84/23 85/13 85/22 101/2 101/4 101/7 102/2 102/13 110/10 110/12 114/13 114/13 124/5 124/16 125/3
names [9]  70/10 71/7 71/8 71/11 78/11 82/25 123/4 124/8 125/13
Nearly [1]  7/12
necessarily [1]  99/11
necessary [4]  14/20 106/24 108/7 108/18
need [10]  10/14 10/23 25/13 29/6 47/13 66/25 67/1 98/25 99/11 103/23
needed [6]  11/5 15/8 25/4 30/18 54/25 70/6
needs [1]  108/25
net [2]  20/19 58/15
never [8]  62/12 63/6 63/11 63/12 63/16 65/13 65/22 112/1
new [4]  2/10 2/18 56/20 83/8
Newcomer [5]  2/16 4/8 4/12 67/17 89/4
next [29]  6/24 10/20 11/19 20/13 23/3 23/4 30/16 33/10 35/1 35/21 37/4 48/5 57/24 58/4 59/2 60/16 60/21 66/3 68/20 80/10 85/6 87/13 90/9 105/16 110/20 111/6 113/4 113/5 115/2
Nicholas [1]  2/22
night [2]  7/10 7/11
no [174]
North [2]  2/6 3/20
not [117]
notes [1]  44/25
nothing [3]  12/14 52/2 93/1
November [2]  74/15 75/7
November 29th [1]  74/15
November 2nd [1]  75/7
now [28]  6/1 6/6 9/11 10/7 26/3 41/5 42/15 44/10 45/3 45/21 46/5 47/3 53/15 54/19 57/17 67/9 68/18 68/20 69/22 76/15 78/12 79/23 81/7 93/2 94/25 104/8 123/12 126/16
number [60]  10/11 19/7 21/1 21/17 21/18 21/18 21/19 28/18 29/23 31/16 33/14 33/19 48/9 57/9 63/10 63/13 63/14 63/15 63/17 63/18 63/18 64/17 72/1 72/6 72/10 72/14 72/22 73/2 74/3 74/7 74/15 74/20 74/22 75/3 75/12 79/25 94/6 94/18 95/2 95/16 97/16 98/4 98/16 98/22 99/13 99/23 100/10 100/17 100/21 101/3 110/20 111/2 111/3 111/4 111/16 111/18 118/22 118/24 123/5 125/18
numbers [10]  21/9 21/12 32/9 70/12 71/12 95/21 96/4 96/11 118/23 123/9
NW [2]  2/10 2/23
NY [1]  2/18

**O**

o'clock [5]  5/12 6/6 6/14 67/10 126/17
Oaks [2]  106/9 112/1
objecting [1]  68/9
objection [28]  8/23 12/4 13/13 24/12 37/23 37/25 39/19 40/22 41/7 41/9 41/16 45/12 45/24 48/21 58/2 59/16 68/10 68/15 99/14 100/14 100/23 101/5 101/20 102/19

122/13 123/17 125/6 126/4
obligations [3]  88/11 88/13 88/16
obtain [2]  55/12 55/13
occasionally [2]  83/8 109/18
occupational [1]  69/25
occurring [1]  36/2
off [5]  51/9 53/7 64/9 92/5 94/14
offer [3]  29/12 34/3 48/19
offered [1]  24/4
office [8]  2/4 3/20 28/3 28/6 92/19 117/19 124/1 125/5
officer [2]  37/8 123/12
officer's [1]  123/4
officers [2]  17/7 123/3
Official [1]  1/21
often [6]  7/9 41/5 42/22 42/25 43/3 43/7
oh [2]  47/13 83/4
okay [19]  5/8 5/21 8/9 15/8 23/4 50/8 50/14 53/5 62/15 64/7 65/2 78/3 78/5 80/18 84/4 87/9 90/3 91/12 126/9
once [7]  6/20 7/15 25/24 28/17 35/5 44/25 45/3
one [34]  6/9 6/11 10/11 15/9 25/18 25/21 33/21 42/23 42/25 43/4 43/7 46/7 47/8 47/9 49/1 49/2 50/17 53/11 53/12 55/25 57/10 63/11 68/3 71/17 76/15 84/12 87/25 91/14 93/18 93/25 106/15 110/19 114/1 125/25
ones [1]  68/7
online [1]  31/7
only [14]  9/5 27/23 32/12 43/22 47/8 62/2 62/5 72/5 85/9 87/14 103/21 111/6 113/5 125/13
open [3]  65/8 65/11 88/20
opened [3]  7/16 27/13 27/18
opening [8]  5/14 5/15 5/25 6/23 6/24 8/7 9/4 9/9
operate [1]  99/1
operating [1]  99/9
operation [1]  25/5
operations [4]  25/6 29/6 37/14 111/25
order [10]  23/1 45/18 68/25 98/25 99/11 106/24 108/8 109/6 111/17 112/2
orders [1]  15/3
original [1]  43/22
other [20]  13/10 29/13 44/22 51/4 51/5 51/7 51/20 53/12 53/16 60/14 73/15 82/1 106/23 107/4 108/17 108/17 114/24 120/21 121/7 121/14
our [2]  70/5 92/4
out [32]  8/17 8/22 9/19 11/20 22/22 23/19 25/21 31/19 34/14 35/22 37/3 38/13 43/25 44/7 48/8 49/5 51/4 53/4 55/1 56/8 58/6 58/18 58/21 59/5 59/14 59/20 89/9 89/12 113/25 114/3 114/17 122/24
outline [1]  13/15
outside [1]  5/6
outsource [1]  109/18
over [12]  7/9 10/20 11/19 11/23 22/14 42/3 49/16 54/4 80/16 96/18 118/25 119/3
overruled [4]  24/13 40/23 41/9 41/17
owes [1]  51/14
own [14]  8/18 8/18 10/3 10/3 11/2 11/2 61/17 61/17 81/10

**O**

own... [5] 81/10 99/12
106/11 106/18 122/14
owned [2] 81/18 81/20
owner [14] 8/17 19/11 22/1
23/13 30/4 37/1 37/8 38/6
51/18 55/17 61/23 81/16
81/21 88/16
owners [9] 22/20 52/16 52/17
54/23 54/25 56/7 58/17 59/13
123/7
owners' [1] 22/19
ownership [2] 21/13 123/3
owns [1] 21/21
Ozodco [1] 37/8

**P**

P-I-N-A-L [1] 115/11
p.m [1] 126/18
Pacific [1] 3/20
PAETTY [7] 2/5 4/9 4/13 4/18
69/14 90/20 115/15
page [41] 4/3 23/3 23/4
28/13 30/14 30/16 30/20 31/7
35/9 35/21 37/4 48/25 49/13
59/25 62/16 63/8 63/24 63/25
64/2 64/4 65/23 84/17 85/6
86/9 86/13 86/13 86/14 86/15
87/5 87/13 94/25 95/12
108/21 110/3 110/19 111/6
112/9 112/21 113/4 113/5
127/7
pages [1] 103/24
paid [7] 46/8 51/15 85/8
111/6 113/5 119/9 123/9
pandemic [2] 17/15 51/16
paragraph [6] 23/20 35/23
56/5 58/4 59/3 71/8
paragraph 6 [1] 71/8
Pardon [4] 61/9 61/14 63/21
68/1
part [28] 16/3 17/7 23/9
34/17 39/15 41/12 54/22
55/21 59/4 70/10 70/12 70/19
71/1 76/8 78/16 79/4 85/7
92/16 100/25 101/11 101/25
102/15 110/19 117/1 117/15
124/3 124/17 125/2
participant [8] 8/10 10/6
11/7 11/15 11/22 11/25 12/22
14/10
participating [12] 17/22
18/15 18/20 18/22 43/6 43/11
43/13 43/16 43/23 43/24 44/3
60/11
particular [4] 22/2 28/3
33/3 73/11
parties [2] 5/8 6/18
partnership [1] 82/8
partnerships [1] 82/20
party [2] 8/6 9/7
passed [3] 17/18 39/11 40/11
pay [19] 10/8 10/14 10/23
11/12 11/18 12/24 13/22 14/6
17/20 19/7 21/8 27/6 27/7
43/25 44/7 51/9 51/19 109/4
120/4
Paycheck [5] 17/9 50/12 62/8
83/9 108/3
payer's [1] 91/6
paying [4] 13/19 50/21 50/24
51/1
payroll [44] 20/10 20/12
20/23 21/8 50/16 50/19 53/24
57/25 57/25 58/1 58/4 58/7
59/6 83/25 109/3 109/9
109/18 109/21 109/23 109/24
111/8 111/9 112/15 113/6

116/17 116/19 116/19 117/8
120/4 120/5 120/16 120/16
121/1 121/1 121/9 121/10
121/10 121/20 121/20 123/8
people [6] 12/16 12/19 13/10
38/12 55/17 126/2
per [4] 71/22 74/3 74/12
75/4
percent [1] 18/2
perform [1] 122/25
perhaps [1] 8/1
period [4] 18/7 119/23
120/11 121/2
periods [4] 95/8 119/19
119/22 121/6
permissible [2] 35/18 35/24
permission [8] 19/21 30/13
64/25 83/17 86/1 88/2 112/6
118/16
person [15] 7/21 34/9 38/6
62/2 62/5 73/15 74/5 75/5
75/13 75/21 76/21 77/6 77/16
78/10 104/24
personal [7] 36/9 47/1 99/9
104/18 105/8 105/8 123/10
Peter [7] 3/19 3/20 5/17
8/14 26/4 52/3 60/19
phase [1] 28/22
Phon [1] 37/8
phone [5] 9/20 60/7 60/9
63/17 110/20
photograph [1] 13/8
physical [1] 53/21
physically [1] 28/8
pick [1] 83/8
PINAL [3] 4/17 115/4 115/10
place [1] 122/7
PLAINTIFF [1] 1/7 2/3
plea [2] 5/15 5/25
please [28] 16/16 16/17
21/15 41/1 47/14 48/24 49/14
54/6 58/5 58/11 59/3 60/22
60/24 69/7 71/17 80/12 80/20
90/12 90/14 103/12 105/21
105/23 105/24 110/21 115/5
115/7 115/9 115/24
plus [2] 10/21 20/18
point [29] 6/4 9/13 14/24
23/18 24/16 24/21 35/22 41/8
41/9 48/19 57/21 72/17 72/18
73/5 73/6 73/14 73/17 73/25
74/1 74/3 74/9 74/10 74/12
74/17 74/18 75/1 75/4 75/8
75/9
pointing [1] 31/19
portal [1] 35/4
portion [3] 34/8 39/16 57/19
posed [1] 7/21
position [3] 69/21 69/21
91/14
possible [9] 22/19 29/3 44/7
44/9 60/6 70/2 80/15 107/7
108/9
post [1] 48/23
potential [1] 15/4
power [1] 53/22
PPP [69]
practice [2] 56/24 81/8
preceding [1] 31/23
predicated [1] 29/21
preparation [2] 106/17
107/20
prepare [11] 81/8 82/9 84/8
84/11 85/18 87/23 109/16
111/17 112/2 113/7 113/9
prepared [1] 114/9
preparer [8] 82/5 85/9 87/14
87/17 106/22 111/6 111/16

113/5
prepares [1] 106/23
113/6
prepares [1] 106/23
presence [4] 5/7 6/16 15/7
67/13
present [1] 5/8
presented [1] 7/19
president [1] 56/12
PRESIDING [1] 1/4
pressure [2] 40/8 42/16
presumption [2] 12/24 14/5
pretty [1] 122/7
previously [8] 19/22 62/13
81/18 81/18 83/21 86/5
108/19 111/23
prior [2] 82/23 82/23
private [2] 17/23 18/16
Probably [1] 84/12
problems [1] 51/14
proceed [8] 9/16 15/6 24/7
26/17 38/16 69/6 93/16
118/15
proceedings [7] 1/13 5/6 6/5
6/15 67/12 126/19 127/6
process [9] 18/10 18/18
28/10 28/12 30/7 69/24 70/2
71/21 108/16
program [29] 17/9 17/13
17/14 26/20 26/21 27/3 27/13
27/14 27/15 29/12 29/16
29/17 48/8 48/10 48/14 49/11
49/16 50/7 50/12 51/16 51/17
56/18 56/20 62/9 62/9 83/10
83/10 108/4 108/4
programs [4] 17/5 26/25
27/18 116/18
promptly [2] 5/11 6/20
pronounce [1] 86/19
proof [2] 10/11 10/12
proper [2] 51/12 51/13
property [4] 46/11 46/23
46/24 47/1
proposed [1] 6/3
proprietor [2] 58/14 122/23
proprietorship [3] 99/8
104/15 104/17
proprietorships [1] 27/19
prosecutor [2] 50/9 51/12
Protection [5] 17/9 50/12
62/8 83/9 108/3
proves [1] 14/8
provide [8] 17/20 19/14
28/25 29/7 70/4 107/1 107/4
107/5
provided [20] 17/19 22/9
25/19 25/25 34/2 34/22 52/14
53/10 57/12 57/13 100/6
100/9 100/16 102/1 123/5
123/19 123/23 124/4 124/16
125/5
provides [3] 17/21 27/5
27/24
providing [4] 19/13 22/13
28/25 32/6
proving [1] 10/9
PTIN [6] 111/12 111/13
111/14 111/15 111/16 111/19
publish [8] 19/22 30/14
64/25 83/17 86/1 88/2 112/7
118/16
pull [5] 53/8 54/2 58/4 72/6
124/21
pulled [1] 79/22
punctual [1] 6/19
purely [1] 36/9
purpose [5] 5/13 21/8 24/5
50/7 50/11 50/16 51/4 51/5
56/5

**P**

purposes [5]   50/17 50/18 50/21 51/7 59/4
pursuant [2]   19/23 127/4
put [6]   10/15 12/3 49/5 51/17 72/5 73/9

**Q**

qualify [1]   36/10
Quality [12]   61/20 62/3 62/6 62/20 63/12 64/18 65/6 65/9 65/21 97/24 98/6 121/4
quarantine [1]   39/5
quarter [7]   95/18 112/16 119/6 119/8 120/1 120/2 120/11
quarterly [7]   84/4 95/17 109/7 109/9 112/15 117/9 119/25
quarters [1]   120/5
question [34]   10/5 10/18 10/20 31/21 32/25 34/5 34/16 38/1 40/25 45/15 46/2 48/5 55/22 57/8 60/6 66/8 66/10 66/12 68/13 68/16 89/13 95/25 101/6 101/10 101/11 101/22 102/20 114/1 122/15 122/16 122/17 125/7 125/25 126/7
questions [28]   31/18 38/9 41/21 41/24 42/2 42/9 44/10 49/19 50/6 50/10 51/13 51/24 60/13 60/14 65/24 66/21 76/1 88/24 90/2 97/8 98/9 102/6 102/7 105/12 113/12 113/18 114/11 121/23
quickly [5]   22/19 29/3 40/21 41/3 42/19

**R**

R-U-N-Y-A-N [1]   80/23
Ram [1]   2/13
ran [14]   74/8 74/16 74/24 75/17 78/21 78/24 95/20 99/17 99/19 100/10 100/20 101/25 122/4 125/2
Range [1]   104/5
reached [4]   89/9 113/25 114/3 114/17
read [4]   13/12 58/13 59/23 60/1
real [3]   38/6 46/24 99/4
really [1]   11/17
reason [1]   53/15
reasonable [4]   10/9 10/11 10/13 14/9
recall [12]   40/17 51/8 76/16 77/13 78/7 78/11 78/14 78/16 103/19 103/21 113/21 114/14
receive [12]   18/12 19/2 20/6 20/24 21/4 25/7 25/10 32/1 33/21 33/21 33/22 63/4
received [8]   16/5 24/4 24/10 31/3 42/22 48/22 85/23 97/7
receives [1]   44/25
receiving [1]   43/22
recess [4]   67/7 67/8 67/11 126/16
recognize [17]   19/25 30/17 30/19 35/10 87/7 88/11 92/25 93/4 93/6 96/15 96/17 108/22 112/11 112/14 117/25 118/2 118/3
record [69]
record-keeping [2]   91/20 116/22
recording [1]   36/4
recordings [1]   122/12

records [39]   70/7 70/10 91/4 92/9 92/19 93/7 93/21 94/2 94/4 94/11 94/22 95/5 95/13 95/24 97/11 97/18 99/23 100/1 103/6 103/10 105/8 116/10 118/25 119/3 119/4 119/14 119/17 120/15 120/24 122/8 122/10 122/19 122/21 123/15
recover [1]   46/18
Redline [4]   110/15 110/17 110/25 121/12
Redondo [1]   3/21
reduced [1]   22/15
reference [14]   12/5 12/7 78/17 79/5 79/8 98/6 101/1 101/13 101/17 101/21 103/2 103/13 103/19 103/25
referenced [1]   19/13
referencing [1]   14/22
referred [1]   13/24
referring [1]   109/22
refinance [1]   51/10
reflected [2]   119/10 119/12
refresh [1]   67/9
refuse [1]   44/7
regarding [2]   36/21 41/6
register [3]   98/18 98/22 111/18
registration [1]   69/25
regular [7]   71/1 91/24 92/6 92/16 93/8 96/25 117/1
regulations [3]   41/6 41/12 127/8
reiterate [1]   38/14
related [11]   33/20 51/20 82/7 92/19 102/2 102/17 104/10 117/19 122/8 124/5 124/16
relating [1]   24/18
relation [1]   44/11
relationship [4]   78/18 122/24 123/14 123/14
relationships [4]   122/10 122/19 125/3 126/2
Relevance [2]   41/7 45/24
rely [2]   22/12 28/24
relying [3]   34/3 43/17 43/18
remember [1]   102/15
remove [1]   57/18
renewed [1]   75/24
rent [1]   50/21
rep [2]   115/22 116/8
repaid [1]   46/16
repay [2]   18/8 46/19
repeat [6]   16/3 40/24 96/1 101/10 114/1 122/17
rephrase [2]   38/2 45/14
report [6]   82/7 83/25 84/2 119/6 120/5 123/8
reported [5]   20/23 31/25 38/3 112/20 127/6
Reporter [1]   1/21
REPORTER'S [1]   1/13
reports [4]   48/14 48/16 49/3 71/4
represent [5]   8/15 91/3 115/23 116/7 120/1
representative [11]   19/12 23/14 30/5 37/2 55/24 56/2 56/10 56/12 58/24 91/19 116/5
representatives [3]   55/1 55/17 57/6
representing [1]   116/9
request [5]   19/21 20/20 30/13 68/13 112/6
requested [9]   22/24 28/16

50/11 60/20 96/18 96/22 96/23 96/25 127/9
require [5]   34/1 34/23 45/17 55/16 55/23
required [18]   23/1 23/9 23/18 28/20 33/10 33/12 34/7 35/15 55/10 55/12 55/13 59/8 59/11 59/12 109/4 119/7 119/8 123/8
requirements [2]   18/6 47/5
research [1]   96/18
researched [1]   95/16
respect [1]   84/14
response [1]   27/8
responses [1]   42/5
responsible [1]   28/4
rest [1]   111/11
result [8]   72/7 74/25 77/17 97/21 98/2 120/23 121/17 121/18
results [17]   72/19 73/7 75/10 75/11 75/18 75/19 94/20 95/10 95/13 95/22 96/7 97/14 118/11 120/8 120/13 120/14 121/9
retired [1]   61/16
retrieval [1]   92/5
return [14]   82/9 92/10 94/8 94/10 95/4 95/17 99/12 106/24 108/25 109/2 109/9 112/15 117/9 119/5
returned [1]   99/23
returns [14]   81/9 82/23 91/4 95/11 95/19 95/23 96/9 98/19 104/18 105/8 106/23 111/17 112/2 121/9
revealed [1]   77/13
revenue [2]   29/5 90/24
revenues [2]   31/12 31/23
review [9]   18/22 28/16 43/13 44/1 70/2 91/4 102/24 103/16 103/23
reviewing [1]   103/23
Richard [1]   1/9
right [57]   9/15 19/24 33/1 39/12 39/18 42/10 42/23 43/4 45/8 45/23 46/11 46/20 46/23 47/7 48/4 48/22 55/11 56/3 57/13 57/17 58/25 59/6 61/12 62/19 63/9 63/18 63/24 64/24 65/5 65/23 66/5 66/6 66/20 73/9 76/14 79/23 83/13 83/16 84/7 86/8 87/5 87/6 87/25 88/10 89/24 90/5 96/5 108/10 108/20 111/5 112/4 112/11 112/18 119/20 125/14 125/15 126/8
risk [1]   39/9
road [2]   3/12 7/9
robbery [2]   10/16 10/17
role [2]   19/5 91/3
room [3]   12/19 15/6 38/16
roughly [1]   42/19
round [6]   25/18 25/23 47/8 47/9 47/21 48/7
rounds [2]   25/22 47/6
Roza [1]   75/14
RPR [1]   127/12
rule [3]   69/5 93/14 118/14
rules [2]   40/18 41/15
run [31]   25/21 70/24 71/2 71/11 71/15 71/21 72/13 73/1 73/21 75/8 75/9 76/11 92/12 93/21 94/11 94/17 95/5 97/11 97/17 97/24 100/3 106/11 117/11 117/15 118/6 118/6 120/9 120/19 121/4 121/12 125/10
running [2]   76/16 78/12

**R**

**RUNYAN [23]** 4/11 80/11 80/22
81/3 81/13 81/25 83/20 84/19
85/20 86/4 86/10 86/15 86/22
86/24 87/10 87/15 88/5 88/5
88/13 89/5 89/15 89/24 90/7
**Ryan [2]** 3/7 5/24

**S**

**Sabala [1]** 120/9
**said [11]** 6/20 9/5 13/19
44/19 50/15 52/23 57/6 57/24
125/9 125/11 125/12
**sales [1]** 70/3
**same [15]** 29/17 42/8 73/12
73/14 73/17 73/18 74/5 75/11
84/14 95/1 95/1 109/7 109/25
120/24 121/18
**San [2]** 2/21 3/6
**Santa [1]** 3/15
**saw [1]** 12/3
**say [27]** 23/25 30/24 40/20
41/2 41/14 49/15 51/4 51/14
57/20 57/20 62/2 62/5 78/6
83/2 83/7 84/10 94/14 107/25
109/21 113/23 114/3 114/8
114/20 123/12 123/13 124/12
125/25
**saying [4]** 11/3 12/16 12/20
73/9
**says [18]** 33/10 49/8 56/9
58/9 59/25 63/9 66/1 84/20
85/8 87/13 88/13 110/7 111/6
111/7 112/21 113/5 113/6
119/13
**SBA [63]** 16/11 17/1 17/3
17/5 17/19 18/1 18/9 18/12
18/23 19/2 19/5 19/18 22/4
22/5 26/23 26/25 27/13 27/14
28/1 28/3 28/13 28/16 31/3
31/7 34/3 34/21 35/2 38/23
39/15 39/17 40/8 40/17 41/5
41/11 41/14 41/21 41/24
42/15 42/18 42/22 43/2 43/5
43/22 43/24 44/4 44/7 44/15
44/17 45/4 45/17 45/22 46/16
46/17 46/20 47/7 48/7 48/13
52/11 55/9 55/10 55/12 55/13
56/16
**SBA's [4]** 32/7 37/11 38/7
43/1
**scary [1]** 11/11
**Schedule [4]** 104/21 104/24
104/25 105/3
**school [1]** 7/8
**SCOTT [1]** 2/5
**screen [15]** 12/3 21/11 21/24
23/5 26/3 26/12 26/13 32/21
32/22 32/24 33/2 34/6 35/9
36/14 36/18
**screens [1]** 47/16
**scroll [5]** 85/6 87/13 110/19
112/9 113/4
**search [50]** 13/5 71/11 71/15
71/21 72/2 72/4 72/7 72/13
72/19 73/1 73/5 73/6 73/21
76/17 76/20 77/13 78/13
78/16 78/21 78/24 79/4 94/11
94/17 95/5 97/11 97/14 97/18
97/21 97/24 98/2 99/19 99/22
99/25 100/20 100/25 101/12
102/13 120/9 120/19 120/23
121/4 121/8 121/12 122/25
123/4 123/15 124/13 124/15
124/19 125/10
**searchable [1]** 70/22
**searched [2]** 77/10 98/6
**searches [28]** 70/24 71/2

71/4 71/25 76/11 92/12 92/14
95/16 96/16 96/24 97/13 98/6
100/3 101/25 102/15 117/11
117/13 117/15 117/19 118/6
118/11 120/8 122/4 123/20
124/3 124/7 124/17 125/2
**searching [1]** 13/4
**seat [1]** 90/14
**seated [4]** 5/9 24/6 105/23
115/7
**sec [1]** 20/21
**second [6]** 10/12 10/17 23/20
35/23 49/1 72/4
**secretary [1]** 56/12
**section [10]** 20/8 20/15
20/22 21/13 21/15 36/16
36/18 51/3 94/2 127/4
**sector [2]** 17/23 18/16
**secure [1]** 36/7
**security [10]** 21/18 46/10
46/13 46/17 79/21 99/12
109/10 112/19 123/5 123/9
**see [50]** 9/17 9/20 10/21
11/13 11/25 12/25 13/1 13/6
13/7 13/9 13/11 13/23 13/23
14/1 15/9 20/11 23/5 26/6
26/16 34/6 36/14 54/17 56/3
62/17 63/19 64/17 65/5 65/16
65/25 66/5 66/8 66/12 78/10
78/18 85/8 85/11 86/14 86/17
86/18 87/9 88/17 93/2 103/15
103/21 104/8 107/21 110/5
110/13 110/14 110/21
**seen [2]** 47/17 86/6
**seize [1]** 47/1
**self [2]** 58/15 126/8
**semi [1]** 61/16
**send [1]** 35/2
**senior [1]** 69/18
**sent [1]** 18/25
**service [21]** 70/4 81/13
81/25 83/7 85/20 86/10 86/16
86/22 86/24 87/10 88/5 88/14
89/16 90/24 91/19 109/19
109/19 109/20 109/21 109/21
109/23
**Service's [1]** 89/24
**services [5]** 61/20 62/20
107/1 107/4 107/5
**SESSION [1]** 1/16
**set [5]** 11/14 71/7 73/9
109/19 111/25
**she [10]** 57/10 82/2 101/7
101/7 125/7 125/11 125/12
125/13 126/6 126/9
**Sherman [2]** 106/9 112/1
**short [2]** 5/10 22/14
**should [5]** 15/5 15/7 38/16
68/23 119/12
**show [20]** 7/20 7/22 7/23
7/24 8/2 10/10 12/17 31/13
32/24 71/6 78/8 87/25 92/22
96/13 103/11 105/3 108/19
117/22 122/10 122/19
**showed [1]** 50/9
**showing [7]** 24/5 32/22 47/15
62/13 83/20 86/4 88/10
**shown [2]** 7/18 30/19
**shows [3]** 33/8 34/12 34/17
**side [2]** 12/16 12/16
**sign [5]** 23/12 28/18 35/3
35/5 55/24
**signature [10]** 23/9 23/15
36/23 64/2 66/3 66/5 66/9
66/9 66/12 66/15
**signed [3]** 37/5 37/7 56/1
**significant [3]** 13/12 13/18
25/3
**Silverman [3]** 2/22 4/5 38/20

**similar [3]** 58/16 73/10
73/12 81/16
**since [2]** 56/21 71/20
**single [5]** 8/18 9/21 11/1
12/1 13/1
**sir [29]** 8/9 62/1 62/23 63/1
64/1 64/3 64/5 64/23 65/19
65/25 66/20 66/20 83/9 83/24
85/8 86/11 86/15 86/20 87/7
87/15 87/25 88/14 88/23 90/5
110/5 112/4 112/11 113/7
115/1
**sitting [1]** 68/7
**situation [1]** 46/16
**Six [3]** 112/25 113/2 114/13
**slash [1]** 37/8
**small [21]** 7/13 7/14 7/15
7/16 16/25 17/2 27/22 27/23
30/17 39/25 49/5 51/18 52/16
54/22 54/25 56/6 58/17 59/13
59/18 59/19 107/15
**SMVT [2]** 69/19 69/24
**so [103]**
**Social [6]** 21/18 99/12
109/10 112/19 123/5 123/9
**software [1]** 107/20
**sole [8]** 27/19 58/14 61/23
81/16 81/21 99/8 104/14
104/17
**Solutions [14]** 85/1 85/16
94/5 94/12 94/17 95/1 95/6
95/15 99/20 100/4 100/7
100/22 101/13 102/1
**Solutionss [2]** 101/1 102/4
**some [20]** 5/10 5/10 11/8
16/6 21/14 40/2 44/23 45/10
50/21 51/7 54/19 57/15 82/19
82/19 82/20 97/8 97/9 106/17
109/23 113/18
**somebody [3]** 11/5 13/3 99/8
**someone [10]** 51/14 73/19
73/20 77/1 77/3 77/21 79/11
79/16 114/5 114/13
**something [3]** 51/16 94/13
116/4
**sometimes [3]** 7/11 54/25
55/16
**somewhat [1]** 59/8
**sorry [11]** 9/1 12/9 31/15
37/21 89/13 91/9 99/6 103/15
103/21 119/2 125/17
**sought [5]** 94/2 94/4 94/7
95/3 95/13
**speak [7]** 50/5 80/14 91/11
94/14 107/8 115/9 115/24
**speakers [1]** 60/4
**speaking [3]** 7/5 20/1 111/25
**Spear [1]** 2/20
**special [1]** 6/19
**specific [4]** 78/6 83/22 97/9
125/19
**specifically [6]** 13/25 41/6
72/5 101/23 108/13 123/23
**speculation [2]** 45/12 59/16
**spell [7]** 16/16 60/24 69/7
80/21 90/15 105/24 115/8
**spelling [1]** 73/12
**spending [2]** 39/7 45/23
**spends [1]** 45/4
**spent [2]** 5/22 45/8
**spoke [1]** 112/17
**Spring [1]** 2/6
**SSN [3]** 21/14 21/16 118/21
**stabilize [1]** 39/11
**stabilizing [1]** 39/18
**staff [5]** 70/5 70/6 115/22
116/3 116/6
**stage [1]** 43/22
**stand [6]** 9/19 10/1 10/22

**S**

stand... [3]  12/15 14/7 36/5
stands [2]  20/18 48/4
Star [3]  112/25 113/2 114/13
start [4]  6/13 15/3 61/21
81/14
state [15]  16/16 60/24 69/7
80/20 81/5 82/10 90/14 99/10
105/24 106/8 115/8 115/20
116/14 116/19 123/10
stated [4]  33/21 93/17 96/3
112/24
statement [8]  5/14 5/16 5/25
6/25 8/7 8/7 9/4 9/9
statements [5]  6/24 12/17
23/24 57/5 57/11
states [16]  1/1 1/4 1/6 2/3
16/25 20/10 23/20 34/3 68/21
90/10 92/18 115/3 117/18
124/1 127/5 127/9
stating [1]  96/22
stay [2]  15/13 48/25
stenographically [1]  127/6
step [5]  60/22 80/12 90/12
105/21 115/5
STEPHEN [1]  1/3
Steptoe [4]  2/14 2/17 2/19
2/22
still [2]  15/10 48/10
stolen [1]  12/2
stored [1]  123/11
stores [1]  117/7
Street [7]  1/22 2/6 2/14
2/20 3/8 61/11 64/10
stretches [1]  7/9
struck [2]  68/14 68/19
struggling [2]  59/13 59/19
subject [1]  9/10
submit [10]  18/21 18/23 23/1
28/15 45/19 62/22 62/24 87/2
87/19 109/13
submitted [17]  9/22 10/25
11/3 31/6 42/7 42/8 42/9
55/9 60/7 67/24 68/3 68/7
85/20 114/5 114/12 114/17
114/20
succeeded [1]  39/17
such [1]  70/3
Suite [8]  1/22 2/15 2/20 3/5
3/8 3/13 3/16 3/21
SUN [1]  2/5
support [1]  55/14
supported [1]  14/18
supporting [4]  18/24 24/19
28/20 29/7
supports [1]  7/8
supposed [2]  53/3 56/8
sure [9]  15/2 26/5 26/6
89/14 91/9 114/2 115/10
116/1 122/18
surprised [1]  12/13
sustain [1]  68/15
Sustained [9]  39/20 45/15
59/17 68/11 99/15 100/15
100/24 101/6 123/18
SVW [1]  1/8
switch [2]  47/13 54/4
sworn [7]  16/12 60/23 69/2
80/13 90/13 105/22 115/6
system [22]  73/9 82/21 91/20
91/24 92/2 92/5 92/14 107/16
107/19 107/20 107/22 116/22
117/3 117/4 117/5 117/7
117/11 117/12 117/15 119/25
123/4 123/11

**T**

table [2]  47/16 68/7

take [14]  5/21 6/2 13/9 26/9
27/5 46/10 46/17 46/19 46/19
46/24 57/15 66/23 67/8 107/7
112/4
takes [3]  6/19 46/10 59/23
talk [4]  9/24 10/20 52/10
111/13
talked [4]  14/3 42/15 42/18
102/21
talking [1]  42/24
Tamara [12]  8/20 9/22 11/3
13/7 13/25 77/7 78/4 79/9
79/17 101/19 102/2 124/17
tax [70]
taxes [11]  99/9 109/5 116/7
116/19 116/19 119/9 120/4
120/16 121/1 121/10 121/20
taxi [2]  10/19 11/21
taxpayer [12]  92/10 94/18
95/2 95/21 98/16 99/22
100/10 100/17 100/21 101/2
118/19 118/20
technician [1]  69/18
telephone [5]  63/17 63/18
111/2 111/3 111/4
tell [21]  9/6 13/17 32/18
33/6 48/2 61/8 77/3 77/5
77/6 77/23 78/1 78/7 79/11
79/15 79/19 79/22 79/23
79/25 106/8 110/21 114/3
ten [2]  7/12 84/12
TERABELIAN [2]  3/3 5/24
term [1]  17/9
terms [3]  35/14 103/12
122/22
testified [11]  39/1 76/8
77/10 78/12 78/21 99/16
99/19 100/16 101/12 122/4
123/20
testify [1]  15/8
testifying [3]  50/10 102/24
103/16
testimony [2]  44/14 99/4
text [6]  13/9 13/11 13/12
13/22 13/23 34/15
than [9]  14/10 25/18 40/15
41/15 50/18 82/1 93/18 98/4
108/17
thank [48]  7/3 8/4 8/5 14/12
14/14 16/21 24/23 27/16
38/17 49/18 51/25 60/15
60/17 66/20 67/10 68/12
68/17 80/3 80/6 80/6 80/8
80/24 88/23 90/1 90/5 90/5
90/7 90/8 91/9 101/8 102/6
105/11 105/13 105/15 107/8
113/12 113/17 114/23 115/1
115/12 122/3 123/12 125/24
126/10 126/11 126/12 126/13
126/14
that [558]
That's [1]  73/20
their [19]  13/19 22/20 22/21
29/4 29/6 35/4 45/10 45/18
45/21 46/3 52/17 58/24 99/8
99/12 106/18 108/9 108/15
123/8 123/9
them [15]  22/20 22/21 24/10
31/18 35/3 40/2 45/5 55/12
68/24 83/14 93/25 96/17
108/8 108/11 109/20
then [22]  9/16 18/23 28/16
35/5 36/3 48/2 48/4 51/3
67/9 72/3 73/15 74/19 82/8
89/12 100/10 123/2 123/6
124/6 124/11 124/18 124/19
125/10
Theoretically [1]  51/18
there [115]

thereafter [1]  36/3
these [33]  8/2 8/18 8/24
9/10 10/13 22/14 22/18 22/22
23/7 29/2 29/6 32/6 32/9
51/13 51/19 52/16 55/9 55/16
59/14 59/20 68/23 84/4 93/8
93/18 96/15 96/18 96/24
109/16 113/24 114/4 114/9
118/24 119/8 119/15 119/17
they [77]
THIBODEAUX [2]  1/21 127/12
things [12]  7/18 8/3 9/11
9/25 10/8 10/11 10/14 10/24
11/10 12/3 57/25 58/1
think [8]  6/2 10/15 10/17
11/21 11/21 13/4 50/15 53/22 116/4
third [1]  24/17
this [143]
Thomas [1]  3/14
those [43]  8/3 10/23 13/12
13/23 18/12 30/2 32/14 35/6
39/24 42/2 46/18 47/3 48/16
50/21 51/19 51/19 54/22
58/25 70/17 71/4 76/15 78/11
79/20 80/2 84/11 94/23 95/11
95/22 95/23 96/7 96/9 96/10
96/10 107/1 109/7 109/13
114/21 117/13 119/22 122/10
122/25 123/11 124/3
though [2]  18/19 77/3
three [18]  72/17 72/18 73/5
73/6 73/14 73/17 73/25 74/1
74/3 74/9 74/10 74/12 74/17
74/18 75/1 75/4 75/8 75/9
three-point [18]  72/17 72/18
73/5 73/6 73/14 73/17 73/25
74/1 74/3 74/9 74/10 74/12
74/17 74/18 75/1 75/4 75/8
75/9
through [21]  11/6 15/17
15/19 15/20 15/21 15/22
15/23 15/24 26/23 28/1 31/7
44/17 49/8 49/11 52/11 99/8
99/17 103/12 103/24 108/16
123/6
thus [1]  76/22
tied [1]  98/3
time [19]  6/2 8/20 15/5 16/7
18/7 29/23 33/19 38/9 42/3
42/16 44/2 57/10 57/15 57/21
58/17 67/3 69/3 103/23 114/1
timeframe [3]  22/14 22/15
25/23
Timeline [3]  37/9 120/19
121/2
timely [2]  28/25 29/1
times [4]  11/8 20/18 41/15
57/9
TIN [11]  21/14 21/16 63/9
98/16 98/18 98/25 99/3 99/11
101/13 101/14 101/18
TIN/EIN [1]  63/9
title [2]  88/13 127/4
today [3]  11/3 102/25 103/17
told [1]  67/8
Tom [1]  50/5
too [1]  91/11
top [28]  53/7 61/20 62/3
62/6 62/16 62/17 62/20 63/7
63/12 64/18 65/3 65/6 65/8
65/21 84/17 84/19 84/20 86/8
87/11 97/24 98/6 110/3 110/7
112/21 118/3 119/13 119/13
121/4
totally [1]  83/11
Tower [1]  2/20
Towing [2]  7/14 7/17
town [1]  81/5
track [4]  52/17 82/21 107/16

**T**

track... **[1]**   107/23
trailing **[1]**   94/14
training **[3]**   70/5 71/22 75/4
transaction **[1]**   44/22
transactions **[2]**   70/3 70/3
transcript **[3]**   1/13 127/6
127/7
transcripts **[1]**   91/5
transferred **[1]**   44/11
transmitting **[1]**   28/4
Transport **[5]**   7/15 7/17 37/9
120/19 121/2
treasury **[2]**   44/18 44/20
trial **[8]**   1/15 6/22 9/18
10/5 10/18 11/24 14/12 24/3
trier **[1]**   125/12
truck **[1]**   7/7
trucking **[1]**   7/13
true **[10]**   29/10 34/11 56/9
84/14 87/15 91/5 109/25
114/16 118/10 127/5
trusts **[1]**   82/20
truth **[1]**   36/21
truthful **[1]**   34/2
truthfulness **[2]**   22/9 23/18
try **[3]**   11/20 59/5 59/19
trying **[4]**   22/18 29/2 42/18
59/13
Tulsa **[2]**   61/11 64/10
Turing **[16]**   85/1 85/16 94/5
94/11 94/17 95/1 95/6 95/15
99/19 100/4 100/6 100/22
100/25 101/12 101/25 102/3
turn **[4]**   63/24 64/4 64/9
86/13
Turning **[4]**   84/17 86/13 87/5
110/3
Twelfth **[1]**   2/6
two **[14]**   1/15 10/8 10/11
10/13 10/21 10/23 11/19
69/22 71/25 84/12 94/1
108/15 118/25 119/3
type **[6]**   33/10 72/2 83/24
108/22 109/21 123/14
typed **[2]**   72/8 72/9
types **[8]**   70/7 82/17 84/5
106/24 107/4 107/14 109/13
109/16
Typically **[2]**   106/23 111/24

**U**

U.S **[5]**   1/21 2/4 2/4 100/5
100/9
UCC **[2]**   36/4 36/5
Ulia **[11]**   65/16 65/18 65/20
71/15 71/18 72/13 78/22
84/20 84/21 84/23 85/14
ultimately **[1]**   39/14
unclear **[1]**   68/18
under **[10]**   32/1 40/8 42/8
42/15 69/4 93/14 104/14
104/17 118/14 119/15
understand **[7]**   11/4 26/10
37/22 44/14 62/4 89/13 95/25
understanding **[1]**   26/11
understood **[3]**   12/11 13/21
60/12
unemployment **[8]**   84/2 95/4
108/25 109/2 109/5 109/11
109/11 116/18
Uniform **[1]**   36/6
unique **[2]**   21/19 39/3
UNITED **[13]**   1/1 1/4 1/6 2/3
16/25 68/21 90/10 92/18
115/3 117/18 124/1 127/5
127/9
unless **[1]**   14/8

unsupported **[1]**   9/9
until **[12]**   15/5 15/9 18/2
25/6 25/9 67/10
up **[34]**   5/22 6/2 12/3 16/19
26/9 27/13 33/22 42/12 43/13
47/15 53/8 53/9 54/2 57/18
57/18 58/4 65/3 65/11 68/24
71/22 72/3 72/6 73/9 73/11
73/12 78/8 79/22 83/8 91/7
103/9 103/15 103/22 109/19
124/21
updated **[1]**   42/2
upon **[5]**   18/9 22/4 43/17
43/18 46/22
us **[21]**   2/9 22/13 28/25
32/18 32/24 34/11 48/2 52/2
77/3 77/6 77/23 78/1 79/11
79/15 79/19 94/8 94/10
100/17 106/8 125/5 125/20
use **[23]**   24/9 32/4 35/24
36/9 37/10 51/18 71/21 71/23
84/10 85/9 87/14 87/22 92/4
98/19 98/22 99/12 109/5
109/24 111/6 113/5 117/7
119/24 119/25
used **[18]**   5/24 7/22 19/14
84/9 84/10 89/8 89/16 89/21
92/6 101/3 101/14 101/18
111/23 112/1 112/3 113/24
114/4 123/20
uses **[5]**   32/12 32/14 35/18
51/12 51/13
using **[3]**   65/14 89/24 99/22
usually **[1]**   109/18
utilities **[1]**   51/1
utility **[2]**   51/15 51/19

**V**

Vague **[5]**   58/2 101/20 122/13
123/17 125/6
VAHE **[8]**   3/18 5/18 8/13 8/15
8/16 9/22 54/16 105/8
valid **[1]**   91/5
value **[2]**   33/8 34/12
variety **[2]**   57/25 58/1
Vaughan **[1]**   3/7
vehicle **[3]**   69/18 69/24
71/23
Vehicles **[1]**   69/16
verified **[1]**   75/13
verifying **[2]**   74/12 75/1
version **[2]**   84/4 109/7
very **[3]**   11/5 15/14 22/21
via **[2]**   111/7 113/6
victim **[7]**   8/10 10/5 11/7
11/15 11/22 12/23 14/10
VICTORIA **[11]**   4/13 73/1 73/8
76/16 76/25 78/2 87/10 88/16
88/19 90/11 90/16
view **[1]**   5/23
Viktoria **[2]**   73/12 86/19
voice **[3]**   16/19 91/7 94/13
VOLUME **[1]**   1/16
Voyage **[10]**   11/1 54/11 54/13
102/13 102/17 103/3 103/13
103/20 103/25 104/10

**W**

wage **[2]**   58/14 119/6
wages **[6]**   109/4 109/10
109/11 112/19 112/20 123/9
wait **[2]**   15/6 68/24
waiting **[1]**   9/11
want **[6]**   6/4 15/2 20/21
22/19 23/21 46/5
wanted **[2]**   26/5 122/24
was **[157]**
Washington **[2]**   2/10 2/23

wasn't **[1]**   126/9
way **[7]**   43/6 45/2 46/8
47/18 92/23 99/4 114/2
we **[111]**
web **[2]**   28/13 31/7
WEDNESDAY **[2]**   1/17 5/1
weekly **[2]**   48/13 49/2
weeks **[2]**   10/21 11/19
well **[23]**   9/4 11/5 15/14
46/1 47/16 57/16 66/5 70/5
74/8 74/16 74/24 75/17 78/3
82/6 83/6 84/5 104/11 107/4
109/24 110/1 121/19 122/14
125/7
Wells **[3]**   10/3 65/9 65/14
went **[4]**   26/8 39/24 40/2
40/5
were **[85]**
weren't **[4]**   55/9 124/13
125/22 126/2
West **[3]**   1/22 2/14 3/8
WESTERN **[1]**   1/2
what **[150]**
whatever **[1]**   70/6
when **[28]**   13/4 14/7 30/18
30/24 43/24 47/21 50/9 59/22
61/21 66/18 67/21 68/15 72/8
72/9 73/9 78/24 80/14 81/14
84/10 89/8 98/19 98/23
100/20 104/13 107/8 109/21
113/24 123/5
where **[28]**   16/24 17/19 20/11
21/12 24/16 24/21 28/6 31/13
31/19 32/24 35/22 51/3 61/8
61/10 64/20 65/25 69/15
72/19 88/8 90/23 99/10 103/5
103/7 104/24 111/6 112/19
115/18 122/7
whereas **[1]**   109/10
whether **[26]**   13/17 30/1
32/18 40/5 40/17 45/22 48/13
57/21 59/19 67/24 68/2 68/6
77/3 77/6 77/23 78/1 79/11
79/15 101/2 101/14 101/18
103/19 103/24 105/3 122/23
124/22
which **[16]**   19/22 20/18 33/8
34/12 50/10 107/21 107/23
109/10 109/19 113/19 114/12
119/2 119/5 119/5 119/24
123/10
while **[2]**   82/2 103/12
who **[37]**   6/24 8/6 11/8 12/13
15/11 17/21 18/14 19/9 19/17
21/21 22/1 23/12 24/9 27/24
29/25 30/1 36/25 37/7 68/3
68/5 68/7 68/25 77/7 79/20
81/18 81/18 81/23 89/23
100/3 100/6 109/3 114/8
114/20 114/21 123/19 123/23
126/2
whoever **[2]**   5/13 123/7
whole **[1]**   20/15
whose **[2]**   23/15 78/7
why **[10]**   21/7 22/11 25/3
28/23 39/9 53/15 57/15 57/20
58/13 68/9
wife **[2]**   81/20 82/2
will **[78]**
Williams **[2]**   3/4 3/7
WILSON **[1]**   1/3
wire **[1]**   44/22
wires **[1]**   44/20
Wirsching **[5]**   3/12 5/19 7/2
7/4 8/5
wishes **[1]**   8/6
withheld **[1]**   123/10
within **[2]**   83/23 83/23
without **[2]**   19/25 53/25

## W

**witness [46]**   4/3 14/15 14/16
14/20 14/25 15/6 15/10 16/9
16/11 16/12 26/7 38/16 46/1
47/13 47/19 53/19 53/19
60/16 60/20 60/21 60/22
60/23 66/25 68/20 69/2 80/10
80/12 80/13 80/20 90/9 90/12
90/13 91/1 91/2 91/17 92/24
96/13 103/11 104/6 105/16
105/21 105/22 115/2 115/5
115/6 117/23
**witnesses [10]**   9/24 10/21
14/24 15/3 15/5 26/12 26/16
38/14 38/15 68/23
**woman [8]**   77/7 78/2 78/4
79/9 79/16 101/18 102/2
124/16
**won't [4]**   13/2 13/6 13/10
93/25
**work [15]**   16/24 26/23 69/15
69/16 76/8 81/23 86/22 90/23
90/24 91/24 107/22 111/9
115/18 115/19 117/1
**worked [2]**   17/3 65/20
**working [7]**   7/6 27/5 32/15
36/1 62/3 62/6 116/8
**would [75]**
**wouldn't [2]**   79/23 99/10
**wrong [2]**   31/16 50/15

## Y

**Y3081786 [1]**   74/23
**Y3365633 [1]**   75/7
**yeah [4]**   8/21 63/16 64/11
64/13
**year [3]**   91/14 94/24 94/24
**years [23]**   7/12 17/4 38/25
56/17 61/22 82/23 83/7 84/12
91/16 94/21 94/23 95/11
95/18 96/7 96/9 96/22 99/24
99/25 104/11 116/8 120/20
121/6 121/14
**yes [307]**
**yesterday [4]**   5/11 11/9 12/3
26/8
**yet [1]**   93/1
**York [2]**   2/10 2/18
**you [547]**
**your [196]**
**yours [7]**   84/21 85/2 106/20
110/8 110/15 112/22 112/25
**yourself [1]**   82/1
**yourselves [1]**   67/9

## Z

**Z-I-N-D-R-O-S-K-I [1]**   61/2
**zero [1]**   45/18
**Zhadko [12]**   65/16 65/18
65/20 71/15 71/18 72/8 72/13
78/22 84/20 84/21 84/23
85/14
**ZINDROSKI [8]**   4/7 22/3 23/16
60/18 61/1 61/6 66/13 67/18
**zone [1]**   59/2
**zoom [1]**   56/4