1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    HONORABLE STEPHEN V. WILSON

4    UNITED STATES DISTRICT JUDGE PRESIDING

5    - - -

6
     United States of America,          )
7                        PLAINTIFF,     )
                                        )
8    VS.                                )   NO. CR 20-579 SVW
                                        )
9    Richard Ayvazyan, et al.,          )
                         DEFENDANT,     )
10   _____)

11

12

13    REPORTER'S TRANSCRIPT OF PROCEEDINGS

14    LOS ANGELES, CALIFORNIA

15    JURY TRIAL - DAY FOUR

16    VOLUME 1 - A.M. SESSION

17    MONDAY, JUNE 21, 2021

18

19

20    _____

21          KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
22                   Suite 4311
                350 West 1st Street
23           Los Angeles, CA  90012

24

25

```
1    APPEARANCES OF COUNSEL:

2

3    ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

4    U.S. DEPARTMENT OF JUSTICE
     U.S. ATTORNEY'S OFFICE
5    BY: CATHERINE SUN AHN, AUSA
     -and- SCOTT PAETTY, AUSA
6    312 North Spring Street
     Twelfth Floor
7    Los Angeles, CA  90012

8    -and-

9    Christopher Fenton
     US Department of Justice
10   1400 New York Avenue, NW
     Washington, DC 20530
11

12
     FOR DEFENDANT R. AYVAZYAN:
13
     Ashwin J. Ram
14   Steptoe and Johnson LLP
     633 West 5th Street
15   Suite 1900
     Los Angeles, CA 90071
16
     Meghan Newcomer
17   Steptoe and Johnson LLP
     1114 Avenue of the Americas
18   New York, NY 10036

19   Michael A. Keough
     Steptoe and Johnson LLP
20   1 Market Street
     Spear Tower Suite 3900
21   San Francisco, CA 94105

22   Nicholas P. Silverman
     Steptoe and Johnson LLP
23   1330 Connecticut Avenue NW
     Washington, DC 20036
24

25
```

```
 1    APPEARANCES (Cont'd):

 2

 3    FOR DEFENDANT TERABELIAN:

 4    John Lewis Littrell
      Bienert Katzman Littrell Williams LLP
 5    903 Calle Amanecer
      Suite 350
 6    San Clemente, CA 92673

 7    Ryan Vaughan Fraser
      Bienert Katzman Littrell Williams LLP
 8    601 West 5th Street
      Suite 720
 9    Los Angeles, CA 90071

10

11    FOR DEFENDANT ARTUR AYVAZYAN:

12    Jennifer J. Wirsching
      1935 Alpha Road
13    Suite 216
      Glendale, CA 91208
14
      Thomas A. Mesereau, Jr.
15    Mesereau Law Group
      10100 Santa Monica Boulevard
16    Suite 300
      Los Angeles, CA 90067
17

18
      FOR DEFENDANT VAHE DADYAN:
19
      Peter Johnson
20    Law Office of Peter Johnson
      409 North Pacific Coast Highway
21    Suite 651
      Redondo Beach, CA 90277
22

23

24

25
```

```
 1                          I N D E X

 2

 3      WITNESS NAME                            PAGE

 4      ANDREW JAUNG
        Cross-Examination by Mr. Keough            5
 5      Cross-Examination by Mr. Littrell         12

 6      JUSTIN MASTERMAN
        Direct Examination by Mr. Fenton          17
 7      Cross-Examination by Mr. Johnson          25
        Cross-Examination by Mr. Mesereau         26
 8
        GREG PARRA
 9      Direct Examination by Ms. Ahn             29
        Cross-Examination by Ms. Newcomer         44
10      Cross-Examination by Mr. Fraser           49
        Redirect Examination                      57
11

12      TIMOTHY MASSINO
        Direct Examination by Ms. Ahn             59
13

14      EXHIBIT                       I.D.     IN EVID.

15      21                            12          14
        59, 59-73, 85-92, 100-111     17          17
16      12A                           34          35
        13A                           38          38
17      15                            40          40
        16A                           40          41
18      18                            43          43
        19                            44          44
19      312                           53          55
        116                           60          61
20      10                            92          95

21

22

23

24

25
```

```
 1           LOS ANGELES, CALIFORNIA; MONDAY, JUNE 21, 2021

 2                           9:00 A.M.

 3                           - - - - -

 4

 5

 6        (The following proceedings were held in the

 7         presence of the jury:)

 8        THE COURT:  We are here with the parties and

 9   counsel.  Thank you very much members of the jury for

10   once again making a special effort to be here on time.

11   It is appreciated by everyone.

12             We are ready to resume the trial.

13             Where were we?

14        MS. AHN:  I believe we were about to be in

15   cross-examination of Andrew Jaung.

16

17                    CROSS-EXAMINATION

18   BY MR. KEOUGH:

19   Q    Good morning, sir.  Thanks for coming back this

20   morning.

21   A    Good morning.

22   Q    I know it has been a few days, but you testified

23   last week about about Internet protocol or IP addresses.

24   Do you recall that?

25   A    Yes.
```

1    Q      And an IP address is a number assigned to a piece

2    of hardware that connects to a network?

3    A      Yes.

4    Q      Fair to say that a router is a common piece of

5    hardware that connects to a network?

6    A      Yes.

7    Q      And you would also agree that a router has an IP

8    address?

9    A      Yes.

10   Q      Are you aware that routers were seized from a

11   residence at 4910 Topeka Drive as part of this case?

12   A      No.

13   Q      Were you ever asked to analyze any routers that

14   were seized at a residence at 4910 Topeka Drive as part

15   of your work on this case?

16   A      No.

17   Q      Were you asked to analyze any router that has been

18   seized as part of this case?

19   A      No.

20   Q      Now, last week you also testified about virtual

21   private networks, or VPNs.  You recall that?

22   A      Yes.

23   Q      And a virtual private network more or less allows

24   you to access the Internet from a different network

25   connection point?

```
1   A     Essentially, yes.
2   Q     And the practical effect of that is that it might
3   appear to someone else that you are accessing the
4   internet from a different geographical location than
5   where you are actually sitting?
6   A     Yes.
7   Q     Now, we are going to show you an exhibit that's in
8   evidence.  And I will just represent it is a loan
9   application, but we are not going to ask him about the
10  loan application, just the IP addresses as an
11  illustrative example.
12          Okay.  So let's go ahead and pull up
13  Government Exhibit 2H.
14          So we have got here Exhibit 2H.  It is a loan
15  application.  And like I said, I am not actually going to
16  ask you about the application itself.
17          So we can go to page 35.
18          And here on page 35, part of this application
19  appears to be a log of access to the website where the
20  application is submitted.  Do you see this here?
21  A     Yes.
22      MS. AHN:  Objection.  Foundation.  It is not clear
23  the witness knows what this is.
24      THE COURT:  I couldn't hear what you said.
25      MS. AHN:  Objection.  Foundation.
```

```
 1              THE COURT:  Is this document in evidence?

 2              MR. KEOUGH:  Yes, your Honor.

 3              THE COURT:  Overruled.

 4              MR. KEOUGH:  Thank you.

 5    Q     And you see there on the side in the left-hand

 6    column it says "Business Name, G&A Diamonds"?

 7    A     Yes.

 8    Q     And then under it it says "Authorized Person, Full

 9    Name, Artash Grigoryan"?

10    A     Yes.

11    Q     Let's go to page 39.  So on page 39, in the far --

12    wait a second for us to update here.

13              There we go.

14              So in the far right-hand column, you see there

15    are some entries and there are some IP addresses over

16    here?

17    A     Do I see it?  Yes.

18    Q     And you recognize those numbers the sets of four

19    numbers separated by dots as examples of IP addresses?

20    A     Yes.

21    Q     Now, looking at one of these as an illustrative

22    example --

23              THE COURT:  You know something, you fade in and

24    out.  Keep your voice up.  Don't garble your words.

25              MR. PAETTY:  Sorry, your Honor.  I will use this
```

1    microphone.  It might be easier.

2    Q    BY MR. KEOUGH:  So if you look in the right-hand

3    column towards the bottom of the page.  You see where it

4    says IP address 1043475188?

5    A    Yes.

6    Q    Okay.  So using this as an example, you agree that

7    the IP address consists of four numbers, and they are

8    separated by dots?

9    A    Yes.

10   Q    And would you agree that the first two numbers of

11   any given IP address like this one are the network part

12   where they identify what network this device is connected

13   to?

14   A    The first two sets -- I am unsure.  I would have to

15   go back to my notes to make sure exactly what each part

16   of the IP address correlates to.

17   Q    Would you agree, though, that the IP address gives

18   us information about both the network that this device is

19   connected to as well as the host or the specific devices

20   that's on a network?

21   A    It can.  Yes.

22   Q    So if devices are on the same network, say we have

23   got two routers here in the courtroom, they might share

24   similar parts of the IP address because they are on the

25   same network but they are not going to have the same IP

```
 1   address because each is a separate piece of hardware?
 2         THE COURT:  What do you mean by host?  Ask him
 3   that question.
 4   Q    BY MR. KEOUGH:  Do you understand what I mean by
 5   host when I say the host network?
 6   A    Yes.
 7         THE COURT:  Tell the jury.
 8   Q    BY MR. KEOUGH:  can you tell the jury?
 9   A    Well, the host is what is -- can you ask me the
10   host in the question again?
11   Q    Sure.  So it is fair to say that the IP address
12   contains information about the host network or the larger
13   network that this device is connected to?
14   A    Yes.  So the host in this case in a sense would be
15   like the router from your house, and I think what you
16   mean is different devices within the household could have
17   have different IP addresses.  It is not completely true.
18   For the most part, the house will have one address and
19   you can have subsets, a subnet.
20   Q    And my apologies because I think my question was a
21   little confusing.  I am not asking about devices within
22   the home simply the connection point to the network, the
23   router itself.
24         So you would agree that the IP address of the
25   router tells us both information about the router as well
```

1    as what host network or the larger network that it uses

2    to connect to the Internet?

3    A      From my understanding, the Internet provider will

4    provide your household or each user one IP address.

5    Q      And if you could just tell the jury briefly what a

6    router is just to make sure we are all on the same page.

7    A      A router is just the way for the Internet provider

8    to connect you from their service to your like wi-fi.

9    Your wi-fi device would be considered a router.  It will

10   distribute that Internet access to the devices in your

11   house.

12   Q      Now, looking at this IP address again, the example

13   here that we have highlighted, 1043475188, just from

14   looking at the IP address itself can we tell whether this

15   IP address is associated with a VPN network?

16   A      No, you cannot tell.

17   Q      We would need more information to do that?

18   A      Yes.

19   Q      And, for example, if the VPN service had a

20   subscriber record that might be helpful to determine what

21   network this IP address is associated with?

22   A      Yes.

23   Q      And as part of your investigation in this case,

24   were you asked to pull any subscriber records for a VPN

25   network to determine whether certain IP addresses might

```
 1   have been associated with a VPN?

 2          MS. AHN:  Objection.  Beyond the scope.

 3          THE COURT:  Overruled.

 4   Q    BY MR. KEOUGH:  You can answer.

 5   A    No.

 6          MR. KEOUGH:  Thank you, sir.  No further

 7   questions.

 8

 9                    CROSS-EXAMINATION

10   BY MR. LITTRELL:

11   Q    Good morning, Mr. Jaung.

12   A    Good morning.

13   Q    Now, you testified yesterday about the extraction

14   of an Apple iPhone; correct?

15   A    Yes.

16   Q    I am going to show you what has been marked and

17   admitted as government's Exhibit 21.  Do you see that?

18   A    Yes.

19   Q    And that is --

20          MS. AHN:  Objection.  This has not yet been

21   admitted.

22          MR. LITTRELL:  Oh, I beg your pardon.  I am going

23   to offer this exhibit into evidence.  May I show it to

24   the witness?

25          THE COURT:  Show it to him without the jury seeing
```

```
 1   it.  And lay a foundation.

 2        MR. LITTRELL:  Very well.

 3           I am happy to approach if that is easier.

 4        THE COURT:  Yes.

 5   Q    BY MR. LITTRELL:  So I am showing you a document.

 6   Do you recognize this document?

 7        THE COURT:  Keep your voice up.  Speak loudly.

 8   Q    BY MR. LITTRELL:  Do you recognize this document?

 9   A    Yes.

10   Q    What is it?

11   A    It is the report that is generated from the GrayKey

12   extraction.

13   Q    And can you see based on this report which device

14   was extracted?

15        THE COURT:  Did you say GrayKey?

16        THE WITNESS:  Yes.  GrayKey device.

17        THE COURT:  Tell us again what that is.

18        THE WITNESS:  The GrayKey device is the physical

19   device that we use to conduct the extraction for mobile

20   devices.

21        THE COURT:  I see.

22   Q    BY MR. LITTRELL:  Is this the report that describes

23   the extraction process you talked about last week?

24   A    Yes.

25        MR. LITTRELL:  Move to admit government's
```

```
 1    Exhibit 21.

 2              THE COURT:  Received.

 3              MR. LITTRELL:  May I publish, your Honor?

 4              THE COURT:  Yes.

 5    Q     BY MR. LITTRELL:  Okay.  Turning your attention to

 6    Exhibit 21.  This is the GrayKey progress report;

 7    correct?

 8    A     Yes.

 9    Q     And the device name is Artur's iPhone; correct?

10    A     Yes.

11    Q     And it is an iPhone 11; correct?

12    A     That is correct.

13    Q     Now, if you look at this field down here, see if I

14    can highlight it for you.  That says "backup state."  Do

15    you see that?

16    A     Yes.

17    Q     What does that mean?

18    A     That should be the last -- that should be the last

19    time that the device was backed up using the iCloud

20    backup service.

21    Q     What is the iCloud backup service?

22    A     It is Apple's internal method of providing a backup

23    of your Apple device to their cloud platform.

24    Q     And can you back up multiple devices to one iCloud

25    backup account?
```

```
 1   A      I am not too sure, but I believe so, yes.
 2   Q      So if you have a device and you turn it in to Apple
 3   for a new device, are you able to use iCloud backup to
 4   restore the information on your old device to the new
 5   device?
 6   A      Yes.
 7   Q      Now, what is an MD5 hash value?
 8   A      MD5 hash value is essentially, like I explained
 9   last week, is the digital fingerprint of a particular
10   file.
11   Q      And that file can be an image; right?
12   A      Yes.
13   Q      And iCloud backs up images from iPhones; right?
14   A      Can you say that again?
15   Q      Let's say I take a photograph of an old device.
16   That is going to be backed up to the iCloud for that
17   device so long as there is an Apple ID associated with
18   it; correct?
19   A      It can be.
20   Q      And if I get a new device with that same Apple ID,
21   then that photograph will be available on the new device
22   also; right?
23   A      If it is restored onto the new device.
24   Q      In an MD5 hash value, each image has a unique MD5
25   hash value; right?
```

1    A      Yes.  Every file will have its own unique MD5 hash

2    value.

3    Q      And images stored on iCloud also have metadata

4    associated with them; correct?

5    A      Yes.

6    Q      So iCloud can tell you when an image was first

7    captured; correct?

8    A      Yes.

9    Q      Where it was taken; correct?

10   A      Yes.

11   Q      And on what device the image was captured also;

12   right?

13   A      Yes.  But not every image will include these

14   metadata files.

15   Q      But if those images do contain that metadata, it

16   will be captured in iCloud; correct?

17   A      It should be, yes.

18          MR. LITTRELL:  No further questions.

19          THE COURT:  Anything further of this witness?

20          MS. AHN:  Not from the government, your Honor.

21          THE COURT:  Thank you, sir.  You are excused.

22          Call the next witness.

23          MR. FENTON:  The government calls Justin

24   Masterman.

25          Your Honor, while the witness takes the stand,

```
 1   the government would like to move into evidence the

 2   balance of the self-authenticating business records

 3   pursuant to the Court's June 13th order.

 4            THE COURT:  Okay.

 5            MR. FENTON:  The government would move to admit

 6   into evidence government Exhibit 49, Exhibits 59 through

 7   73, Exhibits 85 through 92 and Exhibits 100 through 111.

 8            THE COURT:  They are all received.

 9            MR. FENTON:  Thank you, your Honor.

10            (The witness was sworn.)

11            THE CLERK:  State your name and spell it for the

12   record.

13            THE WITNESS:  Justin Masterman, J-U-S-T-I-N,

14   M-A-S-T-E-R-M-A-N.

15            THE CLERK:  Thank you.

16

17                    DIRECT EXAMINATION

18   BY MR. FENTON:

19   Q    Good morning, Mr. Masterman.  Can you tell us,

20   where do you currently live, just city and state?

21   A    Salt Lake City, Utah.

22   Q    And how are you employed, if at all?

23   A    I work at Celtic Bank Corporation.

24   Q    What is Celtic Bank?

25   A    They are a Utah -- an FDIC-insured industrial bank
```

1   chartered by the State of Utah.

2   Q     Can you please describe for the jury your role and

3   your responsibilities at Celtic Bank?

4   A     I am the bank Secrecy Act officer.  It is my job to

5   oversee and implement controls to detect and report

6   potentially suspicious activity.

7   Q     And are you familiar with customers of that bank,

8   with Celtic Bank?

9   A     Yes.  We work primarily with small businesses.

10  Q     And are you familiar with the type of services that

11  Celtic Bank offers to its small business customer

12  measures?

13  A     We primarily engage in commercial lending.  We

14  issue small business administrative loans.

15  Q     Are you familiar, Mr. Masterman, with the term SBA

16  lender or SBA-approved lender?

17  A     Yes.

18  Q     What does that term mean?

19  A     To issue loans on behalf of the Small Business

20  Administration, or the SBA, a lender needs to apply for a

21  license and have this agency of the federal government

22  approve that lender.

23          So essentially Celtic Bank applies for a

24  lending license to issue SBA loans and the SBA comes in

25  and kind of does an approval process.

```
 1    Q      So is Celtic bank an SBA-approved lender?
 2    A      Yes.
 3    Q      Are you familiar with the Paycheck Protection
 4    Program, or PPP?
 5    A      Yes.
 6    Q      What is your understanding of the purpose of that
 7    program?
 8    A      It was designed and created by the SBA to help
 9    small businesses in the US that were affected by the
10    COVID-19 pandemic to continue paying their employees.
11    Q      What role, if any, does Celtic Bank play with
12    respect to the PPP program?
13    A      We were a lender.
14    Q      If a Celtic Bank customer were interested in
15    applying for a PPP loan, could that customer apply
16    through Celtic Bank?
17    A      Yes.
18    Q      How would that customer go about applying for a
19    loan?
20    A      Online.
21    Q      Can you tell us generally speaking what type of
22    information did Celtic Bank ask applicants to submit in
23    connection with their PPP loan application?
24    A      We asked for business information, name, EIN,
25    address, ownership information, name, Social Security
```

1    number, date of birth, address, and then payroll forms,

2    940's, 941's.

3    Q    And who determined what kind of information you

4    request from the borrowers?

5    A    The SBA.

6    Q    So this type of information was required uniformly

7    across SBA-approved lenders?

8    A    Correct.

9    Q    Now, is it important to Celtic Bank that applicants

10   provide truthful and accurate information in their

11   applications?

12   A    Yes.

13   Q    Why is it important?

14   A    Because according to the rules of the PPP program,

15   lenders were allowed to rely on borrower attestations

16   that the information submitted with their application

17   were true and accurate.

18         Submitting false information would potentially

19   take away from the pool of funds that the SBA provided

20   specifically for this program.

21   Q    All right.  I am going to show you what has been

22   previously admitted as government Exhibit 2K.  Do you

23   recognize this form, Mr. Masterman?

24   A    Yes.

25   Q    What do you recognize this form to be?

1   A      It is a Paycheck Protection Program application

2   that was designed by the SBA.

3   Q      Directing your attention to the top of the page,

4   what is the significance of the number of employees to

5   this application?

6   A      Generally speaking, because this program was

7   designed for employers to pay their employees, the more

8   employees a company had, the chances ever a higher loan

9   were much greater.  We were saving more jobs.

10  Q      All right.  So is it fair to say that if an

11  applicant has more employees then they would be eligible

12  for more money?

13  A      Yes.

14  Q      Would it matter to Celtic Bank if an applicant

15  stated on a PPP application that it had more employees

16  than it actually did?

17  A      Yes.

18  Q      Why would that matter?

19  A      Because we would be issuing more funds to that

20  business that weren't eligible.

21  Q      All right.  Directing your attention to the first

22  certification on page 2.  Talking about the certification

23  at the top that says:

24         "The applicant was in operation on February 15,

25          2020, and had employees who were paid salaries and

```
1              payroll taxes or paid independent contractors as

2              reported on form 1099 MISC."

3                   Do you see that certification?

4   A     Yes.

5   Q     Would it matter to Celtic Bank if an applicant said

6   it was in operation as of February 2020 but was not

7   actually an operating company at that time?

8   A     Yes.

9   Q     Why would that matter to Celtic Bank?

10  A     Because then they would be ineligible for the loan.

11  Q     And would it matter to Celtic Bank if the applicant

12  did not actually have any employees for whom it paid

13  salary and payroll taxes?

14  A     Yes.

15  Q     And why would that matter to Celtic Bank?

16  A     They would be ineligible for the loan.

17  Q     Now, directing your attention to the third

18  certification, this is the certification regarding the

19  use of proceeds.  Would it matter to Celtic Bank if the

20  applicant did not actually intend to use the money for

21  these stated purposes and instead used the money for

22  their own personal benefit?

23  A     Yes.

24  Q     And why would that matter to Celtic Bank?

25  A     It was an ineligible loan and Celtic Bank was
```

1    attempting to provide US employers that had employees

2    that were affected by the pandemic, so using the funds

3    for personal gain was not in the rules for this

4    particular program.

5    Q       And would it be fair to say that if Celtic Bank

6    knew that that was the intended purpose that it would not

7    lend the money?

8    A       Correct.

9    Q       Just taking a step back from the form and speaking

10   more generally, would it matter to Celtic Bank if an

11   applicant used another person's identity to apply for a

12   PPP loan without that person's authorization?

13   A       Yes.

14   Q       And why would that matter?

15   A       Because the person that's signing the form is

16   attesting that the information above and submitted with

17   their application is true and accurate.

18   Q       And does it matter to Celtic Bank that that person

19   whose name on the loan actually gets the money?

20   A       Yes.

21   Q       Would it matter to Celtic Bank if a person applied

22   for a PPP loan using the name of a business that belonged

23   to somebody else?

24   A       Yes.

25   Q       And why would that matter?

1    A      The rules of the PPP program only allowed one

2    business a PPP loan per unique identifier.  So their EIN.

3    So if a business' EIN was already used, that actual

4    business would not be eligible to receive a second PPP

5    loan.

6    Q      Now, if Celtic Bank were to learn that an applicant

7    applied using someone else's name or using another

8    business' name and that loan had been granted, what, if

9    anything, would happen?

10   A      Celtic Bank would try to take the necessary steps

11   to recover the funds.

12   Q      And would it matter to Celtic Bank if a person

13   applied for a PPP loan using the name of a business that

14   did not exist?

15   A      Yes.

16   Q      And why would that matter?

17   A      Because again, it is an ineligible loan that they

18   weren't following the guidelines provided from the SBA.

19   Q      What steps, if any, would Celtic Bank take if they

20   learned that a business that did not actually exist had

21   been approved for a loan?

22   A      We would attempt to recover the funds.

23          MR. FENTON:  No further questions.

24          MS. NEWCOMER:  Your Honor, subject to this Court's

25   pretrial ruling we have no cross-examination.

```
 1              THE COURT:  Go ahead.

 2

 3                    CROSS-EXAMINATION

 4  BY MR. JOHNSON:

 5  Q     Good morning.

 6  A     Good morning.

 7  Q     I represent Mr. Vahe Dadyan.  I just have a few

 8  questions.  You said that the applications to Celtic Bank

 9  were submitted online; correct?

10  A     Correct.

11  Q     So that means that the person didn't go into the

12  bank?

13  A     Correct.

14  Q     They submitted all of the things electronically?

15  A     Correct.

16  Q     The government went through a loan application.

17  And it is correct that each line has to be filled in by a

18  person that's applying or a representative of a person;

19  correct?

20  A     Correct.

21  Q     And representatives of persons can fill out an

22  application; correct?

23  A     Correct.

24  Q     You are not here to testify that specific

25  informations were put in this loan application by the
```

1    applicant, are you, because you really don't know who put

2    it in?

3    A    That's correct.

4    Q    And you don't know who in a specific application

5    put in the number $63,000 in payroll; correct?

6    A    Correct.

7    Q    And you don't know who put in the information

8    regarding the number of employees; correct?

9    A    Correct.

10        MR. JOHNSON:  I have no further questions.  Thank

11   you.

12

13             CROSS-EXAMINATION

14   BY MR. MESEREAU:

15   Q    Good morning, Mr. Masterman.

16   A    Good morning.

17   Q    My name is Tom Mesereau and I speak for Artur

18   Ayvazian.  Just a couple of questions to clarify your

19   testimony.  The reasons for the PPP program were not just

20   to pay employee salaries; correct?

21   A    Correct.

22   Q    The purposes of the PPP program were much broader

23   than that; correct?

24   A    Correct.

25   Q    In fact, money was used to pay mortgage interest

1    for small businesses; correct?

2    A     Correct.

3    Q     Money was used to pay rent for small businesses;

4    correct?

5    A     Correct.

6    Q     Money was used to pay utilities for small

7    businesses; correct?

8    A     Correct.

9    Q     And money was used for other various purposes;

10   correct?

11   A     Correct.

12   Q     And what are some of the other purposes that we

13   haven't mentioned that the PPP funds were used?

14   A     Payroll or to rehire staff that was for the

15   company.  Potentially business expenses that were

16   relevant to the existence of the business.

17   Q     Now, when the pandemic hit, a business was heavily

18   in debt, mortgage interest, utilities, loans, that kind

19   of thing, could the PPP funds be used to bring things

20   current so the business would survive?

21   A     Correct.

22   Q     Now, let's suppose it is a small business with one

23   employee, the owner.  No one else is employed by the

24   business.  The owner reached the profits after paying the

25   costs, whatever they are, can a PPP loan be used for that

1   type of business?

2   A      Yes.

3   Q      And businesses are allowed to have agents fill out

4   the applications; correct?

5   A      Yes.

6   Q      It isn't the owner or the person who controls the

7   business who necessarily has to fill out the application.

8   You can designate an agent to do it; correct?

9   A      That's correct.

10        MR. MESEREAU:  No further questions, your Honor.

11        THE COURT:  All right.  Thank you, sir.  You are

12   excused.

13           Call the next witness.

14        MS. AHN:  Your Honor, the government calls CART

15   examiner Greg Parra.

16        MR. FRASER:  Your Honor, I believe there were

17   matters that would be fruitful to discuss outside the

18   jury's presence that relate to agent Parra's testimony.

19        THE COURT:  Well, let's begin.

20        (The witness was sworn.)

21        THE CLERK:  State your full name and spell it for

22   the record.

23        THE WITNESS:  Gregory J. Parra. G-R-E-G-O-R-Y, J.,

24   last name is Parra, P-A-R-R-A.

25    ///

```
 1                    DIRECT EXAMINATION
 2    BY MS. AHN:
 3    Q      Good morning, Examiner Parra.
 4    A      Good morning.
 5    Q      Are you employed?
 6    A      Yes, I am.
 7    Q      With what agency?
 8    A      With the FBI in Los Angeles.
 9    Q      Are you employed in a specific unit with the FBI?
10    A      Yes.
11    Q      What unit is that?
12    A      The unit is called the CART team.
13    Q      What does CART stand for?
14    A      Computer Analysis Response Team.
15    Q      What do you do at the CART team?
16    A      I process and prepare digital evidence for
17    investigators.
18    Q      What do you mean by process?
19    A      Well, we handle computers, cell phones, thumb
20    drives.  Anything that's digital that is evidence.  We
21    will copy the data and prepare it for investigators to
22    review.
23    Q      How long have you been employed as an FBI CART
24    examiner?
25    A      Twenty-one years.
```

```
1    Q     Does working as an examiner require additional
2    training?
3    A     Yes.
4    Q     Briefly what training did you receive at part of
5    your job?
6    A     In the year 2000 I went through training through,
7    we call it CART headquarters, which is in Quantico,
8    Virginia.  And then throughout the years I have been
9    through other various training exercises that they offer
10   as well as outside vendors taking classes and so forth.
11   Q     Did you receive any specific training in mobile
12   devices or smart phones?
13   A     Yes.
14   Q     Can you describe that training?
15   A     I went through training through a company called
16   Cellebrite.  They have a couple of software program that
17   we use on a regular basis.
18              I also went to a class through what is called
19   the Sands Institute.  And they offer a lot of different
20   computer forensic classes including cell phone class, and
21   that is the one I took.
22   Q     You mentioned earlier that you copy data from
23   devices.  Is another term for that data digital
24   extraction?
25   A     Yes.
```

```
 1   Q      Are there specific programs the FBI CART team uses
 2   for data extraction from small phones?
 3   A      Yes.
 4   Q      Does this include Cellebrite?
 5   A      Yes.
 6   Q      In addition to Cellebrite, is there another program
 7   used by FBI?
 8   A      We also use GrayKey software.
 9   Q      Did you receive training in GrayKey?
10   A      Yes.
11   Q      Why would you use GrayKey versus CelleBrite?
12   A      We use GrayKey when we do not have a pass code for
13   the phone.  So the phone is locked.  We don't have the
14   pass code.  So we use GrayKey.
15   Q      What significance does the fact that the phone is
16   locked have go data extraction?
17   A      Can you repeat the question again?
18   Q      What is the relationship, if any, between the fact
19   that the phone is locked and your ability to extract
20   data?
21   A      The data is the same.
22   Q      But what about the ability to extract data from
23   that phone?
24   A      Well, the ability to extract, if we don't have the
25   pass code using the CelleBrite software, then we can't
```

1   extract the phone if it is locked.

2   Q    Overall, roughly how many digital forensic

3   examinations have you performed?

4   A    Over the past 21 years, approximately 400 different

5   exams, whether computers, hard drives, cell phones, so

6   forth.

7   Q    Could there be multiple devices within each of

8   those exams?

9   A    Yes.

10  Q    As part of your duties, did you process phones

11  related to this case?

12  A    Yes.

13  Q    Which devices did that include?

14  A    There were three items particularly, 1B21, 1B81 and

15  1B85.

16  Q    And what does the 1B number refer to?

17  A    The 1B number is a unique number assigned to

18  evidence items with the FBI.  Each case has different

19  evidence items and each evidence item when they are

20  booked into evidence they are assigned a 1B number.

21       THE COURT:  Keep your voice up, would you, sir?

22       THE WITNESS:  Yes.

23  Q    BY MS. AHN:  Do you remember who the manufacturer of

24  1B21, 1B81 and 1B85 was?

25  A    Yes, I do.

```
 1    Q    Who was the manufacturer?

 2    A    Apple Corporation.  There were iPhones.

 3    Q    As a result of your examination, did you generate a

 4    report for each of those devices?

 5    A    Yes, I did.

 6    Q    What program did you use for that?

 7    A    The program I used was called Physical Analyzer.

 8    Q    Is that from Cellebrite?

 9    A    Yes.

10    Q    So let's go through your process for each phone,

11    starting with 1B21.  So you mentioned earlier that you

12    extracted data from 1B21.  How did you do that?

13    A    The extraction was used using a program called UFED

14    4PC.  It is a software made by Cellebrite.  This software

15    allows the user to extract data from the phone.  And then

16    after that you have the extraction.

17         The extraction needs to be opened with another

18    program, which we call Physical Analyzers.  That is the

19    name of the program.  It opens up the extraction, and

20    then from there we can create what's called a UFED report

21    for investigators to review.

22    Q    Is another term for the UFED report is Cellebrite

23    report?

24    A    Yes.

25    Q    Did you review that Cellebrite report at the time
```

1    of your extraction?

2    A      Yes, I did.

3    Q      And was the information contained in that

4    Cellebrite report a true and accurate copy of the

5    extracted data?

6    A      Yes, it was.

7    Q      How do you know that?

8    A      Because it goes through a verification process when

9    you open up the report.

10   Q      Did it pass that verification process?

11   A      Yes.

12   Q      And generally what types of information were

13   extracted from the phone?

14   A      There were text messages, photos and web history

15   information.

16   Q      Would the text messages include contact

17   information?

18   A      Yes.

19   Q      Did you take photographs of 1B21?

20   A      Yes, I did.

21   Q      I am going to show you government Exhibit 12A, a

22   three-page exhibit.

23          Mr. Cruz, could I have it displayed to the

24   witness?

25          MS. AHN:   Thank you.

```
 1   Q     BY MS.AHN:  Do you see that in front of you?

 2   A     Yes, I do.

 3   Q     I am going to go ahead and scroll through.  Do you

 4   recognize what is in government Exhibit 12A?

 5   A     Yes, I do.

 6   Q     How do you recognize that?

 7   A     It is a photo that I took of 1B21.

 8   Q     Are they true and accurate copies, other than the

 9   redactions, of the photographs of 1B21 that you took?

10   A     Yes.

11         MS. AHN:  Your Honor, the government seeks

12   admission of government Exhibit 12A.

13         THE COURT:  Received.

14         MS. AHN:  Permission to publish?

15         THE COURT:  Yes.

16   Q   BY MS. AHN:  So on page 1, is that just the back of

17   the phone shown there?

18         THE COURT:  Your voice just trails off.  You have

19   to complete your phrases.  Everyone.

20         MS. AHN:  Yes, your Honor.

21         THE COURT:  Don't drop your voice.  Keep your

22   voice audible at all times.

23         MS. AHN:  Yes, your Honor.

24         THE COURT:  Maybe you are moving back and forth

25   from these microphones.  This is a very large courtroom.
```

```
 1    I am at least 25 feet from you right now and there is
 2    more to go in the courtroom.  So keep your voice at an
 3    audible pitch.  That goes for everyone, not just you.
 4         MS. AHN:  Yes, your Honor.
 5         THE COURT:  Go ahead.
 6    Q    BY MS. AHN:  Moving to page 2, do you see what is in
 7    front of you?
 8    A    Yes, I do.
 9    Q    What is that?
10    A    It is a picture I took of the 1B21.
11    Q    Does it identify the owner or Apple ID customer?
12    A    Yes, it does.
13    Q    And who is that?
14    A    Tamara Dadyan.
15    Q    Tamara Dadyan?
16    A    Yes.
17    Q    And on page 3, what is in front of you?
18    A    It is another photo that I took of the phone.
19    Q    Does it show the user accounts associated with
20    1B21?
21    A    Yes, it does.
22    Q    Examiner Parra, you mentioned that you created a
23    Cellebrite report.  Was a second Cellebrite report
24    created?
25    A    Yes.
```

1    Q      Are you familiar with that report?

2    A      Yes.

3    Q      What does it contain?

4    A      The second Cellebrite report contains tagged items

5    from the investigator, which include text message and

6    history and some photos.

7    Q      Did that second Cellebrite report contain a true

8    and accurate copy of a subset of the extracted data from

9    1B21?

10   A      Yes.

11   Q      How do you know?

12   A      Because it verified -- we opened the report and I

13   went back to the original Cellebrite report that the

14   investigators tagged their item and verified that they

15   were the same.

16          MS. AHN:  Mr. Cruz, can I show just the witness

17   government Exhibit 13A.

18   Q      Examiner Parra, do you see a folder next to you?

19   A      Yes.

20   Q      Can you flip to 13A next to you?

21   A      Okay.  Hold on.

22          Okay.

23   Q      Do you recognize that?

24   A      Yes, I do.

25   Q      What is it?

```
 1    A      This is a Cellebrite report from 1B21.
 2    Q      Does it contain just a subset of the Cellebrite
 3    report?
 4    A      Yes.
 5    Q      What subset does it contain?
 6    A      That is user information from the phone.
 7    Q      Is it a true and accurate data from the Cellebrite
 8    report?
 9    A      Yes, it is.
10           MS. AHN:  Your Honor the government seeks
11    admission of Exhibit 13A.
12           THE COURT:  Received.
13           MS. AHN:  Permission to publish?
14           THE COURT:  Yes.
15    Q      BY MS. AHN:  Again, does this show the Apple ID
16    associated with 1B21?
17    A      Yes.  It's T., Tamara.  Dadyan at AOL.com.
18    Q      You mentioned earlier that you extracted data from
19    the phone marked as 1B81; is that correct?
20    A      That's correct.
21    Q      How did you conduct that extraction?
22    A      That extraction was conducting with GrayKey
23    software.
24    Q      Why did you use GrayKey?
25    A      Because we did not have the pass code for the
```

1    phone.  It was locked.

2    Q      Are you were you able to extract data from SB81?

3    A      Yes.

4    Q      What did do you with the extracted data?

5    A      The extracted data was opened up with the program

6    Physical Analyzer and after that a CelleBrite report was

7    created for investigative review.

8    Q      Was the information in that Cellebrite report a

9    true and accurate copy of the data extracted from B81?

10   A      Yes.

11   Q      How do you know that?

12   A      Because when the report is opened it goes through a

13   verification, and it verified.

14   Q      Was a second Cellebrite report created?

15   A      Yes.

16   Q      Are you familiar with that report?

17   A      Yes, I am.

18   Q      What did it contain?

19   A      That report contained text messages and some photos

20   as well.

21   Q      Was that a true and accurate copy of the a subset

22   of the data extracted from AB81?

23   A      Yes, it was.

24   Q      How do you know that?

25   A      Because that report was open.  It goes through a

```
 1   verification process and it passed.

 2   Q     Can you flip to government Exhibit 15 in that

 3   binder?

 4   A     Fifteen.  Yes.

 5   Q     Do you see that in front of you?

 6   A     Yes.

 7   Q     Do you recognize what is in that exhibit?

 8   A     Yes.

 9   Q     What is it?

10   A     It is a photo of evidence item 1B81, the iPhone.

11   Q     Did you take that photo?

12   A     Yes, I did.

13   Q     Is it a true and accurate copy, absent redactions,

14   of the photo you took of SB81?

15   A     Yes.

16         MS. AHN:  Your Honor, the government seeks

17   admission of government Exhibit 15.

18         THE COURT:  Received.

19         MS. AHN:  Permission to publish.

20         THE COURT:  Yes.

21   BY MS. AHN:

22   Q     Could you flip to government Exhibit 16A in your

23   binder?

24   A     I think this is it.  Is this a Cellebrite report.

25   16A?
```

```
 1    Q      I believe that is correct.  Do you recognize that?

 2    A      Yes, I do.

 3    Q      What is it?

 4    A      This is user information from a CelleBrite report

 5    for 1B81.

 6    Q      Is it a true and accurate copy of that data from

 7    the Cellebrite report for 1B81?

 8    A      Yes, it is.

 9           MS. AHN:  Your Honor, the government seeks

10    admission of government Exhibit 16A.

11           THE COURT:  Received.

12           MS. AHN:  Permission to publish.

13           THE COURT:  Yes.

14    Q    BY MS. AHN:  Does this show the Apple ID associated

15    with 1B81?

16    A      Yes, it does.

17    Q      And what is that apple ID?

18    A      It is Mary.Abelian, A-B-E-L-I-A-N, at Yahoo.com.

19    Q      You also mentioned earlier that you extracted data

20    from the iPhone identified as 1B85.  How did you conduct

21    that extraction?

22    A      That extraction was conducted with the GrayKey

23    software.

24    Q      Why did you use GrayKey?

25    A      Because the phone was locked and we did not have
```

1    the pass code.

2    Q      Were you able to extract data?

3    A      Yes.

4    Q      What did do you with that extracted data?

5    A      The extracted data was opened with the program

6    Physical Analyzer, where it was processed and a

7    Cellebrite report was created for the investigative

8    review.

9    Q      Was the information in that Cellebrite report a

10   true and accurate copy of the data that was exacted from

11   1B85?

12   A      Yes, it was.

13   Q      How do you know?

14   A      Because when the report opened, it went through a

15   verification and it verified.

16   Q      Was a second Cellebrite report generated?

17   A      Yes.

18   Q      Are you familiar with the content of that -- are

19   you familiar with that second Cellebrite report?

20   A      Yes, I am.

21   Q      Is that second Cellebrite report a true and

22   accurate copy of -- excuse me.  Let me back up a bit.

23   What does that second Cellebrite report contain?

24   A      The second Cellebrite report contains text message

25   and some photos.

```
1    Q      So a subset of the first Cellebrite report?

2    A      Yes, that's correct.

3    Q      And is that second Cellebrite report a true and

4    accurate copy of a subset of the data extracted from

5    1B85?

6    A      Yes, it is.

7    Q      How do you know that?

8    A      Because when reports open it goes through a

9    verification process and it verified.

10   Q      Can you flip to government Exhibit 18 in your

11   binder?

12   A      Okay.  I am there.

13   Q      Do you recognize what is in that exhibit?

14   A      Yes, I do.

15   Q      What is it?

16   A      It is a photo that I took of evidence item 1B85.

17   Q      Is that a true and accurate copy other than the

18   redaction of the photo you took of 1B85?

19   A      Yes, it is.

20          MS. AHN:  Your Honor, the government seeks

21   admission of government Exhibit 18.

22          THE COURT:  Received.

23          MS. AHN:  Permission to publish to the jury, your

24   Honor.

25          THE COURT:  Yes.
```

1    Q    BY MS. AHN:  Do you mind flipping to government

2    Exhibit 19.

3    A    Okay.  I am ready.

4    Q    Do you recognize that?

5    A    Yes, I do.

6    Q    What is it?

7    A    This is a Cellebrite report of information for

8    evidence on 1B85.

9    Q    Is it a true and accurate copy of that data from

10   the Cellebrite report?

11   A    Yes.

12        MS. AHN:  Your Honor, government seeks admission

13   of government Exhibit 19A.

14        THE COURT:  Received.

15        MS. AHN:  Permission to publish.

16        THE COURT:  Yes.

17   Q    BY MS. AHN:  Does this also show the apple ID

18   associated with 1B85?

19   A    Yes, it does.

20   Q    What is that ID?

21   A    It is Rich@flipper.com.

22        MS. AHN:  No further questions, your Honor.

23                  CROSS-EXAMINATION

24   BY MS. NEWCOMER:

25   Q    Good morning, Mr. Parra.

```
 1   A      Good morning.

 2   Q      You testified that you process and prepared digital

 3   evidence for investigators; is that right?

 4   A      That's correct.

 5   Q      So you don't investigate the data that you find on

 6   the phones; right?

 7   A      You.

 8   Q      You don't review that data?

 9   A      No.

10   Q      Mr. Parra, I am going to show you Exhibit 13A,

11   which we just looked at with the government.  And this is

12   the portion of the Cellebrite report for a phone

13   registered -- the apple ID is T. Tammydadyan@AOL.com; is

14   that right?

15   A      That's correct.

16   Q      And as part of this report, you were able to

17   extract information about user accounts; is that right?

18   A      That's correct.

19   Q      And in fact there was information about 30 user

20   accounts?

21   A      Correct.

22   Q      And on the next page, the user accounts continue,

23   and if you look down to user account 13, that user

24   account says Securelinerealtyandfundinginc@yahoo.com; is

25   that right?
```

1    A       That's correct.

2    Q       And so that is an additional user account to T.

3    Tammy Dadyan at AOL.com?

4    A       Correct.

5    Q       And the user account under No. 16, that is for

6    Idorealestate247@outlook.com; right?

7    A       That's correct.

8    Q       So, again, that's another separate user account?

9    A       Yes.

10   Q       And underneath that on 17 you will see

11   pookypooky49@gmail.com.  Is that also an additional user

12   account?

13   A       Yes.

14   Q       And the same for ABCrealtyadvisorsinc247@gmail.com.

15   That is another user account that was registered on the

16   Tammy Dadyan phone?

17   A       That's correct.

18   Q       And the same for user account 19,

19   Firstclasspropertymanagement05@gmail.com?

20   A       Correct.

21   Q       And again for 20choiceoneescrow@gmail.com?

22   A       That is correct.

23   Q       Okay.  And 21 First Class Property and then

24   GT@hotmail.com.  That is an additional user account?

25   A       That's correct.

```
 1            MS. NEWCOMER:  Okay.  Ms. Romero, would you please
 2   pull up Exhibit 19A.  If could you highlight the device
 3   information and pull that up please, Ms. Romero.
 4   Q     And this is a portion of the Cellebrite report that
 5   you identified as where the Apple ID is Rich@flipper.com;
 6   right?
 7   A     Yes.  That's correct.
 8            MS. NEWCOMER:  Ms. Romero, if we could go to the
 9   user accounts.  If you could just pull up the whole
10   section of user accounts on page 2.  Okay.
11   Q     So you see on this Cellebrite there is 12 user
12   accounts; is that right?
13   A     That's correct.
14   Q     And the first one, No. 1, says the user name is
15   Rich@flipper.com?
16   A     Correct.
17   Q     And the second one also says Rich@flipper.com?
18   A     Correct.
19   Q     And if you look down, 3 through 7 also say the user
20   name is Rich@flipper.com?
21   A     That's correct.
22            MS. NEWCOMER:  Let's go to the next page to the
23   last accounts.
24   Q     And, again, there are accounts under 8 and 9, and
25   they both also say Rich@flipper.com?
```

1    A       Yes.

2    Q       Okay.  It is possible that when you are extracting

3    data from a phone not all data on the phone can be

4    extracted; is that right?

5    A       That's correct.

6    Q       And how were you able to verify whether all data

7    has been extracted from the phone?

8    A       Well, you know, we rely on a program to collect the

9    data, and so the extraction contains the data that the

10   program was able to get.  And then that data, there is a

11   hash.  It is kind of like what we call a digital

12   fingerprint.  So the data that is in the extraction at

13   the end gets hashed, and it is basically a mathematical

14   output of an algorithm.

15   Q       So it is possible that hash data does not include

16   all of the data that was on the phone?

17   A       Possibly.

18           MS. NEWCOMER:  Thank you.  No further questions.

19           MR. FRASER:  Mr. Cruz, could I have the monitor

20   set up so that it will display initially only to the

21   witness?

22           THE CLERK:  Go ahead.

23           MR. FRASER:  Thank you.

24    ///

25    ///

```
1                    CROSS-EXAMINATION
2    BY MR. FRASER
3    Q    My name is Ryan Fraser and I represent Marietta
4    Terabelian.   Good morning, Mr. Parra.
5    A    Good morning.
6    Q    You are familiar with iPhones?
7    A    Yes.
8    Q    An iPhone of course is more than just a phone?
9    A    Correct.
10   Q    You can place calls with an iPhone?
11   A    Yes.
12   Q    You can also send text messages?
13   A    Correct.
14   Q    And e-mails?
15   A    Correct.
16   Q    It has a calendar function?
17   A    Yes.
18   Q    You can use social media apps using an iPhone?
19   A    Yes.
20   Q    You can take videos?
21   A    Yes.
22   Q    Store the videos?
23   A    Yes.
24   Q    You can take pictures?
25   A    Yes.
```

```
 1    Q      Still photographs?

 2    A      Yes.

 3    Q      And you can store those photographs on the iPhone?

 4    A      Yes.

 5    Q      And that would be stored in the iPhoto app;

 6    correct?

 7    A      Correct.

 8    Q      And that app will store the photographs

 9    chronologically?

10    A      Correct.

11    Q      By default the most recent photographs will appear

12    first as you open the app; correct?

13    A      Correct.

14    Q      The older photographs, you would have to scroll up

15    to see those; correct?

16    A      That's correct.

17    Q      And you can also sync iPhone with an Apple iCloud

18    account; correct?

19    A      Yes.

20    Q      You can sync multiple Apple devices with the same

21    iCloud account?

22            THE COURT:  Did you sync?

23            MR. FRASER:  Sync, S-Y-N-C.

24            THE COURT:  Can you tell what that means?

25            THE WITNESS:  Yes.  So if you have a laptop, and
```

```
 1    you have an iPhone, you can collaborate them together
 2    where they can see the same photos up in the iCloud.  The
 3    iCloud is associated with the Apple ID.  And you can
 4    store your information up there, and you can use all of
 5    your Apple products to view that information.  And they
 6    call it syncing it up.  Sync.
 7    Q     Thank you.  And the I phone in general is a product
 8    that has been around for many years now; is that correct?
 9    A     Yes, that's correct.
10    Q     It has been through many generation of iPhones?
11    A     Yes.
12    Q     And you testified on direct about an iPhone that is
13    identified as 1B81?
14    A     Yes.
15    Q     That is the one that you mentioned was associated
16    with the Mary.abellian@yahoo.com account; correct?
17    A     Yes, that's correct.
18    Q     And that was an iPhone model 12; correct?
19    A     Correct.
20    Q     And the iPhone model 12 was released in late 2020;
21    correct?
22    A     I think.  I don't know the exact date.
23    Q     Okay.  Do you remember that it was in October of
24    2020?
25    A     I don't.  I don't recall when they released the new
```

1    versions.

2    Q      Might it refresh your recollection to review a

3    press release?

4    A      Sure.

5    Q      Thank you.

6           MR. FRASER:  May I approach, your Honor?

7           THE COURT:  Sure.  I mean, it seems like an

8    undisputed fact, so tell us when it came out.

9           MR. FRASER:  Yes.  The iPhone 12 came out in late

10   October of 2020.

11          THE COURT:  Unless I hear anything to the

12   contrary, that is the evidence.

13          MR. FRASER:  Your Honor, so that is essentially

14   stipulated then.

15          THE COURT:  When I say it is in evidence, unless

16   someone says otherwise, it is in evidence.

17          MR. FRASER:  Thank you, your Honor.

18   Q      So this case you used with respect to SB81, you

19   mentioned that you used GrayKey; correct?

20   A      That's correct.

21   Q      You also used Physical Analyzer to view the

22   contents of 1B81; correct?

23   A      That's correct, of the extraction, from the GrayKey

24   extraction.  That's correct.

25   Q      Thank you.  And from -- Physical Analyzer is part

1   of the Cellebrite software suite; correct?

2   A     That's correct.

3   Q     So you used GrayKey and Cellebrite for viewing

4   1B81; correct?

5   A     Correct.

6   Q     Okay.  So Cellebrite can give you -- one of the

7   reports that Cellebrite can give you is called a UFED

8   report; correct?

9   A     Yes.

10  Q     And the UFED report, that reports the extracted

11  data from the device; correct?

12  A     That's correct.

13  Q     In other words, data copied from the device?

14  A     Correct.

15  Q     And you can get what is called an extraction

16  summary report from Cellebrite; correct?

17  A     Correct.

18  Q     Okay.  And directing your attention to the monitor

19  in front of you, I am showing you defense Exhibit 312.

20  And I will increase the size here on the left.

21        Do you see, this is a Cellebrite extraction

22  summary; correct?

23  A     Correct.

24  Q     It is titled that in the upper left portion;

25  correct?

1    A     Yes.

2    Q     And directing your attention to case information

3    from the examiner name, you can see this it says Gregory

4    J para; correct?

5    A     Yes.

6    Q     This would be an extraction summary from your

7    extraction?

8    A     Correct.

9    Q     And the extraction summary pertains to evidence

10   No. 1B81?

11   A     Yes.

12   Q     That is the Terabelian iPhone 12; correct?

13   A     Correct.

14          MR. FRASER:  I would move to admit Defense Exhibit

15   312.

16          THE COURT:  Received.

17          MR. FRASER:  And I would like to publish to the

18   jury.

19          THE COURT:  Yes.

20          MR. FRASER:  Thank you.

21          MS. AHN:  Objection, your Honor.  I think this is

22   from an earlier version of the Cellebrite report, your

23   Honor.

24          THE COURT:  I mean, you recognize this 312;

25   correct, sir?

1          THE WITNESS:  That's correct.

2          THE COURT:  And is that part of the Cellebrite

3  extraction process?

4          THE WITNESS:  Yes.  The case information will --

5  the summary information will show on the Cellebrite

6  reader reports; that's correct.

7          THE COURT:  Received.

8          MR. FRASER:  Thank you.

9  Q     And you mentioned that this summary will show what

10  was extracted in summary fashion.  And let's turn to that

11  now.

12          I am turning to the right portion of the

13  extraction summary.  And here you see a matrix of

14  rectangles; correct?

15  A     Correct.

16  Q     And this shows a summary of the contents you were

17  able to extract from 1B81; correct?

18  A     That's correct.

19  Q     And in the upper left portion, it shows and you

20  were able to extract 435 passwords?

21  A     Correct.

22  Q     In the lower right, 1,757 videos?

23  A     Correct.

24  Q     In the middle column near the bottom, 44,385

25  images?

```
1    A      Correct.

2    Q      The Cellebrite extraction summary also shows some

3    of the iPhone's settings; correct?

4           THE COURT:  What?

5           THE WITNESS:  Can you repeat that question?

6    Q    BY MR. FRASER:  IPhones have something called

7    settings; correct?

8           THE COURT:  Sage?

9           MR. FRASER:  Settings, S-E-T-T-I-N-G-S.

10          THE WITNESS:  Yes.  Settings.

11   Q    BY MR. FRASER:  That would include, for instance,

12   location services?

13   A      Correct.

14   Q      So that the iPhone can use the user's location to

15   help the user; correct?

16   A      That's correct.

17   Q      Okay.  And so the iPhone will track where the user

18   of the iPhone is if location services are turned on;

19   correct?

20   A      Correct.

21   Q      Okay.  And on this iPhone location services were

22   turned on; correct?

23   A      Correct.  This says that they are enabled.

24          THE COURT:  What did you say?

25          THE WITNESS:  Enabled.  Location services are
```

```
1    enabled and it says true.
2           THE COURT:  Say that one more time.
3           THE WITNESS:  Location services are enabled.
4           THE COURT:  What does that mean?
5           THE WITNESS:  That means that the location --
6    there is a setting on the phone called location, and it
7    can be turned on and off.
8           THE COURT:  Does this mean it was turned on or
9    off?
10          THE WITNESS:  It was on.
11   Q    BY MR. FRASER:  Thank you.  And it was set to retain
12   messages forever; correct?
13   A     That is what it says.  Yes.
14          MR. FRASER:  Thank you.  No further questions.
15          MS. AHN:  Brief redirect, your Honor.
16          THE COURT:  All right.
17
18                   REDIRECT EXAMINATION
19   BY MS. AHN:
20   Q     Do you see a date on this examination report,
21   Examiner Parra?
22   A     Yes, I do.
23   Q     And what is that date?
24   A     It is 11/5/2020.
25   Q     While it is focusing, do you recall testifying as
```

1    to images noted in this report?

2    A    I can't see the report.  Which number are we

3    referring to?  It is very blurry.

4    Q    Do you see that in front of you?

5    A    Yes.

6    Q    And in terms of images, that includes photographs?

7    A    Yes.

8    Q    Can it include images downloaded from websites?

9    A    Correct.  Yes, it can.

10   Q    Can it include images from applications?

11   A    Yes.

12   Q    So when I go to a website, the icon on the website?

13   A    Yes.

14   Q    Almost every other image on that website can also

15   be downloaded?

16   A    Yes.

17   Q    So that image's number, is that actually reflective

18   of the number of photographs on the phone?

19   A    No.

20        MS. AHN:  No further questions, your Honor.

21        THE COURT:  All right.  Thank you, sir.

22             Thank you.

23             Call the next witness.

24        MS. AHN:  Your Honor, the government would call

25   special agent Timothy Massino.

```
 1              (The witness was sworn.)
 2         THE CLERK:  State your full name and spell it for
 3  the record.
 4         THE WITNESS:  Timothy Massino, T-I-M-O-T-H-Y,
 5  M-A-S-S-I-N-O.
 6
 7                    DIRECT EXAMINATION[]
 8  BY MS. AHN:
 9  Q     Agent Massino, good morning.
10  A     Good morning.
11  Q     Are you employed?
12  A     Yes.  I am with the Small Business Administration
13  Office of Inspector General.
14  Q     What is your position at the Small Business
15  Administration Office of Inspector General?
16  A     Special agent.
17  Q     I am just going to say SBA OIG.
18         THE COURT:  What did you say?
19         MS. AHN:  I am going to abbreviate it to SBA OIG.
20  Q     BY MS. AHN:  How long have you been employed as an
21  SBA OIG special agent?
22  A     Two-and-a-half years.
23  Q     What are your duties at SBA OIG?
24  A     I investigate allegations of fraud waste and abuse
25  as they relate to programs administered by the SBA.
```

1    Q      Did you receive training as part of your employment

2    at SBA OIG?

3    A      Yes.

4           MR. LITTRELL:  Objection, relevance.  403.

5           THE COURT:  Sustained.  I mean, he can briefly

6    give his background, not extensively.

7           MS. AHN:  Yes, your Honor.

8    Q      Did that include formal and on-the-job training?

9    A      Yes.

10   Q      As part of that experience, did you learn about SBA

11   programs?

12   A      Yes.

13   Q      Did that include the Paycheck Protection Program

14   and Economic Injury Disaster Loan program?

15   A      Yes.

16   Q      How did you get involved in this case?

17   A      In June of 2020, I was advised by my supervisor

18   that I would be assisting the Department of Justice and

19   the United States Attorney's Office in the Central

20   District of California with this investigation.

21   Q      Can you take a look at government Exhibit 116 in

22   the binder in front of you?

23   A      Yes.

24   Q      Do you recognize government Exhibit 116?

25   A      I do.

```
1    Q    What is it?

2    A    It is a loan summary chart containing information

3    regarding EIDL and PPP applications submitted that we are

4    looking at in this investigation.

5    Q    How many pages are in government 116?

6    A    Seven page.

7    Q    Did you assist in the preparation of the slides

8    shown in this seven-page exhibit?

9    A    Yes, I did.

10   Q    How did you assist in this preparation?

11   A    I identified some of the loans throughout the

12   course of this investigation that are detailed on these

13   summary charts.  I gathered some of the information based

14   on SBA database searches.  And I -- in some cases I

15   requested and received the loan files from the SBA.  And

16   I confirmed the accuracy of the information reflected on

17   these charts and I ensured the government exhibit numbers

18   listed on the charts correspond with the particular loans

19   detailed.

20   Q    And are those the government exhibits listed all

21   the way to the right?

22        MS. AHN:  Your Honor, move to admit government

23   Exhibit 116 and publish to the jury.

24        THE COURT:  Received.

25   Q    BY MS. AHN:  Special Agent Massino, we are now
```

1    looking at page 1 -- or slide 1 of Exhibit 116.  Can you

2    show us or just walk us through generally what

3    information is shown on this slide?

4    A     Yes.  This slide reflects EIDL and PPP applications

5    submitted using the names Ulia Zhadko, Viktoria Kauichko

6    and Anton Kudiomov.

7    Q     Can you explain this chart a little bit more using

8    an example, let's say, from Ulia Zhadko?

9    A     Yes.  So the group of loans that correspond with

10   the name Ulia Zhadko, I will walk through that group.  In

11   the name column, you have Ulia Zhadko with certain

12   identifiers.  And this block represents applications that

13   were submitted using the name Ulia Zhadko and those

14   identifiers.

15        In the business column you will see four

16   company names.  Those four companies had applications

17   submitted on their behalf using the individual applicant

18   Ulia Zhadko with the identifiers shown.  The approximate

19   application date reflects the approximate date of the

20   application, and there are ten of them.

21        So, for instance, for Top Quality Contracting,

22   there are three applications submitted using the name

23   Ulia Zhadko.

24        As you move to the lender column, that will

25   indicate the name of the lender if it is a PPP loan.  If

1    it is an SBA EIDL loan, or Economic Injury Disaster Loan,

2    you will see SBA in that column.

3              The approximate application amount is in the

4    next column.

5              The status column indicates if funds were ever

6    disbursed pursuant to that application.

7    Q    And the last column?

8    A    That is the government exhibit number of the

9    corresponding loan file.

10   Q    Moving on to slide 2, can you tell us generally

11   what is on this slide?

12   A    Yes.  This slide reflects two groups of

13   applications, one group submitted using the name Viktoria

14   Kauichko and one group submitted using Anton Kudiomov.

15             There is a commonality on every application

16   between those two groups, and they all used the address

17   of 6150 Canoga Avenue in Woodland Hills, California,

18   typically as the individual's residential address.

19   Q    So can you talk us through one example.  Let's say

20   Viktoria Kauichko, Fiber One Media, the WebBank

21   application.  Through one example --

22        THE COURT:  Could you keep your voice next to the

23   microphone?  I don't want to keep telling you to keep

24   your voice up.  The jury is dispersed throughout this

25   courtroom and I want to make sure everyone hears every

```
 1   question and every answer.

 2        MS. AHN:  Yes, your Honor.

 3        THE COURT:  Just slow down a bit and make sure you

 4   articulate.

 5        MS. AHN:  Yes, your Honor.

 6   Q    BY MS. AHN:  Could you walk us through one example

 7   from the Viktoria Kauichko Fiber One Media set,

 8   specifically the WebBank application?

 9   A    Yes.  So the name Viktoria Kauichko with the date

10   of birth of January 9th, 1989 and a Social Security

11   number ending in the last four digits of 9924, was used

12   to submit an application in the business name of Fiber

13   One Media on or about June 17th, 2020.  That application

14   was submitted to WebBank and the approximate application

15   amount was $276,652.

16        That loan was canceled, and the government

17   exhibit number is 3G.

18   Q    What does it mean when it says it was canceled?

19        THE COURT:  It says 3G.  You said 30, didn't you?

20        THE WITNESS:  Your Honor, it is 3G.  You're

21   correct.  Canceled means it was not ultimately funded.

22   Q    BY MS. AHN:  Moving on to slide 3, and I am going to

23   show you both slides 3 and slide 4, which are part of a

24   two-slide set.

25        Can you generally describe what is shown in
```

1   slides 3 and 4?

2   A      Yes.  These slides reflect loans applied for by

3   companies included in the overt acts section of the first

4   superseding indictment.

5          The information contained on these charts is

6   similar to the first two charts we looked at, but here

7   the loans are broken out by business names as opposed to

8   individual applicant name.

9          So the first two columns are inverted relative

10  to the prior two slides that we looked at.

11  Q      On this slide, do you see businesses shown here

12  that received more than one PPP loan?

13  A      Yes.  Specifically Hart Construction and Mod

14  Interiors.

15  Q      In general could businesses receive more than one

16  PPP loan during PPP's first round?

17  A      No.

18  Q      If a business applied for a second, third or fourth

19  PPP loan with the same federal identification number,

20  what would happen?

21  A      That loan would be rejected, as the lender would

22  not be able to receive an authorization or a loan number

23  if the tax identification number had already been used.

24  Q      Is an SBA loan authorization number required to

25  approve a loan?

1    A    Yes.

2    Q    Let's focus in on one example for the jury related

3    to Mod Interiors.  Do you see that in front of you?

4    A    Yes.

5    Q    Was there more than one PPP loan applied for in the

6    name of Mod Interiors and Armin Injijian.

7    A    Yes, there were three.

8    Q    And the approximate dates they were submitted?

9    A    April 10th, 2020, April 2nd 2020 and April 23rd

10   2020.

11   Q    Was that all during the first round of PPP?

12   A    Yes.

13   Q    Were two of those loans approved?

14   A    Yes.

15   Q    Did you review those loan files?

16   A    I did.

17   Q    So let's take a look at the two that were

18   disbursed.  The CDC loan that is contained in government

19   Exhibit 5K, and the Mod Interiors Armin Injijian Celtic

20   Banks loan that contained if Exhibit 3M.

21        So I am going to display government Exhibit

22   5K, the CDC Mod Interiors Armin Injijian loan page 3.

23   And I will display that on the left side of your screen.

24        Do you see that in front of you?

25   A    Yes.

```
1    Q     Do you recognize what that form is generally?

2    A     Yes, it is a Paycheck Protection Program

3    application.

4    Q     Is a TIN or EIN or SSN identified there?

5    A     Yes.  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.

6    Q     Does it also identify an owner?

7    A     Yes.  Armin Injijian.  Owner ownership percentage

8    is 100 percent.

9    Q     Let's take a look at the second funded loan in

10   Armin Injijian's set.  That is contained in government

11   Exhibit 3M.

12              I am going to display that on the right side

13   of your screen starting with page 20 of that loan file.

14              Do you see that in front of you?

15   A     Yes.

16   Q     Do you recognize that form?

17   A     Yes.

18   Q     What is it?

19   A     It is a Paycheck Protection Program application

20   also for the business Mod Interiors.

21   Q     Does that also show a business TIN or EIN or SSN?

22   A     Yes, it does.  It is listed as 831953016.

23   Q     And how do those two numbers compare?

24   A     They are identical with the exception of one digit.

25   Q     Are TIN's supposed to be unique to each business?
```

1    A       Yes.

2    Q       Let's take a look at the contact information.  Do

3    you see a phone number listed?

4    A       Yes.

5    Q       On both these applications?

6    A       Yes.

7    Q       Do you see an address listed on both these

8    applications?

9    A       Yes.

10   Q       E-mail address?

11   A       Yes.

12   Q       What, if any, differences are there on the contact

13   information between the two loan applications?

14   A       There are none.

15   Q       They are the same?

16   A       They are the same.

17   Q       Let's focus in on that phone number.  Can you read

18   the phone number out for the jury?

19   A       818-570-6000.

20   Q       Special Agent Massino, are you aware whether or not

21   phones were seized in this case?

22   A       Yes, I am.

23   Q       Are you aware of whether phones were seized from

24   defendant Richard Ayvazian and Marietta Terabelian's

25   home?

```
 1   A      Yes, I am.

 2   Q      Did you review the user information for phones

 3   seized from that house?

 4   A      Yes.

 5          THE COURT:  One minute.  When you say that house,

 6   what do you mean?

 7   Q      BY MS. AHN:  Did you review the user information

 8   for phones seized from defendant Richard Ayvazian and

 9   Marietta Terabelian's home?

10   A      Yes, I did.

11          MS. AHN:  I am going to show you government

12   Exhibit 19A, previously admitted, starting on page 1.  I

13   am going to show that to you on the left side of your

14   screen.

15             Do you see the document on the left side of

16   your screen?

17   A      I do.

18   Q      Do you recognize what that is?

19   A      Yes.  It is the Cellebrite report for device 1B85.

20   Specifically it is the user information page.

21   Q      Does it have an Apple ID associated with it?

22   A      Yes.  Rich@flipper.com.

23   Q      And is there a phone number associated with this

24   phone?

25   A      Yes.  818-570-0600.
```

1    Q     And how does that compare to the phone number for

2    Armin Injijian's Mod Interior PPP loan?

3    A     It is the same number as listed on the application.

4    Q     You testified earlier that these two Mod Interiors

5    Armin Injijian loans were funded or disbursed.  Do PPP

6    loan applications generally identify the bank account

7    into which funds are supposed to be sent?

8    A     Yes.

9    Q     Could that be through a copy of a voided check?

10   A     Yes.

11   Q     So let's go back to the CDC Mod Interiors loan

12   application.  I will put that to the left side of your

13   screen.  Government Exhibit 5K, page 22.

14         Do you see was on the front of your screen on

15   the left side?

16   A     Yes.  It is a copy of a voided check.  The last

17   four digits of the account number are 9103.

18   Q     So let's go to page 73 of the Celtic Bank Mod

19   Interiors Armin Injijian application in Exhibit 3M.  So

20   that is already on the right side of your screen.  I am

21   going to just go to page 73.

22         Do you see was on the right side of your

23   screen?

24   A     Yes.

25   Q     Is that a copy of the same voided check?

```
 1    A      Yes.

 2    Q      Did you review -- or rather did the government

 3    obtain bank records for this Bank of America 9103

 4    account?

 5    A      Yes.

 6    Q      Did you review those bank records?

 7    A      I did.

 8    Q      I am going to go to government Exhibit 90,

 9    previously admitted.  I will go to page 1 of that

10    exhibit.  Do you see was in front of you?

11    A      Yes, it is an account opening form for Bank of

12    America, bank account in the name of Mod Interiors,

13    account number ending in the last four, 9103.

14    Q      Are there signatories shown on this document?

15    A      Yes.

16    Q      Who are the signatories?

17    A      Armin Injijian and Richard Ayvazian.

18    Q      And in general do signatories control the account?

19    A      Yes.

20         MR. KEOUGH:  Objection, your Honor.  Foundation.

21         THE COURT:  Sustained.

22    Q    BY MS. AHN:  Going back to slide 116, page 3 -- or

23    rather, government Exhibit 116, slide 3.  Special Agent

24    Massino, as part of your job do you review financial

25    records?
```

```
 1   A      Yes.

 2   Q      Do you review financial records associated with PPP

 3   and EIDL loan applications?

 4   A      Yes.

 5   Q      Does that include account opening statements?

 6   A      Yes.

 7          THE COURT:  What do you mean by account opening

 8   statements?

 9          MS. AHN:  I will go back to Exhibit 90, your

10   Honor.

11          THE COURT:  When you mention a term that hasn't

12   been mentioned before, the jury needs orientation.

13          MS. AHN:  Yes, your Honor.

14   Q      BY MS. AHN:  Going back to Exhibit 90, page 1, do

15   you see what is in front of you?

16   A      Yes, I do.

17   Q      What.

18   A      This is a Bank of America account opening form in

19   the Mod Interiors.

20   Q      And what is the purpose of an account opening form?

21   A      It is a form that the account opener typically

22   completes to open the account.

23          MR. KEOUGH:  Objection, your Honor.  Again,

24   foundation.

25          THE COURT:  Overruled.
```

1    Q    BY MS. AHN:  Does it identify individuals associated

2    with that account?

3    A    Yes, it does.

4    Q    Was the term used for those individuals?

5    A    Yes.

6         THE COURT:  What did you say?

7         MS. AHN:  What is a term?  Is a signatory one of

8    the --

9         THE COURT:  Let's recess.  What time is it now?

10        THE CLERK:  It is 10:40, your Honor.

11        THE COURT:  We will take ten minutes.

12        (The following proceedings were held outside the

13             presence of the jury:)

14        THE COURT:  I don't want to keep interrupting

15   about the speech, but it's awful in terms of the manner

16   of speaking, with some exceptions.  I have to say that

17   the clearest speaker is Mr. Mesereau.

18             Your voices -- a trial lawyer should try to

19   make their words clear.  And when you use a term that

20   hasn't been used before, you should make sure that it is

21   defined.  I mean, you are assuming a lot with the jury.

22             I have a sense that most people use their

23   phones and just know how to press the buttons and what

24   happens, but you are getting into the bowels of the

25   process and it may be unfamiliar to the jurors.

```
 1            So make sure that you don't swallow your
 2   words, and make sure that you speak into the microphone,
 3   and speak clearly, because I don't like to interrupt but
 4   I have to follow this.  And sometimes words just drop
 5   off, and that shouldn't happen.
 6        MS. AHN:  Yes, your Honor.  I was cognizant of
 7   your request that we move quickly.
 8        THE COURT:  Well, I never said moving quickly.
 9        MS. AHN:  Yes, your Honor.
10        THE COURT:  Not quickly in the sense of not making
11   yourself clear.
12        MS. AHN:  Yes, your Honor.
13        THE COURT:  That is not moving quickly.  When I
14   say quickly, I mean efficiently.  This is not a horse
15   race.
16        MS. AHN:  Yes, your Honor.
17        (Recess from 10:44 a.m. to 10:56 a.m.)
18        (The following proceedings were held outside the
19         presence of the jury:)
20        THE COURT:  Just quickly before the jury comes
21   back, the Court has decided to admit the photo that was
22   discussed previously on defendant Terabelian's phone.
23   Not that she received it, only that it was on her phone.
24   For that limited purpose.
25        MR. LITTRELL:  Your Honor, I think that moment may
```

```
 1   have passed actually.  I don't think the government is
 2   actually going to introduce that exhibit.
 3          MS. AHN:  We are introducing 19B.
 4          THE COURT:  Yes.  19B has been received.
 5          MR. LITTRELL:  There has been no foundation for
 6   it.  I think their CART examiner who examined the phone
 7   has already testified.
 8          THE COURT:  Did he --
 9          MS. AHN:  Yes.  Agent Massino will be making the
10   link from the Cellebrite report to the government
11   exhibit.
12          THE COURT:  Okay.  Once that is done, it will be
13   received for that limited purpose.  Only that it was on
14   her phone, not that she received it or any other purpose.
15   It was just there as circumstantial evidence.
16          MS. AHN:  Yes, your Honor.
17          MR. LITTRELL:  May I have an offer of proof about
18   how he can establish it was on her phone?
19          THE COURT:  I will wait to see how he testifies.
20              Let's get going.  Get the jury.
21       (The following proceedings were held in the
22        presence of the jury:)
23          THE COURT:  Okay.  Let's resume the testimony.
24   Q    BY MS. AHN:  Hello again, Agent Massino.
25   A    Hello.
```

1    Q      I believe before the break we were at government

2    Exhibit 90, page 1, which you identified as an account

3    opening statement or form for the Mod Interiors 9103 Bank

4    of America account?

5    A      That's correct.

6    Q      Does this form identify authorized representatives

7    for this account?

8    A      Yes, it does.

9    Q      Are there names shown in that section of the form?

10          THE COURT:  You did that already.  Let's go on.

11          MS. AHN:  Okay.  All right.

12          THE INTERPRETER:  Your Honor, the interpreter

13   didn't hear you.  Could you repeat that?

14          THE COURT:  I'm sorry.  I said she already did

15   that.

16          THE INTERPRETER:  Thank you, your Honor.

17          THE COURT:  Thank you.

18   Q   BY MS. AHN:  Going back to government Exhibit 116,

19   slide 3.  So we just discussed the Armin Injijian

20   accounts for Mod Interiors.  Is there another identified

21   owner for Mod Interiors shown on this slide?

22   A      Yes.  Nazar Terabelian.

23   Q      Did you review, for example, the New Tech

24   application contained in government Exhibit 20?

25   A      Yes, I did.

```
 1   Q      Does it identify Nazar Terabelian's relationship to

 2   Mod interiors?

 3   A      Yes.  It identifies Nazar Terabelian as the

 4   100 percent owner of Mod Interiors.

 5   Q      Was Armin Injijian identified as a 100 percent of

 6   Mod Interiors in the respective PPP loan files we

 7   discussed?

 8   A      Yes.

 9   Q      In your experience is it possible for a company to

10   have two 100 percent owners?

11          MR. KEOUGH:  Objection, foundation, your Honor.

12          THE COURT:  Sustained.  I mean, let's get to

13   something else.

14          MS. AHN:  Yes, your Honor.

15   Q      BY MS. AHN:  Moving on to slide 4 of government

16   Exhibit 116, do you also see companies on this slide with

17   multiple owners listed?

18   A      Yes.  Sabala Construction, Timeline Transport and

19   Top Quality Contracting.

20   Q      Does Timeline Transport have more than one owner

21   listed?

22   A      No, I'm sorry, it does not.

23   Q      Can you -- I will just ask the question again.  Do

24   you also see companies on this slide with multiple owners

25   listed?
```

```
 1          MR. KEOUGH:  Objection, your Honor.  Where does it
 2   say here that owners are listed?
 3          THE COURT:  The objection is sustained.
 4   Q     BY MS. AHN:  Did you review the loan files shown in
 5   the government exhibit column to the right?
 6   A     Yes, I did.
 7   Q     And for Sabala Construction, did you review the
 8   loan files associated with Medet Murat and Donald Sabala?
 9   A     I did.
10   Q     Did it identify the relationship between Medet
11   Murat and Donald Sabala?  I'm sorry, Medet Murat and
12   Sabala Construction?
13   A     Yes.  It identified Medet Murat as the owner of
14   Sabala Construction.
15   Q     One hundred percent owner?
16   A     That's correct.
17   Q     Did it identify the relationship between Donald
18   Sabala and Sabala Construction?
19   A     Yes.
20   Q     Did it identify -- what was the relationship?
21   A     In those loan files Donald Sabala is identified as
22   the 100 percent owner of Sabala Construction.
23   Q     Let's move forward to slide 5.  So slide 5, 6 and 7
24   are grouped together or categorized together.  Can you
25   generally describe for the jury what is contained in
```

1  those three slides?

2  A      Yes.  These slides reflect groups of loans that

3  have commonalities contained within the payroll reports

4  or the form 90's, in some cases both, that were submitted

5  with those applications in order to obtain those loans.

6          So the format or organization of this chart is

7  similar to the previous charts, but two columns have been

8  added, and those are highlighted, the same payroll report

9  and same 940.

10          An X in the box indicates that identical

11  numbers were utilized on those forms in the applications.

12  Q     So let's focus in on examples from here in group 1.

13  We will focus in on the Fiber One Media, Viktoria

14  Kauichko customer's bank application contained in Exhibit

15  3E, the Hart Construction loan submitted in the name of

16  Michael Hart to Celtic Bank contained in 3I, and the

17  Redline Auto Collision submitted in the name of Edward

18  Paronyan to Celtic Bank contained in government Exhibit

19  2J.

20          Let's start by looking at the payroll reports.

21  I will move the payroll report for Fiber One, Viktoria

22  Kauichko, contained in government Exhibit 3E to the left

23  and the Hart Construction loan file contained in

24  government Exhibit 3I to the right.

25          So on the left is government Exhibit 3E,

1    previously admitted, page 3, and to the right is

2    government Exhibit 3I, page 3.  Do you see those pages in

3    front of you?

4    A      Yes, I do.

5    Q      Starting with the left, can you identify what this

6    is?

7    A      Yes.  This is a Gusto pay report submitted with the

8    Fiber One Media application.  On the right is the Gusto

9    pay report submitted with the Hart Construction

10   application.

11   Q      Do you see the average monthly payroll cost?

12   A      Yes.

13   Q      How do they compare between the two loan files?

14   A      They are identical to the penny.  $52,075.25.

15   Q      What about the number of employees?

16   A      They both reflect 12 jobs.

17   Q      I am going to call up Redline Auto Collision

18   submitted in the name of Edward Paronyan contained in

19   government Exhibit 2J.  I will put that up on the right

20   side.  I am going to page 6 of 2J.

21          Do you see that on the right side of your

22   screen?

23   A      Yes, I do.  It is the Gusto pay report submitted

24   with the Redline Auto Collision application.

25   Q      And when you say pay, do you mean payroll?

1    A      Yes.  Payroll.

2    Q      DO you see the average monthly payroll cost on the

3    Redline Auto Collision payroll report?

4    A      Yes, it is $52,075.25.

5    Q      How does that compare to the Fiber One Media

6    payroll report on the left side of your screen?

7    A      It is the same.

8          MR. KEOUGH:  Objection, your Honor, to the extent

9    the witness is just reading from the document.  I don't

10   think there is any question as to authenticity.

11         THE COURT:  I don't understand the objection.

12         MR. KEOUGH:  Unhelpful to the jury, your Honor.

13         THE COURT:  It is very helpful.  It could be

14   helpful to the jury.  He is going through these exhibits

15   that have a lot of numbers in them.  And he can do that.

16   So if that is an objection, it is overruled.

17   Q      BY MS. AHN:  So other than the name and contact

18   information up top, are these payroll reports exactly the

19   same?

20   A      Yes.

21   Q      So let's take a look at the 940's.  I am going to

22   call up the Fiber One, Viktoria Kauichko PPP loan to the

23   left, and the Hart Construction again to the right.

24          So on the left side will be government Exhibit

25   3E, page 1, and on the right side will be Hart

```
 1   Construction loan file in government Exhibit 3I, page 1,
 2   to the right.
 3              Do you see that in front of you?
 4   A     Yes, I do.
 5   Q     Starting with the left and then going to the right,
 6   can you identify what this is?
 7   A     Yes.  On the left is the IRS tax Form 940 for 2019
 8   for Fiber One Media.  On the right is the IRS tax Form
 9   940 for 2019 for Hart Construction.
10   Q     I am going to go ahead and magnify the reported
11   numbers for each form.  Do you see those reported numbers
12   in front of you?
13   A     Yes.
14   Q     How do they compare?
15   A     The payroll expenses reported in the form on the
16   left are identical to the payroll expenses reported on
17   the form on the right.
18   Q     Moving to page 2, do you see the reported numbers
19   in front of you there?
20   A     Yes.
21   Q     And how do those numbers compare?
22   A     The numbers in the blocks on the form on the left
23   are identical to the corresponding numbers in the blocks
24   on the form on the right.
25   Q     Other than the tax preparer and ownership and
```

1  contact information, are these 940's the same?

2  A    Yes, they are.

3  Q    Ahn moving on to government Exhibit 111, slide 6 or

4  page 6.  Excuse me, government Exhibit 116, page 6.

5        Is this another example of a PPP and EIDL loan

6  application comparison?

7  A    Yes, this is a separate group from the previous

8  group.  All of these loans have similar commonalities,

9  all within the same 940 submitted with the applications.

10  The numbers provided on the forms in this group of loans

11  is unique to this group of loans.

12  Q    So focusing in on Allstate Towing & Transport, LLC,

13  submitted in the name of Artur Ayvazian contained in

14  government Exhibit 2F, the Voyage Limo loan submitted in

15  the name of Vahe Dadyan contained in government Exhibit

16  2K, and the Montradath application submitted in the name

17  of Diana Saakya to Celtic Bank contained in Exhibit 3N.

18        I will go ahead and highlight those.

19        Did you review those loan files and the 940's

20  in them?

21  A    Yes.

22  Q    Other than the named owners and the contact

23  information provided, were the reported numbers for each

24  of these 940's exactly the same?

25  A    The reported payroll expense numbers, yes.

1   Q      Moving on to slide or page 7 of government Exhibit

2   116, can you explain what is on the screen there?

3   A      Yes.  This is another group of loans similar to the

4   previous two groups.  These loan files all contained a

5   payroll report that had identical payroll numbers.

6           And again, those numbers were unique to this

7   group of loans, and in some instances, the 940's

8   submitted with these applications contained identical

9   payroll expense numbers as well.

10  Q      Is the name Viktoria Kauichko referenced in this

11  chart?

12  A      Yes, it is.

13  Q      Where is it referenced?

14  A      It is referenced in the name column next to the

15  business at the top, Fiber One Media.  It is also

16  referenced on the third one down, next to Runyan Tax

17  Service.

18  Q      So let's focus in on the Viktoria Kauichko, Runyan

19  Tax Service PPP loan contained in government Exhibit 2N

20  and the LK Design, Liudmyla Kapytova, contained in

21  Exhibit 3K that was submitted to the Newtek lender.

22          So I am going to call up 2N, going to page 14

23  on the right side of your screen.  And then with Exhibit

24  3K, page 1, on the left side of your screen.

25          Do you see that in front of you?

1    A      Yes, I do.

2    Q      Can you identify what is on the left and then on

3    the right?

4    A      Yes.  On the left is the Gusto payroll report for

5    LK Design.  And on the right is the Gusto payroll report

6    for Runyan Tax Service.

7    Q      And other than the name and contact information up

8    top, how do these payroll reports compare?

9    A      The reported monthly payroll costs and the current

10   jobs are identical between the two forms as well as the

11   numbers contained in body of the forms in terms of gross

12   payroll, adjusted earnings, state taxes and so on.

13   Q      Special Agent Massino, do those loan files --

14   specifically the loan files contained in government

15   Exhibits 3K and 2N -- do they also contain what appears

16   to be a Gusto-generated employee information report?

17   A      Yes.

18   Q      So let's take a look at the Runyan Tax, government

19   Exhibit 2N, page 8, that is on the right side.  And

20   pulling up the same information for LK Design in Exhibit

21   3K on page 28 on the left side.  Do you see that in front

22   of you?

23   A      Yes, I do.

24   Q      So looking at -- excuse me.  So looking at the

25   employee names I just magnified, can you reed the first

1   name of the employee shown here for LK Design 8on the

2   left?

3   A      Yes.  That Anastasia Baranovska.

4   Q      What about for Runyan Tax on the right?

5   A      Anna Baranova.

6   Q      Other than that first name, are the names

7   identified in this list the same?

8   A      Yes.

9   Q      I am going to move to page 2 of this employee

10  information report.  Do you see the names listed there?

11  A      Yes.

12  Q      Are the names the same across the two reports?

13  A      Yes.

14  Q      Going to page 3, how do those names compare?

15  A      They are all the same.

16  Q      I am going to go ahead and skip to the last page of

17  this report.  Do you see the last pages in front of you?

18  A      I do.

19  Q      And how do those names compare?

20  A      The names are different.  The one on the left is

21  Liudmyla Kapytova.

22  Q      Is she identified as with a role?

23  A      Yes.

24  Q      What is that role?

25  A      President.

1    Q     And what about for government Exhibit 2N?

2    A     The name identified there is Viktoria Kauichko,

3    identified as president.

4    Q     Other than that first name that we highlighted in

5    this last page, are the names identified in this employee

6    information payroll reports the same?

7    A     Yes.

8    Q     Special Agent Massino, I'm going to switch gears

9    and ask you about digital devices and phones.

10          Agent Massino, were phones seized in this

11   case?

12   A     Yes.

13        MR. LITTRELL:  Objection, foundation.

14        THE COURT:  Sustained.

15   Q     BY MS. AHN:  Agent Massino, did you participate in

16   search executions related to this case?

17   A     Yes.

18   Q     Were you aware of whether or not phones were seized

19   in this case?

20        MR. LITTRELL:  Objection.  Foundation.  Hearsay.

21        THE COURT:  Why is that important?  I mean, aren't

22   you just going to ask him questions about phones?

23        MS. AHN:  Yes, your Honor.

24        THE COURT:  Why did you ask that question.  You

25   can get to the other matters that I think you are getting

```
 1   to.

 2          MS. AHN:  Yes.

 3   Q     BY MS. AHN:  Agent Massino, did you review data

 4   extracted from digital devices?

 5   A     Yes, I did.

 6   Q     And which devices were those?

 7          MR. LITTRELL:  Objection.  Foundation.

 8          THE COURT:  Overruled.

 9          THE WITNESS:  Those were devices 1B21, 1B85, 1B81

10   and 1B17.

11   Q     BY MS. AHN:  How did you review the data extracted

12   from those devices?

13   A     I reviewed the data on a Cellebrite report.

14   Q     Did those reports identify who extracted the data?

15          MR. LITTRELL:  Objection.  Foundation.  Hearsay.

16          THE COURT:  Well, I mean, you have to ask him

17   whether he knows how to read this Cellebrite report or

18   whether it says that on its face clearly.  I don't know.

19          MS. AHN:  Yes, your Honor.

20   Q     Agent Massino, are you familiar with Cellebrite

21   reports?

22   A     Yes, I am.

23   Q     How are you familiar with those?

24   A     I have reviewed Cellebrite reports.

25   Q     As part of your job?
```

```
 1    A       As part of my job.

 2    Q       Do you know what Cellebrite reports contain?

 3    A       Yes, I do.

 4    Q       What do they contain?

 5    A       They contain the information extracted from digital

 6    devices.

 7    Q       Do those reports identify the examiners?

 8    A       They do identify the examiners.

 9    Q       And what role do examiners have with respect to

10    tracking data?

11            MR. LITTRELL:  Objection.  Foundation.  Hearsay.

12    Calls for speculation.

13            THE COURT:  When you say examiners, what do you

14    mean by examiners?  Who are examiners?

15    Q    BY MS. AHN:  Are you familiar with how data is

16    extracted from a phone?

17            MR. LITTRELL:  Objection.  Relevance.  Calls for

18    expert testimony.

19            THE COURT:  Why does he have to be familiar with

20    that?  Haven't you laid a foundation for the Cellebrite

21    reports?  Didn't I receive those documents in evidence?

22            MS. AHN:  Yes, your Honor.

23    Q    BY MS. AHN:  So let's just go ahead to --

24            MR. LITTRELL:  Cellebrite is not in evidence.

25            MS. AHN:  Well, a portion of those is in evidence,
```

```
 1    your Honor.
 2          THE COURT:  What is in evidence and what is not?
 3    I mean, you had the witness who -- was that witness what
 4    you called the examiner?
 5          MS. AHN:  Yes, your Honor.
 6          THE COURT:  Well, make everything clear.  So we
 7    heard from those two witnesses, Parra and somebody else;
 8    right?
 9          MS. AHN:  Yes, your Honor.
10          THE COURT:  And they testified about extracting
11    data from phones.  Ultimately everything is for the jury
12    to decide themselves, but just as a point of reference,
13    did you move into evidence the reports that they
14    testified to?
15          MS. AHN:  We moved into evidence portions of those
16    reports, your Honor.
17          THE COURT:  But portions of the reports that were
18    moved into evidence reports that you are going to ask
19    this witness questions about?
20          MS. AHN:  Yes.
21          THE COURT:  All right.  Then go ahead and do that.
22    Q    BY MS. AHN:  So I am going to show you government
23    Exhibit 13A, which was previously admitted, on your
24    screen.
25               Do you see that in front of you Agent Massino?
```

```
1    A      Yes, I do.

2    Q      What.

3    A      This is an extraction report, a Cellebrite

4    extraction report.  Specifically it lists the summary and

5    device information sections.

6    Q      And how are you able to recognize this?

7    A      I have reviewed this report.

8    Q      And does this identify the digital device

9    associated with this report?

10   A      Yes, it does.  1B21.

11   Q      Does it identify the examiner name?

12   A      Yes.  Gregory Parra.

13   Q      Showing you government Exhibit 16A previously

14   admitted.  Do you recognize this document?

15   A      Yes.  This is a Cellebrite report.  This highlights

16   the summary section.  This is a report for 1B81, and the

17   examiner is Gregory Parra.  I previously reviewed this

18   report as well.

19   Q      And does this contain the full report?

20   A      This section is the summary.

21   Q      Did you review the full report?

22   A      Yes, I did.

23   Q      Showing you previously admitted government Exhibit

24   19A.  Do you see what is in front of you?

25   A      Yes, I do.  This is the summary section of the
```

```
 1   Cellebrite report for device 1B85.  The examiner for this
 2   device was also Gregory Parra.
 3   Q    Does this contain the full report?
 4   A    Again, this section of the summary report, but I
 5   did review the full Cellebrite report.
 6   Q    I am going to show you government exhibit that was
 7   previously admitted -- government Exhibit 23.  Do you
 8   recognize what is in front of you?
 9   A    Yes.
10   Q    What is it?
11   A    This is the Cellebrite report for 1B17.  The
12   examiner is Examiner Jung.
13   Q    And is this the full Cellebrite report?
14   A    This is the summary section, but again, I did
15   review this full Cellebrite report.  Yes.
16   Q    Special Agent Massino, did you review government
17   Exhibit 10 and its attachments, Exhibits 10-1 through
18   10-70?
19   A    Yes.
20   Q    What did Exhibit 10 contain generally?
21        MR. LITTRELL:  Objection.  Hearsay.
22        THE COURT:  What does it contain?
23        MS. AHN:  It is data, your Honor.  Text messages.
24        THE COURT:  Are you laying a foundation for this
25   document or is it in evidence?
```

```
 1          MS. AHN:  I am laying the foundation, your Honor.
 2          THE COURT:  All right.  You can proceed to lay a
 3   foundation.
 4          MS. AHN:  Thank you, your Honor.
 5   Q    BY MS. AHN:  What did government Exhibit 10 contain
 6   generally?
 7   A    Text messages.
 8   Q    What about 10-1 through 10-70?
 9   A    Images.
10          THE COURT:  What?
11          THE WITNESS:  Images, your Honor.
12   Q    By MS. AHN:  Did it also contain files?
13   A    Yes.
14   Q    Did you compare government Exhibit 10 to the data
15   on the Cellebrite report?
16   A    Yes, I did.
17   Q    Did you compare government Exhibit 10-1 through
18   10-70 to the Cellebrite report?
19   A    Yes, I did.
20   Q    Absent formatting, did government Exhibit 10 show
21   the same content as the Cellebrite report?
22   A    Yes.
23   Q    And did government Exhibit 10-1 through 10-70 show
24   the same content as the Cellebrite report?
25          THE COURT:  What exhibit number is the Cellebrite
```

1    report?

2         MS. AHN:  The full Cellebrite report has not been

3    admitted, your Honor.

4         THE COURT:  What are you referring to when you say

5    Cellebrite report?

6    Q    BY MS. AHN:  When you refer to the Cellebrite

7    report, Agent Massino, in your responses, are you

8    referring to the Cellebrite report for 1B21?

9         MR. LITTRELL:  Objection.  Vague.

10        THE COURT:  He can answer the question.

11        THE WITNESS:  Yes.

12   Q    BY MS. AHN:  Is this the Cellebrite report that was

13   extracted by Examiner Parra?

14        MR. LITTRELL:  Objection.  Foundation.

15        THE COURT:  Why ask him the question?  If it says

16   it, it says it.

17        MS. AHN:  Yes, your Honor.

18   Q    BY MS. AHN:  Did government Exhibit 10 and its

19   attachments, 10-1 through 10-70 show the same content as

20   the 1B21 Cellebrite report that you reviewed?

21        MR. LITTRELL:  Objection.  Calls for hearsay.

22   Foundation.

23        THE COURT:  Overruled.

24        THE WITNESS:  Yes.

25

```
 1   Q      BY MS. AHN:  Based on your review, are government
 2   Exhibit 10-1 through 10-70 a true and accurate
 3   representation of the same content in the Cellebrite
 4   report?
 5          MR. LITTRELL:  Objection.  Calls for hearsay.
 6   Foundation.  Confrontation clause, your Honor.
 7          THE COURT:  Overruled.
 8          THE WITNESS:  Based on my review, yes.
 9          MS. AHN:  Your Honor move to admit government
10   Exhibit 10 and attachments 10-1 through 10-70.
11          MR. JOHNSON:  Your Honor, I join the objection as
12   hearsay, Exhibit 10.
13          MR. LITTRELL:  Foundation and confrontation
14   clause, your Honor.
15          THE COURT:  Overruled.  Received.
16   Q   BY MS. AHN:  Did you also review government Exhibit
17   13B?
18   A      Yes, I did.
19   Q      Did you review government Exhibit 13C?
20   A      Yes, I did.
21   Q      13K?
22   A      Yes, I did.
23   Q      13E?
24   A      Yes.
25   Q      13F?
```

```
 1   A      Yes.

 2   Q      And 13I?

 3   A      Yes.

 4   Q      What did government Exhibit 13B, as in boy --

 5   generally what does that contain?

 6          MR. LITTRELL:  Objection.  Calls for hearsay.

 7   Foundation.

 8          THE COURT:  Overruled.

 9          THE WITNESS:  Images.

10   Q   BY MS. AHN:  Images from -- and 13C, what does that

11   generally contain?

12          MR. LITTRELL:  Same objection, your Honor.

13          THE COURT:  Overruled.

14          THE WITNESS:  Those contain images as well.

15   Q   BY MS. AHN:  And 13D, what does that contain/

16   A      Images.

17   Q      13E?

18   A      Images.

19   Q      13F?

20   A      Images.

21   Q      And 13I?

22   A      Images.

23   Q      Did you recognize these images?

24   A      Yes.

25   Q      And 13B, how did you recognize those images.
```

```
 1    A       I reviewed the Cellebrite report.

 2    Q       And this is the Cellebrite report for 1B21?

 3    A       That's correct.

 4    Q       Did you compare the images in 13B to the data in

 5    the Cellebrite report for 1B21?

 6    A       Yes, I did.

 7    Q       Based upon your review, is the content of

 8    government Exhibit 13B a true and accurate representation

 9    of the same images in the Cellebrite report for 1B21?

10    A       Yes.

11          MR. LITTRELL:  Objection.  Foundation.  Hearsay.

12    Confrontation clause.

13          THE COURT:  Overruled.

14    Q    BY MS. AHN:  For 13C, did you recognize the images

15    in 13C?

16    A       Yes.

17    Q       How did you recognize them?

18    A       From the Cellebrite report for 1B21.

19    Q       Based upon your review, is the content of 13C a

20    true and accurate representation of the same images in

21    the Cellebrite report for 1B21?

22    A       Yes.

23          MR. LITTRELL:  Objection, your Honor.  May I have

24    a standing objection to him testifying about the contents

25    of the Cellebrite report?  It is not in evidence and it
```

1   is hearsay.

2        THE COURT:  Well, I was understanding that the

3   Cellebrite report was in evidence.

4        MS. AHN:  A portion of the Cellebrite report.

5        THE COURT:  Again, when you refer to Cellebrite

6   report and this witness is testifying, is the part of the

7   Cellebrite report that's in evidence what this witness is

8   referencing?

9        MS. AHN:  No, your Honor.  That is contained in

10  the exhibits.

11       THE COURT:  But are those exhibits in evidence?

12       MS. AHN:  We are identifying them for the jury

13  right now, your Honor.

14       THE COURT:  So are you attempting to introduce the

15  full Cellebrite report?

16       MS. AHN:  No, your Honor.  It is an extremely

17  large amount of data.

18       THE COURT:  But whatever this witness is beginning

19  to testify about, is he comparing one exhibit to another

20  exhibit and is the other exhibit a Cellebrite report that

21  is in evidence?

22       MS. AHN:  We can mark the Cellebrite report.

23       THE COURT:  Don't ask me what you can mark.  I

24  mean, he has to only address things that are in evidence.

25       MS. AHN:  Yes, your Honor.

```
1          THE COURT:  So if it is not in evidence, he can't
2    compare something to another.  He has to compare whatever
3    he is addressing now to another document that is in
4    evidence.
5          MS. AHN:  Yes, your Honor.
6          THE COURT:  Well, what is the --
7          MS. AHN:  We would request that these be
8    conditionally admitted and we will introduce the actual
9    full Cellebrite reports into evidence.
10         MR. LITTRELL:  I would object, your Honor.  It is
11   a massive document and it is hearsay.
12         THE COURT:  You have made the objection.  But can
13   this witness address what part of the Cellebrite document
14   he is going to testify to?
15         MS. AHN:  Yes, your Honor.
16         THE COURT:  Specifically?
17         MS. AHN:  Yes, your Honor.
18         THE COURT:  All right.  Then if he can do that,
19   you can attempt to lay a foundation.
20         MS. AHN:  Yes, your Honor.
21         THE COURT:  Go ahead.
22   Q    BY MS. AHN:  Agent Massino, did you review the
23   Cellebrite report for 1B21?
24   A    Yes, I did.
25   Q    Is there a section of the Cellebrite report related
```

```
 1   to images?

 2   A     Yes, there is.

 3   Q     Did you review that section of the Cellebrite

 4   report?

 5   A     Yes, I did.

 6   Q     Did you review that section of the Cellebrite

 7   report and compare it to the government exhibits we just

 8   referenced?

 9   A     Yes, I did.

10         THE COURT:  What government exhibits?

11   Q     BY MS. AHN:  Did you review that Cellebrite report

12   and compare it to government Exhibit 13B?

13   A     Yes.

14   Q     13C?

15   A     Yes.

16   Q     13D?

17   A     Yes.

18   Q     13E?

19   A     Yes.

20   Q     13F?

21   A     Yes.

22   Q     And 13I?

23   A     Yes.

24   Q     Based upon your review, are the images in 13B a

25   true and accurate representation of the images in the
```

```
 1   Cellebrite report?

 2         MR. LITTRELL:  Objection, your Honor.  Foundation,

 3   confrontation clause.  Hearsay.

 4         THE COURT:  Overruled.

 5         MR. LITTRELL:  It is not in evidence, your Honor.

 6         THE WITNESS:  Yes, based on my review.

 7         THE COURT:  Wait a second.  You said the full

 8   Cellebrite report is in evidence or not?

 9         MS. AHN:  No, your Honor.  We were requesting --

10         THE COURT:  I see.  You are going to do it subject

11   to connecting up; is that right?

12         MS. AHN:  Yes, your Honor.

13         THE COURT:  I will allow it.  If it is not

14   connected up, then I will have to reconsider the

15   objection.

16         MS. AHN:  Yes, your Honor.

17   Q   BY MS. AHN:  So I think we were on government

18   Exhibit 13B.  Does the content of government Exhibit 13B

19   contain a true and accurate representation of the same

20   data contained in the Cellebrite report?

21   A   Yes.

22         MS. AHN:  Your Honor, move to admit government

23   Exhibit 13B.

24         MR. LITTRELL:  Same objection, your Honor.

25         MS. AHN:  It is subject to conditional admission,
```

```
 1   your Honor.

 2           MR. LITTRELL:  I would ask --

 3           THE COURT:  Don't speak over each other.  Just

 4   make an objection.  What is your objection?

 5           MR. LITTRELL:  I would ask for a preliminary

 6   ruling on the admissibility because the prejudice of

 7   this --

 8           THE COURT:  So you are asking for a preliminary

 9   ruling?

10           MR. LITTRELL:  Yes.

11           THE COURT:  Overruled.  Go ahead.

12           MS. AHN:  Your Honor, move to conditionally admit

13   government Exhibit 13B.

14           THE COURT:  Well, all right.  Let me -- approach

15   the sidebar for a second.

16           (The following proceedings were held at sidebar

17           outside the presence of the jury:)

18           THE COURT:  Let me ask you this.  Here is what I

19   am understanding.  So far, the summary of the Cellebrite

20   report has been received; correct?

21           MS. AHN:  The summary of the user information for

22   the device, your Honor.

23           THE COURT:  Okay.  But now you are starting to get

24   into the actual text messages; correct?

25           MS. AHN:  Text messages and images.
```

```
1            THE COURT:  When you say images, is it something

2    other than text messages?

3            MS. AHN:  Yes, your Honor.

4            THE COURT:  What images are you talking about.

5    Like images of credit cards and licenses and things like

6    that?

7            MS. AHN:  Yes, your Honor.

8            THE COURT:  But if this witness is saying that

9    he -- what is the document that you are asking him to

10   compare the Cellebrite report to?

11           MS. AHN:  The actual government exhibits received

12   into --

13           THE COURT:  What are those documents?

14           MS. AHN:  They are text messages, attachments to

15   the text messages, photographs, and in one instance a web

16   history.

17           THE COURT:  I see.  Okay.  And so in terms of his

18   identifying those, doesn't he have to say that he

19   observed those on the Cellebrite reports; correct?

20           MS. AHN:  Yes, your Honor.

21           THE COURT:  And those images are not in the

22   summaries.  They are in the body of the Cellebrite

23   report; correct?

24           MS. AHN:  Yes, your Honor.

25           THE COURT:  So who is going to introduce the
```

```
1    Cellebrite report as a whole?

2          MS. AHN:  I believe we are going to recall the

3    CART examiners to submit those actual full Cellebrite

4    reports, your Honor.

5          THE COURT:  Well, you are saying you should have

6    done that at that time.

7          MS. AHN:  Yes, your Honor.  But they were very so

8    luminous and so we --

9          THE COURT:  Well, voluminous has nothing do with

10   anything.  The defense wants to know what he observed in

11   the actual Cellebrite report that he says is the image he

12   is testifying about.

13         MS. AHN:  Yes, your Honor.

14         THE COURT:  So I am going to have you recall those

15   witnesses now.

16         MS. AHN:  Yes, your Honor.

17         THE COURT:  And we will interrupt this witness

18   temporarily.

19         MS. AHN:  Could we take just a 10-minute recess,

20   your Honor, so we can find them and grab the exhibits,

21   your Honor?

22         THE COURT:  All right.  Okay.

23         (The following proceedings were held in the

24          presence of the jury:)

25         THE COURT:  Members of the jury, it is 11:40 and
```

1   something has come up that requires the Court to address.

2          So rather than have you waste your time, why

3   don't you take your lunch now, maybe take a little extra

4   time for lunch and refresh yourselves and come back at

5   about 1:00 o'clock.  Thank you.

6          All right.  Let's take the recess.  When we

7   come back, you are going to have to recall these two

8   witnesses.

9       MS. AHN:  Yes, your Honor.

10      (Luncheon recess from 11:41 a.m. to 1:00 p.m.)

11      (Proceedings concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  June 21, 2021

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. FENTON: **[4]**   16/22 17/4
17/8 24/22
MR. FRASER: **[14]**   28/15
48/18 48/22 50/22 52/5 52/8
52/12 52/16 54/13 54/16
54/19 55/7 56/8 57/13
MR. JOHNSON: **[2]**   26/9 95/10
MR. KEOUGH: **[9]**   8/1 8/3
12/5 71/19 72/22 77/10 77/25
81/7 81/11
MR. LITTRELL: **[33]**   12/21
13/1 13/24 14/2 16/17 60/3
74/24 75/4 75/16 87/12 87/19
88/6 88/14 89/10 89/16 89/23
92/20 94/8 94/13 94/20 95/4
95/12 96/5 96/11 97/10 97/22
99/9 101/1 101/4 101/23
102/1 102/4 102/9
MR. MESEREAU: **[1]**   28/9
MR. PAETTY: **[1]**   8/24
MS. AHN: **[93]**
MS. NEWCOMER: **[5]**   24/23
46/25 47/7 47/21 48/17
THE CLERK: **[6]**   17/10 17/14
28/20 48/21 59/1 73/9
THE COURT: **[151]**
THE INTERPRETER: **[2]**   76/11
76/15
THE WITNESS: **[24]**   13/15
13/17 17/12 28/22 32/21
50/24 54/25 55/3 56/4 56/9
56/24 57/2 57/4 57/9 59/3
64/19 88/8 93/10 94/10 94/23
95/7 96/8 96/13 101/5

**$**

**$276,652 [1]**   64/15
**$52,075.25 [2]**   80/14 81/4
**$63,000 [1]**   26/5

**–**

**–and [2]**   2/5 2/8

**/**

**/s [1]**   106/12

**0**

**0600 [1]**   69/25

**1**

**1,757 [1]**   55/22
**10 [9]**   4/20 92/17 92/20 93/5
93/14 93/20 94/18 95/10
95/12
**10–1 [7]**   92/17 93/8 93/17
93/23 94/19 95/2 95/10
**10–70 [7]**   92/18 93/8 93/18
93/23 94/19 95/2 95/10
**10–minute [1]**   104/19
**100 [1]**   17/7
**100 percent [5]**   67/8 77/4
77/5 77/10 78/22
**100–111 [1]**   4/15
**10036 [1]**   2/18
**10100 [1]**   3/15
**1043475188 [2]**   9/4 11/13
**1099 [1]**   22/2
**10:40 [1]**   73/10
**10:44 [1]**   74/17
**10:56 [1]**   74/17
**10th [1]**   66/9
**11 [1]**   14/11
**11/5/2020 [1]**   57/24
**111 [3]**   4/15 17/7 83/3
**1114 [1]**   2/17
**116 [12]**   4/19 60/21 60/24
61/5 61/23 62/1 71/22 71/23

76/18 77/16 83/4 84/2
**11.04 [1]**   85/17
**11:41 [1]**   105/10
**12 [8]**   4/5 4/15 47/11 51/18
51/20 52/9 54/12 80/16
**12A [4]**   4/16 34/21 35/4
35/12
**13 [1]**   45/23
**1330 [1]**   2/23
**13A [6]**   4/16 37/17 37/20
38/11 45/10 90/23
**13B [1]**   95/17 96/4 96/25
97/4 97/8 100/12 100/24
101/18 101/18 101/23 102/13
**13C [6]**   95/19 96/10 97/14
97/15 97/19 100/14
**13D [2]**   96/15 100/16
**13E [3]**   95/23 96/17 100/18
**13F [3]**   95/25 96/19 100/20
**13I [3]**   96/2 96/21 100/22
**13K [1]**   95/21
**13th [1]**   17/3
**14 [2]**   4/15 84/22
**1400 [1]**   2/10
**15 [4]**   4/17 21/24 40/2 40/17
**16 [1]**   46/5
**16A [5]**   4/17 40/22 40/25
41/10 91/13
**17 [4]**   4/6 4/15 4/15 46/10
**17th [1]**   64/13
**18 [3]**   4/18 43/10 43/21
**19 [4]**   4/18 19/10 44/2 46/18
**1900 [1]**   2/15
**1935 [1]**   3/12
**1989 [1]**   64/10
**19A [4]**   44/13 47/2 69/12
91/24
**19B [2]**   75/3 75/4
**1:00 [1]**   105/10
**1:00 o'clock [1]**   105/5
**1B [3]**   32/16 32/17 32/20
**1B17 [2]**   88/10 92/11
**1B21 [22]**   32/14 32/24 33/11
33/12 34/19 35/7 35/9 36/10
36/20 37/9 38/1 38/16 88/9
91/10 94/8 94/20 97/2 97/5
97/9 97/18 97/21 99/23
**1B81 [14]**   32/14 32/24 38/19
40/10 41/5 41/7 41/15 51/13
52/22 53/4 54/10 55/17 88/9
91/16
**1B85 [12]**   32/15 32/24 41/20
42/11 43/5 43/16 43/18 44/8
44/18 69/19 88/9 92/1
**1st [1]**   1/22

**2**

**20 [2]**   67/13 76/24
**20–579 [1]**   1/8
**2000 [1]**   30/6
**20036 [1]**   2/23
**2019 [2]**   82/7 82/9
**2020 [11]**   21/25 22/6 51/20
51/24 52/10 57/24 60/17
64/13 66/9 66/9 66/10
**2021 [3]**   1/17 5/1 106/10
**20530 [1]**   2/10
**20choiceoneescrow [1]**   46/21
**21 [9]**   1/17 4/15 5/1 12/17
14/1 14/6 32/4 46/23 106/10
**216 [1]**   3/13
**22 [1]**   70/13
**23 [1]**   92/7
**23rd [1]**   66/9
**25 [1]**   4/7
**25 feet [1]**   36/1
**26 [1]**   4/7
**28 [2]**   85/21 106/4
**29 [1]**   4/9

**2E [1]**   83/14
**2H [2]**   83/18 83/18
**2J [3]**   79/19 80/19 80/20
**2K [2]**   20/22 83/16
**2N [5]**   84/19 84/22 85/15
85/19 87/1
**2nd [1]**   66/9

**3**

**30 [2]**   45/19 64/19
**300 [1]**   3/16
**3016 [1]**   67/5
**312 [5]**   2/6 4/19 53/19 54/15
54/24
**34 [1]**   4/16
**35 [3]**   4/16 7/17 7/18
**350 [1]**   1/22 3/5
**38 [2]**   4/16 4/16
**39 [2]**   8/11 8/11
**3900 [1]**   2/20
**3E [4]**   79/15 79/22 79/25
81/25
**3G [3]**   64/17 64/19 64/20
**3I [4]**   79/16 79/24 80/2 82/1
**3K [4]**   84/21 84/24 85/15
85/21
**3M [3]**   66/20 67/11 70/19
**3N [1]**   83/17

**4**

**40 [3]**   4/17 4/17 4/17
**400 [1]**   32/4
**403 [1]**   60/4
**409 [1]**   3/20
**41 [1]**   4/17
**43 [2]**   4/18 4/18
**4311 [1]**   1/22
**435 [1]**   55/20
**44 [3]**   4/9 4/18 4/18
**44,385 [1]**   55/24
**49 [2]**   4/10 17/6
**4910 [2]**   6/11 6/14
**4PC [1]**   33/14

**5**

**53 [1]**   4/19
**55 [1]**   4/19
**57 [1]**   4/10
**579 [1]**   1/8
**59 [3]**   4/12 4/15 17/6
**59–73 [1]**   4/15
**5K [3]**   66/19 66/22 70/13
**5th [2]**   2/14 3/8

**6**

**60 [1]**   4/19
**6000 [1]**   68/19
**601 [1]**   3/8
**61 [1]**   4/19
**6150 [1]**   63/17
**633 [1]**   2/14
**651 [1]**   3/21

**7**

**70 [7]**   92/18 93/8 93/18
93/23 94/19 95/2 95/10
**720 [1]**   3/8
**73 [4]**   4/15 17/7 70/18 70/21
**753 [1]**   106/4

**8**

**801–95–3016 [1]**   67/5
**818–570–0600 [1]**   69/25
**818–570–6000 [1]**   68/19
**831953016 [1]**   67/22
**85 [1]**   17/7
**85–92 [1]**   4/15
**8on [1]**   86/1

**9**

**90 [4]**   71/8 72/9 72/14 76/2
**90's [1]**   79/4
**90012 [2]**   1/23 2/7
**90067 [1]**   3/16
**90071 [2]**   2/15 3/9
**90277 [1]**   3/21
**903 [1]**   3/5
**9103 [4]**   70/17 71/3 71/13
76/3
**91208 [1]**   3/13
**92 [3]**   4/15 4/20 17/7
**92673 [1]**   3/6
**940 [4]**   79/9 82/7 82/9 83/9
**940's [6]**   20/2 81/21 83/1
83/19 83/24 84/7
**941's [1]**   20/2
**94105 [1]**   2/21
**95 [1]**   4/20
**9858 [2]**   1/21 106/12
**9924 [1]**   64/11
**9:00 [1]**   5/2
**9th [1]**   64/10

**A**

**A-B-E-L-I-A-N [1]**   41/18
**a.m [5]**   1/16 5/2 74/17 74/17
105/10
**AB81 [1]**   39/22
**abbreviate [1]**   59/19
**ABCrealtyadvisorsinc247 [1]**
46/14
**ability [3]**   31/19 31/22
31/24
**able [10]**   15/3 39/2 42/2
45/16 48/6 48/10 55/17 55/20
65/22 91/6
**about [35]**   5/14 5/23 5/23
6/20 7/9 7/16 9/18 10/12
10/21 10/25 12/13 13/23
19/18 21/22 31/22 45/17
45/19 51/12 60/10 64/13
73/15 75/17 80/10 86/4 87/1
87/9 87/22 90/10 90/19 93/8
97/24 98/19 103/4 104/12
105/5
**above [2]**   23/16 106/7
**above-entitled [1]**   106/7
**absent [2]**   40/13 93/20
**abuse [1]**   59/24
**access [3]**   6/24 7/19 11/10
**accessing [1]**   7/3
**according [1]**   20/14
**account [30]**   14/25 45/23
45/24 46/2 46/5 46/8 46/12
46/15 46/18 46/24 50/18
50/21 51/16 70/6 70/17 71/4
71/11 71/12 71/13 71/18 72/5
72/7 72/18 72/20 72/21 72/22
73/2 76/2 76/4 76/7
**accounts [10]**   36/19 45/17
45/20 45/22 47/9 47/10 47/12
47/23 47/24 76/20
**accuracy [1]**   61/16
**accurate [21]**   20/10 20/17
23/17 34/4 35/8 37/8 38/7
39/9 39/21 40/13 41/6 42/10
42/22 43/4 43/17 44/9 95/2
97/8 97/20 100/25 101/19
**across [2]**   20/7 86/12
**Act [1]**   18/4
**activity [1]**   18/6
**acts [1]**   65/3
**actual [6]**   24/3 99/8 102/24
103/11 104/3 104/11
**actually [11]**   7/5 7/15 21/16
22/7 22/12 22/20 23/19 24/20
58/17 75/1 75/2

**added [1]**   79/8
**addiction [1]**   59/24
**additional [4]**   30/1 46/2
46/11 46/24
**address [26]**   6/1 6/8 9/4 9/7
9/11 9/16 9/17 9/24 10/1
10/11 10/18 10/24 11/4 11/12
11/14 11/15 11/21 19/25 20/1
63/16 63/18 68/7 68/10 98/24
99/13 105/1
**addresses [6]**   5/23 7/10 8/15
8/19 10/17 11/25
**addressing [1]**   99/3
**adjusted [1]**   85/12
**administered [1]**   59/25
**Administration [3]**   18/20
59/12 59/15
**administrative [1]**   18/14
**admissibility [1]**   102/6
**admission [7]**   35/12 38/11
40/17 41/10 43/21 44/12
101/25
**admit [8]**   13/25 17/5 54/14
61/22 74/21 95/9 101/22
102/12
**admitted [12]**   12/17 12/21
20/22 69/12 71/9 80/1 90/23
91/14 91/23 92/7 94/3 99/8
**advised [1]**   60/17
**affected [2]**   19/9 23/2
**after [3]**   27/24 33/16 39/6
**again [19]**   5/10 10/10 11/12
13/17 15/14 24/17 31/17
38/15 46/8 46/21 47/24 72/23
75/24 77/23 81/23 84/6 92/4
92/14 98/5
**agency [2]**   18/21 29/7
**agent [21]**   28/8 28/18 58/25
59/9 59/16 59/21 61/25 68/20
71/23 75/9 75/24 85/13 87/8
87/10 87/15 88/3 88/20 90/25
92/16 94/7 99/22
**agents [1]**   28/3
**agree [5]**   6/7 9/6 9/10 9/17
10/24
**ahead [12]**   7/12 25/1 35/3
36/5 48/22 82/10 83/18 86/16
89/23 90/21 99/21 102/11
**AHN [20]**   2/5 4/9 4/12 29/2
38/15 59/20 69/7 72/14 77/15
83/3 88/3 88/11 89/23 93/5
93/12 94/18 95/1 96/10 99/22
100/11
**al [1]**   1/9
**algorithm [1]**   48/14
**all [29]**   11/6 17/8 17/22
20/21 21/10 21/21 25/14
28/11 35/22 48/3 48/6 48/16
51/4 57/16 58/21 61/20 63/16
66/11 76/11 83/8 83/9 84/4
86/15 90/21 93/2 99/18
102/14 104/22 105/6
**allegations [1]**   59/24
**allow [1]**   101/13
**allowed [3]**   20/15 24/1 28/3
**allows [2]**   6/23 33/15
**Allstate [1]**   83/12
**Almost [1]**   58/14
**Alpha [1]**   3/12
**already [6]**   24/3 65/23 70/20
75/7 76/10 76/14
**also [28]**   6/7 6/20 15/22
16/3 16/11 30/18 31/8 41/19
44/17 46/11 47/17 47/19
47/25 49/12 50/17 52/21 56/2
58/14 67/6 67/20 67/21 77/16
77/24 84/15 85/15 92/2 93/12
95/16
**am [46]**   7/15 9/14 10/21

12/16 12/22 13/3 13/5 15/1
16/16 16/22 19/7 35/10 36/1
36/1 39/17 42/20 43/12 44/3
45/10 53/19 55/12 59/12
59/17 59/19 64/22 66/21
67/12 68/22 69/1 69/11 69/13
70/20 71/8 80/17 80/20 81/21
82/10 84/22 86/9 86/16 88/22
90/22 92/6 93/1 102/19
104/14
**Amanecer [1]**   3/5
**America [8]**   1/6 2/3 71/3
71/12 72/18 76/4
**Americas [1]**   2/17
**amount [3]**   3/23 64/15 98/17
**Analysis [1]**   29/14
**analyze [2]**   6/13 6/17
**Analyzer [5]**   33/7 39/6 42/6
52/21 52/25
**Analyzers [1]**   33/18
**Anastasia [1]**   86/3
**ANDREW [2]**   4/4 5/15
**ANGELES [8]**   1/14 1/23 2/7
2/15 3/9 3/16 5/1 29/8
**Anna [1]**   86/5
**another [15]**   23/11 24/7
30/23 31/6 33/17 33/22 36/18
46/8 46/15 76/20 83/5 84/3
98/19 99/2 99/3
**answer [3]**   12/4 64/1 94/10
**Anton [2]**   62/6 63/14
**any [12]**   6/13 6/17 9/11
11/24 19/11 22/12 24/19
30/11 31/18 68/12 75/14
81/10
**anything [5]**   16/19 24/9
29/20 52/11 104/10
**AOL.com [3]**   38/17 45/13 46/3
**apologies [1]**   10/20
**app [3]**   50/5 50/8 50/12
**appear [2]**   7/3 50/11
**APPEARANCES [2]**   2/1 3/1
**appears [2]**   7/19 85/15
**apple [18]**   12/14 14/23 15/2
15/17 15/20 33/2 36/11 38/15
41/14 41/17 44/17 45/13 47/5
50/17 50/20 51/3 51/5 69/21
**Apple's [1]**   14/22
**applicant [11]**   21/11 21/14
21/24 22/5 22/11 22/20 23/11
24/6 26/1 62/17 65/8
**applicants [2]**   19/22 20/9
**application [39]**   7/9 7/10
7/15 7/16 7/18 7/20 19/23
20/16 21/1 21/5 21/15 23/17
25/16 25/22 25/25 26/4 28/7
62/19 62/20 63/3 63/6 63/15
63/21 64/8 64/12 64/13 64/14
67/3 67/19 70/3 70/12 70/19
76/24 79/14 80/8 80/10 80/24
83/6 83/16
**applications [19]**   20/11 25/8
28/4 58/10 61/3 62/4 62/12
62/16 62/22 63/13 68/5 68/8
68/13 70/6 72/3 79/5 79/11
83/9 84/8
**applied [6]**   23/21 24/7 24/13
65/2 65/18 66/5
**applies [1]**   18/23
**apply [3]**   18/20 19/15 23/11
**applying [3]**   19/15 19/18
25/18
**appreciated [1]**   5/11
**approach [3]**   13/3 52/6
102/14
**approval [1]**   18/25
**approve [2]**   18/22 65/25
**approved [5]**   18/16 19/21 20/7
24/21 66/13

## A

**approximate [5]**   62/18 62/19
  63/3 64/14 66/8
**approximately [1]**   32/4
**apps [1]**   49/18
**April [3]**   66/9 66/9 66/9
**April 10th [1]**   66/9
**April 23rd [1]**   66/9
**April 2nd [1]**   66/9
**are [121]**
**aren't [1]**   87/21
**Armin [11]**   66/6 66/19 66/22
  67/7 67/10 70/2 70/5 70/19
  71/17 76/19 77/5
**around [1]**   51/8
**Artash [1]**   8/9
**articulate [1]**   64/4
**ARTUR [3]**   3/11 26/17 83/13
**Artur's [1]**   14/9
**as [65]**
**Ashwin [1]**   2/13
**ask [16]**   7/9 7/16 10/2 10/9
  19/22 77/23 87/9 87/22 87/24
  88/16 90/18 94/15 98/23
  102/2 102/5 102/18
**asked [4]**   6/13 6/17 11/24
  19/24
**asking [3]**   10/21 102/8 103/9
**assigned [3]**   6/1 32/17 32/20
**assist [2]**   61/7 61/10
**assisting [1]**   60/18
**associated [17]**   11/15 11/21
  12/1 15/17 16/4 36/19 38/16
  41/14 44/18 51/3 51/15 69/21
  69/23 72/2 73/1 78/8 91/9
**assuming [1]**   73/21
**attachments [4]**   92/17 94/19
  95/10 103/14
**attempt [2]**   24/22 99/19
**attempting [2]**   23/1 98/14
**attention [6]**   14/5 21/3
  21/21 22/17 53/18 54/2
**attestations [1]**   20/15
**attesting [1]**   23/16
**ATTORNEY'S [2]**   2/4 60/19
**audible [2]**   35/22 36/3
**AUSA [2]**   2/5 2/5
**authenticating [1]**   17/2
**authenticity [1]**   81/10
**authorization [3]**   23/12
  65/22 65/24
**authorized [2]**   8/8 76/6
**Auto [4]**   79/17 80/17 80/24
  81/3
**available [1]**   15/21
**Avenue [4]**   2/10 2/17 2/23
  63/17
**average [2]**   80/11 81/2
**aware [4]**   6/10 68/20 68/23
  87/18
**away [1]**   20/19
**awful [1]**   73/15
**Ayvazian [5]**   26/18 68/24
  69/8 71/17 83/13
**Ayvazyan [3]**   1/9 2/12 3/11

## B

**B81 [1]**   39/9
**back [16]**   5/19 9/15 14/24
  23/9 35/16 35/24 37/13 42/22
  70/11 71/22 72/9 72/14 74/21
  76/18 105/4 105/7
**backed [2]**   14/19 15/16
**background [1]**   60/6
**backs [1]**   15/13
**backup [6]**   14/14 14/20 14/21
  14/22 14/25 15/3
**balance [1]**   17/2

**bank [46]**   17/23 17/24 17/25
  18/2 18/4 18/7 18/8 18/11 18/12
  18/23 19/1 19/11 19/14 19/16
  19/22 20/9 21/14 22/5 22/9
  22/11 22/15 22/19 22/24
  22/25 23/5 23/10 23/18 23/21
  24/6 24/10 24/12 24/19 25/8
  25/12 70/6 70/18 71/3 71/3
  71/6 71/11 71/12 72/18 76/3
  79/14 79/16 79/18 83/17
**Banks [1]**   66/20
**Baranova [1]**   86/5
**Baranovska [1]**   86/3
**based [8]**   13/13 61/13 95/1
  95/8 97/7 97/19 100/24 101/6
**basically [1]**   48/13
**basis [1]**   30/17
**be [48]**   5/10 5/14 7/19 9/1
  10/14 11/9 11/20 14/18 14/18
  15/11 15/16 15/19 15/21
  16/16 16/17 20/25 21/11
  21/19 22/10 22/16 23/5 24/4
  25/17 27/19 27/25 28/17 32/7
  33/17 48/3 50/5 54/6 57/7
  58/15 60/18 65/21 65/22
  67/25 70/7 70/9 73/25 75/9
  75/12 81/13 81/24 81/25
  85/16 89/19 99/7
**Beach [1]**   3/21
**because [20]**   9/24 10/1 10/20
  20/14 21/6 21/19 22/10 23/15
  24/17 26/1 34/8 37/12 38/25
  39/12 39/25 41/25 42/14 43/8
  74/3 102/6
**been [22]**   5/22 6/17 12/1
  12/16 12/20 20/21 24/8 24/21
  29/23 30/8 48/7 51/8 51/10
  59/20 65/23 72/12 73/20 75/4
  75/5 79/7 94/2 102/20
**before [4]**   72/12 73/20 74/20
  76/1
**beg [1]**   12/22
**begin [1]**   28/19
**beginning [1]**   98/18
**behalf [3]**   2/3 18/19 62/17
**believe [6]**   5/14 15/1 28/16
  41/1 76/1 104/2
**belonged [1]**   23/22
**benefit [1]**   22/22
**between [7]**   31/18 63/16
  68/13 78/10 78/17 80/13
  85/10
**Beyond [1]**   12/2
**Bienert [2]**   3/4 3/7
**binder [4]**   40/3 40/23 43/11
  60/22
**birth [2]**   20/1 64/10
**bit [3]**   42/22 62/7 64/3
**block [1]**   62/12
**blocks [2]**   82/22 82/23
**blurry [1]**   58/3
**body [2]**   85/11 103/22
**booked [1]**   32/20
**borrower [1]**   20/15
**borrowers [1]**   20/4
**both [8]**   9/18 10/25 47/25
  64/23 68/5 68/7 79/4 80/16
**bottom [2]**   9/3 55/24
**Boulevard [1]**   3/15
**bowels [1]**   73/24
**box [1]**   79/10
**boy [1]**   96/4
**break [1]**   76/1
**Brief [1]**   57/15
**briefly [3]**   11/5 30/4 60/5
**bring [1]**   27/19
**broader [1]**   26/22
**broken [1]**   65/7
**business [30]**   8/6 17/2 18/11

  18/14 18/19 19/24 21/20
  21/22 22/2 23/23 24/15 24/20
  27/15 27/16 27/17 27/20
  27/22 27/24 28/1 28/7 59/12
  59/14 62/15 64/12 65/7 65/18
  67/20 67/21 67/25 84/15
**business' [2]**   24/3 24/8
**businesses [8]**   18/9 19/9
  27/1 27/3 27/7 28/3 65/11
  65/15
**buttons [1]**   73/23

## C

**CA [9]**   1/23 2/7 2/15 2/21
  3/6 3/9 3/13 3/16 3/21
**calendar [1]**   49/16
**CALIFORNIA [5]**   1/2 1/14 5/1
  60/20 63/17
**call [11]**   16/22 28/13 30/7
  33/18 48/11 51/6 58/23 58/24
  80/17 81/22 84/22
**Calle [1]**   3/5
**called [11]**   29/12 30/15
  30/18 33/7 33/13 33/20 53/7
  53/15 56/6 57/6 90/4
**calls [8]**   16/23 28/14 49/10
  89/12 89/17 94/21 95/5 96/6
**came [2]**   52/8 52/9
**can [78]**
**can't [3]**   31/25 58/2 99/1
**canceled [3]**   64/16 64/18
  64/21
**cannot [1]**   11/16
**Canoga [1]**   63/17
**captured [3]**   16/7 16/11
  16/16
**cards [1]**   103/5
**CART [9]**   28/14 29/12 29/13
  29/15 29/23 30/7 31/1 75/6
  104/3
**case [15]**   6/11 6/15 6/18
  10/14 11/23 32/11 32/18
  52/18 54/2 55/4 60/16 68/21
  87/11 87/16 87/19
**cases [2]**   61/14 79/4
**categorized [1]**   78/24
**CATHERINE [1]**   2/5
**CDC [3]**   66/18 66/22 70/11
**cell [3]**   29/19 30/20 32/5
**Cellebrite [107]**
**Celtic [34]**   17/23 17/24 18/3
  18/8 18/11 18/23 19/1 19/11
  19/14 19/16 19/22 20/9 21/14
  22/5 22/9 22/9 22/11 22/15 22/19
  22/24 22/25 23/5 23/10 23/18
  23/21 24/6 24/10 24/12 24/19
  25/8 66/19 70/18 79/16 79/18
  83/17
**CENTRAL [2]**   1/2 60/19
**certain [2]**   11/25 62/11
**CERTIFICATE [1]**   106/1
**certification [5]**   21/22
  21/22 22/3 22/18 22/18
**certify [1]**   106/4
**chances [1]**   21/8
**chart [4]**   61/2 62/7 79/6
  84/11
**chartered [1]**   18/1
**charts [6]**   61/13 61/17 61/18
  65/5 65/6 79/7
**check [3]**   70/9 70/16 70/25
**Christopher [1]**   2/9
**chronologically [1]**   50/9
**circumstantial [1]**   75/15
**city [2]**   17/20 17/21
**clarify [1]**   26/18
**class [3]**   30/18 30/20 46/23
**classes [2]**   30/10 30/20
**clause [4]**   95/6 95/14 97/12

**C**

clause... [1] 101/3
clear [4] 7/22 73/19 74/11
 90/6
clearest [1] 73/17
clearly [2] 74/3 88/18
Clemente [1] 3/6
cloud [1] 14/23
Coast [1] 3/20
code [6] 31/12 31/14 31/25
 38/25 42/1 106/5
cognizant [1] 74/6
collaborate [1] 51/1
collect [1] 48/8
Collision [4] 79/17 80/17
 80/24 81/3
column [13] 8/6 8/14 9/3
 55/24 62/11 62/15 62/24 63/2
 63/4 63/5 63/7 78/5 84/14
columns [2] 65/9 79/7
come [3] 105/1 105/4 105/7
comes [2] 18/24 74/20
coming [1] 5/19
commercial [1] 18/13
common [1] 6/4
commonalities [2] 79/3 83/8
commonality [1] 63/15
companies [4] 62/16 65/3
 77/16 77/24
company [6] 21/8 22/7 27/15
 30/15 62/16 77/9
compare [17] 67/23 70/1
 80/13 81/5 82/14 82/21 85/8
 86/14 86/19 93/14 93/17 97/4
 99/2 99/2 100/7 100/12
 103/10
comparing [1] 98/19
comparison [1] 83/6
complete [1] 35/19
completely [1] 10/17
completes [1] 72/22
computer [2] 29/14 30/20
computers [2] 29/19 32/5
concluded [1] 105/11
conditional [1] 101/25
conditionally [2] 99/8
 102/12
conduct [3] 13/19 38/21
 41/20
conducted [1] 41/22
conducting [1] 38/22
Conference [1] 106/9
confirmed [1] 61/16
conformance [1] 106/8
confrontation [4] 95/6 95/13
 97/12 101/3
confusing [1] 10/21
connect [2] 11/2 11/8
connected [4] 9/12 9/19
 10/13 101/14
Connecticut [1] 2/23
connecting [1] 101/11
connection [3] 6/25 10/22
 19/23
connects [2] 6/2 6/5
considered [1] 11/9
consists [1] 9/7
Construction [13] 65/13
 77/18 78/7 78/12 78/14 78/18
 78/22 79/15 79/23 80/9 81/23
 82/1 82/9
Cont'd [1] 3/1
contact [7] 34/16 68/2 68/12
 81/17 83/1 83/22 85/7
contain [22] 16/15 37/3 37/7
 38/2 38/5 39/18 42/23 85/15
 89/2 89/4 89/5 91/19 92/3
 92/20 92/22 93/5 93/12 96/5

96/11 96/14 96/15 101/19
continued... [3] 3/1 39/23
 65/5 66/18 66/20 67/10 76/24
 78/25 79/3 79/14 79/16 79/18
 79/22 79/23 80/18 83/13
 83/15 83/17 84/4 84/8 84/19
 84/20 85/11 85/14 98/9
 101/20
containing [1] 61/2
contains [4] 10/12 37/4
 42/24 48/9
content [8] 42/18 93/21
 93/24 94/19 95/3 97/7 97/19
 101/18
contents [3] 52/22 55/16
 97/24
continue [2] 19/10 45/22
Contracting [2] 62/21 77/19
contractors [1] 22/1
contrary [1] 52/12
control [1] 71/18
controls [2] 18/5 28/6
copied [1] 53/13
copies [1] 35/8
copy [16] 29/21 30/22 34/4
 37/8 39/9 39/21 40/13 41/6
 42/10 42/22 43/4 43/17 44/9
 70/9 70/16 70/25
Corporation [2] 17/23 33/2
correct [133]
correlates [1] 9/16
correspond [2] 61/18 62/9
corresponding [2] 63/9 82/23
cost [2] 80/11 81/2
costs [2] 27/25 85/9
could [18] 10/16 11/5 19/15
 27/19 32/7 34/23 40/22 47/2
 47/8 47/9 48/19 63/22 64/6
 65/15 70/9 76/13 81/13
 104/19
couldn't [1] 7/24
counsel [2] 2/1 5/9
couple [2] 26/18 30/16
course [2] 49/8 61/12
COURT [4] 1/1 1/21 74/21
 105/1
Court's [2] 17/3 24/24
courtroom [4] 9/23 35/5
 36/2 63/25
COVID [1] 19/10
COVID-19 [1] 19/10
CR [1] 1/8
create [1] 33/20
created [6] 19/8 36/22 36/24
 39/7 39/14 42/7
credit [1] 103/5
cross [14] 4/4 4/5 4/7 4/7
 4/9 4/10 5/15 5/17 12/9
 24/25 25/3 26/13 44/23 49/1
cross-examination [14] 4/4
 4/5 4/7 4/7 4/9 4/10 5/15
 5/17 12/9 24/25 25/3 26/13
 44/23 49/1
CRR [1] 106/12
Cruz [3] 34/23 37/16 48/19
CSR [2] 1/21 106/12
current [2] 27/20 85/9
currently [1] 17/20
customer [5] 18/11 19/14
 19/15 19/18 36/11
customer's [1] 79/14
customers [1] 18/7

**D**

DADYAN [8] 3/18 25/7 36/14
 36/15 38/17 46/3 46/16 83/15
data [52] 29/21 30/22 30/23
 31/2 31/16 31/20 31/21 31/22
 33/12 33/15 34/5 37/8 38/7

38/18 38/2 39/4 39/5 39/9
39/13 39/24 40/23 40/24 41/5
42/5 42/10 43/4 44/9 45/5
45/8 48/3 48/3 48/6 48/9
48/9 48/10 48/12 48/15 48/16
53/11 53/13 88/3 88/11 88/13
88/14 89/10 89/15 90/11
92/23 93/14 97/4 98/17
101/20
database [1] 61/14
date [8] 20/1 51/22 57/20
 57/23 62/19 62/19 64/9
 106/10
dates [1] 66/8
DAY [1] 1/15
days [1] 5/22
DC [2] 2/10 2/23
debt [1] 27/18
decide [1] 90/12
decided [1] 74/21
default [1] 50/11
defendant [8] 1/9 2/12 3/3
 3/11 3/18 68/24 69/8 74/22
defense [3] 53/19 54/14
 104/10
defined [1] 73/21
DEPARTMENT [3] 2/4 2/9 60/18
describe [4] 18/2 30/14
 64/25 78/25
describes [1] 13/22
Design [4] 84/20 85/5 85/20
 86/1
designate [1] 28/8
designed [3] 19/8 21/2 21/7
detailed [2] 61/12 61/19
detect [1] 18/5
determine [2] 11/20 11/25
determined [1] 20/3
device [30] 9/12 9/18 10/13
 11/9 11/16 13/16 13/18 13/19
 14/9 14/19 14/23 15/2 15/3
 15/4 15/5 15/15 15/17 15/20
 15/21 15/23 16/11 47/2 53/11
 53/13 69/19 91/5 91/8 92/1
 92/2 102/22
devices [19] 9/19 9/22 10/16
 10/21 11/10 13/20 14/24
 30/12 30/23 32/7 32/13 33/4
 50/20 87/9 88/4 88/6 88/9
 88/12 89/6
Diamonds [1] 8/6
Diana [1] 83/17
did [108]
didn't [4] 25/11 64/19 76/13
 89/21
differences [1] 68/12
different [8] 6/24 7/4 10/16
 10/17 30/19 32/4 32/18 86/20
digit [1] 67/24
digital [11] 15/9 29/16
 29/20 30/23 32/2 45/2 48/11
 87/9 88/4 89/5 91/8
digits [2] 64/11 70/17
direct [7] 4/6 4/9 4/12
 17/17 29/1 51/12 59/7
directing [5] 21/3 21/21
 22/17 53/18 54/2
Disaster [2] 60/14 63/1
disbursed [3] 63/6 66/18
 70/5
discuss [1] 28/17
discussed [3] 74/22 76/19
 77/7
dispersed [1] 63/24
display [4] 48/20 66/21
 66/23 67/12
displayed [1] 34/23
distribute [1] 11/10
DISTRICT [4] 1/1 1/2 1/4

## D

DISTRICT... [1]   60/20
DISTRICT [1]   1/2
do [127]
document [13]   8/1 13/5 13/6
  13/8 69/15 71/14 81/9 91/14
  92/25 99/3 99/11 99/13 103/9
documents [2]   89/21 103/13
does [53]   14/17 18/18 18/25
  19/11 23/18 29/13 30/1 31/4
  31/15 32/16 36/11 36/12
  36/19 36/21 37/3 38/2 38/5
  38/15 41/14 41/16 42/23
  44/17 44/19 48/15 57/4 57/8
  64/18 67/6 67/21 67/22 69/21
  70/1 72/5 73/1 73/3 76/6
  76/8 77/1 77/20 77/22 78/1
  81/5 89/19 91/8 91/10 91/11
  91/19 92/3 92/22 96/5 96/10
  96/15 101/18
doesn't [1]   103/18
don't [23]   8/24 26/1 26/4
  26/7 31/13 31/24 35/21 45/5
  45/8 51/22 51/25 51/25 63/23
  73/14 74/1 74/3 75/1 81/9
  81/11 88/18 98/23 102/3
  105/3
Donald [4]   78/8 78/11 78/17
  78/21
done [2]   75/12 104/6
dots [2]   8/19 9/8
down [5]   14/13 45/23 47/19
  64/3 84/16
downloaded [2]   58/8 58/15
Drive [2]   6/11 6/14
drives [2]   29/20 32/5
drop [2]   35/21 74/4
during [2]   65/16 66/11
duties [2]   32/10 59/23

## E

E-mail [1]   68/10
e-mails [1]   49/14
each [14]   9/15 10/1 11/4
  15/24 25/17 32/7 32/18 32/19
  33/4 33/10 67/25 82/11 83/23
  102/3
earlier [6]   30/22 33/11
  38/18 41/19 54/22 70/4
earnings [1]   85/12
easier [2]   9/1 13/3
Economic [2]   60/14 63/1
Edward [2]   79/17 80/18
effect [1]   7/2
efficiently [1]   74/14
effort [1]   5/10
EIDL [5]   61/3 62/4 63/1 72/3
  83/5
EIN [5]   19/24 24/2 24/3 67/4
  67/21
electronically [1]   25/14
eligible [3]   21/11 21/20
  24/4
else [5]   7/3 23/23 27/23
  77/13 90/7
else's [1]   24/7
employed [7]   17/22 27/23
  29/5 29/9 29/23 59/11 59/20
employee [7]   26/20 27/23
  85/16 85/25 86/1 86/9 87/5
employees [11]   19/10 21/4
  21/7 21/8 21/11 21/15 21/25
  22/12 23/1 26/8 80/15
employers [2]   21/7 23/1
employment [1]   60/1
enabled [4]   56/23 56/25 57/1
  57/3
end [1]   48/13
ending [2]   64/11 71/13
engage [1]   62/24
ensured [1]   61/17
entitled [1]   106/7
entries [1]   8/15
essentially [4]   7/1 15/8
  18/23 52/13
establish [1]   75/18
et [1]   1/9
ever [3]   6/13 21/8 63/5
every [6]   16/1 16/13 58/14
  63/15 63/25 64/1
everyone [4]   5/11 35/19 36/3
  63/25
everything [2]   90/6 90/11
EVID [1]   4/14
evidence [39]   7/8 8/1 12/23
  17/1 17/6 29/16 29/20 32/18
  32/19 32/19 32/20 40/10
  43/16 44/8 45/3 52/12 52/15
  52/16 54/9 75/15 89/21 89/24
  89/25 90/2 90/13 90/15 90/18
  92/25 97/25 98/3 98/7 98/11
  98/21 98/24 99/1 99/4 99/9
  101/5 101/8
exact [1]   51/22
exacted [1]   42/10
exactly [3]   9/15 81/18 83/24
examination [24]   4/4 4/5 4/6
  4/7 4/7 4/9 4/9 4/10 4/10
  4/12 5/15 5/17 12/9 17/17
  24/25 25/3 26/13 29/1 33/3
  44/23 49/1 57/18 57/20 59/7
examinations [1]   32/3
examined [1]   75/6
examiner [16]   28/15 29/3
  29/24 30/1 36/22 37/18 54/3
  57/21 75/6 90/4 91/11 91/17
  92/1 92/12 92/12 94/13
examiners [7]   89/7 89/8 89/9
  89/13 89/14 89/14 104/3
example [12]   7/11 8/22 9/6
  11/12 11/19 62/8 63/19 63/21
  64/6 66/2 76/23 83/5
examples [2]   8/19 79/12
exams [2]   32/5 32/8
exception [1]   67/24
exceptions [1]   73/16
excuse [3]   42/22 83/4 85/24
excused [2]   16/21 28/12
executions [1]   87/16
exercises [1]   30/9
exhibit [107]
Exhibit 21 [1]   14/1
exhibits [13]   17/6 17/7 17/7
  61/20 81/14 85/15 92/17
  98/10 98/11 100/7 100/10
  103/11 104/20
exist [2]   24/14 24/20
existence [1]   27/16
expense [2]   83/25 84/9
expenses [3]   27/15 82/15
  82/16
experience [2]   60/10 77/9
expert [1]   89/18
explain [2]   62/7 84/2
explained [1]   15/8
extensively [1]   60/6
extent [1]   81/8
extra [1]   105/3
extract [10]   31/19 31/22
  31/24 32/1 33/15 39/2 42/2
  45/17 55/17 55/20
extracted [24]   13/14 33/12
  34/5 34/13 37/8 38/18 39/4
  39/5 39/9 39/22 41/19 42/4
  42/5 43/4 48/4 48/7 53/10
  55/10 88/4 88/11 88/14 89/5
  89/16 94/13
extracting [2]   48/2 90/10
extraction [30]   47/2 51/6
  13/19 13/23 30/24 31/2 31/16
  33/13 33/16 33/17 33/19 34/1
  38/21 38/22 41/21 41/22 48/9
  48/12 52/23 52/24 53/15
  53/21 54/6 54/7 54/9 55/3
  55/13 56/2 91/3 91/4
extremely [1]   98/16

## F

face [1]   88/18
fact [5]   26/25 31/15 31/18
  45/19 52/8
fade [1]   8/23
fair [4]   6/4 10/11 21/10
  23/5
false [1]   20/18
familiar [13]   18/7 18/10
  18/15 19/3 37/1 39/16 42/18
  42/19 49/6 88/20 88/23 89/15
  89/19
far [3]   8/11 8/14 102/19
fashion [1]   55/10
FBI [6]   29/8 29/9 29/23 31/1
  31/7 32/18
FDIC [1]   17/25
FDIC-insured [1]   17/25
February [2]   21/24 22/6
February 15 [1]   21/24
February 2020 [1]   22/6
federal [2]   18/21 65/19
feet [1]   36/1
Fenton [3]   2/9 4/6 17/18
few [2]   5/22 25/7
fi [2]   11/8 11/9
Fiber [10]   63/20 64/7 64/12
  79/13 79/21 80/8 81/5 81/22
  82/8 84/15
field [1]   14/13
Fifteen [1]   40/4
file [7]   15/10 15/11 16/1
  63/9 67/13 79/23 82/1
files [13]   16/14 61/15 66/15
  77/6 78/4 78/8 78/21 80/13
  83/19 84/4 85/13 85/14 93/12
fill [3]   25/21 28/3 28/7
filled [1]   25/17
financial [2]   71/24 72/2
find [2]   45/5 104/20
fingerprint [2]   15/9 48/12
first [16]   9/10 9/14 16/6
  21/21 43/1 46/23 47/14 50/12
  65/3 65/6 65/9 65/16 66/11
  85/25 86/6 87/4
Firstclasspropertymanagement0
5 [1]   46/19
flip [4]   37/20 40/2 40/22
  43/10
flipper.com [7]   44/21 47/5
  47/15 47/17 47/20 47/25
  69/22
flipping [1]   44/1
Floor [1]   2/6
focus [5]   66/2 68/17 79/12
  79/13 84/18
focusing [2]   57/25 83/12
folder [1]   37/18
follow [1]   74/4
following [7]   5/6 24/18
  73/12 74/18 75/21 102/16
  104/23
foregoing [1]   106/5
forensic [2]   30/20 32/2
forever [1]   57/12
form [22]   20/23 20/25 22/2
  23/9 23/15 67/1 67/16 71/11
  72/18 72/20 72/21 76/3 76/6
  76/9 79/4 82/7 82/8 82/11

**F**

form... **[4]** 82/15 82/17 82/22 82/24
formal **[1]** 60/8
format **[2]** 79/6 106/8
formatting **[1]** 93/20
forms **[5]** 20/1 79/11 83/10 85/10 85/11
forth **[3]** 30/10 32/6 35/24
forward **[1]** 78/23
foundation **[24]** 7/22 7/25 13/1 71/20 72/24 75/5 77/11 87/13 87/20 88/7 88/15 89/11 89/20 92/24 93/1 93/3 94/14 94/22 95/6 95/13 96/7 97/11 99/19 101/2
four **[8]** 1/15 8/18 9/7 62/15 62/16 64/11 70/17 71/13
fourth **[1]** 65/18
Francisco **[1]** 2/21
Fraser **[4]** 3/7 4/10 49/3 56/11
fraud **[1]** 59/24
front **[23]** 35/1 36/7 36/17 40/5 53/19 58/4 60/22 66/3 66/24 67/14 70/14 71/10 72/15 80/3 82/3 82/12 82/19 84/25 85/21 86/17 90/25 91/24 92/8
fruitful **[1]** 28/17
full **[14]** 8/8 28/21 59/2 91/19 91/21 92/3 92/5 92/13 92/15 94/2 98/15 99/9 101/7 104/3
function **[1]** 49/16
funded **[3]** 64/21 67/9 70/5
funds **[9]** 20/19 21/19 23/2 24/11 24/22 27/13 27/19 63/5 70/7
further **[10]** 12/6 16/18 16/19 24/23 26/10 28/10 44/22 48/18 57/14 58/20

**G**

G-R-E-G-O-R-Y **[1]** 28/23
gain **[1]** 23/3
garble **[1]** 8/24
gathered **[1]** 61/13
gears **[1]** 87/8
general **[5]** 51/7 59/13 59/15 65/15 71/18
generally **[14]** 19/21 21/6 23/10 34/12 62/2 63/10 64/25 67/1 70/6 78/25 92/20 93/6 96/5 96/11
generate **[1]** 33/3
generated **[3]** 13/11 42/16 85/16
generation **[1]** 51/10
geographical **[1]** 7/4
get **[9]** 15/20 48/10 53/15 60/16 75/20 75/20 77/12 87/25 102/23
gets **[2]** 23/19 48/13
getting **[2]** 73/24 87/25
give **[3]** 53/6 53/7 60/6
given **[1]** 9/11
gives **[1]** 9/17
Glendale **[1]** 3/13
gmail.com **[4]** 46/11 46/14 46/19 46/21
go **[31]** 7/12 7/17 8/11 8/13 9/15 19/18 25/1 25/11 31/16 33/10 35/3 36/2 36/5 47/8 47/22 48/22 58/12 70/11 70/18 70/21 71/8 71/9 72/9 76/10 82/10 83/18 86/16 89/23 90/21 99/21 102/11

goes **[5]** 34/8 36/3 39/12 57/4 46/14
going **[47]** 7/7 7/9 7/15 9/25 12/16 12/22 15/16 20/21 34/21 35/3 45/10 59/17 59/19 64/22 66/21 67/12 69/11 69/13 70/21 71/8 71/22 72/14 75/2 75/20 76/18 80/17 80/20 81/14 81/21 82/5 82/10 84/22 84/22 86/9 86/14 86/16 87/8 87/22 90/18 90/22 92/6 99/14 101/10 103/25 104/2 104/14 105/7
good **[17]** 5/19 5/21 12/11 12/12 17/19 25/5 25/6 26/15 26/16 29/3 29/4 44/25 45/1 49/4 49/5 59/9 59/10
got **[2]** 7/14 9/23
government **[96]**
government's **[2]** 12/17 13/25
grab **[1]** 104/20
granted **[1]** 24/8
GrayKey **[17]** 13/11 13/15 13/16 13/18 14/6 31/8 31/9 31/11 31/12 31/14 38/22 38/24 41/22 41/24 52/19 52/23 53/3
greater **[1]** 21/9
GREG **[2]** 4/8 28/15
Gregory **[5]** 28/23 54/3 91/12 91/17 92/2
Grigoryan **[1]** 8/9
gross **[1]** 85/11
group **[12]** 3/15 62/9 62/10 63/13 63/14 79/12 83/7 83/8 83/10 83/11 84/3 84/7
grouped **[1]** 78/24
groups **[4]** 63/12 63/16 79/2 84/4
GT **[1]** 46/24
guidelines **[1]** 24/18
Gusto **[6]** 80/7 80/8 80/23 85/4 85/5 85/16
Gusto-generated **[1]** 85/16

**H**

had **[11]** 11/19 21/8 21/15 21/25 23/1 24/8 24/20 62/16 65/23 84/5 90/3
half **[1]** 59/22
hand **[3]** 8/5 8/14 9/2
handle **[1]** 29/19
happen **[3]** 24/9 65/20 74/5
happens **[1]** 73/24
happy **[1]** 13/3
hard **[1]** 32/5
hardware **[3]** 6/2 6/5 10/1
Hart **[8]** 65/13 79/15 79/16 79/23 80/9 81/23 81/25 82/9
has **[25]** 5/22 6/7 6/17 12/16 12/20 15/24 20/21 21/11 25/17 28/7 32/18 48/7 49/16 51/8 51/10 74/21 75/4 75/5 75/7 94/2 98/24 99/2 102/20 104/9 105/1
hash **[7]** 15/7 15/8 15/24 15/25 16/1 48/11 48/15
hashed **[1]** 48/13
hasn't **[2]** 72/11 73/20
have **[64]**
haven't **[2]** 27/13 89/20
he **[22]** 60/5 75/8 75/18 75/19 81/14 81/15 88/17 89/19 94/10 98/19 98/24 99/1 99/2 99/3 99/14 99/18 103/9 103/18 103/18 104/10 104/11 104/11
headquarters **[1]** 30/7
hear **[3]** 7/24 52/11 76/13

heard **[3]** 90/7
hearing **[1]** 21/9
hearsay **[12]** 87/20 88/15 89/11 92/21 94/21 95/5 95/12 96/6 97/11 98/1 99/11 101/3
heavily **[1]** 27/17
held **[7]** 5/6 73/12 74/18 75/21 102/16 104/23 106/6
Hello **[2]** 75/24 75/25
help **[2]** 19/8 56/15
helpful **[3]** 11/20 81/13 81/14
her **[3]** 74/23 75/14 75/18
here **[19]** 5/8 5/10 7/14 7/18 7/20 8/12 8/16 9/23 11/13 14/13 25/24 53/20 55/13 65/6 65/11 78/12 79/12 86/1 102/18
hereby **[1]** 106/4
higher **[1]** 21/8
highlight **[3]** 14/14 47/2 83/18
highlighted **[3]** 11/13 79/8 87/4
highlights **[1]** 91/15
Highway **[1]** 3/20
Hills **[1]** 63/17
him **[8]** 7/9 10/2 12/25 87/22 88/16 94/15 97/24 103/9
his **[2]** 60/6 103/17
history **[3]** 34/14 37/6 103/16
hit **[1]** 27/17
Hold **[1]** 37/21
home **[3]** 10/22 68/25 69/9
Honor **[101]**
HONORABLE **[1]** 1/3
horse **[1]** 74/14
host **[9]** 9/19 10/2 10/5 10/5 10/9 10/10 10/12 10/14 11/1
hotmail.com **[1]** 46/24
house **[5]** 10/15 10/18 11/11 69/3 69/5
household **[2]** 10/16 11/4
how **[38]** 17/22 19/18 29/23 32/2 33/12 34/7 35/6 37/11 38/21 39/11 39/24 41/20 42/13 43/7 48/6 59/20 60/16 61/5 61/10 67/23 70/1 73/23 75/18 75/19 80/13 81/5 82/14 82/21 85/8 86/14 86/19 88/11 88/17 88/23 89/15 91/6 96/25 97/17
hundred **[1]** 78/15

**I**

I'm **[4]** 76/14 77/22 78/11 87/8
I.D **[1]** 4/14
iCloud **[13]** 14/19 14/21 14/24 15/3 15/13 15/16 16/3 16/6 16/16 50/17 50/21 51/2 51/3
icon **[1]** 58/12
ID **[12]** 15/17 15/20 36/11 38/15 41/14 41/17 44/17 44/20 45/13 47/5 51/3 69/21
identical **[8]** 67/24 79/10 80/14 82/16 82/23 84/5 84/8 85/10
identification **[2]** 65/19 65/23
identified **[15]** 41/20 47/5 51/13 61/11 67/4 76/2 76/20 77/5 78/13 78/21 86/7 86/22 87/2 87/3 87/5
identifier **[1]** 24/2
identifiers **[3]** 62/12 62/14 62/18
identifies **[1]** 77/3

**I**

**identify [18]**  9/12 36/11
67/6 70/6 73/1 76/6 77/1
78/10 78/17 78/20 80/5 82/6
85/2 88/14 89/7 89/8 91/8
91/11
**identifying [2]**  98/12 103/18
**identity [1]**  23/11
**Idorealestate247 [1]**  46/6
**illustrative [2]**  7/11 8/21
**image [7]**  15/11 15/24 16/6
16/11 16/13 58/14 104/11
**image's [1]**  58/17
**images [31]**  15/13 16/3 16/15
55/25 58/1 58/6 58/8 58/10
93/9 93/11 96/9 96/10 96/14
96/16 96/18 96/20 96/22
96/23 96/25 97/4 97/9 97/14
97/20 100/1 100/24 100/25
102/25 103/1 103/4 103/5
103/21
**implement [1]**  18/5
**important [3]**  20/9 20/13
87/21
**include [12]**  16/13 31/4
32/13 34/16 37/5 48/15 56/11
58/8 58/10 60/8 60/13 72/5
**included [1]**  65/3
**includes [1]**  58/6
**including [1]**  30/20
**increase [1]**  53/20
**independent [1]**  22/1
**indicate [1]**  62/25
**indicates [2]**  63/5 79/10
**indictment [1]**  65/4
**individual [2]**  62/17 65/8
**individual's [1]**  63/18
**individuals [2]**  73/1 73/4
**industrial [1]**  17/25
**ineligible [4]**  22/10 22/16
22/25 24/17
**information [53]**  9/18 10/12
10/25 11/17 15/4 19/22 19/24
19/25 20/3 20/6 20/10 20/16
20/18 23/16 26/7 34/3 34/12
34/15 34/17 38/6 39/8 41/4
42/9 44/7 45/17 45/19 47/3
51/4 51/5 54/2 55/4 55/5
61/2 61/13 61/16 62/3 65/5
68/2 68/13 69/2 69/7 69/20
81/18 83/1 83/23 85/7 85/16
85/20 86/10 87/6 89/5 91/5
102/21
**informations [1]**  25/25
**initially [1]**  48/20
**Injijian [9]**  66/6 66/19
66/22 67/7 70/5 70/19 71/17
76/19 77/5
**Injijian's [2]**  67/10 70/2
**Injury [2]**  60/14 63/1
**Inspector [2]**  59/13 59/15
**instance [3]**  56/11 62/21
103/15
**instances [1]**  84/7
**instead [1]**  22/21
**Institute [1]**  30/19
**insured [1]**  17/25
**intend [1]**  22/20
**intended [1]**  23/6
**interest [2]**  26/25 27/18
**interested [1]**  19/14
**Interior [1]**  70/2
**interiors [17]**  65/14 66/3
66/6 66/19 66/22 67/20 70/4
70/11 70/19 71/12 72/19 76/3
76/20 76/21 77/2 77/4 77/6
**internal [1]**  14/22
**internet [7]**  5/23 6/24 7/4

**interpreted [1]**  97/9
**interrupt [2]**  74/3 104/17
**interrupting [1]**  73/14
**introduce [4]**  75/2 98/14
99/8 103/25
**introducing [1]**  75/3
**inverted [1]**  65/9
**investigate [2]**  45/5 59/24
**investigation [4]**  11/23
60/20 61/4 61/12
**investigative [2]**  39/7 42/7
**investigator [1]**  37/5
**investigators [5]**  29/17
29/21 33/21 37/14 45/3
**involved [1]**  60/16
**IP [22]**  5/23 6/1 6/7 7/10
8/15 8/19 9/4 9/7 9/11 9/16
9/17 9/24 9/25 10/11 10/17
10/24 11/4 11/12 11/14 11/15
11/21 11/25
**iPhone [20]**  12/14 14/9 14/11
40/10 41/20 49/8 49/10 49/18
50/3 50/17 51/1 51/12 51/18
51/20 52/9 54/12 56/14 56/17
56/18 56/21
**iPhone's [1]**  56/3
**iPhones [5]**  15/13 33/2 49/6
51/10 56/6
**iPhoto [1]**  50/5
**IRS [2]**  82/7 82/8
**is [329]**
**isn't [1]**  28/6
**issue [3]**  18/14 18/19 18/24
**issuing [1]**  21/19
**it [232]**
**it's [2]**  38/17 73/15
**item [4]**  32/19 37/14 40/10
43/16
**items [4]**  32/14 32/18 32/19
37/4
**its [5]**  16/1 18/11 88/18
92/17 94/18
**itself [3]**  7/16 10/23 11/14

**J**

**J-U-S-T-I-N [1]**  17/13
**January [1]**  64/10
**January 9th [1]**  64/10
**JAUNG [3]**  4/4 5/15 12/11
**Jennifer [1]**  3/12
**job [6]**  18/4 30/5 60/8 71/24
88/25 89/1
**jobs [3]**  21/9 80/16 85/10
**John [1]**  3/4
**Johnson [8]**  2/14 2/17 2/19
2/22 3/19 3/20 4/7 25/4
**join [1]**  95/11
**Jr [1]**  3/14
**JUDGE [1]**  1/4
**Judicial [1]**  106/9
**JUNE [6]**  1/17 5/1 17/3 60/17
64/13 106/10
**June 13th [1]**  17/3
**June 17th [1]**  64/13
**Jung [1]**  92/12
**jurors [1]**  73/25
**jury [29]**  1/15 5/7 5/9 10/7
10/8 11/5 12/25 18/2 43/23
54/18 61/23 63/24 66/2 68/18
72/12 73/13 73/21 74/19
74/20 75/20 75/22 78/25
81/12 81/14 90/11 98/12
102/17 104/24 104/25
**jury's [1]**  28/18
**just [37]**  7/8 7/10 11/5 11/6
11/7 11/13 17/20 23/9 25/7
26/18 26/19 35/16 35/18 36/3
37/16 38/2 45/11 47/9 49/8

59/17 62/2 64/3 70/21 73/23
78/20 79/21 80/22 81/8 81/23
81/9 85/25 87/22 89/23 90/12
100/7 102/3 104/19
**JUSTICE [3]**  2/4 2/9 60/18
**JUSTIN [3]**  4/6 16/23 17/13

**K**

**Kapytova [2]**  84/20 86/21
**KATIE [2]**  1/21 106/12
**Katzman [2]**  3/4 3/7
**Kauichko [11]**  62/5 63/14
63/20 64/7 64/9 79/14 79/22
81/22 84/10 84/18 87/2
**keep [9]**  8/24 13/7 32/21
35/21 36/2 63/22 63/23 63/23
73/14
**Keough [3]**  2/19 4/4 5/18
**kind [4]**  18/25 20/3 27/18
48/11
**knew [1]**  23/6
**know [17]**  5/22 8/23 26/1
26/4 26/7 34/7 37/11 39/11
39/24 42/13 43/7 48/8 51/22
72/23 88/18 89/2 104/10
**knows [2]**  7/23 88/17
**Kudiomov [2]**  62/6 63/14

**L**

**laid [1]**  89/20
**Lake [1]**  17/21
**laptop [1]**  50/25
**large [2]**  35/25 98/17
**larger [2]**  10/12 11/1
**last [15]**  5/23 6/20 13/23
14/18 14/18 15/9 28/24 47/23
63/7 64/11 70/16 71/13 86/16
86/17 87/5
**late [2]**  51/20 52/9
**Law [2]**  3/15 3/20
**lawyer [1]**  73/18
**lay [3]**  13/1 93/2 99/19
**laying [2]**  92/24 93/1
**learn [2]**  24/6 60/10
**learned [1]**  24/20
**least [1]**  36/1
**left [25]**  8/5 53/20 53/24
55/19 66/23 69/13 69/15
70/12 70/15 79/22 79/25 80/5
81/6 81/23 81/24 82/5 82/7
82/16 82/22 84/24 85/2 85/4
85/21 86/2 86/20
**left-hand [1]**  8/5
**lend [1]**  23/7
**lender [10]**  18/16 18/16
18/20 18/22 19/11 19/13 62/24
62/25 65/21 84/21
**lenders [2]**  20/7 20/15
**lending [2]**  18/13 18/24
**less [1]**  6/23
**Let [3]**  42/22 102/14 102/18
**let's [30]**  7/12 8/11 15/15
27/22 28/19 33/10 47/22
55/10 62/8 63/19 66/2 66/17
67/9 68/2 68/17 70/11 70/18
73/9 75/20 75/23 76/10 77/12
78/23 79/12 79/20 81/21
84/18 85/18 89/23 105/6
**Lewis [1]**  3/4
**license [2]**  18/21 18/24
**licenses [1]**  103/5
**like [12]**  7/15 9/11 10/15
11/8 15/8 17/1 48/11 52/7
54/17 74/3 103/5 103/5
**limited [2]**  74/24 75/13
**Limo [1]**  83/14
**line [1]**  25/17
**link [1]**  75/10

**L**

list [1]   86/7
listed [11]   61/18 61/20
67/22 68/3 68/7 70/3 77/17
77/21 77/25 78/2 86/10
lists [1]   91/4
little [3]   10/21 62/7 105/3
Littrell [7]   3/4 3/4 3/7 4/5
12/10 13/5 14/5
Liudmyla [2]   84/20 86/21
live [1]   17/20
LK [4]   84/20 85/5 85/20 86/1
LLC [1]   83/12
LLP [6]   2/14 2/17 2/19 2/22
3/4 3/7
loan [65]
loans [18]   18/14 18/19 18/24
27/18 61/11 61/18 62/9 65/2
65/7 66/13 70/5 79/2 79/5
83/8 83/10 83/11 84/3 84/7
location [9]   7/4 56/12 56/14
56/18 56/21 56/25 57/3 57/5
57/6
locked [6]   31/13 31/16 31/19
32/1 39/1 41/25
log [1]   7/19
long [3]   15/17 29/23 59/20
look [10]   9/2 14/13 45/23
47/19 60/21 66/17 67/9 68/2
81/21 85/18
looked [3]   45/11 65/6 65/10
looking [8]   8/21 11/12 11/14
61/4 62/1 79/20 85/24 85/24
LOS [8]   1/14 1/23 2/7 2/15
3/9 3/16 5/1 29/8
lot [3]   30/19 73/21 81/15
loudly [1]   13/7
lower [1]   55/22
luminous [1]   104/8
lunch [2]   105/3 105/4
Luncheon [1]   105/10

**M**

M-A-S-S-I-N-O [1]   59/5
M-A-S-T-E-R-M-A-N [1]   17/14
made [2]   33/14 99/12
magnified [1]   85/25
magnify [1]   82/10
mail [1]   68/10
mails [1]   49/14
make [10]   9/15 11/6 63/25
64/3 73/19 73/20 74/1 74/2
90/6 102/4
making [3]   5/10 74/10 75/9
manner [1]   73/15
manufacturer [2]   32/23 33/1
many [4]   32/2 51/8 51/10
61/5
Marietta [3]   49/3 68/24 69/9
mark [2]   98/22 98/23
marked [2]   12/16 38/19
Market [1]   2/20
Mary.Abelian [1]   41/18
Mary.abellian [1]   51/16
MASSINO [19]   4/12 58/25 59/4
59/9 61/25 68/20 71/24 75/9
75/24 85/13 87/8 87/10 87/15
88/3 88/20 90/25 92/16 94/7
99/22
massive [1]   99/11
MASTERMAN [7]   4/6 16/24
17/13 17/19 18/15 20/23
26/15
mathematical [1]   48/13
matrix [1]   55/13
matter [16]   21/14 21/18 22/5
22/9 22/11 22/15 22/19 22/24
23/10 23/14 23/18 23/21

23/25 24/12 24/16 106/7
matters [3]   92/19 92/22 92/23
may [7]   12/23 14/3 52/6
73/25 74/25 75/17 97/23
maybe [2]   35/24 105/3
MD5 [5]   15/7 15/8 15/24
15/24 16/1
me [8]   10/9 42/22 42/22 83/4
85/24 98/23 102/14 102/18
mean [23]   10/2 10/4 10/16
14/17 18/18 29/18 52/7 54/24
57/4 57/8 60/5 64/18 69/6
72/7 73/21 74/14 77/12 80/25
87/21 88/16 89/14 90/3 98/24
means [4]   25/11 50/24 57/5
64/21
measures [1]   18/12
Medet [4]   78/8 78/10 78/11
78/13
media [9]   49/18 63/20 64/7
64/13 79/13 80/8 81/5 82/8
84/15
Meghan [1]   2/16
members [2]   5/9 104/25
mention [1]   72/11
mentioned [10]   27/13 30/22
33/11 36/22 38/18 41/19
51/15 52/19 55/9 72/12
Mesereau [3]   3/14 3/15 4/7
26/17 73/17
message [2]   37/5 42/24
messages [12]   34/14 34/16
39/19 49/12 57/12 92/23 93/7
102/24 102/25 103/2 103/14
103/15
metadata [3]   16/3 16/14
16/15
method [1]   14/22
Michael [2]   2/19 79/16
microphone [3]   9/1 63/23
74/2
microphones [1]   35/25
middle [1]   55/24
might [6]   7/2 9/1 9/23 11/20
11/25 52/2
mind [1]   44/1
minute [2]   69/5 104/19
minutes [1]   73/11
MISC [1]   22/2
mobile [2]   13/19 30/11
Mod [18]   65/13 66/3 66/6
66/19 66/22 67/20 70/2 70/4
70/11 70/18 71/12 72/19 76/3
76/20 76/21 77/2 77/4 77/6
model [2]   51/18 51/20
moment [1]   3/14
MONDAY [2]   1/17 5/1
money [9]   21/12 22/20 22/21
23/7 23/19 26/25 27/3 27/6
27/9
Monica [1]   3/15
monitor [2]   48/19 53/18
monthly [3]   80/11 81/2 85/9
Montradath [1]   83/16
more [17]   6/23 11/17 21/7
21/9 21/11 21/12 21/15 21/19
23/10 36/2 49/8 57/2 62/7
65/12 65/15 66/5 77/20
morning [18]   5/19 5/20 5/21
12/11 12/12 17/19 25/5 25/6
26/15 26/16 29/3 29/4 44/25
45/1 49/4 49/5 59/9 59/10
mortgage [2]   26/25 27/18
most [3]   10/18 50/11 73/22
move [14]   13/25 17/1 17/5
54/14 61/22 62/24 74/7 78/23
79/21 86/9 90/13 95/9 101/22
102/12
moved [2]   90/15 90/16

moving [10]   35/24 36/6 63/10
64/3 84/22 84/23 84/25 85/18
83/3 84/1
Mr [14]   4/4 4/5 4/6 4/7 4/7
4/10 5/18 12/10 13/5 14/5
17/18 25/4 49/4 56/11
Mr. [12]   12/11 17/19 18/15
20/23 25/7 26/15 34/23 37/16
44/25 45/10 48/19 73/17
Mr. Cruz [3]   34/23 37/16
48/19
Mr. Jaung [1]   12/11
Mr. Masterman [4]   17/19
18/15 20/23 26/15
Mr. Mesereau [1]   73/17
Mr. Parra [2]   44/25 45/10
Mr. Vahe [1]   25/7
Ms [20]   4/9 4/9 4/12 29/2
38/15 44/24 59/20 69/7 72/14
77/15 88/3 88/11 89/23 93/5
93/12 94/18 95/1 96/10 99/22
100/11
Ms. [3]   47/1 47/3 47/8
Ms. Romero [3]   47/1 47/3
47/8
MS.AHN [1]   35/1
much [3]   5/9 21/9 26/22
multiple [5]   14/24 32/7
50/20 77/17 77/24
Murat [4]   78/8 78/11 78/11
78/13
my [11]   9/15 10/20 10/20
11/3 18/4 26/17 49/3 60/17
89/1 95/8 101/6

**N**

name [47]   4/3 8/6 8/9 14/9
17/11 19/24 19/25 23/19
23/22 24/7 24/8 24/13 26/17
28/21 28/24 33/19 47/14
47/20 49/3 54/3 59/2 62/10
62/11 62/13 62/22 62/25
63/13 64/9 64/12 65/8 66/6
71/12 79/15 79/17 80/18
81/17 83/13 83/15 83/16
84/10 84/14 85/7 86/1 86/6
87/2 87/4 91/11
named [1]   83/22
names [12]   62/5 62/16 65/7
76/9 85/25 86/6 86/10 86/12
86/14 86/19 86/20 87/5
Nazar [3]   76/22 77/1 77/3
near [1]   55/24
necessarily [1]   28/7
necessary [1]   24/10
need [1]   11/17
needs [3]   18/20 33/17 72/12
network [19]   6/2 6/5 6/23
6/24 9/11 9/12 9/18 9/20
9/22 9/25 10/5 10/12 10/13
10/22 11/1 11/1 11/15 11/21
11/25
networks [1]   6/21
never [1]   74/8
new [9]   2/10 2/18 15/3 15/4
15/20 15/21 15/23 51/25
76/23
Newcomer [3]   2/16 4/9 44/24
Newtek [1]   84/21
next [11]   16/22 28/13 37/18
37/20 45/22 47/22 58/23 63/4
63/22 84/14 84/16
Nicholas [1]   2/22
no [26]   1/8 6/12 6/16 6/19
11/16 12/5 12/6 16/18 24/23
24/25 26/10 27/23 28/10
44/22 45/9 48/18 57/14 58/19
58/20 65/17 75/5 77/22 98/9
98/16 101/9 106/12

## N

**No. [3]**  46/5 47/14 54/10
**No. 1 [1]**  47/14
**No. 16 [1]**  46/5
**No. 1B81 [1]**  54/10
**none [1]**  68/14
**North [2]**  2/6 3/20
**not [47]**  7/9 7/15 7/22 9/25
10/17 10/21 12/20 15/1 16/13
16/20 22/6 22/12 22/20 23/3
23/6 24/4 24/14 24/20 25/24
26/19 31/12 36/3 38/25 41/25
48/3 48/15 60/6 64/21 65/22
68/20 74/10 74/10 74/13
74/14 74/23 75/14 77/22
87/18 89/24 90/2 94/2 97/25
99/1 101/5 101/8 101/13
103/21
**noted [1]**  58/1
**notes [1]**  9/15
**nothing [1]**  104/9
**now [22]**  6/20 7/7 8/21 11/12
12/13 14/13 15/7 20/9 22/17
24/6 27/17 27/22 36/1 51/8
55/11 61/25 73/9 98/13 99/3
102/23 104/15 105/3
**number [29]**  6/1 20/1 21/4
26/5 26/8 32/16 32/17 32/17
32/20 58/2 58/17 58/18 63/8
64/11 64/17 65/19 65/22
65/23 65/24 68/3 68/17 68/18
69/23 70/1 70/3 70/17 71/13
80/15 93/25
**numbers [21]**  8/18 8/19 9/7
9/10 61/17 67/23 79/11 81/15
82/11 82/11 82/18 82/21
82/22 82/23 83/10 83/23
83/25 84/5 84/6 84/9 85/11
**NW [2]**  2/10 2/23
**NY [1]**  2/18

## O

**o'clock [1]**  105/5
**object [1]**  99/10
**objection [37]**  7/22 7/25
12/2 12/20 54/21 60/4 71/20
72/23 77/11 78/1 78/3 81/8
81/11 81/16 87/13 87/20 88/7
88/15 89/11 90/12 92/21 94/9
94/14 94/21 95/5 95/11 96/6
96/12 97/11 97/23 97/24
99/12 101/2 101/15 101/24
102/4 102/4
**observed [2]**  103/19 104/10
**obtain [2]**  71/3 79/5
**October [2]**  51/23 52/10
**off [4]**  35/18 57/7 57/9 74/5
**offer [4]**  12/23 30/9 30/19
75/17
**offers [1]**  18/11
**OFFICE [5]**  2/4 3/20 59/13
59/15 60/19
**officer [1]**  18/4
**Official [1]**  1/21
**Oh [1]**  12/22
**OIG [5]**  59/17 59/19 59/21
59/23 60/2
**Okay [23]**  7/12 9/6 14/5 17/4
37/21 37/22 43/12 44/3 46/23
47/1 47/10 48/2 51/23 53/6
53/18 56/17 56/21 75/12
75/23 76/11 102/23 103/17
104/22
**old [2]**  15/4 15/15
**older [1]**  50/14
**on-the-job [1]**  60/8
**once [2]**  5/10 75/12
**one [43]**  8/21 9/11 10/18

**11/4 14/24 24/1 27/22 27/23**
51/15 53/6 57/2 63/13 63/14
63/19 63/20 63/21 64/6 64/7
64/13 65/12 65/15 66/2 66/5
67/24 69/5 73/7 77/20 78/15
79/13 79/21 80/8 81/5 81/22
82/8 84/15 84/16 86/20 98/19
103/15
**online [2]**  19/20 25/9
**only [5]**  24/1 48/20 74/23
75/13 98/24
**open [5]**  34/9 39/25 43/8
50/12 72/22
**opened [6]**  33/17 37/12 39/5
39/12 42/5 42/14
**opener [1]**  72/21
**opening [6]**  71/11 72/5 72/7
72/18 72/20 76/3
**opens [1]**  33/19
**operating [1]**  22/7
**operation [2]**  21/24 22/6
**opposed [1]**  65/7
**order [2]**  17/3 79/5
**organization [1]**  79/6
**orientation [1]**  72/12
**original [1]**  37/13
**other [18]**  27/9 27/12 30/9
35/8 43/17 53/13 58/14 75/14
81/17 82/25 83/22 85/7 86/6
87/4 87/25 98/20 102/3 103/2
**otherwise [1]**  52/16
**out [8]**  8/24 25/21 28/3 28/7
52/8 52/9 65/7 68/18
**outlook.com [1]**  46/6
**output [1]**  48/14
**outside [5]**  28/17 30/10
73/12 74/18 102/17
**over [3]**  8/15 32/4 102/3
**Overall [1]**  32/2
**overruled [13]**  8/3 12/3
72/25 81/16 88/8 94/23 95/7
95/15 96/8 96/13 97/13 101/4
102/11
**oversee [1]**  18/5
**overt [1]**  65/3
**own [2]**  16/1 22/22
**owner [12]**  27/23 27/24 28/6
36/11 67/6 67/7 76/21 77/4
77/20 78/13 78/15 78/22
**owners [5]**  77/10 77/17 77/24
78/2 83/22
**ownership [3]**  19/25 67/7
82/25

## P

**P-A-R-R-A [1]**  28/24
**p.m [1]**  105/10
**Pacific [1]**  3/20
**PAETTY [1]**  2/5
**page [48]**  4/3 7/17 7/18 8/11
8/11 9/3 11/6 21/3 21/22
34/22 35/16 36/6 36/17 45/22
47/10 47/22 61/6 61/8 62/1
66/22 67/13 69/12 69/20
70/13 70/18 70/21 71/9 71/22
72/14 76/2 80/1 80/2 80/20
81/25 82/1 82/18 83/4 83/4
84/1 84/22 84/24 85/19 85/21
86/9 86/14 86/16 87/5 106/7
**pages [3]**  61/5 80/2 86/17
**paid [3]**  21/25 22/1 22/12
**pandemic [3]**  19/10 23/2
27/17
**para [1]**  54/4
**pardon [1]**  12/22
**Paronyan [2]**  79/18 80/18
**PARRA [16]**  4/8 28/15 28/23
28/24 29/3 36/22 37/18 44/25

**45/10 49/4 57/21 90/7 91/12**
**Parra's [1]**  28/18
**part [21]**  6/11 6/14 6/18
7/18 9/11 9/15 10/18 11/23
30/4 32/10 45/16 52/25 55/2
60/1 60/10 64/23 71/24 88/25
89/1 98/6 99/13
**participate [1]**  87/15
**particular [3]**  15/9 23/4
61/18
**particularly [1]**  32/14
**parties [1]**  5/8
**parts [1]**  9/24
**pass [6]**  31/12 31/14 31/25
34/10 38/25 42/1
**passed [2]**  40/1 75/1
**passwords [1]**  55/20
**past [1]**  32/4
**pay [9]**  21/7 26/20 26/25
27/3 27/6 80/7 80/9 80/23
80/25
**Paycheck [5]**  19/3 21/1 60/13
67/2 67/19
**paying [2]**  19/10 27/24
**payroll [28]**  20/1 22/1 22/13
26/5 27/14 79/3 79/8 79/20
79/21 80/11 80/25 81/1 81/2
81/3 81/6 81/18 82/15 82/16
83/25 84/5 84/5 84/9 85/4
85/5 85/8 85/9 85/12 87/6
**penny [1]**  80/14
**people [1]**  73/22
**per [1]**  24/2
**percent [6]**  67/8 77/4 77/5
77/10 77/15 78/22
**percentage [1]**  67/7
**performed [1]**  32/3
**Permission [6]**  35/14 38/13
40/19 41/12 43/23 44/15
**person [9]**  8/8 23/15 23/18
23/21 24/12 25/11 25/18
25/18 28/6
**person's [2]**  23/11 23/12
**personal [2]**  22/22 23/3
**persons [1]**  25/21
**pertains [1]**  54/9
**Peter [2]**  3/19 3/20
**phone [38]**  30/20 31/13 31/13
31/15 31/19 31/23 32/1 33/10
33/15 34/13 35/17 36/18 38/6
38/19 39/1 41/25 45/12 46/16
48/3 48/3 48/7 48/16 49/8
51/7 57/6 58/18 68/3 68/17
68/18 69/23 69/24 70/1 74/22
74/23 75/6 75/14 75/18 89/16
**phones [16]**  29/19 30/12 31/2
32/5 32/10 45/6 68/21 68/23
69/2 69/8 73/23 87/9 87/10
87/18 87/22 90/11
**photo [8]**  35/7 36/18 40/10
40/11 40/14 43/16 43/18
74/21
**photograph [2]**  15/15 15/21
**photographs [10]**  34/19 35/9
50/1 50/3 50/8 50/11 50/14
58/6 58/18 103/15
**photos [5]**  34/14 37/6 39/19
42/25 51/2
**phrases [1]**  35/19
**physical [7]**  13/18 33/7
33/18 39/6 42/6 52/21 52/25
**picture [1]**  36/10
**pictures [1]**  49/24
**piece [3]**  6/1 6/4 10/1
**pitch [1]**  36/3
**place [1]**  49/10
**PLAINTIFF [2]**  1/7 2/3
**platform [1]**  14/23

**P**
**play [1]**   19/11
**please [3]**   18/2 47/1 47/3
**point [3]**   6/25 10/22 90/12
**pookypooky49 [1]**   46/11
**pool [1]**   20/19
**portion [7]**   45/12 47/4 53/24
  55/12 55/19 89/25 98/4
**portions [2]**   90/15 90/17
**position [1]**   59/14
**possible [3]**   48/2 48/15 77/9
**Possibly [1]**   48/17
**potentially [2]**   18/6 20/18
  27/15
**PPP [32]**   19/4 19/12 19/15
  19/23 20/14 21/15 23/12
  23/22 24/1 24/2 24/4 24/13
  26/19 26/22 27/13 27/19
  27/25 61/3 62/4 62/25 65/12
  65/16 65/19 66/5 66/11 70/2
  70/5 72/2 77/6 81/22 83/5
  84/19
**PPP's [1]**   65/16
**practical [1]**   7/2
**prejudice [1]**   102/6
**preliminary [2]**   102/5 102/8
**preparation [2]**   67/1 61/10
**prepare [2]**   29/16 29/21
**prepared [1]**   45/2
**preparer [1]**   82/25
**presence [7]**   5/7 28/18 73/13
  74/19 75/22 102/17 104/24
**president [2]**   86/25 87/3
**PRESIDING [1]**   1/4
**press [2]**   52/3 73/23
**pretrial [1]**   24/25
**previous [3]**   79/7 83/7 84/4
**previously [10]**   20/22 69/12
  71/9 74/22 80/1 90/23 91/13
  91/17 91/23 92/7
**primarily [2]**   18/9 18/13
**prior [1]**   65/10
**private [2]**   6/21 6/23
**proceed [1]**   93/2
**proceedings [9]**   1/13 5/6
  73/12 74/18 75/21 102/16
  104/23 105/11 106/6
**proceeds [1]**   22/19
**process [13]**   13/23 18/25
  29/16 29/18 32/10 33/10 34/8
  34/10 40/1 43/9 45/2 55/3
  73/25
**processed [1]**   42/6
**product [1]**   51/7
**products [1]**   51/5
**profits [1]**   27/24
**program [26]**   19/4 19/7 19/12
  20/14 20/20 21/1 21/6 23/4
  24/1 26/19 26/22 30/16 31/6
  33/6 33/7 33/13 33/18 33/19
  39/5 42/5 48/8 48/10 60/13
  60/14 67/2 67/19
**programs [3]**   31/1 59/25
  60/11
**progress [1]**   14/6
**proof [1]**   75/17
**Property [1]**   46/23
**Protection [5]**   19/3 21/1
  60/13 67/2 67/19
**protocol [1]**   5/23
**provide [3]**   11/4 20/10 23/1
**provided [4]**   20/19 24/18
  83/10 83/23
**provider [2]**   11/3 11/7
**providing [1]**   14/22
**publish [9]**   14/3 35/14 38/13
  40/19 41/12 43/23 44/15
  54/17 61/23

**pull [5]**   7/12 11/24 47/2
  47/4 47/7
**pulling [1]**   85/20
**purpose [6]**   19/6 23/6 72/20
  74/24 75/13 75/14
**purposes [4]**   22/21 26/22
  27/9 27/12
**pursuant [3]**   17/3 63/6 106/4
**put [6]**   25/25 26/1 26/5 26/7
  70/12 80/19

**Q**
**Quality [2]**   62/21 77/19
**Quantico [1]**   30/7
**question [11]**   10/3 10/10
  10/20 31/17 56/5 64/1 77/23
  81/10 87/24 94/10 94/15
**questions [13]**   12/7 16/18
  24/23 25/8 26/10 26/18 28/10
  44/22 48/18 57/14 58/20
  87/22 90/19
**quickly [6]**   74/7 74/8 74/10
  74/13 74/14 74/20

**R**
**race [1]**   74/15
**Ram [1]**   2/13
**rather [3]**   71/2 71/23 105/2
**reached [1]**   27/24
**read [2]**   68/17 88/17
**reader [1]**   55/6
**reading [1]**   81/9
**ready [2]**   5/12 44/3
**really [1]**   26/1
**reasons [1]**   26/19
**recall [7]**   5/24 6/21 51/25
  57/25 104/2 104/14 105/7
**receive [8]**   24/4 30/4 30/11
  31/9 60/1 65/15 65/22 89/21
**received [20]**   14/2 17/8
  35/13 38/12 40/18 41/11
  43/22 44/14 54/16 55/7 61/15
  61/24 65/12 74/23 75/4 75/13
  75/14 95/15 102/20 103/11
**recent [1]**   50/11
**recess [5]**   73/9 74/17 104/19
  105/6 105/10
**recognize [24]**   8/18 13/6
  13/8 20/23 20/25 35/4 35/6
  37/23 40/7 41/1 43/13 44/4
  54/24 60/24 67/1 67/16 69/18
  91/6 91/14 92/8 96/23 96/25
  97/14 97/17
**recollection [1]**   52/2
**reconsider [1]**   101/14
**record [4]**   11/20 17/12 28/22
  59/3
**records [6]**   11/24 17/2 71/3
  71/6 71/25 72/2
**recover [2]**   24/11 24/22
**rectangles [1]**   55/14
**redaction [1]**   43/18
**redactions [2]**   35/9 40/13
**redirect [3]**   4/10 57/15
  57/18
**Redline [4]**   79/17 80/17
  80/24 81/3
**Redondo [1]**   3/21
**reed [1]**   85/25
**refer [3]**   32/16 94/6 98/5
**reference [1]**   90/12
**referenced [5]**   84/10 84/13
  84/14 84/16 100/8
**referencing [1]**   98/8
**referring [3]**   58/3 94/4 94/8
**reflect [3]**   65/2 79/2 80/16
**reflected [1]**   61/16
**reflective [1]**   58/17

**reflects [3]**   62/4 62/19
**refresh [2]**   52/2 105/4
**regarding [3]**   22/18 26/8
  61/3
**registered [2]**   45/13 46/15
**regular [1]**   30/17
**regulations [1]**   106/8
**rehire [1]**   27/14
**rejected [1]**   65/21
**relate [2]**   28/18 59/25
**related [4]**   32/11 66/2 87/16
  99/25
**relationship [5]**   31/18 77/1
  78/10 78/17 78/20
**relative [1]**   65/9
**release [1]**   52/3
**released [2]**   51/20 51/25
**relevance [2]**   60/4 89/17
**relevant [1]**   27/16
**rely [2]**   20/15 48/8
**remember [2]**   32/23 51/23
**rent [1]**   27/3
**repeat [3]**   31/17 56/5 76/13
**report [126]**
**reported [10]**   22/2 82/10
  82/11 82/15 82/16 82/18
  83/23 83/25 85/9 106/6
**Reporter [1]**   1/21
**REPORTER'S [1]**   1/13
**reports [23]**   43/8 53/7 53/10
  55/6 79/3 79/20 81/18 85/8
  86/12 87/6 88/14 88/21 88/24
  89/2 89/7 89/21 90/13 90/16
  90/17 90/18 99/9 103/19
  104/4
**represent [3]**   7/8 25/7 49/3
**representation [5]**   95/3 97/8
  97/20 100/25 101/19
**representative [1]**   25/18
**representatives [2]**   25/21
  76/6
**represents [1]**   62/12
**request [3]**   20/4 74/7 99/7
**requested [1]**   61/15
**requesting [1]**   101/9
**require [1]**   30/1
**required [2]**   20/6 65/24
**requires [1]**   105/1
**residence [2]**   6/11 6/14
**residential [1]**   63/18
**respect [3]**   19/12 52/18 89/9
**respective [1]**   77/6
**Response [1]**   29/14
**responses [1]**   94/7
**responsibilities [1]**   18/3
**restore [1]**   15/4
**restored [1]**   15/23
**result [1]**   33/3
**resume [2]**   5/12 75/23
**retain [1]**   57/11
**review [36]**   29/22 33/21
  33/25 39/7 42/8 45/8 52/2
  66/15 69/2 69/7 71/2 71/6
  71/24 72/2 76/23 78/4 78/7
  83/19 88/3 88/11 91/21 92/5
  92/15 92/16 95/1 95/8 95/16
  95/19 97/7 97/19 99/22 100/3
  100/6 100/11 100/24 101/6
**reviewed [6]**   88/13 88/24
  91/7 91/17 94/20 97/1
**Rich [7]**   44/21 47/5 47/15
  47/17 47/20 47/25 69/22
**Richard [4]**   1/9 68/24 69/8
  71/17
**right [57]**
**right-hand [2]**   8/14 9/2
**Road [1]**   3/12
**role [5]**   18/2 19/11 86/22

**R**

role... **[2]**  86/24 89/9
Romero **[3]**  47/1 47/3 47/8
roughly **[1]**  32/2
round **[2]**  65/16 66/11
router **[10]**  6/4 6/7 6/17
10/15 10/23 10/25 10/25 11/6
11/7 11/9
routers **[3]**  6/10 6/13 9/23
RPR **[1]**  106/12
rules **[3]**  20/14 23/3 24/1
ruling **[3]**  24/25 102/6 102/9
Runyan **[5]**  84/16 84/18 85/6
85/18 86/4
Ryan **[2]**  3/7 49/3

**S**

S-E-T-T-I-N-G-S **[1]**  56/9
S-Y-N-C **[1]**  50/23
Saakya **[1]**  83/17
Sabala **[10]**  77/18 78/7 78/8
78/11 78/12 78/14 78/18
78/18 78/21 78/22
Sage **[1]**  56/8
said **[8]**  7/15 7/24 22/5 25/8
64/19 74/8 76/14 101/7
salaries **[2]**  21/25 26/20
salary **[1]**  22/13
Salt **[1]**  17/21
same **[37]**  9/22 9/25 9/25
11/6 12/20 31/21 37/15 46/14
46/18 50/20 51/2 65/19 68/15
68/16 70/3 70/25 79/8 79/9
81/7 81/19 83/1 83/9 83/24
85/20 86/7 86/12 86/15 87/6
93/21 93/24 94/19 95/3 96/12
97/9 97/20 101/19 101/24
San **[2]**  2/21 3/6
Sands **[1]**  30/19
Santa **[1]**  3/15
saving **[1]**  21/9
say **[28]**  6/4 9/22 10/5 10/11
13/15 15/14 15/15 21/10 23/5
47/19 47/25 52/15 56/24 57/2
59/17 59/18 62/8 63/19 69/5
73/6 73/16 74/14 78/2 80/25
89/13 94/4 103/1 103/18
saying **[2]**  103/8 104/5
says **[19]**  8/6 8/8 9/4 14/14
21/23 45/24 47/14 47/17
52/16 54/3 56/23 57/1 57/13
64/18 64/19 88/18 94/15
94/16 104/11
SB81 **[3]**  39/2 40/14 52/18
SBA **[24]**  18/15 18/16 18/20
18/24 18/24 19/1 19/8 20/5
20/7 20/19 21/2 24/18 59/17
59/19 59/21 59/23 59/25 60/2
60/10 61/14 61/15 63/1 63/2
65/24
SBA-approved **[3]**  18/16 19/1
20/7
scope **[1]**  12/2
SCOTT **[1]**  2/5
screen **[14]**  66/23 67/13
69/14 69/16 70/13 70/14
70/20 70/23 80/22 81/6 84/2
84/23 84/24 90/24
scroll **[2]**  35/3 50/14
search **[1]**  87/16
searches **[1]**  61/14
second **[17]**  8/12 24/4 36/23
37/4 37/7 39/14 42/16 42/19
42/21 42/23 42/24 43/3 47/17
65/18 67/9 101/7 102/15
Secrecy **[1]**  18/4
section **[12]**  47/10 65/3 76/9
91/16 91/20 91/25 92/4 92/14

99/25 100/3 100/6 106/4
sections **[1]**  45/24
Securelinerealtyandfundinginc
**[1]**  45/24
Security **[2]**  19/25 64/10
see **[56]**
seeing **[1]**  12/25
seeks **[6]**  35/11 38/10 40/16
41/9 43/20 44/12
seems **[1]**  52/7
seized **[9]**  6/10 6/14 6/18
68/21 68/23 69/3 69/8 87/10
87/18
self **[1]**  17/2
self-authenticating **[1]**  17/2
send **[1]**  49/12
sense **[3]**  10/14 73/22 74/10
sent **[1]**  70/7
separate **[3]**  10/1 46/8 83/7
separated **[2]**  8/19 9/8
service **[7]**  11/8 11/19 14/20
14/21 84/17 84/19 85/6
services **[6]**  18/10 56/12
56/18 56/21 56/25 57/3
SESSION **[1]**  1/16
set **[5]**  48/20 57/11 64/7
64/24 67/10
sets **[2]**  8/18 9/14
setting **[1]**  57/6
settings **[4]**  56/3 56/7 56/9
56/10
seven **[2]**  61/6 61/8
seven-page **[1]**  61/8
share **[1]**  9/23
she **[4]**  74/23 75/14 76/14
86/22
should **[6]**  14/18 14/18 16/17
73/18 73/20 104/5
shouldn't **[1]**  74/5
show **[24]**  7/7 12/16 12/23
12/25 20/21 34/21 36/19
37/16 38/15 41/14 44/17
45/10 55/5 55/9 62/2 64/23
67/21 69/11 69/13 90/22 92/6
93/20 93/23 94/19
showing **[4]**  13/5 53/19 91/13
91/23
shown **[11]**  35/17 61/8 62/3
62/18 64/25 65/11 71/14 76/9
76/21 78/4 86/1
shows **[3]**  55/16 55/19 56/2
side **[18]**  8/5 66/23 67/12
69/13 69/15 70/12 70/15
70/20 70/22 80/20 80/21 81/6
81/24 81/25 84/23 84/24
85/19 85/21
sidebar **[2]**  102/15 102/16
signatories **[3]**  71/14 71/16
71/18
signatory **[1]**  73/7
significance **[2]**  21/4 31/15
signing **[1]**  23/15
Silverman **[1]**  1/22
similar **[5]**  9/24 65/6 79/7
83/8 84/3
simply **[1]**  10/22
sir **[7]**  5/19 12/6 16/21
28/11 32/21 54/25 58/21
sitting **[1]**  7/5
size **[1]**  53/20
skip **[1]**  86/16
slide **[21]**  62/1 62/3 62/4
63/10 63/11 63/12 64/22
64/23 64/24 65/11 71/22
71/23 76/19 76/21 77/15
77/16 77/24 78/23 78/23 83/3
84/1
slides **[7]**  61/7 64/23 65/1
65/2 65/10 79/1 79/2

slow **[1]**  64/3
small **[1]**  59/4
18/19 19/9 27/1 27/3 27/6
27/22 31/2 59/12 59/14
smart **[1]**  30/12
so **[94]**
social **[3]**  19/25 49/18 64/10
software **[8]**  30/16 31/8
31/25 33/14 33/14 38/23
41/23 53/1
some **[13]**  8/15 8/15 27/12
37/6 39/19 42/25 56/2 61/11
61/13 61/14 73/16 79/4 84/7
somebody **[2]**  23/23 90/7
someone **[3]**  7/3 24/7 52/16
something **[6]**  8/23 56/6
77/13 99/2 103/1 105/1
sometimes **[1]**  74/4
sorry **[4]**  8/25 76/14 77/22
78/11
speak **[5]**  13/7 26/17 74/2
74/3 102/3
speaker **[1]**  73/17
speaking **[4]**  19/21 21/6 23/9
73/16
Spear **[1]**  2/20
special **[10]**  5/10 58/25
59/16 59/21 61/25 68/20
71/23 85/13 87/8 92/16
specific **[6]**  9/19 25/24 26/4
29/9 30/11 31/1
specifically **[7]**  20/20 64/8
65/13 69/20 85/14 91/4 99/16
speculation **[1]**  89/12
speech **[1]**  73/15
spell **[3]**  17/11 28/21 59/2
Spring **[1]**  2/6
SSN **[2]**  67/4 67/21
staff **[1]**  27/14
stand **[2]**  16/25 29/13
standing **[1]**  97/24
start **[1]**  79/20
starting **[6]**  33/11 67/13
69/12 80/5 82/5 102/23
state **[7]**  14/14 17/11 17/20
18/1 28/21 59/2 85/12
stated **[2]**  21/15 22/21
statement **[1]**  76/3
statements **[2]**  72/5 72/8
STATES **[7]**  1/1 1/4 1/6 2/3
60/19 106/5 106/9
status **[1]**  63/5
stenographically **[1]**  106/6
step **[1]**  23/9
STEPHEN **[1]**  1/3
steps **[2]**  24/10 24/19
Steptoe **[4]**  2/14 2/17 2/19
2/22
Still **[1]**  50/1
stipulated **[1]**  52/14
store **[4]**  49/22 50/3 50/8
51/4
stored **[2]**  16/3 50/5
Street **[5]**  1/22 2/6 2/14
2/20 3/8
subject **[3]**  24/24 101/10
101/25
submit **[3]**  19/22 64/12 104/3
submitted **[27]**  7/20 20/16
23/16 25/9 25/14 61/3 62/5
62/13 62/17 62/22 63/13
63/14 64/14 66/8 79/4 79/15
79/17 80/7 80/9 80/18 80/23
83/9 83/13 83/14 83/16 84/8
84/21
Submitting **[1]**  20/18
subnet **[1]**  10/19
subscriber **[2]**  11/20 11/24
subset **[6]**  37/8 38/2 38/5

**S**

**subset... [3]** 39/21 43/1 43/4
**subsets [1]** 10/19
**suite [9]** 1/22 2/15 2/20 3/5 3/8 3/13 3/16 3/21 53/1
**summaries [1]** 103/22
**summary [20]** 53/16 53/22 54/6 54/9 55/5 55/9 55/10 55/13 55/16 56/2 61/2 61/13 91/4 91/16 91/20 91/25 92/4 92/14 102/19 102/21
**SUN [1]** 2/5
**superseding [1]** 65/4
**supervisor [1]** 60/17
**suppose [1]** 27/22
**supposed [2]** 67/25 70/7
**sure [11]** 9/15 10/11 11/6 15/1 52/4 52/7 63/25 64/3 73/20 74/1 74/2
**survive [1]** 27/20
**suspicious [1]** 18/6
**sustained [5]** 60/5 71/21 77/12 78/3 87/14
**SVW [1]** 1/8
**swallow [1]** 74/1
**switch [1]** 87/8
**sworn [3]** 17/10 28/20 59/1
**sync [5]** 50/17 50/20 50/22 50/23 51/6
**syncing [1]** 51/6

**T**

**T-I-M-O-T-H-Y [1]** 59/4
**tagged [2]** 37/4 37/14
**take [19]** 15/15 20/19 24/10 24/19 34/19 40/11 49/20 49/24 60/21 66/17 67/9 68/2 73/11 81/21 85/18 104/19 105/3 105/3 105/6
**taken [1]** 16/9
**takes [1]** 16/25
**taking [2]** 23/9 30/10
**talk [1]** 63/19
**talked [1]** 13/23
**talking [2]** 21/22 103/4
**Tamara [3]** 36/14 36/15 38/17
**Tammy [2]** 46/3 46/16
**Tammydadyan [1]** 45/13
**tax [9]** 65/23 82/7 82/8 82/25 84/16 84/19 85/6 85/18 86/4
**taxes [3]** 22/1 22/13 85/12
**team [4]** 29/12 29/14 29/15 31/1
**Tech [1]** 76/23
**tell [12]** 10/7 10/8 11/5 11/14 11/16 13/17 16/6 17/19 19/21 50/24 52/8 63/10
**telling [1]** 63/23
**tells [1]** 10/25
**temporarily [1]** 104/18
**ten [2]** 62/20 73/11
**TERABELIAN [5]** 3/3 49/4 54/12 76/22 77/3
**Terabelian's [4]** 68/24 69/9 74/22 77/1
**term [8]** 18/15 18/18 30/23 33/22 72/11 73/4 73/7 73/19
**terms [4]** 58/6 73/15 85/11 103/17
**testified [9]** 5/22 6/20 12/13 45/2 51/12 70/4 75/7 90/10 90/14
**testifies [1]** 75/19
**testify [3]** 25/24 98/19 99/14
**testifying [4]** 57/25 97/24

98/6 104/12
**testimony [6]** 63/16 73/8 75/23 89/18
**text [13]** 34/14 34/16 37/5 39/19 42/24 49/12 92/23 93/7 102/24 102/25 103/2 103/14 103/15
**than [18]** 7/4 21/16 26/23 35/8 43/17 49/8 65/12 65/15 66/5 77/20 81/17 82/25 83/22 85/7 86/6 87/4 103/2 105/2
**Thank [25]** 5/9 8/4 12/6 16/21 17/9 17/15 26/10 28/11 34/25 48/18 48/23 51/7 52/5 52/17 52/25 54/20 55/8 57/11 57/14 58/21 58/22 76/16 76/17 93/4 105/5
**Thanks [1]** 5/19
**that [373]**
**that's [37]** 7/7 9/20 23/15 25/18 26/3 28/9 29/20 38/20 43/2 45/4 45/15 45/18 46/1 46/7 46/8 46/17 46/25 47/7 47/13 47/21 48/5 50/16 51/9 51/17 52/20 52/23 52/24 53/2 53/12 55/1 55/6 55/18 56/16 76/5 78/16 97/3 98/7
**their [15]** 11/8 14/23 19/10 19/23 20/10 20/16 21/7 22/22 23/17 24/2 37/14 62/17 73/19 73/22 75/6
**them [8]** 16/4 51/1 62/20 81/15 83/20 97/17 98/12 104/20
**themselves [1]** 90/12
**then [18]** 8/8 15/21 20/1 21/11 22/10 30/8 31/25 33/15 33/20 46/23 48/10 52/14 82/5 84/23 85/2 90/21 99/18 101/14
**there [43]** 8/5 8/13 8/14 8/15 15/17 28/16 31/1 31/6 32/7 32/14 33/2 33/20 34/14 35/17 36/1 43/12 45/19 47/11 47/24 48/10 51/4 57/6 62/20 62/22 63/15 66/5 66/7 67/4 68/12 68/14 69/23 71/14 75/5 75/15 76/9 76/20 81/10 82/19 84/2 86/10 87/2 99/25 100/2
**these [23]** 8/21 16/13 22/21 35/25 61/12 61/17 65/2 65/5 68/5 68/7 70/4 79/2 81/14 81/18 83/1 83/8 83/24 84/4 84/8 85/8 96/23 99/7 105/7
**they [47]** 9/7 9/12 9/23 9/24 9/25 17/8 17/25 21/11 22/10 22/16 24/17 24/19 25/14 27/25 30/9 30/16 30/19 32/19 32/20 35/8 37/14 47/25 51/2 51/5 51/25 56/23 59/25 63/16 66/8 67/24 68/15 68/16 80/13 80/14 80/16 82/14 83/2 85/15 86/15 89/4 89/5 89/8 90/10 90/13 103/14 103/22 104/7
**THIBODEAUX [2]** 1/21 106/12
**thing [1]** 27/19
**things [4]** 25/14 27/19 98/24 103/5
**think [11]** 10/15 10/20 40/24 51/22 54/21 74/25 75/1 75/6 81/10 87/25 101/17
**third [3]** 22/17 65/18 84/16
**this [146]**
**Thomas [1]** 3/14
**those [49]** 8/18 16/15 32/8 33/4 50/3 50/15 61/20 62/13 62/16 63/16 66/13 66/15 67/23 71/6 73/4 78/21 79/1 79/5 79/5 79/8 79/11 80/2

82/11 82/21 83/18 83/19 84/6 85/4 85/9 85/11 87/6 87/9 88/12 88/14 88/23 89/7 89/21 89/25 90/7 90/15 96/14 96/25 98/11 103/13 103/18 103/19 103/21 104/3 104/14
**though [1]** 9/17
**three [5]** 32/14 34/22 62/22 66/7 79/1
**three-page [1]** 34/22
**through [34]** 17/6 17/7 17/7 19/16 25/16 30/6 30/6 30/9 30/15 30/15 30/18 33/10 34/8 35/3 39/12 39/25 42/14 43/8 47/19 51/10 62/2 62/10 63/19 63/21 64/6 70/9 81/14 92/17 93/8 93/17 93/23 94/19 95/2 95/10
**throughout [3]** 30/8 61/11 63/24
**thumb [1]** 29/19
**time [9]** 5/10 14/19 22/7 33/25 57/2 73/9 104/6 105/2 105/4
**Timeline [2]** 77/18 77/20
**times [1]** 35/22
**TIMOTHY [3]** 4/12 58/25 59/4
**TIN [2]** 67/4 67/21
**TIN's [1]** 67/25
**Title [1]** 106/4
**titled [1]** 53/24
**together [3]** 51/1 78/24 78/24
**Tom [1]** 26/17
**too [1]** 15/1
**took [8]** 30/21 35/7 35/9 36/10 36/18 40/14 43/16 43/18
**top [7]** 21/3 21/23 62/21 77/19 81/18 84/15 85/8
**Topeka [2]** 6/11 6/14
**towards [1]** 9/3
**Tower [1]** 2/20
**Towing [1]** 83/12
**track [1]** 56/17
**tracking [1]** 89/10
**trails [1]** 35/18
**training [10]** 30/2 30/4 30/6 30/9 30/11 30/14 30/15 31/9 60/1 60/8
**transcript [3]** 1/13 106/6 106/7
**Transport [3]** 77/18 77/20 83/12
**trial [3]** 1/15 5/12 73/18
**true [23]** 10/17 20/17 23/17 34/4 35/8 37/7 38/7 39/9 39/21 40/13 41/6 42/10 42/21 43/3 43/17 44/9 57/1 95/2 97/8 97/20 100/25 101/19 106/5
**truthful [1]** 20/10
**try [2]** 24/10 73/18
**turn [2]** 15/2 55/10
**turned [4]** 56/18 56/22 57/7 57/8
**turning [2]** 14/5 55/12
**Twelfth [1]** 2/6
**Twenty [1]** 29/25
**Twenty-one [1]** 29/25
**two [23]** 9/10 9/14 9/23 59/22 63/12 63/16 64/24 65/6 65/9 65/10 66/13 66/17 67/23 68/13 70/4 77/10 79/7 80/13 84/4 85/10 86/12 90/7 105/7
**Two-and-a-half [1]** 59/22
**two-slide [1]** 64/24
**type [4]** 18/10 19/21 20/6 28/1

**T**

**types [1]**   34/12
**typically [2]**   63/18 72/21

**U**

**U.S [3]**   1/21 2/4 2/4
**UFED [5]**   33/13 33/20 33/22
  53/7 53/10
**Ulia [7]**   62/5 62/8 62/10
  62/11 62/13 62/18 62/23
**ultimately [2]**   64/21 90/11
**under [3]**   8/8 46/5 47/24
**underneath [1]**   46/10
**understand [2]**   10/4 81/11
**understanding [4]**   11/3 19/6
  98/2 102/19
**undisputed [1]**   52/8
**unfamiliar [1]**   73/25
**Unhelpful [1]**   81/12
**uniformly [1]**   20/6
**unique [7]**   15/24 16/1 24/2
  32/17 67/25 83/11 84/6
**unit [3]**   29/9 29/11 29/12
**UNITED [7]**   1/1 1/4 1/6 2/3
  60/19 106/5 106/9
**unless [2]**   52/11 52/15
**unsure [1]**   9/14
**up [31]**   7/12 8/24 13/7 14/19
  14/24 15/13 15/16 32/21
  33/19 34/9 39/5 42/22 47/2
  47/3 47/9 48/20 50/14 51/2
  51/4 51/6 63/24 80/17 80/19
  81/18 81/22 84/22 85/7 85/20
  101/11 101/14 105/1
**update [1]**   8/12
**upon [3]**   97/7 97/19 100/24
**upper [2]**   53/24 55/19
**us [15]**   2/9 8/12 9/18 10/25
  13/17 17/19 19/9 19/21 23/1
  52/8 62/2 62/2 63/10 63/19
  64/6
**use [18]**   8/25 13/19 15/3
  22/19 22/20 30/17 31/8 31/11
  31/12 31/14 33/6 38/24 41/24
  49/18 51/4 56/14 73/19 73/22
**used [22]**   22/21 23/11 24/3
  26/25 27/3 27/6 27/9 27/13
  27/19 27/25 31/7 33/7 33/13
  52/18 52/19 52/21 53/3 63/16
  64/11 65/23 73/4 73/20
**user [28]**   11/4 33/15 36/19
  38/6 41/4 45/17 45/19 45/22
  45/23 45/23 46/2 46/5 46/8
  46/11 46/15 46/18 46/24 47/9
  47/10 47/11 47/14 47/19
  56/15 56/17 69/2 69/7 69/20
  102/21
**user's [1]**   56/14
**uses [2]**   11/1 31/1
**using [17]**   9/6 14/19 23/2
  23/22 24/7 24/7 24/13 31/25
  33/13 49/18 62/5 62/7 62/13
  62/17 62/22 63/13 63/14
**Utah [3]**   17/21 17/25 18/1
**utilities [2]**   27/6 27/18
**utilized [1]**   79/11

**V**

**Vague [1]**   94/9
**VAHE [3]**   3/18 25/7 83/15
**value [5]**   15/7 15/8 15/24
  15/25 16/2
**various [2]**   27/9 30/9
**Vaughan [1]**   3/7
**vendors [1]**   30/10
**verification [6]**   34/8 34/10
  39/13 40/1 42/15 43/9
**verified [5]**   37/12 37/14

**verify [1]**   73/9
**version [1]**   54/22
**versions [1]**   52/1
**versus [1]**   31/11
**very [6]**   5/9 13/2 35/25 58/3
  81/13 104/7
**videos [2]**   49/20 49/22 55/22
**view [2]**   51/5 52/21
**viewing [1]**   53/3
**Viktoria [11]**   62/5 63/13
  63/20 64/7 64/9 79/13 79/21
  81/22 84/10 84/18 87/2
**Virginia [1]**   30/8
**virtual [2]**   6/20 6/23
**voice [9]**   8/24 13/7 32/21
  35/18 35/21 35/22 36/2 63/22
  63/24
**voices [1]**   73/18
**voided [3]**   70/9 70/16 70/25
**VOLUME [1]**   1/16
**voluminous [1]**   104/9
**Voyage [1]**   83/14
**VPN [4]**   11/15 11/19 11/24
  12/1
**VPNs [1]**   6/21

**W**

**wait [3]**   8/12 75/19 101/7
**walk [3]**   62/2 62/10 64/6
**want [3]**   63/23 63/25 73/14
**wants [1]**   104/10
**was [93]**
**Washington [2]**   2/10 2/23
**waste [2]**   59/24 105/2
**way [2]**   11/7 61/21
**we [73]**
**web [2]**   34/14 103/15
**WebBank [3]**   63/20 64/8 64/14
**website [4]**   7/19 58/12 58/12
  58/14
**websites [1]**   58/8
**week [4]**   5/23 6/20 13/23
  15/9
**well [23]**   9/19 10/9 10/25
  13/2 28/19 29/19 30/10 31/24
  39/20 48/8 74/8 84/9 85/10
  88/16 89/25 90/6 91/18 96/14
  98/2 99/6 102/14 104/5 104/9
**went [6]**   25/16 30/6 30/15
  30/18 37/13 42/14
**were [65]**
**weren't [2]**   21/20 24/18
**West [3]**   1/22 2/14 3/8
**WESTERN [1]**   1/2
**what [137]**
**what's [1]**   33/20
**whatever [3]**   27/25 98/18
  99/2
**when [26]**   10/5 16/6 27/17
  31/12 32/19 34/8 39/12 42/14
  43/8 48/2 51/25 52/8 52/15
  58/12 64/18 69/5 72/11 73/19
  74/13 80/25 89/13 94/4 94/6
  98/5 103/1 105/6
**where [13]**   5/13 7/5 7/19 9/3
  9/12 16/9 17/20 42/6 47/5
  51/2 56/17 78/1 84/13
**whether [9]**   11/14 11/25 32/5
  48/6 68/20 68/23 87/18 88/17
  88/18
**which [12]**   13/13 30/7 32/13
  33/18 37/5 45/11 58/2 64/23
  70/7 76/2 88/6 90/23
**while [2]**   16/25 57/25
**who [16]**   20/3 21/25 26/1
  26/4 26/7 28/6 28/7 32/23
  33/1 36/13 71/16 75/6 88/14
  89/14 90/3 103/25

**whole [2]**   47/9 104/1
**whom [1]**   41/9
**whose [1]**   23/19
**why [16]**   20/13 21/18 22/9
  22/15 22/24 23/14 23/25
  24/16 31/11 38/24 41/24
  87/21 87/24 89/19 94/15
  105/2
**wi [2]**   11/8 11/9
**wi-fi [2]**   11/8 11/9
**will [42]**   7/8 8/25 10/18
  11/3 11/9 15/21 16/1 16/13
  16/16 29/21 46/10 48/20 50/8
  50/11 53/20 55/4 55/5 55/9
  56/17 62/10 62/15 62/24 63/2
  66/23 70/12 71/9 72/9 73/11
  75/9 75/12 75/19 77/23 79/13
  79/21 80/19 81/24 81/25
  83/18 99/8 101/13 101/14
  104/17
**Williams [2]**   3/4 3/7
**WILSON [1]**   1/3
**Wirsching [1]**   3/12
**within [5]**   10/16 10/21 32/7
  79/3 83/9
**without [2]**   12/25 23/12
**witness [24]**   4/3 7/23 12/24
  16/19 16/22 16/25 17/10
  28/13 28/20 34/24 37/16
  48/21 58/23 59/1 81/9 90/3
  90/3 90/19 98/6 98/7 98/18
  99/13 103/8 104/17
**witnesses [3]**   90/7 104/15
  105/8
**Woodland [1]**   63/17
**words [5]**   8/24 53/13 73/19
  74/2 74/4
**work [3]**   6/15 17/23 18/9
**working [1]**   30/1
**would [58]**

**Y**

**yahoo.com [3]**   41/18 45/24
  51/16
**year [1]**   30/6
**years [5]**   29/25 30/8 32/4
  51/8 59/22
**yes [330]**
**yesterday [1]**   12/13
**yet [1]**   12/20
**York [2]**   2/10 2/18
**you [429]**
**You're [1]**   64/20
**your [177]**
**yourself [1]**   74/11
**yourselves [1]**   105/4

**Z**

**Zhadko [7]**   62/5 62/8 62/10
  62/11 62/13 62/18 62/23