1              UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3           HONORABLE STEPHEN V. WILSON

4       UNITED STATES DISTRICT JUDGE PRESIDING

5                - - -

6

United States of America,       )

7              PLAINTIFF,   )
                          )

8  VS.                     )  NO. CR 20-579 SVW
                          )

9  Richard Ayvazyan, et al.,   )
              DEFENDANT,  )

10 _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14          LOS ANGELES, CALIFORNIA

15          JURY TRIAL - DAY SIX

16         VOLUME 1 - A.M. SESSION

17       WEDNESDAY, JUNE 23, 2021

18

19

20      _____

21        KATIE E. THIBODEAUX, CSR 9858
         U.S. Official Court Reporter

22             Suite 4311
           350 West 1st Street

23        Los Angeles, CA  90012

24

25

```
 1    APPEARANCES OF COUNSEL:

 2


 3    ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4    U.S. DEPARTMENT OF JUSTICE
      U.S. ATTORNEY'S OFFICE
 5    BY: CATHERINE SUN AHN, AUSA
      -and- SCOTT PAETTY, AUSA
 6    312 North Spring Street
      Twelfth Floor
 7    Los Angeles, CA  90012

 8    -and-

 9    Christopher Fenton
      US Department of Justice
10    1400 New York Avenue, NW
      Washington, DC 20530

11


12
      FOR DEFENDANT R. AYVAZYAN:
13
      Ashwin J. Ram
14    Steptoe and Johnson LLP
      633 West 5th Street
15    Suite 1900
      Los Angeles, CA 90071
16
      Meghan Newcomer
17    Steptoe and Johnson LLP
      1114 Avenue of the Americas
18    New York, NY 10036

19    Michael A. Keough
      Steptoe and Johnson LLP
20    1 Market Street
      Spear Tower Suite 3900
21    San Francisco, CA 94105

22    Nicholas P. Silverman
      Steptoe and Johnson LLP
23    1330 Connecticut Avenue NW
      Washington, DC 20036

24


25
```

```
 1   APPEARANCES (Cont'd):

 2

 3   FOR DEFENDANT TERABELIAN:

 4   John Lewis Littrell
     Bienert Katzman Littrell Williams LLP
 5   903 Calle Amanecer
     Suite 350
 6   San Clemente, CA 92673

 7   Ryan Vaughan Fraser
     Bienert Katzman Littrell Williams LLP
 8   601 West 5th Street
     Suite 720
 9   Los Angeles, CA 90071

10

11   FOR DEFENDANT ARTUR AYVAZYAN:

12   Jennifer J. Wirsching
     1935 Alpha Road
13   Suite 216
     Glendale, CA 91208
14
     Thomas A. Mesereau, Jr.
15   Mesereau Law Group
     10100 Santa Monica Boulevard
16   Suite 300
     Los Angeles, CA 90067
17

18
     FOR DEFENDANT VAHE DADYAN:
19
     Peter Johnson
20   Law Office of Peter Johnson
     409 North Pacific Coast Highway
21   Suite 651
     Redondo Beach, CA 90277
22

23

24

25
```

1                              I N D E X

2

3    WITNESS NAME                              PAGE

4    JUSTIN PALMERTON
     Direct Examination by Mr. Ram (Res'd)      6
5    Direct Examination by Mr. Mesereau        31
     Direct Examination by Mr. Johnson         39
6    Cross-Examination by Mr. Fenton           46
     Redirect Examination by Mr. Ram           62
7    Recross-Examination by Mr. Fenton         67

8

     ARTUR AYVAZYAN
9    Direct Examination by Mr. Mesereau        78
     Direct Examination by Mr. Johnson        116
10   Cross-Examination by Ms. Ahn             118

11

12   EXHIBIT                         I.D.      IN EVID.

13   23, 25, 41, 43, 44, 50, 75, 102, 103
                                      5           5
14   15                              6
     18                             10          11
15   74                             11          12
     112                            25
16   59                             29          29
     300                            58

17

18

19

20

21

22

23

24

25

```
 1          LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 23, 2021

 2                           9:14 A.M.

 3                           - - - - -

 4

 5

 6          (The following proceedings were held outside the

 7           presence of the jury:)

 8          THE COURT:  We are present with the parties and

 9   counsel.  Thank you once again, members of the jury, for

10   being so punctual and attentive.  It is appreciated by

11   all.  We are ready to resume.

12          MR. RAM:  Your Honor, I believe Mr. Palmerton is

13   still on the stand.  As we call him into the room, the

14   defense would like to move to exhibit the following

15   exhibits that are accompanied by a 902.11 certificate.

16          THE COURT:  All right.

17          MR. RAM:  Defense Exhibits 23, 25, 41, 43, 44, 50,

18   75, 102, and 103.

19          THE COURT:  Any objection?

20          MR. FENTON:  As long as they are accompanied by a

21   902.11 certificate, no objection.

22          THE COURT:  They are received.

23          (Exhibits 23, 25, 41, 43, 44, 50, 75, 102 and 103

24           marked for identification.)

25          MR. LITTRELL:  Also, your Honor, the parties have
```

1    agreed to an instruction before the witness testifies.  I

2    think the Court has it before it.

3          THE COURT:  You mean this piece of paper?

4          MR. LITTRELL:  Yes, your Honor.

5          THE COURT:  You have heard testimony yesterday

6    that Special Agent Palmerton testified about alleged

7    communication or contact between Manuk Grigoryan and

8    Marietta Terabelian.  I have stricken that testimony.

9    You must disregard it.

10             Let's get the next witness.

11         THE CLERK:  The witness is reminded he is still

12   under oath.

13

14               DIRECT EXAMINATION [RESUMED]

15   BY MR. RAM:

16   Q    Good morning, Agent Palmerton.

17   A    Good morning.

18   Q    I want to take a look -- we can put up just for the

19   witness's screen Defense Exhibit 15.

20             Agent Palmerton, just take a look at the

21   document and see if you recognize it.

22             Agent Palmerton, as part of your

23   investigation, did you look for publicly available

24   records for some of the business entities that were

25   involved in your investigation?

1    A    Yes.  Yes, we did.

2    Q    And was one of those business entities Mod

3    Interiors?

4    A    It was.

5    Q    Do you recognize Defense Exhibit 15 generally?

6    A    I mean, not off the top of my head.  But I

7    recognize it.  It is for Mod Interiors.

8    Q    Okay.  And it is from the Contractors State License

9    Board of the State of California; is that right?

10   A    It appears to be, yes.

11   Q    And is it for the business Mod Interiors, Inc.

12   located at -- it is really small -- can we blow that up

13   for a second?

14              15928 Ventura Boulevard, Suite 224, Encino

15   California?

16   A    Yes, it is.

17         MR. RAM:  Your Honor, I move to admit Defense

18   Exhibit 15.

19         MR. FENTON:  Objection, your Honor.  Lacks

20   authentication.

21         THE COURT:  Sustained.

22   Q    BY MR. RAM:  Agent Palmerton, do you recognize this

23   to be a publicly available record from the website that

24   is depicted in the document?

25         MR. FENTON:  Objection, your Honor.  He already

```
 1   said he does not recognize it.
 2        THE COURT:  You can ask him again.  I don't know.
 3   Q   BY MR. RAM:  Agent Palmerton, the question is do you
 4   recognize this to be of the type of documents that you
 5   reviewed -- this is a government website, yes?
 6        MR. FENTON:  Objection, your Honor.  Misstates the
 7   document.
 8        THE COURT:  Well, he asked him -- I don't know.
 9   If the witness knows, he can say.  If he doesn't know, he
10   can say he doesn't know.
11        THE WITNESS:  Yeah.  I couldn't say for certain,
12   though.
13   Q   BY MR. RAM:  What website do you recognize it to be
14   from?
15        MR. FENTON:  Objection, your Honor.  He just said
16   he doesn't recognize it.
17        THE COURT:  Do you recognize it or not or are you
18   unsure?
19        THE WITNESS:  I am unsure.  I don't see like a URL
20   that specifies where this is from.
21   Q   BY MR. RAM:  Have you heard of the Contractors State
22   License Board?
23   A   Yes, I have.
24   Q   What is that?
25   A   My understanding, it is a board that licenses
```

1    contractors for the State of California.

2    Q    Okay.  And as part of your investigation, did you

3    look up certain companies on that website?

4    A    Yes.  I believe we looked up Hart Construction's

5    business license.

6    Q    And does this look consistent with what the other

7    companies' web pages would look like from the Contractors

8    State Licensing Board?

9         MR. FENTON:  Objection.  Calls for speculation.

10        THE COURT:  Let him offer it and then make an

11   objection.  He is trying to lay a foundation.  He may be

12   successful or not.  Are you offering it?

13        MR. RAM:  Yes, your Honor.

14        THE COURT:  Is there an objection?

15        MR. FENTON:  Objection, your Honor.  Lacks --

16        THE COURT:  Sustained.

17   Q    BY MR. RAM:  Agent Palmerton, is this of the type of

18   record that you would expect to pull from the Contractors

19   State License Board?

20   A    It could be.  I just I can't recall with

21   specificity if it is the same thing I looked at before.

22   Q    And did you look up whether Mod Interiors was a

23   real existing company on this website?

24   A    Not that I recall.  But we did -- not myself, but

25   agents on the investigative team did go to this address

```
 1    to determine if this company existed.
 2    Q     Okay.  And are you aware from the document in front
 3    of you that it expired January 1st, 2020?
 4          THE COURT:  You can't talk about the document
 5    until it is in evidence.
 6          MR. RAM:  Okay.  Your Honor, has there been a
 7    sufficient showing --
 8          THE COURT:  There hasn't been.
 9          MR. RAM:  All right.  Well, let's move on from
10    Exhibit 15 for now.  Let's take a look just for the
11    witness at Exhibit 18.
12    Q     BY MR. RAM:  First I will direct you, Agent
13    Palmerton, to the Bates stamp at the bottom right-hand
14    side of the page.  Do you recognize that?
15    A     I do.
16    Q     And what is it?
17    A     Well, it looks like our production Bates stamps.
18    Q     Our being?
19    A     The government.
20    Q     Okay.  So this is a document produced in discovery?
21    A     To the best of my knowledge, yes.
22    Q     Okay.  And specifically, do you recognize the
23    company name?  That is Choice Credit Repair.
24    A     I recognize it, but that is the extent of my
25    knowledge.
```

```
1    Q     Okay.
2          MR. RAM:  Your Honor, I move to admit Defense
3    Exhibit 18 into evidence.
4          MR. FENTON:  No objection.
5          THE COURT:  Received.
6          (Exhibit 18 was marked for identification.)
7          MR. RAM:  We can come back to this document later.
8    I just wanted to put it up for you.
9               Let's take a look at just for the witness
10   Defense Exhibit 74.
11   Q     BY MR. RAM:  Agent Palmerton, as part of your
12   investigation -- the universal you, the government -- did
13   you subpoena records from Venmo in general?
14   A     Yes, we did.
15   Q     And was a subset of those records for someone named
16   Anna Manukyan?
17   A     Yes.
18   Q     Do you recognize the spreadsheet on your screen,
19   who that is for?
20   A     Yes.  It looks like a spreadsheet for Anna
21   Manukyan.
22   Q     From what platform?
23   A     Venmo.
24         THE COURT:  What did you say, "ven" what?
25         MR. RAM:  Venmo, your Honor.
```

```
 1          THE COURT:  Venmo?
 2          MR. RAM:  Yes, your Honor.
 3          THE COURT:  What is Venmo?
 4          THE WITNESS:  My understanding is that it is a
 5  financial platform that allows people to send funds back
 6  and forth to each other.  Kind of like a bank.
 7          THE COURT:  I heard the term Venmo.  Is that a
 8  common term?  Maybe I am not modern.  I have never heard
 9  that before.
10  Q    BY MR. RAM:  Is it a company name, Agent Palmerton?
11  A    To the best of my knowledge, it is a company name.
12          THE COURT:  Have you dealt with that entity
13  before?
14          THE WITNESS:  Personally or?
15          THE COURT:  Yes.
16          THE WITNESS:  I have personally.  Yes.
17          THE COURT:  I see.  Let's move on.
18          MR. RAM:  Okay.  I move to admit Defense Exhibit
19  74, your Honor.
20          THE COURT:  Any objection?
21          MR. FENTON:  No objection.
22          THE COURT:  Received.
23          (Exhibit 74 was marked for identification.)
24  Q    BY MR. RAM:  All right.  Now let's come back to your
25  testimony.  Let's take a look at government Exhibit 10,
```

1    page 30.  Specifically, once it comes up -- I am going to

2    direct your attention to line 4288 when it comes up on

3    the screen.

4              Actually first let's show you the first page

5    of Exhibit 10 when we pull it up.

6              This has already been admitted into evidence.

7    It's government's Exhibit 10.

8         THE CLERK:  Do you only want it displayed?

9         MR. RAM:  For everyone.  Thank you.

10   Q    BY MR. RAM:  All right.  Agent Palmerton, do you

11   recognize government Exhibit 10?

12   A    Yes.  This looks like the text string between Rich

13   New and Tammy.

14   Q    And are you familiar with how government Exhibit 10

15   was compiled?

16   A    I mean, yeah.  From the phone.  1B21, I believe.

17   Q    And how was it compiled from the phone?

18   A    My understanding, it was an export from the

19   Cellebrite report into this Excel format.

20   Q    And were you involved in that process in selecting

21   the messages that appear here?

22   A    I was not.

23   Q    Who was?

24   A    Other members of the investigative team.

25   Q    Do you know of anyone in particular?

```
 1    A      Not specifically.

 2    Q      Okay.

 3    A      Yes.  I mean, possibly Agent Tim Massino.

 4    Q      Are you speculating or do you know if Agent

 5    Massino --

 6    A      I don't.  I guess I am speculating.

 7    Q      Now, let's take a look at page 30 of this exhibit.

 8    Specifically if I could direct your attention to -- I am

 9    going to blow it up for you -- 4288.

10             Specifically 4288, it's from a Tammy, and it

11    says, "Should I have Art call Wells tomorrow to order

12    checks from this account too?"  Do you see that?

13    A      Yes, I do.

14    Q      Did you investigate Artashes Martirosyan in this

15    case?

16    A      No.  No, we did not.

17    Q      Are you aware that Artash Martirosyan engaged in

18    loan fraud?

19         MR. FENTON:  Objection, your Honor.  Lacks

20    foundation.

21         MR. RAM:  Your Honor, the first question was about

22    this case.  He said no.

23         THE COURT:  He didn't investigate it, and then you

24    might ask him did he ever investigate this Artash

25    whatever his name is.
```

 1          MR. RAM:  Yes.

 2   Q     BY MR. RAM:  So the first question is -- I think

 3   you answered, no, you did not investigate Artashes

 4   Martirosyan in this case; correct?

 5   A     No, not to the best of my knowledge.

 6   Q     Okay.  And are you aware of any connection between

 7   Artash Martirosyan and Tamara Dadyan prior to March 2020?

 8   A     No.

 9   Q     Okay.  You did review bank records in this case,

10   though, didn't you?

11   A     I did.

12   Q     All right.  Well, are you aware of any bank records

13   evidencing payments from one of the synthetic identities

14   discussed in this case to Artashes Martirosyan?

15          MR. FENTON:  Objection, your Honor.  Vague.

16          THE COURT:  Overruled.

17   Q     BY MR. RAM:  Do you understand the question, Agent

18   Palmerton?

19   A     Could you repeat it, please?

20   Q     Of course.  So I asked you are you aware of any

21   bank records evidencing a payment from one of the

22   synthetic identities alleged in this case to Artashes

23   Martirosyan?

24   A     No.  Not that I recall.

25   Q     All right.  Why don't we take a look at what has

```
1    been admitted as government Exhibit 105 at page 138.  And
2    we can pull that up on the screen.
3              It is already in evidence.
4              Why don't we go to the first page first so you
5    can see what it is.  Good call.
6              Okay.  Agent Palmerton, do you generally
7    recognize what this document is?
8    A    Yeah.  It looks like a signature card for Diana
9    Sakyan for Bank of America.
10   Q    Diana Sakyan, and you understand that name to be
11   one of the synthetic identities alleged in this case?
12   A    Yes.
13   Q    Now, let's about to page 138 of that exhibit.  We
14   can scroll back a couple of pages if you want to see what
15   this particular bank statement is.
16             Okay.  For the record we are on page 135.  It
17   is the start of a bank statement.
18             Do you see that, Agent Palmerton?
19   A    Yes.
20   Q    Which bank statement month is this and who is it
21   for?
22   A    This is from December 7, 2019 to January 8, 2020,
23   and it appears to be for Diana Sakyan.
24   Q    And once again, the allegation in this case is that
25   person is not real; is that right?
```

```
 1    A      Yes.

 2    Q      Now, let's go to page 138, which is later on in

 3    this same statement.  And we will go specifically to a

 4    transaction for December 23rd, 2019.

 5           MR. FENTON:  Objection, your Honor.  This is --

 6    relevance.  This is outside the relevant time period.

 7           THE COURT:  Sustained.

 8           MR. RAM:  The relevant time period, your Honor?

 9           THE COURT:  Sustained.

10    Q    BY MR. RAM:  So let me just ask generally.  Prior to

11    March of 2020, the question I asked you earlier, you said

12    you are not aware of any payment between Diane and

13    Artashes Martirosyan; is that right?

14    A      Prior to 2020?

15    Q      Prior to March of 2020.

16    A      No.

17    Q      Does this refresh your recollection?

18    A      Yes, it does.

19    Q      Okay, and was there in fact a payment?

20           MR. FENTON:  Objection, your Honor.  Relevance.

21           THE COURT:  Sustained.

22    Q    BY MR. RAM:  Did you investigate whether individuals

23    connected with Tamara Dadyan were receiving payments

24    prior to March 2020 to some of the same entities and

25    individuals alleged in this case as being synthetic?
```

```
1          MR. FENTON:  Objection, your Honor.  Relevance.

2          THE COURT:  You can answer "yes" or "no."

3          THE WITNESS:  No.  No, we did not.

4   Q    BY MR. RAM:  Okay.  Thank you.  Now, let's look at

5   government Exhibit 10, still page 9.

6          Page 9, Exhibit 10.  Specifically I will

7   direct your attention to line 2930.

8          Blow up the text around there.

9          Let's look there first.

10         On 5/28/2020 at line 2930, Tammy says, "Bro,

11  Arshak called BOFA."  Is that Bank of America?  Do you

12  understand that?

13  A    Yes.

14  Q    "Arshak called BOFA.  They released our hold";

15  right?

16  A    Yes.

17  Q    Now, if we can go to page 15, same exhibit.  I will

18  direct your attention to line 3280.

19         Okay.  Tammy says, "Arshak to send to Lendio.

20  The guy texted him yesterday hat whatever I sent you was

21  from Lendio not the Evergreen.  No e-mails for Armin."

22         Do you see that?

23  A    Yes.

24  Q    Okay.  Now, let's take a look at line 3844, which

25  is much later on.  Okay.  In fact, instead of wasting
```

1   time, those two references we just read, those were to

2   Arshak; correct?

3   A      Yes.

4   Q      Did you investigate Arshak Hartunian and his

5   relationship to Tamara Dadyan in this case?

6   A      No.  Not that I recall.

7   Q      And are you aware of any transactions between

8   Arshak Hartunian and Tamara Dadyan or any of the

9   synthetic identities in this case prior to March of 2020?

10         MR. FENTON:  Objection, your Honor.  Relevance.

11         THE COURT:  You can answer "yes" or "no."

12         THE WITNESS:  No.

13  Q      BY MR. RAM:  Now, let's take a look at page 24 of

14  same government Exhibit 10.  And I will direct your

15  attention to lines 3893 to 3895.

16         Actually if we can get just a few more of the

17  text messages when you blow it up, starting with the

18  screenshot.

19         There we go.

20         Okay.  So on 3893, this is on July 21, 2020,

21  "Tammy, what is a payroll register?"  "Tammy, is it the

22  form Greg gave us or the payroll report from Gusto?"

23         Do you see that?

24  A      Yes.

25  Q      In relation to the text message that we just read

```
 1    from this phone, did you investigate Grigor Tatioan in
 2    this case?  And that is spelled T-A-T-I-O-A-N.
 3              MR. FENTON:  Objection.  Lacks foundation.
 4              THE COURT:  Overruled.
 5    Q    BY MR. RAM:  You can answer the question
 6    A    No.
 7    Q    And did you review evidence that Grigor Tatioan
 8    engaged in any transactions with Tamara Dadyan prior to
 9    March of 2020?
10              MR. FENTON:  Objection.  Relevance.
11              THE COURT:  Overruled.
12              THE WITNESS:  No.
13    Q    BY MR. RAM:  All right.  Now let's take a look at
14    Exhibit 18, which is already in evidence.
15              No, no.  Sorry, government Exhibit 18.
16              Do you recognize what is depicted in
17    government Exhibit 18 that is in evidence?
18    A    Yes.  This looks like 1B85, which is a phone we
19    seized from 4910 Topeka.
20    Q    And was it the phone ending in 6000, if you
21    remember?
22    A    I believe so, yes.
23    Q    We heard previously that Exhibit 19 contains images
24    from the 6000 phone, just to speed this up.  I can pull
25    up Exhibit 19 for you, which is already in evidence.
```

```
 1              That is the Cellebrite report; right?

 2    A     Yes, containing user information.

 3    Q     Okay.  And now, did the -- and now what we are

 4    showing is Exhibit 19B.  Is that an image on the 6000

 5    phone?

 6    A     Yes, I believe so.

 7    Q     Okay.  Did the FBI conduct a forensic analysis to

 8    determine if the image we just saw at 19B and the others

 9    on the 6000 phone were uploaded to the phone from an

10    iCloud account or through a text message, for example?

11    A     No.  No, I don't believe so.

12    Q     Okay.  Now, let's look at 19B1, which should be the

13    next page.

14              Okay.  Do you recognize who is depicted in the

15    photo there?

16              Just pause it there.  Page 1 still.

17              Do you recognize who is in that photo, Agent

18    Palmerton?

19    A     Yes.  Anna Manukyan.

20    Q     And are you aware that this image was texted

21    several years prior to 2020?

22         MR. FENTON:  Objection.  Foundation.

23         THE COURT:  Sustained.

24    Q     BY MR. RAM:  Did you try to determine when the image

25    was texted to the phone?
```

```
 1   A      I didn't know it was texted to the phone.

 2   Q      Okay.  And that is because you didn't do the

 3   forensic analysis; is that right?

 4   A      I didn't do it.  The FBI did not.

 5   Q      The FBI did not?

 6   A      No.  Not to my knowledge, no.

 7   Q      Okay.  Did you or the FBI attempt to obtain

 8   metadata regarding the image on the phone?

 9          MR. FENTON:  Objection, your Honor.  Vague with

10   respect to metadata.

11          THE COURT:  Sustained.

12   Q   BY MR. RAM:  What do you understand the term

13   metadata to mean, Agent Palmerton?

14   A      It is basically the underlying data for an image to

15   include, like the date, time the photo was taken or

16   possibly the geolocation of where it was taken.

17   Q      And did the FBI attempt to obtain metadata for the

18   image we see on the screen at 19B1?

19   A      My understanding is this photo should have had the

20   metadata on it.  It should have been included with it.

21   Q      Was it?

22   A      It should have been, yes.

23   Q      And where would we see the metadata if it existed?

24   A      In the property section of the photo.

25   Q      Okay.  And that would be in the Cellebrite report?
```

```
 1   A      It should have been.  Yes.
 2   Q      Okay.  We can go back to the Cellebrite report if
 3   that would help.  That was Exhibit 19A, I believe.
 4            Was that the report you were referring to?
 5   A      Well, this is the user information for the phone,
 6   not necessarily the metadata for that photo.
 7   Q      Do you know if the government has introduced in
 8   evidence in this case the Cellebrite report that would
 9   contain that data?
10   A      Yes.
11   Q      Where is that?
12   A      I'm sorry.  I am not -- what do you mean?
13   Q      The question was is that in evidence in this case?
14   Do you have an understanding if the government submitted
15   that in evidence to the jury?
16   A      Yes.  Yes, we did.
17   Q      Okay.  And where is that?
18            MR. FENTON:  Objection.  Vague.
19            THE COURT:  Where is that meaning what exhibit
20   number?
21            MR. RAM:  Yes.  What exhibit number would that be?
22            THE COURT:  If he knows, he can say.  If he
23   doesn't, he doesn't know.
24            THE WITNESS:  Yeah, I don't know what the exhibit
25   number is or was.
```

```
1    Q    BY MR. RAM:  Okay.  And you are the lead case agent

2    on the case; is that right?

3    A    Yeah, the lead FBI case agent.

4    Q    Did you help with the trial preparation?

5    A    I did.

6    Q    Did you help identify exhibits that will be

7    provided to the jury at trial?

8    A    Yes.

9    Q    And are you sure that that Cellebrite report that

10   would contain the data you referenced is in evidence?

11        MR. FENTON:  Objection.  Asked and answered.

12        THE COURT:  He can answer it one more time, "yes"

13   or "no."

14        THE WITNESS:  Yes.

15   Q    BY MR. RAM:  Yes, you are sure?

16   A    Fairly certain.  Yes.

17   Q    Now, let's take a look at the second page of

18   Exhibit 19.  Exhibit 19B, I believe.

19            Do you recognize these documents on the

20   screen?

21   A    I do.

22   Q    Do you know why this driver's license and Social

23   Security number were sent to the phone?

24   A    I don't.  I didn't know it was sent.  I just saw it

25   on the phone.
```

1  Q    And did you investigate who Grigor Paronyan is?

2  A    I believe we did some initial steps because we

3  honestly didn't get the Cellebrite report until not that

4  long ago.  So the initial steps would have included some

5  open source research into Grigor Paronyan, but I don't

6  recall any specifics.

7  Q    Okay.  Let me show you just for you, to help you

8  with some of the specifics, defense Exhibit 112.  If we

9  could just show it to the witness for identification.

10       Take a look at that and look up when you have

11  finished reviewing it.

12  A    Okay.

13  Q    All right.  Now, putting away that document, taking

14  it off the screen.

15       Did you determine if there was ever a PPP loan

16  application submitted in the name of Grigor Paronyan?

17  A    No.

18  Q    No, no.  Meaning did you inquire?

19  A    Yes.  Yes, I did, per that e-mail.

20  Q    And the answer is?

21  A    No.

22  Q    There was never an application submitted; right?

23  A    It doesn't appear so.

24  Q    All right.  Now, let's take a look at -- actually

25  before we go to the exhibit, as part of your

```
 1    investigation, you were aware that Richard Ayvazian was

 2    out of the county on October 14th, 2020?

 3    A      Yes.  In Turks and Caicos.

 4    Q      And take a look at what has been admitted as

 5    government Exhibit 1R at page 15.  And this is for

 6    everybody.  It has already been admitted.

 7              Oh, yeah.  Let's look at first page first.

 8              Sorry.  Okay.

 9              What do you see at government Exhibit 1R on

10    the first page?  We can blow it up for you.

11    A      Again, this is a signature card from Chase Bank for

12    a bank account in the name of Iulia Zhadko.

13    Q      Is that the bank account ending in 5268?

14    A      Yes, it is.

15    Q      Okay.  Let's scroll through to page 15.

16         THE COURT:  Ask him what he did or didn't do.

17    Let's not review the evidence through him unless you are

18    making a point that I am not aware of.

19         MR. RAM:  I am about to, your Honor.  I am going

20    to direct him to a specific transaction.  That is what I

21    am doing now.

22         THE COURT:  Ask him whether he investigated or not

23    and make your argument at the right time.

24         MR. RAM:  Correct.  Yes, your Honor.

25    Q      BY MR. RAM:  So take a look at page 15 we have up
```

1    on the screen for government Exhibit 1R.

2    A      Okay.

3    Q      All right.  Do you see -- let me blow this up where

4    it says ATM and debit card withdrawals.

5    A      I do.

6    Q      Can we blow that up?  All right.

7           And what is the October 14th transaction in

8    this account for Iulia Zhadko ending in 5268?

9    A      It is a card purchase for Lamps Plus for $875.99.

10   Q      And what is that information next to where it says

11   Lamps Plus.  There is, it looks like, a phone number and

12   a state?

13   A      Phone number and the state and then a code 55-46.

14   Q      And did you investigate whether this transaction

15   occurred where Lamps Plus is located in California?

16   A      Yes.

17   Q      And what did you determine from your investigation?

18   A      This purchase was actually initiated on August 21,

19   2020.

20   Q      And was that initiated in the store?

21   A      Based on the investigation, it sounded like it was

22   entered manually.  And the individual I spoke with

23   thought that it was entered in over the phone.  Like

24   there was not a swipe.  It was manually entered into a

25   terminal.

1   Q     So your testimony is that the transaction did not

2   occur in the store?

3   A     I don't know if it did or not.

4   Q     Okay.  Now, let's take a look at Defense Exhibit

5   59 -- actually it is not in evidence yet, so just for the

6   witness.

7           I'm sorry, actually let's go back to the last

8   exhibit, specifically Exhibit 1R at 15.

9           And you said you spoke to the store clerk; is

10  that right?

11  A     It wasn't the store clerk.  It was -- she was an

12  executive at the Lamps Plus headquarters.

13  Q     And when you asked about the code 55-46, did she

14  specifically tell you that she could not determine if it

15  was conducted in the store?

16  A     Yes.  She couldn't determine.  All she could say is

17  that it was punched in manually.  And she thought that it

18  likely would have occurred over the phone as if somebody

19  would have called in and punched in the credit card as it

20  was being read over the phone.

21  Q     But she didn't know one way or the other?

22  A     She did not.

23  Q     And that code is consistent with both an online and

24  a store transaction; is that correct?

25  A     It is.  Yes.

```
 1  Q     Now, let's take a look at the next exhibit.  Just
 2  for the witness, Defense Exhibit 59.  You testified
 3  yesterday that you were the lead FBI agent investigated
 4  in this case?
 5  A     Yes.
 6        THE COURT:  You have said that a number of times.
 7  Ask a question.
 8  Q   BY MR. RAM:  And in your role as the lead
 9  investigator, did you review evidence seized from the
10  Canoga apartment?
11  A     Yes.
12  Q     Take a look at Exhibit 59 on your screen.  Do you
13  recognize the document?
14  A     Yes.  This looks like one of our receipts for
15  properties for the 6150 Canoga search warrant.
16        MR. RAM:  Your Honor, I move to admit Exhibit 59.
17        THE COURT:  Is there an objection?
18        MR. FENTON:  Let me just take a look at it.
19           No objection.
20        THE COURT:  Received.
21     (Exhibit 59 was marked for identification.)
22        MR. RAM:  May I publish to the jury, your Honor?
23        THE COURT:  Yes.  I don't think it is coming up on
24  the screen.
25        MR. RAM:  There we go.
```

1    Q    BY MR. RAM:  Agent Palmerton, I want to you describe

2    to the jury what this is.

3    A    So it is a receipt for property that we –– I mean,

4    in the search warrant we fill out this receipt for

5    property basically detailing the items we seized during

6    the search warrant.  And we leave a copy with somebody.

7    If there is somebody present, we even have them sign it.

8              Otherwise in this instance there was no one

9    there so we just left it as not present.  But it is

10   essentially detailing what we seized pursuant to the

11   search warrant.

12   Q    Okay.  Take a look at page 3.  If you can scroll

13   through.

14             Okay.  Let's pause there.

15             Do you recognize what this document is?

16   A    Yes.  It looks like a EDD document for Aro

17   Agakanyan.

18   Q    Let's scroll through the remaining pages.

19             So on page 4, does that relate to the same EDD

20   pandemic benefits claim?

21   A    It appears to be.

22   Q    Page 6.  The next page, and next page.

23             Okay.  Did you investigate why there were EDD

24   pandemic benefit documents at the Canoga address?

25   A    No.  Not specifically.  We were focused on PPP and

```
 1    SBA loan fraud.
 2    Q    Did you uncover any evidence of EDD fraud at the
 3    Canoga address other than this document?
 4    A    No.  No, not that I recall.
 5    Q    Did you look for any?
 6    A    For EDD fraud?
 7    Q    Yes.
 8    A    No.
 9    Q    Okay.
10         MR. RAM:  No further questions, your Honor.  I
11    believe there are other defendants who would like to
12    question the witness.
13         THE COURT:  All right.
14
15              DIRECT EXAMINATION
16    BY MR. MESEREAU:
17    Q    Good morning, Mr. Palmerton.
18    A    Good morning.
19    Q    My name is Tom Mesereau and I speak for Artur
20    Ayvazian.  Did you conduct a search at 17450 Weddington
21    Street in Encino, California?
22    A    I did not personally conduct that search.
23    Q    Were you in charge of that search?
24    A    I was not.
25    Q    Were you involved with it at all?
```

```
 1    A      I was involved in part.

 2    Q      Which part were you involved in?

 3    A      That would have been giving Special Agent Madison

 4    MacDonald responsibilities for that location.

 5    Q      So you basically determined who was going to search

 6    the house; correct?

 7    A      No.  That was Special Agent Madison MacDonald.

 8    Q      Did you tell Agent MacDonald what to look for?

 9    A      I provided her and her team copies of the search

10    warrant and the attachment that listed the items that

11    were to be seized.

12    Q      And did you yourself do any investigation into who

13    owned that residence?

14    A      Yes.

15    Q      And isn't it true that when that residence was

16    searched, Tamara Dadyan was the sole owner of that

17    residence?

18    A      If I recall -- I don't think Tamara Dadyan was the

19    owner of the residence.  I thought it was in a trust name

20    that we were actually unable to determine if that person

21    existed.

22    Q      But you certainly didn't find any information

23    suggesting that Artur Ayvazian owned that home; correct?

24    A      Aside from like IP address that placed Artur

25    Ayvazian as a subscriber that came back to that address,
```

1    nothing I can recall specifically.

2    Q    You never saw any deed or certificate of ownership

3    that suggested Artur Ayvazian owned that residence;

4    correct?

5    A    No.  Nothing I recall.

6    Q    Okay.  Now, there was an office in that residence;

7    correct?

8    A    I believe so.  Yes.

9    Q    And you wanted that office searched; correct?

10   A    I wanted the residence searched.

11   Q    But you certainly wanted that office searched;

12   correct?

13   A    Prior to the search, I did not know if there was an

14   office in that residence or not.

15   Q    But you learned at some point there was one office

16   in that residence; true?

17   A    Subsequent to the search.

18   Q    And on the door of that office, the only office in

19   the residence, was a business certificate for Secureline

20   Realty & Funding, Inc.; right?

21        MR. FENTON:  Objection, your Honor.  The witness

22   has testified that he didn't go to that search site.

23        THE COURT:  Objection.  Sustained.

24   Q    BY MR. MESEREAU:  Did you have any role in any

25   document examination of documents found that location?

```
 1   A      Yes.  Subsequent to the search, yes.

 2   Q      And when those documents were reviewed, was it your

 3   understanding that documents came from various rooms of

 4   the house?

 5   A      Yes.

 6   Q      And did you examine documents that were purportedly

 7   found in the sole office in the house?

 8   A      Yes.

 9   Q      And those were primarily real estate-related

10   documents; correct?

11   A      I couldn't say if there was a majority of real

12   estate documents or a majority of PPP and what appeared

13   to be synthetic identity documents.

14   Q      You didn't see a lot of documents for a towing and

15   transport company, did you?

16   A      We saw some documents, though.

17   Q      You saw some, but you didn't see very many at all;

18   correct?

19          MR. FENTON:  Objection, your Honor.  Vague.

20          THE COURT:  Sustained.

21   Q    BY MR. MESEREAU:  The majority of the documents in

22   that office were real estate-related; true?

23          MR. FENTON:  Objection, your Honor.  Asked and

24   answered.

25          THE COURT:  Sustained.
```

```
 1   Q       BY MR. MESEREAU:  Did you investigate to determine

 2   if Tamara Dadyan was a licensed real estate agent?

 3   A       Yes.  And I think we determined her license was

 4   suspended.

 5   Q       And did you ever determine how long she had had a

 6   real estate license?

 7   A       I think at some point I did know, but I don't

 8   recall it now.

 9   Q       Did you investigate whether Artur Ayvazian ever had

10   a real estate license?

11   A       No.

12   Q       You didn't check that out?

13   A       No.

14   Q       Okay.  Now, when agents went into the home, do you

15   know what time of day it was?

16   A       It would have been approximately 6:00 a.m.

17   Q       And people in the home were sleeping when the

18   agents went in; correct?

19   A       I don't know if they were sleeping or not.

20   Q       Do you know whether or not Artur Ayvazian and

21   Tamara Dadyan were in separate rooms?

22           MR. FENTON:  Objection, your Honor.  The witness

23   has testified that he was not at the search site.

24           THE COURT:  Well, it may have been reported back

25   to him.  I don't know.
```

```
 1          THE WITNESS:  The only report I received was that
 2   Tamara and Artur were at the residence.  I don't know if
 3   they were in separate rooms or not.
 4   Q    BY MR. MESEREAU:  Did you ever determine whether or
 5   not Tamara Dadyan and Artur Ayvazian filed separate tax
 6   returns?
 7   A    No.
 8          MR. FENTON:  Objection.  Relevance.
 9          THE COURT:  Overruled.
10   Q    BY MR. MESEREAU:  Well, you certainly were
11   investigating any business relationship that might exist
12   between Artur Ayvazian and Tamara Dadyan; correct?
13   A    Yes.  We were following the flow of funds, the flow
14   of money.
15   Q    But you didn't check to see whether they filed a
16   joint return or separate returns; correct?
17          MR. FENTON:  Objection, your Honor.  Asked and
18   answered.
19          THE COURT:  Sustained.
20   Q    BY MR. MESEREAU:  And you said you found some
21   documents related to Allstate Towing and Transport;
22   correct?
23   A    Yes.  I believe so.
24   Q    Did you ever check to see who paid taxes or filed
25   tax-related documents on behalf of Allstate Towing and
```

1  Transport?

2  A     You mean like federal, state or local taxes?

3  Q     Any of them, sure.

4  A     I mean, we reached out to the IRS for fact of

5  filing and determined that there were no federal taxes

6  paid, I believe, for Allstate Towing and Transport.

7  Q     Did you investigate Allstate Towing and Transport

8  Company to see if it was a real company?

9  A     Yes.

10 Q     And did you investigate whether or not Artur

11 Ayvazian owned a truck?

12 A     Yes.

13 Q     And he did own a truck; correct?

14 A     He did.

15 Q     And on that truck, it said Allstate Towing and

16 Transport; correct?

17 A     I don't know I --

18       MR. FENTON:  Objection.  Foundation.

19       THE COURT:  He is asking the question.  The

20 witness can answer yes, no, I don't know.  I can't tell

21 the witness how to answer.

22 Q     BY MR. MESEREAU:  Did you ever look to see if that

23 truck that Artur Ayvazian owned said Allstate Towing and

24 Transport on the truck?

25 A     No.  I only reviewed DMV records that showed that

```
 1    Mr. Ayvazian owned the truck.
 2    Q     Did you determine whether or not Artur Ayvazian and
 3    Allstate Towing and Transport had a certificate of
 4    liability insurance?
 5    A     No, I don't believe so.
 6    Q     Okay.  Did you determine whether or not Artur
 7    Ayvazian had a commercial driver's license?
 8    A     Yes, we did.
 9    Q     And did he have one?
10    A     He did.
11    Q     Did you determine whether or not Artur Ayvazian had
12    a motor carrier permit from the Department of Motor
13    Vehicles?
14    A     I can't recall.
15    Q     But you did investigate DMV records; correct?
16    A     Yes, we did.
17    Q     And what you found was consistent with Artur
18    Ayvazian owning a trucking company; correct?
19    A     Yes.
20    Q     And what you saw was consistent with Artur Ayvazian
21    being a truck driver himself; correct?
22    A     Yes.
23    Q     Did you investigate to determine whether Artur
24    Ayvazian as a truck driver had submitted to required drug
25    testing?
```

```
1          MR. FENTON:  Objection, your Honor.  Relevance.

2          THE COURT:  Sustained.

3   Q   BY MR. MESEREAU:  And did you check California

4   Secretary of State records to see if Allstate Towing and

5   Transport, LLC had filed the required documentation?

6          MR. FENTON:  Objection, your Honor.  Vague with

7   respect to required documentation.

8          THE COURT:  Let's make the question "any

9   documentation."

10         MR. MESEREAU:  Yes, your Honor.

11         THE WITNESS:  Yes.

12  Q   BY MR. MESEREAU:  And did you find that articles of

13  organization had been filed with the California Secretary

14  of State by Allstate Towing and Transport, LLC?

15  A   Yes, but I can't recall the dates.

16  Q   Okay.

17         MR. MESEREAU:  No further questions, your Honor.

18

19                  DIRECT EXAMINATION

20  BY MR. JOHNSON:

21  Q   Good morning, agent.  I represent Vahe Dadyan.  I

22  just wanted to be clear.  There were several searches

23  that you were talking about during this investigation;

24  right?  Searches of homes.

25  A   Yes.
```

```
 1   Q    And none of those homes that you were referring to
 2   was a search of Mr. Vahe Dadyan's home at 1004 East
 3   Garfield Avenue, Apartment 4?
 4   A    No.
 5   Q    And I would like to ask you some questions about --
 6   did you confirm that the PPP application in the name of
 7   Voyage Limo actually was the same address as Vahe Dadyan?
 8   A    I believe it was.
 9   Q    And you confirmed that Mr. Vahe Dadyan lived at
10   1004 East Garfield Avenue in Apartment 4; correct?
11   A    Yes.  Myself and Agent Clark went to Mr. Dadyan's
12   apartment to deliver a subpoena.  He wasn't there, but I
13   believe it was his girlfriend or wife at the time
14   confirmed that he did live there.
15   Q    And did you do some research about who else lived
16   there?
17   A    Aside from seeing what I believe was his wife or
18   girlfriend, that was the extent of it.
19   Q    Okay.  I would like to ask you some questions about
20   a company called Runyan Tax.  Are you familiar with that
21   in this investigation?
22   A    I am.
23   Q    There is a website that was referred to in some of
24   those text messages as www.Runyantax.com.
25        During your investigation, did you visit that
```

1   site?

2   A     I can't recall or I don't remember.

3   Q     Also, there is a Bank of America account related to

4   Runyantax.com in this investigation.  Are you familiar

5   with those records?

6   A     There is a Runyon Tax Services Bank of America

7   account.  Yes.

8   Q     And that the bank account is -- I guess the

9   signature on that bank account was the name Victoria

10  Kauichko.  I hope I am saying the name correct.

11  A     I believe so, yes.

12  Q     Okay.  Why don't I show you Exhibit 1P.

13            Does that look familiar to you?

14            This is already in evidence.

15  A     Yes, it does.

16  Q     I would like to move to page 3 of that document.

17            Down at the bottom this is a record that would

18  indicate that someone opened that bank account; correct?

19  A     Someone opened the bank account and then -- using

20  the name Victoria Kauichko.

21  Q     Yes.  And that is a physical signature; correct?

22  A     It appears to be so.

23  Q     During your investigation did you or the FBI go to

24  Bank of America to determine who signed that in Bank of

25  America?

```
 1   A      We didn't go to Bank of America in person, no.
 2   Q      Did you check any video camera that may have
 3   existed in Bank of America to determine who physically
 4   signed that document?
 5   A      Not that I recall specifically.  I know we
 6   requested video footage.  I can't recall if we did
 7   anything specifically for this signing.
 8   Q      So at this point, you had no video or photograph
 9   evidence from Bank of America to determine who opened
10   that account?
11   A      No, we don't.
12   Q      Would it be fair to say that a person, somebody,
13   walked in Bank of America and signed that document?
14   A      I mean, it is possible it is in person.  I mean, it
15   could be digital as well.
16   Q      When I look down at the bottom, there is a B of A
17   document number down at the bottom corner and a DOJ
18   document number.  Do you recognize those numbers?
19   A      Yes.  I believe those are our Bates numbers for
20   this document.
21   Q      When you say our Bates numbers, those are Bates
22   numbers or document numbers that were produced by the
23   government; correct?
24   A      The government, and yes, Bank of America.
25   Q      The government and Bank of America.  And when you
```

1    say "our," that is the FBI and the Department of Justice

2    here sitting at this table?

3    A       The investigative team.  Yes.

4    Q       Thank you.  I would now like to talk to you about

5    the investigation of Tamara Dadyan at her Weddington

6    home.  Are you familiar with that?

7    A       Yes.

8    Q       And are you familiar with the evidence that was

9    seized from that home?

10   A       Yes.

11   Q       And part of the seized evidence were a series of

12   driver's license; correct?

13   A       Yes.

14   Q       Driver's license that were not in Tamara Dadyan's

15   name; correct?

16   A       Yes.  They were all either fake or synthetic

17   individuals.

18   Q       When you say fake, that would mean taking the

19   identifications of some people and manufacturing

20   identifications; correct?

21   A       Correct.

22   Q       And these would be victims of identity theft;

23   correct?

24   A       I mean, without getting too legal -- I guess I

25   don't know.

1   Q    Okay.  So you do investigate identity theft for the

2   FBI; correct?

3   A    Yes.

4   Q    And part of the investigation into going into

5   Tamara Dadyan's house was allegations of identity theft;

6   correct?

7   A    Yes.

8   Q    And synthetic identities are -- why don't you

9   explain to us what these synthetic identities are.

10   A    So my understanding of what a synthetic identity

11   is, it is an identity that has been created or

12   manufactured generally using various people's information

13   to include -- in this instance what we saw were name,

14   date of birth and Social Security, and then there were

15   driver's license created with that information but

16   utilizing somebody's face, an address, height, weight,

17   eye color, hair color.

18   Q    And tell us what these fake identifications are.  I

19   guess there is a distinction between synthetic and fake.

20   A    Right.  So I suppose what I meant by fake was the

21   driver's licenses were fake, and we requested from the

22   DMV records just to determine if these actually existed

23   or were real, but the DMV came back and told us that, no,

24   they were in fact not real.

25   Q    Were the pictures that were depicted in some of

1    these identifications real -- of real people?

2    A    Yes.  To the best of my knowledge.

3    Q    Were you able to determine who the pictures -- who

4    the people depicted in those pictures were?

5    A    No.

6    Q    Did you try -- did the FBI try to determine who the

7    pictures -- who these people are in these pictures?

8    A    You mean like did we submit their photos for like

9    facial recognition?

10   Q    Absolutely?

11   A    No.  No, we did not.

12   Q    And why not?

13   A    At the time we didn't need to.

14   Q    Why don't I show you Exhibit 57B at page 8.

15         Just one moment, please.

16         Okay.  Do you recognize these photos as photos

17   that were seized from Tamara Dadyan's home during the

18   search in November 5th, 2020?

19   A    Yes.

20   Q    Do you recognize anyone in those photos?

21   A    The one in the upper left to me appeared to be

22   Tamara Dadyan.

23   Q    Those individuals that are depicted in there, do

24   they appear to you to be real people?

25   A    They do.  Yeah.

```
 1   Q      And were those people in your view part of the
 2   documents that were depicted in fake identifications?
 3   A      I mean, off the top of my head, maybe one or two of
 4   them I saw as represented in some of the driver's
 5   licenses we seized.
 6   Q      And it didn't occur to the FBI to determine whether
 7   any one of these people might be victims?
 8   A      No.  Not at the time.
 9   Q      And the FBI didn't look into any database to
10   determine whether the facial recognition of these
11   individuals, they might be victims?
12   A      Well, facial recognition is -- I mean, to say the
13   least, it's not -- sometimes it just doesn't work.
14   Q      But it would never work if you never try; isn't
15   that correct?
16   A      I suppose so.  Yes.
17          MR. JOHNSON:  I don't have any further questions.
18          THE COURT:  Okay.
19
20                   CROSS-EXAMINATION
21   BY MR. FENTON:
22   Q      Good morning, Special Agent Palmerton.
23   A      Good morning.
24   Q      Approximately when did you begin investigating PPP
25   and EIDL loan fraud?
```

```
 1   A     June of 2020.
 2   Q     And as part of your investigation over the course
 3   of the last year, did you investigate all of the eight
 4   defendants named in the first superseding indictment?
 5   A     Yes, I did.
 6   Q     And can you describe for the jury some of the
 7   investigative steps that you took as part of your
 8   investigation?
 9   A     Yes.  So open source research, requesting records
10   from banks, financial institutions, government entities
11   working with other agents, interviews, search warrants,
12   trash pulls, a variety of other things I can't recall.
13   Q     Let's talk first about documents.  You said that
14   you requested documents from financial institutions and
15   other places as well; correct?
16   A     Yes.  Financial institutions, mobile service
17   providers, IP providers.
18   Q     Approximately how many subpoenas were served in
19   this case?
20   A     I believe well over 500.
21   Q     And how many loan files did you review in
22   connection with your investigation?
23   A     Hundreds.
24   Q     And how many bank records did you review in
25   connection with this investigation?
```

```
 1    A      Hundreds as well.
 2    Q      Did you look into -- did you subpoena telephone
 3    records?
 4    A      Yes.
 5    Q      What telephone records did you subpoena?
 6    A      Telephone records associated with a number of the
 7    loans.
 8    Q      With the telephone numbers that are listed in the
 9    loans?
10    A      Yes.
11    Q      And were you able to link those telephone numbers
12    to some of the defendants?
13    A      Yes.
14    Q      Did you look at IP address information?
15    A      Yes.
16    Q      What did you find?
17    A      We found that in certain instances the IP addresses
18    came back to, in one instance subscriber records, as I
19    mentioned before, in the name of Artur Ayvazian,
20    subscriber records for Victoria Kauichko, and then also
21    some of it came back to VPNs.
22    Q      Do you recall approximately how many subpoenas you
23    served requesting IP address information?
24    A      I can't recall but it would have been dozens.
25    Q      And why is IP address information relevant to your
```

1    investigation?

2    A      Well, IP address or Internet protocol is generally

3    something that is assigned to a device.  And so to figure

4    out who the IP address was subscribed to or belonged to

5    would help us determine who in this instance may have

6    submitted a loan.

7    Q      But getting IP address information is not the only

8    way to make that determination; correct?

9    A      No, no.  You can follow the money.

10   Q      So tell us about that.  What did you do to follow

11   the money?

12   A      Yes.  So in this instance, I mean, as I said

13   before, we reviewed hundreds of bank records, and we were

14   trying to figure out who was behind submitting these loan

15   applications.  They appeared to be behind synthetic

16   identities.

17          And the one that comes to mind for me was

18   Iulia Zhadko.  That was one of the initial individuals or

19   synthetic identities we were looking into.

20          So in one instance we requested records.  We

21   saw that a fraudulent loan was deposited into an account

22   at Timeline Transport at Radius Bank.  From there I saw a

23   $110,000 wire transfer to an escrow company.

24          I reviewed records for that escrow company and

25   determined that $110,000 wire transfer was going to be

1  used to purchase 4910 Topeka, in the name of Richard

2  Ayvazyan and Marietta Terabelian.

3          There was an e-mail that appeared to be from

4  Richard Ayvazyan directing --

5          MR. RAM:  Objection, your Honor.  Move to strike.

6  Hearsay.  He is referring to an e-mail that was not in

7  evidence.

8          MR. FENTON:  Your Honor, that e-mail is in

9  evidence.

10          THE COURT:  Then if it is, the objection is

11  improper.  It is overruled.

12          MR. FENTON:  I would ask the witness to continue

13  his answer.

14          THE WITNESS:  That home was purchased in the name

15  of Richard Ayvazyan and Marietta Terabelian.  So that was

16  my first connection that Iulia Zhadko was Richard

17  Ayvazian using the alias Iulia Zhadko.

18          MR. RAM:  Objection, your Honor.

19          THE COURT:  On what ground?

20          MR. RAM:  He is giving his opinion.

21          THE COURT:  That is what you asked him to do.

22          MR. RAM:  And I wasn't allowed to, your Honor.

23          THE COURT:  Well, you did ask him questions about

24  his opinions.  And what this questioning is about, I take

25  it, is to allow the government to tell the jury what did

1    he do.

2          In other words, the cross-examination was

3    allowed because it may or may not be relevant for the

4    jury's determination as to whether or not the scope of

5    the investigation was adequate or not.  And now the

6    government is reviewing what he did do.

7          So review what he did do and keep it on track.

8          MR. FENTON:  Yes, your Honor.

9          May the witness finish his answer?

10         THE COURT:  Yes.

11         THE WITNESS:  Yes.  So again, in reviewing those

12   escrow records we saw the $110,000 was going to be used

13   for a deposit for the purchase of the residence 4910

14   Topeka in the name of Richard Ayvazyan and Marietta

15   Terabelian.

16         I again went back to the bank records for the

17   Radius Bank account and saw that those PPP funds were

18   also being sent to a company called Gentleman Timepieces.

19   We reached out to Gentleman Timepieces, and they were

20   actually initially unable to determine who the wires were

21   coming into.  We were requesting information for Iulia

22   Zhadko.

23         And when I was on the phone with them --

24         MR. RAM:  Objection.  Calls for hearsay.

25         THE COURT:  Overruled.  He is telling the jury

1    what he did.  In other words, you are attempting to

2    elicit how he conducted his flow of money analysis; is

3    that it?

4           MR. FENTON:  Absolutely, your Honor.  The original

5    question was how did you follow the money.

6           THE COURT:  You can't do that for every

7    transaction because we would be here for another week,

8    but is this one instance of how he did it?

9           MR. FENTON:  Yes, your Honor.

10          THE COURT:  All right.  Then, I will allow it for

11   that purpose only.

12          MR. FENTON:  So, your Honor, can the witness

13   complete his answer?

14          THE COURT:  Yes.

15          THE WITNESS:  So in speaking with Gentleman

16   Timepieces, they were initially confused because we had

17   requested information --

18          MR. RAM:  Objection.  Hearsay as to the extent he

19   is relating the conversation to the third party.

20          THE COURT:  Overruled.

21          THE WITNESS:  I was speaking specifically with

22   Andrew Farrer at Gentleman Timepieces, and he was

23   confused, as we had requested information relating to

24   Iulia Zhadko.  That money was coming from an account in

25   the name of Iulia Zhadko.

```
 1              And when I specified and said it was a $25,000
 2   wire transfer, he looked at the records, and what I
 3   recall him specifically saying, oh, you mean Richard.
 4         MR. RAM:  Objection.  Hearsay.  Confrontation
 5   issue.
 6         THE COURT:  We are getting into a lot of detail
 7   about conversations.  Why can't the questioning be more
 8   pointed to just what he did.  Not in that detail.
 9         MR. FENTON:  Your Honor, I just asked the witness
10   how he found the money.  He is just completing his
11   answer.  Mr. Ram has interrupted him about five times
12   now.
13         THE COURT:  Just ask him what he did.  I mean, how
14   he went about following the money.
15         MR. FENTON:  Can he just complete his -- he was
16   about to complete his answer?
17         THE COURT:  No, no.  Ask him the questions in the
18   format I have suggested.
19   Q    BY MR. FENTON:  Special Agent Palmerton, how did you
20   go about following the money?
21   A    We followed the money by reviewing bank records and
22   transactions that linked the synthetic identities with
23   real individuals.
24   Q    And what type of -- what type of companies did
25   you -- did you conduct interviews in connection with your
```

1   efforts to follow the money?

2   A      Yes.

3   Q      Who did you interview, if anybody?

4   A      We interviewed representatives from Gentleman

5   Timepieces.

6   Q      And did you interview anyone from escrow companies?

7   A      Yes.

8   Q      How about furniture dealers?

9   A      Yes.

10  Q      Jewelry dealers?

11  A      Yes.

12  Q      Did you conduct other interviews of other witnesses

13  in connection with your investigation in this case?

14  A      Yes.

15  Q      Approximately how many other witnesses did you

16  interview?

17  A      It was dozens.  Dozens of witnesses.

18  Q      Did you conduct surveillance?

19  A      Yes.

20  Q      What did you conduct surveillance on?

21  A      We conducted surveillance on the residences that

22  were purchased with fraudulent PPP proceeds as well as

23  individuals we that believed were behind the fraudulent

24  loans.

25  Q      And did you personally conduct that surveillance?

1   A      I personally conducted some of the surveillance and

2   we also had our surveillance group conduct the

3   surveillance.

4   Q      And what did you learn as a result of the

5   surveillance that you conducted?

6   A      That -- well, for instance, one of the properties

7   purchased at 834 Calle La Primavera, it appeared to be

8   Marietta's sister Gohar Terabelian was living at that

9   residence.

10  Q      And whose name was that residence purchased in?

11  A      It was in the name of Iulia Zhadko.

12  Q      So it was purchased in the name of Iulia Zhakdo,

13  but your surveillance showed that Gohar Terabelian lived

14  the house?

15  A      Yes.

16  Q      And that is Marietta's sister?

17  A      Yes.

18  Q      As part of your investigation, did you search

19  defendants' homes?

20  A      Yes.

21  Q      Or at least some of the defendants; correct?

22  A      Yes.

23  Q      And which defendants' homes did you search?

24  A      I searched Richard Ayvazyan and Marietta

25  Terabelian's house.

1   Q      And when you searched that house, did you seize

2   routers?

3   A      We did.

4   Q      And did the FBI make efforts to analyze the data to

5   determine if there is any data on those routers?

6   A      Yes.  We did.

7   Q      And what did you find?

8   A      We found that the router logs had been turned off

9   so IP information was not or could not be retained.

10          MR. RAM:  Objection, move to strike.  Speculation.

11  No foundation.

12          THE COURT:  Overruled.

13  Q   BY MR. FENTON:  Yesterday, Mr. Ram asked you whether

14  you looked into the criminal history for Manuk Grigoryan.

15          Do you remember that?

16  A      Yes.

17  Q      Did you look into the criminal histories of the

18  defendants?

19  A      Yes.

20          MR. RAM:  Objection, your Honor.  Improper

21  testimony.  Ruling of the Court.

22          THE COURT:  Overruled.  I mean, sorry.  My

23  apologies.  Objection sustained.

24  Q   BY MR. FENTON:  As part of the investigation, you

25  said that you investigated Richard Ayvazyan; correct?

```
 1   A      Yes.

 2   Q      And you also investigated Manuk Grigoryan?

 3   A      Yes.

 4   Q      Did you investigate whether Richard Ayvazyan was

 5   working with Manuk Grigoryan to fraudulently submit PPP

 6   and EIDL loan applications?

 7   A      Yes.

 8   Q      What did you find?

 9   A      Well, we interviewed one witness.  Again, this is

10   going back to the purchase of the Calle La Primavera

11   property.  She identified that Richard was --

12        MR. RAM:  Objection, your Honor.  Hearsay.

13   Confrontation issues.  This is completely beyond --

14        THE COURT:  The question was did you investigate

15   the relationship between Richard Ayvazyan and Grigoryan.

16   He said yes.  And then you can ask him generally what he

17   did in pursuit of that.

18        MR. FENTON:  Yes, your Honor.

19        THE COURT:  I will ask.  What did you do generally

20   to pursue the relationship, if any, between those two

21   defendants.

22        THE WITNESS:  Yes.  In addition to reviewing the

23   evidence from the search warrants, flows of funds and

24   text messages as well as interviews of witnesses, we

25   determined that there was a working relationship between
```

```
 1   them.
 2         THE COURT:  Okay.  And whatever the evidence is,
 3   the evidence is there.  The parties can argue at the
 4   appropriate time.  Let's not have him review it.
 5         MR. FENTON:  Thank you, your Honor.  We will move
 6   on.
 7   Q     BY MR. FENTON:  Special Agent Palmerton, I would
 8   like to show you government Exhibit 300.
 9         MR. RAM:  Your Honor, we move to exclude any
10   discussion of this late-produced discovery.  What they
11   are marking is 300.
12         THE COURT:  I don't know what it is and I can't
13   rule until it is identified and there is some basis for
14   me to consider the objection.
15         MR. FENTON:  Your Honor, this is the issue that we
16   took up yesterday.
17         THE COURT:  I don't remember.  There were so many
18   issues.  You will have to just begin at a point and hope
19   I can focus on the issue.
20   Q     BY MR. FENTON:  So earlier Mr. Ram asked you
21   questions about whether or not you looked into IP
22   addresses; correct?
23   A     Correct.
24         MR. RAM:  Objection.  Beyond the scope.  And that
25   is not true.  We did not discuss --
```

```
1          THE COURT:  Don't say it is true or not true.
2    Just make an objection.  What is the basis of your
3    objection, legal grounds?
4          MR. RAM:  Beyond the scope of the direct.
5          THE COURT:  Overruled.
6          MR. RAM:  And misstates.
7          THE COURT:  Overruled.
8    Q    BY MR. FENTON:  So Special Agent Palmerton,
9    yesterday Mr. Ram asked you about your investigation into
10   IP addresses; correct?
11   A    Yes.
12   Q    And did you look into other Internet activity,
13   whether there is other Internet activity by the
14   defendants other than just IP address information.
15   A    Yes.
16   Q    Okay.  Showing you -- Mr. Cruz, can we show the
17   exhibit just to the witness, please?
18         THE COURT:  Why do you have to show him the
19   exhibit?  Why can't you just ask him -- the point of this
20   whole thing is not to have the witness review the whole
21   case.
22              I mean, the jury will make its determination
23   at the appropriate time.  The point is to just allow the
24   parties to ask this witness what did he or what he didn't
25   do, and the investigation.  So just keep it on that
```

```
 1    level.

 2            MR. FENTON:  All right.  We will move on.

 3    Q     BY MR. FENTON:  Earlier Mr. Ram asked about a

 4    transaction at Lamps Plus.  Do you recall that?

 5    A     I do.

 6    Q     And he asked you whether or not that transaction

 7    took place on October 13; correct?

 8    A     Correct.

 9    Q     Okay.  And you said that transaction did not --

10            THE INTERPRETER:  I am so sorry.  Please slow down

11    just a tad, please.  Thank you.

12            THE COURT:  You are speaking too quickly.  You

13    know, my aged brain works slowly.  So see if you can't

14    slow it down.

15            Go ahead.

16            MR. FENTON:  Yes, your Honor.

17    Q     BY MR. FENTON:  And you testified that you had

18    actually looked into that transaction; correct?

19    A     Yes.

20    Q     And that transaction took place on what date?

21    A     August 21st of 2020.

22    Q     So that was approximately two-and-a-half months

23    before Richard Ayvazian and Marietta Terabelian left the

24    country to go to Turks and Caicos; correct?

25    A     Yes.
```

```
 1   Q     So they were in the country at the time; correct?

 2   A     Yes.  To the best of my knowledge.

 3   Q     Did you investigate --

 4         THE COURT:  Why are you getting into substance

 5   just as the defendants?  The substance may be relevant to

 6   a point of why something was done or not, but that was

 7   unnecessary.

 8         MR. FENTON:  I just have a few more questions,

 9   your Honor.  Then I will wrap up.

10         THE COURT:  Get to it and let's get through with

11   this witness.

12   Q     BY MR. FENTON:  As part of your investigation, did

13   you investigate where Artur Ayvazian lived?

14   A     Yes.

15   Q     And what, if anything, did you determine?

16   A     Well, when we pulled up his DMV records, the

17   license, his license had the 17450 Weddington address, at

18   that location.

19   Q     And that was the house that you searched; correct?

20   A     Correct.

21   Q     By you I mean the FBI; correct?

22   A     Yes.

23   Q     Earlier Mr. Mesereau asked you if you had pulled

24   Artur Ayvazian's tax returns; right?

25   A     Yes.
```

```
1    Q     This is not a tax case; correct?

2    A     It is not a tax case.

3    Q     And do you know whether you are able to pull tax

4    returns in a case that is not a tax case, in a nontax

5    case?

6    A     I am not able to do that.

7          MR. FENTON:  Thank you.  No further questions.

8          THE COURT:  Very briefly.

9          MR. RAM:  Yes.

10         THE COURT:  Very briefly.

11

12                    RECROSS-EXAMINATION

13   BY MR. RAM:

14   Q     You just testified a moment ago about Lamps Plus.

15   Do you remember that?

16   A     Yes.

17   Q     And you told the jury you called someone, and the

18   transaction you found out happened on August 21, which

19   was more than a month-and-a-half before the defendant

20   Richard Ayvazyan was out of the country; correct?

21   A     Yes.

22   Q     Let's pull up Exhibit 1R, which is the bank

23   statement for the account at issue.  Why don't we start

24   with page 15.  Actually let's start with page 7 this

25   time.
```

```
 1              I think if we blow up this box here.  Okay.
 2              Specifically, three lines down, there is a
 3    transaction.  See it there?  Can we blow up just the top
 4    part there.
 5              Okay.  Now on August 24th, meaning when it
 6    hits the account, there is a transaction for August 21st
 7    at Lamps Plus with a code of 46 in Rancho Mirage,
 8    California for the card ending in 3537; right?
 9    A    Yes.
10    Q    And that is the Zhadko account we have been talking
11    about?
12    A    Yes, it is.
13    Q    Specifically the Chase Account?
14    A    Yes.
15    Q    Ending in 5268?
16    A    Yes.
17    Q    And so when you called the representative, you
18    indicated she said the purchase was actually made on
19    August 21st; right?
20    A    Yes.
21    Q    And that is the transaction you were talking about?
22    A    Well, yes.  So the records indicated that there
23    were multiple purchases made on that date, and the reason
24    that it showed up on October 13th was because that is
25    when the package was shipped from the location.
```

```
 1   Q     Well, let's look at the bank statement instead of

 2   your hearsay statement.

 3         MR. FENTON:  Objection, your Honor.

 4   Argumentative.

 5         THE COURT:  Don't do that.  I mean, why do you

 6   interject your opinion about the quality of the

 7   statement?  You have done that frequently, and it is

 8   improper.  Just ask questions.  You can make all these

 9   arguments to the jury at the right time.

10         MR. RAM:  Okay, your Honor.

11   Q     BY MR. RAM:  So this is the transaction for

12   August 21; right?

13   A     I believe one of the transactions.  Yes.

14   Q     Okay.  Now let's jump ahead to page 15.  Let's blow

15   up the area where it says October 14th ATM transaction.

16         Now, there is a separate transaction which

17   lists 10/13, Lamps Plus, which hit the account on 10/14.

18   Do you see that?

19   A     Yes.  This is the August 21st transaction, though.

20   Q     Well, are you aware that the representative you

21   spoke to said someone picked up the package on

22   October 13th?

23         MR. FENTON:  Objection, your Honor.  That is

24   hearsay.

25         THE COURT:  Overruled.
```

```
 1            MR. FENTON:  Assumes facts not in evidence.

 2            THE COURT:  What does aware mean?  Why don't we

 3    just ask the question in the format did he further

 4    investigate the issue beyond contacting this consecutive

 5    at Lamps Plus.

 6            MR. RAM:  Yes, your Honor.

 7    Q    BY MR. RAM:  Did you further investigate and learn

 8    that a package was picked up at Lamps Plus?

 9            THE COURT:  Did he further investigate it.  Don't

10    ask him that question in that format.  Ask him a

11    foundational question.  Did you further investigate the

12    issue of this Lamps Plus transaction beyond that which

13    you told us about.

14            THE WITNESS:  Yes.

15            THE COURT:  And tell us what you did.

16            THE WITNESS:  So I made a follow-up call to look

17    into this transaction and determined at that somebody by

18    the name of Samantha Perk or Kirk picked up the package

19    on -- I can't recall the date.  It must have been the

20    13th.

21    Q    BY MR. RAM:  Of October?

22    A    Of October.

23    Q    Thank you.

24            MR. RAM:  No further questions.

25                Actually one further question, your Honor.
```

```
 1   Q     BY MR. RAM:  You testified quite a bit a moment ago
 2   about flow of funds as being one of the foundations to
 3   your investigation, yes?
 4         MR. FENTON:  Objection, your Honor.  Misstates
 5   testimony.
 6         THE COURT:  He didn't say anything about
 7   foundation.  That is your word.
 8         MR. RAM:  Sure.  Let me ask --
 9         THE COURT:  Just one minute.
10         MR. RAM:  Sorry, your Honor.
11         THE COURT:  He testified that he did examine the
12   flow of funds.  With that in mind, you can a question.
13   Q     BY MR. RAM:  Okay.  And flow of funds was very
14   important to your investigation; is that right?
15   A     Yes.
16   Q     Okay.  But you did not look at account balances
17   prior to March of 2020 with regards to the entities and
18   individuals you were investigating; correct?
19   A     No.  Because --
20   Q     So the answer to that question is no; right?
21         All right.  And further, you did not obtain
22   evidence as to whether any of the defendants had
23   knowledge that actual PPP funds were moving as opposed to
24   funds from other ventures; true?
25         MR. FENTON:  Objection.  Argument.
```

```
 1              THE COURT:  He can answer "yes" or "no."

 2              THE WITNESS:  Can you restate the question?

 3   Q   BY MR. RAM:  Sure.  You didn't investigate or obtain

 4   any evidence that the defendants actually knew that PPP

 5   funds were moving between their accounts as opposed to

 6   funds from other ventures related to the same entities

 7   and individuals?

 8              MR. FENTON:  Objection.

 9              THE COURT:  Objection sustained.

10              MR. RAM:  No further questions, your Honor.

11              MR. FENTON:  Your Honor, just a brief redirect.

12              THE COURT:  I mean, we have to get through with

13   this witness.  I think the parties have had a fair

14   opportunity to deal with the witness.  Make it very

15   brief.

16              MR. FENTON:  Can we put government's Exhibit 1R,

17   page 15?

18

19                   RECROSS-EXAMINATION

20   BY MR. FENTON:

21   Q    Special Agent Palmerton -- Mr. Cruz, can you allow

22   us to display the exhibit to the courtroom?

23              THE CLERK:  Do you want it just to the witness?

24              MR. FENTON:  No, to the entire courtroom.

25                   It has not come up yet.
```

```
 1          THE CLERK:  It would be on your end.  The monitors
 2   are all on.
 3   Q    BY MR. FENTON:  Special Agent Palmerton, I am
 4   showing you the document that Mr. Ram just showed you.
 5   This is government Exhibit 1R at page 15.
 6          Do you see this?
 7   A    Yes.
 8   Q    And I am going to ask Ms. Paul to magnify that
 9   transaction again on October 13th.  And can you take a
10   look to the far right there where it reads the card
11   number?
12          Can you tell what that card number reeds?
13   A    3537.
14   Q    I am now going to show you what was previously
15   admitted as government Exhibit 76, or a portion of what
16   was government Exhibit 76.
17          MR. RAM:  Your Honor, this is beyond the scope
18   now.
19          THE COURT:  Overruled.
20   Q    BY MR. FENTON:  Special Agent Palmerton, do you
21   recognize this card as one of the cards that was seized
22   from --
23          THE COURT:  You are asking him -- this is all
24   matters that you can argue to the jury.  There is no
25   restriction on that if it is in evidence.  And you are
```

1    reviewing as other parties have, not just what he did or

2    didn't do, but the parties are trying to make their

3    respective points heard through the witness, and the

4    point of it is to do it in final argument.

5            All right.  No further questions.

6            Next witness.  Is the next witness the one

7    that we discussed after the jury left yesterday?

8        MR. FENTON:  Yes, your Honor.

9        THE COURT:  Pass on that witness for the moment.

10   I will take that up without wasting the jury's time.

11           Let's get to another witness.

12       MR. JOHNSON:  Your Honor, may I ask that we take

13   the --

14       THE COURT:  No.  You may not.

15       MR. MESEREAU:  Your Honor, the defense will call

16   Mr. Artur Ayvazian.

17       THE COURT:  Well, if you are going to call Artur

18   Ayvazian -- am I reading the clock correctly?  Is it

19   10:34?

20       THE CLERK:  Yes, your Honor.

21       THE COURT:  All right.  Let's take 10 minutes, and

22   then we will hear from the next witness.

23       (The following proceedings were held outside the

24       presence of the jury:)

25       THE CLERK:  Please be seated.

```
 1          THE COURT:  We are outside the presence of the
 2   jury.  Let me take up that matter now that was raised
 3   yesterday.  You have an objection to the summary,
 4   Mr. Fenton.  Can I hear your objection get to the point
 5   if you can?
 6          MR. FENTON:  I can do that, your Honor.
 7              The objection is that we were provided notice
 8   about the summary chart exhibit literally moments before
 9   we walked into the courtroom and were powering down our
10   e-mails.
11          THE COURT:  One second.  I understood yesterday
12   one of the counsel to say that -- I don't know why I
13   remember this, but he said at 12:37 yesterday afternoon
14   he gave the summary chart to you; is that correct?
15          MR. FENTON:  That is not exactly accurate.  At
16   12:47 they e-mailed it to us as we were coming back into
17   the courtroom.
18          THE COURT:  Slow down.  Would you, please?
19              So then are you saying that because it was
20   e-mailed to you and you were here, you didn't see it
21   until the court was concluded?
22          MR. FENTON:  That's correct, your Honor.
23          THE COURT:  So when did you first see it?
24          MR. FENTON:  We saw it -- well, we first learned
25   about it when Mr. Keough raised it at the end of the day.
```

```
 1          THE COURT:  But when did you first see it?

 2          MR. FENTON:  We first saw it when we got back to

 3   our offices about 6:00 o'clock.

 4          THE COURT:  All right.  So aside from the short

 5   notice, what is it about the summary chart that would

 6   become a 1006 issue?

 7          MR. FENTON:  This chart fails to meet any of the

 8   basic prerequisites for admissibility.  The summary chart

 9   exhibits are incomplete.  They do not contain dates so

10   you can't tell what dates are being referenced on this

11   chart.

12          It does not purport to summarize voluminous

13   information, which is the purpose behind Rule 1006.

14          THE COURT:  So, how many transactions does the

15   chart purport to summarize?

16          MR. FENTON:  It purports to summarize a couple

17   dozen.

18          THE COURT:  Okay.  And do you recognize the

19   transactions it purports to summarize?

20          MR. FENTON:  Well, your Honor, the problem is that

21   there are no dates in this chart.  And I cannot --

22          MR. KEOUGH:  Your Honor, if I may speak on this

23   issue.

24          THE COURT:  One second.  I will get to the

25   proponent's position in a moment, but what about the
```

```
1    underlying documents.  Does the chart have a column for
2    the underlying documents.
3          MR. FENTON:  It does, your Honor.  And some of
4    those underlying documents --
5          MR. KEOUGH:  Your Honor, would it be helpful --
6          THE COURT:  If you interrupt one more time, I am
7    going to lose my patience.
8          MR. FENTON:  Some of those underlying documents
9    have not --
10         THE COURT:  Now, who are you who is standing up
11   all the time and interrupting?  What is your name?
12         MR. KEOUGH:  My apologies.  Michael Keough.
13         THE COURT:  Don't do that anymore.  Go ahead.
14         MR. FENTON:  Thank you, your Honor.  Some of the
15   documents -- the underlying documents have not been
16   provided to the government by the time they provided the
17   chart.
18         THE COURT:  Which underlying documents?  Can you
19   identify the documents that are referenced in the chart
20   that were not provided to you by the defendants?
21         MR. FENTON:  Defense Exhibit 19, 102 and 103.
22         THE COURT:  And what does the summary chart
23   purport, from your understanding, to represent?
24         MR. FENTON:  I think it is very confusing, your
25   Honor.  It purports to represent how certain IP addresses
```

```
 1    were used, but I think that what is missing from most of
 2    the summary chart is the fact that --
 3          THE COURT:  One second.  How IP address were used.
 4    Can you give me more detail about that?
 5          MR. FENTON:  For Venmo accounts.
 6          THE COURT:  Let me see the chart.  Hand it up.
 7              Not you.  Okay.
 8              If you have the chart, give it to me.
 9              Let me see the chart.
10          MR. FENTON:  Michael, can you provide us a copy of
11    the chart that you just handed to the judge?
12          MR. KEOUGH:  It is the same one.
13          MR. FENTON:  Can you just provide a copy, please.
14          THE COURT:  Is the chart -- does it contain four
15    pages?  Is that the full chart?  Four pages.  That is
16    what I have, four pages.
17          MR. KEOUGH:  Your Honor, may I answer the
18    question?
19          THE COURT:  Yes.
20          MR. KEOUGH:  There are two exhibits.  The first
21    one is the one you just referenced with four pages.  And
22    then there is a second exhibit that just has a single
23    page.
24          THE COURT:  So let me start in a different way.
25    Maybe I should have done that at the outset.  Can you
```

1  briefly tell me what this purports to represent?

2       MR. KEOUGH:  Yes, your Honor.  The chart lists IP

3  addresses that were produced in discovery in this case.

4  And then the chart lists the references to those IP

5  addresses in certain government and defense exhibits that

6  have been admitted into evidence, all of which were

7  produced from the government to the defense during the

8  course of discovery.

9       THE COURT:  So what is the point of it.  How does

10  it advance your position?

11       MR. KEOUGH:  So the chart is helpful for two

12  reasons.  First of all, the defense and government

13  exhibits span hundreds of pages, loan files, bank records

14  that are voluminous.

15            And the second reason is that it shows where

16  certain IP addresses were used to access certain accounts

17  or whether they were used to submit certain loan

18  applications so the jury can see where IP addresses were

19  used in certain documents they have seen in the case.

20       THE COURT:  But, is the summary selective?  I

21  mean, it doesn't include all the loan applications and

22  their relationship to IP addresses; correct?

23       MR. KEOUGH:  Correct, your Honor.  It only

24  contains these five IP addresses that have come up

25  frequently throughout the case.

```
 1          THE COURT:  And it appears in the description
 2   column to have summaries within summaries.  I see the
 3   word summary within summaries.
 4          MR. KEOUGH:  So, your Honor, the description
 5   column was taken -- for the most part taken straight from
 6   the document.  So I mean, for example, Venmo account --
 7          THE COURT:  I mean, like, for example, I am
 8   looking at the single-page exhibit.  I have two things
 9   marked DX1100-1.  Is that a separate document?
10          MR. KEOUGH:  Yes.
11          THE COURT:  And then there is a DX1000.  I see.
12   So the DX1100-001 is the separate document; correct?
13          MR. KEOUGH:  Correct, your Honor.  There are two
14   exhibits.
15          THE COURT:  And within that document, there are
16   summaries; correct?  I see something with application IP
17   address the, second from the bottom, intake application
18   summary.  Where did that summary come from?
19          MR. KEOUGH:  Sorry, your Honor.  I see what you
20   are saying.  So "Intake Application Summary" I believe is
21   the title of the page in GX6H.
22          THE COURT:  So what is the purpose of the summary
23   chart?  It is trying to link IP addresses to a loan
24   application?
25          MR. KEOUGH:  And to bank accounts and other
```

 1  documents that the government has used.

 2       THE COURT:  Say that again more clearly.

 3       MR. KEOUGH:  Yes, your Honor.  The purpose of the

 4  chart is to show IP addresses that have been referenced

 5  in this case and then list the references to those IP

 6  addresses in government and defense exhibits so that the

 7  jury can see from the large number of exhibits that are

 8  going to go back with them rather than having to turn

 9  through and find these IP addresses.  The IP addresses

10  are listed here in the chart as a summary.

11       THE COURT:  The IP addresses in terms of what?

12       MR. KEOUGH:  Where they appear in the exhibits.

13  So if the IP address, just for an example, appears in,

14  say, three bank accounts and two loan applications, it

15  appears on the chart here to show which exhibits the jury

16  can reference to find those IP addresses.

17       THE COURT:  I see.  All right.  Let me hear from

18  the government on that.

19       MR. FENTON:  So, your Honor, there are two primary

20  problems with this.  One is that there are no dates on

21  this chart.  Without having any dates, there is no way

22  for the jury to find the actual references in this chart,

23  and they may not be accurate.  We have no way to actually

24  check to see if the contents of this is in any way

25  accurate because there is no information about when these

```
 1    events purportedly happened.
 2              The second principal issue is if you look at
 3    the subscriber information at the top of right under the
 4    IP address, for the majority of these charts there is no
 5    subscriber information, which means that this information
 6    is not helpful to the jury because it doesn't actually
 7    say who that IP address would tie back to.
 8         THE COURT:  Okay.  Let's take the recess.  Seven
 9    minutes.
10         (Recess from 10:47 a.m. to 10:59 a.m.)
11         (The following proceedings were held in the
12          presence of the jury:)
13         MR. RAM:  Should we call our witness, your Honor?
14         THE COURT:  We have to deal with the chart.
15         MR. RAM:  Yes.
16         THE COURT:  My ruling is such that you will not
17    need that witness, but I will explain it outside the
18    presence of the jury.  So that means we have another
19    witness.
20         MR. MESEREAU:  Yes.  Thank you, your Honor.  The
21    defense will call Mr. Artur Ayvazian.
22         (The witness was sworn.)
23         THE CLERK:  State your full name and spell it for
24    the record.
25         THE WITNESS:  Artur Ayvazian, A-R-T-U-R, last name
```

```
 1   A-Y-V-A-Z-I-A-N.

 2          MR. MESEREAU:  May I proceed, your Honor?

 3          THE COURT:  Yes.

 4          MR. MESEREAU:  Thank you.

 5

 6                    DIRECT EXAMINATION

 7   BY MR. MESEREAU:

 8   Q    Good morning, Mr. Ayvazian.

 9   A    Good morning, Mr. Mesereau.

10   Q    How old are you?

11   A    I am 41 years old.

12   Q    Where do you live?

13   A    I live in Encino, California.

14   Q    What is the address?

15   A    17450 Weddington Street, Encino, California 91316.

16   Q    And that is the home that was searched in this

17   case; correct?

18   A    Correct.

19   Q    How long have you lived in that home?

20   A    I have been residing there since 2006.

21   Q    And do you own that home?

22   A    No, I do not.

23   Q    Have you ever owned the home?

24   A    No, sir.

25   Q    Have you ever signed any document relinquishing any
```

1    interest in the home?

2    A     At the time of the purchase, my wife made me sign

3    something that I am not a part of that house.  I don't

4    recall what it was.

5    Q     And you are married?

6    A     Yes.

7    Q     And who are you married to?

8    A     Tamara Dadyan.

9    Q     And how long have you been married to Tamara

10   Dadyan?

11   A     Sixteen years.

12   Q     And you have two children?

13   A     Yes.  Two wonderful children.

14   Q     Now, could you briefly -- very briefly summarize

15   your education?

16   A     When I came to this country in 1989, I went through

17   third grade all the way up to 10th grade, and then I

18   dropped out of high school.

19   Q     And could you briefly summarize your work history?

20   A     I have been working all my life.  Came here in

21   1989.  I was nine years old.  I started working when I

22   was 12 years old.  I started passing out pizza flyers $4

23   a hour for two hours a day.

24              I have had random jobs, car wash jobs,

25   restaurants, fast food places.  Just a lot of jobs.

1    Supermarkets, seafood jobs, trucking.  I have done a lot

2    of jobs.

3    Q     Okay.  Now, let me ask you about the seafood job.

4    A     Yes.

5          THE COURT:  Keep your voice up just a little bit,

6    Mr. Mesereau.

7          MR. MESEREAU:  Sorry, your Honor. Yes.

8    Q     BY MR. MESEREAU:  You were in the seafood business

9    at one point, were you not?

10   A     Correct.

11   Q     Could you please tell the jury what you did?

12   A     I had a partner, Thanh Tran.  He was one of my best

13   friends for 18 years.  We went to Louisiana to establish

14   a seafood company by process and resell seafood.

15          And we went to Louisiana.  We established a

16   good company.  We brought a lot of seafood.  We processed

17   it, packed it, shipped it to Los Angeles to the accounts

18   that my friend held with all the restaurants here in

19   Alhambra.

20          And we were there for I believe six months and

21   then the oil spill happened and just destroyed us.

22   Q     And when you were in that business, did you make

23   money?

24   A     We made enough money to get by, and we -- no, we

25   didn't.  It was not enough time for us to get

 1   established.

 2   Q     Did anyone help you financially with that business?

 3   A     Yes.  My brothers helped me out a lot in that

 4   business.

 5   Q     And how many brothers do you have?

 6   A     You have I one, on older brother.

 7   Q     And is that Richard?

 8   A     Yes, sir.

 9   Q     He helped you financially with those business

10   obligations; correct?

11   A     Yes.  He has always been there for me.

12   Q     Now, at some point you got into the trucking

13   business; correct?

14   A     Correct.

15   Q     Could you please tell the jury what you did?

16   A     I started my own trucking company.  I went to

17   school.  I got my trucking license.  I borrowed money

18   from my brother to establish my business, and I purchased

19   my truck and I have been trucking ever since.

20   Q     And are you a truck driver yourself?

21   A     Yes, sir.

22   Q     And you still a truck driver?

23   A     Yes, sir.

24   Q     And what kind of hours could you keep?

25   A     Long hours.  The Federal Motor Carrier

```
 1   Administration only allows you to work 14 hours a day,
 2   and from that 14 hours a day you can only drive 11 hours,
 3   but by the time I am done with my shift it is always 16,
 4   17 hours, sometimes longer.
 5   Q     And what year did you start your trucking company?
 6   A     Back in 2012.
 7   Q     And how did you start it?
 8   A     I filed for a DBA.  I had my commercial license
 9   that time.  Once I got my DBA, I filed for my permits.  I
10   got my permits and I got my insurance active and I
11   started working.
12   Q     And how many trucks have you ever owned at one
13   point?
14   A     Back in the days, I have done local towing.  I
15   believe it was 2006, I want to say.  I am not sure.  I
16   did local towing for the City.  I have had three trucks
17   at that time.  But when it came to 18-wheeler trucking, I
18   have only maintained one truck, but I have owned couple
19   of trucks.  One of them the motor went bad and I had to
20   purchase another one.
21   Q     And do your trucks identify the company?
22   A     Yes, sir.  They have to.
23   Q     Why is that?
24   A     For the Department of Transportation to recognize
25   who you are and what you are hauling and if your permits
```

```
 1   are allowed for you to hold certain cargo.

 2   Q      And what do your trucks say on the outside?

 3   A      My company name, Allstate Towing and Transport.

 4   Q      Now, has that company gone through some changes?

 5   A      Yes.

 6   Q      Please tell the jury.

 7   A      We went from being a sole proprietorship into an

 8   LLC.

 9   Q      What is an LLC?

10   A      A corporation.

11   Q      Has anyone ever owned it but you?

12   A      No, sir.

13   Q      Has anyone else ever driven trucks for the company

14   but you?

15   A      Yes.

16   Q      Who?

17   A      I have had numerous drivers come and go, but no one

18   ever stuck to the company due to various reasons.  They

19   can't drive 13-speed auto transmission.  The insurance

20   didn't accept them.  We didn't get along.  They weren't

21   communicative.  They weren't doing their job properly.

22          So these drivers came and left.  Two days, one

23   day, three days max, then I had to let them go.

24   Q      And does the company currently have employees?

25   A      Yes.  Myself.
```

```
 1    Q      And let's go back to the period of March through
 2    August, 2020.
 3    A      Okay.
 4    Q      Was the company in existence?
 5    A      Yes.
 6    Q      Were you in charge of the company?
 7    A      Yes, sir.
 8    Q      Did the company have employees?
 9    A      Yes.
10    Q      And please explain who they were.
11    A      Myself.
12    Q      Anyone else?
13    A      I have had couple of drivers.  Yes.
14    Q      Now, I gather you have had trouble keeping drivers;
15    correct?
16    A      Yes, sir.
17    Q      And when you try to test a driver to see if they
18    are going to be a good employee, what do you do?
19    A      I put them behind the wheel and they have to
20    perform certain things, backing up, shifting gears,
21    knowing the law, and that is it.  Paying attention.
22    Q      Do the employees have to have certain licenses?
23    A      Yes, of course.  They need to have a commercial
24    license.
25    Q      Is there any other license they have to have?
```

```
 1   A      It is optional.  They could get hazmat endorsement
 2   or doubles or triples to put doubles trailers, things
 3   like that.
 4   Q      Do they have to go through any type of medical
 5   testing?
 6   A      Yes, of course.
 7   Q      Please tell the jury what you mean.
 8   A      First thing they got to be involved is in the drug
 9   and alcohol program, which require a commercial license.
10   On top of that, you need to, through the DMV every two
11   years, you need to go for a medical exam to get checked
12   out and stuff.
13   Q      Does your company have to cover -- excuse me, does
14   your company have insurance?
15   A      Yes, of course, sir.
16   Q      What kind?
17   A      Minimum of $1 million liability insurance, and
18   depending on the freight broker you are working with,
19   they require cargo insurance and also your physical
20   damage insurance, which is your truck and trailer.
21   Q      And do you own these trucks or lease them?
22   A      I have owned them, but I have financed them before,
23   and I have paid them off.
24   Q      And how do you finance them?
25   A      Well, my credit is not the greatest in the world so
```

```
 1   I really don't have much options and I try to find

 2   companies that do inhouse financing.  And with certain

 3   amount of down payment, they close their eyes and they

 4   finance you.

 5   Q     Now, has the company been profitable?

 6   A     Yes.  Yes.  It has been growing.

 7   Q     And is it profitable today?

 8   A     Not at the moment.

 9   Q     And let me ask you about the period March through

10   August of 2020.  Was the company profitable?

11   A     No, sir.

12   Q     Please explain what you mean.

13   A     Well, 2019 I did great.  I made a lot of money in

14   2019.  As soon as 2020 came, I went from making 130

15   something thousand to $30,000.

16            Once the pandemic hit, I was just devastated.

17   There was no jobs.  The receivers weren't working.

18   Nobody was going to work.  I was having very hard time

19   finding loads to move.

20   Q     Now, when you say you went from 130 to 30?

21   A     Yes, sir.

22   Q     Is that net profit?

23   A     No, that is gross profit, sir.

24   Q     Please explain what you mean.

25   A     Yeah.  130 minus diesel costs, wear and tear, you
```

1    probably net somewhere in about 85 to $90,000.

2    Q      Have you ever been in the real estate business?

3    A      No, sir.

4    Q      Have you ever had a real estate license?

5    A      No, sir.

6    Q      What business is your wife in?

7    A      Real estate.

8    Q      And has she been in that business since you were

9    married?

10   A      I believe so, yes.  So 20 years now.

11   Q      Where does your wife operate that business?

12   A      She works from home, sir.  She has a home office.

13   Q      And you have heard references to searches of the

14   home office in your house.  Is that her office?

15   A      Yes, sir.

16   Q      Is that your office?

17   A      No, sir.  I don't have an office.

18   Q      Do you ever use that office?

19   A      I go in there time to time to make copies and faxes

20   and that is it.

21   Q      What do you use as an office?

22   A      My truck is my office and the briefcase that I

23   carry with me, all my permits in there.  I usually have a

24   couple of files that set completed jobs, receipts,

25   repairs and freight broker applications and that is it.

```
 1    I usually carry that with me.  If not, it is in my truck
 2    at all times.
 3    Q     Do you have your own accountant?
 4    A     Yes, sir.
 5    Q     Who is that?
 6    A     A lady by the name of Dorothy Wang out in Alhambra.
 7    Q     What does she help you with?
 8    A     She does my taxes.
 9    Q     Is your wife, Tamara, involved in the trucking
10    business at all?
11    A     Not at all, sir.  She is against it.
12    Q     Who do you mean by that?
13    A     She doesn't want me to drive a truck, but I love
14    doing what I am doing and I am very independent.
15    Q     Now, has your wife been in the real estate business
16    from the time you were married?
17    A     Yes, sir.  Even before.
18    Q     And have you ever assisted her in any of her work?
19    A     I have helped her out, you know.  She has a back
20    problem that comes and goes every now and then that she
21    gets pretty much paralyzed and, you know, I feel bad and
22    she asks me to do some things.
23          MS. AHN:  Objection, relevance.
24          THE COURT:  Overruled.
25          THE WITNESS:  She asks me to perform certain
```

1   things like, oh, hey, babe, can you take these papers to

2   escrow or can you please go make a deposit for me.  Can

3   you do this, do that.  And I do help her out sometimes

4   for things like that.

5   Q    BY MR. MESEREAU:  You said your brother Richard

6   helped you financially with the seafood business?

7   A    Yes, sir.

8   Q    Did he ever help you with your trucking business?

9   A    Yes, yes.  He has always been there for me.  He is

10  a great guy.

11  Q    What do you mean he helped you financially.  Tell

12  the jury what he did.

13  A    He has loaned me money to purchase my truck.  He

14  has loaned me money for the seafood venture.  And

15  throughout my personal life, you know, he has always been

16  there for me.

17  Q    Okay.

18  A    But mostly, yes, he has helped me in my business.

19       MR. MESEREAU:  Your Honor, I am going to use the

20  old-fashioned overhead if I may.

21       THE COURT:  Yes.

22       MR. MESEREAU:  I would like to show the witness a

23  document already in evidence.  It is Exhibit 57B, page 3

24  of 8.  I apologize for being a little clumsy, but haven't

25  used up with in a while.

```
 1   Q      BY MR. MESEREAU:  Do you see that document,
 2   Mr. Ayvazian?
 3   A      Yes, sir.
 4   Q      This is a document that was seized by the
 5   government.  Do you see that?
 6   A      Yes.
 7   Q      Now, first let me ask you this.  Do you -- have you
 8   seen your wife's handwriting?
 9   A      We have been married for 16 years.  I have seen her
10   handwriting.
11   Q      Can you recognize her handwriting?
12   A      Yes, sir.
13   Q      Showing you this exhibit that is in evidence, 57B,
14   page 3 of 8.  Do you see handwriting on that document?
15   A      Yes, sir.
16   Q      And the document says, "Currently has personal and
17   business need to add this new business address" -- or
18   access and some other language.  Whose handwriting is
19   that?
20   A      That is Tammy's handwriting.
21   Q      Is that your handwriting?
22   A      No, sir.
23   Q      Showing you another document that is in evidence,
24   Exhibit 57B, page 5 of 8.  Do you see that document?
25   A      Yes, sir.
```

```
 1    Q    And do you see handwriting on that document?

 2    A    Yes, sir.

 3    Q    Whose handwriting is that or do you recognize it?

 4    A    I don't recognize this one, sir.

 5    Q    Is it your handwriting?

 6    A    No, sir.

 7    Q    Showing you another document from that exhibit --

 8    may I check with co-counsel for a second here.

 9              This is also from Exhibit 57B, which is in

10    evidence.  Do you see that document, Mr. Ayvazian?

11    A    Yes, sir.

12    Q    Do you see it looks like a tab with handwriting on

13    it in the upper right-hand corner?

14    A    Yes, sir.

15    Q    Do you know whose handwriting that is?

16    A    I can't recall that writing.

17    Q    Is it yours?

18    A    No, sir.

19    Q    I am going to show you a document that is in

20    evidence --

21         THE COURT:  Just a moment.  I notice one lawyer

22    standing is there any reason for that?

23         MR. FRASER:  Yes, your Honor.  I can't see the

24    monitor.

25         THE COURT:  I see.  All right.  Sorry.
```

```
 1   Q     BY MR. MESEREAU:  This is a document in evidence.
 2   It is GEX57D, page 1.  Do you see that document,
 3   Mr. Ayvazian?
 4   A     Yes, sir.
 5   Q     Now, there is some handwriting in the upper
 6   right-hand corner.  Do you see that?
 7   A     Yes, sir.
 8   Q     Do you recognize that handwriting?
 9   A     Yes, sir.
10   Q     Whose is that?
11   A     Tammy's writing.
12   Q     And there seems to be some handwriting towards the
13   bottom of the right-hand side.  Do you see it looks like
14   a Post-it?
15   A     Yes, sir.
16   Q     Do you recognize that handwriting?
17   A     Yes, sir.
18   Q     Who is handwriting is that?
19   A     My wife, Tammy's.
20   Q     Now, there are some names referenced on that
21   document -- excuse me, there are some e-mails referenced
22   on that document.  And I wanted to ask, would you take a
23   look at that document.  Do you recognize any of these
24   e-mails?
25   A     I don't see anything, sir.
```

```
1    Q     There is one that says Tamara Dadyan towards the

2    bottom at hotmail.com.  Do you see that, Angelina?

3    A     I don't see anything on the screen.

4    Q     Oh, I'm sorry.  Do you see towards the bottom it

5    says Tamara Dadyan?

6    A     Yes.

7    Q     Angelina.  Do you know who Angelina is?

8    A     Angelina that is my oldest daughter.

9    Q     Do you see other e-mails that you recognize?

10   A     I see my little daughter's, Natalie, 2008, but I

11   don't see any other e-mails.

12   Q     And there is some handwriting in what appears to be

13   the lower left-hand corner.  Do you see that writing?

14   A     Yes, sir.

15   Q     Do you recognize the handwriting?

16   A     Yes, sir.

17   Q     Whose is it?

18   A     Tammy's.

19   Q     I am now showing you a document that's in evidence,

20   Exhibit 57.f, page 3 of 3.

21             Do you see that document?

22   A     Yes, sir.

23   Q     And do you recognize the handwriting in that

24   document?

25   A     Yes.
```

```
 1    Q     Whose handwriting is that?

 2    A     It is Tammy's.

 3    Q     Is it yours?

 4    A     No, sir.

 5    Q     Showing you a document that is in evidence.  It is

 6    Exhibit 57.g, page 4 of 30.  Do you see that document,

 7    Mr. Ayvazian?

 8    A     Yes, sir.

 9    Q     Do you see some handwriting on that document?

10    A     Yes, sir.

11    Q     Do you recognize that handwriting?

12    A     It looks similar to Tammy's handwriting.

13    Q     Is it yours?

14    A     No, sir.

15    Q     Okay.  Mr. Ayvazian, I am going to show you some

16    other documents that are in evidence in Exhibit 57.  Do

17    you see these documents?

18    A     Yes, sir.

19    Q     They look like they are checks; correct?

20    A     Correct.

21    Q     And there seems to be a name in the upper left-hand

22    corner, Anastaya Rysik.  Do you see that?

23    A     Yes.

24    Q     Do you know who that person is?

25    A     No, sir.
```

1    Q       There is another document from that exhibit.  These

2    appear to be checks.  Do you see that?

3    A       Yes.

4    Q       Please look at each of these six checks and see if

5    you recognize them.

6    A       It is Tamara Dadyan, my wife's checks.

7    Q       Are any of these your checks?

8    A       No, sir.

9    Q       Moving along with the same exhibit.  Do you see

10   these checks?

11   A       Yes.

12   Q       Do any of these checks belong to you?

13   A       No, sir.

14   Q       Moving along, same exhibit in evidence.  Do you see

15   these, what appear to be copies of checks?

16   A       I do.

17   Q       Do you recognize anyone named in those checks?

18   A       No, I don't.

19   Q       This is in the same exhibit in evidence.  Do you

20   see these documents?

21   A       Yes, sir.

22   Q       Did you recognize anyone mentioned on these checks?

23   A       No, sir.

24   Q       Same exhibit in evidence.  Do you see this page?

25   A       Yes, sir.

```
 1   Q      Recognize anyone mentioned on what appear to be
 2   checkbooks?
 3   A      No, sir.
 4   Q      Did you keep your checks in the office at home?
 5   A      No, sir.  All my checks are in my briefcase at all
 6   times.
 7   Q      Moving on to Exhibit 57.h, page 1 of 4.  Do you see
 8   that document?
 9   A      I do.
10   Q      And at the top it says August 2017; right?
11   A      Yes, sir.
12   Q      And then you see handwriting on that document;
13   right?
14   A      Yes.
15   Q      Do you recognize the handwriting on that document?
16   A      I do, sir.
17   Q      Whose handwriting is it?
18   A      My wife, Tammy's.
19   Q      Do you see your handwriting anywhere on this
20   document?
21   A      No, sir.
22   Q      Moving on to Exhibit 57.h, page 3 of 4.  It is in
23   evidence.  Do you see that document?
24   A      Yes, sir.
25   Q      Do you recognize the handwriting on that document?
```

1  A     Yes, sir.

2  Q     Whose is it?

3  A     My wife, Tammy's.

4        MS. AHN:  Your Honor, the government is unclear

5  which pages be are being shown.

6        THE COURT:  He is telling you.  I thought it was

7  57 small H, page 1.  Was that it?

8        MR. MESEREAU:  Yes, your Honor.

9        MS. AHN:  He has gone through several pages now,

10 your Honor.

11       THE COURT:  Well, he has told each page.  I heard

12 it.  I don't know.

13       MR. MESEREAU:  I can try and clarify.

14       THE COURT:  I think it is clear, 57 small f.  57

15 small g.  He has said it.  Go ahead.

16 Q    BY MR. MESEREAU:  Now, same Exhibit 57.h, page 4 of

17 4.  It is in evidence.  Mr. Ayvazian, do you see this

18 document in front of you?

19 A     I do, sir.

20 Q     Do you recognize the handwriting in that document?

21 A     Yes, sir.

22 Q     Whose is it?

23 A     My wife, Tammy's.

24 Q     If you look four lines down from the top, it says

25 SBA Agricultural.  Do you see that?

```
1    A       Yes, sir.

2    Q       And that is not your writing; correct?

3    A       Yes, sir, it is not my writing.

4    Q       It is hers?

5    A       Yes, sir.

6    Q       Moving on to Exhibit GEV57I, which I believe is in

7    evidence.  Do you see that document?

8    A       Yes, sir.

9    Q       You see handwriting on that document?

10   A       Yes.

11   Q       Do you recognize the handwriting on that document?

12   A       I do, sir.

13   Q       Whose is it?

14   A       My wife, Tammy's.

15   Q       Does your handwriting appear anywhere on that

16   document?

17   A       No, they do not.

18   Q       Moving on to Exhibit 57.k, page 1 of 10, which I

19   believe is in evidence.  Do you see that document?

20   A       Yes, sir.

21   Q       Do you see handwriting on that document?

22   A       Yes, sir.

23   Q       You recognize the handwriting on that document?

24   A       I do, sir.

25   Q       Whose is it?
```

```
 1   A      My wife, Tammy's.

 2   Q      Looking at the other side of that document, which

 3   would be Exhibit 57.k, page 2 of 10.  Do you see that?

 4   A      Yes, sir.

 5   Q      Do you see handwriting on that document?

 6   A      I do, sir.

 7   Q      Do you know whose handwriting that is?

 8   A      Yes.  My wife, Tammy's.

 9   Q      Moving on to Exhibit 57.k, page 3 of 10, which I

10   believe is in evidence.  Do you see that document?

11   A      Yes, sir.

12   Q      Do you recognize the handwriting on that document?

13   A      Yes, sir.

14   Q      Whose.

15   A      My wife, Tammy's.

16   Q      Looking at Exhibit 57.k, page 4 of 10.  Do you see

17   that document in front of you?

18   A      Yes.

19   Q      Do you see handwriting on that document?

20   A      Yes, sir.

21   Q      Do you know whose handwriting that is?

22   A      Yes, sir.

23   Q      Whose handwriting is it?

24   A      My wife, Tammy's.

25   Q      Moving on to exhibit -- well, still 57.k.  I think
```

```
 1   this is page 7 that is in evidence.  Did you see that
 2   document?
 3   A     Yes, sir.
 4   Q     Do you see the handwriting on the document?
 5   A     Yes, sir.
 6   Q     Do you recognize it?
 7   A     I do.
 8   Q     Whose is it?
 9   A     My wife, Tammy's.
10   Q     Looking at Exhibit 57.k, page 7 of 10, which I
11   believe is in evidence.  Do you see that document?
12   A     Yes, sir.
13   Q     You see handwriting on the document?
14   A     Yes, I do.
15   Q     Do you recognize whose handwriting that is?
16   A     Yes.
17   Q     Whose is it?
18   A     Tammy's handwriting.
19   Q     Moving on to Exhibit 57k, page 8 of 10, the next
20   page in evidence.  Do you see handwriting on that
21   document?
22   A     Yes, sir.
23   Q     Whose is it?
24   A     Tammy's.
25   Q     Moving on to Exhibit 57.k, page 9 of 10, which is
```

1    in evidence, I believe.  Do you see handwriting on that

2    document?

3    A     Yes, I do.

4    Q     Do you know whose handwriting that is?

5    A     Yes, sir.

6    Q     Whose handwriting is it?

7    A     Tammy's.

8    Q     Looking at Exhibit 57.k, page 10 of 10, do you see

9    that document?

10   A     Yes, sir.

11   Q     Do you see handwriting on the document?

12   A     Yes, sir.

13   Q     Can you tell whose handwriting that is?

14   A     Tammy's.

15   Q     Looking at Exhibit 57.l, page 1 of 1, which is in

16   evidence.  Do you see this document?

17   A     Yes, sir.

18   Q     Do you see handwriting on the document?

19   A     Yes, sir.

20   Q     Do you know whose handwriting it is?

21   A     I do.

22   Q     Whose?

23   A     Tammy's.

24   Q     Mr. Ayvazian, I would like to explore a little more

25   deeply the business relationship between you and your

```
 1   wife.
 2   A      The only business relationship we have is to raise
 3   our children.
 4   Q      Are you involved in a real estate business at all?
 5   A      No, sir.
 6   Q      You said she has asked you to help her from time to
 7   time; is that correct?
 8   A      Yes.  That's correct.
 9   Q      And what has she asked you to do?
10   A      Deliver documents to escrow, pick up packages from
11   her customers, drop off packages to her customers, go to
12   the mailbox -- or I mean mail place and/or FedEx and
13   stuff like that.
14   Q      Does she have access to your phones?
15   A      Yes.  Of course.
16   Q      Please explain what you mean.
17   A      I mean there has been hundreds, hundreds of times
18   when I come home, I put my phone down next to my car keys
19   and I will take a shower.  And when I came out of the
20   shower, I see her on my phone.
21          And she says, oh, my battery is dead.  I had
22   to use your phone.  There has been hundreds of times that
23   we were in the car.  She says, babe, my battery is dead.
24   Let me use your phone.
25          So she has access to my phone.  And I don't
```

1    keep anything in my phone.  She knows the codes to the

2    locking screen and so do my kids.  My kids access my

3    phone and play games.

4    Q     How many phones do you have -- excuse me, let me

5    rephrase that.  Between March and August of 2020, how

6    many phones did you have?

7    A     I have only had one phone all my life.

8    Q     Do you know how many phones she had between March

9    and August of 2020?

10   A     I don't know.  There has been a bunch of phones at

11   the house.  I don't know what belongs to her.

12   Q     Now, do you pay your taxes together?

13   A     No, sir.

14   Q     You file separately?

15   A     Yes, sir.

16   Q     Whose idea was that?

17   A     My idea.

18   Q     Why?

19   A     I didn't want to get involved in filing with her.

20   Q     And you have a prenuptial agreement; correct?

21   A     Yeah.  When we first got married, that is the first

22   document she put in front of me so I signed it.

23   Q     You signed it?

24   A     Yeah.

25   Q     Okay.  Does Allstate Towing and Trucking ever use

```
 1   that office in the home?

 2   A      Never.  Never.

 3   Q      Whose -- excuse me, let me rephrase that.  If you

 4   want to enter that office, you go through a door;

 5   correct?

 6   A      Yes, sir.  It is through the kitchen and it is the

 7   first door on the right before the garage.

 8   Q      What is on that door?

 9   A      Her business license is hanging on the door, and I

10   believe her business name.

11   Q      There are various items on the wall of that office;

12   correct?

13   A      Yes.  She has bunch of plaques that she has gotten

14   from when she used to be with RE/MAX on the Boulevard.

15   Bunch of star agent plaques, agent of the year.  Like

16   just a bunch of awards.

17   Q      Any of your awards on those walls?

18   A      No, sir.  No.

19   Q      Any pictures of you on those walls?

20   A      Yes.  She has family photos and stuff like that and

21   I am in those photos.  My kids, her.

22   Q      Okay.  Now, in this trial, it has come to the

23   attention of everyone that some what appear to be

24   synthetic ID's, fake ID's, driver's licenses, whatever,

25   were found on your phone?
```

```
1    A      Right.

2    Q      Did you put those on your phone?

3    A      No, sir.  I don't even know the whereabouts until I

4    got charged and I went through the phone and I saw all

5    that stuff and I erased it right away.

6    Q      Do you know who put that information on your phone?

7    A      Most likely my wife.

8    Q      You did not do it?

9    A      No, sir.

10   Q      Did you invent any of those fake ID's or

11   manufacture them at any point?

12   A      No, sir.

13   Q      And the first time you say you learned about it was

14   in this case?

15   A      Yes, sir.  But there has been times where -- you

16   know, I hardly go through my photos unless I am bored and

17   I want to go and see some old pictures of my kids.  There

18   has been times when there has been ID's and I confronted

19   her and she says, oh, that is for me.  Erase it or don't

20   worry about it.  You know, I don't need it anymore.  So I

21   end up erasing it.

22          I don't think of anything different because,

23   you know she is a realtor.  There has been bunch of

24   documents, bunch of stuff that she does with people's

25   information.  She is a real estate agent.  I don't know
```

```
 1    of any wrongdoing.
 2    Q      In your business as a trucker and a truck driver,
 3    do you use ID's?
 4    A      I only use my driver's license.
 5    Q      In your business as a trucker and a truck driver,
 6    do you use various identification cards?
 7    A      No, sir.  Only mine, because when you enter to the
 8    warehouse to pick up preloaded trailers or load, the
 9    security guard always asks for your own ID.
10    Q      At one point you filed for divorce; correct?
11    A      Yes.
12    Q      Why?
13    A      Well, this was a time where I have -- we didn't see
14    eye to eye.  I got fed up with her working hours.  There
15    was people coming and going to the house at 9, 10 o'clock
16    at night talking about deals.  There was no working hours
17    set for her.  And I just had enough.
18            Like, you know, I had to make a stand, tell
19    her, hey, you need to cut this out or you are going to
20    lose me.  And that is when I had enough and I filed for a
21    divorce.  I served her with the divorce.
22    Q      What happened?
23    A      She -- I don't know, she took it to heart.  And,
24    you know, my kids.  I moved out of the house right away
25    even though my lawyer advised me not to, because I had
```

1   every right to be there, but I just didn't want to see

2   her face anymore.

3          So my kids called me crying every single day

4   for the past two weeks.  And one incident that really got

5   to me was they called me one night around 10:00 o'clock.

6   They said -- scared, crying, and she said mommy is here

7   and there are some guys over here screaming at her,

8   please come.

9          So I went over there and it was like a heated

10  confrontation that, I don't know, some deal gone wrong.

11  And I went over there to diffuse everything and send

12  those people off their way.

13         And that is when I told her, I said, look, I

14  love my kids.  I am going to come back, but I am not

15  doing it for you.  I am doing it for my kids because I

16  fear for their safety.

17         And ever since then, I told her, me and you,

18  we are not husband and wife.  We are business partners

19  and our job is to raise our kids, and that is it.

20  Q     Now, the government searched your home at 6 in the

21  morning; correct?

22  A     Yes.  Very -- I was scared.  So were my kids.

23  Q     Where were you?

24  A     I was sleeping in the separate bedroom, I consider

25  to be my bedroom.

```
 1   Q      Separate from Tammy?

 2   A      Yes.

 3   Q      Now, let me ask you about these PPP loans.

 4   A      Yes, sir.

 5   Q      Allstate Towing and Trucking did apply for PPP and

 6   EIDL loans?

 7   A      No, sir.  This time when my company was hit big

 8   with no business, and PPP announcements news, everything

 9   was on TV, on the radio.  So I told Tammy, hey, do you

10   think my company will qualify because I am really in need

11   right now.  She says, yes, I'll take care of it.  And --

12          MS. AHN:  Objection.  Hearsay.

13          THE COURT:  Overruled.

14          THE WITNESS:  She says, yes, I'll take care of it.

15   And I said okay.  She asked to see my 1099's from 2019.

16   And she asked a copy of my driver's license and a voided

17   check, which I provided, and that is it.  Nothing else.

18   Q      Did you ever review any PPP loan application?

19   A      No, sir.

20   Q      Did anyone ever present you with one?

21   A      No, sir.

22   Q      Did you ever review the rules or regulations or

23   laws that apply to the Small Business Administration?

24   A      No, sir.

25   Q      Did you submit that loan application?
```

1   A      No, sir.  I was told I qualified due to the fact

2   that I made certain amount of money in 2019, and the loss

3   that I have done in 2020, that automatically qualifies

4   me, and that is what I was told.

5   Q      Told by who?

6   A      My wife, Tammy.

7   Q      Who filled out the loan application?

8   A      She did.

9   Q      Who submitted the loan application?

10  A      She did.

11  Q      But you knew your company was going to try and get

12  PPP?

13  A      Yes, sir.  Yes.  Well, she submitted the loan --

14  excuse me -- I received an initial $10,000 deposit into

15  my bank account.  So I approached her.  I said, hey,

16  whatever did you, they only approved me I guess for

17  10,000.

18          And she said that, no, that is just emergency

19  relief upfront money or something like that.  And then

20  they are going to fund the loan, you know, in a week or

21  two.  I said okay.

22  Q      How much money were you expecting from the --

23  A      I wanted no more than about 30, $40,000, just so I

24  could get back on my feet until the pandemic blew over.

25  It was not expecting $125,000.  I didn't even know I

1  could qualify for $125,000.

2  Q     Were more than one application submitted, to your

3  knowledge?

4  A     After the PPP loan I received, after the $10,000, I

5  believe a couple of months went by and then there was

6  this another deposit into my Bank of America account.

7  This was the new account I had opened because of my LLC

8  corporation.  I wanted to try a new bank.  Their fees

9  were lower.  They had more branches.  It was convenient

10  for me.  So that is when I opened up Bank of America.

11          And when I opened that account, I have got a

12  deposit there for 149,000 or -- yeah, 149,900.

13  Q     And what happened with those?

14  A     I confronted her.  I said, you know, what is going

15  on?  What is this money?  And she had told me that

16  President Trump at this time was on TV.

17          MS. AHN:  Objection.  Hearsay.

18          THE COURT:  What was that?

19          MS. AHN:  Objection.  Hearsay.

20          THE COURT:  Overruled.

21          THE WITNESS:  At this time on TV they were talking

22  about how President Trump was forgiving loans and stuff

23  like that.  So she made me believe that, oh, that first

24  loan that you have gotten has been forgiven by President

25  Trump and this is going to be your actual loan.  And that

```
 1   is it.
 2           And I asked her, okay, well, you know, what
 3   are going to be my payments.  She said roughly about
 4   $1,300 you have to pay back.  I said okay.  And that is
 5   all I know.
 6   Q    BY MR. MESEREAU:  What happened to the money?
 7   A    Well, since I have got the first one that came, I
 8   spent a lot of it towards my business.  I was behind my
 9   trucking payments.  I was behind on repairs.  I needed
10   tires.  I mean, just a lot of expenses towards the
11   company.
12           And when the second one came.  I had I guess,
13   you know, substantial amount left, and that is when I
14   paid back my brother his money, the money that I owed
15   him.
16   Q    And was that the money you talked about earlier
17   when he helped you with your sea food business?
18   A    I mean, you know, throughout the years it
19   accumulated and Tammy told me that, hey, Richard is
20   buying a house.  Do you think you could pay back the loan
21   that, you know, all these years that you have had towards
22   him.
23           I said sure.  So I reached out and I told him,
24   hey, I have some money saved.  I didn't tell him I got a
25   loan.  I said I got money saved and I want to help you
```

1    out in your time of need and pay back the loan that I owe

2    you.

3    Q    What accounts were those PPP funds put into?

4    A    One of them, the very first one was into my US bank

5    account.  And then I moved money from there to my

6    corporation account.  And the reason I did that is for

7    tax purposes.

8         I wanted to convert everything to my

9    corporation and close down the sole proprietorship

10   account and just start working from that account.

11   Q    Is that what your accountant advised you to do?

12   A    Yeah.  Yes, sir.

13   Q    Did you ever set up any secret account --

14   A    No, sir.

15   Q    -- to bury these funds?

16   A    No, sir.  No.

17   Q    Ever set up any new account with a false name to

18   hide these funds?

19   A    Never, sir.  Never.

20   Q    Ever convert these funds into cash so you could

21   hide the cash?

22   A    No, sir.

23   Q    Did you think you were doing anything wrong when

24   you tried to pay your brother back?

25   A    No.  No.  I mean, I was explain that it was to pay

1    off debt -- and back debt or just stuff for the business.

2    And since he invested in my business throughout the

3    years, that is when I paid him back.  I didn't know I was

4    doing something wrong.

5         MR. MESEREAU:  May I talk to co-counsel for a

6    second here?

7         THE COURT:  Yes.

8         MR. MESEREAU:  Thank you.

9         (Counsel confer.)

10   Q    BY MR. MESEREAU:  Let me just ask you, Mr. Ayvazian,

11   if you know a couple of people.  Do you know Payrur

12   Hayrapetyan?

13   A    Never heard of him.

14   Q    Do you know Arman Hayrapetyan?

15   A    No, sir.

16   Q    Do you know Asya Vostanikyan?

17   A    No, sir.

18   Q    Do you know Edvard Paronyan?

19   A    No, sir.

20   Q    Let me ask you some questions about these charges,

21   okay?

22   A    Yes.

23   Q    Did you ever make an agreement with anyone between

24   March and August of 2020 to defraud a bank?

25   A    No, sir.

```
 1    Q      Did you ever enter into an agreement with anyone
 2    between March and August of 2020 to defraud the US
 3    government?
 4    A      No, sir.
 5    Q      Did you ever think you were agreeing with anyone to
 6    commit a crime between March and August of 2020?
 7    A      No, sir.
 8    Q      Did you think at any time you were in some criminal
 9    conspiracy to defraud anybody?
10    A      No, sir.  If I knew I would have never accepted any
11    of these loans.  I mean, I am not a saint.  I have done
12    things in my past that are wrong but --
13           MS. AHN:  Objection, your Honor.
14           THE WITNESS:  But this is not the case.
15           THE COURT:  Overruled.
16    Q   BY MR. MESEREAU:  Did you ever intentionally make a
17    false statement to the Small Business Administration
18    A      Never.
19    Q      Or intentionally make a false statement to a bank?
20    A      No, sir.
21    Q      Did you ever think you were engaged in bank fraud
22    between March and August of 2020?
23    A      No, sir.
24    Q      Did you ever think you were engaged in wire fraud
25    between March and August of 2020?
```

1    A    No, sir.

2    Q    Now, you know that the application for the PPP loan

3    apparently had IRS documents, 940 and 941 right?

4    A    I have been hearing, yes.

5    Q    Did you fill those out?

6    A    No, sir.

7    Q    Who filled them out?

8    A    My wife, Tammy.  She filled them out.

9    Q    Did she show them to you before she submitted them?

10   A    No.  I didn't even know the whereabouts of all

11   those documents until all of this has been put in front

12   of me.

13   Q    Okay.  Ever hear of a place called Six Star Farms?

14   A    No, sir.

15   Q    Did you learn about it in this case?

16   A    No, sir.

17   Q    Now, you are being charged with aggravated identity

18   theft.  You are aware of that; right?

19   A    Yes, sir.

20   Q    Did you ever steal anyone's identity?

21   A    No, sir.

22   Q    Use it for false purposes?

23   A    No, sir.

24        (Counsel confer.)

25   Q    BY MR. MESEREAU:  My co-counsel reminded me, do you

```
 1   know the name Anna Dzukaeva?

 2   A     No, sir.  Not until I was charged with her identify

 3   theft.

 4   Q     You ever heard of that person?

 5   A     No, sir.

 6         MR. MESEREAU:  No further questions at this time,

 7   your Honor.

 8         THE COURT:  Am I seeing that the clock correctly?

 9   It is about 9 to; right?

10         MS. AHN:  Yes, your Honor.

11         THE COURT:  All right.  Cross-examination.

12         MR. JOHNSON:  Your Honor, I just have one

13   question.  This is Peter Johnson.

14         THE COURT:  Right.  But you will have to deal with

15   that -- are you calling this witness also?  Is that what

16   you are saying?

17         MR. JOHNSON:  Yes.  And it is just one question.

18         THE COURT:  All right.

19

20                   DIRECT EXAMINATION

21   BY MR. JOHNSON:

22   Q     I would like to show you Exhibit 57B at page 8 that

23   is already in the record.  It will show up in the screen.

24   A     Oh, okay.

25   Q     Do you recognize anyone depicted in these photos?
```

```
1   A      Yes, I do.

2   Q      Who do you recognize?

3   A      My wife, my wife's grandmother and my

4   mother-in-law.

5   Q      I will just --

6   A      And the lady next to my mother-in-law looks like

7   one of the agents that commonly visits the house for

8   Tammy.  She is a real estate agent.  Her name Zahva.

9   Q      If it is possible, can you tap the right-hand

10  screen -- the right-hand top corner of your screen?

11  A      Yes.

12  Q      Do you see something that moves down and there is a

13  pen there?

14  A      Yes.

15  Q      Can you tap the pen?

16  A      Uh-huh.

17  Q      Can you circle your wife, please.

18             Can you circle your wife's mother, please.

19             Can you circle your wife's mother's mother?

20  A      It is actually her father's mother.

21  Q      Can you circle your wife's father's mother?

22  A      Yes.

23  Q      Can you circle the person that you referred to as a

24  real estate agent that works with your wife?

25             Thank you.  I have no further questions.
```

```
 1              THE COURT:  Okay.  Cross-examination.

 2

 3                    CROSS-EXAMINATION

 4    BY MS. AHN:

 5    Q     Hello, Mr. Ayvazian.

 6    A     Hello, ma'am.

 7    Q     So you testified earlier that Richard Ayvazyan is

 8    your older brother; is that correct?

 9    A     Yes, ma'am.

10    Q     And you are married to Tamara Dadyan; is that

11    right?

12    A     That's correct.

13    Q     Is she related to Mr. Vahe Dadyan?

14    A     I believe so.

15    Q     Do you see him in the courtroom here?

16    A     Yes, I do.

17    Q     Where is he?

18    A     Right there next to counsel.

19    Q     Thank you.  So earlier you testified that you were

20    sleeping in separate bedrooms; is that correct?

21    A     Correct.

22    Q     And that you were estranged; is that correct?

23    A     What does that mean?

24    Q     You said earlier that your relationship with her

25    was as a business relationship to raise your children; is
```

1    that correct?

2    A     That's correct.

3    Q     So your marriage wasn't in a good state; is that

4    correct?

5    A     It is still not.

6    Q     And so your testimony is that you had your wife

7    fill out a PPP application for you after your marriage

8    broke up?

9    A     I did not have her fill out anything.  She offered

10   to do everything.  All she said was I'll take care of it,

11   and that is it.

12   Q     You testified earlier that your wife is not

13   involved in your business at all; is that correct?

14   A     Correct.

15   Q     And that you were very independent with your

16   business; isn't that correct?

17   A     Yes.  It is a trucking business.

18   Q     And you testified earlier that you didn't want to

19   file taxings with her; is that correct?

20   A     Correct.

21   Q     And you were separated from her; is that correct?

22   A     I never filed for separation.  I filed for a

23   divorce, but I did move out of the house for a couple of

24   weeks.

25   Q     And you were concerned about filing taxes with her;

1  is that right?

2  A     Correct.

3  Q     You didn't know what her finances were like?

4  A     No.  She doesn't get me involved in her finances.

5  Q     But yet you let her pick up and use your phone at

6  will; is that correct?

7  A     Yes.

8  Q     As a businessman, you have expenses; is that

9  correct?

10  A     Correct.

11  Q     And you pay for those expenses from bank accounts;

12  is that correct?

13  A     Yes.

14  Q     I'm going to show you page 4 from government

15  Exhibit 1.h, which was previously admitted, the account

16  opening statement for Allstate Towing and Transport,

17  LLC's Bank of America account ending in 7695.

18           Again, that is 1.h, page 4.

19           Do you see that in front of you?

20  A     Yes.

21  Q     And at the bottom, is that your name?

22  A     Yes.

23  Q     One manager?

24  A     Yes.

25  Q     Is that your signature?

```
 1   A      Yes.

 2   Q      You testified earlier that you received a loan from

 3   the SBA; is that correct?

 4   A      I don't know what is an SBA and what is a PPP and

 5   stuff like that.

 6   Q      My apologies.  You testified earlier that you

 7   received money from the government; is that correct?

 8   A      Yes, twice.

 9   Q      And you pay close attention to your accounts; is

10   that correct?

11   A      I do.

12   Q      Going to page 69 of the same government exhibit, do

13   you see that in front of you?

14   A      Yes.

15   Q      Do you see the area I just magnified for July 13th,

16   2020?

17   A      Yes, ma'am.

18   Q      Did you notice that money coming into your account?

19   A      Yes.

20   Q      Is that one of the loans you received from the

21   government?

22   A      Yes.  That is the second loan that I received.

23   Q      And you testified earlier that you used this money

24   for business expenses; is that correct?

25   A      Correct.
```

```
 1   Q     And to pay back your brother?

 2   A     Yes.

 3   Q     Do you see that line for July 27th, 2020 in front

 4   of you?

 5   A     I do.

 6   Q     A withdrawal for $24,067.15?

 7   A     Yes.  That was a cashier's check that I took out.

 8   Q     And that was about 14 days or two weeks after you

 9   received the deposit?

10   A     Yes.

11   Q     And that was for a Harley-Davidson; isn't that

12   right?

13   A     Correct.

14   Q     I am going to show you now government Exhibit 1J.

15         This is page 1 of 1J.  Do you see that in

16   front of you?

17   A     Yes, I do.

18   Q     And do you see your name under account holder?

19   A     Yes.

20   Q     And do you see below that it says e-signed?

21   A     Yes.

22   Q     By Artur Ayvazian?

23   A     Yes.

24   Q     And just to clarify, a Harley-Davidson is a

25   motorcycle; is that correct?
```

1    A      That's correct.

2    Q      Is this your account for your business?

3    A      Yes.  The sole proprietorship business.

4    Q      Thank you.  I am going to show you page 23 of

5    government Exhibit 10.  Do you see that in front of you?

6    A      I do.

7    Q      And in text message 3778, does it say Art's,

8    73,500?

9    A      That is what it says.

10   Q      I am going to show you previously admitted

11   government Exhibit 10-24, which is one of the text

12   message attachments.

13          Do you see that in front of you?

14   A      Uh-huh.  I do.

15   Q      And you testified earlier Thanh Tran was a former

16   business partner; is that correct?

17   A      Yes, and a good friend of mine.

18   Q      Is the name in front of you Thanh Tran?

19   A      Yes.  First time I am seeing this document.

20   Q      I am going to move that to the left, and on the

21   right I am going to go back -- excuse me.  And on the

22   right I am going to show you government Exhibit 1P.

23          So on the left, which was government Exhibit

24   10-24, under beneficiary account number, do you see a

25   number that ends in 9700?

```
1    A     I do.
2    Q     On the right, next to account number in government
3    Exhibit 1P, page 1, do you see a number ending in 9700?
4    A     Yes, I do.
5    Q     Going to page 59 on the right of government Exhibit
6    1P, do you see that in front of you?
7    A     I do.
8    Q     And it says Allstate Towing and Transport, LLC; is
9    that correct?
10   A     That's correct.
11   Q     For 73,500?
12   A     Correct.  I have been wanting to know who made this
13   deposit.
14        MS. AHN:  There is no question pending, your
15   Honor.
16        THE WITNESS:  Thank you for pointing out.
17   Q     BY MS. AHN:  You stated earlier that you love your
18   children; isn't that right?
19   A     Yes, ma'am.
20   Q     In fact, when you left Ms. Dadyan, they called you
21   to come back and you did; isn't that right?
22   A     Correct.
23   Q     Despite having difficulty with your marriage?
24   A     Yes.
25   Q     So you do a lot to stay with them; isn't that
```

```
 1   right?
 2   A     That is all I care about is my children.
 3         MS. AHN:  No further questions, your Honor.
 4         THE COURT:  All right.
 5         THE WITNESS:  I would like to explain the $73,000,
 6   your Honor.  They never asked me to explain it.
 7         THE COURT:  There is no question pending.  So if
 8   there is no other question, that completes the testimony.
 9            Thank you, sir.  You are excused.
10         THE WITNESS:  Thank you.
11         THE COURT:  It is time for the lunch recess.
12         (The following proceedings were held outside the
13          presence of the jury:)
14         THE COURT:  You may be seated.
15         THE COURT:  What remains in the case, anything
16   else?
17         MR. JOHNSON:  Your Honor, Mr. Vahe Dadyan will not
18   testify.
19         THE COURT:  He will not.
20         MR. JOHNSON:  He will not.
21         THE COURT:  So is there any other testimony.
22         MR. KEOUGH:  Your Honor, only the summary chart
23   witness.
24         THE COURT:  Yes.  I am rejecting the summary chart
25   for the reasons the government gave.  Also, in a hotly
```

 1   contested trial like this with hundreds or thousands of

 2   documents, to give the government this short notice and

 3   expect them to ascertain the accuracy of the summary, so

 4   called summary chart, even if it is ultimately supported

 5   or referenced to exhibits in evidence, would unfairly

 6   handicap the government.

 7           And also it appears to me that many of the

 8   things you -- that are on the summary chart can be argued

 9   in some ways.  It appears to be somewhat more

10   demonstrative than summary.  And you can argue what is in

11   the chart, but, for those reasons, it is not going to be

12   received.

13           What else is there in the case?

14       MR. RAM:  Motions to renew.

15       THE COURT:  Well, aside from that.  Any other

16   evidence?

17           Let me ask the defense to -- and I have asked

18   this question a number of times, but I am going to ask it

19   again.  I guess, Mr. Ram, you are the person addressing

20   this issue.  I want to get the government's response at

21   this point.  What is the argument regarding

22   multi-conspiracy?  And, in particular, not the argument

23   which I have in mind about other conspiracies such as the

24   bust out scheme or other credit card schemes or mortgage

25   fraud scheme or whatever.

 1               But, in this case, in other words, my

 2    perception at this point is that you are arguing at least

 3    for purposes of the issue that there may be two PPP

 4    conspiracies involved, but they are disconnected and

 5    they, arguably from your standpoint, are not the same

 6    conspiracy that the government alleged.  So that is the

 7    part that I want you to explain in as much detail as you

 8    can.

 9          MR. RAM:  Yes, your Honor.  Thank you.

10               So there are -- the government has charged two

11    conspiracies as one.  The two conspiracies with --

12          THE COURT:  Okay.  Now, give me, let's call it

13    conspiracy 1, tell me what that is, and then tell me what

14    you think conspiracy 2 is.

15          MR. RAM:  Yes, your Honor.  Conspiracy 1 consists

16    of Manuk Grigoryan and his group.

17          THE COURT:  Who was his group?

18          MR. RAM:  His group consists of Edward Paronyan,

19    Arman Harapetyan, Payrur Harapetyan and other

20    individuals.

21          THE COURT:  And two of those are defendants in the

22    case?

23          MR. RAM:  Correct, your Honor.

24               The other group consists of the what we will

25    call the Dadyan group which consisted of Tammy Dadyan and

```
 1    individuals that we heard earlier today in the testimony

 2    from Exhibit 10 referenced.  I can pull those names for

 3    you, but it is Arshak Martirosyan, Diana, Gregor Tatioan,

 4    referenced as Greg in the text messages, your Honor.  Art

 5    Martirosyan referenced as Art in the text messages.

 6             THE COURT:  Art who?  Wasn't that the first person

 7    you mentioned.

 8             MR. RAM:  Arshak.

 9             THE COURT:  Are there two Martirosyans?

10             MR. RAM:  Arshak Bartunyan, your Honor.

11             THE COURT:  Arshak Bartunyan.  And the third was

12    Artashes Martirosyans; is that it?

13             MS. NEWCOMER:  Artash.  M-A-R-T-I-R-O-S-Y-A-N.

14             THE COURT:  Okay.  So those are the two

15    conspiracies in the case?

16             MR. RAM:  Correct, your Honor.

17             THE COURT:  And your client is charged as a

18    conspirator.  Who did he conspire with if he conspired at

19    all?

20             MR. RAM:  Reading the government's allegations,

21    your Honor, he would be a conspirator in the Grigoryan

22    group, and he would -- the allegation is that he is also

23    a conspirator in the Dadyan group.

24             THE COURT:  I see.

25             THE COURT:  Just one moment.  When I pause, it
```

```
 1   doesn't mean that there can't be silence for a few

 2   minutes.

 3            So are you saying that the evidence, if it

 4   shows your client to be involved, he would be involved

 5   with the Tamara Dadyan group as you described it and

 6   the -- and also the Grigoryan group?

 7        MR. RAM:  Yes.  That is the allegations, your

 8   Honor.

 9        THE COURT:  But there is no third group with him?

10        MR. RAM:  Third group, your Honor?

11        THE COURT:  Yes.  In other words, is there, at

12   least structurally, the possibility of a third group

13   meaning your client and some of the other conspirators

14   other than Tamara Dadyan and Grigoryan?

15        MR. RAM:  There is, your Honor.  There is

16   potentially a third group with Tamara Dadyan and Richard

17   Ayvazian, but the two main focus groups I would say is

18   the Manuk Grigoryan crew and the Tamara Dadyan group.

19   Both groups were attempting to obtain PPP loans.

20        THE COURT:  Okay.  We are now at the end of the

21   case, and you are going to argue it shortly.  Who are you

22   going to argue is -- I just had a memory loss for a

23   second.  The person we have been talking about for the

24   last week-and-a-half, who is that person?

25        MR. RAM:  Manuk Grigoryan, your Honor?
```

```
 1          THE COURT:  No.  No.  Who is the Russian name that
 2   we were talking about?
 3          MS. AHN:  Anna Dzukaeva?  Anton Kudiomov?
 4          THE COURT:  No.
 5          MS. AHN:  Victoria Kauichko.
 6          THE COURT:  I knew I would get to it eventually.
 7   I need prompting to make myself coherent.
 8               So who are you going to argue is Kauichko?
 9          MR. RAM:  We are going to debunk -- we are going
10   to argue that the government's theory has been debunked,
11   that it was avatar theory where Kauichko was Marietta
12   Terabelian and Kudiomov was Grigoryan and Zhadko was Rich
13   Ayvazian.  And we are going to argue --
14          THE COURT:  Say that again now.
15          MR. RAM:  Sure.  So the government is essentially
16   alleging that Richard Ayvazyan was Zhadko, that Anton
17   Kudiumov was Grigoryan and that Kauichko was Marietta
18   Terabelian.  Our argument is going to be that the
19   evidence that we have seen at this trial fairly
20   explicitly shows that that is simply not the case, and,
21   if anything, multiple people at any given time controlled
22   these identities.  Specifically, it just depends on the
23   timing --
24          THE COURT:  So maybe more to the point, in that
25   exhibit with the text messages, who was -- who are you
```

```
1    going to argue Tamara Dadyan was talking to?

2         MR. RAM:  I am going to argue it essentially two

3    ways, your Honor.  I shouldn't say ways.  Two angles.

4    Which is first the government hasn't proved beyond a

5    reasonable doubt that it was Rich Ayvazyan, but if you

6    take the government for face value and essentially its

7    entire focus was to show Rich Ayvazian was the one

8    talking to Tammy.  And if you accept that proposition to

9    be true, the government has to lose its case because that

10   is two different conspiracies and two different schemes.

11        It is Rich Ayvazian with the Manuk group, and

12   it is Rich Ayvazian with the Dadyan group.  They are not

13   joint ventures.  There is no interdependence, and one

14   didn't rely on the other.  And there is a series of

15   differences that we will tease out from the evidence

16   presented --

17        THE COURT:  All right.  I get your argument.  Let

18   me hear from the government because I haven't heard your

19   position on this as of yet.

20        MS. AHN:  Yes, your Honor.

21        THE COURT:  Take the lecturn if you can.

22        Your Honor, there just is no factual basis

23   for the argument that there is multiple conspiracies.

24        THE COURT:  Don't start out with a conclusion.

25        MS. AHN:  Yes, your Honor.
```

 1          THE COURT:  Let me hear the argument how you

 2   analyze this.  We heard how Mr. Ram did.  I am giving you

 3   the opportunity to tell me how you view the issue of

 4   multiple conspiracies or the conspiracy alleged.  And

 5   maybe the best way to direct you would be what is the

 6   evidence in the record regarding the interdependency of

 7   Grigoryan Ayvazian, Richard Ayvazian and Tamara Dadyan.

 8          MS. AHN:  Yes, your Honor.  I think probably the

 9   most illustrative way of looking at it is to just look at

10   the money.  If you look at the money, you see that it

11   flowed between the defendants that were charged in the

12   conspiracy.

13              So, for example, if you go to Government

14   Exhibit 115 which is one of our summary exhibits.  I will

15   pull up for you here.  This is page 8.  You can see here

16   money coming in into the Hayrapetyan Hart Construction

17   account flowing out to yet another Hayrapetyan Hart

18   Construction account.  And keep in mind Hayrapetyan is

19   part of the other group according to defense.

20          THE COURT:  Let's make sure that we don't use

21   other, his, this.  Other meaning Grigoryan; right?

22          MS. AHN:  Yes.

23          THE COURT:  Say Grigoryan so I am clear.

24          MS. AHN:  Yes, your Honor.  So the defense is

25   alleging that Mr. Harapetyan is part of the Grigoryan

```
 1   group.  However, what you see is money going through --
 2   from the PPP funds going through the Hayrapetyan accounts
 3   over to the Fiber One, Iulia Zhadko and Anna Manukyan
 4   accounts.  And you may recall that, on Richard Ayvazyan's
 5   phone, there was a driver's license for Anna Manukyan as
 6   well as a credit card front and back in the name of Anna
 7   Manukyan.  Mr. Ayvazian also had a credit card with his
 8   name on it and also Fiber One again making the link
 9   between Mr. Avazyan and Fiber One.
10           THE COURT:  And didn't these monies -- hold it.
11   Didn't the funds that went into those accounts ultimately
12   from the government's evidence move to an account that
13   the government says is Ayvazian's account or to some
14   escrow that ultimately was for his benefit?
15           MS. AHN:  Yes, I believe you are thinking of the
16   previous page which I was about to turn to if you give me
17   a moment, your Honor.
18           THE COURT:  Yes.
19           MS. AHN:  So this is page 7, actually, of Exhibit
20   115, and here you see Mr. Paronyan, Artash Grigoryan --
21   well, the Artash Grigoryan that we actually believe was
22   used by Manuk Grigoryan.  The Artur Ayvazian, the Iulia
23   Zhadko, the Tamara Dadyan Secureline Funding, these
24   accounts all received PPP or EIDL funds.  They go through
25   additional accounts and as your Honor recalled, all go to
```

1  benefit Mr. Richard Ayvazyan and Ms. Marietta Terabelian.

2        THE COURT:  I see.  So that is the principle

3  connection and interdependence?

4        MS. AHN:  It is not the only one but probably the

5  simplest and most succinct way.

6        THE COURT:  Well, I am following your argument,

7  but the other item that I remember, may not be the only

8  one, was the real estate broker when she testified there

9  was Grigoryan with Richard Ayvazyan at least at one or

10  two showings of homes.

11        Then there was a third person who seemed to

12  have a name that I think was one of the alleged synthetic

13  names; correct?

14        MS. AHN:  Yes.  Mr. Anton Kudiomov.

15        THE COURT:  Who was Anton Kudiomov?  I mean,

16  anyone know who that -- is there a real Anton Kudiomov.

17        MS. AHN:  Yes.  He was a foreign exchange student

18  that was temporarily in the United States but had left by

19  the time of the pandemic.

20        THE COURT:  So when the real estate agent

21  testified, was she testifying about things that happened

22  from March to August of 2020?

23        MS. AHN:  Yes, your Honor

24        THE COURT:  So had Kudiomov gone back to Russia by

25  then.

1    MS. AHN:  I don't recall the specific country, but

2    he certainly was not in the United States, your Honor.

3    THE COURT:  So we don't know who that person

4    referred to as Kudiomov was?

5    MS. AHN:  We have our suspicions, but we don't

6    know definitively.

7    THE COURT:  Suspicions aren't --

8    MS. AHN:  Yes, sir

9    THE COURT:  So what other evidence is there?  I am

10   not suggesting that what you have said so far is

11   insufficient.  I have to think about it, but what other

12   evidence is there?

13   MS. AHN:  Well, I would refer you back to --

14   excuse me, your Honor.

15        Going to Government Exhibit 116 which is again

16   one of our summary exhibits.

17   THE COURT:  Okay.

18   MS. AHN:  This shows the comparison between

19   various PPP and EIDL loan applications.  There is

20   actually three charts like this all showing the exact

21   same numbers on the Form 940, showing the same Gusto

22   payroll report, same monthly payroll, same timeframe,

23   same reported taxes, everything the same.  Some of these

24   even report the exact same employees despite having --

25   being for completely different industries.

```
 1              This shows that there is commonalities, common

 2   hand or a common group of hands submitting these

 3   applications.  They include the Fiber One Media, Mod

 4   Interiors, et cetera.  I would point you to the Mod

 5   Interiors one, your Honor, because we looked at that

 6   loan, and it actually gets funded into an account where

 7   the two authorized representatives were Arman Injijian

 8   and Richard Ayvazyan.  I would note that the similarities

 9   in this group include the Redline Auto Collision loan

10   submitted in the name of Edward Paronyan.

11              In addition, several of these loans including

12   I believe the -- I think it was the Fiber One, may have

13   been the LK Design, Liudmyla Kopytova one --

14         THE COURT:  I missed what you just said.

15         MS. AHN:  I would note that one of these loans, I

16   believe it was either the Fiber One Media or the LK

17   Design loan on a different page, that listed the 6000

18   number as the contact number for the president, the

19   supposed president of this synthetic identity.  And that

20   6000 number is Mr. Richard Ayvazyan's phone.  It is the

21   phone that was found in his house during the search

22   warrant, again, connecting these loans to Mr. Richard

23   Ayvazyan as well as of course through the text messages,

24   Ms. Tamara Dadyan, Edward Paronyan, et cetera, et cetera.

25         THE COURT:  Understood, but with regard to
```

1    Grigoryan, the representation by Mr. Ram was that his

2    group included Paronyan and -- I can't say it --

3    Hayrapetyan?

4          MS. AHN:  Yes.  Mr. Arman Harapetyan, your Honor.

5          THE COURT:  And that is someone who also was a

6    defendant in this case?

7          MS. AHN:  Yes, your Honor.  His account was used.

8          THE COURT:  And where does he appear on these

9    summary charts?

10          MS. AHN:  We do not believe he actually submitted

11    a PPP or EIDL loan in his name.  Instead his accounts

12    were used to funnel money.

13          THE COURT:  And is that in evidence?

14          MS. AHN:  Yes, your Honor.  That is part of the

15    summary chart we just looked at, the flow of funds chart,

16    your Honor.

17          THE COURT:  Go back to that one again.

18          MS. AHN:  Yes, your Honor.  Page 8, your Honor.

19          THE COURT:  Just one second.

20              So the first set of boxes to the left on

21    this chart represents where the PPP funds were first

22    deposited; is that right?

23          MS. AHN:  Yes, your Honor.  The first line here

24    references the actual PPP or EIDL loan applications going

25    into the second set here.

```
 1          THE COURT:  So that is where the PPP funds went

 2   from the government to an account?

 3          MS. AHN:  Yes, your Honor.

 4          THE COURT:  And there it goes to Harapetyan and

 5   Zhadko, and then to, I see, another Hart Construction

 6   account.  And then, from there, to a bunch of accounts,

 7   Zhadko, 501, Anna Manukyan, and your position is that

 8   Richard Ayvazyan controlled those accounts?

 9          MS. AHN:  Our position is that he ultimately

10   benefited from the PPP funds.

11          THE COURT:  But when it goes in that chart to the

12   final column on the right, where would the money go after

13   that?  Would that be the next chart?

14          MS. AHN:  Let me just take a look, your Honor.

15          (Pause in proceedings.)

16          MS. AHN:  So we don't have that on this specific

17   exhibit, your Honor, but I will point out that the Iulia

18   Zhadko identity was used to purchase -- was used to

19   purchase the home where Ms. Terabelian's mother had paid

20   the utilities for.

21          THE COURT:  And what was the address of that home?

22   How is it referred to?

23          MS. AHN:  Was the Calle Primavera residence, your

24   Honor.

25          THE COURT:  And Dadyan, is Vahe Dadyan is also a
```

1    conspirator, alleged conspirator in this case; correct?

2         MS. AHN:  Yes, your Honor.

3         THE COURT:  So in the government's view of the

4    evidence, how is he a conspirator?

5         MS. AHN:  We believe he conspired with Ms. Dadyan

6    and Richard Ayvazyan and the other co-conspirators.

7         THE COURT:  But what does the evidence show

8    regarding what did he in this case?

9         MS. AHN:  Yes, your Honor.

10        THE COURT:  It is a little confusing for me some

11   times because I think of what was said outside the

12   presence of the jury, and I can't consider that.  I only

13   can consider the record here.  So what does the record --

14   I mean, I know he made the loan on behalf of the Voyage,

15   but a lot of what he said outside the presence of the

16   jury wasn't produced in this trial.

17        MS. AHN:  That is true, your Honor.  The evidence

18   is that the government's argument or the government's

19   evidence shows that Mr. Vahe Dadyan, with his cousin

20   Tamara Dadyan, submitted or caused the submission of the

21   Voyage Limo PPP loan which went into his account and was

22   later transferred to the Runyan Tax Service account which

23   of course went to the home of Ms. Terabelian's relative.

24             With respect to the --

25        THE COURT:  And then as I remember it, there was

1    some mention in the trial of some of these parties who

2    cooperated in the PPP applications getting 35 percent or

3    something like that of the proceeds?

4             MS. AHN:  Yes, your Honor.

5             THE COURT:  My recollection is that with Dadyan

6    actually it was closer to 50 percent.  He got back some

7    months later --

8             MS. AHN:  Yes, your Honor.

9             THE COURT:  -- $75,000.

10            MS. AHN:  Yes.  The money appears to have sat in

11   the account for a while until it was transferred over to

12   Runyan tax service on or about July 3rd, and it was after

13   that point there are a number of text messages from

14   Tamara Dadyan to Rich New asking him to make sure to

15   transfer the money to Vahe.

16            THE COURT:  Who said what to whom there?

17            MS. AHN:  The Tammy participant is texting the

18   Rich New participant telling her make sure you wire the

19   funds for Vahe.  It actually happens quite often.

20            THE COURT:  Make sure you do what.

21            MS. AHN:  Wire the funds to Vahe.

22            THE COURT:  Yes.

23            MS. AHN:  It appears that Rich New had attempted

24   to wire the funds several times.  For whatever reason, it

25   didn't work according to the text messages, and --

```
1          THE COURT:  Wire them where?

2          MS. AHN:  To -- it appears based upon the text

3   messages to the V & D Limo account, your Honor.

4          THE COURT:  I see.  Okay.

5             Anything else?

6          MS. AHN:  Just one note, your Honor, according to

7   the Ninth Circuit case, US versus Escalante, a person may

8   be a member of a conspiracy even if they don't know all

9   of the participants in that conspiracy.

10         THE COURT:  I mean, that is just -- I guess they

11  don't use that expression anymore -- warmed up law, but

12  the requirement in law of conspiracy that, yes, someone

13  can be a conspirator by not -- if that person did not

14  conspire with all the conspirators.  But my view of the

15  law is that if someone conspired with just another member

16  of the conspiracy, and in cases like this where there are

17  others, the defendant who conspired with just one other

18  conspirator would have to believe or know that, I guess

19  know that that conspirator was just part of a larger

20  conspiracy.

21         MS. AHN:  Yes, your Honor.  And with respect to

22  that, I would note that he received the money from

23  Richard Ayvazian or the Rich New participant is the one

24  that was sending him the money, and, furthermore, when

25  that transfer, the $155,000 transfer went, it was listed
```

1   with the purpose of payroll which is obviously not what

2   that is for.  It is consistent with the other indicators

3   of fraud.

4          THE COURT:  And on the application for the Voyage

5   PPP, there was false information about the details of the

6   company such as number of employees and some other

7   things; correct?

8          MS. AHN:  Yes, your Honor

9          THE COURT:  All right.  Let me hear final word

10  from the -- from the -- Mr. Ram on the argument that was

11  made by the government.

12         THE COURT:  Go ahead.

13         MR. RAM:  Big picture it sounds like we have a

14  factual dispute.  Let me put down a chart that Ms. Ahn

15  started with.

16              It was page 8, your Honor, of I believe

17  Exhibit 115.  Okay.  And I believe Ms. Ahn said this

18  explains how there is interdependence and a joint venture

19  amongst the two groups that we posited are the multiple

20  conspiracies.

21         THE COURT:  Wait.  I am understanding that

22  Hayrapetyan was part of the Grigoryan group as you

23  described it and that he is in the loop of the monies

24  that the government argues ultimately were transferred

25  for the benefit of Richard Ayvazian.

1    MR. RAM:  Right.  I think your Honor can see it.

2    So every entity on this page is Manuk's crew or Manuk's

3    IP address which has come out at trial.  So there is

4    really two points to make here, and I will make it short,

5    your Honor, because I think we have had this discussion,

6    but, in short, all of this is Manuk's crew.  Arman

7    Harapetyan doesn't know anyone in the Dadyan crew.

8    Right.

9             And it is not just one person.  There is other

10   patterns, your Honor.  These are construction companies,

11   contracting companies.  That was Manuk's MO.  That comes

12   out from the search of his home and the list of entities.

13   This is all Manuk's crew.  The other point the government

14   made, your Honor, is that, well, this money ended up with

15   Richard Ayvazyan.

16            I don't want to give away the farm for

17   tomorrow, your Honor, but big picture, we are almost

18   there, it is unremarkable if that is true, that Richard

19   Ayvazyan is getting money from Grigoryan's crew and

20   possibly even Dadyan's crew.  It is unremarkable

21   because --

22        THE COURT:  Why?

23        MR. RAM:  -- because the argument is Richard

24   Ayvazyan is, according to their allegation, he is in both

25   conspiracies.  The way they charge it, Richard Ayvazyan

```
 1    is part of Manuk's crew.

 2          THE COURT:  All right.  I have what you are

 3    saying.  Thank you.

 4          MR. RAM:  Okay.

 5          THE COURT:  Let me ask you this the -- I have been

 6    working on the jury instructions as we go here.  What I

 7    have done is looked at the government's proposed, the

 8    defendant's proposed, and the -- and if there was a model

 9    Ninth Circuit jury instruction on the same matter.  I

10    have a few questions regarding the instruction that talks

11    about half truths or omissions.  My understanding -- you

12    can sit down, Mr. Ram.

13          MR. RAM:  Thank you, your Honor.

14          THE COURT:  My understanding of the way the case

15    has gone is that I don't see where half truths come in.

16    It seems to me that the way the evidence has been

17    introduced, there were falsehoods, not half truths.

18    Where are the half truths in the case?

19          MS. AHN:  Your Honor, I think it lies in the idea

20    of the synthetic identity, your Honor.  That a person

21    does exist and a real person does have this name, but

22    this person doesn't have these other identifiers and

23    certainly was not in the country applying --

24          THE COURT:  But that isn't a half truth.  That is

25    a falsehood.  If they are using an identity of someone
```

1   who may have been an exchange student at some point and

2   then that person had not been in the country for years,

3   that is a falsehood.  It is not a half truth.

4        MS. AHN:  We agree.  We think the half truth is

5   still a false statement in the sense that, for example,

6   Mr. Artur Ayvazian cover a role towing company or

7   Mr. Vahe Dadyan could have a real limo company, but they

8   may not have 11 employees so portions of the

9   applications --

10        THE COURT:  But that isn't what a half truth is

11   about.  I mean, a half truth to me is when someone makes

12   a statement that is knowingly misleading.  In other

13   words, you are saying something and you are trying to

14   mislead by not including the rest of it which you know

15   would create a different impression.  What you are

16   arguing doesn't seem to me to be in the realm of half

17   truths.

18             Okay.  Let's leave that alone.

19             Second thing, I don't recall there being any

20   404(b) evidence in the case.

21        MS. AHN:  The government was very careful to try

22   and include only direct evidence.

23        THE COURT:  What was the 404(b) evidence?

24        MR. LITTRELL:  Exhibit 16B, I think was 404(b)

25   evidence.

```
 1              THE COURT:  What is that?

 2              MR. LITTRELL:  That is the image from 2018 on

 3   Ms. Terabelian's cell phone.  It is an image that it

 4   predated conspiracy by two years.

 5              MS. AHN:  We filed motions on this --

 6              THE COURT:  Let me just hear one argument at a

 7   time.

 8              MR. LITTRELL:  It is just by definition it is

 9   other acts because it occurred --

10              THE COURT:  Other acts are different than evidence

11   that is intertwined with things.  So why is this

12   another -- another act.  In other words, what is the

13   other act?

14              MR. LITTRELL:  It is the capturing of that image

15   two years before on the cell phone.  It doesn't have any

16   relevance unless it is another act.

17              THE COURT:  Why -- I mean, I don't understand it

18   being another act.  Circumstantial evidence doesn't have

19   to be another act.

20              MR. LITTRELL:  No.  But it has to be relevant to

21   the charged offense.

22              THE COURT:  I mean, I have ruled that it is

23   sufficiently relevant given the overall evidence.  So,

24   all right.  Let me hear from the government on that

25   point.
```

```
 1          MS. AHN:  Yes, your Honor.  I don't believe we
 2     have actually introduced any 404(b) evidence, your Honor.
 3          THE COURT:  So you would argue that isn't 404(b)?
 4          MS. AHN:  Yes, your Honor.
 5          THE COURT:  What other --
 6          MR. RAM:  Just on the 404(b) point, your Honor.
 7     You may find that it is inextricably intertwined, but
 8     there has been quite a bit of discussion about
 9     identification of acts that occurred prior to 2020 that
10     involve whether it is credit card bust outs or aggravated
11     identity theft or EDD fraud.
12          THE COURT:  We haven't heard any evidence about
13     that.  You have argued that lots of times.  I haven't
14     allowed any evidence about that.
15          MR. RAM:  So, for example, Manuk Grigoryan's 2017
16     aggravated identity theft, that came in through two
17     witnesses.  I am not advocating, your Honor.
18          THE COURT:  All right.  I got it.  Okay.  And in
19     the Cellebrite exhibit.  I am referring to the Cellebrite
20     exhibit that included the mass of information from the
21     cell phones, and that was allowed in evidence because it
22     was a foundation for the preparer of the subgroup to say
23     that the subgroup was derived from the mass of documents;
24     correct?
25          MS. AHN:  Yes, your Honor
```

```
1         THE COURT:  But it seems to me that exhibit should
2    not go to the jury except those portions of it that
3    relate to the subgroup.
4         MS. AHN:  Yes, your Honor.  We are fine with the
5    government's exhibits.
6         THE COURT:  There ought to be a redaction.  That
7    is what I am saying.
8         MS. AHN:  Yes, your Honor.  And the only portions
9    of the Cellebrite report that the government intends to
10   use or has used are identified separately as a government
11   exhibit.  So we are fine with the actual physical
12   exhibits not going back, your Honor.
13        THE COURT:  Okay.  Now, let me ask you this.  I
14   can't see that far.
15        MS. AHN:  It is about 10 to 1:00, your Honor.
16        THE COURT:  So we all have to get, I guess, a
17   little lunch, and I have to discuss the jury instructions
18   with you.  Should we begin the arguments today?  Or wait
19   until tomorrow?  What is -- what do you think?
20        MR. RAM:  I will speak for myself.  I suspect the
21   preference would be to do them altogether on the same
22   day.
23        MR. LITTRELL:  I prefer to get started just so we
24   don't lose time.
25        THE COURT:  Okay.  What is the government's view?
```

1          MR. FENTON:  We have no objection to waiting until

2     tomorrow.  That is fine, or we can start today.  We can

3     start today or we can start tomorrow.

4          THE COURT:  How long did you say your argument was

5     going to be again?

6          MR. FENTON:  Hour-and-a-half to two hours, and we

7     have no preference.  We can do it either way.

8          THE COURT:  I see.  Well, it is 1:00 o'clock now.

9          (Recess.)

10          (Proceedings concluded.)

```
 1                          CERTIFICATE

 2

 3

 4    I hereby certify that pursuant to Section 753, Title 28,

 5    United States Code, the foregoing is a true and correct

 6    transcript of the stenographically reported proceedings held

 7    in the above-entitled matter and that the transcript page

 8    format is in conformance with the regulations of the

 9    Judicial Conference of the United States.

10    Date:  June 23, 2021

11

12     /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

114/13 124/15 125/4 125/9
128/8 140/24 148/9

MR. FENTON: [75] 5/19 7/18
7/24 8/5 8/14 9/8 9/14 11/3
12/20 14/18 15/14 17/4 17/19
17/25 19/9 20/2 20/9 21/21
22/8 23/17 24/10 29/17 33/20
34/18 34/22 35/21 36/7 36/16
37/17 38/25 39/5 50/7 50/11
51/7 52/3 52/8 52/11 53/8
53/14 57/17 58/4 58/14 60/1
60/15 61/7 62/6 64/2 64/22
64/25 66/3 66/24 67/7 67/10
67/15 67/23 69/7 70/5 70/14
70/21 70/23 71/1 71/6 71/15
71/19 72/2 72/7 72/13 72/20
72/23 73/4 73/9 73/12 76/18
148/25 149/5
MR. FRASER: [1] 91/22
MR. JOHNSON: [6] 46/16
69/11 116/11 116/16 125/16
125/19
MR. KEOUGH: [17] 71/21 72/4
72/11 73/11 73/16 73/19 74/1
74/10 74/22 75/3 75/9 75/12
75/18 75/24 76/2 76/11
125/21
MR. LITTRELL: [8] 5/24 6/3
145/23 146/1 146/7 146/13
146/19 148/22
MR. MESEREAU: [14] 39/9
39/16 69/14 77/19 78/1 78/3
80/6 89/18 89/21 97/7 97/12
113/4 113/7 116/5
MR. RAM: [70] 5/11 5/16
7/16 9/12 10/5 10/8 11/1
11/6 11/24 12/1 12/17 13/8
14/20 14/25 17/7 23/20 26/18
26/23 29/15 29/21 29/24 31/9
50/4 50/17 50/19 50/21 51/23
52/17 53/3 56/9 56/19 57/11
58/8 58/23 59/3 59/5 62/8
64/9 65/5 65/23 66/7 66/9
67/9 68/16 77/12 77/14
126/13 127/8 127/14 127/17
127/22 128/7 128/9 128/15
128/19 129/6 129/9 129/14
129/24 130/8 130/14 131/1
142/12 142/25 143/22 144/3
144/12 147/5 147/14 148/19
MS. AHN: [64] 88/22 97/3
97/8 108/11 110/16 110/18
114/12 116/9 124/13 125/2
130/2 130/4 131/19 131/24
132/7 132/21 132/23 133/14
133/18 134/3 134/13 134/16
134/22 134/25 135/4 135/7
135/12 135/17 136/14 137/3
137/6 137/9 137/13 137/17
137/22 138/2 138/8 138/13
138/15 138/22 139/1 139/4
139/8 139/16 140/3 140/7
140/9 140/16 140/20 140/22
141/1 141/5 141/20 142/7
144/18 145/3 145/20 146/4
146/25 147/3 147/24 148/3
148/7 148/14
MS. NEWCOMER: [1] 128/12
THE CLERK: [7] 6/10 13/7
67/22 67/25 69/19 69/24
77/22
THE COURT: [248]
THE INTERPRETER: [1] 60/9
THE WITNESS: [28] 8/10 8/18
12/3 12/13 12/15 18/2 19/11
20/11 23/23 24/13 35/25
39/10 50/13 51/10 52/14
52/20 57/21 65/13 65/15 67/1
77/24 88/24 108/13 110/20

---

$

$1 [1]  85/17
$1 million [1]  85/17
$1,300 [1]  111/4
$10,000 [2]  109/14 110/4
$110,000 [3]  49/23 49/25
51/12
$125,000 [2]  109/25 110/1
$155,000 [1]  141/25
$24,067.15 [1]  122/6
$25,000 [1]  53/1
$30,000 [1]  86/15
$4 [1]  79/22
$40,000 [1]  109/23
$73,000 [1]  125/5
$75,000 [1]  140/9
$875.99 [1]  27/9
$90,000 [1]  87/1

---

—

—and [2]  2/5 2/8

---

/

/s [1]  150/12

---

0

001 [1]  75/12

---

1

1.h [2]  120/15 120/18
10 [23]  4/14 12/25 13/5 13/7
13/11 13/14 18/5 18/6 19/14
69/21 98/18 99/3 99/9 99/16
100/10 100/19 100/25 101/8
101/8 106/15 123/5 128/2
148/15
10,000 [1]  109/17
10-24 [2]  123/11 123/24
10/13 [1]  64/17
10/14 [1]  64/17
10036 [1]  2/18
1004 [2]  40/2 40/10
1006 [2]  71/6 71/13
10100 [1]  3/1
102 [4]  4/13 5/18 5/23 72/21
103 [4]  4/13 5/18 5/23 72/21
105 [1]  16/1
1099's [1]  108/15
10:00 o'clock [1]  107/5
10:34 [1]  69/19
10:47 [1]  77/10
10:59 [1]  77/10
10th [1]  79/17
11 [4]  4/14 4/15 82/2 145/8
1114 [1]  2/17
112 [2]  4/15 25/8
115 [3]  132/14 133/20 142/17
116 [2]  4/9 135/15
118 [1]  4/10
12 [2]  4/15 79/22
12:37 yesterday [1]  70/13
12:47 they [1]  70/16
13 [2]  60/7 64/17
13-speed [1]  83/19
130 [3]  86/14 86/20 86/25
1330 [1]  2/23
135 [1]  16/16
138 [3]  16/1 16/13 17/2
13th [5]  63/24 64/22 65/20
68/9 121/15
14 [4]  64/17 82/1 82/2 122/8
1400 [1]  2/10
149,000 [1]  110/12
149,900 [1]  110/12
14th [3]  26/2 27/7 64/15
15 [14]  4/14 6/19 7/5 7/18

---

10/10 18/17 26/5 26/15 26/25
148/9 148/24 148/24 149/5
15928 [1]  7/14
16 [2]  82/3 90/9
16B [1]  145/24
17 [1]  82/4
17450 [3]  31/20 61/17 78/15
18 [8]  4/14 10/11 11/3 11/6
20/14 20/15 20/17 80/13
18-wheeler [1]  82/17
19 [4]  20/23 20/25 24/18
72/21
1900 [1]  2/15
1935 [1]  3/12
1989 [2]  79/16 79/21
19A [1]  23/3
19B [3]  21/4 21/8 24/18
19B1 [2]  21/12 22/18
1:00 [1]  148/15
1:00 o'clock [1]  149/8
1B21 [1]  13/16
1B85 [1]  20/18
1J [2]  122/14 122/15
1P [4]  41/12 123/22 124/3
124/6
1R [7]  26/5 26/9 27/1 28/8
62/22 67/16 68/5
1st [2]  1/22 10/3

---

2

20 [1]  87/10
20-579 [1]  1/8
20036 [1]  2/23
2006 [2]  78/20 82/15
2008 [1]  93/10
2012 [1]  82/6
2017 [2]  96/10 147/15
2018 [1]  146/2
2019 [6]  16/22 17/4 86/13
86/14 108/15 109/2
2020 [33]  10/3 15/7 16/22
17/11 17/14 17/15 17/24
18/10 19/9 19/20 20/9 21/21
26/2 27/19 45/18 47/1 60/21
66/17 84/2 86/10 86/14 103/5
103/9 109/3 113/24 114/2
114/6 114/22 114/25 121/16
122/3 134/22 147/9
2021 [3]  1/7 5/1 150/10
20530 [1]  2/10
21 [4]  19/20 27/18 62/18
64/12
216 [1]  3/13
21st [4]  60/21 63/6 63/19
64/19
224 [1]  7/14
23 [7]  1/17 4/13 5/1 5/17
5/23 123/4 150/10
23rd [1]  17/4
24 [3]  19/13 123/11 123/24
24th [1]  63/5
25 [4]  4/13 4/15 5/17 5/23
27th [1]  122/3
28 [1]  150/4
29 [2]  4/16 4/16
2930 [2]  18/7 18/10

---

3

30 [5]  13/1 14/7 86/20 94/6
109/23
300 [4]  3/16 4/16 58/8 58/11
31 [1]  4/5
312 [1]  2/6
3280 [1]  18/18
35 percent [1]  140/2
350 [2]  1/22 3/5
3537 [2]  63/8 68/13
3778 [1]  123/7

**3**
3844 [1]  18/24
3893 [2]  19/15 19/20
3895 [1]  19/15
39 [1]  4/5
3900 [1]  2/20
3rd [1]  140/12

**4**
404 [6]  145/20 145/23 145/24
147/2 147/3 147/6
409 [1]  3/20
41 [4]  4/13 5/17 5/23 78/11
4288 [3]  13/2 14/9 14/10
43 [3]  4/13 5/17 5/23
4311 [1]  1/22
44 [3]  4/13 5/17 5/23
46 [4]  4/6 27/13 28/13 63/7
4910 [3]  20/19 50/1 51/13

**5**
5/28/2020 [1]  18/10
50 [4]  4/13 5/17 5/23 140/6
500 [1]  47/20
501 [1]  138/7
5268 [3]  26/13 27/8 63/15
55-46 [2]  27/13 28/13
57 [4]  94/16 97/7 97/14
97/14
57.f [1]  93/20
57.g [1]  94/6
57.h [3]  96/7 96/22 97/16
57.k [8]  98/18 99/3 99/9
99/16 99/25 100/10 100/25
101/8
57.l [1]  101/15
579 [1]  1/8
57B [6]  45/14 89/23 90/13
90/24 91/9 116/22
57k [1]  100/19
58 [1]  4/16
59 [7]  4/16 28/5 29/2 29/12
29/16 29/21 124/5
5th [3]  2/14 3/8 45/18

**6**
6000 [6]  20/20 20/24 21/4
21/9 136/17 136/20
601 [1]  3/8
6150 [1]  29/15
62 [1]  4/6
633 [1]  2/14
651 [1]  3/21
67 [1]  4/7
69 [1]  121/12
6:00 a.m [1]  35/16
6:00 o'clock [1]  71/3

**7**
720 [1]  3/8
73,500 [2]  123/8 124/11
74 [4]  4/15 11/10 12/19
12/23
75 [3]  4/13 5/18 5/23
753 [1]  150/4
76 [2]  68/15 68/16
7695 [1]  120/17
78 [1]  4/9

**8**
834 [1]  55/7
85 [1]  87/1

**9**
90012 [2]  1/23 2/7
90067 [1]  3/16
90071 [2]  2/15 3/9
902.11 [2]  5/15 5/21

90277 [1]  3/21
903 [1]  1/5
91208 [1]  3/13
91316 [1]  78/15
92673 [1]  3/6
940 [2]  115/3 135/21
941 [1]  115/3
94105 [1]  2/21
9700 [2]  123/25 124/3
9858 [2]  1/21 150/12
9:14 [1]  5/2

**A**
A-R-T-U-R [1]  77/25
A-Y-V-A-Z-I-A-N [1]  78/1
a.m [5]  1/16 5/2 35/16 77/10
77/10
able [4]  45/3 48/11 62/3
62/6
about [69]  6/6 10/4 14/21
16/13 26/19 28/13 39/23 40/5
40/15 40/19 43/4 47/13 49/10
50/23 50/24 53/7 53/11 53/14
53/16 53/20 54/8 58/21 59/9
60/3 62/14 63/11 63/21 64/6
65/13 66/2 66/6 70/8 70/25
71/3 71/5 71/25 73/4 76/25
80/3 86/9 87/1 105/13 105/20
106/16 108/3 109/23 110/22
111/3 111/16 113/20 115/15
116/9 119/25 122/8 125/2
126/23 129/23 130/2 133/16
134/21 135/11 140/12 142/5
144/11 145/11 147/8 147/12
147/14 148/15
above [1]  150/7
above-entitled [1]  150/7
Absolutely [2]  45/10 52/4
accept [2]  83/20 131/8
accepted [1]  114/10
access [5]  74/16 90/18
102/14 102/25 103/2
accompanied [2]  5/15 5/20
according [4]  132/19 140/25
141/6 143/24
account [51]  14/12 21/10
26/12 26/13 27/8 41/3 41/7
41/8 41/9 41/18 41/19 42/10
49/21 51/17 52/24 62/23 63/6
63/10 63/13 64/17 66/16 75/6
109/15 110/6 110/7 110/11
112/5 112/6 112/10 112/10
112/13 112/17 120/15 120/17
121/18 122/18 123/2 123/24
124/2 132/17 132/18 133/12
133/13 136/6 137/7 138/2
138/6 139/21 139/22 140/11
141/3
accountant [2]  88/3 112/11
accounts [17]  67/5 73/5
74/16 75/25 76/14 80/17
112/3 120/11 121/9 133/2
133/4 133/11 133/24 133/25
137/11 138/6 138/8
accumulated [1]  111/19
accuracy [1]  126/3
accurate [3]  70/15 76/23
76/25
act [5]  146/12 146/13 146/16
146/18 146/19
active [1]  82/10
activity [2]  59/12 59/13
acts [3]  146/9 146/10 147/9
actual [5]  66/23 76/22
110/25 137/24 148/11
actually [26]  13/4 19/16
25/24 27/18 28/5 28/7 32/20
40/7 44/22 51/20 60/18 62/24
63/18 65/25 67/4 76/23 77/6

117/20 133/19 133/21 135/20
147/25 147/25 148/13
147/2
add [1]  90/17
addition [2]  57/22 136/11
additional [1]  133/25
address [24]  9/25 30/24 31/3
32/24 32/25 40/7 44/16 48/14
48/23 48/25 49/2 49/4 49/7
59/14 61/17 73/3 75/17 76/13
77/4 77/7 78/14 90/17 138/21
143/3
addresses [17]  48/17 58/22
59/10 72/25 74/3 74/5 74/16
74/18 74/22 74/24 75/23 76/4
76/6 76/9 76/9 76/11 76/16
addressing [1]  126/19
adequate [1]  51/5
Administration [3]  82/1
108/23 114/17
admissibility [1]  71/8
admit [4]  7/17 11/2 12/18
29/16
admitted [8]  13/6 16/1 26/4
26/6 68/15 74/6 120/15
123/10
advance [1]  74/10
advised [2]  106/25 112/11
advocating [1]  147/17
after [7]  69/7 110/4 110/4
119/7 122/8 138/12 140/12
afternoon [1]  70/13
again [17]  5/9 8/2 16/24
26/11 51/11 51/16 57/9 68/9
76/2 120/18 126/19 130/14
133/8 135/15 136/22 137/17
149/5
against [1]  88/11
Agakanyan [1]  30/17
aged [1]  60/13
agent [41]  6/6 6/16 6/20
6/22 7/22 8/3 9/17 10/12
11/11 12/10 13/10 14/3 14/4
15/17 16/6 16/18 21/17 22/13
24/1 24/3 29/3 30/1 32/3
32/7 32/8 35/2 39/21 40/11
46/22 53/19 58/7 59/8 67/21
68/3 68/20 104/15 104/15
105/25 117/8 117/24 134/20
agents [5]  9/25 35/14 35/18
47/11 117/7
aggravated [3]  115/17 147/10
147/16
ago [3]  25/4 62/14 66/1
agree [1]  145/4
agreed [1]  6/1
agreeing [1]  114/5
agreement [3]  103/20 113/23
114/1
Agricultural [1]  97/25
ahead [5]  60/15 64/14 72/13
97/15 142/12
AHN [5]  2/5 4/10 124/17
142/14 142/17
al [1]  1/9
alcohol [1]  85/9
Alhambra [2]  80/19 88/6
alias [1]  50/17
all [69]  5/11 5/16 10/9
12/24 13/10 15/12 15/25
20/13 25/13 25/24 27/3 27/6
28/16 31/13 31/25 34/17
43/16 47/3 52/10 60/2 64/8
66/21 68/2 68/23 69/5 69/21
71/4 72/11 74/6 74/12 74/21
76/17 79/17 79/20 80/18
87/23 88/2 88/10 88/11 91/25
96/5 96/5 102/4 103/7 105/4
111/5 111/21 115/10 115/11

**A**

**all... [20]** 116/11 116/18 119/10 119/13 125/2 125/4 128/19 131/17 133/24 133/25 135/20 141/8 141/14 142/9 143/6 143/13 144/2 146/24 147/18 148/16

**allegation [3]** 16/24 128/22 143/24

**allegations [3]** 44/5 128/20 129/7

**alleged [8]** 6/6 15/22 16/11 17/25 127/6 132/4 134/12 139/1

**alleging [2]** 130/16 132/25

**allow [4]** 50/25 52/10 59/23 67/21

**allowed [5]** 50/22 51/3 83/1 147/14 147/21

**allows [2]** 12/5 82/1

**Allstate [14]** 36/21 36/25 37/6 37/7 37/15 37/23 38/3 39/4 39/14 83/3 103/25 108/5 120/16 124/8

**almost [1]** 143/17

**alone [1]** 145/18

**along [3]** 83/20 95/9 95/14

**Alpha [1]** 3/12

**already [9]** 7/25 13/6 16/3 20/14 20/25 26/6 41/14 89/23 116/23

**also [17]** 5/25 41/3 48/20 51/18 55/2 57/2 85/19 91/9 116/15 125/25 126/7 128/22 129/6 133/7 133/8 137/5 138/25

**altogether [1]** 148/21

**always [5]** 81/11 82/3 89/9 89/15 106/9

**am [56]** 8/19 12/8 13/1 14/6 14/8 23/12 26/18 26/19 26/19 26/21 40/22 41/10 60/10 62/6 68/3 68/8 68/14 69/18 72/6 75/7 78/11 79/3 82/3 82/15 88/14 88/14 89/19 91/9 93/19 94/15 104/21 105/16 107/14 107/14 107/15 108/10 114/11 116/8 122/14 123/4 123/10 123/19 123/20 123/21 123/22 125/24 126/18 131/2 132/2 132/23 134/6 135/9 142/21 147/17 147/19 148/7

**Amanecer [1]** 3/5

**America [17]** 1/6 2/3 16/9 18/11 41/3 41/6 41/24 41/25 42/1 42/3 42/9 42/13 42/24 42/25 110/6 110/10 120/17

**Americas [1]** 2/17

**amongst [1]** 142/19

**amount [3]** 86/3 109/2 111/13

**analysis [3]** 21/7 22/3 52/2

**analyze [2]** 56/4 132/2

**Anastaya [1]** 94/22

**and/or [1]** 102/12

**Andrew [1]** 52/22

**ANGELES [8]** 1/14 1/23 2/7 2/15 3/9 3/16 5/1 80/17

**Angelina [4]** 93/2 93/7 93/7 93/8

**angles [1]** 131/3

**Anna [9]** 11/16 11/20 21/19 116/1 130/3 133/3 133/5 133/6 138/7

**announcements [1]** 108/8

**another [16]** 52/7 69/11 77/18 82/20 90/23 91/7 95/1 110/6 132/17 138/5 141/15 146/12 146/12 146/16 146/18

146/19

**answer [19]** 9/10 23/11 24/12 25/20 37/20 37/21 50/13 51/9 52/13 53/11 53/16 66/20 67/1 73/17

**answered [4]** 15/3 24/11 34/24 36/18

**Anton [5]** 130/3 130/16 134/14 134/15 134/16

**any [60]** 5/19 12/20 15/6 15/12 15/20 17/12 19/7 19/8 20/8 25/6 31/2 31/5 32/12 32/22 33/2 33/24 33/24 36/11 37/3 39/8 42/2 46/7 46/9 46/17 56/5 57/20 58/9 66/22 67/4 71/7 76/21 76/24 78/25 78/25 84/25 85/4 88/18 91/22 92/23 93/11 95/7 95/12 104/17 104/19 105/10 105/11 106/1 108/18 112/13 112/17 114/8 114/10 125/21 126/15 130/21 145/19 146/15 147/2 147/12 147/14

**anybody [2]** 54/3 114/9

**anymore [4]** 72/13 105/20 107/2 141/11

**anyone [17]** 13/25 45/20 54/6 81/2 83/11 83/13 84/12 95/11 95/22 96/1 108/20 113/23 114/1 114/5 116/25 134/16 143/7

**anyone's [1]** 115/20

**anything [12]** 42/7 61/15 66/6 92/25 93/3 103/1 105/22 112/23 119/9 125/15 130/21 141/5

**anywhere [2]** 96/19 98/15

**apartment [4]** 29/10 40/3 40/10 40/12

**apologies [3]** 56/23 72/12 121/6

**apologize [1]** 89/24

**apparently [1]** 115/3

**appear [10]** 13/21 25/23 45/24 76/12 95/2 95/15 96/1 98/15 104/23 137/8

**APPEARANCES [2]** 2/1 3/1

**appeared [5]** 34/12 45/21 49/15 50/3 55/7

**appears [13]** 7/10 16/23 30/21 41/22 75/1 76/13 76/15 93/12 126/7 126/9 140/10 140/23 141/2

**application [15]** 25/16 25/22 40/6 75/16 75/17 75/20 75/24 108/18 108/25 109/7 109/9 110/2 115/2 119/7 142/4

**applications [11]** 49/15 57/6 74/18 74/21 76/14 87/25 135/19 136/3 137/24 140/2 145/9

**apply [2]** 108/5 108/23

**applying [1]** 144/23

**appreciated [1]** 5/10

**approached [1]** 109/15

**appropriate [2]** 58/4 59/23

**approved [1]** 109/16

**approximately [6]** 35/16 46/24 47/18 48/22 54/15 60/22

**are [130]**

**area [2]** 64/15 121/15

**aren't [1]** 135/7

**arguably [1]** 127/5

**argue [11]** 58/3 68/24 126/10 129/21 129/22 130/8 130/10 130/13 131/1 131/2 147/3

**argued [2]** 126/8 147/13

**argues [1]** 142/24

**arguing [2]** 127/2 145/16

**argument [15]** 127/20 127/24 69/4 126/21 126/22 130/18 131/17 131/23 132/1 134/6 139/18 142/10 143/23 146/6 149/4

**Argumentative [1]** 64/4

**arguments [2]** 64/9 148/18

**Arman [5]** 113/14 127/19 136/7 137/4 143/6

**Armin [1]** 18/21

**Aro [1]** 30/16

**around [2]** 18/8 107/5

**Arshak [10]** 18/11 18/14 18/19 19/2 19/4 19/8 128/3 128/8 128/10 128/11

**Art [4]** 14/11 128/4 128/5 128/6

**Art's [1]** 123/7

**Artash [6]** 14/17 14/24 15/7 128/13 133/20 133/21

**Artashes [6]** 14/14 15/3 15/14 15/22 17/13 128/12

**articles [1]** 39/12

**ARTUR [29]** 3/11 4/8 31/19 32/23 32/24 33/3 35/9 35/20 36/2 36/5 36/12 37/10 37/23 38/2 38/6 38/11 38/17 38/20 38/23 48/19 61/13 61/24 69/16 69/17 77/21 77/25 122/22 133/22 145/6

**as [77]**

**ascertain [1]** 126/3

**Ashwin [1]** 2/13

**aside [4]** 32/24 40/17 71/4 126/15

**ask [34]** 8/2 14/24 17/10 26/16 26/22 29/7 40/5 40/19 50/12 50/23 53/13 53/17 57/16 57/19 59/19 59/24 64/8 65/3 65/10 65/10 66/8 68/8 69/12 80/3 86/9 90/7 92/22 108/3 113/10 113/20 126/17 126/18 144/5 148/13

**asked [22]** 8/8 15/20 17/11 24/11 28/13 34/23 36/17 50/21 53/9 56/13 58/20 59/9 60/3 60/6 61/23 102/6 102/9 108/15 108/16 111/2 125/6 126/17

**asking [3]** 37/19 68/23 140/14

**asks [3]** 88/22 88/25 106/9

**assigned [1]** 49/3

**assisted [1]** 88/18

**associated [1]** 48/6

**Assumes [1]** 65/1

**Asya [1]** 113/16

**ATM [2]** 27/4 64/15

**attachment [1]** 32/10

**attachments [1]** 123/12

**attempt [2]** 22/7 22/17

**attempted [1]** 140/23

**attempting [2]** 52/1 129/19

**attention [8]** 13/2 14/8 18/7 18/18 19/15 84/21 104/23 121/9

**attentive [1]** 5/10

**ATTORNEY'S [1]** 2/4

**August [19]** 27/18 60/21 62/18 63/5 63/6 63/19 64/12 64/19 84/2 86/10 96/10 103/5 103/9 113/24 114/2 114/6 114/22 114/25 134/22

**August 2017 [1]** 96/10

**August 21 [3]** 27/18 62/18 64/12

**August 21st [4]** 60/21 63/6 63/19 64/19

**A**

August 24th [1]  63/5
AUSA [2]  2/5 2/5
authentication [1]  7/20
authorized [1]  136/7
auto [2]  83/19 136/9
automatically [1]  109/3
avatar [1]  130/11
Avazyan [1]  133/9
Avenue [4]  2/10 2/17 2/23
40/3 40/10
awards [2]  104/16 104/17
aware [13]  10/2 14/17 15/6
15/12 15/20 17/12 19/7 21/20
26/1 26/8 64/20 65/2 115/18
away [4]  25/13 105/5 106/24
143/16
Ayvazian [49]  26/1 31/20
32/23 32/25 33/3 35/9 35/20
36/5 36/12 37/11 37/23 38/1
38/2 38/7 38/11 38/18 38/20
38/24 48/19 50/17 60/23
61/13 69/16 69/18 77/21
77/25 78/8 90/2 91/10 92/3
94/7 94/15 97/17 101/24
113/10 118/5 122/22 129/17
130/13 131/7 131/11 131/12
132/7 132/7 133/7 133/22
141/23 142/25 145/6
Ayvazian's [2]  61/24 133/13
Ayvazyan [26]  1/9 2/12 3/11
4/8 50/2 50/4 50/15 51/14
55/24 56/25 57/4 57/15 62/20
118/7 130/16 131/5 134/1
134/9 136/8 136/23 138/8
139/6 143/15 143/19 143/24
143/25
Ayvazyan's [2]  133/4 136/20

**B**

babe [2]  89/1 102/23
back [39]  11/7 12/5 12/24
16/14 23/2 28/7 32/25 35/24
44/23 48/18 48/21 51/16
57/10 70/16 71/2 76/8 77/7
82/6 82/14 84/1 88/19 107/14
109/24 111/4 111/14 111/20
112/1 112/24 113/1 113/3
122/1 123/21 124/21 133/6
134/24 135/13 137/17 140/6
148/12
backing [1]  84/20
bad [2]  82/19 88/21
balances [1]  66/16
bank [47]  12/6 15/9 15/12
15/21 16/9 16/15 16/17 16/20
18/11 26/11 26/12 26/13 41/3
41/6 41/8 41/9 41/18 41/19
41/24 41/24 42/1 42/3 42/9
42/13 42/24 42/25 47/24
49/13 49/22 51/16 51/17
53/21 62/22 64/1 74/13 75/25
76/14 109/15 110/6 110/8
110/10 112/4 113/24 114/19
114/21 120/11 120/17
banks [1]  47/10
Bartunyan [2]  128/10 128/11
based [2]  27/21 141/2
basic [1]  71/8
basically [3]  22/14 30/5
32/5
basis [3]  58/13 59/2 131/22
Bates [5]  10/13 10/17 42/19
42/21 42/21
battery [2]  102/21 102/23
be [76]
Beach [1]  3/21

**because [25]**  22/2 25/2 51/3
62/25 85/3 85/19 89/24 102/19
76/25 77/6 105/22 106/7
106/25 107/15 108/10 110/7
131/9 131/18 136/5 139/11
143/5 143/21 143/23 146/9
147/21
become [1]  71/6
bedroom [2]  107/24 107/25
bedrooms [1]  118/20
been [53]  10/6 10/8 13/6
16/1 22/20 22/22 23/1 26/4
26/6 32/3 35/16 35/24 39/13
44/11 48/24 56/8 63/10 65/19
72/15 74/6 76/4 78/20 79/9
79/20 81/11 81/19 86/5 86/6
87/2 87/8 88/15 89/9 89/15
90/9 102/17 102/22 103/10
105/15 105/18 105/18 105/23
110/24 115/4 115/11 124/12
129/23 130/10 136/13 144/5
144/16 145/1 145/2 147/8
before [16]  6/1 6/2 9/21
12/9 12/13 25/25 48/19 49/13
60/23 62/19 70/8 85/22 88/17
104/7 115/9 146/15
begin [3]  46/24 58/18 148/18
behalf [3]  2/3 36/25 139/14
behind [7]  49/14 49/15 54/23
71/13 84/19 111/8 111/9
being [15]  5/10 10/18 17/25
28/20 38/21 51/18 66/2 71/10
83/7 89/24 97/5 115/17
135/25 145/19 146/18
believe [44]  5/12 9/4 13/16
20/22 21/6 21/11 23/3 24/18
25/2 31/11 33/8 36/23 37/6
38/5 40/8 40/13 40/17 41/11
42/19 47/20 64/13 75/20
80/20 82/15 87/10 98/6 98/19
99/10 100/11 101/1 104/10
110/5 110/23 118/14 133/15
133/21 136/12 136/16 137/10
139/5 141/18 142/16 142/17
147/1
believed [1]  54/23
belong [1]  95/12
belonged [1]  49/4
belongs [1]  103/11
below [1]  122/20
beneficiary [1]  123/24
benefit [4]  30/24 133/14
134/1 142/25
benefited [1]  138/10
benefits [1]  30/20
best [7]  10/21 12/11 15/5
45/2 61/2 80/12 132/5
between [22]  6/7 13/12 15/6
17/12 19/7 36/12 44/19 57/15
57/20 57/25 67/5 101/25
103/5 103/8 113/23 114/2
114/6 114/22 114/25 132/11
133/9 135/18
beyond [7]  57/13 58/24 59/4
65/4 65/12 68/17 131/4
Bienert [2]  3/4 3/7
big [3]  108/7 142/13 143/17
birth [1]  44/14
bit [3]  66/1 80/5 147/8
blew [1]  109/24
blow [10]  7/12 14/9 18/8
19/17 26/10 27/3 27/6 63/1
63/3 64/14
board [5]  7/9 8/22 8/25 9/8
9/19
BOFA [2]  18/11 18/14
bored [1]  105/16
borrowed [1]  81/17
both [3]  28/23 129/19 143/24

**bottom [9]**  10/13 41/17 42/16
46/1 46/2 48/8 67/16 103/4
120/21
Boulevard [3]  3/15 7/14
104/14
box [1]  63/1
boxes [1]  137/20
brain [1]  60/13
branches [1]  110/9
brief [2]  67/11 67/15
briefcase [2]  87/22 96/5
briefly [6]  62/8 62/10 74/1
79/14 79/14 79/19
Bro [1]  18/10
broke [1]  119/8
broker [3]  85/18 87/25 134/8
brother [7]  81/6 81/18 89/5
111/14 112/24 118/8 122/1
brothers [2]  81/3 81/5
brought [1]  80/16
bunch [7]  103/10 104/13
104/15 104/16 105/23 105/24
138/6
bury [1]  112/15
business [47]  6/24 7/2 7/11
9/5 33/19 36/11 80/8 80/22
81/2 81/4 81/9 81/13 81/18
87/2 87/6 87/8 87/11 88/10
88/15 89/6 89/8 89/18 90/17
90/17 101/25 102/2 102/4
104/9 104/10 106/2 106/5
107/18 108/8 108/23 111/8
111/17 113/1 113/2 114/17
118/25 119/13 119/16 119/17
121/24 123/2 123/3 123/16
businessman [1]  120/8
bust [2]  126/24 147/10
buying [1]  111/20

**C**

CA [9]  1/23 2/7 2/15 2/21
3/6 3/9 3/13 3/16 3/21
Caicos [2]  26/3 60/24
CALIFORNIA [13]  1/2 1/14 5/1
7/9 7/15 9/1 27/15 31/21
39/3 39/13 63/8 78/13 78/15
call [10]  5/13 14/11 16/5
65/16 69/15 69/17 77/13
77/21 127/12 127/25
Calle [4]  3/5 55/7 57/10
138/23
called [12]  18/11 18/14
28/19 40/20 51/18 62/17
63/17 107/3 107/5 115/13
124/20 126/4
calling [1]  116/15
Calls [2]  9/9 51/24
came [14]  32/25 34/3 44/23
48/18 48/21 79/16 79/20
82/17 83/22 86/14 102/19
111/7 111/12 147/16
camera [1]  42/2
can [80]
can't [23]  9/20 10/4 37/20
38/14 39/15 41/2 42/6 47/12
48/24 52/6 53/7 58/12 59/19
60/13 65/19 71/10 83/19
91/16 91/23 129/1 137/2
139/12 148/14
cannot [1]  71/21
Canoga [4]  29/10 29/15 30/24
31/3
capturing [1]  146/14
car [3]  79/24 102/18 102/23
card [13]  16/8 26/11 27/4
27/9 28/19 63/8 68/10 68/12
68/21 126/24 133/6 133/7
147/10
cards [2]  68/21 106/6

**C**

**care [4]** 108/11 108/14 119/10 125/2
**careful [1]** 145/21
**cargo [2]** 83/1 85/19
**carrier [2]** 38/12 81/25
**carry [2]** 87/23 88/1
**case [49]** 14/11 14/22 15/4 15/9 15/14 15/22 16/11 16/24 17/25 19/5 19/9 20/2 23/8 23/13 24/1 24/2 24/3 29/4 47/19 54/13 59/21 62/1 62/2 62/4 62/4 62/5 74/3 74/19 74/25 76/5 78/17 105/14 114/14 115/15 125/15 126/13 127/1 127/22 128/15 129/21 130/20 131/9 137/6 139/1 139/8 141/7 144/14 144/18 145/20
**cases [1]** 141/16
**cash [2]** 112/20 112/21
**cashier's [1]** 122/7
**CATHERINE [1]** 2/5
**caused [1]** 139/20
**cell [3]** 146/3 146/15 147/21
**Cellebrite [10]** 13/19 21/1 22/25 23/2 23/8 24/9 25/3 147/19 147/19 148/9
**CENTRAL [1]** 1/2
**certain [16]** 8/11 9/3 24/16 48/17 72/25 74/5 74/16 74/16 74/17 74/19 83/1 84/20 84/22 86/2 88/25 109/2
**certainly [5]** 32/22 33/11 36/10 135/2 144/23
**certificate [6]** 5/15 5/21 33/2 33/19 38/3 150/1
**certify [1]** 150/4
**cetera [3]** 136/4 136/24 136/24
**changes [1]** 83/4
**charge [3]** 31/23 84/6 143/25
**charged [7]** 105/4 115/17 116/2 127/10 128/17 132/11 146/21
**charges [1]** 113/20
**chart [40]** 70/8 70/14 71/5 71/7 71/8 71/11 71/15 71/21 72/1 72/17 72/19 72/22 73/2 73/6 73/8 73/9 73/11 73/14 73/15 74/2 74/4 74/11 75/23 76/4 76/10 76/15 76/21 76/22 77/14 125/22 125/24 126/4 126/8 126/11 137/15 137/15 137/21 138/11 138/13 142/14
**charts [3]** 77/4 135/20 137/9
**Chase [2]** 26/11 63/13
**check [9]** 35/12 36/15 36/24 39/3 42/2 76/24 91/8 108/17 122/7
**checkbooks [1]** 96/2
**checked [1]** 85/11
**checks [13]** 14/12 94/19 95/2 95/4 95/6 95/7 95/10 95/12 95/15 95/17 95/22 96/4 96/5
**children [6]** 79/12 79/13 102/3 118/25 124/18 125/2
**Choice [1]** 10/23
**Christopher [1]** 2/9
**circle [5]** 117/17 117/18 117/19 117/21 117/23
**Circuit [2]** 141/7 144/9
**Circumstantial [1]** 146/18
**City [1]** 82/16
**claim [1]** 30/20
**clarify [2]** 97/13 122/24
**Clark [1]** 40/11
**clear [3]** 39/22 97/14 132/23

**clearly [1]** 76/2
**clemente [1]** 3/2
**clerk [2]** 28/9 28/11
**client [3]** 128/17 129/4 129/13
**clock [2]** 69/18 116/8
**close [3]** 86/3 112/9 121/9
**closer [1]** 140/6
**clumsy [1]** 89/24
**co [4]** 91/8 113/5 115/25 139/6
**co-conspirators [1]** 139/6
**co-counsel [3]** 91/8 113/5 115/25
**Coast [1]** 3/20
**code [5]** 27/13 28/13 28/23 63/7 150/5
**codes [1]** 103/1
**coherent [1]** 130/7
**Collision [1]** 136/9
**color [2]** 44/17 44/17
**column [4]** 72/1 75/2 75/5 138/12
**come [13]** 11/7 12/24 67/25 74/24 75/18 83/17 102/18 104/22 107/8 107/14 124/21 143/3 144/15
**comes [5]** 13/1 13/2 49/17 88/20 143/11
**coming [7]** 29/23 51/21 52/24 70/16 106/15 121/18 132/16
**commercial [4]** 38/7 82/8 84/23 85/9
**commit [1]** 114/6
**common [2]** 12/8 136/1 136/2
**commonalities [1]** 136/1
**commonly [1]** 117/7
**communication [1]** 6/7
**communicative [1]** 83/21
**companies [6]** 9/3 53/24 54/6 86/2 143/10 143/11
**companies' [1]** 9/7
**company [37]** 9/23 10/1 10/23 12/10 12/11 34/15 37/8 37/8 38/18 40/20 49/23 49/24 51/18 80/14 80/16 81/16 82/5 82/21 83/3 83/4 83/13 83/18 83/24 84/4 84/6 84/8 85/13 85/14 86/5 86/10 108/7 108/10 109/11 111/11 142/6 145/6 145/7
**comparison [1]** 135/18
**compiled [2]** 13/15 13/17
**complete [3]** 52/13 53/15 53/16
**completed [1]** 87/24
**completely [2]** 57/13 135/25
**completes [1]** 125/8
**completing [1]** 53/10
**concerned [1]** 119/25
**concluded [2]** 70/21 149/10
**conclusion [1]** 131/24
**conduct [9]** 21/7 31/20 31/22 53/25 54/12 54/18 54/20 54/25 55/2
**conducted [5]** 28/15 52/2 54/21 55/1 55/5
**confer [2]** 113/9 115/24
**Conference [1]** 150/9
**confirm [1]** 40/6
**confirmed [2]** 40/9 40/14
**conformance [1]** 150/8
**confrontation [3]** 53/4 57/13 107/10
**confronted [2]** 105/18 126/10
**confused [2]** 52/16 52/23
**confusing [2]** 72/24 139/10
**connected [1]** 17/23
**Connecticut [1]** 2/23

**connecting [1]** 136/22
**connection [4]** 47/20 47/25 50/16 53/25 54/13 134/3
**consecutive [1]** 65/4
**consider [4]** 58/14 107/24 139/12 139/13
**consisted [1]** 127/25
**consistent [5]** 9/6 28/23 38/17 38/20 142/2
**consists [3]** 127/15 127/18 127/24
**conspiracies [10]** 126/23 127/4 127/11 127/11 128/15 131/10 131/23 132/4 142/20 143/25
**conspiracy [14]** 114/9 126/22 127/6 127/13 127/14 127/15 132/4 132/12 141/8 141/9 141/12 141/16 141/20 146/4
**conspirator [9]** 128/18 128/21 128/23 139/1 139/1 139/4 141/13 141/18 141/19
**conspirators [3]** 129/13 139/6 141/14
**conspire [2]** 128/18 141/14
**conspired [4]** 128/18 139/5 141/15 141/17
**construction [4]** 132/16 132/18 138/5 143/10
**Construction's [1]** 9/4
**Cont'd [1]** 3/1
**contact [2]** 6/7 136/18
**contacting [1]** 65/4
**contain [4]** 23/9 24/10 71/9 73/14
**containing [1]** 21/2
**contains [2]** 20/23 74/24
**contents [1]** 76/24
**contested [1]** 126/1
**continue [1]** 50/12
**contracting [1]** 143/11
**contractors [5]** 7/8 8/21 9/1 9/7 9/18
**controlled [2]** 130/21 138/8
**convenient [1]** 110/9
**conversation [1]** 52/19
**conversations [1]** 53/7
**convert [2]** 112/8 112/20
**cooperated [1]** 140/2
**copies [3]** 32/9 87/19 95/15
**copy [4]** 30/6 73/10 73/13 108/16
**corner [6]** 42/17 91/13 92/6 93/13 94/22 117/10
**corporation [4]** 83/10 110/8 112/6 112/9
**correct [115]**
**correctly [2]** 69/18 116/8
**costs [1]** 86/25
**could [19]** 9/20 14/8 15/19 25/9 28/14 28/16 42/15 56/9 79/14 79/19 80/11 81/15 81/24 85/1 109/24 110/1 111/20 112/20 145/7
**couldn't [3]** 8/11 28/16 34/11
**counsel [9]** 2/1 5/9 70/12 91/8 113/5 113/9 115/24 115/25 118/18
**country [7]** 60/24 61/1 62/20 79/16 135/1 144/23 145/2
**county [1]** 26/2
**couple [8]** 16/14 71/16 82/18 84/13 87/24 110/5 113/11 119/23
**course [9]** 15/20 47/2 74/8 84/23 85/6 85/15 102/15 136/23 139/23

## C

**court [5]** 1/1 1/21 6/2 56/21 70/21
**courtroom [5]** 67/22 67/24 70/9 70/17 118/15
**cousin [1]** 139/19
**cover [2]** 85/13 145/6
**CR [1]** 1/8
**create [1]** 145/15
**created [2]** 44/11 44/15
**credit [7]** 10/23 28/19 85/25 126/24 133/6 133/7 147/10
**crew [8]** 129/18 143/2 143/6 143/7 143/13 143/19 143/20 144/1
**crime [1]** 114/6
**criminal [3]** 56/14 56/17 114/8
**cross [7]** 4/6 4/10 46/20 51/2 116/11 118/1 118/3
**cross-examination [7]** 4/6 4/10 46/20 51/2 116/11 118/1 118/3
**CRR [1]** 150/12
**Cruz [2]** 59/16 67/21
**crying [2]** 107/3 107/6
**CSR [2]** 1/21 150/12
**currently [2]** 83/24 90/16
**customers [2]** 102/11 102/11
**cut [1]** 106/19

## D

**DADYAN [47]** 3/18 15/7 17/23 19/5 19/8 20/8 32/16 32/18 35/2 35/21 36/5 36/12 39/21 40/7 40/9 43/5 45/22 79/8 79/10 93/1 93/5 95/6 118/10 118/13 124/20 125/17 127/25 127/25 128/23 129/5 129/14 129/16 129/18 131/1 131/12 132/7 133/23 136/24 138/25 138/25 139/5 139/19 139/20 140/5 140/14 143/7 145/7
**Dadyan's [6]** 40/2 40/11 43/14 44/5 45/17 143/20
**damage [1]** 85/20
**data [5]** 22/14 23/9 24/10 56/4 56/5
**database [1]** 46/9
**date [6]** 22/15 44/14 60/20 63/23 65/19 150/10
**dates [6]** 39/15 71/9 71/10 71/21 76/20 76/21
**daughter [1]** 93/8
**daughter's [1]** 93/10
**Davidson [2]** 122/11 122/24
**day [9]** 1/15 35/15 70/25 79/23 82/1 82/2 83/23 107/3 148/22
**days [4]** 82/14 83/22 83/23 122/8
**DBA [2]** 82/8 82/9
**DC [2]** 2/10 2/21
**dead [2]** 102/21 102/23
**deal [4]** 67/14 77/14 107/10 116/14
**dealers [2]** 54/8 54/10
**deals [1]** 106/16
**dealt [1]** 12/12
**debit [1]** 27/4
**debt [2]** 113/1 113/1
**debunk [1]** 130/9
**debunked [1]** 130/10
**December [2]** 16/22 17/4
**December 23rd [1]** 17/4
**December 7 [1]** 16/22
**deed [1]** 33/2
**deeply [1]** 101/25

**defendant [8]** 1/9 2/12 3/3 72/23 74/6 74/8 114/17
**defendant's [1]** 144/8
**defendants [13]** 31/11 47/4 48/12 55/21 56/18 57/21 59/14 61/5 66/22 67/4 72/20 127/21 132/11
**defendants' [2]** 55/19 55/23
**defense [21]** 5/14 5/17 6/19 7/5 7/17 11/2 11/10 12/18 25/8 28/4 29/2 69/15 72/21 74/5 74/7 74/12 76/6 77/21 126/17 132/19 132/24
**definition [1]** 146/8
**definitively [1]** 135/6
**defraud [3]** 113/24 114/2 114/9
**deliver [2]** 40/12 102/10
**demonstrative [1]** 126/10
**DEPARTMENT [5]** 2/4 2/9 38/12 43/1 82/24
**depending [1]** 85/18
**depends [1]** 130/22
**depicted [8]** 7/24 20/16 21/14 44/25 45/4 45/23 46/2 116/25
**deposit [7]** 51/13 89/2 109/14 110/6 110/12 122/9 124/13
**deposited [2]** 49/21 137/22
**derived [1]** 147/23
**describe [2]** 30/1 47/6
**described [2]** 129/5 142/23
**description [2]** 75/1 75/4
**Design [2]** 136/13 136/17
**despite [2]** 124/23 135/24
**destroyed [1]** 80/21
**detail [4]** 53/6 53/8 73/4 127/7
**detailing [2]** 30/5 30/10
**details [1]** 142/5
**determination [3]** 49/8 51/4 59/22
**determine [27]** 10/1 21/8 21/24 25/15 27/17 28/14 28/16 32/20 35/1 35/5 36/4 38/2 38/6 38/11 38/23 41/24 42/3 42/9 44/22 45/3 45/6 46/6 46/10 49/5 51/20 56/5 61/15
**determined [6]** 32/5 35/3 37/5 49/25 57/25 65/17
**devastated [1]** 86/16
**device [1]** 49/3
**Diana [4]** 16/8 16/10 16/23 128/3
**Diane [1]** 17/12
**did [200]**
**didn't [40]** 14/23 15/10 22/1 22/2 22/4 24/24 25/3 26/16 28/21 32/22 33/22 34/14 34/17 35/12 36/15 42/1 45/13 46/6 46/9 59/24 66/6 67/3 69/2 70/20 80/25 83/20 83/20 103/19 106/13 107/1 109/25 111/24 113/3 115/10 119/18 120/3 131/14 133/10 133/11 140/25
**diesel [1]** 86/25
**differences [1]** 131/15
**different [8]** 73/24 105/22 131/10 131/10 135/25 136/17 145/15 146/10
**difficulty [1]** 124/23
**diffuse [1]** 107/11
**digital [1]** 42/15
**direct [20]** 4/4 4/5 4/5 4/9 4/9 6/14 10/12 13/2 14/8 18/7 18/18 19/14 26/20 31/15

**directing [1]** 50/4
**disconnected [1]** 127/4
**discovery [4]** 10/20 50/10 74/3 74/8
**discuss [2]** 58/25 148/17
**discussed [2]** 15/14 69/7
**discussion [3]** 58/10 143/5 147/8
**display [1]** 67/22
**displayed [1]** 13/8
**dispute [1]** 142/14
**disregard [1]** 6/9
**distinction [1]** 44/19
**DISTRICT [3]** 1/1 1/2 1/4
**DIVISION [1]** 1/2
**divorce [4]** 106/10 106/21 106/21 119/23
**DMV [6]** 37/25 38/15 44/22 44/23 61/16 85/10
**do [230]**
**document [83]**
**documentation [3]** 39/5 39/7 39/9
**documents [37]** 8/4 24/19 30/24 33/25 34/2 34/3 34/6 34/10 34/12 34/13 34/14 34/16 34/21 36/21 36/25 46/2 47/13 47/14 72/1 72/2 72/4 72/8 72/15 72/15 72/18 72/19 74/19 76/1 94/16 94/17 95/20 102/10 105/24 115/3 115/11 126/2 147/23
**does [32]** 8/1 9/6 17/17 17/18 30/19 41/13 41/15 65/2 71/12 71/14 72/1 72/3 72/22 73/14 74/9 83/24 85/13 85/13 87/11 88/7 88/8 98/15 102/14 103/25 105/24 118/23 123/7 137/8 139/7 139/13 144/21 144/21
**doesn't [17]** 8/9 8/10 8/16 23/23 23/23 25/23 46/13 74/21 77/6 88/13 120/4 129/1 143/7 144/22 145/16 146/15 146/18
**doing [8]** 26/21 83/21 88/14 88/14 107/15 107/15 112/23 114/3
**DOJ [1]** 42/17
**don't [70]** 8/2 8/8 8/19 14/6 15/25 16/4 21/11 23/24 24/24 25/5 28/3 29/23 32/18 35/7 35/19 35/25 36/2 37/17 37/20 38/5 41/2 41/12 42/11 43/25 44/8 45/14 46/17 58/12 58/17 59/1 62/23 64/5 65/2 65/9 70/12 72/13 79/3 86/1 87/17 91/4 92/25 93/3 93/11 95/18 97/12 102/25 103/10 103/11 105/3 105/19 105/20 105/22 105/25 106/23 107/10 121/4 131/24 132/20 135/1 135/3 135/5 138/16 141/8 141/11 143/16 144/15 145/19 146/17 147/1 148/24
**done [9]** 61/6 64/7 73/25 80/1 82/3 82/14 109/3 114/11 144/7
**door [5]** 33/18 104/4 104/7 104/8 104/9
**Dorothy [1]** 88/6
**doubles [2]** 85/2 85/2
**doubt [1]** 131/5
**down [15]** 41/17 42/16 42/17 60/10 60/14 63/2 70/9 70/18 86/3 97/24 102/18 112/9 117/12 142/14 144/12

## D

**dozen [1]** 71/17
**dozens [3]** 48/24 54/17 54/17
**drive [3]** 82/2 83/19 88/13
**driven [1]** 83/13
**driver [7]** 38/21 38/24 81/20 81/22 84/17 106/2 106/5
**driver's [11]** 24/22 38/7 43/12 43/14 44/15 44/21 46/4 104/24 106/4 108/16 133/5
**drivers [4]** 83/17 83/22 84/13 84/14
**drop [1]** 102/11
**dropped [1]** 79/18
**drug [2]** 38/24 85/8
**due [2]** 83/18 109/1
**during [7]** 30/5 39/23 40/25 41/23 45/17 74/7 136/21
**DX1000 [1]** 75/11
**DX1100 [2]** 75/9 75/12
**DX1100-001 [1]** 75/12
**DX1100-1 [1]** 75/9
**Dzukaeva [2]** 116/1 130/3

## E

**e-mail [4]** 25/19 50/3 50/6 50/8
**e-mailed [2]** 70/16 70/20
**e-mails [6]** 18/21 70/10 92/21 92/24 93/9 93/11
**e-signed [1]** 122/20
**each [3]** 12/6 95/4 97/11
**earlier [16]** 17/11 58/20 60/3 61/23 111/16 118/7 118/19 118/24 119/12 119/18 121/2 121/6 121/23 123/15 124/17 128/1
**East [2]** 40/2 40/10
**EDD [6]** 30/16 30/19 30/23 31/2 31/6 147/11
**education [1]** 79/15
**Edvard [1]** 113/18
**Edward [3]** 127/18 136/10 136/24
**efforts [2]** 54/1 56/4
**EIDL [7]** 46/25 57/6 108/6 133/24 135/19 137/11 137/24
**eight [1]** 47/3
**either [3]** 43/16 136/16 149/7
**elicit [1]** 52/2
**else [7]** 40/15 83/13 84/12 108/17 125/16 126/13 141/5
**emergency [1]** 109/18
**employee [1]** 84/18
**employees [6]** 83/24 84/8 84/22 135/24 142/6 145/8
**Encino [4]** 7/14 31/21 78/13 78/15
**end [4]** 68/1 70/25 105/21 129/20
**ended [1]** 143/14
**ending [7]** 20/20 26/13 27/8 63/8 63/15 120/17 124/3
**endorsement [1]** 85/1
**ends [1]** 123/25
**engaged [4]** 14/17 20/8 114/21 114/24
**enough [4]** 80/24 80/25 106/17 106/20
**enter [3]** 104/4 106/7 114/1
**entered [3]** 27/22 27/23 27/24
**entire [2]** 67/24 131/7
**entities [7]** 6/24 7/2 17/24 47/10 66/17 67/6 143/12
**entitled [1]** 150/7
**entity [2]** 12/12 143/2

**Erase [1]** 105/19
**erased [1]** 141/7
**erasing [1]** 105/21
**Escalante [1]** 141/7
**escrow [7]** 49/23 49/24 51/12 54/6 89/2 102/10 133/14
**essentially [4]** 30/10 130/15 131/2 131/6
**establish [2]** 80/13 81/18
**established [2]** 80/15 81/1
**estate [16]** 34/9 34/12 34/22 35/2 35/6 35/10 87/2 87/4 87/7 88/15 102/4 105/25 117/8 117/24 134/8 134/20
**estate-related [2]** 34/9 34/22
**estranged [1]** 118/22
**et [4]** 1/9 136/4 136/24 136/24
**even [10]** 30/7 88/17 105/3 106/25 109/25 115/10 126/4 135/24 141/8 143/20
**events [1]** 77/1
**eventually [1]** 130/6
**ever [36]** 14/24 25/15 35/5 35/9 36/4 36/24 37/22 78/23 78/25 81/19 82/12 83/11 83/13 83/18 87/2 87/4 87/18 88/18 89/8 103/25 107/17 108/18 108/20 108/22 112/13 112/17 112/20 113/23 114/1 114/5 114/16 114/21 114/24 115/13 115/20 116/4
**Evergreen [1]** 18/21
**every [6]** 52/6 85/10 88/20 107/1 107/3 143/2
**everybody [1]** 26/6
**everyone [2]** 13/9 104/23
**everything [5]** 107/11 108/8 112/8 119/10 135/23
**EVID [1]** 4/12
**evidence [78]**
**evidencing [2]** 15/13 15/21
**exact [2]** 135/20 135/24
**exactly [1]** 70/15
**exam [1]** 85/11
**examination [22]** 4/4 4/5 4/5 4/6 4/6 4/7 4/9 4/9 4/10 6/14 31/15 33/25 39/19 46/20 51/2 62/12 67/19 78/6 116/11 116/20 118/1 118/3
**examine [2]** 34/6 66/11
**example [7]** 21/10 75/6 75/7 76/13 132/13 145/5 147/15
**Excel [1]** 13/19
**except [1]** 148/2
**exchange [2]** 134/17 145/1
**exclude [1]** 58/9
**excuse [7]** 85/13 92/21 103/4 104/3 109/14 123/21 135/14
**excused [1]** 125/9
**executive [1]** 28/12
**exhibit [113]**
**exhibits [18]** 5/15 5/17 5/23 24/6 71/9 73/20 74/5 74/13 75/14 76/6 76/7 76/12 76/15 126/5 132/14 135/16 148/5 148/12
**exist [2]** 36/11 144/21
**existed [5]** 10/1 22/23 32/21 42/3 44/22
**existence [1]** 84/4
**existing [1]** 9/23
**expect [2]** 9/18 126/3
**expecting [2]** 109/22 109/25
**expenses [4]** 111/10 120/8 120/11 121/24
**expired [1]** 10/3
**explain [10]** 44/9 77/17

**explains [1]** 142/18
**explicitly [1]** 130/20
**explore [1]** 101/24
**export [1]** 13/18
**expression [1]** 141/11
**extent [3]** 10/24 40/18 52/18
**eye [3]** 44/17 106/14 106/14
**eyes [1]** 86/3

## F

**face [3]** 44/16 107/2 131/6
**facial [3]** 45/9 46/10 46/12
**fact [7]** 17/19 18/25 37/4 44/24 73/2 109/1 124/20
**facts [1]** 65/1
**factual [2]** 131/22 142/14
**fails [1]** 71/7
**fair [2]** 42/12 67/13
**fairly [2]** 24/16 130/19
**fake [9]** 43/16 43/18 44/18 44/19 44/20 44/21 46/2 104/24 105/10
**false [6]** 112/17 114/17 114/19 115/22 142/5 145/5
**falsehood [2]** 144/25 145/3
**falsehoods [1]** 144/17
**familiar [6]** 13/14 40/20 41/4 41/13 43/6 43/8
**family [1]** 104/20
**far [3]** 68/10 135/10 148/14
**farm [1]** 143/16
**Farms [1]** 115/13
**Farrer [1]** 52/22
**fashioned [1]** 89/20
**fast [1]** 79/25
**father's [2]** 117/20 117/21
**faxes [1]** 87/19
**FBI [15]** 21/7 22/4 22/5 22/7 22/17 24/3 29/3 41/23 43/1 44/2 45/6 46/6 46/9 56/4 61/21
**fear [1]** 107/16
**fed [1]** 106/14
**federal [3]** 37/2 37/5 81/25
**FedEx [1]** 102/12
**feel [1]** 88/21
**fees [1]** 110/8
**feet [1]** 109/24
**Fenton [9]** 2/9 4/6 4/7 58/7 58/20 60/3 60/17 61/12 70/4
**few [4]** 19/16 61/8 129/1 144/10
**Fiber [6]** 133/3 133/8 133/9 136/3 136/12 136/16
**figure [2]** 49/3 49/14
**file [2]** 103/14 119/19
**filed [12]** 36/5 36/15 36/24 39/5 39/13 82/8 82/9 106/10 106/20 119/22 119/22 146/5
**files [3]** 47/21 74/13 87/24
**filing [3]** 37/5 103/19 119/25
**fill [4]** 30/4 115/5 119/7 119/9
**filled [3]** 109/7 115/7 115/8
**final [3]** 69/4 138/12 142/9
**finance [2]** 85/24 86/4
**financed [1]** 85/22
**finances [2]** 120/3 120/4
**financial [4]** 12/5 47/10 47/14 47/16
**financially [4]** 81/2 81/9 89/6 89/11
**financing [1]** 86/2
**find [10]** 32/22 39/12 48/16 56/7 57/8 76/9 76/16 76/22 86/1 147/7

**F**

**finding [1]**   86/19
**fine [3]**   148/4 148/11 149/2
**finish [1]**   51/9
**finished [1]**   25/11
**first [35]**   10/12 13/4 13/4
14/21 15/2 16/4 16/4 18/9
26/7 26/7 26/10 47/4 47/13
50/16 70/23 70/24 71/1 71/2
73/20 74/12 85/8 90/7 103/21
103/21 104/7 105/13 110/23
111/7 112/4 123/19 128/6
131/4 137/20 137/21 137/23
**five [2]**   53/11 74/24
**Floor [1]**   2/6
**flow [7]**   36/13 36/13 52/2
66/2 66/12 66/13 137/15
**flowed [1]**   132/11
**flowing [1]**   132/17
**flows [1]**   57/23
**flyers [1]**   79/22
**focus [3]**   58/19 129/17 131/7
**focused [1]**   30/25
**follow [5]**   49/9 49/10 52/5
54/1 65/16
**follow-up [1]**   65/16
**followed [1]**   53/21
**following [9]**   5/6 5/14 36/13
53/14 53/20 69/23 77/11
125/12 134/6
**food [2]**   79/25 111/17
**footage [1]**   42/6
**foregoing [1]**   150/5
**foreign [1]**   134/17
**forensic [2]**   21/7 22/3
**forgiven [1]**   110/24
**forgiving [1]**   110/22
**form [2]**   19/22 135/21
**format [5]**   13/19 53/18 65/3
65/10 150/8
**former [1]**   123/15
**forth [1]**   12/6
**found [10]**   33/25 34/7 36/20
38/17 48/17 53/10 56/8 62/18
104/25 136/21
**foundation [8]**   9/11 14/20
20/3 21/22 37/18 56/11 66/7
147/22
**foundational [1]**   65/11
**foundations [1]**   66/2
**four [5]**   73/14 73/15 73/16
73/21 97/24
**Francisco [1]**   2/21
**Fraser [1]**   3/7
**fraud [10]**   14/18 31/1 31/2
31/6 46/25 114/21 114/24
126/25 142/3 147/11
**fraudulent [3]**   49/21 54/22
54/23
**fraudulently [1]**   57/5
**freight [2]**   85/18 87/25
**frequently [2]**   64/7 74/25
**friend [2]**   80/18 123/17
**friends [1]**   80/13
**front [14]**   10/2 97/18 99/17
103/22 115/11 120/19 121/13
122/3 122/16 123/5 123/13
123/18 124/6 133/6
**full [2]**   73/15 77/23
**fund [1]**   109/20
**funded [1]**   136/6
**Funding [2]**   33/20 133/23
**funds [25]**   12/5 36/13 51/17
57/23 66/2 66/12 66/13 66/23
66/24 67/5 67/6 112/3 112/15
112/18 112/20 133/2 133/11
133/24 137/15 137/21 138/1
138/10 140/19 140/21 140/24

**funnel [1]**   137/12
**furniture [1]**   104/5
**further [16]**   31/10 39/17
46/17 62/7 65/3 65/7 65/9
65/11 65/24 65/25 66/21
67/10 69/5 116/6 117/25
125/3
**furthermore [1]**   141/24

**G**

**games [1]**   103/3
**garage [1]**   104/7
**Garfield [2]**   40/3 40/10
**gather [1]**   84/14
**gave [3]**   19/22 70/14 125/25
**gears [1]**   84/20
**general [1]**   11/13
**generally [7]**   7/5 16/6 17/10
44/12 49/2 57/16 57/19
**Gentleman [5]**   51/18 51/19
52/15 52/22 54/4
**geolocation [1]**   22/16
**get [23]**   6/10 19/16 25/3
61/10 61/10 67/12 69/11 70/4
71/24 80/24 80/25 83/20 85/1
85/11 103/19 109/11 109/24
120/4 126/20 130/6 131/17
148/16 148/23
**gets [2]**   88/21 136/6
**getting [6]**   43/24 49/7 53/6
61/4 140/2 143/19
**GEV57I [1]**   98/6
**GEX57D [1]**   92/2
**girlfriend [2]**   40/13 40/18
**give [6]**   73/4 73/8 126/2
127/12 133/16 143/16
**given [2]**   130/21 146/23
**giving [3]**   32/3 50/20 132/2
**Glendale [1]**   3/13
**go [39]**   9/25 16/4 17/2 17/3
18/17 19/19 23/2 25/25 28/7
29/25 33/22 41/23 42/1 53/20
60/15 60/24 72/13 76/8 83/17
83/23 84/1 85/4 85/11 87/19
89/2 97/15 102/11 104/4
105/16 105/17 123/21 132/13
133/24 133/25 137/17 138/12
142/12 144/6 148/2
**goes [3]**   88/20 138/4 138/11
**Gohar [2]**   55/8 55/13
**going [52]**   13/1 14/9 26/19
32/5 44/4 49/25 51/12 57/10
68/8 68/14 69/17 72/7 76/8
84/18 86/18 89/19 91/19
94/15 106/15 106/19 107/14
109/11 109/20 110/14 110/25
111/3 120/14 121/12 122/14
123/4 123/10 123/20 123/21
123/22 124/5 126/11 126/18
129/21 129/22 130/8 130/9
130/9 130/13 130/18 131/1
131/2 133/1 133/2 135/15
137/24 148/12 149/5
**gone [5]**   83/4 97/9 107/10
134/24 144/15
**good [14]**   6/16 6/17 16/5
31/17 31/18 39/21 46/22
46/23 78/8 78/9 80/16 84/18
119/3 123/17
**got [17]**   71/2 81/12 81/17
82/9 82/10 82/10 85/8 103/21
105/4 106/14 107/4 110/11
111/7 111/24 111/25 140/6
147/18
**gotten [2]**   104/13 110/24
**government [69]**   8/5 10/19
11/12 12/25 13/11 13/14 16/1
18/5 19/14 20/15 20/17 23/7
23/14 26/5 26/9 27/1 42/23

42/24 42/25 47/10 50/25 51/6
51/17 52/3 52/17 60/22 71/16
74/5 74/7 74/12 76/1 76/6
76/18 90/5 97/4 107/20 114/3
120/14 121/7 121/12 121/21
122/14 123/5 123/11 123/22
123/23 124/2 124/5 125/25
126/2 126/6 127/6 127/10
130/15 131/4 131/6 131/9
131/18 132/13 133/13 135/15
138/2 142/11 142/24 143/13
145/21 146/24 148/9 148/10
**government's [12]**   13/7 67/16
126/20 128/20 130/10 133/12
139/3 139/18 139/18 144/7
148/5 148/25
**grade [2]**   79/17 79/17
**grandmother [1]**   117/3
**great [2]**   86/13 89/10
**greatest [1]**   85/25
**Greg [2]**   19/22 128/4
**Gregor [1]**   128/3
**Grigor [5]**   20/1 20/7 25/1
25/5 25/16
**Grigoryan [23]**   6/7 56/14
57/2 57/5 57/15 127/16
128/21 129/6 129/14 129/18
129/25 130/12 130/17 132/7
132/21 132/23 132/25 133/20
133/21 133/22 134/9 137/1
142/22
**Grigoryan's [2]**   143/19
147/15
**gross [1]**   86/23
**ground [1]**   50/19
**grounds [1]**   59/3
**group [24]**   3/15 55/2 127/16
127/17 127/18 127/24 127/25
128/22 128/23 129/5 129/6
129/9 129/10 129/12 129/16
129/18 131/11 131/12 132/19
133/1 136/2 136/9 137/2
142/22
**groups [3]**   129/17 129/19
142/19
**growing [1]**   86/6
**guard [1]**   106/9
**guess [10]**   14/6 41/8 43/24
44/19 109/16 111/12 126/19
141/10 141/18 148/16
**Gusto [2]**   19/22 135/21
**guy [2]**   18/20 89/10
**guys [1]**   107/7
**GX6H [1]**   75/21

**H**

**had [52]**   22/19 35/5 35/5
35/9 38/3 38/7 38/11 38/24
39/5 39/13 42/8 52/16 52/23
55/2 56/8 60/17 61/17 61/23
66/22 67/13 79/24 80/12 82/8
82/16 82/19 83/7 83/23
84/13 84/14 87/4 102/21
103/7 103/8 106/17 106/18
106/20 106/25 110/7 110/9
110/15 111/12 111/21 115/3
119/6 129/22 133/7 134/18
134/24 138/19 140/23 143/5
145/2
**hair [1]**   44/17
**half [14]**   60/22 62/19 129/24
144/11 144/15 144/17 144/18
144/24 145/3 145/4 145/10
145/11 145/16 149/6
**hand [10]**   10/13 73/6 91/13
92/6 92/13 93/13 94/21 117/9
117/10 136/2
**handed [1]**   73/11
**handicap [1]**   126/6

**H**

hands [1]   136/2
handwriting [53]   90/8 90/10
 90/11 90/14 90/18 90/20
 90/21 91/1 91/3 91/5 91/12
 91/15 92/5 92/8 92/12 92/16
 92/18 93/12 93/15 93/23 94/1
 94/9 94/11 94/12 96/12 96/15
 96/17 96/19 96/25 97/20 98/9
 98/11 98/15 98/21 98/23 99/5
 99/7 99/12 99/19 99/21 99/23
 100/4 100/13 100/15 100/18
 100/20 101/1 101/4 101/6
 101/11 101/13 101/18 101/20
hanging [1]   104/9
happened [7]   62/18 77/1
 80/21 106/22 110/13 111/6
 134/21
happens [1]   140/19
Harapetyan [6]   127/19 127/19
 132/25 137/4 138/4 143/7
hard [1]   86/18
hardly [1]   105/16
Harley [1]   122/11 122/24
Harley-Davidson [2]   122/11
 122/24
Hart [4]   9/4 132/16 132/17
 138/5
Hartunian [2]   19/4 19/8
has [58]   6/2 10/6 13/6 15/25
 23/7 26/4 26/6 33/22 35/23
 44/11 53/11 67/25 73/22 76/1
 81/11 83/4 83/11 83/13 86/5
 86/6 87/8 87/12 88/15 88/19
 89/9 89/13 89/14 89/15 89/18
 90/16 97/9 97/11 97/15 102/6
 102/9 102/17 102/22 102/25
 103/10 104/13 104/13 104/20
 104/22 105/15 105/18 105/18
 105/23 110/24 115/11 127/10
 130/10 131/9 143/3 144/15
 144/16 146/20 147/8 148/10
hasn't [2]   10/8 131/4
hat [1]   18/20
hauling [1]   82/25
have [160]
haven't [4]   89/24 131/18
 147/12 147/13
having [5]   76/8 76/21 86/18
 124/23 135/24
Hayrapetyan [8]   113/12
 113/14 113/16 132/17 132/18
 133/2 137/3 142/22
hazmat [1]   85/1
he [105]
head [2]   7/6 46/3
headquarters [1]   28/12
hear [9]   69/22 70/4 76/17
 115/13 131/18 132/1 142/9
 146/6 146/24
heard [14]   6/5 8/21 12/7
 12/8 20/23 69/3 87/13 97/11
 113/13 116/4 128/1 131/18
 132/2 147/12
hearing [1]   115/4
hearsay [10]   50/6 51/24
 52/18 53/4 57/12 64/2 64/24
 108/12 110/17 110/19
heart [1]   106/23
heated [1]   107/9
height [1]   44/16
held [6]   5/6 69/23 77/11
 80/18 125/12 150/6
Hello [2]   118/5 118/6
help [11]   23/3 24/4 24/6
 25/7 49/5 81/2 88/7 89/3
 89/8 102/6 111/25
helped [7]   81/3 81/9 88/19

89/6 89/11 89/18 111/17
helpful [6]   44/1 44/11 44/13
 her [44]   32/9 32/9 35/3 43/5
 87/14 88/18 88/18 88/19 89/3
 90/9 90/11 102/6 102/11
 102/11 102/20 103/11 103/19
 104/9 104/10 104/21 105/19
 106/14 106/17 106/19 106/21
 107/2 107/7 107/13 107/17
 109/15 110/14 111/2 116/2
 117/8 117/20 118/24 119/9
 119/19 119/21 119/25 120/3
 120/4 120/5 140/18
here [22]   13/21 43/2 52/7
 63/1 70/20 76/10 76/15 79/20
 80/18 91/8 107/6 107/7 113/6
 118/15 132/15 132/15 133/20
 137/23 137/25 139/13 143/4
 144/6
hereby [1]   150/4
hers [1]   98/4
hey [6]   89/1 106/19 108/9
 109/15 111/19 111/24
hide [2]   112/18 112/21
high [1]   79/18
Highway [1]   3/20
him [34]   5/13 8/2 8/8 9/10
 14/24 18/20 26/16 26/17
 26/20 26/22 35/25 50/21
 50/23 53/3 53/11 53/13 53/17
 57/16 58/4 59/18 59/19 65/10
 65/10 68/23 111/15 111/22
 111/23 111/24 113/3 113/13
 118/15 129/9 140/14 141/24
himself [1]   38/21
his [30]   14/25 19/4 40/13
 40/17 50/13 50/20 50/24 51/9
 52/2 52/13 53/10 53/15 53/16
 61/16 61/17 111/14 127/16
 127/17 127/18 132/21 133/7
 133/14 136/21 137/1 137/7
 137/11 137/11 139/19 139/21
 143/12
histories [1]   56/17
history [2]   56/14 79/19
hit [3]   64/17 86/16 108/7
hits [1]   63/6
hold [3]   18/14 83/1 133/10
holder [1]   122/18
home [24]   32/23 35/14 35/17
 40/2 43/6 43/9 45/17 50/14
 78/16 78/19 78/21 78/23 79/1
 87/12 87/12 87/14 96/4
 102/18 104/1 107/20 138/19
 138/21 139/23 143/12
homes [5]   39/24 40/1 55/19
 55/23 134/10
honestly [1]   25/3
Honor [165]
HONORABLE [1]   1/3
hope [2]   41/10 58/18
hotly [1]   125/25
hotmail.com [1]   93/2
hour [2]   79/23 149/6
Hour-and-a-half [1]   149/6
hours [10]   79/23 81/24 81/25
 82/1 82/2 82/2 82/4 106/14
 106/16 149/6
house [17]   32/6 34/4 34/7
 44/5 55/14 55/25 56/1 61/19
 79/3 87/14 103/11 106/15
 106/24 111/20 117/7 119/23
 136/21
how [39]   13/14 13/17 35/5
 37/21 47/18 47/21 47/24
 48/22 52/2 52/5 52/8 53/10
 53/13 53/19 54/8 54/15 71/14
 72/25 73/3 74/9 78/10 78/19
 79/9 81/5 82/7 82/12 85/24

103/4 103/5 103/8 109/22
 131/3 131/17 133/17 138/2
 138/22 139/4 142/18 149/4
However [1]   133/1
huh [2]   117/16 123/14
hundreds [8]   47/23 48/1
 49/13 74/13 102/17 102/17
 102/22 126/1
husband [1]   107/18

**I**

I'll [3]   108/11 108/14
 119/10
I'm [4]   23/12 28/7 93/4
 120/14
I.D [1]   4/12
iCloud [1]   21/10
ID [1]   106/9
ID's [5]   104/24 104/24
 105/10 105/18 106/3
idea [3]   103/16 103/17
 144/19
identification [7]   5/24 11/6
 12/23 25/9 29/21 106/6 147/9
identifications [5]   43/19
 43/20 44/18 45/1 46/2
identified [3]   57/11 58/13
 148/10
identifiers [1]   144/22
identify [4]   24/6 72/19
 82/21 116/2
identities [10]   15/13 15/22
 16/11 19/9 44/8 44/9 49/16
 49/19 53/22 130/22
identity [14]   34/13 43/22
 44/1 44/5 44/10 44/11 115/17
 115/20 136/19 138/18 144/20
 144/25 147/11 147/16
illustrative [1]   132/9
image [10]   21/4 21/8 21/20
 21/24 22/8 22/14 22/18 146/2
 146/3 146/14
images [1]   20/23
important [1]   66/14
impression [1]   145/15
improper [3]   50/11 56/20
 64/8
Inc [2]   7/11 33/20
incident [1]   107/4
include [6]   22/15 44/13
 74/21 136/3 136/9 145/22
included [4]   22/20 25/4
 137/2 147/20
including [2]   136/11 145/14
incomplete [1]   71/9
independent [2]   88/14 119/15
indicate [1]   41/18
indicated [2]   63/18 63/22
indicators [1]   142/2
indictment [1]   47/4
individual [1]   27/22
individuals [12]   17/22 17/25
 43/17 45/23 46/11 49/18
 53/23 54/23 66/18 67/7
 127/20 128/1
industries [1]   135/25
inextricably [1]   147/7
information [24]   21/2 23/5
 27/10 32/22 44/12 44/15
 48/14 48/23 48/25 49/7 51/21
 52/17 52/23 56/9 59/14 71/13
 76/25 77/3 77/5 77/5 105/6
 105/25 142/5 147/20
inhouse [1]   86/2
initial [4]   25/2 25/4 49/18
 109/14
initially [2]   51/20 52/16
initiated [2]   27/18 27/20
Injijian [1]   136/7

**I**

**inquire [1]** 25/18
**instance [8]** 30/8 44/13
48/18 49/5 49/12 49/20 52/8
55/6
**instances [1]** 48/17
**instead [3]** 18/25 64/1
137/11
**institutions [3]** 47/10 47/14
47/16
**instruction [3]** 6/1 144/9
144/10
**instructions [2]** 144/6
148/17
**insufficient [1]** 135/11
**insurance [7]** 38/4 82/10
83/19 85/14 85/17 85/19
85/20
**intake [2]** 75/17 75/20
**intends [1]** 148/9
**intentionally [2]** 114/16
114/19
**interdependence [3]** 131/13
134/3 142/18
**interdependency [1]** 132/6
**interest [1]** 79/1
**Interiors [6]** 7/3 7/7 7/11
9/22 136/4 136/5
**interject [1]** 64/6
**Internet [3]** 49/2 59/12
59/13
**interrupt [1]** 72/6
**interrupted [1]** 53/11
**interrupting [1]** 72/11
**intertwined [2]** 146/11 147/7
**interview [3]** 54/3 54/6
54/16
**interviewed [2]** 54/4 57/9
**interviews [4]** 47/11 53/25
54/12 57/24
**introduced [3]** 23/7 144/17
147/2
**invent [1]** 105/10
**invested [1]** 113/2
**investigate [27]** 14/14 14/23
14/24 15/3 17/22 19/4 20/1
25/1 27/14 30/23 35/1 35/9
37/7 37/10 38/15 38/23 44/1
47/3 57/4 57/14 61/3 61/13
65/4 65/7 65/9 65/11 67/3
**investigated [4]** 26/22 29/3
56/25 57/2
**investigating [3]** 36/11
46/24 66/18
**investigation [29]** 6/23 6/25
9/2 11/12 26/1 27/17 27/21
32/12 39/23 40/21 40/25 41/4
41/23 43/5 44/4 47/2 47/8
47/22 47/25 49/1 51/5 54/13
55/18 56/24 59/9 59/25 61/12
66/3 66/14
**investigative [4]** 9/25 13/24
43/3 47/7
**investigator [1]** 29/9
**involve [1]** 147/10
**involved [14]** 6/25 13/20
31/25 32/1 32/2 85/8 88/9
102/4 103/19 119/13 120/4
127/4 129/4 129/4
**IP [33]** 32/24 47/17 48/14
48/17 48/23 48/25 49/2 49/4
49/7 56/9 58/21 59/10 59/14
72/25 73/3 74/2 74/4 74/16
74/18 74/22 74/24 75/16
75/23 76/4 76/5 76/9 76/9
76/11 76/13 76/16 77/4 77/7
143/3
**IRS [2]** 37/4 115/3

**is [526]**
**island [2]** 59/1 117/10
119/16 122/11 124/18 124/21
124/25 144/24 145/10 147/3
**issue [12]** 53/5 58/15 58/19
62/23 65/4 65/12 71/6 71/23
77/2 126/20 127/3 132/3
**issues [2]** 57/13 58/18
**it [372]**
**it's [3]** 13/7 14/10 46/13
**item [1]** 134/7
**items [3]** 30/5 32/10 104/11
**its [3]** 59/22 131/6 131/9
**Iulia [13]** 26/12 27/8 49/18
50/16 50/17 51/21 52/24
52/25 55/11 55/12 133/3
133/22 138/17

**J**

**January [2]** 10/3 16/22
**January 1st [1]** 10/3
**January 8 [1]** 16/22
**Jennifer [3]** 3/12
**Jewelry [1]** 54/10
**job [3]** 80/3 83/21 107/19
**jobs [7]** 79/24 79/24 79/25
80/1 80/2 86/17 87/24
**John [1]** 3/4
**Johnson [9]** 2/14 2/17 2/19
2/22 3/19 3/20 4/5 4/9
116/13
**joint [3]** 36/16 131/13
142/18
**Jr [1]** 3/14
**judge [2]** 1/4 73/11
**Judicial [1]** 150/9
**July [4]** 19/20 121/15 122/3
140/12
**July 13th [1]** 121/15
**July 21 [1]** 19/20
**July 27th [1]** 122/3
**July 3rd [1]** 140/12
**jump [1]** 64/14
**JUNE [4]** 1/17 5/1 47/1
150/10
**jury [36]** 1/15 5/7 5/9 23/15
24/7 29/22 30/2 47/6 50/25
51/25 59/22 62/17 64/9 68/24
69/7 69/24 70/2 74/18 76/7
76/15 76/22 77/6 77/12 77/18
80/11 81/15 83/6 85/7 89/12
125/13 139/12 139/16 144/6
144/9 148/2 148/17
**jury's [2]** 51/4 69/10
**just [92]**
**JUSTICE [3]** 2/4 2/9 43/1
**JUSTIN [1]** 4/4

**K**

**KATIE [2]** 1/21 150/12
**Katzman [2]** 3/4 3/7
**Kauichko [7]** 41/10 41/20
48/20 130/5 130/8 130/11
130/17
**keep [7]** 51/7 59/25 80/5
81/24 96/4 103/1 132/18
**keeping [1]** 84/14
**Keough [3]** 2/19 70/25 72/12
**keys [1]** 102/18
**kids [10]** 103/2 103/2 104/21
105/17 106/19 107/3 107/14
107/15 107/19 107/22
**kind [3]** 12/6 81/24 85/16
**Kirk [1]** 65/18
**kitchen [1]** 104/6
**knew [4]** 67/4 109/11 114/10
130/6
**know [82]**

**knowing [1]** 84/21
**knowingly [1]** 115/2
**knowledge [9]** 10/21 10/25
12/11 11/5 15/5 22/6 45/2 61/2
66/23 110/3
**knows [3]** 8/9 23/22 103/1
**Kopytova [1]** 136/13
**Kudiomov [7]** 130/3 130/12
134/14 134/15 134/16 134/24
135/4
**Kudiumov [1]** 130/17

**L**

**La [2]** 55/7 57/10
**Lacks [4]** 7/19 9/15 14/19
20/3
**lady [2]** 88/6 117/6
**Lamps [11]** 27/9 27/11 27/15
28/12 60/4 62/14 63/7 64/17
65/5 65/8 65/12
**language [1]** 90/18
**large [1]** 76/7
**larger [1]** 141/19
**last [4]** 28/7 47/3 77/25
129/24
**late [1]** 58/10
**late-produced [1]** 58/10
**later [5]** 11/7 17/2 18/25
139/22 140/7
**law [8]** 3/15 3/20 84/21
117/4 117/6 141/11 141/12
141/15
**laws [1]** 108/23
**lawyer [2]** 91/21 106/25
**lay [1]** 9/11
**lead [4]** 24/1 24/3 29/3 29/8
**learn [3]** 55/4 65/7 115/15
**learned [3]** 33/15 70/24
105/13
**lease [1]** 85/21
**least [5]** 46/13 55/21 127/2
129/12 134/9
**leave [2]** 30/6 145/18
**lecturn [1]** 131/21
**left [13]** 30/9 45/21 60/23
69/7 83/22 93/13 94/21
111/13 123/20 123/23 124/20
134/18 137/20
**left-hand [2]** 93/13 94/21
**legal [2]** 43/24 59/3
**Lendio [2]** 18/19 18/21
**let [32]** 9/10 17/10 25/7
27/3 29/18 66/8 70/2 73/6
73/9 73/24 76/17 80/3 83/23
86/9 90/7 102/24 103/4 104/3
108/3 113/10 113/20 120/5
126/17 131/17 132/1 138/14
142/9 142/14 144/5 146/6
146/24 148/13
**let's [43]** 6/10 10/9 10/10
11/9 12/17 12/24 12/25 13/4
14/7 16/13 17/2 18/4 18/9
18/24 19/13 20/13 21/12
24/17 25/24 26/7 26/15 26/17
28/4 28/7 29/1 30/14 30/18
39/8 47/13 58/4 61/10 62/22
62/24 64/1 64/14 64/14 69/11
69/21 77/8 84/1 127/12
132/20 145/18
**level [1]** 60/1
**Lewis [1]** 3/4
**liability [2]** 38/4 85/17
**license [24]** 7/8 8/22 9/5
9/19 24/22 35/3 35/6 35/10
38/7 43/12 43/14 44/15 61/17
61/17 81/17 82/8 84/24 84/25
85/9 87/4 104/9 106/4 108/16
133/5
**licensed [1]** 35/2

**licenses [5]** 8/25 44/21 46/5
84/22 104/24
**Licensing [1]** 9/8
**lies [1]** 144/19
**life [3]** 79/20 89/15 103/7
**like [51]** 5/14 8/19 9/7
10/17 11/20 12/6 13/12 16/8
20/18 22/15 27/11 27/21
27/23 29/14 30/16 31/11
32/24 37/2 40/5 40/19 41/16
43/4 45/8 45/8 58/8 75/7
85/3 89/1 89/4 89/22 91/12
92/13 94/19 101/24 102/13
104/15 104/20 106/18 107/9
109/19 110/23 116/22 117/6
120/3 121/5 125/5 126/1
135/20 140/3 141/16 142/13
**likely [2]** 28/18 105/7
**limo [4]** 40/7 139/21 141/3
145/7
**line [7]** 13/2 18/7 18/10
18/18 18/24 122/3 137/23
**line 2930 [1]** 18/7
**line 3280 [1]** 18/18
**line 3844 [1]** 18/24
**lines [3]** 19/15 63/2 97/24
**link [3]** 48/11 75/23 133/8
**linked [1]** 53/22
**list [2]** 76/5 143/12
**listed [5]** 32/10 48/8 76/10
136/17 141/25
**lists [3]** 64/17 74/2 74/4
**literally [1]** 70/8
**little [6]** 80/5 89/24 93/10
101/24 139/10 148/17
**Littrell [3]** 3/4 3/4 3/7
**Liudmyla [1]** 136/13
**live [3]** 40/14 78/12 78/13
**lived [5]** 40/9 40/15 55/13
61/13 78/19
**living [1]** 55/8
**LK [2]** 136/13 136/16
**LLC [6]** 39/5 39/14 83/8 83/9
110/7 124/8
**LLC's [1]** 120/17
**LLP [6]** 2/14 2/17 2/19 2/22
3/4 3/7
**load [1]** 106/8
**loads [1]** 86/19
**loan [37]** 14/18 25/15 31/1
46/25 47/21 49/6 49/14 49/21
57/6 74/13 74/17 74/21 75/23
76/14 108/18 108/25 109/7
109/9 109/13 109/20 110/4
110/24 110/25 111/20 111/25
112/1 115/2 121/2 121/22
135/19 136/6 136/9 136/17
137/11 137/24 139/14 139/21
**loaned [2]** 89/13 89/14
**loans [12]** 48/7 48/9 54/24
108/3 108/6 110/22 114/11
121/20 129/19 136/11 136/15
136/22
**local [3]** 37/2 82/14 82/16
**located [2]** 7/12 27/15
**location [4]** 32/4 33/25
61/18 63/25
**locking [1]** 103/2
**logs [1]** 56/8
**long [7]** 5/20 25/4 35/5
78/19 79/9 81/25 149/4
**longer [1]** 82/4
**look [53]** 6/18 6/20 6/23 9/3
9/6 9/7 9/22 10/10 11/9
12/25 14/7 15/25 18/4 18/9
18/24 19/13 20/13 21/12
24/17 25/10 25/10 25/24 26/4

26/7 26/25 28/4 29/1 29/12
29/17 30/24 30/25 33/11 41/5
41/13 42/16 46/9 48/2 48/14
56/17 59/12 64/1 65/16 66/16
68/10 77/2 92/23 94/19 95/4
97/24 107/13 132/9 132/10
138/14
**looked [9]** 9/4 9/21 53/2
56/14 58/21 60/18 136/5
137/15 144/7
**looking [8]** 49/19 75/8 99/2
99/16 100/10 101/8 101/15
132/9
**looks [12]** 10/17 11/20 13/12
16/8 20/18 27/11 29/14 30/16
91/12 92/13 94/12 117/6
**loop [1]** 142/23
**LOS [8]** 1/14 1/23 2/7 2/15
3/9 3/16 5/1 80/17
**lose [4]** 72/7 106/20 131/9
148/24
**loss [2]** 109/2 129/22
**lot [11]** 34/14 53/6 79/25
80/1 80/16 81/3 86/13 111/8
111/10 124/25 139/15
**lots [1]** 147/13
**Louisiana [2]** 80/13 80/15
**love [3]** 88/13 107/14 124/17
**lower [2]** 93/13 110/9
**lunch [2]** 125/11 148/17

**M**

**M-A-R-T-I-R-O-S-Y-A-N [1]**
128/13
**ma'am [4]** 118/6 118/9 121/17
124/19
**MacDonald [3]** 32/4 32/7 32/8
**made [12]** 63/18 63/23 65/16
79/2 80/24 86/13 109/2
110/23 124/12 139/14 142/11
143/14
**Madison [2]** 32/3 32/7
**magnified [1]** 121/15
**magnify [1]** 68/8
**mail [5]** 25/19 50/3 50/6
50/8 102/12
**mailbox [1]** 102/12
**mailed [2]** 70/16 70/20
**mails [6]** 18/21 70/10 92/21
92/24 93/9 93/11
**main [1]** 129/17
**maintained [1]** 82/18
**majority [4]** 34/11 34/12
34/21 77/4
**make [24]** 9/10 26/23 39/8
49/8 56/4 59/2 59/22 64/8
67/14 69/2 80/22 87/19 89/2
106/18 113/23 114/16 114/19
130/7 132/20 140/14 140/18
140/20 143/4 143/4
**makes [1]** 145/11
**making [3]** 26/18 86/14 133/8
**manager [1]** 120/23
**manually [3]** 27/22 27/24
28/17
**manufacture [1]** 105/11
**manufactured [1]** 44/12
**manufacturing [1]** 43/19
**Manuk [10]** 6/7 56/14 57/2
57/5 127/16 129/18 129/25
131/11 133/22 147/15
**Manuk's [6]** 143/2 143/2
143/6 143/11 143/13 144/1
**Manukyan [7]** 11/16 11/21
21/19 133/3 133/5 133/7
138/7
**many [14]** 34/17 47/18 47/21
47/24 48/22 54/15 58/17
71/14 81/5 82/12 103/4 103/6

103/8 126/7
**March [10]** 6/4 6/9 6/24 15/5
17/24 19/9 20/9 66/17 84/1
86/9 103/5 103/8 113/24
114/2 114/6 114/22 114/25
134/22
**March 2020 [2]** 15/7 17/24
**Marietta [9]** 6/8 50/2 50/15
51/14 55/24 60/23 130/11
130/17 134/1
**Marietta's [2]** 55/8 55/16
**marked [5]** 5/24 11/6 12/23
29/21 75/9
**Market [1]** 2/20
**marking [1]** 58/11
**marriage [3]** 119/3 119/7
124/23
**married [8]** 79/5 79/7 79/9
87/9 88/16 90/9 103/21
118/10
**Martirosyan [9]** 14/14 14/17
15/4 15/7 15/14 15/23 17/13
128/3 128/5
**Martirosyans [2]** 128/9
128/12
**mass [2]** 147/20 147/23
**Massino [2]** 14/3 14/5
**matter [3]** 70/2 144/9 150/7
**matters [1]** 68/24
**max [2]** 83/23 104/14
**may [27]** 9/11 29/22 35/24
42/2 49/5 51/3 51/3 51/9
61/5 69/12 69/14 71/22 73/17
76/23 78/2 89/20 91/8 113/5
125/14 127/3 133/4 134/7
136/12 141/7 145/1 145/8
147/7
**maybe [5]** 12/8 46/3 73/25
130/24 132/5
**me [85]**
**mean [48]** 6/3 7/6 13/16 14/3
22/13 23/12 30/3 37/2 37/4
42/14 42/14 43/18 43/24 45/8
46/3 46/12 49/12 53/3 53/13
56/22 59/22 61/21 64/5 65/2
67/12 74/21 75/6 75/7 85/7
86/12 86/24 88/12 89/11
102/12 102/16 102/17 111/10
111/18 112/25 114/11 118/23
129/1 134/15 139/14 141/10
145/11 146/17 146/22
**meaning [5]** 23/19 25/18 63/5
129/13 132/21
**means [2]** 77/5 77/18
**meant [1]** 44/20
**Media [2]** 136/3 136/16
**medical [2]** 85/4 85/11
**meet [1]** 71/7
**Meghan [1]** 2/16
**member [2]** 141/8 141/15
**members [2]** 5/9 13/24
**memory [1]** 129/22
**mention [1]** 140/1
**mentioned [4]** 48/19 95/22
96/1 128/7
**Mesereau [11]** 3/14 3/15 4/5
4/9 31/19 35/1 61/23 78/9
80/6 80/8 90/1
**message [4]** 19/25 21/10
123/7 123/12
**messages [11]** 13/21 19/17
40/24 57/24 128/4 128/5
130/25 136/23 140/13 140/25
141/3
**metadata [7]** 22/8 22/10
22/13 22/17 22/20 22/23 23/6
**Michael [3]** 2/19 72/12 73/10
**might [4]** 14/24 36/11 46/7
46/11

**M**

million [1]  85/17
mind [4]  49/17 66/12 126/23 132/18
mine [2]  106/7 123/17
Minimum [1]  85/17
minus [1]  86/25
minute [1]  66/9
minutes [3]  69/21 77/9 129/2
Mirage [1]  63/7
mislead [1]  145/14
misleading [1]  145/12
missed [1]  136/14
missing [1]  73/1
misstates [3]  8/6 59/6 66/4
MO [1]  143/11
mobile [1]  47/16
Mod [6]  7/2 7/7 7/11 9/22 136/3 136/4
model [1]  144/8
modern [1]  12/8
moment [9]  45/15 62/14 66/1 69/9 71/25 86/8 91/21 128/25 133/17
moments [1]  70/8
mommy [1]  107/6
money [43]  36/14 49/9 49/11 52/2 52/5 52/24 53/10 53/14 53/20 53/21 54/1 80/23 80/24 81/17 86/13 89/13 89/14 109/2 109/19 109/22 110/15 111/6 111/14 111/14 111/16 111/24 111/25 112/5 121/7 121/18 121/23 132/10 132/10 132/16 133/1 137/12 138/12 140/10 140/15 141/22 141/24 143/14 143/19
Monica [1]  3/15
monies [2]  133/10 142/23
monitor [1]  91/24
monitors [1]  68/1
month [2]  16/20 62/19
month-and-a-half [1]  62/19
monthly [1]  135/22
months [4]  60/22 80/20 110/5 140/7
more [14]  19/16 24/12 53/7 61/8 62/19 72/6 73/4 76/2 101/24 109/23 110/2 110/9 126/9 130/24
morning [10]  6/16 6/17 31/17 31/18 39/21 46/22 46/23 78/8 78/9 107/21
mortgage [1]  126/24
most [5]  73/1 75/5 105/7 132/9 134/5
mostly [1]  89/18
mother [7]  117/4 117/6 117/18 117/19 117/20 117/21 138/19
mother's [1]  117/19
mother-in-law [2]  117/4 117/6
motions [2]  126/14 146/5
motor [4]  38/12 38/12 81/25 82/19
motorcycle [1]  122/25
move [17]  5/14 7/17 10/9 11/2 12/17 12/18 29/16 41/16 50/5 56/10 58/5 58/9 60/2 86/19 119/23 123/20 133/12
moved [2]  106/24 112/5
moves [1]  117/12
moving [12]  66/23 67/5 95/9 95/14 96/7 96/22 98/6 98/18 99/9 99/25 100/19 100/25
Mr [27]  4/4 4/5 4/5 4/6 4/6 4/7 4/9 4/9 10/12 11/11

13/16 15/2 26/25 35/1 58/7 60/10 60/11 60/14 60/21 65/21 66/1 78/9 80/6 80/8 90/1 144/12
Mr. [47]  5/12 31/17 38/1 40/2 40/9 40/11 53/11 56/13 58/20 59/9 59/16 60/3 61/23 67/21 68/4 69/16 70/4 70/25 77/21 78/8 90/2 91/10 92/3 94/7 94/15 97/17 101/24 113/10 118/5 118/13 125/17 126/19 132/2 132/25 133/7 133/9 133/20 134/1 134/14 136/20 136/22 137/1 137/4 139/19 142/10 145/6 145/7
Mr. Anton [1]  134/14
Mr. Arman [1]  137/4
Mr. Artur [3]  69/16 77/21 145/6
Mr. Avazyan [1]  133/9
Mr. Ayvazian [12]  38/1 78/8 90/2 91/10 92/3 94/7 94/15 97/17 101/24 113/10 118/5 133/7
Mr. Cruz [2]  59/16 67/21
Mr. Dadyan's [1]  40/11
Mr. Fenton [1]  70/4
Mr. Harapetyan [1]  132/25
Mr. Keough [1]  70/25
Mr. Mesereau [1]  61/23
Mr. Palmerton [2]  5/12 31/17
Mr. Paronyan [1]  133/20
Mr. Ram [10]  53/11 56/13 58/20 59/9 60/3 68/4 126/19 132/2 137/1 142/10
Mr. Richard [3]  134/1 136/20 136/22
Mr. Vahe [6]  40/2 40/9 118/13 125/17 139/19 145/7
Ms [2]  4/10 124/17
Ms. [10]  68/8 124/20 134/1 136/24 138/19 139/5 139/23 142/14 142/17 146/3
Ms. Ahn [2]  142/14 142/17
Ms. Dadyan [2]  124/20 139/5
Ms. Marietta [1]  134/1
Ms. Paul [1]  68/8
Ms. Tamara [1]  136/24
Ms. Terabelian's [3]  138/19 139/23 146/3
much [5]  18/25 86/1 88/21 109/22 127/7
multi [1]  126/22
multi-conspiracy [1]  126/22
multiple [5]  63/23 130/21 131/23 132/4 142/19
must [2]  6/9 65/19
my [118]
myself [6]  9/24 40/11 83/25 84/11 130/7 148/20

**N**

name [45]  4/3 10/23 12/10 12/11 14/25 16/10 25/16 26/12 31/19 32/19 40/6 41/9 41/10 41/20 43/15 44/13 48/19 50/1 50/14 51/14 52/25 55/10 55/11 55/12 65/18 72/11 77/23 77/25 83/3 88/6 94/21 104/10 112/17 116/1 117/8 120/21 122/18 123/18 130/1 133/6 133/8 134/12 136/10 137/11 144/21
named [3]  11/15 47/4 95/17
names [3]  92/20 128/2 134/13
Natalie [1]  93/10
necessarily [1]  23/6
need [11]  45/13 77/17 84/23 85/10 85/11 90/17 105/20

108/19 108/10 112/1 130/7
net [2]  86/22 87/1
never [14]  12/8 25/22 33/2 46/14 46/14 104/2 104/2 112/19 112/19 113/13 114/10 114/18 119/22 125/6
new [11]  2/10 2/18 13/13 90/17 110/7 110/8 112/17 140/14 140/18 140/23 141/23
Newcomer [1]  2/16
news [1]  108/8
next [15]  6/10 21/13 27/10 29/1 30/22 30/22 69/6 69/6 69/22 100/19 102/18 117/6 118/18 124/2 138/13
Nicholas [1]  2/22
night [2]  106/16 107/5
nine [1]  79/21
Ninth [2]  141/7 144/9
no [162]
Nobody [1]  86/18
none [1]  40/1
nontax [1]  62/4
North [2]  2/6 3/20
not [142]
note [4]  136/8 136/15 141/6 141/22
nothing [1]  33/1 33/5 108/17
notice [5]  70/7 71/5 91/21 121/18 126/2
November [1]  45/18
November 5th [1]  45/18
now [61]  10/10 12/24 14/7 16/13 17/2 18/4 18/17 18/24 19/13 20/13 21/3 21/3 21/12 24/17 25/13 25/24 26/21 28/4 29/1 33/6 35/8 35/14 43/4 51/5 53/12 63/5 64/14 64/16 68/14 68/18 70/2 72/10 79/14 80/3 81/12 83/4 84/14 86/5 86/20 87/10 88/15 88/20 90/7 92/5 92/20 93/19 97/9 97/16 103/12 104/22 107/20 108/3 108/11 115/2 115/17 122/14 127/12 129/20 130/14 148/13 149/8
number [23]  23/20 23/21 23/25 24/23 27/11 27/13 29/6 42/17 42/18 48/6 68/11 68/12 76/7 123/24 123/25 124/2 124/3 126/18 136/18 136/18 136/20 140/13 142/6
numbers [8]  42/18 42/19 42/21 42/22 42/22 48/8 48/11 135/21
numerous [1]  83/17
NW [2]  2/10 2/23
NY [1]  2/18

**O**

o'clock [4]  71/3 106/15 107/5 149/8
oath [1]  6/12
objection [66]  5/19 5/21 7/19 7/25 8/6 8/15 9/9 9/11 9/14 9/15 11/4 12/20 12/21 14/19 15/15 17/5 17/20 18/1 19/10 20/3 20/10 21/22 22/9 23/18 24/11 29/17 29/19 33/21 33/23 34/19 34/23 35/22 36/8 36/17 37/18 39/1 39/6 50/5 50/10 50/18 51/24 57/12 58/14 58/24 59/2 59/3 64/3 64/23 66/4 66/25 67/8 67/9 70/3 70/4 70/7 88/23 108/12 110/17 110/19 114/23 149/1

**O**

obligations [1]  81/10
obtain [5]  22/7 22/17 66/21
67/3 129/19
obviously [1]  142/1
occur [2]  28/2 46/6
occurred [4]  27/15 28/18
146/9 147/9
October [9]  26/2 27/7 60/7
63/24 64/15 64/22 65/21
65/22 68/9
October 13 [1]  60/7
October 13th [3]  63/24 64/22
68/9
October 14th [3]  26/2 27/7
64/15
off [8]  7/6 25/14 46/3 56/8
85/23 102/11 107/12 113/1
offense [1]  146/21
offer [1]  9/10
offered [1]  119/9
offering [1]  9/12
office [23]  2/4 3/20 33/6
33/9 33/11 33/14 33/15 33/18
33/18 34/7 34/22 87/12 87/14
87/14 87/16 87/17 87/18
87/21 87/22 96/4 104/1 104/4
104/11
offices [1]  71/3
Official [1]  1/21
often [1]  140/19
oh [8]  26/7 53/3 89/1 93/4
102/21 105/19 110/23 116/24
oil [1]  80/21
okay [85]
old [6]  78/10 78/11 79/21
79/22 89/20 105/17
old-fashioned [1]  89/20
older [2]  81/6 118/8
oldest [1]  93/8
omissions [1]  144/11
once [5]  5/9 13/1 16/24 82/9
86/16
one [90]
online [1]  28/23
only [21]  13/8 33/18 36/1
37/25 49/7 52/11 74/23 82/1
82/2 82/18 102/2 103/7 106/4
106/7 109/16 125/22 134/4
134/7 139/12 145/22 148/8
open [2]  25/5 47/9
opened [6]  41/18 41/19 42/9
110/7 110/10 110/11
opening [1]  120/16
operate [1]  87/11
opinion [2]  50/20 64/6
opinions [1]  50/24
opportunity [2]  67/14 132/3
opposed [2]  66/23 67/5
optional [1]  85/1
options [1]  86/1
order [1]  14/11
organization [1]  39/13
original [1]  52/4
other [58]  9/6 12/6 13/24
28/21 31/3 31/11 47/11 47/12
47/15 51/2 52/1 54/12 54/12
54/15 59/12 59/13 59/14
66/24 67/6 69/1 75/25 84/25
90/18 93/9 93/11 94/16 99/2
125/8 125/21 126/15 126/23
126/24 127/1 127/19 127/24
129/11 129/12 129/14 131/14
132/19 132/21 132/21 134/7
135/9 135/11 139/6 141/17
142/2 142/6 143/9 143/13
144/22 145/12 146/9 146/10
146/12 146/13 147/5

others [2]  21/8 141/17
otherwise [1]  86/7
ought [1]  148/6
our [19]  10/17 10/18 18/14
29/14 42/19 42/21 43/1 55/2
70/9 71/3 77/13 102/3 107/19
107/19 130/18 132/14 135/5
135/16 138/9
out [37]  26/2 30/4 35/12
37/4 49/4 49/14 51/19 62/18
62/20 79/18 79/22 81/3 85/12
88/6 88/19 89/3 102/19
106/19 106/24 109/7 111/23
112/1 115/5 115/7 115/8
119/7 119/9 119/23 122/7
124/16 126/24 131/15 131/24
132/17 138/17 143/3 143/12
outs [1]  147/10
outset [1]  73/25
outside [9]  5/6 17/6 69/23
70/1 77/17 83/2 125/12
139/11 139/15
over [11]  27/23 28/18 28/20
47/2 47/20 107/7 107/9
107/11 109/24 133/3 140/11
overall [1]  146/23
overhead [1]  89/20
overruled [17]  15/16 20/4
20/11 36/9 50/11 51/25 52/20
56/12 56/22 59/5 59/7 64/25
68/19 88/24 108/13 110/20
114/15
owe [1]  112/1
owed [1]  111/14
own [6]  37/13 78/21 81/16
85/21 88/3 106/9
owned [11]  32/13 32/23 33/3
37/11 37/23 38/1 78/23 82/12
82/18 83/11 85/22
owner [2]  32/16 32/19
ownership [1]  33/2
owning [1]  38/18

**P**

Pacific [1]  3/20
package [4]  63/25 64/21 65/8
65/18
packages [2]  102/10 102/11
packed [1]  80/17
PAETTY [1]  2/5
page [76]
pages [10]  9/7 16/14 30/18
73/15 73/15 73/16 73/21
74/13 97/5 97/9
paid [6]  36/24 37/6 85/23
111/14 113/3 138/19
PALMERTON [27]  4/4 5/12 6/6
6/16 6/20 6/22 7/22 8/3 9/17
10/13 11/11 12/10 13/10
15/18 16/6 16/18 21/18 22/13
30/1 31/17 46/22 53/19 58/7
59/8 67/21 68/3 68/20
pandemic [5]  30/20 30/24
86/16 109/24 134/19
paper [1]  6/3
papers [1]  89/1
paralyzed [1]  88/21
Paronyan [9]  25/1 25/5 25/16
113/18 127/18 133/20 136/10
136/24 137/2
part [24]  6/22 9/2 11/11
25/25 32/1 32/2 43/11 44/4
46/1 47/2 47/7 55/18 56/24
61/12 63/4 75/5 79/3 127/7
132/19 132/25 137/14 141/19
142/22 144/1
participant [3]  140/17
140/18 141/23
participants [1]  141/9

particular [3]  13/25 16/15
63/2 127/2
parties [2]  5/8 5/25 58/3
59/24 67/13 69/1 69/2 140/1
partner [2]  80/12 123/16
partners [1]  107/18
party [1]  52/19
Pass [1]  69/9
passing [1]  79/22
past [2]  107/4 114/12
patience [1]  72/7
patterns [1]  143/10
Paul [1]  68/8
pause [4]  21/16 30/14 128/25
138/15
pay [9]  103/12 111/4 111/20
112/1 112/24 112/25 120/11
121/9 122/1
Paying [1]  84/21
payment [4]  15/21 17/12
17/19 86/3
payments [4]  15/13 17/23
111/3 111/9
payroll [5]  19/21 19/22
135/22 135/22 142/1
Payrur [2]  113/11 127/19
pen [2]  117/13 117/15
pending [2]  124/14 125/7
people [13]  12/5 35/17 43/19
45/1 45/4 45/7 45/24 46/1
46/7 106/15 107/12 113/11
130/21
people's [2]  44/12 105/24
per [1]  25/19
percent [2]  140/2 140/6
perception [1]  127/2
perform [2]  84/20 88/25
period [4]  17/6 17/8 84/1
86/9
Perk [1]  65/18
permit [1]  38/12
permits [4]  82/9 82/10 82/25
87/23
person [21]  16/25 32/20 42/1
42/12 42/14 94/24 116/4
117/23 126/19 128/6 129/23
129/24 134/11 135/3 141/7
141/13 143/9 144/20 144/21
144/22 145/2
personal [2]  89/15 90/16
personally [5]  12/14 12/16
31/22 54/25 55/1
Peter [3]  3/19 3/20 116/13
phone [39]  13/16 13/17 20/1
20/18 20/20 20/24 21/5 21/9
21/9 21/25 22/1 22/8 23/5
24/23 24/25 27/11 27/13
27/23 28/18 28/20 51/23
102/18 102/20 102/22 102/24
102/25 103/1 103/3 103/7
104/25 105/2 105/4 105/6
120/5 133/5 136/20 136/21
146/3 146/15
phones [6]  102/14 103/4
103/6 103/8 103/10 147/21
photo [6]  21/15 21/17 22/15
22/19 22/24 23/6
photograph [1]  42/8
photos [8]  45/8 45/16 45/16
45/20 104/20 104/21 105/16
116/25
physical [3]  41/21 85/19
148/11
physically [1]  42/3
pick [3]  102/10 106/8 120/5
picked [3]  64/21 65/8 65/18
picture [2]  142/13 147/13
pictures [7]  44/25 45/3 45/4
45/7 45/7 104/19 105/17

**P**

piece [1]   6/3
pizza [1]   79/22
place [4]   60/7 60/20 102/12
115/13
placed [1]   32/24
places [2]   47/15 79/25
PLAINTIFF [2]   1/7 2/3
plaques [2]   104/13 104/15
platform [2]   11/22 12/5
play [1]   103/3
please [21]   15/19 45/15
59/17 60/10 60/11 69/25
70/18 73/13 80/11 81/15 83/6
84/10 85/7 86/12 86/24 89/2
95/4 102/16 107/8 117/17
117/18
Plus [11]   27/9 27/11 27/15
28/12 60/4 62/14 63/7 64/17
65/5 65/8 65/12
point [26]   26/18 33/15 35/7
42/8 58/18 59/19 59/23 61/6
69/4 70/4 74/9 80/9 81/12
82/13 105/11 106/10 126/21
127/2 130/24 136/4 138/17
140/13 143/13 145/1 146/25
147/6
pointed [1]   53/8
pointing [1]   124/16
points [2]   69/3 143/4
portion [1]   68/15
portions [3]   145/8 148/2
148/8
posited [1]   142/19
position [5]   71/25 74/10
131/19 138/7 138/9
possibility [1]   129/12
possible [2]   42/14 117/9
possibly [3]   14/3 22/16
143/20
Post [1]   92/14
Post-it [1]   92/14
potentially [1]   129/16
powering [1]   70/9
PPP [33]   25/15 30/25 34/12
40/6 46/24 51/17 54/22 57/5
66/23 67/4 108/3 108/5 108/8
108/18 109/12 110/4 112/3
115/2 119/7 121/4 127/3
129/19 133/2 133/24 135/19
137/11 137/21 137/24 138/1
138/10 139/21 140/2 142/5
predated [1]   146/4
prefer [1]   148/23
preference [2]   148/21 149/7
preloaded [1]   106/8
prenuptial [1]   103/20
preparation [1]   24/4
preparer [1]   147/22
prerequisites [1]   71/8
presence [8]   5/7 69/24 70/1
77/12 77/18 125/13 139/12
139/15
present [4]   5/8 30/7 30/9
108/20
presented [1]   131/16
president [5]   110/16 110/22
110/24 136/18 136/19
PRESIDING [1]   1/4
pretty [1]   88/21
previous [1]   133/16
previously [4]   20/23 68/14
120/15 123/10
primarily [1]   34/9
primary [1]   76/19
Primavera [3]   55/7 57/10
138/23
principal [1]   77/2

principle [1]   134/2
prior [11]   13/24 15/10
17/15 17/24 19/9 20/8 21/21
33/13 66/17 147/9
probably [3]   87/1 132/8
134/4
problem [2]   71/20 88/20
problems [1]   76/20
proceed [1]   78/2
proceedings [8]   1/13 5/6
69/23 77/11 125/12 138/15
149/10 150/6
proceeds [2]   54/22 140/3
process [2]   13/20 80/14
processed [1]   80/16
produced [6]   10/20 42/22
58/10 74/3 74/7 139/16
production [1]   10/17
profit [2]   86/22 86/23
profitable [3]   86/5 86/7
86/10
program [1]   85/9
prompting [1]   130/7
properly [1]   83/21
properties [2]   29/15 55/6
property [4]   22/24 30/3 30/5
57/11
proponent's [1]   71/25
proposed [2]   144/7 144/8
proposition [1]   131/8
proprietorship [3]   83/7
112/9 123/3
protocol [1]   49/2
proved [1]   131/4
provide [2]   73/10 73/13
provided [7]   24/7 32/9 70/7
72/16 72/16 72/20 108/17
providers [2]   47/17 47/17
publicly [2]   6/23 7/23
publish [1]   29/22
pull [8]   9/18 13/5 16/2
20/24 62/3 62/22 128/2
132/15
pulled [2]   61/16 61/23
pulls [1]   47/12
punched [2]   28/17 28/19
punctual [1]   5/10
purchase [11]   27/9 27/18
50/1 51/13 57/10 63/18 79/2
82/20 89/13 138/18 138/19
purchased [6]   50/14 54/22
55/7 55/10 55/12 81/18
purchases [1]   63/23
purport [3]   71/12 71/15
72/23
purportedly [2]   34/6 77/1
purports [4]   71/16 71/19
72/25 74/1
purpose [5]   52/11 71/13
75/22 76/3 142/1
purposes [3]   112/7 115/22
127/3
pursuant [2]   30/10 150/4
pursue [1]   57/20
pursuit [1]   57/17
put [12]   6/18 11/8 67/16
84/19 85/2 102/18 103/22
105/2 105/6 112/3 115/11
142/14
putting [1]   25/13

**Q**

qualified [1]   109/1
qualifies [1]   109/3
qualify [2]   108/10 110/1
quality [1]   64/6
question [27]   8/3 14/21 15/2
15/17 17/11 20/5 23/13 29/7
31/12 37/19 39/8 52/5 57/14

65/3 65/10 65/11 65/25 66/12
116/17 124/14 125/7 125/8
126/18
questioning [2]   50/24 53/7
questions [19]   31/10 39/17
40/5 40/19 46/17 50/23 53/17
58/21 61/8 62/7 64/8 65/24
67/10 69/5 113/20 116/6
117/25 125/3 144/10
quickly [1]   60/12
quite [3]   66/1 140/19 147/8

**R**

radio [1]   108/9
Radius [2]   49/22 51/17
raise [3]   102/2 107/19
118/25
raised [2]   70/2 70/25
Ram [22]   2/13 4/4 4/6 10/12
11/11 13/10 15/2 26/25 53/11
56/13 58/20 59/9 60/3 64/11
65/21 66/1 68/4 126/19 132/2
137/1 142/10 144/12
Rancho [1]   63/7
random [1]   79/24
rather [1]   76/8
RE [1]   104/14
RE/MAX [1]   104/14
reached [3]   37/4 51/19
111/23
read [3]   19/1 19/25 28/20
reading [2]   69/18 128/20
reads [1]   68/10
ready [1]   5/11
real [28]   9/23 16/25 34/9
34/11 34/22 35/2 35/6 35/10
37/8 44/23 44/24 45/1 45/1
45/24 53/23 87/2 87/4 87/7
88/15 102/4 105/25 117/8
117/24 134/8 134/16 134/20
144/21 145/7
really [5]   7/12 86/1 107/4
108/10 143/4
realm [1]   145/16
realtor [1]   105/23
Realty [1]   33/20
reason [5]   63/23 74/15 91/22
112/6 140/24
reasonable [1]   131/5
reasons [4]   74/12 83/18
125/25 126/11
recall [26]   9/20 9/24 15/24
19/6 25/6 31/4 32/18 33/1
33/5 35/8 38/14 39/15 41/2
42/5 42/6 47/12 48/22 48/24
53/3 60/4 65/19 79/4 91/16
133/4 135/1 145/19
recalled [1]   133/25
receipt [2]   30/3 30/4
receipts [2]   29/14 87/24
received [15]   5/22 11/5
12/22 29/20 36/1 109/14
110/4 121/2 121/7 121/20
121/22 122/9 126/12 133/24
141/22
receivers [1]   86/17
receiving [1]   17/23
recess [4]   77/8 77/10 125/11
149/9
recognition [3]   45/9 46/10
46/12
recognize [51]   6/21 7/5 7/7
7/22 8/1 8/4 8/13 8/16 8/17
10/14 10/22 10/24 11/18
13/11 16/7 20/16 21/14 21/17
31/12 30/18 30/15 42/18
45/16 45/20 68/21 71/18
82/24 90/11 91/3 91/4 92/8

## R

**recognize... [20]** 92/16
92/23 93/9 93/15 93/23 94/11
95/5 95/17 95/22 96/1 96/15
96/25 97/20 98/11 98/23
99/12 100/6 100/15 116/25
117/2
**recognize [1]** 1/21
**recollection [2]** 17/17 140/5
**record [9]** 7/23 9/18 16/16
41/17 77/24 116/23 132/6
139/13 139/13
**records [28]** 6/24 11/13
11/15 15/9 15/12 15/21 37/25
38/15 39/4 41/5 44/22 47/9
47/24 48/3 48/5 48/6 48/18
48/20 49/13 49/20 49/24
51/12 51/16 53/2 53/21 61/16
63/22 74/13
**Recross [3]** 4/7 62/12 67/19
**Recross-Examination [3]** 4/7
62/12 67/19
**redaction [1]** 148/6
**redirect [2]** 4/6 67/11
**Redline [1]** 136/9
**Redondo [1]** 3/21
**reeds [1]** 68/12
**refer [1]** 135/13
**reference [1]** 76/16
**referenced [11]** 24/10 71/10
72/19 73/21 76/4 92/20 92/21
126/5 128/2 128/4 128/5
**references [6]** 19/1 74/4
76/5 76/22 87/13 137/24
**referred [4]** 40/23 117/23
135/4 138/22
**referring [4]** 23/4 40/1 50/6
147/19
**refresh [1]** 17/17
**regard [1]** 136/25
**regarding [5]** 22/8 126/21
132/6 139/8 144/10
**regards [1]** 66/17
**register [1]** 19/21
**regulations [2]** 108/22 150/8
**rejecting [1]** 125/24
**relate [2]** 30/19 148/3
**related [7]** 34/9 34/22 36/21
36/25 41/3 67/6 118/13
**relating [2]** 52/19 52/23
**relation [1]** 19/25
**relationship [10]** 19/5 36/11
57/15 57/20 57/25 74/22
101/25 102/2 118/24 118/25
**relative [1]** 139/23
**released [1]** 18/14
**relevance [9]** 17/6 17/20
18/1 19/10 20/10 36/8 39/1
88/23 146/16
**relevant [7]** 17/6 17/8 48/25
51/3 61/5 146/20 146/23
**relief [1]** 109/19
**relinquishing [1]** 78/25
**rely [1]** 131/14
**remaining [1]** 30/18
**remains [1]** 125/15
**remember [8]** 20/21 41/2
56/15 58/17 62/15 70/13
134/7 139/25
**reminded [2]** 6/11 115/25
**renew [1]** 10/23
**Repair [1]** 10/23
**repairs [2]** 87/25 111/9
**repeat [1]** 15/19
**rephrase [2]** 103/5 104/3
**report [13]** 13/19 19/22 21/1
22/25 23/2 23/4 23/8 24/9
25/3 36/1 135/22 135/24
148/9
**reported [3]** 35/24 135/23
**Reporter [1]** 1/21
**REPORTER'S [1]** 1/13
**represent [4]** 39/21 72/23
72/25 74/1
**representation [1]** 137/1
**representative [2]** 63/17
64/20
**representatives [2]** 54/4
136/7
**represented [1]** 46/4
**represents [1]** 137/21
**requested [6]** 42/6 44/21
47/14 49/20 52/17 52/23
**requesting [3]** 47/9 48/23
51/21
**require [2]** 85/9 85/19
**required [3]** 38/24 39/5 39/7
**requirement [1]** 141/12
**Res'd [1]** 4/4
**research [3]** 25/5 40/15 47/9
**resell [1]** 80/14
**residence [15]** 32/13 32/15
32/17 32/19 33/3 33/6 33/10
33/14 33/16 33/19 36/2 51/13
55/9 55/10 138/23
**residences [1]** 54/21
**residing [1]** 78/20
**respect [4]** 22/10 39/7
139/24 141/21
**respective [1]** 69/3
**response [1]** 126/20
**responsibilities [1]** 32/4
**rest [1]** 145/14
**restate [1]** 67/2
**restaurants [2]** 79/25 80/18
**restriction [1]** 68/25
**result [1]** 55/4
**resume [1]** 5/11
**RESUMED [1]** 6/14
**retained [1]** 56/9
**return [1]** 36/16
**returns [4]** 36/6 36/16 61/24
62/4
**review [11]** 15/9 20/7 26/17
29/9 47/21 47/24 51/7 58/4
59/20 108/18 108/22
**reviewed [5]** 8/5 34/2 37/25
49/13 49/24
**reviewing [6]** 25/11 51/6
51/11 53/21 57/22 69/1
**Rich [10]** 13/12 130/12 131/5
131/7 131/11 131/12 140/14
140/18 140/23 141/23
**Richard [36]** 1/9 26/1 50/1
50/4 50/15 50/16 51/14 53/3
55/24 56/25 57/4 57/11 57/15
60/23 62/20 81/7 89/5 111/19
118/7 129/16 130/16 132/7
133/4 134/1 134/9 136/8
136/20 136/22 138/8 139/6
141/23 142/25 143/15 143/18
143/23 143/25
**right [84]**
**right-hand [6]** 10/13 91/13
92/6 92/13 117/9 117/10
**Road [1]** 3/12
**role [3]** 29/8 33/24 145/6
**room [1]** 5/13
**rooms [3]** 34/3 35/21 36/3
**roughly [1]** 111/3
**router [1]** 56/8
**routers [2]** 56/2 56/5
**RPR [1]** 150/12
**rule [2]** 58/13 71/13
**ruled [1]** 146/22
**rules [1]** 108/22
**ruling [2]** 56/21 77/16
**Runyan [3]** 40/20 139/22
**Runyantax.com [1]** 41/4
**Runyon [1]** 41/6
**Russia [1]** 134/24
**Russian [1]** 130/1
**Ryan [1]** 3/7
**Rysik [1]** 94/22

## S

**safety [1]** 107/16
**said [41]** 8/1 8/15 14/22
17/11 28/9 29/6 36/20 37/15
37/23 47/13 49/12 53/1 56/25
57/16 60/9 63/18 64/21 70/13
89/5 97/15 102/6 107/6 107/6
107/13 108/15 109/15 109/18
109/21 110/14 111/3 111/4
111/23 111/25 118/24 119/10
135/10 136/14 139/11 139/15
140/16 142/17
**saint [1]** 114/11
**Sakyan [3]** 16/9 16/10 16/23
**Samantha [1]** 65/18
**same [25]** 9/21 17/3 17/24
18/17 19/14 30/19 40/7 67/6
73/12 95/9 95/14 95/19 95/24
97/16 121/12 127/5 135/21
135/21 135/22 135/22 135/23
135/23 135/24 144/9 148/21
**San [2]** 2/21 3/6
**Santa [1]** 3/15
**sat [1]** 140/10
**saved [2]** 111/24 111/25
**saw [15]** 21/8 24/24 33/2
34/16 34/17 38/20 44/13 46/4
49/21 49/22 51/12 51/17
70/24 71/2 105/4
**say [30]** 8/9 8/10 8/11 11/24
23/22 28/16 34/11 42/12
42/21 43/1 43/18 46/12 59/1
66/6 70/12 76/2 76/14 77/7
82/15 83/2 86/20 105/13
123/7 129/17 130/14 131/3
132/23 137/2 147/22 149/4
**saying [9]** 41/10 53/3 70/19
75/20 116/16 129/3 144/3
145/13 148/7
**says [20]** 14/11 18/10 18/19
27/4 27/10 64/15 90/16 93/1
93/5 96/10 97/24 102/21
102/23 105/19 108/11 108/14
122/20 123/9 124/8 133/13
**SBA [4]** 31/1 97/25 121/3
121/4
**scared [2]** 107/6 107/22
**scheme [2]** 126/24 126/25
**schemes [2]** 126/24 131/10
**school [2]** 79/18 81/17
**scope [4]** 51/4 58/24 59/4
68/17
**SCOTT [1]** 2/5
**screaming [1]** 107/7
**screen [15]** 6/19 11/18 13/3
16/2 22/18 24/20 25/14 27/1
29/12 29/24 93/3 103/2
116/23 117/10 117/10
**screenshot [1]** 19/18
**scroll [4]** 16/14 26/15 30/12
30/18
**sea [1]** 111/17
**seafood [8]** 80/1 80/3 80/8
80/14 80/14 80/16 86/9 89/14
**search [22]** 29/15 30/4 30/6
30/11 31/20 31/22 31/23 32/5
32/9 33/13 33/17 33/22 34/1
35/23 40/2 45/18 47/11 55/18
55/23 57/23 136/21 143/12
**searched [9]** 32/16 33/9

## S

searched... **[7]** 33/10 33/11 55/24 56/1 61/19 78/16 107/20
searches **[3]** 39/22 39/24 87/13
seated **[2]** 69/25 125/14
second **[17]** 7/13 24/17 70/11 71/24 73/3 73/22 74/15 75/17 77/2 91/8 111/12 113/6 121/22 129/23 137/19 137/25 145/19
secret **[1]** 112/13
Secretary **[2]** 39/4 39/13
section **[2]** 22/24 150/4
Secureline **[2]** 33/19 133/23
security **[3]** 24/23 44/14 106/9
see **[125]**
seeing **[3]** 40/17 116/8 123/19
seem **[1]** 145/16
seemed **[1]** 134/11
seems **[4]** 92/12 94/21 144/16 148/1
seen **[4]** 74/19 90/8 90/9 130/19
seize **[1]** 56/1
seized **[11]** 20/19 29/9 30/5 30/10 32/11 43/9 43/11 45/17 46/5 68/21 90/4
selecting **[1]** 13/20
selective **[1]** 74/20
send **[3]** 12/5 18/19 107/11
sending **[1]** 141/24
sense **[1]** 145/5
sent **[4]** 18/20 24/23 24/24 51/18
separate **[10]** 35/21 36/3 36/5 36/16 64/16 75/9 75/12 107/24 108/1 118/20
separated **[1]** 119/21
separately **[2]** 103/14 148/10
separation **[1]** 119/22
series **[2]** 43/11 131/14
served **[3]** 47/18 48/23 106/21
service **[3]** 47/16 139/22 140/12
Services **[1]** 41/6
SESSION **[1]** 1/16
set **[6]** 87/24 106/17 112/13 112/17 137/20 137/25
Seven **[1]** 77/8
several **[5]** 21/21 39/22 97/9 136/11 140/24
she **[63]** 28/11 28/13 28/14 28/16 28/16 28/17 28/21 28/22 35/5 57/11 63/18 87/8 87/12 87/12 88/7 88/8 88/11 88/13 88/19 88/20 88/22 88/25 102/6 102/9 102/14 102/21 102/22 102/25 103/1 103/8 103/22 104/13 104/13 104/14 104/20 105/19 105/23 105/24 105/25 106/23 106/23 107/6 108/11 108/14 108/15 108/16 109/8 109/10 109/13 109/18 110/15 110/23 111/3 115/8 115/9 115/9 117/8 118/13 119/9 119/10 120/4 134/8 134/21
shift **[1]** 82/3
shifting **[1]** 84/20
shipped **[2]** 63/25 80/17
short **[4]** 71/4 126/2 143/4 143/6
shortly **[1]** 129/21

should **[10]** 14/11 21/12 26/7 26/22 59/3 91/16 91/1 77/13 148/1 148/18
shouldn't **[1]** 131/3
show **[24]** 13/4 25/7 25/9 41/12 45/14 58/8 59/16 59/18 68/14 76/4 76/15 89/22 91/19 94/15 115/9 116/22 116/23 120/14 122/14 123/4 123/10 123/22 131/7 139/7
showed **[4]** 37/25 55/13 63/24 68/4
shower **[2]** 102/19 102/20
showing **[11]** 10/7 21/4 59/16 68/4 90/13 90/23 91/7 93/19 94/5 135/20 135/21
showings **[1]** 134/10
shown **[1]** 97/5
shows **[6]** 74/15 129/4 130/20 135/18 136/1 139/19
side **[3]** 10/14 92/13 99/2
sign **[2]** 30/7 79/2
signature **[5]** 16/8 26/11 41/9 41/21 120/25
signed **[7]** 41/24 42/4 42/13 78/25 103/22 103/23 122/20
signing **[1]** 42/7
silence **[1]** 129/1
Silverman **[1]** 2/22
similar **[1]** 94/12
similarities **[1]** 136/8
simplest **[1]** 134/5
simply **[1]** 130/20
since **[6]** 78/20 81/19 87/8 107/17 111/7 113/2
single **[3]** 73/22 75/8 107/3
single-page **[1]** 75/8
sir **[126]**
sister **[2]** 55/8 55/16
sit **[1]** 144/12
site **[3]** 33/22 35/23 41/1
sitting **[1]** 43/2
six **[4]** 1/15 80/20 95/4 115/13
Sixteen **[1]** 79/11
sleeping **[4]** 35/17 35/19 107/24 118/20
slow **[3]** 60/10 60/14 70/18
slowly **[1]** 60/13
small **[6]** 7/12 97/7 97/14 97/15 108/23 114/17
so **[132]**
Social **[2]** 24/22 44/14
sole **[5]** 32/16 34/7 83/7 112/9 123/3
some **[54]** 6/24 17/24 25/2 25/4 25/9 33/15 34/16 34/17 35/7 36/20 40/5 40/15 40/19 40/23 43/19 44/25 46/4 47/6 48/12 48/21 55/1 55/21 58/13 72/3 72/8 72/14 81/12 83/4 88/22 90/18 92/5 92/12 92/20 92/21 93/12 94/9 94/15 104/23 105/17 107/7 107/10 111/24 113/20 114/8 126/9 129/13 133/13 135/23 139/10 140/1 140/1 140/6 142/6 145/1
somebody **[5]** 28/18 30/6 30/7 42/12 65/17
somebody's **[1]** 44/16
someone **[10]** 11/15 41/18 41/19 62/17 64/21 137/5 141/12 141/15 144/25 145/11
something **[10]** 49/3 61/6 75/16 79/3 86/15 109/19 113/4 117/12 140/3 145/13
sometimes **[3]** 46/13 82/4 89/3

somewhat **[1]** 126/9
somewhere **[1]** 70/12
soon **[1]** 86/14
sorry **[11]** 20/15 23/12 26/8 28/7 56/22 60/10 66/10 75/19 80/7 91/25 93/4
sounded **[1]** 27/21
sounds **[1]** 142/13
source **[2]** 25/5 47/9
span **[1]** 74/13
speak **[3]** 31/19 71/22 148/20
speaking **[3]** 52/15 52/21 60/12
Spear **[1]** 2/20
Special **[10]** 6/6 32/3 32/7 46/22 53/19 58/7 59/8 67/21 68/3 68/20
specific **[3]** 26/20 135/1 138/16
specifically **[18]** 10/22 13/1 14/1 14/8 14/10 17/3 18/6 28/8 28/14 30/25 33/1 42/5 42/7 52/21 53/3 63/2 63/13 130/22
specificity **[1]** 9/21
specifics **[2]** 25/6 25/8
specified **[1]** 53/1
specifies **[1]** 8/20
speculating **[2]** 14/4 14/6
speculation **[2]** 9/9 56/10
speed **[2]** 20/24 83/19
spell **[1]** 77/23
spelled **[1]** 20/2
spent **[1]** 111/8
spill **[1]** 80/21
spoke **[3]** 27/22 28/9 64/21
spreadsheet **[2]** 11/18 11/20
Spring **[1]** 2/6
stamp **[1]** 10/13
stamps **[1]** 10/17
stand **[2]** 5/13 106/18
standing **[2]** 72/10 91/22
standpoint **[1]** 127/5
star **[2]** 104/15 115/13
start **[11]** 16/17 62/23 62/24 73/24 82/5 82/7 112/10 131/24 149/2 149/3 149/3
started **[6]** 79/21 79/22 81/16 82/11 142/15 148/23
starting **[1]** 19/17
state **[13]** 7/8 7/9 8/21 9/1 9/8 9/19 27/12 27/13 37/2 39/4 39/14 77/23 119/3
stated **[1]** 124/17
statement **[13]** 16/15 16/17 16/20 17/3 62/23 64/1 64/2 64/7 114/17 114/19 120/16 145/5 145/12
STATES **[8]** 1/1 1/4 1/6 2/3 134/18 135/2 150/5 150/9
stay **[1]** 124/25
steal **[1]** 115/20
stenographically **[1]** 150/6
STEPHEN **[1]** 1/3
steps **[3]** 25/2 25/4 47/7
Steptoe **[4]** 2/14 2/17 2/19 2/22
still **[8]** 5/13 6/11 18/5 21/16 81/22 99/25 119/5 145/5
store **[6]** 27/20 28/2 28/9 28/11 28/15 28/24
straight **[1]** 75/5
Street **[7]** 1/22 2/6 2/14 2/20 3/8 31/21 78/15
stricken **[1]** 6/8
strike **[2]** 50/5 56/10
string **[1]** 13/12
structurally **[1]** 129/12

## S

stuck [1]  83/18
student [2]  134/17 145/1
stuff [8]  85/12 102/13
  104/20 105/5 105/24 110/22
  113/1 121/5
subgroup [3]  147/22 147/23
  148/3
submission [1]  139/20
submit [4]  45/8 57/5 74/17
  108/25
submitted [12]  23/14 25/16
  25/22 38/24 49/6 109/9
  109/13 110/2 115/9 136/10
  137/10 139/20
submitting [2]  49/14 136/2
subpoena [4]  11/13 40/12
  48/2 48/5
subpoenas [2]  47/18 48/22
subscribed [1]  49/4
subscriber [5]  32/25 48/18
  48/20 77/3 77/5
Subsequent [2]  33/17 34/1
subset [1]  11/15
substance [2]  61/4 61/5
substantial [1]  111/13
successful [1]  9/12
succinct [1]  134/5
such [3]  77/16 126/23 142/6
sufficient [1]  10/7
sufficiently [1]  146/23
suggested [2]  33/3 53/18
suggesting [2]  32/23 135/10
Suite [9]  1/22 2/15 2/20 3/5
  3/8 3/13 3/16 3/21 7/14
summaries [4]  75/2 75/2 75/3
  75/16
summarize [6]  71/12 71/15
  71/16 71/19 79/14 79/19
summary [24]  70/3 70/8 70/14
  71/5 71/8 72/22 73/2 74/20
  75/3 75/18 75/18 75/20 75/22
  76/10 125/22 125/24 126/3
  126/4 126/8 126/10 132/14
  135/16 137/9 137/15
SUN [1]  2/5
Supermarkets [1]  80/1
superseding [1]  47/4
supported [1]  126/4
suppose [2]  44/20 46/16
supposed [1]  136/19
sure [4]  24/9 24/15 37/3
  66/8 67/3 82/15 111/23
  130/15 132/20 140/14 140/18
  140/20
surveillance [9]  54/18 54/20
  54/21 54/25 55/1 55/2 55/3
  55/5 55/13
suspect [1]  148/20
suspended [1]  35/4
suspicions [2]  135/5 135/7
sustained [14]  7/21 9/16
  17/7 17/9 17/21 21/23 22/11
  33/23 34/20 34/25 36/19 39/2
  56/23 67/9
SVW [1]  1/8
swipe [1]  27/24
sworn [1]  77/22
synthetic [18]  15/13 15/22
  16/11 17/25 19/9 34/13 43/16
  44/8 44/9 44/10 44/19 49/15
  49/19 53/22 104/24 134/12
  136/19 144/20

## T

T-A-T-I-O-A-N [1]  20/2
tab [1]  91/12
table [1]  43/2
taka [3]  87/16 87/19 88/10
  11/9 12/25 14/7 15/25 18/24
  19/13 20/13 24/17 25/10
  25/24 26/4 26/25 28/4 29/1
  29/12 29/18 30/12 50/24 68/9
  69/10 69/12 69/21 70/2 77/8
  89/1 92/22 102/19 108/11
  108/14 119/10 131/6 131/21
  138/14
taken [4]  22/15 22/16 75/5
  75/5
taking [2]  25/13 43/18
talk [4]  10/4 43/4 47/13
  113/5
talked [1]  111/16
talking [9]  39/23 63/10
  63/21 106/16 110/21 129/23
  130/2 131/1 131/8
talks [1]  144/10
Tamara [34]  15/7 17/23 19/5
  19/8 20/8 32/16 32/18 35/2
  35/21 36/2 36/5 36/12 43/5
  43/14 44/5 45/17 45/22 79/8
  79/9 88/9 93/1 93/5 95/6
  118/10 129/5 129/14 129/16
  129/18 131/1 132/7 133/23
  136/24 139/20 140/14
Tammy [15]  13/13 14/10 18/10
  18/19 19/21 19/21 108/1
  108/9 109/6 111/19 115/8
  117/8 127/25 131/8 140/17
Tammy's [20]  90/20 92/11
  92/19 93/18 94/2 94/12 96/18
  97/3 97/23 98/14 99/1 99/8
  99/15 99/24 100/9 100/18
  100/24 101/7 101/14 101/23
tap [2]  117/9 117/15
Tatioan [3]  20/1 20/7 128/3
tax [12]  36/5 36/25 40/20
  41/6 61/24 62/1 62/2 62/3
  62/4 112/7 139/22 140/12
tax-related [1]  36/25
taxes [7]  36/24 37/2 37/5
  88/8 103/12 119/25 135/23
taxings [1]  119/19
team [4]  9/25 13/24 32/9
  43/3
tear [1]  86/25
tease [1]  131/15
telephone [5]  48/2 48/5 48/6
  48/8 48/11
tell [21]  28/14 32/8 37/20
  44/18 49/10 50/25 65/15
  68/12 71/10 74/1 80/11 81/15
  83/6 85/7 89/11 101/13
  106/18 111/24 127/13 127/13
  132/3
telling [3]  51/25 97/6
  140/18
temporarily [1]  134/18
TERABELIAN [11]  3/3 6/8 50/2
  50/15 51/15 55/8 55/13 60/23
  130/12 130/18 134/1
Terabelian's [4]  55/25
  138/19 139/23 146/3
term [3]  12/7 12/8 22/12
terminal [1]  27/25
terms [1]  76/11
test [1]  84/17
testified [18]  6/6 29/2
  33/22 35/23 60/17 62/14 66/1
  66/11 118/7 118/19 119/12
  119/18 121/2 121/6 121/23
  123/15 134/8 134/21
testifies [1]  6/1
testify [1]  125/18
testifying [1]  134/21
testimony [10]  6/5 6/8 12/25
  28/1 56/21 66/5 119/6 125/8
  129/6 136/21 170/2
testing [2]  38/25 85/5
text [16]  13/12 18/8 19/17
  19/25 21/10 40/24 57/24
  123/7 123/11 128/4 128/5
  130/25 136/23 140/13 140/25
  141/2
texted [4]  18/20 21/20 21/25
  22/1
texting [1]  140/17
than [9]  31/3 59/14 62/19
  76/8 109/23 110/2 126/10
  129/14 146/10
Thanh [3]  80/12 123/15
  123/18
Thank [21]  5/9 13/9 18/4
  43/4 58/5 60/11 62/7 65/23
  72/14 77/20 78/4 113/8
  117/25 118/19 123/4 124/16
  125/9 125/10 127/9 144/3
  144/13
that [702]
that's [7]  70/22 93/19 102/8
  118/12 119/2 123/1 124/10
theft [7]  43/22 44/1 44/5
  115/18 116/3 147/11 147/16
their [10]  45/8 67/5 69/2
  74/22 83/21 86/3 107/12
  107/16 110/8 143/24
them [26]  30/7 37/3 46/4
  51/23 58/1 76/8 82/19 83/20
  83/23 84/19 85/21 85/22
  85/22 85/23 85/24 95/5
  105/11 112/4 115/7 115/8
  115/9 115/9 124/25 126/3
  141/1 148/21
then [32]  9/10 14/23 27/13
  41/19 44/14 48/20 50/10
  52/10 57/16 61/9 69/22 70/19
  73/22 74/4 75/11 76/5 79/17
  80/21 83/23 88/20 96/12
  107/17 109/19 110/5 112/5
  127/13 134/11 134/25 138/5
  138/6 139/25 145/2
theory [2]  130/10 130/11
there [143]
these [50]  24/19 43/22 44/9
  44/18 44/22 45/1 45/7 45/7
  45/16 46/7 46/10 49/14 64/8
  74/24 76/9 76/25 77/4 83/22
  85/21 89/1 92/23 94/17 95/1
  95/4 95/7 95/10 95/12 95/15
  95/20 95/22 108/3 111/21
  112/15 112/18 112/20 113/20
  114/11 116/25 130/22 133/10
  133/23 135/23 136/2 136/11
  136/15 136/22 137/8 140/1
  143/10 144/22
they [59]  5/20 5/22 18/14
  35/19 36/3 36/15 43/16 44/24
  45/24 45/25 46/11 49/15
  51/19 52/16 58/10 61/1 70/16
  71/9 72/16 74/17 74/19 76/12
  76/23 82/22 83/18 83/20
  83/21 84/10 84/17 84/19
  84/23 84/25 85/1 85/4 85/8
  85/19 86/3 86/3 94/19 94/19
  98/17 107/5 107/6 109/16
  109/20 110/9 110/21 124/20
  125/6 127/4 127/5 131/12
  133/24 136/3 141/8 141/10
  143/25 144/25 145/7
THIBODEAUX [2]  1/21 150/12
thing [4]  9/21 59/20 85/8
  145/19
things [12]  47/12 75/8 84/20
  85/2 88/22 89/1 89/4 114/12
  126/8 134/21 142/7 146/11

**T**

**think [32]**   6/2 15/2 29/23
32/18 35/3 35/7 63/1 67/13
72/24 73/1 97/14 99/25
105/22 108/10 111/20 112/23
114/5 114/8 114/21 114/24
127/14 132/8 134/12 135/11
136/12 139/11 143/1 143/5
144/19 145/4 145/24 148/19
**thinking [1]**   133/15
**third [8]**   52/19 79/17 128/11
129/9 129/10 129/12 129/16
134/11
**this [187]**
**Thomas [1]**   3/14
**those [46]**   7/2 11/15 19/1
19/1 34/2 34/9 40/1 40/24
41/5 42/18 42/19 42/21 45/4
45/20 45/23 46/1 48/11 51/11
51/17 56/5 57/20 72/4 72/8
74/4 76/5 76/16 81/9 95/17
104/17 104/19 104/21 105/2
105/10 107/12 110/13 112/3
115/5 115/11 120/11 126/11
127/21 128/2 128/14 133/11
138/8 148/2
**though [5]**   8/12 15/10 34/16
64/19 106/25
**thought [4]**   27/23 28/17
32/19 97/6
**thousand [1]**   86/15
**thousands [1]**   126/1
**three [5]**   63/2 76/14 82/16
83/23 135/20
**through [25]**   21/10 26/15
26/17 30/13 30/18 61/10
67/12 69/3 76/9 79/16 83/4
84/1 85/4 85/10 86/9 97/9
104/4 104/6 105/4 105/16
133/1 133/2 133/24 136/23
147/16
**throughout [4]**   74/25 89/15
111/18 113/2
**tie [1]**   77/7
**Tim [1]**   14/3
**time [44]**   17/6 17/8 19/1
22/15 24/12 26/23 35/15
40/13 45/13 46/8 58/4 59/23
61/1 62/25 64/9 69/10 72/6
72/11 72/16 79/2 80/25 82/3
82/9 82/17 86/18 87/19 87/19
88/16 102/6 102/7 105/13
106/13 108/7 110/16 110/21
112/1 114/8 116/6 123/19
125/11 130/21 134/19 146/7
148/24
**timeframe [1]**   135/22
**Timeline [1]**   49/22
**Timepieces [5]**   51/18 51/19
52/16 52/22 54/5
**times [12]**   29/6 53/11 88/2
96/6 102/17 102/22 105/15
105/18 126/18 139/11 140/24
147/13
**timing [1]**   130/23
**tires [1]**   111/10
**title [2]**   75/21 150/4
**today [5]**   86/7 128/1 148/18
149/2 149/3
**together [1]**   103/12
**told [13]**   44/23 62/17 65/13
97/11 107/13 107/17 108/9
109/1 109/4 109/5 110/15
111/19 111/23
**Tom [1]**   31/19
**tomorrow [5]**   14/11 143/17
148/19 149/2 149/3
**too [3]**   14/12 43/24 60/12

**took [6]**   47/1 58/16 60/7
60/11 146/13 146/15
**top [8]**   7/6 46/3 63/3 77/3
85/10 96/10 97/24 117/10
**Topeka [3]**   20/19 50/1 51/14
**towards [6]**   92/12 93/1 93/4
111/8 111/10 111/21
**Tower [1]**   2/20
**towing [18]**   34/14 36/21
36/25 37/6 37/7 37/15 37/23
38/3 39/4 39/14 82/14 82/16
83/3 103/25 108/5 120/16
124/8 145/6
**track [1]**   51/7
**trailer [1]**   85/20
**trailers [2]**   85/2 106/8
**Tran [3]**   80/12 123/15 123/18
**transaction [23]**   17/4 26/20
27/7 27/14 28/1 28/24 52/7
60/4 60/6 60/9 60/18 60/20
62/18 63/3 63/6 63/21 64/11
64/15 64/16 64/19 65/12
65/17 68/9
**transactions [6]**   19/7 20/8
53/22 64/13 71/14 71/19
**transcript [3]**   1/13 150/6
150/7
**transfer [6]**   49/23 49/25
53/2 140/15 141/25 141/25
**transferred [3]**   139/22
140/11 142/24
**transmission [1]**   83/19
**transport [14]**   34/15 36/21
37/1 37/6 37/7 37/16 37/24
38/3 39/5 39/14 49/22 83/3
120/16 124/8
**Transportation [1]**   82/24
**trash [1]**   47/12
**trial [9]**   1/15 24/4 24/7
104/22 126/1 130/19 139/16
140/1 143/3
**tried [1]**   112/24
**triples [1]**   85/2
**trouble [1]**   84/14
**truck [19]**   37/11 37/13 37/15
37/23 37/24 38/1 38/21 38/24
81/19 81/20 81/22 82/18
85/20 87/22 88/1 88/13 89/13
106/2 106/5
**trucker [2]**   106/2 106/5
**trucking [14]**   38/18 80/1
81/12 81/16 81/17 81/19 82/5
82/17 88/9 89/8 103/25 108/5
111/9 119/17
**trucks [7]**   82/12 82/16 82/19
82/21 83/2 83/13 85/21
**true [11]**   32/15 33/16 34/22
58/25 59/1 59/1 66/24 131/9
139/17 143/18 150/5
**Trump [3]**   110/16 110/22
110/25
**trust [1]**   32/19
**truth [5]**   144/24 145/3 145/4
145/10 145/11
**truths [5]**   144/11 144/15
144/17 144/18 145/17
**try [10]**   21/24 45/6 45/6
46/14 84/17 86/1 97/13
109/11 110/8 145/21
**trying [5]**   9/11 49/14 69/2
75/23 145/13
**Turks [2]**   26/3 60/24
**turn [2]**   76/8 133/16
**turned [1]**   56/8
**TV [3]**   108/9 110/16 110/21
**Twelfth [1]**   2/6
**twice [1]**   121/8
**two [37]**   19/1 46/3 57/20
60/22 73/20 74/11 75/8 75/13

76/14 76/18 79/12 79/13
79/16 79/17 79/18 79/24
109/21 122/8 127/3 127/10
127/11 127/21 128/9 128/14
129/17 131/2 131/3 131/10
131/10 134/10 136/7 142/19
143/4 146/4 146/15 147/16
149/6
**two-and-a-half [1]**   60/22
**type [5]**   8/4 9/17 53/24
53/24 85/4

**U**

**U.S [3]**   1/21 2/4 2/4
**Uh [2]**   117/16 123/14
**Uh-huh [2]**   117/16 123/14
**ultimately [5]**   126/4 133/11
133/14 138/9 142/24
**unable [2]**   32/20 51/20
**unclear [1]**   97/4
**uncover [1]**   31/2
**under [4]**   6/12 77/3 122/18
123/24
**underlying [7]**   22/14 72/1
72/2 72/4 72/8 72/15 72/18
**understand [5]**   15/17 16/10
18/12 22/12 146/17
**understanding [11]**   8/25 12/4
13/18 22/19 23/14 34/3 44/10
72/23 142/21 144/11 144/14
**understood [2]**   70/11 136/25
**unfairly [1]**   126/5
**UNITED [8]**   1/1 1/4 1/6 2/3
134/18 135/2 150/5 150/9
**universal [1]**   11/12
**unless [3]**   26/17 105/16
146/16
**unnecessary [1]**   61/7
**unremarkable [2]**   143/18
143/20
**unsure [2]**   8/18 8/19
**until [11]**   10/5 25/3 58/13
70/21 105/3 109/24 115/11
116/2 140/11 148/19 149/1
**up [56]**   6/18 7/12 9/3 9/4
9/22 11/8 13/1 13/2 13/5
14/9 16/2 18/8 19/17 20/24
20/25 25/10 26/10 26/25 27/3
27/6 29/23 58/16 61/9 61/16
62/22 63/1 63/3 63/24 64/15
64/21 65/8 65/16 65/18 67/25
69/10 70/2 72/10 73/6 74/24
79/17 80/5 84/20 89/25
102/10 105/21 106/8 106/14
110/10 112/13 112/17 116/23
119/8 120/5 132/15 141/11
143/14
**upfront [1]**   109/19
**uploaded [1]**   21/9
**upon [1]**   141/2
**upper [4]**   45/21 91/13 92/5
94/21
**URL [1]**   8/19
**us [17]**   2/9 19/22 44/9 44/18
44/23 49/5 49/10 65/13 65/15
67/22 70/16 73/10 80/21
80/25 112/4 114/2 141/7
**use [14]**   87/18 87/21 89/19
102/22 102/24 103/25 106/3
106/4 106/6 115/22 120/5
132/20 141/11 148/10
**used [17]**   50/1 51/12 73/1
73/3 74/16 74/17 74/19 76/1
89/25 104/14 121/23 133/22
137/7 137/12 138/18 138/18
148/10
**user [2]**   21/2 23/5
**using [4]**   41/19 44/12 50/17
144/25

**U**

usually [2]   87/23 88/1
utilities [1]   138/20
utilizing [1]   44/16

**V**

Vague [5]   15/15 22/9 23/18
34/19 39/6
VAHE [13]   3/18 39/21 40/2
40/7 40/9 118/13 125/17
138/25 139/19 140/15 140/19
140/21 145/7
value [1]   131/6
variety [1]   47/12
various [6]   34/3 44/12 83/18
104/11 106/6 135/19
Vaughan [1]   3/7
Vehicles [1]   38/13
ven [1]   11/24
Venmo [8]   11/13 11/23 11/25
12/1 12/3 12/7 73/5 75/6
Ventura [1]   7/14
venture [2]   89/14 142/18
ventures [3]   66/24 67/6
131/13
versus [1]   141/7
very [13]   34/17 62/8 62/10
66/13 67/14 72/24 79/14
86/18 88/14 107/22 112/4
119/15 145/21
victims [3]   43/22 46/7 46/11
Victoria [4]   41/9 41/20
48/20 130/5
video [3]   42/2 42/6 42/8
view [5]   46/1 132/3 139/3
141/14 148/25
visit [1]   40/25
visits [1]   117/7
voice [1]   80/5
voided [1]   108/16
VOLUME [1]   1/16
voluminous [2]   71/12 74/14
Vostanikyan [1]   113/16
Voyage [4]   40/7 139/14
139/21 142/4
VPNs [1]   48/21

**W**

wait [2]   142/21 148/18
waiting [1]   149/1
walked [2]   42/13 70/9
wall [1]   104/11
walls [2]   104/17 104/19
Wang [1]   88/6
want [16]   6/18 13/8 16/14
30/1 67/23 82/15 88/13
103/19 104/4 105/17 107/1
111/25 119/18 126/20 127/7
143/16
wanted [9]   11/8 33/9 33/10
33/11 39/22 92/22 109/23
110/8 112/8
wanting [1]   124/12
warehouse [1]   106/8
warmed [1]   141/11
warrant [6]   29/15 30/4 30/6
30/11 32/10 136/22
warrants [2]   47/11 57/23
was [239]
wash [1]   79/24
Washington [2]   2/10 2/23
wasn't [6]   28/11 40/12 50/22
119/3 128/6 139/16
wasting [2]   18/25 69/10
way [15]   28/21 49/8 73/24
76/21 76/23 76/24 79/17
107/12 132/5 132/9 134/5
143/25 144/14 144/16 149/7

ways [3]   126/9 131/1 131/3
we [197]
wear [1]   86/25
web [1]   9/7
website [6]   7/23 8/5 8/13
9/3 9/23 40/23
Weddington [4]   31/20 43/5
61/17 78/15
WEDNESDAY [2]   1/17 5/1
week [13]   52/7 109/20 129/24
week-and-a-half [1]   129/24
weeks [3]   107/4 119/24 122/8
weight [1]   44/16
well [41]   8/8 10/9 10/17
15/12 23/5 35/24 36/10 42/15
46/12 47/15 47/20 48/1 49/2
50/23 54/22 55/6 57/9 57/24
61/16 63/22 64/1 64/20 69/17
70/24 71/20 85/25 86/13
97/11 99/25 106/13 109/13
111/2 111/7 126/15 133/6
133/21 134/6 135/13 136/23
143/14 149/8
Wells [1]   14/11
went [22]   35/14 35/18 40/11
51/16 53/14 79/16 80/13
80/15 81/16 82/19 83/7 86/14
86/20 105/4 107/9 107/11
110/5 133/11 138/1 139/21
139/23 141/25
were [117]
weren't [3]   83/20 83/21
86/17
West [3]   1/22 2/14 3/8
WESTERN [1]   1/2
what [165]
whatever [7]   14/25 18/20
58/2 104/24 109/16 126/25
140/24
wheel [1]   84/19
wheeler [1]   82/17
when [56]   13/2 13/5 19/17
21/24 25/10 28/13 32/15 34/2
35/14 35/17 42/16 42/21
42/25 43/18 46/24 51/23 53/1
56/1 61/16 63/5 63/17 63/25
70/23 70/25 71/1 71/2 76/25
79/16 79/21 80/22 82/17
84/17 86/20 102/18 102/19
103/21 104/14 105/18 106/7
106/20 107/13 108/7 110/10
110/11 111/12 111/13 111/17
112/23 113/3 124/20 128/25
134/8 134/20 138/11 141/24
145/11
where [33]   8/20 22/16 22/23
23/11 23/17 23/19 27/3 27/10
27/15 61/13 64/15 68/10
74/15 74/18 75/18 76/12
78/12 87/11 105/15 106/13
107/23 118/17 130/11 136/6
137/8 137/21 138/1 138/12
138/19 141/1 141/16 144/15
144/18
whereabouts [2]   105/3 115/10
whether [25]   9/22 17/22
26/22 27/14 35/9 35/20 36/4
36/15 37/10 38/2 38/6 38/11
38/23 46/6 46/10 51/4 56/13
57/4 58/21 59/13 60/6 62/3
66/22 74/17 147/10
which [45]   16/20 17/2 18/24
20/14 20/18 20/25 21/12 32/2
55/23 62/18 62/22 64/16
64/17 65/12 71/13 72/18 74/6
76/15 77/5 85/9 85/20 91/9
97/5 98/6 98/18 99/2 99/9
100/10 100/25 101/15 108/17
120/15 123/11 123/23 126/23

127/25 131/4 132/14 133/16
143/3 145/14
while [2]   89/25 140/11
who [60]   11/19 13/23 16/20
21/14 21/17 25/1 31/11 32/5
32/12 36/24 40/15 41/24 42/3
42/9 45/3 45/3 45/6 45/7
49/4 49/5 49/14 51/20 54/3
72/10 72/10 77/7 79/7 82/25
83/16 84/10 88/5 88/12 92/18
93/7 94/24 105/6 109/5 109/7
109/9 115/7 117/2 124/12
127/17 128/6 128/18 129/21
129/24 130/1 130/8 130/25
130/25 134/11 134/15 134/16
135/3 137/5 140/1 140/16
141/17 145/1
whole [2]   59/20 59/20
whom [1]   140/16
whose [27]   55/10 90/18 91/3
91/15 92/10 93/17 94/1 96/17
97/2 97/22 98/13 98/25 99/7
99/14 99/21 99/23 100/8
100/15 100/17 100/23 101/4
101/6 101/13 101/20 101/22
103/16 104/3
why [24]   15/25 16/4 24/22
30/23 41/12 44/8 45/12 45/14
48/25 53/7 59/18 59/19 61/4
61/6 62/23 64/5 65/2 70/12
82/23 103/18 106/12 143/22
146/11 146/17
wife [27]   40/13 40/17 79/2
87/6 87/11 88/9 88/15 92/19
96/18 97/3 97/23 98/14 99/1
99/8 99/15 99/24 100/9 102/1
105/7 107/18 109/6 115/8
117/3 117/17 117/24 119/6
119/12
wife's [6]   90/8 95/6 117/3
117/18 117/19 117/21
will [35]   10/12 17/3 18/6
18/17 19/14 24/6 52/10 57/19
58/5 58/18 59/22 60/2 61/9
69/10 69/15 69/22 71/24
77/16 77/17 77/21 102/19
108/10 116/14 116/23 117/5
120/6 125/17 125/19 125/20
127/24 131/15 132/14 138/17
143/4 148/20
Williams [2]   3/4 3/7
WILSON [1]   1/3
wire [8]   49/23 49/25 53/2
114/24 140/18 140/21 140/24
141/1
wires [1]   51/20
Wirsching [1]   3/12
withdrawal [1]   122/6
withdrawals [1]   27/4
within [3]   75/2 75/3 75/15
without [3]   43/24 69/10
76/21
witness [40]   4/3 6/1 6/10
6/11 8/9 10/11 11/9 25/9
28/6 29/2 31/12 33/21 35/22
37/20 37/21 50/12 51/9 52/12
53/9 57/9 59/17 59/20 59/24
61/11 67/13 67/14 67/23 69/3
69/6 69/6 69/9 69/11 69/22
77/13 77/17 77/19 77/22
89/22 116/15 125/23
witness's [1]   6/19
witnesses [5]   54/12 54/15
54/17 57/24 147/17
wonderful [1]   79/13
word [3]   66/7 75/3 142/9
words [6]   51/2 52/1 127/1
129/11 145/13 146/12

## W

**work [7]**   46/13  46/14  79/19
82/1  86/18  88/18  140/25
**working [12]**   47/11  57/5
57/25  79/20  79/21  82/11
85/18  86/17  106/14  106/16
112/10  144/6
**works [3]**   60/13  87/12  117/24
**world [1]**   85/25
**worry [1]**   105/20
**would [59]**   5/14  9/7  9/18
22/23  22/25  23/3  23/8  23/21
24/10  25/4  28/18  28/19  31/11
32/3  35/16  40/5  40/19  41/16
41/17  42/12  43/4  43/18  43/22
46/14  48/24  49/5  50/12  52/7
58/7  68/1  70/18  71/5  72/5
77/7  89/22  92/22  99/3  101/24
114/10  116/22  125/5  126/5
128/21  128/22  129/4  129/17
130/6  132/5  135/13  136/4
136/8  136/15  138/12  138/13
141/18  141/22  145/15  147/3
148/21
**wrap [1]**   61/9
**writing [5]**   91/16  92/11
93/13  98/2  98/3
**wrong [4]**   107/10  112/23
113/4  114/12
**wrongdoing [1]**   106/1
**www.Runyantax.com [1]**   40/24

## Y

**yeah [12]**   8/11  13/16  16/8
23/24  24/3  26/7  45/25  86/25
103/21  103/24  110/12  112/12
**year [3]**   47/3  82/5  104/15
**years [15]**   21/21  78/11  79/11
79/21  79/22  80/13  85/11
87/10  90/9  111/18  111/21
113/3  145/2  146/4  146/15
**yes [346]**
**yesterday [10]**   6/5  18/20
29/3  56/13  58/16  59/9  69/7
70/3  70/11  70/13
**yet [5]**   28/5  67/25  120/5
131/19  132/17
**York [2]**   2/10  2/18
**you [763]**
**you review [1]**   29/9
**your [293]**
**yours [3]**   91/17  94/3  94/13
**yourself [2]**   32/12  81/20

## Z

**Zahva [1]**   117/8
**Zhadko [17]**   26/12  27/8  49/18
50/16  50/17  51/22  52/24
52/25  55/11  63/10  130/12
130/16  133/3  133/23  138/5
138/7  138/18
**Zhakdo [1]**   55/12