1     UNITED STATES DISTRICT COURT

2   CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3     HONORABLE STEPHEN V. WILSON

4    UNITED STATES DISTRICT JUDGE PRESIDING

5        - - -

6

 United States of America,   )
7       PLAINTIFF, )
            )
8 VS.        ) NO. CR 20-579 SVW
            )
9 Richard Ayvazyan, et al.,  )
       DEFENDANT, )
10 _____)

11

12

13    REPORTER'S TRANSCRIPT OF PROCEEDINGS

14     LOS ANGELES, CALIFORNIA

15     JURY TRIAL - DAY SEVEN

16     VOLUME 1 - A.M. SESSION

17    THURSDAY, JUNE 24, 2021

18

19

20   _____

21    KATIE E. THIBODEAUX, CSR 9858
    U.S. Official Court Reporter
22      Suite 4311
     350 West 1st Street
23    Los Angeles, CA  90012

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4   U.S. DEPARTMENT OF JUSTICE
     U.S. ATTORNEY'S OFFICE
 5   BY: CATHERINE SUN AHN, AUSA
     -and- SCOTT PAETTY, AUSA
 6   312 North Spring Street
     Twelfth Floor
 7   Los Angeles, CA  90012

 8   -and-

 9   Christopher Fenton
     US Department of Justice
10   1400 New York Avenue, NW
     Washington, DC 20530

11

12
     FOR DEFENDANT R. AYVAZYAN:
13
     Ashwin J. Ram
14   Steptoe and Johnson LLP
     633 West 5th Street
15   Suite 1900
     Los Angeles, CA 90071
16
     Meghan Newcomer
17   Steptoe and Johnson LLP
     1114 Avenue of the Americas
18   New York, NY 10036

19   Michael A. Keough
     Steptoe and Johnson LLP
20   1 Market Street
     Spear Tower Suite 3900
21   San Francisco, CA 94105

22   Nicholas P. Silverman
     Steptoe and Johnson LLP
23   1330 Connecticut Avenue NW
     Washington, DC 20036

24

25
```

```
 1    APPEARANCES (Cont'd):

 2

 3    FOR DEFENDANT TERABELIAN:

 4    John Lewis Littrell
      Bienert Katzman Littrell Williams LLP
 5    903 Calle Amanecer
      Suite 350
 6    San Clemente, CA 92673

 7    Ryan Vaughan Fraser
      Bienert Katzman Littrell Williams LLP
 8    601 West 5th Street
      Suite 720
 9    Los Angeles, CA 90071

10

11    FOR DEFENDANT ARTUR AYVAZYAN:

12    Jennifer J. Wirsching
      1935 Alpha Road
13    Suite 216
      Glendale, CA 91208
14
      Thomas A. Mesereau, Jr.
15    Mesereau Law Group
      10100 Santa Monica Boulevard
16    Suite 300
      Los Angeles, CA 90067
17

18
      FOR DEFENDANT VAHE DADYAN:
19
      Peter Johnson
20    Law Office of Peter Johnson
      409 North Pacific Coast Highway
21    Suite 651
      Redondo Beach, CA 90277
22

23

24

25
```

```
 1                          I N D E X

 2

 3    WITNESS NAME                          PAGE

 4    (None.)

 5

 6    EXHIBIT                    I.D.    IN EVID.

 7    (None.)

 8

 9    CLOSING ARGUMENTS                     PAGE

10    BY MR. FENTON                         34

11    BY MR. LITTRELL                       87

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          LOS ANGELES, CALIFORNIA; THURSDAY, JUNE 24, 2021

 2                         9:00 A.M.

 3                         - - - - -

 4

 5

 6          (The following proceedings were held outside the

 7           presence of the jury:)

 8          THE COURT:  We are here with the parties and

 9     counsel.  I have given you the final instructions.  Just

10     quickly, the government has not redacted the Exhibit 50,

11     as I instructed, in the transcription side, and then

12     there is the translation side.

13             In the transcription, there still is a

14     reference to a lawyer.  If you notice at the bottom of

15     the page on the left side, that should not be.

16          MR. PAETTY:  Your Honor, the correct transcript

17     is -- they are Exhibits 50B and 50E.  The government last

18     night e-mailed a copy of 50B and 50E to Mr. Cruz, and

19     those are the correct redactions.

20          THE COURT:  And it doesn't include this lawyer

21     reference.

22          MR. PAETTY:  That's correct, your Honor.  I can

23     provide the Court with a copy of that.

24          THE COURT:  I will take your word for it, but make

25     sure it doesn't.
```

1          MR. PAETTY:  Yes, your Honor.

2          THE COURT:  And otherwise, I think we are ready.

3              What time is it now?

4          THE CLERK:  It is practically 9:00 o'clock, your

5   Honor.

6          MS. AHN:  Your Honor?

7          THE COURT:  Yes.

8          MS. AHN:  It appears that the Court maintained in

9   the second element on page 35 court instruction No. 28

10  for money laundering, 1956, that the defendant knew the

11  property represented the proceeds of one of those three

12  crimes.

13              That is, again, inconsistent with the statute

14  and the model instruction, your Honor.

15              If the government -- if the Court looks at 18,

16  U.S.C. 1956 A1, A1 specifies whoever knowing that the

17  property involved, a financial transaction represents the

18  proceeds of some form of unlawful activity.

19         THE COURT:  What unlawful activity did it

20  represent other than those three crimes?

21         MS. AHN:  Well, the statute continues in Section

22  C1.  And the statute says:

23          "The term 'knowing that the property involved in a

24           financial transaction' represents the proceeds of

25           some form of unlawful activity means that the

1    person knew the property involved in the

2    transaction represented proceeds from some form,

3    though not necessarily which form, of activity

4    that constitutes a felony under state federal or

5    foreign law."

6    THE COURT:  I see.  All right.

7    MS. AHN:  So we would recommend that the Court use

8    the model instruction.

9    THE COURT:  I will edit that quickly.

10   MS. AHN:  Yes, your Honor.  And one note --

11   THE COURT:  Let's get through this.  We have spent

12   hours and hours on these things.

13   MS. AHN:  Yes, your Honor.

14   THE COURT:  We have gone through drafts and

15   drafts.  What else?

16   MS. AHN:  Yes, your Honor.  The Court, regarding

17   government Exhibits 117, 118, 119 and 120, which were the

18   physical exhibits containing the subset Cellebrite

19   report, Counsel John Littrell yesterday made the very

20   reasonable and I think sensible suggestion that the

21   parties agree that since those exhibits were used for

22   foundational purposes for the government exhibits that

23   were submitted through Special Agent Massino that the

24   parties agree that those physical exhibits not go back

25   given all the relevant information from the trial that is

1    already introduced.

2         THE COURT:  Okay.  I will agree to that.

3         MR. LITTRELL:  Yes, your Honor.  Just to be clear,

4    I preserve all objections to --

5         THE COURT:  Well, yes.  Of course.

6         MR. LITTRELL:  Also on that jury instruction

7    issue, I just want to preserve another objection that if

8    the jury instruction is changed along the lines of what

9    the government suggests, I think it could permit a

10   constructive amendment of the indictment, because the

11   jury could convict him of crimes that the grand jury was

12   never presented with.

13        THE COURT:  I see.  All right.

14        MR. JOHNSON:  I join that argument.  Also, your

15   Honor, I appreciate the edits on the aiding and abetting,

16   but the instruction said you should not apply this

17   instruction to any other counts?  It should say you must

18   not apply this instruction to any other counts, because

19   it if they do, that would cause a problem.  You can't

20   apply that to the conspiracy counts.  You just cannot.

21        THE COURT:  In other words, you think "should"

22   should be "must."

23        MR. JOHNSON:  Yes, your Honor.

24        THE COURT:  Okay.

25        MR. RAM:  Your Honor, I join the defense's

```
 1    objections.
 2              MR. LITTRELL:  Join.
 3              MR. RAM:  Just point out it has to be connected to
 4    PPP and EIDL loans.  It is not about the law.  Otherwise
 5    it's a constructive --
 6              THE COURT:  What are you referencing?
 7              MR. RAM:  The money laundering counts.
 8              THE COURT:  35, page 35?
 9              MR. RAM:  It is in a couple of places.
10    Thirty-five, and then on 37 it says the defendant knew
11    that the transaction involved property representing the
12    proceeds of unlawful activity.  It should say "related to
13    PPP or the EIDL loans."  Otherwise it is not clear that
14    it is about this case.
15              MS. AHN:  Your Honor, as we discussed yesterday,
16    that factual matter is contained in a different element.
17    It is contained in -- for page 35, it is contained in the
18    first element, and for page 37, it is contained in the
19    fourth element.  Defendant's request would essentially
20    merge those elements together in a way that is
21    inconsistent with the explicit language of the statute.
22              (Court and clerk confer.)
23              THE COURT:  Okay.  When we get the jury, we will
24    move forward.
25              MR. RAM:  One last point, your Honor.
```

```
 1            THE COURT:  Yes.

 2            MR. RAM:  The one overall language instead of

 3   "and."  So the conspiracy instruction.

 4            THE COURT:  You said that yesterday and I have not

 5   included it.

 6            (Pause in proceedings.)

 7            THE COURT:  With your charts, Mr. Mesereau.  This

 8   chart, this one here, I am going to strike that, and not

 9   allow that one.

10            MR. MESEREAU:  Yes, your Honor.

11            THE COURT:  This one, I will allow it with one

12   condition, that you relate it to "firmly convinced," or

13   language in the instruction.

14                 In other words, if you use this to show that

15   you can't be firmly convinced, it has some sort of

16   demonstrative or helps your argument.  You can do that,

17   but make sure do you this in relation to why you can't be

18   firmly convinced.

19            MR. MESEREAU:  Yes, your Honor.

20            THE COURT:  You could suspect perhaps, may not be,

21   possibly not, you know, whatever you want it to, but

22   anchor it to the instruction.

23            MR. MESEREAU:  Yes, sir.  Thank you.

24            (Recess from 9:05 a.m. to 9:18 a.m.)

25            (The following proceedings were held in the
```

1        presence of the jury:)

2        THE COURT:  Members of the jury, now that you have

3   heard all the evidence it is my duty to instruct on the

4   law that applies to this case.  A copy of these

5   instructions will be available in the jury room for you

6   to consult.

7            It is your duty to weigh and evaluate all the

8   evidence received in the case and in that process to

9   decide the facts.  It is also your duty to apply the law

10   as I give it to you to the facts as you find them,

11   whether you agree with the law or not.

12            You must decide the case solely on the

13   evidence and the law.  You should not be influenced by

14   any person's race, color, religious beliefs, national

15   ancestry, sexual orientation, gender identity, gender or

16   economic circumstances.

17            Also, do not allow yourself to be influenced

18   by personal likes or dislikes, sympathy, prejudice, fear,

19   public opinion or biases, including unconscious biases.

20   Unconscious biases are stereotypes attitudes or

21   preferences that people may consciously reject but may be

22   expressed without conscious awareness, control or

23   intention.  You will recall that you took an oath

24   promising to do so at the beginning of the case.

25            You must follow all these instructions and not

1    single out some and ignore others; they are all equally

2    important -- they are all important.

3            Please do not read into these instructions or

4    into anything I may have said or done any suggestion as

5    to what verdict you should return.  That is a matter

6    entirely up to you.

7            The indictment is not evidence.  The

8    defendants have pleaded not guilty to the charges.  The

9    defendants are presumed to be innocent unless and until

10   the government proves the defendants guilty beyond a

11   reasonable doubt.

12           In addition, defendants do not have to testify

13   or preempt any evidence.  The defendants to not have to

14   prove innocence; the government has the burden of proving

15   every element of the charges beyond a reasonable doubt.

16           Proof beyond a reasonable doubt is proof that

17   leaves you firmly convinced the defendant is guilty.

18           It is not required that the government prove

19   guilt beyond all possible doubt.  A reasonable doubt is a

20   doubt based upon reason and common sense and is not based

21   purely on speculation.  It may arise from a careful and

22   impartial consideration of all the evidence or from lack

23   of evidence.

24           If after a careful and impartial consideration

25   of all the evidence you are not convinced beyond a

1  reasonable doubt that the defendant is guilty, it is your

2  duty to find the defendant not guilty.

3        On the other hand, if after a careful and

4  impartial consideration of all the evidence you are

5  convinced beyond a reasonable doubt that the defendant is

6  guilty, it is your duty to find the defendant guilty.

7        The evidence you are to consider in deciding

8  what the facts are consists of, one, the sworn testimony

9  of any witness, two, the exhibits received in evidence,

10  and three, any facts to which the parties have agreed.

11        In reaching your verdict, you may consider

12  only testimony and exhibits received in evidence.  The

13  following things are not evidence and you may not

14  consider them in deciding what the facts are.

15        Questions, statements, objections and

16  arguments by the lawyers are not evidence.  The lawyers

17  are not witnesses.  Although you must consider a lawyer's

18  questions to understand the answer of a witness, the

19  lawyer's questions are not evidence.

20        Similarly, what the lawyers have said in their

21  opening statements and what they will say in their

22  closing arguments and at other times is intended to help

23  you interpret the evidence but it is not evidence.

24        If the facts as you remember them differ from

25  the way the lawyers state them, your memory of them

1    controls.

2              Any testimony that I have excluded, stricken

3    or instructed you to disregard is not evidence.  In

4    addition, if any evidence was received for a limited

5    purpose, if I gave that instruction you must follow it.

6              Anything you may have seen or heard when the

7    court was not in session is not evidence.  You are to

8    decide the case solely on the evidence received at the

9    trial.

10             Evidence may be direct or circumstantial.

11   Direct evidence is direct proof of a fact such as

12   testimony by a witness about what that witness personally

13   saw or heard or did.  Circumstantial evidence is indirect

14   evidence.  That is proof of one or more facts from which

15   you can find another fact.

16             You are to consider both direct and

17   circumstantial evidence.  Either can be used to prove any

18   fact.  The law make no distinction between the weight to

19   be given to either direct or circumstantial evidence.  It

20   is for you to decide how much weight to give to any

21   evidence.

22             A defendant in a criminal case has a

23   constitutional right not to testify.  In arriving at your

24   verdict, the law prohibits from you considering in any

25   manner that the defendant did not testify.

1          A defendant has testified.  You should treat

2    this testimony just as you would the testimony of any

3    other witness.

4          In deciding the facts in this case, you may

5    have to decide which testimony to believe and which

6    testimony not to believe.  You may believe everything a

7    witness says or part of it or none of it.

8          In considering the testimony of any witness,

9    you may take into account:

10         One, the opportunity and ability of the

11   witness to see or hear or know the things testified to.

12         Two, the witness' memory.

13         Three, the witness' manner while testifying.

14         Four, the witness' interest in the outcome of

15   the case, if any.

16         Five, the witness' bias and prejudice, if any.

17         Six, whether other evidence contradicted the

18   witness' testimony.

19         Seven, the reasonableness of the witness'

20   testimony in light of all the evidence.

21         And eight, any other factors that bear on

22   believability.

23         Sometimes a witness may say something that is

24   not consistent with something else he or she said.

25   Sometimes different witnesses will give different

1    versions of what happened.  People often forget things or

2    make mistakes in what they remember.  Also, two people

3    may see the same event but remember it differently.

4              You should consider these differences, but not

5    decide that testimony is untrue just because it differs

6    from other testimony.

7              However, if you decide that a witness has

8    deliberately testified untruthfully about something, you

9    may chose not to believe anything that witness has said.

10   On the other hand, if you think the witness testified

11   untruthfully about some things but told the truth about

12   others, you may accept the part you think is true and

13   ignore the rest.

14             The weight of the evidence as to a fact does

15   not necessarily depend on the number of witnesses who

16   testify.  What is important is how believable the

17   witnesses were and how much weight you think their

18   testimony deserves.

19             You have heard evidence that a witness had a

20   prior criminal conviction.  You may consider this

21   evidence in deciding whether or not to believe this

22   witness and how much weight to give to the testimony of

23   this witness.

24             You are here only to determine whether the

25   defendants are guilty or not guilty of the charges in the

1    indictment.  The defendants are not on trial for any

2    conduct or offense not charged in the indictment.

3           A separate crime is charged against one or

4    more defendants in each count.  The charges have been

5    joined for trial.  You must decide the case of each

6    defendant on each crime charged against that defendant

7    separately.  Your verdict on any count as to any

8    defendant should not control your verdict on any other

9    count as to any other defendant.

10          All the instructions apply to each defendant

11   and to each count unless a specific instruction states

12   that it applies only to a specific defendant or count.

13          The parties have agreed to certain facts that

14   have been stated to you.  Those facts are now

15   conclusively established.

16          You have heard a recording in the Armenian

17   language.  Each of you were shown or will be shown a

18   transcript of the recording which has been admitted into

19   evidence.  The transcript an English language translation

20   of the recording.

21          Although some of you may know the Armenian

22   language, it is important that all jurors consider the

23   same evidence.  The transcript is the evidence, not the

24   foreign language spoken in the recording.

25          You have heard that defendant Marietta

1   Terabelian made phone calls from jail.  You should not

2   consider the fact that she was in jail as evidence of her

3   guilt of the crimes charged in this case.

4           You have heard evidence that defendant Richard

5   Ayvazyan was released under the Bail Reform Act.  You may

6   consider this evidence only for its bearing, if any, on

7   the question of whether Richard Ayvazyan was released

8   under that Act during the commission of the offenses

9   charged in counts 28 through 32 of the indictment.

10          You may not consider defendant Richard

11  Ayvazyan's bail status as evidence of guilt of the crimes

12  for which he is now on trial.

13          You have heard that other codefendants were

14  charged in this case and you should not speculate about

15  the reasons why codefendants were not part of the trial.

16          The indictment charges that some of the

17  offenses alleged were committed on or about or in or

18  around certain dates.

19          Although it is necessary for the government to

20  prove beyond a reasonable doubt that the specific offense

21  was committed on the date reasonably near the date

22  alleged in the specified count, it is not necessary for

23  the government to prove the specified offense was

24  committed precisely on the date charged.

25          Certain charts and summaries have been

1   admitted into evidence.  Charts and summaries are only as

2   good as the underlying supporting material.  You should

3   therefore give them only such weight as you think the

4   underlying material deserves.

5          The defendants are charged in Count 1 of the

6   indictment with conspiring to commit wire fraud in

7   violation of Section 1343 of Title 18 of the United

8   States Code, and bank fraud in violation of Section 1344

9   of Title 18 of the United States Code.

10          In order for the defendant to be found guilty

11   of that charge, the government must prove each of the

12   following elements beyond a reasonable doubt:

13          First, beginning at least on or about

14   March 2020 and continuing to at least August 2020, there

15   was an agreement between two or more persons to commit at

16   least one crime as charged in the indictment.

17          Second, defendant became a member of the

18   conspiracy knowing of at least one of its objects and

19   intending to help accomplish it.

20          A conspiracy is a kind of criminal

21   partnership, an agreement of two or more persons to

22   commit one or more crimes.  The crime of conspiracy is

23   the agreement to do something unlawful.  It does not

24   matter whether the crime agreed upon was committed.

25          For a conspiracy to have existed, it is not

1    necessary that the conspirators made a formal agreement

2    or that they agreed on every detail of the conspiracy.

3    It is not enough, however, that they simply met,

4    discussed matters of common interest, acted in similar

5    ways or perhaps helped one another.

6            You must find that there was a plan to commit

7    at least one of the crimes charged in the indictment as

8    an object of the conspiracy with all of you agreeing as

9    to the particular crime which the conspirators agreed to

10   commit.

11           One becomes a member of a conspiracy by

12   willfully participating in the unlawful plan with the

13   intent to advance or further some object or purpose of

14   the conspiracy even though that person does not have full

15   knowledge of all the details of the conspiracy.

16   Furthermore, one who willfully joins an existing

17   conspiracy is as responsible for it as the originators.

18           On the other hand, one who has no knowledge of

19   a conspiracy but happens to act in a way which furthers

20   some object or purpose of the conspiracy, does not

21   thereby become a conspirator.

22           Similarly, a person does not become a

23   conspirator merely by associating with one or more

24   persons who are conspirators, nor merely by knowing that

25   a conspiracy exists.

1          A conspiracy may continue for a long period of

2     time and may include the performance of many

3     transactions.  It is not necessary that all members of

4     the conspiracy join at the same time, and one may become

5     a member of a conspiracy without full knowledge of all of

6     the details of the unlawful scheme or the names,

7     identities or locations of all of the other members.

8          Even though a defendant did not directly

9     conspire with the other conspirators in the overall

10    scheme, the defendant has in effect agreed to participate

11    in the conspiracy if the government proves each of the

12    following beyond a reasonable doubt.

13         First, that the defendant directly conspired

14    with one or more conspirators to carry out at least one

15    of the objects of the conspiracy.

16         Second, the defendant knew or had reason to

17    know that other conspirators were involved with those

18    with whom the defendant directly conspired.

19         And third, that the defendant had reason to

20    believe that whatever benefits the defendant might get

21    from the conspiracy were probably dependent upon the

22    success of the entire venture.

23         It is not a defense that a person's

24    participation in the conspiracy was minor or for a short

25    period of time.

1          Each member of a conspiracy is responsible for

2    the actions of the other conspirators performed during

3    the course of and in furtherance of the conspiracy.  If

4    one member of a conspiracy commits a crime in furtherance

5    of a conspiracy, the other members have also under the

6    law committed the crime.

7          Therefore, you may find the defendant guilty

8    of a crime charged in the indictment if the government

9    has proved each of the following elements beyond a

10   reasonable doubt.

11         First, someone committed the crime.

12         Second, that person was a member of a

13   conspiracy charged in the indictment.

14         Third, that person performed the crime in

15   furtherance of the conspiracy.

16         Fourth, that person and the defendant were

17   members of the same conspiracy at the time that the crime

18   was committed.

19         And fifth, the crime fell within the scope of

20   the conspiracy and could reasonably have been foreseen by

21   the defendant to be a necessary or natural consequence of

22   that conspiracy.

23         The defendants are charged in counts 2 through

24   12 of the indictment with wire fraud in violation of

25   Section 1343 of the United States Code as follows.

1        You will receive a chart.  I am not going to

2   read the chart, but there will be in that instruction

3   number 24, at page 26, on the left a column which

4   identifies the count of the indictment, the second column

5   from the left, the date, then, some description of that

6   count, and finally the defendants who were charged in

7   that count.

8        That will be through counts 10 to 12.  I hope

9   that will assist you in going through the evidence.

10        In order for defendant to be found guilty of

11   wire fraud in violation of Section 1343 of Title 18 of

12   the United States code, a defendant [sic] must prove each

13   of the following elements beyond a reasonable doubt:

14        First, defendant knowingly participated in or

15   devised a scheme or plan to defraud or a scheme or plan

16   for obtaining money or property by means of false or

17   fraudulent pretenses, representations or promises.

18        Second, the statements made or facts omitted

19   as part of the scheme were material.  That is, they had a

20   natural tendency to influence or were capable of

21   influencing a person to part with money or property.

22        Third, the defendant acted with the intent to

23   defraud.  That is, the intent to deceive and cheat.

24        And fourth, the defendant used or caused to be

25   used interstate wire communications to carry out or

1  attempt to carry out an essential part of the scheme.

2             In determining whether a scheme to defraud

3  exists, you may consider not only the defendant's words

4  and statements, but also the circumstances in which they

5  are used as a whole.

6             A wiring is caused when one knows that a wire

7  will be used in the ordinary course of business or when

8  one can reasonably foresee such use.

9             It need not have reasonably -- it need not

10 have been reasonably foreseeable to the defendant that

11 the wire communication would be interstate in nature.

12 Rather, it must have been reasonably foreseeable to the

13 defendant that some wire communication would occur in

14 furtherance of the scheme, and an interstate wire

15 communication must have actually occurred in furtherance

16 of the scheme.

17            Instruction No. 25 is with regard to bank

18 fraud.  The defendants are charged in counts 13 through

19 20 of the indictment with bank fraud in violation of

20 Section 1344, subsection 2, of Title 18, United States

21 code as follows:

22            As I just told you with wire fraud, there is a

23 chart similarly laid out with regard to the bank fraud

24 charges, and it will assist you if you need to refer to a

25 count and a defendant and a brief description of the

1    count.  I won't read that to you.  You will get a copy of

2    these instructions, and you will have that to examine if

3    you wish.

4              In order for a defendant to be found guilty of

5    bank fraud in violation of Section 1344, subsection 2, of

6    Title 18 of the United States Code, the government must

7    prove each of the following elements beyond a reasonable

8    doubt for each count:

9              First, defendant knowingly carried out a

10   scheme or plan to obtain money or property from the

11   financial institution specified in the count by making

12   false statements or promises.

13             Second, defendant knew that the statements or

14   promises were false.

15             Third, the statements or promises were

16   material.  That is, they had a natural tendency to

17   influence or were capable of influencing a financial

18   institution to part with money or property.

19             Fourth, the defendant acted with the intent to

20   defraud.

21             And fifth, the specified financial institution

22   was federally insured.

23             The following instructions apply only to

24   counts 2 through 12.  The instruction I am reading to you

25   will be captioned "Aiding and Abetting," and they only

1    apply for wire fraud and counts 13 through 20 for bank

2    fraud.  That is, counts 2 to 12 and 13 to 20.  You must

3    not apply this instruction to any other counts.

4            A defendant may also be found guilty of a

5    crime even if the defendant personally did not commit the

6    act or acts constituting the crime but aided and abetted

7    in its commission.  To aid and abet means intentionally

8    to help someone else commit a crime.

9            To prove a defendant guilty of committing a

10   particular crime by means of aiding and abetting, the

11   government must prove each of the following beyond a

12   reasonable doubt:

13           First, a crime was committed by someone.

14           Second, the defendant aided, counseled,

15   commanded, induced or procured that person with respect

16   to at least one element of the crime.

17           Third, the defendant acted with the intent to

18   facilitate the crime.

19           And, fourth, defendant acted before the crime

20   was completed.

21           It is not enough that the defendant merely

22   associated with the person committing the crime or

23   unknowingly or unintentionally did things that were

24   helpful to that person or was present at the scene of the

25   crime.  The evidence must show beyond a reasonable doubt

1    that the defendant acted with the knowledge and intention

2    of helping that person to commit the crime.

3             A defendant acts with the intent to facilitate

4    the crime when the defendant actively participates in a

5    criminal venture with advance knowledge of the crime.

6             The government is not required to prove

7    precisely which defendant actually committed the crime

8    and which defendant aided and abetted.

9             All of the defendants are charged in counts 26

10   of the indictment with conspiring to engage in money

11   laundering in violation of Section 1956(H) of Title 18 of

12   the United States Code.

13            In order for defendant to be found guilty of

14   that charge, the government must prove each of the

15   following elements beyond a reasonable doubt:

16            First, beginning no later than in or around

17   March 2020 and continuing until at least in or around

18   October 2020, there was an agreement between two or more

19   persons to commit at least one of the following crimes:

20            One, money laundering in violation of Section

21   1956(A)(i)(b)(i) of Title 18 of the United States Code,

22   as explained in instruction 28.  And, two, engaging in

23   monetary transactions in property derived from specified

24   unlawful activity in violation of Section 1957 of Title

25   18 of the United States Code, as explained in instruction

1    No. 29, with all of you agreeing as to the particular

2    crime which the conspirators agreed to commit.

3              And second, defendant became a member of the

4    conspiracy knowing of at least one of its objects and

5    intending to help accomplish it.

6              In considering the charge of conspiracy to

7    commit money laundering, you must consider the general

8    conspiracy instructions that the Court provided to you

9    earlier.  Those instructions are numbers 21 through 22.

10             The crime of money laundering under Section

11   1956(A)(i)(b)(i) of Title 18 of the United States Code

12   consists of the following elements which the government

13   must prove beyond a reasonable doubt:

14             First, defendant conducted a financial

15   transaction involving property that represented the

16   proceeds of conspiracy to commit bank fraud and wire

17   fraud in violation of Section 1349 of Title 18 of the

18   United States Code, wire fraud in violation of Section

19   1343 of Title 18, or bank fraud in violation of Section

20   1344 of Title 18.

21             The defendant knew that the property

22   represented the proceeds of some form of unlawful

23   activity.

24             Third, defendant knew that the transaction was

25   designed in whole or in part to conceal or disguise the

1   nature, location, source, ownership, or control of such

2   proceeds.

3          A financial transaction is a transaction

4   involving the use of a financial institution that is

5   engaged in or the activities of which affect interstate

6   or foreign commerce in any way.

7          The phrase "knew that the property represented

8   the proceeds of some form of unlawful activity" means

9   defendant knew the property involved in the transaction

10  represented the proceeds from some form, though not

11  necessarily which form of activity that constitutes a

12  felony.  I instruct you that conspiracy to commit wire

13  fraud, bank fraud and wire fraud are such felonies.

14         Let me say at that again.  I instruct you that

15  conspiracy to commit wire fraud and bank fraud -- comma,

16  wire fraud and bank fraud are each a felony.

17         The crime of engaging in monetary transactions

18  and property derived from specified unlawful activity

19  under Section 1957 of Title 18, consists of the following

20  elements which the government must prove beyond a

21  reasonable doubt:

22         First, the defendant engaged in a monetary

23  transaction.

24         Second, defendant knew that the transaction

25  involved criminally derived property.

1          Third, the property had a value greater than

2    $10,000.

3          Fourth, the property was in fact derived from

4    conspiracy to commit bank fraud and wire fraud in

5    violation of 1349 of Title 18, wire fraud in violation of

6    Section 1343 or bank fraud in violation of Section 1344.

7          Fifth, the transaction occurred in the United

8    States.

9          The term "monetary transaction" means a

10   deposit, withdrawal, transfer or exchange in or affecting

11   interstate commerce of funds or a monetary instrument by,

12   through or to a financial institution.

13         Defendant Vahe Dadyan is charged in count 27

14   and defendant Richard Ayvazyan is charged in counts 28

15   through 32 with money laundering in violation of 1956.

16   And the instruction has all the subsections.  I am not

17   going to read that.

18         Instruction No. 28 explains the elements of

19   money laundering in violation Section 1956 in count 30.

20   That is, in count 30, you should look at the instruction

21   in instruction 28 for the elements of money laundering.

22         For each of counts 27 through 32, you must

23   find beyond a reasonable doubt that the defendant charged

24   in those counts committed each of the three elements

25   described in instruction No. 28.

```
 1              In considering the charges in counts 27
 2    through 32, you must be careful to refer to the elements
 3    in instruction No. 28 and not instruction No. 29.
 4              I know this is a lot for you to remember with
 5    precision.  I am giving you these instructions so that
 6    you have a general idea of how to follow the arguments
 7    that the lawyers will give to you in a few moments, but
 8    ultimately you will get a copy of these instructions to
 9    review if necessary in the jury room, so don't be fearful
10    that you are not remembering everything I say.  I
11    wouldn't remember everything I say if I were sitting
12    where you are.  But that is the general idea of reading
13    these instructions at this point.
14              Defendant Richard Ayvazyan is charged with
15    committing the offenses charged in counts 28 through 32
16    while released pursuant to the Bail Reform Act.  If you
17    find beyond a reasonable doubt that defendant Richard
18    Ayvazyan committed any of these offenses, you may also
19    determine whether the government has proven beyond a
20    reasonable doubt that he committed the offense while on
21    release.
22              Defendant Richard Ayvazyan is charged in
23    counts 21 and 22 of the indictment with aggravated
24    identity theft in violation of Section 1028(A) of Title
25    18 of the United States Code.
```

```
 1                Defendant Marietta Terabelian is charged with
 2   this offense in count 22.
 3                And defendant Artur Ayvazian is charged with
 4   this offense in count 24.
 5                In order for defendant to be found guilty of
 6   aggravated identity theft as alleged in these counts, the
 7   government must prove each of the following elements
 8   beyond a reasonable doubt:
 9                First, the defendant knowingly transferred,
10   possessed or used without legal authority a means of
11   identification of another person; namely, the following:
12                For count 21, the name of Mark Zindroski.
13                For count 22, the name and California driver's
14   license number of Nazar Terabelian.
15                For count 4, the name and date of birth of
16   Anna Dzukaeva.
17                Second, the defendant knew the means of
18   identification belonged to a real person.
19                And third, the defendant did so during and in
20   relation to a specific bank fraud or wire fraud offense
21   charged in the indictment; namely, the following:
22                For count 21, bank fraud as charged in
23   count 14.
24                For count 22, wire fraud, as charged in count
25   11.
```

1           And for count 22, wire fraud as charged in

2     count 12.

3           The government need not establish the means of

4     identification of another person.  Let me say that again.

5     The government need not establish that the means of

6     identification of another person was stolen or used

7     without that person's consent or permission.

8           A person has possession of something if the

9     person knows of its presence and has physical control of

10    it or knows of its presence and has the power and

11    intention to control it.

12          More than one person can be in possession of

13    something if each knows of it presence and has the power

14    and intention to control it.

15          I have three or four parting instructions to

16    give to you as to how you organize yourselves,

17    communicate with me, if necessary, how you deal with the

18    verdict form and so forth, but I will await giving you

19    those few instructions until after the lawyers have

20    completed their final arguments and before you begin your

21    deliberations.

22          We will now first hear from the government,

23    and then the defendants will have opportunities to

24    deliver their final arguments and the government will

25    have a rebuttal.

```
 1              I am advised that I may have accidentally said
 2    something that I didn't intend to say.  If I did say the
 3    defendant must prove something beyond a reasonable doubt,
 4    of course the government has the burden of proving things
 5    beyond a reasonable doubt.
 6              If I did misstate something, ignore that.
 7              All right.  Let's begin.  And it will be
 8    Mr. Fenton speaking for the government.
 9         MR. FENTON:  Thank you, your Honor.  Members of
10    the jury, this is a case about the defendants' decision
11    to perpetrate a massive fraud during a national
12    catastrophe.
13              In a race against time, the government tried
14    to get out disaster relief funds to small businesses who
15    needed the money to survive.  Seeing opportunity in
16    crisis, the defendants tried to get those disaster relief
17    funds first before that money ran out, meaning before
18    that money went to the small businesses who needed that
19    money to survive.
20              The evidence that we have heard over the last
21    five days shows that the defendants worked together to
22    build an assembly line of fraud.  The defendants worked
23    together to produce, to submit disaster relief loan
24    applications, and once those disaster relief loan
25    applications were granted and they were funded and they
```

 1   got money, the defendants worked together to conceal and

 2   to spend those funds.

 3          Over the last five days, we have seen and we

 4   have heard evidence about fake, stolen and synthetic

 5   identities, fraudulent disaster relief loan applications,

 6   fake tax forms, fake payroll reports, bank accounts that

 7   were opened using other people's names, the names of

 8   identities that are fake and stolen of individuals and

 9   also of businesses as well.

10          And you have heard about wire transfers,

11   checks, credit cards, debit cards, all used to move the

12   money and to spend the criminal proceeds.

13          Now, while this fraud was massive, the

14   defendants who were responsible for this are part of a

15   small group of family and friends.  You have the

16   defendant Richard Ayvazyan, his wife, Marietta

17   Terabelian, his brother Artur Ayvazian, his

18   sister-in-law, Tamara Dadyan, Tamara's cousin, defendant

19   Vahe Dadyan, defendant Richard Ayvazyan's associates and

20   friends Manuk Grigoryan and Edward Paronyan, and an

21   individual who worked with them named Armin Hayrapetyan.

22   That is the small group of defendants who were directly

23   involved in this who conspired and worked together.

24          A central feature of this particular

25   conspiracy is that defendants obscured their own

1    identities and they obscured their role.  The defendants

2    hid behind each other and they hid behind the fake

3    identities that they had created.

4         In the trial they have done the same thing.

5    You heard in opening statements that Vahe Dadyan blames

6    his cousin Tamara Dadyan.  You heard that Artur Ayvazian

7    blames his wife.  You heard that Marietta Terabelian

8    blames her husband, Richard Ayvazyan.  And Richard

9    Ayvazyan blames Manuk Grigoryan, his coconspirator.

10        The evidence that you have seen and heard over

11   the last five days, however, shows beyond a reasonable

12   doubt that the defendants are all members of the

13   conspiracies that are charged, the two conspiracies:

14   One, to commit bank and wire fraud, and two, to commit

15   money laundering.

16        Once you are a member of a conspiracy, you

17   cannot discharge your responsibilities by blaming your

18   co-conspirators.  Once you have that agreement to join,

19   you are all in it together.

20        Now, Judge Wilson has instructed you on the

21   law which you must follow.  In a moment we will review

22   the evidence proving beyond a reasonable doubt that the

23   defendants are guilty of the crimes charged.

24        Before we do that, we respectfully ask you to

25   consider three things as you review the evidence.

1            First, follow the money.  Try as they may to

2    hide behind each other and to hide behind the fake,

3    stolen and synthetic identities in this case, the money

4    points directly to the defendants.

5            In some instances, the defendants directly

6    received the fraudulently obtained disaster relief money.

7    Defendants Artur Ayvazian, Vahe Dadyan, they put their

8    names on the applications, then they took those funds and

9    they lied on those applications.

10           In other instances, the defendants indirectly

11   received the money after it was funneled through accounts

12   to their co-conspirators or fake and stolen business

13   names.  This applies to defendant Richard Ayvazyan.  It

14   applies to defendant Marietta Terabelian.

15           If you follow the money, you will find the

16   mansion, the 3.25 million-dollar mansion that Richard

17   Ayvazyan and Marietta Terabelian purchased with PPP and

18   EIDL money, in their own name.

19           If you follow the money, you will find the

20   luxury watches that defendant Richard Ayvazyan purchased

21   from the Timepiece Gentleman, Anthony Farrer, who took

22   that stand and testified, and he purchased it using PPP

23   and EIDL loan money.  Those watches were found in Richard

24   Ayvazyan and Marietta Terabelian's home, and they were

25   brought here and you saw them with your own eyes.

```
 1           If you follow the money, you will find the 60
 2   gold coins that Richard Ayvazyan and Marietta Terabelian
 3   purchased using money obtained from a PPP loan that was
 4   filled out in the name of Marietta Terabelian's then
 5   recently deceased father, Nazar Terabelian.  Those 60
 6   gold coins, again, were found in Richard Ayvazyan and
 7   Marietta Terabelian's home.  And you saw them with your
 8   own eyes.
 9           If you follow the money, you will find the
10   Harley-Davidson motorcycle that Artur Ayvazian admitted
11   on the stand that he purchased and that was purchased
12   with PPP funds that he also told you he needed so
13   desperately to save his business.
14           And if you follow the money, you will find
15   Vahe Dadyan's $50,000 cut of the criminal proceeds given
16   to him by Richard Ayvazyan using a fake company, Timeline
17   Transport.
18           The second thing that we would ask you to
19   consider as you go through the evidence is that
20   co-conspirators have different roles.  The defendants are
21   charged with being participants, members of two
22   conspiracies:  A conspiracy to commit bank fraud and wire
23   fraud, number one, by fraudulently obtaining PPP and EIDL
24   loan funds, and, number two, a conspiracy to commit money
25   laundering.
```

```
 1            As we explained during our opening statements,
 2   the defendants each played very different roles.  We
 3   previewed this for you, and this bears out in the
 4   evidence.
 5            Defendant Richard Ayvazyan was the leader.  He
 6   put together the assembly line for fraud and for
 7   laundering the criminal proceeds.  He also used a
 8   synthetic identity Iulia Zhadko.
 9            Defendant Marietta Terabelian assumed the
10   identity of Victoria Kauichko to apply for many loans and
11   moved and spent the criminal proceeds.
12            Defendant Artur Ayvazian submitted fraudulent
13   PPP and EIDL loan applications.  He created fake
14   identities and he moved the criminal proceeds as well.
15            Defendant Vahe Dadyan, he no doubt has the
16   smallest role in the entire conspiracy.  We previewed
17   that from minute one of our case.  His role involves one
18   single loan.  But the fact remains, he cooperated with
19   his cousin Tamara Dadyan and Artur Ayvazian and Richard
20   Ayvazyan to fraudulently apply for that loan through the
21   assembly line of fraud that they had created, and he got
22   his cut.  He gave the money to a fake company.  He
23   received the money back from a fake company.  That makes
24   him a member of the conspiracy.
25            Regardless of their role, they are all
```

1    co-conspirators.

2            Third, we ask you to remember that the

3    defendants are liable if they submitted or caused to be

4    submitted these applications.  The indictment charges

5    that each defendant committed an act or that they caused

6    that act to be committed, meaning, for example, the

7    indictment charges that defendant Richard Ayvazyan

8    submitted a PPP loan application or caused that PPP loan

9    application to be submitted.

10           It is therefore not necessary that each

11   defendant actually submit the application themselves if

12   they otherwise took steps to cause the fraudulent PPP

13   application to be submitted.

14           Now, we will move on to the evidence.  We will

15   move on to a review of the evidence.

16           From the outset, you heard that the federal

17   government threw a lifeline to small businesses, and that

18   was in two forms.  The first was with the Paycheck

19   Protection Program, and Kathleen Littwin from the SBA

20   came and testified here.

21           She testified about the fact that they allowed

22   the borrowers to provide self-certifications, and she

23   also testified about the type of information that was

24   important to the SBA.

25           And she walked through the various

1    certifications, including certifications regarding the

2    number of employees and explaining why that was

3    important, and the fact that the business was in fact in

4    operation, and the fact that those proceeds that would be

5    lent out by the SBA would actually be used for business

6    expenses and not personal expenses.

7            Likewise, she also testified about the

8    economic injury disaster loan program, which was

9    similarly designed to allow for self-certification and

10   also to allow businesses to get the lifeline that they

11   needed to continue operations, save jobs and save the

12   economy.

13           Now, just like with respect to the PPP loans,

14   the use of these loans was to be for business purposes,

15   not personal purposes.  And, again, she testified that it

16   was important to the SBA that that was how the funds were

17   used.

18           You also heard from a Celtic Bank

19   representative, Justin Masterman, who told you that with

20   respect to the PPP program it mattered to the bank

21   whether or not borrowers were truthful on their

22   application.  This was important so that the government

23   was able to get the money in the right hands.

24           Now, we have showed you some of the text

25   messages that are contained in Exhibit 10.  Exhibit 10 is

1    the excerpts from the extensive text communications

2    between two individuals.

3              The first individual is named Rich New, and

4    ties back to a telephone number that ends 4170.  We

5    showed you evidence that that phone number ties back to

6    Iulia Zhadko.  And the telephone number was also used by

7    Richard Ayvazyan.

8              The second participant is Tamara Dadyan, who

9    is referred to in the texts as Tammy.

10             These two individuals, who were the leaders of

11   this fraudulent conspiracy, provide in those texts

12   details, details about how they planned and executed the

13   conspiracy.  I would strongly encourage you, read those

14   texts.

15             They will show you that on March 12, as soon

16   as they heard about the announcement from the president

17   that they were going to pass this bill to give billions

18   of dollars in funding, Richard Ayvazyan and Tamara Dadyan

19   were on top of it.  Tamara writes, "We can totally do

20   this."

21             Weeks later, Richard Ayvazyan writes they

22   started getting e-mails today from the SBA, $10,000

23   guaranteed.  And this is the advance that you heard

24   about.  Tamara says, okay, so let's do it for all these

25   idiots.  10,000 is 10,000.

1          Richard Ayvazyan writes, "You use the bank
2   statement I gave you for Iulio.  They don't check for
3   shit, Tam.  It's all automated."
4          Weeks later -- or months later, he writes,
5   "Newtek is the bomb.  Just got docs on two I did last
6   week," with a huge smiley face.
7          And there are other text messages as well if
8   you take time to look at them, text messages that show
9   you there was a race against time.  "We need to do this
10  to the max we can now because you understand that the
11  market is going to crash."  And, "We can use the same
12  names."
13         And they did.  We showed you in the summary
14  chart exhibit, 116, that they were using the same names
15  over and over again.  Richard says in a separate text,
16  "Good because you know this program is over by the end of
17  the month.  So get as much as you can."
18         They talk about the frustrations and
19  challenges that they encounter when things don't go their
20  way.  And if you see here, they are laughing all the way
21  to the bank.
22         There is difficulty trying to get in touch
23  with one of the banks and Tamara Dadyan says, "I was like
24  on hold forever, bro.  Kept calling back.  Today was a
25  disaster, just like the loan they are giving, LOL."

1          They also talked about which places were the
2    best places to get the loans because they were easiest.
3    And in this text, for example, you see Richard saying, "I
4    did two yesterday and got docs today.  One of them
5    already funded the account.  It is crazy.  Do PayPal."
6    And PayPal is WebBank.
7          And then you see them reporting to each other
8    when they successfully get the loans.  Here they say,
9    "Signed today" with a bag of cash, and a sign saying that
10   everything is good.  Tamara Dadyan responds "LOL,"
11   laughing out loud.
12         And they continue to laugh, "laughing my ass
13   off.  They just ran out of money and they can't fund.
14   Just got an e-mail."  Tamara Dadyan writes, "They are
15   never going to have enough money.  America needs to file
16   BK."
17         These are the individuals who led this
18   conspiracy.  These are the individuals who created an
19   assembly line for fraud.  They learned how to do this
20   from day one when the program became available.  They put
21   together the parts and then they shared them with their
22   co-conspirators.
23         There are five exhibits.  There is a lot of
24   evidence in this case.  There is a mountain of evidence
25   in this case, but there are five exhibits that I would

1    direct your attention to.

2              First, the text messages between Richard

3    Ayvazyan and Tamara Dadyan, government Exhibit No. 10.

4    It is about 41 pages, and it is worth the read.  It goes

5    through in details the inner workings of the fraud.  It

6    also details the involvement of co-conspirators,

7    co-conspirators like Artur Ayvazian and Vahe Dadyan.  We

8    will give you some examples of those text messages later.

9              The second exhibit that we suggest that you

10   read is the "Flow of Funds Summary Chart" exhibit.

11   Marylee Robinson testified about her efforts to follow

12   the money.  This is the document that she put together

13   that does just that.

14              Again, this is a document that shows you that

15   this is a cohesive conspiracy involving eight defendants,

16   eight individuals, and it shows you -- if you look, you

17   can see all the different places where these defendants

18   are interacting and sharing money from PPP and EIDL loan

19   programs.

20              The third piece of evidence that we would

21   direct you to is government Exhibit 57A, the driver's

22   licenses that came from Artur Ayvazian's house.  Dozens,

23   dozens of fake driver's licenses with individuals on

24   there, Social Security cards, credit cards and debit

25   cards all found in his home.

1        There are also credit cards that were

2   belonging to Iulia Zhadko and Victoria Kauichko seized

3   from defendants Richard Ayvazyan and Marietta Terabelian

4   at Miami International Airport as they came back from a

5   vacation from Turks and Caicos in the middle of the

6   pandemic in October.

7        And, fifth, we direct you to the jail calls

8   that Marietta Terabelian placed when she was arrested at

9   Miami International Airport and was in jail in Miami.

10  Those are government Exhibits 50A/B and 50D/E.

11       Now, we will talk about the individual counts

12  and the evidence supporting those counts.  And here, this

13  is not all of the evidence.  This is just the evidence

14  that we are choosing to highlight for you here.

15       These are the eight co-conspirators.  First,

16  we will focus on Richard.  Here is one of the many texts

17  that show Richard Ayvazyan and Tamara Dadyan planning the

18  conspiracy.  And if you recall in the opening statement,

19  Richard Ayvazyan is suggesting that it is Tamara Dadyan

20  who would be responsible, not him.

21       And if you look here, he says, "Go to BlueVine

22  right now and apply.  They are approving and closing

23  within 24 hours."  And she says, "With same info?"  He

24  says, "Yeah, just change your EIN by one number.  I did

25  seven apps last night, and four of them got e-mailed that

1    it is funded."  He goes on to say at the bottom, "I

2    didn't sleep all night.  I was working 24 hours

3    straight."

4            He then asked her a question in a separate

5    text message, "Who told you to use those numbers?  She

6    says, "Me myself, LOL."  He responds, "You are funny.  I

7    told you that I have the freaking formula."

8            How do we know that Richard Ayvazyan is Iulia

9    Zhadko?  Well, there is a mountain of evidence that shows

10   that he is.  Here are the various Iulia Zhadko IDs that

11   are in evidence with references to where you can find

12   them.

13           There are three different versions where he is

14   a male, and if you look at the address, the address on

15   the fake driver's license matches the address on the

16   driver's license for defendant Richard Ayvazyan, 5141

17   Genesta Avenue, Encino, California.  That ID is the ID

18   that Richard Ayvazyan sent to the Timepiece Gentleman in

19   a text message from the telephone number ending 4170.

20   That is the same telephone number that he uses to text

21   with Tamara Dadyan.

22           This is also the same address, if you look at

23   text messages -- I'm sorry, e-mails from Richard

24   Ayvazyan.  When he is buying his dream home, the one that

25   he brought with PPP and EIDL loan funds, he uses the

1    address 5141 Genesta.  He says, "You can use that address

2    below for all mailing pertaining to the purchase."

3            As we demonstrated to you through the witness

4    testimony and the evidence that we have submitted, Iulia

5    Zhadko is actually a woman.  And Iulia Zhadko is a

6    foreign exchange student who had come to the United

7    States for a brief period of time and moved on, as was

8    the case with other individuals.

9            The reason why that is relevant, and this will

10   come with respect to later counts, is because with

11   aggravated identity theft, one of the elements is that

12   you have to show that there was knowledge that the

13   defendant knew that the person's whose identity was at

14   issue was a real person.

15           What you see in this case is a pattern where

16   foreign students who are coming to the United States on

17   visas are having their identities taken by the defendants

18   and used for purposes like this.

19           We then look at the credit cards that were

20   discovered in Richard Ayvazyan's luggage at Miami

21   International Airport.  There are five credit cards here

22   in the name of Iulia Zhadko.  And not only in the name of

23   Iulia Zhadko, but if you look at these credit cards you

24   will see they are in the name of companies that apply for

25   PPP and EIDL loans, Top Quality contracting, Turing Info

1    Solutions.  Those are two companies that we see loans

2    applied for that are fraudulent loan applications and the

3    money goes back to defendant Richard Ayvazyan.

4         The sixth card that we see here is Runyan Tax

5    Services.  This is a Victoria Kauichko card.  And again,

6    this is another company that applied for a PPP loan.  And

7    you heard testimony during the trial from Jack Runyan,

8    who founded Runyan Tax Services.  He does not know

9    Victoria Kauichko.

10        He has one employee since his wife passed

11   away.  That employee is he himself.  That is it.  It is

12   his company, not their company.  But they are carrying

13   around his card and applying for loans in his name.

14        Here is also a credit card discovered on

15   Richard Ayvazyan's phone.  That credit card is in the

16   name of Iulia Zhadko.  We then see that Iulia Zhadko

17   applied for many different loans.  This one in particular

18   is the Timeline Transport loan.  And if you follow the

19   money, it goes right to Richard Ayvazyan.  It is used as

20   part of the down payment on what counsel said was in her

21   opening statement Richard Ayvazyan and Marietta

22   Terabelian's dream home, purchased in June, 2020, in the

23   middle of a pandemic, with disaster relief funds.

24        There is other financial information that is

25   found in Richard Ayvazyan's phone as well.  Runyan Tax

1    Service checks.  Checks from Fiber One Media with

2    somebody else's name, Suzanna Merkuchian.  Anna

3    Manukyan's name.  A credit card in the name of Victoria

4    Kauichko.  Another credit card with the name Victoria

5    Kauichko.  And a credit card that says Richard Ayvazyan,

6    Fiber One Media.

7              And then again, these are companies that are

8    applying for these loans.  We showed you in summary

9    Exhibit 116 that there is evidence showing that Fiber One

10   Media applied for PPP and EIDL loan funds.  And again,

11   this is a fraudulent company, a fake company.

12             Now, how do we know that this is a conspiracy?

13   There is a lot of different evidence to show that they

14   joined together.  Some of the evidence is the text

15   messages.  Some of the evidence is the flow of funds.

16             Another piece of evidence that is really

17   important are these charts.  What they show is the

18   assembly line of fraud.  The assembly line for fraud.

19             There are component parts that go into these

20   applications.  Two things are particularly important.

21   One, payroll reports from Gusto, or payroll reports

22   period.  In this particular instance, they came from

23   Gusto.

24             And you heard from a represent from Gusto who

25   testified about why some of the payroll reports that you

1    saw in this case did not come from Gusto and that they

2    were fake.

3            The second piece of evidence is Form 940s and

4    form 941s.  These are tax forms which were fraudulently

5    completed and submitted in support of these applications.

6    The reason why they evidence a conspiracy amongst

7    defendants is because if you look at the different

8    applications and you look at the supporting

9    documentation, there are different groupings where they

10   use the same numbers to the penny.  To the penny.

11           And they do it over and over again.  And here

12   are some examples of companies that are directly tied to

13   Richard Ayvazyan.  Fiber One Media and Mod Interiors.

14           And then we see companies that are tied to

15   other co-defendants -- other co-conspirators.  For

16   example, Edward Paronyan, who submitted the application

17   in the name of Redline Auto Collision.  His payroll

18   report that supposedly came from Gusto was the same as

19   payroll reports for Fiber One Media and Mod Interiors to

20   the penny, not only for the year, but for all 12 months

21   as well.

22           This is evidence of conspiracy.

23           We now look at Marietta Terabelian.  There is

24   a credit card discovered in Marietta Terabelian's luggage

25   at Miami International Airport.  This credit card did not

1    belong to her.  It was in the name of Victoria Kauichko.

2              On a phone that was seized elsewhere, not at

3    the airport, but somewhere else, at her home on

4    November 5th, there is an image that is discovered on

5    Marietta Terabelian's phone of Fiber One Media and the

6    name Suzanna Merkuchian, which should be familiar because

7    it is the same name on the card in Richard's possession.

8    And there is personally identifiable information

9    contained on this note.

10             If you look at the text messages that Richard

11   Ayvazyan sent to the Timepiece Gentleman, Anthony Farrer,

12   those text messages show that when he was having watches

13   shipped, one of those watches he had shipped to someone

14   that he said was his wife, and he provided his wife's

15   info.  The information that he provided, the name

16   Victoria Kauichko, the company Fiber One Media.

17             The evidence also shows that if you look at

18   the card that was in Marietta's possession, that card was

19   used to buy things that would be unique to Marietta

20   Terabelian.  For example, furniture purchased from Italy

21   2000, which is imported fine furniture, sold to Victoria

22   Kauichko, delivered to 5141 Genesta Avenue.  That is

23   where they lived before they moved to their dream home.

24             This card was also used to pay for the rent

25   for the apartment at 6150 Canoga Avenue, which you heard

1   a lot about during this trial.  The reason why you have

2   heard a lot about that apartment is because it was an

3   apartment that was used in furtherance of the scheme to

4   commit bank fraud and wire fraud.

5         There are several different applications that

6   were submitted using this address, the name of Victoria

7   Kauichko, Fiber One media, Journeyman Construction, which

8   is another Victoria Kauichko company, and Runyan Tax

9   Service as well.

10         IP addresses that tie back to this apartment

11   were also used in furtherance of the fraud.  If you look

12   at how this money was spent -- and I will give you an

13   example -- if you look at how the Runyan Tax Service

14   money was spent, it was spent on things unique to

15   Marietta Terabelian.

16         She paid for her father's funeral using money

17   from Runyan Tax Service.  That check was cut on

18   July 21st.  If you look at the bank records, it will show

19   on the same day that a PPP loan came in from Seattle Bank

20   for Runyan Tax Services.

21         Runyan Tax Services also paid for more

22   furniture delivered to 5141 Genesta Avenue, which is

23   where defendants Richard Ayvazyan and Marietta Terabelian

24   resided before they moved to their dream home.

25         And the money from Runyan Tax Services was

 1    also used to pay for a down payment for another home.

 2    That home was purchased in the name of Iulia Zhadko, and

 3    the person who paid for the water and the power for that

 4    home, the power user for the home, Verdui Terabelian,

 5    Marietta Terabelian's mother.

 6            Marietta Terabelian also played a role with

 7    respect to pooling and transferring money.  And you

 8    recall this chart.  This was from Exhibit 115.  And if

 9    you look here, you see her role.  She is receiving EIDL

10    and PPP loan money into her personal bank account.

11            And if you look at the bank records, and they

12    are in evidence, what you will see is she is the

13    individual owner of that account, the sole signatory.

14    She controls that bank account, what goes in, what goes

15    out.

16            What came in was EIDL and PPP loan money

17    fraudulently obtained.  What went out was a wire transfer

18    to Encore Escrow to purchase a 3.25 million-dollar home

19    in her name and the name of her husband on Topeka Drive.

20            And then there are the jail calls.  And we

21    encourage you to take a look at these jail calls in

22    detail.

23            There is two that we focus on here.  The

24    first, "Richard and I were caught," which means according

25    to the translator, apprehended.  "Found a card or I don't

1    know what.  You know the charges," which means that she

2    knows the charges.  And then she implores the person on

3    the other end, "Clean the house as much as you can."

4          Now, counsel suggests that what that means is

5    that she got caught, she is worried about the charges and

6    the first thing she thinks is to tidy up.  That defies

7    common sense.  She says "you know the charges," because

8    she knows the charges and she says you know the charges

9    because she wants them to clean the house of evidence,

10   evidence of the crime.

11         These are the parts of the assembly line of

12   fraud that we spoke about earlier.  There are the fake

13   ID's, there are the applications, there are the payroll

14   reports.  They are all the things that you see on

15   Richard's phone and elsewhere and at Artur's home at

16   Weddington and on his phone as well.

17         There is a second call, "Tell mom me and

18   Richard are both at Miami jail.  Nothing wrong.  Tell

19   them so that they know so that they can try to clean,

20   clean the house as much as you can, everything, and

21   whoever calls, whatever they say, you shouldn't say

22   anything to anyone."

23         Now, we will take a look at Artur Ayvazian's

24   role in the crime.  Artur Ayvazian lived at 17450

25   Weddington Street.  You know that because he told you.

1   You know that because that is what the agent said as

2   well.  There are volumes of evidence showing that that

3   was his home.

4           This is what was found in his home.  Dozens of

5   fake ID's, fake driver's license, all parts of the

6   assembly line for fraud.  And they found PPP loan

7   applications as well.

8           These are not digital copies.  These are hard

9   copies.  And if you look -- I will give you some

10  examples.  If you look at the types of applications that

11  were found in Artur Ayvazian's home, one was for Anna

12  Dzukaeva.  She is the individual who is alleged -- whose

13  identity was allegedly used in connection with applying

14  for fraudulent PPP loan applications.  You also find a

15  hard copy of PPP loan applications submitted in Tamara

16  Dadyan's name as well as Artur Ayvazian's name.

17          These hard copy documents are contained in his

18  home along with the fake IDs.

19          There are also lists of e-mails for borrowers,

20  and these e-mails are not for Tamara or Arthur.  These

21  are e-mails for people like Anna Dzukaeva, people whose

22  e-mails were used fraudulently to apply for PPP and EIDL

23  loans.

24          And you find checks, checks for dozens of

25  companies.  Here is just an excerpt.  Here are just

```
 1    examples.  These companies, Victoria Kauichko, Sabala
 2    Construction, Anna Dzukaeva, Liudmyla Kopytova, Voyage
 3    Limo, Vahe Dadyan's company.  EM Construction, Rosa
 4    Avakian.  All of these individuals, none of whom are
 5    Tamara Dadyan or Artur Ayvazian.  These are other
 6    people's names, other people's companies.
 7          You also find handwritten notes relating back
 8    to Fiber One Media, which is similar -- it is the same
 9    company for which there are handwritten notes found on
10    Marietta Terabelian's phone as well.  Again, this is more
11    evidence of conspiracy.  The reason why, these companies
12    are fake.  They don't exist.
13          These are two important exhibits.  The first
14    is a list that was found in Artur Ayvazian's home.  It
15    lists local construction companies, Sabala Construction.
16    VLA Construction, EM Construction.  These are companies
17    whose names were used to fraudulently apply for PPP and
18    EIDL loans.
19          If you look at the Canoga apartment, which was
20    initially leased by Manuk Grigoryan, one of the
21    co-conspirators, and later leased by Victoria Kauichko,
22    it ties back to that card that was found on Marietta
23    Terabelian's person at Miami International Airport.  The
24    lists have similarities.
25          Sabala is on both lists, VLA is on both lists.
```

1    EM Construction is on both lists.  It is not a

2    coincidence.  It is a conspiracy.  They are working

3    together to file these loan applications.

4            This is further proof of a conspiracy between

5    Tamara Dadyan, Artur Ayvazian, Manuk Grigoryan, Richard

6    Ayvazyan, Marietta Terabelian, the individuals who

7    controlled these different residences.

8            This shows what was found in those residences,

9    and there is overlap.  And if you look at the checks as

10   well that I just showed you, there are check books in the

11   name of Sabala Construction, EM Construction, and other

12   construction companies as well, which is further proof of

13   the conspiracy.

14           If we look at what Arthur did with his money,

15   in addition to buying a Harley-Davidson, he gave the

16   money to his brother to buy a 3.25 million-dollar mansion

17   just to help him out.

18           And here are text messages between Richard

19   Ayvazyan and Tamara Dadyan that put Arthur in the middle,

20   the middle of this conspiracy, "You have money in B of A.

21   Art does.  I will call him in a minute.  I need 95,000

22   for escrow today."  He is going to call Art.

23           "Leave a note to file on his trucking."

24   That's Richard's suggestion, and that is what he does.

25   And he takes the money and gives it to Richard, and he

```
1   buys himself a Harley.
2             "Tom is coming over," Tamara says.  "I told
3   Art show him the decline letter from EIDL, and it is
4   simple.  It is 35 percent for PPP."  35 percent what?
5   The evidence shows it's a 35 percent cut.  They help him
6   file, and they get a piece of it.
7             And Richard says, "Okay, let me do this.  Give
8   me 30 minutes."  And Artur Ayvazian is not an errand boy.
9   You look at the text in the middle, Art wants to do
10  another one with US Bank.
11            And when you look at another text message
12  here, "Rich, for Runyan, you have enough money.  If I'm
13  right, 73,500 hours and my Vahe deal, the 38,750 and the
14  58,125."
15            These are cuts from the conspiracy.  They are
16  dividing the criminal proceeds.  This is the evidence.
17  Text messages between co-conspirators talking about other
18  co-conspirators and their roles.
19            They need checks to order for different fake
20  identities.  This one is Mikala(Phon.).  " Which place
21  will be fast," Tamara asks.  Richard has an idea, "Have
22  Art go buy those blank ones from Office Depo and just buy
23  the software for every bank.  Just make the checks."
24            And then Tamara says, "I am expecting a wire
25  for Art for $73,500."  This is the wire that we spoke
```

1    about earlier.  "And for me," she is reminding him,

2    "157,000."

3           Here is the check that Arthur gets through

4    Runyan Tax Service.  That company doesn't exist.  It is

5    fake.  Well, it is not fake.  It actually belongs to Jack

6    Runyan, but this version of the company is fake.

7           Further evidence of Arthur's involvement is

8    the fact that IP address information ties back to his

9    home.  He is the subscriber.  The subscriber name is

10   Arthur Ayvazian.  This is his IP address.  That is his

11   subscriber address, 17450 Weddington Street.  He applies

12   for the Anna Dzukaeva loan.

13          And we hear this name over and over again,

14   Anna Dzukaeva.  She is the individual whose identity they

15   stole to file these loan applications that is charged in

16   the indictment.

17          Here are examples of PPP and EIDL loans that

18   tie back to Arthur Ayvazian's IP address at his

19   subscriber name at his subscriber address.  And they

20   include the application for Vahe Dadyan, which they

21   helped him submit because it is a conspiracy and they are

22   working together.

23          Now, Arthur said Tamara did it; right?  She

24   put stuff on his phone.  They had similar things on the

25   phone, for sure.  They had the Anna Dzukaeva IDs.  And

1    you see that here.

2              This possession of this ID in furtherance of a

3    fraudulent act, a wire fraud or bank fraud count, that is

4    a crime.  That is what is charged in the indictment.  It

5    is count 24.

6              They also had checks.  But notice, these

7    pictures are not identical.  These are different pictures

8    of Anna Dzukaeva checks, and they are different checks as

9    well.  And then you see they have information -- they

10   both have information on their phone showing that they

11   are applying and tracking PPP and EIDL loan applications.

12             But there are differences as well, differences

13   that are unique to Arthur's role.  One of those is that

14   Arthur has information that can be used to create fake

15   IDs.  Information like this, and this isn't theoretical.

16   This isn't something he may or may not have done.  There

17   is evidence he actually did it.  More evidence unique to

18   Arthur's phone showing people asking for IDs to be

19   created using particular information and then they file

20   the product.

21             There is more evidence as well.  If you look

22   at the highlighted paragraph, "Please use an old Armenian

23   guy and please make his description match.  Thank you."

24   And Arthur replies, "There is the ID."  This is Arthur's

25   role.  Not Tamara's role.  This is Arthur's role.  They

1    work together, no doubt.  And you see in the text

2    messages what they worked together to do.  But you also

3    see Arthur's unique role in this conspiracy.  He is

4    responsible for parts of the assembly line for fraud,

5    these IDs.

6              Further evidence of the conspiracy is the fact

7    that, like with the other loans that we looked at, they

8    are using the same supporting documentation.  Again,

9    summary chart Exhibit 116.  You look at this and see that

10   they are using the same Form 940s down to the penny, and

11   this includes Arthur Ayvazian and Vahe Dadyan as well.

12             Now, Arthur Ayvazian took the stand.  You

13   heard from him yesterday.  He told his story.  And he

14   explained to you all of the reasons why he won't trust

15   Tamara Dadyan.

16             The question was asked, "Is your wife, Tamara

17   Dadyan, involved in this trucking business at all?"

18             "No, not at all, sir.  She is against it."

19             The question was asked, "Now, do you pay your

20   taxes together?"

21             He said, "No, sir."

22             Question, "Whose idea was that?"

23             "My idea."

24             "Why?"

25             "I didn't want to get involved in filing with

1  her."

2        He explains, "I moved out of the house right

3  away even though my lawyer told me not to, because I had

4  every right to be there and I just didn't want to see her

5  face anymore."

6        And then he goes on to explain that there are

7  times where there have been IDs on his phone, "And I

8  confronted her and she says, oh, that is for me.  Erase

9  it or don't worry about it.  You know, I don't need it

10 anymore."  So Arthur says, "I end up erasing it."

11       Yet he trusted Tamara Dadyan to submit his PPP

12 and EIDL loan applications?  He won't file taxes with her

13 but will have her do the paperwork for loans?  It defies

14 common sense because it is not true.

15       "So I told Tammy, hey, do you think my company

16 will qualify, because I really need it right now."

17       "She says, yeah, I'll take care of it."

18       "She says, yes, I'll take care of it"

19       And I said "okay."

20       "She asked to see my 1099s."  These are the

21 1099s -- he won't file taxes with her.  She is not

22 involved in his business, but now he is just going to

23 hand everything over?  It defies common sense.

24       He also told you he had a desperate, desperate

25 need for the funds for his business.

1        "2019, I did great.  I made a lot of money in

2   2019, but as soon as 2020 came I went from making 130

3   something thousand to $30,000.  Once the pandemic hit, I

4   was just devastated.  There were no jobs.  The receivers

5   weren't working."

6        What do you need the money for?  Well, since I

7   got the first one that came, he spent a lot of it towards

8   his business.  He was behind in his trucking payments.

9   He's behind in repairs, he needs tires.  Just a lot of

10  expenses toward the company.

11       Yet, he immediately spent his EIDL loan

12  proceeds on a Harley-Davidson and his brother Richard

13  Ayvazyan's 3.25 million-dollar mansion.

14       His explanation that he had desperate need for

15  the money for his business defies common sense.  That is

16  not how his money was spent.  It's not true.

17       We look at Vahe Dadyan.  Vahe Dadyan had the

18  smallest role in the conspiracy.  But it is significant,

19  because he lied on a PPP loan application, one

20  application for $157,500 signed with his name in the name

21  of his company.

22       How do we know it is a conspiracy?  Well, the

23  application was submitted by Tamara Dadyan.  We saw that

24  earlier through the IP address information.  And it was

25  using the same documentation that Arthur used for the

1    Allstate Towing.

2              Again, these are tax forms, Form 940s, with

3    the same financial information down to the penny because

4    they are fake.

5              Now, he gets all this money.  It goes into his

6    account.  If you look at the documents that are in

7    evidence, the bank records, what it shows is he is the

8    sole owner of this company and the signatory on this bank

9    account.  It is his bank account.  He controls it.

10   Nobody else.

11             What does he do with that money?  He sends it

12   to Runyan Tax Services.  Not Jack Runyan's Tax Service.

13   Victoria Kauichka's tax service.  That company doesn't

14   exist.  Victoria Kauichko, not a real person.  Yet, Vahe

15   Dadyan sends the money there.  What does he call it?

16   What does he say when he sent the money?  He calls it

17   payroll.  And, you know what, that was a lie, because it

18   wasn't.

19             What happens to that money?  It doesn't go to

20   pay anybody.  It goes to buy a house in the name of Iulia

21   Zhadko.  This is evidence of conspiracy.

22             Now, Vahe Dadyan is prominently featured in

23   text messages between Richard Ayvazyan and Tamara Dadyan.

24   Why?  Because he is insistent.  He wants his cut, and he

25   wants it now.

1          If you look at the text messages, they talk

2   about how Vahe was pushing.  "Rich, we've got to send him

3   his part here."

4          "How much?"

5          "I will tell you."

6          Where they going to send it?  V&D Limo.  Those

7   initials, Vahe Dadyan.

8          "Rich, let me know if you have checks for

9   deposit, if I can wire this out to Vahe -- part.  He's

10  the type, wake up and checks account."

11         He is waking up and checking his account.  He

12  wants his money.  And then she says that in the text

13  below.  "Please, like, he wakes up and tests me.  LOL."

14         This is not a passive participant.  This is

15  somebody who wants their cut.  And these text messages,

16  these aren't between and amongst strangers.  They are

17  between and amongst co-conspirators, people who are

18  working together for a common goal.

19         That goal is to defraud the SBA and the

20  lenders to get disaster relief funds that don't belong to

21  them, to which they are not entitled.

22         You then see these additional text messages.

23  They go back and forth all about wires.

24         "Send me the routing number for the Vahe

25  wire."  And they provide the information.  Then they try

1    to figure out how are they going to pay for it.  They are

2    going to pay for it from Runyan.

3            Then they talk about the problems they are

4    encountering in terms of actually getting the wires to

5    work.  Richard says, "Tammy, the limit is 25 a day." She

6    says, "Well, so then do Tuesday and Wednesday all from

7    the same place so I don't deal with him, please."

8            "Okay, Vahe can wait."

9            "Okay, I want a wire now."  A wire for Vahe.

10           "What e-mail should I put for him?"  This is

11   Vahe's e-mail.  Vahe314@yahoo.com.  It only allows -- "It

12   allows me only 25, so I sent 25.  Do you want me to send

13   it to another place or can it wait?"

14           "Okay.  Monday or you can give check.  Art

15   will deport for him or whatever."

16           The money eventually gets to Vahe.  He gets

17   his cut.  And if you look at the bank records, he gets

18   the two $25,000 payments because they are on different

19   days, just like they planned, because otherwise it

20   wouldn't work.

21           And where does this money come from?  It comes

22   from a company that does not exist, Timeline Transport,

23   from an individual who is fake.

24           This is all evidence of conspiracy.  The

25   defendants, if you look in the middle, well, Tamara

1    Dadyan called Vahe an idiot, so he must be.  Well, Tamara

2    Dadyan called a lot of people idiots, and here are some

3    of the samples from the text messages.  If you look

4    through those text messages, to Tamara Dadyan, anyone who

5    bothers her, who makes her day a little bit more

6    complicated is an idiot.

7         And you will see another word that is bandied

8    about as well.  Moron.  That is how she talks.  It is

9    just what she says.  Is that proof that Vahe Dadyan lacks

10   the intellectual capacity to commit fraud?

11        Look at the aggravated identity theft counts.

12   There are three.

13        Count 21, Richard Ayvazyan.  You heard from

14   Mark Zindroski.  He is one of the first witnesses we

15   called.  He came up and testified from that stand.  And

16   he told you he looked at this application and he laughed

17   because it is not him.

18        Somebody took his name and they submitted it

19   along with the name of his company that he owned, he

20   alone, owned for decades.

21        Iulia Zhadko, TQ Contracting.com.  Look at the

22   phone number, 4170.  It is the same phone number that

23   Tamara Dadyan is using to text Richard Ayvazyan.  This

24   credit card was discovered in Richard Ayvazyan's luggage.

25   Top Quality Contracting, Iulia Zhadko.

1          Now, there is a question.  Does Richard

2    Ayvazyan know that this man is real?  Of course he does.

3    He targets the owners of local construction companies.

4    Here is a list of them.

5          This was found at 6150 Canoga.  It is the

6    apartment that Victoria Kauichko pays for.

7          Count 22.  This is the aggravated identity

8    theft count that ties back to that Nazar Terabelian.

9    There are credit cards discovered on Richard Ayvazyan's

10   phone in the name of Mod Interiors, the company that

11   Nazar Terabelian supposedly worked at after he died.

12         And Nazar Terabelian.  There are notes that

13   talk about the application, Mod SBA, in the corner up

14   there, with statistics, business figures, financial

15   figures for a company that doesn't exist.  E-mail

16   addresses for a man who is deceased.  And bank accounts

17   as well.

18         Nazar Terabelian died on July 18, 2020.  This

19   is his death certificate.  Here is the application he

20   submitted for a PPP loan five days later.  It is a fraud.

21   Someone took his identity and used it after he died.  And

22   then they spent the money on themselves.

23         What did they spend it on?  Furniture,

24   diamonds, gold coins.  How many gold coins?  Sixty.

25   Sixty gold coins.  Thirty plus 30 equals 60.  Where do we

1   find 60 gold coins?  Richard Ayvazyan, Marietta

2   Terabelian's home.

3              Count 24.  Artur Ayvazian, Anna Dzukaeva.

4   Anna Dzukaeva is a real person.  We know that because the

5   witness from the Department of Homeland Security sat

6   there and testified to that fact, and we have documents.

7   Like Iulia Zhadko, the woman, not the fake man, she had

8   traveled to this country at one time.  Foreign exchange

9   student.  She was here for a while.  She went back.

10             How does Artur Ayvazian know that she is real?

11  Well, there is evidence in his home that they are

12  collecting visas for foreign exchange students.  These

13  are the individuals that they target in addition to the

14  local construction company owners.

15             This is the other type of people whose

16  identities they took.  This is how you know that they

17  know that they are real.

18             These are the documents that were discovered

19  at Arthur's home.  The applications with Anna Dzukaeva's

20  name on them.  The images discovered in Artur Ayvazian's

21  phone.  Her driver's license.  Well, it is fake.  And

22  there are two of them.  And the two pictures are two

23  totally different individuals.  And neither of them look

24  like the actual real Anna Dzukaeva, because that is

25  someone else who is in a foreign country right now.

 1          Her checkbook.  IP address information showing

 2   that this loan application was submitted from Artur

 3   Ayvazian's home, where he is the subscriber.

 4          We now look at count 26.  Count 26 is the

 5   money laundering conspiracy.  It is different than the

 6   bank and wire fraud conspiracy, but it is also related.

 7          Summary chart, Exhibit 115.  If you look at

 8   this exhibit, it will tell you everything that you need

 9   to know.  There are two objects here.  One is

10   concealment.  The other is spending.

11          These charts detail how the defendants in this

12   case concealed and spent the criminal proceeds.  This

13   example is Vahe Dadyan, Richard Ayvazyan, Marietta

14   Terabelian using this PPP money, concealing it, and then

15   eventually spending it on a home purchased in the name of

16   Iulia Zhadko.

17          And again, this is the home where Marietta

18   Terabelian's mother pays for the utilities.

19          Here are additional co-conspirators.  Anton

20   Kudiomov.  That is Manuk Grigoryan teaming up with

21   Victoria Kauichko, with whom he shared the apartment.

22   They take the PPP and EIDL money.  They buy another house

23   in the name of Victoria Kauichko.

24          And then we have the slide here that shows all

25   of the players in the conspiracy -- most of the players

1   in the conspiracy -- gathering their money, transferring

2   it to various accounts to conceal it, and ultimately it

3   is spent on a house for Richard Ayvazyan and Marietta

4   Terabelian.

5           And you have heard talk about Manuk Grigoryan.

6   This is the biggest prize, this house, $3.25 million.

7   This tells you everything you need to know.  If there is

8   any suggestion that it was Manuk Grigoryan who is behind

9   it all, why doesn't he live in this house.  Why is it

10  Richard Ayvazyan and Marietta Terabelian's house?

11          It is because they are in charge.

12          More evidence of money laundering conspiracy.

13  Armin Hayrapetyan, who has a smaller role like Vahe,

14  sending money through various accounts.  Sabala

15  Construction.  That is one of the companies we just

16  talked about.

17          Where do you see that company?  That name is

18  at Canoga, Manuk Grigoryan's apartment, and also the

19  apartment that Victoria Kauichko rented.

20          You also see that name at Weddington, where

21  Artur and Tamara live as well.  They have Sabala

22  Construction checkbooks, and they also have a list of

23  different companies that include Sabala Construction.

24  The reason as to the overlap, it is because it is a

25  conspiracy.

```
 1              Hart Construction.  Same thing.  They pooled

 2    this money together, and what do they do?  They pay three

 3    individuals, Iulia Zhadko -- we all know who that is at

 4    this point.  The evidence shows -- the mountain of

 5    evidence shows it is Richard Ayvazyan.

 6              Fiber One.  Fiber One is Victoria Kauichko.

 7    Suzanna Merkuchian.  It is also Richard Ayvazyan.  We

 8    know that because we saw the credit card that says Fiber

 9    One Media.  Richard Ayvazyan, that was in his possession.

10              Anna Manukyan.  We also saw credit cards that

11    were in the possession of Richard Ayvazyan.  We also see

12    credit cards that are in possession of Anna Manukyan

13    evidence with other co-conspirators as well.

14              The point is that Armin Hayrapetyan, the

15    individual who is moving this money, is giving this money

16    to the defendants sitting in this courtroom.  It is not a

17    gift.  It is a cut of the proceeds of the conspiracy.

18              Now, I don't think that any of this is really

19    in dispute.  There is overwhelming evidence that all of

20    the loans that are detailed in the indictment, that they

21    all contain fraudulent information, information that

22    mattered to the SBA, information that mattered to the SBA

23    for lenders.  And the reason we know that is because we

24    heard from them.

25              We asked them if this type of thing mattered
```

1    and they said that it does.  This is additional evidence

2    of the bank fraud and the wire fraud.

3            Witnesses.  You heard from witnesses from the

4    Internal Revenue Service.  You heard from California EDD.

5    The DMV, DHS.  You heard from Gusto.  You heard victim

6    testimony from Mark Zindroski, Jack Runyan, Alexander

7    Farrer, saying that when their names were on these

8    documents it was because their names were stolen.

9            And then there is documentary evidence.  There

10   are the bank records, the loan files, and then the

11   records from the various state and federal agencies that

12   further document the fact that the statements made in

13   these loan applications are false.

14           And I will take some time to just briefly go

15   through this.

16           Sabala Construction, this is one of the loans

17   that was taken out, the false and misleading statements.

18   They used the stolen identity Donald Sabala.  They

19   misrepresented the payroll employees.

20           And there is a false certification regarding

21   the use of funds.  We know what happened with the money

22   that went to Sabala Construction.  It went to Richard

23   Ayvazyan and Fiber One Media.

24           Anna Manukyan.  Allstate Towing and Transport.

25   This is Artur Ayvazian's company.  He misrepresented his

1    payroll of his employees.  It says in that application he

2    has 11 employees.  He told you on the stand he doesn't

3    have 11 employees.

4            False certification regarding use of funds.

5    That money went to a Harley, went to his brother.  And

6    there are fake IRS forms that were submitted in support

7    of that application that he wouldn't file taxes with his

8    wife, he said, but he let her handle these forms.  Defies

9    common sense.

10           Top Quality Contracting.  All you need to know

11   is that Mark Zindroski didn't submit this application.

12   That alone makes it fake.  They also used a fake

13   California driver's license and fake IRS forms as well.

14           Comerica Bank.  This is Tamara Dadyan's realty

15   company.  Misrepresented the payroll, number of

16   employees, and a false certification regarding the use of

17   funds.

18           We know what happened to that money.  That

19   money went to Richard Ayvazyan and Marietta Terabelian to

20   pay for their dream home.

21           The same thing with the second Secureline

22   Realty and Funding application.  This time it also

23   contains fake IRS forms.

24           Redline Auto Collision.  This was one of the

25   applications that was submitted in the name of Edward

1    Paronyan, who is one of the co-conspirators, using

2    documentation that was similar to documentation used by

3    the other co-conspirators because it all came from the

4    assembly line for fraud.

5            You know where his money went.  Government

6    Exhibit 115, the summary chart exhibit, shows you exactly

7    where it went.  And it wasn't for business expenses.

8            Same thing with the other Redline Auto

9    Collision loan.  Voyage Limo $157,500.  It says here that

10   the number of employees is 11, like a lot of other

11   applications.  But the evidence we presented shows that

12   that is not true.

13           There is a false certification regarding use

14   of funds.  We know where that money went.  Government

15   Exhibit 115.  And fake IRS forms are submitted in

16   support.

17           All of these applications are fraudulent.

18           G&A Diamonds.  This is Manuk Grigoryan's

19   father's company, Acacius(Phon.) Grigoroyan.  Except it

20   is not really a company.  It doesn't do anything anymore.

21   They misrepresented the payroll and the employees, and

22   there is a false certification regarding the use of

23   funds.  This money goes to pay for Richard Ayvazyan's and

24   Marietta Terabelian's home.  There are a couple of G&A

25   Diamond loans, and it is the same story.  The one here

1    also has fake IRS forms and misrepresents payroll

2    employees as well.

3            Timeline Transport, we already spoke about

4    that.  Iulia Zhadko, not a real person.  The application

5    is clearly fraudulent.  The company, fake.  They don't

6    have employees.  The use of funds was never for business

7    purposes.  It was for Richard and Marietta's house.

8            Mod Interiors.  This is the company that Nazar

9    Terabelian took over after he died.  It is not real.  The

10   money went to go buy diamonds and gold coins.

11           Anna Dzukaeva.  We have spoken about Anna

12   Dzukaeva repeatedly, and she is not in the country.  They

13   stole her ID and they submitted this loan.

14           Hart Construction, it is the same story.  You

15   see Hart Construction listed on the evidence.  This is

16   one of the local construction companies that they stole

17   the identities for as well.

18           And then there is Redline Auto Mechanics.

19   They used a fake identity, Anton Kudiomov.  Fake

20   California driver's license.  Fake IRS forms.  And you

21   heard from Alexander Farrer [sic], who took the stand and

22   said that he never prepared these documents, but they

23   used his name anyway.

24           Runyan Tax Service.  You heard from Jack

25   Runyan.  He did not submit this application.  He doesn't

 1   know a Victoria Kauichko.  She does not work for him.

 2   That is because she is fake.

 3          And then Turing Info Solutions.  Turing Info

 4   Solutions, we will look at this one more closely.  Turing

 5   Info Solution is Iulia Zhadko's company, except Iulia

 6   Zhadko is not real.  They used the fake driver's license,

 7   fake IRS form, and the tax preparer is Jack Runyan.

 8          So Jack Runyan gets hit twice.  They take his

 9   company name and then they sign his name to these forms

10   to say that he is responsible for them.

11        THE COURT:  Let me ask you a question.  Sorry to

12   interrupt.  How much longer do you think you will be?

13   Just an estimate.

14        MR. FENTON:  Ten minutes, 15 minutes the most.

15        THE COURT:  I think we have to take a very short

16   recess.  Five minutes.  Sorry about that.

17        MR. FENTON:  Okay.

18        (The following proceedings were held outside the

19         presence of the jury:)

20        THE COURT:  Just one thing, Mr. Ram.  You may be

21   seated, if you wish.  You did submit what you announced

22   in open court for the Court's consideration yesterday

23   your outline of your argument.  I won't get into that

24   because that was under seal and not to be discussed.

25          But there was one aspect in there, and I don't

1    know if that is your intention or not.  As I told the

2    lawyers yesterday, and in particular, Mr. Mesereau, if

3    you intend to argue reasonable doubt in any way like your

4    notes, that would be impermissible.

5        MR. RAM:  Yes.  We changed that after your update,

6    your Honor.  That has been changed.

7        (Recess from 11:06 to 11:14 a.m.)

8        (The following proceedings were held in the

9         presence of the jury:)

10       THE COURT:  You can continue your argument,

11   Mr. Fenton.

12       MR. FENTON:  Thank you, your Honor.

13           The last loan that I will talk about is Turing

14   Info Solutions.  This loan was for $384,150, submitted in

15   the name of Iulia Zhadko.  And we spoke about Iulia

16   Zhadko quite a lot.  Iulia Zhadko was a female foreign

17   exchange student whose identity was then taken, combined

18   with additional information, made into a synthetic

19   identity and turned into a male.

20           We have seen three different versions of that

21   identity used at this point.  And this is one of the

22   applications that was submitted using the synthetic Iulia

23   Zhadko name.

24           There is a fake California driver's license.

25   We've showed you examples of these. Fake IRS forms, as I

1    said earlier.  They took Jack Runyan's name, and not only

2    did she submit fraudulent PPP loan applications using his

3    name, they also used his name to create fake IRS tax

4    forms as well.

5          Now, with respect to these bank fraud and wire

6    fraud counts, they are different than the conspiracy

7    count.  The conspiracy count -- count 1 alleges a

8    conspiracy.  The individual wire and bank fraud counts

9    are substantive counts which are separate and apart from

10   the conspiracy counts as well.

11         This is what I was speaking about earlier when

12   I talked about being responsible, regardless of whether

13   you submit the actual application itself or cause it to

14   be submitted.

15         Under either circumstance, the government

16   alleges in the indictment that it would be sufficient

17   that some of these applications were caused to be

18   submitted by the defendants.  They don't actually need to

19   submit them themselves.

20         The other thing that I just want to call your

21   attention to with respect to the individual wire fraud

22   and bank fraud counts is that with respect to these there

23   is something called aiding and abetting liability, which

24   Judge Wilson has already instructed you on and which

25   applies with respect to these particular counts.

```
 1              We will now move onto counts 28 through 32.

 2              After Richard Ayvazyan was arrested, he was

 3    put on something called pretrial release.  We had

 4    testimony to that effect.  When you are on pretrial

 5    release, there are certain conditions.  One of the

 6    conditions is that you cannot commit additional crimes.

 7              While on pretrial release awaiting trial, it

 8    is alleged that Richard Ayvazyan engaged in money

 9    laundering.  The money laundering involved proceeds from

10    the PPP and EIDL loans that were deposited into the

11    Turing Info Solutions bank account.

12              This is a credit card discovered in Richard

13    Ayvazyan's luggage at the Miami International Airport

14    that shows that he had access to that account.  It was an

15    account that was within his control.

16              We also know that Richard is in charge of this

17    identity because in the text messages with his

18    co-conspirator Tamara Dadyan, he actually shares this

19    information with her.  He says, here, use this.  The

20    owner is Iulia.  And he gives the web address for Turing

21    Solutions and then also forwards along this piece of

22    paper.

23              This piece of paper contains a significant

24    amount of information relating to Turing Info Solutions

25    that could be used to do a variety of things like access
```

1    bank accounts, open bank accounts or apply for PPP or

2    EIDL loans.

3           Now, we know that the Coinbase accounts,

4    basically the money was taken and it was used to do a

5    couple of different things.  The EIDL and PPL loan comes

6    in for Turing Solutions in August 2020.  That money then

7    sits there for several months.  It sits there until about

8    December, 2020.

9           And this is after Mr. Ayvazian is arrested and

10   while he is on pretrial release.  There is one transfer

11   that goes, $47,000 to Iulia Zhadko, JP Morgan account,

12   another transfer on December 22nd that goes to the Iulia

13   Zhadko account as well.  And then that money is

14   subsequently transferred to an Ameritrade account.

15          Separate and apart from that, there is a

16   $22,000 transfer that takes place from the Turing Info

17   Solutions account to the Coinbase account.  And if we

18   look at who that Coinbase account is in the name of, it

19   is Iulia Zhadko.

20          There are two Coinbase accounts in the name of

21   Iulia Zhadko.  There is an old account that links back to

22   this driver's license, which we have seen before, and

23   there is a new account that links back to this third

24   Iulia Zhadko driver's license.  And this is the one that

25   receives the laundered criminal proceeds.

1          Now, we have spoken about the fact that

2     Richard Ayvazyan and Marietta Terabelian went to Turks

3     and Caicos in mid October.  They were arrested upon their

4     return.  And there is additional evidence further showing

5     the link between Richard's usage of the Iulia Zhadko name

6     in the form of bank records.

7          You heard special agent Clark testify about

8     these.  When Richard Ayvazyan and Marietta Terabelian

9     were preparing to travel to Turks and Caicos on

10    October 9th, Iulia Zhadko controls this bank account at

11    Radius Bank, reaches out to Radius Bank and says, I want

12    to put a travel notice on my account.

13         And the bank representative asks what dates

14    will you be traveling and where will you be traveling to.

15    And the person who was pretending to be Iulia Zhadko says

16    October 10th through October 20th, Caribbean, Turks and

17    Caicos Islands.

18         And we see what they are doing when they are

19    in Turks and Caicos Islands.  The text messages continue

20    between Richard Ayvazyan and Tamara Dadyan, and the text

21    messages are about the fraud.

22         He says:

23       "What's up, Tams?  You up?  I am three hours ahead

24         here.  Text me when you get this.  I made

25         introduction to escrow and said my attorney will

1          be handling the loan doc signing.  Can you respond

2          from his e-mail" -- the attorney e-mail -- "and

3          ask them to send you the docs?"

4               And Tamara Dadyan replies, "Good morning from

5     Olaf e-mail."  And he says "LOL."  And this is where

6     Richard Ayvazyan is at the time that he is writing these

7     text messages.  He is in Turks and Caicos on the beach in

8     the middle of a pandemic.

9               Iulia Zhadko.  I'm sorry.  He responds, "Good

10    afternoon -- afternoon, LOL."  He then sends the Anton

11    Kudiomov e-mail address, and you have heard a lot about

12    that and who controls that account.  Richard Ayvazyan is

13    the person who is e-mailing that e-mail address to Tamara

14    Dadyan.

15               And Tamara Dadyan says, "Reply to Olaf

16    e-mail."  And, "Olaf got your e-mail but nothing."

17               And as you heard from Special Agent Clark, as

18    you see from the death certificate, the lawyer that

19    Richard Ayvazyan is talking about, Olaf Landsgaard, is

20    deceased.  And he didn't die recently.  He died years

21    ago.  A year before his name was used in connection with

22    a real estate transaction to buy property in the name of

23    Anton Kudiomov, Olaf Landsgaard died.

24               There are additional text messages around this

25    time when he is in Turks and Caicos as well that continue

1    to talk about the fraud.  They are talking about Sabala

2    Construction.  "What is the Sabala Construction phone?

3    The 760, who answers it?  I called that number.  It said

4    Sabala Construction."

5          Richard Ayvazyan writes, "I don't recognize

6    that number.  We had a different one.  I think you call

7    the actual owner."

8          They know that they are stealing this

9    identity.  They know that there is an actual owner.

10   Tamara Dadyan thinks it is a joke, "LOL, I know.  I

11   called.  Some girl answered, LOL."

12         Richard Ayvazyan responds, "I got rid of

13   everything on Sabala."

14         Tamara says, "Well, I said I had the wrong

15   number, LOL.  Something with everything so we can pick up

16   the phone."

17         And Richard has a solution.  He says, "Put Top

18   Quality Contracting."  And if you recall, that company

19   belongs to Mark Zindroski, who took the stand, and has

20   belonged to him for decades.  That is not Richard

21   Ayvazyan's company.  That is Mark Zindroski's company.

22         Now, you have heard a little bit about Lamps

23   Plus, and there is the suggestion that Lamps Plus, that

24   there was a purchase at a Lamps Plus store on

25   October 14th.  And, that, therefore, it is impossible

1    that Richard Ayvazyan is Iulia Zhadko or that he is using

2    that name.

3          If you look at the actual bank records, you

4    see here that that purchase was paid for using card

5    ending 3537.  This is that card.  It is in my hand.  We

6    got it from Richard Ayvazyan.  And we got it from him

7    when he came back through Miami International Airport and

8    was arrested on October 20th.

9          This card was in his possession.  3537.  It

10   matches the number right there on the bank statement

11   because he is in control of the bank account, and he is

12   the one who made that purchase.

13         The last thing I will say on this is you

14   should really pay attention to these bank calls.  They

15   tell you quite a bit.  They tell you about state of mind

16   and they tell you about knowledge.

17         And I will end with this jail call from

18   Marietta Terabelian.  She knows that they found the card.

19   She knows the charges.  And she knows that there is

20   evidence of this crime.  And what she says is that, "You

21   need to clean the house as much as you can."  You need to

22   get rid of the evidence because they had been arrested.

23   "And you shouldn't say anything to anybody."

24         And that, members of the jury, that tells you

25   everything that you need to know about this crime and

1   this conspiracy.

2           Now, after considering all of the evidence we

3   will ask you to return the verdict that we think is

4   consistent with that evidence, which is the verdict of

5   guilty on all counts.

6           Thank you.

7       THE COURT:  Thank you.  Which of the defendants

8   wishes to argue first?

9       MR. LITTRELL:  We do, your Honor.

10          Let's see if I can make this work.

11          There we go.

12          Morning, folks.  I haven't had a great look at

13  you during the trial, especially those of you behind us.

14  I am John Littrell.  I speak for Marietta Terabelian.

15          I don't want to take up too much of your time.

16  We have taken up a lot of it already.  But I do want to

17  address the government's allegations against

18  Ms. Terabelian.  Something struck me that I feel like we

19  have to address right away.

20          Mr. Fenton says this is an assembly line of

21  fraud, and it was an interesting analogy to use because

22  an assembly line, like he said, requires a lot of

23  different people doing a lot of different things.  Each

24  person has a job and role and it is essential to the

25  fraud.

1          We didn't really see evidence of that in this

2     case.  I am not even talking about Ms. Terabelian yet.

3     We didn't see evidence of the concept of an assembly

4     line.  This is a fraud factory, and it is basically

5     located at the Weddington Street address, maybe the

6     Canoga Street apartment.  And there is just no evidence

7     of any kind that Ms. Tarabelian individually had anything

8     to do with it.

9          Now, when he described this conspiracy and

10    everyone's roles, he was looking to find a role for Mary

11    Tarabelian.  And that is what he has to do, because this

12    is a conspiracy.  And if she is not a willful participant

13    in this conspiracy, if she doesn't have an active role,

14    then she is not guilty.

15          And so the role he picked for her was the role

16    of Victoria Kauichko.  And I am going to talk a little

17    bit about who Victoria Kauichko is, but the overwhelming

18    evidence in this case shows that it is not Mary

19    Terabelian.

20          Before we get started, I want to briefly go

21    over how we make decisions in this case.  One -- and

22    these are all in the jury instructions -- each defendant

23    has to be considered individually.

24          This is a conspiracy case and the prosecution

25    is going to try to lump everybody together.  And they

```
 1    used a lot of buzz words during their opening about that,
 2    about everyone working together and doing their part, but
 3    you actually have to decide what Ms. Terabelian did, what
 4    she knew and what she intended.
 5            Two, you must presume all of the defendants to
 6    be innocent, which means that you have to be skeptical of
 7    what the prosecution says.
 8            We all want to believe that prosecutors tell
 9    the truth.  We all want to believe that their story is
10    based on the actual evidence.  I don't think that bears
11    out in this case.
12            Three, the standard that you are applying to
13    decide what are the facts and what's going to be your
14    verdict is proof beyond a reasonable doubt.
15            Now, I am going to talk a little bit about
16    what that means.  Proof beyond a reasonable doubt is
17    proof that leaves you firmly convinced.  It is a very,
18    very high standard of proof.
19            It is hard to illustrate really what it means.
20    The jury instructions talk a little bit about it.  And it
21    is also very hard for us as jurors to really think in
22    that way.  We make decisions all the time.  We rely on
23    incomplete facts all the time to make decisions about
24    what we are going to do, even really important decisions.
25            Your favorite restaurant, you go to it ten
```

1    times in a row.  Every time it is good.  It is reasonable

2    to conclude that when you go to it that 11th time, it is

3    going to be good.  You don't go back in the kitchen to

4    see if the same cook is working or if they have had their

5    certificate updated.  It is fair to assume and it is a

6    very reliable assumption that it is going to be good that

7    11th time.

8           That is not the way you can think about this

9    case.  You have to check everything.  You can't make any

10   assumptions, and you certainly can't assume that the

11   prosecutors are right.

12          And the best way to think about it is this.

13   Where there are two different conclusions that can be

14   reached based on the evidence, one that favors the

15   prosecution and the other that favors the defense, that

16   is the very definition of reasonable doubt.

17          Now, I am going to go through some of the

18   counts and the evidence in this case and talk about how

19   that --

20          THE COURT:  The definition is the one I gave.

21          MR. LITTRELL:  That is correct.

22          THE COURT:  I mean, you can argue however you want

23   about the facts and it not amounting to reasonable doubt

24   or whatever or convert the meaning that it does amount to

25   reasonable doubt, but the instruction is the one I gave.

```
 1              That is the instruction you are to follow.
 2   And you can massage and use the evidence -- both sides
 3   can -- in any way you want to show that the evidence in
 4   your view doesn't support that burden.
 5        MR. LITTRELL:  Very well.  And I guess the most
 6   straightforward way of saying it is reasonable doubt is a
 7   doubt that is reasonable.  That there is an explanation
 8   of the facts that is different from the prosecution's and
 9   it is reasonable, that is reasonable doubt.
10              So here is the verdict form.  You are going to
11   get a verdict form that is much more detailed, but this
12   is sort of a work sheet for us to use.
13              Interestingly, Ms. Terabelian is charged in
14   nearly every count.  Even though there is not really
15   evidence that she did anything in this case, she is
16   charged on all the counts.  And that is sort of how
17   conspiracies work, or at least that is how they are
18   charged.
19              I am going to go through these
20   chronologically, essentially from left to right.  Before
21   we get there, bank fraud just to sort of go over the
22   broad strokes of it, bank fraud is submitting a fake
23   application to a bank.  You know, an application that has
24   got false information or false names but it is not
25   submitted for the purpose it is intended for.
```

1    So when we get to a bank card, you have to

2    submit false information to a bank.  Bank fraud applies

3    to people who apply for loans.

4    Wire fraud is essentially receiving money from

5    banks in response to those false applications for a loan.

6    THE COURT:  Mr. Littrell, I am just informed from

7    the court reporter that you have to just slow down a bit.

8    MR. LITTRELL:  I am so sorry.

9    THE COURT:  Please continue.  You don't have to

10   move any more quickly than you want to.

11   MR. LITTRELL:  Thank you, your Honor.

12   So that is wire fraud.  Receiving money from a

13   bank.

14   Aggravated identity theft, as I am going to

15   talk about in a moment, that is using or possessing the

16   identity of a real person in connection with a wire fraud

17   count.  And what we are going to get to is that

18   Ms. Terabelian didn't commit any wire fraud counts, and

19   so she is not going to be guilty of aggravated identity

20   theft.

21   The government's case here is really based on

22   the notion of conspiracy.  And the instructions you got I

23   think honestly are very confusing.  They were read out

24   loud.  You will have a copy of it.  And I will get to

25   this later too.

1            They do not mean that someone who knows that a

2    conspiracy is happening or does something that

3    inadvertently aids the conspiracy is guilty.  Conspiracy

4    can sound like you can assume people are guilty, but that

5    is not what it means.  That is not how it works.

6            We will get to that in a minute.

7            Let's start with bank fraud.  There is no

8    doubt about who is responsible for submitting the fake

9    applications to the banks.  I agree with the government

10   on this point.  Pretty much the whole story is in

11   government's Exhibit 10, and that is the text exchange

12   between Rich New and Tammy.

13           Basically what that text chain is is a

14   play-by-play analysis of who is doing what when and it is

15   a guide to just about everything in the case.

16           What you won't see anywhere is any reference

17   to Mary Terabelian.  In fact, what you see is two spouses

18   committing fraud and keeping their significant others out

19   of it.  So I just encourage you to read this carefully.

20           So she is not guilty of bank fraud because she

21   didn't submit any applications to a bank.  It is just as

22   simple as that.

23           Now, what about wire fraud.  Wire fraud, the

24   way you can figure out who is responsible for wire fraud

25   is to look at the actual bank accounts that received the

1   money.  In this case, I put up a couple of exhibits, one

2   from Runyan Tax, one from Iulia Zhadko individually, and

3   the other are checks from a bank account associated with

4   Nazar Terabelian.

5          And here is what I am seeing.  These are the

6   signatures associated with those accounts.  So one thing

7   that I think you can reasonably infer is that Victoria

8   Kauichko, Iulia Zhadko and Nazar Terabelian for this

9   purpose are probably the same person, but in any case it

10  is not Mary Terabelian.

11         So that is why you have to find her not guilty

12  of all of the wire fraud counts.

13         Now, I left one blank.  And that is because

14  there was one wire that went to Mary Terabelian's bank

15  account.  If you remember, Ms. Robinson testified about

16  the flow of funds.  And one of the things that you saw

17  and was pointed out to you is that Mary Terabelian,

18  although she is right here in the middle of the chart, is

19  different from almost everybody else.

20         It is a personal bank account signed by her,

21  no corporate entity associated with that bank account.

22  It is her personal bank account.

23         Now, the government says that Mary Terabelian

24  committed wire fraud when a wire came into her account on

25  June 17 of 2020.  They have introduced no evidence at all

```
1    that she asked for that wire, that she knew that wire got
2    there.  No evidence at all.
3            And the reason I wanted to point this out is
4    that this essentially is the government's money
5    laundering case against Ms. Terabelian.  It is
6    essentially the only evidence.  And it also relies on a
7    wire going from Ms. Terabelian's bank account to the
8    purchase of this home.
9            And we will get to that in a minute.
10           That is it.
11           So when the witness was testifying and said
12   let's take a look at this bank account that is so
13   important -- again, that is Mary Terabelian's signature.
14   It was opened in 2018.
15           Now, you will have a chance to look at this
16   when you deliberate.  It is government's Exhibit 89.  But
17   what you will see is this is the bank account of a
18   stay-at-home mom.  The purchases that are being made from
19   this bank account are Postmates, Uber, Restoration
20   Hardware, things that you buy if you are a stay-at-home
21   mom which is Ms. Terabelian is.
22           Now, the government says, but wait a minute.
23   On June 19th, a wire went into this bank account.  And
24   also, the total of those wires if you can see sum up to
25   $577,000.  That is a balance that is starkly in contrast
```

1    with what you see in this account otherwise.

2            Then, a couple of days later, a wire goes

3    right back out of that account.  Oh, look at that.  Goes

4    right back out of that account for $565,000.  Essentially

5    the money goes in, the money goes out.

6            Now, for Ms. Terabelian to be guilty of wire

7    fraud based on this wire that hit her account for three

8    days, she has to have known and willfully directed that

9    wire into the account and known and willfully directed

10   that wire out of the account.

11           There is just no evidence that she did that.

12           Now, we have missed -- now I am going to screw

13   this up.

14           Now, we have no obligation to produce evidence

15   or produce a defense at all.  We don't have to explain

16   anything.  But, you know, and keep in mind this proof

17   beyond a reasonable doubt.  And the government hasn't

18   even come close for this bank statement.

19           But think about the context.  This witness

20   admitted the way you control this bank account is with a

21   user name and a password.  It is available online.

22           And she corrected herself.  When the

23   government asked her who controls this bank account, I

24   objected.  There was no foundation for that.  The signer

25   does not control the bank account.  The person who

1  controls the bank account is the person with the user

2  name and password.  And there is no evidence that that

3  was Mary Terabelian in this case.

4          And keep in mind, this is a case where Richard

5  Ayvazyan has been accused of controlling other people's

6  bank accounts, moving money through other people's bank

7  accounts.

8          Now, if you had to pick somebody who was more

9  likely to be the person that initiated these wires and

10  you had to choose between Mary Terabelian and Richard

11  Ayvazyan, I think the choice would be clear.

12          So she is not guilty of any of the wire fraud

13  counts.

14          Now, this is interesting.  Aggravated identity

15  theft is an account that relates to a wire that went into

16  the Mod Interiors bank account.  Mod interiors is the

17  company associated with Nazar Terabelian.  That is Mary's

18  father.

19          Now, I was waiting for the government to show

20  us some evidence that Mary Terabelian had anything to do

21  with that.  And they just had their chance and they just

22  presented it to you.  And if you recall what he

23  presented, they presented a bunch of notes on Richard

24  Ayvazyan's phone with log-in information and all kinds of

25  stuff about Nazar Terabelian.

1          If you look in the exhibits, you will also see

2    Nazar Terabelian credit cards and other information in

3    Richard Ayvazyan's possession.  There is just nothing

4    like that in Mary Terabelian's possession.

5          So there is two alternatives for you to

6    consider.  One, that five days after her father's death

7    and after she is grieving, she decides that she is going

8    to get into the PPP loan fraud business for the very

9    first time.  That is a good time for her to get started.

10         Then she actually creates a bank account which

11   she then controls and commits wire fraud using her

12   father's stolen identity.  That is the government's

13   theory.

14         The other is that it is her husband.  The

15   person who had Nazar Terabelian's log-in information and

16   other notes in his phone, the person that has had his

17   credit cards, if you had to choose between either of

18   those alternatives, the choice would also be clear.

19         But again, the government didn't even argue

20   that she was responsible for it.  So there is just

21   nothing for you to consider.

22         Now, they may come back and say, oh, well,

23   what we really meant to say is Mary Terabelian aided and

24   abetted her husband.  And aiding and abetting is an

25   instruction that you are going to get.

```
 1                But aiding and abetting doesn't just mean
 2     married to somebody.  It means you actually have to help
 3     a person do that.  And I don't think Richard Ayvazyan
 4     needs any help committing bank fraud and wire fraud.
 5                You know, look, there is just no evidence that
 6     she is responsible.  But one thing I wanted to put up is
 7     a bank account in Nazar Terabelian's name, and the signer
 8     in this case is Rich Ayvazyan.
 9                So if the government is correct that the
10     signer of a bank account controls it, again, Richard
11     Ayvazyan is the prime suspect.
12                And so you don't -- we haven't really gotten
13     into reasonable doubt that much because the choices have
14     been relatively clear.  You cannot convict somebody based
15     on a complete lack of evidence.  And that is what we have
16     in this case.
17                And so the government's case, as it said in
18     the outset, really turns on conspiracy.
19                Now, this might take up a lot of your time
20     when you deliberate, reading those instructions, trying
21     to understand them, but here are the key things that you
22     can consider.  I am hoping that we will make it somewhat
23     easier for you.
24                No matter what else those instructions say, to
25     be guilty of conspiracy you have to willfully participate
```

1    in a plan with the intent to advance the purpose of the

2    conspiracy.   In this case the purpose of the conspiracy

3    is stealing PPP loan funds, stealing EIDL loan funds.

4              Now, if there is no evidence that Mary

5    Terabelian participated in any other way, then there is

6    no evidence that she is willfully participating in that

7    scheme.

8              You are also going to get an instruction that

9    if you think she is participating in some other scheme or

10   that she is guilty of something else, that does not allow

11   you to find her guilty of this conspiracy.   And this

12   conspiracy is about PPP and EIDL loan funds.

13             The other is somebody who knows that a

14   conspiracy is happening -- or I'm sorry, who does not

15   know, but happens to act in a way that furthers that

16   conspiracy, is not guilty.

17             For example, if you don't know the money is

18   going through your bank account -- well, actually that

19   kind of assumes that she at least sent a wire, but in

20   this case there is just no evidence she did that either.

21   But had she done that, she still wouldn't be guilty if

22   she didn't know of the conspiracy.

23             I think the one that really sticks out and I

24   think is most important here is the last.   A person does

25   not become a conspirator merely by associating with one

1    or more persons who are conspirators, nor merely by

2    knowing that a conspiracy exists.

3            And I think that if you take the government's

4    presentation and its evidence in the light most favorable

5    to them, you indulge presumptions for them, which again,

6    you can not do.  At most it would show that -- the

7    government could at least argue that at some point she

8    knew.

9            The government could never argue and there is

10   no evidence to support the idea that she participated in

11   this conspiracy.

12           So here is what the case comes down to for

13   conspiracy.  Three things.

14           This card found in Ms. Terabelian's carry-on

15   luggage in its own compartment.

16           Two, the jail call, which the government has

17   made sort of the core of its case.

18           And, three, a piece of paper found in her

19   phone.

20           Now, let's get to the bottom of it, because I

21   was prepared to -- you know, basically what the

22   government has done is they have said the reason

23   Ms. Terabelian is guilty is because she is Victoria

24   Kauichko.  And that is just -- that is a concept that

25   they can't possibly prove.

 1          As I have said, the signatures of Victoria

 2   Kauichko and Iulia Zhadko were remarkably similar.  So

 3   one thing you can infer about who is Victoria Kauichko is

 4   that they may very well be the same person.  And if they

 5   are the same person, it is not Mary Terabelian.

 6          Now, Victoria Kauichko's checks with her

 7   distinctive signature are found at the -- I believe that

 8   is from Canoga -- from the Weddington house.  Then these

 9   are notes with Fiber One Media found at the Canoga

10   apartment.

11          Mary Terabelian didn't live at the Canoga

12   apartment.  The Weddington Street address is the address

13   associated with Art and Tamara.

14          Now, the government says, well, guess what.

15   She must be Victoria Kauichko because this credit card

16   that we are going to talk about in a minute, that this

17   debit was found in her luggage in October 2020.

18          But here is the problem.  The same credit card

19   was found in Richard Ayvazyan's phone along with lots of

20   other credit cards associated with Victoria Kauichko,

21   along with tons of other evidence, including the evidence

22   in the text messages between him and Tammy Dadyan.

23          So the idea that Mary Terabelian is Victoria

24   Kauichko is not only false, it is improbable.  It is

25   impossible basically.  And you can hold it against the

1   government that they are asking you to believe that she

2   is Victoria Kauichko.

3          If they are asking you to believe that Mary

4   Terabelian is Victoria Kauichko, you have every reason to

5   doubt everything else that they say.

6          Now, one thing we do know about Victoria

7   Kauichko, and this is sort of at the core of the

8   government's argument.  Victoria Kauichko does make

9   purchases, and a lot of the time those purchases benefit

10  Mary Terabelian.

11         What do we make of that?  I think that

12  Victoria Kauichko cares very much about Mary Terabelian.

13  I think that Victoria Kauichko may love her family too.

14  You will see that purchases are -- you know, again, these

15  are purchases by Victoria Kauichko that certainly benefit

16  Richard Ayvazyan, and not Mary Terabelian.

17         The one on the right is the text messages

18  between Richard Ayvazyan and the person at Gentleman

19  Timepieces.  And he says, and the government emphasizes,

20  I want you to ship these watches to my wife, and my wife

21  is Victoria Kauichko.

22         And now for the first time in a fraud cause

23  where they are alleging that Mr. Ayvazian is submitting

24  false information, now they are saying, no, this time he

25  is right.  This time he really means Victoria Kauichko is

1   his wife, and this is evidence that that means it must be

2   Mary Terabelian.

3           That is just nonsense.  It is nonsense.  And

4   you have every right to judge them for even asking you to

5   believe that.

6           Again, Victoria Kauichko pays for Nazar

7   Terabelian's funeral.  I'm sorry.  This is Iulia Zhadko

8   buys a house and next thing you know Mary Terabelian's

9   mom is either living there or at least paying the

10  utilities.

11          What this says about Victoria Kauichko is this

12  Victoria Kauichko loves Mary Terabelian, wants to protect

13  her.  And that is consistent with the other evidence that

14  we have seen.

15          You have heard Artur Ayvazian testify that his

16  big brother had always looked out for him and supported

17  him financially.  And the same is true for Rich Ayvazyan

18  and Mary Terabelian.

19          That does not make her guilty of conspiracy

20  because he is doing it by committing fraud.

21          Now, let's get to this debit card.  Now,

22  again, the core of the government's case, one of three

23  pieces of evidence that directly ties in Mary Terabelian.

24  And rather than actually tell you what happened, I am

25  going to show you the video.

1            I am going to see if I can do it without

2    screwing it up completely.

3            So this is Mary Terabelian.  You are going to

4    see here, this card is pulled out.  She points to the

5    door.  She nods her head.  He confronts her again with

6    the card.  Again she points to the door.  Who is outside

7    that door?  Richard Ayvazyan.

8            Now, she is not panicking.  She is not

9    freaking out.  She is just making a very straightforward

10   statement to that officer, this is not my card.  Now,

11   that is the moment where the government had an obligation

12   to find out whether she was telling the truth.

13           And she had an opportunity to do that.  And

14   the way they would do that is fingerprint the card,

15   investigate it.  There is just no evidence they did any

16   of that.

17           So they have lost the right, for many reasons,

18   to tell you that her possession of this card in its own

19   compartment in her carry-on luggage, to which both Mary

20   Terabelian and Richard Ayvazyan had access, the

21   government has lost the right to be able to argue that

22   that means that she is Victoria Kauichko.

23           And make no mistake, that is what they are

24   saying.  They are saying because she had this card on

25   October 19th, 2020, two months after this so-called

1    conspiracy ended, that that means that she must be

2    Victoria Kauichko.  She must know what Victoria Kauichko

3    knows.  That means that she submitted the loans, that

4    Victoria Kauichko's name is on it.  That is just

5    nonsense.

6         Now, we get to the jail calls.  And you heard

7    that you cannot -- you know, as we learned, Mary

8    Terabelian went to jail because of that credit card.  So

9    she is confronted with this credit card.  She denies that

10   it is hers, and the next thing you know she is in jail.

11        And she makes a call and she says a couple of

12   things that are absolutely true.  We were caught.  You

13   know, the interpreters took care to note when she said

14   "caught," it is capable of multiple meanings.  It could

15   mean apprehended, arrested, detained.  And he was careful

16   to do that because he didn't want to give a misleading

17   impression of what she meant.

18        They found a card, that is true.  She knows

19   she is in jail because they found a credit card in

20   somebody's name that doesn't belong to here.

21        You know the charges.  Now, the government

22   says, ah, this is it.  You know the charges.  That means

23   that she is signaling you know the charges because you

24   know that I am a criminal and you know what I have done

25   and I must be guilty.

```
 1              Again, nonsense.  She is in jail.  She knows
 2   the charges.  Of course she has been given opportunities
 3   to make other calls and tell the family.  So if she is
 4   informed of the charges and she tells her family what
 5   they are, then of course she says "you know the charges."
 6   She is asking for help.  So it it doesn't tell us
 7   anything.
 8              "Please take care of the kids.  Maybe you can
 9   take them to mom's and they can stay over there until we
10   figure out what is going on."
11              "Clean the house."  Clean the house is the
12   most difficult piece of evidence for us to confront in
13   this case.  It makes her look guilty.
14              And I know why the government focused on it.
15   I know why they are building their case around it.  It is
16   the biggest problem we have.
17              Now, you heard me cross-examine that
18   interpreter.  And I tried to elicit some evidence that
19   really clean the house could have multiple different
20   meanings.  I tried to speak Armenian.  We all saw how
21   that went.
22              But at the end of the day it is reasonable for
23   you to conclude that this means exactly what the
24   government says it means.
25              In October 20th of 2020, two months after the
```

1    conspiracy is over and after she is caught with the

2    credit card in somebody else's name and she finds herself

3    in jail and she is separated from her kids and she

4    worries about them, she panics.

5            Maybe she is worried that they will find some

6    other evidence of stolen credit cards in her house.  That

7    is a reasonable conclusion.

8            But here is the problem.  It doesn't tell you

9    what she knew about this actual conspiracy.  It shows

10   that she is responding to the fact that a credit card was

11   found in her luggage and she is panicked.

12           Now, just as Richard Ayvazyan protects her, it

13   is also reasonable to infer that she may be trying to

14   protect him in that moment.  That doesn't make her guilty

15   of the conspiracy that is charged to her.  That makes her

16   guilty of very bad judgment.  That is not a reason to

17   convict her in this case.

18           Now, this is an instruction you are going to

19   get.  You are here only to determine whether defendants

20   are guilty or not guilty of the charges in the

21   indictment.

22           The defendants are not on trial for any

23   conduct or offense that is not charged in the indictment.

24   What that means is that if you think that she panicked

25   and she actually tried to get somebody to hide evidence

1    in this case, that does not make her guilty of this

2    conspiracy.  That makes her guilty of being a panicked,

3    concerned mom.

4              Now, here is the last one.  What I view as a

5    desperate attempt to find some evidence to prove that

6    Mary Terabelian is Victoria Kauichko, which remember, is

7    the government's theory.  They seize her phone.

8              Now, they seize Richard Ayvazyan's phone, and

9    they find all kinds of stuff on there.  On Mary

10   Terabelian's phone, we see from this image there are

11   44,000 images.  There are tons of text messages, tons of

12   passwords.  There is a vast trove of evidence on this

13   phone.  And they are looking for something to pin Mary

14   Terabelian to this conspiracy.

15             What they find is one image that was taken on

16   October 28th, 2018, two-and-a-half years before this

17   conspiracy began.

18             Now, the government says these are all fake

19   companies, but they have not established that this was a

20   fake company in 2018.  But most importantly, they haven't

21   established how that image got on Mary Terabelian's

22   phone, whether she ever saw it, who put it there and what

23   it means.

24             You cannot convict her based on an image that

25   was taken on 2018 on a different phone and finding its

1   way into the thousands of images on her current phone.

2          We heard evidence that images are stored

3   chronologically.  Images from two and a half years ago,

4   you would have to scroll through images for days just to

5   even find it if you knew what you were looking for.

6          So that just isn't enough to convict her.  But

7   think about this, and think about the caliber and quality

8   of the evidence they have presented against Mary

9   Terabelian, what it means, what they are asking you to

10  infer from it.

11         They are asking you to infer that she is a

12  willful, active participant in this conspiracy because of

13  these three pieces of evidence.

14         And it is just not enough.

15         It comes down to this card, which was never

16  fingerprinted, and in a single compartment in her

17  carry-on luggage, a jail call that happened two months

18  after the conspiracy was over, and an image on her phone

19  that was taken two-and-a-half years before.

20         It is just not enough.

21         Mary Terabelian is here because she is married

22  to Richard Ayvazyan.  And I get it.  The government gave

23  a long introduction to its closing about how egregious

24  this case is.

25         These are loans that were meant for small

1    businesses in the middle of a pandemic.  There was a big

2    conspiracy.  There was a lot of people involved.

3            I understand the government's urge to make

4    this case as big as it can be and involve as many people

5    as they can, but that doesn't make Mary Terabelian

6    guilty.

7            So I would ask you to please carefully follow

8    your instructions and talk to each other, remembering the

9    burden of proof beyond a reasonable doubt, what that

10   means is that if you have a reasonable doubt, it might be

11   different from somebody else's.  The whole purpose of

12   deliberating is to talk it through.

13           Some of you may think a piece of evidence

14   means something different from somebody else.  Talk about

15   it.  And the instructions say and you should take

16   seriously that if it causes to you change your

17   perspective, you should do it.

18           But one thing I have noticed is that if jurors

19   are deliberating and they see things in a different way,

20   in a sense that is reasonable doubt right there, the fact

21   that somebody sees something differently from the way you

22   see it.  That itself can be reasonable doubt.

23           Now, you also will get an instruction that

24   Mary Terabelian didn't testify, didn't have to testify,

25   and that you can't hold that against her.  That is a very

1    difficult instruction to follow.

2         It is natural for us to assume that a

3    defendant who is innocent would get up and tell you,

4    would testify.  That is natural.  But in a case like

5    this, with evidence like this, why would a defendant take

6    the stand?

7         It is a dangerous place to be.  The

8    prosecutors can cross-examine the defendant.  Then you

9    look at that defendant and you decide you don't like the

10   way she looks.  You don't like what she is wearing.  It

11   places her at tremendous risk.

12        And I say this only to say you cannot hold

13   against her the fact that she did not testify.  You

14   cannot draw any assumptions from it.

15        And I am particularly concerned about this in

16   this case because one defendant did testify.  She is here

17   because she is married to Richard Ayvazyan, and really no

18   other reason.

19        So I respectfully ask you to find her not

20   guilty of all counts.

21        THE COURT:  Okay.  I think it is almost -- what

22   time is that?

23        Is it five to 12:00 -- did I read that right?

24        I think it is probably best to take the lunch

25   break and then we will come back at 1 o'clock and we will

1    hear from the counsel for the other defendants.  Then the

2    government has a chance to make a rebuttal.

3              So, again, don't talk about the case to each

4    other, and we will see you back promptly at 1:00 o'clock.

5         (Luncheon recess from 11:56 a.m. to 1:00 p.m.)

1                              CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  June 25, 2021

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. FENTON: **[4]**   34/8 78/13
78/16 79/11
MR. JOHNSON: **[2]**   8/13 8/22
MR. LITTRELL: **[8]**   8/2 8/5
9/1 87/8 90/20 91/4 92/7
92/10
MR. MESEREAU: **[3]**   10/9
10/18 10/22
MR. PAETTY: **[3]**   5/15 5/21
5/25
MR. RAM: **[7]**   8/24 9/2 9/6
9/8 9/24 10/1 79/4
MS. AHN: **[8]**   6/5 6/7 6/20
7/6 7/9 7/12 7/15 9/14
THE CLERK: **[1]**   6/3
THE COURT: **[34]**   5/7 5/19
5/23 6/1 6/6 6/18 7/5 7/8
7/10 7/13 8/1 8/4 8/12 8/20
8/23 9/5 9/7 9/22 9/25 10/3
10/6 10/10 10/19 11/1 78/10
78/14 78/19 79/9 87/6 90/19
90/21 92/5 92/8 112/20

## $

$10,000 **[2]**   30/2 42/22
$157,500 **[2]**   64/20 76/9
$22,000 **[1]**   82/16
$25,000 **[1]**   67/18
$3.25 **[1]**   72/6
$3.25 million **[1]**   72/6
$30,000 **[1]**   64/3
$384,150 **[1]**   79/14
$47,000 **[1]**   82/11
$50,000 **[1]**   38/15
$565,000 **[1]**   96/4
$577,000 **[1]**   95/25
$73,500 **[1]**   59/25

## '

'knowing **[1]**   6/23

## —

-and **[2]**   2/5 2/8

## /

/s **[1]**   114/12

## 1

10 **[5]**   23/8 41/25 41/25 45/3
93/11
10,000 **[2]**   42/25 42/25
10036 **[1]**   2/18
10100 **[1]**   3/15
1028 **[1]**   31/24
1099s **[2]**   63/20 63/21
10th **[1]**   83/16
11 **[4]**   32/25 75/2 75/3 76/10
1114 **[1]**   2/17
115 **[4]**   54/8 71/7 76/6 76/15
116 **[3]**   43/14 50/9 62/9
117 **[1]**   7/17
118 **[1]**   7/17
119 **[1]**   7/17
11:06 **[1]**   79/7
11:14 **[1]**   79/7
11:56 **[1]**   113/5
11th **[2]**   90/2 90/7
12 **[7]**   22/24 23/8 25/24 26/2
33/2 42/15 51/20
120 **[1]**   7/17
12:00 **[1]**   112/23
13 **[3]**   24/18 26/1 26/2
130 **[1]**   64/2
1330 **[1]**   2/23
1343 **[5]**   19/7 22/25 23/11
28/19 30/6
1344 **[5]**   19/8 24/20 25/5

28/20 30/6
1347 **[2]**   19/10 19/14
14 **[1]**   32/23
1400 **[1]**   2/10
14th **[1]**   85/25
15 **[1]**   78/14
157,000 **[1]**   60/2
17 **[1]**   94/25
17450 **[2]**   55/24 60/11
18 **[17]**   6/15 19/7 19/9 23/11
24/20 25/6 27/11 27/21 27/25
28/11 28/17 28/19 28/20
29/19 30/5 31/25 69/18
1900 **[1]**   2/15
1935 **[1]**   3/12
1956 **[7]**   6/10 6/16 27/11
27/21 28/11 30/15 30/19
1957 **[2]**   27/24 29/19
19th **[2]**   95/23 105/25
1:00 **[1]**   113/5
1:00 o'clock **[1]**   113/4
1st **[1]**   1/22

## 2

20 **[3]**   24/19 26/1 26/2
20-579 **[1]**   1/8
2000 **[1]**   52/21
20036 **[1]**   2/23
2018 **[4]**   95/14 109/16 109/20
109/25
2019 **[2]**   64/1 64/2
2020 **[13]**   19/14 19/14 27/17
27/18 49/22 64/2 69/18 82/6
82/8 94/25 102/17 105/25
107/25
2021 **[3]**   1/17 5/1 114/10
20530 **[1]**   2/10
20th **[3]**   83/16 86/8 107/25
21 **[5]**   28/9 31/23 32/12
32/22 68/13
216 **[1]**   3/13
21st **[1]**   53/18
22 **[7]**   28/9 31/23 32/2 32/13
32/24 33/1 69/7
22nd **[1]**   82/12
24 **[8]**   1/17 5/1 23/3 32/4
46/23 47/2 61/5 70/3
25 **[5]**   24/17 67/5 67/12
67/12 114/10
26 **[4]**   23/3 29/9 71/4 71/4
27 **[3]**   30/13 30/22 31/1
28 **[11]**   6/9 18/9 27/22 30/14
30/18 30/21 30/25 31/3 31/15
81/1 114/4
28th **[1]**   109/16
29 **[2]**   28/1 31/3

## 3

3.25 million-dollar **[4]**
37/16 54/18 58/16 64/13
30 **[4]**   30/19 30/20 59/8
69/25
300 **[1]**   3/16
312 **[1]**   2/6
32 **[6]**   18/9 30/15 30/22 31/2
31/15 81/1
34 **[1]**   4/10
35 **[4]**   6/9 9/8 9/8 9/17
35 percent **[3]**   59/4 59/4
59/5
350 **[2]**   1/22 3/5
3537 **[2]**   86/5 86/9
37 **[2]**   9/10 9/18
38,750 **[1]**   59/13
3900 **[1]**   2/20

## 4

409 **[1]**   3/20

41 **[1]**   45/4
4311 **[1]**   1/22
44,000 **[1]**   109/11

## 5

50 **[1]**   5/10
50A/B **[1]**   46/10
50B **[2]**   5/17 5/18
50D/E **[1]**   46/10
50E **[2]**   5/17 5/18
5141 **[4]**   47/16 48/1 52/22
53/22
579 **[1]**   1/8
57A **[1]**   45/21
58,125 **[1]**   59/14
5th **[3]**   2/14 3/8 52/4

## 6

60 **[4]**   38/1 38/5 69/25 70/1
601 **[1]**   3/8
6150 **[2]**   52/25 69/5
633 **[1]**   2/14
651 **[1]**   3/21

## 7

720 **[1]**   3/8
73,500 **[1]**   59/13
753 **[1]**   114/4
760 **[1]**   85/3

## 8

87 **[1]**   4/11
89 **[1]**   95/16

## 9

90012 **[2]**   1/23 2/7
90067 **[1]**   3/16
90071 **[2]**   2/15 3/9
90277 **[1]**   3/21
903 **[1]**   3/5
91208 **[1]**   3/13
92673 **[1]**   3/6
940s **[3]**   51/3 62/10 65/2
94105 **[1]**   2/21
941s **[1]**   51/4
95,000 **[1]**   58/21
9858 **[2]**   1/21 114/12
9:00 **[1]**   5/2
9:00 o'clock **[1]**   6/4
9:05 **[1]**   10/24
9:18 **[1]**   10/24
9th **[1]**   83/10

## A

a.m **[6]**   1/16 5/2 10/24 10/24
79/7 113/5
A1 **[2]**   6/16 6/16
abet **[1]**   26/7
abetted **[3]**   26/6 27/8 98/24
abetting **[6]**   8/15 25/25
26/10 80/23 98/24 99/1
ability **[1]**   15/10
able **[2]**   41/23 105/21
about **[89]**
above **[1]**   114/7
above-entitled **[1]**   114/7
absolutely **[1]**   106/12
Acacius **[1]**   76/19
accept **[1]**   16/12
access **[3]**   81/14 81/25
105/20
accidentally **[1]**   34/1
accomplish **[2]**   19/19 28/5
according **[1]**   54/24
account **[52]**   15/9 44/5 54/10
54/13 54/14 65/6 65/9 65/9
66/10 66/11 81/11 81/14

**A**

**account... [40]**   81/15 82/11
82/13 82/14 82/17 82/17
82/18 82/21 82/23 83/10
83/12 84/12 86/11 94/3 94/15
94/20 94/21 94/22 94/24 95/7
95/12 95/17 95/19 95/23 96/1
96/3 96/4 96/7 96/9 96/10
96/20 96/23 96/25 97/1 97/15
97/16 98/10 99/7 99/10
100/18

**accounts [13]**   35/6 37/11
69/16 72/2 72/14 82/1 82/1
82/3 82/20 93/25 94/6 97/6
97/7

**accused [1]**   97/5

**act [9]**   18/5 18/8 20/19 26/6
31/16 40/5 40/6 61/3 100/15

**acted [6]**   20/4 23/22 25/19
26/17 26/19 27/1

**actions [1]**   22/2

**active [2]**   88/13 110/12

**actively [1]**   27/4

**activities [1]**   29/5

**activity [10]**   6/18 6/19 6/25
7/3 9/12 27/24 28/23 29/8
29/11 29/18

**acts [2]**   26/6 27/3

**actual [8]**   70/24 80/13 85/7
85/9 86/3 89/10 93/25 108/9

**actually [16]**   24/15 27/7
40/11 41/5 48/5 60/5 61/17
67/4 80/18 81/18 89/3 98/10
99/2 100/18 104/24 108/25

**addition [4]**   12/12 14/4
58/15 70/13

**additional [7]**   66/22 71/19
74/1 79/18 81/6 83/4 84/24

**address [22]**   47/14 47/14
47/15 47/22 48/1 48/1 53/6
60/8 60/10 60/11 60/18 60/19
64/24 71/1 81/20 84/11 84/13
87/17 87/19 88/5 102/12
102/12

**addresses [2]**   53/10 69/16

**admitted [4]**   17/18 19/1
38/10 96/20

**advance [4]**   20/13 27/5 42/23
100/1

**advised [1]**   34/1

**affect [1]**   29/5

**affecting [1]**   30/10

**after [17]**   12/24 13/3 33/19
37/11 69/11 69/21 77/9 79/5
81/2 82/9 87/2 98/6 98/7
105/25 107/25 108/1 110/18

**afternoon [2]**   84/10 84/10

**again [27]**   6/13 29/14 33/4
38/6 41/15 43/15 45/14 49/5
50/7 50/10 51/11 57/10 60/13
62/8 65/2 71/17 95/13 98/19
99/10 101/5 103/14 104/6
104/22 105/5 105/6 107/1
113/3

**against [11]**   17/3 17/6 34/13
43/9 62/18 87/17 95/5 102/25
110/8 111/25 112/13

**agencies [1]**   74/11

**agent [4]**   7/23 56/1 83/7
84/17

**aggravated [8]**   31/23 32/6
48/11 68/11 69/7 92/14 92/19
97/14

**ago [2]**   84/21 110/3

**agree [5]**   7/21 7/24 8/2
11/11 93/9

**agreed [7]**   13/10 17/13 19/24
20/2 20/9 21/10 28/2

**agreeing [2]**   20/8 28/1

**agreement [6]**   19/3 19/19
19/23 20/1 27/18 36/18

**ah [1]**   106/22

**ahead [1]**   83/23

**AHN [1]**   2/5

**aid [1]**   26/7

**aided [4]**   26/6 26/14 27/8
98/23

**aiding [6]**   8/15 25/25 26/10
80/23 98/24 99/1

**aids [1]**   93/3

**airport [8]**   46/4 46/9 48/21
51/25 52/3 57/23 81/13 86/7

**al [1]**   1/9

**Alexander [2]**   74/6 77/21

**all [74]**

**allegations [1]**   87/17

**alleged [5]**   18/17 18/22 32/6
56/12 81/8

**allegedly [1]**   56/13

**alleges [2]**   80/7 80/16

**alleging [1]**   103/23

**allow [6]**   10/9 10/11 11/17
41/9 41/10 100/10

**allowed [1]**   40/21

**allows [2]**   67/11 67/12

**Allstate [2]**   65/1 74/24

**almost [2]**   94/19 112/21

**alone [2]**   68/20 75/12

**along [6]**   8/8 56/18 68/19
81/21 102/19 102/21

**Alpha [1]**   3/12

**already [5]**   8/1 44/5 77/3
80/24 87/16

**also [55]**   8/6 8/14 11/9
11/17 16/2 22/5 24/4 26/4
31/18 35/9 38/12 39/7 40/23
41/7 41/10 41/18 42/6 44/1
45/6 46/1 47/22 49/14 52/17
52/24 53/11 53/21 54/1 54/6
56/14 56/19 57/7 61/6 62/2
63/24 71/6 72/18 72/20 72/22
73/7 73/10 73/11 75/12 75/22
77/1 80/3 81/16 81/21 89/21
95/6 95/24 98/1 98/18 100/8
108/13 111/23

**alternatives [2]**   98/5 98/18

**although [4]**   13/17 17/21
18/19 94/18

**always [1]**   104/16

**am [24]**   10/8 23/1 25/24
30/16 31/5 34/1 59/24 83/23
87/14 88/2 88/16 89/15 90/17
91/19 92/6 92/8 92/14 94/5
96/12 99/22 104/24 105/1
106/24 112/15

**Amanecer [1]**   3/5

**amendment [1]**   8/10

**America [3]**   1/6 2/3 44/15

**Americas [1]**   2/17

**Ameritrade [1]**   82/14

**amongst [3]**   51/6 66/16 66/17

**amount [2]**   81/24 90/24

**amounting [1]**   90/23

**analogy [1]**   87/21

**analysis [1]**   93/14

**ancestry [1]**   11/15

**anchor [1]**   10/22

**ANGELES [7]**   1/14 1/23 2/7
2/15 3/9 3/16 5/1

**Anna [18]**   32/16 50/2 56/11
56/21 57/2 60/12 60/14 60/25
61/8 70/3 70/4 70/19 70/24
73/10 73/12 74/24 77/11
77/11

**announced [1]**   78/21

**announcement [1]**   42/16

**another [17]**   8/7 14/15 20/5

32/11 33/4 33/6 49/6 50/4
50/15 53/9 55/9 55/22 58/11
67/13 68/7 71/22 82/12

**answer [1]**   13/18

**answered [1]**   85/11

**answers [1]**   85/3

**Anthony [2]**   37/21 52/11

**Anton [4]**   71/19 77/19 84/10
84/23

**any [43]**   8/17 8/18 11/14
12/4 12/13 13/9 13/10 14/2
14/4 14/17 14/20 14/24 15/2
15/8 15/15 15/16 15/21 17/1
17/7 17/7 17/8 17/9 18/6
26/3 29/6 31/18 72/8 73/18
79/3 88/7 90/9 91/3 92/10
92/18 93/16 93/21 94/9 97/12
99/4 100/5 105/15 108/22
112/14

**anybody [2]**   65/20 86/23

**anymore [3]**   63/5 63/10 76/20

**anyone [2]**   55/22 68/4

**anything [11]**   12/4 14/6 16/9
55/22 76/20 86/23 88/7 91/15
96/16 97/20 107/7

**anyway [1]**   77/23

**anywhere [1]**   93/16

**apart [2]**   80/9 82/15

**APPEARANCES [2]**   2/1 3/1

**appears [1]**   6/8

**application [23]**   40/8 40/9
40/11 40/13 41/22 51/16
60/20 64/19 64/20 64/23
68/16 69/13 69/19 71/2 75/1
75/7 75/11 75/22 77/4 77/25
80/13 91/23 91/23

**applications [32]**   34/24
34/25 35/5 37/8 37/9 39/13
40/4 49/2 50/20 51/5 51/8
53/5 55/13 56/7 56/10 56/14
56/15 58/3 60/15 61/11 63/12
70/19 74/13 75/25 76/11
76/17 79/22 80/2 80/17 92/5
93/9 93/21

**applied [4]**   49/2 49/6 49/17
50/10

**applies [7]**   11/4 17/12 37/13
37/14 60/11 80/25 92/2

**apply [16]**   8/16 8/18 8/20
11/9 11/10 25/23 26/1 26/3
39/10 39/20 46/22 48/24
56/22 57/17 82/1 92/3

**applying [5]**   49/13 50/8
56/13 61/11 89/12

**appreciate [1]**   8/15

**apprehended [2]**   54/25 106/15

**approving [1]**   46/22

**apps [1]**   46/25

**are [216]**

**aren't [1]**   66/16

**argue [7]**   79/3 87/8 90/22
98/19 101/7 101/9 105/21

**argument [5]**   8/14 10/16
78/23 79/10 103/8

**arguments [6]**   4/9 13/16
13/22 31/6 33/20 33/24

**arise [1]**   12/21

**Armenian [4]**   17/16 17/21
61/22 107/20

**Armin [3]**   35/21 72/13 73/14

**around [6]**   18/18 27/16 27/17
49/13 84/24 107/15

**arrested [7]**   46/8 81/2 82/9
83/3 86/8 86/22 106/15

**arriving [1]**   14/23

**A**

Art [8]   58/21 58/22 59/3
  59/9 59/22 59/25 67/14
  102/13
Arthur [13]   56/20 58/14
  58/19 60/3 60/10 60/18 60/23
  61/14 61/24 62/11 62/12
  63/10 64/25
Arthur's [7]   60/7 61/13
  61/18 61/24 61/25 62/3 70/19
ARTUR [25]   3/11 32/3 35/17
  36/6 37/7 38/10 39/12 39/19
  45/7 45/22 55/23 55/24 56/11
  56/16 57/5 57/14 58/5 59/8
  70/3 70/10 70/20 71/2 72/21
  74/25 104/15
Artur's [1]   55/15
as [103]
Ashwin [1]   2/13
ask [8]   36/24 38/18 40/2
  78/11 84/3 87/3 111/7 112/19
asked [7]   47/4 62/16 62/19
  63/20 73/25 95/1 96/23
asking [7]   61/18 103/1 103/3
  104/4 107/6 110/9 110/11
asks [2]   59/21 83/13
aspect [1]   78/25
ass [1]   44/12
assembly [13]   34/22 39/6
  39/21 44/19 50/18 50/18
  55/11 56/6 62/4 76/4 87/20
  87/22 88/3
assist [2]   23/9 24/24
associated [7]   26/22 94/3
  94/6 94/21 97/17 102/13
  102/20
associates [1]   35/19
associating [2]   20/23 100/25
assume [4]   90/5 90/10 93/4
  112/2
assumed [1]   39/9
assumes [1]   100/19
assumption [1]   90/6
assumptions [2]   90/10 112/14
attempt [2]   24/1 109/5
attention [3]   45/1 80/21
  86/14
attitudes [1]   11/20
attorney [2]   83/25 84/2
ATTORNEY'S [1]   2/4
August [2]   19/14 82/6
August 2020 [2]   19/14 82/6
AUSA [2]   2/5 2/5
authority [1]   32/10
Auto [4]   51/17 75/24 76/8
  77/18
automated [1]   43/3
available [3]   11/5 44/20
  96/21
Avakian [1]   57/4
Avenue [7]   2/10 2/17 2/23
  47/17 52/22 52/25 53/22
await [1]   33/18
awaiting [1]   81/7
awareness [1]   11/22
away [3]   49/11 63/3 87/19
Ayvazian [20]   32/3 35/17
  36/6 37/7 38/10 39/12 39/19
  45/7 55/24 57/5 58/5 59/8
  60/10 62/11 62/12 70/3 70/10
  82/9 103/23 104/15
Ayvazian's [9]   45/22 55/23
  56/11 56/16 57/14 60/18
  70/20 71/3 74/25
Ayvazyan [82]
Ayvazyan's [15]   18/11 35/19
  48/20 49/15 49/25 64/13
  68/24 69/9 76/23 81/13 85/21

**B**

back [24]   7/24 39/23 42/4
  42/5 43/24 46/4 49/3 53/10
  57/7 57/22 60/8 60/18 66/23
  69/8 70/9 82/21 82/23 86/7
  90/3 96/3 96/4 98/22 112/25
  113/4
bad [1]   108/16
bag [1]   44/9
bail [8]   18/5 18/11 31/16
balance [1]   95/25
bandied [1]   68/7
bank [89]
banks [3]   43/23 92/5 93/9
based [8]   12/20 12/20 89/10
  90/14 92/21 96/7 99/14
  109/24
basically [5]   82/4 88/4
  93/13 101/21 102/25
be [85]
beach [2]   3/21 84/7
bear [1]   15/21
bearing [1]   18/6
bears [2]   39/3 89/10
became [3]   19/17 28/3 44/20
because [56]   8/10 8/18 16/5
  43/10 43/16 44/2 48/10 51/7
  52/6 53/2 55/7 55/9 55/25
  56/1 60/21 63/3 63/14 63/16
  64/19 65/3 65/17 65/24 67/18
  67/19 68/17 70/4 70/24 72/11
  72/24 73/8 73/23 74/8 76/3
  78/2 78/24 81/17 86/11 86/22
  87/21 88/11 93/20 94/13
  99/13 101/20 101/23 102/15
  104/20 105/24 106/8 106/16
  106/19 106/23 110/12 110/21
  112/16 112/17
become [4]   20/21 20/22 21/4
  100/25
becomes [1]   20/11
been [13]   17/4 17/14 17/18
  18/25 22/20 24/10 24/12 63/7
  79/6 86/22 97/5 99/14 107/2
before [13]   26/19 33/20
  34/17 34/17 36/24 52/23
  53/24 82/22 84/21 88/20
  91/20 109/16 110/19
began [1]   109/17
begin [2]   33/20 34/7
beginning [3]   11/24 19/13
  27/16
BEHALF [1]   2/3
behind [8]   36/2 36/2 37/2
  37/2 64/8 64/9 72/8 87/13
being [4]   38/21 80/12 95/18
  109/2
beliefs [1]   11/14
believability [1]   15/22
believable [1]   16/16
believe [12]   15/5 15/6 15/6
  16/9 16/21 21/20 89/8 89/9
  102/7 103/1 103/3 104/5
belong [3]   52/1 66/20 106/20
belonged [2]   32/18 85/20
belonging [1]   46/2
belongs [2]   60/5 85/19
below [2]   48/2 66/13
benefit [2]   103/9 103/15
benefits [1]   21/20
best [3]   44/2 90/12 112/24
between [18]   14/18 19/15
  27/18 42/2 45/2 58/4 58/18
  59/17 65/23 66/16 66/17 83/5
  83/20 93/12 97/10 98/17
  102/22 103/18
beyond [29]   12/10 12/15

**C**

97/24 98/3 102/19 109/8

12/16 12/18 12/25 13/5 18/20
20/21 22/24 25/7 25/18 25/24
26/11 26/25 27/15 28/13
29/20 30/23 31/17 31/19 32/8
34/3 34/5 36/11 36/22 89/14
89/16 96/17 111/9
bias [1]   15/16
biases [3]   11/19 11/19 11/20
Bienert [2]   3/4 3/7
big [3]   104/16 111/1 111/4
biggest [2]   72/6 107/16
bill [1]   42/17
billions [1]   42/17
birth [1]   32/15
bit [7]   68/5 85/22 86/15
  88/17 89/15 89/20 92/7
BK [1]   44/16
blames [4]   36/5 36/7 36/8
  36/9
blaming [1]   36/17
blank [2]   59/22 94/13
BlueVine [1]   46/21
bomb [1]   43/5
books [1]   58/10
borrowers [3]   40/22 41/21
  56/19
both [8]   14/16 55/18 57/25
  57/25 58/1 61/10 91/2 105/19
bothers [1]   68/5
bottom [3]   5/14 47/1 101/20
Boulevard [1]   3/15
boy [1]   59/8
break [1]   112/25
brief [2]   24/25 48/7
briefly [2]   74/14 88/20
bro [1]   43/24
broad [1]   91/22
brother [5]   35/17 58/16
  64/12 75/5 104/16
brought [2]   37/25 47/25
build [1]   34/22
building [1]   107/15
bunch [1]   97/23
burden [4]   12/14 34/4 91/4
  111/9
business [15]   24/7 37/12
  38/13 41/3 41/5 41/14 62/17
  63/22 63/25 64/8 64/15 69/14
  76/7 77/6 98/8
businesses [6]   34/14 34/18
  35/9 40/17 41/10 111/1
buy [9]   52/19 58/16 59/22
  59/22 65/20 71/22 77/10
  84/22 95/20
buying [2]   47/24 58/15
buys [2]   59/1 104/8
buzz [1]   89/1

**C**

C1 [1]   6/22
CA [9]   1/23 2/7 2/15 2/21
  3/6 3/9 3/13 3/16 3/21
Caicos [7]   46/5 83/3 83/9
  83/17 83/19 84/7 84/25
caliber [1]   110/7
CALIFORNIA [9]   1/2 1/14 5/1
  32/13 47/17 74/4 75/13 77/20
  79/24
call [10]   55/17 58/21 58/22
  65/15 80/20 85/6 86/17
  101/16 106/11 110/17
Calle [1]   3/5
called [8]   68/1 68/2 68/15
  80/23 81/3 85/3 85/11 105/25
calling [1]   43/24
calls [9]   18/1 46/7 54/20
  54/21 55/21 65/16 86/14
  106/6 107/3
came [13]   40/20 45/22 46/4

**C**

**came...** [10]   50/22 51/18
53/19 54/16 64/2 64/7 68/15
76/3 86/7 94/24
**can** [47]   5/22 10/16 14/15
14/17 24/8 33/12 42/19 43/10
43/11 43/17 45/17 47/11 48/1
55/3 55/19 55/20 61/14 66/9
67/8 67/13 67/14 79/10 84/1
85/15 86/21 87/10 90/8 90/13
90/22 91/2 91/3 93/4 93/4
93/24 94/7 95/24 99/22 101/6
102/3 102/25 105/1 107/8
107/9 111/4 111/5 111/22
112/8
**can't** [8]   8/19 10/15 10/17
44/13 90/9 90/10 101/25
111/25
**cannot** [8]   8/20 36/17 81/6
99/14 106/7 109/24 112/12
112/14
**Canoga** [8]   52/25 57/19 69/5
72/18 88/6 102/8 102/9
102/11
**capable** [3]   23/20 25/17
106/14
**capacity** [1]   68/10
**captioned** [1]   25/25
**card** [41]   49/4 49/5 49/13
49/14 49/15 50/3 50/4 50/5
51/24 51/25 52/7 52/18 52/18
52/24 54/25 57/22 68/24 73/8
81/12 86/4 86/5 86/9 86/18
92/1 101/14 102/15 102/18
104/21 105/4 105/6 105/10
105/14 105/18 105/24 106/8
106/9 106/18 106/19 108/2
108/10 110/15
**cards** [16]   35/11 35/11 45/24
45/24 45/25 46/1 48/19 48/21
48/23 69/9 73/10 73/12 98/2
98/17 102/20 108/6
**care** [4]   63/17 63/18 106/13
107/8
**careful** [5]   12/21 12/24 13/3
31/2 106/15
**carefully** [2]   93/19 111/7
**cares** [1]   103/12
**Caribbean** [1]   83/16
**carried** [1]   25/9
**carry** [6]   21/14 23/25 24/1
101/14 105/19 110/17
**carry-on** [3]   101/14 105/19
110/17
**carrying** [1]   49/12
**case** [53]   9/14 11/4 11/8
11/12 11/24 14/8 14/22 15/4
15/15 17/5 18/3 18/14 34/10
37/3 39/17 44/24 44/25 48/8
48/15 51/1 71/12 88/2 88/18
88/21 88/24 89/11 90/9 90/18
91/15 92/21 93/15 94/1 94/9
95/5 97/3 97/4 99/8 99/16
99/17 100/2 100/20 101/12
101/17 104/22 107/13 107/15
108/17 109/1 110/24 111/4
112/4 112/16 113/3
**cash** [1]   44/9
**catastrophe** [1]   34/12
**CATHERINE** [1]   2/5
**caught** [5]   54/24 55/5 106/12
106/14 108/1
**cause** [4]   8/19 40/12 80/13
103/22
**caused** [6]   23/24 24/6 40/3
40/5 40/8 80/17
**causes** [1]   111/16
**Cellebrite** [1]   7/18

**Celtic** [1]   41/18
**central** [1]   90/14
**certain** [4]   17/13 18/18
18/25 81/5
**certainly** [2]   90/10 103/15
**certificate** [4]   69/19 84/18
90/5 114/1
**certification** [6]   41/9 74/20
75/4 75/16 76/13 76/22
**certifications** [3]   40/22
41/1 41/1
**certify** [1]   114/4
**chain** [1]   93/13
**challenges** [1]   43/19
**chance** [3]   95/15 97/21 113/2
**change** [2]   46/24 111/16
**changed** [3]   8/8 79/5 79/6
**charge** [5]   19/11 27/14 28/6
72/11 81/16
**charged** [38]   17/2 17/3 17/6
18/3 18/9 18/14 18/24 19/5
19/16 20/7 22/8 22/13 22/23
23/6 24/18 27/9 30/13 30/14
30/23 31/14 31/15 31/22 32/1
32/3 32/21 32/22 32/24 33/1
36/13 36/23 38/21 60/15 61/4
91/13 91/16 91/18 108/15
108/23
**charges** [23]   12/8 12/15
16/25 17/4 18/16 24/24 31/1
40/4 40/7 55/1 55/2 55/5
55/7 55/8 55/8 86/19 106/21
106/22 106/23 107/2 107/4
107/5 108/20
**chart** [11]   10/8 23/1 23/2
24/23 43/14 45/10 54/8 62/9
71/7 76/6 94/18
**charts** [5]   10/7 18/25 19/1
50/17 71/11
**cheat** [1]   23/23
**check** [6]   43/2 53/17 58/10
60/3 67/14 90/9
**checkbook** [1]   71/1
**checkbooks** [1]   72/22
**checking** [1]   66/11
**checks** [15]   35/11 50/1 50/1
56/24 56/24 58/9 59/19 59/23
61/6 61/8 61/8 66/8 66/10
94/3 102/6
**choice** [2]   97/11 98/18
**choices** [1]   99/13
**choose** [2]   97/10 98/17
**choosing** [1]   46/14
**chose** [1]   16/9
**Christopher** [1]   2/9
**chronologically** [2]   91/20
110/3
**circumstance** [1]   80/15
**circumstances** [2]   11/16 24/4
**circumstantial** [4]   14/10
14/13 14/17 14/19
**Clark** [2]   83/7 84/17
**clean** [8]   55/3 55/9 55/19
55/20 86/21 107/11 107/11
107/19
**clear** [5]   8/3 9/13 97/11
98/18 99/14
**clearly** [1]   77/5
**Clemente** [1]   3/6
**clerk** [1]   9/22
**close** [1]   96/18
**closely** [1]   78/4
**closing** [4]   4/9 13/22 46/22
110/23
**co** [19]   36/18 37/12 38/20
40/1 44/22 45/6 45/7 46/15
51/15 51/15 57/21 59/17
59/18 66/17 71/19 73/13 76/1
76/3 81/18

**co-conspirator** [1]   81/18
**co-conspirators** [17]   37/12
37/12 38/20 40/1 44/22 45/6
45/7 46/15 51/15 57/21 59/17
59/18 66/15 71/19 73/13 76/1
76/3
**co-defendants** [1]   51/15
**Coast** [1]   3/20
**coconspirator** [1]   36/9
**code** [13]   19/8 19/9 22/25
23/12 24/21 25/6 27/12 27/21
27/25 28/11 28/18 31/25
114/5
**codefendants** [2]   18/13 18/15
**cohesive** [1]   45/15
**Coinbase** [4]   82/3 82/17
82/18 82/20
**coincidence** [1]   58/2
**coins** [7]   38/2 38/6 69/24
69/24 69/25 70/1 77/10
**collecting** [1]   70/12
**Collision** [3]   51/17 75/24
76/9
**color** [1]   11/14
**column** [2]   23/3 23/4
**combined** [1]   79/17
**come** [7]   48/6 48/10 51/1
67/21 96/18 98/22 112/25
**Comerica** [1]   75/14
**comes** [4]   67/21 82/5 101/12
110/15
**coming** [2]   48/16 59/2
**comma** [1]   29/15
**commanded** [1]   26/15
**commerce** [2]   29/6 30/11
**commission** [2]   18/8 26/7
**commit** [23]   19/6 19/15 19/22
20/6 20/10 26/5 26/8 27/2
27/19 28/2 28/7 28/16 29/12
29/15 30/4 36/14 36/14 38/22
38/24 53/4 68/10 81/6 92/18
**commits** [2]   22/4 98/11
**committed** [15]   18/17 18/21
18/24 19/24 22/6 22/11 22/18
26/13 27/7 30/24 31/18 31/20
40/5 40/6 94/24
**committing** [6]   26/9 26/22
31/15 93/18 99/4 104/20
**common** [8]   12/20 20/4 55/7
63/14 63/23 64/15 66/18 75/9
**communicate** [1]   33/17
**communication** [3]   24/11
24/13 24/15
**communications** [2]   23/25
42/1
**companies** [17]   48/24 49/1
50/7 51/12 51/14 56/25 57/1
57/6 57/11 57/15 57/16 58/12
69/3 72/15 72/23 77/16
109/19
**company** [38]   38/16 39/22
39/23 49/6 49/12 49/12 50/11
50/11 52/16 53/8 57/3 57/9
60/4 60/6 63/15 64/10 64/21
65/8 65/13 67/22 68/19 69/10
69/15 70/14 72/17 74/25
75/15 76/19 76/20 77/5 77/8
78/5 78/9 85/18 85/21 85/21
97/17 109/20
**compartment** [3]   101/15
105/19 110/16
**complete** [1]   99/15
**completed** [3]   26/20 33/20
51/5
**completely** [1]   105/2
**complicated** [1]   68/6
**component** [1]   50/19
**conceal** [3]   28/25 35/1 72/2
**concealed** [1]   71/12

**C**

concealing [1] 71/14
concealment [1] 71/10
concept [2] 88/3 101/24
concerned [2] 109/3 112/15
conclude [2] 90/2 107/23
conclusion [1] 108/7
conclusions [1] 90/13
conclusively [1] 17/15
condition [1] 10/12
conditions [2] 81/5 81/6
conduct [2] 17/2 108/23
conducted [1] 28/14
confer [1] 9/22
Conference [1] 114/9
conformance [1] 114/8
confront [1] 107/12
confronted [2] 63/8 106/9
confronts [1] 105/5
confusing [1] 92/23
connected [1] 9/3
Connecticut [1] 2/23
connection [3] 56/13 84/21
 92/16
conscious [1] 11/22
consciously [1] 11/21
consent [1] 33/7
consequence [1] 22/21
consider [18] 13/7 13/11
 13/14 13/17 14/16 16/4 16/20
 17/22 18/2 18/6 18/10 24/3
 28/7 36/25 38/19 98/6 98/21
 99/22
consideration [4] 12/22
 12/24 13/4 78/22
considered [1] 88/23
considering [5] 14/24 15/8
 28/6 31/1 87/2
consistent [3] 15/24 87/4
 104/13
consists [3] 13/8 28/12
 29/19
conspiracies [4] 36/13 36/13
 38/22 91/17
conspiracy [108]
conspirator [4] 20/21 20/23
 81/18 100/25
conspirators [26] 20/1 20/9
 20/24 21/9 21/14 21/17 22/2
 28/2 36/18 37/12 38/20 40/1
 44/22 45/6 45/7 46/15 51/15
 57/21 59/17 59/18 66/17
 71/19 73/13 76/1 76/3 101/1
conspire [1] 21/9
conspired [3] 21/13 21/18
 35/23
conspiring [2] 19/6 27/10
constitutes [2] 7/4 29/11
constituting [1] 26/6
constitutional [1] 14/23
construction [25] 53/7 57/2
 57/3 57/15 57/15 57/16 57/16
 58/1 58/11 58/11 58/12 69/3
 70/14 72/15 72/22 72/23 73/1
 74/16 74/22 77/14 77/15
 77/16 85/13 85/2 85/4
constructive [2] 8/10 9/5
consult [1] 11/6
Cont'd [1] 3/1
contain [1] 73/21
contained [7] 9/16 9/17 9/17
 9/18 41/25 52/9 56/17
containing [1] 7/18
contains [2] 75/23 81/23
context [1] 96/19
continue [7] 21/1 41/11
 44/12 79/10 83/19 84/25 92/9
continues [1] 6/21

continuing [2] 19/14 27/17
contracting [4] 72/25 75/4
 75/10 85/18
Contracting.com [1] 68/21
contradicted [1] 15/17
contrast [1] 95/25
control [10] 11/22 17/8 29/1
 33/9 33/11 33/14 81/15 86/11
 96/20 96/25
controlled [1] 58/7
controlling [1] 97/5
controls [9] 14/1 54/14 65/9
 83/10 84/12 96/23 97/1 98/11
 99/10
convert [1] 90/24
convict [5] 8/11 99/14
 108/17 109/24 110/6
conviction [1] 16/20
convinced [7] 10/12 10/15
 10/18 12/17 12/25 13/5 89/17
cook [1] 90/4
cooperated [1] 39/18
copies [2] 56/8 56/9
copy [8] 5/18 5/23 11/4 25/1
 31/8 56/15 56/17 92/24
core [3] 101/17 103/7 104/22
corner [1] 69/13
corporate [1] 94/21
correct [6] 5/16 5/19 5/22
 90/21 99/9 114/5
corrected [1] 96/22
could [9] 8/9 8/11 10/20
 22/20 81/25 101/7 101/9
 106/14 107/19
counsel [6] 2/1 5/9 7/19
 49/20 55/4 113/1
counseled [1] 26/14
count [41] 17/4 17/7 17/9
 17/11 17/12 18/22 19/5 23/4
 23/6 23/7 24/25 25/1 25/8
 25/11 30/13 30/19 30/20 32/2
 32/4 32/12 32/13 32/15 32/22
 32/23 32/24 32/24 33/1 33/2
 61/3 61/5 68/13 69/7 69/8
 70/3 71/4 71/4 80/7 80/7
 80/7 91/14 92/17
count 14 [1] 32/23
country [3] 70/8 70/25 77/12
counts [38] 8/17 8/18 8/20
 9/7 18/9 22/23 23/8 24/18
 25/24 26/1 26/2 26/3 27/9
 30/14 30/22 30/24 31/1 31/15
 31/23 32/6 46/11 46/12 48/10
 68/11 80/6 80/8 80/9 80/10
 80/22 80/25 81/1 87/5 90/18
 91/16 92/18 94/12 97/13
 112/20
couple [6] 9/9 76/24 82/5
 94/1 96/2 106/11
course [7] 8/5 22/3 24/7
 34/4 69/2 107/2 107/5
court [13] 1/1 1/21 5/23 6/8
 6/9 6/15 7/7 7/16 9/22 14/7
 28/8 78/22 92/7
Court's [1] 78/22
courtroom [1] 73/16
cousin [3] 35/18 36/6 39/19
CR [1] 1/8
crash [1] 43/11
crazy [1] 44/5
create [2] 61/14 80/3
created [5] 36/3 39/13 39/21
 44/18 61/19
creates [1] 98/10
credit [30] 35/11 45/24 46/1
 48/19 48/21 48/23 49/14
 49/15 50/3 50/4 50/5 51/24
 51/25 68/24 69/9 73/8 73/10
 73/12 81/12 98/2 98/17

102/15 102/18 102/20 106/8
108/10
crime [35] 17/3 17/6 19/16
 19/22 19/24 20/9 22/4 22/6
 22/8 22/11 22/14 22/17 22/19
 26/5 26/6 26/8 26/10 26/13
 26/16 26/18 26/19 26/22
 26/25 27/2 27/4 27/5 27/7
 28/2 28/10 29/17 55/10 55/24
 61/4 86/20 86/25
crimes [10] 6/12 6/20 8/11
 18/3 18/11 19/22 20/7 27/19
 36/23 81/6
criminal [13] 14/22 16/20
 19/20 27/5 35/12 38/15 39/7
 39/11 39/14 59/16 71/12
 82/25 106/24
criminally [1] 29/25
crisis [1] 34/16
cross [2] 107/17 112/8
cross-examine [2] 107/17
 112/8
CRR [1] 114/12
Cruz [1] 5/18
CSR [2] 1/21 114/12
current [1] 110/1
cut [8] 38/15 39/22 53/17
 59/5 65/24 66/15 67/17 73/17
cuts [1] 59/15

**D**

DADYAN [47] 3/18 30/13 35/18
 35/19 36/5 36/6 37/7 39/15
 39/19 42/8 42/18 43/23 44/10
 44/14 45/3 45/7 46/17 46/19
 47/21 57/5 58/5 58/19 60/20
 62/11 62/15 62/17 63/11
 64/17 64/17 64/23 65/15
 65/22 65/23 66/7 68/1 68/2
 68/4 68/9 68/23 71/13 81/18
 83/20 84/4 84/14 84/15 85/10
 102/22
Dadyan's [4] 38/15 56/16
 57/3 75/14
dangerous [1] 112/7
date [6] 18/21 18/21 18/24
 23/5 32/15 114/10
dates [2] 18/18 83/13
Davidson [3] 38/10 58/15
 64/12
day [6] 1/15 44/20 53/19
 67/5 68/5 107/22
days [9] 34/21 35/3 36/11
 67/19 69/20 96/2 96/8 98/6
 110/4
DC [2] 2/10 2/23
deal [3] 33/17 59/13 67/7
death [3] 69/19 84/18 98/6
debit [4] 35/11 45/24 102/17
 104/21
decades [2] 68/20 85/20
deceased [3] 38/5 69/16
 84/20
deceive [1] 23/23
December [2] 82/8 82/12
December 22nd [1] 82/12
decide [11] 11/9 11/12 14/8
 14/20 15/5 16/5 16/7 17/5
 89/3 89/13 112/9
decides [1] 98/7
deciding [4] 13/7 13/14 15/4
 16/21
decision [1] 34/10
decisions [4] 88/21 89/22
 89/23 89/24
decline [1] 59/3
defendant [103]
defendant's [2] 9/19 24/3

## D

**defendants [47]** 12/8 12/9
12/10 12/12 12/13 16/25 17/1
17/4 19/5 22/23 23/6 24/18
27/9 33/23 34/16 34/21 34/22
35/1 35/14 35/22 35/25 36/1
36/12 36/23 37/4 37/5 37/7
37/10 38/20 39/2 40/3 45/15
45/17 46/3 48/17 51/7 51/15
53/23 67/25 71/11 73/16
80/18 87/7 89/5 108/19
108/22 113/11
**defendants' [1]** 34/10
**defense [3]** 21/23 90/15
96/15
**defense's [1]** 8/25
**defies [5]** 55/6 63/13 63/23
64/15 75/8
**definition [2]** 90/16 90/20
**defraud [5]** 23/15 23/23 24/2
25/20 66/19
**deliberate [2]** 95/16 99/20
**deliberately [1]** 16/8
**deliberating [2]** 111/12
111/19
**deliberations [1]** 33/21
**deliver [1]** 33/24
**delivered [2]** 52/22 53/22
**demonstrated [1]** 48/3
**demonstrative [1]** 10/16
**denies [1]** 106/9
**DEPARTMENT [3]** 2/4 2/9 70/5
**depend [1]** 16/15
**dependent [1]** 21/21
**Depo [1]** 59/22
**deport [1]** 67/15
**deposit [2]** 30/10 66/9
**deposited [1]** 81/10
**derived [4]** 27/23 29/18
29/25 30/3
**described [2]** 30/25 88/9
**description [3]** 23/5 24/25
61/23
**deserves [2]** 16/18 19/4
**designed [2]** 28/25 41/9
**desperate [4]** 63/24 63/24
64/14 109/5
**desperately [1]** 38/13
**detail [3]** 20/2 54/22 71/11
**detailed [2]** 73/20 91/11
**details [6]** 20/15 21/6 42/12
42/12 45/5 45/6
**detained [1]** 106/15
**determine [3]** 16/24 31/19
108/19
**determining [1]** 24/2
**devastated [1]** 64/4
**devised [1]** 23/15
**DHS [1]** 74/5
**Diamond [1]** 76/25
**diamonds [3]** 69/24 76/18
77/10
**did [31]** 6/19 14/13 14/25
21/8 26/5 26/23 32/19 34/2
34/6 43/5 43/13 44/4 46/24
51/1 51/25 58/14 60/23 61/17
64/1 69/23 77/25 78/21 80/2
89/3 91/15 96/11 100/20
105/15 112/13 112/16 112/23
**didn't [16]** 34/2 47/2 62/25
63/4 75/11 84/20 88/1 88/3
92/18 93/21 98/19 100/22
102/11 106/16 111/24 111/24
**die [1]** 84/20
**died [6]** 69/11 69/18 69/21
77/9 84/20 84/23
**differ [1]** 13/24
**differences [3]** 16/4 61/12

61/12
**different [14]** 9/15 10/15
15/25 38/20 39/2 45/17 47/13
49/17 50/13 51/7 51/9 53/5
58/7 59/19 61/7 61/8 67/18
70/23 71/5 72/23 79/20 80/6
82/5 85/6 87/23 87/23 90/13
91/8 94/19 107/19 109/25
111/11 111/14 111/19
**differently [2]** 16/3 111/21
**differs [1]** 16/5
**difficult [2]** 107/12 112/1
**difficulty [1]** 43/22
**digital [1]** 56/8
**direct [8]** 14/10 14/11 14/11
14/16 14/19 45/1 45/21 46/7
**directed [2]** 96/8 96/9
**directly [8]** 21/8 21/13
21/18 35/22 37/4 37/5 51/12
104/23
**disaster [10]** 34/14 34/16
34/23 34/24 35/5 37/6 41/8
43/25 49/23 66/20
**discharge [1]** 36/17
**discovered [9]** 48/20 49/14
51/24 52/4 68/24 69/9 70/18
70/20 81/12
**discussed [3]** 9/15 20/4
78/24
**disguise [1]** 28/25
**dislikes [1]** 11/18
**dispute [1]** 73/19
**disregard [1]** 14/3
**distinction [1]** 14/18
**distinctive [1]** 102/7
**DISTRICT [3]** 1/1 1/2 1/4
**dividing [1]** 59/16
**DIVISION [1]** 1/2
**DMV [1]** 74/5
**do [52]** 8/19 10/16 10/17
11/17 11/24 12/3 12/12 19/23
36/24 42/19 42/24 43/9 44/5
44/19 47/8 50/12 51/11 59/7
59/9 62/2 62/19 63/13 63/15
64/6 64/22 65/11 67/6 67/12
69/25 72/17 73/2 73/2 76/20
78/12 81/25 82/4 87/9 87/16
88/8 88/11 89/24 93/1 97/20
99/3 101/6 103/6 103/11
105/1 105/13 105/14 106/16
111/17
**doc [1]** 84/1
**docs [3]** 43/5 44/4 84/3
**document [3]** 45/12 45/14
74/12
**documentary [1]** 74/9
**documentation [5]** 51/9 62/8
64/25 76/2 76/2
**documents [6]** 56/17 65/6
70/6 70/18 74/8 74/22
**does [28]** 16/14 19/23 20/14
20/20 20/22 45/13 49/8 58/21
58/24 65/11 65/15 65/16
67/21 67/22 69/1 69/2 70/10
74/1 78/1 90/24 93/2 96/25
100/10 100/14 100/24 103/8
104/19 109/1
**doesn't [18]** 5/20 5/25 60/4
65/13 65/19 69/15 72/9 75/2
76/20 77/25 88/13 91/4 99/1
106/20 107/6 108/8 108/14
111/5
**doing [5]** 83/18 87/23 89/2
93/14 104/20
**dollar [4]** 37/16 54/18 58/16
64/13
**dollars [1]** 42/18
**don't [25]** 31/9 43/2 43/19
54/25 57/12 63/9 63/9 66/20

67/7 73/18 77/5 78/25 80/18
96/15 99/3 99/12 100/17
112/9 112/10 113/3
**Donald [1]** 74/18
**done [6]** 12/4 36/4 61/16
100/21 102/12 106/24
**door [3]** 105/5 105/6 105/7
**doubt [46]** 12/11 12/15 12/16
12/19 12/19 12/20 13/1 13/5
18/20 19/12 21/12 22/10
23/13 25/8 26/12 26/25 27/15
28/13 29/21 30/23 31/17
31/20 32/8 34/3 34/5 36/12
36/22 39/15 62/1 79/3 89/14
89/16 90/16 90/23 90/25 91/6
91/7 91/9 93/8 96/17 99/13
103/5 111/9 111/10 111/20
111/22
**down [7]** 49/20 54/1 62/10
65/3 92/7 101/12 110/15
**dozens [4]** 45/22 45/23 56/4
56/24
**drafts [2]** 7/14 7/15
**draw [1]** 112/14
**dream [5]** 47/24 49/22 52/23
53/24 75/20
**Drive [1]** 54/19
**driver's [13]** 32/13 45/21
45/23 47/15 47/16 56/5 70/21
75/13 77/20 78/6 79/24 82/22
82/24
**during [9]** 18/8 22/2 32/19
34/11 39/1 49/7 53/1 87/13
89/1
**duty [5]** 11/3 11/7 11/9 13/2
13/6
**Dzukaeva [13]** 32/16 56/12
56/21 57/2 60/12 60/14 60/25
61/8 70/3 70/4 70/24 77/11
77/12
**Dzukaeva's [1]** 70/19

## E

**e-mail [11]** 44/14 67/10
67/11 69/15 84/2 84/2 84/5
84/11 84/13 84/16 84/16
**e-mailed [2]** 5/18 46/25
**e-mailing [1]** 84/13
**e-mails [6]** 42/22 47/23
56/19 56/20 56/21 56/22
**each [30]** 17/4 17/5 17/6
17/10 17/11 17/17 19/11
21/11 22/1 22/9 23/12 25/7
25/8 26/11 27/14 29/16 30/22
30/24 32/7 33/13 36/2 37/2
39/2 40/5 40/10 44/7 87/23
88/22 111/8 113/3
**earlier [6]** 28/9 55/12 60/1
64/24 80/1 80/11
**easier [1]** 99/23
**easiest [1]** 44/2
**economic [2]** 11/16 41/8
**economy [1]** 41/12
**EDD [1]** 74/4
**edit [1]** 7/9
**edits [1]** 8/15
**Edward [3]** 35/20 51/16 75/25
**effect [2]** 21/10 81/4
**efforts [1]** 45/11
**egregious [1]** 110/23
**EIDL [25]** 9/4 9/13 37/18
37/23 38/23 39/13 45/18
47/25 48/25 50/10 54/9 54/16
56/22 57/18 59/3 60/17 61/11
63/12 64/11 71/22 81/10 82/2
82/5 100/3 100/12
**eight [4]** 15/21 45/15 45/16
46/15

**E**

**EIN [1]** 46/24
**either [6]** 14/17 14/19 80/15 98/17 100/20 104/9
**element [6]** 6/9 9/16 9/18 9/19 12/15 26/16
**elements [14]** 9/20 19/12 22/9 23/13 25/7 27/15 28/12 29/20 30/18 30/21 30/24 31/2 32/7 48/11
**elicit [1]** 107/18
**else [11]** 7/15 15/24 26/8 52/3 65/10 70/25 94/19 99/24 100/10 103/5 111/14
**else's [3]** 50/2 108/2 111/11
**elsewhere [2]** 52/2 55/15
**EM [4]** 57/3 57/16 58/1 58/11
**emphasizes [1]** 103/19
**employee [2]** 49/10 49/11
**employees [10]** 41/2 74/19 75/1 75/2 75/3 75/16 76/10 76/21 77/2 77/6
**Encino [1]** 47/17
**Encore [1]** 54/18
**encounter [1]** 43/19
**encountering [1]** 67/4
**encourage [3]** 42/13 54/21 93/19
**end [5]** 43/16 55/3 63/10 86/17 107/22
**ended [1]** 106/1
**ending [2]** 47/19 86/5
**ends [1]** 42/4
**engage [1]** 27/10
**engaged [3]** 29/5 29/22 81/8
**engaging [2]** 27/22 29/17
**English [1]** 17/19
**enough [9]** 20/3 26/21 44/15 59/12 110/6 110/14 110/20
**entire [2]** 21/22 39/16
**entirely [1]** 12/6
**entitled [2]** 66/21 114/7
**entity [1]** 94/21
**equally [1]** 12/1
**equals [1]** 69/25
**Erase [1]** 63/8
**erasing [1]** 63/10
**errand [1]** 59/8
**escrow [3]** 54/18 58/22 83/25
**especially [1]** 87/13
**essential [2]** 24/1 87/24
**essentially [6]** 9/19 91/20 92/4 95/4 95/6 96/4
**establish [2]** 33/3 33/5
**established [3]** 17/15 109/19 109/21
**estate [1]** 84/22
**estimate [1]** 78/13
**et [1]** 1/9
**evaluate [1]** 11/7
**even [11]** 20/14 21/8 26/5 63/3 88/2 89/24 91/14 96/18 98/19 104/4 110/5
**event [1]** 16/3
**eventually [2]** 67/16 71/15
**ever [1]** 109/22
**every [8]** 12/15 20/2 59/23 63/4 90/1 91/14 103/4 104/4
**everybody [2]** 88/25 94/19
**everyone [1]** 89/2
**everyone's [1]** 88/10
**everything [14]** 15/6 31/10 31/11 44/10 55/20 63/23 71/8 72/7 85/13 85/15 86/25 90/9 93/15 103/5
**EVID [1]** 4/6
**evidence [142]**
**exactly [2]** 76/6 107/23

**examine [3]** 25/2 107/17
**example [7]** 40/6 44/3 51/16 52/20 53/13 71/13 100/17
**examples [6]** 45/8 51/12 56/10 57/1 60/17 79/25
**except [2]** 76/19 78/5
**excerpt [1]** 56/25
**excerpts [1]** 42/1
**exchange [6]** 30/10 48/6 70/8 70/12 79/17 93/11
**excluded [1]** 14/2
**executed [1]** 42/12
**exhibit [19]** 4/6 5/10 41/25 41/25 43/14 45/3 45/9 45/10 45/21 50/9 54/8 62/9 71/7 71/8 76/6 76/6 76/15 93/11 95/16
**exhibits [14]** 5/17 7/17 7/18 7/21 7/22 7/24 13/9 13/12 44/23 44/25 46/10 57/13 94/1 98/1
**exist [5]** 57/12 60/4 65/14 67/22 69/15
**existed [1]** 19/25
**existing [1]** 20/16
**exists [3]** 20/25 24/3 101/2
**expecting [1]** 59/24
**expenses [4]** 41/6 41/6 64/10 76/7
**explain [2]** 61/6 96/15
**explained [4]** 27/22 27/25 39/1 62/14
**explaining [1]** 41/2
**explains [2]** 30/18 63/2
**explanation [2]** 64/14 91/7
**explicit [1]** 9/21
**expressed [1]** 11/22
**extensive [1]** 42/1
**eyes [2]** 37/25 38/8

**F**

**face [2]** 43/6 63/5
**facilitate [2]** 26/18 27/3
**fact [20]** 14/11 14/15 14/18 16/14 18/2 30/3 39/18 40/21 41/3 41/3 41/4 60/8 62/6 70/6 74/12 83/1 93/17 108/10 111/20 112/13
**factors [1]** 15/21
**factory [1]** 88/4
**facts [15]** 11/9 11/10 13/8 13/10 13/14 13/24 14/14 15/4 17/13 17/14 23/18 89/13 89/23 90/23 91/8
**factual [1]** 9/16
**fair [1]** 90/5
**fake [50]** 35/4 35/6 35/6 35/8 36/2 37/2 37/12 38/16 39/13 39/22 39/23 45/23 47/15 50/11 51/2 55/12 56/5 56/5 56/18 57/12 59/19 60/5 60/5 60/6 61/14 65/4 67/23 70/7 70/21 75/6 75/12 75/12 75/13 75/23 76/15 77/1 77/5 77/19 77/19 77/20 78/2 78/6 78/7 79/24 79/25 80/3 91/22 93/8 109/18 109/20
**false [16]** 23/16 25/12 25/14 74/13 74/17 74/20 75/4 75/16 76/13 76/22 91/24 91/24 92/2 92/5 102/24 103/24
**familiar [1]** 52/6
**family [4]** 35/15 103/13 107/3 107/4
**Farrer [4]** 37/21 52/11 74/7 77/21
**fast [1]** 59/21
**father [2]** 38/5 97/18

**father's [4]** 53/16 76/19 77/22
**favorable [1]** 101/4
**favorite [1]** 89/25
**favors [2]** 90/14 90/15
**fear [1]** 11/18
**fearful [1]** 31/9
**feature [1]** 35/24
**featured [1]** 65/22
**federal [3]** 7/4 40/16 74/11
**federally [1]** 25/22
**feel [1]** 87/18
**fell [1]** 22/19
**felonies [1]** 29/13
**felony [3]** 7/4 29/12 29/16
**female [1]** 79/16
**Fenton [5]** 2/9 4/10 34/8 79/11 87/20
**few [2]** 31/7 33/19
**Fiber [14]** 50/1 50/6 50/9 51/13 51/19 52/5 52/16 53/7 57/8 73/6 73/6 73/8 74/23 102/19
**fifth [4]** 22/19 25/21 30/7 46/7
**figure [3]** 67/1 93/24 107/10
**figures [2]** 69/14 69/15
**file [9]** 44/15 58/3 58/23 59/6 60/15 61/19 63/12 63/21 75/7
**files [1]** 74/10
**filing [1]** 62/25
**filled [1]** 38/4
**final [3]** 5/9 33/20 33/24
**finally [1]** 23/6
**financial [12]** 6/17 6/24 25/11 25/17 25/21 28/14 29/3 29/4 30/12 49/24 65/3 69/14
**financially [1]** 104/17
**find [28]** 11/10 13/2 13/6 14/15 20/6 22/7 30/23 31/17 37/15 37/19 38/1 38/9 38/14 47/11 56/14 56/24 57/7 70/1 88/10 94/11 100/11 105/12 108/5 109/5 109/9 109/15 110/5 112/19
**finding [1]** 109/25
**finds [1]** 108/2
**fine [1]** 52/21
**fingerprint [1]** 105/14
**fingerprinted [1]** 110/16
**firmly [5]** 10/12 10/15 10/18 12/17 89/17
**first [26]** 9/18 19/13 21/13 22/11 23/14 25/9 26/13 27/16 28/14 29/22 32/9 33/22 34/17 37/1 40/18 42/3 45/2 46/15 54/24 55/6 57/13 64/7 68/14 87/8 98/9 103/22
**five [12]** 9/10 15/16 34/21 35/3 36/11 44/23 44/25 48/21 69/20 78/16 98/6 112/23
**Floor [1]** 2/6
**flow [3]** 45/10 50/15 94/16
**focus [2]** 46/16 54/23
**focused [1]** 107/14
**folks [1]** 87/12
**follow [15]** 11/25 14/5 31/6 36/21 37/1 37/15 37/19 38/1 38/9 38/14 45/11 49/18 91/1 111/7 112/1
**following [19]** 5/6 10/25 13/13 19/12 21/12 22/9 23/13 25/7 25/23 26/11 27/15 27/19 28/12 29/19 32/7 32/11 32/21 78/18 79/8
**follows [2]** 22/25 24/21
**foregoing [1]** 114/5
**foreign [9]** 7/5 17/24 29/6

## F

**foreign... [6]** 48/6 48/16 70/8 70/12 70/25 79/16
**foresee [1]** 24/8
**foreseeable [2]** 24/10 24/12
**foreseen [1]** 22/20
**forever [1]** 43/24
**forget [1]** 16/1
**form [17]** 6/18 6/25 7/2 7/3 28/22 29/8 29/10 29/11 33/18 51/3 51/4 62/10 65/2 78/7 83/6 91/10 91/11
**formal [1]** 20/1
**format [1]** 114/8
**forms [14]** 35/6 40/18 51/4 65/2 75/6 75/8 75/13 75/23 76/15 77/1 77/20 78/9 79/25 80/4
**formula [1]** 47/7
**forth [2]** 33/18 66/23
**forward [1]** 9/24
**forwards [1]** 81/21
**found [29]** 19/10 23/10 25/4 26/4 27/13 32/5 37/23 38/6 45/25 49/25 54/25 56/4 56/6 56/11 57/9 57/14 57/22 58/8 69/5 86/18 101/14 101/18 102/7 102/9 102/17 102/19 106/18 106/19 108/11
**foundation [1]** 96/24
**foundational [1]** 7/22
**founded [1]** 49/8
**four [3]** 15/14 33/15 46/25
**fourth [6]** 9/19 22/16 23/24 25/19 26/19 30/3
**Francisco [1]** 2/21
**Fraser [1]** 3/7
**fraud [90]**
**fraudulent [13]** 23/17 35/5 39/12 40/12 42/11 49/2 50/11 56/14 61/3 73/21 76/17 77/5 80/2
**fraudulently [7]** 37/6 38/23 39/20 51/4 54/17 56/22 57/17
**freaking [2]** 47/7 105/9
**friends [2]** 35/15 35/20
**frustrations [1]** 43/18
**full [2]** 20/14 21/5
**fund [1]** 44/13
**funded [3]** 34/25 44/5 47/1
**funding [2]** 42/18 75/22
**funds [25]** 30/11 34/14 34/17 35/2 37/8 38/12 38/24 41/16 45/10 47/25 49/23 50/10 50/15 63/25 66/20 74/21 75/4 75/17 76/14 76/23 77/6 94/16 100/3 100/3 100/12
**funeral [2]** 53/16 104/7
**funneled [1]** 37/11
**funny [1]** 47/6
**furniture [4]** 52/20 52/21 53/22 69/23
**further [7]** 20/13 58/4 58/12 60/7 62/6 74/12 83/4
**furtherance [8]** 22/3 22/4 22/15 24/14 24/15 53/3 53/11 61/2
**Furthermore [1]** 20/16
**furthers [2]** 20/19 100/15

## G

**gathering [1]** 72/1
**gave [7]** 14/5 39/22 43/2 58/15 90/20 90/25 110/22
**gender [2]** 11/15 11/15
**general [3]** 28/7 31/6 31/12
**Genesta [4]** 47/17 48/1 52/22 53/22

**Gentleman [4]** 37/21 47/18 56/7 71/10
**get [39]** 7/11 9/23 21/20 25/1 31/8 34/14 34/16 41/10 41/23 43/17 43/22 44/2 44/8 59/6 62/25 66/20 78/23 83/24 86/22 88/20 91/11 91/21 92/1 92/17 92/24 93/6 95/9 98/8 98/9 98/25 100/8 101/20 104/21 106/6 108/19 108/25 110/22 111/23 112/3
**gets [6]** 60/3 65/5 67/16 67/16 67/17 78/8
**getting [2]** 42/22 67/4
**gift [1]** 73/17
**girl [1]** 85/11
**give [14]** 11/10 14/20 15/25 16/22 19/3 31/7 33/16 42/17 45/8 53/12 56/9 59/7 67/14 106/16
**given [5]** 5/9 7/25 14/19 38/15 107/2
**gives [2]** 58/25 81/20
**giving [4]** 31/5 33/18 43/25 73/15
**Glendale [1]** 3/13
**go [18]** 7/24 38/19 43/19 46/21 50/19 59/22 65/19 66/23 74/14 77/10 87/11 88/20 89/25 90/2 90/3 90/17 91/19 91/21
**goal [2]** 66/18 66/19
**goes [16]** 45/4 47/1 49/3 49/19 54/14 54/14 63/6 65/5 65/20 76/23 82/11 82/12 96/2 96/3 96/5 96/5
**going [37]** 10/8 23/1 23/9 30/17 42/17 43/11 44/15 58/22 63/22 66/6 67/1 67/2 88/16 88/25 89/13 89/15 89/24 90/3 90/6 90/17 91/10 91/19 92/14 92/17 92/19 95/7 96/12 98/7 98/25 100/8 100/18 102/16 104/25 105/1 105/3 107/10 108/18
**gold [7]** 38/2 38/6 69/24 69/24 69/25 70/1 77/10
**gone [1]** 7/14
**good [9]** 19/2 43/16 44/10 84/4 84/9 90/1 90/3 90/6 98/9
**got [17]** 35/1 39/21 43/5 44/4 44/14 46/25 55/5 64/7 66/2 84/16 85/12 86/6 86/6 91/24 92/22 95/1 109/21
**gotten [1]** 99/12
**government [60]**
**government's [12]** 87/17 92/21 93/11 95/4 95/16 98/12 99/17 101/3 103/8 104/22 109/7 111/3
**grand [1]** 8/11
**granted [1]** 34/25
**great [2]** 64/1 87/12
**greater [1]** 30/1
**grieving [1]** 98/7
**Grigoroyan [1]** 76/19
**Grigoryan [7]** 35/20 36/9 57/20 58/5 71/20 72/5 72/8
**Grigoryan's [2]** 72/18 76/18
**group [3]** 3/15 35/15 35/22
**groupings [1]** 51/9
**guaranteed [1]** 42/23
**guess [2]** 91/5 102/14
**guide [1]** 93/15
**guilt [3]** 12/19 18/3 18/11
**guilty [44]** 12/8 12/10 12/17 13/1 13/2 13/6 13/6 16/25 16/25 19/10 22/7 23/10 25/4

26/4 26/9 27/13 32/5 36/23 93/20 94/11 96/6 97/12 99/25 100/10 100/11 100/16 100/21 101/23 104/19 106/25 107/13 108/14 108/16 108/20 108/20 109/1 109/2 111/6 112/20
**Gusto [6]** 50/21 50/23 50/24 51/1 51/18 74/5
**guy [1]** 61/23

## H

**had [39]** 16/19 21/16 21/19 23/19 25/16 30/1 36/3 39/21 48/6 52/13 60/24 60/25 61/6 63/3 63/24 64/14 64/17 70/7 81/3 81/14 85/6 85/14 86/22 87/12 88/7 90/4 97/8 97/10 97/20 97/21 98/15 98/16 98/17 100/21 104/16 105/11 105/13 105/20 105/24
**half [3]** 109/16 110/3 110/19
**hand [5]** 13/3 16/10 20/18 63/23 86/5
**handle [1]** 75/8
**handling [1]** 84/1
**hands [1]** 41/23
**handwritten [2]** 57/7 57/9
**happened [5]** 16/1 74/21 75/18 104/24 110/17
**happening [2]** 93/2 100/14
**happens [3]** 20/19 65/19 100/15
**hard [5]** 56/8 56/15 56/17 89/19 89/21
**Hardware [1]** 95/20
**Harley [5]** 38/10 58/15 59/1 64/12 75/5
**Harley-Davidson [3]** 38/10 58/15 64/12
**Hart [3]** 73/1 77/14 77/15
**has [43]** 5/10 9/3 10/15 12/14 14/22 15/1 16/7 16/9 17/18 20/18 21/10 22/9 30/16 31/19 33/8 33/9 33/10 33/13 34/4 36/20 39/15 49/10 59/21 61/14 72/13 75/2 77/1 79/6 80/24 85/17 85/19 87/24 88/11 88/23 91/23 96/8 97/5 98/16 101/16 101/22 105/21 107/2 113/2
**hasn't [1]** 96/17
**have [115]**
**haven't [3]** 87/12 99/12 109/20
**having [2]** 48/17 52/12
**Hayrapetyan [3]** 35/21 72/13 73/14
**he [144]**
**He's [2]** 64/9 66/9
**head [1]** 105/5
**hear [4]** 15/11 33/22 60/13 113/1
**heard [41]** 11/3 14/6 14/13 16/19 17/16 17/25 18/4 18/13 34/20 35/4 35/10 36/5 36/6 36/7 36/10 40/16 41/18 42/16 42/23 49/7 50/24 52/25 53/2 62/13 68/13 72/5 73/24 74/3 74/4 74/5 74/5 77/21 77/24 83/7 84/11 84/17 85/22 104/15 106/6 107/17 110/2
**held [5]** 5/6 10/25 78/18 79/8 114/6
**help [9]** 13/22 19/19 26/8 28/5 58/17 59/5 99/2 99/4 107/6
**helped [2]** 20/5 60/21
**helpful [1]** 26/24

**H**

helping [1]   27/2
helps [1]   10/16
her [70]
here [53]   5/8 10/8 16/24
37/25 40/20 43/20 44/8 46/12
46/14 46/16 46/21 47/10
48/21 49/4 49/14 51/11 54/9
54/23 56/25 56/25 58/18
59/12 60/3 60/17 61/1 66/3
68/2 69/4 69/19 70/9 71/9
71/19 71/24 76/9 76/25 81/19
83/24 86/4 91/10 92/21 94/5
94/18 99/21 100/24 101/12
102/18 105/4 106/20 108/8
108/19 109/4 110/21 112/16
hereby [1]   114/4
hers [1]   106/10
herself [2]   96/22 108/2
hey [1]   63/15
hid [2]   36/2 36/2
hide [3]   37/2 37/2 108/25
high [1]   89/18
highlight [1]   46/14
highlighted [1]   61/22
Highway [1]   3/20
him [23]   8/11 38/16 39/24
46/20 58/17 58/21 59/3 59/5
60/1 60/21 62/13 66/2 67/7
67/10 67/15 68/17 78/1 85/20
86/6 102/22 104/16 104/17
108/14
himself [2]   49/11 59/1
his [79]
hit [3]   64/3 78/8 96/7
hold [4]   43/24 102/25 111/25
112/12
home [31]   37/24 38/7 45/25
47/24 49/22 52/3 52/23 53/24
54/1 54/2 54/4 54/4 54/18
55/15 56/3 56/4 56/11 56/18
57/14 60/9 70/2 70/11 70/19
71/3 71/15 71/17 75/20 76/24
95/8 95/18 95/20
Homeland [1]   70/5
honestly [1]   92/23
Honor [22]   5/16 5/22 6/1 6/5
6/6 6/14 7/10 7/13 7/16 8/3
8/15 8/23 8/25 9/15 9/25
10/10 10/19 34/9 79/6 79/12
87/9 92/11
HONORABLE [1]   1/3
hope [1]   23/8
hoping [1]   99/22
hours [6]   7/12 7/12 46/23
47/2 59/13 83/23
house [19]   45/22 55/3 55/9
55/20 63/2 65/20 71/22 72/3
72/6 72/9 72/10 77/7 86/21
102/8 104/8 107/11 107/11
107/19 108/6
however [4]   16/7 20/3 36/11
90/22
huge [1]   43/6
husband [4]   36/8 54/19 98/14
98/24

**I**

I'll [2]   63/17 63/18
I'm [5]   47/23 59/12 84/9

ID [5]   47/17 47/17 61/2
61/24 77/13
ID's [2]   55/13 56/5
idea [7]   31/6 31/12 59/21
62/22 62/23 101/10 102/23
identical [1]   61/7
identifiable [1]   52/8
identification [4]   32/11
32/18 33/4 33/6
identifies [1]   23/4
identities [11]   21/7 35/5
35/8 36/1 36/3 37/3 39/14
48/17 59/20 70/16 77/17
identity [24]   11/15 31/24
32/6 39/8 39/10 48/11 48/13
56/13 60/14 68/11 69/7 69/21
74/18 77/19 79/17 79/19
79/21 81/17 85/9 92/14 92/16
92/19 97/14 98/12
idiot [2]   68/1 68/6
idiots [2]   42/25 68/2
IDs [7]   47/10 56/18 60/25
61/15 61/18 62/5 63/7
ignore [3]   12/1 16/13 34/6
illustrate [1]   89/19
image [6]   52/4 109/10 109/15
109/21 109/24 110/18
images [6]   70/20 109/11
110/1 110/2 110/3 110/4
immediately [1]   64/11
impartial [3]   12/22 12/24
13/4
impermissible [1]   79/4
implores [1]   55/2
important [14]   12/2 12/2
16/16 17/22 40/24 41/3 41/16
41/22 50/17 50/20 57/13
89/24 95/13 100/24
importantly [1]   109/20
imported [1]   52/21
impossible [2]   85/25 102/25
impression [1]   106/17
improbable [1]   102/24
inadvertently [1]   93/3
include [4]   5/20 21/2 60/20
72/23
included [1]   10/5
includes [1]   62/11
including [3]   11/19 41/1
102/21
incomplete [1]   89/23
inconsistent [2]   6/13 9/21
indictment [25]   8/10 12/7
17/1 17/2 18/9 18/16 19/6
19/16 20/7 22/8 22/13 22/24
23/4 24/19 27/10 31/23 32/21
40/4 40/7 60/16 61/4 73/20
80/16 108/21 108/23
indirect [1]   14/13
indirectly [1]   37/10
individual [10]   35/21 42/3
46/11 54/13 56/12 60/14
67/23 73/15 80/8 80/21
individually [3]   88/7 88/23
94/2
individuals [13]   35/8 42/2
42/10 44/17 44/18 45/16
45/23 48/8 57/4 58/6 70/13
70/23 73/3
induced [1]   26/15
indulge [1]   101/5
infer [5]   94/7 102/3 108/13
110/10 110/11
influence [2]   23/20 25/17
influenced [2]   11/13 11/17
influencing [2]   23/21 25/17
info [10]   46/23 48/25 52/15

information [27]   7/25 40/23
49/24 52/8 52/15 60/8 61/9
61/10 61/14 61/15 61/19
64/24 65/3 66/25 71/1 73/21
73/21 73/22 79/18 81/19
81/24 91/24 92/2 97/24 98/2
98/15 103/24
informed [2]   92/6 107/4
initially [1]   57/20
initials [1]   66/7
initiated [1]   97/9
injury [1]   41/8
inner [1]   45/5
innocence [1]   12/14
innocent [3]   12/9 89/6 112/3
insistent [1]   65/24
instance [1]   50/22
instances [2]   37/5 37/10
instead [1]   10/2
institution [5]   25/11 25/18
25/21 29/4 30/12
instruct [3]   11/3 29/12
29/14
instructed [4]   5/11 14/3
36/20 80/24
instruction [33]   6/9 6/14
7/8 8/6 8/8 8/16 8/17 8/18
10/3 10/13 10/22 14/5 17/11
23/2 24/17 25/24 26/3 27/22
27/25 30/16 30/18 30/20
30/21 30/25 31/3 31/3 90/25
91/1 98/25 100/8 108/18
111/23 112/1
instructions [21]   5/9 11/5
11/25 12/3 17/10 25/2 25/23
28/8 28/9 31/5 31/8 31/13
33/15 33/19 88/22 89/20
92/22 99/20 99/24 111/8
111/15
instrument [1]   30/11
insured [1]   25/22
intellectual [1]   68/10
intend [2]   34/2 79/3
intended [3]   13/22 89/4
91/25
intending [2]   19/19 28/5
intent [7]   20/13 23/22 23/23
25/19 26/17 27/3 100/1
intention [5]   11/23 27/1
33/11 33/14 79/1
intentionally [1]   26/7
interacting [1]   45/18
interest [2]   15/14 20/4
interesting [2]   87/21 97/14
Interestingly [1]   91/13
interiors [6]   51/13 51/19
69/10 77/8 97/16 97/16
Internal [1]   74/4
International [7]   46/4 46/9
48/21 51/25 57/23 81/13 86/7
interpret [1]   13/23
interpreter [1]   107/18
interpreters [1]   106/13
interrupt [1]   78/12
interstate [5]   23/25 24/11
24/14 29/5 30/11
introduced [2]   8/1 94/25
introduction [2]   83/25
110/23
investigate [1]   105/15
involve [1]   111/4
involved [13]   6/17 6/23 7/1
9/11 21/17 29/9 29/25 35/23
62/17 62/25 63/22 81/9 111/2
involvement [2]   45/6 60/7
involves [1]   39/17
involving [3]   28/15 29/4

involving... [1] 45/15
IP [6] 53/10 60/8 60/10 60/18 64/24 71/1
IRS [9] 75/6 75/13 75/23 76/15 77/1 77/20 78/7 79/25 80/3
is [624]
Islands [2] 83/17 83/19
isn't [3] 61/15 61/16 110/6
issue [2] 8/7 48/14
it [300]
it's [4] 9/5 43/3 59/5 64/16
Italy [1] 52/20
its [12] 18/6 19/18 26/7 28/4 33/9 33/10 101/4 101/15 101/17 105/18 109/25 110/23
itself [2] 80/13 111/22
Iulia [40] 39/8 42/6 46/2 47/8 47/10 48/4 48/5 48/22 48/23 49/16 49/16 54/2 65/20 68/21 68/25 70/7 71/16 73/3 77/4 78/5 78/5 79/15 79/15 79/16 79/22 81/20 82/11 82/12 82/19 82/21 82/24 83/5 83/10 83/15 84/9 86/1 94/2 94/8 102/2 104/7
Iulio [1] 43/2

J
Jack [8] 49/7 60/5 65/12 74/6 77/24 78/7 78/8 80/1
jail [16] 18/1 18/2 46/7 46/9 54/20 54/21 55/18 86/17 101/16 106/6 106/8 106/10 106/19 107/1 108/3 110/17
Jennifer [1] 3/12
job [1] 87/24
jobs [2] 41/11 64/4
John [3] 3/4 7/19 87/14
Johnson [6] 2/14 2/17 2/19 2/22 3/19 3/20
join [5] 8/14 8/25 9/2 21/4 36/18
joined [2] 17/5 50/14
joins [2] 20/16
joke [1] 85/10
Journeyman [1] 53/7
JP [1] 82/11
Jr [1] 3/14
judge [4] 1/4 36/20 80/24 104/4
judgment [1] 108/16
Judicial [1] 114/9
July [2] 53/18 69/18
July 18 [1] 69/18
July 21st [1] 53/18
JUNE [6] 1/17 5/1 49/22 94/25 95/23 114/10
June 17 [1] 94/25
June 19th [1] 95/23
jurors [3] 17/22 89/21 111/18
jury [17] 1/15 5/7 8/6 8/8 8/11 8/11 9/23 11/1 11/2 11/5 31/9 34/10 78/19 79/9 86/24 88/22 89/20
just [58]
JUSTICE [2] 2/4 2/9
Justin [1] 41/19

K
Kathleen [1] 40/19
KATIE [2] 1/21 114/12
Katzman [2] 3/4 3/7
Kauichka's [1] 65/13
Kauichko [45] 39/10 46/2 49/5 49/9 50/4 50/5 52/1

52/16 52/22 53/7 53/8 57/1
71/21 71/24 72/2 72/19 72/19 73/6 78/1 88/16 88/17 94/8 101/24 102/2 102/3 102/15 102/20 102/24 103/2 103/4 103/7 103/8 103/12 103/13 103/15 103/21 103/25 104/6 104/11 104/12 105/22 106/2 106/2 109/6
Kauichko's [2] 102/6 106/4
keep [2] 96/16 97/4
keeping [1] 93/18
Keough [1] 2/19
Kept [1] 43/24
key [1] 99/21
kids [2] 107/8 108/3
kind [3] 19/20 88/7 100/19
kinds [2] 97/24 109/9
kitchen [1] 90/3
knew [17] 6/10 7/1 9/10 21/16 25/13 28/21 28/24 29/7 29/9 29/24 32/17 48/13 89/4 95/1 101/8 108/9 110/5
know [65]
knowing [5] 6/16 19/18 20/24 28/4 101/2
knowingly [3] 23/14 25/9 32/9
knowledge [7] 20/15 20/18 21/5 27/1 27/5 48/12 86/16
known [2] 96/8 96/9
knows [14] 24/6 33/9 33/10 33/13 55/2 55/8 86/18 86/19 86/19 93/1 100/13 106/3 106/18 107/1
Kopytova [1] 57/2
Kudimov [4] 71/20 77/19 84/11 84/23

L
lack [2] 12/22 99/15
lacks [1] 68/9
laid [1] 24/23
Lamps [3] 85/22 85/23 85/24
Landsgaard [2] 84/19 84/23
language [7] 9/21 10/2 10/13 17/17 17/19 17/22 17/24
last [11] 5/17 9/25 34/20 35/3 36/11 43/5 46/25 79/13 86/13 100/24 109/4
later [10] 27/16 42/21 43/4 43/4 45/8 48/10 57/21 69/20 92/25 96/2
laugh [1] 44/12
laughed [1] 68/16
laughing [3] 43/20 44/11 44/12
laundered [1] 82/25
laundering [17] 6/10 9/7 27/11 27/20 28/7 28/10 30/15 30/19 30/21 36/15 38/25 39/7 71/5 72/12 81/9 81/9 95/5
law [13] 3/15 3/20 7/5 9/4 11/4 11/9 11/11 11/13 14/18 14/24 22/6 35/18 36/21
lawyer [4] 5/14 5/20 63/3 84/18
lawyer's [2] 13/17 13/19
lawyers [7] 13/16 13/16 13/20 13/25 31/7 33/19 79/2
leader [1] 39/5
leaders [1] 42/10
learned [2] 44/19 106/7
leased [2] 57/20 57/21
least [14] 19/13 19/14 19/16 19/18 20/7 21/14 26/16 27/17 27/19 28/4 91/17 100/19 101/7 104/9
Leave [1] 58/23

leaves [2] 12/17 89/17
left [5] 5/15 23/3 23/5 91/20 94/13
legal [1] 32/10
lenders [2] 66/20 73/23
lent [1] 41/5
let [6] 29/14 33/4 59/7 66/8 75/8 78/11
let's [8] 7/11 34/7 42/24 87/10 93/7 95/12 101/20 104/21
letter [1] 59/3
Lewis [1] 3/4
liability [1] 80/23
liable [1] 40/3
license [11] 32/14 47/15 47/16 56/5 70/21 75/13 77/20 78/6 79/24 82/22 82/24
licenses [2] 45/22 45/23
lie [1] 65/17
lied [2] 37/9 64/19
lifeline [2] 40/17 41/10
light [2] 15/20 101/4
like [24] 41/13 43/23 43/25 45/7 48/18 56/21 61/15 62/7 66/13 67/19 70/7 70/24 72/13 76/10 79/3 81/25 87/18 87/22 93/4 98/4 112/4 112/5 112/9 112/10
likely [1] 97/9
likes [1] 11/18
Likewise [1] 41/7
limit [1] 67/5
limited [1] 14/4
Limo [3] 57/3 66/6 76/9
line [13] 34/22 39/6 39/21 44/19 50/18 50/18 55/11 56/6 62/4 76/4 87/20 87/22 88/4
lines [1] 8/8
link [1] 83/5
links [2] 82/21 82/23
list [3] 57/14 69/4 72/22
listed [1] 77/15
lists [6] 56/19 57/15 57/24 57/25 57/25 58/1
little [5] 68/5 85/22 88/16 89/15 89/20
Littrell [7] 3/4 3/4 3/7 4/11 7/19 87/14 92/6
Littwin [1] 40/19
Liudmyla [1] 57/2
live [3] 72/9 72/21 102/11
lived [2] 52/23 55/24
living [1] 104/9
LLP [6] 2/14 2/17 2/19 2/22 3/4 3/7
loan [48] 34/23 34/24 35/5 37/23 38/3 38/24 39/13 39/18 39/20 40/8 40/8 41/8 43/25 45/18 47/25 49/2 49/6 49/18 50/10 53/19 54/10 54/16 56/6 56/14 56/15 58/3 60/12 60/15 61/11 63/12 64/11 64/19 69/20 71/2 74/10 74/13 76/9 77/13 79/13 79/14 80/2 82/5 84/1 92/5 98/8 100/3 100/3 100/12
loans [25] 9/4 9/13 39/10 41/13 41/14 44/2 44/8 48/25 49/1 49/13 49/17 50/8 56/23 57/18 60/17 62/7 63/13 73/20 74/16 76/25 81/10 82/2 92/3 106/3 110/25
local [4] 57/15 69/3 70/14 77/16
located [1] 88/5
location [1] 29/1
locations [1] 21/7

**L**

log [2]   97/24 98/15
log-in [2]   97/24 98/15
LOL [9]   43/25 44/10 47/6
 66/13 84/5 84/10 85/10 85/11
 85/15
long [2]   21/1 110/23
longer [1]   78/12
look [52]   30/20 43/8 45/16
 46/21 47/14 47/22 48/19
 48/23 51/7 51/8 51/23 52/10
 52/17 53/11 53/13 53/18 54/9
 54/11 54/21 55/23 56/9 56/10
 57/19 58/9 58/14 59/9 59/11
 61/21 62/9 64/17 65/6 66/1
 67/17 67/25 68/3 68/11 68/21
 70/23 71/4 71/7 78/4 82/18
 86/3 87/12 93/25 95/12 95/15
 96/3 98/1 99/5 107/13 112/9
looked [3]   62/7 68/16 104/16
looking [3]   88/10 109/13
 110/5
looks [2]   6/15 112/10
LOS [7]   1/14 1/23 2/7 2/15
 3/9 3/16 5/1
lost [2]   105/17 105/21
lot [19]   31/4 44/23 50/13
 53/1 53/2 64/1 64/7 64/9
 68/2 76/10 79/16 84/11 87/16
 87/22 87/23 89/1 99/19 103/9
 111/2
lots [1]   102/19
loud [2]   44/11 92/24
love [1]   103/13
loves [1]   104/12
luggage [9]   48/20 51/24
 68/24 81/13 101/15 102/17
 105/19 108/11 110/17
lump [1]   88/25
lunch [1]   112/24
Luncheon [1]   113/5
luxury [1]   37/20

**M**

made [11]   7/19 18/1 20/1
 23/18 64/1 74/12 79/18 83/24
 86/12 95/18 101/17
mail [11]   44/14 67/10 67/11
 69/15 84/2 84/2 84/5 84/11
 84/13 84/16 84/16
mailed [2]   5/18 46/25
mailing [2]   48/2 84/13
mails [6]   42/22 47/22 47/23 56/19
 56/20 56/21 56/22
maintained [1]   6/8
make [22]   5/24 10/7 14/18
 16/2 59/23 61/23 87/10 88/21
 89/22 89/23 90/9 99/22 103/8
 103/11 104/19 105/23 107/3
 108/14 109/1 111/3 111/5
 113/2
makes [7]   39/23 68/5 75/12
 106/11 107/13 108/15 109/2
making [3]   25/11 64/2 105/9
male [2]   47/14 79/19
man [3]   69/2 69/16 70/7
manner [2]   14/25 15/13
mansion [4]   37/16 37/16
 58/16 64/13
Manuk [9]   35/20 36/9 57/20
 58/5 71/20 72/5 72/8 72/18
 76/18
Manukyan [3]   73/10 73/12
 74/24
Manukyan's [1]   50/3
many [7]   21/2 39/10 46/16
 49/17 69/24 105/17 111/4
March [3]   19/14 27/17 42/15
March 12 [1]   42/15
March 13 [1]   42/15
Marietta [36]   17/25 32/1
 35/16 36/7 37/14 37/17 37/24
 38/2 38/4 38/7 39/9 46/3
 46/8 49/21 51/23 51/24 52/5
 52/19 53/15 53/23 54/5 54/6
 57/10 57/22 58/6 70/1 71/13
 71/17 72/3 72/10 75/19 76/24
 83/2 83/8 86/18 87/14
Marietta's [2]   52/18 77/7
Mark [6]   32/12 68/14 74/6
 75/11 85/19 85/21
market [2]   2/20 43/11
married [3]   99/2 110/21
 112/17
Mary [37]   88/10 88/18 93/17
 94/10 94/14 94/17 94/23
 95/13 97/3 97/10 97/20 98/4
 98/23 100/4 102/5 102/11
 102/23 103/3 103/10 103/12
 103/16 104/2 104/8 104/12
 104/18 104/23 105/3 105/19
 106/7 109/6 109/9 109/13
 109/21 110/8 110/21 111/5
 111/24
Mary's [1]   97/17
Marylee [1]   45/11
massage [1]   91/2
Massino [1]   7/23
massive [2]   34/11 35/13
Masterman [1]   41/19
match [1]   61/23
matches [2]   47/15 86/10
material [4]   19/2 19/4 23/19
 25/16
matter [5]   9/16 12/5 19/24
 99/24 114/7
mattered [4]   41/20 73/22
 73/22 73/25
matters [1]   20/4
max [1]   43/10
may [37]   10/20 11/21 11/21
 12/4 12/21 13/11 13/13 14/6
 14/10 15/4 15/6 15/9 15/23
 16/3 16/9 16/12 16/20 17/21
 18/5 18/10 21/1 21/2 21/4
 22/7 24/3 26/4 31/18 34/1
 37/1 61/16 61/16 78/20 98/22
 102/4 103/13 108/13 111/13
maybe [3]   88/5 107/8 108/5
me [19]   29/14 33/4 33/17
 47/6 55/17 59/7 59/8 60/1
 63/3 63/8 66/8 66/13 66/24
 67/12 67/12 78/11 83/24
 87/18 107/17
mean [4]   90/22 93/1 99/1
 106/15
meaning [3]   34/17 40/6 90/24
meanings [2]   106/14 107/20
means [31]   6/25 23/16 26/7
 26/10 29/8 30/9 32/10 32/17
 33/3 33/5 54/24 55/1 55/4
 89/6 89/16 89/19 93/5 99/2
 103/25 104/1 105/22 106/1
 106/3 106/22 107/23 107/24
 108/24 109/23 110/9 111/10
 111/14
meant [3]   98/23 106/17
 110/25
Mechanics [1]   77/18
media [12]   50/1 50/6 50/10
 51/13 51/19 52/5 52/16 53/7
 57/8 73/9 74/23 102/9
Meghan [1]   2/16
member [9]   19/17 20/11 21/5
 22/1 22/4 22/12 28/3 36/16
 39/24
members [9]   11/2 21/3 21/7
22/5 22/17 34/9 36/12 38/21
memory [2]   13/25 15/12
merely [5]   20/23 20/24 26/21
 100/25 101/1
merge [1]   9/20
Merkuchian [1]   50/2 52/6
 73/7
Mesereau [4]   3/14 3/15 10/7
 79/2
message [3]   47/5 47/19 59/11
messages [26]   41/25 43/7
 43/8 45/2 45/8 47/23 50/15
 52/10 52/12 58/18 59/17 62/2
 65/23 66/1 66/15 66/22 68/3
 68/4 81/17 83/19 83/21 84/7
 84/24 102/22 103/17 109/11
met [1]   20/3
Miami [9]   46/4 46/9 46/9
 48/20 51/25 55/18 57/23
 81/13 86/7
Michael [1]   2/19
mid [1]   83/3
middle [9]   46/5 49/23 58/19
 58/20 59/9 67/25 84/8 94/18
 111/1
might [3]   21/20 99/19 111/10
Mikala [1]   59/20
million [5]   37/16 54/18
 58/16 64/13 72/6
mind [3]   86/15 96/16 97/4
minor [1]   21/24
minute [6]   39/17 58/21 93/6
 95/9 95/22 102/16
minutes [4]   59/8 78/14 78/14
 78/16
misleading [2]   74/17 106/16
misrepresented [4]   74/19
 74/25 75/15 76/21
misrepresents [1]   77/1
missed [1]   96/12
misstate [1]   34/6
mistake [1]   105/23
mistakes [1]   16/2
Mod [7]   51/13 51/19 69/10
 69/13 77/8 97/16 97/16
model [2]   6/14 7/8
mom [5]   55/17 95/18 95/21
 104/9 109/3
mom's [1]   107/9
moment [4]   36/21 92/15
 105/11 108/14
moments [1]   31/7
Monday [1]   67/14
monetary [5]   27/23 29/17
 29/22 30/9 30/11
money [97]
Monica [1]   3/15
month [1]   43/17
months [6]   43/4 51/20 82/7
 105/25 107/25 110/17
more [20]   14/14 17/4 19/15
 19/21 19/22 20/23 21/14
 27/18 33/12 53/21 57/10
 61/17 61/21 68/5 72/12 78/4
 91/11 92/10 97/8 101/1
Morgan [1]   82/11
morning [2]   84/4 87/12
Moron [1]   68/8
most [8]   71/25 78/14 91/5
 100/24 101/4 101/6 107/12
 109/20
mother [2]   54/5 71/18
motorcycle [1]   38/10
mountain [3]   44/24 47/9 73/4
move [6]   9/24 35/11 40/14
 40/15 81/1 92/10
moved [6]   39/11 39/14 48/7
 52/23 53/24 63/2

**M**

moving [2]  73/15 97/6
MR [2]  4/10 4/11
Mr. [10]  5/18 10/7 34/8
  78/20 79/2 79/11 82/9 87/20
  92/6 103/23
Mr. Ayvazian [2]  82/9 103/23
Mr. Cruz [1]  5/18
Mr. Fenton [3]  34/8 79/11
  87/20
Mr. Littrell [1]  92/6
Mr. Mesereau [2]  10/7 79/2
Mr. Ram [1]  78/20
Ms. [13]  87/18 88/2 88/7
  89/3 91/13 92/18 94/15 95/5
  95/7 95/21 96/6 101/14
  101/23
Ms. Robinson [1]  94/15
Ms. Tarabelian [1]  88/7
Ms. Terabelian [9]  87/18
  88/2 89/3 91/13 92/18 95/5
  95/21 96/6 101/23
Ms. Terabelian's [2]  95/7
  101/14
much [14]  14/20 16/17 16/22
  43/17 55/3 55/20 66/4 78/12
  86/21 87/15 91/11 93/10
  99/13 103/12
multiple [2]  106/14 107/19
must [32]  8/17 8/22 11/12
  11/25 13/17 14/5 17/5 19/11
  20/6 23/12 24/12 24/15 25/6
  26/2 26/11 26/25 27/14 28/7
  28/13 29/20 30/22 31/2 32/7
  34/3 36/21 68/1 89/5 102/15
  104/1 106/1 106/2 106/25
my [13]  11/3 44/12 59/13
  62/23 63/3 63/15 63/20 83/12
  83/25 86/5 103/20 103/20
  105/10
myself [1]  47/6

**N**

name [62]
named [2]  35/21 42/3
namely [2]  32/11 32/21
names [12]  21/6 35/7 35/7
  37/8 37/13 43/12 43/14 57/6
  57/17 74/7 74/8 91/24
national [2]  11/14 34/11
natural [5]  22/21 23/20
  25/16 112/2 112/4
nature [2]  24/11 29/1
Nazar [15]  32/14 38/5 69/8
  69/11 69/12 69/18 77/8 94/4
  94/8 97/17 97/25 98/2 98/15
  99/7 104/6
near [1]  18/21
nearly [1]  91/14
necessarily [3]  7/3 16/15
  29/11
necessary [8]  18/19 18/22
  20/1 21/3 22/21 31/9 33/17
  40/10
need [20]  24/9 24/9 24/24
  33/3 33/5 43/9 58/21 59/19
  63/9 63/16 63/25 64/6 64/14
  71/8 72/7 75/10 80/18 86/21
  86/21 86/25
needed [4]  34/15 34/18 38/12
  41/11
needs [3]  44/15 64/9 99/4
neither [1]  70/23
never [6]  8/12 44/15 77/6
  77/22 101/9 110/15
new [5]  2/10 2/18 42/3 82/23
  93/12
Newcomer [1]  2/16

Newtek [1]  43/5
next [2]  14/20 98/10
Nicholas [1]  2/22
night [3]  5/18 46/25 47/2
no [29]  1/8 14/18 20/18
  27/16 39/15 62/1 62/18 62/21
  64/4 88/6 93/7 94/21 94/25
  95/2 96/11 96/14 96/24 97/2
  99/5 99/24 100/4 100/6
  100/20 101/10 103/24 105/15
  105/23 112/17 114/12
No. [8]  6/9 24/17 28/1 30/18
  30/25 31/3 31/3 31/3 45/3
No. 10 [1]  45/3
No. 25 [1]  24/17
No. 28 [4]  6/9 30/18 30/25
  31/3
No. 29 [2]  28/1 31/3
Nobody [1]  65/10
nods [1]  105/5
none [4]  4/4 4/7 15/7 57/4
nonsense [4]  104/3 104/3
  106/5 107/1
North [2]  2/6 3/20
not [161]
note [4]  7/10 52/9 58/23
  106/13
notes [7]  57/7 57/9 69/12
  79/4 97/23 98/16 102/9
nothing [4]  55/18 84/16 98/3
  98/21
notice [3]  5/14 61/6 83/12
noticed [1]  111/18
notion [1]  92/22
November [1]  52/4
November 5th [1]  52/4
now [73]
number [21]  16/15 23/3 32/14
  38/23 38/24 41/2 42/4 42/5
  42/6 46/24 47/19 47/20 66/24
  68/22 68/22 75/15 76/10 85/3
  85/6 85/15 86/10
numbers [3]  28/9 47/5 51/10
NW [2]  2/10 2/23
NY [1]  2/18

**O**

o'clock [3]  6/4 112/25 113/4
oath [1]  11/23
object [3]  20/8 20/13 20/20
objected [1]  96/24
objection [1]  8/7
objections [3]  8/4 9/1 13/15
objects [4]  19/18 21/15 28/4
  71/9
obligation [2]  96/14 105/11
obscured [2]  35/25 36/1
obtain [1]  25/10
obtained [3]  37/6 38/3 54/17
obtaining [2]  23/16 38/23
occur [1]  24/13
occurred [2]  24/15 30/7
October [12]  27/18 46/6 83/3
  83/10 83/16 83/16 85/25 86/8
  102/17 105/25 107/25 109/16
October 10th [1]  83/16
October 14th [1]  85/25
October 19th [1]  105/25
October 2020 [2]  27/18
  102/17
October 20th [3]  83/16 86/8
  107/25
October 28th [1]  109/16
October 9th [1]  83/10
off [1]  44/13
offense [8]  17/2 18/20 18/23
  31/20 32/2 32/4 32/20 108/23
offenses [4]  18/8 18/17
  31/15 31/18

OFFICE [3]  2/4 3/20 58/22
Official [1]  1/21
often [1]  16/1
oh [3]  63/8 96/3 98/22
okay [11]  8/2 8/24 9/23
  42/24 59/7 63/19 67/8 67/9
  67/14 78/17 112/21
Olaf [5]  84/5 84/15 84/16
  84/19 84/23
old [2]  61/22 82/21
omitted [1]  23/18
once [4]  34/24 36/16 36/18
  64/3
one [108]
ones [1]  59/22
online [1]  96/21
only [18]  13/12 16/24 17/12
  18/6 19/1 19/3 24/3 25/23
  25/25 48/22 51/20 67/11
  67/12 80/1 95/6 102/24
  108/19 112/12
open [2]  78/22 82/1
opened [2]  35/7 95/14
opening [6]  13/21 36/5 39/1
  46/18 49/21 89/1
operation [1]  41/4
operations [1]  41/11
opinion [1]  11/19
opportunities [2]  33/23
  107/2
opportunity [3]  15/10 34/15
  105/13
order [6]  19/10 23/10 25/4
  27/13 32/5 59/19
ordinary [1]  24/7
organize [1]  33/16
orientation [1]  11/15
originators [1]  20/17
other [64]
others [3]  12/1 16/12 93/18
otherwise [6]  6/2 9/4 9/13
  40/12 67/19 96/1
our [2]  39/1 39/17
out [38]  9/3 12/1 21/14
  23/25 24/1 24/23 25/9 34/14
  34/17 38/4 39/3 41/5 44/11
  44/13 54/15 54/17 58/17 63/2
  66/9 67/1 74/17 83/11 89/11
  92/23 93/18 93/24 94/17 95/3
  96/3 96/4 96/5 96/10 100/23
  104/16 105/4 105/9 105/12
  107/10
outcome [1]  15/14
outline [1]  78/23
outset [2]  40/16 99/18
outside [3]  5/6 78/18 105/6
over [18]  34/20 35/3 36/10
  43/15 43/15 43/16 51/11
  51/11 59/2 60/13 60/13 63/23
  77/9 88/21 91/21 107/9 108/1
  110/18
overall [2]  10/2 21/9
overlap [2]  58/9 72/24
overwhelming [2]  73/19 88/17
own [6]  35/25 37/18 37/25
  38/8 101/15 105/18
owned [2]  68/19 68/20
owner [5]  54/13 65/8 81/20
  85/7 85/9
owners [2]  69/3 70/14
ownership [1]  29/1

**P**

p.m [1]  113/5
Pacific [1]  3/20
PAETTY [1]  2/5
page [9]  4/3 4/9 5/15 6/9
  9/8 9/17 9/18 23/3 114/7

**P**

pages [1]  45/4
paid [4]  53/16 53/21 54/3
86/4
pandemic [5]  46/6 49/23 64/3
84/8 111/1
panicked [3]  108/11 108/24
109/2
panicking [1]  105/8
panics [1]  108/4
paper [3]  81/22 81/23 101/18
paperwork [1]  63/13
paragraph [1]  61/22
Paronyan [3]  35/20 51/16
76/1
part [13]  15/7 16/12 18/15
23/19 23/21 24/1 25/18 28/25
35/14 49/20 66/3 66/9 89/2
participant [4]  42/8 66/14
88/12 110/12
participants [1]  38/21
participate [2]  21/10 99/25
participated [3]  23/14 100/5
101/10
participates [1]  27/4
participating [3]  20/12
100/6 100/9
participation [1]  21/24
particular [9]  20/9 26/10
28/1 35/24 49/17 50/22 61/19
79/2 80/25
particularly [2]  50/20
112/15
parties [5]  5/8 7/21 7/24
13/10 17/13
parting [1]  33/15
partnership [1]  19/21
parts [5]  44/21 50/19 55/11
56/5 62/4
pass [1]  42/17
passed [1]  49/10
passive [1]  66/14
password [2]  96/21 97/2
passwords [1]  109/12
pattern [1]  48/15
Pause [1]  10/6
pay [10]  52/24 54/1 62/19
65/20 67/1 67/2 73/2 75/20
76/23 86/14
Paycheck [1]  40/18
paying [1]  104/9
payment [2]  49/20 54/1
payments [2]  64/8 67/18
PayPal [2]  44/5 44/6
payroll [13]  35/6 50/21
50/21 50/25 51/17 51/19
55/13 65/17 74/19 75/1 75/15
76/21 77/1
pays [3]  69/6 71/18 104/6
penny [5]  51/10 51/10 51/20
62/10 65/3
people [14]  11/21 16/1 16/2
56/21 56/21 61/18 66/17 68/2
70/15 87/23 92/3 93/4 111/2
111/4
people's [5]  35/7 57/6 57/6
97/5 97/6
percent [3]  59/4 59/4 59/5
performance [1]  21/2
performed [2]  22/2 22/14
perhaps [2]  10/20 20/5
period [4]  21/1 21/25 48/7
50/22
permission [1]  33/7
permit [1]  8/9
perpetrate [1]  34/11
person [40]  7/1 20/14 20/22
22/12 22/14 22/16 23/21

26/15 26/22 26/24 27/2 32/11
33/12 48/14 54/3 55/2 57/23
65/14 70/4 77/4 83/15 84/13
87/24 92/16 94/9 96/25 97/1
97/9 98/15 98/16 99/3 100/24
102/4 102/5 103/18
person's [4]  11/14 21/23
33/7 48/13
personal [6]  11/18 41/6
41/15 54/10 94/20 94/22
personally [3]  14/12 26/5
52/8
persons [5]  19/15 19/21
20/24 27/19 101/1
perspective [1]  111/17
pertaining [1]  48/2
Peter [2]  3/19 3/20
Phon [2]  59/20 76/19
phone [32]  18/1 42/5 49/15
49/25 52/2 52/5 55/15 55/16
57/10 60/24 60/25 61/10
61/18 63/7 68/22 68/22 69/10
70/21 85/2 85/16 97/24 98/16
101/19 102/19 109/7 109/8
109/10 109/13 109/22 109/25
110/1 110/18
phrase [1]  29/7
physical [3]  7/18 7/24 33/9
pick [2]  85/15 97/8
picked [1]  88/15
pictures [3]  61/7 61/7 70/22
piece [9]  45/20 50/16 51/3
59/6 81/21 81/23 101/18
107/12 111/13
pieces [2]  104/23 110/13
pin [1]  109/13
place [5]  59/20 67/7 67/13
82/16 112/7
placed [1]  46/8
places [5]  9/9 44/1 44/2
45/17 112/11
PLAINTIFF [2]  1/7 2/3
plan [6]  20/6 20/12 23/15
23/15 25/10 100/1
planned [2]  42/12 67/19
planning [1]  46/17
play [2]  93/14 93/14
play-by-play [1]  93/14
played [2]  39/2 54/6
players [2]  71/25 71/25
pleaded [1]  12/8
please [8]  12/3 61/22 61/23
66/13 67/7 92/9 107/8 111/7
plus [4]  69/25 85/23 85/23
85/24
point [9]  9/3 9/25 31/13
73/4 73/14 79/21 93/10 95/3
101/7
pointed [1]  94/17
points [3]  37/4 105/4 105/6
pooled [1]  73/1
pooling [1]  54/7
possessed [1]  32/10
possessing [1]  92/15
possession [12]  33/8 33/12
52/7 52/18 61/2 73/9 73/11
73/12 86/9 98/3 98/4 105/18
possible [1]  12/19
possibly [2]  10/21 101/25
Postmates [1]  95/19
power [4]  33/10 33/13 54/3
54/4
PPL [1]  82/5
PPP [40]  9/4 9/13 37/17
37/22 38/3 38/12 38/23 39/13
40/8 40/8 40/12 41/13 41/20
45/18 47/25 48/25 49/6 50/10
53/19 54/10 54/16 56/6 56/14

56/15 56/22 57/17 59/4 60/17
71/14 71/22 80/2 81/10 82/1
98/8 100/3 100/12
practically [1]  6/4
precisely [2]  18/24 27/7
precision [1]  31/5
preempt [1]  12/13
preferences [1]  11/21
prejudice [2]  11/18 15/16
prepared [2]  77/22 101/21
preparer [1]  78/7
preparing [1]  83/9
presence [7]  5/7 11/1 33/9
33/10 33/13 78/19 79/9
present [1]  26/24
presentation [1]  101/4
presented [6]  8/12 76/11
97/22 97/23 97/23 110/8
preserve [2]  8/4 8/7
president [1]  42/16
PRESIDING [1]  1/4
presume [1]  89/5
presumed [1]  12/9
presumptions [1]  101/5
pretending [1]  83/15
pretenses [1]  23/17
pretrial [4]  81/3 81/4 81/7
82/10
Pretty [1]  93/10
previewed [2]  39/3 39/16
prime [1]  99/11
prior [1]  16/20
prize [1]  72/6
probably [3]  21/21 94/9
112/24
problem [4]  8/19 102/18
107/16 108/8
problems [1]  67/3
proceedings [7]  1/13 5/6
10/6 10/25 78/18 79/8 114/6
proceeds [22]  6/11 6/18 6/24
7/2 9/12 28/16 28/22 29/2
29/8 29/10 35/12 38/15 39/7
39/11 39/14 41/4 59/16 64/12
71/12 73/17 81/9 82/25
process [1]  11/8
procured [1]  26/15
produce [3]  34/23 96/14
96/15
product [1]  61/20
program [5]  40/19 41/8 41/20
43/16 44/20
programs [1]  45/19
prohibits [1]  14/24
prominently [1]  65/22
promises [4]  23/17 25/12
25/14 25/15
promising [1]  11/24
promptly [1]  113/4
proof [13]  12/16 12/16 14/11
14/14 58/4 58/12 68/9 89/14
89/16 89/17 89/18 96/16
111/9
property [19]  6/11 6/17 6/23
7/1 9/11 23/16 23/21 25/10
25/18 27/23 28/15 28/21 29/7
29/9 29/18 29/25 30/1 30/3
84/22
prosecution [3]  88/24 89/7
90/15
prosecution's [1]  91/8
prosecutors [3]  89/8 90/11
112/8
protect [2]  104/12 108/14
Protection [1]  40/19
protects [1]  108/12
prove [18]  12/14 12/18 14/17
18/20 18/23 19/11 23/12 25/7

**P**

prove... [10]   26/9 26/11
27/6 27/14 28/13 29/20 32/7
34/3 101/25 109/5
proved [1]   22/9
proven [1]   31/19
proves [2]   12/10 21/11
provide [4]   5/23 40/22 42/11
66/25
provided [3]   28/8 52/14
52/15
proving [3]   12/14 34/4 36/22
public [1]   11/19
pulled [1]   105/4
purchase [6]   48/2 54/18
85/24 86/4 86/12 95/8
purchased [10]   37/17 37/20
37/22 38/3 38/11 38/11 49/22
52/20 54/2 71/15
purchases [5]   95/18 103/9
103/9 103/14 103/15
purely [1]   12/21
purpose [8]   14/5 20/13 20/20
91/25 94/9 100/1 100/2
111/11
purposes [5]   7/22 41/14
41/15 48/18 77/7
pursuant [2]   31/16 114/4
pushing [1]   66/2
put [13]   37/7 39/6 44/20
45/12 58/19 60/24 67/10 81/3
83/12 85/17 94/1 99/6 109/22

**Q**

qualify [1]   63/16
quality [5]   48/25 68/25
75/10 85/18 110/7
question [7]   18/7 47/4 62/16
62/19 62/22 69/1 78/11
questions [3]   13/15 13/18
13/19
quickly [3]   5/10 7/9 92/10
quite [2]   79/16 86/15

**R**

race [3]   11/14 34/13 43/9
Radius [2]   83/11 83/11
Ram [2]   2/13 78/20
ran [2]   34/17 44/13
rather [2]   24/12 104/24
reached [1]   90/14
reaches [1]   83/11
reaching [1]   13/11
read [10]   12/3 23/2 25/1
30/17 42/13 45/4 45/10 92/23
93/19 112/23
reading [3]   25/24 31/12
99/20
ready [1]   6/2
real [13]   32/18 48/14 65/14
69/2 70/4 70/10 70/17 70/24
77/4 77/9 78/6 84/22 92/16
really [18]   50/16 63/16
73/18 76/20 86/14 88/1 89/19
89/21 89/24 91/14 92/21
98/23 99/12 99/18 100/23
103/25 107/19 112/17
realty [2]   75/14 75/22
reason [14]   12/20 21/16
21/19 48/9 51/6 53/1 57/11
72/24 73/23 95/3 101/22
103/4 108/16 112/18
reasonable [46]   7/20 12/11
12/15 12/16 12/19 13/1 13/5
18/20 19/12 21/12 22/10
23/13 25/7 26/12 26/25 27/15
28/13 29/21 30/23 31/17
31/20 32/8 34/3 34/5 36/11

36/22 79/3 89/14 89/16 90/1
91/9 91/9 96/17 99/13 107/22
108/7 108/13 111/9 111/10
111/20 111/22
reasonableness [1]   15/19
reasonably [7]   18/21 22/20
24/8 24/9 24/10 24/12 94/7
reasons [3]   18/15 62/14
105/17
rebuttal [2]   33/25 113/2
recall [5]   11/23 46/18 54/8
85/18 97/22
receive [1]   23/1
received [9]   11/8 13/9 13/12
14/4 14/8 37/6 37/11 39/23
93/25
receivers [1]   64/4
receives [1]   82/25
receiving [3]   54/9 92/4
92/12
recently [2]   38/5 84/20
recess [4]   10/24 78/16 79/7
113/5
recognize [1]   85/5
recommend [1]   7/7
recording [7]   17/16 17/18
17/20 17/24
records [8]   53/18 54/11 65/7
67/17 74/10 74/11 83/6 86/3
redacted [1]   5/10
redactions [1]   5/19
Redline [4]   51/17 75/24 76/8
77/18
Redondo [1]   3/21
refer [2]   24/24 31/2
reference [3]   5/14 5/21
93/16
references [1]   47/11
referencing [1]   9/6
referred [1]   42/9
Reform [2]   18/5 31/16
regard [2]   24/17 24/23
regarding [7]   7/16 41/1
74/20 75/4 75/16 76/13 76/22
regardless [2]   39/25 80/12
regulations [1]   114/8
reject [1]   11/21
relate [1]   10/12
related [2]   9/12 71/6
relates [1]   97/15
relating [2]   57/7 81/24
relation [2]   10/17 32/20
relatively [1]   99/14
release [5]   31/21 81/3 81/5
81/7 82/10
released [3]   18/5 18/7 31/16
relevant [2]   7/25 48/9
reliable [1]   90/6
relief [8]   34/14 34/16 34/23
34/24 35/5 37/6 49/23 66/20
relies [1]   95/6
religious [1]   11/14
rely [1]   89/22
remains [1]   39/18
remarkably [1]   102/2
remember [8]   13/24 16/2 16/3
31/4 31/11 40/2 94/15 109/6
remembering [2]   31/10 111/8
reminding [1]   60/1
rent [1]   52/24
rented [1]   72/19
repairs [1]   64/9
repeatedly [1]   77/12
replies [2]   61/24 84/4
Reply [1]   84/15
report [2]   7/19 51/18
reported [1]   114/6
reporter [2]   1/21 92/7

REPORTER'S [1]   1/13
reporting [1]   114/3
reports [6]   35/6 50/21 50/21
50/25 51/19 55/14
represent [2]   6/20 50/24
representations [1]   23/17
representative [2]   41/19
83/13
represented [6]   6/11 7/2
28/15 28/22 29/7 29/10
representing [1]   9/11
represents [2]   6/17 6/24
request [1]   9/19
required [2]   12/18 27/6
requires [1]   87/22
resided [1]   53/24
residences [2]   58/7 58/8
respect [9]   26/15 41/13
41/20 48/10 54/7 80/5 80/21
80/22 80/25
respectfully [2]   36/24
112/19
respond [1]   84/1
responding [1]   108/10
responds [4]   44/10 47/6 84/9
85/12
response [1]   92/5
responsibilities [1]   36/17
responsible [11]   20/17 22/1
35/14 46/20 62/4 78/10 80/12
93/8 93/24 98/20 99/6
rest [1]   16/13
restaurant [1]   89/25
Restoration [1]   95/19
return [3]   12/5 83/4 87/3
Revenue [1]   74/4
review [4]   31/9 36/21 36/25
40/15
Rich [7]   42/3 59/12 66/2
66/8 93/12 99/8 104/17
Richard [105]
Richard's [4]   52/7 55/15
58/24 83/5
rid [2]   85/12 86/22
right [27]   7/6 8/13 14/23
34/7 41/23 46/22 49/19 59/13
60/23 63/2 63/4 63/16 70/25
86/10 87/19 90/11 91/20
94/18 96/3 96/4 103/17
103/25 104/4 105/17 105/21
111/20 112/23
risk [1]   112/11
Road [1]   3/12
Robinson [2]   45/11 94/15
role [19]   36/1 39/16 39/17
39/25 54/6 54/9 55/24 61/13
61/25 61/25 61/25 62/3 64/18
72/13 87/24 88/10 88/13
88/15 88/15
roles [4]   38/20 39/2 59/18
88/10
room [2]   11/5 31/9
Rosa [1]   57/3
routing [1]   66/24
row [1]   90/1
RPR [1]   114/12
Runyan [21]   49/4 49/7 49/8
49/25 53/8 53/13 53/17 53/20
53/21 53/25 59/12 60/4 60/6
65/12 67/2 74/6 77/24 77/25
78/7 78/8 94/2
Runyan's [2]   65/12 80/1
Ryan [1]   3/7

**S**

Sabala [14]   57/1 57/15 57/25
58/11 72/14 72/21 72/23
74/16 74/18 74/22 85/1 85/2
85/4 85/13

**S**

**said [26]** 8/16 10/4 12/4
13/20 15/24 16/9 34/1 49/20
52/14 56/1 60/23 62/21 63/19
74/1 75/8 77/22 80/1 83/25
85/3 85/14 87/22 95/11 99/17
101/22 102/1 106/13
**same [32]** 16/3 17/23 21/4
22/17 36/4 43/11 43/14 46/23
47/20 47/22 51/10 51/18 52/7
53/19 57/8 62/8 62/10 64/25
65/3 67/7 68/22 73/1 75/21
76/8 76/25 77/14 90/4 94/9
102/4 102/5 102/18 104/17
**samples [1]** 68/3
**San [2]** 2/21 3/6
**Santa [1]** 3/15
**sat [1]** 70/5
**save [3]** 38/13 41/11 41/11
**saw [10]** 14/13 37/25 38/7
51/1 64/23 73/8 73/10 94/16
107/20 109/22
**say [25]** 8/17 9/12 13/21
15/23 29/14 31/10 31/11 33/4
34/2 34/2 44/8 47/1 55/21
55/21 65/16 78/10 86/13
86/23 98/22 98/23 99/24
103/5 111/15 112/12 112/12
**saying [7]** 44/3 44/9 74/7
91/6 103/24 105/24 105/24
**says [49]** 6/22 9/10 15/7
42/24 43/15 43/23 46/21
46/23 46/24 47/6 48/1 50/5
55/7 55/8 59/2 59/7 59/24
63/8 63/10 63/17 63/18 66/12
67/5 67/6 68/9 73/8 75/1
76/9 81/19 83/11 83/15 83/22
84/5 84/15 85/14 85/17 86/20
87/20 89/7 94/23 95/22
102/14 103/19 104/11 106/11
106/22 107/5 107/24 109/18
**SBA [9]** 40/19 40/24 41/5
41/16 42/22 66/19 69/13
73/22 73/22
**scene [1]** 26/24
**scheme [13]** 21/6 21/10 23/15
23/15 23/19 24/1 24/2 24/14
24/16 25/10 53/3 100/7 100/9
**scope [1]** 22/19
**SCOTT [1]** 2/5
**screw [1]** 96/12
**screwing [1]** 105/2
**scroll [1]** 110/4
**seal [1]** 78/24
**seated [1]** 78/21
**Seattle [1]** 53/19
**second [17]** 6/9 19/17 21/16
22/12 23/4 23/18 25/13 26/14
28/3 29/24 32/17 38/18 42/8
45/9 51/3 55/17 75/21
**Section [20]** 6/21 19/7 19/8
22/25 23/11 24/20 25/5 27/11
27/20 27/24 28/10 28/17
28/18 28/19 29/19 30/6 30/6
30/19 31/24 114/4
**Secureline [1]** 75/21
**Security [2]** 45/24 70/5
**see [50]** 7/6 8/13 15/11 16/3
43/20 44/3 44/7 45/17 48/15
48/24 49/1 49/4 49/16 51/14
54/9 54/12 55/14 61/1 61/9
62/1 62/3 62/9 63/4 63/20
66/22 68/7 71/22 72/20 73/11
77/15 83/18 84/18 86/4 87/10
88/1 88/3 90/4 93/16 93/17
95/17 95/24 96/1 98/1 103/14
105/1 105/4 109/10 111/19
111/22 113/4

**seeing [2]** 34/15 94/5
**seen [6]** 13/22 18/6 78/14
79/20 82/22 104/14
**sees [1]** 111/21
**seize [2]** 109/7 109/8
**seized [2]** 46/2 52/2
**self [2]** 40/22 41/9
**self-certification [1]** 41/9
**self-certifications [1]**
40/22
**send [5]** 66/2 66/6 66/24
67/12 84/3
**sending [1]** 72/14
**sends [3]** 65/11 65/15 84/10
**sense [7]** 12/20 55/7 63/14
63/23 64/15 75/9 111/20
**sensible [1]** 7/20
**sent [5]** 47/18 52/11 65/16
67/12 100/19
**separate [5]** 17/3 43/15 47/4
80/9 82/15
**separated [1]** 108/3
**separately [1]** 17/7
**seriously [1]** 111/16
**service [9]** 50/1 53/9 53/13
53/17 60/4 65/12 65/13 74/4
77/24
**Services [6]** 49/5 49/8 53/20
53/21 53/25 65/12
**session [2]** 1/16 14/7
**seven [3]** 1/15 15/19 46/25
**several [2]** 53/5 82/7
**sexual [1]** 11/15
**shared [2]** 44/21 71/21
**shares [1]** 81/18
**sharing [1]** 45/18
**she [137]**
**sheet [1]** 91/12
**ship [1]** 103/20
**shipped [2]** 52/13 52/13
**shit [1]** 43/3
**short [2]** 21/24 78/15
**should [20]** 5/15 8/16 8/17
8/21 8/22 9/12 11/13 12/5
15/1 16/4 17/8 18/1 18/14
19/2 30/20 52/6 67/10 86/14
111/15 111/17
**shouldn't [2]** 55/21 86/23
**show [15]** 10/14 26/25 42/15
43/8 46/17 48/12 50/13 50/17
52/12 53/18 59/3 91/3 97/19
101/6 104/25
**showed [6]** 41/24 42/5 43/13
50/8 58/10 79/25
**showing [6]** 50/9 56/2 61/10
61/18 71/1 83/4
**shown [2]** 17/17 17/17
**shows [17]** 34/21 36/11 45/14
45/16 47/9 52/17 58/8 59/5
65/7 71/24 73/4 73/5 76/6
76/11 81/14 88/18 108/9
**sic [2]** 23/12 77/21
**side [3]** 5/11 5/12 5/15
**sides [1]** 91/2
**sign [2]** 44/9 78/9
**signaling [1]** 106/23
**signatory [2]** 54/13 65/8
**signature [2]** 95/13 102/7
**signatures [2]** 94/6 102/1
**signed [3]** 44/9 64/20 94/20
**signer [3]** 96/24 99/7 99/10
**significant [3]** 64/18 81/23
93/18
**signing [1]** 84/1
**Silverman [1]** 2/22
**similar [5]** 20/4 57/8 60/24
76/2 102/2
**similarities [1]** 57/24
**similarly [4]** 13/20 20/22

24/23 41/9
**simple [1]** 22/1
**simply [1]** 20/3
**since [3]** 7/21 49/10 64/6
**single [3]** 12/1 39/18 110/16
**sir [3]** 10/23 62/18 62/21
**sister [1]** 35/18
**sister-in-law [1]** 35/18
**sits [2]** 82/7 82/7
**sitting [2]** 31/11 73/16
**Six [1]** 15/17
**sixth [1]** 49/4
**Sixty [2]** 69/24 69/25
**skeptical [1]** 89/6
**sleep [1]** 47/2
**slide [1]** 71/24
**slow [1]** 92/7
**small [6]** 34/14 34/18 35/15
35/22 40/17 110/25
**smaller [1]** 72/13
**smallest [2]** 39/16 64/18
**smiley [1]** 43/6
**so [52]** 7/7 10/3 11/24 31/5
31/9 32/19 33/18 38/12 41/22
42/24 43/17 55/19 55/19
63/10 63/15 67/6 67/7 67/12
68/1 78/8 85/15 88/15 91/10
92/1 92/8 92/12 92/19 93/19
93/20 94/6 94/11 95/11 95/12
97/12 98/5 98/20 99/9 99/12
99/17 101/12 102/2 102/23
105/3 105/17 105/25 106/8
107/3 107/6 110/6 111/7
112/19 113/3
**so-called [1]** 105/25
**Social [1]** 45/24
**software [1]** 59/23
**sold [1]** 52/21
**sole [2]** 54/13 65/8
**solely [2]** 11/12 14/8
**solution [2]** 78/5 85/17
**Solutions [9]** 49/1 78/3 78/4
79/14 81/11 81/21 81/24 82/6
82/17
**some [35]** 6/18 6/25 7/2
10/15 12/1 16/11 17/21 18/16
20/13 20/20 23/5 24/13 28/22
29/8 29/10 37/5 41/24 45/8
50/14 50/15 50/25 51/12 56/9
68/2 74/14 80/17 85/11 90/17
97/20 100/9 101/7 107/18
108/5 109/5 111/13
**somebody [12]** 50/2 66/15
68/18 97/8 99/2 99/14 100/13
108/2 108/25 111/11 111/14
111/21
**somebody's [1]** 106/20
**someone [7]** 22/11 26/8 26/13
52/13 69/21 70/25 93/1
**something [20]** 15/23 15/24
16/8 19/23 33/8 33/13 34/2
34/3 34/6 61/16 64/3 80/23
81/3 85/15 87/18 93/2 100/10
109/13 111/14 111/21
**Sometimes [2]** 15/23 15/25
**somewhat [1]** 99/22
**somewhere [1]** 52/3
**soon [2]** 42/15 64/2
**sorry [7]** 47/23 78/11 78/16
84/9 92/8 100/14 104/7
**sort [6]** 10/15 91/12 91/16
91/21 101/17 103/7
**sound [1]** 93/4
**source [1]** 29/1
**speak [2]** 87/14 107/20
**speaking [2]** 34/8 80/11
**Spear [1]** 2/20
**special [3]** 7/23 83/7 84/17
**specific [4]** 17/11 17/12

**S**

specific... [2]   18/20 32/20
specified [6]   18/22 18/23
25/11 25/21 27/23 29/18
specifies [1]   6/16
speculate [1]   18/14
speculation [1]   12/21
spend [3]   35/2 35/12 69/23
spending [2]   71/10 71/15
spent [11]   7/11 39/11 53/12
53/14 53/14 64/7 64/11 64/16
69/22 71/12 72/3
spoke [4]   55/12 59/25 77/3
79/15
spoken [3]   17/24 77/11 83/1
spouses [1]   93/17
Spring [1]   2/6
stand [8]   37/22 38/11 62/12
68/15 75/2 77/21 85/19 112/6
standard [2]   89/12 89/18
starkly [1]   95/25
start [1]   93/7
started [3]   4/22 88/20 98/9
state [4]   7/4 13/25 74/11
86/15
stated [1]   17/14
statement [6]   43/2 46/18
49/21 86/10 96/18 105/10
statements [11]   13/15 13/21
23/18 24/4 25/12 25/13 25/15
36/5 39/1 74/12 74/17
states [22]   1/1 1/4 1/6 2/3
17/11 19/8 19/9 22/25 23/12
24/20 25/6 27/12 27/21 27/25
28/11 28/18 30/4 31/25 48/7
48/16 114/5 114/9
statistics [1]   69/14
status [1]   18/11
statute [4]   6/13 6/21 6/22
9/21
stay [3]   95/18 95/20 107/9
stay-at-home [2]   95/18 95/20
stealing [3]   85/8 100/3
100/3
stenographically [1]   114/6
STEPHEN [1]   1/3
steps [1]   40/12
Steptoe [4]   2/14 2/17 2/19
2/22
stereotypes [1]   11/20
sticks [1]   100/23
still [2]   5/13 100/21
stole [3]   60/15 77/13 77/16
stolen [9]   33/6 35/4 35/8
37/3 37/12 74/8 74/18 98/12
108/6
store [1]   85/24
stored [1]   110/2
story [5]   62/13 76/25 77/14
89/9 93/10
straight [1]   47/3
straightforward [2]   91/6
105/9
strangers [1]   66/16
Street [10]   1/22 2/6 2/14
2/20 3/8 55/25 60/11 88/5
88/6 102/12
stricken [1]   14/2
strike [1]   10/8
strokes [1]   91/22
strongly [1]   42/13
struck [1]   87/18
student [3]   48/6 70/9 79/17
students [2]   48/16 70/12
stuff [3]   60/24 97/25 109/9
submit [12]   34/23 40/11
60/21 63/11 75/11 77/25
78/21 80/2 80/13 80/19 92/2
93/21

submitted [36]   38/20 39/9
40/3 40/4 40/8 40/9 40/13
48/4 51/5 51/16 53/6 56/15
64/23 68/18 69/20 71/2 75/6
75/25 76/15 77/13 79/14
79/22 80/14 80/18 91/25
106/3
submitting [3]   91/22 93/8
103/23
subscriber [6]   60/9 60/9
60/11 60/19 60/19 71/3
subsection [2]   24/20 25/5
subsections [1]   30/16
subsequently [1]   82/14
subset [1]   7/18
substantive [1]   80/9
success [1]   21/22
successfully [1]   44/8
such [5]   14/11 19/3 24/8
29/1 29/13
sufficient [1]   80/16
suggest [1]   45/9
suggesting [1]   46/19
suggestion [5]   7/20 12/4
58/24 72/8 85/23
suggests [2]   8/9 55/4
Suite [8]   1/22 2/15 2/20 3/5
3/8 3/13 3/16 3/21
sum [1]   95/24
summaries [2]   18/25 19/1
summary [6]   43/13 45/10 50/8
62/9 71/7 76/6
SUN [1]   2/5
support [5]   51/5 75/6 76/16
91/4 101/10
supported [1]   104/16
supporting [4]   19/2 46/12
51/8 62/8
supposedly [2]   51/18 69/11
sure [3]   5/25 10/17 60/25
survive [2]   34/15 34/19
suspect [2]   10/20 99/11
Suzanna [3]   50/2 52/6 73/7
SVW [1]   1/8
sworn [1]   13/8
sympathy [1]   11/18
synthetic [5]   35/4 37/3 39/8
79/18 79/22

**T**

take [20]   5/24 15/9 43/8
54/21 55/23 63/17 63/18
71/22 74/14 78/8 78/15 87/15
95/12 99/19 101/3 107/8
107/9 111/15 112/5 112/24
taken [8]   48/17 74/17 79/17
82/4 87/16 109/15 109/25
110/19
takes [2]   58/25 82/16
talk [18]   43/18 46/11 66/1
67/3 69/13 72/5 79/13 85/1
88/16 89/15 89/20 90/18
92/15 102/16 111/8 111/12
111/14 113/3
talked [3]   44/1 72/16 80/12
talking [4]   59/17 84/19 85/1
88/2
talks [1]   68/8
Tam [1]   43/3
Tamara [42]   35/18 36/6 39/19
42/8 42/18 42/19 42/24 43/23
44/10 44/14 45/3 46/17 46/19
47/21 56/15 56/20 57/5 58/5
58/19 59/2 59/21 59/24 60/23
62/15 62/16 63/11 64/23
65/23 67/25 68/1 68/4 68/23
72/21 75/14 81/18 83/20 84/4
84/13 84/15 85/10 85/14

102/13
Tamara [3]   85/16 85/19 86/1
Tammy [5]   42/9 63/15 67/5
93/12 102/22
Tams [1]   83/23
Tarabelian [2]   88/7 88/11
target [1]   70/13
targets [1]   69/3
tax [20]   35/6 49/4 49/8
49/25 51/4 53/8 53/13 53/17
53/20 53/21 53/25 60/4 65/2
65/12 65/12 65/13 77/24 78/7
80/3 94/2
taxes [4]   62/20 63/12 63/21
75/7
teaming [1]   71/20
telephone [4]   42/4 42/6
47/19 47/20
tell [14]   55/17 55/18 66/5
71/8 86/15 86/15 86/16 89/8
104/24 105/18 107/3 107/6
108/8 112/3
telling [1]   105/12
tells [3]   72/7 86/24 107/4
ten [2]   78/14 89/25
tendency [2]   23/20 25/16
TERABELIAN [76]
Terabelian's [24]   37/24 38/4
38/7 49/22 51/24 52/5 54/5
57/10 57/23 70/2 71/18 72/10
76/24 94/14 95/7 95/13 98/4
98/15 99/7 101/14 104/7
104/8 109/10 109/21
term [2]   6/23 30/9
terms [1]   67/4
testified [15]   15/1 15/11
16/8 16/10 37/22 40/20 40/21
40/23 41/7 41/15 45/11 50/25
68/15 70/6 94/15
testify [11]   12/12 14/23
14/25 16/16 83/7 104/15
111/24 111/24 112/4 112/13
112/16
testifying [2]   15/13 95/11
testimony [19]   13/8 13/12
14/2 14/12 15/2 15/2 15/5
15/6 15/8 15/18 15/20 16/5
16/6 16/18 16/22 48/4 49/7
74/6 81/4
tests [1]   66/13
text [39]   41/24 42/1 43/7
43/8 43/15 44/3 45/2 45/8
47/5 47/19 47/20 47/23 50/14
52/10 52/12 58/18 59/9 59/11
59/17 62/1 65/23 66/1 66/12
66/15 66/22 68/3 68/4 68/23
81/17 83/19 83/20 83/24 84/7
84/24 93/11 93/13 102/22
103/17 109/11
texts [4]   42/9 42/11 42/14
46/16
than [8]   6/20 27/16 30/1
33/12 71/5 80/6 92/10 104/24
Thank [7]   10/23 34/9 61/23
79/12 87/6 87/7 92/11
that [708]
That's [2]   5/22 58/24
theft [8]   31/24 32/6 48/11
68/11 69/8 92/14 92/20 97/15
their [33]   13/20 13/21 16/17
33/20 33/24 35/25 36/1 37/7
37/12 37/18 39/25 41/21
43/19 44/21 48/17 49/12
52/23 53/24 59/18 61/10
66/15 72/1 74/7 74/8 75/20
83/3 89/1 89/2 89/9 90/4
93/18 97/21 107/15
them [33]   11/10 13/14 13/24
13/25 13/25 19/3 35/21 37/25

**T**

them... [25]   38/7 43/8 44/4
44/7 44/21 46/25 47/12 55/9
55/19 66/21 69/4 70/20 70/22
70/23 73/24 73/25 78/10
80/19 84/3 99/21 101/5 101/5
104/4 107/9 108/4
themselves [3]   40/11 69/22
80/19
then [47]   5/11 9/10 23/5
33/23 37/8 38/4 44/7 44/21
47/4 48/19 49/16 50/7 51/14
54/20 55/2 59/24 61/9 61/19
63/6 66/12 66/22 66/25 67/3
67/6 69/22 71/14 71/24 74/9
74/10 77/18 78/3 78/9 79/17
81/21 82/6 82/13 84/10 88/14
96/2 98/10 98/11 100/5 102/8
107/5 112/8 112/25 113/1
theoretical [1]   61/15
theory [2]   98/13 109/7
there [118]
thereby [1]   20/21
therefore [4]   19/3 22/7
40/10 85/25
these [78]
they [198]
THIBODEAUX [2]   1/21 114/12
thing [17]   36/4 38/18 55/6
73/1 73/25 75/21 76/8 78/20
80/20 86/13 94/6 99/6 102/3
103/6 104/8 106/10 111/18
things [23]   7/12 13/13 15/11
16/1 16/11 26/23 34/4 36/25
43/19 50/20 52/19 53/14
55/14 60/24 81/25 82/5 87/23
94/16 95/20 99/21 101/13
106/12 111/19
think [35]   6/2 7/20 8/9 8/21
16/10 16/12 16/17 19/3 63/15
73/18 78/12 78/15 85/6 87/3
89/10 89/21 90/8 90/12 92/23
94/7 96/19 97/11 99/3 100/9
100/23 100/24 101/3 103/11
103/13 108/24 110/7 110/7
111/13 112/21 112/24
thinks [2]   55/6 85/10
third [11]   21/19 22/14 23/22
25/15 26/17 28/24 30/1 32/19
40/2 45/20 82/23
Thirty [2]   9/10 69/25
Thirty-five [1]   9/10
this [260]
Thomas [1]   3/14
those [41]   5/19 6/11 6/20
7/21 7/24 9/20 17/14 21/17
28/9 30/24 33/19 34/16 34/24
35/2 37/8 37/9 37/23 38/5
41/4 42/11 42/13 45/8 46/10
46/12 47/5 49/1 52/12 52/13
58/8 59/22 61/13 66/6 68/4
87/13 92/5 94/6 95/24 98/18
99/20 99/24 103/9
though [6]   7/3 20/14 21/8
29/10 63/3 91/14
thousand [1]   64/3
thousands [1]   110/1
three [18]   6/11 6/20 13/10
15/13 30/24 33/15 36/25
47/13 68/12 73/2 79/20 83/23
89/12 96/7 101/13 101/18
104/22 110/13
threw [1]   40/17
through [36]   7/11 7/14 7/23
18/9 22/23 23/8 23/9 24/18
25/24 26/1 28/9 30/12 30/15
30/22 31/2 31/15 37/11 38/19
39/20 40/25 45/5 48/3 60/3

64/27 68/4 72/14 74/15 81/1
97/16 97/19 98/8 99/3 99/24
100/18 110/4 111/12
THURSDAY [2]   1/17 5/1
tidy [1]   55/6
tie [2]   53/10 60/18
tied [2]   51/12 51/14
ties [6]   42/4 42/5 57/22
60/8 69/8 104/23
time [28]   6/3 21/2 21/4
21/25 22/17 34/13 43/8 43/9
48/7 70/8 74/14 75/22 84/6
84/25 87/15 89/22 89/23 90/1
90/2 90/7 98/9 98/9 99/19
103/9 103/22 103/24 103/25
112/22
Timeline [4]   38/16 49/18
67/22 77/3
Timepiece [3]   37/21 47/18
52/11
Timepieces [1]   103/19
times [3]   13/22 63/7 90/1
tires [1]   64/9
Title [16]   19/7 19/9 23/11
24/20 25/6 27/11 27/21 27/24
28/11 28/17 28/19 28/20
29/19 30/5 31/24 114/4
to apply [1]   39/10
today [5]   42/22 43/24 44/4
44/9 58/22
together [19]   9/20 34/21
34/23 35/1 35/23 36/19 39/6
44/21 45/12 50/14 58/3 60/22
62/1 62/2 62/20 66/18 73/2
88/25 89/2
told [15]   16/11 24/22 38/12
41/19 47/5 47/7 55/25 59/2
62/13 63/3 63/15 63/24 68/16
75/2 79/1
Tom [1]   59/2
tons [3]   102/21 109/11
109/11
too [3]   87/15 92/25 103/13
took [13]   11/23 37/8 37/21
40/12 62/12 68/18 69/21
70/16 77/9 77/21 80/1 85/19
106/13
top [5]   42/19 48/25 68/25
75/10 85/17
Topeka [1]   54/19
total [1]   95/24
totally [2]   42/19 70/23
touch [1]   43/22
toward [1]   64/10
towards [1]   64/7
Tower [1]   2/20
Towing [2]   65/1 74/24
TQ [1]   68/21
tracking [1]   61/11
transaction [13]   6/17 7/2
9/11 28/15 28/24 29/3 29/3
29/9 29/23 29/24 30/7 30/9
84/22
transaction' [1]   6/24
transactions [3]   21/3 27/23
29/17
transcript [7]   1/13 5/16
17/18 17/19 17/23 114/6
114/7
transcription [2]   5/11 5/13
transfer [5]   30/10 54/17
82/10 82/12 82/16
transferred [2]   32/9 82/14
transferring [2]   54/7 72/1
transfers [1]   35/10
translation [2]   5/12 17/19
translator [1]   5/9
Transport [5]   38/17 49/18
67/22 74/24 77/3

travel [2]   83/9 83/12
traveled [1]   83/11
traveling [2]   83/14 83/14
treat [1]   15/1
tremendous [1]   112/11
trial [13]   1/15 7/25 14/9
17/1 17/5 18/12 18/15 36/4
49/7 53/1 81/7 87/13 108/22
tried [5]   34/13 34/16 107/18
107/20 108/25
trove [1]   109/12
trucking [3]   58/23 62/17
64/8
true [8]   16/12 63/14 64/16
76/12 104/17 106/12 106/18
114/5
trust [1]   62/14
trusted [1]   63/11
truth [3]   16/11 89/9 105/12
truthful [1]   41/21
try [4]   37/1 55/19 66/25
88/25
trying [3]   43/22 99/20
108/13
Tuesday [1]   67/6
Turing [10]   48/25 78/3 78/3
78/4 79/13 81/11 81/20 81/24
82/6 82/16
Turks [7]   46/5 83/2 83/9
83/16 83/19 84/7 84/25
turned [1]   79/19
turns [1]   99/18
Twelfth [1]   2/6
twice [1]   78/8
two [37]   13/9 15/12 16/2
19/15 19/21 27/18 27/22
36/13 36/14 38/21 38/24
40/18 42/2 42/10 43/5 44/4
49/1 50/20 54/23 57/13 67/18
70/22 70/22 70/22 71/9 82/20
89/5 90/13 93/17 98/5 101/16
105/25 107/25 109/16 110/3
110/17 110/19
two-and-a-half [2]   109/16
110/19
type [4]   40/23 66/10 70/15
73/25
types [1]   56/10

**U**

U.S [3]   1/21 2/4 2/4
U.S.C [1]   6/16
Uber [1]   95/19
ultimately [2]   31/8 72/2
unconscious [2]   11/19 11/20
under [8]   7/4 18/5 18/8 22/5
28/10 29/19 78/24 80/15
underlying [2]   19/2 19/4
understand [4]   13/18 43/10
99/21 111/3
unintentionally [1]   26/23
unique [5]   52/19 53/14 61/13
61/17 62/3
UNITED [21]   1/1 1/4 1/6 2/3
19/7 19/9 22/25 23/12 24/20
25/6 27/12 27/21 27/25 28/11
28/18 30/7 31/25 48/6 48/16
114/5 114/9
unknowingly [1]   26/23
unlawful [11]   6/18 6/19 6/25
9/12 19/23 20/12 21/6 27/24
28/22 29/8 29/18
unless [2]   12/9 17/11
until [5]   12/9 27/17 33/19
82/7 107/9
untrue [1]   16/5
untruthfully [2]   16/8 16/11
up [21]   12/6 55/6 63/10
66/10 66/11 66/13 68/15

**U**

**up... [14]**   69/13 71/20 83/23
83/23 85/15 87/15 87/16 94/11
95/24 96/13 99/6 99/19 105/2
112/3
**update [1]**   79/5
**updated [1]**   90/5
**upon [4]**   12/20 19/24 21/21
83/3
**urge [1]**   111/3
**us [9]**   2/9 59/10 87/13 89/21
91/12 97/20 107/6 107/12
112/2
**usage [1]**   83/5
**use [21]**   7/7 10/14 24/8 29/4
41/14 43/1 43/11 47/5 48/1
51/10 61/22 74/21 75/4 75/16
76/13 76/22 77/6 81/19 87/21
91/2 91/12
**used [38]**   7/21 14/17 23/24
23/25 24/5 24/7 32/10 33/6
35/11 39/7 41/5 41/17 42/6
48/18 49/19 52/19 52/24 53/3
53/11 54/1 56/13 56/22 57/17
61/14 64/25 69/21 74/18
75/12 76/2 77/19 77/23 78/6
79/21 80/3 81/25 82/4 84/21
89/1
**user [3]**   54/4 96/21 97/1
**uses [2]**   47/20 47/25
**using [20]**   35/7 37/22 38/3
38/16 43/14 53/6 53/16 61/19
62/8 62/10 64/25 68/23 71/14
76/1 79/22 80/2 86/1 86/4
92/15 98/11
**utilities [2]**   71/18 104/10

**V**

**vacation [1]**   46/5
**VAHE [27]**   3/18 30/13 35/19
36/5 37/7 38/15 39/15 45/7
57/3 59/13 60/20 62/11 64/17
64/17 65/14 65/22 66/2 66/7
66/9 66/24 67/8 67/9 67/16
68/1 68/9 71/13 72/13
**Vahe's [1]**   67/11
**Vahe314 [1]**   67/11
**value [1]**   30/1
**variety [1]**   81/25
**various [5]**   40/25 47/10 72/2
72/14 74/11
**vast [1]**   109/12
**Vaughan [1]**   3/7
**venture [2]**   21/22 27/5
**verdict [11]**   12/5 13/11
14/24 17/7 17/8 33/18 87/3
87/4 89/14 91/10 91/11
**Verdui [1]**   54/4
**version [1]**   60/6
**versions [3]**   16/1 47/13
79/20
**very [16]**   7/19 39/2 78/15
89/17 89/18 89/21 90/6 90/16
91/5 92/23 98/8 102/4 103/12
105/9 108/16 111/25
**victim [1]**   74/5
**Victoria [48]**   39/10 46/2
49/5 49/9 50/3 50/4 52/1
52/16 52/21 53/6 53/8 57/1
57/21 65/13 65/14 69/6 71/21
71/23 72/19 73/6 78/1 88/16
88/17 94/7 101/23 102/1
102/3 102/6 102/15 102/20
102/23 103/2 103/4 103/6
103/8 103/12 103/13 103/15
103/21 103/25 104/6 104/11
104/12 105/22 106/2 106/2
106/4 109/6

**video [1]**   104/25
**view [2]**   103/12 111/8
**violation [18]**   19/7 19/8
22/24 23/11 24/19 25/5 27/11
27/20 27/24 28/17 28/18
28/19 30/5 30/5 30/6 30/15
30/19 31/24
**visas [2]**   48/17 70/12
**VLA [2]**   57/16 57/25
**VOLUME [1]**   1/16
**volumes [1]**   56/2
**Voyage [2]**   57/2 76/9

**W**

**wait [3]**   67/8 67/13 95/22
**waiting [1]**   97/19
**wake [1]**   66/10
**wakes [1]**   66/13
**waking [1]**   66/11
**walked [1]**   40/25
**want [18]**   8/7 10/21 62/25
63/4 67/9 67/12 80/20 83/11
87/15 87/16 88/20 89/8 89/9
90/22 91/3 92/10 103/20
106/16
**wanted [2]**   95/3 99/6
**wants [7]**   55/9 59/9 65/24
65/25 66/12 66/15 104/12
**was [145]**
**Washington [2]**   2/10 2/23
**wasn't [2]**   65/18 76/7
**watches [5]**   37/20 37/23
52/12 52/13 103/20
**water [1]**   54/3
**way [21]**   9/20 13/25 20/19
29/6 43/20 43/20 79/3 89/22
90/8 90/12 91/3 91/6 93/24
96/20 100/5 100/15 105/14
110/1 111/19 111/21 112/10
**ways [1]**   20/5
**we [138]**
**we've [2]**   66/2 79/25
**wearing [1]**   112/10
**web [1]**   81/20
**WebBank [1]**   44/6
**Weddington [7]**   55/16 55/25
60/11 72/20 88/5 102/8
102/12
**Wednesday [1]**   67/6
**week [1]**   43/6
**Weeks [2]**   42/21 43/4
**weigh [1]**   11/7
**weight [6]**   14/18 14/20 16/14
16/17 16/22 19/3
**well [45]**   6/21 8/5 35/9
39/14 43/7 47/9 49/25 51/21
53/9 55/16 56/2 56/7 56/16
57/10 58/10 58/12 60/5 61/9
61/12 61/21 62/11 64/6 64/22
67/6 67/25 68/1 68/8 69/17
70/11 70/21 72/21 73/13
75/13 77/2 77/17 80/4 80/10
82/13 84/25 85/14 91/5 98/22
100/18 102/4 102/14
**went [19]**   34/18 54/17 64/2
70/9 74/22 74/22 75/5 75/5
75/19 76/5 76/7 76/14 77/10
83/2 94/14 95/23 97/15 106/8
107/21
**were [64]**
**weren't [1]**   64/5
**West [3]**   1/22 2/14 3/8
**WESTERN [1]**   1/2
**what [98]**
**what's [2]**   83/23 89/13
**whatever [5]**   10/21 21/20
55/21 67/15 90/24
**when [31]**   9/23 14/6 24/6
24/7 27/4 43/19 44/8 44/20

46/8 47/24 52/12 59/11 65/16
83/24 84/25 86/7 88/9 90/2
92/1 93/14 94/24 95/11 95/16
96/22 99/20 106/13
**where [25]**   31/12 45/17 47/11
47/13 48/15 51/9 52/23 53/23
63/7 66/6 67/21 69/25 71/3
71/17 72/17 72/20 76/5 76/7
76/14 83/14 84/5 90/13 97/4
103/23 105/11
**whether [13]**   11/11 15/17
16/21 16/24 18/7 19/24 24/2
31/19 41/21 80/12 105/12
108/19 109/22
**which [51]**   7/3 7/17 13/10
14/14 15/5 15/5 17/18 18/12
20/9 20/19 23/3 24/4 27/7
27/8 28/2 28/12 29/5 29/11
29/20 36/21 41/8 44/1 51/4
52/6 52/21 52/25 53/7 53/22
54/24 55/1 57/8 57/9 57/19
58/12 59/20 60/20 66/21 80/9
80/23 80/24 82/22 87/4 87/7
89/6 95/21 98/10 101/5
101/16 105/19 109/6 110/15
**while [7]**   15/13 31/16 31/20
35/13 70/9 81/7 82/10
**who [64]**
**whoever [2]**   6/16 55/21
**whole [4]**   24/5 28/25 93/10
111/11
**whom [3]**   21/18 57/4 71/21
**whose [8]**   48/13 56/12 56/21
57/17 60/14 62/22 70/15
79/17
**why [17]**   10/17 18/15 41/2
48/9 50/25 51/6 53/1 57/11
62/14 62/24 65/24 72/9 72/9
94/11 107/14 107/15 112/5
**wife [9]**   35/16 36/7 49/10
52/14 62/16 75/8 103/20
103/20 104/1
**wife's [1]**   52/14
**will [78]**
**willful [2]**   88/12 110/12
**willfully [6]**   20/12 20/16
96/8 96/9 99/25 100/6
**Williams [2]**   3/4 3/7
**WILSON [3]**   1/3 36/20 80/24
**wire [63]**
**wires [4]**   66/23 67/4 95/24
97/9
**wiring [1]**   24/6
**Wirsching [1]**   3/12
**wish [2]**   25/3 78/21
**wishes [1]**   87/8
**withdrawal [1]**   30/10
**within [3]**   22/19 46/23 81/15
**without [5]**   11/22 21/5 32/10
33/7 105/1
**witness [20]**   4/3 13/9 13/18
14/12 14/12 15/3 15/7 15/8
15/11 15/23 16/7 16/9 16/10
16/19 16/22 16/23 48/3 70/5
95/11 96/19
**witness' [6]**   15/12 15/13
15/14 15/16 15/18 15/19
**witnesses [7]**   13/17 15/25
16/15 16/17 68/14 74/3 74/3
**woman [2]**   48/5 70/7
**won't [6]**   25/1 62/14 63/12
63/21 78/23 93/16
**word [2]**   5/24 68/7
**words [4]**   8/21 10/14 24/3
89/1
**work [7]**   62/1 67/5 67/20
78/1 87/10 91/12 91/17
**worked [7]**   34/21 34/22 35/1

**W**

**worked... [4]**  35/21 35/23
62/2 69/11
**working [7]**  47/2 58/2 60/22
64/5 66/18 89/2 90/4
**workings [1]**  45/5
**works [1]**  93/5
**worried [2]**  55/5 108/5
**worries [1]**  108/4
**worry [1]**  63/9
**worth [1]**  45/4
**would [25]**  7/7 8/19 9/19
15/2 24/11 24/13 38/18 41/4
41/5 42/13 44/25 45/20 46/20
52/19 79/4 80/16 97/11 98/18
101/6 105/14 110/4 111/7
112/3 112/4 112/5
**wouldn't [4]**  31/11 67/20
75/7 100/21
**writes [6]**  42/19 42/21 43/1
43/4 44/14 85/5
**writing [1]**  84/6
**wrong [2]**  55/18 85/14

**Y**

**yahoo.com [1]**  67/11
**yeah [2]**  46/24 63/17
**year [2]**  51/20 84/21
**years [4]**  84/20 109/16 110/3
110/19
**yes [14]**  6/1 6/7 7/10 7/13
7/16 8/3 8/5 8/23 10/1 10/10
10/19 10/23 63/18 79/5
**yesterday [7]**  7/19 9/15 10/4
44/4 62/13 78/22 79/2
**yet [4]**  63/11 64/11 65/14
88/2
**York [2]**  2/10 2/18
**you [454]**
**your [59]**
**yourself [1]**  11/17
**yourselves [1]**  33/16

**Z**

**Zhadko [38]**  39/8 42/6 46/2
47/9 47/10 48/5 48/5 48/22
48/23 49/16 49/16 54/2 65/21
68/21 68/25 70/7 71/16 73/3
77/4 78/6 79/15 79/16 79/16
79/23 82/11 82/13 82/19
82/21 82/24 83/5 83/10 83/15
84/9 86/1 94/2 94/8 102/2
104/7
**Zhadko's [1]**  78/5
**Zindroski [5]**  32/12 68/14
74/6 75/11 85/19
**Zindroski's [1]**  85/21