1              UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3             HONORABLE STEPHEN V. WILSON

4         UNITED STATES DISTRICT JUDGE PRESIDING

5                    - - -

6
United States of America,          )
7                   PLAINTIFF,      )
                                    )
8   VS.                             )   NO. CR 20-579 SVW
                                    )
9   Richard Ayvazyan, et al.,       )
                    DEFENDANT,      )
10  _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15           JURY TRIAL - DAY EIGHT

16         VOLUME 1 - A.M./P.M. SESSION

17          FRIDAY, JUNE 25, 2021

18

19

20   _____

21        KATIE E. THIBODEAUX, CSR 9858
          U.S. Official Court Reporter
22              Suite 4311
            350 West 1st Street
23          Los Angeles, CA  90012

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4   U.S. DEPARTMENT OF JUSTICE
     U.S. ATTORNEY'S OFFICE
 5   BY: CATHERINE SUN AHN, AUSA
     -and- SCOTT PAETTY, AUSA
 6   312 North Spring Street
     Twelfth Floor
 7   Los Angeles, CA  90012

 8   -and-

 9   Christopher Fenton
     US Department of Justice
10   1400 New York Avenue, NW
     Washington, DC 20530

11

12
     FOR DEFENDANT R. AYVAZYAN:
13
     Ashwin J. Ram
14   Steptoe and Johnson LLP
     633 West 5th Street
15   Suite 1900
     Los Angeles, CA 90071
16
     Meghan Newcomer
17   Steptoe and Johnson LLP
     1114 Avenue of the Americas
18   New York, NY 10036

19   Michael A. Keough
     Steptoe and Johnson LLP
20   1 Market Street
     Spear Tower Suite 3900
21   San Francisco, CA 94105

22   Nicholas P. Silverman
     Steptoe and Johnson LLP
23   1330 Connecticut Avenue NW
     Washington, DC 20036

24

25
```

```
 1   APPEARANCES (Cont'd):

 2

 3   FOR DEFENDANT TERABELIAN:

 4   John Lewis Littrell
     Bienert Katzman Littrell Williams LLP
 5   903 Calle Amanecer
     Suite 350
 6   San Clemente, CA 92673

 7   Ryan Vaughan Fraser
     Bienert Katzman Littrell Williams LLP
 8   601 West 5th Street
     Suite 720
 9   Los Angeles, CA 90071

10

11   FOR DEFENDANT ARTUR AYVAZYAN:

12   Jennifer J. Wirsching
     1935 Alpha Road
13   Suite 216
     Glendale, CA 91208
14
     Thomas A. Mesereau, Jr.
15   Mesereau Law Group
     10100 Santa Monica Boulevard
16   Suite 300
     Los Angeles, CA 90067
17

18
     FOR DEFENDANT VAHE DADYAN:
19
     Peter Johnson
20   Law Office of Peter Johnson
     409 North Pacific Coast Highway
21   Suite 651
     Redondo Beach, CA 90277
22

23

24

25
```

```
 1                      I N D E X

 2

 3   WITNESS NAME                         PAGE

 4   (None.)

 5

 6   EXHIBIT                   I.D.     IN EVID.

 7   (None.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          LOS ANGELES, CALIFORNIA; FRIDAY, JUNE 25, 2021

 2                          9:26 A.M.

 3                          - - - - -

 4

 5

 6

 7       (The following proceedings were held in the

 8        presence of the jury:)

 9       THE COURT:  Good morning.  Everyone is present,

10  the parties and counsel.  The jury is present.  The

11  alternates are here also; correct?

12       THE CLERK:  Yes, they are all in the back row.

13       THE COURT:  With regard to the alternates, the

14  alternates are where?

15       THE CLERK:  In the back row there, your Honor.

16       THE COURT:  I see.  Thank you for your

17  participation in the trial.  You have performed a

18  valuable role, being punctual, attentive, and you

19  performed your civic duties in the proper way.  And on

20  behalf of the parties and counsel and the court, I want

21  to thank you all.  But under the rules I can't allow you

22  to deliberate unless we have an unforeseen problem with

23  one of the 12 jurors.

24           So I am going to dismiss you with this

25  reservation that you be on call and available in the
```

1   event, unlikely, in the event that we have to call you

2   back.

3           Is that okay?  And thank you once again.  If

4   you have any -- you didn't go to the jury room; correct?

5   I see.  Nobody did.  So you don't have any things in the

6   jury room; correct?  You have all your personal

7   belongings?

8           All right.  Then, thank you again.  Don't talk

9   to anyone else at home or access anything because you may

10  be asked to come back.  Unlikely, but you may be asked to

11  come back so keep my admonitions in mind.

12          Would you leave your notebooks if you took any

13  notes at your seat.

14          Yes, sir?

15      THE JUROR:  Mine is left in the deliberation room,

16  your Honor.

17      THE CLERK:  It can stay there.

18      THE COURT:  Before I ask the jury to go back to

19  the jury room, would you go back first, retrieve your

20  book, and, then, after you leave the jury room, then the

21  other jurors can enter.  Would that be okay.

22      THE JUROR:  Yes, your Honor.

23      THE COURT:  You can leave your notebooks in the

24  jury assembly room, and, then, if you are called, we can

25  give you your jury notes.  And, if you are not, we will

```
1    shred those notes.  Okay.  Thank you very much.

2         (The alternate jurors exited the courtroom.)

3         THE COURT:  With the other jurors, I am going to

4    ask the jurors to deliberate.

5              Anyone have any objection?

6         MR. LITTRELL:  No, your Honor.

7         MR. MESEREAU:  No, your Honor.

8         THE COURT:  Members of the jury, we will soon give

9    you a copy of the jury instructions, the indictment and

10   all the exhibits which have been received in evidence.

11             Would you retire to the jury room and begin

12   your deliberations.  Thank you.

13        (The following proceedings were held outside the

14             presence of the jury:)

15        THE COURT:  Someone had an issue with the verdict

16   form?  What was the comment?

17        MS. AHN:  Yes, your Honor.  It was really just to

18   the two conspiracy counts, counts 1 and 26.

19        THE COURT:  Yes.

20        MS. AHN:  Each of those have two objects.

21        THE COURT:  Yes.

22        MS. AHN:  So I would ask that it be broken out so

23   it is clear which object the jury is finding guilty as

24   to.

25             So, for example, for count 1 --
```

```
 1          THE COURT:  Why is that necessary?

 2          MS. AHN:  Because otherwise it will be unclear

 3   whether or not they found, for example, defendant Richard

 4   Ayvazyan guilty of count 1 because of conspiracy to

 5   commit wire fraud or because of conspiracy to commit bank

 6   fraud or both, for example.

 7          THE COURT:  But the instruction says that the

 8   jurors have to agree on the same object.

 9          MS. AHN:  Yes, your Honor, but it won't be clear

10   which object that is.

11          THE COURT:  Why does it have to be clear if the

12   jury is instructed that they all have to agree on the

13   same object.

14          THE COURT:  If they return a verdict, I mean the

15   verdict form is not a detailed questionnaire of how they

16   went about deciding each issue.  It is essentially -- it

17   says follow the instructions, consider the evidence and

18   then check the box, whatever you conclude.  Why is that

19   necessary?

20          MS. AHN:  I think that I am not going to say that

21   it is absolutely necessary because I agree with your

22   Honor that the instructions are clear.  I think it just

23   makes for a clearer record, your Honor.

24          THE COURT:  I mean, I don't know why it makes for

25   a clearer record.  I have never done that.  I mean,
```

1  because I have never done it doesn't mean it isn't to be

2  considered, but the whole notion of a jury trial is that

3  the jury follows the instructions and reaches a verdict.

4       MS. AHN:  Yes, your Honor.

5       THE COURT:  I am inclined to leave it as it is.

6  Any statement from the defense?

7       MR. RAM:  Yes, your Honor.  I would suggest

8  leaving it as it is.  If this was a situation where, you

9  know, like post-Skillings honest services is an object

10  and wire fraud is an object, and there is an issue on

11  appeal, with honest services, I can understand that.

12  That is not an issue in this case.

13       THE COURT:  No.  I think so.

14       MR. RAM:  To the extent we are making any

15  modifications to this verdict form, I would ask for a

16  specific unanimity instruction on which conspiracy the

17  jury is finding.  Something like that would actually make

18  sense in light of what we have heard in this case.

19       THE COURT:  The instructions say that.

20       MR. RAM:  No.  No.  Specific unanimity as to which

21  conspiracy.  So the jury has heard -- and which scheme.

22  So they have heard evidence and argument related to there

23  being more than one agreement; right?

24       THE COURT:  Oh.

25       MR. RAM:  If we were going to do something, I

```
 1    would do that.  But thank you, your Honor.

 2           THE COURT:  Okay.

 3           (Recess from 9:35 to 10:44 a.m.)

 4           (The following proceedings were held outside the

 5            presence of the jury:)

 6           THE COURT:  We are present with parties and

 7    counsel.

 8                I have looked at the redacted indictment, and

 9    it appears to me to be redacted as I instructed.

10                Does anyone think otherwise?

11           MR. LITTRELL:  Yes, your Honor.  I see a number of

12    aliases and AKAs still in the indictment.

13           THE COURT:  Where?

14           MR. LITTRELL:  I will go to the lecturn.

15           THE COURT:  Yes.  Please.

16           MR. LITTRELL:  Here we go.

17           THE COURT:  Just give me a page number.  I have

18    the redacted indictment in my hand.

19           MR. LITTRELL:  So page 2 in three places.

20           THE COURT:  Page 2, did you say?

21           MR. LITTRELL:  Yes.

22           MS. AHN:  I think you may have the old version.

23           MR. LITTRELL:  I'm sorry.  I do have the old

24    version.  I will go to the paragraphs.

25                So the first example is on page 6.
```

1          THE COURT:  One second.  Let me get to it.  Where

2    on page 6?

3          MR. LITTRELL:  Page 6, Paragraph 22.  It is on the

4    screen in front of you if that is helpful.

5          THE COURT:  Line 22?

6          MR. LITTRELL:  Yes.  Paragraph 22.  It says

7    "defendant R. Ayvazian controlled or was a signatory in

8    his legal name or using one of his aliases on the

9    following bank accounts."  So it is stating the fact of

10   an alias as if it was sort of an established fact.

11         THE COURT:  It is not.  This is the indictment.

12   That is the government's theory, and that is how the

13   indictment came down.  My concern was that in the caption

14   as the indictment was presented initially to me, they had

15   under the names AKA as though that was, you know, fact.

16   It is different than the body.  If they say he was using

17   an alias.

18              If that is your objection, I am going to

19   reject it.

20         MR. LITTRELL:  I suppose I would settle for using

21   an alias.

22         THE COURT:  I am not going to change the

23   indictment.  That is the indictment, and the indictment

24   is what it is.  If the indictment accuses someone of

25   using an alias in connection with a loan, that is the way

1  the indictment reads.

2         My concern was in the caption making it seem

3  like it was a done deal.

4      MR. LITTRELL:  Understood, your Honor.  Just for

5  the record I would make a motion --

6      THE COURT:  All right.  You have made your motion.

7      MR. LITTRELL:  -- as surplusage under Federal Rule

8  of Procedure 7(d) referencing aliases.

9      THE COURT:  You have made your motion.

10         Send this indictment to the jury.

11      MR. JOHNSON:  Your Honor, on behalf of Vahe

12  Dadyan, we would join that objection.

13      THE COURT:  All right.  Everybody joins.

14      (Recess from 10:49 to 3:03 p.m.)

15      (The following proceedings were held outside the

16         presence of the jury:)

17      THE COURT:  We are present with the parties and

18  counsel.  We have received jury note, I think it is

19  No. 1.  I can't read the writing of the juror.  It is in

20  red, but, anyway, you have read the note.  I will mark it

21  as court's Exhibit 1.

22         I have a thought about how to respond.  Would

23  you be interested in my thought first before I hear from

24  you?

25      MR. JOHNSON:  Yes, your Honor.

```
 1            THE COURT:  My thought was to read the Pinkerton
 2    instruction -- I think that is what they are getting
 3    at -- with this caveat:  After I read Pinkerton, I would
 4    say "the defendant is criminally liable for any
 5    underlying substantive offenses committed by the
 6    co-conspirators during the defendant's membership in the
 7    conspiracy.  A defendant cannot be held liable for
 8    substantive offenses committed before joining the
 9    conspiracy."
10            That is a correct statement of the law, and I
11    looked it up.  There are two cases, US versus Lothian,
12    976 F.2d, 1257, Ninth Circuit, and Levine versus United
13    States, Supreme Court case 383 U.S. 265, 1966 which holds
14    that a defendant cannot be liable for substantive
15    offenses committed before joining the conspiracy.  But I
16    think that is the best I can do.  I can't tell them how
17    much or whatever.  I mean, there is no case that says
18    that, and it would be wrong for me to infer anything.  So
19    I think --
20            Bring them back.
21            Yes.  Mr. Johnson.
22       MR. JOHNSON:  Your Honor, I would like an
23    opportunity to speak about whether the court's proposal
24    is an appropriate proposal.  I am considering a different
25    proposal.
```

```
 1          THE COURT:  That is why I called you here.

 2          MR. JOHNSON:  Thank you.

 3          THE COURT:  I am open to any suggestion.  I didn't

 4   hear anything.  That is why I said get the jury.  If you

 5   have something to say, you are welcome to say it.

 6          MR. JOHNSON:  May I just have a moment to confer

 7   with other defense counsel?

 8          THE COURT:  Yes.  Do you need some time?  Do you

 9   want some time?  I will leave and come back.

10          MR. LITTRELL:  I don't think we need a lot of

11   time.

12          MR. SILVERMAN:  He does not think that he needs a

13   lot of time, your Honor.

14          (Defense counsel confer.)

15          MR. JOHNSON:  Your Honor, can the court repeat the

16   instruction that it is proposing?

17          THE COURT:  Yes.  I re-read the Pinkerton

18   instruction to them, and then say "a defendant is

19   criminally liable for any underlying substantive offenses

20   committed by co-conspirators during the defendant's

21   membership in the conspiracy.  A defendant cannot be held

22   liable for substantive offenses committed" -- I think I

23   just noticed something.  Give me a second.

24              Instead of saying "is," I am going to say "may

25   be" because that seems wrong.
```

```
1              "A defendant may be criminally liable for any
2    underlying substantive offenses committed by
3    co-conspirators during the defendant's membership in the
4    conspiracy."  This is after I read Pinkerton.
5              And, then, finally, "a defendant cannot be
6    held liable for substantive offenses committed before
7    joining the conspiracy."
8         MR. LITTRELL:  One suggestion that we just, as you
9    reed it out, a defendant may be criminally liable for
10   substantive offenses that are foreseeable during that
11   person's membership in the conspiracy.
12        THE COURT:  Okay.
13        MR. LITTRELL:  During and in furtherance.
14        THE COURT:  Okay.
15        MR. JOHNSON:  I am having a problem.
16        THE COURT:  What was that?
17        MR. JOHNSON:  I was actually directing that to my
18   co-counsel.  Not to the court.
19        MR. LITTRELL:  I think we might see it
20   differently.
21        THE COURT:  I mean I can take your thoughts
22   individually and collectively.  However, you want to do
23   it.
24        MR. JOHNSON:  I think it is probably appropriate
25   that we think through things.
```

```
 1            THE COURT:  All right.  If you want to think
 2       through things, I will give you some time.
 3            (Recess from 3:10 to 3:20 p.m.)
 4            (The following proceedings were held outside the
 5             presence of the jury:)
 6            THE COURT:  Okay.  I will hear the defendant's
 7       suggestion.
 8            MR. LITTRELL:  Your Honor, what all defendants
 9       agree, and I think the government agrees that the jury
10       should be instructed using the correct statement of law
11       that the court recited that is not in the instructions.
12                 We all agree on that.
13            THE COURT:  What do you mean by that?
14            MR. LITTRELL:  So the court cited some cases and
15       gave sort of an extra layer of instruction about not
16       being liable for acts that predated one's membership.
17            THE COURT:  Yes.
18            MR. LITTRELL:  We all agree that the court should
19       reed that to the jury.
20            THE COURT:  Yes.
21            MR. LITTRELL:  There is some disagreement on the
22       rest.  I think the defense position is that the court
23       should not single out any other instruction or read the
24       Pinkerton instruction.  Just give that correct statement
25       of the law.  And I know Mr. Mesereau would like the court
```

1    to also read the reasonable doubt instruction as well.

2           THE COURT:  I see.  What is the government's view?

3           MR. FENTON:  So, your Honor, we agree with your

4    initial recommendation which is to read the Pinkerton

5    instruction and then read the correct statement of law.

6    We think that in addition to that, it would be

7    appropriate to remind the jury that all of the

8    instructions should be considered and they should be

9    considered equally.

10          MR. LITTRELL:  I think the only disagreement,

11   then, is whether the Pinkerton instruction should be read

12   on its own.

13          MR. JOHNSON:  And I can articulate, your Honor,

14   that highlighting the Pinkerton instruction is really

15   anticipating or trying to predict what the jury may be

16   thinking, and I don't want to highlight one instruction

17   over another.

18               I think that having the correct statement of

19   the law is appropriate and also advising them to

20   generally review these instructions again.

21               This is Peter Johnson on behalf of Mr. Vahe

22   Dadyan.

23          THE COURT:  All right.

24          MR. RAM:  Your Honor?

25          THE COURT:  Yes.

1          MR. RAM:  One other approach is --

2          THE COURT:  I know your suggestion --

3          (Laughter.)

4          THE COURT:  -- is that you want a unanimity

5     instruction on multiple conspiracies.  You believe that

6     the Freudian interpretation of what they wrote is that

7     they are now thinking about multiple conspiracies.

8              Is that it?

9          MR. RAM:  No.  So my proposal would be advise them

10    that you shouldn't focus on -- consider all the

11    instructions equally, the last piece that the government

12    proposed.  Start with that.  Then read the conspiracy

13    instructions implicated by their question.  Then give

14    them the correct statement of the law as you read it and

15    then read the reasonable doubt instruction.

16         THE COURT:  Well, I am not going to read

17    reasonable doubt because that is not what they asked

18    about.

19             The first part of the note says "if someone is

20    guilty of a conspiracy, how much of an active participant

21    must they be in the specific acts of wire fraud."

22             Look, the best way I think I can answer this

23    is to -- is to read the Pinkerton and then add just the

24    last sentence of what I said, "a defendant cannot be held

25    liable for substantive offenses before joining the

1   conspiracy."

2              That is the best I can do.  And then I will

3   tell them to consider all the instructions in deciding

4   the case.

5              All right.  Bring me the jury.

6         MR. LITTRELL:  I just want to make sure it

7   predates that defendant's joining of the conspiracy.  The

8   court just read --

9         THE COURT:  Okay.  That is a good suggestion.

10  Cannot be held liable for acts committed before that

11  defendant's -- before that defendant -- before a

12  defendant joined the conspiracy.

13             I can't say that.  Doesn't make sense.  Say

14  committed before a defendant which focuses then on each

15  defendant.

16        MR. LITTRELL:  But --

17        THE COURT:  Before a particular defendant joined

18  the conspiracy.

19        MR. LITTRELL:  I worry that --

20        MS. AHN:  I'm sorry, your Honor.  Do you mind

21  re-reading the sentencing again?

22        THE COURT:  Gosh.  The way I have it now, "a

23  defendant cannot be held liable for substantive offenses

24  committed before joining the conspiracy."

25             What is unclear about that?

1        MR. LITTRELL:  Actually, that is not bad.  That is

2   fine.

3        THE COURT:  It is clear.

4        Bring the jury in.  No more.  No more.  That

5   is it.

6        (The following proceedings were held in the

7        presence of the jury:)

8        THE COURT:  Members of the jury, I received a note

9   from your foreperson.  I have read the note, and I can't

10  engage in a colloquy with you.  That is just not allowed.

11       So the best way I think I can answer your

12  question is the way I am going to answer it.  But you

13  should, of course, as I have said many times, not read

14  into anything I say in this response as any indication of

15  what you should do.  That is a matter entirely up to you.

16       But, in answering your question as best I can,

17  I will do it as follows:  I am going to refer again to

18  Instruction 23.

19       Each member of a conspiracy is responsible for

20  the actions of the other conspirators performed during

21  the course of and in furtherance of the conspiracy.  If

22  one member of a conspiracy commits a crime in furtherance

23  of a conspiracy, the other members have also, under the

24  law, committed the crime.  Therefore, you may find a

25  defendant guilty of the crime charged in the indictment

1  if the government has proved each of the following

2  elements beyond a reasonable doubt:

3          First, someone committed the crime; second,

4  that person was a member of a conspiracy charged in the

5  indictment; third, that person performed the crime in

6  furtherance of that conspiracy; fourth, that person and

7  the defendant were members of that same conspiracy at the

8  time that the crime was committed; and, fifth, the crime

9  fell within the scope of that conspiracy and could

10 reasonably have been foreseen by the defendant to be a

11 necessary or natural consequence of the conspiracy.  A

12 defendant cannot be held liable for substantive offenses

13 committed before joining the conspiracy.

14         And, again, as I told you, you should consider

15 all the instructions in reaching your verdict.

16         So that is the best I can do.  I hope it

17 helps.  You are now to continue your deliberations.

18 Thank you.

19     (The following proceedings were held outside the

20      presence of the jury:)

21     THE COURT:  Did the lawyers see the other note,

22 Paul?  Maybe we should give them a chance to see the

23 other note and the government, and then I will get back

24 to them.

25         (Recess from 3:35 to 3:50 p.m.)

```
 1          THE COURT:  Okay.  We received jury Note 2.  Here
 2   is how I propose to respond to it, and then I will get
 3   your input:
 4          At this point, you should continue your
 5   deliberations.  The court can accept a partial verdict
 6   but only if further deliberations would not enable you to
 7   reach a verdict on the remaining counts as to defendants.
 8   So at this time, I encourage you to further deliberate.
 9          Any thoughts?
10      MR. FENTON:  Your Honor, the government
11   believes -- we would agree that you should direct the
12   jury to continue to deliberate, but we would not include
13   those additional -- anything beyond just directing them
14   to continue to deliberate at this early stage.
15      THE COURT:  I shouldn't say anything about I can
16   accept a partial verdict?
17      MR. FENTON:  No.  Not at this time.
18      THE COURT:  Yes.  What is your view?  I mean that
19   is the question.  I am not answering their question by
20   telling them to further deliberate.
21      MR. JOHNSON:  Your Honor, this is Peter Johnson.
22   I only speak for Vahe Dadyan.
23          I agree with the court's proposed instruction.
24   I would ask, also ask that the court send back a written
25   instruction as to the last sentence that the court added
```

```
 1    to the Pinkerton instruction because --
 2         THE COURT:  Say that again.  I am not
 3    understanding you.
 4         MR. JOHNSON:  The court added a sentence to the
 5    Pinkerton instruction.
 6         THE COURT:  Yes.
 7         MR. JOHNSON:  But the court only advised the jury
 8    that it was re-reading the Pinkerton instruction at 23.
 9    What some jurors might go back and look at is that that
10    language is actually not in there.
11         THE COURT:  Is not in where?
12         MR. JOHNSON:  Not back there with them.
13         THE COURT:  But I told them.  That wasn't
14    complicated.  I think it is adequate.  Okay.  All right.
15    I am going to -- do any of defendants have any objection
16    to the way I am going to read the note?
17         MR. MESEREAU:  Tom Mesereau on behalf of Artur
18    Ayvazian.  We like the court's suggested language.
19         MR. LITTRELL:  Same for Mary Terabelian.
20         THE COURT:  Okay.  I am going to do it.  I am
21    going to actually write this out.  I am trying to use my
22    best penmanship.
23         MR. FRASER:  Your Honor, Ryan Fraser on behalf of
24    Marietta Terabelian.  In following up to the request that
25    was made on behalf of Vahe Dadyan, as an alternative to
```

```
 1   sending back in writing the final sentence of the court's
 2   response to the first jury question, if the court would
 3   perhaps specifically identify the last sentence as being
 4   in addition to the Pinkerton charge, I think that will
 5   assist the jury.
 6        THE COURT:  All right.  Let me get this out, and I
 7   will --
 8        MR. FRASER:  Thank you.
 9        THE COURT:  I am not going to say anything further
10   about the first note.  No one made that suggestion at the
11   time, and I think my answer was clear and I am not going
12   to muddle it further.
13           Send this back to the jury, Paul, and have the
14   lawyers stand by.
15        (Court and clerk confer.)
16        MR. LITTRELL:  Your Honor, can we take a look at
17   the note before it goes back?
18        THE COURT:  Okay.  Take a look at it.
19        (Recess from 3:57 to 4:41 p.m.)
20        (The following proceedings were held outside the
21         presence of the jury:)
22        THE COURT:  I did tell the jury -- they asked if
23   they could continue to 6:00.  I said okay.  You may all
24   be seated.  Thank you.
25           The reason I asked you to come here is in the
```

```
 1   event there is a guilty verdict, frankly, I have never
 2   had the experience of, to my memory, of a criminal
 3   forfeiture following a verdict.
 4           And let me ask the government, first, what is
 5   involved with that?  I mean, how do you make the
 6   presentation?
 7       MR. BOYLE:  Assuming the jury returns a verdict
 8   and convicts at least one count that touches on property
 9   subject to forfeiture --
10       THE COURT:  Which count is that again?
11       MR. BOYLE:  All of the counts in the indictment
12   with the exception of the last money laundering counts of
13   the indictment.
14       THE COURT:  All right.  On the possibility of
15   that, what happens on -- how do you present that part of
16   it.
17       MR. BOYLE:  Yes, your Honor.  The first thing we
18   would ask is that the court give an immediate jury
19   instruction to the jury telling them that there is
20   another phase to trial so that they don't just disappear.
21       THE COURT:  I mean that is a given.  So go from
22   there.
23       MR. BOYLE:  And we submitted a proposed jury
24   instruction a couple of weeks back.
25       THE COURT:  But is it just a jury instruction?  Is
```

1    that all there is to do?

2         MR. BOYLE:  No, your Honor.  The government is

3    then -- well, the government and the defense are then

4    entitled to put on additional evidence that didn't come

5    in during the guilt phase.

6              In this case, I don't believe that would be

7    more than maybe 30 minutes.  The government expects to

8    put Ms. Robinson, the summary witness, back on to explain

9    some additional summary charts.  Maybe 20 to 30 minutes

10   of direct.  I can't predict cross.  The defendant would

11   then have their opportunity to put on evidence they want

12   to.

13        THE COURT:  What evidence -- what type of evidence

14   is usually presented by defendants in these cases?

15        MR. BOYLE:  They are entitled to put on evidence.

16        THE COURT:  Somebody is getting up so you have an

17   idea --

18        MR. RAM:  Right.  So the big picture, evidence the

19   defense would put on challenges the nexus between the

20   property alleged in the bill of particulars versus the

21   counts of conviction and things that would chip away from

22   the nexus.

23              So, for example, one of the pieces of property

24   that the court is aware of is $450,000 in cash.  So the

25   question is what nexus can the government show that would

1    connect this 450,000 in cash specifically to the count of

2    conviction.

3         THE COURT:  Is that the money that was tossed

4    during the search?

5         MR. RAM:  Correct.  So the proceedings generally

6    go as if the evidence presented in the underlying trial

7    is essentially incorporated into the forfeiture

8    proceeding, and the defense and government would provide

9    additional evidence through witnesses or charts.

10        THE COURT:  Well, the government says it will

11   produce additional evidence through this accountant

12   Robinson, and they anticipate it being a half-hour or so.

13        Do you anticipate cross-examining her?

14        MR. RAM:  We do.  And we would probably put on

15   affirmative evidence as well with specific items of

16   property, and, then, there would be both -- and there

17   would be a closing argument.

18        THE COURT:  I see.  And just roughly how long do

19   you think it would -- your presentation would take?

20        MR. RAM:  To be honest, I really don't know.  I am

21   not in a position to inform the court.  I think,

22   realistically, we would start the proceedings next week,

23   and it just depends on what the counts of conviction are

24   and the property linked to those counts.  It could be

25   very short.  It could be a longer process.  Because we

```
 1   have to defend the nexus on each specific piece of
 2   property that is subject to forfeiture.
 3        THE COURT:  Isn't it more argument, or is it more
 4   evidence?
 5        MR. RAM:  It is both, your Honor.  So, for
 6   example, let's say this -- the gold coin you saw.  If a
 7   store owner comes in and says I sold them that gold coin
 8   in 2019, it cannot -- if there is a reasonable debate of
 9   was that coin from 2019 or -- that is the nexus.
10        THE COURT:  Is that just a hypothetical?
11        MR. RAM:  That was a hypothetical.  But that is
12   essentially what is involved in a forfeiture mini trial.
13        THE COURT:  I see.  And, then, there is a jury
14   instruction, I guess; right?  Have the parties agreed on
15   a jury instruction?
16        MR. RAM:  We have not agreed yet.  I have not even
17   looked at the forfeiture instructions.  I was planning on
18   winning, but, in case, that doesn't happen I will take a
19   look at the forfeiture instructions with counsel.
20        MR. BOYLE:  And I will represent to the court that
21   the forfeiture jury instructions that we submitted, they
22   were mostly based on a -- we obviously can't predict what
23   counts will result in convictions if any.  So we would
24   certainly need to amend those forfeiture jury
25   instructions to match the actual counts.
```

```
 1          THE COURT:  Would the substance of the instruction
 2    be the same.
 3          MR. BOYLE:  I don't expect there would be
 4    significant changes other than certain jury instructions
 5    pertain to certain counts of conviction so, for example,
 6    if the defendants were not convicted of money laundering,
 7    we would remove that jury instruction.  But the
 8    instructions themselves would not be substantially
 9    changed.
10          THE COURT:  Now, I was focused on the instructions
11    for the trial.  I can't remember reviewing that
12    instruction.  Did you include that in the packet, or is
13    that something new?
14          MS. AHN:  Yes, your Honor.  It was included in the
15    government's first set of proposed jury instructions.
16          THE COURT:  I see.  If you proposed it, then we
17    have it.  Okay.
18              I just signed the jury note with one word.
19    Yes.
20          (Recess at 4:50 p.m.)
21
22
23
24
25
```

1                          CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  June 27, 2021

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. BOYLE: [8]   25/6 25/10
25/16 25/22 26/1 26/14 28/19
29/2
MR. FENTON: [3]   17/2 22/9
22/16
MR. FRASER: [2]   23/22 24/7
MR. JOHNSON: [14]   12/10
12/24 13/21 14/1 14/5 14/14
15/14 15/16 15/23 17/12
22/20 23/3 23/6 23/11
MR. LITTRELL: [27]
MR. MESEREAU: [2]   7/6 23/16
MR. RAM: [14]   9/6 9/13 9/19
9/24 17/23 17/25 18/8 26/17
27/4 27/13 27/19 28/4 28/10
28/15
MR. SILVERMAN: [1]   14/11
MS. AHN: [10]   7/16 7/19
7/21 8/1 8/8 8/19 9/3 10/21
19/19 29/13
THE CLERK: [3]   5/11 5/14
6/16
THE COURT: [86]
THE JUROR: [2]   6/14 6/21

$
$450,000 [1]   26/24

—
-and [2]   2/5 2/8

/
/s [1]   30/12

1
10036 [1]   2/18
10100 [1]   3/15
10:44 [1]   10/3
10:49 [1]   12/14
1114 [1]   2/17
12 [1]   5/23
1257 [1]   13/12
1330 [1]   2/23
1400 [1]   2/10
1900 [1]   2/15
1935 [1]   3/12
1966 [1]   13/13
1st [1]   1/22

2
20 [1]   26/9
20-579 [1]   1/8
20036 [1]   2/23
2019 [2]   28/8 28/9
2021 [3]   1/17 5/1 30/10
20530 [1]   2/10
216 [1]   3/13
22 [3]   11/3 11/5 11/6
23 [2]   20/18 23/8
25 [2]   1/17 5/1
26 [1]   7/18
265 [1]   13/13
27 [1]   30/10
28 [1]   30/4

3
30 [2]   26/7 26/9
300 [1]   3/16
312 [1]   2/6
350 [2]   1/22 3/5
383 [1]   13/13
3900 [1]   2/20
3:03 [1]   12/14
3:10 [1]   16/3
3:20 [1]   16/3
3:35 [1]   21/25
3:50 [1]   21/25

3:57 [1]   24/19

4
409 [1]   3/20
4311 [1]   1/22
450,000 [1]   27/1
4:41 [1]   24/19
4:50 [1]   29/20

5
579 [1]   1/8
5th [2]   2/14 3/8

6
601 [1]   3/8
633 [1]   2/14
651 [1]   3/21
6:00 [1]   24/23

7
720 [1]   3/8
753 [1]   30/4

9
90012 [2]   1/23 2/7
90067 [1]   3/16
90071 [2]   2/15 3/9
90277 [1]   3/21
903 [1]   3/5
91208 [1]   3/13
92673 [1]   3/6
94105 [1]   2/21
976 [1]   13/12
9858 [2]   1/21 30/12
9:26 [1]   5/2
9:35 [1]   10/3

A
a.m [2]   5/2 10/3
A.M. [1]   1/16
A.M./P.M [1]   1/16
about [9]   8/16 12/22 13/23
 16/15 18/7 18/18 19/25 22/15
 24/10
above [1]   30/7
above-entitled [1]   30/7
absolutely [1]   8/21
accept [2]   22/5 22/16
access [1]   6/9
accountant [1]   27/11
accounts [1]   11/9
accuses [1]   11/24
actions [1]   20/20
active [1]   18/20
acts [3]   16/16 18/21 19/10
actual [1]   28/25
actually [5]   9/17 15/17 20/1
 23/10 23/21
add [1]   18/23
added [2]   22/25 23/4
addition [2]   17/6 24/4
additional [5]   22/13 26/4
 26/9 27/9 27/11
adequate [1]   23/14
admonitions [1]   6/11
advise [1]   18/9
advised [1]   23/7
advising [1]   17/19
affirmative [1]   27/15
after [3]   6/20 13/3 15/4
again [8]   6/20 6/8 17/20
 19/21 20/17 21/14 23/2 25/10
agree [9]   8/8 8/12 8/21 16/9
 16/12 16/18 17/3 22/11 22/23
agreed [2]   28/14 28/16
agreement [1]   9/23
agrees [1]   16/9
AHN [1]   2/5

AKA [1]   11/15
AKA's [1]   11/25
al [1]   1/9
alias [4]   11/10 11/17 11/21
 11/25
aliases [3]   10/12 11/8 12/8
all [24]
alleged [2]   26/20
allow [1]   5/21
allowed [1]   20/10
Alpha [1]   3/12
also [5]   5/11 17/1 17/19
 20/23 22/24
alternate [1]   7/2
alternates [3]   5/11 5/13
 5/14
alternative [1]   23/25
am [23]
Amanecer [1]   3/5
amend [1]   28/24
America [2]   1/6 2/3
Americas [1]   2/17
ANGELES [7]   1/14 1/23 2/7
 2/15 3/9 3/16 5/1
another [2]   17/17 25/20
answer [4]   18/22 20/11 20/12
 24/11
answering [2]   20/16 22/19
anticipate [2]   27/12 27/13
anticipating [1]   17/15
any [16]
anyone [3]   6/9 7/5 10/10
anything [7]   6/9 13/18 14/4
 20/14 22/13 22/15 24/9
anyway [1]   12/20
appeal [1]   9/11
APPEARANCES [2]   2/1 3/1
appears [1]   10/9
approach [1]   18/1
appropriate [4]   13/24 15/24
 17/7 17/19
are [18]
argument [3]   9/22 27/17 28/3
articulate [1]   17/13
ARTUR [2]   3/11 23/17
as [24]
Ashwin [1]   2/13
ask [6]   6/18 7/4 7/22 9/15
 22/24 22/24 25/4 25/18
asked [5]   6/10 6/10 18/17
 24/22 24/25
assembly [1]   6/24
assist [1]   24/5
Assuming [1]   25/7
attentive [1]   5/18
ATTORNEY'S [1]   2/4
AUSA [2]   2/5 2/5
available [1]   5/25
Avenue [3]   2/10 2/17 2/23
aware [1]   26/24
away [1]   26/21
Ayvazian [2]   11/7 23/18
Ayvazyan [4]   1/9 2/12 3/11
 8/4

B
back [18]
bad [1]   20/1
bank [2]   8/5 11/9
based [1]   28/22
be [42]
Beach [1]   3/21
because [10]   6/9 8/2 8/4 8/5
 8/21 9/1 14/25 18/17 23/1
 27/25
been [2]   7/10 21/10
before [14]   6/18 12/23 13/8
 13/15 15/6 18/25 19/10 19/11
 19/11 19/14 19/17 19/24

**B**

**before... [2]** 21/13 24/17
**begin [1]** 7/11
**behalf [7]** 2/3 5/20 12/11
17/21 23/17 23/23 23/25
**being [5]** 5/18 9/23 16/16
24/3 27/12
**believe [2]** 18/5 26/6
**believes [1]** 22/11
**belongings [1]** 6/7
**best [7]** 13/16 18/22 19/2
20/11 20/16 21/16 23/22
**between [1]** 26/19
**beyond [2]** 21/2 22/13
**Bienert [2]** 3/4 3/7
**big [1]** 26/18
**bill [1]** 26/20
**body [1]** 11/16
**book [1]** 6/20
**both [3]** 8/6 27/16 28/5
**Boulevard [1]** 3/15
**box [1]** 8/18
**Bring [3]** 13/20 19/5 20/4
**broken [1]** 7/22

**C**

**CA [9]** 1/23 2/7 2/15 2/21
3/6 3/9 3/13 3/16 3/21
**CALIFORNIA [3]** 1/2 1/14 5/1
**call [2]** 5/25 6/1
**Calle [1]** 3/5
**called [2]** 6/24 14/1
**came [1]** 11/13
**can [18]**
**can't [8]** 5/21 12/19 13/16
19/13 20/9 26/10 28/22 29/11
**cannot [9]** 13/7 13/14 14/21
15/5 18/24 19/10 19/23 21/12
28/8
**caption [2]** 11/13 12/2
**case [7]** 9/12 9/18 13/13
13/17 19/4 26/6 28/18
**cases [3]** 13/11 16/14 26/14
**cash [2]** 26/24 27/1
**CATHERINE [1]** 2/5
**caveat [1]** 13/3
**CENTRAL [1]** 1/2
**certain [2]** 29/4 29/5
**certainly [1]** 28/24
**CERTIFICATE [1]** 30/1
**certify [1]** 30/4
**challenges [1]** 26/19
**chance [1]** 21/22
**change [1]** 11/22
**changed [1]** 29/9
**changes [1]** 29/4
**charge [1]** 24/4
**charged [2]** 20/25 21/4
**charts [2]** 26/9 27/9
**check [1]** 8/18
**chip [1]** 26/21
**Christopher [1]** 2/9
**Circuit [1]** 13/12
**cited [1]** 16/14
**civic [1]** 5/19
**clear [6]** 7/23 8/9 8/11 8/22
20/3 24/11
**clearer [2]** 8/23 8/25
**Clemente [1]** 3/6
**clerk [1]** 24/15
**closing [1]** 27/17
**co [4]** 13/6 14/20 15/3 15/18
**co-conspirators [3]** 13/6
14/20 15/3
**co-counsel [1]** 15/18
**Coast [1]** 3/20
**Code [1]** 30/5
**coin [3]** 28/6 28/7 28/9

**collectively [1]** 15/22
**colloquy [1]** 20/6
**come [5]** 6/10 6/11 14/9
24/25 26/4
**comes [1]** 28/7
**comment [1]** 7/16
**commit [2]** 8/5 8/5
**commits [1]** 20/22
**committed [14]** 13/5 13/8
13/15 14/20 14/22 15/2 15/6
19/10 19/14 19/24 20/24 21/3
21/8 21/13
**complicated [1]** 23/14
**concern [2]** 11/13 12/2
**conclude [1]** 8/18
**confer [3]** 14/6 14/14 24/15
**Conference [1]** 30/9
**conformance [1]** 30/8
**connect [1]** 27/1
**Connecticut [1]** 2/23
**connection [1]** 11/25
**consequence [1]** 21/11
**consider [4]** 8/17 18/10 19/3
21/14
**considered [3]** 9/2 17/8 17/9
**considering [1]** 13/24
**conspiracies [2]** 18/5 18/7
**conspiracy [29]**
**conspirators [4]** 13/6 14/20
15/3 20/20
**Cont'd [1]** 3/1
**continue [5]** 21/17 22/4
22/12 22/14 24/23
**controlled [1]** 11/7
**convicted [1]** 29/6
**conviction [4]** 26/21 27/2
27/23 29/5
**convictions [1]** 28/23
**convicts [1]** 25/8
**copy [1]** 7/9
**correct [11]** 5/11 6/4 6/6
13/10 16/10 16/24 17/5 17/18
18/14 27/5 30/5
**could [4]** 21/9 24/23 27/24
27/25
**counsel [9]** 2/1 5/10 5/20
10/7 12/18 14/7 14/14 15/18
28/19
**count [5]** 7/25 8/4 25/8
25/10 27/1
**counts [11]** 7/18 7/18 22/7
25/11 25/12 26/21 27/23
27/24 28/23 28/25 29/5
**couple [1]** 25/24
**course [2]** 20/13 20/21
**court [23]**
**court's [5]** 12/21 13/23
22/23 23/18 24/1
**courtroom [1]** 7/2
**CR [1]** 1/8
**crime [7]** 20/22 20/24 20/25
21/3 21/5 21/8 21/8
**criminal [1]** 25/2
**criminally [4]** 13/4 14/19
15/1 15/9
**cross [2]** 26/10 27/13
**cross-examining [1]** 27/13
**CRR [1]** 30/12
**CSR [2]** 1/21 30/12

**D**

**DADYAN [5]** 3/18 12/12 17/22
22/22 23/25
**Date [1]** 30/10
**DAY [1]** 1/15
**DC [2]** 2/10 2/23
**deal [1]** 12/3
**debate [1]** 28/8
**deciding [2]** 8/16 19/3

**defend [1]** 28/1
**defendant [1]** 2/9
**defendant's [6]** 13/6 14/20
15/3 16/6 19/7 19/11
**defendants [5]** 16/8 22/7
23/15 26/14 29/6
**defense [7]** 9/6 14/7 14/14
16/22 26/3 26/19 27/8
**deliberate [6]** 5/22 7/4 22/8
22/12 22/14 22/20
**deliberation [1]** 6/15
**deliberations [4]** 7/12 21/17
22/5 22/6
**DEPARTMENT [2]** 2/4 2/9
**depends [1]** 27/23
**detailed [1]** 8/15
**did [5]** 6/5 10/20 21/21
24/22 29/12
**didn't [3]** 6/4 14/3 26/4
**different [2]** 11/16 13/24
**differently [1]** 15/20
**direct [2]** 22/11 26/10
**directing [2]** 15/17 22/13
**disagreement [2]** 16/21 17/10
**disappear [1]** 25/20
**dismiss [1]** 5/24
**DISTRICT [3]** 1/1 1/2 1/4
**DIVISION [1]** 1/2
**do [21]**
**does [3]** 8/11 10/10 14/12
**doesn't [3]** 9/1 19/13 28/18
**don't [9]** 6/5 6/8 8/24 14/10
17/16 25/20 26/6 27/20 29/3
**done [3]** 8/25 9/1 12/3
**doubt [4]** 17/1 18/15 18/17
21/2
**down [1]** 11/13
**during [8]** 13/6 14/20 15/3
15/10 15/13 20/20 26/5 27/4
**duties [1]** 5/19

**E**

**each [6]** 7/20 8/16 19/14
20/19 21/1 28/1
**early [1]** 22/14
**EIGHT [1]** 1/15
**elements [1]** 21/2
**else [1]** 6/9
**enable [1]** 22/6
**encourage [1]** 22/8
**engage [1]** 20/10
**enter [1]** 6/21
**entirely [1]** 20/15
**entitled [3]** 26/4 26/15 30/7
**equally [2]** 17/9 18/11
**essentially [3]** 8/16 27/7
28/12
**established [1]** 11/10
**et [1]** 1/9
**even [1]** 28/16
**event [3]** 6/1 6/1 25/1
**Everybody [1]** 12/13
**Everyone [1]** 5/9
**EVID [1]** 4/6
**evidence [14]** 7/10 8/17 9/22
26/4 26/11 26/13 26/13 26/15
26/18 27/6 26/23 27/11 27/15
28/4
**examining [1]** 27/13
**example [7]** 7/25 8/3 8/6
10/25 26/23 28/6 29/5
**exception [1]** 25/12
**EXHIBIT [2]** 4/6 12/21
**exhibits [1]** 7/10
**exited [1]** 7/2
**expect [1]** 29/3
**expects [1]** 26/7
**experience [1]** 25/2
**explain [1]** 26/8

**E**

extent [1]   9/14
extra [1]   16/15

**F**

F.2d [1]   13/12
fact [3]   11/9 11/10 11/15
Federal [1]   12/7
fell [1]   21/9
Fenton [1]   2/9
fifth [1]   21/8
final [1]   24/1
finally [1]   15/5
find [1]   20/24
finding [2]   7/23 9/17
fine [1]   20/2
first [10]   6/19 10/25 12/23
18/19 21/3 24/2 24/10 25/4
25/17 29/15
Floor [1]   2/6
focus [1]   18/10
focused [1]   29/10
focuses [1]   19/14
follow [1]   8/17
following [12]   5/7 7/13 10/4
11/9 12/15 16/4 20/6 21/1
21/19 23/24 24/20 25/3
follows [2]   9/3 20/17
foregoing [1]   30/5
foreperson [1]   20/9
foreseeable [1]   15/10
foreseen [1]   21/10
forfeiture [9]   25/3 25/9
27/7 28/2 28/12 28/17 28/19
28/21 28/24
form [3]   7/16 8/15 9/15
format [1]   30/8
found [1]   8/3
fourth [1]   21/6
Francisco [1]   2/21
frankly [1]   25/1
Fraser [2]   3/7 23/23
fraud [4]   8/5 8/6 9/10 18/21
Freudian [1]   18/6
FRIDAY [2]   1/17 5/1
front [1]   11/4
further [5]   22/6 22/8 22/20
24/9 24/12
furtherance [4]   15/13 20/21
20/22 21/6

**G**

gave [1]   16/15
generally [2]   17/20 27/5
get [5]   11/1 14/4 21/23 22/2
24/6
getting [2]   13/2 26/16
give [9]   6/25 7/8 10/17
14/23 16/2 16/24 18/13 21/22
25/18
given [1]   25/21
Glendale [1]   3/13
go [9]   6/4 6/18 6/19 10/14
10/16 10/24 23/9 25/21 27/6
goes [1]   24/17
going [16]
gold [2]   28/6 28/7
good [2]   5/9 19/9
Gosh [1]   19/22
government [12]   16/9 18/11
21/1 21/23 22/10 25/4 26/2
26/3 26/7 26/25 27/8 27/10
government's [3]   11/12 17/2
29/15
Group [1]   3/15
guess [1]   28/14
guilt [1]   26/5
guilty [5]   7/23 8/4 18/20

**H**

had [3]   7/15 11/14 25/2
half [1]   27/12
half-hour [1]   27/12
hand [1]   10/18
happen [1]   28/18
happens [1]   25/15
has [2]   9/21 21/1
have [42]
having [2]   15/15 17/18
he [3]   11/16 14/12 14/12
hear [3]   12/23 14/4 16/6
heard [3]   9/18 9/21 9/22
held [16]
helpful [1]   11/4
helps [1]   21/17
her [1]   27/13
here [5]   5/11 10/16 14/1
22/1 24/25
hereby [1]   30/4
highlight [1]   17/16
highlighting [1]   17/14
Highway [1]   3/20
his [2]   11/8 11/8
holds [1]   13/13
home [1]   6/9
honest [3]   9/9 9/11 27/20
Honor [32]
HONORABLE [1]   1/3
hope [1]   21/16
hour [1]   27/12
how [9]   8/15 11/12 12/22
13/16 18/20 22/2 25/5 25/15
27/18
However [1]   15/22
hypothetical [2]   28/10 28/11

**I**

I'm [2]   10/23 19/20
I.D [1]   4/6
idea [1]   26/17
identify [1]   24/3
immediate [1]   25/18
implicated [1]   18/13
inclined [1]   9/5
include [2]   22/12 29/12
included [1]   29/14
incorporated [1]   27/7
indication [1]   20/14
indictment [17]
individually [1]   15/22
infer [1]   13/18
inform [1]   27/21
initial [1]   17/4
initially [1]   11/14
input [1]   22/3
Instead [1]   14/24
instructed [3]   8/12 10/9
16/10
instruction [29]
instructions [20]
interested [1]   12/23
interpretation [1]   18/6
involved [2]   25/5 28/12
is [117]
isn't [2]   9/1 28/3
issue [4]   7/15 8/16 9/10
9/12
it [73]
items [1]   27/15
its [1]   17/12

**J**

Jennifer [1]   3/12
John [1]   3/4
Johnson [9]   2/14 2/17 2/19

2/22 3/19 3/20 13/21 17/21
3/20

join [1]   12/12
joined [2]   19/12 19/17
joining [7]   13/8 13/15 15/7
18/25 19/7 19/24 21/13
joins [1]   12/13
Jr [1]   3/14
JUDGE [1]   1/4
Judicial [1]   30/9
JUNE [3]   1/17 5/1 30/10
juror [1]   12/19
jurors [7]   5/23 6/21 7/2 7/3
7/4 8/7 8/8 23/9
jury [56]
just [19]
JUSTICE [2]   2/4 2/9

**K**

KATIE [2]   1/21 30/12
Katzman [2]   3/4 3/7
keep [1]   6/11
Keough [1]   2/19
know [6]   8/24 9/9 11/15
16/25 18/2 27/20

**L**

language [2]   23/10 23/18
last [5]   18/11 18/24 22/25
24/3 25/12
Laughter [1]   18/3
laundering [2]   25/12 29/6
law [9]   3/15 3/20 13/10
16/10 16/25 17/5 17/19 18/14
20/24
lawyers [2]   21/21 24/14
layer [1]   16/15
least [1]   25/8
leave [5]   6/12 6/20 6/23 9/5
14/9
leaving [1]   9/8
lecturn [1]   10/14
left [1]   6/15
legal [1]   11/8
let [3]   11/1 24/6 25/4
let's [1]   28/6
Levine [1]   13/12
Lewis [1]   3/4
liable [13]   13/4 13/7 13/14
14/19 14/22 15/1 15/6 15/9
16/16 18/25 19/10 19/23
21/12
light [1]   9/18
like [6]   9/9 9/17 12/3 13/22
16/25 23/18
Line [1]   11/5
Line 22 [1]   11/5
linked [1]   27/24
Littrell [3]   3/4 3/4 3/7
LLP [6]   2/14 2/17 2/19 2/22
3/4 3/7
loan [1]   11/25
long [1]   27/18
longer [1]   27/25
look [5]   18/22 23/9 24/16
24/18 28/19
looked [3]   10/8 13/11 28/17
LOS [7]   1/14 1/23 2/7 2/15
3/9 3/16 5/1
lot [2]   14/10 14/13
Lothian [1]   13/11

**M**

made [4]   12/6 12/9 23/25
24/10
make [5]   9/17 12/5 19/6
19/13 25/5
makes [2]   8/23 8/24

# M

**making [2]**   9/14 12/2
**many [1]**   20/13
**Marietta [1]**   23/24
**mark [1]**   12/20
**Market [1]**   2/20
**Mary [1]**   23/19
**match [1]**   28/25
**matter [2]**   20/15 30/7
**may [10]**   6/9 6/10 10/22 14/6
14/24 15/1 15/9 17/15 20/24
24/23
**maybe [3]**   21/22 26/7 26/9
**me [9]**   10/9 10/17 11/1 11/14
13/18 14/23 19/5 24/6 25/4
**mean [10]**   8/14 8/24 8/25 9/1
13/17 15/21 16/13 22/18 25/5
25/21
**Meghan [1]**   2/16
**member [3]**   20/19 20/22 21/4
**members [4]**   7/8 20/8 20/23
21/7
**membership [5]**   13/6 14/21
15/3 15/11 16/16
**memory [1]**   25/2
**Mesereau [4]**   3/14 3/15 16/25
23/17
**Michael [1]**   2/19
**might [2]**   15/19 23/9
**mind [2]**   6/11 19/20
**Mine [1]**   6/15
**mini [1]**   28/12
**minutes [2]**   26/7 26/9
**modifications [1]**   9/15
**moment [1]**   14/6
**money [3]**   25/12 27/3 29/6
**Monica [1]**   3/15
**more [6]**   9/23 20/4 20/4 26/7
28/3 28/3
**morning [1]**   5/9
**mostly [1]**   28/22
**motion [3]**   12/5 12/6 12/9
**Mr. [3]**   13/21 16/25 17/21
**Mr. Johnson [1]**   13/21
**Mr. Mesereau [1]**   16/25
**Mr. Vahe [1]**   17/21
**Ms. [1]**   26/8
**Ms. Robinson [1]**   26/8
**much [3]**   7/1 13/17 18/20
**muddle [1]**   24/12
**multiple [2]**   18/5 18/7
**must [1]**   18/21
**my [11]**   6/11 10/18 11/13
12/2 12/23 13/1 15/17 18/9
23/21 24/11 25/2

# N

**name [2]**   4/3 11/8
**names [1]**   11/15
**natural [1]**   21/11
**necessary [4]**   8/1 8/19 8/21
21/11
**need [3]**   14/8 14/10 28/24
**needs [1]**   14/12
**never [3]**   8/25 9/1 25/1
**new [3]**   2/10 2/18 29/13
**Newcomer [1]**   2/16
**next [1]**   27/22
**nexus [5]**   26/19 26/22 26/25
28/1 28/9
**Nicholas [1]**   2/22
**Ninth [1]**   13/12
**no [14]**   1/8 7/6 7/7 9/13
9/20 9/20 13/17 18/9 20/4
20/4 22/17 24/10 26/2 30/12
**No. [1]**   12/19
**No. 1 [1]**   12/19
**Nobody [1]**   6/5

# None [2]   4/4 4/7
**Norm [2]**   2/2 2/3
**not [32]**
**note [12]**   12/18 12/20 18/19
20/8 20/9 21/21 21/23 22/1
23/16 24/10 24/17 29/18
**notebooks [2]**   6/12 6/23
**notes [3]**   6/13 6/25 7/1
**noticed [1]**   14/23
**notion [1]**   9/2
**now [4]**   18/7 19/22 21/17
29/10
**number [2]**   10/11 10/17
**NW [2]**   2/10 2/23
**NY [1]**   2/18

# O

**object [6]**   7/23 8/8 8/10
8/13 9/9 9/10
**objection [4]**   7/5 11/18
12/12 23/15
**objects [1]**   7/20
**obviously [1]**   28/22
**offenses [11]**   13/5 13/8
13/15 14/19 14/22 15/2 15/6
15/10 18/25 19/23 21/12
**OFFICE [2]**   2/4 3/20
**Official [1]**   1/21
**Oh [1]**   9/24
**okay [14]**   6/3 6/21 7/1 10/2
15/12 15/14 16/6 19/9 22/1
23/14 23/20 24/18 24/23
29/17
**old [2]**   10/22 10/23
**once [1]**   6/3
**one [12]**   5/23 9/23 11/1 11/8
15/8 17/16 18/1 20/22 24/10
25/8 26/23 29/18
**one's [1]**   16/16
**only [4]**   17/10 22/6 22/22
23/7
**open [1]**   14/3
**opportunity [2]**   13/23 26/11
**other [10]**   6/21 7/3 14/7
16/23 18/1 20/20 20/23 21/21
21/23 29/4
**otherwise [2]**   8/2 10/10
**out [5]**   7/22 15/9 16/23
23/21 24/6
**outside [6]**   7/13 10/4 12/15
16/4 21/19 24/20
**over [1]**   17/17
**own [1]**   17/12
**owner [1]**   28/7

# P

**p.m [6]**   1/16 12/14 16/3
12/25 24/19 29/20
**Pacific [1]**   3/20
**packet [1]**   29/12
**PAETTY [1]**   2/5
**page [8]**   4/3 10/17 10/19
10/20 10/25 11/2 11/3 30/7
**Paragraph [2]**   11/3 11/6
**Paragraph 22 [2]**   11/3 11/6
**paragraphs [1]**   10/24
**part [2]**   18/19 25/15
**partial [2]**   22/5 22/16
**participant [1]**   18/20
**participation [1]**   5/17
**particular [1]**   19/17
**particulars [1]**   26/20
**parties [5]**   5/10 5/20 10/6
12/17 28/14
**Paul [2]**   21/22 24/13
**penmanship [1]**   23/22
**performed [4]**   5/17 5/19
20/20 21/5

# perhaps [1]   24/3
**person [3]**   27/16 28/6
**person's [1]**   15/11
**personal [1]**   6/6
**pertain [1]**   29/5
**Peter [4]**   3/19 3/20 17/21
22/21
**phase [2]**   25/20 26/5
**picture [1]**   26/18
**piece [2]**   18/11 28/1
**pieces [1]**   26/23
**Pinkerton [13]**   13/1 13/3
14/17 15/4 16/24 17/4 17/11
17/14 18/23 23/1 23/5 23/8
24/4
**places [1]**   10/19
**PLAINTIFF [1]**   1/7 2/3
**planning [1]**   28/17
**Please [1]**   10/15
**point [1]**   22/4
**position [2]**   16/22 27/21
**possibility [1]**   25/14
**post [1]**   9/9
**post-Skillings [1]**   9/9
**predated [1]**   16/16
**predates [1]**   19/7
**predict [3]**   17/15 26/10
28/22
**presence [8]**   5/8 7/14 10/5
12/16 16/5 20/7 21/20 24/21
**present [5]**   5/9 5/10 10/6
12/17 25/15
**presentation [2]**   25/6 27/19
**presented [3]**   11/14 26/14
27/6
**PRESIDING [1]**   1/4
**probably [2]**   15/24 27/14
**problem [2]**   5/22 15/15
**Procedure [1]**   12/8
**proceeding [1]**   27/8
**proceedings [12]**   1/13 5/7
7/13 10/4 12/15 16/4 20/6
21/19 24/20 27/5 27/22 30/6
**process [1]**   27/25
**produce [1]**   27/11
**proper [1]**   5/19
**property [6]**   25/8 26/20
26/23 27/16 27/24 28/2
**proposal [4]**   13/23 13/24
13/25 18/9
**propose [1]**   22/2
**proposed [5]**   18/12 22/23
25/23 29/15 29/16
**proposing [1]**   14/16
**proved [1]**   21/1
**provide [1]**   27/8
**punctual [1]**   5/18
**pursuant [1]**   30/4
**put [6]**   26/4 26/8 26/11
26/15 26/19 27/14

# Q

**question [7]**   18/13 20/12
20/16 22/19 22/19 24/2 26/25
**questionnaire [1]**   8/15

# R

**Ram [1]**   2/13
**re [3]**   14/17 19/21 23/8
**re-read [1]**   14/17
**re-reading [2]**   19/21 23/8
**reach [1]**   22/7
**reaches [1]**   9/3
**reaching [1]**   21/15
**read [20]**
**reading [2]**   19/21 23/8
**reads [1]**   12/1
**realistically [1]**   27/22

## R

really [3]   7/17 17/14 27/20
reason [1]   24/25
reasonable [5]   17/1 18/15
 18/17 21/2 28/8
reasonably [1]   21/10
received [4]   7/10 12/18 20/8
 22/1
Recess [6]   10/3 12/14 16/3
 21/25 24/19 29/20
recited [1]   16/11
recommendation [1]   17/4
record [3]   8/23 8/25 12/5
red [1]   12/20
redacted [3]   10/8 10/9 10/18
Redondo [1]   3/21
reed [2]   15/9 16/19
refer [1]   20/17
referencing [1]   12/8
regard [1]   5/13
regulations [1]   30/8
reject [1]   11/19
related [1]   9/22
remaining [1]   22/7
remember [1]   29/11
remind [1]   17/7
remove [1]   29/7
repeat [1]   14/15
reported [1]   30/6
Reporter [1]   1/21
REPORTER'S [1]   1/13
represent [1]   28/20
request [1]   23/24
reservation [1]   5/25
respond [2]   12/22 22/2
response [2]   20/14 24/2
responsible [1]   20/19
rest [1]   16/22
result [1]   28/23
retire [1]   7/11
retrieve [1]   6/19
return [1]   8/14
returns [1]   25/7
review [1]   17/20
reviewing [1]   29/11
Richard [2]   1/9 8/3
right [12]   6/8 9/23 12/6
 12/13 16/1 17/23 19/5 23/14
 24/6 25/14 26/18 28/14
Road [1]   3/12
Robinson [2]   26/8 27/12
role [1]   5/18
room [7]   6/4 6/6 6/15 6/19
 6/20 6/24 7/11
roughly [1]   27/18
row [2]   5/12 5/15
RPR [1]   30/12
Rule [1]   12/7
rules [1]   5/21
Ryan [2]   3/7 23/23

## S

said [4]   14/4 18/24 20/13
 24/23
same [5]   8/8 8/13 21/7 23/19
 29/2
San [2]   2/21 3/6
Santa [1]   3/15
saw [1]   28/6
say [16]
saying [1]   14/24
says [7]   8/7 8/17 11/6 13/17
 18/19 27/10 28/7
scheme [1]   9/21
scope [1]   21/9
SCOTT [1]   2/5
screen [1]   11/4
search [1]   27/4

seat [1]   6/13
seated [1]   4/11
second [3]   11/1 14/23 21/3
Section [1]   30/4
see [10]   5/16 6/5 10/11
 15/19 17/2 21/21 21/22 27/18
 28/13 29/16
seem [1]   12/2
seems [1]   14/25
send [3]   12/10 22/24 24/13
sending [1]   24/1
sense [2]   9/18 19/13
sentence [5]   18/24 22/25
 23/4 24/1 24/3
sentencing [1]   19/21
services [2]   9/9 9/11
SESSION [1]   1/16
set [1]   29/15
settle [1]   11/20
short [1]   27/25
should [12]   16/10 16/18
 16/23 17/8 17/8 17/11 20/13
 20/15 21/14 21/22 22/4 22/11
shouldn't [2]   18/10 22/15
show [1]   26/25
shred [1]   7/1
signatory [1]   11/7
signed [1]   29/18
significant [1]   29/4
Silverman [1]   2/22
single [1]   16/23
sir [1]   6/14
situation [1]   9/8
Skillings [1]   9/9
so [30]
sold [1]   28/7
some [7]   14/8 14/9 16/2
 16/14 16/21 23/9 26/9
Somebody [1]   26/16
someone [4]   7/15 11/24 18/19
 21/3
something [5]   9/17 9/25 14/5
 14/23 29/13
soon [1]   7/8
sorry [2]   10/23 19/20
sort [2]   11/10 16/15
speak [2]   13/23 22/22
Spear [1]   2/20
specific [5]   9/16 9/20 18/21
 27/15 28/1
specifically [2]   24/3 27/1
Spring [1]   2/6
stage [1]   22/14
stand [1]   24/14
start [2]   18/12 27/22
statement [7]   9/6 13/10
 16/10 16/24 17/5 17/18 18/14
STATES [7]   1/1 1/4 1/6 2/3
 13/13 30/5 30/9
stating [1]   11/9
stay [1]   6/17
stenographically [1]   30/6
STEPHEN [1]   1/3
Steptoe [4]   2/14 2/17 2/19
 2/22
still [1]   10/12
store [1]   28/7
Street [5]   1/22 2/6 2/14
 2/20 3/8
subject [2]   25/9 28/2
submitted [2]   25/23 28/21
substance [1]   29/1
substantially [1]   29/8
substantive [11]   13/5 13/8
 13/14 14/19 14/22 15/2 15/6
 15/10 18/25 19/23 21/12
suggest [1]   9/7
suggested [1]   23/18
suggestion [6]   14/3 15/8

seat [1]   6/13
16/7 18/2 19/9 24/10
Stated [6]   1/6 2/3 2/4 3/5
 3/8 3/13 3/16 3/21
summary [2]   26/8 26/9
SUN [1]   2/5
suppose [1]   11/20
Supreme [1]   13/13
sure [1]   19/6
surplusage [1]   12/7
SVW [1]   1/8

## T

take [5]   15/21 24/16 24/18
 27/19 28/18
talk [1]   6/8
tell [3]   13/16 19/3 24/22
telling [2]   22/20 25/19
TERABELIAN [3]   3/3 23/19
 23/24
than [4]   9/23 11/16 26/7
 29/4
thank [11]   5/16 5/21 6/3 6/8
 7/1 7/12 10/1 14/2 21/18
 24/8 24/24
that [135]
their [3]   18/13 22/19 26/11
them [15]   13/16 13/20 14/18
 17/19 18/9 18/14 19/3 21/22
 21/24 22/13 22/20 23/12
 23/13 25/19 28/7
themselves [1]   29/8
then [23]
theory [1]   11/12
there [18]
Therefore [1]   20/24
these [2]   17/20 26/14
they [21]
THIBODEAUX [2]   1/21 30/12
thing [1]   25/17
things [4]   6/5 15/25 16/2
 26/21
think [28]
thinking [2]   17/16 18/7
third [1]   21/5
this [24]
Thomas [1]   3/14
those [5]   7/1 7/20 22/13
 27/24 28/24
though [1]   11/15
thought [3]   12/22 12/23 13/1
thoughts [2]   15/21 22/9
three [1]   10/19
through [4]   15/25 16/2 27/9
 27/11
time [9]   14/8 14/9 14/11
 14/13 16/2 21/8 22/8 22/17
 24/11
times [1]   20/13
Title [1]   30/4
told [2]   21/14 23/13
Tom [1]   23/17
took [1]   6/12
tossed [1]   27/3
touches [1]   25/8
Tower [1]   2/20
transcript [3]   1/13 30/6
 30/7
trial [7]   1/15 5/17 9/2
 25/20 27/6 28/12 29/11
true [1]   30/5
trying [2]   17/15 23/21
Twelfth [1]   2/6
two [3]   7/18 7/20 13/11
type [1]   26/13

## U

U.S [4]   1/21 2/4 2/4 13/13
unanimity [3]   9/16 9/20 18/4

**U**

**unclear [2]**   8/2 19/25
**under [4]**   5/21 11/15 12/7
  20/23
**underlying [4]**   13/5 14/19
  15/2 27/6
**understand [1]**   9/11
**understanding [1]**   23/3
**Understood [1]**   12/4
**unforeseen [1]**   5/22
**UNITED [7]**   1/1 1/4 1/6 2/3
  13/12 30/5 30/9
**unless [1]**   5/22
**unlikely [2]**   6/1 6/10
**up [4]**   13/11 20/15 23/24
  26/16
**US [2]**   2/9 13/11
**use [1]**   23/21
**using [5]**   11/8 11/16 11/20
  11/25 16/10
**usually [1]**   26/14

**V**

**VAHE [5]**   3/18 12/11 17/21
  22/22 23/25
**valuable [1]**   5/18
**Vaughan [1]**   3/7
**verdict [12]**   7/15 8/14 8/15
  9/3 9/15 21/15 22/5 22/7
  22/16 25/1 25/3 25/7
**version [2]**   10/22 10/24
**versus [3]**   13/11 13/12 26/20
**very [2]**   7/1 27/25
**view [2]**   17/2 22/18
**VOLUME [1]**   1/16

**W**

**want [8]**   5/20 14/9 15/22
  16/1 17/16 18/4 19/6 26/11
**was [25]**
**Washington [2]**   2/10 2/23
**wasn't [1]**   23/13
**way [7]**   5/19 11/25 18/22
  19/22 20/11 20/12 23/16
**we [39]**
**week [1]**   27/22
**weeks [1]**   25/24
**welcome [1]**   14/5
**well [5]**   17/1 18/16 26/3
  27/10 27/15
**went [1]**   8/16
**were [12]**   5/7 7/13 9/25 10/4
  12/15 16/4 20/6 21/7 21/19
  24/20 28/22 29/6
**West [3]**   1/22 2/14 3/8
**WESTERN [1]**   1/2
**what [24]**
**whatever [2]**   8/18 13/17
**where [5]**   5/14 9/8 10/13
  11/1 23/11
**whether [3]**   8/3 13/23 17/11
**which [10]**   7/10 7/23 8/10
  9/16 9/20 9/21 13/13 17/4
  19/14 25/10
**whole [1]**   9/2
**why [6]**   8/1 8/11 8/18 8/24
  14/1 14/4
**will [19]**
**Williams [2]**   3/4 3/7
**WILSON [1]**   1/3
**winning [1]**   28/18
**wire [3]**   8/5 9/10 18/21
**Wirsching [1]**   3/12
**within [1]**   21/9
**witness [2]**   4/3 26/8
**witnesses [1]**   27/9
**won't [1]**   8/9
**word [1]**   29/18

**worry [1]**   19/19
**would [42]**
**write [1]**   23/21
**writing [2]**   12/19 24/1
**written [1]**   22/24
**wrong [2]**   13/18 14/25
**wrote [1]**   18/6

**Y**

**Yes [25]**
**yet [1]**   28/16
**York [2]**   2/10 2/18
**you [82]**
**your [56]**