# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                  HONORABLE STEPHEN V. WILSON

 4              UNITED STATES DISTRICT JUDGE PRESIDING

 5                              - - -

 6
     United States of America,        )
 7                     PLAINTIFF,     )
                                      )
 8   VS.                              )  NO. CR 20-579 SVW
                                      )
 9   Richard Ayvazyan, et al.,        )
                          DEFENDANT,  )
10   _____)

11

12

13          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                 LOS ANGELES, CALIFORNIA

15                  JURY TRIAL - DAY NINE

16              VOLUME 1 - A.M./P.M. SESSION

17                  MONDAY, JUNE 28, 2021

18

19

20         _____

21            KATIE E. THIBODEAUX, CSR 9858
              U.S. Official Court Reporter
22                     Suite 4311
                 350 West 1st Street
23              Los Angeles, CA  90012

24

25
```

```
 1   Castegar hearing before trial.  The government explicitly
 2   asked for reconsideration of that ruling and got it.
 3          THE COURT:  I am aware of the history.  That won't
 4   get us very far.  I mean, if you were just made aware of
 5   this motion, it is unfair to get you to speculate and it
 6   is unhelpful to the court.  So let's just table it.
 7          MR. RAM:  Okay.  Just two things I would point
 8   out, just big picture, your Honor, in terms of the
 9   schedule you proposed.  I understand the court wants to
10   deal with this while the facts of the case are still
11   fresh, and that makes sense.  I think the biggest part of
12   the Castegar hearing from the survey of cases that we
13   have gone through is going to be the production of
14   discovery that speaks to the issues of non-evidentiary
15   use which is at the heart of the defense's contention.
16          THE COURT:  That discovery issue will be more
17   apparent if necessary as the matter is briefed, and so we
18   are going to go forward with the schedule.  And I am just
19   telling you to, you know, get yourselves prepared, and it
20   is all detailed in an order which I will issue within the
21   hour.  All right.
22          MR. FENTON:  Thank you, your Honor.  The
23   government has one more issue it would like to raise with
24   the court.
25          THE COURT:  Okay.
```