CATHERINE S. AHN (Cal. Bar No. 248286)
1100 United States Courthouse
312 North Spring Street, Los Angeles, California 90012
(213) 894-2424; catherine.s.ahn@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-579-(A)-SVW |
| v. | |
| RICHARD AYVAZYAN, ET AL. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Physical Disc to be Lodged Under Seal (Gov't. Exhibit O attached to the Declaration of FBI Special Agent Justin Palmerton (filed under seal)) (with notice and service to parties; see attached certificate of service).

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 12, 2021                                      Catherine S. Ahn
Date                                               Attorney Name
                                                   United States of America
                                                   Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**