**CERTIFICATE OF SERVICE**

I, ARMEN Y. ABRAHAMIAN, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service as described in this Certificate was made; that on July 12, 2021, I deposited with Federal Express in the above-titled action, copies of:

1- **Government's Exhibit "O" (ATTACHED TO DECLARATION OF SPECIAL AGENT PALMERTON)- Manually Lodged and Filed Under Seal**

to the defendant through his/her counsel at their last known address

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By E-mail, as follows:

☐ By messenger, as follows:

☒ By Federal Express, as follows: **SEE ATTACHED LIST OF DEFENSE COUNSEL**

at which place there is a delivery service by Federal Express.

This Certificate is executed on July 12, 2021, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Armen Y. Abrahamian*
ARMEN Y. ABRAHAMIAN
Paralegal Specialist

**LIST OF DEFENSE COUNSEL**

**Counsel for Richard Ayvazyan**
Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Meghan Newcomer
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**Counsel for Marietta Terabelian**
David D. Diamond
Diamond and Associates
3500 West Olive Avenue, Suite 300
Burbank, California 91505

John Lewis Littrell and Ryan Vaughan Fraser
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673