Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL
WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Defendant Marietta
Terabelian*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.,*<br><br>*Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF**<br><br>Hon. Stephen V. Wilson |

*EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF

## NOTICE OF *EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Richard Ayvazyan and Marietta Terabelian hereby apply to the Court for an order under Central District of California Local Rule 11-6 allowing them to file an oversized brief in response to the government's July 12, 2021 *Kastigar* submission.

This application is based upon this notice, the application in support, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   July 22, 2021                    Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ John L. Littrell*

John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL
WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Marietta Terabelian*

*EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF

# APPLICATION

## I.    PRELIMINARY STATEMENT

On June 28, 2021, this Court set a briefing schedule and hearing date for defendants Ayvazyan and Terabelian's *Kastigar* hearing.  Dkt. 605.  The Court limited both parties to 35 pages of briefing.  In addition to their brief, the Court ordered the government to submit "detailed declarations under penalty of perjury from agents and prosecutors who directed the investigation." *Id*. at 2.  On July 12, the government submitted a 35-page brief and 9 declarations from agents and prosecutors totaling 123 pages (which does not account for the number of pages in the 84 exhibits attached to the declarations).  The government's declarations contain arguments, not just factual assertions, and require responsive argument from Ayvazyan and Terabelian. Given that the government has filed the equivalent of 158 pages of argument, Ayvazyan and Terabelian respectfully request an additional 20 pages of briefing to respond to the Government's arguments, for a total of 55 pages.  On July 21, 2021, counsel for Ayvazyan emailed the government regarding their position on this *ex parte* application, and the government stated that it opposed the request.

## II.    ARGUMENT

Central District of California Local Rule 11-6 permits a party to file an oversize brief with permission of the Court.  Ayvazyan and Terabelian respectfully request that the Court grant them permission to file a 50-page brief for the reasons set forth below.

First, the government's 123 pages of declarations are written as argument, rather than as neutral summaries of facts that are then subject to argument in the government's brief.  The government's use of declarations to argue factual conclusions rather than to enumerate facts obligates Ayvazyan and Terabelian to respond to each of the arguments raised in the government's declarations.  The proper place for Ayvazyan and Terabelian to do so is their brief, and additional pages of briefing are necessary to respond to all of the arguments raised by the government.  Even with 20 additional pages of briefing,

1

Ayvazyan and Terablelian's submission will still be a fraction of the length of the government's argumentative submission.

Second, the government's submission is full of references to information they do not recall or cannot determine. It also denies the existence of user logs or user tracking information for services that likely utilize them, such as USAfx.  Moreover, the government makes statements and arguments that are clearly inconsistent with the limited communications that the government has chosen to submit as exhibits.  In light of the lack of *Kastigar*-related discovery produced by the government to the defense, Ayvazyan and Terabelian are forced to make substantial argument in the alternative about what the underlying documents might show (i.e., what the government has failed to carry its burden to disprove).  Similar arguments are required for the grand jury transcripts and prosecution memos that have been filed in camera—because Ayvazyan and Terabelian have not been provided the documents to determine how the tainted information was used, they must argue the ways the government has failed to disprove use of tainted information in their presentations to the grand jury and in the development of their investigation and prosecution strategy.

Third, Ayvazyan and Terabelian are submitting a single brief on behalf of both defendants. However, both Ayvazyan and Terabelian have unique arguments about how tainted evidence was used against them.  Given the need to address both joint arguments and arguments unique to each defendant, additional pages of briefing are warranted.

Finally, the *Kastigar* issue is of critical importance to Ayvazyan and Terabelian, as set forth in their motion to continue the trial date to allow for a pre-trial *Kastigar* hearing, Dkt. 381, and in their opposition to the government's motion to dismiss and vacate the *Kastigar* Hearing. Dkt. 669.  The *Kastigar* briefing and hearing is necessary to protect their critical Fifth Amendment rights.  *See, e.g.*, Dkt. 381 ("Understanding that their ability to proceed to trial on June 15, 2021 is in tension with their right not to have compelled statements used against them to initiate criminal proceedings and that

2

one of those interests must yield, the defendants respectfully request that the Court continue trial approximately three weeks to hold a pre-trial Kastigar hearing."). Allowing defendants twenty additional pages (beyond the current 35-page allowance) to address the government's 158 pages of argument is fair and consistent with the importance of the constitutional right at issue.

## CONCLUSION

For the foregoing reasons, the Court should grant this *ex parte* application and allow defendants to submit an oversized brief.

Dated:   July 22, 2021                    Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

/s/ *John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400

3

Facsimile: (949) 369-3701

*Counsel for Marietta Terabelian*

*EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF