| | |
|---|---|
| Ashwin J. Ram (SBN 227513) | John L. Littrell (SBN 221601) |
| aram@steptoe.com | jlittrell@bklwlaw.com |
| Michael A. Keough (SBN 327037) | Ryan V. Fraser (SBN 272196) |
| mkeough@steptoe.com | rfraser@bklwlaw.com |
| Meghan L. Newcomer (*pro hac vice*) | **BIENERT KATZMAN LITTRELL** |
| mnewcomer@steptoe.com | **WILLIAMS, LLP** |
| Nicholas P. Silverman (*pro hac vice*) | 601 W. 5th Street, Suite 720 |
| nsilverman@steptoe.com | Los Angeles, CA 90071 |
| **STEPTOE & JOHNSON LLP** | Telephone: (213) 528-3400 |
| 633 West Fifth Street, Suite 1900 | Facsimile: (949) 369-3701 |
| Los Angeles, CA 90071 | |
| Telephone: (213) 439-9400 | *Counsel for Defendant Marietta* |
| Facsimile: (213) 439-9599 | *Terabelian* |

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>*Defendants*. | Case No. 20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO FILE AN OVERSIZED BRIEF**<br><br>Hon. Stephen V. Wilson<br><br>Trial Date:   June 15, 2021 |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

**[PROPOSED] ORDER**

This Court, having considered Defendants Richard Ayvazyan and Marietta Terabelian's *Ex Parte* Application to File an Oversized Brief, hereby GRANTS the application and ORDERS:

1. The Court amends the June 28, 2021 Order Regarding Post-Trial *Kastigar* Hearing (Dkt. 605) and allows Defendants Richard Ayvazyan and Marietta Terabelian's ("Defendants") to file an oversized brief in response to the government's July 12, 2021 *Kastigar* submission. The page limit for Defendants' brief is increased from 35 pages to 55 pages.

**IT IS SO ORDERED.**

Dated: July __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge