Ashwin J. Ram (SBN 227513)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071      aram@steptoe.com
Telephone: (213) 439-9400; Facsimile: (213) 439-9599

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-cr-579 (SVW) |
| v. | |
| Richard Ayvazyan, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

(1) Defendants Richard Ayvazyan's and Marietta Terabelian's Joint Submission Regarding Kastigar;
(2) Declaration of Ashwin J. Ram In Support of Defendants Richard Ayvazyan's and Marietta Terabelian's Joint Submission Regarding Kastigar and Exhibits KX1-KX7;
(3) Declaration of Ryan V. Fraser In Support of Richard Ayvazyan and Marietta Terabelian's Joint Submission Regarding Kastigar;
(4) Defendants Richard Ayvazyan's and Marietta Terabelian's Application for Leave to File Joint Submission Regarding Kastigar and Related Documents Under Seal; and
(5) [Proposed] Order Granting Defendants Richard Ayvazyan's and Marietta Terabelian's Joint Submission Regarding Kastigar and Related Documents to Be Filed Under Seal.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| July 22, 2021 | /s/ Ashwin J. Ram |
|---|---|
| Date | Attorney Name |
| | Defendant Richard Ayvazyan |
| | Party Represented |

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).