CHRISTOPHER FENTON
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
202–320–0539 / christopher.fenton@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-579-(A)-SVW |
| v. | |
| RICHARD AYVAZYAN, ET AL. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Documents Ordered by the Court during July 28, 2021 Kastigar Hearing to be Filed Under Seal and In Camera.

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   July 28, 2021
☐ Other:

July 28, 2021
Date

Christopher Fenton
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                NOTICE OF MANUAL FILING OR LODGING