Nicholas P. Silverman (pro hac vice)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071          nsilverman@steptoe.com
Telephone: (213) 439-9400; Facsimile: (213) 439-9599

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-cr-579 (SVW) |
| v. | |
| Richard Ayvazyan, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

     Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged: (**List Documents**)

(1) Declaration of Nicholas P. Silverman Attaching Kastigar Hearing Exhibits;

(2) Defendant Richard Ayvazyan's Application for Leave to File Declaration of Nicholas P. Silverman Attaching Kastigar Hearing Exhibits Under Seal; and

(3) [Proposed] Order Granting Declaration of Nicholas P. Silverman Attaching Kastigar Hearing Exhibits Filed Under Seal.

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| August 2, 2021 | /s/ Nicholas P. Silverman |
|---|---|
| Date | Attorney Name |
| | Defendant Richard Ayvazyan |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*