UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00579-SVW |
| Date | July 28, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter: Hermineh R. Panossian, Armenian Interpreter

| Paul M. Cruz | Katie Thibodeaux | Ranee Katzenstein / Niall O'Donnell / Mark Cipolletti / Allison L. Westfahl-Kong |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | X | X | Ashwin J. Ram | X | | X |
| | | | | Michael A. Keough | X | | X |
| | | | | Nicholas P. Silverman | X | | X |
| 2) Marietta Terabelian | | X | X | John L. Littrell | X | | X |
| | | | | Ryan Fraser | X | | X |
| 3) Artur Ayvazyan | | X | X | Thomas A. Mesereau, Jr. | X | | X |
| | | | | Jennifer J. Wirsching | X | | X |
| 4) Vahe Dadyan | | X | X | Peter Johnson | X | | X |

**Proceedings:** KASTIGAR HEARING;
[683] MOTION for New Trial AND/OR, MOTION for Acquittal Filed by Defendant Richard Ayvazyan; [686] MOTION for Acquittal Filed by Defendant Artur Ayvazyan;
[687] MOTION for New Trial IF MOTION FOR ACQUITTAL IS DENIED Filed by Defendant Artur Ayvazyan;
[689] MOTION for New Trial and judgment of acquittal pursuant to Rule 29 Filed by Defendant Vahe Dadyan

Hearing held. Witnesses called, sworn, and testify.

The hearing is adjourned until July 29, 2021 at 10:00 a.m.

| | 6 : 06 |
|---|---|
| Initials of Deputy Clerk | PMC |

cc: USPO
USM
PSLA