# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00579-SVW |
| Date | July 29, 2021 |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

**Interpreter**

| Paul M. Cruz | Katie Thibodeaux | Ranee Katzenstein<br>Niall O'Donnell<br>Mark Cipolletti<br>Allison L. Westfahl-Kong |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | X | X | Ashwin J. Ram<br>Michael A. Keough<br>Nicholas P. Silverman | X<br>X<br>X | | X<br>X<br>X |
| 2) Marietta Terabelian | X | | X | John L. Littrell<br>Ryan Fraser | X<br>X | | X<br>X |

**Proceedings:** KASTIGAR HEARING;
[683] MOTION for New Trial AND/OR, MOTION for Acquittal Filed by Defendant Richard Ayvazyan; [686] MOTION for Acquittal Filed by Defendant Artur Ayvazyan;
[687] MOTION for New Trial IF MOTION FOR ACQUITTAL IS DENIED Filed by Defendant Artur Ayvazyan;
[689] MOTION for New Trial and judgment of acquittal pursuant to Rule 29 Filed by Defendant Vahe Dadyan

Hearing held. Witnesses called, sworn, and testify.

The Clarke email is marked as Court Exhibit 1.

The matter is submitted. Order to issue.

The Court will move the sentencing to the beginning of October

| | 5 : 37 |
|---|---|
| Initials of Deputy Clerk | PMC |

cc: USPO
   USM
   PSLA