# EXHIBIT KX21

# (FILED UNDER SEAL)

| 1510 | **Timestamp:** 5/29/2020 7:11 09 PM(UTC-7) **From:** vkauichko89@gmail.com Viktoria kauichko **To:** thepointemgr@greystar.com The Pointe at Warner Center Manager **Direction:** Outgoing | **Subject:** Re: Roommate Release Form **Body:** Hello Kyle, Please see attached Release form signed. Thank you, Viktoria On Fri, May 29, 2020 at 3:52 PM The Pointe at Warner Center Manager <thepointemgr@greystar.com [mailto:thepointemgr@greystar.com] > wrote: Hi Mike and Viktoria, Attached is the roommate release form as part of the process to remove Mike from the lease. We need both of your signatures. This does not become executed until I have signed, which I will do after we have he lease signed by Viktoria that removes Mike, which she will receive via email from DocuSign. Thanks! Kyle C. Lucas| Community Manager The Pointe at Warner Center| 6150 Canoga Avenue | Woodland Hills, California 91367 o818.610.1117 |f818.610.1171 |thepointemgr@greystar.com [mailto:thepointemgr@greystar.com] www. hepointeatwarnercenter.com [https://urldefense.proofpoint.com/v2/url?u=http-3A__www.thepointeatwarnercenter.com_&amp;d=DwMGaQ&amp;c=B-ahmbdThHOzQiKtFvgpTA&amp;r=n6E8H_vfDd676AH14CfOwgs_h_oZW3lp-lgo_J1Jns0&amp;m=gwErVlzgEEhFRp8PgDHSEGibGrQg7xQqtp4TH34SP6M&amp;s=TbDNPHo1FFrO_Y9kJ--leOPz--lnk890UYeOhx2b9R4&amp;e=] Proudly managed byGreystar® **Attachments:** Release Form.pdf Release Form.pdf (Empty File) **Body file:** mes-1510.eml | **Status:** Sent **Account:** vkauichko89@gmail.com **Snippet:** **MD5:** 14ed997262c82f0aeab048c1e41d9b7d **Source Extraction:** Legacy (1) **Source file:** ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Library/Mail/Envelope Index : 0x233EAF (Table: messages, Size: 4968448 bytes) ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Library/Mail/Protected Index : 0x5C96A (Table: addresses, Size: 2248704 bytes) ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Library/Mail/5A449BAB-2600-4BBB-9F2B-FC977E543ECC/[Gmail]/_Sent imapmbox/Messages/3C5D2DA8-F3FC-4C81-9661-D5F995DE6C36.1.2.emlxpart : 0x0 (Size: 2979 bytes) ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Library/Mail/5A449BAB-2600-4BBB-9F2B-FC977E543ECC/[Gmail]/_Sent imapmbox/Messages/3C5D2DA8-F3FC-4C81-9661-D5F995DE6C36.partial.emlx : 0x0 (Size: 1258 bytes) ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Library/Mail/Envelope Index-wal : 0xEA3EF (Table: mailboxes, Size: 1804592 bytes) | Intact |
| 1511 | **Timestamp:** 5/29/2020 4:21:45 PM(UTC-7) **From:** 1800USBanks@email.usbank.com U.S. Bank **To:** vkauichko89@gmail.com vkauichko89@gmail.com **Direction:** Incoming | **Subject:** Pay for home deliveries wi h your U.S. Bank Debit Card **Body:** <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd"> <html lang="en" xmlns="http://www.w3.org/1999/xhtml" xmlns:v="urn:schemas-microsoft-com:vml" xmlns:o="urn:schemas-microsoft-com:office:office"> <head> <meta name="ROBOTS" content="NOINDEX, NOFOLLOW"> <meta http-equiv="content-type" content="text/html; charset=utf-8"> <meta http-equiv="X-UA-Compatible" content="IE=Edge;chrome=1"> <meta name="viewport" content="width=device-width, initial-scale=1"> <meta name="format.detection" content="telephone=no;address=no;email=no"> <meta name="x-apple-disable-message-reformatting"> <!--FIX FOR OUTLOOK DPI SCALING--> <!--[if gte mso 9]><xml> <o:OfficeDocumentSettings> <o:AllowPNG/> <o:PixelsPerInch>96</o:PixelsPerInch> </o:OfficeDocumentSettings> </xml>< [endif]--> <title>Pay for home deliveries with your U.S. Bank Debit Card</title> <style type="text/css" title="text/css"> * { -webkit-text-size-adjust: none; } /* prevent iOS font upsizing */ .ExternalClass * { line-height: 100%; } /* force Outlook.com to honor line-height */ td { mso-line-height-rule: exactly; } | **Status:** Read **Account:** vkauichko89@gmail.com **Snippet:** Have groceries delivered to your door. View online Log in Viktoria Kauichko | Card ending in: 3772 Your card for home deliveries! Enjoy the comfort and convenience of your favorite home delivery services and support your local businesses when you pay with your U.S. Bank Visa® Debit Card. Make it your go-to card for takeout, food delivery, grocery stores, prescriptions and more. It's the easy and secure way to pay! With built-in fraud protection and zero fraud liability[1] you're not responsible fo **Priority:** High **MD5:** 1e95c7b0fadf62497f6439f866f045e2 **Source Extraction:** Legacy (1) **Source file:** ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Library/Mail/Envelope Index : 0x233F2E (Table: messages, Size: 4968448 bytes) ff21dfc117d67a179dd9f7217b9a5d0786956d43_files_full.zip/private/var/mobile/Lib | Intact |