# EXHIBIT KX22

# (FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| 631 | **Timestamp:** 6/24/2020 1:38:23 PM(UTC-7) **From:** projecthype30@yahoo.com Yuli Zhadko **To:** tamaradadyan@hotmail.com Tammy T. **Direction:** Outgoing | **Subject:** Report **Body:** Tam, I have this.  I think this is what they want. **Attachments:**  Gusto Employee report.pdf Gusto Employee report.pdf (Empty File)  Gusto Employee Report - TimeLine.pdf Gusto Employee Report - TimeLine.pdf (Empty File) **Body file:** mes-631.eml | **Status:** Right Intact **Account:** projecthype30@yahoo.com **Snippet:** **MD5:** 9e350acec0148c9e7f29a0279066fe87 **Source file:** 00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/Mail/Envelope Index : 0x15A75B (Table: messages, mai boxes, Size: 3661824 bytes) 00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/Mail/Protected Index-wal : 0x6685 (Table: subjects, Size: 1985872 bytes) 00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/Mail/Protected Index : 0x64CBC (Table: addresses, Size: 2355200 bytes) 00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/Mail/F2ADA2D6-D055-47E3-A243-11AC31AF4A50/Sent.imapmbox/Messages/34D387C8-9CEB-48D4-997D-3BBE8CD94CFA.partial.emlx : 0x0 (Size: 1743 bytes) 00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/Mail/F2ADA2D6-D055-47E3-A243-11AC31AF4A50/Sent.imapmbox/Messages/34D387C8-9CEB-48D4-997D-3BBE8CD94CFA.1.2.emlxpart : 0x0 (Size: 337 bytes) | |