# EXHIBIT KX23

# (FILED UNDER SEAL)

| # | Name / Path / MD5 | | Size / Created / Modified / Accessed / Source file | | | Status |
|---|---|---|---|---|---|---|
| 245 | Name:<br>Path:<br><br><br><br><br>MD5: | OOBE_320_BillPay_JPM.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_BillPay_JPM.mp4<br>1f4924ff2372e46d68d0bc85ddf6ddbc | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 70664<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 4:38:49 PM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_BillPay_JPM.mp4 : 0x0 (Size: 70664 bytes) | · | Intact |
| 246 | Name:<br>Path:<br><br><br><br><br>MD5: | OOBE_320_MeetingSchedulerByPhone.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_MeetingSchedulerByPhone.mp4<br>0ff0b04d3e49d8821927fc8e241eddc0 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 92451<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 4:38:49 PM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_MeetingSchedulerByPhone.mp4 : 0x0 (Size: 92451 bytes) | [screenshot] | Intact |
| 247 | Name:<br>Path:<br><br><br><br><br>MD5: | OOBE_320_ReceiptCapture_Chase.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_ReceiptCapture_Chase.mp4<br>e22aeec8f667eb54d655ceeab13006b8 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 139800<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 4:38:49 PM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_ReceiptCapture_Chase.mp4 : 0x0 (Size: 139800 bytes) | [screenshot] | Intact |
| 248 | Name:<br>Path:<br><br><br><br><br>MD5: | OOBE_320_Refund_Tip.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_Refund_Tip.mp4<br>b52c3751d7c0a48d4aed720847f40cd0 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 148844<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 8:37:38 AM(UTC-7)<br>10/7/2020 4:38:49 PM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_320_Refund_Tip.mp4 : 0x0 (Size: 148844 bytes) | [screenshot] | Intact |
| 249 | Name:<br>Path:<br><br><br><br><br>MD5: | OOBE_CROPPED_Scene_2.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_CROPPED_Scene_2.mp4<br>3ef69d2bfc4765d64de8bc72ee4431bd | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 178229<br>8/8/2020 1:37:08 PM(UTC-7)<br>8/8/2020 1:37:08 PM(UTC-7)<br>8/10/2020 10:32:10 AM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_CROPPED_Scene_2.mp4 : 0x0 (Size: 178229 bytes) | / | Intact |
| 250 | Name:<br>Path:<br><br><br><br><br>MD5: | OOBE_CROPPED_Scene_3_1.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_CROPPED_Scene_3_1.mp4<br>f45b108ce501c1012d08f00991028532 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 239706<br>8/8/2020 1:37:08 PM(UTC-7)<br>8/8/2020 1:37:08 PM(UTC-7)<br>8/10/2020 10:32:10 AM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/containers/Bundle/Application/9EC0E6B3-AC8B-437D-B2FD-519B3F2403CE/Chase.app/OOBE_CROPPED_Scene_3_1.mp4 : 0x0 (Size: 239706 bytes) | [calendar icon 21] | Intact |
| 251 | Name:<br>Path:<br><br><br><br><br>MD5: | Original.mp4<br>00008030-001448513EF9802E_files_full.zip/private/var/mobile/Containers/Data/Application/60310BA1-B2BB-4F56-9F6B-50A9958FDAB8/Documents/Original.mp4<br>5ddd236e6a4b59bec9d5c99c98517b48 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 623427<br>10/31/2019 3:37:18 PM(UTC-7)<br>10/31/2019 3:37:23 PM(UTC-7)<br>5/29/2020 6:29:44 PM(UTC-7)<br>00008030-001448513EF9802E_files_full.zip/private/var/mobile/Containers/Data/Application/60310BA1-B2BB-4F56-9F6B-50A9958FDAB8/Documents/Original.mp4 : 0x0 (Size: 623427 bytes) | [photo] | Intact |



**KX23_002**