# EXHIBIT KX24

# (FILED UNDER SEAL)

From: +17473334170 +1 (747) 333-4170 (owner)

Tam I just got response on one, they are asking for :

A payroll register for the full 2019 year
Payroll register for all available months in 2020

You think nvard can do the calculations

**Status:** Sent
**Delivered:** 4/9/2020 4:52:19 PM(UTC-7)

4/9/2020 4:52:18 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x3416BA (Table: message, chat, Size: 9072640 bytes)

From: +18184145533 T

Email me

**Status:** Read
**Read:** 4/9/2020 5:58:42 PM(UTC-7)

4/9/2020 5:01:03 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x34133E (Table: message, handle, chat, Size: 9072640 bytes)

From: +18184145533 T

I texted

**Status:** Read
**Read:** 4/9/2020 5:58:42 PM(UTC-7)

4/9/2020 5:56:22 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x342F8D (Table: message, handle, chat, Size: 9072640 bytes)

From: +18184145533 T

Send me the fiber one media win number

**Status:** Read
**Read:** 4/9/2020 6:13:52 PM(UTC-7)

4/9/2020 6:13:38 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x342D7C (Table: message, handle, chat, Size: 9072640 bytes)

From: +18184145533 T

Ein

**Status:** Read
**Read:** 4/9/2020 6:14:05 PM(UTC-7)

4/9/2020 6:14:05 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x342B2F (Table: message, handle, chat, Size: 9072640 bytes)

From: +17473334170 +1 (747) 333-4170 (owner)

82-4489762

**Status:** Sent
**Delivered:** 4/9/2020 6:14:17 PM(UTC-7)

4/9/2020 6:14:17 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x342928 (Table: message, chat, Size: 9072640 bytes)

**KX24_001**