# EXHIBIT KX25

# (FILED UNDER SEAL)

**From: +18184145533 T**
With same info
Status: Read
Read: 4/30/2020 8:11:22 PM(UTC-7)

4/30/2020 8:11:13 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x379A37 (Table: message, handle, chat, Size: 9072640 bytes)

**From: +17473334170 +1 (747) 333-4170 (owner)**
Ya just change your EIN by one number
Status: Sent
Delivered: 4/30/2020 8:11:41 PM(UTC-7)

4/30/2020 8:11:41 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x37981A (Table: message, chat, Size: 9072640 bytes)

**From: +18184145533 T**
Ohh and then they will come favk say they dint gave it
Status: Read
Read: 4/30/2020 8:12:08 PM(UTC-7)

4/30/2020 8:12:07 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x3795CF (Table: message, handle, chat, Size: 9072640 bytes)

**From: +17473334170 +1 (747) 333-4170 (owner)**
I did 7 apps last night and 4 of them got email that it's funded
Status: Sent
Delivered: 4/30/2020 8:12:14 PM(UTC-7)

4/30/2020 8:12:13 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x379362 (Table: message, chat, Size: 9072640 bytes)

**From: +18184145533 T**
So I just change the last digit of tax I'd only while applying what about when I have to uplaod
Status: Read
Read: 4/30/2020 8:14:00 PM(UTC-7)

4/30/2020 8:13:34 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x37AF8D (Table: message, handle, chat, Size: 9072640 bytes)

**From: +18184145533 T**
940 941 keep it sane
Status: Read
Read: 4/30/2020 8:14:05 PM(UTC-7)

4/30/2020 8:14:05 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x37ACCB (Table: message, handle, chat, Size: 9072640 bytes)

KX25_001