# EXHIBIT KX26

# (FILED UNDER SEAL)

**From: +18184145533 T**
Do you know of any funding places that are still excepting applications let me know if you know anyone that still excepting applications
Status: Read
Read: 6/29/2020 5:57:50 PM(UTC-7)

6/29/2020 5:55:34 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x3FF2B9 (Table: message, handle, chat, Size: 9072640 bytes)

**From: +17473334170 +1 (747) 333-4170 (owner)**
No aziz
Status: Sent
Delivered: 6/29/2020 5:58:04 PM(UTC-7)

6/29/2020 5:58:04 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x400F8D (Table: message, chat, Size: 9072640 bytes)

**From: +18184145533 T**
U think
Status: Read
Read: 6/29/2020 6:22:14 PM(UTC-7)

6/29/2020 5:58:48 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x400D80 (Table: message, handle, chat, Size: 9072640 bytes)

**From: +18184145533 T**
Maybe SBA website? Might say
Status: Read
Read: 6/29/2020 6:22:14 PM(UTC-7)

6/29/2020 6:00:34 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x400B71 (Table: message, handle, chat, Size: 9072640 bytes)

**From: +18184145533 T**
I love u my big brother in truely happy for your kyank for this new achievement in your Life.. god knows you deserve it. Fuck any one of the looser who have their eye on you vorit kpni
Status: Read
Read: 6/30/2020 1:15:25 AM(UTC-7)

6/29/2020 11:57:32 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x400938 (Table: message, handle, chat, Size: 9072640 bytes)

**From: +17473334170 +1 (747) 333-4170 (owner)**
Tnx kyank it's not just me trust me you, Art everyone I care about plays a big role in my life that drives me to achieve. Apres kyank. GN
Status: Sent
Delivered: 6/30/2020 1:17:29 AM(UTC-7)

6/30/2020 1:17:23 AM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x4005C4 (Table: message, chat, Size: 9072640 bytes)

KX26_001