# EXHIBIT KX27

# (FILED UNDER SEAL)

From: +18184145533 T
Rich for Vahe we gonna send his part here
Attachments:


Size: 3232235
File name: IMG_6569.jpeg
IMG_6569.jpeg

Status: Read
Read: 7/6/2020 2:48:11 PM(UTC-7)

7/6/2020 1:58:49 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x44D485 (Table: message, handle, chat, attachment, Size: 9072640 bytes)
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/93/03/579B3AAF-A4D6-4FFC-B721-BDA800CA98DC/IMG_6569.jpeg :  (Size: 3232235 bytes)

From: +17473334170 +1 (747) 333-4170 (owner)
How much?
Status: Sent
Delivered: 7/6/2020 2:48:26 PM(UTC-7)

7/6/2020 2:48:25 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x44E9DC (Table: message, chat, Size: 9072640 bytes)

From: +18184145533 T
I'll tell u
Status: Read
Read: 7/6/2020 3:02:00 PM(UTC-7)

7/6/2020 2:53:13 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x44E7CB (Table: message, handle, chat, Size: 9072640 bytes)

From: +18184145533 T
Attachments:


Size: 271994
File name: IMG_6512.jpg
IMG_6512.jpg

Status: Read
Read: 7/6/2020 3:27:11 PM(UTC-7)

7/6/2020 3:27:04 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x452953 (Table: message, handle, chat, attachment, Size: 9072640 bytes)
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/Attachments/12/02/84036F75-0DD3-4D5C-9892-CF7230BA3953/IMG_6512.jpg :  (Size: 271994 bytes)

From: +17473334170 +1 (747) 333-4170 (owner)
Did u apply anywhere new
Status: Sent
Delivered: 7/6/2020 3:58:21 PM(UTC-7)

7/6/2020 3:58:21 PM(UTC-7)

Source Info:
00008030-001448513EF9802E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x4526C6 (Table: message, chat, Size: 9072640 bytes)

KX27_001