# EXHIBIT KX29

# (FILED UNDER SEAL)

| | |
|---|---|
| From: | Marylee Robinson on behalf of Marylee Robinson <mrobinson@stout.com> |
| To: | Nichole Griffin |
| Subject: | FW: LA Fraud Workpapers |
| Date: | Wednesday, February 3, 2021 7:33:15 AM |
| Attachments: | Workpapers 1.1-1.4 (Updated 2020.02.02).pdf |
| | image001.png |

For the call. Please send attached to Chris.

STOUT

**Marylee P. Robinson, CPA, CFE, CFF**
Managing Director – Disputes, Compliance, & Investigations
D +1.410.775.4073 | M +1.410.340.6496 | mrobinson@stout.com

RELENTLESS EXCELLENCE
stout.com

**From:** Tom Landwermeyer <tlandwermeyer@stout.com>
**Sent:** Tuesday, February 2, 2021 11:18 PM
**To:** Marylee Robinson <mrobinson@stout.com>
**Subject:** RE: LA Fraud Workpapers

One more minor update. 1.3 didn't have the updated time period to 11/30/20 in the header.

STOUT

**Thomas P. Landwermeyer, CFE**
Manager – Disputes, Compliance, & Investigations
D +1.202.864.0381 | M +1.703.371.1464 | tlandwermeyer@stout.com

RELENTLESS EXCELLENCE
stout.com

**From:** Tom Landwermeyer
**Sent:** Tuesday, February 2, 2021 11:15 PM
**To:** Marylee Robinson <mrobinson@stout.com>
**Subject:** RE: LA Fraud Workpapers

Updated. My category totals differ from yours, there were a few "Bluevine" items that were marked either SBA or PPP/SBA that I changed to PPP after cross referencing with the loan database. Let me know if you see any other edits.

Thanks!
Tom



**Thomas P. Landwermeyer, CFE**
Manager – Disputes, Compliance, & Investigations
D +1.202.864.0381 | M +1.703.371.1464 | tlandwermeyer@stout.com

**RELENTLESS EXCELLENCE**
stout.com

**From:** Marylee Robinson <mrobinson@stout.com>
**Sent:** Tuesday, February 2, 2021 10:12 PM
**To:** Tom Landwermeyer <tlandwermeyer@stout.com>
**Subject:** RE: LA Fraud Workpapers

I would keep 1.1 like we had it before with THREE ROWS:
SBA $5,010,945
PPP $8,756,035
TOTAL $13,766,980

Otherwise looks good.  Thanks.



**Marylee P. Robinson, CPA, CFE, CFF**
Managing Director – Disputes, Compliance, & Investigations
D +1.410.775.4073 | M +1.410.340.6496 | mrobinson@stout.com

**RELENTLESS EXCELLENCE**
stout.com

**From:** Tom Landwermeyer <tlandwermeyer@stout.com>
**Sent:** Tuesday, February 2, 2021 6:57 PM
**To:** Marylee Robinson <mrobinson@stout.com>
**Subject:** LA Fraud Workpapers

Hi Marylee,
Attached are the updated workpapers 1.1-1.4 with the additions we discussed (here on the drive). Let me know if you have any edits.

All of the additional accounts/time periods have been added to the combined file as well as the check/deposit detail Sophie was working on. I'll finalize any leftover normalization tomorrow and then work on finding/grouping the names/entities Chris sent over.

Thanks!
Tom



**STOUT**

Thomas P. Landwermeyer, CFE
Manager – Disputes, Compliance, & Investigations
D +1.202.864.0381 | M +1.703.371.1464 | tlandwermeyer@stout.com

RELENTLESS EXCELLENCE
stout.com

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER	DOJ_PROD_0000168944

**DX28_003**

**KX29_003**

**LA Fraud Ring Investigation**
*Table of Contents*

TOC
DRAFT

| Workpaper | Description |
|---|---|
| 1.1-1.4 | PPP/EIDL Income |
| 2 | Spending by Category |
| 3.1-3.2 | Luxury and Jewelry Spending |
| 4.1-4.2 | Automotive Spending |
| 5.1-5.2 | Travel Spending |
| 6.1-6.2 | Cash Equivalents and Cash Withdrawals |
| 7.1-7.2 | Credit Card Payments |

DX28_004
KX29_004

DO NOT DISTRIBUTE -
CONTAINS GRAND JURY MATERIAL

Prepared by Stout

Prepared for and at the
Direction of Counsel

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                    DOJ_PROD_0000168945

LA Fraud Ring Investigation

*Summary of PPP/EIDL Funds Received by Account*

March 01, 2020 - November 30, 2020

Workpaper 1.1
DRAFT

| Payor | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Total |
|---|---|---|---|---|---|---|
| PPP | | $ 4,929,067 | $ 3,048,560 | $ 486,653 | $ 660,700 | $ 9,124,980 |
| SBA | 40,000 | 773,900 | 2,482,700 | 905,700 | 439,700 | 4,642,000 |
| Total | $ 40,000 | $ 5,702,967 | $ 5,531,260 | $ 1,392,353 | $ 1,100,400 | $ 13,766,980 |

DX28_005
KX29_005

DO NOT DISTRIBUTE -
CONTAINS GRAND JURY MATERIAL

Prepared by Stout

Prepared for and at the
Direction of Counsel

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                           DOJ_PROD_0000168946

LA Fraud Ring Investigation  
*Summary of PPP/EIDL Funds Received by Account*  
March 01, 2020 - November 30, 2020

Workpaper 1.2  
DRAFT

| Account Name | Account | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Total |
|---|---|---|---|---|---|---|---|
| Lomtrans Inc | x0790 | | $ 5,000 | $ 784,750 | $ 149,900 | | $ 939,650 |
| Neighborhood Home Health Care Inc | x8698 | | 890,625 | | | | 890,625 |
| Basar Enterprises Inc | x2369 | | | 866,610 | | | 866,610 |
| Arsa Medical Wholesale Inc | x9766 | | 542,838 | 44,900 | | | 587,738 |
| Turing Info Solutions Inc | x5268 | | | | | 534,000 | 534,000 |
| Artem Zherdov DBA EM Construction Co | x1845 | | 361,738 | | 149,900 | | 511,638 |
| Select Lending Services Inc | x3700 | | 476,772 | 10,000 | | | 486,772 |
| Redline Auto Mechanics | x16271 | | | 435,500 | | | 435,500 |
| Iuliia Zhadko dba Top Quality Contracting | x3517 | | 433,000 | | | | 433,000 |
| Misak Arakelyan dba New World Trading | x9858 | | | 404,400 | | | 404,400 |
| Anna Manukyan | x9297 | | 10,000 | 149,900 | | | 159,900 |
| Anna Manukyan | x3571 | | | 159,900 | | | 159,900 |
| Journeyman Construction | x1191 | | | 299,800 | 18,000 | | 317,800 |
| Secureline Realty and Funding Inc | x1754 | | 122,838 | 43,400 | | | 166,238 |
| Secureline Realty and Funding Inc | x8935 | | 137,500 | | | | 137,500 |
| Global Home Health Inc | x4864 | 10,000 | 135,321 | 149,900 | | | 295,221 |
| Oleksandr Moroz | x7231 | | | 286,600 | | | 286,600 |
| Time Line Transport Inc | x0172 | | | 282,300 | | | 282,300 |
| Runyan Tax Service Inc | x9700 | | | | 276,653 | | 276,653 |
| TM Events Inc | x6566 | | | | | 276,600 | 276,600 |
| Artashes Grigoryan dba G&A Diamonds | x1964 | | 113,750 | 149,900 | | | 263,650 |
| Mod Interiors Inc, Armen Injijian, Richard Ayvazyan | x9103 | 2,000 | 260,000 | | | | 262,000 |
| Argamaan Inc DBA Italy 2000 Operating Account | x0834 | 10,000 | 248,275 | | | | 258,275 |
| Michael Hart dba Hart Construction Co | x1511 | | 242,500 | | | | 242,500 |
| Roza Avakian Sole Prop DBA Escrow Doc Co | x1364 | | 108,850 | 107,500 | | | 216,350 |
| Samuel Sauza DDS Inc | x5355 | | | 159,900 | | | 159,900 |
| Samuel Sauza DDS Inc | x0690 | | 53,208 | | | | 53,208 |
| New Acre Farm Produce Inc | x5076 | | | | 210,000 | | 210,000 |
| Alxas Xadarcov dba Alxas Catering Services | x0341 | | 8,000 | 187,000 | 5,500 | | 200,500 |
| Comfort Diagnostics Inc | x5010 | | 172,837 | 10,000 | | | 182,837 |
| Fetch Industries Inc | x8387 | | 182,637 | | | | 182,637 [1] |
| VB Trucking Inc | x8980 | | | 182,600 | | | 182,600 |
| VLA Construction Inc | x7997 | | 182,000 | | | | 182,000 |
| Apex Safety and Health Consultants, Anna Manukyan | x8244 | | | 159,900 | | | 159,900 |
| Gabriel Nazarian or Egisabeth Nazarian | x9696 | | | 149,900 | 10,000 | | 159,900 |
| Neighborhood Home Health Care Inc. | x8797 | 10,000 | | 149,900 | | | 159,900 |
| Viktoria Kauichko | x2085 | | 157,900 | | | | 157,900 |
| Voyage Limo LLC | x7900 | | 157,500 | | | | 157,500 |
| Redline Auto Collision Inc | x1732 | 4,000 | | 149,900 | | | 153,900 |
| Raisa Aytayan dba Byraya Mgn | x4622 | | | 149,900 | 3,000 | | 152,900 |

DO NOT DISTRIBUTE -  
CONTAINS GRAND JURY MATERIAL

Prepared by Stout  
Page 1 of 2

Prepared for and at the  
Direction of Counsel

DX28_006  
KX29_006

LA Fraud Ring Investigation  
*Summary of PPP/EIDL Funds Received by Account*  
March 01, 2020 - November 30, 2020

Workpaper 1.2  
DRAFT

| Account Name | Account | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Total |
|---|---|---|---|---|---|---|---|
| Super Lab Diagnostics Inc | x9351 | | | 8,000 | 142,900 | | 150,900 |
| Tamara Dadyan | x0531 | | | | 149,900 | | 149,900 |
| Allstate Towing & Transport LLC | x7695 | | | | 149,900 | | 149,900 |
| Mod Interiors Inc | x2395 | | | | | 149,900 | 149,900 |
| Manuk Grigoryan | x6851 | | | | | 139,900 | 139,900 |
| Tigran PetrosyandbaJobe Construction | x3957 | | 131,195 | | | | 131,195 |
| Anna Manukyan dba Manukyan Construction | x7693 | | | 131,195 | | | 131,195 |
| Dynamic Limousine Service LLC | x9198 | | | | 126,700 | | 126,700 |
| Arthur Ayvazyan | x5135 | 2,000 | 124,000 | | | | 126,000 |
| ABC Realty Advisors Inc, Tamara T Dadyan | x2061 | | 117,938 | | | | 117,938 |
| Diana Saakyan Sole Prop DBA Montadrath | x7227 | | 113,750 | | | | 113,750 |
| Anton Kudiumov | x6078 | | | 48,900 | | | 48,900 |
| 15438 Hawthorne LLC | x8472 | 1,000 | 45,900 | | | | 46,900 |
| Rama | x9173 | 1,000 | 35,900 | | | | 36,900 |
| Total | | $ 40,000 | $ 5,702,967 | $ 5,531,260 | $ 1,392,353 | $ 1,100,400 | $ 13,766,980 |

Notes:  
[1] Funds returned to PPP in their entirety.

DX28_007
KX29_007

DO NOT DISTRIBUTE -  
CONTAINS GRAND JURY MATERIAL

Prepared by Stout  
Page 2 of 2

Prepared for and at the  
Direction of Counsel

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000168948

LA Fraud Ring Investigation  
Summary of PPP/EIDL Funds Received by Account - Detail  
March 01, 2020 - November 30, 2020

Workpaper 1.3  
DRAFT

| Account Name | Account | Payor | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Total |
|---|---|---|---|---|---|---|---|---|
| Lomtrans Inc | x0790 | Paycheck Protection Program (PPP) | | | $ 784,750 | | | $ 784,750 |
| | | Small Business Administration | | 5,000 | | 149,900 | | 154,900 |
| | x0790 Total | | | 5,000 | 784,750 | 149,900 | | 939,650 |
| Lomtrans Inc Total | | | | 5,000 | 784,750 | 149,900 | | 939,650 |
| Neighborhood Home Health Care inc | x8698 | Loan/Line Disbursement From Account 1558 (PPP) | | | 890,625 | | | 890,625 |
| | x8698 Total | | | | 890,625 | | | 890,625 |
| Neighborhood Home Health Care inc Total | | | | | 890,625 | | | 890,625 |
| Basar Enterprises Inc | x2369 | Loan/Line Disbursement From Account 3050 (PPP) | | | 866,610 | | | 866,610 |
| | x2369 Total | | | | 866,610 | | | 866,610 |
| Basar Enterprises Inc Total | | | | | 866,610 | | | 866,610 |
| Arsa Medical Wholesale Inc | x9766 | ZB, NA (Zions Bancorporation)/Web Bankbank Corp (PPP) | | 182,500 | | | | 182,500 |
| | | Liberty SFB (PPP) | | 182,500 | | | | 182,500 |
| | | Square Inc (PPP) | | 172,838 | | | | 172,838 |
| | | Small Business Administration | | 5,000 | | 44,900 | | 49,900 |
| | x9766 Total | | | 542,838 | | 44,900 | | 587,738 |
| Arsa Medical Wholesale Inc Total | | | | 542,838 | | 44,900 | | 587,738 |
| Turing Info Solutions Inc | x5268 | Paycheck Protection Program (PPP) | | | | | 384,100 | 384,100 |
| | | Small Business Administration | | | | | 149,900 | 149,900 |
| | x5268 Total | | | | | | 534,000 | 534,000 |
| Turing Info Solutions Inc Total | | | | | | | 534,000 | 534,000 |
| Artem Zherdov DBA EM Construction Co | x1845 | Small Business Administration | | | 117,800 | | 149,900 | 267,700 |
| | | Paycheck Protection Program (PPP) | | | 243,938 | | | 243,938 |
| | x1845 Total | | | | 361,738 | | 149,900 | 511,638 |
| Artem Zherdov DBA EM Construction Co Total | | | | | 361,738 | | 149,900 | 511,638 |
| Select Lending Services Inc | x3700 | Chemical Bank Loan (PPP) | | | 476,772 | | | 476,772 |
| | | Small Business Administration | | | | 10,000 | | 10,000 |
| | x3700 Total | | | | 476,772 | 10,000 | | 486,772 |
| Select Lending Services Inc Total | | | | | 476,772 | 10,000 | | 486,772 |
| Redline Auto Mechanics | x16271 | Liberty SFB (PPP) | | | 276,600 | | | 276,600 |
| | | Small Business Administration | | | 158,900 | | | 158,900 |
| | x16271 Total | | | | 435,500 | | | 435,500 |
| Redline Auto Mechanics Total | | | | | 435,500 | | | 435,500 |
| Iuliia Zhadko dba Top Quality Contracting | x3517 | Customers Bank (PPP) | | | 185,000 | | | 185,000 |
| | | Celtic Bank (PPP) | | | 130,000 | | | 130,000 |
| | | Small Business Administration | | | 118,000 | | | 118,000 |
| | x3517 Total | | | | 433,000 | | | 433,000 |
| Iuliia Zhadko dba Top Quality Contracting Total | | | | | 433,000 | | | 433,000 |
| Misak Arakelyan dba New World Trading | x9858 | Liberty SFB (PPP) | | | 244,500 | | | 244,500 |
| | | Small Business Administration | | | 159,900 | | | 159,900 |
| | x9858 Total | | | | 404,400 | | | 404,400 |
| Misak Arakelyan dba New World Trading Total | | | | | 404,400 | | | 404,400 |
| Anna Manukyan | x9297 | Small Business Administration | | | 10,000 | 149,900 | | 159,900 |
| | x9297 Total | | | | 10,000 | 149,900 | | 159,900 |
| | x3571 | Small Business Administration | | | | 159,900 | | 159,900 |
| | x3571 Total | | | | | 159,900 | | 159,900 |
| Anna Manukyan Total | | | | | 10,000 | 309,800 | | 319,800 |
| Journeyman Construction | x1191 | Small Business Administration | | | 299,800 | 18,000 | | 317,800 |
| | x1191 Total | | | | 299,800 | 18,000 | | 317,800 |
| Journeyman Construction Total | | | | | 299,800 | 18,000 | | 317,800 |
| Secureline Realty and Funding Inc | x1754 | Paycheck Protection Program (PPP) | | | 122,838 | | | 122,838 |
| | | Small Business Administration | | | | 43,400 | | 43,400 |
| | x1754 Total | | | | 122,838 | 43,400 | | 166,238 |
| | x8935 | Commerical Loan Comerica (PPP) | | | 137,500 | | | 137,500 |
| | x8935 Total | | | | 137,500 | | | 137,500 |
| Secureline Realty and Funding Inc Total | | | | | 260,338 | 43,400 | | 303,738 |
| Global Home Health Inc | x4864 | Small Business Administration | 10,000 | | | 149,900 | | 159,900 |
| | | Paycheck Protection Program (PPP) | | | 135,321 | | | 135,321 |
| | x4864 Total | | 10,000 | | 135,321 | 149,900 | | 295,221 |
| Global Home Health Inc Total | | | 10,000 | | 135,321 | 149,900 | | 295,221 |
| Oleksandr Moroz | x7231 | Liberty SFB (PPP) | | | 276,600 | | | 276,600 |
| | | Small Business Administration | | | | 10,000 | | 10,000 |
| | x7231 Total | | | | 276,600 | 10,000 | | 286,600 |
| Oleksandr Moroz Total | | | | | 276,600 | 10,000 | | 286,600 |
| Time Line Transport Inc | x0172 | Small Business Administration | | | | 159,900 | | 159,900 |

DO NOT DISTRIBUTE -  
CONTAINS GRAND JURY MATERIAL

Prepared by Stout  
Page 1 of 3

Prepared for and at the  
Direction of Counsel

DX28_008  
KX29_008

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000168949

LA Fraud Ring Investigation
Summary of PPP/EIDL Funds Received by Account - Detail
March 01, 2020 - November 30, 2020

Workpaper 1.3
DRAFT

| Account Name | Account | Payor | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Total |
|---|---|---|---|---|---|---|---|---|
| Time Line Transport Inc | x0172 | Liberty SFB (PPP) | | | 122,400 | | | 122,400 |
| | x0172 Total | | | | 282,300 | | | 282,300 |
| Time Line Transport Inc Total | | | | | 282,300 | | | 282,300 |
| Runyan Tax Service Inc | x9700 | Seattle Bank (PPP) | | | | 276,653 | | 276,653 |
| | x9700 Total | | | | | 276,653 | | 276,653 |
| Runyan Tax Service Inc Total | | | | | | 276,653 | | 276,653 |
| TM Events Inc | x6566 | NEWTEK AB CORP PAY (PPP) | | | | | 276,600 | 276,600 |
| | x6566 Total | | | | | | 276,600 | 276,600 |
| TM Events Inc Total | | | | | | | 276,600 | 276,600 |
| Artashes Grigoryan dba G&A Diamonds | x1964 | Small Business Administration | | | | 149,900 | | 149,900 |
| | | Cross River Bank - Bluevine (PPP) | | | 113,750 | | | 113,750 |
| | x1964 Total | | | | 113,750 | 149,900 | | 263,650 |
| Artashes Grigoryan dba G&A Diamonds Total | | | | | 113,750 | 149,900 | | 263,650 |
| Mod Interiors Inc, Armen Injijian, Richard Ayvazyan | x9103 | Paycheck Protection Program (PPP) | | 260,000 | | | | 260,000 |
| | | Small Business Administration | 2,000 | | | | | 2,000 |
| | x9103 Total | | 2,000 | 260,000 | | | | 262,000 |
| Mod Interiors Inc, Armen Injijian, Richard Ayvazyan Total | | | 2,000 | 260,000 | | | | 262,000 |
| Argamaan Inc DBA Italy 2000 Operating Account | x0834 | Small Business Administration | 10,000 | 149,900 | | | | 159,900 |
| | | Paycheck Protection Program (PPP) | | 98,375 | | | | 98,375 |
| | x0834 Total | | 10,000 | 248,275 | | | | 258,275 |
| Argamaan Inc DBA Italy 2000 Operating Account Total | | | 10,000 | 248,275 | | | | 258,275 |
| Michael Hart dba Hart Construction Co | x1511 | Celtic Bank (PPP) | | 130,000 | | | | 130,000 |
| | | Small Business Administration | | 112,500 | | | | 112,500 |
| | x1511 Total | | | 242,500 | | | | 242,500 |
| Michael Hart dba Hart Construction Co Total | | | | 242,500 | | | | 242,500 |
| Roza Avakian Sole Prop DBA Escrow Doc Co | x1364 | Paycheck Protection Program (PPP) | | 108,850 | | | | 108,850 |
| | | Cross River Bank - Bluevine (PPP) | | | 107,500 | | | 107,500 |
| | x1364 Total | | | 108,850 | 107,500 | | | 216,350 |
| Roza Avakian Sole Prop DBA Escrow Doc Co Total | | | | 108,850 | 107,500 | | | 216,350 |
| Samuel Sauza DDS Inc | x5355 | Small Business Administration | | | | 159,900 | | 159,900 |
| | x5355 Total | | | | | 159,900 | | 159,900 |
| | x0690 | Paycheck Protection Program (PPP) | | | 45,208 | | | 45,208 |
| | | Small Business Administration | | | 8,000 | | | 8,000 |
| | x0690 Total | | | | 53,208 | | | 53,208 |
| Samuel Sauza DDS Inc Total | | | | | 53,208 | 159,900 | | 213,108 |
| New Acre Farm Produce Inc | x5076 | Cross River Bank - Bluevine (PPP) | | | | 210,000 | | 210,000 |
| | x5076 Total | | | | | 210,000 | | 210,000 |
| New Acre Farm Produce Inc Total | | | | | | 210,000 | | 210,000 |
| Alxas Xadarcov dba Alxas Catering Services | x0341 | Paycheck Protection Program (PPP) | | | | 187,000 | | 187,000 |
| | | Small Business Administration | | 8,000 | | | 5,500 | 13,500 |
| | x0341 Total | | | 8,000 | | 187,000 | 5,500 | 200,500 |
| Alxas Xadarcov dba Alxas Catering Services Total | | | | 8,000 | | 187,000 | 5,500 | 200,500 |
| Comfort Diagnostics Inc | x5010 | ZB, NA (Zions Bancorporation)/Web Bankbank Corp (PPP) | | 172,837 | | | | 172,837 |
| | | Small Business Administration | | | | 10,000 | | 10,000 |
| | x5010 Total | | | 172,837 | | 10,000 | | 182,837 |
| Comfort Diagnostics Inc Total | | | | 172,837 | | 10,000 | | 182,837 |
| Fetch Industries Inc | x8387 | Paycheck Protection Program - Returned | | 182,637 | | | | 182,637 [1] |
| | x8387 Total | | | 182,637 | | | | 182,637 |
| Fetch Industries Inc Total | | | | 182,637 | | | | 182,637 |
| VB Trucking Inc | x8980 | Liberty SFB (PPP) | | | 182,600 | | | 182,600 |
| | x8980 Total | | | | 182,600 | | | 182,600 |
| VB Trucking Inc Total | | | | | 182,600 | | | 182,600 |
| VLA Construction Inc | x7997 | Liberty SFB (PPP) | | | 182,000 | | | 182,000 |
| | x7997 Total | | | | 182,000 | | | 182,000 |
| VLA Construction Inc Total | | | | | 182,000 | | | 182,000 |
| Apex Safety and Health Consultants, Anna Manukyan | x8244 | Small Business Administration | | | | 159,900 | | 159,900 |
| | x8244 Total | | | | | 159,900 | | 159,900 |
| Apex Safety and Health Consultants, Anna Manukyan Total | | | | | | 159,900 | | 159,900 |
| Gabriel Nazarian or Egisabeth Nazarian | x9696 | Small Business Administration | | | | 149,900 | 10,000 | 159,900 |
| | x9696 Total | | | | | 149,900 | 10,000 | 159,900 |
| Gabriel Nazarian or Egisabeth Nazarian Total | | | | | | 149,900 | 10,000 | 159,900 |
| Neighborhood Home Health Care Inc. | x8797 | Small Business Administration | 10,000 | | | 149,900 | | 159,900 |
| | x8797 Total | | 10,000 | | | 149,900 | | 159,900 |
| Neighborhood Home Health Care Inc. Total | | | 10,000 | | | 149,900 | | 159,900 |

DX28_009
KX29_009

DO NOT DISTRIBUTE -
CONTAINS GRAND JURY MATERIAL

Prepared by Stout
Page 2 of 3

Prepared for and at the
Direction of Counsel

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    DOJ_PROD_0000168950

LA Fraud Ring Investigation  
Summary of PPP/EIDL Funds Received by Account - Detail  
March 01, 2020 - November 30, 2020

Workpaper 1.3  
DRAFT

| Account Name | Account | Payor | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Total |
|---|---|---|---|---|---|---|---|---|
| Viktoria Kauichko | x2085 | Small Business Administration | | 157,900 | | | | 157,900 |
| | x2085 Total | | | 157,900 | | | | 157,900 |
| Viktoria Kauichko Total | | | | 157,900 | | | | 157,900 |
| Voyage Limo LLC | x7900 | Celtic Bank Bluevine (PPP) | | 157,500 | | | | 157,500 |
| | x7900 Total | | | 157,500 | | | | 157,500 |
| Voyage Limo LLC Total | | | | 157,500 | | | | 157,500 |
| Redline Auto Collision Inc | x1732 | Small Business Administration | 4,000 | | 149,900 | | | 153,900 |
| | x1732 Total | | 4,000 | | 149,900 | | | 153,900 |
| Redline Auto Collision Inc Total | | | 4,000 | | 149,900 | | | 153,900 |
| Raisa Aytayan dba Byraya Mgn | x4622 | Small Business Administration | | | 149,900 | 3,000 | | 152,900 |
| | x4622 Total | | | | 149,900 | 3,000 | | 152,900 |
| Raisa Aytayan dba Byraya Mgn Total | | | | | 149,900 | 3,000 | | 152,900 |
| Super Lab Diagnostics Inc | x9351 | Small Business Administration | | | 8,000 | 142,900 | | 150,900 |
| | x9351 Total | | | | 8,000 | 142,900 | | 150,900 |
| Super Lab Diagnostics Inc Total | | | | | 8,000 | 142,900 | | 150,900 |
| Tamara Dadyan | x0531 | Small Business Administration | | | | 149,900 | | 149,900 |
| | x0531 Total | | | | | 149,900 | | 149,900 |
| Tamara Dadyan Total | | | | | | 149,900 | | 149,900 |
| Allstate Towing & Transport LLC | x7695 | Small Business Administration | | | | 149,900 | | 149,900 |
| | x7695 Total | | | | | 149,900 | | 149,900 |
| Allstate Towing & Transport LLC Total | | | | | | 149,900 | | 149,900 |
| Mod Interiors Inc | x2395 | Small Business Administration | | | | | 149,900 | 149,900 |
| | x2395 Total | | | | | | 149,900 | 149,900 |
| Mod Interiors Inc Total | | | | | | | 149,900 | 149,900 |
| Manuk Grigoryan | x6851 | Small Business Administration | | | | | 139,900 | 139,900 |
| | x6851 Total | | | | | | 139,900 | 139,900 |
| Manuk Grigoryan Total | | | | | | | 139,900 | 139,900 |
| Tigran PetrosyandbaJobe Construction | x3957 | Paycheck Protection Program (PPP) | | 131,195 | | | | 131,195 |
| | x3957 Total | | | 131,195 | | | | 131,195 |
| Tigran PetrosyandbaJobe Construction Total | | | | 131,195 | | | | 131,195 |
| Anna Manukyan dba Manukyan Construction | x7693 | Cross River Bank - Bluevine (PPP) | | 131,195 | | | | 131,195 |
| | x7693 Total | | | 131,195 | | | | 131,195 |
| Anna Manukyan dba Manukyan Construction Total | | | | 131,195 | | | | 131,195 |
| Dynamic Limousine Service LLC | x9198 | Small Business Administration | | | | 126,700 | | 126,700 |
| | x9198 Total | | | | | 126,700 | | 126,700 |
| Dynamic Limousine Service LLC Total | | | | | | 126,700 | | 126,700 |
| Arthur Ayvazyan | x5135 | Cross River Bank - Bluevine (PPP) | | 124,000 | | | | 124,000 |
| | | Small Business Administration | 2,000 | | | | | 2,000 |
| | x5135 Total | | 2,000 | 124,000 | | | | 126,000 |
| Arthur Ayvazyan Total | | | 2,000 | 124,000 | | | | 126,000 |
| ABC Realty Advisors Inc, Tamara T Dadyan | x2061 | Paycheck Protection Program (PPP) | | 117,938 | | | | 117,938 |
| | x2061 Total | | | 117,938 | | | | 117,938 |
| ABC Realty Advisors Inc, Tamara T Dadyan Total | | | | 117,938 | | | | 117,938 |
| Diana Saakyan Sole Prop DBA Montadrath | x7227 | Celtic Bank Bluevine (PPP) | | 113,750 | | | | 113,750 |
| | x7227 Total | | | 113,750 | | | | 113,750 |
| Diana Saakyan Sole Prop DBA Montadrath Total | | | | 113,750 | | | | 113,750 |
| Anton Kudiumov | x6078 | Small Business Administration | | | | 48,900 | | 48,900 |
| | x6078 Total | | | | | 48,900 | | 48,900 |
| Anton Kudiumov Total | | | | | | 48,900 | | 48,900 |
| 15438 Hawthorne LLC | x8472 | Small Business Administration | 1,000 | 45,900 | | | | 46,900 |
| | x8472 Total | | 1,000 | 45,900 | | | | 46,900 |
| 15438 Hawthorne LLC Total | | | 1,000 | 45,900 | | | | 46,900 |
| Rama | x9173 | Small Business Administration | 1,000 | 35,900 | | | | 36,900 |
| | x9173 Total | | 1,000 | 35,900 | | | | 36,900 |
| Rama Total | | | 1,000 | 35,900 | | | | 36,900 |
| Total | | | $ 40,000 | $ 5,702,967 | $ 5,531,260 | $ 1,392,353 | $ 1,100,400 | $ 13,766,980 |

Notes:  
[1] Funds returned to PPP in their entirety.

DX28_010  
KX29_010

DO NOT DISTRIBUTE -  
CONTAINS GRAND JURY MATERIAL

Prepared by Stout  
Page 3 of 3

Prepared for and at the  
Direction of Counsel

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000168951

LA Fraud Ring Investigation											Workpaper 1.4
*Account Summary*											DRAFT

|  | PPP/EIDL | Total |
|---|---:|---:|
| Total # of Accounts: | 153 | N/A |
| Accounts with PPP/SBA Income: | 54 | $ 13,766,980 |

DX28_011
KX29_011

DO NOT DISTRIBUTE -  
CONTAINS GRAND JURY MATERIAL

Prepared by Stout

Prepared for and at the  
Direction of Counsel