# EXHIBIT KX30

# (FILED UNDER SEAL)

| Prod. No. | Description | Production BEGDOC | Production ENDDOC |
|---|---|---|---|
| 1 | 2020.07.21 Mark and Beverly Zindroski Interview Memo | DOJ_PROD_0000003772 | DOJ_PROD_0000003773 |
| 1 | 2020.08.04 Mark and Beverly Zindroski Interview Memo | DOJ_PROD_0000003774 | DOJ_PROD_0000003801 |
| 8 | 2021.01.13 MOI - Roy DuBos | DOJ_PROD_0000022621 | DOJ_PROD_0000022629 |
| 8 | 2021.01.13 MOI - Isai Cortez | DOJ_PROD_0000022630 | DOJ_PROD_0000022644 |
| 8 | 2021.01.13 MOI - Leslie Ham Casillas | DOJ_PROD_0000022645 | DOJ_PROD_0000022654 |
| 8 | 2020.11.16 MOI - Charlie Brown | DOJ_PROD_0000022655 | DOJ_PROD_0000022656 |
| 8 | 2020.12.08 MOI - Marissa Heimler | DOJ_PROD_0000022657 | DOJ_PROD_0000022658 |
| 8 | 2020.12.09 MOI - Chinh Bui | DOJ_PROD_0000022659 | DOJ_PROD_0000022660 |
| 8 | 2020.12.09 MOI - Nhut Quach | DOJ_PROD_0000022661 | DOJ_PROD_0000022662 |
| 8 | 2020.12.09 MOI - Vivian Tran | DOJ_PROD_0000022663 | DOJ_PROD_0000022664 |
| 11 | 2021.02.01 MOI - David Goral | DOJ_PROD1_0000000009 | DOJ_PROD1_0000000016 |
| 11 | 2021.02.03 MOI - Leslie Ham Casillas | DOJ_PROD1_0000000017 | DOJ_PROD1_0000000033 |
| 11 | 2021.02.04 MOC - Cel Mercado | DOJ_PROD1_0000000034 | DOJ_PROD1_0000000045 |
| 11 | 2021.02.04 MOI - Christopher Keleshyan | DOJ_PROD1_0000000046 | DOJ_PROD1_0000000067 |
| 11 | 2021.02.08 MOC - Leah Oren | DOJ_PROD1_0000000068 | DOJ_PROD1_0000000086 |
| 11 | 2021.02.09 MOI - Julie Hutchinson | DOJ_PROD1_0000000087 | DOJ_PROD1_0000000088 |
| 11 | 2021.02.09 MOI - Jack Runyan | DOJ_PROD1_0000000089 | DOJ_PROD1_0000000114 |
| 11 | 2021.02.17 MOC - Angel Kwok | DOJ_PROD1_0000000115 | DOJ_PROD1_0000000115 |
| 11 | 2021.02.17 MOC - Michael Kendrick | DOJ_PROD1_0000000116 | DOJ_PROD1_0000000121 |
| 11 | 2021.02.18 MOI - Rosaura Gamero | DOJ_PROD1_0000000122 | DOJ_PROD1_0000000132 |
| 14 | 2020.08.03 MOI - Richard Jobe | DOJ_PROD_0000151841 | DOJ_PROD_0000151842 |
| 14 | 2020.08.10 MOI - Mark & Beverly Zindroski | DOJ_PROD_0000151844 | DOJ_PROD_0000151845 |
| 14 | 2020.08.11 MOI - Mark & Beverly Zindroski | DOJ_PROD_0000151846 | DOJ_PROD_0000151848 |
| 14 | 2020.08.18 MOI - Michael Hart | DOJ_PROD_0000151875 | DOJ_PROD_0000151876 |
| 14 | 2020.10.13 MOI - Samuel & Sandra Sauza | DOJ_PROD_0000152159 | DOJ_PROD_0000152162 |

| Prod. No. | Description | Production BEGDOC | Production ENDDOC |
|---|---|---|---|
| 14 | 2020.11.16 MOI - Veronique Loizu | DOJ_PROD_0000153444 | DOJ_PROD_0000153446 |
| 14 | 2020.12.09 MOI - Evet Minasian | DOJ_PROD_0000153618 | DOJ_PROD_0000153618 |
| 14 | 2021.01.19 MOI - Evet Minasian | DOJ_PROD_0000153811 | DOJ_PROD_0000153811 |
| 14 | 2021.01.22 MOI - Alvin Quicho | DOJ_PROD_0000153817 | DOJ_PROD_0000153818 |
| 14 | 2021.01.22 MOI - Alexander Fard | DOJ_PROD_0000153820 | DOJ_PROD_0000153820 |
| 14 | 2021.02.01 MOI - Vartan Akopyan | DOJ_PROD_0000153823 | DOJ_PROD_0000153823 |
| 14 | 2021.02.01 MOI - Gegam & Arsen Dadyan | DOJ_PROD_0000153824 | DOJ_PROD_0000153824 |
| 14 | 2021.02.01 MOI - Edvard Paronyan & Emily Ghazakhetsyan | DOJ_PROD_0000153825 | DOJ_PROD_0000153825 |
| 14 | 2021.02.02 MOI - Mark Feldman | DOJ_PROD_0000153826 | DOJ_PROD_0000153826 |
| 14 | 2021.02.02 MOI - Mark Kohl | DOJ_PROD_0000153827 | DOJ_PROD_0000153828 |
| 14 | 2021.02.08 MOI - Mark Feldman - Photograph Supplement | DOJ_PROD_0000153834 | DOJ_PROD_0000153834 |
| 14 | 2021.02.09 - Alexander Fard | DOJ_PROD_0000153841 | DOJ_PROD_0000153842 |
| 14 | 2021.02.12 MOI - Jack Boyadjian | DOJ_PROD_0000153858 | DOJ_PROD_0000153858 |
| 14 | 2021.02.18 MOI - Greg Zadikov | DOJ_PROD_0000154021 | DOJ_PROD_0000154023 |
| 14 | 2021.01.13 – MOI – ASYA VOSTANIKYAN | DOJ_PROD_0000154130 | DOJ_PROD_0000154134 |
| 14 | 2021.01.25 – MOI – ASYA VOSTANIKYAN | DOJ_PROD_0000154135 | DOJ_PROD_0000154140 |
| 14 | 2021.02.01 – MOI – BRUCE DURKEE | DOJ_PROD_0000154141 | DOJ_PROD_0000154152 |
| 14 | 2021.01.29 – MOI – FRANK AMER | DOJ_PROD_0000154153 | DOJ_PROD_0000154156 |
| 14 | 2021.02.10 – MOI – MHER ARUTUNYAN | DOJ_PROD_0000154157 | DOJ_PROD_0000154208 |
| 14 | 2021.02.22 - MOI – FAWAZ AMER | DOJ_PROD_0000154212 | DOJ_PROD_0000154217 |
| 14 | 2021.02.22 - MOI – MOBARZA KHAN | DOJ_PROD_0000154218 | DOJ_PROD_0000154222 |
| 14 | 2021.03.01 - MOI – FAWAZ AMER | DOJ_PROD_0000154223 | DOJ_PROD_0000154225 |
| 14 | 2021.02.11 - MOI – Chris Kelly | DOJ_PROD_0000154226 | DOJ_PROD_0000154233 |

**KX30_002**

| Prod. No. | Description | Production BEGDOC | Production ENDDOC |
|---|---|---|---|
| 14 | 2021.02.19 - MOI – Hamlet Mnatsakanyan | DOJ_PROD_0000154234 | DOJ_PROD_0000154235 |
| 14 | 2021.02.19 - MOI – John Portugal | DOJ_PROD_0000154236 | DOJ_PROD_0000154237 |
| 14 | 2021.02.04 - MOI – Donald Sabala and Lillie Aguilar | DOJ_PROD_0000154238 | DOJ_PROD_0000154354 |
| 14 | 2021.02.24 - 302 – Eddie Rustom | DOJ_PROD_0000154355 | DOJ_PROD_0000154356 |
| 14 | 2021.02.01 - MOC - Cortney Donowho | DOJ_PROD_0000154357 | DOJ_PROD_0000154357 |
| 15 | 2021.03.15 - MOI - Ani Kesisoglu | DOJ_PROD_0000154359 | DOJ_PROD_0000154361 |
| 15 | 2021.03.16 - MOI - Prakash Sheth | DOJ_PROD_0000154362 | DOJ_PROD_0000154364 |
| 15 | 2021.03.17 - MOI - Mark Gavranovic | DOJ_PROD_0000154365 | DOJ_PROD_0000154367 |
| 17 | 2021.02.05 – 302 – Mary Smbatian | DOJ_PROD_0000154473 | DOJ_PROD_0000154480 |
| 18 | 2021.04.01 - MOI - Mark Gavranovic | DOJ_PROD_0000158046 | DOJ_PROD_0000158051 |
| 26 | 2021.05.05 – MOI – Sergo Saryan | DOJ_PROD_0000162778 | DOJ_PROD_0000162781 |
| 26 | 2021.01.22 – MOA – Docs from Attorney Lori Hershorinjj | DOJ_PROD_0000162782 | DOJ_PROD_0000162786 |
| 26 | 2021.02.01 – MOI – Isai Cortez | DOJ_PROD_0000162839 | DOJ_PROD_0000162859 |
| 26 | 2021.02.01 – MOI – Nick Iverson | DOJ_PROD_0000162860 | DOJ_PROD_0000162867 |
| 29 | 2021.05.17 - MOI – ARMAN HAYRAPETIAN | DOJ_PROD_0000163300 | DOJ_PROD_0000163301 |
| 29 | 2021.05.17 - MOI – ARTHUR POGOSYAN | DOJ_PROD_0000163302 | DOJ_PROD_0000163306 |
| 29 | 2021.05.17 - MOI – DANNY MOZES | DOJ_PROD_0000163307 | DOJ_PROD_0000163308 |
| 29 | 2021.05.17 - MOI – GLADIS CURIEL | DOJ_PROD_0000163309 | DOJ_PROD_0000163309 |
| 29 | 2021.05.17 - MOI – JUAN PANIAGUA | DOJ_PROD_0000163310 | DOJ_PROD_0000163310 |
| 29 | 2021.05.17 - MOI – MICHAEL & ERICA WILLIAMS | DOJ_PROD_0000163311 | DOJ_PROD_0000163326 |
| 29 | 2021.05.17 - MOI – NICOLE B | DOJ_PROD_0000163327 | DOJ_PROD_0000163327 |

KX30_003

| Prod. No. | Description | Production BEGDOC | Production ENDDOC |
|---|---|---|---|
| 29 | 2021.05.17 - MOI – RAFAEL CALDERON | DOJ_PROD_0000163328 | DOJ_PROD_0000163328 |
| 29 | 2021.05.17 - MOI – RENEE MARTINEZ | DOJ_PROD_0000163329 | DOJ_PROD_0000163329 |
| 29 | 2021.05.17 - MOI – SIGAL ALKOBY | DOJ_PROD_0000163330 | DOJ_PROD_0000163330 |
| 29 | 2021.05.18 - MOI – JEREMY DANIELS | DOJ_PROD_0000163331 | DOJ_PROD_0000163356 |
| 30 | 2021.05.12 302 - Arman Hayrapetyan w/attachments | DOJ_PROD_0000163574 | DOJ_PROD_0000163579 |
| 30 | 2021.05.19 MOC - JPMC | DOJ_PROD_0000163582 | DOJ_PROD_0000163595 |
| 31 | 2021.05.26 MOC - Joey Parker | DOJ_PROD_0000163745 | DOJ_PROD_0000163745 |
| 31 | Memorandum of Interview with CART Examiner Jaung (May 26, 2021) | DOJ_PROD_0000164365 | DOJ_PROD_0000164367 |
| 31 | 2021.05.28 - 302 - Gentleman Timepieces | DOJ_PROD_0000164537 | DOJ_PROD_0000164539 |
| 31 | 2021.05.28 - 302 - Theodora Loussaint w/ attachment | DOJ_PROD_0000164540 | DOJ_PROD_0000164541 |
| 32 | 20121.06.01 - 302 Bradley Bopp | DOJ_PROD_0000165082 | DOJ_PROD_0000165082 |
| 33 | 2021.06.01 - MOI - Amirah Halum | DOJ_PROD_0000165086 | DOJ_PROD_0000165104 |
| 33 | 2021.06.07 MOI - David Goral | DOJ_PROD_0000165155 | DOJ_PROD_0000165155 |
| 33 | 2021.06.07 MOI - Amirah Halum | DOJ_PROD_0000165156 | DOJ_PROD_0000165156 |
| 33 | 2021.06.08 - MOI - Angel Kwok | DOJ_PROD_0000165162 | DOJ_PROD_0000165163 |
| 33 | 2021.06.08 - MOI - Jack Runyan | DOJ_PROD_0000165164 | DOJ_PROD_0000165165 |
| 33 | 2021.05.13 - MOI - Adrian Rosado | DOJ_PROD_0000165443 | DOJ_PROD_0000165444 |
| 33 | 2021.06.08 - MOI - Adrian Rosado | DOJ_PROD_0000165445 | DOJ_PROD_0000165446 |
| 33 | 2021.06.09 - MOI - Caitlin Bowdler | DOJ_PROD_0000165447 | DOJ_PROD_0000165448 |
| 33 | 2021.06.09 - MOI - Nicolas Felando | DOJ_PROD_0000165449 | DOJ_PROD_0000165450 |
| 33 | 2021.06.08 - MOI Isai Cortez | DOJ_PROD_0000165451 | DOJ_PROD_0000165451 |
| 33 | Agent Notes of Interview of Gregg Parra | DOJ_PROD_0000165454 | DOJ_PROD_0000165454 |

| Prod. No. | Description | Production BEGDOC | Production ENDDOC |
|---|---|---|---|
| 33 | Agent Notes of Interview of Breanna Fitzgerald | DOJ_PROD_0000165467 | DOJ_PROD_0000165468 |
| 33 | Agent Notes of Interview of Lynne Zellhart | DOJ_PROD_0000165469 | DOJ_PROD_0000165469 |
| 33 | Agent Notes of Interview of Marylee Robinson | DOJ_PROD_0000165470 | DOJ_PROD_0000165470 |
| 33 | Agent Notes of Interview of Robert McGibbon | DOJ_PROD_0000165471 | DOJ_PROD_0000165471 |
| 33 | Agent Notes of Interview of Theodora Loussaint | DOJ_PROD_0000165472 | DOJ_PROD_0000165472 |
| 33 | 2021.06.10 MOI - Veronica Hernandez | DOJ_PROD_0000165479 | DOJ_PROD_0000165479 |
| 33 | 2021.06.10 MOI - Artur Hakopian | DOJ_PROD_0000165480 | DOJ_PROD_0000165481 |
| 33 | 2021.06.10 MOI - Pinal Modi | DOJ_PROD_0000165482 | DOJ_PROD_0000165482 |
| 35 | 2021.06.11 MOI - Debbie Mitschke | DOJ_PROD_0000166305 | DOJ_PROD_0000166305 |
| 35 | 2021.06.13 SA Timothy Massino Notes of Follow-up Interview of Kathleen Littwin | DOJ_PROD_0000166664 | DOJ_PROD_0000166664 |
| 35 | 2021.06.13 SA Justin Palmerton Notes of Interview of Nicolas Felando | DOJ_PROD_0000166665 | DOJ_PROD_0000166665 |
| 35 | 2021.06.12 SA Justin Palmerton Notes of Interview of Marylee Robinson | DOJ_PROD_0000166666 | DOJ_PROD_0000166666 |
| 35 | 2021.06.10 SA Justin Palmerton Notes of Interview of Kathleen Casey | DOJ_PROD_0000166667 | DOJ_PROD_0000166667 |
| 35 | 2021.06.12 SA Justin Palmerton Notes of Interview of Alex Fard | DOJ_PROD_0000166668 | DOJ_PROD_0000166668 |
| 35 | 2021.06.13 SA Justin Palmerton Notes of Interview of Andrew Jaung | DOJ_PROD_0000166669 | DOJ_PROD_0000166669 |
| 35 | 2021.06.13 MOI - Veronica Hernandez | DOJ_PROD_0000166670 | DOJ_PROD_0000166670 |

**KX30_005**

| Prod. No. | Description | Production BEGDOC | Production ENDDOC |
|---|---|---|---|
| 35 | 2021.06.13 MOI - Pinal Modi | DOJ_PROD_0000166671 | DOJ_PROD_0000166671 |
| 43 | 2021.06.13 MOI - Breanna Fitzgerald and DMV notes | DOJ_PROD_0000168894 | DOJ_PROD_0000168903 |
| 43 | 2021.06.13 MOC - Marylee Robinson | DOJ_PROD_0000168904 | DOJ_PROD_0000168904 |
| 43 | 2021.06.14 SA Timothy Massino Notes of In-person interview of SBA Attorney Advisor Kathleen Littwin | DOJ_PROD_0000168905 | DOJ_PROD_0000168905 |
| 43 | 2021.06.14 SA Geffrey Clark Notes Shelly Abril | DOJ_PROD_0000168906 | DOJ_PROD_0000168906 |
| 43 | 2021.06.14 MOI Marylee Robinson | DOJ_PROD_0000168907 | DOJ_PROD_0000168907 |
| 43 | 2021.06.14 MOI Artur Hakopian and initialed copies of Exhibit 50 | DOJ_PROD_0000168908 | DOJ_PROD_0000168914 |
| 43 | 2021.06.14 SA Justin Palmerton Notes of Interview of Michael Hart | DOJ_PROD_0000168915 | DOJ_PROD_0000168915 |
| 44 | 2021.06.16 Agent Notes of Interview of Banita Kapoor w/attachments | DOJ_PROD_0000169085 | DOJ_PROD_0000169087 |
| 44 | 2021.06.14 Agent Notes of Interview of Justin Masterman | DOJ_PROD_0000169091 | DOJ_PROD_0000169091 |
| 44 | 2021.06.14 Agent Notes of Interview of Madison MacDonald | DOJ_PROD_0000169092 | DOJ_PROD_0000169092 |
| 44 | 2021.06.15 Agent Notes of Interview of Madison MacDonald | DOJ_PROD_0000169093 | DOJ_PROD_0000169093 |
| 44 | 2021.06.16 MOI - Anthony Farrar | DOJ_PROD_0000169113 | DOJ_PROD_0000169113 |
| 46 | 2021.06.18 MOI - SA Geoffrey Clark | DOJ_PROD_0000169398 | DOJ_PROD_0000169398 |
| 46 | 2021.06.18 MOI - SA Sung Min Cho | DOJ_PROD_0000169409 | DOJ_PROD_0000169409 |
| 46 | 2021.06.20 MOI - Anthony Farrer | DOJ_PROD_0000169410 | DOJ_PROD_0000169410 |
| 46 | 2021.06.20 - SA Palmerton Notes of Interview of Greg Parra | DOJ_PROD_0000169413 | DOJ_PROD_0000169413 |