# EXHIBIT KX151

# (FILED UNDER SEAL)



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Scott Paetty*  
*Phone:  (213) 894-6527*  
*E-mail:  Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

March 5, 2021

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
1200 Wilshire Boulevard Suite 406  
Los Angeles, CA 90017

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203

*Counsel for Tamara Dadyan*

Re:   <u>United States v. Ayvazyan et. al</u>,  
No. CR 2:20-cr-00579-SVW  
Discovery Production Volume 11

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (<u>see</u> CR 92), enclosed please find a USB drive with discovery bearing Bates Numbers DOJ_PROD1_0000000001 to DOJ_PROD1_0000000202 and an attached index.[1]  Please note that this Bates-prefix is different than the Bates-prefix we have used in prior productions.  These discovery materials are also being uploaded to Steptoe & Johnson's file sharing system as you requested.

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: <u>United States v. Ayvazyan et. al</u>
March 5, 2021
Page 2

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

*/s/ Scott Paetty*

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section

*/s/ Christopher Fenton*

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure

**United States v. Ayvazyan et. al**
**Discovery Production 11 – Volume 11**
**Index**

| Description | Production BEGDOC | Production ENDDOC |
|---|---|---|
| Photos of Evidence Seized from Richard Ayvazyan's iPhone Pursuant to Search Warrant (11.5.2020) | DOJ_PROD1_0000000001 | DOJ_PROD1_0000000006 |
| 2021.02.18 MOA - Law Offices of Olaf Landsgaard | DOJ_PROD1_0000000007 | DOJ_PROD1_0000000008 |
| 2021.02.01 MOI - David Goral | DOJ_PROD1_0000000009 | DOJ_PROD1_0000000016 |
| 2021.02.03 MOI - Leslie Ham Casillas | DOJ_PROD1_0000000017 | DOJ_PROD1_0000000033 |
| 2021.02.04 MOC - Cel Mercado | DOJ_PROD1_0000000034 | DOJ_PROD1_0000000045 |
| 2021.02.04 MOI - Christopher Keleshyan | DOJ_PROD1_0000000046 | DOJ_PROD1_0000000067 |
| 2021.02.08 MOC - Leah Oren | DOJ_PROD1_0000000068 | DOJ_PROD1_0000000086 |
| 2021.02.09 MOI - Julie Hutchinson | DOJ_PROD1_0000000087 | DOJ_PROD1_0000000088 |
| 2021.02.09 MOI - Jack Runyan | DOJ_PROD1_0000000089 | DOJ_PROD1_0000000114 |
| 2021.02.17 MOC - Angel Kwok | DOJ_PROD1_0000000115 | DOJ_PROD1_0000000115 |
| 2021.02.17 MOC - Michael Kendrick | DOJ_PROD1_0000000116 | DOJ_PROD1_0000000121 |
| 2021.02.18 MOI - Rosaura Gamero | DOJ_PROD1_0000000122 | DOJ_PROD1_0000000132 |
| 2020.11.05 Arrest Report - Arthur Ayvazyan | DOJ_PROD1_0000000133 | DOJ_PROD1_0000000134 |
| 2020.10.22 Transcript from Detention Hearing - Richard Ayvazyan | DOJ_PROD1_0000000135 | DOJ_PROD1_0000000177 |
| 2020.11.06 Transcript from Initial Appearance/Bond Hearing - Artur Ayvazyan | DOJ_PROD1_0000000178 | DOJ_PROD1_0000000202 |



Contacts                                                          Edit

A

A1

message    call    video    mail

phone
(818) 322-7369

Notes

Send Message

Share Contact

Add to Favorites

Add to Emergency Contacts

