# EXHIBIT KX200

# (FILED UNDER SEAL)

**From:** Mass no, Timothy J. (Off. Inspector Gen.)
**To:** Welch, Kenneth D. (Off. Inspector General)
**Subject:** Jobe Construction - New Lead
**Date:** Thursday, October 8, 2020 10:22:00 AM
**Attachments:** image003.png

Hi Ken,

Thanks a ton in advance for your assistance on this matter. Below are the EIDLs that we need to look at; the two entities are Hrachya Sukiasyan (person) and ASA Towing (business for which Hrachya Sukiasyan is the principal on loan # 82599078-05) I believe many of the other "Sukiasyan" loans are related – based on the last name, types of businesses, locations, etc. Some of the lower dollar ones I'm not so sure about though

| | Loan Information | | | | | | Loan Mailing Address Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Row | App # | Funded | Loan Number | Loan Name | Processing Method | Loan Amount | Status | Street Name | City | State |
| 1 | 23120156 | 2020-08-06 | 48415082-01 | Susanna Sukiasyan | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 8523 TERHUNE AVE | SUN VALLEY | CA |
| 2 | 23097881 | 2020-08-05 | 41414182-04 | Anna Sukiasyan | Disaster COVID-19 Economic Injury | $67,900.00 | Disbursed Current | 11130 RUNNYMEDE ST | SUN VALLEY | CA |
| 3 | 22873066 | 2020-07-31 | 20972882-05 | Rolling Rental Cars LLC | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 6504 TEESDALE AVE | NORTH HOLLYWOOD | CA |
| 4 | 22829504 | 2020-07-30 | 16958582-05 | Ruben Sukiasyan | Disaster COVID-19 Economic Injury | $146,300.00 | Disbursed Current | 12436 LANDALE ST | STUDIO CITY | CA |
| 5 | 22604778 | 2020-07-27 | 90690081-09 | Grigor Sukiasyan | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 124 N BELMONT ST | GLENDALE | CA |
| 6 | 22282606 | 2020-07-20 | 56695381-10 | NS transport | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 307 N KENWOOD ST APT 6 | GLENDALE | CA |
| 7 | 22018251 | 2020-07-14 | 34532081-07 | Metropole Security Services, Inc. | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 1114 MELROSE AVE. UNIT1 | GLENDALE | CA |
| 8 | 21951359 | 2020-07-13 | 28710781-03 | Athena Hospice & Palliative Care, Inc. | Disaster COVID-19 Economic Injury | $145,300.00 | Disbursed Current | 16250 VENTURA BLVD. SUITE 400 | ENCINO | CA |
| 9 | 21783909 | 2020-07-09 | 13920881-04 | yeriza sukiasyan | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 14837 RUNNYMEDE ST | VAN NUYS | CA |
| 10 | 21664343 | 2020-07-07 | 92599580-04 | MMS Generation INC | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 635 W COLORADO ST | GLENDALE | CA |
| 11 | 21543578 | 2020-07-02 | 80880780-00 | Armen Sukiasyan | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 13050 SHERMAN WAY UNIT 197 | VAN NUYS | CA |
| 12 | 21539510 | 2020-07-02 | 80478380-07 | EGIDA HOME HEALTH CARE, INC. | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 13701 RIVERSIDE DR 316 | SHERMAN OAKS | CA |
| 13 | 21526481 | 2020-07-02 | 79192780-09 | Ventura Canyon Care Inc | Disaster COVID-19 Economic Injury | $24,500.00 | Disbursed Current | 7938 VENTURA CANYON AVE | PANORAMA CITY | CA |
| 14 | 21481800 | 2020-07-01 | 74773780-06 | Ruben Sukiasyan | Disaster COVID-19 Economic Injury | $57,500.00 | Disbursed Current | 1039 JUSTIN AVE APT 105 | GLENDALE | CA |
| 15 | 21039999 | 2020-06-25 | 37390980-08 | Hope Diagnostic Laboratory LLC | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 4628 SAN FERNANDO RD | GLENDALE | CA |
| 16 | 21000097 | 2020-06-24 | 33730980-02 | The Moyka, Inc | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 19420 BUSINESS CENTER DRIVE. SUITE 105 | NORTHRIDGE | CA |
| 17 | 20705636 | 2020-06-20 | 10295780-06 | HELPING HANDS HOSPICE CARE INC | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 600 N. MOUNTAIN AVE. SUITE D105 | UPLAND | CA |
| 18 | 20491080 | 2020-06-18 | 82741679-04 | Family Care Manor | Disaster COVID-19 Economic Injury | $51,100.00 | Disbursed Current | 14127 TIARA ST | VAN NUYS | CA |
| 19 | 19465239 | 2020-06-05 | 82599078-05 | ASA TOWING INC | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 8184507333 | SIMI VALLEY | CA |
| 20 | 19427476 | 2020-06-04 | 79126578-01 | AQUA POOL SERVICE | Disaster COVID-19 Economic Injury | $7,800.00 | Disbursed Current | 1054 THOMPSON AVE APT. 101 | GLENDALE | CA |
| 21 | 19175620 | 2020-05-30 | 58809878-01 | Arsen Sukiasyan Dental Corp. | Disaster COVID-19 Economic Injury | $150,000.00 | Disbursed Current | 175 SO EL MOLINO AVE, SUITE 2 | PASADENA | CA |
| 22 | 18464829 | 2020-05-20 | 98142274-04 | Sukiasyan Psychological Services Inc. | Disaster COVID-19 Economic Injury | $130,400.00 | Disbursed Current | 7710 VIA SORRENTO | BURBANK | CA |

Tim
562-330-3805



Timothy Massino
Special Agent
Office of Inspector General
U.S. Small Business Administration
W: 562-929-5017

CONFIDENTIAL SUBJECTT TO PROTECTIVE ORDER

DOJ_PROD_0000165858

KX200_001