| | |
|---|---|
| Ashwin J. Ram (SBN 227513) | John L. Littrell (SBN 221601) |
| aram@steptoe.com | jlittrell@bklwlaw.com |
| Michael A. Keough (SBN 327037) | Ryan V. Fraser (SBN 272196) |
| mkeough@steptoe.com | rfraser@bklwlaw.com |
| Nicholas P. Silverman (*pro hac vice*) | **BIENERT KATZMAN LITTRELL** |
| nsilverman@steptoe.com | **WILLIAMS, LLP** |
| **STEPTOE & JOHNSON LLP** | 601 W. 5th Street, Suite 720 |
| 633 West Fifth Street, Suite 1900 | Los Angeles, CA 90071 |
| Los Angeles, CA 90071 | Telephone: (213) 528-3400 |
| Telephone: (213) 439-9400 | Facsimile: (949) 369-3701 |
| Facsimile: (213) 439-9599 | |
| | *Counsel for Defendant Marietta Terabelian* |
| *Counsel for Defendant Richard Ayvazyan* | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-579 (SVW) |
| Plaintiff, | **RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE** |
| v. | |
| RICHARD AYVAZYAN, *et al.*, | |
| Defendants. | Hon. Stephen V. Wilson |

*EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE

**NOTICE OF *EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Richard Ayvazyan and Marietta Terabelian hereby apply to the Court for an order continuing the sentencing for defendants Richard Ayvazyan and Marietta Terabelian to November 15, 2021, or as soon thereafter as the Court is available.

This application is based upon this notice, the application in support, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 26, 2021                    Respectfully submitted,

**STEPTEO & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

|  |  |
|---|---|
| 1 | */s/ John L. Littrell* |
| 2 | John L. Littrell (SBN 221601) |
| 3 | *jlittrell@bklwlaw.com* |
|   | Ryan V. Fraser (SBN 272196) |
| 4 | *rfraser@bklwlaw.com* |
| 5 | **BIENERT KATZMAN LITTRELL WILLIAMS, LLP** |
| 6 | 601 W. 5th Street, Suite 720 |
|   | Los Angeles, CA 90071 |
| 7 | Telephone: (213) 528-3400 |
| 8 | Facsimile: (949) 369-3701 |
| 9 | *Counsel for Marietta Terabelian* |

2

*EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE

## APPLICATION

Sentencing for defendants Marietta Terabelian and Richard Ayvazyan is presently scheduled for October 4, 2021. Dkt. 856. Based on this date, the pre-sentence report (PSR) is scheduled to be released on August 30, 2021. *See* Fed R. Crim Pro. 32(e).

On August 20, 2021, the Court denied the pending *Kastigar* motions filed by defendants Ayvazyan and Terabelian. Dkt 874. Prior to the Court's decision, it was unclear whether sentencing would be necessary (as dismissal of the indictment was part of the requested relief). Because the motions have been denied, defendants Terabelian and Ayvazyan require additional time to adequately prepare for sentencing (including to gather documents to submit to Pretrial), as well as to schedule interviews with Pretrial ahead of the release of the PSR. The defendants are unable to prepare for and participate in an interview before the PSR is set to be released (in just a few days, on Monday, August 30). Additionally, Terabelian's lead counsel (John Littrell) has a 4-week criminal trial that has been scheduled to commence on September 20, 2021 and Ayvazyan's lead counsel (Ashwin Ram) has a 3-week criminal trial scheduled to commence on October 6, 2021. As a result, neither attorney is able to fulfill their role as lead counsel for an October 4, 2021 sentencing.

The Court has recently continued the sentencing of defendants Tamara Dadyan and Manuk Grigoryan, based on similar concerns. *See* Dkt. 858 (Grigoryan), 862 (Dadyan). Accordingly, due to the unavailability of counsel and the need for sufficient time to gather documents and prepare for sentencing, the Court should grant this *ex parte* application and continue sentencing for defendants Richard Ayvazyan and Marietta Terabelian until November 15, 2021, or as soon thereafter as the Court is available.[1]

---

[1] Prior to filing this application, counsel for Ayvazyan inquired as to whether the government would be willing to stipulate to a continuance of the October 4, 2021 sentencing date. The government declined to enter into such a stipulation.

1
*EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE

1 | Dated:   August 26, 2021

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

/s/ *John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Marietta Terabelian*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.