| | |
|---|---|
| Ashwin J. Ram (SBN 227513) <br> *aram@steptoe.com* <br> Michael A. Keough (SBN 327037) <br> *mkeough@steptoe.com* <br> Nicholas P. Silverman (*pro hac vice*) <br> *nsilverman@steptoe.com* <br> **STEPTOE & JOHNSON LLP** <br> 633 West Fifth Street, Suite 1900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 439-9400 <br> Facsimile: (213) 439-9599 <br><br> *Counsel for Defendant Richard Ayvazyan* | John L. Littrell (SBN 221601) <br> *jlittrell@bklwlaw.com* <br> Ryan V. Fraser (SBN 272196) <br> *rfraser@bklwlaw.com* <br> **BIENERT KATZMAN LITTRELL WILLIAMS, LLP** <br> 601 W. 5th Street, Suite 720 <br> Los Angeles, CA 90071 <br> Telephone: (213) 528-3400 <br> Facsimile: (949) 369-3701 <br><br> *Counsel for Defendant Marietta Terabelian* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> RICHARD AYVAZYAN, *et al.*, <br><br> *Defendants.* | Case No. 20-cr-579 (SVW) <br><br> **[PROPOSED] ORDER GRANTING RICHARD AYVAZYAN AND MARIETTA TERABELIAN'S JOINT *EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE** <br><br> Hon. Stephen V. Wilson |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

# [PROPOSED] ORDER

This Court, having considered Defendants Richard Ayvazyan and Marietta Terabelian's Joint *Ex Parte* Application to Continue Sentencing Date, hereby GRANTS the application and ORDERS:

1. The Court continues the sentencing of Defendants Richard Ayvazyan and Marietta Terabelian to November 15, 2021.

**IT IS SO ORDERED.**

Dated: August __, 2021

The Honorable Stephen V. Wilson
United States District Judge