```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
 4  CATHERINE AHN (Cal. Bar No. 248286)
    BRIAN FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Major Frauds/Environmental and Community Safety Crimes Sections
 6       1100/1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6527/2424/3819
 8       Facsimile: (213) 894-6269/0141
         E-mail:    Scott.Paetty@usdoj.gov
 9                  Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10
    JOSEPH BEEMSTERBOER
11  Acting Chief, Fraud Section
    Criminal Division, U.S. Department of Justice
12  CHRISTOPHER FENTON
    Trial Attorney, Fraud Section
13  Criminal Division, U.S. Department of Justice
         1400 New York Avenue NW, 3rd Floor
14       Washington, DC 20530
         Telephone: (202) 320-0539
15       Facsimile: (202) 514-0152
         E-mail:   Christopher.Fenton@usdoj.gov
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA

18                       UNITED STATES DISTRICT COURT

19                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

20  UNITED STATES OF AMERICA,           No. CR 20-579(A)-SVW

21            Plaintiff,                EX PARTE APPLICATION FOR
                                        DISCLOSURE ORDER
22            v.

23  RICHARD AYVAZYAN,
       aka "Richard Avazian" and
24         "Iuliia Zhadko,"
    MARIETTA TERABELIAN,
25     aka "Marietta Abelian" and
           "Viktoria Kauichko,"
26  ARTUR AYVAZYAN,
       aka "Arthur Ayvazyan," and
27  TAMARA DADYAN,
    MANUK GRIGORYAN,
28     aka "Mike Grigoryan," and
```

|   |
|---|
| "Anton Kudiumov," ARMAN HAYRAPETYAN, EDVARD PARONYAN, aka "Edvard Paronian" and "Edward Paronyan," and VAHE DADYAN, Defendants. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorneys Scott Paetty, Catherine S. Ahn, and Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton, hereby files an ex parte application for an order disclosing information held by the U.S. Probation Office related to the pretrial supervision of defendants in the above-captioned case, including defendants Richard Ayvazyan and Marietta Terabelian.

According to information provided by the U.S. Probation Office, which includes this Court's Pretrial Services Officers, defendants Richard Ayvazyan and Marietta Terabelian absconded from pre-trial supervision on or about August 29, 2021. (Declaration of Catherine Ahn ¶ 2.) The government is seeking information that may assist it in obtaining further leads or information regarding the current location of defendants Richard Ayvazyan and Marietta Terabelian, how they were able to abscond from supervision, and who may have provided them assistance in doing so. The government's request for information includes contact information, such as phone numbers, provided to the U.S. Probation Office for the other defendants in this case since such information may yield further investigative leads related to defendants Richard Ayvazyan and Marietta Terabelian's flight from supervision. The U.S. Probation Office

informed the government that a court order is necessary for it to provide such information to the government. (Id.) The government therefore requests that this Court issue an order directing that the U.S. Probation Office disclose the following information to the government:

1. Any contact information, including phone numbers, email addresses, and physical residence or mailing addresses, used by defendants in this case (Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan) provided to and/or used to contact the U.S. Probation Office during the course of its pretrial supervision in this case;
2. The location histories and any tamper or modification histories associated with defendants Richard Ayvazyan's and Marietta Terabelian's location monitoring bracelets and/or information available through the location monitoring program since May 1, 2021;
3. The names and contact information, including phone numbers, email addresses, and physical residence or mailing addresses, of any points of contact provided by defendants Richard Ayvazyan and Marietta Terabelian in case of emergency or other exigent circumstances;
4. Any information provided to the U.S. Probation Office related to arrangements made by defendants Richard Ayvazyan and Marietta Terabelian in the event they were no longer available; and
5. To the extent such information is possessed by the U.S. Probation Office, copies of any notes or other correspondence

that were provided by defendants Richard Ayvazyan and/or Marietta Terabelian to family members or other points of contact related to their departure or lack of availability, and the circumstances in which such information was provided.

This <u>ex parte</u> application and proposed order are based upon the attached declaration of Catherine Ahn, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 31, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


         /s/
_____
CATHERINE AHN
SCOTT PAETTY
BRIAN FAERSTEIN
Assistant United States Attorney
CHRISTOPHER FENTON
Department of Justice Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA