**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California and am assigned to the prosecution of United States v. Ayvazyan, et. al, CR No. 20-579(A)-SVW. I make this declaration in support of the government's ex parte application for order disclosing information held by the U.S. Probation Office related to the pretrial supervision of defendants in the above-captioned case, including defendants Richard Ayvazyan and Marietta Terabelian.

2. On August 29, 2021, I was informed that Pretrial Services with the U.S. Probation Office for the Central District of California had received an alert that the location monitoring bracelet for defendant Richard Ayvazyan had been cut off and that defendant Marietta Terabelian's location monitoring bracelet was broadcasting from that same location. I later received information from the U.S. Probation Office that confirmed that defendants Richard Ayvazyan and Marietta Terabelian had absconded from supervision. On or about August 30, 2021, I requested information from U.S. Supervisory Pretrial Services Officer Devona Gardner that included the phone numbers used by the eight defendants in this case, as well as the location histories for defendants Richard Ayvazyan and Marietta Terabelian. Officer Gardner noted, however, that I would need to obtain a court order in order for her office to disclose such information.

3. On or about August 31, 2021, I contacted counsel for defendants Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan, copying counsel for

defendants Richard Ayvazyan and Marietta Terabelian, and requested their position on the ex parte application.  Counsel for Artur Ayvazyan and Arman Hayrapetyan did not oppose the ex parte filing and counsel for Manuk Grigoryan opposed.  Counsel for Vahe Dadyan opposed and stated that the government's request should be focused exclusively on defendants Richard Ayvazyan and Marietta Terabelian. As of the time of this filing, counsel for Edvard Paronyan and Tamara Dadyan had not yet responded.

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 31, 2021.

_____
CATHERINE AHN