```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
 4  CATHERINE AHN (Cal. Bar No. 248286)
    BRIAN FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Major Frauds/Environmental and Community Safety Crimes Sections
 6       1100/1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6527/2424/3819
 8       Facsimile: (213) 894-6269/0141
         E-mail:    Scott.Paetty@usdoj.gov
 9                  Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10
    JOSEPH BEEMSTERBOER
11  Acting Chief, Fraud Section
    Criminal Division, U.S. Department of Justice
12  CHRISTOPHER FENTON
    Trial Attorney, Fraud Section
13  Criminal Division, U.S. Department of Justice
         1400 New York Avenue NW, 3rd Floor
14       Washington, DC 20530
         Telephone: (202) 320-0539
15       Facsimile: (202) 514-0152
         E-mail:    Christopher.Fenton@usdoj.gov
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

18                    UNITED STATES DISTRICT COURT

19                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW |
| 21       Plaintiff, | <u>PROPOSED DISCLOSURE ORDER</u> |
| 22            v. | |
| 23  RICHARD AYVAZYAN, | |
|        aka "Richard Avazian" and | |
| 24        "Iuliia Zhadko," | |
|     MARIETTA TERABELIAN, | |
| 25      aka "Marietta Abelian" and | |
|            "Viktoria Kauichko," | |
| 26  ARTUR AYVAZYAN, | |
|        aka "Arthur Ayvazyan," and | |
| 27  TAMARA DADYAN, | |
|     MANUK GRIGORYAN, | |
| 28      aka "Mike Grigoryan," and | |

|   |   |
|---|---|
| 1 | "Anton Kudiumov," |
|   | ARMAN HAYRAPETYAN, |
| 2 | EDVARD PARONYAN, |
|   |    aka "Edvard Paronian" and |
| 3 |       "Edward Paronyan," and |
|   | VAHE DADYAN, |
| 4 |   |
|   |         Defendants. |
| 5 |   |

Having reviewed the ex parte application and declaration submitted by the government, FOR GOOD CAUSE SHOWN:

The United States Probation Office shall provide to the government the following information:

1. Any contact information, including phone numbers, email addresses, and physical residence or mailing addresses, used by defendants in this case (Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan) provided to and/or used to contact the U.S. Probation Office during the course of its pretrial supervision in this case;

2. The location histories and any tamper or modification histories associated with defendants Richard Ayvazyan's and Marietta Terabelian's location monitoring bracelets and/or information available through the location monitoring program since May 1, 2021;

3. The names and contact information, including phone numbers, email addresses, and physical residence or mailing addresses, of any points of contact provided by defendants Richard Ayvazyan and Marietta Terabelian in case of emergency or other exigent circumstances;

4. Any information provided to the U.S. Probation Office related to arrangements made by defendants Richard Ayvazyan and

Marietta Terabelian in the event they were no longer available; and

5. To the extent such information is possessed by the U.S. Probation Office, copies of any notes or other correspondence that were provided by defendants Richard Ayvazyan and/or Marietta Terabelian to family members or other points of contact related to their departure or lack of availability, and the circumstances in which such information was provided.

IT IS SO ORDERED.

_____        _____
DATE                                  HONORABLE STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
CATHERINE AHN
Assistant United States Attorney