UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 20-00579-SVW-1 |
|---|---|
| Plaintiff, | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE AS TO 4910 TOPEKA DRIVE, TARZANA, CALIFORNIA AGAINST DEFENDANT RICHARD AYVAZYAN |
| v. | |
| RICHARD AYVAZYAN, | |
| Defendant. | |

Upon consideration of the application of Plaintiff, United States of America, for a preliminary order of forfeiture and the jury's special verdict determination on forfeiture with respect to questions 1 through 64 and defendant's guilty conviction on Counts One, Two through Twelve, Twenty-two, Twenty-four and Twenty-six of the First Superseding Indictment, Rule 32.2(b), and good cause appearing thereon, IT IS HEREBY ORDERED:

///

///

**I. FORFEITABLE PROPERTY**

For the reasons set out below, any right, title and interest of defendant Richard Ayvazyan in the following described property (hereinafter, the "Forfeitable Property") is hereby forfeited to the United States. The Court finds that the government has established the requisite nexus between the Forfeitable Property and the offenses described in Counts One, Twenty-four and Twenty-six of the First Superseding Indictment, which charge defendant with 18 U.S.C. § 1349 (conspiracy to commit wire fraud and bank fraud), 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1028A(a)(1) (aggravated identity theft), and 18 U.S.C. § 1956(h) (conspiracy to commit money laundering). The Forfeitable Property is more particularly described as:

    a.    The real property located at 4910 Topeka Drive, Tarzana, California, APN: 2176-029-031, more particularly described as:

> DESCRIPTION: THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:
>
> PARCEL 1:
>
> THOSE PORTIONS OF LOT 71 and 72 OF TRACT 2605, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27 PAGE 55 ET SEQ. OF MAPS, AND THAT PORTION OF PARCEL "A" OF PARCEL MAP L.A. NO. 2015 AS PER MAP FILED IN BOOK 32 PAGE 19 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE CENTERLINE OF TOPEKA DRIVE, 40 FEET WIDE, AS SHOWN ON SAID MAP, DISTANT THEREON SOUTH 15° 10' 00" WEST 178.55 FEET FROM THE NORTHEASTERLY TERMINUS OF THAT CERTAIN COURSE IN THE CENTERLINE OF TOPEKA DRIVE SHOWN ON SAID MAP AS HAVING A BEARING OF NORTH 15° 10' 00" EAST AND LENGTH OP 1055.19 FEET;

THENCE SOUTH 74° 50' 00" EAST 56.09 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE TO THE NORTHWEST, HAVING A RADIUS OF 129.86 FEET;

THENCE EASTERLY ALONG SAID CURVE 128.40 FEET; TO THE TRUE POINT OF BEGINNING;

THENCE TANGENT TO SAID CURVE NORTH 48° 30' 50" EAST 147.14 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE TO THE SOUTHEAST, HAVING A RADIUS OF 100.05 FEET;

THENCE EASTERLY ALONG SAID CURVE, 125.14 FEET, A RADIAL LINE TO SAID POINT BEARS NORTH 30° 10' 46" EAST;

THENCE NORTH 10° 52' 46" EAST 45.32 FEET;

THENCE SOUTH 84° 29' 18" EAST 182.82 FEET;

THENCE SOUTH 04° 13' 10" WEST 195.63 FEET TO A POINT IN A CURVE CONCAVE WESTERLY HAVING A RADIUS OF 175.31 FEET; A RADIAL LINE TO SAID POINT BEARS NORTH 62° 22' 50" EAST;

THENCE CONTINUING EASTERLY AND SOUTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 50° 06' 30" AN ARC DISTANCE OF 153.32 FEET;

THENCE TANGENT TO SAID CURVE SOUTH 22° 29' 20" WEST 63.38 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS OF 375.00 FEET;

1  THENCE SOUTHWESTERLY ALONG SAID CURVE, THROUGH A CENTRAL
2  ANGLE OF 13° 52' 00" 90.76 FEET TO THE BEGINNING OF A
3  REVERSE CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF
4  161.89 FEET;
5  THENCE SOUTHEASTERLY ALONG SAID CURVE, THROUGH A CENTRAL
6  ANGLE OF 17° 46' 00" 50.20 FEET TO THE BEGINNING OF A
7  REVERSE CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS OF
8  75.69 FEET;
9  THENCE SOUTHWESTERLY AND WESTERLY ALONG SAID CURVE, THROUGH
10 A CENTRAL ANGLE OF 33° 58' 30" 44.88 FEET TO A POINT OF
11 CUSP IN THE NORTHERLY LINE OF SAID PARCEL "A" SAID
12 NORTHERLY LINE BEING A CURVE CONCAVE SOUTHWESTERLY HAVING A
13 RADIUS OF 30.00'; A RADIAL LINE TO SAID POINT BEARS SOUTH
14 38° 26' 10" EAST;
15 THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE
16 116° 31' 20" AN ARC DISTANCE OF 61.01 FEET;
17 THENCE SOUTH 10° 54' 50" EAST 92.71 FEET;
18 THENCE SOUTH 80° 16' 17" WEST 20.00 FEET;
19 THENCE NORTH 31° 28' 33" WEST 120.33 FEET;
20 THENCE NORTH 22° 17' 48" WEST 20.00 FEET TO THE BEGINNING
21 OF A CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 55.69
22 FEET;
23 THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL
24 ANGLE OF 49° 06' 52" AN ARC DISTANCE OF 47.74 FEET TO THE
25 BEGINNING OF A REVERSE CURVE CONCAVE SOUTHEASTERLY HAVING A
26 RADIUS OF 181.89 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 17° 46' 00" AN ARC DISTANCE OF 56.40 FEET TO THE BEGINNING OF A REVERSE CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 355.00 FEET;

THENCE NORTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 12° 45' 16" AN ARC DISTANCE OF 79.03 FEET;

THENCE NORTH 67° 12' 02" WEST 268.30 FEET;

THENCE NORTH 15° 10' 00" EAST 43.00 FEET;

THENCE NORTH 47° 02' 30" WEST 175.00 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 2:

THE RIGHT OF INGRESS AND EGRESS FOR SAID PROPERTY OVER A ROADWAY EASEMENT FROM TOPEKA DRIVE OVER THAT PORTION OF LOT 71, OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27, PAGE 55, ET SEQ., OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, INCLUDED WITHIN A STRIP OF LAND 30.00 FEET IN WITH, LYING 15.00 FEET ON EACH SIDE OF THE FOLLOWING DESCRIBED CENTER LINE:

BEGINNING AT THE SOUTHWESTERLY CORNER OF THE LAND CONVEYED TO CIRELLA G. SMITH AND HUSBAND, BY DEED RECORDED JULY 8, 1943 AS INSTRUMENT NO. 118, IN BOOK 20132 PAGE 100, OFFICIAL RECORDS, SAID CORNER BEING DISTANT 261.45 FEET NORTHERLY FROM THE SOUTHWESTERLY CORNER OF LOT 71, SAID TRACT 2605; THENCE NORMAL TO THE EASTERLY LINE OF TOPEKA DRIVE, SOUTH 74° 50' 00" EAST 36.09 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE TO THE NORTHWEST HAVING A RADIUS

OF 129.86 FEET; THENCE NORTHEASTERLY ALONG SAID CURVE, 128.40 FEET; THENCE TANGENT TO SAID CURVE, NORTH 48° 30' 50" EAST 147.14 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHERLY, HAVING A RADIUS OF 100.05 FEET; THENCE EASTERLY ALONG SAID CURVE, 144.70 FEET; THENCE TANGENT TO SAID CURVE, SOUTH 48° 37' 10" EAST, 161.06 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 175.31 FEET, THENCE SOUTHERLY ALONG SAID CURVE, 217.57 FEET; THENCE TANGENT TO SAID CURVE, SOUTH 22° 29' 20" WEST 42.15 FEET TO A POINT.

**II. IMPLEMENTATION**

IT IS FURTHER ORDERED as follows:

A. Upon the entry of this Order, and pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853, the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property.

B. Upon entry of this Order, the United States is further authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeitable Property subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure. "Any discovery" shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

C. Upon entry of this Order (and at any time in the future after amendment of the applicable order of forfeiture in this matter), the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply

with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

  (1) Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government shall forthwith publish for at least thirty (30) consecutive days on an official government website notice of this order and any other Order affecting the Forfeitable Property, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.

  (2) Any person other than defendant RICHARD AYVAZYAN ("defendant") asserting a legal interest in the Forfeitable Property may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

  (3) Any petition filed by a third party asserting an interest in the Forfeitable Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest

1 in such property, the time and circumstances of the petitioner's
2 acquisition of the right, title or interest in the property, any
3 additional facts supporting the petitioner's claim, and the
4 relief sought. 21 U.S.C. § 853(n)(3).
5    (4) The United States shall have clear title to the
6 Forfeitable Property following the Court's disposition of all
7 third-party interests or, if no petitions are filed, following
8 the expiration of the period provided in 21 U.S.C. § 853(n)(2)
9 for the filing of third party petitions.
10   D. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and
11 defendant's consent, this Preliminary Order of Forfeiture shall
12 become final as to defendant RICHARD AYVAZYAN upon entry and
13 shall be made part of his sentence and included in his judgment.
14   E. The Court shall retain jurisdiction to enforce this
15 Order, and to amend it as necessary, pursuant to Fed. R. Crim.
16 P. 32.2(e).

17 DATED: _____ _____
18             HONORABLE STEPHEN V. WILSON
            UNITED STATES DISTRICT JUDGE

19 PRESENTED BY:

20 TRACY L. WILKISON
Acting United States Attorney
21
SCOTT M. GARRINGER
22 Assistant United States Attorney
Chief, Criminal Division
23

24 /s/*Brent A. Whittlesey*
BRENT A. WHITTLESEY
25 Assistant United States Attorney
Asset Forfeiture Section
26
Attorneys for Plaintiff
27 UNITED STATES OF AMERICA

28

8