| | |
|---|---|
| Ashwin J. Ram (SBN 227513) <br> aram@steptoe.com <br> Michael A. Keough (SBN 327037) <br> mkeough@steptoe.com <br> Meghan L. Newcomer (*pro hac vice*) <br> mnewcomer@steptoe.com <br> Nicholas P. Silverman (*pro hac vice*) <br> nsilverman@steptoe.com <br> **STEPTOE & JOHNSON LLP** <br> 633 West Fifth Street, Suite 1900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 439-9400 <br> Facsimile: (213) 439-9599 <br><br> *Counsel for Defendant Richard Ayvazyan* | John L. Littrell (SBN 221601) <br> jlittrell@bklwlaw.com <br> Ryan V. Fraser (SBN 272196) <br> rfraser@bklwlaw.com <br> **BIENERT KATZMAN LITTRELL WILLIAMS, LLP** <br> 601 W. 5th Street, Suite 720 <br> Los Angeles, CA 90071 <br> Telephone: (213) 528-3400 <br> Facsimile: (949) 369-3701 <br><br> *Counsel for Defendant Marietta Terabelian* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD AYVAZYAN, *et al.*, <br><br> *Defendants*. | Case No. 20-cr-579 (SVW) <br><br> ***EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANTS RICHARD AYVAZYAN AND MARIETTA TERABELIAN** <br><br> Hon. Stephen V. Wilson |

**NOTICE OF *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that undersigned counsel hereby apply to the Court for an order permitting undersigned counsel to withdraw as counsel for defendants Richard Ayvazyan and Marietta Terabelian.

This request is based upon this notice, the application in support, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:   September 8, 2021                              Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Meghan L. Newcomer (*pro hac vice*)
mnewcomer@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

|    |                                                      |
|----|------------------------------------------------------|
| 1  | */s/ John L. Littrell*                               |
| 2  | John L. Littrell (SBN 221601)                        |
|    | *jlittrell@bklwlaw.com*                              |
| 3  | Ryan V. Fraser (SBN 272196)                          |
| 4  | *rfraser@bklwlaw.com*                                |
|    | **BIENERT KATZMAN LITTRELL**                         |
| 5  | **WILLIAMS, LLP**                                    |
| 6  | 601 W. 5th Street, Suite 720                         |
|    | Los Angeles, CA 90071                                |
| 7  | Telephone: (213) 528-3400                            |
| 8  | Facsimile: (949) 369-3701                            |
| 9  | *Counsel for Marietta Terabelian*                    |
*/s/ John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Marietta Terabelian*

## APPLICATION TO WITHDRAW AS COUNSEL

1. Undersigned counsel have represented defendants Richard Ayvazyan and Marietta Terabelian in this action since approximately November and December 2020, respectively, including during the trial conducted before this Court from June 15 to June 28, 2021.

2. At the conclusion of the trial, defendants Ayvazyan and Terabelian were each found guilty on multiple counts, and acquitted of other counts.

3. On Sunday, August 29, 2021, Mr. Ram was informed by United States Pretrial and Probation Services for the Central District of California ("Probation") that Richard Ayvazyan's ankle monitor had gone offline and that its last known location was near Ayvazyan's home at 4910 Topeka Drive. Probation believes that Ayvazyan and Terabelian have fled their home and may have fled the jurisdiction.

4. Undersigned counsel understand that Probation informed the U.S. Attorney's Office for the Central District of California of the defendants' apparent flight, as well as other federal and state law enforcement agencies. Undersigned counsel further understands that the government is undertaking efforts to locate Ayvazyan and Terabelian, but they have not been located, and no information is available as to their whereabouts.

5. Ayvazyan's counsel at Steptoe & Johnson LLP last spoke to Ayvazyan on Wednesday, August 25, 2021, four days before his apparent flight. Terabelian's counsel at Bienert Katzman Littrell Williams, LLP last spoke to Terabelian on August 27, 2021. Undersigned counsel have no knowledge of the defendants' current whereabouts. Nor do undersigned counsel have any ability to communicate with the defendants.

6. Pursuant to Local Criminal Rule 44-1, this Court may grant a motion to withdraw as counsel upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action.

7. Good cause exists to permit the withdrawal of undersigned counsel. Under

California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from a representation where "the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively." Under the present circumstances, it is unreasonably difficult for undersigned counsel to carry out the representation of defendants in any capacity. Undersigned counsel are unable to contact Ayvazyan and Terabelian to discuss any case-related issues, including any potential sentencing or appeal, and do not have any instructions from the defendants in connection with the representation. Only minimal or no preparation for sentencing has occurred and undersigned counsel now are unable to meaningfully respond or advocate for defendants in any capacity.

8. Sufficient cause to withdraw also exists where "the client has disappeared or will not make an appearance in court, or where counsel is unable to communicate with and receive direction from his or her client." 7A C.J.S. Attorney & Client § 329. Inability to communicate with a client on a regular or reliable basis is also grounds for withdrawing from a representation. *Collins v. Santa Clara Valley Transportation Auth.*, No. 19-CV-03614-VKD, 2020 WL 7319353, at *1 (N.D. Cal. Dec. 11, 2020). These factors are also present here. Ayvazyan and Terabelian have disappeared and neither undersigned counsel nor the government are aware of their present whereabouts. Without any ability to contact Ayvazyan or Terabelian to discuss and receive direction with regards to sentencing, appeal, and any other future events in the case, undersigned counsel are unable to continue their representation.

9. Alternatively, the Court may permit withdrawal under California Rule of Professional Conduct 1.16(b)(10), which permits withdrawal where "the lawyer believes in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal." At set forth above, such good cause exists here.

10. Undersigned counsel have unsuccessfully attempted to contact defendants Ayvazyan and Terabelian regarding this motion to withdraw. Copies of the motion have been sent to both defendants at their respective last known e-mail addresses.

11. Accordingly, good cause having been shown, undersigned counsel should be permitted to withdraw as counsel for defendants Richard Ayvazyan and Marietta Terabelian.

Dated:   September 8, 2021                   Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Meghan L. Newcomer (*pro hac vice*)
*mnewcomer@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

/s/ *John L. Littrell*
John L. Littrell (SBN 221601)
*jlittrell@bklwlaw.com*
Ryan V. Fraser (SBN 272196)
*rfraser@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Marietta Terabelian*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.