FILED
CLERK, U.S. DISTRICT COURT
SEP 3 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:   Scott.Paetty@usdoj.gov
                Catherine.S.Ahn@usdoj.gov
                Brian.Faerstein@usdoj.gov

JOSEPH BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>     "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>     "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan," and<br>TAMARA DADYAN,<br>MANUK GRIGORYAN,<br>  aka "Mike Grigoryan," and | No. CR 20-579(A)-SVW<br><br>**CERTIFICATE OF SERVICE** |

|   |   |
|---|---|
| 1 | "Anton Kudiumov," |
| 2 | ARMAN HAYRAPETYAN, EDVARD PARONYAN, |
| 3 | aka "Edvard Paronian" and "Edward Paronyan," and VAHE DADYAN, |
| 4 |   |
| 5 | Defendants. |

**CERTIFICATE OF SERVICE**

I, ARMEN Y. ABRAHAMIAN, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to United States v. Ayvazyan, et al, CR 20-579(A).

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service as described in this Certificate was made; that on September 1, 2021, I deposited with Federal Express ("FedEx") at the United States Courthouse in Los Angeles, California, copies of:

**SEE ATTACHED LIST OF DOCUMENTS SERVED.**

to the defendant through his/her counsel at their last known address

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By E-mail, as follows:

☐ By messenger, as follows:

☒ By Federal Express, as follows:
**Jerry Kaplan**
**Kaplan Kenegos & Kadin**
**9150 Wilshire Blvd, Ste 175**
**Beverly Hills, CA 90212-3450**

This Certificate is executed on September 1, 2021, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Armen Y. Abrahamian*
ARMEN Y. ABRAHAMIAN
Paralegal Specialist

**LIST OF DOCUMENTS SERVED**

1. The Documents Filed Under Seal pursuant to ECF 914

    a. Request, Declaration and attached Exhibits, Proposed Order
    b. Sealing Application and Declaration and Proposed Order