Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> RICHARD AYVAZYAN, *et al.*, <br><br> *Defendants*. | Case No. 20-cr-579 (SVW) <br><br> ***EX PARTE* APPLICATION TO STAY SENTENCING DATE AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT** <br><br> [Proposed Order Filed Concurrently] <br><br> Hon. Stephen V. Wilson |

Undersigned counsel hereby files this *ex parte* application to stay the October 4, 2021 sentencing date until four weeks after defendant Richard Ayvazyan is located, and to suspend and toll the present September 13, 2021 deadline for objections to the presentence investigation report (PSIR) until defendant Richard Ayvazyan is located. This application is based on the attached declaration of counsel.

Dated:   September 9, 2021            Respectfully submitted,

**STEPTOE & JOHNSON LLP**

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

## **DECLARATION OF COUNSEL**

I, Ashwin Ram, do declare and state:

1. I am licensed to practice in the State of California, and admitted to practice before this Court.

2. I currently represent Richard Ayvazyan in this matter. I have filed an application to withdraw as counsel (Dkt. 942).

3. On Sunday, August 29, 2021, I was informed by United States Pretrial and Probation Services for the Central District of California ("Probation") that Ayvazyan's ankle monitor had gone offline and that Probation believed that Ayvazyan may have fled.

4. On August 31, 2021, the government filed an application for a disclosure order that sought information from Probation to assist in its search for defendants Terabelian and Ayvazyan, who have not yet been located. Undersigned counsel understands that the government's search for Ayvazyan and Terabelian is active and ongoing.

5. In light of the government's ongoing search for Ayvazyan and Terabelian, judicial resources will be conserved if the sentencing is stayed until the defendants can be located. Furthermore, in the event that the motion to withdraw as counsel (Dkt. 942) is granted, Ayvazyan and Terabelian's new counsel will need sufficient time to prepare for sentencing.

6. Additionally, the date to respond to the pre-sentence report (presently September 13, 2021) should also be suspended and tolled until Ayvazyan is located. Present counsel is unable to communicate with Ayvazyan and unable to prepare appropriate objections to the PSIR. In the event Ayvazyan and Terabelian are located, due process and fairness require that Ayvazyan's replacement counsel be able to review the PSIR and file a response consistent with Ayvazyan's desired sentencing approach.

# CONCLUSION

For the foregoing reasons, the Court should stay the October 4, 2021 sentencing date until four weeks after defendant Richard Ayvazyan is located, and suspend and toll the present September 13, 2021 deadline for objections to the presentence investigation report (PSIR) until the date Ayvazyan is located.

Dated:   September 9, 2021

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

/s/ *Ashwin J. Ram*
Ashwin J. Ram (SBN 227513)
*aram@steptoe.com*
Michael A. Keough (SBN 327037)
*mkeough@steptoe.com*
Nicholas P. Silverman (*pro hac vice*)
*nsilverman@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*