Ashwin J. Ram (SBN 227513)
aram@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900, Los Angeles, CA 90071
Telephone: (213) 439-9400; Fax: (213) 439-9599

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-cr-579 (SVW) |
| v. | |
| RICHARD AYVAZYAN, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

1. OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT REGARDING RICHARD AYVAZYAN;

2. APPLICATION FOR LEAVE TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT REGARDING RICHARD AYVAZYAN UNDER SEAL; and

3. [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT REGARDING RICHARD AYVAZYAN UNDER SEAL.

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 13, 2021
Date

Ashwin J. Ram
Attorney Name

Defendant Richard Ayvazyan
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING