UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cr-00579-SVW | Date | September 13, 2021 |
|---|---|---|---|
| Title | *United States v. Ayvazyan* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| JosephRemigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER FOR DISCLOSURE [904]

The government filed an *Ex Parte* Application for an order from this Court directing the United States Probation Office to disclose certain information from Pretrial Services to aid the government's search for Defendants Richard Ayvazyan and Marietta Terabelian, who absconded from pretrial supervision on or about August 29, 2021. *Ex Parte* App. 2. Defendant Vahe Dadyan filed an opposition to the application to the extent the government requests information about him and the other non-absconding defendants. For the reasons below, the Court GRANTS the government's application.

Defendant cites to 18 U.S.C. § 3153(c), which provides that, "[e]xcept as provided in paragraph (2) of this subsection, information obtained in the course of performing pretrial services functions in relation to a particular accused shall be used only for the purposes of a bail determination and shall otherwise be confidential."

However, one of the exceptions in § 3153(c)(2) permits the disclosure of such information "in certain limited cases, to law enforcement agencies for law enforcement purposes." 18 U.S.C. § 3153(c)(2)(E). The implementing regulations for this section indicate that after "due consideration" for any harm to any person that might result from disclosure of pretrial services information, a court may order disclosure to law enforcement to investigate a violation of a condition of pretrial release or a crime committed during pretrial release. Guide to Judiciary Policies and Procedures, Vol. VIII, Pt. A, "Confidentiality Regulations for Pretrial Services Information," § 240.20.30.

Here, the government seeks information from Pretrial Services to further its search for Defendants Richard Ayvazyan and Marietta Terabelian after they absconded from supervision pending their sentencing. This purpose fits comfortably within the scope of permissible disclosure under § 3153(c)(2)(E) and the relevant regulations.

|  | : |
|---|---|
| Initials of Preparer | jre |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cr-00579-SVW | Date | September 13, 2021 |
|---|---|---|---|
| Title | *United States v. Ayvazyan* | | |

Further, Defendant Vahe Dadyan offers little to explain what harm might result from the disclosure here. The only information regarding Dadyan that the government seeks is basic contact information he provided to Pretrial Services, such as phone numbers, email addresses, and physical and mailing addresses. *Ex Parte* App. 3. This is not some "expansive" request about Defendant Dadyan as Defendant characterizes it, Opp. 3, but rather is a minor request for basic contact information. Giving the matter due consideration, the Court cannot perceive any harm that might result to Defendant Dadyan from the disclosure here. Nor does Defendant Dadyan indicate what harm might befall him from release of his basic contact information to aid in the search for two fugitives who cut through their monitoring bracelets to abscond from supervision before their sentencing.

Accordingly, the Court finds that this is the sort of "limited case[]" where disclosure for law enforcement purposes is justified. *See* 18 U.S.C. § 3153(c)(2)(E). The United States Probation Office shall provide to the government the following information:

1. Any contact information, including phone numbers, email addresses, and physical residence or mailing addresses, used by defendants in this case (Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan) provided to and/or used to contact the U.S. Probation Office during the course of its pretrial supervision in this case;

2. The location histories and any tamper or modification histories associated with defendants Richard Ayvazyan's and Marietta Terabelian's location monitoring bracelets and/or information available through the location monitoring program since May 1, 2021;

3. The names and contact information, including phone numbers, email addresses, and physical residence or mailing addresses, of any points of contact provided by defendants Richard Ayvazyan and Marietta Terabelian in case of emergency or other exigent circumstances;

4. Any information provided to the U.S. Probation Office related to arrangements made by defendants Richard Ayvazyan and Marietta Terabelian in the event they were no longer available; and

5. To the extent such information is possessed by the U.S. Probation Office, copies of any notes or other correspondence that were provided by defendants Richard Ayvazyan and/or Marietta

| | : |
|---|---|
| Initials of Preparer | jre |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cr-00579-SVW | Date | September 13, 2021 |
|---|---|---|---|
| Title | *United States v. Ayvazyan* | | |

Terabelian to family members or other points of contact related to their departure or lack of availability, and the circumstances in which such information was provided.

IT IS SO ORDERED.

cc: USPO/PSA

Initials of Preparer    jre