# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00579-SVW |
| Date | September 20, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter

| Paul M. Cruz | Suzanne McKennon | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn<br>Brian Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | | X | Ashwin J. Ram | X | | X |
| 2) Marietta Terabelian | | | X | Ryan V. Fraser | X | | X |

**Proceedings:** Ex Parte Application to Withdraw as Counsel for Defendant's Richard Ayvazyan and Marietta Terabelian [942],
Ex Parte Application to Stay Sentencing Date and Response to Presentence Investigation Report [954],
Ex Parte Application to Stay Marietta Terabelian's Sentencing and Response to the Presentence Investigation Report [955]

Case called. Attorneys state their appearances. Also attending are U.S. Probation/Pretrial Services Officers, Eunice Habig, Cristina Torres, Devona Gardner, and Gregory Kwon.

The Court advises counsel that the sentencings will proceed in absentia. The sentencing hearings for the defendants listed above are continued to November 15, 2021 at 11:00 a.m.

The presentence report will issue on September 30, 2021. The defendants' sentencing memoranda are due November 1, 2021. Government's sentencing memoranda shall be due no later than November 10, 2021.

The applications are denied.

| | : | 24 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
USM
PSLA