| | |
|---|---|
| **From:** | Reynolds, Richard J. |
| **To:** | nsilverman@steptoe.com; jlittrell@bklwlaw.com |
| **Cc:** | Whittlesey, Brent (USACAC); van Daalen Wetters, Dee |
| **Subject:** | [EXTERNAL] Richard Ayvazyan and Marietta Terabelian; 4901 Topeka Drive, Tarzana, CA 91356 |
| **Date:** | Tuesday, September 28, 2021 5:12:20 PM |

Counsel,

This office represents the lenders who are secured by a first deed of trust for $2,112,500 on the Topeka Drive property.  That loan is currently in default, as the September 1st payment was NSF.  The monthly interest only payment is $15,826.15, and there is a 10% late charge that has been incurred.  The loan is otherwise all due and payable 1/1/22.  I do not know the property tax situation.  It is very likely supplemental taxes are due as close of escrow was 6/25/20, and there may be 2020/2021 taxes due.  Mr. Whittlesey forwarded me your contact information.  Mr. Ayvazyan is the borrower and both are on the deed of trust.

**Richard J. Reynolds | Partner**
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3408 | t - 949.863.3363 | f - 949.863.3350 | m - 949.300.3436
rreynolds@bwslaw.com | vCard | bwslaw.com
Burke, Williams & Sorensen, LLP


The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.