**DECLARATION OF DAN G. BOYLE**

I, Dan G. Boyle, declare as follows:

1. I am an Assistant United States Attorney assigned to prosecute this case on behalf of the government. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of Government's Trial Exhibit 115, admitted into evidence on June 16, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of Government Trial Exhibit 401, admitted into evidence on June 28, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of Government Trial Exhibit 402, 1admitted into evidence on June 28, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of pages of Government Trial Exhibit 39, admitted into evidence on June 16, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of pages of Government Trial Exhibit 1.f, admitted into evidence pursuant to the Court's Order of June 13, 2021. See Dkt. No. 517.

7. Attached hereto as Exhibit F is a true and correct copy of pages of Government Trial Exhibit 1.n, admitted into evidence pursuant to the Court's Order of June 13, 2021. See Dkt. No. 517.

8. Attached hereto as Exhibit G is a true and correct copy of pages of Government Trial Exhibit 1.r, admitted into evidence pursuant to the Court's Order of June 13, 2021. See Dkt. No. 517.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 18, 2021.

                                        /s/
                                  DAN G. BOYLE