# **EXHIBIT A**

# Bank Account Records Reviewed (1 of 2)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 1 | Secureline Realty and Funding Inc | Tamara Dadyan | Comerica Bank | x8935 | 12/05/13 | 01/08/20 | 07/31/20 | 1.d |
| 2 | Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | x1754 | 11/20/14 | 01/13/20 | 07/31/20 | 1.e |
| 3 | Redline Auto Collision Inc | Edvard Paronyan | JPMorgan Chase | x1732 | 04/26/16 | 04/24/20 | 11/30/20 | 1.l |
| 4 | ABC Realty Advisors Inc, Tamara T Dadyan | Tamara Dadyan | JPMorgan Chase | x8366 | 03/07/17 | 05/27/20 | 08/31/20 | 85 |
| 5 | Anna Dzukaeva | Anna Dzukaeva | Capital One | x1441 | 03/21/17 | 01/23/20 | 12/31/20 | 1.s |
| 6 | Marietta Terabelian | Marietta Terabelian | Bank of America | x1475 | 01/16/18 | 03/02/20 | 01/26/21 | 89 |
| 7 | Artashes Grigoryan dba G&A Diamonds | Artashes Grigoryan | US Bank | x1964 | 06/09/18 | 01/01/20 | 11/30/20 | 1.k |
| 8 | Allstate Towing & Transport LLC | Artur Ayvazyan | US Bank | x5135 | 08/12/19 | 04/22/20 | 11/30/20 | 1.j |
| 9 | Voyage Limo LLC | Vahe Dadyan | Wells Fargo | x7900 | 08/20/19 | 03/02/20 | 11/30/20 | 1.m |
| 10 | Iuliia Zhadko | Iuliia Zhadko | Wells Fargo | x8054 | 09/04/19 | 09/01/19 | 06/12/20 | 1.g |
| 11 | Arman Hayrapetyan DBA Sabala Construction | Arman Hayrapetyan | JPMorgan Chase | x9906 | 12/10/19 | 03/02/20 | 11/30/20 | 1.a |
| 12 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x1511 | 02/11/20 | 02/11/20 | 05/29/20 | 1.b |
| 13 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x9066 | 02/11/20 | 03/03/20 | 05/29/20 | 1.c |

EXHIBIT 115
Page 1 of 12

# Bank Account Records Reviewed (2 of 2)

| | Account Name | Signatory | Bank | Account # | Open Date | Time Period | | GX # |
|---|---|---|---|---|---|---|---|---|
| 14 | Iuliia Zhadko dba Top Quality Contracting | Iuliia Zhadko | Wells Fargo | x3517 | 03/18/20 | 03/18/20 | 06/12/20 | 1.f |
| 15 | Viktoria Kauichko | Viktoria Kauichko | Wells Fargo | x2085 | 03/19/20 | 03/20/20 | 09/18/20 | 88 |
| 16 | Anton Kudiumov | Anton Kudiumov | Bank of America | x7572 | 05/02/20 | 06/29/20 | 01/21/21 | 86 |
| 17 | Time Line Transport Inc | Iuliia Zhadko | Radius Bank | x0172 | 05/04/20 | 05/04/20 | 09/30/20 | 1.n |
| 18 | Allstate Towing & Transport LLC | Artur Ayvazyan | Bank of America | x7695 | 05/09/20 | 05/11/20 | 09/30/20 | 1.h |
| 19 | Inception Ventures Inc, Richard Ayvazyan | Richard Ayvazyan | Bank of America | x4043 | 06/01/20 | 06/01/20 | 10/31/20 | 87 |
| 20 | Redline Auto Mechanics | Anton Kudiumov | Bank of America | x16271 | 06/23/20 | 06/23/20 | 08/31/20 | 1.o |
| 21 | Runyan Tax Service Inc | Viktoria Kauichko | Bank of America | x9700 | 06/25/20 | 06/25/20 | 08/31/20 | 1.p |
| 22 | Iuliia Zhadko | Iuliia Zhadko | JPMorgan Chase | x6822 | 07/10/20 | 07/20/20 | 01/20/21 | 91 |
| 23 | Mod Interiors Inc | Nazar Terabelian | Radius Bank | x2395 | 07/21/20 | 07/21/20 | 09/30/20 | 1.q |
| 24 | Turing Info Solutions Inc | Iuliia Zhadko | JPMorgan Chase | x5268 | 07/29/20 | 07/29/20 | 01/29/21 | 1.r |

EXHIBIT 115
Page 2 of 12

# EIDL/PPP Loan Files Reviewed (1 of 2)

| | Business Applicant | Individual Applicant | Lender | Loan/App # | Amount | GX # |
|---|---|---|---|---|---|---|
| 1 | Allstate Towing and Transport LLC | Artur Ayvazyan | Cross River Bank | X47310 | $ 124,000 | 2.f |
| 2 | Anna Dzukaeva dba Six Star Farms | Anna Dzukaeva | Newtek | X8209 | 244,500 | 2.q |
| 3 | Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMC | X7707 | 112,500 | 6.x |
| 4 | G A Diamonds | Artashes Grigoryan | SBA | X0719 | 150,000 | 2.g |
| 5 | Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | X7709 | 122,838 | 2.d |
| 6 | Hart Construction | Michael Hart | WebBank | X57310 | 130,000 | 2.b |
| 7 | Journeymen Construction | Viktoria Kauichko | SBA | X2210 | 158,000 | 5.c |
| 8 | Mark Zindroski dba Top Quality Contracting | Mark Zindroski | Celtic Bank | X7304 | 113,750 | 6.y |
| 9 | Mark Zindroski dba Top Quality Contracting | Mark Zindroski | Celtic Bank | X7706 | 130,000 | 2.e |
| 10 | Mod Interiors Inc | Nazar Terabelian | Newtek | X8101 | 384,100 | 2.o |
| 11 | Mod Interiors Inc | Nazar Terabelian | SBA | X8350 | 150,000 | 5.m |
| 12 | Redline Auto Collision Inc | Edvard Paronyan | Celtic Bank | X7404 | 130,187 | 2.j |
| 13 | Redline Auto Mechanics | Anton Kudiumov | SBA | X7034 | 159,000 | 5.w |

EXHIBIT 115
Page 3 of 12

# EIDL/PPP Loan Files Reviewed (2 of 2)

| | Business Applicant | Individual Applicant | Lender | Loan/App # | Amount | GX # |
|---|---|---|---|---|---|---|
| 14 | Redline Auto Mechanics Inc | Anton Kudiumov | Celtic Bank | X8006 | 276,600 | 2.m |
| 15 | Runyan Tax Service, Inc | Viktoria Kauichko | Seattle Bank | X8104 | 276,653 | 2.n |
| 16 | Sabala Construction | Donald Sabala | Cross River Bank | X7303 | 113,750 | 6.a |
| 17 | Sabala Construction | Donald Sabala | WebBank | X7305 | 182,637 | 2.a |
| 18 | Secureline Realty and Funding Inc | Tamara Dadyan | Comerica Bank | X7410 | 137,500 | 2.c |
| 19 | Time Line Transport Inc | Iuliia Zhadko | Newtek AB | X7903 | 122,400 | 6.l |
| 20 | Time Line Transport Inc | Iuliia Zhadko | Celtic Bank | X8007 | 122,400 | 6.j |
| 21 | Time Line Transport Inc | Iuliia Zhadko | SBA | X3854 | 160,000 | 2.l |
| 22 | Top Quality Contracting | Iuliia Zhadko | SBA | X0246 | 118,100 | 6.q |
| 23 | Top Quality Contracting | Iuliia Zhadko | Customers Bank | X7202 | 185,000 | 6.p |
| 24 | Turing Info Solutions | Iuliia Zhadko | SBA | X2336 | 150,000 | 6.s |
| 25 | Turing Info Solutions | Iuliia Zhadko | Newtek | X8210 | 384,100 | 2.p |
| 26 | Voyage Limo | Vahe Dadyan | Celtic Bank | X7400 | 157,500 | 2.k |
| 27 | Redline Auto Collision Inc | Edvard Paronyan | SBA | X5799 | 154,000 | 2.i |

EXHIBIT 115
Page 4 of 12



EXHIBIT 115
Page 5 of 12

# Use of EIDL/PPP Funds to Purchase Anastacia Lane Property



● Transaction Amount
● EIDL/PPP Funds

EIDL/PPP Funds Used: $110,300

EIDL APP# X7034
06/23/20 to 06/29/20
$158,900

Liberty SFB PPP LN# X8006
06/30/20
$276,600

Redline Auto Mech. (Anton Kudiumov) BOA X16271

06/29/20 to 07/09/20 $140,000
$137,410

Anton Kudiumov BOA X7572

07/09/20 $93,200
$93,200

Perfect Escrow Inc.

Purchaser: Viktoria Kauichko

Closing Date: 07/10/20

Purchase Price: $600,000

EIDL APP# X2210
05/22/20
$157,900

Viktoria Kauichko BOA X2085

06/01/20 $17,100
$17,100

Source: GX # 5.w, 2.m, 5.c, 1.o, 86, 88, 33, https://www.zillow.com/homedetails/74203-Anastacia-Ln-Palm-Desert-CA-92211/122433189_zpid/

EXHIBIT 115
Page 6 of 12



EXHIBIT 115
Page 7 of 12



# Other Uses of EIDL/PPP Funds
# May 2020

● **Transaction Amount**
● **EIDL/PPP Funds**

Celtic PPP LN# X7304
Cust. Bk. PPP LN# X7202
EIDL APP# X0246 → 05/05/20 to 05/19/20 **$416,750** → **Top Quality Contr. (Iuliia Zhadko)** Wells Fargo X3517

Celtic PPP LN# X7706 → 05/08/20 **$130,000** →

Top Quality Contr. → 05/05/20 to 05/19/20 $357,000 **$357,000** → **Iuliia Zhadko** Wells Fargo X8054 → 05/06/20 to 05/15/20 $77,699 **$77,699** → **Robinhood**

Webbank PPP LN# X7305 → 05/01/20 **$182,637** → **Sabala Const. (Arman Hayrapetyan)** JPMC X9906

CRB PPP LN# X7303 → 05/01/20 **$113,750** →

Sabala Const. → 05/04/20 $250,000 **$250,000** → **Hart Constr. (Arman Hayrapetyan)** JPMC X9066

Zion PPP LN# X57310
JPMC PPP LN# X7707 → 05/01/20 **$242,500** → **Hart Constr. (Arman Hayrapetyan)** JPMC X1511 → 05/04/20 $200,000 **$200,000** →

Hart Constr. → 05/04/20 $50,000 **$50,000** → **Iuliia Zhadko** JPMC X6994

Hart Constr. → 05/04/20 $50,000 **$50,000** → **Fiber One**

Hart Constr. → 05/04/20 $50,000 **$50,000** → **Anna Manukyan**

Source: GX # 6.y, 6.p, 6.q, 2.e, 2.a, 6.a, 2.b, 6.x, 1.a, 1.b, 1.c, 1.f, 1.g

**EXHIBIT 115**
**Page 8 of 12**



# Other Uses of EIDL/PPP Funds
# June 2020 to September 2020

- ● **Transaction Amount**
- ● **EIDL/PPP Funds**

**Newtek PPP LN# X8101**
07/31/20
**$384,100**

**EIDL APP# X8350**
08/07/20
**$149,900**

→ **Mod Interiors (Nazar Terabelian)** Radius Bank X2395

08/04/20 to 08/27/20 $74,616 **$74,616**
→ **Runyan Tax Service (Viktoria Kauichko)** BOA X9700

08/12/20 $24,858 **$24,858**
→ ITALY 2000 IMPORTED FINE FURNITURE

08/17/20 $100,000 **$100,000**
→ BELGIUM NY LLC

08/20/20 – 09/17/20 $238,960 **$238,960**
→ **Picadilly Jewelers**

**Liberty PPP LN# X8007**
**EIDL APP# X3854**
**Newtek PPP LN# X7903**
06/30/20 to 07/03/20
**$254,800**
→ **Time Line Transport (Iuliia Zhadko)** Radius Bank X0172

07/03/20 – 07/17/20 $82,000 **$82,000**
→ **Gentleman Timepieces**

**Newtek PPP LN# X8209**
08/17/20
**$244,500**
→ **Anna Dzukaeva** Capital One X1441

08/18/20 – 08/27/20 $31,318 **$31,318**
→ FAY SERVICING

Source: GX # 2.o, 5.m, 6.j, 2.l, 6.l, 2.q, 1.n, 1.p, 1.q, 1.s

EXHIBIT 115
Page 9 of 12



# Other Uses of EIDL/PPP Funds
# December 2020 to January 2021

● **Transaction Amount**
● **EIDL/PPP Funds**

**EIDL APP# X2336**
08/12/20
$149,900

**PPP LN# X8210**
08/25/20
$384,100

**Turing Info Solutions (Iuliia Zhadko) JPMC X5268**

12/21/20
$47,000
$47,000

12/22/20
$86,000
$86,000

**Iuliia Zhadko JPMC X6822**

12/23/20
$50,000
$50,000

12/24/20
$75,000
$75,000

**TD Ameritrade X3630**

01/14/21
$22,000
$22,000

**coinbase**

Source: GX # 6.s, 2.p, 1.r, 91

EXHIBIT 115
Page 10 of 12

# Anna Dzukaeva – X1441 Account Activity
# August 01, 2020 – January 22, 2021

| Transaction Date | Payee/Payor | Deposit Amount | Withdrawal Amount | Balance |
|---|---|---|---|---|
| 08/01/20 | Prior Month Ending Balance | $            - | $            - | $      184,605.46 |
| 08/04/20 | Fay Servicing | - | 14,566.67 | 170,038.79 |
| 08/17/20 | Newtek Small Business Finance (PPP) | 244,500.00 | - | 414,538.79 |
| *08/18/20* | *Fay Servicing* | *-* | *14,566.67* | *399,972.12* |
| *08/27/20* | *Fay Servicing* | *-* | *16,751.67* | *383,220.45* |
| 08/31/20 | Interest | 23.75 | - | 383,244.20 |
| 08/31/20 | Chrysler Capital | - | 600.00 | 382,644.20 |
| 09/01/20 | Anna Dzukaeva (X3531) | - | 23,000.00 | 359,644.20 |
| *09/15/20* | *ABC Realty Advisors Inc (X2061)* | *-* | *45,000.00* | *314,644.20* |
| *09/24/20* | *Secureline Realty & Funding Inc* | *-* | *48,000.00* | *266,644.20* |
| 09/30/20 | Interest | 26.34 | - | 266,670.54 |
| 10/07/20 | Bed Bath & Beyond | - | 267.08 | 266,403.46 |
| 10/19/20 | Chrysler Capital | - | 600.00 | 265,803.46 |
| 10/23/20 | LA Parking Meter | - | 2.00 | 265,801.46 |
| 10/31/20 | Interest | 22.55 | - | 265,824.01 |
| 11/05/20 | Chrysler Capital | - | 600.00 | 265,224.01 |
| 11/25/20 | Anna Dzukaeva (X3531)(Cashier's Check) | 36,054.05 | - | 301,278.06 |
| 11/25/20 | Fidelity National Title Company | 1,548.20 | - | 302,826.26 |
| 11/30/20 | Interest | 22.16 | - | 302,848.42 |
| 12/28/20 | Chrysler Capital | - | 600.00 | 302,248.42 |
| 12/31/20 | Interest | 25.64 | - | 302,274.06 |
| **01/22/21** | **Ending Balance** | | | **$   301,674.06** |

Source: GX #1.s

EXHIBIT 115
Page 11 of 12



# Transactions Between Identified Parties
# April 2020 to October 2020