# **EXHIBIT B**



# EIDL/PPP Funds in Runyan Tax Service Inc.
# Bank of America Acct. X9700 as of August 31, 2020

Source: GX 2.k, 2.n, 2.o, 5.m, 1.m, 1.q, 1.p

# EIDL/PPP Funds in Allstate Towing & Transport LLC Bank of America Acct. X7695 as of September 28, 2020



- ● Transaction Amount
- ● EIDL/PPP Funds

**Cross River Bank PPP LN# X47310** — 05/05/20 $124,000 → **Allstate Towing & Transport LLC (Artur Ayvazyan) US Bank X5135** — 05/21/20 $80,000 / $80,000 → **Allstate Towing & Transport LLC (Artur Ayvazyan) BOA X7695**

**Additional SBA Loan Pmt dated 7/13/20 Payable to All State Towing & T Co.** — 07/13/20 $149,900 →

Ending Account Balance 09/28/20:
$162,284.51
$144,970.07

Source: GX 2.f, 1.j, 1.h

# Cashier's Checks After Receipt of EIDL/PPP Funds

**April 22, 2020 to November 5, 2020**

| Account Name | Account Holder/Signatory | Bank | Account | Date | Payee | Amount |
|---|---|---|---|---|---|---|
| Arman Harapetyan dba Hart Construction Co | Arman Harapetyan | JPMorgan Chase | x9066 | 05/04/20 | Anna Manukyan | $ 50,000 |
| Arman Harapetyan dba Hart Construction Co | Arman Harapetyan | JPMorgan Chase | x9066 | 05/04/20 | Iuliia Zhadko | 50,000 |
| Arman Harapetyan dba Hart Construction Co | Arman Harapetyan | JPMorgan Chase | x9066 | 05/04/20 | Fiber One Media | 50,000 |
| Iuliia Zhadko | Iuliia Zhadko | Wells Fargo | x8054 | 06/12/20 | Iuliia Zhadko | 159,733 |
| Secureline Realty and Funding Inc | Tamara Dadyan | Wells Fargo | x1754 | 06/12/20 | Tamara Dadyan or ABC Realty Advisors Inc. | 120,010 |
| **Total** | | | | | | **$ 309,733** |

Source: GX 1.c, 1.g, 1.e

# Checks Made Payable to Cash After Receipt of EIDL/PPP Funds

**April 22, 2020 to November 5, 2020**

| Account Name | Account Holder/Signatory | Bank | Account | Date | Payee | Amount |
|---|---|---|---|---|---|---|
| Arman Hayrapetyan dba Hart Construction Co | Arman Hayrapetyan | JPMorgan Chase | x1511 | 05/01/20 | Cash | $ 2,000 |
| Iuliia Zhadko dba Top Quality Contracting | Iuliia Zhadko | Wells Fargo | x3517 | 05/05/20 | Cash | 250 |
| Iuliia Zhadko dba Top Quality Contracting | Iuliia Zhadko | Wells Fargo | x3517 | 05/14/20 | Cash | 2,000 |
| Iuliia Zhadko dba Top Quality Contracting | Iuliia Zhadko | Wells Fargo | x3517 | 05/19/20 | Cash | 4,000 |
| Viktoria Kauichko | Viktoria Kauichko | Wells Fargo | x2085 | 07/02/20 | Cash | 3,440 |
| Runyan Tax Service Inc | Viktoria Kauichko | Bank of America | x9700 | 08/11/20 | Cash | 5,500 |
| **Total** | | | | | | **$ 17,190** |

Source: GX 1.b, 1.f, 88, 1.p

# EIDL/PPP Funds Used in Cash Withdrawals
## April 22, 2020 to November 5, 2020

| Account Holder/Signatory | Start Date | End Date | Cash | Casino/Gaming | Withdrawals | Total |
|---|---|---|---|---|---|---|
| Anton Kudiumov | 07/06/20 | 09/14/20 | $ 8,500 | $ 3,127 | | $ 11,627 |
| Arman Hayrapetyan | 05/01/20 | 05/20/20 | 2,000 | | 165,000 | 167,000 |
| Edvard Paronyan | 04/30/20 | 09/29/20 | 6,708 | 17,663 | | 24,371 |
| Iuliia Zhadko | 05/05/20 | 05/19/20 | 6,250 | | | 6,250 |
| Viktoria Kauichko | 07/02/20 | 08/11/20 | 9,940 | | | 9,940 |
| Total | 04/30/20 | 09/29/20 | $ 33,398 | $ 20,790 | $ 165,000 | $ 219,188 |

**Total EIDL/PPP Funds**  $ 181,302

Source: GX 1.o, 86, 1.b, 1.c, 1.a, 1.l, 1.f, 88, 1.p

# EIDL/PPP Funds Used in Cash Withdrawals (1 of 2)

● Transaction Amount
● EIDL/PPP Funds

EIDL
APP# X7034

06/23/20 to
06/29/20
$158,900

Celtic
PPP LN# X8006

06/30/20
$276,600

Redline Auto
Mech.
(Anton
Kudiumov)
BOA X16271

07/06/20 to
08/24/20
$1,813
$1,004

06/29/20 to
07/09/20
$140,000
$137,410

Anton
Kudiumov
BOA X7572

08/24/20 to
09/14/20
$9,814
$7,501

EIDL
APP# X5799

04/28/20 - 06/08/20
$153,900

Celtic PPP
LN# X7404

05/11/20
$130,187

Redline Auto
Collision Inc.
(Edvard Paronyan)
JPMC X1732

04/30/20 to
09/29/20
$24,371
$23,571

Celtic PPP LN# X7304
Celtic PPP LN# X7706
Customer PPP LN# X7202
EIDL APP# X0246

05/05/20 – 05/19/20
$546,750

Iuliia Zhadko dba
Top Quality
Contracting
Wells Fargo X3517

05/05/20 to
05/19/20
$6,250
$6,250

Source: GX 1.o, 86, 1.b, 1.c, 1.a, 1.l, 1.f, 88, 1.p, 1.m, 1.q, 5.w, 2.m, 2.i, 2.j, 6.y, 2.e, 6.q, 6.p, 2.k, 2.n, 2.o, 5.m, 5.c, 2.a, 6.a, 2.b, 6.x



# EIDL/PPP Funds Used in Cash Withdrawals (2 of 2)

● Transaction Amount
● EIDL/PPP Funds

- **Celtic Bank PPP LN# X7400** → 05/20/20 $157,500 → **Voyage Limo (Vahe Dadyan)** Wells Fargo X7900
- **Voyage Limo (Vahe Dadyan)** Wells Fargo X7900 → 07/03/20 $155,000 / $155,000 → **Runyan Tax Service Inc. (Viktoria Kauichko)** BOA X9700
- **Seattle Bank PPP LN# X8104** → 07/21/20 $276,653 → **Runyan Tax Service Inc. (Viktoria Kauichko)** BOA X9700
- **Newtek PPP LN# X8101** → 07/31/20 $384,100 → **Mod Interiors (Nazar Terabelian)** Radius Bank X2395
- **EIDL APP# X8350** → 08/07/20 $149,900 → **Mod Interiors (Nazar Terabelian)** Radius Bank X2395
- **Mod Interiors (Nazar Terabelian)** Radius Bank X2395 → 08/04/20 to 08/27/20 $74,616 / $74,616 → **Runyan Tax Service Inc. (Viktoria Kauichko)** BOA X9700
- **Runyan Tax Service Inc. (Viktoria Kauichko)** BOA X9700 → 07/06/20 to 08/11/20 $6,500 / $6,500 → Cash
- **EIDL APP# X2210** → 05/22/20 $157,900 → **Viktoria Kauichko** BOA X2085
- **Viktoria Kauichko** BOA X2085 → 07/02/20 $3,440 / $3,440 → Cash

- **Webbank PPP LN# X7305** → 05/01/20 $182,637 → **Sabala Const. (Arman Hayrapetyan)** JPMC X9906
- **CRB PPP LN# X7303** → 05/01/20 $113,750 → **Sabala Const. (Arman Hayrapetyan)** JPMC X9906
- **Sabala Const. (Arman Hayrapetyan)** JPMC X9906 → 05/13/20 to 05/20/20 $30,000 / $20,649 → Cash
- **Sabala Const. (Arman Hayrapetyan)** JPMC X9906 → 05/04/20 $250,000 / $250,000 → **Hart Constr. (Arman Hayrapetyan)** JPMC X9066
- **Zion PPP LN# X57310 / JPMC PPP LN# X7707** → 05/01/20 $242,500 → **Hart Constr. (Arman Hayrapetyan)** JPMC X1511
- **Hart Constr. (Arman Hayrapetyan)** JPMC X1511 → 05/04/20 $200,000 / $200,000 → **Hart Constr. (Arman Hayrapetyan)** JPMC X9066
- **Hart Constr. (Arman Hayrapetyan)** JPMC X9066 → 05/04/20 to 05/14/20 $105,000 / $104,775 → Cash
- **Hart Constr. (Arman Hayrapetyan)** JPMC X1511 → 05/01/20 to 05/13/20 $32,000 / $7,612 → Cash

Source: GX 1.o, 86, 1.b, 1.c, 1.a, 1.l, 1.f, 88, 1.p, 1.m, 1.q, 5.w, 2.m, 2.i, 2.j, 6.y, 2.e, 6.q, 6.p, 2.k, 2.n, 2.o, 5.m, 5.c, 2.a, 6.a, 2.b, 6.x



# Watches Purchased from Gentleman Timepieces LLC April 2020 to August 2020

## Per Gentleman Timepieces Records

| SELL DATE | MODEL | SPECS | BUYER | SELL PRICE |
|---|---|---|---|---|
| 04/29/20 | 1675 GMT rootbeer two tone | Watch Only | Richard | $ 9,500.00 |
| 05/11/20 | 228235 Day Date 40 RG Chocolate | 2019 Complete | Mike From IG | 31,500.00 |
| 05/19/20 | AP Royal Oak 15500 Black | 2020 BNIB | Mike From IG | 27,500.00 |
| 05/19/20 | Skydweller Blue | 2020 BNIB | Richard Ayvazyan | 23,000.00 |
| 05/21/20 | AP Royal Oak 41mm 26331 Black Dial | 2020 Like New | Mike From IG | 27,500.00 |
| 07/07/20 | AP Royal Oak Offshore 44mm | 2016 Complete | Richard Ayvazyan | 35,000.00 |
| 07/07/20 | 126334 Datejust 41 Blue Stick | 2020 Complete | Richard Ayvazyan | 11,000.00 |
| 07/07/20 | AP Royal Oak 26331 Choco | 2016 Complete | Richard Ayvazyan | 55,500.00 |
| 07/16/20 | 228235 DD40 RG Chocolate Roman | 11/19 Complete | Richard Ayvazyan | 33,500.00 |
| 07/22/20 | 26331OR Audemars Piguet | BNIB | Richard Ayvazyan | 60,000.00 |
| 07/24/20 | AP Offshore Camo RG | 2020 BNIB | Richard | 51,000.00 |
| 08/31/20 | AP Royal Oak Offshore | 2020 BNIB | Richard Ayvazyan | 37,000.00 |
| **Total** | | | | **$ 402,000.00** |

Source: GX 37.a, 37.e, 37.g

# Payments Received by Gentleman Timepieces LLC
# May 2020 to August 2020

## Payments Sent to Gentleman Timepieces LLC JPMC X3656

| Date | Name | Bank | Account | Amount |
|---|---|---|---|---|
| 07/03/20 | Time Line Transport Inc | Radius Bank | X0172 | $ 25,000 |
| 07/06/20 | Time Line Transport Inc | Radius Bank | X0172 | 7,000 |
| 07/07/20 | Iuliia Zhadko DBA Top Quality Contracting | BOA | Unk. | 19,500 |
| 07/08/20 | Time Line Transport Inc | Radius Bank | X0172 | 25,000 |
| 07/08/20 | Fiber One Media | Wise | Unk. | 25,000 |
| 07/17/20 | Viktoria Kauichko | BOA | Unk. | 68,500 |
| 07/17/20 | Time Line Transport Inc | Radius Bank | X0172 | 25,000 |
| 07/27/20 | Viktoria Kauichko | BOA | Unk. | 51,000 |
| 08/31/20 | Iuliia Zhadko | BOA | Unk. | 37,000 |
| Total | | | | $ 283,000 |

## Other Payments Sent to Gentleman Timepieces LLC

| Date | Name | Payment Type | Card # | Amount |
|---|---|---|---|---|
| 05/08/20 | | Wise Co. | X0939 | $ 2,000 |
| 05/11/20 | Viktoria Kauichko | Wise Co. | X0939 | 29,500 |
| 05/11/20 | | Wise Co. | X0939 | 23,000 |
| 05/11/20 | | Wise Co. | X0939 | 2,000 |
| 05/13/20 | | Wise Co. | X0939 | 25,500 |
| 05/20/20 | | Wise Co. | X0939 | 20,000 |
| 05/21/20 | | Wise Co. | X0939 | 5,000 |
| 05/26/20 | | Wise Co. | X0939 | 2,500 |
| 06/16/20 | | Cloud Currency | | 35,820 |
| 07/14/20 | Fiber One Media | ACH | | 2,300 |
| Total | | | | $ 147,620 |

| | | |
|---|---|---|
| **Total Received by Gentleman Timepieces** | | **$430,620** |

Source: GX 37.b-h, 1.n