# EXHIBIT C

# Use of PPP Funds on October 19-20, 2020



Source: GX 2.p, 1.q, 403