# **EXHIBIT D**

**Picadilly Jewelers Inc.**
Since 1979

625 S. Hill Street #111
Los Angeles, CA 90014
Tel: (213) 629-8222
Fax: (213) 629-1337

## INVOICE

Date: 9/8/20
No: 114631

| NAME | Mod interiors Inc |
|---|---|
| ADDRESS | 15928 Ventura Blvd S/#224 Encino CAL 91316 |

CUSTOMER'S ORDER NO.

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDS. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Kg 24k gold | | 61,000— |
| | only c# 2007 | | |
| | | TAX | |
| | | TOTAL | 61,000 |

Layaway with no deposit will be canceled after 90 days.
**NO REFUND - EXCHANGE ONLY**

PICADILLY_001
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
DOJ_PROD_0000130290

**Picadilly Jewelers Inc.**
Since 1979

625 S. Hill Street #111
Los Angeles, CA 90014
Tel: (213) 629-8222
Fax: (213) 629-1337

**INVOICE**    9/3/20    114630

| NAME | Mod Interiors Inc |
|---|---|
| ADDRESS | 15928 Ventura Blvd #224 Encino CA 91316 |

CUSTOMER'S ORDER NO.

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDS. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Kj 24k fan | | 66,000— |

Paid c# 2004 - 29,500—
" # 2005 - 36,500
66,000—

| | TAX | |
|---|---|---|
| RECEIVED BY: | TOTAL | 66,000— |

Layaway with no deposit will be canceled after 90 days.
**NO REFUND - EXCHANGE ONLY**

PICADILLY_002

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    DOJ_PROD_0000130291