# **EXHIBIT E**

# Wells Fargo Business Choice Checking

May 31, 2020 ▪ Page 1 of 5



IULIIA ZHADKO
DBA TOP QUALITY CONTRACTING
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $77.72 |
| Deposits/Credits | 551,850.32 |
| Withdrawals/Debits | - 509,975.18 |
| **Ending balance on 5/31** | **$41,952.86** |
| Average ledger balance this period | $74,021.87 |

Account number:  **8763003517**

IULIIA ZHADKO
DBA TOP QUALITY CONTRACTING

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Confidential Information Subject to Protective Order

May 31, 2020  ▪  Page 2 of 5



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | NSF Return Item Fee for a Transaction Received on 04/30 $250.00 Check # 02018 | | 35.00 | |
| 5/1 | | Mobile Deposit : Ref Number :817010171557 | 5,000.00 | | |
| 5/1 | | Purchase authorized on 05/01 Chevron/Cf Unit Woodland Hill CA P00000000080683299 Card 2668 | | 17.95 | 5,024.77 |
| 5/4 | | Solar Mosaic Inc EDI Pymnts 1255610 Top Quality Contractin | 0.01 | | |
| 5/4 | | Online Transfer From Zhadko I Everyday Checking xxxxxx8054 Ref #Ib083Fbx54 on 05/03/20 | 100.00 | | |
| 5/4 | | Bankcard Merch Fees 200430 739297455300049 Top Quality Contractin | | 20.26 | 5,104.52 |
| 5/5 | 2018 | Check | | 250.00 | |
| 5/5 | | Overdraft Fee for a Transaction Received on 05/04 $250.00 Check # 02018 | | 35.00 | |
| 5/5 | | Celtic Bank Bluevine 200504 0000674942 Mark Zindroski DBA Top | 113,750.00 | | |
| 5/5 | | Online Transfer to Zhadko I Everyday Checking xxxxxx8054 Ref #Ib083Ngrnhq on 05/05/20 | | 63,000.00 | |
| 5/5 | | Online Transfer to Bank of America, NA Chk xxxxxx3013 I. Zhadko Ref #F2083Qlg6Z on 05/05/20 | | 10,000.00 | 45,569.52 |
| 5/6 | | Online Transfer to Jpmorgan Chase Bank, N.A. Chk xxxxxx6994 I. Zhadko Ref #F2083T599Z on 05/06/20 | | 5,000.00 | 40,569.52 |
| 5/7 | | Radius Bank Micro Depo Iuliia Zhadko Iuliia Zhadko | 0.15 | | |
| 5/7 | | Radius Bank Micro Depo Iuliia Zhadko Iuliia Zhadko | 0.16 | | 40,569.83 |
| 5/8 | | Celtic Bank Ppp Loan 200507 xxxxx4805 Top Quality Contractin | 130,000.00 | | |
| 5/8 | | Online Transfer to Zhadko I Everyday Checking xxxxxx8054 Ref #Ib0844Qrnh on 05/08/20 | | 35,000.00 | 135,569.83 |
| 5/11 | | Customers Bank Ppp Funds 200511 App-1145350 Top Quality Contractin | 185,000.00 | | |
| 5/11 | | Wire Trans Svc Charge - Sequence: 200511131660 Srf# Ow00000783891285 Trn#200511131660 Rfb# Ow00000783891285 | | 30.00 | |
| 5/11 | | WT Fed#02067 Compass Bank Wtd /Ftr/Bnf=Fiber One Media Srf# Ow0000783891285 Trn#200511131660 R/b# Ow00000783891285 | | 10,000.00 | |
| 5/11 | | Radius Bank Ext-Xfer Iuliia Zhadko Funds Transfer Via Onl | | 6,000.00 | 304,539.83 |
| 5/12 | | Purchase authorized on 05/03 CA Secretary of St 916-6951338 CA S580125026287363 Card 2668 | | 25.00 | 304,514.83 |
| 5/13 | | Online Transfer to Zhadko I Everyday Checking xxxxxx8054 Ref #Ib084S7M79 on 05/12/20 | | 150,000.00 | |
| 5/13 | 2032 | Cashed Check | | 1,000.00 | 153,514.83 |
| 5/14 | 2040 | Check | | 2,000.00 | |
| 5/14 | 2037 | Check | | 23,000.00 | |
| 5/14 | 2039 | Check | | 25,800.00 | 102,714.83 |
| 5/15 | 2038 | Check | | 26,000.00 | 76,714.83 |
| 5/19 | | Sbad Treas 310 Misc Pay 051920 Eidg:3600140246 Nte*Pmt*Eidg:3600140246\ | 6,000.00 | | |
| 5/19 | | Sbad Treas 310 Misc Pay 051920 xxxxx3000 Rmt*CT*7697997402 200 73586 F8027*******\ | 112,000.00 | | |
| 5/19 | | Purchase authorized on 05/17 Saks Beverly Hills Beverly Hills CA S460138683747137 Card 2668 | | 2,800.00 | |
| 5/19 | | Purchase authorized on 05/18 Hirsch Pipe & Supp Van Nuys CA S460139600362576 Card 2668 | | 2,161.97 | |
| 5/19 | | Online Transfer to Zhadko I Everyday Checking xxxxxx8054 Ref #Ib085V8768 on 05/19/20 | | 109,000.00 | |
| 5/19 | 2034 | Deposited OR Cashed Check | | 4,000.00 | |

May 31, 2020 ▪ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/19 | 2023 | Deposited OR Cashed Check | | 11,000.00 | 65,752.86 |
| 5/21 | 2041 | Deposited OR Cashed Check | | 23,800.00 | 41,952.86 |
| **Ending balance on 5/31** | | | | | **41,952.86** |
| **Totals** | | | **$551,850.32** | **$509,975.18** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 2018 | 5/5 | 250.00 | 2034 * | 5/19 | 4,000.00 | 2039 | 5/14 | 25,800.00 |
| 2023 * | 5/19 | 11,000.00 | 2037 * | 5/14 | 23,000.00 | 2040 | 5/14 | 2,000.00 |
| 2032 * | 5/13 | 1,000.00 | 2038 | 5/15 | 26,000.00 | 2041 | 5/21 | 23,800.00 |

* *Gap in check sequence.*

### Items returned unpaid

| Date | Description | Amount |
|------|------|------|
| 5/1 | Check Reference # 00008025008518115012 | 250.00 |
| 5/13 | Celtic Bank Re Pull 200508 G-xxxxxxxx0600 Pull Funds Top Quality Celtic Bank Reference #   124084801642365 | 130,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $74,022.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 4 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

Confidential Information Subject to Protective Order

May 31, 2020 ■ Page 4 of 5



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 18 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

Confidential Information Subject to Protective Order

May 31, 2020 ▪ Page 5 of 5



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into                 $ _____
your account which are not                 $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . .$ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801

Confidential Information Subject to Protective Order