# **EXHIBIT F**



# STATEMENT of ACCOUNT

**RADIUS BANK**
1 Harbor St, Ste 201  Boston, MA 02210
800.242.0272

Time Line Transport Inc
9525 Owensmouth Ave
chatsworth CA 91311

Statement Begin Date: 09/01/2020
Statement End Date: 09/30/2020
Account Number: 3110050172

 Printable Version   Save as PDF

**Tailored Checking**              3110050172              **Download: CSV**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 08/31 | Balance Forward | | | $23,238.60 |
| 09/04 | COINBASE.COM 8889087930-SAME DAY | $10,000.00- | | $13,238.60 |
| 09/30 | Interest Credited Deposit | | $1.17 | $13,239.77 |

**Interest Rate Summary**

| DATE | 0 - $4,999 | $5,000 and up |
|---|---|---|
| 09/01 | 0.00% | 0.10% |

**Interest Rate Summary**

| Date | Rate |
|---|---|
| | 0.00% |

**Account Summary**

Previous Statement Date:  08/31/2020                     Average Statement Balance:  $14,238.60

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $23,238.60 | $0.00 | $1.17 | $10,000.00 | $0.00 | $13,239.77 |

Statement from  09/01/2020  Thru  09/30/2020
Interest Earned  $1.17
Minimum Balance  $13,238.60

Avg Stmt Available Bal  $14,238.60
*Annual Percentage Yield Earned  0.10%

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                                                    DOJ_PROD_0000065706

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 3110050172 | $13,239.77 | 0.10000% | $19.77 | | |

**Some statement cycles have been consolidated. If you previously had a statement end on the 10th of each month, your new cycle is now end of month.**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                            DOJ_PROD_0000065707



**RADIUS BANK**
1 Harbor St, Ste 201  Boston, MA 02210
800.242.0272

# STATEMENT of ACCOUNT

Time Line Transport Inc
9525 Owensmouth Ave
chatsworth CA 91311

| | |
|---|---|
| Statement Begin Date: | 08/01/2020 |
| Statement End Date: | 08/31/2020 |
| Account Number: | 3110050172 |

Printable Version   Save as PDF

**Tailored Checking**           3110050172                 **Download: CSV**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 07/31 | Balance Forward | | | $95,251.89 |
| 08/11 | WIRE TO Iuliia Zhadko REF 361903 | $21,000.00- | | $74,251.89 |
| 08/11 | OUTGOING DOM WIRE FEE | $18.00- | | $74,233.89 |
| 08/12 | COINBASE.COM 8889087930-SAME DAY | $20,000.00- | | $54,233.89 |
| 08/12 | COINBASE.COM 8889087930-SAME DAY | $5,000.00- | | $49,233.89 |
| 08/13 | Stride Bank P2P | $1,000.00- | | $48,233.89 |
| 08/19 | COINBASE.COM 8889087930 | $15,000.00- | | $33,233.89 |
| 08/24 | COINBASE.COM 8889087930 | $10,000.00- | | $23,233.89 |
| 08/31 | Interest Credited Deposit | | $4.71 | $23,238.60 |

**Interest Rate Summary**

| DATE | 0 - $4,999 | $5,000 and up |
|---|---|---|
| 08/01 | 0.00% | 0.10% |

**Interest Rate Summary**

| Date | Rate |
|---|---|
| | 0.00% |

**Account Summary**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                           DOJ_PROD_0000065708

Previous Statement Date: 07/31/2020

Average Statement Balance: $55,400.99

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $95,251.89 | $0.00 | $4.71 | $72,018.00 | $0.00 | $23,238.60 |

Statement from 08/01/2020 Thru 08/31/2020
Interest Earned $4.71
Minimum Balance $23,233.89

Avg Stmt Available Bal $55,400.98
*Annual Percentage Yield Earned 0.10%

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 3110050172 | $23,238.60 | 0.10000% | $18.60 | | |

**Some statement cycles have been consolidated. If you previously had a statement end on the 10th of each month, your new cycle is now end of month.**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER     DOJ_PROD_0000065709



# STATEMENT of ACCOUNT

1 Harbor St, Ste 201  Boston, MA 02210
800.242.0272

Time Line Transport Inc
9525 Owensmouth Ave
chatsworth CA 91311

Statement Begin Date: 07/01/2020
Statement End Date: 07/31/2020
Account Number: 3110050172

Printable Version  Save as PDF

**Tailored Checking**  3110050172  **Download: CSV**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 06/30 | Balance Forward | | | $153,466.27 |
| 07/02 | Radius Bank EXT-XFER | $10,000.00- | | $143,466.27 |
| 07/02 | WIRE TO Iuliia Zhadko REF 354488 | $20,000.00- | | $123,466.27 |
| 07/02 | OUTGOING DOM WIRE FEE | $18.00- | | $123,448.27 |
| 07/03 | NEWTEK AB CORP PAY | | $122,400.00 | $245,848.27 |
| 07/03 | WIRE TO Gentleman Timepieces LLC REF 354906 | $25,000.00- | | $220,848.27 |
| 07/03 | OUTGOING DOM WIRE FEE | $18.00- | | $220,830.27 |
| 07/06 | WIRE TO Gentleman Timepieces LLC REF 355010 | $7,000.00- | | $213,830.27 |
| 07/06 | OUTGOING DOM WIRE FEE | $18.00- | | $213,812.27 |
| 07/08 | WIRE TO Gentleman Timepieces LLC REF 355480 | $25,000.00- | | $188,812.27 |
| 07/08 | OUTGOING DOM WIRE FEE | $18.00- | | $188,794.27 |
| 07/10 | Radius Bank EXT-XFER | $10,000.00- | | $178,794.27 |
| 07/10 | WIRE TO V AND D Limo, LLC REF 356225 | $25,000.00- | | $153,794.27 |
| 07/10 | OUTGOING DOM WIRE FEE | $18.00- | | $153,776.27 |
| 07/15 | WIRE TO V AND D Limo, LLC REF 35 | $25,000.00- | | $128,776.27 |

6816

| Date | Description | Amount | | Balance |
|---|---|---|---|---|
| 07/15 | OUTGOING DOM WIRE FEE | $18.00- | | $128,758.27 |
| 07/17 | WIRE TO Gentleman Timepieces LLC REF 357487 | $25,000.00- | | $103,758.27 |
| 07/17 | OUTGOING DOM WIRE FEE | $18.00- | | $103,740.27 |
| 07/22 | Radius Bank EXT-XFER | $8,500.00- | | $95,240.27 |
| 07/31 | Interest Credited Deposit | | $11.62 | $95,251.89 |

## Interest Rate Summary

| DATE | 0 - $4,999 | $5,000 and up |
|---|---|---|
| 07/01 | 0.00% | 0.10% |

## Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |

## Account Summary

Previous Statement Date: 06/30/2020               Average Statement Balance: $136,842.59

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $153,466.27 | $122,400.00 | $11.62 | $180,626.00 | $0.00 | $95,251.89 |

Statement from 07/01/2020 Thru 07/31/2020  
Interest Earned $11.62  
Minimum Balance $95,240.27  

Avg Stmt Available Bal $136,842.59  
*Annual Percentage Yield Earned 0.10%

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 3110050172 | $95,251.89 | 0.10000% | $13.89 | | |

**Some statement cycles have been consolidated. If you previously had a statement end on the 10th of each month, your new cycle is**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                     DOJ_PROD_0000065711

**now end of month.**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                                              DOJ_PROD_0000065712



# STATEMENT of ACCOUNT

1 Harbor St, Ste 201 Boston, MA 02210
800.242.0272

Time Line Transport Inc
9525 Owensmouth Ave
chatsworth CA 91311

Statement Begin Date: 05/30/2020
Statement End Date: 06/30/2020
Account Number: 3110050172

Printable Version   Save as PDF

**Tailored Checking**  3110050172  **Download: CSV**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/29 | Balance Forward | | | $6,200.36 |
| 06/22 | SBAD TREAS 310 MISC PAY | | $149,900.00 | $156,100.36 |
| 06/23 | WIRE TO Iuliia Zhadko REF 352773 | $25,000.00- | | $131,100.36 |
| 06/23 | OUTGOING DOM WIRE FEE | $18.00- | | $131,082.36 |
| 06/24 | WIRE TO Encore Escrow REF 353166 | $110,000.00- | | $21,082.36 |
| 06/24 | OUTGOING DOM WIRE FEE | $18.00- | | $21,064.36 |
| 06/30 | LIBERTY SBF LP ePay | | $122,400.00 | $143,464.36 |
| 06/30 | SBAD TREAS 310 MISC PAY | | $10,000.00 | $153,464.36 |
| 06/30 | Interest Credited Deposit | | $1.91 | $153,466.27 |

Interest Rate Summary

| DATE | 0 - $4,999 | $5,000 and up |
|---|---|---|
| 05/30 | 0.00% | 0.10% |

Interest Rate Summary

| Date | Rate |
|---|---|
| | 0.00% |
| 05/30 | 0.10% |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    DOJ_PROD_0000065713

## Account Summary

Previous Statement Date: 05/29/2020  
Average Statement Balance: $23,241.36

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| $6,200.36 | $282,300.00 | $1.91 | $135,036.00 | $0.00 | $153,466.27 |

Statement from 05/30/2020 Thru 06/30/2020  
Interest Earned $1.91  
Minimum Balance $6,200.36  

Avg Stmt Available Bal $23,241.36  
*Annual Percentage Yield Earned 0.10%

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 3110050172 | $153,466.27 | 0.10000% | $2.27 | | |

**Per changes in the Federal Regulation CC we have updated our funds availability policy & threshold amounts. Learn more on radiusbank.com Continued use of your account will act as acceptance of these terms.**



**RADIUS BANK**
1 Harbor St, Ste 201  Boston, MA 02210
800.242.0272

**STATEMENT of ACCOUNT**

Time Line Transport Inc
9525 Owensmouth Ave
chatsworth CA 91311

| | |
|---|---|
| Statement Begin Date: | 05/04/2020 |
| Statement End Date: | 05/29/2020 |
| Account Number: | 3110050172 |

Printable Version  Save as PDF

**Tailored Checking**  3110050172  **Download: CSV**

All Transactions by Date

| Date | Description | Withdrawal / Debit (-) | Deposit / Credit (+) | Balance |
|---|---|---|---|---|
| 05/03 | Balance Forward | | | $0.00 |
| 05/04 | Deposit | | $0.00 | $0.00 |
| 05/06 | Radius Bank EXT-XFER | | $200.00 | $200.00 |
| 05/11 | Radius Bank EXT-XFER ID: Iuliia Zhadko | | $6,000.00 | $6,200.00 |
| 05/29 | Interest Credited Deposit | | $0.36 | $6,200.36 |

Interest Rate Summary

| DATE | 0 - $4,999 | $5,000 and up |
|---|---|---|
| 05/04 | 0.00% | 0.10% |

Interest Rate Summary

| Date | Rate | Date | Rate |
|---|---|---|---|
| | 0.00% | 05/11 | 0.10% |
| 05/04 | 0.00% | | |

Account Summary

Previous Statement Date:  05/03/2020       Average Statement Balance:  $4,685.71

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000065715

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $6,200.00 | $0.36 | $0.00 | $0.00 | $6,200.36 |

Statement from 05/04/2020 Thru 05/29/2020
Interest Earned $0.36
Minimum Balance $0.00

Avg Stmt Available Bal $4,685.71
*Annual Percentage Yield Earned 0.10%

## Summary of Deposit Accounts

| TYPE OF ACCOUNT | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| Checking | 3110050172 | $6,200.36 | 0.10000% | $0.36 | | |

**Make sure to check out the new radiusbank.com and get the updates Radius Mobile app for iOS and Android! And for our business clients, download the new Radius Business app to manage your account on the go from any device.**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER     DOJ_PROD_0000065716