# EXHIBIT G

Case 2:20-cr-00579-SVW   Document 1053-8   Filed 10/18/21   Page 2 of 4   Page ID #:17428



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2020 through August 31, 2020
Account Number: **000000684555268**

00022134 DRE 703 142 24520 NNNNNNNNNN T  1 000000000 60 0000



TURING INFO SOLUTIONS, INC.
22330 VICTORY BLVD UNIT 303
WOODLAND HILLS CA 91367-0845

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,100.00 |
| Deposits and Additions | 2 | 534,000.00 |
| ATM & Debit Card Withdrawals | 30 | -18,774.01 |
| Electronic Withdrawals | 2 | -24,500.00 |
| Fees | 2 | -2.06 |
| Ending Balance | 36 | $495,823.93 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/12 | Orig CO Name:Sbad Treas 310      Orig ID:9101036151 Desc Date:081220 CO Entry Descr: Misc Paysec:CCD   Trace#:101036152177423 Eed:200812   Ind ID:584777820373000      Ind Name:Turing Info Solutions,   Rmt*CT*5847778203 200 39204 F8241** ******\ Trn: 2252177423Tc | $149,900.00 |
| 08/25 | Orig CO Name:Newtek Ab       Orig ID:1030464287 Desc Date:       CO Entry Descr:Corp Pay  Sec:CCD   Trace#:065000093423551 Eed:200825   Ind ID: Ind Name:Turning Info Solutions     Ppp Loan 1153368 | 384,100.00 |
| **Total Deposits and Additions** | | **$534,000.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Card Purchase With Pin  08/15 Chevron/Cf Unit Tarzana CA Card 3537 | $94.69 |
| 08/17 | Card Purchase With Pin  08/16 Lowe's #2583 Palm Desert CA Card 3537 | 376.03 |
| 08/17 | Card Purchase With Pin  08/16 Lowe's #2583 Palm Desert CA Card 3537 | 459.17 |
| 08/17 | Card Purchase With Pin  08/16 Wal-Mart Super Center Palm Desert CA Card 3537 | 251.68 |
| 08/17 | Card Purchase With Pin  08/16 Wal-Mart #5096 Palm Desert CA Card 3537 | 896.73 |
| 08/17 | Card Purchase With Pin  08/16 Homegoods 44439 Town C Palm Desert CA Card 3537 | 1,635.87 |
| 08/17 | Card Purchase With Pin  08/16 Circle K 09442 Palm Desert CA Card 3537 | 67.34 |
| 08/17 | Card Purchase With Pin  08/17 Marshalls 72469 Highwa Palm Desert CA Card 3537 | 780.28 |
| 08/17 | Card Purchase With Pin  08/17 Marshalls 72469 Highwa Palm Desert CA Card 3537 | 487.26 |
| 08/17 | Card Purchase With Pin  08/17 Homegoods 44439 Town C Palm Desert CA Card 3537 | 646.88 |
| 08/18 | Card Purchase         08/17 Bob's Discount Furnitu Palm Desert CA Card 3537 | 268.29 |
| 08/18 | Card Purchase With Pin  08/17 Wal-Mart Super Center Palm Desert CA Card 3537 | 736.86 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                        DOJ_PROD_0000077400

**CHASE** ◯

August 01, 2020 through August 31, 2020
Account Number: 000000684555268

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/18 | Card Purchase With Pin  08/18 The Home Depot #0667 Rancho Mirage CA Card 3537 | 543.52 |
| 08/18 | Card Purchase With Pin  08/18 Barnesnoble 72-840 Hig Palm Desert CA Card 3537 | 207.20 |
| 08/24 | Card Purchase       08/21 Lamps Plus - 46 Rancho Mirage CA Card 3537 | 1,564.22 |
| 08/24 | Card Purchase       08/21 Cheesecake Rancho Mi Rancho Mirage CA Card 3537 | 96.75 |
| 08/24 | Card Purchase With Pin  08/21 Walgreens Store 44840 Palm Desert CA Card 3537 | 230.72 |
| 08/24 | Card Purchase       08/22 Saks Palm Desert 612 Palm Desert CA Card 3537 | 1,853.30 |
| 08/24 | Card Purchase With Pin  08/23 Target T- 72549 Highwa Palm Desert CA Card 3537 | 307.02 |
| 08/24 | Card Purchase With Pin  08/23 Arco #42627 Ampm Thousand Palm CA Card 3537 | 53.05 |
| 08/24 | Card Purchase With Pin  08/23 Arco #42627 Ampm Thousand Palm CA Card 3537 | 22.83 |
| 08/27 | Card Purchase       08/27 Tst* Carousel Restauran Glendale CA Card 3537 | 116.94 |
| 08/28 | Card Purchase       08/27 Lamps Plus 55-46 Rancho Mirage CA Card 3537 | 1,920.48 |
| 08/28 | Card Purchase With Pin  08/28 Homegoods 5530 Reseda Tarzana CA Card 3537 | 2,119.85 |
| 08/31 | Card Purchase       08/28 Facebk Kjsjxw2Wr2 Fb.ME/Ads Card 3537 Dong 800000 X 0.000043150 (Exchg Rte) | 34.52 |
| 08/31 | Card Purchase       08/28 Facebk Vjsjxw2Wr2 Fb.ME/Ads Card 3537 Dong 800000 X 0.000043150 (Exchg Rte) | 34.52 |
| 08/31 | Card Purchase       08/28 West Valley Nursery Tarzana CA Card 3537 | 282.44 |
| 08/31 | Card Purchase       08/28 West Valley Nursery Tarzana CA Card 3537 | 27.36 |
| 08/31 | Card Purchase       08/30 Phoenicia Restaurant Glendale CA Card 3537 | 2,494.55 |
| 08/31 | Card Purchase With Pin  08/31 Good Day Smoke And Vap Tarzana CA Card 3537 | 163.66 |
| **Total ATM & Debit Card Withdrawals** | | **$18,774.01** |

## ATM & DEBIT CARD SUMMARY

Iuliia Zhadko  Card 3537

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $18,776.07 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $18,776.07 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | 08/10 Online Transfer To Mma ...2757 Transaction#: 10096597066 | $1,500.00 |
| 08/12 | 08/12 Online Transfer To Mma ...2757 Transaction#: 10104900064 | 23,000.00 |
| **Total Electronic Withdrawals** | | **$24,500.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | Foreign Exch Rt ADJ Fee 08/28 Facebk Kjsjxw2Wr2 Fb.ME/Ads Card 3537 | $1.03 |
| 08/31 | Foreign Exch Rt ADJ Fee 08/28 Facebk Vjsjxw2Wr2 Fb.ME/Ads Card 3537 | 1.03 |
| **Total Fees** | | **$2.06** |


## CHASE

August 01, 2020 through August 31, 2020
Account Number: 000000684555268



### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/10 | $3,600.00 |
| 08/12 | 130,500.00 |
| 08/17 | 124,804.07 |
| 08/18 | 123,048.20 |
| 08/24 | 118,920.31 |
| 08/25 | 503,020.31 |
| 08/27 | 502,903.37 |
| 08/28 | 498,863.04 |
| 08/31 | 495,823.93 |

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 30 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **30** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC