UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD AYVAZYAN,<br>　　Aka "Richard Ayazian" and "Iuliia Zhadko," et al.,<br><br>　　　　Defendants. | No. 2:20-cr-00579-SVW<br><br>[PROPOSED] MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT RICHARD AYVAZYAN<br><br>Sentencing<br>Date: November 15, 2021<br>Time: 11:00 a.m.<br>Ctrm: 10A |

　　　On June 28, 2021, defendant Richard Ayvazyan ("Defendant") was convicted by a jury of conspiracy to commit bank fraud and wire fraud, in violation of 18 U.S.C. §§ 1349, 1343, and 1344, as well as nineteen substantive counts based on the same allegations.  On October 18, 2021, the United States has filed an application for Entry of a Money Judgment of Forfeiture against Defendant in the amount of $1,420,199.00 pursuant to Federal Rule of Criminal Procedure 32.2(b)(1)(A).  Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $1,420,199.00 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Defendant shall be liable for the entire amount of the judgment.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Money Judgment of Forfeiture shall become final as to defendant Richard Ayvazyan at the time of sentencing and shall be made part of the sentence and included in the judgment and commitment order.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to include property subject to forfeiture located and identified after the date of this order, or to substitute property having a value not to exceed $1,420,199.00 to satisfy this judgment in whole or part.

_____        _____
DATE                                  HONORABLE STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
_____
DAN G. BOYLE
Assistant United States Attorney