Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Michael A. Keough (SBN 327037)
mkeough@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Richard Ayvazyan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff,*<br><br>          v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>     *Defendants*. | Case No.  20-cr-579 (SVW)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER**<br><br>Hon. Stephen V. Wilson |

# [PROPOSED] ORDER

This Court, having considered counsels' *Ex Parte* Application for Order, hereby GRANTS the application and ORDERS:

1. The government to produce the referenced video to the defense and the Court; and

2. The currently scheduled dates for defendant Richard Ayvazyan's sentencing memorandum, the government's sentencing memorandum, and sentencing, (November 1, 2021; November 10, 2021; and November 15, 2021 respectively) are continued until the Court can make formal findings of involuntary abduction, voluntary flight, or other disappearance.

**IT IS SO ORDERED.**

Dated: October __, 2021

_____
The Honorable Stephen V. Wilson
United States District Judge