**DECLARATION OF CHRISTOPHER FENTON**

I, Christopher Fenton, hereby declare and state as follows:

I am a Trial Attorney with the Criminal Division, Fraud Section, of the United States Department of Justice. I am an attorney assigned to the case of <u>United States v. Richard Ayvazyan et al.</u>, No. 20-CR-579(A)-SVW.

1. On October 21, 2021, I telephoned Special Agent ("SA") Justin Palmerton with the Federal Bureau of Investigation ("FBI"). I asked SA Palmerton whether the FBI had received any information to support the purported concern that defendant Richard Ayvazyan or defendant Marietta Terabelian had been abducted. He telephoned me back later that day to inform me that he had checked the FBI's files and confirmed that the FBI had not received information to support the purported concern that they had been abducted.

2. Exhibit 1 is a true and correct copy of the transcript of the hearing held on September 20, 2021 in this case.

3. Exhibit 2 is a true and correct copy of a letter found by the U.S. Marshals Service at 4910 Topeka Drive and provided to the government on or around October 8, 2021. This document was Bates-stamped DOJ_PROD_0000169538, and produced in discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Washington, D.C., on October 21, 2021.

CHRISTOPHER FENTON