# Exhibit 2

My Kids,

This is by far the hardest moment of my life. The moment where I have to explain to you why you will not find us home when you come home today. I know the exact feeling you are about to feel because my Dad also left me and my brother at a young age then you guys. The only difference between my Dad and me is that my dad had a choice and didn't choose me/brother or your grandma.

Today, I have to leave you because I don't have a choice. I am forced to leave you guys with your Mom for your own good as well as ours/Moms. While I am writing this our tears are dripping on our breakfast table.

All my life I have been working and sacrificing for you guys, for my family and also protecting you guys from harm, since the day you were born. Now I can't protect you anymore and what is hard to swallow for me is that I bring danger and fear to your lifes. It needs to stop and I want you all 3 to be free from the fear that has changed you guys. I will never forgive myself for being the reason for this.

Without saying too much, we both love you more than anything in this world. We will be together again one day. This is not a goodbye but a brief break from each other. Our family will always be strong and together no matter the circumstances. I will find a way, that's a promise.

LOVE YOU

Your proud Dad and Mom.


**Give this letter to Ashwin or anyone who comes to our house asking for us.**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000169538