TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal Bar No. 73493)
DAN G. BOYLE (Cal Bar No. 332518)
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5421/2426
    Facsimile:  (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov
          Daniel.Boyle@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>RICHARD AYVAZYAN,<br>    Aka "Richard Avazian" and "Iuliia Zhadko," et al.,<br><br>      Defendants. | No. CR 20-00579-SVW-1<br><br>**NOTICE OF FILING OF DECLARATIONS OF PUBLICATION RE FORFEITURE AS TO DEFENDANT RICHARD AYVAZYAN** |

    PLEASE TAKE NOTICE that Plaintiff United States of America hereby published four Notices of Forfeiture on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2021 and ending on October 10, 2021. Petitions are due no later than November 10, 2021.

Plaintiff now files the Declarations of Publication attached as Exhibits A through D.

| | |
|---|---|
| Dated: October 25, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney<br>SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division<br>JONATHAN GALATZAN<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section |
| | /s/Brent A. Whittlesey<br>BRENT A. WHITTLESEY<br>DAN G. BOYLE<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |