IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 20-579-SVW |
| | ) | |
| Richard Ayvazyan, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2021 and ending on October 10, 2021. Attachment 1 consists of a copy of the notice on the www.forfeiture.gov website. Attachment 2 is a copy of the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2021, at Los Angeles, CA.

*Cecilia Palacios*

Cecilia Palacios

Records Examiner

3      EXHIBIT A

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CR 20-579-SVW; NOTICE OF FORFEITURE

Notice is hereby given that on September 03, 2021, in the case of U.S. v. Richard Ayvazyan, Court Case Number CR 20-579-SVW, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

$451,185.00 U.S. currency of which $6,045.00 was located in various areas of the residence and $445,140.00 was located in the back yard at 4910 Topeka Drive, Tarzana, CA (21-FBI-000627) which was seized from Richard Ayvazyan and Marietta Terabelian on November 05, 2020 at ▮▮▮▮▮▮▮▮, located in Tarzana, CA

Miscellaneous Jewelry/Precious Items (21-FBI-000628), including the following items: 1 Audemars Piguet, Royal Oak 18k Rose Gold, Model 26331 Wrist Watch, Ser No: J52335; 1 Rolex Datejust Stainless Steel, Model 126334 Wrist Watch, Ser No: 4U95Z313; 1 Audemars Piguet, Royal Oak Offshore Black Ceramic Wrist Watch, Ser No: K23313; 1 Audemars Piguet, Royal Oak Offshore Black Ceramic Wrist Watch, Ser No: LU44845K; 1 Audemars Piguet Royal Oak Stainless Steel Wrist Watch, Ser No: LW3397N; 1 1979 Gold Bullion Coin; 2 1980 Gold Bullion Coin; 10 1982 Gold Bullion Coin; 17 1983 Gold Bullion Coin; 5 1984 Gold Bullion Coin; 5 1985 Gold Bullion Coin; 10 1986 Gold Bullion Coin; 10 1987 Gold Bullion Coin; which was seized from Richard Ayvazyan and Marietta Terabelian on November 05, 2020 at ▮▮▮▮▮▮▮▮, located in Tarzana, CA

Miscellaneous Jewelry (21-FBI-000631), including the following items: 1 Rolex Day-Date Watch, Ser No: W44P7238; 1 Pair 14K White Gold Earrings with Diamond Studs; 1 14K Yellow Gold 24" neck chain, which was seized from Richard Ayvazyan and Marietta Terabelian on October 20, 2020 at Miami International Airport, located in Miami, FL

$74,557.79 in funds from bank account number XXXXXXXX7695 in the name of Allstate Towing & Transport LLC at Bank of America, Charlotte, North Carolina (21-FBI-001336) which was seized from Bank of America on November 16, 2020 at Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, located in Charlotte, NC

$65,990.43 in funds from bank account number XXXXXXXX9700 in the name of Runyan Tax Service Inc at Bank of America, Charlotte, North Carolina (21-FBI-001337) which was seized from Bank of America on November 24, 2020 at Moore & Van Allen, 100 North Tryon Street, Suite 4700, located in Charlotte, NC.

The custodian of the property is the United States Marshals Service located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 11, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA  90012, and a copy served upon Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 11, 2021 and October 10, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Richard Ayvazyan

**Court Case No:** CR 20-579-SVW
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/11/2021 | 23.9 | Verified |
| 2 | 09/12/2021 | 23.9 | Verified |
| 3 | 09/13/2021 | 23.9 | Verified |
| 4 | 09/14/2021 | 23.8 | Verified |
| 5 | 09/15/2021 | 23.9 | Verified |
| 6 | 09/16/2021 | 23.9 | Verified |
| 7 | 09/17/2021 | 23.9 | Verified |
| 8 | 09/18/2021 | 23.9 | Verified |
| 9 | 09/19/2021 | 23.9 | Verified |
| 10 | 09/20/2021 | 23.9 | Verified |
| 11 | 09/21/2021 | 23.9 | Verified |
| 12 | 09/22/2021 | 23.9 | Verified |
| 13 | 09/23/2021 | 23.9 | Verified |
| 14 | 09/24/2021 | 23.9 | Verified |
| 15 | 09/25/2021 | 23.8 | Verified |
| 16 | 09/26/2021 | 23.9 | Verified |
| 17 | 09/27/2021 | 23.9 | Verified |
| 18 | 09/28/2021 | 23.9 | Verified |
| 19 | 09/29/2021 | 23.9 | Verified |
| 20 | 09/30/2021 | 23.9 | Verified |
| 21 | 10/01/2021 | 23.9 | Verified |
| 22 | 10/02/2021 | 23.9 | Verified |
| 23 | 10/03/2021 | 23.9 | Verified |
| 24 | 10/04/2021 | 23.8 | Verified |
| 25 | 10/05/2021 | 23.9 | Verified |
| 26 | 10/06/2021 | 23.9 | Verified |
| 27 | 10/07/2021 | 23.9 | Verified |
| 28 | 10/08/2021 | 23.9 | Verified |
| 29 | 10/09/2021 | 23.9 | Verified |
| 30 | 10/10/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 20-579-SVW |
| | ) | |
| Richard Ayvazyan, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2021 and ending on October 10, 2021. Attachment 1 consists of a copy of the notice on the www.forfeiture.gov website. Attachment 2 is a copy of the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2021, at Los Angeles, CA.

*Cecilia Palacios*

Cecilia Palacios

Records Examiner

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CR 20-579-SVW; NOTICE OF FORFEITURE

Notice is hereby given that on September 03, 2021, in the case of <u>U.S. v. Richard Ayvazyan</u>, Court Case Number CR 20-579-SVW, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

4910 Topeka Drive, Tarzana California 91356 (21-FBI-001056) Parcel # 2176-029-031.

The custodian of the property is the United States Marshals Service located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 11, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA 90012, and a copy served upon Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 11, 2021 and October 10, 2021.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Richard Ayvazyan

**Court Case No:**       CR 20-579-SVW
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/11/2021 | 23.9 | Verified |
| 2 | 09/12/2021 | 23.9 | Verified |
| 3 | 09/13/2021 | 23.9 | Verified |
| 4 | 09/14/2021 | 23.8 | Verified |
| 5 | 09/15/2021 | 23.9 | Verified |
| 6 | 09/16/2021 | 23.9 | Verified |
| 7 | 09/17/2021 | 23.9 | Verified |
| 8 | 09/18/2021 | 23.9 | Verified |
| 9 | 09/19/2021 | 23.9 | Verified |
| 10 | 09/20/2021 | 23.9 | Verified |
| 11 | 09/21/2021 | 23.9 | Verified |
| 12 | 09/22/2021 | 23.9 | Verified |
| 13 | 09/23/2021 | 23.9 | Verified |
| 14 | 09/24/2021 | 23.9 | Verified |
| 15 | 09/25/2021 | 23.8 | Verified |
| 16 | 09/26/2021 | 23.9 | Verified |
| 17 | 09/27/2021 | 23.9 | Verified |
| 18 | 09/28/2021 | 23.9 | Verified |
| 19 | 09/29/2021 | 23.9 | Verified |
| 20 | 09/30/2021 | 23.9 | Verified |
| 21 | 10/01/2021 | 23.9 | Verified |
| 22 | 10/02/2021 | 23.9 | Verified |
| 23 | 10/03/2021 | 23.9 | Verified |
| 24 | 10/04/2021 | 23.8 | Verified |
| 25 | 10/05/2021 | 23.9 | Verified |
| 26 | 10/06/2021 | 23.9 | Verified |
| 27 | 10/07/2021 | 23.9 | Verified |
| 28 | 10/08/2021 | 23.9 | Verified |
| 29 | 10/09/2021 | 23.9 | Verified |
| 30 | 10/10/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 20-579-SVW |
| | ) | |
| Richard Ayvazyan, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2021 and ending on October 10, 2021. Attachment 1 consists of a copy of the notice on the www.forfeiture.gov website. Attachment 2 is a copy of the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2021, at Los Angeles, CA.

*Cecilia Palacios*

Cecilia Palacios

Records Examiner

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CR 20-579-SVW; NOTICE OF FORFEITURE

Notice is hereby given that on September 03, 2021, in the case of <u>U.S. v. Richard Ayvazyan</u>, Court Case Number CR 20-579-SVW, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

834 Calle La Primavera, Glendale, California 91208 (21-FBI-001057) Parcel # 5663-036-033.

The custodian of the property is the United States Marshals Service located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 11, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA  90012, and a copy served upon Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 11, 2021 and October 10, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Richard Ayvazyan

**Court Case No:** CR 20-579-SVW
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/11/2021 | 23.9 | Verified |
| 2 | 09/12/2021 | 23.9 | Verified |
| 3 | 09/13/2021 | 23.9 | Verified |
| 4 | 09/14/2021 | 23.8 | Verified |
| 5 | 09/15/2021 | 23.9 | Verified |
| 6 | 09/16/2021 | 23.9 | Verified |
| 7 | 09/17/2021 | 23.9 | Verified |
| 8 | 09/18/2021 | 23.9 | Verified |
| 9 | 09/19/2021 | 23.9 | Verified |
| 10 | 09/20/2021 | 23.9 | Verified |
| 11 | 09/21/2021 | 23.9 | Verified |
| 12 | 09/22/2021 | 23.9 | Verified |
| 13 | 09/23/2021 | 23.9 | Verified |
| 14 | 09/24/2021 | 23.9 | Verified |
| 15 | 09/25/2021 | 23.8 | Verified |
| 16 | 09/26/2021 | 23.9 | Verified |
| 17 | 09/27/2021 | 23.9 | Verified |
| 18 | 09/28/2021 | 23.9 | Verified |
| 19 | 09/29/2021 | 23.9 | Verified |
| 20 | 09/30/2021 | 23.9 | Verified |
| 21 | 10/01/2021 | 23.9 | Verified |
| 22 | 10/02/2021 | 23.9 | Verified |
| 23 | 10/03/2021 | 23.9 | Verified |
| 24 | 10/04/2021 | 23.8 | Verified |
| 25 | 10/05/2021 | 23.9 | Verified |
| 26 | 10/06/2021 | 23.9 | Verified |
| 27 | 10/07/2021 | 23.9 | Verified |
| 28 | 10/08/2021 | 23.9 | Verified |
| 29 | 10/09/2021 | 23.9 | Verified |
| 30 | 10/10/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CR 20-579-SVW |
| Richard Ayvazyan, | ) ) | |
| Defendant. | ) ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 11, 2021 and ending on October 10, 2021. Attachment 1 consists of a copy of the notice on the www.forfeiture.gov website. Attachment 2 is a copy of the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2021, at Los Angeles, CA.

_____

Cecilia Palacios

Records Examiner

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
# COURT CASE NUMBER: CR 20-579-SVW; NOTICE OF FORFEITURE

Notice is hereby given that on September 03, 2021, in the case of <u>U.S. v. Richard Ayvazyan</u>, Court Case Number CR 20-579-SVW, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

Real Property at 74203 Anastacia Lane, Palm Desert, California 92211 (21-FBI-005231) Parcel # 694-331-008.

The custodian of the property is the United States Marshals Service located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 11, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA 90012, and a copy served upon Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition

for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Brent Whittlesey, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 11, 2021 and October 10, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Richard Ayvazyan

**Court Case No:**        CR 20-579-SVW
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/11/2021 | 23.9 | Verified |
| 2 | 09/12/2021 | 23.9 | Verified |
| 3 | 09/13/2021 | 23.9 | Verified |
| 4 | 09/14/2021 | 23.8 | Verified |
| 5 | 09/15/2021 | 23.9 | Verified |
| 6 | 09/16/2021 | 23.9 | Verified |
| 7 | 09/17/2021 | 23.9 | Verified |
| 8 | 09/18/2021 | 23.9 | Verified |
| 9 | 09/19/2021 | 23.9 | Verified |
| 10 | 09/20/2021 | 23.9 | Verified |
| 11 | 09/21/2021 | 23.9 | Verified |
| 12 | 09/22/2021 | 23.9 | Verified |
| 13 | 09/23/2021 | 23.9 | Verified |
| 14 | 09/24/2021 | 23.9 | Verified |
| 15 | 09/25/2021 | 23.8 | Verified |
| 16 | 09/26/2021 | 23.9 | Verified |
| 17 | 09/27/2021 | 23.9 | Verified |
| 18 | 09/28/2021 | 23.9 | Verified |
| 19 | 09/29/2021 | 23.9 | Verified |
| 20 | 09/30/2021 | 23.9 | Verified |
| 21 | 10/01/2021 | 23.9 | Verified |
| 22 | 10/02/2021 | 23.9 | Verified |
| 23 | 10/03/2021 | 23.9 | Verified |
| 24 | 10/04/2021 | 23.8 | Verified |
| 25 | 10/05/2021 | 23.9 | Verified |
| 26 | 10/06/2021 | 23.9 | Verified |
| 27 | 10/07/2021 | 23.9 | Verified |
| 28 | 10/08/2021 | 23.9 | Verified |
| 29 | 10/09/2021 | 23.9 | Verified |
| 30 | 10/10/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.