U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 20-00579-SVW |
| DEFENDANT | TYPE OF PROCESS |
| RICHARD AYVAZYAN | Forfeiture Order |

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA BRENT A. WHITTLESEY
321 North Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

21-FBI-001057
Please seize and secure the real propety located at 834 Calle la Primavera, Glendale California pending further order o the court.

Signature of Attorney other Originator requesting service on behalf of:
BRENT WHITTLESEY  Digitally signed by BRENT WHITTLESEY Date: 2021.09.29 15:28:26 -07'00'
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (213) 894-5421
DATE: 9/29/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 12 | | 9/30/2021 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 10/15/21   Time: 1210 ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy   31788

Costs shown on attached USMS Cost Sheet >>

REMARKS

SEIZED, INSPECTED/SECURED THE REAL PROPERTY PER THE INSTRUCTION.

LOG # 2705  ;  CAPTURE # 012-2:2020-CR-00579-2

Form USM-285
Rev. 03/21