**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** CR 20-00579-SVW |
| **DEFENDANT** RICHARD AYVAZYAN | **TYPE OF PROCESS** Forfeiture Order |

*CLERK, U.S. DISTRICT [COURT]*
*OCT 21 2021*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY [initials] DEPUTY*

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

AUSA BRENT A. WHITTLESEY
321 North Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

21-FBI-001056
Please seize and secure the real propety located at 4910 Topeka Dr., Tarzana, California 91356, pending further order o the court.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
BRENT WHITTLESEY  Digitally signed by BRENT WHITTLESEY Date: 2021.09.30 13:46:54 -07'00'
TELEPHONE NUMBER: (213) 894-5421
DATE: 9/29/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only for USM 285 if more than one USM 285 is submitted) | 1 | No. 12 | No. 12 | [signature] | 9/30/2021 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 10/8/21 | 3:35 | [X] pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: [signature]

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

SEIZED, INSPECTED AND SECURED THE REAL PROPERTY ON 10/8/2021.

LOG # 2704 ; CAPTURE # 012-2:2020-CR-00579-1

Form USM-285
Rev. 03/21