Ashwin J. Ram (SBN 227513)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>RICHARD AVYAZYAN, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20-CR-000579-SVW<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  **(List Documents)**

1. SENTENCING MEMORANDUM REGARDING RICHARD AYVAZYAN;
2. DECLARATION OF ASHWIN J. RAM IN SUPPORT OF SENTENCING MEMORANDUM REGARDING RICHARD AYVAZYAN, EXHIBITS A-D;
3. APPLICATION FOR LEAVE TO FILE SENTENCING MEMORANDUM REGARDING RICHARD AYVAZYAN AND RELATED DOCUMENTS UNDER SEAL; and
4. [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE SENTENCING MEMORANDUM REGARDING RICHARD AYVAZYAN UNDER SEAL.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 1, 2021
Date

Ashwin J. Ram
Attorney Name

Defendant Richard Ayvazyan
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING