JILBERT TAHMAZIAN; 143574
TAHMAZIAN LAW FIRM P.C.
1518 West Glenoaks Blvd.,
Glendale, CA 91201
Telephone: (818) 242-8201
Facsimile: (818) 242-8246
Attorney for Defendant,
ARMAN HAYRAPETYAN

**UNITED STATES DISCTRICT COURT**

**CENTERAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 20-579(A)-SVW-6 |
| vs. | **DEFENDANT'S REQUEST FOR RETURN OF HIS ARMENIAN PASSPORT** |
| ARMAN HAYRAPETYAN, | |
| DEFENDANT. | |

Defendant Arman Hayrapetyan, by and through his attorney, Jilbert Tahmazian, hereby requests that the Court allow Pre-Trial Services to return Mr. Hayrapetyan's Armenian passport to him. After the Honorable Judge Wilson issued the Court's judgement and commitment Mr. Hayrapetyan's passport remained in the custody of Pre-Trial Services. After contacting Supervisory Pre-Trial Services Officer Devona Gardner, my office learned that absent direct orders from the Court allowing for a defendant to repossess their passport, Pre-Trail Services cannot relinquish their possession of the passport. Accordingly, the defendant's Armenian passport is currently with Pre-Trial Services. Given that the submission of the passport was largely a bond condition, and

- 1 -

defendant has now been sentenced, Mr. Hayrapetyan respectfully requests that he be allowed to repossess his passport.

Defense Counsel caused an email to be sent to the Government seeking their position on this request. The Government expressed that they take no position on the defendant's passport and defer to Probation's handling of the matter.

Dated: November 10th, 2021

Respectfully Submitted,

BY: _____

JILBERT TAHMAZIAN,
Attorney for Defendant
ARMAN HAYRAPETYAN