JILBERT TAHMAZIAN, ESQ. [SBN 143574]
*[jilbert@jilbertlaw.com]*
**TAHMAZIAN LAW FIRM, P.C.**
1518 West Glenoaks Boulevard,
Glendale, CA 91201
818-242-8201
818-242-8246 Facsimile

Attorney for Defendant,
ARMAN HAYRAPETYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 20CR-00579-SVW |
| Plaintiff, | [PROPOSED ORDER] |
| vs. | |
| ARMAN HAYRAPETYAN | |
| Defendant. | |

**ORDER**

The Defendant has moved the Court for return of his Armenian passport. Having considered the request filed by the parties:

It is HEREBY ORDERED that:

The Defendant's Request for Return of his Armenian passport is GRANTED

//

//

1

The Court orders the following:

Pre-Trial Services shall return Arman Hayrapetyan's Armenian passport back to his possession.

Date: _____

Honorable Stephen V. Wilson
United States District Judge

2