TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:   Scott.Paetty@usdoj.gov
              Catherine.S.Ahn@usdoj.gov
              Brian.Faerstein@usdoj.gov

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>          v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>     "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>     "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan,",<br><br>    Defendants. | No. CR 20-579(A)-SVW-1-2-3<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR SUPPLEMENTAL STATEMENTS RE FORFEITURE / RESTITUTION FOR DEFENDANTS RICHARD AYVAZYAN, MARIETTA TERABELIAN, AND ARTUR AYVAZYAN<br><br>Hearing Date: December 6, 2021<br>Hearing Time: 11:00 a.m.<br>Location: Courtroom of the<br>          Hon. Stephen V. Wilson |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty, Catherine Ahn, and Brian Faerstein, and Department of Justice Trial Attorney Christopher Fenton; along with defendant Richard Ayvazyan ("R. Ayvazyan"), by and through his counsel of record, Ashwin J. Ram; defendant Marietta Terabelian ("Terabelian"), by and through her counsel of record, John Littrell and Ryan Fraser; and defendant Artur Ayvayzan ("A. Ayvayzan"), by and through his counsel of record Thomas Mesereau and Jennifer Wirsching (collectively, "defendants"), hereby stipulate as follows:

1.   On November 15, 2021, this Court conducted sentencing hearings for defendant R. Ayvayzan, defendant Terabelian, and defendant A. Ayvazyan.  The Court sentenced R. Ayvazyan to 17 years in custody, five years of supervised release, and a fine of $50,000; the Court sentenced Terabelian to 6 years (72 months) in custody, five years of supervised release, and a fine of $50,000; and the Court sentenced A. Ayvayzan to five years in custody (60 months) to be followed by a five-year period of supervised release.

2.   At the sentencing hearings for all three defendants, the Court stated that, as part of its ultimate judgment as to each defendant, it would order forfeiture and restitution but left open final determination as to these aspects of defendants' sentences pending supplemental briefing by the parties.  The Court set a hearing on these matters for three weeks from the date of the sentencing hearings, or December 6, 2021.

3.   The parties have met and conferred on a proposed schedule for supplemental briefing on forfeiture and restitution.

4. Accordingly, by this stipulation, the parties jointly propose the following briefing schedule for the Court's consideration:

    a. November 24, 2021 – Government's Supplemental Statement on Forfeiture and Restitution; and

    b. December 1, 2021 – Defendants' Supplemental Statements on Forfeiture and Restitution, if any.

IT IS SO STIPULATED.

Dated: November 22, 2021    Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

    /s/
SCOTT PAETTY
CATHERINE AHN
BRIAN FAERSTEIN
Assistant United States Attorneys
CHRISTOPHER FENTON
Trial Attorney, Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 22, 2021    */s/ with email authorization*
ASHWIN J. RAM
Attorney to Defendant RICHARD AYVAZYAN

Dated: November 22, 2021    */s/ with email authorization*
JOHN LITTRELL
RYAN FRASER
Attorneys to Defendant MARIETTA TERABELIAN

Dated: November 22, 2021

                              */s/ with email authorization*
THOMAS MESEREAU
JENNIFER WIRSCHING
Attorneys to Defendant ARTUR AYVAZYAN