TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:   Scott.Paetty@usdoj.gov
               Catherine.S.Ahn@usdoj.gov
               Brian.Faerstein@usdoj.gov

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>     "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>     "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan,",<br><br>      Defendants. | No. CR 20-579(A)-SVW-1-2-3<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUPPLEMENTAL STATEMENTS RE FORFEITURE / RESTITUTION FOR DEFENDANTS RICHARD AYVAZYAN, MARIETTA TERABELIAN, AND ARTUR AYVAZYAN<br><br>Hearing Date: December 6, 2021<br>Hearing Time: 11:00 a.m.<br>Location: Courtroom of the<br>          Hon. Stephen V. Wilson |

The Court has read and considered the Stipulation Regarding Briefing Schedule for Supplemental Statements Re Forfeiture / Restitution for Defendants Richard Ayvazyan, Marietta Terabelian, and Artur Ayvazyan (the "Stipulation"), filed by the parties in this matter on November 22, 2021.  The Court hereby adopts the briefing schedule set forth in the Stipulation, which the Court incorporates by reference into this Order.  Accordingly, in connection with the December 6, 2021 hearing date in this proceeding, the Court hereby sets the following schedule for the supplemental filings specified below:

    a.   November 24, 2021 – Government's Supplemental Statement on Forfeiture and Restitution; and

    b.   December 1, 2021 – Defendants' Supplemental Statements on Forfeiture and Restitution, if any.

IT IS SO ORDERED.

_____       _____
DATE                                          HONORABLE STEPHEN V. WILSON
                                                  UNITED STATES DISTRICT JUDGE