UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.   2:20-cr-00579-SVW                                    Date: November 15, 2021

Present: The Honorable:   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

|  |  |  |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | Daniel Boyle<br>Christopher Fenton<br>Scott Paetty<br>Catherine Ahn<br>Brian Faerstein |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Richard Ayvazyan |  | X | Ashwin J. Ram<br>Nicholas P. Silverman | X |  |  | N/A |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT   Con\_\_\_ed   Non [X] identiary
Day \_\_\_ (if continued from a prior hearing date)

- [ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   \_\_\_ Refer to separate Judgment Order.
- [ ] Imprisonment for \_\_\_ years/months on each of count(s) _____
  Count(s) _____ concurrent/consecutive to count(s) _____
- [ ] Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
- [ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- [ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
- [ ] \_\_\_ years/months Supervised Release/Probation imposed on count(s) _____
  consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  - [ ] Perform \_\_\_ hours of community service.   [ ] Pay \_\_\_ fine amounts & times determined by P/O.
  - [ ] Serve \_\_\_ in a CCC/CTC.   [ ] Make $\_\_\_ restitution in amounts & times determined by PO.
  - [ ] Participate in a program for treatment of narcotic/alcohol addiction.
  - [ ] Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  - [ ] Other conditions: _____
- [ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- [ ] Pay $\_\_\_ per count, special assessment to the United States for a total of $ _____
- [ ] Imprisonment for \_\_\_ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within \_\_\_ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
- [ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [ ] Defendant informed of right to appeal.
- [ ] ORDER sentencing transcript for Sentencing Commission.   [ ] Processed statement of reasons
- [ ] Bond Exonerated   [ ] upon surrender   [ ] upon service of _____
- [ ] Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- [ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
- [ ] Issued Remand/Release # _____
- [ ] Present bond to continue as bond on appeal.   [ ] Appeal bond set at $ _____
- [ ] Filed and distributed judgment. ENTERED.
- [ ] Other _____

cc:

                                                                    1 : 00
                                         **Initials of Deputy Clerk**   PMC