1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

18                    UNITED STATES DISTRICT COURT

19                FOR THE CENTRAL DISTRICT OF CALIFORNIA

20 | UNITED STATES OF AMERICA,           | No. CR 20-579(A)-SVW-1-2-3
21 |         Plaintiff,                  | ORDER REGARDING BRIEFING SCHEDULE
   |                                     | FOR SUPPLEMENTAL STATEMENTS RE
22 |      v.                             | FORFEITURE / RESTITUTION FOR
   |                                     | DEFENDANTS RICHARD AYVAZYAN,
23 | RICHARD AYVAZYAN,                   | MARIETTA TERABELIAN, AND ARTUR
   |   aka "Richard Avazian" and         | AYVAZYAN
24 |       "Iuliia Zhadko,"              |
   | MARIETTA TERABELIAN,                | Hearing Date: December 6, 2021
25 |   aka "Marietta Abelian" and        | Hearing Time: 11:00 a.m.
   |       "Viktoria Kauichko,"          | Location: Courtroom of the
26 | ARTUR AYVAZYAN,                     |           Hon. Stephen V. Wilson
   |   aka "Arthur Ayvazyan,",           |
27 |                                     |
   |         Defendants.                 |
28

The Court has read and considered the Stipulation Regarding Briefing Schedule for Supplemental Statements Re Forfeiture / Restitution for Defendants Richard Ayvazyan, Marietta Terabelian, and Artur Ayvazyan (the "Stipulation"), filed by the parties in this matter on November 22, 2021.  The Court hereby adopts the briefing schedule set forth in the Stipulation, which the Court incorporates by reference into this Order.  Accordingly, in connection with the December 6, 2021 hearing date in this proceeding, the Court hereby sets the following schedule for the supplemental filings specified below:

    a.    November 24, 2021 – Government's Supplemental Statement on Forfeiture and Restitution; and

    b.    December 1, 2021 – Defendants' Supplemental Statements on Forfeiture and Restitution, if any.

IT IS SO ORDERED.

December 1, 2021
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2