Thomas A. Mesereau Jr.,
Mesereau Law Group P.C.
10100 Santa Monica Blvd. Suite 300
Los Angeles, CA 90067
310-651-9960
mesereau@mesereaulaw.com

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Rd, Suite 216
Glendale, CA 91208
424-902-9280
wirschinglaw@outlook.com

Counsel for Artur Ayvazyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR AYVAZYAN<br><br>Defendant. | Case No. 20CR-00579-SVW<br><br>**ARTUR AYVAZYAN'S JOINDER IN RICHARD AYVAZYAN'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING STATEMENT (DKT. NO. 1178)** |

**JOINDER**

Artur Ayvazyan, by and through counsel, hereby join in Richard Ayvazyan's Response to Government's Supplemental Sentencing Statement (as to sections I and IV(3) only.) As to the issue of restitution, the findings of the Court at both Richard Ayvazyan's sentencing and Artur Ayvazyan's sentencing are the same, as is all applicable law.

Dated: December 1, 2021                                    Respectfully submitted,

| | |
|---|---|
| 1 | |
| 2 | */s/ Jennifer J. Wirsching*<br>Jennifer J. Wirsching |
| 3 | Counsel for Artur Ayvazyan |

JOINDER