TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
    1100/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6527/2424/3819
    Facsimile: (213) 894-6269/0141
    E-mail:    Scott.Paetty@usdoj.gov
                 Catherine.S.Ahn@usdoj.gov
                 Brian.Faerstein@usdoj.gov

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue NW, 3rd Floor
    Washington, DC 20530
    Telephone: (202) 320-0539
    Facsimile: (202) 514-0152
    E-mail:    Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW-1-2-3 |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST TO DISMISS INDICTMENT (ECF 32) AS AGAINST DEFENDANTS RICHARD AYVAZYAN, MARIETTA TERABELIAN, AND ARTUR AYVAZYAN PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| RICHARD AYVAZYAN,<br>  aka "Richard Avazian" and<br>    "Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>  aka "Marietta Abelian" and<br>    "Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>  aka "Arthur Ayvazyan,", | PROPOSED ORDER FILED CONCURRENTLY |
| Defendants. | |

1    Plaintiff United States of America, by and through its counsel
2    of record, the United States Attorney for the Central District of
3    California and Assistant United States Attorneys Scott Paetty,
4    Catherine Ahn, and Brian Faerstein, and Department of Justice Trial
5    Attorney Christopher Fenton, hereby requests pursuant to Federal Rule
6    of Criminal Procedure 48(a), and by leave of the Court, to dismiss
7    the initial indictment in the above-captioned case (ECF 32), as
8    against defendants Richard Ayvazyan, Marietta Terabelian, and Artur
9    Ayvazyan.

10    In support of this request, the government states as follows
11    based on the files and records in this case:

12    1.   On November 17, 2020, a federal grand jury returned a 12-
13    count indictment against defendants Richard Ayvazyan, Marietta
14    Terabelian, Artur Ayvazyan, and Tamara Dadyan (hereinafter the
15    "Initial Indictment").  (ECF 32.)

16    2.   On March 9, 2021, the grand jury returned a 33-count first
17    superseding indictment against the original four defendants along
18    with new defendants Manuk Grigoryan, Arman Hayrapetyan, Edvard
19    Paronyan, and Vahe Dadyan (hereinafter the "First Superseding
20    Indictment").  (ECF 154.)

21    3.   On November 15, 2021, defendants Richard Ayvazyan,
22    Marietta Terabelian, and Artur Ayvazyan were sentenced by the Court
23    following their convictions at trial.  (See ECF 644, 1166, 1169.[1])

24    4.   At the conclusion of the November 15, 2021 sentencing
25    hearing, the government did not request leave of Court to dismiss the
26    Initial Indictment as to defendants Richard Ayvazyan, Marietta

27
28    [1] The Court's minute entry for defendant Artur Ayvazyan's
sentencing hearing has not yet been entered on the ECF docket.

Terabelian, and Artur Ayvazyan.  Because the government proceeded to trial against these three defendants on the charges in the First Superseding Indictment (ECF 154), and the defendants were convicted of charges alleged in the First Superseding Indictment, the government hereby requests leave of Court to dismiss, pursuant to Federal Rule of Criminal Procedure 48(a), the charges in the Initial Indictment (ECF 32) as against defendants Richard Ayvazyan, Marietta Terabelian, and Artur Ayvazyan.

Dated: December 2, 2021          Respectfully submitted,

                                 TRACY L. WILKISON
                                 United States Attorney

                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 SCOTT PAETTY
                                 CATHERINE AHN
                                 BRIAN FAERSTEIN
                                 Assistant United States Attorneys
                                 CHRISTOPHER FENTON
                                 Department of Justice Trial Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

3