1         UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3          HONORABLE STEPHEN V. WILSON

4       UNITED STATES DISTRICT JUDGE PRESIDING

5                  – – –


6
United States of America,          )
7                    PLAINTIFF,     )
                                    )
8    VS.                            )   NO. CR 20–579 SVW
                                    )
9    Richard Ayvazyan, et al.,      )
                      DEFENDANT,    )
10   _____)

11

12


13      REPORTER'S TRANSCRIPT OF PROCEEDINGS

14          LOS ANGELES, CALIFORNIA

15         MONDAY, NOVEMBER 15, 2021

16

17

18    _____

19        KATIE E. THIBODEAUX, CSR 9858
          U.S. Official Court Reporter
20               Suite 4311
            350 West 1st Street
21          Los Angeles, CA  90012

22

23

24

25

```
1    APPEARANCES OF COUNSEL:

2

3    ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

4    U.S. DEPARTMENT OF JUSTICE
     U.S. ATTORNEY'S OFFICE
5    BY: CATHERINE SUN AHN, AUSA
     -and- SCOTT PAETTY, AUSA
6    -and- BRIAN FAERSTEIN, AUSA
     -and- DAN BOYLE, AUSA
7    312 North Spring Street
     Twelfth Floor
8    Los Angeles, CA  90012

9    -and-

10   Christopher Fenton
     US Department of Justice
11   1400 New York Avenue, NW
     Washington, DC 20530
12

13
     FOR DEFENDANT R. AYVAZYAN:
14
     Ashwin J. Ram
15   Steptoe and Johnson LLP
     633 West 5th Street
16   Suite 1900
     Los Angeles, CA 90071
17

18   Nicholas P. Silverman
     Steptoe and Johnson LLP
19   1330 Connecticut Avenue NW
     Washington, DC 20036
20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 15, 2021

 2                          11:46 A.M.

 3                          - - - - -

 4

 5

 6

 7            THE CLERK:  Item 3, CR 20-579-SVW, United States

 8    of America versus Richard Ayvazyan.

 9              Counsel, please state your appearances.

10            MR. FENTON:  Good afternoon, your Honor.

11    Christopher Fenton, Catherine Ahn, Scott Paetty, Brian

12    Faerstein and Dan Boyle for the United States.

13            MR. RAM:  Good morning, your Honor.  Ashwin Ram

14    and Nick Silverman on behalf of Richard Ayvazyan who is

15    not present.

16            THE COURT:  And this, of course, is the time for

17    sentencing.  The Court did previously issue an order

18    regarding sentencing this defendant in abstentia, and the

19    facts in that order, in the Court's view, amply suffice

20    sentencing in abstentia.

21              Now, there is an update that the Court

22    received just recently, and that is pretrial services was

23    informed on November 9th of this year that there was a

24    request for emergency passports submitted by defendant's

25    children, Daniel, Juliana and Robert Ayvazyan to Armenia.
```

```
 1    And the passports were not issued, and, in the Court's

 2    view, that further supports the view that the defendants

 3    are not going to willingly appear.  So that was just to

 4    amplify the record.

 5               Now, we will turn to the matter of sentencing.

 6    The first item, of course, is an assessment of the

 7    guidelines, and I have spent substantial time reviewing.

 8    I noticed one thing.  It may be an oversight or there may

 9    be a reason for it, but there is a two-level adjustment

10    for being convicted of money laundering.  And that is a

11    part of the enhancements of other defendants but not

12    Richard Ayvazyan.

13               Is that an oversight, or is there some reason

14    for that?

15         MR. FENTON:  Your Honor, may I take the podium?

16         THE COURT:  Yes.

17         MR. FENTON:  This is Christopher Fenton.  Thank

18    you, your Honor.

19               The government's understanding is that

20    probation when it did its grouping analysis determined

21    that the grouping for the fraud count was higher than the

22    grouping for money laundering so 2B was higher than 2S

23    based on the conclusion that Richard Ayvazyan was a

24    leader and an organizer with respect to the fraud, but

25    they did not make the same determination with respect to
```

1   money laundering.

2          The government's position is that there are

3   certainly facts to support an aggravated role enhancement

4   with respect to both conspiracies, but, in the sentencing

5   submission that we submitted to the Court, the government

6   deferred to probation's ultimate conclusion with respect

7   to the plus four for the 4 and the subsequent

8   determination that the grouping should be under 2B not

9   2S.

10         THE COURT:  All right.  You have explained what I

11  observed.

12         The parties have fully briefed their

13  respective positions on the guidelines.  Unless there is

14  any further comment, I am prepared to tell you what my

15  conclusions are regarding the guidelines.

16         MR. SILVERMAN:  We would like to be heard briefly

17  in response to the government's submission of I believe

18  it was November 10th.

19         THE COURT:  All right.

20         MR. SILVERMAN:  Specifically, your Honor, as to

21  the loss enhancement of -- we had advocated for

22  $1.14 million, and there are really two reasons that we

23  have thrown up, but there are -- it is the clear and

24  convincing evidence standard and the methodology that was

25  used to calculate the loss enhancement for codefendants,

1    specifically Manuk Grigoryan.  And the government

2    responded to that sort of stating that we were incorrect

3    in what methodology was used to calculate Mr. Grigoryan's

4    enhancement.

5            So we wanted to make clear for the record that

6    we do believe the government limited that loss

7    enhancement to just some of the loans that were received

8    as proceeds and not all the loans that were submitted or

9    received by people that Mr. Grigoryan was directly

10   overseeing.

11           So, specifically, if you look at the Sabala

12   Construction and Hart Construction companies that were

13   run by Mr. Hayrapetyan and Mr. Grigoryan, those were not

14   included in Mr. Grigoryan's loss enhancement, I assume,

15   because he did not directly receive those proceeds.  But

16   they are somehow included in Mr. Ayvazyan's loss

17   enhancement even though Mr. Hayrapetyan testified that he

18   did not know Mr. Ayvazyan.

19           If you look at the dental, the Sauza Dental

20   practice.  That is four loans totaling $730,000 that were

21   submitted and received into accounts run by Arman

22   Hayrapetyan and Manuk Grigoryan, not included as to

23   Grigoryan, but the government proposes to include them as

24   to Mr. Ayvazyan.

25           And, then, if you look at Marco Rivas was one

1    loan that stood out to me on the chart that the

2    government provided because the entire explanation for

3    its inclusion was that the bank account of Mr. Rivas

4    linked to Anton Kudiomov, an alias used by Mr. Grigoryan,

5    and that loan was somehow included in the loss

6    enhancement for Mr. Ayvazyan but not for Mr. Grigoryan.

7         And so the defense stands by its request for a

8    loss enhancement of $1.14 million.  We don't think that

9    there is clear and convincing evidence or much evidence

10   at all to establish Mr. Ayvazyan's responsibility for

11   those other loans, and we think it would be a trial

12   penalty to impose a different methodology on him than has

13   been imposed on his codefendant.

14        THE COURT:  I am not going to respond directly to

15   all your points, but your premise is not well taken.  The

16   Valle case, V-A-L-L-E, the recent Ninth Circuit, does not

17   support your position that clear and convincing evidence

18   is required.  In fact, if you read the Valle case itself

19   and look at the footnotes, the Ninth Circuit limits its

20   conclusion to that case and notes that in mail fraud

21   cases in conspiracies, the law is otherwise, but that is

22   with regard to your premise.

23        Anything else before I do my calculation on

24   the guidelines?

25        MR. SILVERMAN:  Yes, your Honor.  There were

1   several other enhancements the government had advocated

2   for in their submission that we wanted to respond to

3   briefly.

4              THE COURT:  Okay.  Go ahead.

5              MR. SILVERMAN:  Your Honor, the government

6   advocated for a 10 or more victims enhancement based on

7   the bank victims in this case.

8              THE COURT:  I understand that enhancement well,

9   and you need not expand on it very much.

10             MR. SILVERMAN:  Okay, your Honor.  I just wanted

11  to address the case law cited by the government

12  specifically.

13             THE COURT:  You mean the Pham case?

14             MR. SILVERMAN:  Yes, your Honor.

15             THE COURT:  I have read the Pham case.

16             MR. SILVERMAN:  Then you are aware of the only

17  distinction I was going to make there.

18             THE COURT:  Yes.

19             MR. SILVERMAN:  As to the access device

20  enhancement that the government has sought to apply

21  pursuant to 2B1.1(b)(11), the government cites the

22  Ovsepian case.

23             THE COURT:  I am not going to give that

24  enhancement.

25             MR. SILVERMAN:  As to the role in the offense

1    adjustment, your Honor, the government argued primarily

2    that Mr. Ayvazyan received the lion's share of the

3    proceeds.  As we have explained, we think 1.14 million is

4    the correct amount, but the one response to the

5    government's submission that I wanted to make sure was on

6    the record is that the government bases this lion's share

7    argument on the receipt of $3.25 million in the form of a

8    house, but only $600,000 of that was traceable to the

9    offense.  If you look at the amount that actually came

10   from loans, Mr. Ayvazyan did not receive the lion's share

11   of the proceeds or more proceeds than his codefendants.

12       THE COURT:  I don't recall any evidence about any

13   of the other coconspirators receiving any of the

14   proceeds.

15       MR. RAM:  Your Honor, in terms of where the

16   proceeds ended up, if you look at the very first loan on

17   the government's chart, the proceeds from that loan, much

18   of them ended up in an account belonging to a health care

19   company belonging to the Grigoryan family, the same

20   account that received a lot of the Runyan Tax money.

21         The government didn't submit much evidence

22   about the proceeds beyond what we have conceded or said

23   would be the most that is shown as to going to

24   Mr. Ayvazyan.  However, it is the government's burden to

25   establish that he received the lion's share of the

1    proceeds, and it is inconsistent with both the evidence

2    and the facts to make that assertion in this case.

3          THE COURT:  I see.  All right.

4          MR. SILVERMAN:  I think that was the last as to

5    guidelines.  We would like to be heard on the 3553(a)

6    factors before sentence is over.

7          THE COURT:  I am not even getting to that.  I am

8    taking this in stages.

9          The first stage is to have the parties

10   understand what the Court's assessment is of the

11   guidelines, and, then, we will get to the 3553(a) factors

12   and any other factors that relate to the most appropriate

13   sentence.  So this is just Phase I.

14         So on the point that counsel has just made, do

15   you wish to make a brief response?

16         MR. FENTON:  Yes, your Honor.  With respect to the

17   argument about the lion's share.  The lion's share, who

18   gets the lion's share of the proceeds is one factor of

19   many that is used to determine the leader, organizer

20   enhancement.

21         So, even if it were not the case that

22   Mr. Richard Ayvazyan received the lion's share, that

23   enhancement, that adjustment would still be applicable

24   here for all of the reasons in our submission.

25         But the facts clearly establish that

```
 1    Mr. Richard Ayvazyan did get the lion's share, and I
 2    think the best exhibit that the government put in at
 3    trial is Government Exhibit 115.  That exhibit shows how
 4    the money is flowing from the loans to the houses that
 5    were purchased both for Mr. Ayvazyan and his wife, also
 6    the houses that were purchased for his wife's family as
 7    well which is certainly a benefit for Richard Ayvazyan.
 8         And, then, also, the many other things that
 9    they purchased which include securities and furniture and
10    diamonds and jewelry and watches, all of this is detailed
11    greatly in Government Exhibit 115, and I think shows that
12    Mr. Richard Ayvazyan was certainly receiving the lion's
13    share of the proceeds of this fraud.
14         And even if he wasn't spending it because this
15    is a critical point that I think the defense is ignoring
16    here.  He was in control of it.  And that is what the
17    evidence shows especially Government Exhibit 10 which
18    shows that Ayvazyan is directing the flow of funds with
19    respect to the proceeds.  So he has control over that
20    money.  What they were really saying is that he only
21    spent a certain portion of it, but the amount he spent is
22    not a factor for any purpose particularly not with
23    respect to whether or not he should be -- the leader,
24    organizer role should apply here.
25         THE COURT:  Okay.  All right.
```

1          Then, this is the Court's -- you can be seated

2    if you wish.

3          This is the Court's assessment of the

4    guidelines:  Richard Ayvazyan is responsible for any

5    foreseeable, reasonably foreseeable losses stemming from

6    the counts of conviction, and defendant's -- the Court is

7    rejecting defendant's argument that he is just

8    responsible for what came to him or what loans he was

9    involved in.

10          And so the first guideline assessment is the

11   amount of the loss.  And the guidelines say that the base

12   offense level is 7, and then there are enhancements for

13   the amount of the loss.  The two lines that are relevant

14   here are the 1.5 million line which I think has a plus 16

15   enhancement and the 9.5 million line which has a 20 level

16   enhancement.

17          The Court concludes that the guideline it is

18   going to use for loss is the plus 16.  That is the loss

19   was more than 1.5 million.  I base that upon the summary

20   witness, MaryLee Robinson, Exhibit 115, Exhibit 1 to

21   Catherine Ahn's declaration and my familiarity with the

22   evidence in this case which I think is especially evident

23   from the Kastegar order I issued.

24          This is not -- you may be seated.

25          This is not to say that the government's

1    arguments regarding a loss of greater than 9.5 are not

2    without some merit.  And, as I said before, the

3    government in my view doesn't have to prove that by clear

4    and convincing evidence.  It could by preponderance, and

5    I recognize, again, that the government's position in

6    that regard is not without merit in that they might even

7    be able to show by clear and convincing evidence that it

8    was more than 9.5.  But for purposes of my calculation

9    using 1.5 because the evidence at trial itself showed

10   substantially more than that, I think something like 2 or

11   close and —— and Exhibit 115 there are over $4 million in

12   loans.  So that is my calculation there.

13           So that would mean that the base offense level

14   of 7 is then enhanced by 16 levels to 23.  I am going to

15   apply the two point enhancement for sophisticated means,

16   the two point enhancement for obstruction.  In light of

17   what was said moments ago, I am not going to include the

18   plus two for conviction of money laundering.

19           I am not going to include the plus 2 for

20   vulnerable victim.  I have read the cases the government

21   cited.  They are not analytical cases.  One is an

22   unpublished opinion, and here, the deceased person is the

23   father of, late father of defendant Mary Terabelian.  And

24   the thinking in some of these cases seems to be that the

25   decedent him or herself can't be the vulnerable person,

1    but the family of the decedent could be.  Here, we have a

2    peculiar situation that it was the daughter of the

3    decedent who used his identity three days after he died.

4            I understand that there may be other family

5    members, but I am not convinced by the case law as it is

6    that there is a firm footing for vulnerable victim so I

7    am not going to apply that.

8            With regard to 10 or more victims, I am not

9    going to apply that either.  I understand the factual

10   basis for the Pham case, but, in this case, there is

11   something different, and that is the nature of the

12   program itself.

13           From the evidence at the trial, the banks

14   entered into the program as not total conduits but with

15   the representation from the SBA and other agencies that

16   they would be reimbursed, and I think that makes this

17   case different.  The only bank that there was some

18   evidence with respect to of a collateral consequence was

19   the Celtic Bank.  And that doesn't constitute 10 or more.

20   So, on that basis, I am rejecting the 10, the enhancement

21   for 10 or more victims.

22           That gets to the issue of the organizer or

23   leader, and, in that regard, I am imposing the four level

24   enhancement because following the evidence in the case as

25   I did closely as should be evident by the trial record

1   itself, Richard Ayvazyan clearly was the leader.   And

2   that is confirmed to me by the evidence at the trial, the

3   text messages between him and Tamara Dadyan, Grigoryan's

4   plea agreement where he said that he took his

5   instructions from Richard Ayvazyan, the overlapping

6   documents and information across loans.   He was a leader

7   in sharing documents and information across the

8   conspiracy, and the benefits that were detailed at the

9   trial largely flow to him and his wife.

10          So there were more than five people involved

11  in the enterprise, and, in that regard, I am relying in

12  large part upon the factors in application note 4 to

13  2B1.1.   And, in that regard, in United States versus

14  Barnes, 993 F.2d, 680, Ninth Circuit, 1993, the Ninth

15  Circuit held that a four level enhancement can be applied

16  when the criminal enterprise as a whole includes five or

17  more participants even if the defendant did not

18  personally exercise authority over at least five others.

19          Here, the evidence at trial showed clearly

20  that he exercised authority and leadership over Mary

21  Terabelian, Grigoryan and Dadyan, Tamara Dadyan.   It may

22  not be five, but, under my reading of the case, it still

23  qualifies for a four level enhancement.

24          So that would mean that the calculation is 23

25  for the loss, 2 for sophisticated means, 2 for

1    obstruction, 4 for organizer and leader.  That would come

2    to a level 31 with an offense -- with a criminal history

3    category of 1.  And I looked it up, and I thought the

4    guideline range there was 108 to -10 to 138.

5              What is the guideline range there?

6         MR. SILVERMAN:  108 to 135, your Honor.

7         THE COURT:  135.  Okay.  So that is the starting

8    point in my guideline analysis for Richard Ayvazyan, and,

9    as I said, that is the starting point for discussion.

10             And, now, I will hear from the parties

11   regarding the proper application of the sentencing

12   factors and any other arguments that they wish to make.

13        MR. FENTON:  Your Honor, can I make a brief point

14   on the sentencing guideline calculation?

15        THE COURT:  Yes.

16        MR. FENTON:  The first point is that in the

17   sentencing hearing for Vahe Dadyan, the Court found that

18   the loss amount that should apply is the entire amount of

19   the conspiracy.

20        THE COURT:  I probably made a mistake.

21        MR. FENTON:  Okay.  The second point I wanted to

22   make was that based on the Court's findings with respect

23   to the guidelines calculation, the government believes

24   that the plus two for money laundering should also apply

25   because that money laundering would then be the highest

```
 1    grouping --

 2          THE COURT:  I am not going to do that.  I mean,

 3    that is my calculation.  There are a lot of moving parts

 4    here, and that is my best judgment.  I have taken a very

 5    conservative view of the calculation.  It may to some

 6    extent draw -- strike that.  Go ahead.

 7          MR. SILVERMAN:  Yes, your Honor.  May I take the

 8    podium?

 9          THE COURT:  Yes.  Yes.

10          MR. SILVERMAN:  Your Honor, I am not going to

11    repeat all the comparisons that we had in our brief.  I

12    understand in your prior sentencings that you read all

13    submissions and do not want attorneys to repeat

14    themselves.

15          THE COURT:  I do reed everything.  You can be

16    assured of that.  But this is, you know, your

17    opportunity, and, if there is some point you want to

18    emphasize or any other arguments, I don't want to

19    foreclose those.  But, again, if you just say what you

20    said in your papers, you can be assured that I read it.

21          MR. SILVERMAN:  Yes, your Honor.

22               So I will attempt to focus on what the

23    government has said and what I think is the one or two

24    most important things for the Court to consider in making

25    its decision today.  Your Honor, we advocate still for a
```

1    72-month sentence, a variance from the guidelines range,

2    largely because of the precedent of sentences around the

3    country for similarly situated defendants.

4         And one thing I wanted to emphasize here is

5    that we are not taking all PPP loan fraud defendants.  It

6    was solely those who were convicted of large PPP loan

7    fraud schemes involving $1 million or more.  A sentence

8    of 72 months would put Mr. Ayvazyan towards the very

9    upper end of that greater than 20 of the 22 defendants

10   including several that we summarized in our papers that I

11   believe are more culpable than Mr. Ayvazyan.

12        And the one fact I wanted to add to the

13   summaries in the papers was that of Dinesh Sah the man

14   who was sentenced to 135 months, one fact we had omitted

15   is he was sending the money out of the country so that

16   the government would not be able to recover it.

17        The government responded that we missed the

18   point by focusing on the sentences that have been

19   received by similarly situated defendants citing United

20   States v. Treadwell, and I just wanted to look at

21   Treadwell and specifically the argument it rejected in

22   that case.  In that case the defendant pointed to the

23   sentence of John Rigas, a Ponzi schemer defrauded people

24   out of $200 million, and was sentenced to 15 years in

25   prison and argued that his sentence was unreasonable as a

1  result of Mr. Rigas'.  And the Ninth Circuit rejected

2  that and said you cannot point to a specific criminal

3  defendant convicted of a different fraud, and it recited

4  in its lauding of the guidelines for their ability to

5  reduce disparities many of the same sources that we

6  cited.  They cited Gall and Rita, talking about how the

7  guidelines were put in position or put in place, rather,

8  to ensure that similarly situated defendants received

9  similar justice.

10          And I think, with respect, the government

11  misses the point here in that this is not a case like

12  Treadwell where we are citing different defendants

13  convicted of different frauds.  We are in that rare

14  instance where we can look at substantially all

15  defendants who have been convicted of similar fraud.

16          Now, your Honor, in terms of the other 3553(a)

17  factors, I do think that it is important to note, as my

18  co-counsel noted to me this morning, Mr. Ayvazyan's

19  father passed away at the age of 55.  Mr. Ayvazyan is 43.

20  A substantial sentence over 72 months does bear a real

21  risk of being a life sentence in this case.  We cited in

22  our papers to a study about the effect of serving time in

23  prison on life expectancy.  I don't think it is

24  controversial to say that life expectancy decreases when

25  you are in prison.

1          But, ultimately, this case comes down to what

2   sentence meets with the parsimony principle, what

3   sentence is the least that will be sufficient.  And I

4   think that is where this precedent from around the

5   country comes in handy.  It is multiple judges just like

6   you have sat there and dealt with facts like this, some

7   worse, some better, and come to the conclusion that

8   approximately 72 months in prison is sufficient, is no

9   greater than necessary.

10         And we ask that you come to that conclusion as

11  well.

12         THE COURT:  All right.  Thank you.

13         Does the government have any response?

14         MR. FENTON:  Thank you, your Honor.

15         At one of our recent sentencing hearings your

16  Honor referred to this case as a horrendous fraud, and

17  the defendant here is the most culpable participant of

18  this horrendous fraud.  He was the leader.  He was the

19  organizer, and I think that the evidence shows, the

20  evidence is overwhelming.  It shows a real insight into

21  how he saw this opportunity, how he saw the national

22  catastrophe and how he saw that as an opportunity to

23  steal relief funds necessary for the people who needed

24  that money to survive.

25         This case is not like the other cases that

1 defense points to.  If you look at the Sah case, for

2 example, there, the defendant in that case pleaded

3 guilty.  He accepted responsibility for what he did.  He

4 pleaded guilty to a wire fraud count and a money

5 laundering count.  And he is in jail serving time.

6    Here, Richard Ayvazyan fled after making

7 repeated assurances to the Court.  In the Saw case, there

8 were 15 fraudulent applications.  Here, there were dozens

9 of fraudulent applications, nearly 140 that Mr. Ayvazyan

10 is responsible for.  In the Saw case, those applications

11 were submitted under the names of various businesses that

12 he owned or controlled.

13    Here, Mr. Ayvazyan stole the identities of

14 foreign exchange students, elderly local business people,

15 deceased people that extended beyond his father in law to

16 include other people as well and a local attorney Olaf

17 Lansgaard among others.  And while your Honor did not

18 find that was sufficient to support the vulnerable victim

19 enhancement, it is nevertheless a relevant consideration

20 under the 3553 factors.

21    Mr. Ayvazyan is the type of criminal who takes

22 names of decreased people and uses that within days of

23 them dying to stuff jewels into his pockets, to buy

24 mansions.  That is a significant fact.  That sets this

25 case apart from other cases.

1          The Saw case, in the Saw case, there were

2    eight different lenders.  Here, there were more, and, in

3    that case, the amounts were comparable.  Mr. Saw was

4    sentenced to over 11 years, 135 months.  Here, the

5    guidelines range would put the top end of the range the

6    135 months plus, in addition to that, there is an

7    aggravated identity theft count, 24 months, that are

8    mandatory and need to run consecutive to whatever

9    sentence the Court imposes based on the guidelines.

10          And I would also call the Court's attention to

11   its recent sentence in the case involving Troy Stroud

12   where the Court sentenced Mr. Stroud to 162 months, and,

13   again, he pleaded guilty, he accepted responsibility for

14   what he did.  That case involved only $1 million in small

15   business loans.  And he had conducted a series of

16   transactions of names, companies that, again, he

17   controlled, companies that he didn't steal identities

18   like Mr. Ayvazyan.  He actually controlled those

19   companies himself.  So these are significant sentences,

20   135 months, 162 months in cases that are egregious but

21   not nearly as horrendous as Richard Ayvazyan did in this

22   matter.

23          So, for those reasons, the government would

24   argue for a top end of the guidelines range plus the 24

25   months mandatory to run consecutive.

1        THE COURT:  And your recommendation is --what was

2   it, again, the final?

3        MR. FENTON:  The recommendation based on the

4   Court's current guidelines calculation, our

5   recommendation would be 159 months:  The 135 which is top

6   end of the guidelines range plus 24 mandatory minimum.

7        THE COURT:  The guidelines were, as you argued,

8   you argued for the top level too.  I mean, that seems to

9   be a pattern the government takes, and it isn't as

10  helpful to the Court as a more nuanced view.  But I

11  understand your position.

12            All right.  Thank you.

13       MR. FENTON:  Thank you, your Honor.

14       THE COURT:  All right.

15       MR. SILVERMAN:  Your Honor, if I may be heard just

16  briefly.  I omitted one note that I should have raised.

17       THE COURT:  Please go ahead.

18       MR. SILVERMAN:  Your Honor, the defense is also

19  requesting that any sentence be imposed to be served

20  concurrently with the state sentence.  The government was

21  able to offer evidence at trial under the argument that

22  the -- that the identities used in the state scheme

23  formed the assembly line of fraud that was used here, and

24  that they were part of a common scheme.  That makes

25  concurrent sentences mandatory under 5G1.3, I believe.

1    Yes.

2            And just, Mr. Fenton, while he was up here,

3    said that Sah did not steal identities to perform his PPP

4    loan fraud.  He did.  He used five different people's

5    identities in businesses without their consent.  It is

6    noted in the sentencing papers in that case.  I think

7    this case is far more similar to the 60 months imposed on

8    Hoss(Phon.) and Brown for an array of both identity theft

9    and PPP loan fraud and the 70 or 72 months or 73 months,

10   pardon me, that were imposed on Michael Moller who we

11   summarized in our papers.

12           Thank you.

13       THE COURT:  All right.  Thank you.

14           Any legal cause why this sentence should not

15   now be imposed?

16       MR. RAM:  Just standing on our earlier objections

17   to the abstentia sentencing but nothing beyond that.

18       THE COURT:  I see.  In sentencing, there are the

19   counts of conviction that dealt with aggravated theft or

20   Count 21 and 22?

21       MR. FENTON:  Yes, your Honor.

22       THE COURT:  And Count 26, what was that?

23       MR. FENTON:  Count 26 is conspiracy to commit

24   money laundering.

25       THE COURT:  And so, in the presentence

1   recommendation, they recommend -- they sort of recommend

2   a sentence on Counts 1 through 22 and 26, but, then, they

3   say the recommendation is 262 months on each of Counts 1

4   through 20 and 240 months on Count 26, the money

5   laundering, to be served concurrently.  That is in their

6   letter of November 5th of this year.  And, then, they say

7   24 months on each of Counts 21 and 22 to be served

8   concurrently with each other and consecutive to the

9   sentence imposed on Counts 1 through 20 and 26.

10          That is the way it is organized; correct?

11       MR. FENTON:  Yes, your Honor.

12       THE COURT:  Yes.

13       MR. FENTON:  Okay.

14       MR. FENTON:  Yes.  Counts 1 through 20, 21, 22 and

15   26.

16       THE COURT:  Someone is walking toward the podium.

17       MS. TORRES:  Your Honor, Christina Torres.  I

18   wrote the presentence report.

19       THE COURT:  Did I misstate something?

20       MS. TORRES:  No.  You are absolutely right.

21       THE COURT:  Thank you, ma'am.

22          All right.  Then, the Court is now prepared to

23   impose sentence.

24          Pursuant to the Sentencing Reform Act of 1984,

25   it is the judgment of the Court that defendant Richard

1   Ayvazyan is hereby committed on Counts 1 through 22 and

2   Count 26 of the first superseding indictment to the

3   custody of the Bureau of Prisons for a term of 17 years.

4           This term consists of 15 years on each of

5   Counts 1 through 20 and 15 years on Count 26 to be served

6   concurrently and 24 months on each of Counts 21 and 22 of

7   the first superseding indictment to be served

8   concurrently with each other but consecutive to the terms

9   imposed on Counts 1 through 20 and 26.

10          Upon release from imprisonment, defendant

11  shall be placed on supervised release for a term of five

12  years.  This term consists of five years on each of

13  Counts 1 through 20, three years on Count 26 and one year

14  on each of Counts 21 and 22 of the first superseding

15  indictment, all such terms to run concurrently under the

16  following terms and conditions:

17          One, defendant comply with the rules and

18  regulations of U.S. Probation and Pretrial Services and

19  Second Amended General Order 20-04.

20          During the period of supervision, he pay the

21  special assessment and restitution in accordance with

22  this judgment.

23          He cooperate in the collection of a DNA

24  sample.

25          He shall not obtain or possess any form of

1    identification other than that in his true legal name,

2    and that, of course, means any -- refers to driver's

3    license, Social Security numbers, birth certificates,

4    passports or any other form of identification.

5          He shall not engage as an owner of a business

6    involving loan programs, investment programs without the

7    approval of the probation officer.

8          He shall apply all monies received from income

9    tax refunds, lottery winnings, inheritance, judgments and

10   any other financial gain at the court-ordered financial

11   obligation.

12         He shall submit his person, property, house,

13   residence, vehicle, papers, computers, cell phones, other

14   electronic communications or data storage devices or

15   media, e-mail accounts, social media accounts, cloud

16   storage accounts or other areas under his control to a

17   search conducted by a U.S. Probation officer or law

18   enforcement officer.  Failure to submit to a search may

19   be grounds for revocation.

20         The defendant shall warn any other occupants

21   that the premises may be subject to searches pursuant to

22   this condition.

23         Any search pursuant to this condition will be

24   conducted at a reasonable time in a reasonable manner

25   upon reasonable suspicion that defendant has violated a

1    condition of his supervision and that the areas to be

2    searched contain evidence of this violation.

3           He shall pay a special assessment of $2300.

4    He is ordered to make restitution in the total amount of

5    $16,646,071.26, to the Seattle Bank in the amount of

6    521,223; Celtic Bank, 3,395,835; Cross River Bank,

7    1,238,691; Ready Bank, 315,000; Square Capital,

8    295,676.26; JPMC, 112,500, CBC Small Business Finance,

9    499,945; Wells Fargo, 497,596; Comerica Bank, 137,500;

10   Newtek Small Business Finance, 2,691,500; Bank of America

11   318,231, WebBank, 850,474; US Small Business

12   Administration, 5,589,900.

13          He is held jointly and severally liable with

14   coparticipants Marietta Terabelian, Tamara Dadyan, Arthur

15   Ayvazyan, Edward Paronyan, Manuk Grigoryan, Arman

16   Hayrapetyan and Vahe Dadyan for the amount of

17   restitution.

18          The victims' recovery is limited to the amount

19   of their loss and defendant's liability for restitution

20   ceases if and when the victims receive full restitution.

21          He shall pay a fine to the United States in

22   the amount of $50,000, consisting of Counts 1 through 22

23   and Count 22.  The fine shall bear interest as provided

24   by law.

25          The justification for the sentence is, first,

1   the Court's assessment of the guidelines which the Court

2   has outlined in this hearing.  Some of the -- some of the

3   guideline decisions could easily have been found

4   differently for the government, but the Court chose to

5   take the most conservative view.

6          First, the Court considers the nature and

7   circumstances of the case.  I guess government counsel

8   reminded me that I used the term "horrendous" in another

9   sentencing, and the adjectives sometimes don't aptly

10  describe the evidence at trial.

11         Not to sound hyperbolic, but, in the Court's

12  experience which now is in excess of 30 years, I can't

13  recall a fraud case that was conducted in a more

14  calloused, intentional way without any regard for the

15  law.

16         It was remarkable, at least in the Court's

17  experience, to observe what the government introduced in

18  its evidence, not only the circumstantial evidence but

19  from the mouth of the defendant himself.

20         I mean, the sentence is necessary to reflect

21  the seriousness of the offense, to promote respect for

22  the law and to provide just punishment for the offense.

23  The Court recognizes that in the universe of white collar

24  cases, this is a sentence that is very meaningful and not

25  unprecedented but certainly at the higher range of

1   sentences that this Court has imposed and other courts

2   have imposed.  But, given the nature of what was

3   introduced at trial, the Court is convinced that this is

4   the least sentence that the Court can impose to satisfy

5   the element of promoting respect for the law and to

6   provide punishment and, on the second factor, adequate

7   deterrence to criminal conduct.

8           Given what the defendant said in the course of

9   this trial, the Court has a clear view that, if given the

10  opportunity, he would concoct another fraud because the

11  way he spoke of this fraud indicates that that is his way

12  of life.  He says, for example, in the text messages, I

13  didn't sleep all night, I was working 24 hours straight,

14  this program is over at the end of the month, get as much

15  as we can.  And he and Tamara Dadyan described their

16  fraud as an achievement.

17          And the text messages show they were -- they

18  knew they were submitting a fraud and didn't care.  For

19  example, in the text messages, Richard Ayvazyan says with

20  regard to the government checking on this program and

21  pardon my language, they don't for shit, Tam, it is all

22  automated.  If you can't handle the heat, get out of the

23  fucking kitchen.

24          My view is -- and, then, on top of that, he

25  was convicted of a very serious mortgage fraud case 10

1    years ago with his wife for which he was given a

2    probationary sentence, and, at that sentencing, he

3    claimed to be redeemed and to learn his lesson.  But that

4    obviously was not the case.  Rather than learn his

5    lesson, he exponentially expanded his fraudulent conduct.

6            I understand that the felony grand theft

7    conviction in 1999 isn't to be considered for criminal

8    history, and, of course, it wasn't.  And I am not giving

9    that conviction any substantial weight, but it does fill

10   out a pattern that the Court just observed.

11           On the deterrence factor, I am of the view

12   that this defendant, if given the opportunity, would

13   commit another fraud, and so this sentence is necessary

14   to deter him from that if possible.  And in a related

15   way, it is necessary to protect the public from further

16   crimes of the defendant.

17           I have considered other sentences available.

18   I have considered the need to avoid unwarranted

19   sentencing disparities among defendants with similar

20   records who have been found guilty of similar conduct,

21   and I have not ignored, as perhaps the government

22   suggested, the defendant's representations about other

23   PPP fraud cases and sentences imposed by those judges.

24           There may be similarities in those cases and

25   this case, but no two cases are alike and no two judges

1    are alike, and, certainly, they warrant consideration.

2    And I have considered them, but they are just one factor.

3    And in my -- and I don't know all of the detail of those

4    cases, what the evidence was at trial, what backgrounds

5    they had and so forth.

6           But even if there were more similarities, my

7    view is, as I have indicated, and I didn't respond

8    directly to something defense counsel said about should

9    be served with the pending state mortgage fraud case, but

10   I am rejecting that for the reasons I have amply stated

11   during the trial.  That was an argument that was made

12   during the trial.

13          I have only glossed over the e-mail exchanges,

14   but the other e-mail exchanges quoted at page 18 and 19

15   of the government's sentencing position re Richard

16   Ayvazyan are also very pointed.

17          I also recognize that the sentence imposed is

18   a small variance upward from the top guideline level of

19   138 months.  I think 138 months would amount to -- 135

20   months, I think it is, would amount to 13-and-a-half or

21   so years, and I imposed a sentence of 15 years, of

22   course, with the two year consecutive.

23          In -- in imposing a variance, I have

24   considered many of the same comments that I have made

25   already, in addition, the fact that this PPP program was

1    implemented by the government on an emergency level to

2    help businesses which were upside down because of the

3    pandemic, and the government recognized that, to some

4    extent, it was on the honor system because there was no

5    way the government could conduct audits in a way that

6    would allow the purpose of the program and that was to

7    get relief immediately.

8         And the defendant took advantage in the most

9    flagrant way of that program and not only caused harm to

10   the SBA, but this type of conduct could defer governments

11   in the future from doing things that are necessary

12   because of the fear of being ripped off as they were

13   here.

14        This defendant had no regard for the law.  He

15   is a endemic, cold hard fraudster -- that is the only way

16   to say it -- who takes pride in what he does and views

17   fraud as an achievement.

18        And so, in my view, based upon what I heard at

19   the trial and my consideration of the guidelines and the

20   sentencing factors, I think this small variance is

21   justified.  So those are my justifications for the

22   sentence.

23        Okay.  That completes the hearing.

24        MR. SILVERMAN:  Judge, I just wanted to make sure

25   the record is complete.  We had requested that the

```
 1    forfeiture be revised to avoid double counting.  Is that

 2    denied?

 3         THE COURT:  Do I have to make that ruling now, or

 4    can I defer that ruling?

 5         MR. SILVERMAN:  I believe you can defer that

 6    ruling.

 7         THE COURT:  Because I do have questions about

 8    that.  I am frankly not totally clear about what is the

 9    dispute, and rather than --

10         (Court and clerk confer.)

11         THE CLERK:  Well, briefly, tell me what it is -- I

12    understand there to be two elements to this:  One is the

13    defendant is seeking a credit for monies that have

14    already been forfeited or assets that have been

15    forfeited.

16         MR. SILVERMAN:  Yes, your Honor.

17         THE COURT:  And the other aspect is that the

18    government is trying to forfeit untainted money, and that

19    is the part that I don't understand.  Can you just,

20    Mr. Fenton, tell me what is going on with this.  Or

21    whoever the government counsel is.

22         MR. FENTON:  Yes, your Honor.

23         THE COURT:  Why don't you take the lecturn.

24         MR. FENTON:  Yes, your Honor.  AUSA Boyeld will

25    address the forfeitures.
```

 1          THE COURT:  Make it brief, and I am not going to

 2   dwell on this at the moment.

 3          MR. BOYLE:  Certainly, your Honor.  And if the

 4   court would like additional briefing or submissions, we

 5   are happy to provide that.

 6          THE COURT:  Tell me what is going on here.  With

 7   regard to the first issue, the credit for items that are

 8   forfeited, why isn't he entitled to that?

 9          MR. BOYLE:  Your Honor, if the Court refers to our

10   submissions, the government included extensive deductions

11   where tracing resulted in assets that were forfeited.

12   There is a difference here between what the defendant is

13   requesting and what the government deducted.  What the

14   government deducted was when the government calculated

15   the money judgment, if money from those loans went to a

16   forfeited asset, the government deducted it.  And, in

17   fact, your Honor, the government was overly inclusive as

18   we note in our brief we deducted over $200,000 when we

19   only recovered --

20          THE COURT:  You know what, I think that this is

21   going to require more of an effort on my part.  I don't

22   want to do this on the fly.  So we will have to set

23   another date for further discussion on what the

24   forfeiture amount should be.

25          MR. BOYLE:  Your Honor, respectfully, could we set

```
 1    some briefing submission because I respectfully suggest,

 2    your Honor, this is kind of a new area of law post the

 3    Ninth Circuit's decision in Thompson so the Court may

 4    want additional briefing on this question.

 5         THE COURT:  All right.  Then, you can file an

 6    additional brief, and the defense can reply.

 7         RIGHT2:  Absolutely.

 8         MR. BOYLE:  Absolutely, your Honor.

 9         THE COURT:  We will take the lunch recess.

10         MS. AHN:  Your Honor, briefly, there is some case

11    law in the Ninth Circuit and in the Supreme Court saying

12    that the loss found by the Court sets the outer limits of

13    restitution, and the restitution ordered by the Court

14    exceeds the loss amount found by the Court.

15         THE COURT:  So, then, I am glad you brought that

16    to my attention.  That has to be amended.

17         MS. AHN:  Yes, your Honor.  And so we can either

18    do the calculation based upon Government Exhibit 115 and

19    Exhibit 1 attached to my declaration and come up with the

20    restitution amount in about 5 or 10 minutes or we can

21    submit additional briefing to the Court.

22         THE COURT:  Let's come back at 1:30 or 1:35 and

23    finish this sentencing.

24         MS. AHN:  Yes, your Honor.

25         (Recess from 1:01 to 1:39 p.m.)
```

```
 1          THE CLERK:  Recalling Item 3, CR 20-579-SVW,

 2   United States of America versus Richard Ayvazyan.

 3          MR. RAM:  Ashwin ram and Nick Silverman on behalf

 4   of Mr. Ayvazyan who is not present.

 5          THE COURT:  I am reminded that I neglected to make

 6   certain findings that I should have made.

 7               One is regarding bail.  Is the government

 8   moving to forfeit bail?

 9          MS. AHN:  Yes, your Honor.

10          THE COURT:  That motion is granted.

11               Then, there is the question of generally I set

12   a date to begin the sentence.  Here, under these

13   circumstances, it sounds ludicrous, but I guess the

14   precise -- I will set a date of 30 days from today to the

15   designated institution.

16               What else was I supposed to do?

17          THE CLERK:  Whatever the restitution and the fine.

18          THE COURT:  Yes.  You had a different number for

19   the restitution.

20          MR. RAM:  Before we go there, just on the bond

21   which has been forfeited, there was the issue of the

22   children's passports.

23          THE COURT:  I don't want to get into that now.  I

24   just don't have the time.  If you have a position

25   regarding that, let's hear it in a more complete way.
```

```
 1              MR. RAM:  Yes, your Honor.
 2              MR. FENTON:  With regard to the restitution
 3     amount, we went back and we took a look.  The
 4     government's suggestion is -- the initial suggestion is
 5     that the Court revise the loss amount for the guidelines
 6     purposes to the restitution amount that the Court had
 7     stated.
 8                   If the Court were to do that, then the
 9     sentence that the Court imposed, the Court would need not
10     vary, the sentence would fall within the middle of the
11     guidelines range.
12              THE COURT:  I am not doing that.
13              MR. FENTON:  Alternatively, the government would
14     request that the Court give the government the
15     opportunity to brief the restitution issue at the same
16     time as the forfeiture issue because upon revisiting
17     Government Exhibit 115, the amount of loans at issue on
18     that, in those charts is 4.6 million which is in excess
19     of the loss amount for the loss level that the Court had
20     found with respect to the guidelines calculation.
21              THE COURT:  All I have to do is find more than
22     1.5 million.
23              MR. FENTON:  That's right, your Honor, with
24     respect to the guidelines calculation, with respect to
25     the loss enhancement, but, with respect to the
```

 1    restitution amount, we need to propose to the Court a

 2    specific restitution amount.

 3         THE COURT:  Well, then, the Court obviously can't

 4    issue a judgment until these matters are resolved.  Do

 5    the parties agree that these matters can be briefed and

 6    perhaps heard later to complete the sentencing?

 7         MR. RAM:  Yes, your Honor.  Under Dolan, that is

 8    your right.  Now that we know restitution will be

 9    imposed, it is just the amount that is in question.  So I

10    believe the Court has 60 -- 90 days to make that

11    determination.

12         THE COURT:  Well, then, let's set another day for

13    hearing if we need it.  Should I say three weeks from

14    today?

15         MS. AHN:  That is fine with the government.

16         THE COURT:  And, then, by then, you will have

17    briefed it.  And set up a briefing schedule with the

18    defense so they have a fair chance to oppose and you have

19    a chance to reply.

20         MR. FENTON:  Thank you, your Honor.

21         THE COURT:  Okay.  Thank you.

22         (Proceedings concluded.)

23

24

25

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  November 22, 2021


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

**MR. BOYLE: [4]**   35/2 35/8 35/24 36/7
**MR. FENTON: [21]**
**MR. RAM: [7]**   3/12 9/14 24/15 37/2 37/19 37/25 39/6
**MR. SILVERMAN: [19]**   5/15 5/19 7/24 8/4 8/9 8/13 8/15 8/18 8/24 10/3 16/5 17/6 17/9 17/20 23/14 23/17 33/23 34/4 34/15
**MS. AHN: [5]**   36/9 36/16 36/23 37/8 39/14
**MS. TORRES: [2]**   25/16 25/19
**RIGHT2: [1]**   36/6
**THE CLERK: [4]**   3/3 34/10 36/25 37/16
**THE COURT: [55]**

---

**$**

**$1 [2]**   18/7 22/14
**$1 million [1]**   18/7
**$1.14 [2]**   5/22 7/8
**$1.14 million [2]**   5/22 7/8
**$16,646,071.26 [1]**   28/5
**$200 [1]**   18/24
**$200,000 [1]**   35/18
**$2300 [1]**   28/3
**$3.25 [1]**   9/7
**$3.25 million in [1]**   9/7
**$4 [1]**   13/11
**$4 million in [1]**   13/11
**$50,000 [1]**   28/22
**$600,000 [1]**   9/8
**$730,000 [1]**   6/20

---

**—**

**-10 [1]**   16/4
**-and [4]**   2/5 2/6 2/6 2/9

---

**/**

**/s [1]**   40/12

---

**0**

**04 [1]**   26/19

---

**1**

**1,238,691 [1]**   28/7
**1.14 million [1]**   9/3
**1.5 [1]**   13/9
**1.5 million [3]**   12/14 12/19 38/22
**10 [9]**   8/6 11/17 14/8 14/19 14/20 14/21 16/4 30/25 36/20
**108 [2]**   16/4 16/6
**10th [1]**   5/18
**11 [2]**   8/21 22/4
**112,500 [1]**   28/8
**115 [6]**   11/3 11/11 12/20 13/11 36/18 38/17
**11:46 [1]**   3/2
**13-and-a-half [1]**   32/20
**1330 [1]**   2/19
**135 [8]**   16/6 16/7 18/14 22/4 22/6 22/20 23/5 32/19
**137,500 [1]**   28/9
**138 [3]**   16/4 32/19 32/19
**140 [1]**   21/9
**1400 [1]**   2/11
**15 [7]**   1/15 3/1 18/24 21/8 26/4 26/5 32/21
**159 [1]**   23/5
**16 [3]**   12/14 12/18 13/14
**162 [2]**   22/12 22/20
**17 [1]**   26/3
**18 [1]**   32/14
**19 [1]**   32/14
**1900 [1]**   2/16

---

**1984 [1]**   25/24
**1991 [1]**   25/24
**1999 [1]**   31/7
**1:01 [1]**   36/25
**1:30 [1]**   36/22
**1:35 [1]**   36/22
**1:39 [1]**   36/25
**1st [1]**   1/20

---

**2**

**2,691,500 [1]**   28/10
**20 [8]**   12/15 18/9 25/4 25/9 25/14 26/5 26/9 26/13
**20-04 [1]**   26/19
**20-579 [1]**   1/8
**20-579-SVW [2]**   3/7 37/1
**20036 [1]**   2/19
**2021 [3]**   1/15 3/1 40/10
**20530 [1]**   2/11
**21 [5]**   24/20 25/7 25/14 26/6 26/14
**22 [11]**   18/9 24/20 25/2 25/7 25/14 26/1 26/6 26/14 28/22 28/23 40/10
**23 [2]**   13/14 15/24
**24 [6]**   22/7 22/24 23/6 25/7 26/6 30/13
**240 [1]**   25/4
**26 [10]**   24/22 24/23 25/2 25/4 25/9 25/15 26/2 26/5 26/9 26/13
**262 [1]**   25/3
**28 [1]**   40/4
**295,676.26 [1]**   28/8
**2B [2]**   4/22 5/8
**2B1.1 [2]**   8/21 15/13
**2S [2]**   4/22 5/9

---

**3**

**3,395,835 [1]**   28/6
**30 [2]**   29/12 37/14
**31 [1]**   16/2
**312 [1]**   2/7
**315,000 [1]**   28/7
**318,231 [1]**   28/11
**350 [1]**   1/20
**3553 [4]**   10/5 10/11 19/16 21/20

---

**4**

**4.6 million [1]**   38/18
**43 [1]**   19/19
**4311 [1]**   1/20
**497,596 [1]**   28/9
**499,945 [1]**   28/9

---

**5**

**5,589,900 [1]**   28/12
**521,223 [1]**   28/6
**55 [1]**   19/19
**579 [1]**   1/8
**5G1.3 [1]**   23/25
**5th [2]**   2/15 25/6

---

**6**

**60 [2]**   24/7 39/10
**633 [1]**   2/15
**680 [1]**   15/14

---

**7**

**70 [1]**   24/9
**72 [4]**   18/8 19/20 20/8 24/9
**72-month [1]**   18/1
**73 [1]**   24/9
**753 [1]**   40/4

---

**8**

**850,474 [1]**   28/11

---

**9**

**9.5 [2]**   13/19 13/8
**9.5 million [1]**   12/15
**90 [1]**   39/10
**90012 [2]**   1/21 2/8
**90071 [1]**   2/16
**9858 [2]**   1/19 40/12
**993 [1]**   15/14
**9th [1]**   3/23

---

**A**

**A.M [1]**   3/2
**ability [1]**   19/4
**able [3]**   13/7 18/16 23/21
**about [10]**   9/12 9/22 10/17 19/6 19/22 31/22 32/8 34/7 34/8 36/20
**above [1]**   40/7
**above-entitled [1]**   40/7
**absolutely [3]**   25/20 36/7 36/8
**abstentia [3]**   3/18 3/20 24/17
**accepted [2]**   21/3 22/13
**access [1]**   8/19
**accordance [1]**   26/21
**account [3]**   7/3 9/18 9/20
**accounts [4]**   6/21 27/15 27/15 27/16
**achievement [2]**   30/16 33/17
**across [2]**   15/6 15/7
**Act [1]**   25/24
**actually [2]**   9/9 22/18
**add [1]**   18/12
**addition [2]**   22/6 32/25
**additional [4]**   35/4 36/4 36/6 36/21
**address [2]**   8/11 34/25
**adequate [1]**   30/6
**adjectives [1]**   29/9
**adjustment [3]**   4/9 9/1 10/23
**Administration [1]**   28/12
**advantage [1]**   33/8
**advocate [1]**   17/25
**advocated [3]**   5/21 8/1 8/6
**after [2]**   14/3 21/6
**afternoon [1]**   3/10
**again [5]**   13/5 17/19 22/13 22/16 23/2
**age [1]**   19/19
**agencies [1]**   14/15
**aggravated [3]**   5/3 22/7 24/19
**ago [2]**   13/17 31/1
**agree [1]**   39/5
**agreement [1]**   15/4
**ahead [3]**   8/4 17/6 23/17
**AHN [2]**   2/5 3/11
**Ahn's [1]**   12/21
**al [1]**   1/9
**alias [1]**   7/4
**alike [2]**   31/25 32/1
**all [25]**
**allow [1]**   33/6
**already [2]**   32/25 34/14
**also [7]**   11/5 11/8 16/24 22/10 23/18 32/16 32/17
**Alternatively [1]**   38/13
**am [24]**
**amended [2]**   26/19 36/16
**America [5]**   1/6 2/3 3/8 28/10 37/2
**among [2]**   21/17 31/19
**amount [25]**
**amounts [1]**   22/3
**amplify [1]**   4/4
**amply [2]**   3/19 32/10
**analysis [2]**   4/20 16/8

# A

analytical [1]   13/21
ANGELES [5]   1/14 1/21 2/8
2/16 3/1
another [5]   29/8 30/10 31/13
35/23 39/12
Anton [1]   7/4
any [20]   5/14 9/12 9/12 9/13
10/12 11/22 12/4 16/12 17/18
20/13 23/19 24/14 26/25 27/2
27/4 27/10 27/20 27/23 29/14
31/9
Anything [1]   7/23
apart [1]   21/25
appear [1]   4/3
appearances [2]   2/1 3/9
applicable [1]   10/23
application [2]   15/12 16/11
applications [3]   21/8 21/9
21/10
applied [1]   15/15
apply [8]   8/20 11/24 13/15
14/7 14/9 16/18 16/24 27/8
appropriate [1]   10/12
approval [1]   27/7
approximately [1]   20/8
aptly [1]   29/9
are [33]
area [1]   36/2
areas [2]   27/16 28/1
argue [1]   22/24
argued [4]   9/1 18/25 23/7
23/8
argument [6]   9/7 10/17 12/7
18/21 23/21 32/11
arguments [3]   13/1 16/12
17/18
Arman [2]   6/21 28/15
Armenia [1]   3/25
around [2]   18/2 20/4
array [1]   24/8
Arthur [1]   28/14
as [39]
Ashwin [3]   2/14 3/13 37/3
ask [1]   20/10
aspect [1]   34/17
assembly [1]   23/23
assertion [1]   10/2
assessment [7]   4/6 10/10
12/3 12/10 12/16 21 28/3 29/1
asset [1]   35/16
assets [2]   34/14 35/11
assume [1]   6/14
assurances [1]   21/7
assured [2]   17/16 17/20
attached [1]   36/19
attempt [1]   17/22
attention [2]   22/10 36/16
attorney [1]   21/16
ATTORNEY'S [1]   2/4
attorneys [1]   17/13
audits [1]   33/5
AUSA [5]   2/5 2/5 2/6 2/6
34/24
authority [2]   15/18 15/20
automated [1]   30/22
available [1]   31/17
Avenue [2]   2/11 2/19
avoid [2]   31/18 34/1
aware [1]   8/16
away [1]   19/19
Ayvazyan [38]
Ayvazyan's [3]   6/16 7/10
19/18

# B

back [2]   36/22 38/3
backgrounds [1]   32/4

bail [2]   37/7 37/8
bank [10]   12/24 14/23 14/25
14/19 28/5 28/6 28/6 28/7
28/9 28/10
banks [1]   14/13
Barnes [1]   15/14
base [3]   12/11 12/19 13/13
based [7]   4/23 8/6 16/22
22/9 23/3 33/18 36/18
bases [1]   9/6
basis [2]   14/10 14/20
be [50]
bear [2]   19/20 28/23
because [14]   6/15 7/2 11/14
13/9 14/24 16/25 18/2 30/10
33/2 33/4 33/12 34/7 36/1
38/16
been [8]   7/13 18/18 19/15
29/3 31/20 34/14 34/14 37/21
before [4]   7/23 10/6 13/2
37/20
begin [1]   37/12
behalf [3]   2/3 3/14 37/3
being [3]   4/10 19/21 33/12
believe [6]   5/17 6/6 18/11
23/25 34/5 39/10
believes [1]   16/23
belonging [2]   9/18 9/19
benefit [1]   11/7
benefits [1]   15/8
best [2]   11/2 17/4
better [1]   20/7
between [2]   15/3 35/12
beyond [3]   9/22 21/15 24/17
birth [1]   27/3
bond [1]   37/20
both [4]   5/4 10/1 11/5 24/8
Boyeld [1]   34/24
BOYLE [2]   2/6 3/12
BRIAN [2]   2/6 3/11
brief [7]   10/15 16/13 17/11
35/1 35/18 36/6 38/15
briefed [3]   5/12 39/5 39/17
briefing [5]   35/4 36/1 36/4
36/21 39/17
briefly [5]   5/16 8/3 23/16
34/11 36/10
brought [1]   36/15
Brown [1]   24/8
burden [1]   9/24
Bureau [1]   26/3
business [6]   21/14 22/15
27/5 28/8 28/10 28/11
businesses [3]   21/11 24/5
33/2
buy [1]   21/23

# C

CA [3]   1/21 2/8 2/16
calculate [2]   5/25 6/3
calculated [1]   35/14
calculation [12]   7/23 13/8
13/12 15/24 16/14 16/23 17/3
17/5 23/4 36/18 38/20 38/24
CALIFORNIA [3]   1/2 1/14 3/1
call [1]   22/10
calloused [1]   29/14
came [2]   9/9 12/8
can [16]   12/1 15/15 16/13
17/15 17/20 19/14 30/4 30/15
34/4 34/5 34/19 36/5 36/6
36/17 36/20 39/5
can't [4]   13/25 29/12 30/22
39/3
cannot [1]   19/2
Capital [1]   28/7
care [2]   9/18 30/18
case [43]
cases [12]   7/21 13/20 13/21

13/24 20/25 21/25 22/20
25/22 25/24 26/9 26/18 32/4
catastrophe [1]   20/22
category [1]   16/3
CATHERINE [3]   2/5 3/11 12/21
cause [1]   24/14
caused [1]   33/9
CBC [1]   28/8
ceases [1]   28/20
cell [1]   27/13
Celtic [2]   14/19 28/6
CENTRAL [1]   1/2
certain [2]   11/21 37/6
certainly [6]   5/3 11/7 11/12
29/25 32/1 35/3
CERTIFICATE [1]   40/1
certificates [1]   27/3
certify [1]   40/4
chance [2]   39/18 39/19
chart [2]   7/1 9/17
charts [1]   38/18
checking [1]   30/20
children [1]   3/25
children's [1]   37/22
chose [1]   29/4
Christina [1]   25/17
Christopher [3]   2/10 3/11
4/17
Circuit [6]   7/16 7/19 15/14
15/15 19/1 36/11
Circuit's [1]   36/3
circumstances [2]   29/7 37/13
circumstantial [1]   29/18
cited [5]   8/11 13/21 19/6
19/6 19/21
cites [1]   8/21
citing [2]   18/19 19/12
claimed [1]   31/3
clear [8]   5/23 6/5 7/9 7/17
13/3 13/7 30/9 34/8
clearly [3]   10/25 15/1 15/19
clerk [1]   34/10
close [1]   13/11
closely [1]   14/25
cloud [1]   27/15
co [1]   19/18
co-counsel [1]   19/18
coconspirators [1]   9/13
Code [1]   40/5
codefendant [1]   7/13
codefendants [2]   5/25 9/11
cold [1]   33/15
collar [1]   29/23
collateral [1]   14/18
collection [1]   26/23
come [5]   16/1 20/7 20/10
36/19 36/22
Comerica [1]   28/9
comes [2]   20/1 20/5
comment [1]   5/14
comments [1]   32/24
commit [2]   24/23 31/13
committed [1]   26/1
common [1]   23/24
communications [1]   27/14
companies [4]   6/12 22/16
22/17 22/19
company [1]   9/19
comparable [1]   22/3
comparisons [1]   17/11
complete [3]   33/25 37/25
39/6
completes [1]   33/23
comply [1]   26/17
computers [1]   27/13
conceded [1]   9/22
concluded [1]   39/22
concludes [1]   12/17
conclusion [5]   4/23 5/6 7/20

**C**

conclusion... [2]  20/7 20/10
conclusions [1]  5/15
concoct [1]  30/10
concurrent [1]  23/25
concurrently [6]  23/20 25/5
 25/8 26/6 26/8 26/15
condition [3]  27/22 27/23
 28/1
conditions [1]  26/16
conduct [5]  30/7 31/5 31/20
 33/5 33/10
conducted [4]  22/15 27/17
 27/24 29/13
conduits [1]  14/14
confer [1]  34/10
Conference [1]  40/9
confirmed [1]  15/2
conformance [1]  40/8
Connecticut [1]  2/19
consecutive [5]  22/8 22/25
 25/8 26/8 32/22
consent [1]  24/5
consequence [1]  14/18
conservative [2]  17/5 29/5
consider [1]  17/24
consideration [3]  21/19 32/1
 33/19
considered [5]  31/7 31/17
 31/18 32/2 32/24
considers [1]  29/6
consisting [1]  28/22
consists [2]  26/4 26/12
conspiracies [2]  5/4 7/21
conspiracy [3]  15/8 16/19
 24/23
constitute [1]  14/19
Construction [2]  6/12 6/12
contain [1]  28/2
control [3]  11/16 11/19
 27/16
controlled [3]  21/12 22/17
 22/18
controversial [1]  19/24
convicted [6]  4/10 18/6 19/3
 19/13 19/15 30/25
conviction [5]  12/6 13/18
 24/19 31/7 31/9
convinced [2]  14/5 30/3
convincing [5]  5/24 7/9 7/17
 13/4 13/7
cooperate [1]  26/23
coparticipants [1]  28/14
correct [3]  9/4 25/10 40/5
could [6]  13/4 14/1 29/3
 33/5 33/10 35/25
counsel [7]  2/1 3/9 10/14
 19/18 29/7 32/8 34/21
count [12]  4/21 21/4 21/5
 22/7 24/24 24/22 24/23 25/4
 26/2 26/5 26/13 28/23
counting [1]  34/1
country [3]  18/3 18/15 20/5
counts [14]  12/6 24/19 25/2
 25/3 25/7 25/9 25/14 26/1
 26/5 26/6 26/9 26/13 26/14
 28/22
course [6]  3/16 4/6 27/2
 30/8 31/8 32/22
court [44]
Court's [11]  3/19 4/1 10/10
 12/1 12/3 16/22 22/10 23/4
 29/1 29/11 29/16
court-ordered [1]  27/10
courts [1]  30/1
CR [3]  1/8 3/7 37/1
credit [2]  34/13 35/7
crimes [1]  31/16

criminal [6]  15/16 16/2 19/2
 19/6 19/24 31/18
critical [1]  11/15
Cross [1]  28/6
CRR [1]  40/12
CSR [2]  1/19 40/12
culpable [2]  18/11 20/17
current [1]  23/4
custody [1]  26/3

**D**

Dadyan [7]  15/3 15/21 15/21
 16/17 28/14 28/16 30/15
DAN [2]  2/6 3/12
Daniel [1]  3/25
data [1]  27/14
date [4]  35/23 37/12 37/14
 40/10
daughter [1]  14/2
day [1]  39/12
days [4]  14/3 21/22 37/14
 39/10
DC [2]  2/11 2/19
dealt [2]  20/6 24/19
deceased [2]  13/22 21/15
decedent [3]  13/25 14/1 14/3
decision [2]  17/25 36/3
decisions [1]  29/3
declaration [2]  12/21 36/19
decreased [1]  21/22
decreases [1]  19/24
deducted [4]  35/13 35/14
 35/16 35/18
deductions [1]  35/10
defendant [22]
defendant's [5]  3/24 12/6
 12/7 28/19 31/22
defendants [10]  4/2 4/11
 18/3 18/5 18/9 18/19 19/8
 19/12 19/15 31/19
defense [7]  7/7 11/15 21/1
 23/18 32/8 36/6 39/18
defer [3]  33/10 34/4 34/5
deferred [1]  5/6
defrauded [1]  18/23
denied [1]  34/2
dental [2]  6/19 6/19
DEPARTMENT [2]  2/4 2/10
describe [1]  29/10
described [1]  30/15
designated [1]  37/15
detail [1]  32/3
detailed [2]  11/10 15/8
deter [1]  31/14
determination [3]  4/25 5/8
 39/11
determine [1]  10/19
determined [1]  4/20
deterrence [2]  30/7 31/11
device [1]  8/19
devices [1]  27/14
diamonds [1]  11/10
did [16]  3/17 4/20 4/25 6/15
 6/18 9/10 11/1 14/25 15/17
 21/3 21/17 22/14 22/21 24/3
 24/4 25/19
didn't [5]  9/21 22/17 30/13
 30/18 32/7
died [1]  14/3
difference [1]  35/12
different [9]  7/12 14/11
 14/17 19/3 19/12 19/13 22/2
 24/4 37/18
differently [1]  29/4
Dinesh [1]  18/13
directing [1]  11/18
directly [4]  6/9 6/15 7/14
 32/8
discussion [2]  16/9 35/23

disparities [2]  19/5 31/19
dispute [1]  19/9
distinction [1]  8/17
DISTRICT [3]  1/1 1/2 1/4
DIVISION [1]  1/2
DNA [1]  26/23
do [15]  6/6 7/23 10/14 17/2
 17/13 17/15 19/17 34/3 34/7
 35/22 36/18 37/16 38/8 38/21
 39/4
documents [2]  15/6 15/7
does [5]  7/16 19/20 20/13
 31/9 33/16
doesn't [2]  13/3 14/19
doing [2]  33/11 38/12
Dolan [1]  39/7
don't [12]  7/8 9/12 17/18
 19/23 29/9 30/21 32/3 34/19
 34/23 35/21 37/23 37/24
double [1]  34/1
down [2]  20/1 33/2
dozens [1]  21/8
draw [1]  17/6
driver's [1]  27/2
during [3]  26/20 32/11 32/12
dwell [1]  35/2
dying [1]  21/23

**E**

e-mail [3]  27/15 32/13 32/14
each [8]  25/3 25/7 25/8 26/4
 26/6 26/8 26/12 26/14
earlier [1]  24/16
easily [1]  29/3
Edward [1]  28/15
effect [1]  19/22
effort [1]  35/21
egregious [1]  22/20
eight [2]  22/2
either [2]  14/9 36/17
elderly [1]  21/14
electronic [1]  27/14
element [1]  30/5
elements [1]  34/12
else [2]  7/23 37/16
emergency [2]  3/24 33/1
emphasize [2]  17/18 18/4
end [5]  18/9 22/5 22/24 23/6
 30/14
ended [2]  9/16 9/18
endemic [1]  33/15
enforcement [1]  27/18
engage [1]  27/5
enhanced [1]  13/14
enhancement [25]
enhancements [3]  4/11 8/1
 12/12
ensure [1]  19/8
entered [1]  14/14
enterprise [2]  15/11 15/16
entire [2]  7/2 16/18
entitled [2]  35/8 40/7
especially [2]  11/17 12/22
establish [3]  7/10 9/25
 10/25
et [1]  1/9
even [7]  6/17 10/7 10/21
 11/14 13/6 15/17 32/6
everything [1]  17/15
evidence [25]
evident [2]  12/22 14/25
example [3]  21/2 30/12 30/19
exceeds [1]  36/14
excess [2]  29/12 38/18
exchange [1]  21/14
exchanges [2]  32/13 32/14
exercise [1]  15/18
exercised [1]  15/20
exhibit [11]  11/2 11/3 11/3

**E**

exhibit... **[8]** 11/11 11/17 12/20 12/20 13/11 36/18 36/19 38/17
expand **[1]** 8/9
expanded **[1]** 31/5
expectancy **[2]** 19/23 19/24
experience **[2]** 29/12 29/17
explained **[2]** 5/10 9/3
explanation **[1]** 7/2
exponentially **[1]** 31/5
extended **[1]** 21/15
extensive **[1]** 35/10
extent **[2]** 17/6 33/4

**F**

F.2d **[1]** 15/14
fact **[6]** 7/18 18/12 18/14 21/24 32/25 35/17
factor **[5]** 10/18 11/22 30/6 31/11 32/2
factors **[8]** 10/6 10/11 10/12 15/12 16/12 19/17 21/20 33/20
facts **[5]** 3/19 5/3 10/2 10/25 20/6
factual **[1]** 14/9
FAERSTEIN **[2]** 2/6 3/12
Failure **[1]** 27/18
fair **[1]** 39/18
fall **[1]** 38/10
familiarity **[1]** 12/21
family **[4]** 9/19 11/6 14/1 14/4
far **[1]** 24/7
Fargo **[1]** 28/9
father **[4]** 13/23 13/23 19/19 21/15
fear **[1]** 33/12
felony **[1]** 31/6
Fenton **[5]** 2/10 3/11 4/17 24/2 34/20
file **[1]** 36/5
fill **[1]** 31/9
final **[1]** 23/2
Finance **[2]** 28/8 28/10
financial **[2]** 27/10 27/10
find **[2]** 21/18 38/21
findings **[2]** 16/22 37/6
fine **[4]** 28/21 28/23 37/17 39/15
finish **[1]** 36/23
firm **[1]** 14/6
first **[11]** 4/6 9/16 10/9 12/10 16/16 26/7 26/14 28/25 29/6 35/7
five **[7]** 15/10 15/16 15/18 15/22 24/4 26/11 26/12
flagrant **[1]** 33/9
fled **[1]** 21/6
Floor **[1]** 2/7
flow **[2]** 11/18 15/9
flowing **[1]** 11/4
fly **[1]** 35/22
focus **[1]** 17/22
focusing **[1]** 18/18
following **[2]** 14/24 26/16
footing **[1]** 14/6
footnotes **[1]** 7/19
foreclose **[1]** 17/19
foregoing **[1]** 40/5
foreign **[1]** 21/14
foreseeable **[2]** 12/5 12/5
forfeit **[2]** 34/18 37/8
forfeited **[6]** 14/4 34/15 35/8 35/11 35/16 37/21
forfeiture **[3]** 34/1 35/24 38/16

forfeitures **[1]** 34/25
form **[3]** 21/14
format **[1]** 40/8
formed **[1]** 23/23
forth **[1]** 32/5
found **[6]** 16/17 29/3 31/20 36/12 36/14 38/20
four **[5]** 5/7 6/20 14/23 15/15 15/23
frankly **[1]** 34/8
fraud **[24]**
frauds **[1]** 19/13
fraudster **[1]** 33/15
fraudulent **[3]** 21/8 21/9 31/5
fucking **[1]** 30/23
full **[1]** 28/20
fully **[1]** 5/12
funds **[2]** 11/18 20/23
furniture **[1]** 11/9
further **[4]** 4/2 5/14 31/15 35/23
future **[1]** 33/11

**G**

gain **[1]** 27/10
Gall **[1]** 19/6
General **[1]** 26/19
generally **[1]** 37/11
get **[6]** 10/11 11/1 30/14 30/22 33/7 37/23
gets **[2]** 10/18 14/22
getting **[1]** 10/7
give **[2]** 8/23 38/14
given **[5]** 30/2 30/8 30/9 31/1 31/12
giving **[1]** 31/8
glad **[1]** 36/15
glossed **[1]** 32/13
go **[4]** 8/4 17/6 23/17 37/20
going **[17]** 4/3 7/14 8/17 8/23 9/23 12/18 13/14 13/17 13/19 14/7 14/9 17/2 17/10 34/20 35/1 35/6 35/21
Good **[2]** 3/10 3/13
government **[50]**
government's **[10]** 4/19 5/2 5/17 9/5 9/17 9/24 12/25 13/5 32/15 38/4
governments **[1]** 33/10
grand **[1]** 31/6
granted **[1]** 37/10
greater **[3]** 13/1 18/9 20/9
greatly **[1]** 11/11
Grigoryan **[10]** 6/1 6/9 6/13 6/22 6/23 7/4 7/6 9/19 15/21 28/15
Grigoryan's **[3]** 6/3 6/14 15/3
grounds **[1]** 27/19
grouping **[5]** 4/20 4/21 4/22 5/8 17/1
guess **[2]** 29/7 37/13
guideline **[8]** 12/10 12/17 16/4 16/5 16/8 16/14 29/3 32/18
guidelines **[24]**
guilty **[4]** 21/3 21/4 22/13 31/20

**H**

had **[11]** 5/21 8/1 17/11 18/14 22/5 32/5 33/14 33/25 37/18 38/6 38/19
half **[1]** 32/20
handle **[1]** 30/22
handy **[1]** 20/5
happy **[1]** 35/5

hard **[1]** 33/15
harm **[1]** 31/9
Hart **[1]** 6/12
has **[14]** 7/12 8/20 10/14 11/19 12/14 12/15 17/23 27/25 29/2 30/1 30/9 36/16 37/21 39/10
have **[22]**
Hayrapetyan **[4]** 6/13 6/17 6/22 28/16
he **[58]**
health **[1]** 9/18
hear **[2]** 16/10 37/25
heard **[5]** 5/16 10/5 23/15 33/18 39/6
hearing **[4]** 16/17 29/2 33/23 39/13
hearings **[1]** 20/15
heat **[1]** 30/22
held **[3]** 15/15 28/13 40/6
help **[1]** 33/2
helpful **[1]** 23/10
here **[22]**
hereby **[2]** 26/1 40/4
herself **[1]** 13/25
higher **[3]** 4/21 4/22 29/25
highest **[1]** 16/25
him **[6]** 7/12 12/8 13/25 15/3 15/9 31/14
himself **[2]** 22/19 29/19
his **[20]** 7/13 9/11 11/5 11/6 14/3 15/4 15/9 18/25 21/15 21/23 24/3 27/1 27/12 27/16 28/1 30/11 31/1 31/3 31/4 31/5
history **[2]** 16/2 31/8
honor **[46]**
HONORABLE **[1]** 1/3
horrendous **[4]** 20/16 20/18 22/21 29/8
Hoss **[1]** 24/8
hours **[1]** 30/13
house **[2]** 9/8 27/12
houses **[2]** 11/4 11/6
how **[5]** 11/3 19/6 20/21 20/21 20/22
However **[1]** 9/24
hyperbolic **[1]** 29/11

**I**

identification **[2]** 27/1 27/4
identities **[5]** 21/13 22/17 23/22 24/3 24/5
identity **[3]** 14/3 22/7 24/8
ignored **[1]** 31/21
ignoring **[1]** 11/15
immediately **[1]** 33/7
implemented **[1]** 33/1
important **[2]** 17/24 19/17
impose **[3]** 7/12 25/23 30/4
imposed **[14]** 7/13 23/19 24/7 24/10 24/15 25/9 26/9 30/1 30/2 31/23 32/17 32/21 38/9 39/9
imposes **[1]** 22/9
imposing **[2]** 14/23 32/23
imprisonment **[1]** 26/10
include **[5]** 6/23 11/9 13/17 13/19 21/16
included **[5]** 6/14 6/16 6/22 7/5 35/10
includes **[1]** 15/16
including **[1]** 18/10
inclusion **[1]** 7/3
inclusive **[1]** 35/17
income **[1]** 27/8
inconsistent **[1]** 10/1
incorrect **[1]** 6/2
indicated **[1]** 32/7

**I**

indicates [1]   30/11
indictment [3]   26/2 26/7
  26/15
information [2]   15/6 15/7
informed [1]   3/23
inheritance [1]   27/9
initial [1]   38/4
insight [1]   20/20
instance [1]   19/14
institution [1]   37/15
instructions [1]   15/5
intentional [1]   29/14
interest [1]   28/23
introduced [2]   29/17 30/3
investment [1]   27/6
involved [3]   12/9 15/10
  22/14
involving [3]   18/7 22/11
  27/6
is [164]
is --what [1]   23/1
isn't [3]   23/9 31/7 35/8
issue [8]   3/17 14/22 35/7
  37/21 38/15 38/16 38/17 39/4
issued [2]   4/1 12/23
it [53]
item [3]   3/7 4/6 37/1
items [1]   35/7
its [8]   4/20 7/3 7/7 7/19
  17/25 19/4 22/11 29/18
itself [4]   7/18 13/9 14/12
  15/1

**J**

jail [1]   21/5
jewelry [1]   11/10
jewels [1]   21/23
John [1]   18/23
Johnson [2]   2/15 2/18
jointly [1]   28/13
JPMC [1]   28/8
JUDGE [2]   1/4 33/24
judges [3]   20/5 31/23 31/25
judgment [5]   17/4 25/25
  26/22 35/15 39/4
judgments [1]   27/9
Judicial [1]   40/9
Juliana [1]   3/25
just [21]
justice [3]   2/4 2/10 19/9
justification [1]   28/25
justifications [1]   33/21
justified [1]   33/21

**K**

Kastegar [1]   12/23
KATIE [2]   1/19 40/12
kind [1]   36/2
kitchen [1]   30/23
knew [1]   30/18
know [5]   6/18 17/16 32/3
  35/20 39/8
Kudiomov [1]   7/4

**L**

language [1]   30/21
Lansgaard [1]   21/17
large [2]   15/12 18/6
largely [2]   15/9 18/2
last [1]   10/4
late [1]   13/23
later [1]   39/6
lauding [1]   19/4
laundering [9]   4/10 4/22 5/1
  13/16 16/24 16/25 21/5 24/24
  25/5
law [12]   7/21 8/11 14/5

leader [8]   4/24 10/19 11/23
  14/23 15/1 15/6 16/1 20/18
leadership [1]   15/20
learn [2]   31/3 31/4
least [4]   15/18 20/3 29/16
  30/4
lecturn [1]   34/23
legal [2]   24/14 27/1
lenders [1]   22/2
lesson [2]   31/3 31/5
let's [3]   36/22 37/25 39/12
letter [1]   25/6
level [12]   4/9 12/12 12/15
  13/13 14/23 15/15 15/23 16/2
  23/8 32/18 33/1 38/19
levels [1]   13/14
liability [1]   28/19
liable [1]   28/13
license [1]   27/3
life [4]   19/21 19/23 19/24
  30/12
light [1]   13/16
like [9]   5/16 10/5 13/10
  19/11 20/5 20/6 20/25 22/18
  35/4
limited [2]   6/6 28/18
limits [2]   7/19 36/12
line [3]   12/14 12/15 23/23
lines [1]   12/13
linked [1]   7/4
lion's [10]   9/2 9/6 9/10
  9/25 10/17 10/17 10/18 10/22
  11/1 11/12
LLP [2]   2/15 2/18
loan [9]   7/1 7/5 9/16 9/17
  18/5 18/6 24/4 24/9 27/6
loans [12]   6/7 6/8 6/20 7/11
  9/10 11/4 12/8 13/12 15/6
  22/15 35/15 38/17
local [2]   21/14 21/16
look [10]   6/11 6/19 6/25
  7/19 9/9 9/16 18/20 19/14
  21/1 38/3
looked [1]   16/3
LOS [5]   1/14 1/21 2/8 2/16
  3/1
loss [21]
losses [1]   12/5
lot [2]   9/20 17/3
lottery [1]   27/9
ludicrous [1]   37/13
lunch [1]   36/9

**M**

ma'am [1]   25/21
made [5]   10/14 16/20 32/11
  32/24 37/6
mail [4]   7/20 27/15 32/13
  32/14
make [15]   24/25 6/5 8/17 9/5
  10/2 10/15 16/12 16/13 16/22
  28/4 33/24 34/3 35/1 37/5
  39/10
makes [2]   14/16 23/24
making [2]   17/24 21/6
man [1]   18/13
mandatory [4]   22/8 22/25
  23/6 23/25
manner [1]   27/24
mansions [1]   21/24
Manuk [3]   6/1 6/22 28/15
many [4]   10/19 11/8 19/5
  32/24
Marco [1]   6/25
Marietta [1]   28/14
Mary [2]   13/23 15/20
MaryLee [1]   12/20

matter [3]   4/5 22/22 40/2
maturing [2]   39/24
may [13]   4/8 4/8 4/15 12/24
  14/4 15/21 17/5 17/7 23/15
  27/18 27/21 31/24 36/3
me [8]   7/1 15/2 19/18 24/10
  29/8 34/11 34/20 35/6
mean [6]   8/13 13/13 15/24
  17/2 23/8 29/20
meaningful [1]   29/24
means [3]   13/15 15/25 27/2
media [2]   27/15 27/15
meets [1]   20/2
members [1]   14/5
merit [2]   13/2 13/6
messages [4]   15/3 30/12
  30/17 30/19
methodology [3]   5/24 6/3
  7/12
Michael [1]   24/10
middle [1]   38/10
might [1]   13/6
million [13]   5/22 7/8 9/3
  9/7 12/14 12/15 12/19 13/11
  18/7 18/24 22/14 38/18 38/22
minimum [1]   23/6
minutes [1]   36/20
missed [1]   18/17
misses [1]   19/11
misstate [1]   25/19
mistake [1]   16/20
Moller [1]   24/10
moment [1]   35/2
moments [1]   13/17
MONDAY [2]   1/15 3/1
money [17]   4/10 4/22 5/1
  9/20 11/4 11/20 13/18 16/24
  16/25 18/15 20/24 21/4 24/24
  25/4 34/18 35/15 35/15
monies [2]   27/8 34/13
month [2]   18/1 30/14
months [22]
more [20]   8/6 9/11 12/19
  13/8 13/10 14/8 14/19 14/21
  15/10 15/17 18/7 18/11 22/2
  23/10 24/7 29/13 32/6 35/21
  37/25 38/21
morning [2]   3/13 19/18
mortgage [2]   30/25 32/9
most [6]   9/23 10/12 17/24
  20/17 29/5 33/8
motion [1]   37/10
mouth [1]   29/19
moving [2]   17/3 37/8
Mr [4]   6/3 7/6 19/19 37/4
Mr. [31]
Mr. Ayvazyan [12]   6/18 6/24
  9/2 9/10 9/24 11/5 18/8
  18/11 21/9 21/13 21/21 22/18
Mr. Ayvazyan's [3]   6/16 7/10
  19/18
Mr. Fenton [2]   24/2 34/20
Mr. Grigoryan [4]   6/9 6/13
  7/4 7/6
Mr. Grigoryan's [1]   6/14
Mr. Hayrapetyan [2]   6/13
  6/17
Mr. Richard [3]   10/22 11/1
  11/12
Mr. Rigas' [1]   19/1
Mr. Rivas [1]   7/3
Mr. Saw [1]   22/3
Mr. Stroud [1]   22/12
much [5]   7/9 8/9 9/17 9/21
  30/14
multiple [1]   20/5
my [21]

## N

names [3]   21/11 21/22 22/16
national [1]   20/21
nature [3]   14/11 29/6 30/2
nearly [2]   21/9 22/21
necessary [6]   20/9 20/23
  29/20 31/13 31/15 33/11
need [6]   8/9 22/8 31/18 38/9
  39/1 39/13
needed [1]   20/23
neglected [1]   37/5
nevertheless [1]   21/19
new [2]   2/11 36/2
Newtek [1]   28/10
Nicholas [1]   2/18
Nick [2]   3/14 37/3
night [1]   30/13
Ninth [7]   7/16 7/19 15/14
  15/14 19/1 36/3 36/11
no [8]   1/8 20/8 25/20 31/25
  31/25 33/4 33/14 40/12
North [1]   2/7
not [61]
note [4]   15/12 19/17 23/16
  35/18
noted [2]   19/18 24/6
notes [1]   7/20
nothing [1]   24/17
noticed [1]   4/8
NOVEMBER [6]   1/15 3/1 3/23
  5/18 25/6 40/10
November 10th [1]   5/18
November 5th [1]   25/6
November 9th [1]   3/23
now [10]   3/21 4/5 16/10
  19/16 24/15 25/22 29/12 34/3
  37/23 39/8
nuanced [1]   23/10
number [1]   37/18
numbers [1]   27/3
NW [2]   2/11 2/19

## O

objections [1]   24/16
obligation [1]   27/11
observe [1]   29/17
observed [2]   5/11 31/10
obstruction [2]   13/16 16/1
obtain [1]   26/25
obviously [2]   31/4 39/3
occupants [1]   27/20
off [1]   33/12
offense [7]   8/25 9/9 12/12
  13/13 16/2 29/21 29/22
offer [1]   23/21
OFFICE [1]   2/4
officer [3]   27/7 27/17 27/18
Official [1]   1/19
Okay [8]   8/4 8/10 11/25 16/7
  16/21 25/13 33/23 39/21
Olaf [1]   21/16
omitted [2]   18/14 23/16
one [16]   4/8 6/25 9/4 10/18
  13/21 17/23 18/4 18/12 18/14
  20/15 23/16 26/13 26/17 32/2
  34/12 37/7
only [10]   8/16 9/8 11/20
  14/17 22/14 29/18 32/13 33/9
  33/15 35/19
opinion [1]   13/22
opportunity [6]   17/17 20/21
  20/22 30/10 31/12 38/15
oppose [1]   39/18
order [4]   3/17 3/19 12/23
  26/19
ordered [3]   27/10 28/4 36/13
organized [1]   25/10
organizer [6]   4/24 10/19

11/24 14/22 16/1 20/19
other [27]
others [2]   15/18 21/17
otherwise [1]   7/21
our [10]   10/24 17/11 18/10
  19/22 20/15 23/4 24/11 24/16
  35/9 35/18
out [5]   7/1 18/15 18/24
  30/22 31/10
outer [1]   36/12
outlined [1]   29/2
over [10]   10/6 11/19 13/11
  15/18 15/20 19/20 22/4 30/14
  32/13 35/18
overlapping [1]   15/5
overly [1]   35/17
overseeing [1]   6/10
oversight [2]   4/8 4/13
overwhelming [1]   20/20
Ovsepian [1]   8/22
owned [1]   21/12
owner [1]   27/5

## P

p.m [1]   36/25
PAETTY [2]   2/5 3/11
page [2]   32/14 40/7
pandemic [1]   33/3
papers [7]   17/20 18/10 18/13
  19/22 24/6 24/11 27/13
pardon [2]   24/10 30/21
Paronyan [1]   28/15
parsimony [1]   20/2
part [5]   4/11 15/12 23/24
  34/19 35/21
participant [1]   20/17
participants [1]   15/17
particularly [1]   11/22
parties [4]   5/12 10/9 16/10
  39/5
parts [1]   17/3
passed [1]   19/19
passports [4]   3/24 4/1 27/4
  37/22
pattern [2]   23/9 31/10
pay [3]   26/20 28/3 28/21
peculiar [1]   14/2
penalty [1]   30/4
pending [1]   32/9
people [8]   6/9 15/10 18/23
  20/23 21/14 21/15 21/16
  21/22
people's [1]   24/4
perform [1]   24/3
perhaps [2]   31/21 39/6
period [1]   26/20
person [3]   13/22 13/25 27/12
personally [1]   15/18
Pham [3]   8/13 8/15 14/10
Phase [1]   10/13
Phon [1]   24/8
phones [1]   27/13
place [1]   19/7
placed [1]   26/11
PLAINTIFF [2]   1/7 2/3
plea [1]   15/4
pleaded [3]   21/2 21/4 22/13
please [2]   3/9 23/17
plus [9]   5/7 12/14 12/18
  13/18 13/19 16/24 22/6 22/24
  23/6
pockets [1]   21/23
podium [3]   4/15 17/8 25/16
point [13]   10/14 11/15 13/15
  13/16 16/8 16/9 16/13 16/16
  16/21 17/17 18/18 19/2 19/11
pointed [2]   18/22 32/16
points [2]   7/15 21/1
Ponzi [1]   18/23

portion [1]   11/21
position [7]   7/6 11/14 17/25
  19/7 23/11 32/15 37/24
positions [1]   5/13
possess [1]   26/25
possible [1]   31/14
post [1]   36/2
PPP [6]   18/5 18/6 24/3 24/9
  31/23 32/25
practice [1]   6/20
precedent [2]   18/2 20/4
precise [1]   37/14
premise [2]   7/15 7/22
premises [1]   27/21
prepared [2]   5/14 25/22
preponderance [1]   13/4
present [2]   3/15 37/4
presentence [2]   24/25 25/18
PRESIDING [1]   1/4
pretrial [2]   3/22 26/18
previously [1]   3/17
pride [1]   33/16
primarily [1]   9/1
principle [1]   20/2
prior [1]   17/12
prison [4]   18/25 19/23 19/25
  20/8
Prisons [1]   26/3
probably [1]   16/20
probation [4]   4/20 26/18
  27/7 27/17
probation's [1]   5/6
probationary [1]   31/2
proceedings [3]   1/13 39/22
  40/6
proceeds [13]   6/8 6/15 9/3
  9/11 9/11 9/14 9/16 9/17
  9/22 10/1 10/18 11/13 11/19
program [7]   14/12 14/14
  30/14 30/20 32/25 33/6 33/9
programs [2]   27/6 27/6
promote [1]   29/21
promoting [1]   30/5
proper [1]   16/11
property [1]   27/12
propose [1]   39/1
proposes [1]   6/23
protect [1]   31/15
prove [1]   13/3
provide [3]   29/22 30/6 35/5
provided [2]   7/2 28/23
public [1]   31/15
punishment [2]   29/22 30/6
purchased [3]   11/5 11/6 11/9
purpose [2]   11/22 33/6
purposes [2]   13/8 38/6
pursuant [5]   8/21 25/24
  27/21 27/23 40/4
put [5]   11/2 18/8 19/7 19/7
  22/5

## Q

qualifies [1]   15/23
question [3]   36/4 37/11 39/9
questions [1]   34/7
quoted [1]   32/14

## R

raised [1]   23/16
ram [3]   2/14 3/13 37/3
range [9]   16/4 16/5 18/1
  22/5 22/5 22/24 23/6 29/25
  38/11
rare [1]   19/13
rather [3]   19/7 31/4 34/9
re [1]   32/15
read [5]   7/1 8/15 13/20
  17/12 17/20

## R

reading [1]  15/22
Ready [1]  28/7
real [2]  19/20 20/20
really [2]  5/22 11/20
reason [2]  4/9 4/13
reasonable [3]  27/24 27/24
27/25
reasonably [1]  12/5
reasons [4]  5/22 10/24 22/23
32/10
recall [2]  9/12 29/13
Recalling [1]  37/1
receipt [1]  9/7
receive [3]  6/15 9/10 28/20
received [11]  3/22 6/7 6/9
6/21 9/2 9/20 9/25 10/22
18/19 19/8 27/8
receiving [2]  9/13 11/12
recent [3]  7/16 20/15 22/11
recently [1]  3/22
recess [2]  36/9 36/25
recited [1]  19/3
recognize [2]  13/5 32/17
recognized [1]  33/3
recognizes [1]  29/23
recommend [2]  25/1 25/1
recommendation [5]  23/1 23/3
23/5 25/1 25/3
record [5]  4/4 6/5 9/6 14/25
33/25
records [1]  31/20
recover [1]  18/16
recovered [1]  35/19
recovery [1]  28/18
redeemed [1]  31/3
reduce [1]  19/5
reed [1]  17/15
referred [1]  20/16
refers [2]  27/2 35/9
reflect [1]  29/20
Reform [1]  25/24
refunds [1]  27/9
regard [11]  7/22 13/6 14/8
14/23 15/11 15/13 29/14
30/20 33/14 35/7 38/2
regarding [6]  3/18 5/15 13/1
16/11 37/7 37/25
regulations [2]  26/18 40/8
reimbursed [1]  14/16
rejected [2]  18/21 19/1
rejecting [3]  12/7 14/20
32/10
relate [1]  10/12
related [1]  31/14
release [2]  26/10 26/11
relevant [2]  12/13 21/19
relief [2]  20/23 33/7
relying [1]  15/11
remarkable [1]  29/16
reminded [2]  29/8 37/5
repeat [2]  17/11 17/13
repeated [1]  21/7
reply [2]  36/6 39/19
report [1]  25/18
reported [1]  40/6
Reporter [1]  1/19
REPORTER'S [1]  1/13
representation [1]  14/15
representations [1]  31/22
request [3]  3/24 7/7 38/14
requested [1]  33/25
requesting [2]  23/19 35/13
require [1]  35/21
required [1]  7/18
residence [1]  27/13
resolved [1]  39/4
respect [16]  4/24 4/25 5/4

5/6 10/16 11/19 11/23 14/18
19/9 19/19 21/7 38/10 38/22
38/24 38/24 38/25
respectfully [2]  35/25 36/1
respective [1]  5/13
respond [3]  7/14 8/2 32/7
responded [2]  6/2 18/17
response [4]  5/17 9/4 10/15
20/13
responsibility [3]  7/10 21/3
22/13
responsible [3]  12/4 12/8
21/10
restitution [16]  26/21 28/4
28/17 28/19 28/20 36/13
36/13 36/20 37/17 37/19 38/2
38/6 38/15 39/1 39/2 39/8
result [1]  19/1
resulted [1]  35/11
reviewing [1]  4/7
revise [1]  38/5
revised [1]  34/1
revisiting [1]  38/16
revocation [1]  27/19
Richard [19]  1/9 3/8 3/14
4/12 4/23 10/22 11/1 11/7
11/12 12/4 15/1 15/5 16/8
21/6 22/21 25/25 30/19 32/15
37/2
Rigas [1]  18/23
Rigas' [1]  19/1
right [13]  5/10 5/19 10/3
11/25 20/12 23/12 23/14
24/13 25/20 25/22 36/5 38/23
39/8
ripped [1]  33/12
risk [1]  19/21
Rita [1]  19/6
Rivas [2]  6/25 7/3
River [1]  28/6
Robert [1]  3/25
Robinson [1]  12/20
role [3]  5/3 8/25 11/24
RPR [1]  40/12
rules [1]  26/17
ruling [3]  34/3 34/4 34/6
run [5]  6/13 6/21 22/8 22/25
26/15
Runyan [1]  9/20

## S

Sabala [1]  6/11
Sah [3]  18/13 21/1 24/3
said [11]  9/22 13/2 13/17
15/4 16/9 17/20 17/23 19/2
24/3 30/8 32/8
same [5]  4/25 9/19 19/5
32/24 38/15
sample [1]  26/24
sat [1]  20/6
satisfy [1]  30/4
Sauza [1]  6/19
saw [8]  20/21 20/21 20/22
21/7 21/10 22/1 22/1 22/3
say [8]  12/11 12/25 17/19
19/24 25/3 25/6 33/16 39/13
saying [1]  11/20 36/11
says [2]  30/12 30/19
SBA [2]  14/15 33/10
schedule [1]  39/17
scheme [2]  23/22 23/24
schemer [1]  18/23
schemes [1]  18/7
SCOTT [2]  2/5 3/11
search [3]  27/17 27/18 27/23
searched [1]  28/2
searches [1]  27/21
seated [1]  12/1 12/24
Seattle [1]  28/5

second [3]  16/21 26/19 30/6
securities [1]  11/9
Security [1]  27/3
see [2]  10/3 24/18
seeking [1]  34/13
seems [2]  13/24 23/8
sending [1]  18/15
sentence [30]
sentenced [4]  18/14 18/24
22/4 22/12
sentences [7]  18/2 18/18
22/19 23/25 30/1 31/17 31/23
sentencing [20]  3/17 3/18
3/20 4/5 5/4 16/11 16/14
16/17 20/15 24/6 24/17 24/18
25/24 29/9 31/2 31/19 32/15
33/20 36/23 39/6
sentencings [1]  17/12
series [1]  22/15
serious [1]  30/25
seriousness [1]  29/21
served [6]  23/19 25/5 25/7
26/5 26/7 32/9
services [2]  3/22 26/18
serving [2]  19/22 21/5
set [6]  35/22 35/25 37/11
37/14 39/12 39/17
sets [2]  21/24 36/12
several [2]  8/1 18/10
severally [1]  28/13
shall [9]  26/11 26/25 27/5
27/8 27/12 27/20 28/3 28/21
28/23
share [10]  9/2 9/6 9/10 9/25
10/17 10/17 10/18 10/22 11/1
11/13
sharing [1]  15/7
shit [1]  30/21
should [12]  5/8 11/23 11/24
14/25 16/18 16/24 23/16
24/14 32/8 35/24 37/6 39/13
show [2]  13/7 30/17
showed [2]  13/9 15/19
shown [1]  9/23
shows [6]  11/3 11/11 11/17
11/18 20/19 20/20
significant [2]  21/24 22/19
Silverman [3]  2/18 3/14 37/3
similar [1]  19/9 19/15 24/7
31/19 31/20
similarities [1]  31/24 32/6
similarly [3]  18/3 18/19
19/8
situated [3]  18/3 18/19 19/8
situation [1]  14/2
sleep [1]  30/13
small [6]  22/14 28/8 28/10
28/11 32/18 33/20
so [33]
social [2]  27/3 27/15
solely [1]  13/6
some [14]  4/13 6/7 13/2
13/24 14/17 17/5 17/17 20/6
20/7 29/2 29/2 33/3 36/1
36/10
somehow [2]  6/16 7/5
Someone [1]  25/16
something [4]  13/10 14/11
25/19 32/8
sometimes [1]  29/9
sophisticated [2]  13/15
15/25
sort [2]  6/2 25/1
sought [1]  8/20
sound [1]  29/11
sounds [1]  37/13
sources [1]  19/5
special [2]  26/21 28/3

**S**

specific [2]   19/2 39/2
specifically [5]   5/20 6/1
 6/11 8/12 18/21
spending [1]   11/14
spent [3]   4/7 11/21 11/21
spoke [1]   30/11
Spring [1]   2/7
Square [1]   28/7
stage [1]   10/9
stages [1]   10/8
standard [1]   5/24
standing [1]   24/16
stands [1]   7/7
starting [2]   16/7 16/9
state [4]   3/9 23/20 23/22
 32/9
stated [2]   32/10 38/7
STATES [12]   1/1 1/4 1/6 2/3
 3/7 3/12 15/13 18/20 28/21
 37/2 40/5 40/9
stating [1]   6/2
steal [3]   20/23 22/17 24/3
stemming [1]   12/5
stenographically [1]   40/6
STEPHEN [1]   1/3
Steptoe [2]   2/15 2/18
still [3]   10/23 15/22 17/25
stole [1]   21/13
stood [1]   7/1
storage [2]   27/14 27/16
straight [1]   30/13
Street [3]   1/20 2/7 2/15
strike [1]   17/6
Stroud [2]   22/11 22/12
students [1]   21/14
study [1]   19/22
stuff [1]   21/23
subject [1]   27/21
submission [6]   5/5 5/17 8/2
 9/5 10/24 36/1
submissions [3]   17/13 35/4
 35/10
submit [4]   9/21 27/12 27/18
 36/21
submitted [5]   3/24 5/5 6/8
 6/21 21/11
submitting [1]   30/18
subsequent [1]   5/7
substantial [3]   4/7 19/20
 31/9
substantially [2]   13/10
 19/14
such [1]   26/15
suffice [1]   3/19
sufficient [3]   20/3 20/8
 21/18
suggest [1]   36/1
suggested [1]   31/22
suggestion [2]   38/4 38/4
Suite [2]   1/20 2/16
summaries [1]   18/13
summarized [2]   18/10 24/11
summary [1]   12/19
SUN [1]   2/5
superseding [3]   26/2 26/7
 26/14
supervised [1]   26/11
supervision [2]   26/20 28/1
support [3]   5/3 7/17 21/18
supports [1]   4/2
supposed [1]   37/16
Supreme [1]   36/11
sure [2]   9/5 33/24
survive [1]   20/24
suspicion [1]   27/25
SVW [3]   1/8 3/7 37/1
system [1]   33/4

**T**

take [5]   4/15 17/7 29/5
 34/23 36/9
taken [2]   7/15 17/4
takes [3]   21/21 23/9 33/16
taking [2]   10/8 18/5
talking [1]   19/6
Tam [1]   30/21
Tamara [3]   15/3 15/21 28/14
 30/15
tax [2]   9/20 27/9
tell [4]   5/14 34/11 34/20
 35/6
Terabelian [3]   13/23 15/21
 28/14
term [5]   26/3 26/4 26/11
 26/12 29/8
terms [5]   9/15 19/16 26/8
 26/15 26/16
testified [1]   6/17
text [4]   15/3 30/12 30/17
 30/19
than [16]   4/21 4/22 7/12
 9/11 12/19 13/1 13/8 13/10
 15/10 18/9 18/11 20/9 27/1
 31/4 34/9 38/21
Thank [10]   4/17 20/12 20/14
 23/12 23/13 24/12 24/13
 25/21 39/20 39/21
that [264]
That's [1]   38/23
theft [4]   22/7 24/8 24/19
 31/6
their [7]   5/12 8/2 19/4 24/5
 25/5 28/19 30/15
them [4]   6/23 9/18 21/23
 32/2
themselves [1]   17/14
then [20]   6/25 8/16 10/11
 11/8 12/1 12/12 13/4 14/25
 25/2 25/6 25/22 30/24 36/5
 36/15 37/11 38/8 39/3 39/12
 39/16 39/16
there [41]
these [5]   13/24 22/19 37/12
 39/4 39/5
they [23]
THIBODEAUX [2]   1/19 40/12
thing [2]   4/8 18/4
things [3]   11/8 17/24 33/11
think [22]
thinking [1]   13/24
this [64]
Thompson [1]   36/3
those [14]   6/13 6/15 7/11
 17/19 18/6 21/10 22/18 22/23
 31/23 31/24 32/3 33/21 35/15
 38/18
though [1]   6/17
thought [1]   16/3
three [3]   14/3 26/13 39/13
through [9]   25/2 25/4 25/9
 25/14 26/1 26/5 26/9 26/13
 28/22
thrown [1]   5/23
time [7]   3/16 4/7 19/22 21/5
 27/24 37/24 38/16
Title [1]   40/4
today [3]   17/25 37/14 39/14
too [1]   23/8
took [3]   15/4 33/8 38/3
top [6]   22/5 22/24 23/5 23/8
 30/24 32/18
Torres [1]   25/17
total [2]   14/14 28/4
totaling [1]   6/20
totally [1]   34/8
toward [1]   25/16

towards [1]   18/8
tracing [1]   35/11
transactions [1]   22/16
transcript [3]   1/13 40/6
 40/7
Treadwell [3]   18/20 18/21
 19/12
trial [16]   7/11 11/3 13/9
 14/13 14/25 15/2 15/9 15/19
 23/21 29/10 30/3 30/9 32/4
 32/11 32/12 33/19
Troy [1]   22/11
true [2]   27/1 40/5
trying [1]   34/18
turn [1]   4/5
Twelfth [1]   2/7
two [12]   4/9 5/22 12/13
 13/15 13/16 13/18 16/24
 17/23 31/25 31/25 32/22
 34/12
two-level [1]   4/9
type [2]   21/21 33/10

**U**

U.S [5]   1/19 2/4 2/4 26/18
 27/17
ultimate [1]   5/6
ultimately [1]   20/1
under [10]   5/8 15/22 21/11
 21/20 23/21 23/25 26/15
 27/16 37/12 39/7
understand [9]   8/8 10/10
 14/4 14/9 17/12 23/11 31/6
 34/12 34/19
understanding [1]   4/19
UNITED [12]   1/1 1/4 1/6 2/3
 3/7 3/12 15/13 18/19 28/21
 37/2 40/5 40/9
universe [1]   29/23
Unless [1]   5/13
unprecedented [1]   29/25
unpublished [1]   13/22
unreasonable [1]   18/25
untainted [1]   34/18
until [1]   39/4
unwarranted [1]   31/18
up [7]   5/23 9/16 9/18 16/3
 24/2 36/19 39/17
update [1]   3/21
upon [7]   12/19 15/12 26/10
 27/25 33/18 36/18 38/16
upper [1]   18/9
upside [1]   33/2
upward [1]   32/18
US [2]   2/10 28/11
use [1]   12/18
used [9]   5/25 6/3 7/4 10/19
 14/3 23/22 23/23 24/4 29/8
uses [1]   21/22
using [1]   13/9

**V**

V-A-L-L-E [1]   7/16
Vahe [2]   16/17 28/16
Valle [2]   7/16 7/18
variance [4]   18/1 32/18
 32/23 33/20
various [1]   21/11
vary [1]   38/10
vehicle [1]   27/13
versus [3]   3/8 15/13 37/2
very [7]   8/9 9/16 17/4 18/8
 29/24 30/25 32/16
victim [3]   13/20 14/6 21/18
victims [5]   8/6 8/7 14/8
 14/21 28/20
victims' [1]   28/18

**view [12]**   3/19  4/2  4/2  13/3
17/5  23/10  29/5  30/9  30/24
31/11  32/7  33/18
**views [1]**   33/16
**violated [1]**   27/25
**violation [1]**   28/2
**vulnerable [4]**   13/20  13/25
14/6  21/18

---

**W**

---

**walking [1]**   25/16
**want [6]**   17/13  17/17  17/18
35/22  36/4  37/23
**wanted [9]**   6/5  8/2  8/10  9/5
16/21  18/4  18/12  18/20  33/24
**warn [1]**   27/20
**warrant [1]**   32/1
**was [63]**
**Washington [2]**   2/11  2/19
**wasn't [2]**   11/14  31/8
**watches [1]**   11/10
**way [10]**   25/10  29/14  30/11
30/11  31/15  33/5  33/5  33/9
33/15  37/25
**we [47]**
**WebBank [1]**   28/11
**weeks [1]**   39/13
**weight [1]**   31/9
**well [8]**   7/15  8/8  11/7  20/11
21/16  34/11  39/3  39/12
**Wells [1]**   28/9
**went [2]**   35/15  38/3
**were [32]**
**West [2]**   1/20  2/15
**WESTERN [1]**   1/2
**what [37]**
**whatever [2]**   22/8  37/17
**when [6]**   4/20  15/16  19/24
28/20  35/14  35/18
**where [7]**   9/15  15/4  19/12
19/14  20/4  22/12  35/11
**whether [1]**   11/23
**which [13]**   11/7  11/9  11/17
12/14  12/15  12/22  23/5  29/1
29/12  31/1  33/2  37/21  38/18
**while [2]**   21/17  24/2
**white [1]**   29/23
**who [12]**   3/14  10/17  14/3
18/6  18/14  19/15  20/23  21/21
24/10  31/20  33/16  37/4
**whoever [1]**   34/21
**whole [1]**   15/16
**why [3]**   24/14  34/23  35/8
**wife [3]**   11/5  15/9  31/1
**wife's [1]**   11/6
**will [12]**   4/5  10/11  16/10
17/22  20/3  27/23  34/24  35/22
36/9  37/14  39/8  39/16
**willingly [1]**   4/3
**WILSON [1]**   1/3
**winnings [1]**   27/9
**wire [1]**   21/4
**wish [3]**   10/15  12/2  16/12
**within [2]**   21/22  38/10
**without [5]**   13/2  13/6  24/5
27/6  29/14
**witness [1]**   12/20
**working [1]**   30/13
**worse [1]**   20/7
**would [25]**
**wrote [1]**   25/18

---

**Y**

---

**year [4]**   3/23  25/6  26/13
32/22
**years [12]**   18/24  22/4  26/3
26/4  26/5  26/12  26/12  26/13

29/12  31/1  32/21  32/21
**York [1]**   2/11
**you [51]**
**your [56]**