# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00579-SVW |
| Date | December 6, 2021 |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | |

| Paul M. Cruz | Anne Kielwasser | Christopher Fenton<br>Scott Paetty<br>Catherine Ahn<br>Brian Faerstein<br>Daniel Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Richard Ayvazyan | | | | Ashwin Ram | X | | X |
| 2) Marietta Terabelian | | | | Ryan Fraser | X | | X |
| 3) Artur Ayvazyan | X | | X | Jennifer Wirsching<br>Thomas A. Mesereau, Jr. | X<br>X | | X<br>X |
| 4) Tamara Dadyan | X | | X | Jerry Kaplan | X | | X |

**Proceedings:** RESTITUTION HEARING

Hearing held. The matter is submitted. Order to issue.

| | : | 30 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
    USM
    PSLA