UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD AYVAZYAN,<br>　aka "Richard Avazian" and<br>　　　"Iuliia Zhadko,"<br>MARIETTA TERABELIAN,<br>　aka "Marietta Abelian" and<br>　　　"Viktoria Kauichko,"<br>ARTUR AYVAZYAN,<br>　aka "Arthur Ayvazyan,",<br><br>　　　　Defendants. | No. CR 20-579(A)-SVW-1-2-3<br><br>ORDER DISMISSING INDICTMENT (ECF 32) AS AGAINST DEFENDANTS RICHARD AYVAZYAN, MARIETTA TERABELIAN, AND ARTUR AYVAZYAN PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

　　　Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby ORDERS that the Indictment filed in this matter on November 17, 2020 (ECF 32) be dismissed as to defendants Richard Ayvazyan, Marietta Terabelian, and Artur Ayvazyan.

　　　IT IS SO ORDERED.

December 9, 2021
DATE

*[signature: Stephen V. Wilson]*
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

　/s/
SCOTT PAETTY
Assistant United States Attorney