TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579-SVW |
| Plaintiff, | NOTICE OF PROOF OF SERVICE |
| v. | |
| RICHARD AYVAZYAN,<br>   Aka "Richard Avazian" and "Iuliia Zhadko," et al., | |
| Defendants. | |

    PLEASE TAKE NOTICE that plaintiff, United States of America hereby served a copy of Plaintiff's STIPULATION RECOGNIZING LIEN OF ENCORE SERIES COMMUNITY INC. IN REAL PROPERTY LOCATED IN PALM DESERT, CALIFORNIA, WITH ASSESSOR'S PARCEL NUMBER: 694-331-008, and [PROPOSED] ORDER filed on December 27, 2021, ECF Document No. 1218, on Encore Series Community Inc.

Plaintiff now files the proof of service attached as Exhibit A.

Dated: December 29, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

         /s/*Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA