UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 20-00579-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RECOGNIZING THE LIEN OF PRIVATE MONEY SOLUTIONS, INC. AND GREGORY SHIRIN IN REAL PROPERTY LOCATED AT 4910 TOPEKA DRIVE, TARZANA CALIFORNIA, WITH ASSESSOR'S PARCEL NUMBER: 2176-029-031 |
| v. | |
| RICHARD AYVAZYAN, ET AL. | |
| Defendants. | |

Upon consideration of the stipulation and request of Plaintiff, United States of America, and lienholders Private Money Solutions, Inc. ("PMS") and Gregory Shirin ("Shirin") (collectively the "Lenders") for an order recognizing the lien of PMS and Shirin in the real property located in Tarzana, California, APN: 2176-029-031 (the "Subject Property").

It is hereby ORDERED as follows:

1. The parties shall execute further documents, to the extent necessary, to convey clear title to the Subject Property

to Plaintiff and to further implement the terms of the Stipulation.

2. Contingent upon the sale of the Subject Property, the funds generated by any sale will be distributed in the following order of priority, if available:

    a. First, to the United States Marshals Service for its costs and expenses of the sale;

    b. Second, to the extent sufficient sale funds are available, to pay any real property taxes assessed against the Subject Property to the date of entry of the Judgment of Forfeiture;

    c. Third, to the extent sufficient sale funds are available, to Lenders (or any successor lienholder) as follows:

        i. $2,253,792.97 due under its Note which is secured by the Assignment of Deed of Trust recorded as Instrument No. 2020-0695395 against the Subject Property identifying Shirin and PMS as beneficiaries.

    d. Fourth, the balance to Plaintiff pursuant to the terms of the Final Order of Forfeiture, i.e., the balance will be forfeited to the United States of America and no other right, title or interest shall exist herein. The Government will dispose of the funds in accordance with law.

3. Upon payment, PMS and Shirin will provide their deeds of reconveyance or such other document reasonably necessary to release its security interest to the United States via recordable documents and to release and hold harmless the Plaintiff, and any agents, servants, and employees of the government (or any state or local law enforcement agency) acting

in their individual or official capacities, from any and all claims which currently exist or which may arise as a result of the government's action against the Subject Property.

4. This Order is binding upon PMS and Shirin and their successors and assigns.

5. The Court will retain jurisdiction to resolve any issues with respect to the parties performance under the Stipulation and this Order.

DATED: January 6, 2022

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA