Scott Paetty(Cal. Bar No. 274719)
Assistant United States Attorney
U.S. Attorney's Office
312 North Spring Street, 11th Floor
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CR 20-579(A)-SVW |
| RICHARD AYVAZYAN ET AL., DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged: (**List Documents**)
Sealing Application, Declaration, Proposed Order

**Reason:**

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

February 7, 2022                               SCOTT PAETTY
Date                                                  Attorney Name
                                                         Plaintiff
                                                         Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*