TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (Cal. Bar No. 129676)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-7819
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD AYVAZYAN <br><br> and <br><br> MARIETTA TERABELIAN, <br><br> Defendant. | No. 20-CR-00579-SVW <br><br> **NOTICE OF LODGING BY UNITED STATES OF PROPOSED JUDGMENT OF BOND FORFEITURE FOR DEFENDANTS RICHARD AYVAZYAN AND MARIETTA TERABELIAN** |

The Court, having forfeited on November 24, 2021, the bond for defendants Richard Ayvazyan (Dkt. 1167), and Marietta Terabelian (Dkt. 1196), Plaintiff United States of America hereby lodges the [Proposed] Judgment for Plaintiff United States on Bail Bond Forefeiture with Respect to Defendant Richard Ayvazyan and Sureties Faroy Bail Bonds Inc., and Zhaneta Momdzayan; and [Proposed] Judgment for Plaintiff United States on Bail Bond Forefeiture With Respect to Defendant Marietta Terabelian and Sureties Faroy Bail Bonds Inc., and Gohar Abelian.

DATED: February 8, 2022.              Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section

      /s/ Zoran J. Segina
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America