TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (Cal. Bar No. 129676)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-7819
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD AYVAZYAN <br><br> and <br><br> MARIETTA TERABELIAN, <br><br> Defendants. | No. 20-CR-00579-SVW <br><br> [PROPOSED] <br><br> **JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FOREFEITURE WITH RESPECT TO DEFENDANT RICHARD AYVAZYAN AND SURETIES FAROY BAIL BONDS INC., AND ZHANETA MOMDZAYAN** |

1  Pursuant to the Order forfeiting bail filed on November 24, 2021, wherein
2  the Court ordered that pretrial bail be forfeited with respect to defendant Richard
3  Ayvazyan, Judgment shall be entered as follows:
4  Richard Ayvazyan is liable to the United States, for the amount of the forfeited
5  bail, $250,000, together with interest and costs.
6  Surety Faroy Bail Bonds Inc., is liable to the United States, jointly and severally
7  with defendant Richard Ayvazyan for $100,000 of the forfeited bail, together with
8  interest and costs.
9  Surety Zhaneta Momdzayan aka Zhaneta Mondzayan is liable to the United States,
10  jointly and severally with defendant Richard Ayvazyan for $150,000 of the forfeited
11  bail, together with interest and costs.
12  The Clerk shall serve sureties Faroy Bail Bonds Inc., and Zhaneta Momdzayan by
13  mail with this Judgment.
14  IT IS SO ORDERED.
15  DATED: _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

1