TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (Cal. Bar No. 129676)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-7819
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RICHARD AYVAZYAN<br><br>and<br><br>MARIETTA TERABELIAN,<br><br>           Defendants. | No. 20-CR-00579-SVW<br><br>[PROPOSED]<br><br>**JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FOREFEITURE WITH RESPECT TO DEFENDANT MARIETTA TERABELIAN AND SURETIES FAROY BAIL BONDS INC., AND GOHAR ABELIAN** |

      Pursuant to the Order forfeiting bail filed on November 24, 2021, wherein the Court ordered that pretrial bail be forfeited with respect to defendant Marietta Terabelian, Judgment shall be entered as follows:

      Marietta Terabelian is liable to the United States, for the amount of the forfeited bail, $175,000, together with interest and costs.

      Surety Faroy Bail Bonds Inc., is liable to the United States, jointly and severally with defendant Marietta Terabelian for $75,000 of the forfeited bail, together with interest and costs.

      Surety Gohar Abelian is liable to the United States, jointly and severally with defendant Marietta Terabelian for $100,000 of the forfeited bail, together with interest and costs.

      The Clerk shall serve sureties Faroy Bail Bonds Inc., and Gohar Abelian by mail with this Judgment.

      IT IS SO ORDERED.

      DATED: _____, 2022.

_____
UNITED STATES DISTRICT JUDGE