# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Yuluo Kang |
| 2a. Contact Phone Number | (626) 578-7294 |
| 3a. Contact E-mail Address | ykang@adlailaw.com |
| 1b. Attorney Name (if different) | Tarik S. Adlai |
| 2b. Attorney Phone Number | (626) 578-7294 |
| 3b. Attorney E-mail Address | tadlai@adlailaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Law Offices of Tarik S. Adlai
65 No. Raymond Ave.
Suite 320
Pasadena, California 91103

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | Artur Ayvazyan, Defendant |
| 6. Case Name | U.S. v. Ayvazyan, et al. |
| 7a. District Court Case Number | 2:20-cr-579 |
| 7b. Appeals Court Case Number | 21-50302 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Annie Kielwasser

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/2021 | 1194 | Wilson | Restitution Hearing | ● | | | | | ● | ● | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: February 14, 2021   Signature: /s/ Tarik S. Adlai

G-120 (06/18)