TROUTMAN PEPPER
HAMILTON SANDERS LLP
Jared D. Bissell, SBN 272687
jared.bissell@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone: 858.509.6000
Facsimile:  858.509.6040

Attorney for Claimant
NATIONSTAR MORTGAGE LLC
dba MR. COOPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00579-SVW |
|---|---|
| Plaintiff, | |
| v. | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT NATIONSTAR MORTGAGE LLC DBA MR. COOPER** |
| RICHARD AYVAZYAN, aka "Richard Ayazian" and "Iuliia Zhadko," et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Claimant, Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby withdraws its claim filed in this action on May 25, 2021 (ECF 991) to the real property located at 834 Calle La Primavera, Glendale, California 91208.

Dated: March 4, 2022

TROUTMAN PEPPER
HAMILTON SANDERS LLP

*/s/ Jared D. Bissell*
Jared D. Bissell

Attorneys for Claimant
Nationstar Mortgage LLC d/b/a Mr. Cooper

1

# CERTIFICATE OF SERVICE

I, Jared D. Bissell, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of 18 and not a party to the within action; my business address is 11682 El Camino Real, Suite 400, San Diego, CA 92130.

I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 4, 2022, at San Diego, CA.

*/s/ Jared D. Bissell*
Jared Bissell