UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00579-SVW |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE AS TO SEIZED FUNDS AND PERSONAL PROPERTY |
| v. | |
| RICHARD AYVAZYAN, Aka "Richard Avazian" and "Iuliia Zhadko," et al., | |
| Defendants. | |

On August 19, 2021, August 24, 2021 and September 3, 2021, this Court entered Preliminary Orders of Forfeiture ("POFs"), ordering the forfeiture of the interests of defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan in the seized funds and personal property ("seized assets"), having found that the seized assets were 1) property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offenses traceable to one or more violations of 18 U.S.C. §§ 1349, 1343, 1344(2), 1028A(a)(1), and 2) property involved in or traceable to violations of 18 U.S.C. § 1956, and that there was therefore a nexus

between the seized assets and the crimes of defendants' convictions or admitted in the defendants' plea agreements.

Also on October 27, 2021, the Court entered a money judgment of forfeiture, requiring defendant Richard Ayvazyan to "forfeit to the United States the sum of $1,420,199.00" and allowing the government to, "at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,420,199.00 to satisfy the money judgment in whole or in part." (Dkt. 1087).

The seized assets are as follows:

a.   $12,520.00 in U.S. Currency seized during the execution of a federal search warrant on November 5, 2020, in Encino, California, at the residence of defendants Tamara Dadyan and Artur Ayvazyan;

b.   $3,032.23 in bank funds seized pursuant to a federal seizure warrant executed on or about January 22, 2021, from Bank of the West account ending in '0531 in the name of Dadyan;

c.   $189,430.85 in bank funds seized pursuant to a federal seizure warrant executed on or about January 22, 2021, from Bank of the West account ending in '5682 in the name of Proactive Home Health Care Inc.;

d.   $74,557.79 in bank funds seized from Bank of America account number ending in 7695 held in the name of Allstate Towing & Transport LLC;

e.   $65,990.43 in bank funds seized from Bank of America account ending in 9700 held in the name of Runyan Tax Service Inc.;

f.   $451,185.00 in U.S. Currency seized on November 5, 2020, in various areas and backyard of a Tarzana, California residence;

g.  One Santos De Cartier stainless steel wrist watch, model 4183, serial number 163389YX;

h.  One Audermars Piguet, Royal Oak 18 carat rose gold wrist watch, model 26331, serial number J52335 seized on November 5, 2020 in various areas and backyard of a Tarzana, California residence;

i.  One Rolex Datejust stainless steel wrist watch, model 126334, serial number 4U95Z313 seized on November 5, 2020 in various areas and backyard of a Tarzana, California residence;

j.  One Audemars Piguet, Royal Oak Offshore black ceramic wrist watch, serial number K23313 seized on November 5, 2020 in various areas and backyard of a Tarzana, California residence;

k.  One Audemars Piguet Royal Oak Offshore black ceramic wrist watch, serial number LU44845K seized on November 5, 2020 in various areas and backyard of a Tarzana, California residence;

l.  One Audemars Piguet Royal Oak stainless steel wrist watch, serial number LW3397N seized on November 5, 2020 in various areas and backyard of a Tarzana, California residence;

m.  One Rolex Day-Date watch, serial number W44P7238 seized on October 20, 2020 at the Miami International Airport from Richard Ayvazyan and Marietta Terabelian;

n.  Sixty Gold Bullion Coins seized on November 5, 2020 in various areas and backyard of a Tarzana, California residence;

o.  One 14 carat yellow gold 24" neck chain seized on October 20, 2020 at the Miami International Airport from Richard Ayvazyan and Marietta Terabelian;

p.  One Pair of 14 carat white gold earrings with diamond stud seized on October 20, 2020 at the Miami International Airport from

Richard Ayvazyan and Marietta Terabelian.

Beginning on September 11, 2021, and ending on October 10, 2021, and beginning on September 14, 2021, and ending on October 13, 2021, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture orders. Each of the notices advised of the government's intent to dispose of the seized real property in accordance with law and as specified in the POFs, and further notified all eligible third parties of their right to petition this Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the seized assets.

No parties have filed petitions in this proceeding, and the time for filing such petitions has expired. Entry of the final order of forfeiture is proper because the public notice provisions governing criminal forfeiture have been met.

///

///

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED, AND DECREED** that the seized assets identified above to forfeited to the United States of America and be disposed of according to law.

This Court shall retain jurisdiction over this matter to enforce the provisions of the Final Order of Forfeiture.

DATED: _____, 2022

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA