UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD AYVAZYAN<br><br>and<br><br>MARIETTA TERABELIAN,<br><br>　　　　　　　Defendants. | No. 20-CR-00579-SVW<br><br>**JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FOREFEITURE WITH RESPECT TO DEFENDANT RICHARD AYVAZYAN AND SURETIES FAROY BAIL BONDS INC., AND ZHANETA MOMDZAYAN** |

Pursuant to the Order forfeiting bail filed on November 24, 2021, wherein the Court ordered that pretrial bail be forfeited with respect to defendant Richard Ayvazyan, Judgment shall be entered as follows:

Richard Ayvazyan is liable to the United States, for the amount of the forfeited bail, $250,000, together with interest and costs.

Surety Faroy Bail Bonds Inc., is liable to the United States, jointly and severally with defendant Richard Ayvazyan for $100,000 of the forfeited bail, together with interest and costs.

Surety Zhaneta Momdzayan aka Zhaneta Mondzayan is liable to the United States, jointly and severally with defendant Richard Ayvazyan for $150,000 of the forfeited bail, together with interest and costs.

The Clerk shall serve sureties Faroy Bail Bonds Inc., and Zhaneta Momdzayan by mail with this Judgment.

IT IS SO ORDERED.

DATED: March 16, 2022.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1