1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>RICHARD AYVAZYAN<br><br>and<br><br>MARIETTA TERABELIAN,<br><br>                Defendants. | No. 20-CR-00579-SVW<br><br><br>**JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FOREFEITURE WITH RESPECT TO DEFENDANT MARIETTA TERABELIAN AND SURETIES FAROY BAIL BONDS INC., AND GOHAR ABELIAN** |

1    Pursuant to the Order forfeiting bail filed on November 24, 2021, wherein
2  the Court ordered that pretrial bail be forfeited with respect to defendant Marietta
3  Terabelian, Judgment shall be entered as follows:

4    Marietta Terabelian is liable to the United States, for the amount of the forfeited
5  bail, $175,000, together with interest and costs.

6    Surety Faroy Bail Bonds Inc., is liable to the United States, jointly and severally
7  with defendant Marietta Terabelian for $75,000 of the forfeited bail, together with
8  interest and costs.

9    Surety Gohar Abelian is liable to the United States, jointly and severally with
10  defendant Marietta Terabelian for $100,000 of the forfeited bail, together with interest
11  and costs.

12    The Clerk shall serve sureties Faroy Bail Bonds Inc., and Gohar Abelian by mail
13  with this Judgment.

14    IT IS SO ORDERED.
15    DATED:  March 16, 2022.

16                                        STEPHEN V. WILSON
17                                        UNITED STATES DISTRICT JUDGE

1