UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD AYVAZYAN,<br>　　Aka "Richard Avazian" and "Iuliia Zhadko," et al.,<br><br>　　　　Defendants. | No. CR 20-00579-SVW<br><br>FINAL ORDER OF FORFEITURE AS TO 834 CALLE LA PRIMAVERA, GLENDALE, CALIFORNIA |

On August 19, 2021, August 24, 2021 and September 3, 2021, this Court entered Preliminary Orders of Forfeiture ("POFs")[1], ordering the forfeiture of the interests of defendants Richard Ayvazyan, Marietta Terabelian, Artur Ayvazyan, Tamara Dadyan, Manuk Grigoryan, Arman Hayrapetyan, Edvard Paronyan, and Vahe Dadyan in the real property, having found that the real property was 1) property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offenses traceable to one or more violations of 18 U.S.C. §§ 1349, 1343, 1344(2), 1028A(a)(1), and 2)

---

[1] On October 26, 2021, an Amended Preliminary Order of Forfeiture was issued as to 74203 Anastacia Lane, Palm Desert, California.

property involved in or traceable to violations of 18 U.S.C. § 1956, and that there was therefore a nexus between the seized funds and real property and the crimes of defendants' convictions or admitted in the defendants' plea agreements.

The real property located at 834 Calle La Primavera, Glendale, California, APN: 5663-036-33, ("Glendale property") more particularly described as:

> Parcel 1:
> Lot 56 of Tract No. 45375, in the City of Glendale, County
> of Los Angeles, State of California, as per map recorded in
> Book 1128, Page(s) 55 to 63 inclusive of Maps, in the
> office of the County Recorder of said County.
> Except therefrom all oil and minerals in, on and under said
> land as reserved by Benjamin Dreyfus in deeds recorded in
> Book 101, Pages 551 and in Book 107, Page 447 both of
> Deeds, in said Office of the County Recorder.
> Parcel 2:
> on-exclusive easements for access, ingress, egress,
> encroachments, maintenance, repair, drainage, support and
> other purposes, all as described in the Master Declaration
> recorded March 7, 1989 as Instrument No. 1989-354873 and
> any amendments thereto.

Beginning on September 11, 2021, and ending on October 10, 2021, and beginning on September 14, 2021, and ending on October 13, 2021, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture orders. Each of the notices advised of the government's intent to dispose of

the seized real property in accordance with law and as specified in the POFs, and further notified all eligible third parties of their right to petition this Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the seized real property.

Nationstar Mortgage LLC dba Mr. Cooper submitted a claim. On or about February 11, 2022, Nationstar Mortgage LLC dba Mr. Cooper received $774,712.13 as payoff. No other parties have filed petitions in this proceeding, and the time for filing such petitions has expired. Entry of the final order of forfeiture is proper because the public notice provisions governing criminal forfeiture have been met.

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED, AND DECREED** that the property identified in the FOF be disposed of and the proceeds of the sale will be payable in the following manner:

a. First, to the United States of America (including its agency the United States Marshals Service) for all expenses incurred relative to the Glendale Property, including, but not limited to, expenses of custody, advertising and sale;

b. Second, payment to the County Assessor and Tax Collector of Los Angeles County, California for any unpaid real property taxes assessed against the Glendale Property up to the date of filing of this Final Order of Forfeiture;

c. Third, payment to the United States Marshals Service, which will deposit and dispose of the remaining proceeds from the sale of the Glendale Property in accordance with law

Nationstar Mortgage LLC dba Mr. Cooper released the United

States of America, its agencies, agents, and officers, including, without limitation, employees and other representatives of the Federal Bureau of Investigation, from any and all claims, defenses, actions, or liabilities arising out of or related to this action against seized funds, including, without limitation, any and all claims for attorneys' fees, costs, or interest which may be asserted by them or on their behalf.

The parties shall bear their own costs and attorneys' fees in this action.

This Court shall retain jurisdiction over this matter to enforce the provisions of the Final Order of Forfeiture.

DATED:  March 16, 2022

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA