| U.S. Department of Justice<br>United States Marshals Service | FILED<br>2022 MAR -9 AM 10: 45 | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR 20-00579-SVW |
|---|---|
| DEFENDANT<br>RICHARD AYVAZYAN | TYPE OF PROCESS<br>Interlocutory Sale Order |

SERVE AT {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA DAN G. BOYLE<br>321 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

21-FBI-005231
Pursuant to the attached Order Authorizing Interlocutory Sale, please prepare and sell the real property located at 74203 Anastacia Lane, Palm Desert, California, APN 694-331-008 for fair market value. Follow the attached Order (paragraph #9) as to the dispersement of the funds. The net proceeeds of the sale substituted to the real property as substitute res in this action and deposited into the SADF until further notice from the U.S. Attorneys office.

| Signature of Attorney other Originator requesting service on behalf of:<br>DANIEL BOYLE Digitally signed by DANIEL BOYLE Date: 2022.01.11 09:46:19 -08'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-2426 | DATE<br>1/11/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/10/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>2/24/22 | Time<br>3:25 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS   LOG # 2781 ; CAPTURE # 012-2:2020-CR-00579-6

The real property was sold on 2/17/2022 pursuant to Interlocutory Sale Order.

Received and deposited the sale proceeds into the SADF on 2/22/2022.

The net proceeds of the sale was substituted to the real property.

Form USM-285
Rev. 03/21