U.S. Department of Justice    Log # 2723    **PROCESS RECEIPT AND RETURN**
United States Marshals Service    Capture # 012-2:2-2-CR-00579-3    *See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 20-00579-SVW |
| DEFENDANT | TYPE OF PROCESS |
| RICHARD AYVAZYAN | Interlocutory Sale Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA BRENT A. WHITTLESEY<br>321 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
21-FBI-001057
Pursuant to the attached Order for Interlocutory Sale, please prepare and sell the real propety located at 834 Calle la Primavera, Glendale California. Follow the Order (paragraph #9) as to the disbursing of the proceeds from the sale with remaining proceeds deposited as substitute res to the SADF until further notice from the U.S. Attorney's Office.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
BRENT WHITTLESEY  Digitally signed by BRENT WHITTLESEY Date: 2021.10.19 08:13:45 -07'00'
TELEPHONE NUMBER: (213) 894-5421
DATE: 10/19/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 12
District to Serve: No. 12
Signature of Authorized USMS Deputy or Clerk: Anthony Moseley
Date: 10/20/2021

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 2/16/22   Time: 11:00 [X] am [ ] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

    REAL PROPERTY WAS SOLD ON 02/11/2022 PURSUANT TO ORDER AUTHORIZING INTERLOCUTORY SALE.

    RECEIVED AND DEPOSITED THE SALE PROCEEDS INTO SADF WITH ASSET SUBSTITUTION ON 02/11/2022.

Capture # 012-2:2020-CR-00579-3

Form USM-285
Rev. 03/21