**U.S. Department of Justice**
United States Marshals Service

Log # 2829
Capture # 012-2:2020-CR-00579-7

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 20-00579-SVW |
| DEFENDANT | TYPE OF PROCESS |
| RICHARD AYVAZYAN | FINAL ORDER OF FORFEITURE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

van

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA DAN G. BOYLE
321 North Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

21-FBI-001057
Pursuant to the attached Order, please dispose of the real property located at 834 Calle la Primavera, Glendale California. Follow the Order as to the disbursing of the proceeds from the sale.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

*Dan Boyle*

TELEPHONE NUMBER: (213) 894-2426
DATE: 3/21/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin: No. 12
District to Serve: No. 12

Signature of Authorized USMS Deputy or Clerk
Date: 3/21/2022

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

Date: 3/22/2022   Time: 11:05 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
The real property was sold through Interlocolory Sale on 2/11/2022.
Forfeited $357,181.20 (21-FBI-001057) on 3/22/22.

Form USM-285
Rev. 03/21