LODGED

2022 APR 29 PM 2:47

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1  LORI C. HERSHORIN (SBN 155977)
2  **HERSHORIN & HENRY, LLP**
   26475 Rancho Parkway South
3  Lake Forest, California 92630
   949-859-5600
4  Email: Lorih@hhlawgroup.com

5  Attorney for Prospective Intervenor
   WFG TITLE INSURANCE COMPANY,
6  A South Carolina Corporation and NOVASTAR, LLC

7

8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9                         **WESTERN DIVISION**

10 UNITED STATES OF AMERICA          Case Number: **2:20-CR-00579-SVW**

11

12                    Plaintiff,      **WFG AND NOVASTAR'S** [PROPOSED]
                                       **ORDER RE: JOINT MOTION TO**
13 v.                                  **INTERVENE FOR LIMITED PURPOSE**
                                       **OF ACCESSING JUDICIAL RECORDS**
14 RICHARD AYVAZYAN,
15     aka "Richard Avazian" and      DATE:
       "Iuliia Zhadko,"               TIME:
16 MARIETTA TERABELIAN,               JUDGE: Hon. Stephen V. Wilson
       aka "Marietta Abelian" and     COURTROOM: 10A
17     "Viktoria Kauichko,"           LOCATION:  350 W. 1ST ST.
   ARTUR AYVAZYAN,                              Los Angeles, CA 90012
18     aka "Arthur Ayvazyan,"
19 TAMARA DADYAN,
   MANUK GRIGORYAN,
20     aka "Mike Grigoryan," and
       "Anton Kudiumov,"
21 ARMAN HAYRAPETYAN,
   EDVARD PARONYAN.
22     aka "Edvard Paronian" and
       "Edward Paronyan," and
23 VAHE DADYAN,
24
                    Defendants.
25

26

27

28

─────────────────────────────────────────────
                    [PROPOSED] **ORDER**

The Joint Motion to Intervene for the Limited Purpose of Accessing Judicial Records filed by WFG National Title Insurance Company, a South Carolina corporation ("WFG") and Novastar, LLC ("Novastar") came before the above-entitled Court. After full consideration of the arguments presented by counsel, the papers and records on file in this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1) Permitting WFG and Novastar to intervene in this proceeding for the limited purpose of enforcing its First Amendment and common law rights of access;

2) Unsealing all exhibits admitted into evidence at trial and the Government's exhibits to its Motions in Opposition to Defendants' Motions to Suppress the Evidence obtained at Premises-1 and Premises-4 (Docket nos. 188 and 207) for the limited purpose use as evidence in WFG and Novastar's respective Civil trials, whereby WFG and Novastar agree to adhere to this Court's Protection order and to submit requested documents to the State Superior Court under seal.

**IT IS SO ORDERED.**

Dated:_____

_____ _____

Honorable Stephen V. Wilson
Judge of the United States District Court

[PROPOSED]**ORDER**