LODGED

2022 APR 29 PM 2:47

1  LORI C. HERSHORIN (SBN 155977)
   **HERSHORIN & HENRY, LLP**
2  26475 Rancho Parkway South
   Lake Forest, California 92630
3  949-859-5600
4  Email: Lorih@hhlawgroup.com

5  Attorney for Prospective Intervenor
   WFG TITLE INSURANCE COMPANY,
6  A South Carolina Corporation

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    WESTERN DIVISION

10 UNITED STATES OF AMERICA            Case Number: **2:20-CR-00579-SVW**
11
12              Plaintiff,              WFG AND NOVASTAR'S [PROPOSED]
                                        ORDER RE: *EX PARTE* APPLICATION
13 v.                                   TO HEAR JOINT MOTION TO
                                        INTERVENE FOR LIMITED PURPOSE
14 RICHARD AYVAZYAN,                    OF ACCESSING JUDICIAL RECORDS
       aka "Richard Avazian" and        ON SHORTENED TIME
15     "Iuliia Zhadko,"
16 MARIETTA TERABELIAN,                 DATE:
       aka "Marietta Abelian" and       TIME:
17     "Viktoria Kauichko,"             JUDGE: Hon. Stephen V. Wilson
   ARTUR AYVAZYAN,                      COURTROOM: 10A
18     aka "Arthur Ayvazyan,"           LOCATION:  350 W. 1ST ST.
19 TAMARA DADYAN,                                  Los Angeles, CA 90012
   MANUK GRIGORYAN,
20     aka "Mike Grigoryan," and
       "Anton Kudiumov,"
21 ARMAN HAYRAPETYAN,
   EDVARD PARONYAN.
22     aka "Edvard Paronian" and
       "Edward Paronyan," and
23 VAHE DADYAN,
24
                Defendants.
25

26

27

28

-1-
[PROPOSED] ORDER

The *Ex Parte* Application to hear a Motion to Intervene for the Limited Purpose of Accessing Judicial Records filed by Non-Parties, WFG Title Insurance Company, a South Carolina corporation and Novastar, LLC (collectively "Prospective Intervenors") on shortened time came before the above-entitled Court. The Court agreed to hear the matter *ex parte* on shortened time because of the exigency of the matter and imminent trials calendared in the California Superior Court for the County of Los Angeles. After full consideration of the arguments presented by counsel, the papers and records on file in this action, and good cause appearing therefore, IT IS HEREBY ORDERED that WFG and Novastar's joint *ex parte* application is GRANTED. The hearing on Prospective Intervenors' Joint Motion to Intervene for the Limited Purpose of Accessing Judicial Records (hereafter "Joint Motion") shall be set for _____. Any opposition to the Joint Motion shall be filed on or before _____ and any reply brief shall be filed no later than _____.

**IT IS SO ORDERED.**

Dated:_____

                                                                             _____
                                                                             Honorable Stephen V. Wilson
                                                                             Judge of the United States District Court