FILED

2022 MAY -2 PM 1:51

United States v. Richard Ayvazyan, et al.
United States District Court, Central District of California
Case No: 2:20-cr-00579-SVW

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

**BY FAX**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26475 Rancho Parkway South, Lake Forest, California 92630.

I served the foregoing document(s) described as

1. WFG TITLE INSURANCE COMPANY AND NOVASTAR LLC'S JOINT *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE FOR LIMITED PURPOSE OF ACCESSING JUDICIAL RECORDS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF LORI C. HERSHORIN IN SUPPORT OF EX PARTE; PROPOSED ORDER
2. WFG TITLE INSURANCE COMPANY AND NOVASTAR LLC'S JOINT MOTION TO INTERVENE FOR LIMITED PURPOSE OF ACCESSING JUDICIAL RECORDS; DECLARATION OF LORI C. HERSHORIN IN SUPPORT OF WFG TITLE INSURANCE COMPANY AND NOVASTAR LLC'S JOINT NOTICE OF MOTION AND MOTION TO INTERVENE FOR LIMITED PURPOSE OF ACCESSING JUDICIAL RECORDS; PROPOSED ORDER

## METHOD OF SERVICE

[X] **BY ELECTRONIC MAIL:** On April 28, 2022, by personally transmitting to the following named person(s) via electronic mail, to the e-mail addresses as shown on the service list, on the date and time listed below, originating from Hershorin & Henry, LLP's electronic mail address, pursuant to the Local Civil Rule 7-19.1. A true copy of the above-described document(s) was transmitted by electronic transmission through Hershorin & Henry, LLP's mail server.

**Attorneys for Richard Ayvazyan**
Ashwin J. Ram, Esq.: aram@steptoe.com
Meghan Newcomer, Esq.: mnewcomer@steptoe.com
Nicholas P. Silverman, Esq.: nsilverman@steptoe.com

**Attorneys for Marietta Terabelian**
Ethan Atticus Balogh, Esq.: eab@balcolaw.com
David D. Diamond, Esq.: diamond@dba-law.com
John Lewis Littrell, Esq.: jlittrell@bklwlaw.com
Ryan Vaughan Fraser, Esq.: rfraser@bklwlaw.com

**Attorneys for Arthur Ayvazyan**
Kathryn A. Young, Esq.: Kathryn_Young@fd.org
David D. Diamond, Esq.: Kathryn_diamond@dba-law.com
Jennifer J. Wirsching, Esq.: Wirschinglaw@outlook.com

-1-
DECLARATION OF SERVICE

Tarik S Adlai, Esq.: tadlai@adlailaw.com
Thomas A. Mesereau, Jr.: mesereau@mesereaulaw.com

**Attorneys for Tamara Dadyan**
Jerry Kaplan, Esq.: office@3klaw.com
David D. Diamond, Esq.: diamond@dba-law.com

**Attorneys for Manuk Gregoryan**
John Hanusz, Esq.: john@hanuszlaw.com
George G. Mgdesyan, Esq.: george@mgdesyanlaw.com

**Attorneys for Arman Hayrapetyan**
Jilbert Tahmazian, Esq.: jilbert@jilbertlaw.com

**Attorneys for Edvard Paronyan**
Michael Gregory Freedman, Esq.: michael@thefreedmanfirm.com

**Attorneys for Vahe Dadyan**
Peter Johnson, Esq.: peter@peterjohnsonlaw.com
Verna Wefald, Esq.: verna@vernawefald.com

**Attorneys for Plaintiff, USA**
Bennett Preston Starnes, esq.: bennett.starnes@usdoj.gov
Brent A. Whittlesey, esq.: brent.whittlesey@usdoj.gov
Brian R. Faerstein, esq.: brian.faerstein@usdoj.gov
Catherine Sun Ahn, esq.: catherine.s.ahn@usdoj.gov
Christopher Fenton, esq.: christopher.fenton@usdoj.gov
Daniel G. Boyle, esq.: daniel.boyle2@usdoj.gov
Scott Paetty, Esq.: Scott.Paetty@usdoj.gov

**Attorney for Claimant, Nationstar Mortgage LLC dba Mr Cooper**
Hyun Wook Shin: shinh2018@lawnet.ucla.edu

**Attorney for Claimants, Private Money Solutions, Inc. and Gregory Shirin**
Richard J Reynolds: rreynolds@bwslaw.com

[X] **DECLARATION OF TELEPHONIC NOTICE:** I called the following attorneys of record to verbally provide ex parte notice pursuant to Local Civil Rule 7-19.1.

**Attorneys for Richard Ayvazyan**

Ashwin J. Ram, Esq.:

On April 27, 2022 at 4:45 pm, I called Ashwin J. Ram, Esq. at 213-439-9443 to provide ex parte notice pursuant to Local Civil Rule 7-19.1. I gave him the case number and explained the substance of the ex parte motion. Mr. Ram informed me that he no longer represents Richard Ayvazyan and as such, he will not be opposing the motion.

Meghan Newcomer, Esq.:

On April 28, 2022 at 7:31 am PST/10:31 am EST, I called Meghan Newcomer, Esq. at 212-506-3900. I left a detailed message on Ms. Newcomer's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I

informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 11:18 am PST/ 2:18 pm EST, I called Meghan Newcomer, Esq. at 212-506-3900. I left a second voicemail on Ms. Newcomer's personal voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether Ms. Newcomer intended on opposing the motion.

<u>Nicholas P. Silverman, Esq.:</u>

On <u>April 28, 2022</u> at 7:34 am PST/10:34 am EST, I called Nicholas P. Silverman, Esq. at 202-429-8096. I left a detailed message on Mr. Silverman's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 11:20 am PST/ 2:208 pm EST, I called Nicholas P. Silverman, Esq. at 202-429-8096. Mr. Silverman confirmed he received my previous message. I further informed him that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881.
Mr. Silverman indicated he will let Hershorin and Henry know whether he will oppose the motion once he receives a copy of the Ex Parte and the underlying motion.

**Attorneys for Marietta Terabelian**

<u>Ethan Atticus Balogh, Esq.:</u>

On <u>April 27, 2022</u> at 4:50 pm, I called Ethan Atticus Balogh, Esq. at 415-391-0440. I left a detailed message on Mr. Balogh's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if

counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 11:23 am, I called Ethan Atticus Balogh, Esq. at 415-391-0440. I left a second voicemail on Mr. Balogh's personal voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

David D. Diamond, Esq.:

On April 27, 2022 at 4:53 pm, I called David D. Diamond, Esq. at 213-250-9100. I left a detailed message on Mr. Diamond's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 11:27 am, I called David D. Diamond, Esq. at 213-250-9100. Mr. Diamond confirmed he received my previous message. I further informed him that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881.

Mr. Diamond indicated he will not file an opposition

John Lewis Littrell, Esq.:

On April 27, 2022 at 4:55 pm, I called John Lewis Littrell, Esq. at 949-369-3700 to provide ex parte notice pursuant to Local Civil Rule 7-19.1. I gave him the case number and explained the substance of the ex parte motion. Mr. Littrell informed me that he no longer represents Marietta Terabelian and his withdrawal from representation was granted as such, he will not be opposing the motion.

Ryan Vaughan Fraser, Esq.:

On April 28, 2022 at 8:35 am, I called Ryan Vaughan Fraser, Esq. at 213-528-3400. I spoke to his assistant, Luis Campos. I informed Mr. Campos that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave Mr. Campos the case name, number, and courthouse location. I informed Mr. Campos of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed Mr. Campos that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for

counsel. Mr. Campos informed me he would relay the information to Mr. Fraser. There was no indication whether counsel will oppose the motion.

**Attorneys for Arthur Ayvazyan**

Kathryn A. Young, Esq.:

On <u>April 28, 2022</u> at 8:05 am, I called Kathryn A. Young, Esq. at 213-894-2863. I left a detailed message on Ms. Young's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 11:34 am, I called Kathryn A. Young, Esq. at 213-894-2863. I left a second voicemail on Ms. Young's personal voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

David D. Diamond, Esq.:

On <u>April 27, 2022</u> at 4:53 pm, I called David D. Diamond, Esq. at 213-250-9100. I left a detailed message on Mr. Diamond's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 11:27 am, I called David D. Diamond, Esq. at 213-250-9100. Mr. Diamond confirmed he received my previous message. I further informed him that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881.
Mr. Diamond indicated he will not file an opposition

Jennifer J. Wirsching, Esq.:

On <u>April 28, 2022</u> at 8:07 am, I called Jennifer J. Wirsching, Esq. at 424-901-9280. I left a detailed message on Ms. Wirsching's personal voicemail informing counsel that Hershorin & Henry

DECLARATION OF SERVICE

represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 11:39 am, I called Jennifer J. Wirsching, Esq. at 424-901-9280. I left a second voicemail on Ms. Wirsching's personal voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

Tarik S Adlai, Esq.:

On April 28, 2022 at 8:10 am, I called Tarik S Adlai, Esq. at 626-578-7294. I left a detailed message on Mr. Adlai's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 11:39am, I called Tarik S Adlai, Esq. at 626-578-7294. I informed Mr Adlai that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881.

Mr. Adlai indicated he no longer represents Artur Ayvazyan but will decide whether to oppose the motion after he has received the motion via email.

Thomas A. Mesereau, Jr., Esq.:

On April 28, 2022 at 8:12 am, I called Thomas A. Mesereau, Jr., Esq. at 310-651-9960. I left a detailed message for Mr. Mesereau on the firm's voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 11:39 am, I called Thomas A. Mesereau, Jr., Esq. at 310-651-9960. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

**Attorneys for Tamara Dadyan**

<u>Jerry Kaplan, Esq.</u>:

On <u>April 28, 2022</u> at 8:42 am, I called Jerry Kaplan, Esq. at 310-859-7700. I informed MR Kaplan that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel. Mr. Kaplan does not know whether he will oppose the motion and indicated his client was in a foreign prison.

<u>David D. Diamond, Esq.</u>:

On <u>April 27, 2022</u> at 4:53 pm, I called David D. Diamond, Esq. at 213-250-9100. I left a detailed message on Mr. Diamond's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 11:27 am, I called David D. Diamond, Esq. at 213-250-9100. Mr. Diamond confirmed he received my previous message. I further informed him that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881.
Mr. Diamond indicated he will not file an opposition

**Attorneys for Manuk Gregoryan**

<u>John Hanusz, Esq.</u>:

On <u>April 28, 2022</u> at 8:16 am, I called John Hanusz, Esq. at 213-204-4200. I left a detailed message for Mr. Hanusz on the firm's voicemail informing counsel that Hershorin & Henry

represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 12:50 pm, I called John Hanusz, Esq. at 213-204-4200. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

George G. Mgdesyan, Esq.:

On April 28, 2022 at 8:18 am, I called George G. Mgdesyan, Esq. at 818-386-6777. I left a detailed message for Mr. Mgdesyan on the firm's voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 12:50 pm, I called George G. Mgdesyan, Esq. at 818-386-6777. I spoke to his assistant, Isabella. I informed Isabella that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave Isabella the case name, number, and courthouse location. I informed Mr. Campos of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed Isabella that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel. Mr. Campos informed me he would relay the information to Mr. Fraser. There was no indication whether counsel will oppose the motion.

**Attorneys for Arman Hayrapetyan**

Jilbert Tahmazian, Esq.:

On April 28, 2022 at 8:20 am, I called Jilbert Tahmazian, Esq. at 818-242-8201. I spoke to Justin, another attorney in the firm. I informed Justin that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave Justin the case name, number, and courthouse location. I informed Justin of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed Justin that Judge Wilson does not set ex parte matters for hearing, counsel must file

DECLARATION OF SERVICE

opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel. Justin informed me he would relay the information to Mr. Tahmazian and would look for the email containing the ex parte motion and underlying motion. Counsel did not indicate whether they would oppose the motion.

**Attorneys for Edvard Paronyan**

Michael Gregory Freedman, Esq.:

On April 28, 2022 at 8:25 am, I called Michael Gregory Freedman, Esq. at 213-816-1700. I left a detailed message for Mr. Freedman on the firm's voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 12:56 pm, I called Michael Gregory Freedman, Esq. at 213-816-1700. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

**Attorneys for Vahe Dadyan**

Peter Johnson, Esq.:

On April 28, 2022 at 8:28 am, I called Peter Johnson, Esq. at 310-295-1785. I spoke to his assistant, Michelle. I informed Michelle that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave Michelle the case name, number, and courthouse location. I informed Michelle of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed Michelle that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel. Michelle informed me she would relay the information to Mr. Johnson. There was no indication whether counsel will oppose the motion.

Verna Wefald, Esq.:

On April 28, 2022 at 9:07 am, I called Verna Wefald, Esq. at 626-577-2658. I left a detailed message on Ms. Wefald's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

DECLARATION OF SERVICE

On <u>April 28, 2022</u> at 12:52 pm, I called Verna Wefald, Esq. at 626-577-2658. Ms. Wefald confirmed she received my previous message. I further informed her that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881.

Ms. Wefeld indicated she will inform us whether she will oppose the motion after receiving a copy via email.

**Attorneys for Plaintiff, USA**

Bennett Preston Starnes, Esq.:

On <u>April 28, 2022</u> at 9:09 am, I called Bennett Preston Starnes, Esq. at 202-257-0782. I left a detailed message on Mr. Starnes's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 12:58 pm, I called Bennett Preston Starnes, Esq. at 202-257-0782. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

Brent A. Whittlesey, Esq.:

On <u>April 28, 2022</u> at 9:12 am, I called Brent A. Whittlesey, Esq. at 213-894-5421. I reached Mr. Whittlesey's voicemail, which indicated he was retired and directed callers to call Shannon at 213-894-6528. I left a detailed message for Shannon on her personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel. I also left the same message on the voicemail associated with Mr. Whittlesey's number, 213-894-5421.

Brian R. Faerstein, Esq.:

On <u>April 28, 2022</u> at 9:17 am, I called Brian R. Faerstein, Esq. at 213-894-2400. I left a

detailed message on Mr. Faerstein's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 1:01 pm, I called Brian R. Faerstein, Esq. at 213-894-2400. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

Catherine Sun Ahn, Esq.:

On April 28, 2022 at 9:22 am, I called Catherine Sun Ahn, Esq. at 213-894-2424. I left a detailed voice message for Ms. Ahn informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 1:03 pm, I called Catherine Sun Ahn, Esq. at 213-894-2424. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

Christopher Fenton, Esq.:

On April 28, 2022 at 9:25 am, I called Christopher Fenton, Esq. at 202-320-0539. I left a detailed message on Mr. Fenton's personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On April 28, 2022 at 1:05 pm, I called Christopher Fenton, Esq. at 202-320-0539. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

Daniel G. Boyle, Esq.:

On April 28, 2022 at 9:27 am, I called Daniel G. Boyle, Esq. at 213-894-0142. The phone rang several times and there was no option to leave a voicemail message. The phone continued ringing.

On <u>April 28, 2022</u> at 1:06 9m, I called Daniel G. Boyle, Esq. at 213-894-0142. The phone rang several times and there was no option to leave a voicemail message. The phone continued ringing.

<u>Scott Paetty, Esq.</u>:

On <u>April 28, 2022</u> at 9:31 am, I called Scott Paetty, Esq. at 213-894-0141. The phone rang several times and there was no option to leave a voicemail message. The phone continued ringing.

On <u>April 28, 2022</u> at 1:08 pm, I called Scott Paetty, Esq. at 213-894-0141. The phone rang several times and there was no option to leave a voicemail message. The phone continued ringing.

**Attorney for Claimant, Nationstar Mortgage LLC dba Mr Cooper**

<u>Hyun Wook Shin, Esq.</u>:
On <u>April 28, 2022</u> at 9:33 am, I called Hyun Wook Shin, Esq. at 310-905-4006 to provide ex parte notice pursuant to Local Civil Rule 7-19.1. I gave her the case number and explained the substance of the ex parte motion. Ms. Shin informed me that she no longer represents Nationstar Mortgage LLC dba Mr Cooper and no longer works at Sheppard Mullin and as such, she did not indicate who is currently representing Nationstar Mortgage LLC dba Mr Cooper. Mrs. Shin will not be opposing the motion.

**Attorney for Claimants, Private Money Solutions and Gregory Shirin**

<u>Richard J Reynolds, Esq.</u>:

On <u>April 28, 2022</u> at 9:40 am, I called Richard J Reynolds, Esq. at 949-863-3363, the number provided on the court's docket. However, the number was a general line and did not have a direct extension to Mr. Reynolds. I proceeded to the firms website and located Mr. Reynolds direct number, 949-265-3408. At 9:43 am, I called Mr. Reynolds' direct line at 949-265-3408, I left a detailed message on Mr. Reynolds' personal voicemail informing counsel that Hershorin & Henry represents Prospective Intervenors, WFG and Novastar, who will be filing an ex parte application to hear their joint motion to intervene for the Limited Purpose of Accessing Judicial Records on Shortened Time. I gave counsel the case name, number, and courthouse location. I informed counsel of the substance of the ex parte motion and that counsel would receive a copy of the motion via email on April 28, 2022. I further informed counsel that Judge Wilson does not set ex parte matters for hearing, counsel must file opposing papers no later than 3:00 pm PST on Friday, April 29, 2022, or if counsel chooses not to oppose, counsel must notify the clerk at 213-894-2881. I left our return contact number for counsel.

On <u>April 28, 2022</u> at 1:10 pm, I called Richard J Reynolds, Esq. at 949-265-3408. I left a second voicemail on the firm's voicemail and requested a return call to 949-916-8062 informing Hershorin & Henry whether counsel intended on opposing the motion.

[X] **BY UNITED STATES PRIORITY (ONE-DAY) MAIL:** On April 28, 2022, by placing true and correct copies of the foregoing document(s) in sealed envelopes address to the persons at the addresses shown below and depositing such envelopes in the United States mail, priority (one day), with the postage thereon fully prepaid, in Lake Forest, California:

Hyun Wook Shin
Sheppard Mullin
333 South Hope Street Floor 43
Los Angeles, CA 90012

-12-
DECLARATION OF SERVICE

[X] **MANDATORY CHAMBERS COPY**: By placing true and correct copies of the foregoing document(s) in the Hon. Stephen V. Wilson's Courtesy Box (located outside of the Clerk's Office on the 4th floor of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, CA 90012 no later than 12:00 p.m. on April 29, 2022 Such documents were marked "Mandatory Chambers Copy," Filed at criminal intake window on April 29, 2022.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 2, 2022** at Lake Forest, California.

*Aimee Gutowski* (signature)
Aimee Gutowski

-13-
DECLARATION OF SERVICE