LODGED

2022 MAY -2  PM 1:50

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY _____

1  LORI C. HERSHORIN (SBN 155977)
2  **HERSHORIN & HENRY, LLP**
   26475 Rancho Parkway South
3  Lake Forest, California 92630
   949-859-5600
4  Email: Lorih@hhlawgroup.com

5  Attorney for Prospective Intervenor
   WFG TITLE INSURANCE COMPANY,
6  A South Carolina Corporation and NOVASTAR, LLC

7

8                **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**          **BY FAX**
9                      **WESTERN DIVISION**

10  UNITED STATES OF AMERICA              Case Number: **2:20-cr-00579-SVW**

11

12                  Plaintiff,            **WFG AND NOVASTAR'S [PROPOSED]**
                                          **ORDER   RE:   JOINT   MOTION   TO**
13  v.                                    **INTERVENE FOR LIMITED PURPOSE**
                                          **OF ACCESSING JUDICIAL RECORDS**
14  RICHARD AYVAZYAN,
15     aka "Richard Avazian" and          DATE:
       "Iuliia Zhadko,"                   TIME:
16  MARIETTA TERABELIAN,                  JUDGE: Hon. Stephen V. Wilson
       aka "Marietta Abelian" and         COURTROOM: 10A
17     "Viktoria Kauichko,"               LOCATION:  350 W. 1ST ST.
18  ARTUR AYVAZYAN,                                  Los Angeles, CA 90012
       aka "Arthur Ayvazyan,"
19  TAMARA DADYAN,
    MANUK GRIGORYAN,
20     aka "Mike Grigoryan," and
       "Anton Kudiumov,"
21  ARMAN HAYRAPETYAN,
    EDVARD PARONYAN.
22     aka "Edvard Paronian" and
       "Edward Paronyan," and
23  VAHE DADYAN,
24
                  Defendants.
25

26

27

28
                        **[PROPOSED] ORDER**

The Joint Motion to Intervene for the Limited Purpose of Accessing Judicial Records filed by WFG National Title Insurance Company, a South Carolina corporation ("WFG") and Novastar, LLC ("Novastar") came before the above-entitled Court. After full consideration of the arguments presented by counsel, the papers and records on file in this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1) WFG and Novastar are permitted to intervene in this proceeding for the limited purpose of enforcing their First Amendment and common law rights of access;

2) All exhibits admitted into evidence at trial and the Government's exhibits to its Motions in Opposition to Defendants' Motions to Suppress the Evidence obtained at Premises-1 and Premises-4 (Docket nos. 188 and 207) are unsealed for the limited purpose of use as evidence in WFG and Novastar's respective Civil trials, whereby WFG and Novastar agree to adhere to the limitations on dissemination in the Court's Protective Order (ECF No. 92) and to submit requested documents to the State Superior Court under seal.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Stephen V. Wilson
Judge of the United States District Court

[PROPOSED]**ORDER**

FILED

United States v. Richard Ayvazyan, et al.
United States District Court, Central District of California
Case No: 2:20-cr-00579-SVW

2022 MAY -2  PM 1:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF ORANGE     )

## BY FAX

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 26475 Rancho Parkway South, Lake Forest, California 92630.

I May 2, 2022, served the foregoing document(s) described as

1. **WFG'S AND NOVASTAR'S** [amended PROPOSED] **ORDER RE: JOINT MOTION TO INTERVENE FOR LIMITED PURPOSE OF ACCESSING JUDICIAL RECORDS**

## METHOD OF SERVICE

[X]   **BY ELECTRONIC MAIL:** On <u>May 2, 2022</u>, by personally transmitting to the following named person(s) via electronic mail, to the e-mail addresses as shown on the service list, on the date and time listed below, originating from Hershorin & Henry; LLP's electronic mail address, pursuant to the Local Civil Rule 7-19.1. A true copy of the above-described document(s) was transmitted by electronic transmission through Hershorin & Henry, LLP's mail server.

**Attorneys for Richard Ayvazyan**
Ashwin J. Ram, Esq.: aram@steptoe.com
Meghan Newcomer, Esq.: mnewcomer@steptoe.com
Nicholas P. Silverman, Esq.: nsilverman@steptoe.com

**Attorneys for Marietta Terabelian**
Ethan Atticus Balogh, Esq.: eab@balcolaw.com
David D. Diamond, Esq.: diamond@dba-law.com

**Attorneys for Arthur Ayvazyan**
Kathryn A. Young, Esq.: Kathryn_Young@fd.org
David D. Diamond, Esq.: Kathryn_diamond@dba-law.com
Jennifer J. Wirsching, Esq.: Wirschinglaw@outlook.com
Thomas A. Mesereau, Jr.: mesereau@mesereaulaw.com

**Attorneys for Tamara Dadyan**
Jerry Kaplan, Esq.: office@3klaw.com
David D. Diamond, Esq.: diamond@dba-law.com

**Attorneys for Manuk Gregoryan**
John Hanusz, Esq.: john@hanuszlaw.com
George G. Mgdesyan, Esq.: george@mgdesyanlaw.com

**Attorneys for Arman Hayrapetyan**
Jilbert Tahmazian, Esq.: jilbert@jilbertlaw.com

-1-
DECLARATION OF SERVICE

**Attorneys for Edvard Paronyan**
Michael Gregory Freedman, Esq.: michael@thefreedmanfirm.com

**Attorneys for Vahe Dadyan**
Peter Johnson, Esq.: peter@peterjohnsonlaw.com
Verna Wefald, Esq.: verna@vernawefald.com

**Attorneys for Plaintiff, USA**
Bennett Preston Starnes, esq.: bennett.starnes@usdoj.gov
Brent A. Whittlesey, esq.: brent.whittlesey@usdoj.gov
Brian R. Faerstein, esq.: brian.faerstein@usdoj.gov
Catherine Sun Ahn, esq.: catherine.s.ahn@usdoj.gov
Christopher Fenton, esq.: christopher.fenton@usdoj.gov
Daniel G. Boyle, esq.: daniel.boyle2@usdoj.gov
Scott Paetty, Esq.: Scott.Paetty@usdoj.gov

**Attorney for Claimant, Nationstar Mortgage LLC dba Mr Cooper**
Hyun Wook Shin: shinh2018@lawnet.ucla.edu

**Attorney for Claimants, Private Money Solutions, Inc. and Gregory Shirin**
Richard J Reynolds: rreynolds@bwslaw.com

[X]   **BY UNITED STATES MAIL**: On May 2, 2022, by placing true and correct copies of the foregoing document(s) in sealed envelopes address to the persons at the addresses shown below and depositing such envelopes in the United States mail, first class, with the postage thereon fully prepaid, in Lake Forest, California:

| | |
|---|---|
| Ashwin J Ram<br>Steptoe and Johnson LLP<br>633 West 5th Street Suite 1900<br>Los Angeles, CA 90071 | Ethan Atticus Balogh<br>Balogh and Co. APC<br>100 Pine Street Suite 1250<br>San Francisco, CA 94111 |
| Meghan Newcomer<br>Steptoe and Johnson LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 | David D. Diamond<br>Law Offices of David D diamond<br>3500 West Olive Avenue, Suite 300<br>Burbank, CA 91505 |
| Nicholas P. Silverman<br>Steptoe and Johnson LLP<br>1330 Connectiut Avenue NW<br>Washington, DC 20036 | Jerry Kaplan<br>Kaplan Kenegos and Kadin<br>9150 Wilshire Boulevard Suite 175<br>Beverly Hills, CA 90212 |
| Kathryn A. Young<br>Federal Public Defenders Office<br>321 East 2nd Street<br>Los Angeles, CA 90012-4202 | John Hanusz<br>Hanusz Law, PC<br>800 Wilshire Boulevard, Suite 1050<br>Los Angeles, CA 90017 |
| Jennifer J. Wirsching<br>Attorney at Law<br>1935 Alpha Road, Suite 216<br>Glendale, CA 91208 | George G. Mgdesyan<br>Mgdesyan Law Firm<br>4529 Sherman Oaks Avenue<br>Sherman Oaks, CA 91403 |

-2-
DECLARATION OF SERVICE

| | |
|---|---|
| Thomas A. Mesereau, Jr.<br>Mesereau Law Group<br>10100 Santa Monica Boulevard Suite 300<br>Los Angeles, CA 90067 | Michael Gregory Freedman<br>The Freedman Firm<br>800 Wilshire Boulevard Suite 1050<br>Los Angeles, CA 90017 |
| Jilbert Tahmazian<br>Tahmazian Law Firm PC<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201 | Verna Wefald<br>Law Offices of Verna Wefald<br>65 North Raymond Avenue Suite 320<br>Pasadena, CA 91103 |
| Peter Johnson<br>Law Office of Peter Johnson<br>409 North Pacific Coast Highway Suite 651<br>Redondo Beach, CA 90277 | Richard J Reynolds<br>Burke Williams and Sorensen LLP<br>1851 East First Street Suite 1550<br>Santa Ana, CA 92705-4067 |
| Hyun Wook Shin<br>Sheppard Mullin<br>333 South Hope Street Floor 43<br>Los Angeles, CA 90012 | Brent A. Whittlesey<br>AUSA - Office of US Attorney<br>Asset Forteiture Section<br>312 North Spring Street 14th Floor<br>Los Angeles, CA 90012 |
| Bennett Preston Starnes<br>US Department of Justice<br>Criminal Division, Fraud Section<br>1400 NY Avenue Suite 441<br>Washington, DC 20005 | Catherine Sun Ahn<br>AUSA - Office of US Attorney<br>Organized Crime Drug Enforcement Task Force Section<br>312 North Spring Street Suite 1400<br>Los Angeles, CA 90012 |
| Brian R. Faerstein<br>AUSA - Office of US Attorney<br>Environmental and Community Safety Crimes Section<br>312 North Spring Street Suite 1200<br>Los Angeles, CA 90012 | Daniel G. Boyle<br>AUSA - Office of US Attorney<br>General Crimes Section<br>312 North Spring Street 14th Floor<br>Los Angeles, CA 90012 |
| Christopher Fenton<br>US Department of Justice<br>1400 New York Avenue, NW<br>Washington, DC 20530 | Scott Paetty<br>AUSA - Office of the US Attorney<br>General Crimes Section<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012 |

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 2, 2022** at Lake Forest, California.

Aimee Gutowski

DECLARATION OF SERVICE