| U.S. Department of Justice<br>United States Marshals Service | Log # 2863<br>Capture # 012-2:2020-CR-00579-11 | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|---|

LODGED

JUL 15 2022

CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR 20-00579-SVW |
|---|---|
| DEFENDANT<br>RICHARD AYVAZYAN | TYPE OF PROCESS<br>Additional Funds from Sale |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA DAN G. BOYLE<br>321 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
21-FBI-005231
Please deposit the $976.32 in additional funds received as refund from the interlocutory sal proceeds into the AFF.

| Signature of Attorney other Originator requesting service on behalf of: *Dan Boyle* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-2426 | DATE<br>5/2/2022 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/2/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>7/11/22 | Time<br>8:20 ☒ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  Deposited $976.32 into AFF on 4/25/2022.

Form USM-285
Rev 03/21