FILED

2022 NOV 18 AM 11: 20

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY: VM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.  PLAINTIFF | 2:20-CR-579-SVW-1 |
| AYVAZYAN, RICHARD | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 61234-112  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: **11/17/2022  9:00**   ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   **18 U.S.C. 3146 FAILURE TO SURRENDER FOR SERVICE OF SENTENCE**

5. Offense charged is a: ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No  ☐ Yes   Language: _____

7. Year of Birth: **1978**

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **DUTY OFFICER**   Emailed: ☐ Yes  ☐ No

10. Remarks (if any): _____

11. Name: **J. BRAVO**   (please print)
12. Office Phone Number: **213-435-3168**
13. Agency: **USMS**
14. Signature: _/s/_
15. Date: **11/18/2022**

CR-64 (05/18)  REPORT COMMENCING CRIMINAL ACTION