# EXHIBIT B

Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

Attorney for Petitioner
RICHARD AYVAZYAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICHARD AYVAZYAN, | Case No.:  2:22-cv-08915 |
| Petitioner | [CR No. 2:20-cr-579-SVW] |
| vs. | **DECLARATION OF RICHARD AYVAZYAN IN SUPPORT OF MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

I, Richard Ayvazyan, declare as follows:

1. I am the petitioner in the above-captioned matter.

2. On October 19, 2020, I was traveling with my wife, Marietta Terabelian, from a vacation in Turks & Caicos. At around 3:00 p.m., we proceeded to the customs area of Miami Airport. We were told that we had been randomly selected for additional screening. Our passports were taken away from us.

3. I asked several times whether I could speak with an attorney. Customs officers denied all of my requests.

4. I was asked to provide the passwords to the phones in my bag but I declined. The officer told me he needed to review the phones to make sure I wasn't a terrorist. During the 12 hours of questioning and waiting and questioning that followed, I provided the passcodes. At around 3:00 a.m., I was arrested and charged with crimes related to PPP loan fraud, not terrorism.

5. From what I understood from my attorney, customs didn't have the right to hold and interrogate me like they did. They kept me away from my attorneys. But the case against me went very quickly. Somehow the government was still allowed to use the evidence from the interrogation, even at the trial. If I had known this, I may have requested to plead guilty to avoid a bad sentence, but I never got a chance.

6. In August 2021, the judge denied my attorney's motion to throw out all

1

of the tainted evidence which was used against me. This was a shock to me. We discussed a motion for a new trial, but appealing the conviction or sentence was not discussed.

7. Based on what I know today, I believe I had strong grounds to appeal. But I wasn't told I had only 14 days to appeal after the judgment, or that I could appeal from outside the country. I missed the opportunity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8th, 2022



Richard Ayvazyan,
Declarant

2