UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-08915-SVW<br>2:20-cr-00579-SVW | Date | December 29, 2022 |
|---|---|---|---|
| Title | Richard Ayvazyan v. United States of America | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS re BRIEFING SCHEDULE - Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255

    The Court, having received Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255, sets the following schedule:

    Defendant files revised 2255 motion by January 10, 2023. Government files its opposition by February 10, 2023. Defendant files reply, if any, by February 24, 2023.

    Hearing is set for March 6, 2023 at 1:30 p.m.

|  | : |
|---|---|
| Initials of Preparer | PMC |