Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

Attorney for Petitioner
RICHARD AYVAZYAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RICHARD AYVAZYAN,<br><br>　　　　Petitioner<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No.: 2:22-cv-8915<br><br>[CR No. 2:20-cr-579-SVW]<br><br>**FIRST AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255**<br>[Form CV-67] |

　　　Petitioner Richard Ayvazyan through undersigned counsel, hereby respectfully moves this Court to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

DATED: January 10, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Carlo Brooks
　　　　　　　　　　　　　　　　　　　　CARLO BROOKS

　　　　　　　　　　　　　　　　　　　　*Attorney for Petitioner*

1

This submission follows Central District of California Form CV-67 and is filed on behalf of Richard Ayvazyan, who is currently confined at the Santa Ana City Jail, 62 Civic Center Plaza, Santa Ana, California 92701.

## MOTION

1. Name and location of court that entered judgment of conviction under attack: United States District Court for the Central District of California

2. Date of judgment of conviction:

- Amended J&C issued on January 4, 2022
- J&C issued on November 24, 2021
- Sentencing hearing held on November 15, 2021

3. Length of sentence: 17 years  / Sentencing judge:  Honorable Stephen V. Wilson

4. Nature of offenses of conviction:

- Count 1: Conspiracy to Commit Bank Fraud and Wire Fraud – 18 U.S.C. §1349
  - Counts 2-12: Wire Fraud - 18 U.S.C. § 1343
  - Counts 13-20: Bank Fraud – 18 U.S.C. § 1344(2)
  - Counts 21 and 22: Aggravate Identity Theft – 18 U.S.C. § 1028A(a)(1)
  - Count 26:  Money Laundering Conspiracy – 18 U.S.C. § 1956(h)

5. What was your plea?  Not guilty

6. Kind of trial:  Jury

7. Did you testify at the trial?  No

8. Did you appeal from the judgment of conviction? No – I did not receive information concerning availability of, or ability to, appeal

9. N/A

10. Have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? No

11. N/A

12. Grounds on which you claim that you are being held unlawfully?

**Grounds:**
- Conviction obtained by use of coerced confession.
- Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
- Conviction obtained by violation of the privilege against self-incrimination.
- Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- Conviction obtained by a violation of the protection against double jeopardy.
- Denial of effective assistance of counsel.
- Denial of right of appeal.

**Facts Supporting Relief**

   I.  Use of unconstitutionally obtained evidence (these arguments are extensively laid out in the pleadings docketed in the underlying criminal case, which are incorporated by reference here, and in the statement of supporting facts and law in support of the grounds for relief attached hereto)

A. Fourth Amendment Violation: The credit cards offered as evidence at trial were seized as part of a pretextual border search that violated the Fourth Amendment as applied in Ninth Circuit law. The court erroneously applied Eleventh Circuit law even though (a) if it was one circuit's law, it should be the Ninth Circuit because that's where the search was directed from; (b) the court misinterpreted Eleventh Circuit law; (c) the law at issue should have been the Fourth Amendment, not one circuit's jurisprudence, and suppression of all fruits of the unlawful search and seizure was proper due as a matter of deterrence to the egregious violations of Petitioner's constitutional rights.

B. Fourth Amendment Violation: The government obtained an extension of the search warrant – that ultimately provided the key evidence at trial – on an ex parte basis without statutory authority for doing so. The government – despite already telling the defense that it was reviewing the phones to seek a superseding indictment – lodged as its only reason for proceeding ex parte that it could not disclose that information to the defense.

C. Fifth Amendment Violation: The text messages featured at trial (GEX 10) were selected using notes from the FBI or OIG Agent's review of an unconstitutionally seized phone.

    D. Fifth Amendment Violation: The government's failure to use a taint team meant that all of their review and trial strategy happened with tainted evidence in mind.

II. Unlawful sentence

    A. Substantively unreasonable or even unconscionable total sentence and departure from the guidelines calculation

    B. Procedurally unreasonable, including sentencing in absentia

    C. Holding *Kastigar* hearing after trial denied movant / petitioner the ability to plead guilty.

    D. Enhancing sentence based on flight, while also permitting government to proceed with fugitive complaint to further enhance sentence

III. Prosecutorial Misconduct

    A. Brady Evidence Not Turned Over (see docket entries regarding Brady violations and statement of supporting facts and law in support of the grounds for relief attached hereto)

    B. Government's extradition gamesmanship in an effort to deprive petitioner of his ability to appeal or collaterally attack his sentence

IV. The Court erred in charging only one conspiracy despite the finding of multiple conspiracies.

13. N/A

14. Do you have any petition or appeal now pending in any court as to the

judgment under attack? No.

15. Give the name and address, if known, of each attorney who represented you in the stages of the judgment

Counsel for post-conviction relief:

<u>Undersigned Counsel (current)</u>:
Carlo Brooks, Esq.
3826 Grand View Bl, Ste 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

<u>Prior counsel – inception through sentencing:</u>
Ashwin Ram
Steptoe & Johnson LLP
633 West Fifth Street (Suite 1900)
Los Angeles, CA 90071

16. Sentenced to more than one count of indictment at the same time? Yes

17. At this time, no future sentence to serve beyond the current case.

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Dated: January 10, 2023                              Respectfully submitted,

                 */s/ Carlo Brooks*
                 Carlo Brooks, Esq.
                 3826 Grand View Bl, Ste 661472
                 Los Angeles, CA 90066
                 (310) 691-9373
                 carlo@carlobrooks.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2022

_____
RICHARD AYVAZYAN
Signature of Movant/Plaintiff