## DECLARATION OF CHRISTOPHER FENTON

I, Christopher Fenton, hereby declare and state as follows:

I am a Trial Attorney with the Criminal Division, Fraud Section, of the United States Department of Justice.  I am an attorney assigned to the case of United States v. Richard Ayvazyan et al., No. 20-CR-579(A)-SVW.

1.   Exhibit 1 is a true and correct copy of letter dated June 1, 2021 from the government's filter team to counsel for defendants.

2.   Exhibit 2 is a true and correct copy of another letter dated June 1, 2021 from the government's filter team to counsel for defendants.

3.   Exhibit 3 is a true and correct copy of letter dated May 3, 2021 from counsel for the government to counsel for the defendants.

4.   Exhibit 4 is a true and correct copy of letter dated May 6, 2021 from counsel for the government to counsel for the defendants.

5.   Exhibit 5 is a true and correct copy of letter dated May 12, 2021 from counsel for the government to counsel for the defendants.

6.   On or about February 23, 2022, I received notification from Interpol of the arrest of a person with identifiers reportedly matching those of defendant Richard Ayvazyan in Montenegro.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Washington, DC, on February 10, 2023.

CHRISTOPHER FENTON