

**U.S. Department of Justice**
Criminal Division

*Fraud Section*
*1400 New York Avenue NW*
*Washington, DC 20530*

June 1, 2021

<u>**VIA E-MAIL**</u>

Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond
Diamond and Associates
3500 West Olive Avenue
Suite 300
Burbank, California 91505

John Lewis Littrell
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Michael Freedman
The Freedman Firm
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson
Peter Johnson Law
409 North Pacific Coast Hwy, 651
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

Thomas A. Mesereau, Jr.
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

John David Hanusz
Hanusz Law, PC
800 Wilshire Blvd, Ste 1050
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian
Tahmazian Law Firm, P.C.
1518 West Glenoaks Boulevard
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Re:    **United States v. Ayvazyan et. al,** (No. CR 2:20-cr-00579(A)-SVW)

Dear Counsel:

I am a filter attorney assigned to the above-captioned matter.  The Filter Team assigned to this matter has withheld as potentially privileged a set of documents from the prosecution team, as well as from the four defendants added through the superseding indictment.   The material is:

| Device ID | Custodian | # Withheld |
|---|---|---|
| 1B17 | Artur Ayvazyan | 45 |
| 1B21 | Tamara Dadyan | 61,720 (20 chats = 42,708 messages 18,708 additional instant messages 49 e-mails) |
| 1B81 | Mary Abelian | 717 (5 chats = 713 messages) |
| 1B85 | Richard Ayvazyan | 146 (5 chats = 125 messages) |
| Omen Laptop | Richard Ayvazyan | 29 |
| Paper Docs at Search | Richard Ayvazyan | 1 |
| Paper Docs at Search | Artur or Tamara | 2 |

This withheld material will be provided to the identified property owners via FedEx today.

First, we propose that all defendants enter into agreement to share the potentially privileged material and the filter team will file a motion with the Court requesting a Federal Rule of Evidence 502(d) order protecting the material from waiver in any other state or federal proceeding.  Pursuant to the same order, the material would not be provided to the prosecution team in this matter.

Second, if you do not agree to share the material, we intend to file a motion with the court proposing a schedule to govern the review and assertion of privilege over this material.  Please see the attached proposed schedule, which, if entered by the Court, provides for a review and assertion period and a timeline for contesting any assertions.  The Filter Team is willing to discuss the details of this schedule as well as any deadlines.  The Court would then resolve any disputes among the parties regarding the material.

We propose a meet and confer discussion tomorrow, June 2, 2021, at 10 am PT / 1pm ET.  If this time does not work for you, please propose an alternative and we will attempt to work with the defense.  We would like to discuss these issues with your before filing a motion with the court but intend to file a motion before the end of the week if we cannot come to an agreement with respect to this material.

Sincerely,

*/s/ Bennett Starnes*

Bennett Starnes
Trial Attorney, Special Matters Unit
Criminal Division, Fraud Section
United States Department of Justice
bennett.starnes@usdoj.gov
202-616-2684

Enclosure.


cc:

Christopher Fenton, Trial Attorney, US Department of Justice
Scott Paetty, Assistant United States Attorney, C.D. Cal.
Catherine Ahn, Assistant United States Attorney, C.D. Cal.