

**U.S. Department of Justice**

Criminal Division

*Fraud Section*
*1400 New York Avenue NW*
*Washington, DC 20530*

June 1, 2021

**VIA E-MAIL and FEDEX**

| | |
|---|---|
| Ashwin J. Ram<br>Michael A. Keough<br>Nicholas P. Silverman<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>*Counsel for Richard Ayvazyan*<br><br>David D. Diamond<br>Diamond and Associates<br>3500 West Olive Avenue<br>Suite 300<br>Burbank, California 91505<br><br>John Lewis Littrell<br>Bienert Katzman PC<br>903 Calle Amanecer Suite 350<br>San Clemente, CA 92673<br><br>*Counsel for Marietta Terabelian* | Fred G. Minassian<br>Law Offices of Fred G. Minassian, Inc.<br>101 N. Brand Blvd., Suite 1970<br>Glendale, CA 91203<br><br>*Counsel for Tamara Dadyan*<br><br>Thomas A. Mesereau, Jr.<br>Mesereau Law Group<br>10100 Santa Monica Boulevard Suite 300<br>Los Angeles, CA 90067<br><br>Jennifer J. Wirsching<br>Attorney at Law<br>1935 Alpha Road Suite 216<br>Glendale, CA 91208<br><br>*Counsel for Artur Ayvazyan* |

Re: **United States v. Ayvazyan et. al,** (No. CR 2:20-cr-00579(A)-SVW)

Dear Counsel:

    I am a filter attorney assigned to the above-captioned matter. Pursuant to your agreement to share discovery material with each other, I write to provide you with material identified as potentially privileged by the filter team during its review:

**R. Ayvazyan**

    1.    Potentially privileged material from phone 1B85, produced to you in several formats to aid your review: (a) Cellebrite load file (UFDR) with the Cellebrite Reader; (b) Excel spreadsheet; (c) HTML export (please open with Google Chrome); and (d) PDF report. Option (a) has all files contained within the UFDR. Options (b) through (d) will have links to the individual files within the spreadsheet/HTML/PDF - the individual files are in the additional folders included with this production

    2.    Potentially privileged material from laptop 1B95, produced to you as pdfs

    3.    One physical document over which you previously asserted privilege, but we request that you formally log

**M. Terabelian**

1. Potentially privileged material from phone 1B81, produced to you in several formats to aid your review: (a) Cellebrite load file (UFDR) with the Cellebrite Reader; (b) Excel spreadsheet; (c) HTML export (please open with Google Chrome); and (d) PDF report. Option (a) has all files contained within the UFDR. Options (b) through (d) will have links to the individual files within the spreadsheet/HTML/PDF - the individual files are in the additional folders included with this production

**A. Ayvazyan**

1. Potentially privileged material from phone 1B17, produced to you in several formats to aid your review: (a) Cellebrite load file (UFDR) with the Cellebrite Reader; (b) Excel spreadsheet; (c) HTML export (please open with Google Chrome); and (d) PDF report. Option (a) has all files contained within the UFDR. Options (b) through (d) will have links to the individual files within the spreadsheet/HTML/PDF - the individual files are in the additional folders included with this production.
2. Two documents seized during a premises search and identified as potentially privileged

**Tamara Dadyan**

1. Potentially privileged material from phone 1B21, produced to you in several formats to aid your review: (a) Cellebrite load file (UFDR) with the Cellebrite Reader; (b) Excel spreadsheet; (c) HTML export (please open with Google Chrome); and (d) PDF report. Option (a) has all files contained within the UFDR. Options (b) through (d) will have links to the individual files within the spreadsheet/HTML/PDF - the individual files are in the additional folders included with this production.
2. Two documents seized during a premises search and identified as potentially privileged.

*Please note that complete copies of the devices referenced here, containing the potentially privileged information, have already been produced to you in discovery.*

In our separate June 1, 2021 letter addressed to all counsel, we proposed options for providing this material to all defendants in discovery.

Please contact me with any questions you have.

                                Sincerely,

                            */s/ Bennett Starnes*

                            Bennett Starnes

                                                  Trial Attorney, Special Matters Unit
                                                  Criminal Division, Fraud Section
                                                  United States Department of Justice
                                                  bennett.starnes@usdoj.gov
                                                  202-616-2684

Enclosures.

cc (via email only, without enclosures):

Christopher Fenton, Trial Attorney, US Department of Justice
Scott Paetty, Assistant United States Attorney
Catherine Ahn, Assistant United States Attorney

| Michael Freedman<br>The Freedman Firm<br>800 Wilshire Blvd., Suite 1050<br>Los Angeles, CA 90017<br><br>*Counsel for Edvard Paronyan* | John David Hanusz<br>Hanusz Law, PC<br>800 Wilshire Blvd, Ste 1050<br>Los Angeles, CA 90017-2672<br><br>*Counsel for Manuk Grigoryan* |
|---|---|
| Peter Johnson<br>Peter Johnson Law<br>409 North Pacific Coast Hwy, 651<br>Redondo Beach, California 90277<br><br>*Counsel for Vahe Dadyan* | Jilbert Tahmazian<br>Tahmazian Law Firm, P.C.<br>1518 West Glenoaks Boulevard<br>Glendale, CA 91201<br><br>*Counsel for Arman Hayrapetyan* |