

# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Scott Paetty*  
*Phone: (213) 894-6527*  
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**BY EMAIL**

May 3, 2021

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
1200 Wilshire Boulevard Suite 406  
Los Angeles, CA 90017

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz  
Hanusz Law, PC  
800 Wilshire Blvd, Ste 1050  
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian  
Tahmazian Law Firm, P.C.  
1518 West Glenoaks Boulevard  
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman  
The Freedman Firm  
800 Wilshire Blvd., Suite 1050  
Los Angeles, California 90017

*Counsel for Edvard Paronyan*

Peter Johnson  
Peter Johnson Law  
409 North Pacific Coast Hwy, 651  
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: <u>United States v. Ayvazyan et. al</u>
May 3, 2021
Page 2

      Re:    <u>United States v. Ayvazyan et. al</u>,
              No. CR 2:20-cr-00579(A)-SVW

Dear Counsel:

We understand that three of the defendants in the above-referenced case – Richard Ayvazyan, Artur Ayvazyan, and Tamara Dadyan – were arrested late last week in connection with charges brought by the State of California Department of Justice, Office of the Attorney General (the "State AG"), relating to a mortgage fraud scheme (the "State Case"). The government has not reviewed a copy of the charging document. The charges in the State Case against Artur Ayvazyan and Tamara Dadyan are summarized in two letters submitted by the United States Probation & Pretrial Services Office to the Court on Friday, April 30, 2021. (<u>See</u> ECF 303, 304.)

We write to inform you about certain information we will arrange to make available for your review, if requested, regarding the charges in the State Case.

First, we understand that, prior to the State AG's involvement, the Los Angeles Police Department referred the underlying mortgage fraud investigation to the Federal Bureau of Investigation (the "FBI") in 2017, and the FBI opened an investigation. The FBI referred the investigation to the U.S. Attorney's Office (the "USAO") in Los Angeles, which similarly opened an investigation, but ultimately declined to pursue the matter further in 2019. We understand the FBI's investigation was limited in scope. The FBI has in its possession two boxes related to this investigation, which contain, among other things, various agent notes, financial records, and folders with background information on the various subjects of the investigation. We will arrange to make these materials available for review upon your request. The FBI also has in its possession a digital case file which we will have exported and produced to you separately. We do not intend to use any of these materials during the government's case-in-chief in this matter.

Second, we will be arranging with the State AG to make the entirety of the discovery in the State Case available for review upon your request. The State AG will be maintaining possession of those discovery materials, and we will not be using them during the government's case-in-chief in this matter. However, upon your request, we will arrange for the State AG to provide you access to the discovery in the State Case. We currently are working to solidify a process for that discretionary review, including the State AG's potential provision of an index of the discovery in the State Case to facilitate your review of some or all of those materials.

//

//

//

RE: United States v. Ayvazyan et. al
May 3, 2021
Page 3

Please let us know if you have any questions.

Very truly yours,

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division