

# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Scott Paetty*
*Phone: (213) 894-6527*
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

---

<u>**BY FEDEX & EMAIL**</u>

May 6, 2021

Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond
Diamond and Associates
1200 Wilshire Boulevard Suite 406
Los Angeles, CA 90017

John Lewis Littrell
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz
Hanusz Law, PC
800 Wilshire Blvd, Ste 1050
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian
Tahmazian Law Firm, P.C.
1518 West Glenoaks Boulevard
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman
The Freedman Firm
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson
Peter Johnson Law
409 North Pacific Coast Hwy, 651
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: United States v. Ayvazyan et. al
May 6, 2021
Page 2

  Re: United States v. Ayvazyan et. al,
     No. CR 2:20-cr-00579-SVW
     Discovery Production Volume 23

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (see CR 92), enclosed please find a disc with discovery bearing Bates Numbers DOJ_PROD2_0000000001 to DOJ_PROD2_0000001589.[1]  These discovery materials are also being uploaded to Steptoe & Johnson's file sharing system and USAfx, as some of you have requested.

As explained in the government's letter dated May 3, 2021 these materials related to the underlying mortgage fraud investigation opened by the Federal Bureau of Investigation ("FBI") in 2017.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.


Very truly yours,


SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section



Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

---

[1] The password to access the discovery materials will be emailed to you separately.

RE: <u>United States v. Ayvazyan et. al</u>  
May 6, 2021  
Page 3

Enclosure