

# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Scott Paetty*  
*Phone: (213) 894-6527*  
*E-mail: Scott.Paetty@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

**BY FEDEX & EMAIL**

May 12, 2021

Ashwin J. Ram  
Michael A. Keough  
Nicholas P. Silverman  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond  
Diamond and Associates  
3500 West Olive Avenue  
Suite 300  
Burbank, California 91505

John Lewis Littrell  
Bienert Katzman PC  
903 Calle Amanecer Suite 350  
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.  
Mesereau Law Group  
10100 Santa Monica Boulevard Suite 300  
Los Angeles, CA 90067

Jennifer J. Wirsching  
Attorney at Law  
1935 Alpha Road Suite 216  
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian  
Law Offices of Fred G. Minassian, Inc.  
101 N. Brand Blvd., Suite 1970  
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz  
Hanusz Law, PC  
800 Wilshire Blvd, Ste 1050  
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian  
Tahmazian Law Firm, P.C.  
1518 West Glenoaks Boulevard  
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman  
The Freedman Firm  
800 Wilshire Blvd., Suite 1050  
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson  
Peter Johnson Law  
409 North Pacific Coast Hwy, 651  
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: <u>United States v. Ayvazyan et. al</u>
May 12, 2021
Page 2

     Re:    <u>United States v. Ayvazyan et. al</u>,
            No. CR 2:20-cr-00579-SVW
            Discovery Production Volume 25

Dear Counsel:

Pursuant to your clients' requests for discovery and the Court's protective order (see CR 92), enclosed please find one disc with discovery bearing Bates Number DOJ_PROD2_0000001590 through DOJ_PROD2_0000001627 and an attached index. The disc contains videos from the FBI's files related to the state mortgage fraud investigation (the "state case"), which the FBI opened in 2017 and the U.S. Attorney's Office declined in 2019, as discussed in our May 3, 2021 letter. We attempted to include the videos in the prior production but were unable to add them, and are therefore sending them separately via this disc. Also included are memoranda received from the Federal Housing Finance Agency-Office of the Inspector General related to the state case. It is our understanding the FHFA-OIG memoranda related to the state case would also be included in the productions made available to you by the California Attorney General's office. We have also included the FBI's case history for the state case. It appears that the case remained open after the initial case agent left, but, as indicated in the previously disclosed FBI case file, no substantive investigation occurred after late 2019. We are sending the disc via FedEx and it should arrive in 1-2 business days.

We also wanted to reiterate our previous offer, outlined in the May 3, 2021 letter, to make two physical boxes in the FBI's possession related to the state case available to you. Please contact us to arrange a time to review the materials at your convenience. As previously noted, we do not intend to use any of these materials during the government's case-in-chief in this matter.

As with prior productions, the enclosed materials, and any future discovery provided to you, may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, and are thus provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

Please let me know if you have any questions.

Very truly yours,

*/s/ Scott Paetty*

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section

RE: United States v. Ayvazyan et. al
May 12, 2021
Page 3

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division

Enclosure