Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

Attorney for Petitioner
RICHARD AYVAZYAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD AYVAZYAN, | Case No.: 2:22-cv-8915 |
| Petitioner | [CR No. 2:20-cr-579-SVW] |
| vs. | **NOTICE OF ERRATA** |
| UNITED STATES OF AMERICA, | Hon. Stephen V. Wilson |
| Respondent. | |

On February 24, 2023, Petitioner, through undersigned counsel, filed a Reply In Support Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 U.S.C. 2255). Inadvertently, the Table of Contents and Table of Authorities were inadvertently omitted from the brief. (The undersigned was finalizing the filing by candlelight due to a power outage caused by the recent storms and failed to realize the Table of Contents and Table of Authorities had not been merged into the main document.) Undersigned counsel now files this Notice

of Errata, notifying the Court of this error. Undersigned counsel will also separately file an amended brief correcting this error without modifying the substantive portion of the brief in any way.

Undersigned counsel sincerely regrets this error and apologizes for any inconvenience caused to the Court and opposing counsel.

Dated: February 25, 2023                                    Respectfully submitted,

                                                      */s/ Carlo Brooks*
Carlo Brooks, Esq.
3826 Grand View Bl, Ste 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

*Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: February 25, 2023          Respectfully submitted,

                                  */s/ Carlo Brooks*
                                  Carlo Brooks, Esq.