Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| RICHARD AYVAZYAN,<br><br>　　　　　　Petitioner<br>vs.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Case No.: 2:20-cr-579-SVW<br><br>**REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY**<br><br>Hon. Stephen V. Wilson |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

On December 8, 2022, undersigned counsel filed on behalf of defendant Richard Ayvazyan a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 U.S.C. § 2255). *See* Dkt. 1337. An amended Motion was filed on January 10, 2023. Dkt. 1342.

On March 28, 2023, in a matter unrelated to the aforementioned 28 U.S.C. § 2255 motion, undersigned counsel filed an Application to Seal and a Motion To

Set Aside on behalf of Movant Gohar Abelian. *See* Dkt. Nos. 1361, 1362, 1363.

On March 31, 2023, undersigned counsel received a phone call from the Central District docket clerk inquiring whether the Application and Motion to Set Aside were being filed on behalf of Ms. Abelian or "all defendants" in the matter. The undersigned specified that, as set forth in the Notice of Appearance of Counsel for Movant Gohar Abelian, Dkt. 1363, the Application and Motion were filed on Ms. Abelian's behalf only. The clerk stated that the undersigned had previously noticed his appearance as counsel for "all defendants." The undersigned replied that he had no recollection of entering an appearance for any or all defendants. The clerk replied that the undersigned now appeared as counsel of record for all defendants on the docket.

Later in the day, the undersigned received a phone call from Paul Cruz, the Courtroom Deputy Clerk for the Honorable Stephen V. Wilson. Mr. Cruz informed the undersigned that he was listed as counsel of record for defendant Ayvazyan. Mr. Cruz requested that the undersigned file a motion to withdraw as Mr. Ayvazyan's attorney. The undersigned replied that although, to the best of his knowledge, he never noticed an appearance as Mr. Ayvazyan's counsel of record, he would comply with the Court's request and file a notice of withdrawal.

Later, upon a review of the court's docket, the undersigned confirmed that he had not noticed an appearance as counsel for any defendant in the case. Rather,

when the undersigned filed the Reply in support of the 28 U.S.C. § 2255 Motion, he was automatically added as attorney for Mr. Ayvazyan. *See* Dkt. 1350 ("Attorney Carlo Brooks added to party Richard Ayvazyan(pty:dft))(Brooks, Carlo) (Entered: 02/25/2023)").

The addition of the undersigned as attorney of record for defendant Richard Ayvazyan was an innocent, unintentional error. Therefore, the undersigned prays that the Court approve this request to terminate his status as counsel of record for defendant Richard Ayvazyan. The case is terminated and therefore no new counsel is necessary for Mr. Ayvazyan.

Dated: March 31, 2023                              Respectfully submitted,

                                                    */s/ Carlo Brooks*
                                                    Carlo Brooks, Esq.
                                                    3826 Grand View Bl, Ste 661472
                                                    Los Angeles, CA 90066
                                                    (310) 691-9373
                                                    carlo@carlobrooks.com

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: March 31, 2023                    Respectfully submitted,

                                         */s/ Carlo Brooks*
                                         Carlo Brooks, Esq.