Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>RICHARD AYVAZYAN, *et al.*,<br><br>*Defendants*. | Case No.: 2:20-cr-579-SVW<br><br>**FILED UNDER SEAL**<br><br>**[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY**<br><br>Judge: Hon. Stephen V. Wilson |

For good cause shown, the Court hereby orders that the request of attorney Carlo Brooks for approval to withdraw as counsel of record for defendant Richard Ayvazyan is hereby **GRANTED**.

Mr. Brooks will remain as counsel of record for Movant Gohar Abelian and will continue to receive Notices of Electronic Filing as an attorney in this case.

**IT IS SO ORDERED.**

Dated: [   ] [   ], 2023

_____
The Honorable Stephen V. Wilson
United States District Judge