# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>RICHARD AYVAZYAN,<br>*et al.*,<br><br>　　　　*Defendants*. | Case No.: 2:20-cr-579-SVW<br><br>~~FILED UNDER SEAL~~<br><br>**ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY**<br><br>Judge: Hon. Stephen V. Wilson |

[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY

For good cause shown, the Court hereby orders that the request of attorney Carlo Brooks for approval to withdraw as counsel of record for defendant Richard Ayvazyan is hereby **GRANTED**.

Mr. Brooks will remain as counsel of record for Movant Gohar Abelian and will continue to receive Notices of Electronic Filing as an attorney in this case.

**IT IS SO ORDERED.**

Dated: April 5, 2023

_____
The Honorable Stephen V. Wilson
United States District Judge