Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

Attorney for Surety,
GOHAR ABELIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-579-SVW |
| *Plaintiff*, | **PROOF OF SERVICE** |
| v. | |
| RICHARD AYVAZYAN, *et al.*, | Judge: Hon. Stephen V. Wilson<br>Hearing Date: May 8, 2023<br>Time: 11:00 a.m. |
| *Defendants*. | |

## **PROOF OF SERVICE**

I, CARLO BROOKS, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is 3826 Grand View Blvd, Suite 661472, Los Angeles, CA 90066; that I am over the age of 18; that I am not a party to *United States v. Ayvazyan, et al*, 2:20-cr-579-SVW; that I am a member of the Bar of the United States District Court for the Central District of California; and that on March 28, 2023, I placed enclosed in a sealed envelope and caused such envelope with postage thereon fully prepaid to be placed in the United States Mail and/or Federal Express and/or Express Mail at Los Angeles, CA, true copies of:

### **SEE ATTACHED LIST OF DOCUMENTS SERVED**

to the plaintiff through its counsel at their last known address, as follows:

[  ] Placed in a closed envelope for collection and interoffice delivery, addressed as follows:

[**X**] Placed in a sealed envelope for collection for collection and mailing via United States mail, addressed as follows:
  **United States Attorney's Office**
  **Central District of California**
  **312 N. Spring St., Suite 1200**
  **Los Angeles, California 90012**

[  ] By hand delivery, addressed as follows:

[**X**] By email, as follows:
  Name of person served:
  **Scott Paetty (USACAC)**
  Electronic service address of person served:
  *Scott.Paetty@usdoj.gov;*
  Name of person served:
  **Robert Lester (USACAC)**
  *Robert.Lester@usdoj.gov*

[  ] By messenger, as follows:   [  ] By Federal Express, as follows:

This Proof of Service is executed on April 7, 2023, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.



CARLO BROOKS

## <u>LIST OF DOCUMENTS SERVED</u>

1.  The Documents Filed Under Seal:

    a.  Motion, Declaration, and attached Exhibits; Proposed Order

    b.  Sealing Application and Declaration; Proposed Order

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.


DATED: April 10, 2023                    Respectfully submitted,

                                         */s/ Carlo Brooks*
                                         Carlo Brooks, Esq.