Carlo Brooks, CA Bar # 316485
3826 Grand View Boulevard, Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

Attorney for Petitioner
RICHARD AYVAZYAN

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner<br><br>vs.<br><br>RICHARD AYVAZYAN,<br><br>Defendant. | **Case No.: 2:20-cr-00579-SVW**<br><br>[CV No. 2:22-cv-8915-SVW]<br><br>**NOTICE OF APPEAL FROM DENIAL OF 28 U.S.C. § 2255 MOTION** |

Please take notice that Richard Ayvazyan hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order denying his motion for Section 2255 relief, entered on March 2, 2023.[1].

The district court denied the certificate of appealability in its order denying Section 2255 relief.[2] A request for a certificate of appealability pursuant to Circuit Rule 22-1(d) will be filed in the Court of Appeals for the Ninth Circuit.

---

[1] Case 2:20-cr-00579-SVW, 03/02/2023, Dkt. No. 1360.

[2] *Id.* at 5.

1

Dated: May 1, 2023				Respectfully submitted,

   */s/ Carlo Brooks*
Carlo Brooks, Esq.
3826 Grand View Bl, Ste 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

*Attorney for Petitioner*
RICHARD AYVAZYAN

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document and its attachments on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: May 1, 2023                    Respectfully submitted,

                                            */s/ Carlo Brooks*
                                            Carlo Brooks, Esq.