E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
ROBERT I. LESTER (Cal. Bar No. 116429)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile:  (213) 894-7819
    E-mail:  robert.lester@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AYVAZYAN and MARIETTA TERABELIAN,<br><br>Defendants. | No. CR 20-0579-SVW-1 and -2<br><br>**STIPULATION FOR ORDER CONTINUING HEARING ON SURETY GOHAR ABELIAN'S "MOTION TO SET ASIDE BOND FORFEITURE"** [Dkt. 1362];<br><br>**DECLARATION**;<br><br>[Proposed] **ORDER**. |

IT IS STIPULATED that the Court should continue the hearing on surety Gohar Abelian's "Motion to Set Aside Bond Forfeiture" (Dkt. 1362) from May 8, 2023, to May 15, 2023.

The reason for this request is set forth in the declaration of Robert I. Lester at ¶¶ 2-3.

On May 2, 2023, Carlo Brooks, who is counsel for movant/surety Gohar Abelian, stated in writing that he agreed not to contest the government's request to continue the hearing for one week. Lester Decl. ¶ 4.

This is the first request for extension of the surety's motion that the government has requested.

DATED: May 3, 2023.

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

   */s/ Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: May 3, 2023.

   */s/ Carlo Brooks*
Carlo Brooks, Esq.
3826 Grand View Bl, Ste 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

Attorney for Surety
Gohar Abelian

\* I attest that Defendant's counsel concurs in this filing's content and has authorized its filing.

   */s/ Robert I. Lester*
ROBERT I. LESTER

1