**DECLARATION OF ROBERT I. LESTER**

I, ROBERT I. LESTER, declare:

1.  I am an Assistant United States Attorney, assigned to represent the government in *United States v. Richard Ayvazyan, et al.*, CR 20-0579-SVW. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.  On April 6, 2023, the Court set the hearing on surety Gohar Abelian's "Motion to Set Aside Bond Forfeiture" (Dkt. 1362) for May 8, 2023. (Dkt. 1366.)

3.  At that time, undersigned counsel expected to be available to attend the May 8, 2023. However, very recently, undersigned counsel learned that his pre-paid vacation to the East Coast scheduled for June 2023 had to be moved up to May 7-May 14, 2023. I prepared the opposition brief (Dkt. 1369), and am the only one familiar with the many events that occurred that are relevant to the motion.

4.  On May 2, 2023, Carlo Brooks, who is counsel for movant/surety Gohar Abelian, stated in writing that he agreed not to contest the government's request to continue the hearing for one week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2023, at Los Angeles, California.

/s/ *Robert I. Lester*
ROBERT I. LESTER