1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-0579-SVW-1 and -2 |
|---|---|
| Plaintiff, | [Proposed] |
| v. | **ORDER CONTINUING HEARING ON SURETY GOHAR ABELIAN'S "MOTION TO SET ASIDE BOND FORFEITURE"** [Dkt. 1362] |
| RICHARD AYVAZYAN and MARIETTA TERABELIAN, | |
| Defendants. | |

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that the hearing on surety Gohar Abelian's "Motion to Set Aside Bond Forfeiture" (Dkt. 1362) is continued from May 8, 2023, to May 15, 2023, at 11:00 a.m.

DATED: May __, 2023.

HON. STEPHEN V. WILSON
United States District Judge

1