E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
ROBERT I. LESTER (Cal. Bar No. 116429)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2464
Facsimile: (213) 894-7819
E-mail: robert.lester@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD AYVAZYAN and MARIETTA TERABELIAN,

Defendants.

No. CR 20-0579-SVW

**UNITED STATES OF AMERICA'S NOTICE OF LODGING DECLARATION OF FBI AGENT JUSTIN PALMERTON IN SUPPORT OF OPPOSITION TO SURETY GOHAR ABELIAN'S "MOTION TO SET ASIDE BOND FORFEITURE"** [1362]

TO THE COURT AND TO SURETY GOHAR ABELIAN:

PLEASE TAKE NOTICE that attached hereto is the Declaration of FBI Special Agent Justin Palmerton in support of the government's opposition to surety Gohar Abelian's "Motion to Set Aside Bond Forfeiture" (Dkt. 1362). This declaration provides evidentiary support for statements that the government made in its opposition brief (Dkt. 1369) at pages 8 and 9 (as stated in notes 5 and 6).

DATED: May 3, 2023.

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA