# DECLARATION OF FBI SPECIAL AGENT JUSTIN PALMERTON

I, JUSTIN PALMERTON, declare:

1. I have been a Federal Bureau of Investigation (FBI) Special Agent since January 2018 and was assigned as the FBI's case agent in *United States v. Richard Ayvazyan, et al.*, CR 20-0579-SVW. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. I was one of the case agents who attempted to locate defendants Richard Ayvazyan and Marietta Terabelian after they fled the United States in August 2021. I understand that Gohar Abelian acted as a surety in this case. Neither I, nor to the best of my knowledge, the other law enforcement agents that I worked with while trying to track down Mr. Ayvazyan and Ms. Terabelian received any assistance (or even an attempt at assistance) in the tracking efforts from Ms. Abelian.

3. The government's efforts to locate Mr. Ayvazyan and Ms. Terabelian included surveillance, numerous subpoenas, interviews, and liaisons with foreign governments. After several months, we were able to locate Mr. Ayvazyan and Ms. Terabelian in Montenegro and return them to the United States. During that process, I had to travel to Montenegro, along with an IRS case agent and four deputy U.S. Marshals, to return Mr. Ayvazyan and Ms. Terabelian (and valuable evidence that they possessed when arrested) to the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2023, at Los Angeles, California.

_____
JUSTIN PALMERTON

1

Declaration of FBI Agent Justin Palmerton