Case 2:20-cr-00579-SVW   Document 1377   Filed 05/04/23   Page 1 of 2   Page ID #:20799

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-0579-SVW-1 and -2 |
|---|---|
| Plaintiff, | **ORDER CONTINUING HEARING ON SURETY GOHAR ABELIAN'S "MOTION TO SET ASIDE BOND FORFEITURE"** [Dkt. 1362] |
| v. | |
| RICHARD AYVAZYAN and MARIETTA TERABELIAN, | |
| Defendants. | |

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that the hearing on surety Gohar Abelian's "Motion to Set Aside Bond Forfeiture" (Dkt. 1362) is continued from May 8, 2023, to May 15, 2023, at 11:00 a.m.

DATED: May 4, 2023.

_____
HON. STEPHEN V. WILSON
United States District Judge