# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:20-cr-00579-SVW | Date | May 15, 2023 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Katie Thibodeaux | Robert Lester |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Richard Ayvazyan | | X | | N/A | | | |

**Proceedings:**   MOTION TO SET ASIDE BOND FORFEITURE [1362]

Case called. Attorneys state their appearances. Attorney Carlo Brooks appearing on behalf of the surety.

The motion is submitted. Order to issue.

 

 

:   10

Initials of Deputy Clerk   PMC

cc: USPO
    USM
    PSLA