E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW |
| Plaintiff, | [PROPOSED] ORDER AMENDING PERSONAL MONEY JUDGMENT |
| v. | |
| RICHARD AYVAZYAN,<br>   Aka "Richard Ayazian" and "Iuliia Zhadko," et al. | |
| Defendant. | |

    Plaintiff United States of America has moved to amend the *in personam* Money Judgment entered against defendant on October 27, 2021 (ECF No. 1087), as amended on December 17, 2021 (ECF No. 1219), in order to forfeit substitute property pursuant to 21 U.S.C. § 853(p) and Federal Rule of Criminal Procedure 32.2(e).

    On June 25, 2021, defendant was convicted by jury of 23 felony counts, including conspiracy to commit wire fraud and bank fraud (Count 1), wire fraud (Counts 2-12), bank fraud (Counts 13-20),

aggravated identity theft (Counts 21-22), and conspiracy to commit money laundering (Count 26).

On October 27, 2021 this Court entered a money judgment of forfeiture against defendant, ECF No. 1087 (the "Money Judgment"), which was amended on December 17, 2021 (ECF No. 1219), requiring defendant to forfeit to the United States the sum of $1,393,300 and allowing the government to move at any time pursuant to Rule 32.2(e) to amend the Order of Forfeiture to forfeit substitute property having a value not to exceed 1,393,300 in order to satisfy the money judgment in whole or part. Defendant has, to date, failed to satisfy any portion of the Money Judgment.

The United States has now moved to have the following property applied in partial satisfaction of the outstanding Money Judgment:

(a)  One 2015 Land Rover Range Rover bearing VIN: SALGS3TF1FA203033;

(b)  One 2015 BMW M3 bearing VIN: WBS3R9C55FK335212; and

(c)  One 2017 Land Rover Range Rover bearing VIN: SALGS2FE5HA320873 (the "Vehicles").

The Court finds that the government has demonstrated that defendant has an apparent interest in the Vehicles, and that the liquidation value of the Vehicles, in an amount no less than $112,318, should be applied toward satisfaction of the Money Judgment, pursuant to 21 U.S.C. § 853(p) and Rule 32.2.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Money Judgment entered against defendant, is hereby amended to forfeit defendant's interest in the Vehicles to the United States. The government shall forthwith commence a third party ancillary proceeding with respect to the Vehicles, as described in 21 U.S.C.

§ 853(n). The United States shall provide notice of the third party ancillary proceeding as required by law. If no timely third party petitions are filed, this Order shall constitute the final order with respect to the Vehicles, and the United States shall proceed to dispose of the Vehicles according to law. To the extent the Vehicles are found by this Court to be the property of some party other than defendant, the government shall apply the remainder of the Vehicles toward satisfaction of the Money Judgment.

This Court shall retain jurisdiction over both the ancillary proceeding and any future requests by the government relating to additional property of defendant that may be identified and sought to be applied toward full satisfaction of the judgment.

IT IS SO ORDERED.

_____  
DATE

_____  
HONORABLE STEPHEN V. WILSON  
UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____  
DAN G. BOYLE  
Assistant United States Attorney