UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579-SVW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DIRECTING RE: ASSETS OF DEFENDANTS RICHARD AYVAZYAN AND MARIETTA TERABELIAN TO SATISFY OUTSTANDING RESTITUTION ORDER** |
| v. | |
| RICHARD AYVAZYAN and MARIETTA TERABELIAN, | |
| Defendants. | |

The Court has read and considered the Motion of Plaintiff United States of America filed on May 23, 2023 seeking an Order regarding the deposit or retention of certain property of defendants Richard Ayvazyan and Marietta Terebelian ("defendants") to satisfy defendants' outstanding restitution obligations, and finds that the Application demonstrates good cause for the relief requested. Therefore, IT IS ORDERED that:

1. With respect to any assets belonging to any defendant which were turned over to federal law enforcement by Montenegrin authorities upon defendants' extradition, and which have not been

1

returned to any such defendant (the "Restitution Assets"), the government shall promptly turn over the Restitution Assets to the Clerk of Court, or inventory and securely retain such Restitution Assets, pending the resolution of defendant Terabelian's appeal in this action.

2. With respect to the Restitution Assets, the government may return any Restitution Assets to any such defendant instead of liquidating that same where the government determines such assets to have minimal economic value.

DATED: May __, 2023.

_____
HONORABLE STEPHEN V. WILSON
United States District Judge